# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

AUGUST DEKKER, legally known as
KORI DEKKER; BRIT ROTHSTEIN;
SUSAN DOE, a minor, by and through
her parents and next friends, JANE
DOE and JOHN DOE; and K.F., a
minor, by and through his parent and
next friend, JADE LADUE,

        *Plaintiffs*,

    v.

SIMONE MARSTILLER, in her
official capacity as Secretary of the
Florida Agency for Health Care
Administration; and FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION,

        *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF OMAR GONZALEZ-PAGAN

Pursuant to N.D. Fla. Loc. R. 11.1(C), attorney Omar Gonzalez-Pagan respectfully moves for admission *pro hac vice* for purposes of appearance as co-counsel on behalf of the Plaintiffs in the above-captioned matter.  In support thereof, I submit the following for the court's consideration:

1.      I am Counsel with Lambda Legal Defense and Education Fund, Inc. and have been retained as counsel for Plaintiffs in conjunction with Florida-admitted attorneys who are members of the bar of this Court.

2.      I am a member in good standing of the bar of the State of New York. A certificate of good standing, dated within 30 days of this motion, is attached hereto as **Exhibit A**.

3.      I am also an active member in good standing of the following state bars and federal courts:

| Name of State or Federal Bar or Court | Date of Admission |
|---|---|
| Commonwealth of Massachusetts | 11/23/2010 |
| U.S. Supreme Court | 03/23/2015 |
| U.S. Court of Appeals for the First Circuit | 11/14/2014 |
| U.S. Court of Appeals for the Second Circuit | 03/08/2016 |
| U.S. Court of Appeals for the Third Circuit | 01/12/2018 |
| U.S. Court of Appeals for the Fourth Circuit | 10/19/2017 |
| U.S. Court of Appeals for the Fifth Circuit | 10/09/2014 |
| U.S. Court of Appeals for the Seventh Circuit | 08/05/2016 |
| U.S. Court of Appeals for the Eighth Circuit | 03/18/2016 |
| U.S. Court of Appeals for the Ninth Circuit | 03/12/2020 |
| U.S. Court of Appeals for the Tenth Circuit | 04/15/2021 |
| U.S. Court of Appeals for the Eleventh Circuit | 03/24/2017 |

| U.S. Court of Appeals for the District of Columbia | 12/01/2020 |
| U.S. District Court for the District of Colorado | 12/07/2015 |
| U.S. District Court for the District of Massachusetts | 11/15/2011 |
| U.S. District Court for the Eastern District of New York | 01/06/2022 |
| U.S. District Court for the Southern District of New York | 09/29/2015 |
| U.S. District Court for the Northern District of New York | 10/23/2017 |

4.      I successfully completed the Court's online Attorney Admission Tutorial on September 7, 2022.  The confirmation number for completion of the online tutorial is FLND16625587806704.

5.       I have reviewed and become familiar with the Court's Local Rules and CM/ECF Attorney User's Guide.

6.      I have an upgraded NextGen CM/ECF account and have submitted the *pro hac vice* registration event through PACER.

7.      I will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

8.      Counsel for plaintiffs consulted with counsel for defendants in advance of filing this motion and defendants do not oppose the motion.

WHEREFORE, attorney Omar Gonzalez-Pagan, moves this Court to enter an Order allowing him to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

Dated: September 12, 2022                Respectfully submitted,

 /s/ *Omar Gonzalez-Pagan*
**Omar Gonzalez-Pagan**\*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

## CERTIFICATE OF SERVICE

I hereby certify that, on September 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that, on September 12, 2022, counsel for plaintiffs served the foregoing on defendants via email, to which counsel for defendants consented to prior to the filing of the motion:

Simone Marstiller, Secretary
Agency for Health Care Administration
c/o Andrew T. Sheeran, Deputy General Counsel
2727 Mahan Dr.
Tallahassee, FL 32308
(888) 419-3456
Andrew.Sheeran@ahca.myflorida.com

/s/ *Omar Gonzalez-Pagan*
**Omar Gonzalez-Pagan**\*
**LAMBDA LEGAL DEFENSE**
**AND EDUCATION FUND, INC.**
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org