IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

AUGUST DEKKER, et al.,

*Plaintiffs*,

v.

SIMONE MARSTILLER, et al.,

*Defendants*.

No. 4:22-CV-00325-RH-MAF

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1 of the U.S. District Court of the Northern District of Florida, Catherine McKee, counsel for Plaintiffs August Dekker et al., moves this Court for an order allowing her to appear in this Court as co-counsel in this matter. In support of her motion, Ms. McKee states:

1. I have been retained to represent Plaintiffs as co-counsel in all proceedings conducted in this case.

2. I am a member in good standing of the North Carolina State Bar. My law practice address is National Health Law Program, 1512 East Franklin Street, Suite 110, Chapel Hill, North Carolina 27514. I am also an inactive member in good standing of the State Bar of California.

1

3. A certificate of my good standing with the North Carolina State Bar is attached to this motion as Exhibit A.

4. I am not a Florida resident, a member of The Florida Bar, nor do I maintain a law practice in Florida. I have not maintained a regular practice of law in Florida.

5. I completed the online Attorney Admission Tutorial on September 7, 2022. The confirmation number for completion of the online tutorial is FLND16625652406707.

6. I have reviewed and will comply with the Local Rules of the U.S. District Court of the Northern District of Florida.

7. I have reviewed the online CM/ECF Attorney User's Guide, and I have an upgraded PACER account.

8. I will maintain with the clerk a current telephone number, mailing address, and email address.

9. I will comply with and remain familiar with the ethical requirements of The Florida Bar.

10. I am paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Catherine McKee respectfully requests this Court enter an Order admitting her to practice before this Court *pro hac vice*.

Respectfully submitted this 12th day of September, 2022.

/s/ Catherine McKee
Catherine McKee
(NC Bar No. 47109)
National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
mckee@healthlaw.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that, on September 12, 2022, counsel for plaintiffs served the foregoing on defendants via email, to which counsel for defendants consented to prior to the filing of the motion:

> Simone Marstiller, Secretary
> Agency for Health Care Administration
> c/o Andrew T. Sheeran, Deputy General Counsel
> 2727 Mahan Dr.
> Tallahassee, FL 32308
> (888) 419-3456
> Andrew.Sheeran@ahca.myflorida.com

/s/ Catherine McKee
Catherine McKee
(NC Bar No. 47109)
National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
mckee@healthlaw.org

# EXHIBIT A

# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

Catherine Anne McKee (Bar # 47109)

was licensed to practice law by the State of North Carolina on April 2, 2014.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 29th of August, 2022.

Alice Neece Mine
Secretary of the North Carolina State Bar