## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

AUGUST DEKKER, et al.,

    *Plaintiffs*,

    v.

SIMONE MARSTILLER, et al.,

    *Defendants*.

No. 4:22-CV-00325-RH-MAF

## <u>MOTION TO APPEAR PRO HAC VICE</u>

Pursuant to Local Rule 11.1 of the U.S. District Court of the Northern District of Florida, Abigail Coursolle, counsel for Plaintiffs August Dekker et al., moves this Court for an order allowing her to appear in this Court as co-counsel in this matter. In support of her motion, Ms. Coursolle states:

1. I have been retained to represent Plaintiffs as co-counsel in all proceedings conducted in this case.

2. I am a member in good standing of the California State Bar. My law practice address is National Health Law Program, 3701 Wilshire Boulevard, Suite 315, Los Angeles, CA 90010.

3. A certificate of my standing with the California State Bar is attached to this motion as Exhibit A.

1

4. I am not a Florida resident, a member of The Florida Bar, nor do I maintain a law practice in Florida. I have not maintained a regular practice of law in Florida.

5. I completed the online Attorney Admission Tutorial on September 7, 2022. The confirmation number for completion of the online tutorial is FLND16625725436709.

6. I have reviewed and will comply with the Local Rules of the U.S. District Court of the Northern District of Florida.

7. I have reviewed the online CM/ECF Attorney User's Guide, and I have an upgraded PACER account.

8. I will maintain with the clerk a current telephone number, mailing address, and email address.

9. I will comply with and remain familiar with the ethical requirements of The Florida Bar.

10. I am paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Abigail Coursolle respectfully requests this Court enter an Order admitting her to practice before this Court *pro hac vice*.

Respectfully submitted this 12th day of September, 2022.

<u>/s/ Abigail Coursolle</u>

Abigail Coursolle
(CA bar No. 266646)
National Health Law Program
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 12, 2022, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system. I further

certify that, on September 12, 2022, counsel for plaintiffs served the foregoing on

defendants via email, to which counsel for defendants consented to prior to the

filing of the motion:

       Simone Marstiller, Secretary
       Agency for Health Care Administration
       c/o Andrew T. Sheeran, Deputy General Counsel
       2727 Mahan Dr.
       Tallahassee, FL 32308
       (888) 419-3456
       Andrew.Sheeran@ahca.myflorida.com

              /s/ Abigail Coursolle
              Abigail Coursolle
              (CA bar No. 266646)
              National Health Law Program
              3701 Wilshire Boulevard, Suite 315
              Los Angeles, CA 90010
              (310) 736-1652
              coursolle@healthlaw.org

# EXHIBIT A

# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

August 29, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ABIGAIL KOELZER COURSOLLE, #266646 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2009 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records