IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| AUGUST DEKKER, legally known as KORI DEKKER; BRIT ROTHSTEIN; SUSAN DOE, a minor, by and through her parents and next friends, JANE DOE and JOHN DOE; and K.F., a minor, by and through his parent and next friend, JADE LADUE,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>SIMONE MARSTILLER, in her official capacity as Secretary of the Florida Agency for Health Care Administration; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,<br><br>    *Defendants*. | Case No. 4:22-cv-00325-RH-MAF |

**MOTION OF JOSEPH K. LITTLE TO APPEAR *PRO HAC VICE***

Pursuant to N.D. Fla. Loc. R. 11.1(C), Plaintiffs respectfully move for admission *pro hac vice* of Joseph "Joe" K. Little, who has been retained as co-counsel in this matter. In support of this motion, Plaintiffs state as follows:

1.     Mr. Little is an Associate with the law firm Pillsbury, Shaw, Winthrop, and Pittman LLP in Sacramento, California. Mr. Little has been retained as counsel

for Plaintiffs in conjunction with Florida-admitted attorneys who are members of the bar of this Court.

2.  Mr. Little is an active member in good standing of the bar of the State of California. A certificate of good standing is attached hereto as **Exhibit A**.

3.  Mr. Little has not been the subject of a disciplinary action by the bar or courts of any jurisdiction in which he is licensed.

4.  Mr. Little has not been denied admission to any state or federal court.

5.  Mr. Little successfully completed the Court's online Attorney Admission Tutorial on September 7, 2022. The confirmation number for completion of the online tutorial is FLND166625829206712.

6.  Mr. Little has reviewed and become familiar with the Court's Local Rules and CM/ECF Attorney User's Guide.

7.  Mr. Little maintains an upgraded PACER account and has been granted the ability to file using this Court's CM/ECF system.

8.  Mr. Little will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully move this Court to enter an Order allowing Mr. Joseph "Joe" K. Little to appear on behalf of Plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

Dated: September 12, 2022       Respectfully submitted,

   /s/ *Joseph K. Little*

**Joseph K. Little*** (CA Bar #322179)
Pillsbury Winthrop Shaw Pittman
500 Capitol Mall, 18th Floor
Sacramento, CA 95814
(916) 329-4731
joe.little@pillsburylaw.com

Attorneys for Plaintiffs
*pending admission *pro hac vice*

# CERTIFICATE OF SERVICE

I hereby certify that, on September 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Counsel for Defendants had indicated that Defendants would accept service of this motion via email. I certify that counsel for Plaintiffs served by email the foregoing on the following non-CM/ECF participant:

Simone Marstiller, Secretary
Agency for Health Care Administration
c/o Andrew T. Sheeran
Deputy General Counsel
2727 Mahan Dr.
Tallahassee, FL 32308
(888) 419-3456
Andrew.Sheeran@ahca.myflorida.com

   */s/ Joseph K. Little*
   Joseph K. Little