THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

AUGUST DEKKER, et al.,

*Plaintiffs*,

v.

SIMONE MARSTILLER, et al.,

*Defendants*.

Case No. 4:22-cv-00325-RH-MAF

**MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM C. MILLER**

Pursuant to N.D. Fla. Loc. R. 11.1(C), attorney William C. Miller respectfully moves for admission *pro hac vice* for purposes of appearance as co-counsel on behalf of the Plaintiffs in the above-captioned matter. In support thereof, I submit the following for the court's consideration:

1. I am an attorney in the Washington, D.C. office of Pillsbury Winthrop Shaw Pittman LLP and have been retained as counsel for Plaintiffs in conjunction with Florida-admitted attorneys who are members of the bar of this Court.

2. I am a member in good standing of the bar of the District of Columbia.

A certificate of good standing is attached hereto as **Exhibit A**.

3. I am also an active member in good standing of the following state bars and federal courts:

| Name of State or Federal Bar or Court | Date of Admission |
|---|---|
| Commonwealth of Virginia | 12/07/2016 |
| U.S. District Court for the Eastern District of Virginia | 2/17/2017 |
| U.S. District Court for the Western District of Virginia | 2/21/2017 |
| U.S. Court of Appeals for the Fourth Circuit | 12/21/2017 |
| U.S. Court of Appeals for the Eleventh Circuit | 10/10/2018 |
| U.S. District Court for the District of Columbia | 3/02/2020 |
| U.S. District Court for the District of Colorado | 10/29/2021 |

4. I successfully completed the Court's online Attorney Admission Tutorial on September 12, 2022. The confirmation number for completion of the online tutorial is FLND16630118656744.

5. I have reviewed and become familiar with the Court's Local Rules and CM/ECF Attorney User's Guide.

6. I have an upgraded PACER account and have submitted the *pro hac vice* registration event through PACER.

7. I will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

8. Counsel for Plaintiffs consulted with counsel for Defendants in advance of filing this motion, and Defendants do not oppose the motion.

WHEREFORE, attorney William C. Miller, moves this Court to enter an Order allowing him to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

Dated: September 13, 2022

Respectfully submitted,

/s/ *William C. Miller*
**William C. Miller***
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com

\* *Application for admission pro hac vice forthcoming.*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Counsel for Defendants had indicated that Defendants would accept service of this motion via email. I certify that the foregoing was served by email on the following non-CM/ECF participant:

>Simone Marstiller, Secretary
>Agency for Health Care Administration
>c/o Andrew T. Sheeran
>Deputy General Counsel
>2727 Mahan Dr.
>Tallahassee, FL 32308
>(888) 419-3456
>Andrew.Sheeran@ahca.myflorida.com

>/s/ William C. Miller
>William C. Miller