THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| AUGUST DEKKER, et al., *Plaintiffs*, v. SIMONE MARSTILLER, et al., *Defendants*. | Case No. 4:22-cv-00325-RH-MAF |

### MOTION FOR GARY J. SHAW TO APPEAR *PRO HAC VICE*

Pursuant to N.D. Fla. Loc. R. 11.1(C), Plaintiffs respectfully move for admission *pro hac vice* of Gary J. Shaw, who has been retained as co-counsel in this matter. In support of this motion, Plaintiffs state as follows:

1. Mr. Shaw is an attorney with Pillsbury Winthrop Shaw Pittman in Washington DC.[1] He is not a resident of Florida, nor is he admitted to practice law in the Northern District of Florida.

2. Mr. Shaw is licensed to practice law in Washington, DC and is a member in good standing of the D.C. Bar, as verified by a Certificate of Good Standing attached hereto as **Exhibit A**.

---

[1] Pillsbury's offices are located at 1200 17th St. NW, Washington DC, 20036.

4891-3868-2673.v1

3. Mr. Shaw has not been the subject of any disciplinary action by the bar or courts of any jurisdiction in which he is licensed.

4. Mr. Shaw not been denied admission to any state or federal court.

5. Mr. Shaw successfully completed the online Attorney Admission Tutorial and exam. The confirmation number for completion of the online tutorial is FLND16625859516713.

6. Mr. Shaw has reviewed the Court's Local Rules and CM/ECF Attorney User's Guide.

7. Mr. Shaw maintains an upgraded PACER account and has been granted the ability to file using this Court's CM/ECF system.

8. Mr. Shaw will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully move this Court to enter an Order allowing Mr. Gary J. Shaw to appear on behalf of Plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

Dated: September 13, 2022              Respectfully submitted,

By: */s/ Gary J. Shaw*

**Gary J. Shaw** (DC Bar No. 101)
Pillsbury Winthrop Shaw Pittman
1200 17th St. NW,

4891-3868-2673.v1

Washington DC 20036
gary.shaw@pillsburylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Counsel for Defendants had indicated that Defendants would accept service of this motion via email. I certify that counsel for Plaintiffs served by email the foregoing on the following non-CM/ECF participant:

Simone Marstiller, Secretary
Agency for Health Care Administration
c/o Andrew T. Sheeran
Deputy General Counsel
2727 Mahan Dr.
Tallahassee, FL 32308
(888) 419-3456
Andrew.Sheeran@ahca.myflorida.com

*/s/ Gary J. Shaw*
Gary J. Shaw

4891-3868-2673.v1

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Gary Shaw*

was duly qualified and admitted on January 10, 2014 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 01, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*