## RETURN OF SERVICE

State of Florida           County of NORTHERN           UNITED STATES DISTRICT Court

Case Number: 4:22-CV-325-RH-MAF

Plaintiffs:
**AUGUST DEKKER LEGALLY KNOWN AS KORI DEKKER; BRIT ROTHSTEIN; SUSAN DOE, A MINOR**

vs.

Defendant:
**SIMONE MARSTILLER, IN HER OFFICIAL CAPACITY AS SECRETARY, FLORIDA AGENCY OF HEALTH CARE**

For:
SORAYA GARCIA
PILLSBURY WINTHROP SHAW PITTMAN, LLP
600 BRICKELL AVENUE, SUITE 3100
MIAMI, FL 33131

Received by NOLAN PROCESS SERVERS, LLC on the 7th day of September, 2022 at 3:20 pm to be served on **SIMONE MARSTILLER, SECRETARY AGENCY OF HEALTH CARE ADMINSTRATION, 2727 MAHAN DRIVE, TALLAHASSEE, FL 32308**.

I, MARY GREEN, do hereby affirm that on the **8th day of September, 2022** at **2:56 pm**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND OTHER RELIEF** with the date and hour of service endorsed thereon by me, to: **ANDREW SHEERAN AGENCY OF HEALTH CARE ADMINSTRATION** as **DEPUTY GENERAL COUNSEL**, who stated they are authorized to accept service for: **SIMONE MARSTILLER, SECRETARY AGENCY OF HEALTH CARE ADMINSTRATION** at the address of: **2727 MAHAN DRIVE, TALLAHASSEE, FL 32308**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: M, Race/Skin Color: WHITE, Height: 5'7", Weight: 150, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MARY GREEN
Certified Process Server #243

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2022012944