IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| AUGUST DEKKER, legally known as KORI DEKKER; BRIT ROTHSTEIN; SUSAN DOE, a minor, by and through her parents and next friends, JANE DOE and JOHN DOE; and K.F., a minor, by and through his parent and next friend, JADE LADUE,<br><br>        *Plaintiffs*,<br><br>              v.<br><br>SIMONE MARSTILLER, in her official capacity as Secretary of the Florida Agency for Health Care Administration; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,<br><br>        *Defendants*. | Case No. 4:22-cv-00325-RH-MAF |

**MOTION OF CARL S. CHARLES TO APPEAR *PRO HAC VICE***

Pursuant to N.D. Fla. Loc. R. 11.1(C), attorney Carl S. Charles respectfully moves for admission *pro hac vice* for purposes of appearance as co-counsel on behalf of the Plaintiffs in the above-captioned matter. In support thereof, I submit the following for the court's consideration:

    1.    I have been retained as counsel for Plaintiffs as co-counsel in all

proceedings conducted in this case.

2. I am a member in good standing of the bar of the State of Georgia. A certificate of good standing is attached hereto as **Exhibit A**.

3. I am not a Florida resident, a member of the Florida Bar, nor have I, or do I presently, maintain a law practice in Florida.

4. I completed the online Attorney Admission Tutorial on September 12, 2022. The confirmation number for completion of the online tutorial is FLND16630170606746.

5. I have reviewed and become familiar with the Local Rules of the U.S. District Court of the Northern District of Florida

6. I have reviewed the online CM/ECF Attorney User's Guide and I have an upgraded PACER account.

7. I have been granted the ability to file using this Court's CM/ECF system.

8. I will maintain with the clerk a current telephone number, mailing address, and email address.

9. I will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, attorney Carl S. Charles, moves this Court to enter an Order allowing him to appear before this Court on behalf of Plaintiffs for all purposes

relating to the proceedings in the above-captioned matter.

Dated: September 13, 2022        Respectfully submitted,

 /s/ *Carl S. Charles*
**Carl S. Charles***
**LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.**
1 West Court Square, Suite 105
Decatur, GA 30331
(404) 897-1880
ccharles@lambdalegal.org

* *Application for admission pro hac vice forthcoming.*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on September 13, 2022, counsel for plaintiffs served the foregoing on defendants via email, to which counsel for defendants consented to prior to the filing of the motion.

> Simone Marstiller, Secretary
> Agency for Health Care Administration
> c/o Andrew T. Sheeran, Deputy General Counsel
> 2727 Mahan Dr.
> Tallahassee, FL 32308
> (888) 419-3456
> Andrew.Sheeran@ahca.myflorida.com

/s/ *Carl S. Charles*
**Carl S. Charles***
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
1 West Court Street, Suite 105
Atlanta, GA 30331
(404) – 897--1880
ccharles@lambdalegal.org