IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                      CASE NO. 4:22cv325-RH-MAF

SIMONE MARSTILLER et al.,

    Defendants.

_____/

### ORDER ALLOWING THE DOE PLAINTIFFS TO PROCEED UNDER PSEUDONYMS

The unopposed motion of the plaintiff Susan Doe and her parents Jane Doe and John Doe for leave to proceed under those pseudonyms, ECF No. 10, is granted.

SO ORDERED on September 13, 2022.

                                          s/Robert L. Hinkle
                                          United States District Judge