IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


AUGUST DEKKER et al.,

     Plaintiffs,

v.                                    CASE NO. 4:22cv325-RH-MAF

SIMONE MARSTILLER et al.,

     Defendants.

_____/


**ORDER SETTING A SCHEDULING CONFERENCE**

     The plaintiffs have moved for a preliminary injunction and have requested oral argument—not an evidentiary hearing—on the motion. The plaintiffs apparently have learned the identity of the defendants' attorneys. In order to promote the orderly and prompt resolution of the motion,

     IT IS ORDERED:

     1. By separate notice, the clerk must set a scheduling conference by telephone for September 19, 2022, at 3:00 p.m. Only matters of timing and procedure, not matters of substance, will be addressed at the conference.

     2. The plaintiffs' attorneys must provide to the defendants' attorneys, immediately upon receipt of this order, copies of

- the complaint,

- the preliminary-injunction motion and supporting papers,

- this order, and

- the clerk's notice of hearing,

unless the plaintiffs' attorneys have already provided copies or the defendants' attorneys acknowledge having already received copies. Copies must be provided by the most expeditious feasible method and, if different, by the most reliable method.

    3. The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the preliminary-injunction motion and on other procedural and substantive issues relating to the motion, including the need for live testimony and the admissibility of declarations.

    4. The attorneys for all parties may confer regarding the date of the scheduling conference. It will be moved to another date available on the court's calendar if all parties agree. The courtroom deputy clerk must cooperate with the parties on the availability of other dates.

    SO ORDERED on September 13, 2022.

                                              s/Robert L. Hinkle
                                              United States District Judge