# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

   *Plaintiffs*,

v().   Case No. 4:22cv325-RH-MAF

SIMONE MARSTILLER, et al.,

   *Defendants*.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF SECRETARY SIMONE MARSTILLER AND THE FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION

PLEASE TAKE NOTICE that the undersigned attorney gives notice of his appearance as counsel for SECRETARY SIMONE MARSTILLER, in her official capacity as the Secretary of the Florida Agency for Health Care Administration, and for the AGENCY FOR HEALTH CARE ADMINISTRATION.

Dated: September 14, 2022

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
*Counsel for Secretary Marstiller and the Agency for Health Care Administration*

## CERTIFICATE OF SERVICE

I certify that, on September 14, 2022, this notice was filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil
