UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

   *Plaintiffs*,

v.                                                    Case No. 4:22cv325-RH-MAF

SIMONE MARSTILLER, et al.,

   *Defendants*.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF SECRETARY
SIMONE MARSTILLER AND THE FLORIDA AGENCY FOR
HEALTH CARE ADMINISTRATION**

PLEASE TAKE NOTICE that the undersigned attorney gives notice of his appearance as counsel for SECRETARY SIMONE MARSTILLER, in her official capacity as the Secretary of the Florida Agency for Health Care Administration, and for the AGENCY FOR HEALTH CARE ADMINISTRATION.

Dated: September 14, 2022            /s/ Gary V. Perko
                                                      Gary V. Perko (FBN 855898)
                                                      gperko@holtzmanvogel.com
                                                      HOLTZMAN VOGEL BARAN
                                                      TORCHINSKY & JOSEFIAK PLLC
                                                      119 S. Monroe St. Suite 500
                                                      Tallahassee, FL 32301
                                                      (850) 270-5938
                                                      *Counsel for Secretary Marstiller and*
                                                      *the Agency for Health Care*
                                                      *Administration*

## **CERTIFICATE OF SERVICE**

I certify that, on September 14, 2022, this notice was filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Gary V. Perko
Gary V. Perko
