IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AUGUST DEKKER, et al.,**

    **Plaintiffs,**

vs.                                                     Case No. 4:22cv325-RH-MAF

**SIMONE MARSTILLER, et al.,**

    **Defendants.**

_____/

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney Abigail Coursolle. ECF No. 9. The motion demonstrates that counsel is a member in good standing of the State Bar of California where she resides and regularly practices law. *Id.* at 1-2. Counsel has completed this Court's local rules tutorial, *id. at 2*, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 9, is **GRANTED**.

**DONE AND ORDERED** on September 15, 2022.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**