**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**AUGUST DEKKER, et al.,**

    **Plaintiffs,**

**vs.**                                                  **Case No. 4:22cv325-RH-MAF**

**SIMONE MARSTILLER, et al.,**

    **Defendants.**

_____/


**O R D E R**

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs

has been filed by attorney Gary J. Shaw.  ECF No. 14.  The motion

demonstrates that counsel is a member in good standing of the Bar of the

District of Columbia, where he regularly practices law.  *Id.*  Counsel is not a

resident of Florida, has completed this Court's local rules tutorial, *id. at 2*,

and the docket confirms that the $208 pro hac vice admission fee has been

paid.  The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is

**GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro

hac vice, ECF No. 14, is **GRANTED**.

**DONE AND ORDERED** on September 15, 2022.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:22cv325-RH-MAF