# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**AUGUST DEKKER, et al.,**

      **Plaintiffs,**

**vs.**                                  **Case No. 4:22cv325-RH-MAF**

**SIMONE MARSTILLER, et al.,**

      **Defendants.**

_____/

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney Carl S. Charles.  ECF No. 17.  The motion demonstrates that counsel is a member in good standing of the Bar of the State of Georgia, where he regularly practices law.  *Id.*  Counsel is not a resident of Florida, has completed this Court's local rules tutorial, *id. at 2*, and the docket confirms that the $208 pro hac vice admission fee has been paid.  The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro

hac vice, ECF No. 17, is **GRANTED**.

**DONE AND ORDERED** on September 15, 2022.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**