# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>September 19, 2022</u>                                  Case No.: <u>4:22cv325-RH</u>

Time: <u>3:00 – 3:24 p.m.</u>

AUGUST DEKKER et al. v. SIMONE MARSTILLER et al.

---

DOCKET ENTRY: Telephonic Scheduling Conference held. Ruling by Court: Defendants' response to motion for preliminary injunction due by October 3. Plaintiffs' reply due by October 7. A preliminary injunction hearing will be set for October 12. An order will follow.

---

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>                                  <u>Lisa Snyder</u>
Deputy Clerk                                  Official Court Reporter

---

ATTORNEYS APPEARING FOR PLAINTIFFS:
Omar Gonzalez-Pagan
Jennifer Altman
Katherine DeBriere
Simone Chriss
Abigail Coursolle
Shani Rivaux

ATTORNEYS APPEARING FOR DEFENDANTS:
Mohammad Jazil
Gary Perko
Michael Beato