IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.	CASE NO. 4:22cv325-RH-MAF

SIMONE MARSTILLER et al.,

    Defendants.

_____/

# SCHEDULING ORDER

This order confirms and adds to the schedule announced on the record of the hearing on September 19, 2022. The plaintiffs have moved for a preliminary injunction and have submitted declarations and exhibits in support of the motion. The defendants have acknowledged that the declarations and exhibits are properly part of the preliminary-injunction record. The plaintiffs have indicated they do not expect to offer live testimony or additional evidence unless the need arises based on evidence or arguments first asserted by the defendants in response to the motion.

    IT IS ORDERED:

1. A hearing on the preliminary-injunction motion is set for October 12, 2022, at 9:30 a.m.

2. The defendants must file by October 3, 2022, a memorandum in response to the preliminary-injunction motion and all written evidence, including declarations and exhibits, the defendants will offer in opposition to the motion.

3. The defendants must file by October 3, 2022, a notice stating whether they expect to offer live testimony at the hearing, and if so, identifying each witness and providing a brief description of the expected testimony.

4. The plaintiffs may file by 5:00 p.m. on October 7, 2022, a reply memorandum and any rebuttal evidence.

5. If, based on the defendants' filings, the plaintiffs expect to offer live testimony, they must file by 5:00 p.m. on October 7, 2022, a notice identifying each witness and providing a brief description of the expected testimony.

6. A witness will be allowed to testify by live transmission from a remote location if (a) both sides agree that the witness may so testify or (b) the court so orders on a motion filed by October 3 (for the defendants) or by 5:00 p.m. on October 7 (for the plaintiffs).

7. The deadline for the defendants to respond to the complaint is 14 days after a ruling on the preliminary-injunction motion.

8. The defendants must immediately provide the plaintiffs' attorneys a copy of any record of any plaintiff accessed by the defendants or their attorneys in connection with this case.

9. Documents with confidential medical information may be filed under seal without further order. But if a legal memorandum is so filed, a properly redacted copy must be filed in the public docket.

SO ORDERED on September 19, 2022.

s/Robert L. Hinkle<br>United States District Judge