IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.

SIMONE MARSTILLER, et al.,

    Defendants.

Case No. 4:22-cv-00325-RH-MAF

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 11.1(C), Cortlin H. Lannin, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amici curiae* the American Academy of Pediatrics ("AAP"), the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry ("AACAP"), the American Academy of Family Physicians ("AAFP"), the American Academy of Nursing ("AAN"), the American College of Obstetricians and Gynecologists ("ACOG"), the American College of Osteopathic Pediatricians ("ACOP"), the American College of Physicians ("ACP"), the American Medical Association ("AMA"), the American Pediatric Society ("APS"), the American Psychiatric Association

("APA"), the Association of American Medical Colleges ("AAMC"), the Endocrine Society, the Florida Chapter of the American Academy of Pediatrics ("FCAAP"), the National Association of Pediatric Nurse Practitioners ("NAPNAP"), the North Central Florida Council of Child & Adolescent Psychiatry ("NORCEF"), the Pediatric Endocrine Society ("PES"), the Societies for Pediatric Urology ("SPU"), the Society for Adolescent Health and Medicine ("SAHM"), the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses ("SPN"), and the World Professional Association for Transgender Health ("WPATH") ("*Amici Curiae*"), and states the following:

1.  Cortlin H. Lannin is an active member in good standing of the bar of the State of California and a member of the bar of the Northern, Central, and Southern Districts of California, and the U.S. Court of Appeals for the Eighth, Ninth, and Eleventh Circuits. (*See* Certificate of Good Standing for the California Bar attached hereto as Exhibit A.)

2.  Mr. Lannin does not maintain a regular practice of law in the State of Florida.

3.  Mr. Lannin has completed the Local Rules Tutorial, received his confirmation number FLND16637755596791, is familiar with the Local Rules of the Northern District of Florida, and shall comply with them.

4. Mr. Lannin reviewed the online CM/ECF Attorney User's Guide, and maintains an upgraded PACER account.

5. Mr. Lannin is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

6. Mr. Lannin represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

WHEREFORE, attorney Cortlin H. Lannin moves this Court to enter an Order allowing him to appear before this Court on behalf of *amici curiae* for all purposes relating to the proceedings in the above-captioned matter.

Dated: September 28, 2022

Respectfully submitted,

*/s/ Cortlin H. Lannin*

Cortlin H. Lannin
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Phone: (415) 591-7078
clannin@cov.com

*Counsel for Amici Curiae*

3