**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division**

AUGUST DEKKER, legally known as
KORI DEKKER; BRIT ROTHSTEIN;
SUSAN DOE, a minor, by and through
her parents and next friends, JANE
DOE and JOHN DOE; and K.F., a
minor, by and through his parent and
next friend, JADE LADUE,

      Plaintiffs,

   v.

SIMONE MARSTILLER, in her official
capacity as Secretary of the Florida
Agency for Health Care Administration;
and FLORIDA AGENCY FOR
HEALTH CARE ADMINISTRATION,

      Defendants.

Case No. 4:22-cv-00325-RH-MAF

**MOTION FOR ADMISSION *PRO HAC VICE* OF VALERIE C. SAMUELS**

Pursuant to N.D. Fla. Loc. R. 11.1(C), attorney Valerie C. Samuels respectfully moves for admission *pro hac vice* for purposes of appearance as counsel on behalf of *amicus curiae* Hussein Abdul-Latif, Susan D. Boulware, Rebecca Kamody, Laura Kuper, Meredithe McNamara, Christy Olezeski, Nathalie Szilagyi, and Anne Alstott (collectively, "Amici") in the above-captioned matter. In support thereof, I submit the following for the court's consideration:

1

AFDOCS:26301021.1

1. I have been retained as counsel for Amici in this case, a group of seven scientists and a law professor. The seven scientists on whose behalf I will appear hold academic appointments at the University of Alabama at Birmingham, the University of Texas Southwestern, and Yale University. The law professor holds a tenured position at the Yale Law School. Amici include three Ph.D. child and adolescent psychologists and four M.D. physicians with specialties in pediatric endocrinology, child and adolescent psychiatry, and adolescent medicine. All seven scientists are clinicians who treat transgender youth on a daily basis. Collectively, Amici have more than 57 years of clinical practice and have treated more than 2,100 transgender youth.

2. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. A certificate of good standing, dated within 30 days of this motion, is attached hereto as **Exhibit A**. I am a partner in the Boston, Massachusetts office of ArentFox Schiff LLP.

3. I am an active member in good standing of the U.S. District Court for the District of Massachusetts, having been admitted on February 23, 1987.

4. I am an active member in good standing of the First Circuit Court of Appeals, having been admitted on February 4, 2000.

5. I am not a Florida resident, a member of the Florida Bar, nor have I, or do I presently, maintain a law practice in Florida.

6. I successfully completed the Court's online Attorney Admission Tutorial on September 28, 2022. The confirmation number for completion of the online tutorial **is** FLND16644019266827.

7. I have reviewed and become familiar with the Local Rules of the U.S. District Court for the Northern District of Florida.

8. I have reviewed the online CM/ECF Attorney User's Guide and I have an upgraded PACER account.

9. I have been granted the ability to file using this Court's CM/ECF system.

10. I will maintain with the clerk a current telephone number, mailing address, and email address.

11. I will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Attorney Valerie C. Samuels, moves this Court to enter an Order allowing her to appear before this Court on behalf of Amici for any purpose related to the proceedings in the above-captioned matter.

Dated:  September 29, 2022

Respectfully submitted,

*/s/  Valerie Samuels*
Valerie C. Samuels
ArentFox Schiff, LLP
Prudential Tower
800 Boylston Street, 32nd Fl
Boston, MA  02199
Valerie.Samuels@afslaw.com
Telephone: 617.973.6248
Facsimile:  617.367.2315

## CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on September 28, 2022, counsel for Amici served the foregoing on the parties via email, to which counsel consented to prior to the filing of the motion.

Dated:  September 29, 2022

Respectfully submitted,

*/s/  Valerie Samuels*
Valerie C. Samuels
ArentFox Schiff, LLP
Prudential Tower
800 Boylston Street, 32nd Fl
Boston, MA  02199
Valerie.Samuels@afslaw.com
Telephone: 617.973.6248
Facsimile:  617.367.2315

AFDOCS:26301021.1