**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division**

| | |
|---|---|
| AUGUST DEKKER, legally known as KORI DEKKER; BRIT ROTHSTEIN; SUSAN DOE, a minor, by and through her parents and next friends, JANE DOE and JOHN DOE; and K.F., a minor, by and through his parent and next friend, JADE LADUE,<br><br>        Plaintiffs,<br><br>   v.<br><br>SIMONE MARSTILLER, in her official capacity as Secretary of the Florida Agency for Health Care Administration; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,<br><br>        Defendants. | Case No. 4:22-cv-00325-RH-MAF |

**NOTICE OF APPERANCE ON BEHALF OF *AMICUS CURIAE***

PLEASE TAKE NOTICE that the undersigned attorney hereby gives notice

of his appearance as co-counsel for *amicus curiae* HUSSEIN ABDUL-LATIF,

SUSAN D. BOULWARE, REBECCA KAMODY, LAURA KUPER,

MEREDITHE MCNAMARA, CHRISTY OLEZESKI, NATHALIE SZILAGYI,

and ANNE ALSTOTT in the above-captioned matter.

1

Dated:  September 29, 2022                              Respectfully submitted,

                                                       */s/  Joseph J. Krasovec, III*
                                                       Joseph J. Krasovec, III
                                                       ArentFox Schiff, LLP
                                                       Willis Tower
                                                       233 South Wacker Drive
                                                       Suite 7100
                                                       Chicago, IL 60606
                                                       Joseph.Krasovec@afslaw.com
                                                       Telephone: 312.258.5639


## CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2022, this notice was filed through the

Court's CM/ECF system, which will send a notice of electronic filing to all counsel

of record.

Dated:  September 29, 2022                              Respectfully submitted,

                                                       */s/  Joseph J. Krasovec, III*
                                                       Joseph J. Krasovec, III