IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

vs.                                                         Case No. 4:22cv325-RH-MAF

SIMONE MARSTILLER, et al.,

    Defendants.
_____/

## O R D E R

Two motions for leave to appear pro hac vice have been filed by attorney Cortlin H. Lannin, ECF No. 36, and attorney William Isasi, ECF No. 41. Counsel seek to appear in this case on behalf of *amici curiae,* the American Academy of Pediatrics, and twenty other related organizations. *Id.* Notably, a motion for leave to file a brief of *amici curae* by those entities were recently filed. ECF No. 34. The motion was denied by United States District Judge Robert L. Hinkle on the basis of timing. ECF No. 43.

Nevertheless, in the first motion, ECF No. 36, Mr. Lannin has demonstrated that he is a member in good standing of the Bar of the State of California. Counsel is not a resident of Florida, has completed this

Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and, to the degree counsel seeks to file anything further in this case, it is **GRANTED**.

The second motion demonstrates that Mr. Isasi is a member in good standing of the Bar of the District of Columbia, and other state bars. ECF No. 41. Counsel is not a Florida resident, completed this Court's local rules tutorial, and paid the $208 pro hac vice admission fee. *Id.* That motion is also in compliance with N.D. Fla. Loc. R. 11.1(C) and, to the degree counsel seeks to file anything further, it is **GRANTED**.

Accordingly, it is **ORDERED:**

1. The motion for leave to appear pro hac vice for *amici curiae*, ECF No. 36, is **GRANTED**.

2. The motion for leave to appear pro hac vice for *amici curiae*, ECF No. 41, is **GRANTED**.

**DONE AND ORDERED** on October 3, 2022.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**