IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| AUGUST DEKKER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SIMONE MARSTILLER, et al.,<br><br>    Defendants. | Case No. 4:22-cv-00325-RH-MAF |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 11.1(C), D. Jean Veta, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amici curiae* the American Academy of Pediatrics ("AAP"), the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry ("AACAP"), the American Academy of Family Physicians ("AAFP"), the American Academy of Nursing ("AAN"), the American College of Obstetricians and Gynecologists ("ACOG"), the American College of Osteopathic Pediatricians ("ACOP"), the American College of Physicians ("ACP"), the American Medical Association ("AMA"), the American Pediatric Society ("APS"), the American Psychiatric Association

("APA"), the Association of American Medical Colleges ("AAMC"), the Endocrine Society, the Florida Chapter of the American Academy of Pediatrics ("FCAAP"), the National Association of Pediatric Nurse Practitioners ("NAPNAP"), the North Central Florida Council of Child & Adolescent Psychiatry ("NORCEF"), the Pediatric Endocrine Society ("PES"), the Societies for Pediatric Urology ("SPU"), the Society for Adolescent Health and Medicine ("SAHM"), the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses ("SPN"), and the World Professional Association for Transgender Health ("WPATH") ("*Amici Curiae*"), and states the following:

1. D. Jean Veta is an active member in good standing of the bar of the District of Columbia, a member of the bar of the U.S. Court of Appeals for the D.C. Circuit, and a member of the bar of the following federal courts: U.S. District Court for the District of Columbia, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the First Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, and the U.S. District Court for the Eastern and Western District of Arkansas. (*See* Certificate of Good Standing for the D.C. Bar attached hereto as Exhibit A).

2. Ms. Veta does not maintain a regular practice of law in the State of Florida.

3. Ms. Veta has completed the Local Rules Tutorial, received her confirmation number FLND16645639796836, is familiar with the Local Rules of the Northern District of Florida, and shall comply with them.

4. Ms. Veta reviewed the online CM/ECF Attorney User's Guide, and maintains an upgraded PACER account.

5. Ms. Veta is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

6. Ms. Veta represents that, to her knowledge, there are no disciplinary or suspension proceedings pending against her in any court of the United States, or of any State, Territory, or Possession of the United States.

WHEREFORE, attorney D. Jean Veta moves this Court to enter an Order allowing her to appear before this Court on behalf of *amici curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: October 3, 2022                                  Respectfully submitted,

                                                        */s/  D. Jean Veta*

                                                        D. Jean Veta (D.C. Bar No. 358980)
                                                        COVINGTON & BURLING LLP
                                                        One CityCenter
                                                        850 Tenth St., N.W.
                                                        Washington, D.C.  20001
                                                        Phone: (202) 662-5294
                                                        Fax: (202) 778-5294
                                                        jveta@cov.com


                                                        *Counsel for Amici Curiae*