IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.                                    Case No. 4:22-cv-00325-RH-MAF

SIMONE MARSTILLER, et al.,

    Defendants.
_____/

## DEFENDANTS' WITNESS LIST FOR PRELIMINARY INJUNCTION HEARING

Defendants Secretary Marstiller and the Agency for Health Care Administration will call the following witnesses during the October 12, 2022 preliminary injunction hearing:

|   |   |
|---|---|
| 1. | Dr. Michael Laidlaw |
| 2. | Dr. Andre Van Mol |
| 3. | Chloe Cole |
| 4. | Zoe Hawes |
| 5. | Camille Kiefel |
| 6. | Julie Framingham |
| 7. | Yaacov Sheinfield |

1

                                        Respectfully submitted,

                                        /s/ Mohammad O. Jazil
                                        Mohammad O. Jazil (FBN 72556)
                                        Gary V. Perko (FBN 855898)
                                        Michael Beato (FBN 1017715)
                                        mjazil@holtzmanvogel.com
                                        gperko@holtzmanvogel.com
                                        mbeato@holtzmanvogel.com
                                        HOLTZMAN VOGEL BARAN
                                        TORCHINSKY & JOSEFIAK PLLC
                                        119 S. Monroe St., Suite 500
                                        Tallahassee, FL 32301
                                        (850) 270-5938
                                        *Counsel for Secretary Marstiller and the*
                                        *Agency for Health Care Administration*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

                                        /s/ Mohammad O. Jazil
                                        Mohammad O. Jazil