IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

     Plaintiffs,

v.                                  Case No. 4:22-cv-00325-RH-MAF

SIMONE MARSTILLER, et al.,

     Defendants.
_____/

## **DEFENDANTS' NOTICE TO THE COURT**

Defendants Secretary Marstiller and the Agency for Health Care Administration notify this Court that on October 3, 2022, Defendants provided Plaintiffs with Medicaid documents for the individual Plaintiffs, as discussed during the September 19, 2022 telephonic hearing. Defendants also provided Plaintiffs with an unredacted copy of the response in opposition to the motion for preliminary injunction.

1

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
*Counsel for Secretary Marstiller and the
Agency for Health Care Administration*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing with

the Clerk of Court by using CM/ECF, which automatically serves all counsel of record

for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil