IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AUGUST DEKKER, et al.,**

    Plaintiffs,

vs.                                      Case No. 4:22cv325-RH-MAF

**SIMONE MARSTILLER, et al.,**

    Defendants.

_____/

**O R D E R**

Attorney D. Jean Veta has filed a motion for leave to appear pro hac vice.  ECF No. 46.  Counsel seeks to appear in this case on behalf of *amici curiae* - the Academy of Pediatrics and other related entities.  *Id.*  Notably, a motion for leave to file a brief of *amici curae* by those entities was recently filed.  ECF No. 40.  The motion was denied by United States District Judge Robert L. Hinkle on the basis of timing.  ECF No. 43.

Nevertheless, the instant motion demonstrates that counsel is a member in good standing of the Bar of the District of Columbia.  ECF No. 46.  Counsel is not a resident of Florida, she has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice

admission fee has been paid.  *Id.*  The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and, to the degree counsel seeks to file anything further in this case, it is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice for *amici curiae*, ECF No. 46, is **GRANTED**.

**DONE AND ORDERED** on October 4, 2022.

<u>S/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**