IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.                                        Case No. 4:22-cv-00325-RH-MAF

SIMONE MARSTILLER, et al.,

    Defendants.
_____/

# AMENDED DEFENDANTS' WITNESS LIST FOR PRELIMINARY INJUNCTION HEARING

After consultation with Plaintiffs, and to streamline the preliminary injunction proceeding, Defendants Secretary Marstiller and the Agency for Health Care Administration file an amended witness list:

|   | Witness | Brief Description of Testimony | Appearing |
|---|---|---|---|
| 1. | Dr. Michael Laidlaw | Efficacy of treatments from the perspective of a practitioner | Remote |
| 2. | Zoe Hawes | Experience of a detransitioner | Live |
| 3. | Yaacov Sheinfield | Experience of a parent | Live |

The Parties agree to present Dr. Laidlaw by Zoom. Plaintiffs further asked Defendants to note the following for this Court:

> Plaintiffs raised a series of objections relating to the declarations and notice of live witnesses to be heard at the hearing scheduled for October 12, 2022. After the Parties met and conferred, Defendants agreed to limit the presentation of live witnesses to the above. In light of this, Plaintiffs waive their objections to the presentation of the above three witnesses (one expert and two lay witnesses) based on duplication of testimony or compliance with the Court's scheduling order and will not seek to

1

preclude their presentation on these grounds. Plaintiffs reserve their rights to object to the presentation of this testimony, as well as the testimony of the declarations attached to Defendants' appendix, under all other bases, including based on lack of relevance or failure to otherwise comply with the Federal Rules of Evidence, including, inter alia, Rules 401, 402, 403, 701, and 702. Plaintiffs expressly preserve all other objections.

Respectfully submitted,

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
*Counsel for Secretary Marstiller and the
Agency for Health Care Administration*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil