IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                      CASE NO. 4:22cv325-RH-MAF

SIMONE MARSTILLER et al.,

    Defendants.

_____/

## ORDER NOTING RUSH v. PARHAM

The parties have not cited, but should be aware of and prepared to address, *Rush v. Parham*, 625 F.2d 1150 (5th Cir. 1980). Unless superseded by later authority, *Rush* is binding authority in the Eleventh Circuit. *See Bonner v. City of Prichard, Ala.*, 661 F.2d 1206, 1207 (11th Cir. 1981) (en banc).

SO ORDERED on October 6, 2022.

                                            s/Robert L. Hinkle
                                            United States District Judge