IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
**Tallahassee Division**

| | |
|---|---|
| AUGUST DEKKER, legally known as KORI DEKKER; BRIT ROTHSTEIN; SUSAN DOE, a minor, by and through her parents and next friends, JANE DOE and JOHN DOE; and K.F., a minor, by and through his parent and next friend, JADE LADUE,<br><br>*Plaintiffs*,<br>v.<br><br>SIMONE MARSTILLER, in her official capacity as Secretary of the Florida Agency for Health Care Administration; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,<br>*Defendants*. | Civil Action No.<br>4:22-cv-00325-RH-MAF |

Declaration Of Chloe Cole In Support Of Plaintiffs' Opposition to Defendants' Motion For Preliminary Injunction.

I, Chloe Cole, declare as follows:

1. I am 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Declaration in support of Defendants' opposition to Plaintiffs' Motion for a Preliminary Injunction and Complaint.

2. Florida Administrative Code § 59G-1.050(7), which prohibits Medicaid coverage for medical and surgical interventions meant to "alter primary or

1

secondary sexual characteristics," is a necessary and potentially life-saving regulation that will protect vulnerable young people from the heartbreaking regret, irreversible physical changes, and emotional pain that I have experienced.

3. Starting around the age of 12, I began to believe that I was transgender. This belief was not organic. All the media I consumed as a kid showed me how stupid and vulnerable being a girl was. All the sexualized images of women gave me an unrealistic expectation of womanhood.

4. I spent a lot of time online and quickly saw all the praise coming out as "trans" got on Instagram and other social media. I was a bit awkward in school and had some trouble making friends.

5. Like many dysphoric children, I also suffered from a variety of mental health conditions, such as ADHD, so I easily fell prey to the narrative that if I felt different, and did not want to be a highly sexualized girl, that I must be a boy.

6. I obsessed over becoming a boy. I believed that all of my insecurities and anxiety would magically disappear once I transitioned. The mental health professionals did not try to dissuade me of this delusional belief.

7. I was fast-tracked into medical transition after I was diagnosed with Gender dysphoria. In my home state of California, a child can pick their gender identity and a care provider cannot question that choice because it would be regarded as illegal conversion therapy. This wasn't a misdiagnosis, it was mistreatment.

8. I was diagnosed with gender dysphoria by a "gender specialist" when I was 12. The gender specialist told my parents that children know their gender from a young age, and I know what's best for myself. The specialist cited the suicide rate and said, "If you don't affirm your child she will commit suicide." The specialist asked them, if they would they rather have a "dead daughter or live son." My parents complied because they were not offered any other treatment solution for my distress. My distraught parents wanted me alive, so they listened to my doctors.

9. I started receiving puberty blockers at age 13. A month later I was put on testosterone. I stayed on puberty blockers for a year and on testosterone for three years. At the time I received the hormones, the endocrinologist cited some of the risks, including vaginal atrophy and inability to have children. However, I did not really understand what that would mean and didn't realize that could involve other pelvic structures. I was in 8th grade. I had no concept of what it would someday mean to me as an adult to have children. I cannot imagine a doctor asking a child this and expecting them to make a mature judgment.

10. While taking the hormones I began having severe hot flashes, like women in menopause. My entire body got very itchy. After a while I would sometimes hear loud cracks in my neck and back.

11. The hormones caused atrophy of my urinary track. I suffered from urinary track infections and blood clots in my urine. I did not want to discontinue

testosterone because I wanted to continue to be treated as a boy. I also developed digestive problems.

12. I also experienced a very heightened libido which was very difficult to deal with at such a young age. This caused me to make a lot of regrettable sexual decisions.

13. The treatments seemed to worsen my mental health the longer I was on them. My anxiety got worse, and I became prone to making rash and regrettable decisions. And as discussed below, I also became suicidal.

14. I was approved for a double mastectomy at 15. I had been binding my breasts for about two years. I had been groped by a classmate in 8th grade and wanted to make sure that did not happen again. From the time I began seeking a mastectomy to having my breasts removed was only six months. There was no psychological evaluation. I was simply referred to a surgeon by a gender specialist.

15. During the surgery, the nerve endings and blood vessels in my breast tissue were severed and my nipples were removed and grafted onto another part of my chest to make my chest appear more masculine. So I will not have normal sensation.

16. I have had serious complications from the surgery. After 2 years the skin at the surgical site started to regress and the top layer of skin is failing to heal.

The tissue continually emits fluid, such that I have to wear bandages. I was given the impression that the grafts would heal in nine months, but that is not true.

17. The surgery has also affected me mentally as I am really struggling with the fact that I will not be able to breast feed my future children. I was told about this, but no teenager is able to grasp what that means.

18. About 11 months after my surgery I began experiencing grief. I realized this was a mistake, that I had lost a part of my body that will mean that I will not be able to bond in an important way with any future children and might not be able to even have children.

19. I started to become suicidal for the first time. I was not suicidal prior to the treatments. I was beginning to feel growing alienation. I began to experience increasing suicidal thoughts. Although I did not act on them, they were taking a toll on me.

20. I broke down one night as it all came to a head and made the decision to stop the testosterone. I also dropped the male identification and began to identify again as a female.

21. At first some things got worse as I had more UTIs, more blood clots in my urine, and worse digestive issues. I was very emotionally volatile, and my suicidal ideation got worse. I became very sick and lost a lot of weight. My overall

mental health got worse. I had to drop out of school and get a GED because I couldn't perform at school.

22. Over time my body began to readjust. My features resoftened. The fat in my body and body shape began to return to a female form and I have regained the weight.

23. Currently my mental health is stable. The treatments were just band aids for my mental health issues. I still struggle, but my depression and anxiety have improved.

24. At no point in my journey did anyone explore why I did not want to be girl.

25. More and more kids are falling for the false promise of happiness if they transition. Gender clinics in the United States are turning a blind eye to European countries, who are pumping the brakes on this experiment on youth.

26. Fortunately, Florida regulators are not turning a blind eye. Enacting the regulation that bans Medicaid payment for these treatments is an important step in the state doing no harm to its citizens through these treatments. It should not have been an option for me to be prescribed hormone treatments that caused me harm and may have affected my fertility, or to have my healthy breasts removed at the age of 15. This regulation will help decrease the chance that it will be an option for

vulnerable teenage girls in Florida. Taxpayer money should not go toward paying for child mutilation and child sterilization.

27. Even for adults, these treatments are at best cosmetic. They do not enhance function, but actually take away functions from the body. They are elective. The state should not be paying for treatments that actually remove or distort normal bodily functions, and yet do not bring long-term relief.

I declare under penalty of perjury that the foregoing is true and corrected.

Executed on October 3, 2022.

/s/ *Chloe Cole*
Chloe Cole