IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    *Plaintiffs*,

v.                                                                    No. 4:22-cv-325-RH-MAF

SIMONE MARSTILLER, et al.,

    *Defendants*.

## SUPPLEMENTAL DECLARATION OF JADE LADUE

I, Jade Ladue, hereby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify completely to those facts if called to do so.

2. In my prior declaration filed in support of Plaintiffs' Motion for Preliminary Injunction on September 12, 2022, I stated that K.F.'s first appointment with the Gender Multispecialty Service (GeMS) Program at Boston Children's Hospital was September 13, 2015. (ECF 11-9, ¶16). That statement included a scrivener's error. The correct date for K.F.'s first appointment with the GeMS Program is September 13, 201_7_.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of October 2022.

Respectfully Submitted,

_/s/ Jade Ladue_
Jade Ladue

1