# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: <u>4:22cv325-RH</u>                                                                                           Date: <u>October 12, 2022</u>

AUGUST DEKKER et al. v. SIMONE MARSTILLER et al.

| | |
|---|---|
| DOCKET ENTRY: Preliminary Injunction Hearing Held | 9:33 – 11:11 a.m.<br>11:27 a.m. – 12:57 p.m. |

Court hears argument of counsel on plaintiffs' motion for preliminary injunction. Ruling by Court: The motion is denied. An order will follow.

PRESENT: **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

| <u>Cindy Markley</u> | <u>Megan Hague</u> |
|---|---|
| Deputy Clerk | Official Court Reporter |

| Attorneys for Plaintiffs: | Attorneys for Defendants: |
|---|---|
| Omar Gonzalez-Pagan | Mohammad Jazil |
| Jennifer Altman | Gary Perko |
| Carl Charles | Michael Beato |
| Katherine DeBriere | |
| Catherine McKee | |
| Chelsea Dunn | |
| Simone Chriss | |

PROCEEDINGS: Preliminary Injunction Hearing Held

| | |
|---|---|
| 9:33 | Court in session |
| | Objection to late witnesses by Plaintiffs (Gonzalez-Pagan) |
| 9:34 | Ruling by Court: Witnesses are not excluded. |
| 9:35 | Defense Witness: |
| | Michael Kade Laidlaw – sworn, direct (Perko) |
| 9:38 | Plaintiff voir dire for expert qualification (Charles) |
| 9:49 | Continued direct by Defense (Perko) |
| 10:05 | Cross examination (Charles) |
| | Plaintiff Exhibit P-1 shown to witness (not admitted) |
| 10:31 | Re-direct (Perko) |
| 10:33 | Court inquires of witness |
| 10:36 | Defense Witness: |
| | Zoe Hawes – sworn, direct (Beato) |
| 10:41 | Cross examination (Chriss) |
| 10:44 | Court inquires of witness |

10:48   Defense Witness:
         Yaacov Sheinfeld – sworn, direct (Jazil)
10:56   Cross examination (Altman)
11:11   Court in recess

11:27   Court in session
         Argument by Plaintiffs (Gonzalez-Pagan)
11:55   Response by Defendants (Jazil)
12:26   Rebuttal (Gonzalez-Pagan)
12:42   Ruling by Court: Motion for preliminary injunction is denied. An order will follow.
12:48   Parties discuss schedule
12:57   Court adjourned