# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                CASE NO. 4:22cv325-RH-MAF

SIMONE MARSTILLER et al.,

    Defendants.

_____/

## ORDER EXCLUDING TESTIMONY
## OF WITNESSES C.G. AND CROWLEY

    The plaintiffs moved to exclude testimony of individuals who provided declarations only under pseudonyms—"C.G." and "Jeanne Crowley"—or alternatively to require the defendants to disclose their identities. In response, the defendants withdrew the testimony.

    The plaintiffs' motion also sought to exclude the testimony of some other lay witnesses as irrelevant. That part of the motion was denied on the record of the preliminary-injunction hearing.

    Accordingly,

    IT IS ORDERED:

The motion to exclude testimony, ECF No. 57, is granted by consent in part and denied in part. The testimony of C.G. and Jeanne Crowley is excluded.

SO ORDERED on October 22, 2022.

s/Robert L. Hinkle<br>
United States District Judge