# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>November 28, 2022</u>                                               Case No.: <u>4:22cv325-RH</u>
Time: <u>2:02 – 2:11 p.m.</u>

AUGUST DEKKER et al. v. SIMONE MARSTILLER et al.

DOCKET ENTRY: Telephonic Scheduling Conference held. Ruling by Court: Discovery schedule will be modified. An order will follow.

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>                                   <u>Lisa Snyder</u>
Deputy Clerk                                   Official Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFFS:
Omar Gonzalez-Pagan
Jennifer Altman
Abigail Coursolle

ATTORNEYS APPEARING FOR DEFENDANTS:
Mohammad Jazil
Michael Beato