IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                                 CASE NO. 4:22cv325-RH-MAF

SIMONE MARSTILLER et al.,

    Defendants.

_____/

## AMENDMENT TO SCHEDULING ORDER

For the reasons set out on the record of the hearing on November 28, 2022, this order changes the dates in paragraphs 4 and 6 of the November 15, 2022 scheduling order, ECF No. 67. The remainder of that order remains in place.

IT IS ORDERED:

4. The fact-discovery deadline is February 7, 2023.

6. The deadline for Federal Rule of Civil Procedure 26(a)(2) disclosures is February 14, 2023. But if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule

26(a)(2)(B) or (C), the deadline is 21 days after the other party's disclosure.

SO ORDERED on November 28, 2022.

s/Robert L. Hinkle  
United States District Judge