# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

      Plaintiffs,

v.                                                    CASE NO.  4:22cv325-RH-MAF

SIMONE MARSTILLER et al.,

      Defendants.

_____/

## ORDER ADVANCING THE DEADLINE TO RESPOND TO THE MOTION TO EXTEND THE DISCOVERY DEADLINE

The plaintiffs must file by noon on December 16, 2022 a response to the defendants' motion to extend the discovery deadline. The response may give grounds for opposing any extension, may alternatively argue for a shorter extension, and must alternatively indicate whether, if an extension of any length is granted, the plaintiffs wish to limit the extension to the pending interrogatories and production request or instead wish for the extension to apply to the general discovery deadline. The deadline for any summary-judgment motion will not be

extended.

       SO ORDERED on December 15, 2022.

                                 s/Robert L. Hinkle
                                 United States District Judge