IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                          CASE NO.   4:22cv325-RH-MAF

SIMONE MARSTILLER et al.,

    Defendants.

_____/

## ORDER DENYING AN EXTENSION TO
## RESPOND TO DISCOVERY REQUESTS

Without attaching, quoting, or even describing the substance of interrogatories and production requests, the defendants have moved to extend the deadline for responding. The defendants have not shown good cause.

IT IS ORDERED:

The motion to extend deadlines, ECF No. 72, is denied.

SO ORDERED on December 16, 2022.

                                              s/Robert L. Hinkle
                                              United States District Judge