IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, *et al.*,

*Plaintiffs*,

v.

SIMONE MARSTILLER, *et al.*,

*Defendants*.

Case No. 4:22-cv-00325-RH-MAF

**MOTION FOR ENTRY OF STIPULATED
PROTECTIVE ORDER**

Plaintiffs August Dekker, Brit Rothstein, Susan Doe, by and through her parents and next friends, John and Jane Doe, and K.F. by and through his parent and next friend, Jade Ladue (collectively "the Plaintiffs") respectfully move this Court, pursuant to Federal Rules of Civil Procedure 7(b) and 26(c) and Local Civil Rule 5.5, for entry of the attached Stipulated Protective Order ("Protective Order") limiting the use and disposition of certain information produced, obtained, or exhibited in the above-captioned action, including particularly sensitive and highly personal information of individuals identified or disclosed by the parties or non-parties.

1

Through this proposed Protective Order, the parties seek to limit the use of information and documents, identified herein, to protect witnesses from harm and to maintain the confidentiality of highly personal and sensitive information. This case involves, for example, information related to Plaintiffs' protected health and medical information. Recognizing the inherently sensitive nature of this kind of confidential information, the parties have agreed to a procedure for handling such information as set forth in the Protective Order accompanying this motion. The parties have agreed to limit the designation of documents and information as confidential information under the Protective Order based on a good faith belief that the documents and information are appropriate for such designation under Federal Rule 26(c) or for reasons identified within the Protective Order.

The Eleventh Circuit has affirmed that "private litigants have protectable privacy interests in confidential information disclosed through discovery." *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 355 (11th Cir. 1987) (citing *Seattle Times Co.* v. *Rhinehart*, 467 U.S. 20, 32 (1984)). "In order to preserve the confidentiality of sensitive materials, a district court may regulate access to the information by issuing a protective order pursuant to Rule 26(c)." *Id*. Plaintiffs accordingly move this Court to exercise its discretion in regulating discovery by entering the accompanying proposed Protective Order.

Dated: January 3, 2023.

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**

**Jennifer Altman** (Fl. Bar No. 881384)
**Shani Rivaux** (Fl. Bar No. 42095)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

**William C. Miller***
**Gary J. Shaw***
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com

**Joe Little***
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4700
joe.little@pillsburylaw.com

**NATIONAL HEALTH LAW PROGRAM**

**Abigail Coursolle***
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

**Catherine McKee***
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
mckee@healthlaw.org

**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**

**Omar Gonzalez-Pagan***
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

**Carl S. Charles***
1 West Court Square, Suite 105
Decatur, GA 30030
(404) 897-1880
ccharles@lambdalegal.org

**SOUTHERN LEGAL COUNSEL, INC.**

**Simone Chriss** (Fl. Bar No. 124062)
**Chelsea Dunn** (Fl. Bar No. 1013541)
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**FLORIDA HEALTH JUSTICE PROJECT**

**Katy DeBriere** (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

*Admitted pro hac vice*
*Counsel for Plaintiffs*

3

## LOCAL RULE 7.1(B) CERTIFICATION

The undersigned certifies that counsel for both parties conferred in good faith before this motion was filed. Counsel for Defendants do not oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated:  January 3, 2023.  /s/ *Jennifer Altman*
Jennifer Altman
Fl. Bar No. 881384