# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    *Plaintiffs*,

v.

JASON WEIDA, et al.,

    *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## NOTICE OF SUBSTITUTION OF PARTY

Jason Weida has succeeded Simone Marstiller as Secretary of the Agency for Healthcare Administration. As such, Mr. Weida "is automatically substituted as a party" in this case originally brought against Secretary Marstiller in her official capacity as Secretary. Fed. R. Civ. P. 25(d).

Dated: January 12, 2023

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
Phone No.: (850) 270-5938
Fax No.: (850) 341-8809

1

*Counsel for Interim Secretary Weida and the Agency for Health Care Administration*

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned certifies that the foregoing contains 38 words, excluding the case style and certifications; and it complies with the size and font requirements in the local rules.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil.