# EXHIBIT "A"

# Geeta Nangia, M.D.
**Board Certified in Adult Psychiatry and Child & Adolescent Psychiatry**
Phone (864) 318-9930• drnangia@jothgreenville.com

## EDUCATION

**Boston University School of Medicine**  **Boston, MA**
*Doctor of Medicine*  May 2002

**Boston University**  **Boston, MA**
*Bachelor of Arts Biochemistry, Molecular Biology*  May 1998

## INTERNSHIP AND RESIDENCY

**Medical University of South Carolina**  **Charleston, SC**
*Child and Adolescent Psychiatry Fellow*  June 2007

**Medical University of South Carolina**  **Charleston, SC**
*General Psychiatry Resident*  June 2006

## EXPERIENCE

**KNOWN AND LOVED**  **Greenville, SC**
**CEO**  **2021-present**
Educating, equipping, and supporting the growth of healthy families in our region. Providing mental health education and support to parents, with a special focus on foster and adoptive families. Helping parents to establish secure and healthy attachments with children, thereby improving their mental health outcomes.

**Journey of the Heart, LLC**  **Piedmont, SC**
**Child and Adolescent Psychiatrist**  **2022-present**
Providing behavioral health care for children and families, specializing in complex cases and trauma.

**Parkside Pediatrics Behavioral Health**  **Greenville, SC**
**Child & Adolescent Psychiatrist**  **2018-2022**
Providing behavioral health care for children and families. Consulting with pediatricians in primary care.

**Edward Via College of Osteopathic Medicine**  **Spartanburg, SC**
**Community Clinical Faculty and Lecturer**  **2015-2020**
Taught medical students about the principles of childhood development and clinical psychiatry.

**Carolina Center for Behavioral Health**     **Greer, SC**
**Staff Psychiatrist**     **2015-2016**
Staffed inpatient unit for children and adults of all ages who were in need of acute crisis stabilization and mental health services.

**The Well Planted Child, LLC**     **Bellefonte, PA**
**Private Practice Consulting Psychiatrist**     **2014- 2015**
Provided school based consultation services for children with behavioral and/or academic difficulties. Assisted teachers in developing effective classroom management strategies and in creating accommodations for children with special needs.

**Centre County Christian Academy**     **Bellefonte, PA**
**Kindergarten Teacher**     **2014-2015**
Volunteered to be a primary teacher for morning academics at a private Christian school for an academic year. Tested classroom modifications and strategies typically recommended by clinical mental health professionals to assess their efficacy. Provided consulting services for children with special needs or behavioral issues.

**Diversified Treatment Alternatives**     **Lewisburg, PA**
**Child and Adolescent Psychiatrist**     **2012- 2015**
Provided evaluation and treatment for children in two residential care facilities. Provided care for a high risk youth population with a special focus on sexual abuse, sexual perpetration, and addiction. Supervised treatment teams who were providing trauma focused treatment for children. Provided care for a partial hospitalization program. Led educational parenting groups on development and attachment.

**Sunpointe Health**     **State College, PA**
**Child and Adolescent Psychiatrist**     **2011-2012**
**Adult Psychiatry Inpatient Attending Psychiatrist**
Provided inpatient adult psychiatric evaluation and treatment in an acute care setting at Mount Nittany Medical Center. Provided psychiatric consultation for children and for the BLAST Intermediate Unit which serves multiple school districts in the region. Taught medical students during their psychiatry rotation.

**Palmetto Christian Psychiatry**     **Charleston, SC**
**Private Practice Psychiatrist**     **2010-2011**
Provided psychiatric evaluation and treatment for individuals of all ages. Provided individual and family psychotherapy.

**Susquehanna Health Medical Group**     **Williamsport, PA**
**Child and Adolescent Psychiatrist**     **2007-2010**
**Adult Psychiatry Inpatient Attending Psychiatrist**
Spearheaded The Department of Child Psychiatry at a local community hospital with a mission to serve children who otherwise did not have access to mental health care. Performed evaluations and treatment for children and adults with a

broad spectrum of mental health and developmental disorders. Actively conducted family therapy, psychodynamic therapy, cognitive behavioral therapy, play therapy, as well as group therapy. Provided medication management. Worked with outlying community agencies in all arenas, consulting with and for schools, social services, court systems, pediatricians and primary care physicians, wrap around services, and partial hospitalization programs to coordinate care for children. Taught in the family medicine residency program weekly. Supervised staff therapist and psychiatric nurse. Provided courtroom testimony in custody and abuse cases. Performed on call duties on the adult inpatient unit.

**Carolina Center for Behavioral Health         Greer, SC**
**Staff Psychiatrist                                                 2006-2007**
Served in a weekend moonlighting position servicing an adult inpatient population while in fellowship training. Managed crisis calls, multiple levels of acuity, and geriatric patients on weekends during my fellowship.

## HONORS

**Susquehanna Physician Appreciation Award, 2008**
**Family Medicine Residency Teaching Certificate 2008**
**Circle of Excellence in Teaching 2003**
**Ruth Hunter Johnson Prize in Psychiatry 2002**

## LICENSURES

**Pennsylvania Medical License MD 431126  inactive**
**South Carolina Medical License MD 26215 active**

## CERTIFICATIONS

**American Board of Psychiatry and Neurology, General Psychiatry**
**American Board of Psychiatry and Neurology, Child and Adolescent Psychiatry**