IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.                                            Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.,

    Defendants.
_____/

## **NOTICE OF FILING**

Consistent with ECF No. 82, and the inherent time constraints, Defendants Jason Weida and the Agency for Health Care Administration are not filing a written response to Plaintiffs' motion to compel, ECF No. 81. That said, Defendants file (1) the attached declaration of Matthew Brackett and accompanying documents, and (2) Defendants' amended responses to Plaintiffs' first request for production. Defendants will rely on both filings during tomorrow's hearing.

Dated: January 25, 2023

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, the foregoing was uploaded on the ECF filing portal, which emailed counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil