# United States District Court
## CIVIL MINUTES - GENERAL

Date: January 26, 2023					Case No.: 4:22cv325-RH
Time: 10:35 – 11:44 a.m.
       11:55 a.m. – 12:37 p.m.

AUGUST DEKKER et al. v. JASON WEIDA et al.

DOCKET ENTRY: Telephonic Motion Hearing held. Court hears argument of counsel on plaintiffs' motion to compel. Plaintiffs move to extend the fact discovery deadline. Ruling by Court: An order will follow detailing the ruling as announced on the record.

PRESENT:  **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

    Cindy Markley				Megan Hague
    Deputy Clerk				Official Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFFS:
Chelsea Dunn
Joseph Little
Omar Gonzalez-Pagan
Katherine DeBriere

ATTORNEY APPEARING FOR DEFENDANTS:
Mohammad Jazil