IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

AUGUST DEKKER, et al.,

        *Plaintiffs*,

v.

JASON WEIDA, et al.,

        *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

**DECLARATION OF JOSHUA D. SANDERSON, M.D.**

I, JOSHUA D. SANDERSON, M.D., hereby declare as follows:

1.    I am over the age of eighteen and submit this declaration based on my personal knowledge and experience.

2.    My curriculum vitae is attached to this declaration.

3.    I have been a licensed child and adolescent psychiatrist for 6.5 years.

4.    As a result, I have extensive experience treating children and adolescents with gender dysphoria and children and adolescents who identify as transgender. Over the past decade, including my medical school training, adult residency, child and adolescent fellowship, forensic fellowship, and tenure as the program director of forensic psychiatry, I have examined and treated thousands of patients (of all ages) who either experience gender dysphoria or identify as

1

something other than their gender assigned at birth.  I have treated patients in both inpatient and outpatient settings as they navigate several different issues related to development, identity, family dynamics, interpersonal relationships, and psychological stress.  The issue of personal identity has always been a complex issue that is often multifactorial.  Identity is made up of a number of different experiences, inherent characteristics, and family dynamics that requires a biopsychosocial approach in investigating.  The examination usually includes obtaining developmental, social, emotional, educational, family, abuse, and trauma histories to better understand the entire individual and the system they are developing in.

5. Of those patients, I have supported all of my patients in their identified gender.

6. I am not a "gender dysphoria denier or skeptic."  I fully believe that gender dysphoria is a very real phenomena and believe that the distress in gender dysphoria can be severe. I disagree with the medical and surgical transition guidelines for gender dysphoria treatment published by, for example, the World Professional Association for Gender Health (WPATH).  In particular, on the issue of medical and surgical transition in youth, and on some of the recommendations on the physician guided interview, I have disagreements based on my clinical experience.

7. I believe the focus of care for individuals with gender dysphoria should be to engage them in exploratory therapy, to harness a system of support for them, and to provide compassionate care during a particularly vulnerable stage of development. Due to the complex nature of identity, the immaturity of the developing brain, and the fact that a thorough examination often elicits alternative motivations, causes, and complicating factors, I believe that medical and surgical transition should at least be delayed until adulthood, when youth have completed the psychosocial stage of development with a solidified sense of identity, have neurodevelopmentally matured, and when they can provide true informed consent.

8. I am well aware of the literature and recommendations for individuals who experience gender dysphoria.

9. I am also aware that the controlling issue in this case is whether at-issue treatments for gender dysphoria—puberty blockers, cross-sex hormones, surgeries, etc.—are experimental. I believe that such treatments are experimental. There is a lack of long-term studies that analyze the effects of these treatments. Those effects, especially on minors, could outweigh the treatments' benefits and cause negative health complications.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of January, 2023.

                                                                             _____
                                                                             JOSHUA D. SANDERSON, M.D.

# Joshua David Sanderson, MD
Joshua.Sanderson.MD@gmail.com

Work Address:
1750 St. Charles Ave. St. 609
New Orleans, LA  70130
(504)-232-1087

**Academic Appointments**
July 2017 – September 2022    Louisiana State University Health Sciences Center – New Orleans
Clinical Assistant Professor; Forensic Psychiatry Program Director

**Education/Post Graduate Training**
July 2016 – June 2017    Louisiana State University Health Sciences Center – Shreveport
Forensic Psychiatry Fellowship

July 2014 – June 2016    Louisiana State University Health Sciences Center/Children's Hospital
Child and Adolescent Psychiatry Fellowship
Harris Infant Mental Health Fellowship

July 2011 – June 2014    Louisiana State University Health Sciences Center/Ochsner Medical Center
Adult Psychiatry Residency

August 2007 – May 2011    Louisiana State University New Orleans – School of Medicine
M.D., May 2011

August 2003 – May 2007    Louisiana State University
B.S. in Biology, May 2007
Minor in Chemistry

**Medical Licensure**
National Provider Identifier: 1033418835  (Active)
Louisiana State Board of Medical Examiners Medical License Number: MD.206434 (Active)
DEA Registration Number: FS4156685  (Active)
CDS License Number: CDS.043720-MD  (Active)


**Board Certification**
American Board of Psychiatry and Neurology Board Certification in Adult Psychiatry, September 2015
American Board of Psychiatry and Neurology Board Certification in Forensic Psychiatry, October 2017
American Board of Psychiatry and Neurology Board Certification in Child & Adolescent Psychiatry, September 2019

**Bibliographies**
"Assessment of Obesity." Handbook of Childhood Psychopathology and Developmental Disabilities Assessment

**Articles**
Quality Improvement on the Acute Inpatient Psychiatry Unit Using the Model for Improvement
"What's in a Name? Disputes about Sexual Identity on a Child and Adolescent Psychiatric Unit"

