IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.                                       Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF FILING AMENDED PRIVILEGE LOG**

Consistent with the Court's Order Compelling Discovery and Extending Discovery Deadline, the Defendants file their amended privilege log. Defendants will confer with Plaintiffs in good faith should there be any disputes concerning the amended privilege log.

Dated: February 2, 2023                 Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938

1

*Counsel for Secretary Weida and the*
*Agency for Health Care Administration*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil