From: Garcia, Soraya M. <soraya.garcia@pillsburylaw.com>
Sent: Thursday, January 5, 2023 12:13 PM
To:
Subject: Dekker, et al. v. Marstiller, et al. (C/M # 099902.9990043)
Importance: High

Dear Dr. Grossman:

Our office represents the Plaintiff in the above referenced matter.

We are trying to reach you pertaining to the attached Subpoena which has been issued.

Please contact me at (786) 913-4831 as soon as possible.

Thank you.

Soraya M. Garcia | Pillsbury Winthrop Shaw Pittman LLP

Practice Support Specialist

600 Brickell Avenue
Suite 3100 | Miami, FL 33131

t +1.786.913.4831

soraya.garcia@pillsburylaw.com | pillsburylaw.com

AUSTIN  BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES
MIAMI  NASHVILLE  NEW YORK  NORTHERN VIRGINIA  PALM BEACH
SACRAMENTO  SAN DIEGO  SAN FRANCISCO  SHANGHAI
SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.