From: Little, Joe <joe.little@pillsburylaw.com>
Sent: Thursday, January 5, 2023 11:57 AM
To:
Cc: Garcia, Soraya M. <soraya.garcia@pillsburylaw.com>

Subject: Re: Dekker, et al. v. Marstiller, et al. (C/M # 099902.9990043)
Importance: High

Dr. Grossman,

Thank you for the call a few minutes ago and for clarifying to Soraya that you no longer live in California and have never lived at the address on the face of the subpoena. We will reattempt service in New York beginning tomorrow.

Please let me know if you will instead agree to accept email service of the attached subpoena that Soraya sent you earlier. Given that you no longer live in California, we will provide a place of production local to you, or you can simply email, link, or mail copies of responsive documents to Soraya at the address in her signature below.

We have an expedited trial date in May which explains why the documents are due on January 20. We recognize that it may take more time to collect responsive documents so we are prepared to work with you within reason on production beyond that date.

If you decide to hire counsel in relation to this matter, please let me know so that we can direct communications through counsel.

Best,

Joe


**Joe Little** | Associate

Pillsbury Winthrop Shaw Pittman LLP

500 Capitol Mall, Suite 1800 | Sacramento, CA 95814-4741

t +1.916.329.4731 | m +1.916.704.4853

joe.little@pillsburylaw.com | website bio