# United States District Court
## CIVIL MINUTES - GENERAL

Date: February 6, 2023      Case No.: 4:22cv325-RH
Time: 10:59 – 11:21 a.m.

### AUGUST DEKKER et al. v. JASON WEIDA et al.

DOCKET ENTRY: Telephonic Motion Hearing held. Court hears argument of counsel on Defendants' renewed motion for Rule 35 examination. Ruling by Court: The motion is denied. An order will follow.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

Cindy Markley            Megan Hague
Deputy Clerk            Official Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFFS:
Omar Gonzalez-Pagan
Simone Chriss
Abigail Coursolle
Catherine McKee


ATTORNEY APPEARING FOR DEFENDANTS:
Mohammad Jazil