IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| AUGUST DEKKER, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JASON WEIDA, *et al.*, <br><br> *Defendants*. | Case No.: 4:22-cv-00325-RH-MAF |

## UNOPPOSED MOTION FOR MICHAEL DING TO APPEAR *PRO HAC VICE* ON BEHALF OF DR. MIRIAM GROSSMAN

Pursuant to Local Rule 11.1(C) of the United States District Court for the Northern District of Florida, the undersigned counsel for Dr. Miriam Grossman respectfully requests that the Court enter an Order admitting me, Michael Ding of the law firm of America First Legal Foundation, 611 Pennsylvania Ave SE #231, Washington, DC 20003, (202) 964-3721, michael.ding@aflegal.org, to appear *pro hac vice* as counsel on behalf of Dr. Miriam Grossman in the above-styled case only, and to permit me to receive notice of electronic filings in this case. In support of this request, I state the following:

1. I am an attorney with the law firm of America First Legal Foundation, 611 Pennsylvania Ave SE #231, Washington, DC 20003, (202) 964-3721.

2. I am not admitted to practice in the Northern District of Florida and am an active member in good standing of the District of Columbia Bar. I have never been the subject of any professional disciplinary proceeding.

3. I am not a resident of the State of Florida and have not abused the privilege of special appearance by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a general practice of law in the State of Florida or before the Courts of this District.

4. I certify that I will comply with the requirements of Local Rule 11.1(C) and that, in connection with the filing of this motion, I have submitted a Certificate of Good Standing of the District of Columbia Bar attached hereto as **Exhibit A** and have made payment—or within the next three (3) business days shall submit payment to the Clerk of the Court—of this Court's $208.00 admission fee.

5. I certify that I complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admissions Tutorial and exam on February 1, 2023 and was subsequently issued electronic confirmation number FLND1675292357144.

6. I certify that I reviewed the online CM/ECF Attorney User's Guide.

7. I certify that I maintain an upgraded PACER account.

8. I hereby respectfully request that the Court provide notice of electronic filings to me at the following email address: michael.ding@aflegal.org.

9.  Based on the foregoing, I, Michael Ding, should be admitted to appear *pro hac vice* as counsel on behalf of Dr. Miriam Grossman.

**WHEREFORE**, I respectfully request that the Court enter an Order admitting me, Michael Ding, to appear *pro hac vice* as counsel on behalf of Dr. Grossman for all purposes relating to the proceedings in the above-styled matter and directing the Clerk of the Court to provide notice of electronic filings to me at michael.ding@aflegal.org.

## LOCAL RULE 7.1(B) CERTIFICATION

Plaintiffs and Defendants through counsel do not oppose this motion.

Dated: February 6, 2023            Respectfully submitted,

                                          /s/ Michael Ding
MICHAEL DING
D.C. Bar No. 1027252
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
E-mail: michael.ding@aflegal.org

*Counsel for Miriam Grossman, MD*