| | |
|---|---|
| **From:** | miriam grossman |
| **Subject:** | Re: AAP-FCAAP Comment Letter: Medicaid Coverage for Gender Affirming Care (Privileged & Confidential) |
| **To:** | Andre Van Mol; Jason.Weida@ahca.myflorida.com; Andrew.Sheeran@ahca.myflorida.com |
| **Cc:** | Weida, Jason; kidendo@comcast.net; Sheeran, Andrew |
| **Sent:** | July 7, 2022 8:53 PM (UTC-04:00) |
| **Attached:** | image001 (1).png, image002 (1).png, image003 (1).png, image004 (1).png, image005 (1).png, image006 (1).png, image007 (1).png, AAP-FCAAP Comment Letter_Medicaid Coverage for Gender-Affirming Care (FINAL).pdf |

Can't wait to watch you take them apart Andre. Sorry I'm not there in person.

Sent from my iPhone

> On Jul 7, 2022, at 8:46 PM, Andre Van Mol <95andrev@gmail.com> wrote:
>
> Amazing. They don't make it out of the first paragraph without misrepresentation.
> They say "widely accepted standard of care "with reference to "the Endocrine Society ." Page 3895 of side guidelines state specifically these do not establish the standard of care. Furthermore, the first paragraph is already defeated by James Cantor's attachment, which speaks specifically about this kind of misrepresentation of organizational statements. OK, I will keep reading and save my comments for tomorrow.
>
> Andre
>
> Sent from my iPhone
>
>> On Jul 7, 2022, at 7:40 PM, Andre Van Mol <95andrev@gmail.com> wrote:
>>
>> Just now seeing this at Atlanta airport.
>>
>> Andre
>>
>> Sent from my iPhone
>>
>>> On Jul 7, 2022, at 5:25 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
>>>
>>> **PRIVILEGED & CONFIDENTIAL**
>>> **ATTORNEY WORK PRODUCT PROTECTED**
>>>
>>> Andre, Quentin, and Miriam,
>>>
>>> Please see the below and attached. Today, the American Academy of Pediatrics and its Florida Chapter have submitted this white paper responding to the GAPMS report and the proposal rule. I encourage you to read it.
>>>
>>> Thanks,
>>> Jason

**From:** MEDICAID RULE COMMENTS
<MEDICAIDRULECOMMENTS@ahca.myflorida.com>
**Sent:** Thursday, July 7, 2022 5:11 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** FW: AAP-FCAAP Comment Letter: Medicaid Coverage for Gender Affirming Care

**From:** Scott Van Deman <communications@fcaap.org>
**Sent:** Thursday, July 7, 2022 1:59 PM
**To:** MEDICAID RULE COMMENTS
<MEDICAIDRULECOMMENTS@ahca.myflorida.com>
**Cc:** Hudson, Jeff <JHudson@aap.org>; Alicia E. Adams, Esq.
<master@fcaap.org>
**Subject:** AAP-FCAAP Comment Letter: Medicaid Coverage for Gender Affirming Care

To whom it may concern:

Thank you for the opportunity to provide commentary to the Agency for Healthcare Administration on Medicaid rules currently being considered.

Attached is a joint letter from The American Academy of Pediatrics and the Florida Chapter of the American Academy of Pediatrics pertaining to the proposed rule concerning Medicaid's coverage of gender affirming care. This letter also has been submitted electronically through the feedback form at the Florida Department of State public notice number 25979915.

I am requesting that you please acknowledge receipt of this communication via return email.

Thank you once again, and please let me know if you have any questions.

Sincerely,

**Scott VanDeman**
**Communications Coordinator**
Florida Chapter of American Academy of Pediatrics, Inc.
Call: 850-224-3939, ext. 1005 |Text: 850-772-0654| Fax: 912-452-9050
Email: svandeman@fcaap.org | Website: fcaap.org
Mail: 1400 Village Square Blvd., #3-87786, Tallahassee, FL 32312

Document ID: 0.7.322.9258

AHCA0182119
Def_000291817