IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, *et al.*,

    *Plaintiffs,*

v.

JASON WEIDA, *et al.*,

    *Defendants.*

Case No.: 4:22-cv-00325-RH-MAF

### SECOND DECLARATION OF MIRIAM GROSSMAN, MD

I, Miriam Grossman, MD, consistent with 28 U.S.C. § 1746, hereby state:

1. I am over the age of 18, am competent to testify, and declare the following facts based on my own personal knowledge.

2. I make this Declaration in support of Dr. Miriam Grossman's Motion to Quash Subpoena, which was filed on February 6, 2023 (ECF No. 93).

3. On the evening of January 18, 2023, I was served at my residence in New York with a subpoena. This subpoena was signed by Jennifer Altman, was addressed to "Mirian [sic] Grossman MD, 1917 Benecia Ave., Los Angeles, CA 90025," it listed "Veritext Legal Solutions, 707 Wilshire Boulevard, Suite 3500, Los Angeles, CA 90017" as the place of production, and it specified January 20, 2023, 9:00 AM as the date and time of production. I scanned this document, and it was

filed as Exhibit 1 to Dr. Miriam Grossman's Motion to Quash Subpoena (ECF No. 93-1).

4. On January 31, 2023, I was served again at my residence with a subpoena. This document was also signed by Jennifer Altman, it was still addressed to "Mirian [sic] Grossman MD, 1917 Benecia Ave., Los Angeles, CA 90025," it still listed "Veritext Legal Solutions, 707 Wilshire Boulevard, Suite 3500, Los Angeles, CA 90017" as the place of production, and it still specified January 20, 2023, 9:00 AM as the date and time of production. I scanned this document, and it was filed as Exhibit 2 to Dr. Miriam Grossman's Motion to Quash Subpoena (ECF No. 93-2).

5. Before today, I had never seen the document which is filed as Exhibit A to Plaintiff's Response in Opposition to Dr. Miriam Grossman's Motion to Quash Subpoena (ECF No. 100-1). As of the date of this Declaration, I have not been served with that document.

I say nothing further.

On February 8, 2023, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

/s/ *Miriam Grossman*
Dr. Miriam Grossman

Doc ID: 931899a84d61cc15654f4249e1559638e96f5e64