THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

AUGUST DEKKER, et al.,

    *Plaintiffs*,

v.

JASON WEIDA, et al.,

    *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

### SECOND DECLARATION OF ATTORNEY JOE LITTLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DR. MIRIAM GROSSMAN'S MOTION TO QUASH SUBPOENA

I, Joe Little, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen and make this declaration from my own personal knowledge.

2. I am an attorney with Pillsbury Winthrop Shaw Pittman LLP in Sacramento, California, and I have been retained by Plaintiffs as co-counsel in the above-captioned matter.

3. I was granted leave to appear in this case *pro hac vice* on September 15, 2022 (ECF No. 27).

4. I make this Declaration in support of Plaintiffs' Opposition to Dr.

Miriam Grossman's Motion to Quash Subpoena (ECF No. 93).

5.  Attached as **Exhibit L** is a true and correct copy of an email I sent to Defendants' counsel on January 27, 2023 attaching Plaintiffs' Notice of Intent to issue the second subpoena on Dr. Grossman. Attached as **Exhibit M** is a true and correct copy of the attachment to my email.

6.  Attached as **Exhibit N** is a true and correct copy of an email sent by a practice support specialist with my firm, Soraya Garcia, to my firm's chosen process server Veritext on January 28, 2023, requesting expedited service of the second subpoena. Attached as **Exhibit O** is a true and correct copy of the attachment to Ms. Garcia's email.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on February 8, 2023 | By: */s/ Joe Little* |
| | Joe Little (*pro hac vice*)<br>500 Capitol Mall, Suite 1800<br>Sacramento, CA 95814<br>(916) 329-4700<br>joe.little@pillsburylaw.com |