| | |
|---|---|
| **From:** | Little, Joe |
| **To:** | mbeato@holtzmanvogel.com; mjazil@holtzmanvogel.com; gperko@holtzmanvogel.com |
| **Cc:** | Altman, Jennifer; Rivaux, Shani; Miller, William C.; Shaw, Gary J.; Garcia, Soraya M.; Chelsea Dunn; Simone Chriss; Katy DeBriere; Omar Gonzalez-Pagan; Carl Charles; Abbi Coursolle; Catherine McKee |
| **Subject:** | Dekker: Notice of Intent re Amended Grossman Subpoena |
| **Date:** | Friday, January 27, 2023 7:21:35 PM |
| **Attachments:** | Notice and Subpoena - Miriam Grossman.pdf<br>imageaf9b09.PNG<br>image1e5d28.PNG |

Counsel,

Please see the attached Notice of Intent to issue a subpoena.

Best,

Joe

**Joe Little** | Associate

Pillsbury Winthrop Shaw Pittman LLP

500 Capitol Mall, Suite 1800 | Sacramento, CA 95814-4741

t +1.916.329.4731 | m +1.916.704.4853

joe.little@pillsburylaw.com | website bio

