|            |                                           |
|------------|-------------------------------------------|
| **From:**  | Garcia, Soraya M.                         |
| **To:**    | subpoenaservices@veritext.com             |
| **Cc:**    | Little, Joe                               |
| **Subject:** | Dekker - Subpoena to Grossman           |
| **Date:**  | Saturday, January 28, 2023 5:35:16 PM     |
| **Attachments:** | Grossman SDT.pdf<br>image5036ed.PNG<br>image73deb2.PNG |
| **Importance:** | High                                 |

Good evening.

Please serve the attached Subpoena on Dr. Grossman on an expedited manner.

As soon as possible.

By Monday January 30th would be great!

Thank you!


Sent from Workspace ONE Boxer

**Soraya M. Garcia** | **Pillsbury Winthrop Shaw Pittman LLP**

Practice Support Specialist

600 Brickell Avenue

Suite 3100 | Miami, FL 33131

t +1.786.913.4831

soraya.garcia@pillsburylaw.com | pillsburylaw.com

AUSTIN  BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES
MIAMI  NASHVILLE  NEW YORK  NORTHERN VIRGINIA  PALM BEACH
SACRAMENTO  SAN DIEGO  SAN FRANCISCO  SHANGHAI
SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC

