**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**AUGUST DEKKER, et al.,**

    Plaintiffs,

vs.                          Case No. 4:22cv325-RH-MAF

**FLORIDA AGENCY FOR HEALTH
CARE ADMINISTRATION, et al.,**

    Defendants.

_____/

**O R D E R**

An unopposed motion for leave to appear pro hac vice as counsel for Defendant Dr. Miriam Grossman has been filed by attorney Michael Ding. ECF No. 97. The motion demonstrates that counsel is a member in good standing of the Bar of the District of Columbia. *Id.* Mr. Ding does not reside in the State of Florida. *Id.* It appears that counsel has completed this Court's local rules tutorial, he maintains an upgraded PACER account, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 97, is **GRANTED**.

**DONE AND ORDERED** on February 9, 2023.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**