# United States District Court
## CIVIL MINUTES - GENERAL

Date: February 9, 2023  
Time: 1:01 – 2:30 p.m.

Case No.: 4:22cv325-RH

AUGUST DEKKER et al. v. JASON WEIDA et al.

---

DOCKET ENTRY: Telephonic Motion Hearing held. Court hears argument of counsel on non-party's Motion to Quash Subpoena. Ruling by Court: An order will follow detailing the ruling.

---

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| Cindy Markley | Lisa Snyder |
|:---:|:---:|
| Deputy Clerk | Official Court Reporter |

---

ATTORNEYS APPEARING FOR PLAINTIFFS:  
Joseph Little  
Omar Gonzalez-Pagan  
Chelsea Dunn


ATTORNEY APPEARING FOR DEFENDANTS:  
Michael Beato


ATTORNEYS APPEARING FOR NON-PARTY DR. GROSSMAN:  
Michael Ding  
Daniel Nordby