IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| AUGUST DEKKER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON WEIDA, *et al.*, <br><br> *Defendants*. | Case No. 4:22-cv-00325-RH-MAF |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Pursuant to Federal Rules of Civil Procedure 16(b)(4) and 29(b), and Local Rule 6.1, Plaintiffs AUGUST DEKKER; BRIT ROTHSTEIN; SUSAN DOE, a minor, by and through her parents JANE and JOHN DOE; and K.F., a minor, by and through his parent and next friend JADE LADUE (collectively, "Plaintiffs"), and Defendants JASON WEIDA, in his official capacity as Interim Secretary for the Agency for Health Care Administration, and the FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION ("AHCA") (collectively, "Defendants") (all together, the "Parties") jointly move this Court for an extension of the certain discovery deadlines.

Under the Scheduling Order in this case, as amended, the deadline for Federal Rule of Civil Procedure 26(a)(2) disclosures is Tuesday, February 14, 2023; the

1

deadline for expert rebuttal reports is 21 days later; and the deadline for expert depositions is Tuesday, March 21, 2023. Dkt. Nos. 67, 70. In addition, on January 30, 2023, the Court extended the deadline for fact discovery from February 7, 2023 to February 14, 2023. Dkt. No. 86.

There is good cause for an extension of the fact discovery deadline. The Parties continue to work in good faith on all outstanding discovery issues and agree that an extension of the fact discovery deadline up to and including March 10 will not prejudice either Party. It would instead provide added time to produce and review relevant documents and conclude depositions of fact witnesses.

Accordingly, the Parties jointly request that the discovery deadlines be extended as follows:

    4.    The fact-discovery deadline is **March 10, 2023**.

    6.    The deadline for Federal Rule of Civil Procedure 26(a)(2) disclosures is **February 17, 2023**. But if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), the deadline is 21 days after the other party's disclosure.

    7.    The deadline for expert depositions is **March 24, 2023**.

Under the requested extensions the close of fact discovery would be concurrent with the last of the expert disclosures deadlines and would be followed

3

by a two-week period dedicated to expert depositions. The requested extensions would not affect any other deadlines in the Scheduling Order.

Based on the foregoing, and for good cause shown, the Parties request the discovery deadlines be extended as outlined above.

Dated this 10th day of February 2023.

Respectfully Submitted for Plaintiffs,

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**

**Jennifer Altman** (Fl. Bar No. 881384)
**Shani Rivaux** (Fl. Bar No. 42095)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

**William C. Miller**\*
**Gary J. Shaw**\*
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com

**Joe Little**\*
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4700
joe.little@pillsburylaw.com

**NATIONAL HEALTH LAW PROGRAM**

**Abigail Coursolle**\*
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

**Catherine McKee**\*
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
mckee@healthlaw.org

/s/ Omar Gonzalez-Pagan
**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**

**Omar Gonzalez-Pagan**\*
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

**Carl S. Charles**\*
1 West Court Square, Suite 105
Decatur, GA 30030
(404) 897-1880
ccharles@lambdalegal.org

**SOUTHERN LEGAL COUNSEL, INC.**

**Simone Chriss** (Fl. Bar No. 124062)
**Chelsea Dunn** (Fl. Bar No. 1013541)
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**FLORIDA HEALTH JUSTICE PROJECT**

**Katy DeBriere** (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

\* *Admitted pro hac vice*

*Counsel for Plaintiffs*

Respectfully Submitted for Defendants,

> */s/ Mohammad O. Jazil*
> Mohammad O. Jazil (FBN: 72556)
> Gary V. Perko (FBN: 855898)
> Michael Beato (FBN: 1017715)
> HOLTZMAN VOGEL BARAN
> TORCHINSKY & JOSEFIAK PLLC
> 119 S. Monroe St. Suite 500
> Tallahassee, FL 32301
> mjazil@holtzmanvogel.com
> gperko@holtzmanvogel.com
> mbeato@holtzmanvogel.com
> Phone No.: (850) 274-1690
> Fax No.: (540) 341-8809
>
> *Counsel for Defendants Secretary Weida and Florida Agency for Healthcare Administration*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2023, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to counsel of record for all parties in this matter registered with the Court for this purpose.

## CERTIFICATE OF WORD COUNT

As required by Local Rule 7.1(F), I certify that this Motion contains 392 words.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan

*Counsel for Plaintiffs*