IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                      CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER EXTENDING DISCOVERY AND 26(a)(2) DEADLINES

IT IS ORDERED:

1. The joint motion to extend deadlines, ECF No. 106, is granted.

2. The fact discovery deadline is March 10, 2023.

3. The deadline for Federal Rule of Civil Procedure 26(a)(2) disclosures is February 17, 2023. But if the evidence is intended solely to contradict or rebut evidence on the same subject matter defined by another party under Rule 26(a)(2)(B) or (C), the deadline is 21 days after the other party's disclosure.

4. The deadline for expert depositions is March 24, 2023.

SO ORDERED on February 12, 2023.

                s/Robert L. Hinkle
                United States District Judge