# Exhibit A

### Re: Yale (Privileged & Confidential)

miriam grossman <████████████████████>

Wed 7/20/2022 6:53 PM

To: Weida, Jason <Jason.Weida@ahca.myflorida.com>

Cc: Tamayo, Josefina <Josefina.Tamayo@ahca.myflorida.com>;mjazil@holtzmanvogel.com <mjazil@holtzmanvogel.com>;gperko@holtzmanvogel.com <gperko@holtzmanvogel.com>

Hi, I can do Monday at 10am but is this about the Alstott letter? Is it still important that I review it? I'm very pressed for time.
Miriam

Sent from my iPad

On Jul 20, 2022, at 3:30 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:

Hi Miriam,

No problem.  Would you be available for a quick call at some point the morning of Monday, July 25? We are trying to wrap up and it would be helpful to connect with you on Monday morning, if you can make that work?

Thanks!

Jason

---

**From:** miriam grossman <████████████████████>
**Sent:** Tuesday, July 19, 2022 10:53 PM
**To:** Andre Van Mol <95andrev@gmail.com>; Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Van Meter Quentin <kidendo@comcast.net>; Tamayo, Josefina <Josefina.Tamayo@ahca.myflorida.com>; mjazil@holtzmanvogel.com; gperko@holtzmanvogel.com
**Subject:** Re: Yale (Privileged & Confidential)

Jason,

I can't get to any of this until next week, sorry.



Miriam Grossman MD
Board-Certified in Child, Adolescent and Adult Psychiatry

*This message and any included attachments are intended only for the addressee. The information contained in this message is confidential*

*and may constitute proprietary or non-public information under international, federal, or state laws. Unauthorized forwarding, printing, copying, distribution, or use of such information is strictly prohibited and may be unlawful. If you are not the addressee, please promptly delete this message and notify the sender of the delivery error by e-mail.*

---

**From:** Andre Van Mol <95andrev@gmail.com>
**Sent:** Tuesday, July 19, 2022 9:51 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Van Meter Quentin <kidendo@comcast.net>; miriam grossman <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Tamayo, Josefina <Josefina.Tamayo@ahca.myflorida.com>; mjazil@holtzmanvogel.com <mjazil@holtzmanvogel.com>; gperko@holtzmanvogel.com <gperko@holtzmanvogel.com>
**Subject:** Re: Yale (Privileged & Confidential)

By the way, Friday at 7 or 8 AM Pacific time start time would work for me.

Andre

Sent from my iPhone

> On Jul 19, 2022, at 2:33 PM, Andre Van Mol <95andrev@gmail.com> wrote:
>
> Hi, Jason and team.
>
> 47 pages. Yikes. I'll see what I can do this evening. Quentin may well be on a flight back from Europe in the next day or two. Not sure what Miriam's busy schedule looks like. My oldest gets married this Saturday, so the week is a bit full, and I am on vacation next week. But, I'll do what I can.
>
> Andre
>
> Sent from my iPhone
>
>> On Jul 19, 2022, at 12:33 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
>>
>> **PRIVILEGED & CONFIDENTIAL**
>> **ATTORNEY WORK PRODUCT PROTECTED**
>>
>> Andre, Quentin, and Miriam,

GROSSMAN0068

Please see the attached report from Yale. You may or may not have seen this one already. Would you be able to review it and give me your preliminary thoughts? Happy to set up a call if that's what you prefer. If I could get some high-level comments on Yale's report by 2:00 PM Eastern tomorrow I would be very grateful.

In addition, you will each be overnighted a binder that contain a handful of the substantive comments (e.g., Yale, APP, Endocrine Society) that will be appended to a 17-page document summarizing the Agency's responses/positions with respect to the points raised in those substantive comments. Please review those materials as well so we can discuss as soon as you are able this week.

Thanks,
Jason

---

**Jason C. Weida**
Assistant Deputy Secretary
for Medicaid Policy & Quality

---

2727 Mahan Drive
Bldg 3 Room 2413
+1 850-412-4118 (Office)
+1 850-228-1898 (Cell)
Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

<Alstott et al FULL comment proposed rule re gender dysphoria ACCESSIBLE.pdf>