IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, *et al.*,

        *Plaintiffs*,

v.

JASON WEIDA, *et al.*,

        *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

**CONSENT MOTION TO WITHDRAW PLAINTIFFS' SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

On March 2, 2023, Plaintiffs filed their Second Motion to Compel Production of Documents and for Expedited Briefing and Ruling (Dkt. No. 109), which this Court set for a telephonic hearing on March 6, 2023 (Dkt. No. 111).

Now, Plaintiffs, by and through the undersigned counsel, respectfully request to withdraw without prejudice their Second Motion to Compel Production of Documents and for Expedited Briefing and Ruling in light of the representations made by Defendants' counsel on Sunday, March 5, 2023, that the documents at issue will be produced by 5:00pm on Monday, March 6, 2023. *See* **Exhibit A**.

**Attorney Conference Certificate –** Pursuant to Local Rule 7.1(C), counsel for the parties conferred and the motion is consented to.

1

Dated this 5th day of March 2023.

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**

**Jennifer Altman** (Fl. Bar No. 881384)
**Shani Rivaux** (Fl. Bar No. 42095)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

**William C. Miller**\*
**Gary J. Shaw**\*
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com

**Joe Little**\*
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4700
joe.little@pillsburylaw.com

**NATIONAL HEALTH LAW PROGRAM**

**Abigail Coursolle**\*
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

**Catherine McKee**\*
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
mckee@healthlaw.org

Respectfully Submitted,

*/s/ Omar Gonzalez-Pagan*
**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**

**Omar Gonzalez-Pagan**\*
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

**Carl S. Charles**\*
1 West Court Square, Suite 105
Decatur, GA 30030
(404) 897-1880
ccharles@lambdalegal.org

**SOUTHERN LEGAL COUNSEL, INC.**

**Simone Chriss** (Fl. Bar No. 124062)
**Chelsea Dunn** (Fl. Bar No. 1013541)
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**FLORIDA HEALTH JUSTICE PROJECT**

**Katy DeBriere** (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

\* *Admitted pro hac vice*

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2023, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to counsel of record for all parties in this matter registered with the Court for this purpose.

## CERTIFICATE OF WORD COUNT

As required by Local Rule 7.1(F), I certify that this Notice contains 129 words.

*/s/ Omar Gonzalez-Pagan*
Counsel for Plaintiffs