# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                       CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER NOTING WITHDRAWAL OF MOTION TO COMPEL

The plaintiffs' motion, ECF No. 112, to withdraw their March 2, 2023 motion to compel, ECF No. 109, is granted.

SO ORDERED on March 12, 2023.

                                          s/Robert L. Hinkle
                                          United States District Judge