| | |
|---|---|
| **From:** | Mohammad O. Jazil |
| **To:** | Altman, Jennifer; Gary V. Perko |
| **Cc:** | Omar Gonzalez-Pagan; Little, Joe; Rivaux, Shani; Shaw, Gary J.; Michael Beato |
| **Subject:** | RE: Dekker |
| **Date:** | Wednesday, March 1, 2023 2:13:36 PM |

We had no involvement in drafting the rule and any discussions we may have had with AHCA are attorney-client privileged.

**From:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Sent:** Wednesday, March 1, 2023 12:49 PM
**To:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Gary V. Perko <gperko@HoltzmanVogel.com>
**Cc:** Omar Gonzalez-Pagan <ogonzalez-pagan@lambdalegal.org>; Little, Joe <joe.little@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Shaw, Gary J. <gary.shaw@pillsburylaw.com>; Michael Beato <mbeato@HoltzmanVogel.com>
**Subject:** RE: Dekker

Mo-

Did you edit the rule or have any discussions with AHCA or others about the content of the rule before it was finalized?

jga

**From:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Sent:** Wednesday, March 1, 2023 12:48 PM
**To:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>; Gary V. Perko <gperko@HoltzmanVogel.com>
**Cc:** Omar Gonzalez-Pagan <ogonzalez-pagan@lambdalegal.org>; Little, Joe <joe.little@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Shaw, Gary J. <gary.shaw@pillsburylaw.com>; Michael Beato <mbeato@HoltzmanVogel.com>
**Subject:** RE: Dekker

Jennifer—

We didn't write the rule.

We weren't presenters at the rule hearing either; Gary called out names from the audience so people could come up and speak.

Thanks,
Mo

**From:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Sent:** Wednesday, March 1, 2023 10:53 AM
**To:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Gary V. Perko <gperko@holtzmanvogel.com>
**Cc:** Omar Gonzalez-Pagan <ogonzalez-pagan@lambdalegal.org>; Little, Joe <joe.little@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Shaw, Gary J. <gary.shaw@pillsburylaw.com>; Michael Beato <mbeato@HoltzmanVogel.com>
**Subject:** Dekker

Mo and Gary:

In gathering information as part of the discovery process, we have concerns that you may be potential fact witnesses in this case. Aside from attendance at the meeting in July 2022 (as a presenter), the discovery suggests that you may have written the Rule itself, the very rule that is at issue here. Thus, we are first asking that you confirm whether you wrote the initial rule and/or had any role in the drafting of the rule at issue in this case. The purpose of this email is not to suggest that Plaintiffs are seeking to disqualify you or your firm, but, rather, to get an understanding as to whether either of you (or both) are potential fact witnesses that need to be deposed and/or called at trial. We obviously appreciate that AHCA has a right to its chosen counsel, and we are not attempting to interfere with that. By the same token, discovery is suggesting to Plaintiffs that counsel for Defendants may have factual knowledge that is not privileged related to the GAPMS process, the drafting of the rule and other matters. We are happy to get on the phone with you to discuss this matter, but we need to get a greater understanding of your specific involvement in these matters in the next day or so given the impending discovery cut-off in the event we cannot reach agreement and need to pursue the above with the Court. Certainly, Defendants' recent position regarding the 17-page memo only hastens the need for this information. We need a prompt response to the above. Thanks.

jga

**Jennifer Altman** | Partner
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100 | Miami, FL 33131
t +1.786.913.4880 | m +1.305.606.9778
[jennifer.altman@pillsburylaw.com](mailto:jennifer.altman@pillsburylaw.com) | [website bio](#)