**From:** Weida, Jason
**Subject:** Fwd: Florida
**To:** ""Pickle"","" Devona; " "Brackett"","" Matt; " "Chen"","" Nai; Matt.Brackett@ahca.myflorida.com; Devona.Pickle@ahca.myflorida.com; Nai.Chen@ahca.myflorida.com
**Cc:** Sheeran, Andrew
**Sent:** May 17, 2022 11:48 AM (UTC-04:00)
**Attached:** Cantor Report for Florida (final).pdf

Revised and attached.

Get Outlook for iOS

---

**From:** Dr. James Cantor <jamescantorphd@gmail.com>
**Sent:** Tuesday, May 17, 2022 11:30:58 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Re: Florida

I apologize in advance, if the attachement doesn't come through!

- James

On Mon, May 16, 2022 at 11:29 PM Dr. James Cantor <jamescantorphd@gmail.com> wrote:
  416-831-4541

  On Mon, May 16, 2022 at 11:15 PM Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
  Great, thanks.  I'll call you then.  Best number?

  Get Outlook for iOS

  ---

  **From:** James Cantor <jamescantorphd@gmail.com>
  **Sent:** Monday, May 16, 2022 10:53:40 PM
  **To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
  **Subject:** Re: Florida

  Yes, I I am work?

  ---

  > **From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
  > **Date:** Monday, May 16, 2022 at 10:48 PM
  > **To:** James Cantor <jamescantorphd@gmail.com>
  > **Subject:** Re: Florida
  >
  > Dr Cantor, I just have a couple minor proposed changes.  Can we discuss briefly on the phone?  Then we can put in final.  I'm hoping to have a final version tomorrow (Tuesday).
  >
  > Thanks!
  >
  > Jason
  >
  > Get Outlook for iOS
  >
  > ---
  >
  > **From:** James Cantor <jamescantorphd@gmail.com>
  > **Sent:** Monday, May 16, 2022 2:13:52 PM
  > **To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
  > **Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
  > **Subject:** Re: Florida
  >
  > Whew!
  >
  > ---
  >
  > > **From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
  > > **Date:** Monday, May 16, 2022 at 2:09 PM
  > > **To:** Dr. James Cantor <jamescantorphd@gmail.com>
  > > **Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>, Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
  > > **Subject:** RE: Florida
  > >
  > > Received.  Thank you!

AHCA0122318

Document ID: 0.7.322.6000

AHCA0122319

Document ID: 0.7.322.6000

AHCA0122320

Document ID: 0.7.322.6000

AHCA0122321

Document ID: 0.7.322.6000

AHCA0122322

Document ID: 0.7.322.6000

AHCA0122323

Document ID: 0.7.322.6000

AHCA0122324

Document ID: 0.7.322.6000

AHCA0122325

Document ID: 0.7.322.6000

AHCA0122326

Document ID: 0.7.322.6000

AHCA0122327

Document ID: 0.7.322.6000

AHCA0122328

Document ID: 0.7.322.6000

AHCA0122329

Document ID: 0.7.322.6000

AHCA0122330

AHCA0122331

Document ID: 0.7.322.6000

AHCA0122332

Document ID: 0.7.322.6000

AHCA0122333

Document ID: 0.7.322.6000

AHCA0122334

Document ID: 0.7.322.6000

AHCA0122335

Document ID: 0.7.322.6000

AHCA0122336

**From:** Dr. James Cantor <jamescantorphd@gmail.com>
**Sent:** Monday, May 16, 2022 1:44 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Subject:** Re: Florida

I'm now by passing Outlook altogether and sending this from gmail directly.  Any success?

On Mon, May 16, 2022 at 1:40 PM Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:

   I don't see an attachment on this email either, sadly.

AHCA0122337

**Jason Weida** - ADS FOR
MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 -
DIVISION OF MEDICAID
+1 850-412-4118 (Office) -
Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or h

**From:** James Cantor <jamescantorphd@gmail.com>
**Sent:** Monday, May 16, 2022 1:40 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Subject:** Re: Florida

Sorry: Microsoft has recently decided not to send everything I tell it to…And it only took a month for me to realize I wasn't the one making the mistake.

Let me know if this one doesn't work…

- James

**From:** James Cantor <jamescantorphd@gmail.com>
**Date:** Monday, May 16, 2022 at 1:36 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Re: Florida

Hi, Jason.

Attached is my report and its 3 appendices.  Let me know if anything doesn't come through!

- James Cantor

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Date:** Thursday, May 12, 2022 at 10:42 AM
**To:** James Cantor <jamescantorphd@gmail.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** RE: Florida

Excellent.  DD will coordinate a date/time and send you a link.  Let's shoot for Tuesday, if possible.  Thanks all.

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or h

**From:** James Cantor <jamescantorphd@gmail.com>
**Sent:** Thursday, May 12, 2022 10:41 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Re: Florida

Yes, I'm happy to.

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Date:** Thursday, May 12, 2022 at 10:37 AM
**To:** James Cantor <jamescantorphd@gmail.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Florida

Hi Dr. Cantor,

Quick question for you. Once you are done with the heavy lifting on your report, would you be amenable to doing a short (2-3 minute) recording where you introduce yourself and provide a summary of your opinions? The recording would be posted on the Agency's website along with a copy of the Agency's GAPMS report and other resources on this topic. If you are amenable to that, we can schedule a Teams meeting where someone from our tech team will record you (no camera crews or anything like that). Please let me know your thoughts when you have time.

Thanks!

Jason

**Jason Weida** - ADS FOR
MEDICAID POLICY & QUALITY

Bldg 3 Room 2413 - DIVISION OF
MEDICAID
2727 MAHAN DR.,
TALLAHASSEE, FL. 32308
+1 850-412-4118 (Office) - (Fax)
Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or h