| | |
|---|---|
| **From:** | Weida, Jason |
| **Subject:** | Fwd: new draft version of statement by Van Meter |
| **To:** | ""Pickle"","" Devona; " "Brackett"","" Matt; " "Chen""," " Nai; Matt.Brackett@ahca.myflorida.com; Devona.Pickle@ahca.myflorida.com; Nai.Chen@ahca.myflorida.com |
| **Cc:** | Sheeran, Andrew |
| **Sent:** | May 16, 2022 10:34 PM (UTC-04:00) |
| **Attached:** | Declaration draft Florida.docx |

Get Outlook for iOS

**From:** QUENTIN VAN METER <kidendo@comcast.net>
**Sent:** Monday, May 16, 2022 9:33:58 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** RE: new draft version of statement by Van Meter

Here is the cleaned up draft. I think I got all the spelling errors taken care of and I added the references.

Quentin

> On 05/16/2022 6:41 PM Weida, Jason <jason.weida@ahca.myflorida.com> wrote:
>
>
> Thanks.
>
>
> **Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY
>
> AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
> +1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com
>
> Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.
>
>
> **From:** QUENTIN VAN METER <kidendo@comcast.net>
> **Sent:** Monday, May 16, 2022 6:29 PM
> **To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
> **Subject:** RE: new draft version of statement by Van Meter
>
>
> I will clean this up tonight- it was on my home tablet and I was at the office all day.
>
> > On 05/16/2022 8:58 AM Weida, Jason <jason.weida@ahca.myflorida.com> wrote:

Hi Dr. Van Meter,

Looks good.  Please proofread (we noticed some spelling errors).  Also, some references to the DSM need to be fixed (you say "DMS").

In addition, please do not use contractions.

Lastly, if you can add any citations/references, that would be great.

Thanks,

Jason

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** QUENTIN VAN METER <kidendo@comcast.net>
**Sent:** Saturday, May 14, 2022 11:17 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** new draft version of statement by Van Meter

Jason- attached is a rewritten document.  references are not yet suppled, adjusted or cleaned up because I wanted to be sure this is the direction you wanted me to go with the document.  Please let me know as soon as possible if this is what you need and if not, what can be improved and once I am sure I have provided such, I will clean up and add the necessary references.

AHCA0119658

Quentin

Document ID: 0.7.322.8677

AHCA0119659