UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

   Plaintiffs,

v.                                                         Case No. 4:22cv325-RH-MAF

JASON WEIDA, et al.,

   Defendants.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF SECRETARY
JASON WEIDA AND THE FLORIDA AGENCY FOR
HEALTH CARE ADMINISTRATION**

PLEASE TAKE NOTICE that the undersigned attorney gives notice of his appearance as counsel for SECRETARY JASON WEIDA, in his official capacity as the Secretary of the Florida Agency for Health Care Administration, and for the AGENCY FOR HEALTH CARE ADMINISTRATION.

Dated: March 17, 2023

/s/ Joshua E. Pratt
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Secretary Weida and
the Agency for Health Care
Administration*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2023, this notice was filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Joshua E. Pratt
Joshua E. Pratt
