| Search AHCA | Search |



## Agency for Health Care Administration Organizational Chart



Privacy Policy    Doing Business with AHCA    Refund Policy    Disclaimer    Contact Webmaster    Find a Facility    Download Adobe Reader    Notice of Nondiscrimination Policy

© 2023 Florida Agency for Health Care Administration



Def_000289926