| | |
|---|---|
| **From:** | Andre Van Mol |
| **Sent:** | Tuesday, June 14, 2022 10:33 AM EDT |
| **To:** | Jason Weida |
| **Subject:** | Fwd: Florida item |

Hi, Jason.

A friend of mine, a pediatrician in Florida with good knowledge on the subject (see his message below), wishes to testify on behalf of the policy. Do I put him in contact with you, or this Patrick Hunter gentleman who contacted me that he is organizing testimony?

Thanks,
Andre
Sent from my iPhone

Begin forwarded message:

> **From:** Dale Volquartsen <dalevolquartsen@yahoo.com>
> **Date:** June 14, 2022 at 7:02:46 AM PDT
> **To:** Andre Van Mol <95andrev@gmail.com>
> **Subject: Re: Florida item**
>
> Yes, Andre, I am interested in supporting this. I will still need to coordinate with the clinic/work so can't commit at this time but please send my contact to the right people. Will you be in the area long?
> Dale
>
> On Sunday, June 12, 2022, 11:49:07 PM CDT, Andre Van Mol <95andrev@gmail.com> wrote:
>
> Hi, Dale.
>
> Andre here. Florida is holding a hearing July 5 in Tallahassee on the proposed Medicaid prohibition on funding gender affirming therapy due to its unproven and experimental nature. I have been working with a team of attorneys at Florida Medicaid for the past several week coming up with the support document for that upcoming policy, start to finish. Copy attached. My name is not on it, but I was one of two consultants on the whole thing. I'll be there July 5 with the Florida Dept of Medicaid to answer issues as they arise, clarify things, counter false narratives, etc.
> They are looking for Florida doctors to come briefly testify in favor of the policy. And you know the pro-transitioners will be there en masse. If you think you came come that day, let me know and I'll put you in touch with the right people. Thanks.
>
> Andre