**From:**     Andre Van Mol <95andrev@gmail.com>
**Subject:**  Re: TIME SENSITIVE Re: Florida Contract [Priv/Confi/Atty WP]
**Sent:**     2022-04-26T03:53:08Z
**To:**       "\"\"Weida\"\",\"\" Jason" <Jason.Weida@ahca.myflorida.com>,
Andrew.Sheeran@ahca.myflorida.com
CA SB 923 GENDER-AFFIRMING CARE.Van Mol.docx
MO HB 2649 SAFE Act.Van Mol.docx

Good evening, Jason and Andrew.

We'll try again tomorrow to connect. My cell is 530-604-9370. My work days are a bit full, but we'll make this work.
Please find attached my latest testimony submitted to my home state of CA opposing the efforts to mandate gender affirming care indoctrination for all medical professionals and insurance sales people. The other is my recent testimony in support of the MO SAFE Act, which I was a consultant for. The two have similarities and difference according to the issues at hand. My point here is that the salient facts can be made reasonably concisely.


Once I know what information you need, I can fairly promptly assemble supporting citations.

Thank you,
Andre


> On Apr 25, 2022, at 8:24 AM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
>
> Dr. Van Mol,
>
> Do you have time for a brief introductory phone call today or tomorrow?
>
> Thanks,
> Jason
>
>
> Jason Weida - ADS FOR MEDICAID POLICY & QUALITY
> AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
> +1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com
<mailto:Jason.Weida@ahca.myflorida.com>
>  <https://apps.ahca.myflorida.com/mpi-complaintform/>
>
> Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.
>
> From: Michelle Cretella <drmcretella@gmail.com>
> Sent: Monday, April 25, 2022 12:32 PM
> To: Collins, Trey <Trey.Collins@ahca.myflorida.com>; Weida, Jason
<Jason.Weida@ahca.myflorida.com>
> Cc: Andre Van Mol <95andrev@gmail.com>
> Subject: TIME SENSITIVE Re: Florida Contract [Priv/Confi/Atty WP]
>
> Dear Jason and Trey,
> Due to two unforeseen family crises, I must decline serving as a consultant for the State of FL at this

time. My well-credentialed and equally expert in GD colleague, Dr. Andre Van Mol, has agreed to take my place so I am introducing him to you in this email.
>
> Dr. Van Mol is a practicing Family Medicine physician in CA. In addition to being published on matters of medical ethics and childhood GD, he is Chair of the Adolescent Sexuality Committee of the American College of Pediatricians and a spokesperson for the Christian Medical and Dental Associations. He will be an outstanding consultant for your team in terms of provision of and analysis of studies. He has catalogued the literature as long as I have.
> Sincerely,
> Michelle
>
> On Sat, Apr 23, 2022 at 1:33 PM Michelle Cretella <drmcretella@gmail.com <mailto:drmcretella@gmail.com>> wrote:
> Good morning. Unfortunately, I was not able to get to this until after hours. I have now tried today as well (Saturday). When I enter all info for the "New Vendor Registration" page thru to the end of the Main Contact page and then press "Enter" to save and continue, I get this message:
>
> "We could not complete this action. Please contact the MFMP Help Desk at 866-FLA-EPRO (866-352-3776) for assistance."
>
> I will call the Help Desk at 9am Monday morning to hopefully get this resolved.
> Best,
> Dr. Cretella
>
>
> On Fri, Apr 22, 2022 at 8:36 PM Michelle Cretella <drmcretella@gmail.com <mailto:drmcretella@gmail.com>> wrote:
> I have tried several times and "step 1' will not save -- a screen pops up saying it can't be done.
> It may just be my exhaustion -- two of my kids are facing significant medical issues as of this week. I will try this again in the morning when I am fresh and if I get the same result, I'll call the helpline.
>
> On Fri, Apr 22, 2022 at 2:33 PM Michelle Cretella <drmcretella@gmail.com <mailto:drmcretella@gmail.com>> wrote:
> Received. Will work on this today.
>
> On Fri, Apr 22, 2022 at 10:31 AM <drmcretella@gmail.com <mailto:drmcretella@gmail.com>> wrote:
> Wonderful. TY!
>
> Sent from my iPhone
>
>
> On Apr 22, 2022, at 12:16 PM, Collins, Trey <Trey.Collins@ahca.myflorida.com <mailto:Trey.Collins@ahca.myflorida.com>> wrote:
>
>
> Dr. Cretella,
>
> Attached are two documents that explain the steps you will need to take to begin doing business with the State and to register in MyFloridaMarketPlace (MFMP), which is a statutory requirement.
>
> If you have registration questions, feel free to reach out to the MFMP Customer Service Team at 1-866-352-3776 or vendorhelp@myfloridamarketplace.com <mailto:vendorhelp@myfloridamarketplace.com>. If you are not able to get the assistance that you need from MFMP Customer Service, feel free to reach out to me, and my team will do all that we can to assist.
>
> Thank you,

>
> Trey Collins
> Bureau Chief
> Bureau of Purchasing and Contract Administration
> Agency for Health Care Administration
> 850.412.3896 (office)| Trey.Collins@ahca.myflorida.com <mailto:Trey.Collins@ahca.myflorida.com>
>
> From: Weida, Jason <Jason.Weida@ahca.myflorida.com <mailto:Jason.Weida@ahca.myflorida.com>>
> Sent: Thursday, April 21, 2022 6:13 PM
> To: drmcretella@gmail.com <mailto:drmcretella@gmail.com>
> Cc: Collins, Trey <Trey.Collins@ahca.myflorida.com <mailto:Trey.Collins@ahca.myflorida.com>>;
Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com
<mailto:Andrew.Sheeran@ahca.myflorida.com>>
> Subject: Florida Contract [Priv/Confi/Atty WP]
>
> Dr. Cretella,
>
> It was nice speaking with you.  As discussed, we would like to retain you, based on your subject-matter
expertise, to assist the Florida Medicaid program with the evaluation we discussed.
>
> I would like to connect you with my team as early as next week for a preliminary discussion.  But we
need to complete the paperwork first.  The first step in this process is getting you registered with Florida's
vendor system – MyFloridaMarketPlace.  To assist you in this process, I am copying our director of
procurement, Trey Collins.  He or someone on his team will reach out to you tomorrow morning to
facilitate your registration.  Please make every effort to complete this process as soon as possible.
>
> Thanks,
> Jason
>
>
> Jason Weida - ADS FOR MEDICAID POLICY & QUALITY
> Bldg 3 Room 2413 - DIVISION OF MEDICAID
> 2727 MAHAN DR., TALLAHASSEE, FL. 32308
> +1 850-412-4118 (Office) - (Fax)
> Jason.Weida@ahca.myflorida.com <mailto:Jason.Weida@ahca.myflorida.com>           >
<https://apps.ahca.myflorida.com/mpi-complaintform/>
>   <https://apps.ahca.myflorida.com/mpi-complaintform/>
>   <https://apps.ahca.myflorida.com/mpi-complaintform/>
> Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be
used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended
recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution
or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and
delete it immediately. <https://apps.ahca.myflorida.com/mpi-complaintform/>

---

Good evening, Jason and Andrew.
We'll try again tomorrow to connect. My cell is 530-604-9370. My work days are a bit full, but
we'll make this work.
Please find attached my latest testimony submitted to my home state of CA opposing the efforts
to mandate gender affirming care indoctrination for all medical professionals and insurance sales
people. The other is my recent testimony in support of the MO SAFE Act, which I was a
consultant for. The two have similarities and difference according to the issues at hand. My point

here is that the salient facts can be made reasonably concisely.

_____

_____