| | |
|---|---|
| **From:** | QUENTIN VAN METER |
| **Sent:** | Monday, May 9, 2022 9:19 PM EDT |
| **To:** | Jason.Weida@ahca.myflorida.com; jason.weida@ahca.myflorida.com |
| **Subject:** | my draft declaration |
| **Attachments:** | Declaration draft Florida.docx |

Does this cover some of what you need from me?

Quentin

Def_002883094