| | |
|---|---|
| **From:** | QUENTIN VAN METER |
| **Sent:** | Saturday, May 14, 2022 11:16 AM EDT |
| **To:** | jason.weida@ahca.myflorida.com |
| **Subject:** | new draft version of statement by Van Meter |
| **Attachments:** | Declaration draft Florida.docx |

Jason- attached is a rewritten document. references are not yet suppled, adjusted or cleaned up because I wanted to be sure this is the direction you wanted me to go with the document. Please let me know as soon as possible if this is what you need and if not, what can be improved and once I am sure I have provided such, I will clean up and add the necessary references.

Quentin