| From: | Weida, Jason |
|---|---|
| Sent: | Tuesday, May 10, 2022 4:29 PM EDT |
| To: | \"\"Pickle\"\",\"\" Devona; \" \"Brackett\"\",\"\" Matt; \" \"Chen\"\",\"\" Nai; Matt.Brackett@ahca.myflorida.com; Devona.Pickle@ahca.myflorida.com; Nai.Chen@ahca.myflorida.com |
| CC: | Sheeran, Andrew |
| Subject: | Fwd: Florida Medicaid Project |
| Attachments: | Florida Medicaid Project Draft 1.docx |

Get Outlook for iOS

**From:** G Kevin Donovan <G.Kevin.Donovan@georgetown.edu>
**Sent:** Tuesday, May 10, 2022 3:59:46 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** Florida Medicaid Project

Dear Jason,
Here is my first draft  for the requested consultation. I hope it meets your needs. Please tell me if you would need more, or would like any section expanded. Also distribute it as you see fit, including to any other consultants.
Thanks,
G. Kevin Donovan, MD, MA
Pellegrino Center for Clinical Bioethics
Professor Emeritus , Georgetown University Medical Center
*...and gladly would he learn, and gladly teach*
                                    *Chaucer*