| | |
|---|---|
| **From:** | Weida, Jason |
| **Sent:** | Tuesday, May 17, 2022 11:48 AM EDT |
| **To:** | \"\"Pickle\"\",\"\" Devona; \" \"Brackett\"\",\"\" Matt; \" \"Chen\"\",\"\" Nai; Matt.Brackett@ahca.myflorida.com; Devona.Pickle@ahca.myflorida.com; Nai.Chen@ahca.myflorida.com |
| **CC:** | Sheeran, Andrew |
| **Subject:** | Fwd: Florida |
| **Attachments:** | Cantor Report for Florida (final).pdf |

Revised and attached.
Get Outlook for iOS
**From:** Dr. James Cantor <jamescantorphd@gmail.com>
**Sent:** Tuesday, May 17, 2022 11:30:58 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Re: Florida

I apologize in advance, if the attachement doesn't come through!
- James

On Mon, May 16, 2022 at 11:29 PM Dr. James Cantor <jamescantorphd@gmail.com> wrote:
> 416-831-4541
>
> On Mon, May 16, 2022 at 11:15 PM Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
>> Great, thanks.  I'll call you then.  Best number?
>> Get Outlook for iOS
>> **From:** James Cantor <jamescantorphd@gmail.com>
>> **Sent:** Monday, May 16, 2022 10:53:40 PM
>> **To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
>> **Subject:** Re: Florida
>>
>> Yes, 11am work?
>>
>>> **From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
>>> **Date:** Monday, May 16, 2022 at 10:48 PM
>>> **To:** James Cantor <jamescantorphd@gmail.com>
>>> **Subject:** Re: Florida
>>>
>>> Dr Cantor, I just have a couple minor proposed changes.  Can we discuss briefly on the phone?  Then we can put in final.  I'm hoping to have a final version tomorrow (Tuesday).
>>>
>>>
>>> Thanks!

Jason

Get Outlook for iOS

---

**From:** James Cantor <jamescantorphd@gmail.com>
**Sent:** Monday, May 16, 2022 2:13:52 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Subject:** Re: Florida

Whew!

---

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Date:** Monday, May 16, 2022 at 2:09 PM
**To:** Dr. James Cantor <jamescantorphd@gmail.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>, Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Subject:** RE: Florida

Received.  Thank you!

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY



AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary

information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Dr. James Cantor <jamescantorphd@gmail.com>
**Sent:** Monday, May 16, 2022 1:44 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Subject:** Re: Florida

I'm now by passing Outlook altogether and sending this from gmail directly. Any success?

On Mon, May 16, 2022 at 1:40 PM Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:

> I don't see an attachment on this email either, sadly.

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

---

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

---

**From:** James Cantor <jamescantorphd@gmail.com>
**Sent:** Monday, May 16, 2022 1:40 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Subject:** Re: Florida

Def_001573022

Sorry: Microsoft has recently decided not to send everything I tell it to…And it only took a month for me to realize I wasn't the one making the mistake.

Let me know if this one doesn't work…

- James

---

**From:** James Cantor <jamescantorphd@gmail.com>
**Date:** Monday, May 16, 2022 at 1:36 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Re: Florida

Hi, Jason.

Attached is my report and its 3 appendices.  Let me know if anything doesn't come through!

- James Cantor

---

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Date:** Thursday, May 12, 2022 at 10:42 AM
**To:** James Cantor <jamescantorphd@gmail.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** RE: Florida

Excellent.  DD will coordinate a date/time and send you a link.  Let's shoot for Tuesday, if possible.  Thanks all.

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** James Cantor <jamescantorphd@gmail.com>
**Sent:** Thursday, May 12, 2022 10:41 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Re: Florida

Def_001573024

Yes, I'm happy to.

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Date:** Thursday, May 12, 2022 at 10:37 AM
**To:** James Cantor <jamescantorphd@gmail.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Florida

Hi Dr. Cantor,

Quick question for you.  Once you are done with the heavy lifting on your report, would you be amenable to doing a short (2-3 minute) recording where you introduce yourself and provide a summary of your opinions?  The recording would be posted on the Agency's website along with a copy of the Agency's GAPMS report and other resources on this topic.  If you are amenable to that, we can schedule a Teams meeting where someone from our tech team will record you (no camera crews or anything like that).  Please let me know your thoughts when you have time.

Thanks!

Jason

Def_001573025

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

Bldg 3 Room 2413 - DIVISION OF MEDICAID
2727 MAHAN DR., TALLAHASSEE, FL. 32308
+1 850-412-4118 (Office) - (Fax)
Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

Def_001573026