| | |
|---|---|
| From: | Weida, Jason |
| Sent: | Monday, May 16, 2022 11:25 PM EDT |
| To: | \"\"Pickle\"\",\"\" Devona; \" \"Brackett\"\",\"\" Matt; \" \"Chen\"\",\"\" Nai; Matt.Brackett@ahca.myflorida.com; Devona.Pickle@ahca.myflorida.com; Nai.Chen@ahca.myflorida.com |
| CC: | Sheeran, Andrew |
| Subject: | Fwd: Lappert Expert Report Initial Draft |
| Attachments: | FloridaDraft2.0.docx |

Get Outlook for iOS

**From:** patrick Lappert <patrick@lappertplasticsurgery.com>
**Sent:** Monday, May 16, 2022 11:23:32 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Fwd: Lappert Expert Report Initial Draft

---------- Original Message ----------
From: patrick Lappert <patrick@lappertplasticsurgery.com>
To: "Jason Weida, JD" <jason.weida@ahca.myflorida.com>
Date: May 13, 2022 10:17 PM
Subject: Lappert Expert Report Initial Draft
Jason,
Sorry this is going out late in the day. It has been a frenzied two weeks.
I have attached the initial draft so that your team can have a crack at it. I have the citations, and will supplement those as you see the need.
Best,

Patrick W. Lappert, MD

Lappert Skin Care

2941 Point Mallard Parkway, Suite-G

Decatur, AL  35603

Patrick W. Lappert, MD

Lappert Skin Care

2941 Point Mallard Parkway, Suite-G

Decatur, AL  35603