iMessage
Tue, Apr 26, 5:16 PM

Free now

Sun, May 1, 4:31 PM

> Happy weekend, Jason. I sent you the requested document earlier today. See you on Friday.
> Andre

Text Message
Fri, May 6, 9:01 AM

> Financing the movement and its tactics:
> ·   Jennifer Bilek, The Billionaires Behind the LGBT Movement, firththings.com, Jan. 21, 2020. https://www.firstthings.com/web-exclusives/2020/01/the-billionaires-behind-the-lgbt-movement
> ·   Jennifer Bilek, "Who Are the Rich, White Men Institutionalizing Transgender Ideology?" the federalist.com, Feb. 20, 2018. https://thefederalist.com/2018/02/20/rich-white-men-institutionalizing-transgender-ideology/
> ·   James Kirkup details a handbook attributed to the Dentons law firm, Thomas Reuters Foundation, and the International Lesbian, Gay, Bisexual, Transgender, Queer and Intersex Youth & Student Organisation (IGLYO), outlining the tactics by which trans lobbies influenced public bodies, politicians, officials, education and even police forces so fast and well. "The document that reveals the remarkable tactics of trans lobbyists," blogs.spectator.co.uk, 2 Dec 2019. https://blogs.spectator.co.uk/2019/12/the-document-that-reveals-the-remarkable-tactics-of-trans-lobbyists/
> The Dentons.Reuters.IGLYO document: https://www.iglyo.com/wp-content/uploads/2019/11/IGLYO_v3-1.pdf

Not Delivered

iMessage

> Jason, I sent that only to you to minimize scatter risk. If you prefer it be sent by e-mail, I'll do that on request.  And thanks for allowing me to help Florida with this effort. Good time with you all today.

Got it.  Thank you!

Got it. Thank you!

Great talk. Thanks again for your time and help.

Glad to help. Thanks.

Sat, May 21, 10:40 AM

Ohio House Families, Aging and Human Services Committee - 5-19-2022 | Ohio House of Representatives
ohiohouse.gov

My testimony starts at 3:52:14 and goes to 4:24:07 due to all the Q&A time.

Thanks!

Really good witnesses before and after, I'm just leading you to mine. Other witnesses: a minor burned by GAT, lesbian-identified mom who lost her child for refusing GAT for her, trans-ident'd adults who concur this is not for kids, leaders of parent group of those whose kids got railroaded into GAT, retired endocrinologist who was top of the GLBT list for docs in his part of Ohio who quit doing GAT at all due to obvious harms and no helps of underlying problems, Matt Sharp of ADF, and me. I had had it with Rep. Dr. Lifton's boloney activist ad hominems, gaslighting and jamming tactics of the witnesses (along with another rep who tried it too but in a more silly manner), so when she offered the first question and with the usual crap, I let her have it, then told the committee what I really thought.

When you have time, would you help us find some folks that are Florida based?  Looking for similar folks — people who regret GAT, docs who don't do it anymore, etc…. I'm just not sure how to begin finding this propel in Florida.

Those people*

Any assistance would be appreciated.  And you can bill for your time, as you have been.

I think I might know someone who can help.  I'll check it out. Also, I sent a prelim on charges to you, just asking if I did it right and need to know to whom to submit them, unless you

AHCA EXP_004763

> right and need to know to whom to submit them, unless you agree with the charges and can pass them along. Thirdly, my updated Microsoft suite seems to have been corrupted by the North Koreans or something and won't let me save or alter docs, so I'm having fun with that. We'll get there.

Sat, May 21, 6:57 PM

> OK, that was a fail. They sent me the names of the doctors you already know. I'll check some more.

> OK, more info maybe coming Monday.

Tue, Jun 7, 10:49 AM

> DD is going to email you to schedule a call for Friday.

> Ok

> I wanted to plant a seed in your brain. We may be having a rule hearing in Tallahassee on Tuesday, July 5. I'd ask you to think about possibly coming to that. We can talk about it on Friday, but I just wanted you to think about it. Obviously we would pay for your time and travel expenses.

> Noted.

Fri, Jun 10, 7:02 AM

> Paul. (314) 566-3467

> Thanks

Tue, Jun 14, 7:40 AM

> Let's discuss your email over the phone. Please call whenever you have time. Thanks.

Thu, Jun 16, 12:48 PM

> Hearing is set for Friday July 8 from 3:00 to 5:00 PM.
> I will ask DD to reach out to you regarding logistics

> Ok

AHCA EXP_004764

Tue, Jun 28, 11:30 AM

> Greetings, mighty Jason. Will there be somebody from the department contacting me about travel and lodging arrangements in the near future? FYI, I live in Redding California, local airport served by United and Alaska air. United gives access to San Francisco and LAX, so hopeful that makes connections easy.

