**From:** Weida, Jason
**Subject:** RE: Followup thoughts
**To:** Ema Syrulnik
**Cc:** Sheeran, Andrew
**Sent:** June 29, 2022 3:40 PM (UTC-04:00)
**Attached:** Attachments Double.pdf

Ema,

So sorry for the delay.  Please see attached.  Andrew is out sadly but if you have time to connect still, that would be great.  Anything work tomorrow, Friday, or Tuesday?

Thanks,
Jason

**From:** Ema Syrulnik <emasyrulnik@gmail.com>
**Sent:** Sunday, June 26, 2022 11:16 AM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Cc:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Re: Followup thoughts

Andrew, Jason, do you have a copy of the FL expert reports in the PDF format that is readable? The PDFs available on the website appears to have a version that treats it as an image, making it unsearchable if you are looking for a word or phrase. If this is the form you got it from Romina in, it would be great to ask her to resend in the "regular" PDF format.

Please let me know if you'd still like to meet.

E

On Tue, Jun 14, 2022 at 6:36 AM Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com> wrote:

> Hi Ema,
>
> How about Wednesday at 2 PM (EST)?
>
> *Andrew T. Sheeran*
> *Acting Deputy General Counsel*
> *Chief Litigation Counsel*
> *Agency for Health Care Administration*
> *Office of the General Counsel*
> *2727 Mahan Drive, Building 3, MS #3*
> *Tallahassee, FL 32308*
> *Telephone: (850) 412-3670*
> *Fax: (850) 922-6484*
> *Email:* Andrew.Sheeran@ahca.myflorida.com
>
> **From:** Ema Syrulnik <emasyrulnik@gmail.com>
> **Sent:** Monday, June 13, 2022 11:25 AM
> **To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
> **Cc:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
> **Subject:** Re: Followup thoughts
>
> Would be happy to discuss. I have availability on W, Thursday, Friday: what works for you?

AHCA0178915
Def_000293939

E

On Mon, Jun 13, 2022 at 3:35 PM Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com> wrote:

> Hi Ema,
>
> You may be aware that the Agency published its report on June 2. We would like to get your thoughts on next steps. Do you have any availability over the next few days to discuss?
>
> Thanks,
>
> *Andrew T. Sheeran*
> *Acting Deputy General Counsel*
> *Chief Litigation Counsel*
> *Agency for Health Care Administration*
> *Office of the General Counsel*
> *2727 Mahan Drive, Building 3, MS #3*
> *Tallahassee, FL 32308*
> *Telephone: (850) 412-3670*
> *Fax: (850) 922-6484*
> *Email:* Andrew.Sheeran@ahca.myflorida.com
>
> ---
>
> **From:** Google Calendar <calendar-notification@google.com> **On Behalf Of** emasyrulnik@gmail.com
> **Sent:** Tuesday, May 17, 2022 10:57 PM
> **To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>; Weida, Jason <Jason.Weida@ahca.myflorida.com>; zhenyapdx@gmail.com; malone.will@gmail.com; emasyrulnik@gmail.com
> **Subject:** Followup thoughts
>
> Congratulations again on taking a though and well-reasoned approach. I wanted to run one more thought by you. As this decision comes under attack, please consider this:
>
> To date, activists insisted on "eminence-based medicine", as in "AMA, AAP, APA, etc recommend this intervention. What you are doing is reminding everyone that rather than practicing "eminence-based medicine," one should strive to practice "evidence-based medicine".
>
> This distinction may help lay people understand that FL is not going "rogue" - rather, relying on "eminence" over "evidence" is the rogue move.
>
> This blog by Cochrane (the gold standard in evidence evaluation in the world) may provide some helpful language for your PR departments, as you need to anticipate the critique that you are going "rogue".
>
> https://s4be.cochrane.org/blog/2016/01/12/eminence-based-medicine-vs-evidence-based-medicine/#:~:text=What%20is%20eminence%2Dbased%20medicine,appraisal%20of%20scientific%20evidence%20available.

**RE: Introductions.** https://zoom.us/j/7237728939

When  Tue May 17, 2022 10am – 11am Pacific Time - Los Angeles

Where  https://zoom.us/j/7237728939 (map)

Who
- emasyrulnik@gmail.com - organizer
- andrew.sheeran@ahca.myflorida.com
- jason.weida@ahca.myflorida.com
- zhenyapdx@gmail.com

Hi Ema,

How about Tueday, May 17 at 1 PM (EST)? (Sorry, I can't remember which time zone you are in)

Andrew T. Sheeran

Chief Litigation Counsel

Agency for Health Care Administration
Office of the General Counsel
2727 Mahan Drive, Building 3, MS #3
Tallahassee, FL 32308
Telephone: (850) 412-3670
Fax: (850) 922-6484

Email: Andrew.Sheeran@ahca.myflorida.com


From: Ema Syrulnik
Sent: Friday, May 13, 2022 12:15 AM
To: Sheeran, Andrew
Cc: Weida, Jason
Subject: Re: Introductions

Hi Andrew, sure thing.

I have time Friday and early next week. Please suggest a time that works for you.

ema

On Thu, May 12, 2022 at 8:55 AM Sheeran, Andrew wrote:

Hi...