Re: Report

miriam grossman <███████████████████>
Thu 5/12/2022 12:40 PM

To: Weida, Jason <Jason.Weida@ahca.myflorida.com>

Ok sounds good see you tomorrow.

Sent from my iPad

> On May 12, 2022, at 12:35 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
>
> Hi Dr. Grossman,
>
> I did not have anything particular in mind, other than your thoughts for how we might interpret the report in the broader context of our own report.  Perhaps, on Friday, we might talk about some basic take aways from the report.  One topic might be the ramifications of covering/encouraging such treatments based on the findings in the report regarding the quality of the evidence relied upon for such treatments.
>
> Also, for Friday, if there is anything else you think we should learn or be aware of, we would be happy to listen to what you have to say.
>
> Happy to discuss if you have any additional questions.
>
> Jason
>
>
>
> Jason Weida - ADS FOR MEDICAID POLICY & QUALITY
>
> AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
> +1 850-412-4118 (Office) -
> Jason.Weida@ahca.myflorida.com
>
> Privacy Statement:  This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited.  If you have received this in error, please reply to the sender and delete it immediately.
> -----Original Message-----
> From: miriam grossman <███████████████████>
> Sent: Thursday, May 12, 2022 12:29 PM
> To: Weida, Jason <Jason.Weida@ahca.myflorida.com>
> Subject: Report
>
> Hi Jason,
> I got the report from the two doctors. Please let me know what you'd like exactly. I am a clinician not a

researcher or epidemiologist, so have little expertise in analyzing studies as they do. In fact if anything I am weaker in those areas and depend on experts like them. What are your specific questions about this report for me?
>
> Thanks
> Miriam
> Sent from my iPad

GROSSMAN0065