| | |
|---|---|
| **From:** | Pickle, Devona |
| **Sent:** | Tuesday, May 10, 2022 1:21 PM EDT |
| **To:** | miriam grossman |
| **CC:** | Weida, Jason |
| **Subject:** | RE: Canceling today's lecture |

Hi, Dr. Grossman,

I mailed the first document on Friday, so I expect it should reach your P.O. box by today. I mailed the second document today, so I expect it should reach your P.O. box by Thursday or Friday. Both were sent USPS.

D.D. Pickle
(office) 850-412-4646

---

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Tuesday, May 10, 2022 1:09 PM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Cc:** miriam grossman <miriamgrossmanmd@hotmail.com>
**Subject:** FW: Canceling today's lecture

DD,

Can you please let Dr. Grossman know.  Thanks.

Jason

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** miriam grossman <miriamgrossmanmd@hotmail.com>
**Sent:** Tuesday, May 10, 2022 1:02 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Re: Canceling today's lecture

Jason, how were the documents sent? Do you think they've arrived already? If so I will check my PO Box.

Sent from my iPad

Def_001892534

On May 10, 2022, at 11:31 AM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:

Hi Dr. Grossman,

Sounds good.  I think the debate over informed consent is important, but I would prefer to focus our next session on (1) your thoughts on the materials we sent you, and (2) treatment options that you believe are appropriate.  Does that work for you?

Thanks,
Jason

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** miriam grossman <miriamgrossmanmd@hotmail.com>
**Sent:** Tuesday, May 10, 2022 12:26 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Cc:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Canceling today's lecture

Hi Jason and Devona,

This is to let you know I must cancel today's lecture. I apologize for the inconvenience. I will see you Friday at noon. Jason, does the debate over informed consent for transgender medical interventions interest you?

Devona, thanks for the info about my registration, I will call you to clarify some things.

Miriam Grossman

Sent from my iPad

On May 9, 2022, at 1:25 PM, Pickle, Devona <Devona.Pickle@ahca.myflorida.com> wrote:

Hi, Dr. Grossman,

In entering your contract into our system, I found that you have two registrations (SHUKTAN and Miriam Grossman) for MyFloridaMarketPlace. You will need to complete one of them in order for us to process your contract. Luckily it is the same solution to resolve either registration: submit your W-9. You can submit your W-9 at https://flvendor.myfloridacfo.com/

**For Corporations**

For **SHUKTAN**, you will need to submit an Federal Employer Identification Number (FEIN). You must use a Federal Employer Identification Number (FEIN). If you do not have an FEIN, you can apply online at https://www.irs.gov/businesses/small-businesses-self-employed/apply-for-an-employer-identification-number-ein-online?msclkid=a41376accfb611ecb0cfaa347971d8fa.

**For Sole Practitioners**

For **Miriam Grossman**, you will need to submit your social security number or an FEIN. If you do not want to use your social security number but do not have an FEIN, you can apply online at https://www.irs.gov/businesses/small-businesses-self-employed/apply-for-an-employer-identification-number-ein-online?msclkid=a41376accfb611ecb0cfaa347971d8fa.

Please let me know if I can be of further help.

**D.D. Pickle,** Program Director
Canadian Prescription Drug Importation Program
Agency for Health Care Administration
Office - *850-412-4646*
Medicaid Helpline - *1-877-254-1055*