**From:** Andre Van Mol
**Subject:** Re: Yale (Privileged & Confidential)
**To:** Weida Jason
**Cc:** Van Meter Quentin
**Sent:** July 20, 2022 12:52 AM (UTC-04:00)
**Attached:** Levine2021_ReflectionsOnTheClinicianSRole copy.pdf, 2022.02.23 Levine W. Va. Expert Report.pdf

Jason,

Additionally, if your team has not seen these two items, they are fairly top shelf, both from Prof. Stephen Levine, one a peer-review commentary and the other a district court expert testimony. ADF rates the court one better than Cantor's (the GAPMS attachment of his came largely from his testimony in an ADF team court case).

AHCA0200173
Def_000292118