| | |
|---|---|
| **From:** | Peterson, Ashley |
| **Sent:** | Thursday, April 28, 2022 4:01 PM EDT |
| **To:** | \"\"Weida\"\",\"\" Jason; Jason.Weida@ahca.myflorida.com |
| **CC:** | Dalton, Ann |
| **Subject:** | DUR/PT |

Jason, due to the recent inquiries regarding gender dysphoria I ask if you could please attend our DUR Board meeting to field any questions.  Kim Kellum is routinely invited to this meeting but is not always able to attend.  Please let me know if you'd like to discuss.

**Ashley Peterson** - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES



Bldg 3 Room 2314B - BUREAU OF MEDICAID POLICY
2727 MAHAN DR., TALLAHASSEE, FL. 32308
+1 850-412-4235 (Office) - (Fax)
Ashley.Peterson@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.