| | |
|---|---|
| **From:** | Weida, Jason |
| **Sent:** | Friday, April 29, 2022 12:59 PM EDT |
| **To:** | \"\"Peterson\",\"\" Ashley; Ashley.Peterson@ahca.myflorida.com |
| **Subject:** | RE: Gender Dysphoria |
| **Attachments:** | image001.png |

Ashley, please have Susan or Kelly provide the below response to Dr. Smith:

Dr. Smith,

The Agency is evaluating how the new official guidance issued by the Florida Department of health affects our program and will get back to you with any updates.

[Susan/Kelly]

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>
**Sent:** Thursday, April 28, 2022 8:06 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Dalton, Ann <Ann.Dalton@ahca.myflorida.com>
**Subject:** FW: Gender Dysphoria

Hi Jason, this a committee member of our Pharmaceutical and Therapeutics committee.

AP

**From:** Smith, Deborah A <deborah_a_smith@uhc.com>
**Sent:** Wednesday, April 27, 2022 5:30 PM
**To:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>; Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>
**Subject:** Gender Dysphoria

Good Evening,
Is the Agency providing an update on recommendation for gender dysphoria?

**Deborah A. Smith, PharmD, FAPP, CPh**
**Director of Pharmacy- FL**

**UnitedHealthcare**
**Government Pharmacy Programs**
**O: 763-283-2864  I  C: 813-576-9554**



**Center for Clinician Advancement**

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

Def_001900014