| | |
|---|---|
| **From:** | Campbell, LeKieva |
| **Sent:** | Friday, May 13, 2022 1:25 PM EDT |
| **To:** | \"\"Gavins\"\",\"\" Alexandra; Alexandra.Gavins@ahca.myflorida.com |
| **Subject:** | RE: 348451 Status request |
| **Attachments:** | RE 348451 Status request.eml, image001.png, image002.png, image003.jpg |

Hello, there are no new updates. This morning ADS Jason Weida stated he is working with legal and at this time there is no further action required from Policy.

LeKieva J. Campbell    Program Administrator
Bureau of Medicaid Policy
850-412-4210 (Office)
LeKieva.Campbell@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Gavins, Alexandra <Alexandra.Gavins@ahca.myflorida.com>
**Sent:** Friday, May 13, 2022 1:06 PM
**To:** Campbell, LeKieva <LeKieva.Campbell@ahca.myflorida.com>
**Subject:** RE: 348451 Status request

Hey there,
The requestor has reached out again for this one. Any update?

**From:** Campbell, LeKieva <LeKieva.Campbell@ahca.myflorida.com>
**Sent:** Thursday, May 12, 2022 3:22 PM
**To:** Britt-Hightower, Sabrina <Sabrina.Britt-Hightower@ahca.myflorida.com>
**Cc:** Gavins, Alexandra <Alexandra.Gavins@ahca.myflorida.com>; Shinhoster, Nicole <Nicole.Shinhoster@ahca.myflorida.com>
**Subject:** FW: 348451 Status request
**Importance:** High

Good afternoon, I spoke with the supervisor Jesse Bottcher and he stated that our ADS Jason Weida is handling this request. I forwarded your status request to Jason and will let you know once I hear back from him, thanks.

LeKieva J. Campbell    Program Administrator
Bureau of Medicaid Policy
850-412-4210 (Office)
LeKieva.Campbell@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Campbell, LeKieva
**Sent:** Thursday, May 12, 2022 3:13 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Dalton, Ann <Ann.Dalton@ahca.myflorida.com>; Bottcher, Jesse <Jesse.Bottcher@ahca.myflorida.com>; Shinhoster, Nicole <Nicole.Shinhoster@ahca.myflorida.com>
**Subject:** FW: 348451 Status request
**Importance:** High

Good afternoon Jason, the requestor for the public records request on the GAPMS for treatment of gender dysphoria (see attached) has reached out twice since sending the request asking for a status update. Jesse suggested that I forward this email to you since you are handling this request. Thanks and please let me know if there is anything else I need to do.

LeKieva J. Campbell    Program Administrator
Bureau of Medicaid Policy
850-412-4210 (Office)
LeKieva.Campbell@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Britt-Hightower, Sabrina <Sabrina.Britt-Hightower@ahca.myflorida.com>
**Sent:** Thursday, May 12, 2022 2:07 PM
**To:** Campbell, LeKieva <LeKieva.Campbell@ahca.myflorida.com>; Shinhoster, Nicole <Nicole.Shinhoster@ahca.myflorida.com>
**Cc:** Gavins, Alexandra <Alexandra.Gavins@ahca.myflorida.com>
**Subject:** 348451 Status request
**Importance:** High

Good afternoon,

Please see the 2nd status request regarding this assignment and advise.



Def_002879060



*Thanks,*
*Sabrina Britt-Hightower*
**A**gency for **H**ealth **C**are **A**dministration
Human Services Program Specialist
Medicaid Director s Office
Bldg. 3 Room 2408 A
Tallahassee, FL  32308
(850) 412-4014
Sabrina.Britt-Hightower@ahca.myflorida.com

Def_002879061



Def_002879062