| | |
|---|---|
| **From:** | Little, Joe |
| **Sent:** | Wednesday, March 8, 2023 2:30 PM |
| **To:** | Mohammad O. Jazil; Gary V. Perko; Michael Beato; John Cycon |
| **Cc:** | Altman, Jennifer; Rivaux, Shani; Miller, William C.; Shaw, Gary J.; Garcia, Soraya M.; Omar Gonzalez-Pagan; Carl Charles; Chelsea Dunn; Simone Chriss; Katy DeBriere; Abbi Coursolle; Catherine McKee |
| **Subject:** | RE: Plaintiffs' Notice of Deposition of Jason Weida |

Counsel, to follow-up, please note that we are willing to meet and confer about the deposition occurring on a later date, which Judge Hinkle has indicated is allowable.

Thank you,

Joe

**Joe Little** | Associate
Pillsbury Winthrop Shaw Pittman LLP
500 Capitol Mall, Suite 1800 | Sacramento, CA 95814-4741
t +1.916.329.4731 | m +1.916.704.4853
joe.little@pillsburylaw.com | website bio

---

**From:** Little, Joe
**Sent:** Wednesday, March 8, 2023 2:21 PM
**To:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Gary V. Perko <gperko@HoltzmanVogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>; 'John Cycon' <jcycon@HoltzmanVogel.com>
**Cc:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Miller, William C. <william.c.miller@pillsburylaw.com>; Shaw, Gary J. <gary.shaw@pillsburylaw.com>; Garcia, Soraya M. <soraya.garcia@pillsburylaw.com>; Omar Gonzalez-Pagan <ogonzalez-pagan@lambdalegal.org>; 'Carl Charles' <CCharles@lambdalegal.org>; 'Chelsea Dunn' <chelsea.dunn@southernlegal.org>; Simone Chriss <simone.chriss@southernlegal.org>; 'Katy DeBriere' <debriere@floridahealthjustice.org>; Abbi Coursolle <coursolle@healthlaw.org>; 'Catherine McKee' <mckee@healthlaw.org>
**Subject:** Plaintiffs' Notice of Deposition of Jason Weida

Counsel,

Please see the attached Notice of Deposition.

Thank you,

Joe

1