**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| AUGUST DEKKER, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No: 4:22cv325 |
| | ) |
| v. | ) Tallahassee, Florida |
| | ) January 26, 2023 |
| JASON WEIDA, et al., | ) |
| | ) 10:35 AM |
| Defendants. | ) |
| _____ | ) |

**TRANSCRIPT OF TELEPHONIC MOTION PROCEEDINGS**
**BEFORE THE HONORABLE ROBERT L. HINKLE**
**UNITED STATES CHIEF DISTRICT JUDGE**
**(Pages 1 through 62)**

Court Reporter:        MEGAN A. HAGUE, RPR, FCRR, CSR
                       111 North Adams Street
                       Tallahassee, Florida 32301
                       megan.a.hague@gmail.com

*Proceedings reported by stenotype reporter.*
*Transcript produced by Computer-Aided Transcription.*

1  depending on the Court's ruling, as it appears that there will
2  be potentially be additional documents forthcoming from
3  defendants -- we wanted to raise the current scheduling order
4  and the -- you know, the near -- very near-looming fact
5  discovery deadline of February 7th.
6  　　　　　　We would be comfortable if -- we would ask the Court
7  for an extension on that fact discovery deadline and would be
8  comfortable making fact discovery coextensive with the beginning
9  of expert discovery in order to ensure that we are able to
10 obtain these documents and have some time to review them before
11 scheduling our final agency depositions.
12 　　　　　　THE COURT:  Yeah.  Before I get Mr. Jazil's response
13 and find out a particular date, let me give you my usual
14 approach.
15 　　　　　　Discovery deadlines are really more for the benefit of
16 the lawyers than for my benefit.  What I care about is I've got
17 the case set for trial and I plan to try it when it's set.  I
18 can give you a long explanation for that, but, look, that's --
19 it's just better all the way around if we have firm trial dates
20 and keep them.
21 　　　　　　If you are taking depositions the night before trial,
22 as my mother used to say, No skin off my nose.  You can work as
23 hard as you want, but it's just better if you are not doing
24 that.  It's better if you have a good clean period before the
25 trial just to prepare for trial.

```
 1              I take the rule seriously.  And ordinarily it provides
 2   that the party's conduct that necessitated the motion pays the
 3   fees.  So I'll give it some thought, and you'll know what I
 4   think when I get the order out.
 5              MR. JAZIL:  Thank you.
 6              THE COURT:  Anything else on the defense side?
 7              MR. JAZIL:  No, Your Honor.  Thank you.
 8              THE COURT:  Ms. Dunn, anything else on the plaintiffs'
 9   side?
10              MS. DUNN:  No.  Thank you, Your Honor.
11              THE COURT:  All right.  Thank you all.
12              We are adjourned.
13         (Proceedings concluded at 12:37 PM on Thursday, January 26,
14   2023.)
15                          *  *  *  *  *  *  *  *
16              I certify that the foregoing is a correct transcript
     from the record of proceedings in the above-entitled matter.
17   Any redaction of personal data identifiers pursuant to the
     Judicial Conference Policy on Privacy is noted within the
18   transcript.
19

20   /s/ Megan A. Hague                           2/28/2023
21   Megan A. Hague, RPR, FCRR, CSR              Date
     Official U.S. Court Reporter
22
23
24
25
```