UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

AUGUST DEKKER, et al.,

      Plaintiffs,

v.                                        Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.,

      Defendants.

_____/

## DECLARATION OF ATTORNEY GARY J. SHAW IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF SOPHIE SCOTT, PH.D.

I, Gary J. Shaw, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am over the age of eighteen and make this declaration from my own personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

    2.    I am an attorney with Pillsbury Winthrop Shaw Pittman in Washington, D.C., and I have been retained by Plaintiffs as co-counsel in the above-captioned matter.

    3.    I make this Declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Sophie Scott, Ph.D.

    4.    Attached as **Exhibit A** is a true and correct copy of the Expert Report of

Sophie Scott, Ph.D., dated February 16, 2023.

5. Attached as **Exhibit B** is a true and correct copy of the deposition transcript of Professor Sophie Scott dated March 20, 2023.

6. Attached as **Exhibit C** is a true and correct copy of the Corrected Expert Rebuttal Report of E. Kale Edmiston, Ph.D., dated March 22, 2023.

7. Attached as **Exhibit D** is a true and correct copy of the Rebuttal Report of Daniel Shumer, M.D., dated March 10, 2023.

8. Attached as **Exhibit E** is a true and correct screenshot of a tweet dated October 11, 2018.

9. Attached as **Exhibit F** is a true and correct screenshot of a tweet dated September 20, 2016.

Executed on April 7, 2023

By: */s/ Gary J. Shaw*

Gary J. Shaw, *pro hac vice*
1200 Seventeenth Street, NW
Washington, DC 20036
(202) 663-8000
gary.shaw@pillsburlaw.com