# EXHIBIT B

Page 1

1           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF FLORIDA

2
                 TALLAHASSEE DIVISION

3

4   AUGUST DEKKER, et al.,

5         Plaintiffs,

6   vs.

7   JASON WEIDA, et al.,

8         Defendants.
    _____/

9

10        REMOTE VIDEOCONFERENCE DEPOSITION
                        OF

11              SOPHIE SCOTT, Ph.D.

12        Taken on behalf of the Plaintiffs

13

        DATE TAKEN:   Monday, March 20, 2023

14

        TIME:         11:00 A.M. - 3:00 P.M.

15

        LOCATION:     Zoom Videoconference

16

17

18

19   STENOGRAPHICALLY REPORTED BY:
     TRACY LYN FAZIO, FPR

20   VERITEXT LEGAL SOLUTIONS
     JOB NO.: 5823283

21

22

23

24

25

Page 2

1   APPEARING REMOTELY ON BEHALF OF THE PLAINTIFFS:
2        GARY J. SHAW, ESQ.
         SHANI RIVAUX, ESQ.
3        PILLSBURY WINTHROP SHAW PITTMAN, LLP
         1200 17th Street N.W.
4        Washington, D.C.  20036
         1.202.663.8000
5        gary.shaw@pillsburylaw.com
6   APPEARING REMOTELY ON BEHALF OF THE DEFENDANTS:
7        MICHAEL R. BEATO, ESQ.
         HOLTZMAN VOGEL BARANTORCHINSKY & JOSEFIAK, PLLC
8        119 S. Monroe Street, Suite 500
         Tallahassee, Florida  32301
9        1.850.270.5938
         mbeato@holtzmanvogel.com
10

    ALSO PRESENT:  Abigail Coursolle
11                  Zack Bennington
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1                     I N D E X

2    SOPHIE SCOTT, Ph.D.                    PAGE NO.

3       Direct by Mr. Shaw:                 4

        Cross by Mr. Beato:                 174

4

     CERTIFICATE OF OATH                    176

5    CERTIFICATE OF REPORTER                177

     NOTIFICATION LETTER                    178

6    CERTIFICATE OF WITNESS                 179

     ERRATA SHEET                           180

7

8

9               PLAINTIFFS' EXHIBITS MARKED

10   Exhibit 1    Sophie Scott's Report      45

     Exhibit 2    Lewis Child Textbook       137

11   Exhibit 3    Scarcella Tweet            160

     Exhibit 4    "Jack, Not Jackie" Tweet   162

12   Exhibit 5    Bozenka Tweet              165

13

14

15

16

17

18

19

20

21

22

23

24

25

[PAGE BREAK]

Page 12

```
 1   BY MR. SHAW:
 2       Q    Professor Scott, do you understand what
 3   this case is about?
 4       A    I understand some of the background in
 5   terms of laws that have been changed in the U.S.
 6   generally, and this is specifically a case in
 7   Florida about the removal of healthcare to people
 8   who are transgender.
 9       Q    Is that all of your understanding?
10       A    It's the most general sense, yeah.  I'm
11   sure there's many, many aspects and details I don't
12   know about.
13       Q    So you understand that we're going to
14   discuss a rule issued by one of the State -- an
15   agency with the State of Florida, correct?
16       A    Uh-huh.
17       Q    And that agency is the Agency for
18   Healthcare Administration or AHCA.  Do you
19   understand that?
20       A    I do.  Thank you.
21       Q    And you understand that this rule bans all
22   services for treatment of gender dysphoria,
23   including puberty blockers, hormones, sex
24   reassignment surgeries, and any other procedures
25   that alter the primary or secondary sexual
```

```
 1   characteristics?
 2            MR. BEATO:  Object to form.  But you can
 3        answer that, Dr. Scott.
 4        A    Yes.  Yes, I understand that.
 5   BY MR. SHAW:
 6        Q    Do you understand that you're giving an
 7   opinion in support of that rule?
 8        A    I do.
 9        Q    Do you support that rule?
10        A    I put this in my report.  I think it's
11   entirely possible that there are people, young
12   people who this is an entirely appropriate course of
13   treatment potentially.  The problem at the moment is
14   we don't know who those young people are.  And
15   probably more importantly, we don't understand and
16   there is no good evidence, and we need to look at
17   more good evidence, on what the influences
18   specifically of puberty blockers are on brain
19   development as well as body development.  But I work
20   on the brain.
21            So I have a complex position in respect to
22   this.  I don't think it's a good idea to ban
23   treatment in a blanket way.  But I also think that
24   people who are transsexual deserve both the best
25   healthcare and also deserve the best information
```

1  about that healthcare and the implications of that

2  healthcare.  And at the moment, I don't think that's

3  happening.