## Teaching Activities

| | |
|---|---|
| 2017 – 2022 | Louisiana State University Health Sciences Center – New Orleans |
| | Duties: Lecture and supervise residents and fellows on child, adolescent, and forensic psychiatry rotations. |
| | |
| 2016 – 2017 | Louisiana State University Health Sciences Center – Shreveport |
| | Duties: Lecture students rotating monthly on mood and psychotic disorders.  Evaluate student case reports and clinical performance. |
| | |
| 2016 – 2017 | Louisiana State University Health Sciences Center – Shreveport |
| | Duties: Supervise and evaluate adult psychiatry residents performing their clinical skills examinations. |

## Honors

| | |
|---|---|
| 2003-2007 | Alpha Lambda Delta National Honor Society |
| 2003-2007 | National Society of Collegiate Scholars |
| 2003-2007 | Chancellor's Aide Scholarship |
| 2003-2007 | Dean's List |
| 2005, 2006 | Dean Arthur R. Choppin Memorial Honors Academic Achievement Award |
| 2003-2007 | Phi Eta Sigma, National Honor Society |
| 2006 | Phi Kappa Phi, National Honor Society |
| 2003-2007 | TOPS Honors Award |

## Work Experience

| | |
|---|---|
| 2021 – Present | Acadiana Treatment Center |
| | Duties: Provide medical direction and clinical services to adolescents at a long-term residential facility |
| | |
| 2018 – Present | Pinecrest Supports and Services Center |
| | Duties: Provide clinical services to a specific population of individuals with intellectual and developmental disabilities. |
| | |
| 2017 – Present | Deputy Coroner Work in St. Tammany, Lafayette, and Jefferson Parishes |
| | Duties: Administer independent examinations of hospitalized patients to determine necessity of emergent psychiatric inpatient hospitalization. |
| | |
| 2017 – Present | Civil Court Testimony |
| | Duties: Testify weekly in judicial commitment hearings for patients hospitalized on the acute inpatient psychiatric floor at University Medical Center. |
| | |
| 2017 – 2022 | Louisiana State University Health Sciences Center |
| | Department of Psychiatry – Clinical Assistant Professor |
| | Duties: Provide clinical services, teach, and supervise residents in the psychiatry program for infant, child, adolescent, adult and forensic cases. |
| | |
| 2017 – 2022 | Metropolitan Human Services Department |
| | Duties: Provide clinical psychiatric care for youth in community outpatient clinics. |
| | |
| 2020 – 2022 | Bossier Minimum, Steve Hoyle, and Bayou Dorcheat Correctional Centers |
| | Duties: Provide clinical services for inmates requiring psychiatric treatment.  Evaluated inmates for competency to stand trial and insanity through court appointments. |
| | |
| 2017 – 2020 | Rayburn and Laborde Correctional Centers |
| | Duties: Provide clinical services for inmates requiring psychiatric treatment. |

| | |
|---|---|
| 2018 – 2019 | Ochsner St. Charles Behavioral Hospital |
| | Duties: Provide sole coverage for all psychiatric care. Perform history, physicals, and psychiatric evaluations for incoming patients. Provide medication management for established patients. |
| 2015 – 2018 | Northlake Behavioral Health Hospital |
| | Duties: Provide sole coverage for all psychiatric care. Perform history, physicals, and psychiatric evaluations for incoming patients. Provide medication management for established patients. |
| 2016 | Beacon Behavioral Health Hospital |
| | Duties: Provide sole coverage for all psychiatric care. Perform history, physicals, and psychiatric evaluations for incoming patients. Provide medication management for established patients. |
| 2013 – 2015 | Louisiana State University Interim Louisiana Hospital Emergency Room Moonlighting |
| | Duties: Provide sole coverage for all psychiatric care required at both Interim Louisiana and DePaul Hospitals. |
| 2003 – 2007 | Louisiana State University, Department of Immunology, Stephania Cormier Ph.D. |
| | Duties: Researching exposure during early neonatal life to environmental factors (allergens, pollutants, and viruses) and their possible link to respiratory disease in the adult. |

**Leadership**

General Education Committee Representative
  Duties: Attend weekly meetings to discuss ways to improve the residency program and entertain any issues brought up by residents or attendings. Presented summary of these points with possible solutions to residency coordinator and program director.

Ochsner Class Representative
  Duties: Create monthly Ochsner call schedule for PGY II residents. Manage complications with coverage to assure that psychiatric services were always available despite absence or illness.

Child and Adolescent Psychiatry Fellowship Chief Resident
  Duties: Create monthly Children's Hospital call schedule. Manage fellowship concerns.

Head of the Medical Subcommittee of the Brett Thomas Doussan Foundation
  Duties: Foster relationship between Children's Hospital and the foundation. Help plan, organize, and institute fundraisers. Provide medical advice and help write monthly newsletters.

Host Committee Member for Zero To Three
  Duties: Help organize and plan the annual national convention conference. Coordinate speakers, activities, and itinerary for the event.

MQRC Committee Member
  Duties: Provide oversight in areas relating to patient safety and clinical quality of care for the University Health Shreveport hospital staff.