Sat, Jul 9, 3:52 PM

> Hi, Jason. Happy vacation. I have some thoughts in follow up and future prep regarding eventualities. Should I make this an e-mail labelled privileged and confidential for you to distribute or is phone better? If phone, it can surely wait for your return to work.  Andre

Hi Andre, yes let's do over the phone.  Just me and you?  Or should we included anyone else from the team?

Next week would be better if that's ok

> Outstanding. Enjoy your vacation and we'll talk to you the week after.
> Stay clear of the hazardous marine life. :-)

Haha.  I'll try.

Thanks again for making the trek out.  Appreciate all of your efforts.

> Pleased to be a part.

Tue, Jul 19, 6:20 PM

> Hi, Jason. Andre here. Regarding the email, do you prefer comments on a separate document, or tagged in comments on the one you sent? I imagine the separate document is messier but that a tagged PDF might be easier to use? Or not? My first comment is over a page long.

Wed, Jul 20, 5:39 AM

Sorry for delay

Whatever is easiest for you

> Separate document. 11 pages. It's in your email. :-)

Awesome

Thanks so much!

**Thu, Jul 28, 8:36 AM**

> J-man, might you send me the link the public can use to access the GAPMS report? Looking forward to the same for the rule when available. I have lectures to update and be given in the US and abroad in the coming few months and blogs to write. 😊 Many thanks. Andre

**Thu, Aug 25, 3:16 PM**

> Jason, Andre here. Regarding the AAP's letter criticizing the GAPMS report, that is available to the public on the Florida Medicaid website, isn't it?

Yale is public

Not sure about aap

Will check with team in AM

> Thanks

Need me to send it to someone? We could probably do that. But let's discuss over the phone tomorrow.

> No, with the AAP busily hanging themselves in Wall Street Journal, ACPeds and some others would like to have the link to the AAP Florida Medicaid protest letter to go along with links they have to the AAP policy in press releases they are making.

**Fri, Aug 26, 8:24 AM**

> Good morning, Jason. Would we have any word yet on whether or not the AAP letter to Florida Medicaid is fair game and available for electronic forwarding?
>
> Thanks,
> Andre

Fri, Aug 26, 12:31 PM

Jason, don't worry about the press release. It is going out now and says nothing about Florida. Do however be concerned about WSJ submissions. That is what we intend. Thanks.

Just tried you

Sat, Aug 27, 10:54 AM

And here is a piece from Dr. Sapir, the co-author of the WSJ piece slamming the Amer Acad of Peds about a week ago. It nicely explains a lot about why Northern Europe is leading the charge against gender alteration interventions ("GAT" (t for therapy), or my preference of TAT, as it affirms transition and not gender) while the USA flounders politically on it. The hole in the argument is that Canada is parliamentary too, and it looks worse than the USA on this issue, not better.  Overall, great article.



Trans Extremism and the Weak American State
genspect.org

Wed, Sep 7, 3:53 PM

Understood

Sun, Sep 11, 12:50 PM

Happy Sunday, Jason. I am preparing a set of lectures I will be giving in a European nation next month. One of the topics is international movement on the subject at hand. Is

> the Florida Medicaid rule now law, proposed law, or what at this point? thank you!

> Time for a call to discuss ?

Yes

Mon, Sep 12, 12:24 PM

> Have not succeeded in carving out the time to call you today. Will try again tomorrow.

Wed, Sep 14, 8:57 AM

That much mention of my other qualifications.



> Lawsuit Suggests Zealotry Disguised as Medicine Led to Denial of Medicaid Coverage for Trans Treatments
> miaminewtimes.com

Mon, Oct 31, 6:50 PM

It's yours now.

OK,. Tomorrow.

Sun, Nov 6, 2:22 PM

> Happy Sunday, Jason. Just messaging to say I am making

AHCA EXP_004768

Happy Sunday, Jason. Just messaging to say I am making word of Florida Medicaid and board of medicine victories in my lectures, a big international one recently in Budapest, and soon, if I understand this correctly, before the European Parliament in December. Again, it's a downer to not have testified for the board of medicine, but I think it was very wise of you and therefore the board to have taken my advice that you wanted to have specialists doing the testifying rather than a family physician. It worked out very well and continues to. Being part of the team pushing forward with the right cause is what counts, not polishing my ego. :). Glad to play my part.

Fri, Jan 27, 11:03 AM



Pediatric Group Ordered To Provide Florida Docs On Why It Supports Sex Changes For Kids
dailycaller.com

In a related story: Florida runs up tab in Medicaid transgender case - CBS Miami (cbsnews.com)
https://www.cbsnews.com/miami/news/florida-runs-up-tab-in-medicaid-transgender-case/

Delivered

AHCA EXP_004769