4      Q    What do you mean by transsexual?

5      A    So transsexual, transgender.  I'm sorry.

6  Error of language.  What would have once been called

7  transsexual is now more commonly called transgender.

8  But people who experience gender dysphoria.

9      Q    Okay.  I'm going to pause for one moment

10  and just play with my microphone.  I'm having a

11  little bit of a hard time hearing you.

12         (Off the record.)

13  BY MR. SHAW:

14      Q    I want to ask my question again, because I

15  don't believe I got a clear answer.

16      A    Uh-huh.

17      Q    Do you support the rule issued by Florida

18  Medicaid?

19      A    I don't have a clear answer to give you.

20  I think that it is a mistake to have blanket bans on

21  medical issues generally.  I think it should be

22  something that's worked out in terms of a scientific

23  and a medical approach.  I also don't think it's a

24  good idea the way that we're currently approaching

25  trans healthcare in that we are not doing the

[PAGE BREAK]

 1    mean about being able to give people information

 2    about what could happen to them when they embark on

 3    this kind of treatment course.  There is very little

 4    evidence and it's not much of it of a very high

 5    quality.  And there's almost nothing that we know

 6    about humans.

 7              So I think at the moment, you could say

 8    that they are making a decision based on the

 9    evidence.  But it's a lack of evidence and that's

10    not a good position for anybody.

11       Q    So if you had to vote yes or no on this

12    ban, would you vote yes or no?

13       A    I don't think I can give you a good answer

14    to that.  I don't -- I can understand why -- the

15    aspect of why the ban has been put in place.  I

16    don't think it's a good way of approaching

17    healthcare.  I would probably abstain like a coward.

18       Q    You expressed concern with this rule just

19    now.  Is that fair to say?  Concern.

20       A    I think that it's -- there are going to be

21    people out there who would benefit from therapy

22    around these issues.  I mean this in the broadest

23    sense.  But I don't think necessarily the way that

24    we're approaching it at the moment, which is often

25    to seeing that there has to be a medicalized ruse is

1   a particularly good idea.  This is what I mean about

2   I think the healthcare options for people who are

3   trans at the moment are not good.  They're not

4   evidence-based.

5       Q    Do you think all the treatments that are

6   mentioned in this rule are as you say "not good"?

7       A    Well, I think in that they're all highly

8   medicalized, I think this is a situation where we

9   need a lot more evidence before we blithely put

10  teenagers on a route that might take them to

11  somewhere that might not be something that's

12  consistent with how they feel in a few years' time,

13  and we know that that can happen.  Not for

14  everybody.  It will help some people, but at the

15  moment we don't know who.

16      Q    Does your opinion change if these

17  decisions are made by not only the patients, but

18  their family and their medical team?

19      A    At the moment, no, it doesn't.  There

20  isn't -- there's not high quality evidence about the

21  benefits of this or who would benefit from it.  We

22  do know that there is some evidence in favor of

23  watchful waiting.  But generally there is just a

24  horrible dearth of good data in this whole area,

25  which means that the clinicians are operating

[PAGE BREAK]

Page 24

1   This is science in humans.

2        Q    Is your concern -- we talked about your

3   concern with these treatments.  Is that limited to

4   adolescence?

5        A    I mean, I think so.  The situation with

6   the adolescent brain, it's such a continuing age of

7   importance in terms of brain development that it

8   really should be taken seriously both in what the

9   possible implications of specifically delaying

10  puberty could have on that.  We don't have good

11  evidence about this.  And I'm -- what evidence we do

12  have suggests that there are effects on the brain of

13  delaying puberty.  And we don't know what that might

14  mean further down the line.  We just don't know.

15  There aren't follow-up studies.  Even the studies

16  that have looked at this in animals haven't then

17  look at the life-long profile for those animals.

18            So it is a particular area of concern for

19  me, because I'm a brain scientist.  I mean, I'm sure

20  people could have legitimate questions about the

21  whole rest of the body.  But I care about brains and

22  brains are still developing at that age.  I think

23  once somebody's an adult, their body is their own.

24  They should absolutely have autonomy to do whatever

25  they want.

[PAGE BREAK]

1   focused around techniques like functional magnetic

2   resonance imaging and magnetic encephalogram.  So

3   looking at electrical distributions in the brain.

4   And we involve both clinical researchers and basic

5   scientists.

6        Q    Has anyone at the Institute ever conducted

7   any clinical studies related to gender dysphoria?

8        A    No, not that I'm aware of.  There was up

9   until three years ago, four years ago, there was

10  Sara-Jayne Blakemore was at the ICN.  She's now in

11  Cambridge.  And she was one of the people who was

12  really investigating the teenage brain in a more

13  general sense, but that's the closest.

14       Q    She was investigating the teenage brain in

15  a gender dysphoria context or just generally?

16       A    In a general sense she was looking at

17  brain development in the teenage years.  Yes.

18       Q    So you've never conducted any clinical

19  studies yourself related to gender dysphoria?

20       A    No.

21       Q    What about the affects of gender affirming

22  care?

23       A    Nope.  And as I say, I'm not aware of many

24  people actually doing studies on this.

25       Q    Has the Institute ever studied the affects

1   of puberty blockers?

2        A     No.

3        Q     And just to be clear, you understand what

4   I mean by puberty blockers?

5        A     Yeah.

6        Q     Yeah.

7        A     Suppression of hormones.  Yes.

8        Q     You said -- you mentioned Ms. Blakemore

9   was studying the teenage brain.

10       A     Yeah.

11       Q     Does anyone else study teenage brain

12  development at the Institute?

13       A     The only people that are still -- Sara

14  still has some staff working there finishing up

15  grants, that's it.

16       Q     Have you ever studied teenage brain

17  development?

18       A     Yes.  I did a study a couple -- probably

19  more than a couple of years, but five years ago with

20  Essi Viding and Eamon McCrory where we were looking

21  at teenage boys, and we were looking at teenage boys

22  at risk for psychopathy.  And we were comparing

23  across teenage boys at risk for psychopathy and

24  teenage boys who were neurotypical, and looking at

25  their perception of emotional vocalizations and

[PAGE BREAK]

```
1   somebody.  And we had another group of boys who had
2   conduct disorders, but were low in callous and
3   unemotional traits.  And that's an important
4   contrast, because they're not well behaved these
5   boys, but they feel bad if they do something wrong.
6   And it's the boys with this two-fold profile, their
7   conduct disorders and high in callous and
8   unemotional traits, they're the ones at risk of
9   psychopathy.  And psychopathy in adulthood is
10  associated with unpleasant and uncaring behavior
11  towards other people.
12       Q    Did any part of that study inform the
13  opinion you gave today?
14       A    Only in the most general sense that the
15  teenage brain is changing.  I mean, even in that
16  study, we couldn't conclude if the differences we
17  saw were because of something innately different
18  about boys at risk for psychopathy or because of the
19  experiences they had had as they were growing up.
20  And that's -- and that's a problem you keep coming
21  back to in this literature.  You may -- even if you
22  find a difference, how you interpret that
23  difference, what's driven that difference can be
24  very hard to determine.  So only very generally.
25       Q    Do you treat patients?
```

1      A     No.  I'm not a medical doctor.

2      Q     Any medical training?

3      A     No.  I've worked a lot with patients, but

4   that's been just in basic studies.

5      Q     Are you a psychologist?

6      A     Yes.  My training is in biology and

7   psychology, and my Ph.D. is in cognitive science.

8      Q     So are you sort of certified as a

9   psychologist?

10     A     We don't really have that system in the

11  U.K..  If you want to practice, you can join the

12  Healthcare Professionals Association.  But I'm

13  not -- I'm not a clinical psychologist.  I'm not

14  clinically qualified.  I'm a basic scientist.  So

15  I'm not affiliated with any professional

16  organization other than the British Psychological

17  Society, which is just most to belong to.

18     Q     Have you ever had a clinical practice in

19  any way?

20     A     No.  So I've worked with patients,

21  normally patients with strokes.  Some work with

22  psychopathy and dyslexia in children and teenagers.

23  But really all of that, all of it was just basic

24  science.  It wasn't -- it wasn't in a clinical

25  study.  It wasn't a study of treatment.  It

[PAGE BREAK]

```
 1   neurologist?
 2       A    Neurologist is somebody who's medically
 3   qualified, and then they specialize in diseases of
 4   the brain and the nervous system.  And they see
 5   patients.  They work clinically.  They prescribe
 6   drugs.  A neuroscientist is somebody who studies
 7   brains.  He would probably work with neurologists.
 8   But he's studying it in a purely basic science
 9   position.  They're not treating people.  They're not
10   prescribing things.
11       Q    Are neuroscientists qualified to advise on
12   gender affirming care?
13       A    I think in terms of their understanding of
14   how the brain develops, yes.  I think we are not at
15   a stage where there's good cognitive neuroscience on
16   the brains of people who are transgender.  There are
17   some studies, but it's not -- what they are -- I
18   didn't put this in my report, and I'm answering it
19   because you asked me about it.
20            What those studies are showing is that
21   what you start to pick up is a difference in the
22   brain that's associated with the dysphoria.  I think
23   there was a belief that somehow people with trans --
24   who are transgender would have the brain of the
25   opposite gender and that's not what you find.  So
```

[PAGE BREAK]

1           MR. BEATO:  Object to form.  Dr. Scott,
2       you can answer.
3       A    I don't think so yet.  Because as I say,
4   the brain scans, that seems to be telling us
5   something about who -- a difference in the brain if
6   somebody is experiencing dysphoria from a
7   neurotypical individual.  That's still we're looking
8   at two patterns of activation, but we're not saying
9   two different populations and we could categorize
10  people one way or the other.  So it's not telling
11  you about categories and it's also not telling you
12  anything about how that profile might change.  If
13  other things were affecting the gender dysphoria,
14  would that resolve in a different way.  So it's not
15  going to be good evidence across for predicting for
16  what I suspect.
17      Q    So just sort of to recap a little bit on
18  you.  You're the director of -- you're the Director
19  of the Institute on Cognitive Neuroscience.  You are
20  a neuroscientist, correct?
21      A    Yeah.
22      Q    You do not treat patients?
23      A    Nope.
24      Q    You have no medical training?
25      A    Nope.

[PAGE BREAK]

Page 48

1      Q    I just skipped a bunch of pages.  Do you
2  recognize what's on the screen?
3      A    Yeah.
4      Q    What is this?
5      A    They are some of my refereed articles.
6      Q    I'm going to scroll down.  Are these all
7  the articles that you list on your CV?
8      A    Yeah.
9      Q    I looked -- why is six missing?
10      A    I've got no idea.  I think probably
11  because I've copied and pasted.
12      Q    Okay.  Just a typo.  Is there --
13      A    Almost certainly what I've done is I've
14  copied and pasted the text in from PubMed or
15  something like that to get the reference, and that
16  normally puts in a few extra returns.  And they need
17  to be deleted to get the numbers to go right, and
18  I've done that incorrectly.  Sorry.
19      Q    Do you recall any publications that you
20  wrote that are missing from this list, publications
21  that you wrote around this time?
22      A    Well, it's difficult to say without having
23  another CV in front of me.  But I can't -- I can't
24  see anything obviously.  No.
25      Q    Okay.  All of these publications are about

1   speech, laughter and sound.  Isn't that right?

2       A    There are a few other things.  But yeah,

3   that's the majority.  That is my main area of

4   research.

5       Q    Are any of them about gender affirming

6   care?

7       A    No.

8       Q    Are any of these publications specific to

9   gender dysphoria?

10      A    No.

11      Q    Any about puberty blockers?

12      A    No.

13      Q    Any publications on how pharmaceutical

14  drugs interact with the brain?

15      A    If you go back -- I'm trying to remember.

16  We did do some work with methamphetamine and people

17  who had strokes.  I'm trying to remember if there

18  was a study on that.  If there was, it was a while

19  ago.

20      Q    How long are you -- how long ago?  Sorry.

21      A    Twenty years ago.  And I now can't

22  remember if there was a published paper from it,

23  so...

24      Q    All right.

25      A    Let me think if there's anything else.

[PAGE BREAK]

1      Q    And what did Mr. Conrathe say?

2      A    He contacted me and some of the other

3  people who -- like I said before, there's a case in

4  Florida, would you be interested in making a similar

5  kind of report to them writing about the same sort

6  of issues.

7      Q    Why did you think that you had an opinion

8  to give in this case?

9      A    Because I provided an opinion before for

10 the Keira Bell case.  And I discussed that a lot

11 with Paul Conrathe at the time for all the reasons

12 you said.  I'm not a clinician.  I haven't worked in

13 this area.  And all the people that have -- do work

14 in that area were not prepared to make a comment

15 about issues around consent and issues about puberty

16 blockers.  And I did some reading into the

17 literature, and I was concerned enough that I

18 thought somebody needs to, so I did.

19     Q    You mentioned the Keira Bell case.

20     A    Yeah.

21     Q    What was your role in that case?

22     A    I provided very similar testimony about

23 the particular issues of consent for Keira Bell,

24 because that was her particular claim at the

25 judicial review.  But also in the course of writing

```
 1    that, it became very clear to me that, you know, the
 2    potential role for gender affirming drugs, puberty
 3    blockers or cross-sex hormones during adolescence
 4    could really be significant, and that informed my
 5    comment.
 6        Q    So you formed your opinion about puberty
 7    blockers in adolescents while you were working on
 8    the Bell case?
 9        A    Yeah.
10        Q    Did you submit a written report in that
11    case?
12        A    Yes.
13        Q    Do you recall the date?
14        A    No.  I don't recall the date.  It would
15    have been -- it was probably over the summer or
16    towards the end of the summer in 2020.
17        Q    Would you be willing to provide us a copy
18    of --
19        A    I'm not certain if I can.  Can I chat with
20    Paul Conrathe?
21        Q    Sure.  Why would he --
22             MR. BEATO:  I think there may be some
23        confidentiality issues with that in that case,
24        Dr. Scott.
25        A    Yeah.  I would need -- the last time
```

[PAGE BREAK]

1    brain development.  But that's not necessarily

2    normalizing anything.  That could simply be changing

3    the brain in a way that might be negative.

4        Q    But that's not necessarily harming

5    anything?

6            MR. BEATO:  Object to form.  You can

7        answer, Dr. Scott.

8        A    But it's not very good evidence that it's

9    safe, particularly if -- and I remind you of this.

10   The original claim for puberty blockers is that they

11   are just pressing pause, and they're clearly not

12   just pressing pause.  They are changing brain

13   structure and they're changing behavior.

14       Q    But you can't say here --

15       A    Sorry.  Go on.

16       Q    But you can't say here that these puberty

17   blockers have any harmful effects on the brain?

18           MR. BEATO:  Object to form.  But you can

19       answer, Dr. Scott.

20       A    But we know that they change the brain and

21   we don't know that that's not harmful.  And

22   that's -- I think that's the critical point.  We

23   know that in the -- again, this came up in one of

24   the rebuttals.  A different person said, well,

25   wouldn't -- if delayed puberty is problematic for

[PAGE BREAK]

1   blockers are not doing anything bad for the brain,

2   even if you said that, you have to accept that the

3   puberty blockers are going to be changing the

4   effects of testosterone and estrogen in the brain,

5   which at a bare minimum affect the parts of the

6   brain that show sexual differentiation in males and

7   females.

8            And the evidence and the literature that

9   we have from these papers that I've reviewed more

10  recently indicates that that's already happening

11  before puberty.  Even prior to puberty if you give a

12  puberty blocker, something that's cutting off all

13  production of estrogen and testosterone to a female

14  monkey, that will already start to affect her brain

15  structure.

16           So they're suggesting as they do in the

17  paper there's an effect of estrogen on the whole

18  brain, the whole brain volume before puberty starts.

19           MR. BEATO:  Counsel, I apologize.  I just

20       have a quick question.  We've been going for

21       about an hour and 30 minutes.  Do you think we

22       can work in a five-minute break, or if you have

23       some follow-up questions that relate to what

24       Dr. Scott is saying.  We can take a five-minute

25       break a little bit later on.

[PAGE BREAK]

1    the amount of time they've been on the drugs with

2    the things to see if there's an effect of that.  But

3    in terms of long-term, I am not certain about that.

4        Q    Is there a study --

5        A    -- looking at cognitive things.

6        Q    So this study does not determine whether

7    there are any long-term effects of puberty blockers

8    for precocious puberty?

9        A    No.  Because it's still -- you know, the

10   girls are still young when they're being tested.

11       Q    And yet we still prescribe puberty

12   blockers to treat precocious puberty?

13       A    Yes, as far as I'm aware.  Although, in

14   this paper they say it's not completely clear that

15   it's totally not affecting girls, if you see what I

16   mean.  Most of the girls are very similar, but there

17   were some points in which they looked different.

18       Q    Why should we be concerned about

19   prescribing puberty blockers to treat gender

20   dysphoria based on a lack of knowledge when we had

21   the same lack of knowledge for precocious puberty?

22       A    I don't think that's necessarily a reason

23   to do it in precocious puberty.  I think that the --

24   I have some concerns about the data in precocious

25   puberty.  I don't think that's trouble free.  So the

1   girls -- the normally developing girls, there was a

2   seven point difference in IQ between them and the

3   girls with precocious puberty, which means that some

4   of the girls in precocious puberty had even lower

5   IQs.  And that's -- this is not my words.  Somebody

6   else wrote a commentary on this saying that's not

7   nothing.  There's a small group.  It's enough to

8   make you slightly worried.

9           So I think probably the argument that the

10  medics would make with precocious puberty is that if

11  you're just going to do this for a short amount of

12  time, get them across the right age, you know, a

13  year or two for Tanner Stage 2 to be okay, and then

14  off you go.  But I don't think it necessarily means

15  that it is safe.

16      Q    Are your --

17      A    The cognitive function, the data is not

18  100 percent clear that it doesn't have an effect.

19      Q    Are your concerns with puberty blockers

20  for precocious puberty shared by the medical

21  community?

22      A    I don't know.  They are certainly shared

23  by Dr. Hay who wrote that commentary that I cited.

24  But that's, you know -- I suspect that precocious

25  puberty, because their sights on things like height

[PAGE BREAK]

1    aspect of human behavior that is determined by just

2    one factor.  That's why things like advertising

3    exists, the marketing, you know, because humans are

4    complicated.  You can't just simply manipulate them

5    into doing what you want them to do or find what

6    they like simply.  So that's just a general truth

7    about doing psychology.  It's always a -- you always

8    end up with complex patterns of things that

9    influence behavior.

10        Q    So you're saying every brain is different?

11        A    Yes.  Because the thing that brains change

12    hugely in development over your lifespan, but they

13    also change massively based on your experience.  And

14    that means that, you know, if I was to clone you

15    tomorrow, I would still have somebody who even if

16    they had the exact same brain as you would grow up

17    to be different, because they would grow up in a

18    different world.  They would grow up in a different

19    environment and their brain would not be exactly the

20    same as yours.

21            So you got this kind of fascinating, but

22    sort of extremely complex continual interaction

23    between the brain that you have.  And remember,

24    you're born with 86 billion braincells.  And you

25    have those braincells all your life.  You don't grow

[PAGE BREAK]

Page 141

1    BY MR. SHAW:

2        Q    I'm going to go back to your report.  I

3    want to talk about starting at paragraph nine.

4        A    Yeah.

5        Q    Paragraphs 9 through 14.  I can show you

6    all of them if you want.  You talk about how the

7    brain develops.

8        A    Yeah.

9        Q    Is it a fair characterization of your

10   report to say that you believe teenager's brains are

11   prone to more risky behavior during that time?

12       A    Yes.  There's a recent review.  It came

13   out too recently for my report, I think, but in the

14   nature of neuroscience, which described risk-taking

15   behavior in adolescents is a defining feature of the

16   decision-making.

17       Q    Is that common for all adolescents?

18       A    Well, I mean adolescence is very variable

19   like all humans.  We're talking about population

20   level here.  So yes, there's a reason why in law we

21   try and protect adolescents from the things that

22   could have livelong consequences for them, like what

23   age they get married and what age they have tattoos

24   and what age they get in a car.  So that's kind

25   of -- you know, all human cultures recognize to some

1   degree this difference.  And we don't always deal

2   with it well, but it's definitely a brain that's

3   still in development.

4        Q    Would you say that you're an expert in

5   adolescent behavior?

6        A    I'm only somebody that works in brains.  I

7   don't -- I have been involved in some studies on

8   this and it's literature I know about.  I do not --

9   this is not in any way my main area of research.

10  But as I say, it's a mistake to assume that because

11  somebody doesn't research something, they don't

12  therefore understand it.  As I said, I did write a

13  book on this last year, brains in general.

14       Q    Is it fair to assume -- is it fair to say

15  that -- let me rephrase.

16            Is it fair to say that because someone

17  does not investigate this area specifically, that

18  they're not an expert in the area?

19       A    Some area of specific expertise.  But I

20  think anybody that can -- I can read and understand

21  and interpret and draw across the papers.  So my

22  expertise in neuroscience is what I'm speaking to

23  here more generally.

24       Q    Can a nonexpert review the papers?

25       A    I'm absolutely certain they can do.

1     Q    Can they understand them?

2     A    I think some of it gets -- not necessarily

3  understanding is going to be the problem, but

4  interpreting what that could mean and what the

5  bigger implications are might just be easier for

6  somebody who's more familiar with the wider field.

7     Q    Do you need to be an expert in

8  neuroscience to understand that teenagers on the

9  whole engage in risky behavior?

10    A    No.  Like I said in my report, it's

11  something that all cultures recognize.  It's

12  interesting how long it took science to start asking

13  questions about it.  For a long time, developmental

14  psychology meant sort of not to tend.  But actually

15  now people think about, as I said, the human brain

16  is a work in progress.  I've studied developing

17  brain.  I've studied aging brains.  Your brain is

18  always changing.

19         So it's definitely something that's become

20  of more interest.  But it's always been I think, you

21  know, as long as can you find history for humans,

22  you find humans complaining about teenagers.

23    Q    How is this increased level of riskiness

24  relevant to your other opinions?

25         Let me back up.  Excuse me.  If I may.

[PAGE BREAK]

1    could come back to have implications for you that is

2    more likely for teenagers to engage with.  So the

3    hot/cold is important, but it's not capturing all

4    aspects of risk.

5         Q    But we're not talking about teenagers

6    deciding about gender affirming care themselves in

7    this case, right?

8         A    No.  I understand that this would be

9    something where the consent is not with the

10   teenager.

11        Q    Say that again.  Consent is --

12        A    Consent is being made by somebody else.

13   The informed consent is being made by somebody else.

14   I think one would assume that they're still part of

15   the discussion, and that this isn't being visited on

16   them in an unwilling way.  And I think that the

17   point still stands about being able to fully

18   comprehend the implications of factors that

19   could have big influences further down the line.

20        Q    Do you think adults can help teenagers

21   understand fully the implications of gender

22   affirming care?

23        A    I think if those adults had really good

24   information about what the implications are, then

25   yes, I think they could do.  But we're back to the

[PAGE BREAK]

1   sometimes larger brain areas.  What that translates

2   into we don't know.  But smaller brain areas are

3   rarely good.

4        Q    So would you say that your opinion --

5   would you agree with me that your concern is

6   limited -- let me rephrase.

7            Would you say that your concern is limited

8   to puberty blockers or all forms of gender affirming

9   care?

10       A    I think the immediate proximal concern has

11  to be puberty blockers given these effects in the

12  published literature.  From the brains eye view,

13  this is not a pause button and that concerns me.  I

14  have other thoughts about -- that's not true.

15  Anything else I said would be much more of an

16  opinion, and it's harder -- it's not impossible, but

17  because puberty blockers -- no, that's not true.

18  No.  I think it's probably fair to say that.  I

19  think it's fair to say that my primary concern is

20  about puberty blockers and giving them in

21  adolescents and the risk associated with that.

22       Q    So you're not giving an opinion about

23  adults?

24       A    No.

25       Q    You would agree that a complete

[PAGE BREAK]

Page 163

1    at the bottom of the screen?

2        A    It's very small.  Could you make it

3    bigger, please?

4        Q    Sure can.

5        A    Thanks.  Yeah.

6        Q    You said, "The book says that girls who

7    like bugs and wear super hero" -- I think you meant

8    capes there, "and who don't like pink dresses are in

9    fact boys.  I think that's your cheap shot right

10   there."

11       A    Yeah.

12       Q    What was your problem with the book?

13       A    Because I was a little girl who dressed

14   like a super hero and collected water beetles, and I

15   was never a boy.  So I think it seems reductive to

16   assume that a girl who likes boyish things can't in

17   fact be a girl.

18       Q    Is that really what the book says?

19       A    It's the story of the book, isn't it?  She

20   doesn't like girlish things.  She wants to be called

21   a boy's name.  And then at the end, hooray, she's a

22   boy.

23       Q    Well, the book starts with the premise

24   that it's a trans boy.

25       A    Yes.

1    Q    Right?

2    A    What's a trans boy if that's not a girl?

3    Q    So that it's not about her liking bugs and

4    capes.

5    A    Yeah.

6    Q    It's that she's a trans -- or that he's a

7    trans boy.

8    A    So a girl who likes bugs and capes has to

9    be a trans boy?

10    Q    No.  Anyone can like bugs and capes.

11    A    Yeah.

12    Q    The book is about addressing that issue

13    with your family.  You didn't read the book?

14    A    Well, that was -- I've just quoted off the

15    bits I saw.  This is -- you've asked me why I said

16    it and that's why I said it.

17    Q    Is a trans boy a girl?

18    A    A trans boy is a natal female.  If they

19    weren't a natal female, they would just be a boy.

20    Q    That person cannot consider themselves to

21    be a boy?

22    A    Yeah.  Absolutely they can consider

23    themselves to be a boy.  Totally.

24    Q    So they're a boy, right?

25    A    They're a trans boy.  Yeah.  Yeah.

[PAGE BREAK]

1   seeing this, what's on the screen?

2       A    What year was this?

3       Q    This is -- I'll bring up your tweet.  The

4   reason I'm doing this like this is because the

5   pictures don't show up on the tweet.

6       A    Right.

7       Q    So this is where that picture was.

8       A    Okay.

9       Q    And you tweeted, "Oh, God."

10      A    Yeah.

11      Q    What did you mean by "oh, God"?

12      A    Because I'm guessing -- this is six years

13  ago.  There was a shift in people going from asking

14  if you're male or female and for protecting

15  characteristics like male and female being used as

16  terminology to what you identify as.  And that is

17  something that has continued and has got no better.

18  And my concern at that time was that if you move

19  something from being specifically for females and

20  make it for anybody who identifies as a female,

21  there is the possibility for -- well, first of all,

22  you're making this less available to do the things

23  you're supposed to do, which is increase

24  applications from females.  And also you are at

25  least opening up the possibility for somebody to

1   self-identify in a way that is trying to take

2   advantage of the situation.  I think if you want to

3   make things better and more inclusive for trans

4   people, what you do is you do specific stuff for

5   trans people.  That's why I've said that.

6       Q    Doesn't that section them off from

7   everyone?

8       A    Yes.  But that's the nature of doing

9   positive discrimination, isn't it?  You do specific

10  things for specific groups of people.

11      Q    So you don't think that trans women should

12  be allowed to apply for the same scholarships as cis

13  women?

14      A    If by cis women you mean natal females,

15  then it would depend on what it's for and what

16  they're trying to correct by having the -- if you're

17  in a situation where there aren't enough natal

18  females and you're trying to boost it with

19  scholarships, then probably no.  You probably should

20  keep it for natal females.  If it's a situation

21  where you are worried about trans representation,

22  you would be entirely appropriate, and certainly the

23  equality is lower in the U.K., would let you have a

24  much more specific group for trans people and to

25  specifically benefit them.

[PAGE BREAK]

Page 176

```
 1              C E R T I F I C A T E

 2

 3   THE STATE OF FLORIDA )

 4   COUNTY OF PALM BEACH )

 5

 6        I, the undersigned authority, certify that

 7   SOPHIE SCOTT, Ph.D. appeared before me and was duly

 8   sworn.

 9        WITNESS my hand and official seal this 23rd day

10   of March, 2023.

11

12

                    _____
13                  Tracy Lyn Fazio, FPR
                    Notary Public - State of Florida
14                  Commission No. HH 089243
                    Expires: 02/25/2025

15

16

17

18

19

20

21

22

23

24

25
```