# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

AUGUST DEKKER, et al.,

        *Plaintiffs*,

v.

JASON WEIDA, et al.,

        *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## CORRECTED EXPERT REBUTTAL REPORT OF E. KALE EDMISTON, PH.D.

I, E. Kale Edmiston, Ph.D., hereby declare and state as follows:

1.    I am over the age of eighteen and submit this expert rebuttal report based on my expert opinion.

2.    I have been retained by counsel for plaintiffs as an expert in connection with the above referenced litigation. The opinions expressed herein are my own and do not express the views or opinions of my employer.

3.    I have actual knowledge of the matters stated herein. If called to testify, I would testify truthfully based on my expert opinion.

### Background and Qualifications

4.    I am an Associate Professor of Psychiatry at the University of Massachusetts Chan Medical School. Prior to this appointment, I was an Assistant

1

Professor of Psychiatry at the University of Pittsburgh from 2019 to 2022. I have more than 15 years of experience conducting psychiatric neuroimaging research, with a focus on adolescence and young adulthood, mood and anxiety disorders, and impulsivity and emotional regulation. My methodological expertise lies in neuropsychological assessment, multimodal neuroimaging, psychophysiological measures such as heart rate variability, and measures of neuroendocrine function across adolescent development.

5.     I completed a bachelor's degree from Hampshire College in 2007, where I studied cognitive science. I received postbaccalaureate training in psychiatric neuroimaging at the Yale School of Medicine. I earned a PhD in neuroscience from Vanderbilt University in 2015, as well as a graduate certificate in medical humanities, with a focus on bioethics and medical decision-making. I then completed post-doctoral training at China Medical University and the University of Pittsburgh.

6.     In 2014, I co-founded the Trans Buddy Program at Vanderbilt University Medical Center, a peer navigator and support program for transgender people seeking healthcare. As a part of this program, my work primarily focused on supporting transgender adolescents experiencing mental health crisis. At this time, I also served as the Co-Director for the Vanderbilt University Program for LGBTI

2

Health. I later replicated the Trans Buddy Program at the University of Pittsburgh Department of Adolescent Medicine.

7.      From 2018-2022, I served as a chapter author for the Assessment chapter of the World Professional Association for Transgender Health's *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*.

8.      I have authored over 100 peer-reviewed manuscripts, book chapters, and conference proceedings in psychiatric neuroscience and transgender health.

9.      Further information about my professional background and experience is outlined in my curriculum vitae, a true and accurate copy of which is attached as **Exhibit A** to this report.

## Prior Testimony

10.      I have not testified as an expert at trial or by deposition within the last four years.

## Compensation

11.      I am being compensated for my time at a rate of $175/hour. My compensation is in no way contingent on the conclusions reached as a part of my testimony or on the outcome of this case.

## Basis for Opinions

3

12.     In preparing this report, I have reviewed: the Complaint in this case; Florida Administrative Code 59G-1.050(7) (the "Challenged Exclusion"); the document titled "Florida Medicaid: Generally Accepted Professional Medical Standards Determination on the Treatment of Gender Dysphoria," published by the Florida Agency for Health Care Administration in June 2022, and its attachments; the expert reports of Drs. Armand Antommaria, Dan Karasic, Johanna Olson-Kennedy, Loren Schechter, and Dr. Daniel Shumer, submitted by plaintiffs; and the expert reports Drs. Michael Biggs, G. Kevin Donovan, Paul Hruz, Kristopher Kaliebe Michael Laidlaw, Patrick Lappert, Stephen Levine, Sophie Scott, and Joseph Zanga, submitted by defendants.

13.     My opinions are based on my years of research and academic experience, as well as my professional knowledge, as set out in my curriculum vitae (**Exhibit A**) and the materials listed therein; my knowledge of the peer-reviewed literature relating to neuropsychological assessment and brain development; my knowledge of the clinical practice guidelines for the treatment of gender dysphoria, including my work as a contributing author of WPATH SOC 8; and my review of any of the materials cited herein.

14.     I have also reviewed the materials listed in the bibliography attached as **Exhibit B**. I may rely on those documents as additional support for my opinions.

4

15.     The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject.  I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

### Adolescent Brain Development

16.     Dr. Scott's report stating that adolescents are more likely to engage in risky behaviors relative to adults fails to include the specific context in which this is true.  That is, the literature indicates that there are *highly specific circumstances* in which adolescents are more likely to engage in risky or impulsive behavior. Indeed, Dr. Scott lists some of these circumstances in her testimony: driving, drinking alcohol, getting a tattoo. However, none of these examples are relevant to the issue at hand: protracted medical decision-making made in the context of adult guidance and consultation with a medical professional.

17.     Dr. Scott fails to cite the large body of evidence indicating that adolescents are capable of deliberative decision making in the presence of adults (i.e., healthcare providers and caregivers) and when decision making occurs over a protracted period. This is the exact context in question: decisions about accessing gender-affirming medical care, such as gonadotropin releasing hormone agonists

5

(GnRHa) and hormone treatment, are made jointly among the adolescent patient, their caregiver(s), and medical professionals. These decisions are also made over time; data show that the typical time between an adolescent realizing they are transgender and coming out to an adult is three years (Bauer et al., 2022). Furthermore, once an adolescent discloses their identity to a supportive adult, they will then have to schedule a healthcare appointment and undergo assessment prior to accessing treatment. This process typically takes months and for some, even years.

18.     Dr. Scott misrepresents the literature on adolescent decision making by generalizing findings made in "hot" contexts to those made in "cold" contexts. Indeed, the Blakemore and Robbins review from 2012 that she cites explicitly states that the literature concludes that adolescents demonstrate adult-typical decision-making abilities in cold contexts. It is not that adolescence is associated with a failure to engage cognitive control networks, but rather, that cognitive control networks are engaged with greater variability during this time than during adulthood. Decision-making is a multifactorial process that includes valuation of both risk and reward. While adolescents are more likely to overvalue reward and underestimate risk when peers are present or when decisions must be made quickly, they demonstrate deliberative and appropriate consideration of reward and risk valuation in the absence of peers, in the presence of adults, and when decisions are made over time.

6

This important difference in the contextual nature of decision-making in adolescence is an established finding that has been replicated across multiple studies (Chein et al., 2011; O'Brien et al., 2011; Simons-Morton et al., 2011; Smith et al., 2014; Weigard et al., 2014; Hartley & Somerville, 2015; Guassi Moreira & Telzer, 2018). Indeed, deliberative decision making in contexts without pressure to decide quickly has been repeatedly shown in adolescents (Byrnes, 2002; Figner et al., 2009; Wolff & Crockett, 2011; Icenogle & Cauffman, 2021).

19.    Dr. Scott also states that "at 18yrs old, the connections to the frontal lobes are not myelinated[1] like a mature adult brain, and this is likely to affect frontal lobe functions." This is an oversimplification of an extremely complex literature. A study of over 10,000 participants has shown quite the opposite: that by the age of 18, adult-level cognition is established (Tervo-Clemmens et al., 2022), while other studies have shown mature integration of functional networks by late adolescence (Marek et al., 2015) and fractional anisotropy of prefrontal white matter (Lebel & Beaulieu, 2011, fractional anisotropy is an indirect measure of myelination). Even though, on average, there are developmental differences in prefrontal myelination,

---

[1] Myelin is a protein sheath that covers the axons of neurons. The axons comprise white matter in the brain, and bundles of these fibers transmit signals from region to region in the brain. When an axon is myelinated, the signal can travel faster down the axon.

7

there is not strong evidence that these differences are associated with an inability to make deliberative decisions with the support of caregivers and expert clinical guidance.

20.    Furthermore, there is a great deal of variation in the timing of development between different prefrontal white matter tracts, as well as a great deal of variation between individuals. Indeed, in Lebel & Beaulieu's longitudinal study of over 100 individuals from childhood to young adulthood, many individuals showed decreases or no changes in fractional anisotropy (FA) during adolescence, and these differences also varied by prefrontal white matter tract (2011). This literature represents differences in group averages and should not be used to predict the behavior or development of an individual adolescent; we cannot draw conclusions about all 18-year-olds from these studies. This is why the WPATH SOC 8 recommends an individualized approach to joint decision-making regarding healthcare.

### There is Little Evidence to Support Defendants' Designated Experts' Speculation about Negative Effects of GnRHas on Cognition

21.    Dr. Scott cites a 2016 study by Wojniusz and colleagues as evidence of the negative effects of GnRHas on emotional reactivity in a sample of girls with central precocious puberty. This is puzzling because the authors of this paper explicitly state the opposite interpretation: "Overall, our findings do not provide firm

8

conclusions with regard to differences in emotional processing between the GnRHa treated CPP girls and age-matched controls." (pp13).

22. Perhaps Dr. Scott has misinterpreted the nature of the emotional flanker task. This task asks participants to determine if two simultaneously presented houses are the same or different. The houses are presented at the center of a screen, and emotional or neutral face distractors flank them. The outcome of interest is the reaction time for the determination of whether the houses are the same or different. The idea here is that people with poor emotional regulation will be more distracted during the emotional face condition and therefore take longer to respond. This interpretation can only be made when reaction times are increased in both the emotional face conditions. In this study, the CPP girls showed longer reaction time than controls during the emotional face condition only when the houses were different, but not when the houses were the same. Thus, the findings do not indicate an issue with emotional regulation. More likely, the results are incidental and due to statistical issues regarding false discovery rate correction, an argument that the authors of the paper themselves make.

23. The authors do find reduced heart rate and elevated heart rate variability (HRV) during the emotional task. HRV is distinct from heart rate and is a measure of cardiac vagal tone. HRV is a proxy for parasympathetic system or "rest and

9

digest" function. Thus, elevated HRV is associated with increased regulatory capacity and is a marker of health. Thus, these findings are a sign of *optimal* emotional regulation. Indeed, the authors state, "…the lower HR and higher HRV could suggest that treated CPP girls have better emotion regulation capacity and higher adaptability to changing contexts than controls" (pp13).

24.     Dr. Scott then points out that, in a separate commentary on the article, Dr. Hayes states that there were "notably" lower scores on IQ measures in the CPP group relative to controls. However, Dr. Hayes's comment, and Dr. Scott's reliance on it, is not supported by the findings of the study. Specifically, none of the differences in IQ were statistically significant, and the mean IQ scores for both groups were within the normal range. Furthermore, the mean difference between groups in this study is within the realm of variation that may occur from repeated administration of the WISC-III, i.e., although scores for an individual tend to remain relatively stable over time, there is fluctuation that occurs even within an individual and small differences in IQ (Watkins & Smith, 2013), as reported in this study, are not only not statistically significant, they are not clinically significant. Dr. Scott has, again, offered a misrepresentation of the literature.

25.     Dr. Levine cites a single case study as evidence for an effect of GnRHa treatment on IQ. Case studies are the lowest quality of evidence. Case studies can

10

provide important evidence for future areas of study or to provide an illustrative example of a common clinical phenomenon, but they should not be used to make general conclusions or policy positions. Putting aside the low quality of evidence typical of case studies in general, this case study does not even provide sufficient support for Dr. Levine's opinion as it describes a transgender girl who, prior to initiation of treatment, already had below average IQ. While Dr. Levine highlights the lack of change in fractional anisotropy values over the course of the study in this case, this could be due to developmental delays that are independent of treatment and are instead related to her low IQ. Therefore, the findings of this case study are simply not generalizable to the broader population.

26.     Dr. Michael Biggs, a sociologist, also offers speculation regarding cognitive effects of GnRHa treatment as well, describing it as "…stopping normal sexual and cognitive development…" This statement regarding cognitive development appears to be pure speculation as he offers no citation regarding evidence for deleterious effects of GnRHa treatment on cognition.  In reviewing the literature, including through specific searches, I have been unable to find compelling evidence of this. I was able to identify two studies that showed no effect of GnRHa treatment on executive function (Soleman et al., 2016; Staphorsius et al., 2015). The

lack of evidence for these effects is itself compelling, given that these medications have been used in adolescents with central precocious puberty for decades.

## Evidence for Effects of GnRHa treatment on the Brain

27.    Both Dr. Levine and Dr. Laidlaw state that the effects of GnRHa treatment on the brain are both "unknown" and "likely negative." They do not cite any original research that supports this conclusion and thus it is unclear to me how they concluded that the effects are likely negative in the absence of evidence. Dr. Laidlaw even goes so far as to speculate on the individual brain maturation of three specific transgender individuals. Both Levine and Laidlaw admit that there is no evidence from the neuroimaging literature on negative effects of these treatments on brain development, but even if there was, any neuroimaging study that compares group averages would not support an inference about the brains of individual people. There is a great deal of variation between and within individuals in many commonly used neuroimaging measures. For this reason, neuroimaging methods commonly used in research, such as fMRI, cannot be used diagnostically for individual people in the absence of organic brain disease (Schleim & Roise, 2019).

28.    Dr. Hruz also speculates in his testimony that there are negative effects of GnRHa treatment on the brain: "A possible effect of blocking normally timed puberty is alteration of normal adolescent brain maturation". Dr. Hruz then cites a

12

2013 review paper that describes typical adolescent brain maturation but does not mention or describe any effects of blocking or delaying puberty on the brain (Arain et al., 2013). Dr. Hruz therefore has not cited any support for his conclusion, and I have not identified any studies relating to the evidence of negative longitudinal effects on brain development related to GnRHa treatment in central precocious puberty or in transgender adolescents, even after targeted searches for it.

29.     There is not a large literature on the effects of GnRHa treatment on the brain in humans, but this does not render such care experimental.  GnRHa treatments have been in used for decades, including for the treatment of gender dysphoria.  That said, there are a few cross-sectional studies on this issue, and it is significant that none of the experts (nor the GAPMS memo) cited this literature in their testimonies. In a study that compared transgender adolescent boys and girls taking GnRH agonists to cisgender boys and girls, there were differences in brain function in some brain regions that would indicate congruence with gender identity and other differences that would indicate congruence with sex assigned at birth. However, there were no between-group differences in network function on the basis of GnRHa treatment. Furthermore, the authors searched for relationships between duration of GnRHa treatment in the transgender adolescents and brain function and *were unable to find any effects.* In a diffusion tensor imaging study of fractional anisotropy

13

values, an index of white matter myelination, *again there was no significant association between fractional anisotropy values and GnRHa treatment* (van Heesewijk et al., 2022). Similarly, in an fMRI study comparing cisgender boys and girls to transgender boys and girls, there were no significant differences in brain activity between transgender and cisgender adolescents during a verbal fluency task, and no deficits in verbal ability in transgender youth (Soleman et al., 2013). In a study of transgender individuals receiving GnRHa treatment and cisgender people, there were differences in brain activity between groups, but these differences were not associated with hormone levels, leading the authors to conclude that these differences are associated with group differences that predate GnRHa treatment (Soleman et al., 2016). In summary, to my knowledge, there have been three studies of brain structure and function of transgender adolescents receiving GnRHa treatment, and none of them have found any significant effects of treatment on the brain.

30.   A recent primate study provides evidence for some regional neuroprotective effects of GnRHa treatment, although the results are complex (Godfrey et al., 2023). In this study, the authors compared dominant and subordinate adolescent rhesus monkeys. These monkeys form social hierarchies much like human adolescents, and subordinate monkeys are subjected to aggression from the

more dominant monkeys. Both dominant and subordinate monkeys were randomly assigned to a GnRHa treatment or control group and then followed longitudinally. In the primates exposed to chronic social subordination stress, GnRHa treatment rescued the negative effect of stress on regional brain volume over time. These differences were seen in brain regions such as the amygdala that are well-established in the pathophysiology of depression and anxiety. There were also effects of GnRHa treatment in general; treatment in both social groups was associated with smaller hippocampal volume than control animals. Regarding the prefrontal cortex, a critical region during adolescent development, GnRHa treatment was associated with greater prefrontal grey matter volume prepubertally but this difference decreased by adolescence. There was an effect of GnRHa treatment early in puberty on prefrontal white matter volume; however, this difference was no longer present by the end of the study. Importantly, there are species-specific differences in prefrontal volume changes across puberty; the generalizability of the prefrontal findings to humans should be made with caution. Finally, the authors also assessed social behavior in both submissive and dominant primates over time and were able to determine that, at prepuberty, submissive primates were more socially isolated, but that GnRHa-treated subordinate animals had normalized social behavior (reduced time spent alone) and normalized cortisol response to threat (cortisol is a stress hormone

15

associated with the hypothalamic pituitary adrenal axis). The authors conclude that "…delayed puberty and estrogen suppression may be protective against the impact of social stress" (pp12). This study provides strong evidence that GnRHa treatment normalizes brain structure, physiological stress reactivity, and social behavior in adolescent primates subjected to social subordination, an ecologically valid non-human primate model of the psychosocial environment for transgender youth.

31.     There is a small body of literature on the effects of gender affirming hormone care on the brain in transgender adolescents. In a study comparing transgender boys receiving testosterone therapy and those who were not, testosterone treatment was associated with reductions in mood and anxiety symptoms, as well as reductions in body image dissatisfaction. Gender affirming hormone care was associated with an increase of functional coupling between the amygdala and prefrontal cortex while research participants viewed threatening emotional faces, likely indicating improved emotional regulation of the amygdala in the boys who were treated with testosterone. Indeed, in the boys who were treated with testosterone, greater coupling between these two regions was associated with lower anxiety symptom severity (Grannis et al., 2021). Another study of transgender boys receiving testosterone found that testosterone caused a shift in amygdala

activation, such that it became more typical of cisgender boys than cisgender girls (Beking et al., 2020).

32.    17.    Both Dr. Scott and Dr. Biggs cite studies from the animal literature regarding the "side effects" of GnRHa treatment on the brain and behavior. However, they misinterpret or misrepresent the meaning of the term "side effect" in this context. Pharmacological agents have effects. The determination of what is a side effect and what is a desired effect is contextual. For example, Scott cites a 2021 rodent study of GnRHa treatment as an example of the "side effects" associated with GnRHa treatment (Anacker, et al., 2021). If one were to read the abstract of the study and not the full text, it may lead some to come to such a conclusion. However, what the study shows is that, prior to GnRHa treatment, there are sex differences in rodent behavior. Following GnRHa treatment, those sex differences are no longer present. This is the expected and desired outcome of GnRHa treatment, not a side effect.  For example, female mice show greater locomotion behavior than male mice. Following GnRHa treatment, male mice show greater locomotion behavior than untreated male mice. Similarly, in a test of social interaction, GnRHa-treated males showed differences in the time spent with male versus female mice relative to untreated male mice, but not relative to untreated female mice. In both force-swim tests and a test of feeding behavior, female GnRHa-treated mice differed from control female mice,

17

but not from male mice. This is a consistent pattern across behavioral assays performed in the study, and this pattern was present in biological assays as well. GnRHa-treated male mice showed greater corticosterone stress response to novelty than control male mice but did not differ from female mice. GnRHa treatment increased neural activity in the hippocampus of female mice, but this activity increase did not differ from male mice. This is not a compelling study of the side effects of GnRHa treatment, but rather, a study that shows us exactly what we would expect: that blocking sex hormones decreases sex differences, the intended outcome for transgender youth.

33.     Dr. Scott and Dr. Biggs cite a series of studies of GnRHa effects on sheep from a specific laboratory. One study from this group did show sex-specific changes in feeding behavior and HRV following GnRHa treatment. While Dr. Biggs opts to highlight changes in behavior in the female sheep that could be interpreted as an increase in anxiety-like behavior, he fails to mention that GnRHa treatment was associated with *improvements* in these behaviors in the treated male sheep (Wojniusz et al., 2011). They also fail to mention that other studies from this group show no effects of GnRHa treatment on cognition (Nuruddin et al., 2013; Wojniusz et al., 2013), and, like the Anacker study, brain differences are best explained by an expected reduction of sex differences following treatment (Nuruddin et al., 2013).

18

This issue of inappropriate reference group is a common problem in the GnRHa animal literature and its extrapolation to transgender youth (Edmiston & Juster, 2022). While the literature regarding the effects of GnRHa treatment on sheep behavior from this research group is complex, it by no means offers compelling evidence of negative effects of GnRHa treatment. Furthermore, Dr. Biggs highlights a negative effect from one study- an increase in anxiety-like behavior in female sheep only. However, we know from studies of transgender youth and young adults that anxiety and depression symptoms decrease with treatment (de Vries et al., 2014; Dhejne et al., 2016; Aldridge et al., 2021; Chen et al., 2023). This is more compelling evidence than a single animal study, as sheep do not have the complex psychosocial identities that humans do.

### Evidence for Negative Consequences of Depression and Anxiety on the Developing Brain

34.    The brain is more plastic during adolescence than during adulthood. This means that adolescents are particularly vulnerable and at increased risk for the onset of mood and anxiety disorders, and, if untreated, that the onset of mood and anxiety symptoms can permanently alter the developmental trajectory of the brain into adulthood (Holder & Blaustein, 2014). Termed the "kindling effect", the concept here is that, as the efficiency of neural circuits is reinforced over time (i.e., "neurons that fire together wire together"), each depressive episode or

19

environmental stressor increases the risk for later depressive episodes. This effect may be amplified during adolescence because of the greater plasticity of the brain.

35.     There are well-documented disparities in mental health outcomes in transgender youth that are caused by minority stress (for review, see White Hughto et al., 2015). This includes evidence that transgender people who live in areas with more accepting political climates show reduced biological stress markers and fewer mental health symptoms than transgender people who live in less accepting areas (DuBois & Juster, 2022). Others have shown an association between decreased social support and biological markers of stress in transgender adolescents (McQuillan et al., 2021). Given that transgender adolescents report high chronic stress and high rates of depression, anxiety, and suicidality, transgender adolescents are particularly vulnerable to the effects of stress on brain development, stress system regulation, and long-term mental health outcomes (DuBois et al., 2021; Potter et al., 2021; Randall et al., 2022).

36.     In Dr. Levine's testimony, he quotes the Hippocratic Oath, "Above All Do No Harm". He makes this argument on the assumption that GnRHa treatment must necessarily cause harm because it is an intervention. This assumes that the psychosocial environment and biology of transgender youth is like that of cisgender youth. There is a great deal of evidence that this is not the case. Instead, in my

20

opinion not offering an intervention to transgender individuals that require treatment actually does harm.

37.     In this case, puberty blockers have demonstrated efficacy in reducing symptoms of depression in transgender adolescents (de Vries et al., 2011), and therefore may in fact be neuroprotective to the cumulative effects of stress caused by gender dysphoria.

## Conclusion

38.     There is little to support the Defendants' designated experts' speculation about the negative effects of GnRHa treatment on the brain. In contrast, there is a great deal of evidence supporting the mental health benefits of GnRHa treatment for transgender adolescents. Furthermore, it is well-known that transgender adolescents face higher rates of psychosocial stress than their cisgender peers, and there is clear evidence for the negative effects of psychosocial stress and poor mental health on brain development. While the effects of GnRHa treatment on the brain are an important area for future research, this does not render such care experimental. To the contrary, this is treatment that has existed for decades and arguments that a purported lack of evidence is equivalent to known harm are spurious, particularly when there is a large literature indicating benefits of treatment and harm of withholding treatment.

21

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of March 2023.

E. Kale Edmiston, Ph.D.

22

# Exhibit A

*Curriculum Vitae*

# E. Kale Edmiston, PhD

Associate Professor
Department of Psychiatry
University of Massachusetts Chan Medical School
kale.edmiston@umassmed.edu

## ACADEMIC APPOINTMENTS

Associate Professor of Psychiatry                         2022-present
University of Massachusetts Chan Medical School           Worcester, MA

Assistant Professor of Psychiatry                         2019-2022
University of Pittsburgh School of Medicine               Pittsburgh, PA

Postdoctoral Scholar                                      2016-2019
University of Pittsburgh Medical Center                   Pittsburgh, PA
PI: Mary L. Phillips, MD, MD (CANTAB)

Postdoctoral Fellow                                       2016
China Medical University                                  Shenyang, China
PI: Fei Wang, MD, PhD

Research Assistant                                        2007-2010
Yale University School of Medicine                        New Haven, CT
PI: Hilary P. Blumberg, MD

## EDUCATION

PhD, Neuroscience                                         2010-2015
Vanderbilt University                                     Nashville, TN

Graduate Certificate                                      2015
Medicine, Health and Society                              Nashville, TN
Vanderbilt University

BA, Cognitive Science                                     2005-2007
Hampshire College                                         Amherst, MA

## RESEARCH

**CITATION METRICS (03/23):**
Citations: 2087              H-Index: 25          i10 Index: 34

**RESEARCH INTERESTS:**
social and affective neuroscience, visual processing, anxiety disorders, multimodal MRI, neuromodulation

**AWARDED GRANTS:**
American Foundation for Suicide Prevention Award          2022

Title: *Real-time study of psychotherapy, suicide risk, and resilience in transgender and non-binary adults*
PI: Sarah Victor
Co-I: **E. Kale Edmiston**
Award amount: $90,000.00

K01 MH117290 Mentored Scientist Career Development Award          2019-2024
Title: *Feed forward visual system function in high trait anxiety*
PI: **E. Kale Edmiston**
Award amount: $868,978.00

Brain and Behavior Research Foundation Early Career Award          2019-2021
Title: *Neuromodulation of visual cortex BOLD in high trait anxiety*
PI: **E. Kale Edmiston**
Award amount: $69,401.00

The Opportunity Fund          2019
Title: *Trans Buddy PGH: Peer healthcare support program*
PI: Gerald Montano
Co-I: **E. Kale Edmiston**
Award amount: $15,000

Center for Interventional Psychiatry          2018
Title: *Neuromodulation of visual cortex and threat sensitivity in high anxiety*
PI: **E. Kale Edmiston**
Award amount: $9,900.00

Campaign for Southern Equality          2017
Title: *The Trans Buddy Program: Mental health advocacy for trans communities*
PI: **E. Kale Edmiston**
Award amount: $1,000.00

University of Pittsburgh Office of Diversity and Inclusion Mini-Grant          2017
Title: *Developing health promotion materials for the transgender community*
PI: **E. Kale Edmiston**
Award amount: $1,000.00

Trans Justice Funding Project          2017
Title: *The Trans Buddy Program: Peer advocacy solutions for mental health care access*
PI: **E. Kale Edmiston**
Award amount: $2,500.00

The Pollination Project          2016
Title: *The Trans Buddy Program: An innovative solution to transgender mental health disparity*
PI: **E. Kale Edmiston**
Award Amount: $1,500.00

Culture, Brain, and Development Grant          2006

Title: *Brain sex differences in mood disorders*
PI: **E. Kale Edmiston**
Award amount: $3,000.00

**PEER-REVIEWED PUBLICATIONS (https://orcid.org/0000-0002-3548-6026):**
**2023:**
48.    Hoelscher EC, Victor SE, **Edmiston EK**. Gender minority resilience and suicidal ideation: a longitudinal and daily examination of transgender and non-binary adults. Behavior Therapist. (In Press).
47.    Schroth-Erickson L, Levin R, Mak K, **Edmiston EK**. A review of the neurobiobehavioral literature of transgender identity. J Gay and Lesbian Mental Health. (In Press).
**2022:**
46.    Coleman E, Radix AE, Bouman WP…**Edmiston EK**…Arcelus J. Standards of care for the health of transgender and gender diverse people, version 8. International Journal of Transgender Health. 2022; 23:1-258.
45.    Juster RP, **Edmiston EK**. Refining research and representation of sexual and gender diversity in neuroscience. Biological Psychiatry: CNNI. 2022; 7(21):1251-7.
44.    Colic L, Clark A, Sankar A, Rathi D, Goldman D, Kim JA, Villa LM, **Edmiston EK**, Lippard ETC, Mazure CM, Blumberg HP. Gender-related associations among childhood maltreatment on brain circuitry and clinical features of bipolar disorder. European Neuropsychopharmacology. 2022; 63:35-46.
43.    **Edmiston EK**, Fournier JC, Chase HW, Aslam H, Lockovich J, Graur S, Bebko G, Bertocci M, Rozovsky R, Mak K, Forbes EE, Stiffler R, Phillips ML. Left ventrolateral prefrontal cortical activity during reward expectancy predicts mania risk up to one year post scan. J Affective Disorders. 2022; 319:325-8.
**2021:**
42.    Bertocci MA, Chase HW, Graur S, Stiffler R, **Edmiston EK**, Coffman B, Greenberg T, Phillips ML. Reward circuitry-targeted cathodal transcranial direct current stimulation impacts reward circuitry and affect in bipolar disorder. Molecular Psychiatry. 2021; 26(8):4137-45.
**2020:**
41.    Feng R, Womer FY, **Edmiston EK**, Chen Y, Wang Y, Chang M, Yin Z, Wei Y, Duan J, Ren S, Li C, Liu Z, Jiang X, Wei S, Li S, Zhang X, Nuo X, Tang Y, Wang F. Antipsychotic effects on cortical morphology in schizophrenia and bipolar disorders. Frontiers Neuroscience. 2020; 14:579139.
40.    Wang L, Zhao Y, **Edmiston EK**, Womer FY, Zhang R, Zhao P, Jiang X, Wu F, Kong L, Zhou Y, Tang Y, Wei S, Wang F. Structural and functional abnormalities of amygdala and prefrontal cortex in major depressive disorder with suicide attempts. Frontiers Psychiatry. 2020; 10:923.
39.    Wang Y, Wei Y, **Edmiston EK**, Womer FY, Zhang X, Duan J, Zhu Y, Zhang R, Zhang Y, Jiang X, Wei S, Liu Z, Zhang Y, Tang Y, Wang F. Altered structural connectivity and cytokines levels in schizophrenia and genetically high-risk individuals: associations with disease state and vulnerability. Schizophrenia Research. 2020; 223:158-165.
38.    **Edmiston EK**, Fournier JC, Chase HW, Bertocci MA, Greenberg T, Aslam HA, Lockovich JC, Graur S, Bebko G, Forbes EE, Stiffler R, Phillips ML. Assessing relationships

among impulsive sensation-seeking, reward circuitry activity, and risk for psychopathology: an fMRI replication and extension study. Biological Psychiatry: CNNI. 2020; 5(7):660-68.

37.     Sha Z, Versace A, **Edmiston EK**, Fournier JC, Graur S, Greenberg T, Lima Santos JP, Chase HW, Stiffler R, Bonar L, Hudak R, Yendiki A, Greenberg BD, Rasmussen S, Liu H, Quirk G, Haber S, Phillips ML. Functional disruption in prefrontal-striatal network in obsessive compulsive disorder. Psychiatry Research: Neuroimaging. 2020; 300:111081.

36.     **Edmiston EK,** Song Y, Chang M, Yin Z, Zhou Q, Zhou Y, Jiang X, Wei S, Xu K, Tang Y, Wang F. Hippocampal functional connectivity in patients with schizophrenia and unaffected family members. Frontiers in Psychiatry. 2020; 11:278.

35.     Wei S, Womer F, **Edmiston EK**, Zhang R, Jiang X, Wu F, Kong L, Zhou Y, Tang Y. Structural alterations associated with suicide attempts in major depressive disorder and bipolar disorder: a diffusion tensor imaging study. Progress in Neuropsychopharmacology & Biological Psychiatry. 2020; 98.

34.     Beach L, Eckstrand K, Ehrenfeld J, **Edmiston EK**, Ding J. A model for improving transgender healthcare quality. The Joint Commission Journal on Quality and Patient Safety. 2020; 46:37-43.

**2019:**

33.     Sha Z*,  **Edmiston EK***, Versace A, Fournier JC, Graur S, Greenberg T, Lima Santos JP, Chase HW, Stiffler RS, Bonar L, Hudak R, Yendiki A, Greenberg BD, Rasmussen S, Liu H, Buckner R, Quick G, Haber S, Phillips ML. Multimodal disruption of cerbello-thalamo-motor circuit in obsessive compulsive disorder. Biological Psychiatry: CNNI. 2019; 5(4):438-47. *co-first authors

32.     Wang L, Zhao Y, **Edmiston EK**, Womer FY, Zhang R, Zhao P, Jiang X, Wu F, Kong L, Zhou Y, Tang Y, Wei S. Structural and functional abnormalities of amygdala and prefrontal cortex in major depressive disorder with suicide attempts. Frontiers Psychiatry. 2019; 10:923.

30.     Chang M, **Edmiston EK**, Womer F, Zhou Q, Shengnan W, Jiang X, Zhou Y, Ye Y, Huang H, Zui X, Xu K, Tang Y, Wang F. Spontaneous low-frequency fluctuations in the neural system for emotional perception in major psychiatric disorders: amplitude similarities and differences across frequency bands. Journal of Psychiatry and Neuroscience. 2019; 44:132-41.

29.     Xia M, Womer FY, Chang M, Zhu Y, **Edmiston EK**, Jiang X, Wei S, Duan J, Xu K, Tang Y, He Y, Wang F. Shared and distinct functional architecture of brain networks across psychiatric disorders. Schizophr Bulletin. 2019; 47:450-63.

**2018:**

28.     Li J, **Edmiston EK**, Tang Y, Fan G, Xu K, Wang F, Xu J. Shared facial emotion processing in medication-naive major depressive disorder and healthy individuals: detection by sICA. BMC Psychiatry, 2018; 18:96.

27.     Chang M, Womer FY, **Edmiston EK**, Bai C, Zhou Q, Jiang X, Wei S, Wei Y, Ye Y, Huang H, He Y, Xu K, Tang Y, Wang F. Neurobiological commonalities among three major psychiatric diagnostic categories: a structural MRI study. Schizophrenia Bulletin. 2018; 44:65-74.

**2017:**

26.     Wang N, **Edmiston EK**, Luo X, Yang H, Chang M, Wang F, Fan G. Comparing amplitude of low-frequency fluctuations in multiple system atrophy and idiopathic Parkinson's disease. Psychiatry Research Neuroimaging, 2017; 269:73-81.

25.     Jiang X, **Edmiston EK**, Zhou Q, Xu K, Zhou Y, Wu F, Kong L, Wei S, Zhou Y, Chang M, Geng H, Wang D, Wang Y, Cui W, Tang Y, Wang F. Alteration of a cortico-striatal-limbic neural system in major depressive disorder and bipolar disorder. Journal of Affective Disorders, 2017; 221:297-303.

24.     Corbett BA, Blain S, **Edmiston EK**. The role of context in psychosocial stress among adolescents with Autism Spectrum Disorder: piloting a semi-structured, video game-based paradigm. Journal of Intellectual & Developmental Disability. 2017; 43:20-8.

23.     **Edmiston EK**, Muscatello RA, Corbett BA. Altered pre-ejection period response to social evaluative threat in adolescents with autism spectrum disorder. Research in Autism Spectrum Disorders. 2017; 36:57-65.

**2016:**

22.     **Edmiston EK**, Donald CA, Sattler AR, Peebles JK, Ehrenfeld JM, Eckstrand KL. Opportunities and gaps in transgender primary healthcare: a systematic review. Transgender Health. 2016; 1(1):216-30.

21.     **Edmiston EK**, Jones RM, Corbett BA. Physiological response to social evaluative threat in adolescents with autism spectrum disorder. Journal of Autism Developmental Disorders. 2016; 46(9):2992-3005.

20.     **Edmiston EK**, Blain S, Corbett BA. Salivary cortisol and behavioral response to social evaluative threat in adolescents with autism spectrum disorder. Autism Research. 2016; Epub ahead of print.

**2015:**

19.     Tang Y, Chen K,  Zhou Y, Wang Y, Driesen N, **Edmiston EK**, Chen X, Jiang X, Kong L, Zhou Q, Li H, Wu F, Xu K, Wang Z, Tang Y, Wang F. Neural activity changes in unaffected children of patients with schizophrenia: a resting-state fMRI study. Schizophrenia Research. 2015; 168(1-2):360-5.

18.     **Edmiston EK**, Merkle K, Corbett BA. Neural and cortisol responses during play with human and computer partners in children with autism. Social Cognitive Affective Neuroscience. 2015; 10(8):1074-83.

**2014:**

17.     Corbett BA, Newsom C, Key AP, Qualls L, **Edmiston EK**. Examining the relationship between face processing and social interaction behavior in children with and without autism spectrum disorder. J Neurodevelopmental Disorders, 2014; 6(1):35.

16.     Li J*, **Edmiston EK**,* Chen B, Tang Y, Ouyang X, Jiang Y, Fan G, Ren L, Liu J, Zhou Y, Jiang W, Liu Z, Xu K, Wang F. A comparative diffusion tensor imaging study of corpus callosum subregion integrity in bipolar disorder and schizophrenia. Psychiatry Res. 2014; 221(1):58-62.*co-first authors

**2013:**

15.     **Edmiston EK***, McHugo M*, Dukic MS, Smith SD, Abou-Khalil B, Zald DH. Enhanced visual cortical activation for emotional stimuli is preserved in patients with unilateral amygdala resection. J Neuroscience, 2013; 33(27):11023-11031. *co-first authors

14.     Liu H, **Edmiston EK**, Fan G, Ku X, Zhao B, Shang X, Wang F.  Altered resting-state functional connectivity of the dentate nucleus in Parkinson's disease. Psychiatry Research: Neuroimaging. 2013; 211(1):64-71.

13.   **Edmiston EK**, Blackford JU. Childhood maltreatment and response to novel face stimuli presented during functional magnetic resonance imaging in adults. Psychiatry Research: Neuroimaging. 2013; 212(1):36-42.

**2012:**

12.   Fengrong O, Kai L, Qian G, Dan L, Jinghai L, Liwen H, Xian W, **Edmiston EK**; Yang L. An urban neo-poverty population-based quality of life and related social characteristics investigation from northeast china. PLoS One. 2012; 7(6):e38861.

11.   Chepenik LG, Wang F, Spencer L, Spann MN, Kalmar JH, Womer F, **Edmiston EK**, Pittman B, Blumberg HP. Structure-function associations in hippocampus in bipolar disorder. Biological Psychiatry. 2012; 90(1):18-22.

**2011:**

10.   Wang F, Kalmar JH, Womer FY, **Edmiston EK**, Chepenik LG, Chen R, Spencer L, Blumberg HP. Olfactocentric paralimbic cortex morphology in adolescents with bipolar disorder. Brain. 2011; 134(7):2005-12.

9.   **Edmiston E**, Wang F, Mazure CM, Sinha R, Mayes LC, Blumberg HP. Cortico-striatal limbic gray matter morphology in adolescents reporting exposure to childhood maltreatment. Archives of Pediatric and Adolescent Med. 2011; 165(12):1069-77.

8.   **Edmiston E**, Wang F, Kalmar JH, Womer FY, Chepenik LG, Pittman B, Gueorguieva R, Hur E, Spencer L, Staib LH, Constable RT, Fulbright RK, Papademetris X, Blumberg HP. Lateral ventricle volume and psychotic features in adolescents and adults with bipolar disorder. Psychiatry Research. 2011; 194(3):400-2.

**2009:**

7.   Womer FY, Wang F, Chepenik LG, Kalmar JH, Spencer L, **Edmiston E**, Constable RT, Papademetris X, Blumberg HP. Sexually dimorphic features of vermis morphology in bipolar disorder. Bipolar Disord 2009; 11(7):753-8.

6.   Jiang Y, **Edmiston E**, Wang F, Blumberg HP, Papademetris X, Staib, LH. Improving the reliability of shape comparison by perturbation. IEEE Biomedical Imaging 2009; 1:686-9.

5.   Jiang Y, **Edmiston E**, Wang F, Blumberg HP, Staib LH and Papademetris X. Shape comparison using perturbing shape registration. IEEE Computer Vision Pattern Recognition 2009;683-90.

4.   Wang F, Kalmar JH, He Y, Jackowski M, Chepenik LG, **Edmiston E**, Tie K, Gong G, Shah MP, Jones M, Uderman J, Constable RT, Blumberg HP. Functional and structural connectivity between the perigenual anterior cingulate and amygdala in bipolar disorder. Biological Psychiatry 2009; 66(5):516-21.

3.   Kalmar JH, Wang F, Spencer L, **Edmiston E**, Lacadie CM, Martin A, Constable RT, Duncan JS, Staib LH, Papademetris X, Blumberg HP. Preliminary evidence for progressive prefrontal abnormalities in adolescents and young adults with bipolar disorder. J Int Neuropsychol Soc. 2009; 15(3):476-81.

**2008:**

2.   Blumberg HP, Wang F, Chepenik LG, Kalmar JH, **Edmiston E**, Duman RS, Gelernter J. Influence of vascular endothelial growth factor variation on human hippocampus morphology. Biological Psychiatry 2008; 64(10):901-3.

1.   Wang F, Kalmar JH, **Edmiston E**, Chepenik LG, Bhagwagar Z, Spencer L, Pittman B, Jackowski M, Papademetris X, Constable RT, Blumberg HP. Abnormal corpus callosum

integrity in bipolar disorder: A diffusion tensor imaging study. Biological Psychiatry 2008; 64(8):730-3.

**MANUSCRIPTS (IN PROGRESS):**
Ravindranath O, Perica MI, Parr AC, Pjha A, McKeon SD, Montano G, Ullendorf N, Luna B, **Edmiston EK**. Adolescent neurocognitive development and decision-making regarding gender affirming care. (Submitted).

Soehner AM, **Edmiston EK**, Wallace M, Chase HW, Lockovich J, Aslam H, Stiffler R, Graur S, Skeba A, Bebko G, Benjamin OE, Wang Y, Phillips ML. Neurobehavioral reward and sleep-circadian phenotypes predict present and next-year mania/hypomania risk. (Submitted).

Sequiera S, Tervo-Clemmens B, Carmel T, **Edmiston EK.** Towards a biopsychosocial model for neurodevelopment in transgender and gender diverse adolescents: understanding risk and resilience for mood disorders. (Submitted).

**POSTERS, ABSTRACTS, AND CONFERENCE PROCEEDINGS:**
53.     Victor SE, **Edmiston EK**. Ecological momentary assessment of gender-relevant versus other interpersonal stressors predicting self-injurious thoughts and behaviors among transgender and non-binary adults. *Association for Behavioral and Cognitive Therapy Annual Convention. Submitted.*

52.     **Edmiston EK**, Fournier JC, Chase HW, Phillips ML. Ventral visual stream functional coupling during implicit emotional face perception is associated with internalizing symptoms: a double dissociation by face valence at baseline and six months post-scan. *American College of Neuropsychopharmacology.* 2023.

51.     Victor SE, Hoelscher E, Sandel D, Trieu T, **Edmiston EK.** Interpersonal and intrapersonal gender minority stressors as contribution to suicidal ideation among transgender and non-binary adults. *Suicide Research Symposium.* 2022.

50.      Aslam MA, Mak K, **Edmiston EK.** Piloting transcranial direct current stimulation to reduce threat sensitivity in high trait anxiety. *University of Pittsburgh Department of Psychology Undergraduate Directed Experiences in Research Poster Day.* 2022.

49.      **Edmiston EK** & Strakowski S. Understanding diagnosis and assessment disparities in transgender populations. *Society of Biological Psychiatry Annual Meeting.* 2022. Discussant, Lunchtime "Fireside Chat" Series.

48.     Bertocci M, Afriyie-Agyemang Y, Rosovsky R, Aslam H, Graur S, **Edmiston EK**, Chase HW, Bebko G, Stiffler R, Phillips ML. Network interference during emotion regulation in distressed adults consistently predicts depression symptoms. *Society of Biological Psychiatry Annual Meeting.* 2022.

47.     Afriyie-Agyemang Y, Bertocci M, Rozovsky R, Aslam H, Graur S, **Edmiston EK**, Chase HW, Bebko G, Stiffler R, Phillips ML. Overcompensation of the central executive network during working memory may be a neural marker for youth at risk for bipolar disorder.  *Society of Biological Psychiatry Annual Meeting.* 2022.

46.     Schumer MC, Bertocci MA, Bebko G, Stiffler RS, Lockovich JC, Aslam HA, Graur S, **Edmiston EK**, Chase HW, Johnson SL, Phillips ML. Trait urgency mediates associations between neural emotion-processing markers of emotion-triggered impulsivity and mania in young adults at-risk for bipolar disorder. *Society of Biological Psychiatry Annual Meeting*. 2022.

45.     Young J, Roepke T, Anacker C, Ehrensaft D, **Edmiston EK**, Guthman EM, Eshel N, Marrocco J. Challenges and opportunities for translational research and clinical strategies within the LGBTQIA2S+ community. *American College of Neuropsychopharmacology Annual Meeting.* 2021. Discussant, Study Group.

44.     Phillips ML, Bertocci M, Chase HW, Graur S, Stiffler R, **Edmiston EK**, Coffman BA. Targeted non-invasive neuromodulation impacts reward expectancy-related reward circuitry activity and affect in bipolar disorder and healthy adults. *Society of Biological Psychiatry Annual Meeting.* 2021.

43.     **Edmiston EK,** Fournier JC, Rozovsky R, Chase HW, Bertocci MA, Aslam HA, Lockovich J, Graur S, Bebko G, Forbes EE, Stiffler R, Phillips ML. Left ventrolateral prefrontal cortex structure and reward-expectancy related activity predict manic symptom changes one year later. *American College of Neuropsychopharmacology Annual Meeting.* 2021.

42.     **Edmiston EK**, Phillips ML, Mak K, Chase HW, Fournier JC. Visual cortex coupling and childhood maltreatment: associations with major depression and a compensatory mechanism. *Society of Biological Psychiatry Annual Meeting.* 2021.

41.     Marrocco J, **Edmiston EK**, Anacker C, Bangasser D. The study of sex differences and gender bias, and trans inclusive research practices. *American College of Neuropsychopharmacology Annual Meeting.* 2020. Panelist, Networking Session.

40.     Chase HW, Fournier JC, Bertocci MA, **Edmiston EK**, Lockovich JC, Aslam H, Stiffler RS, Graur S, Bebko G, Phillips ML. Decision-making variability in mood disorders: new insights for a replication attempt. *Society of Biological Psychiatry Annual Meeting.* 2020 (Submitted, meeting canceled due to COVID-19).

39.     **Edmiston EK,**  Fournier J, Greenberg T, Chase HW, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. A double dissociation between anxiety and depression symptom improvement and fusiform coupling and positive and negative emotional face processing. *Society of Biological Psychiatry Annual Meeting.* 2020 (Submitted, meeting canceled due to COVID-19).

38.     **Edmiston EK**, Fournier JC, Chase HW, Bertocci MA, Greenberg T, Aslam HA, Lockovich JC, Graur S, Bebko G, Forbes EE, Stiffler R, Phillips ML. Assessing relationships among impulsive sensation-seeking, reward circuitry activity, and predisposition to bipolar disorder: an fMRI replication and extension study. *American College of Neuropsychopharmacology Annual Meeting. 2019.*

37.     Paglisotti T, Montano G, Simpson A, **Edmiston EK**. Preliminary implementation of Trans Buddy PGH: establishing trust among transgender patients and healthcare providers. *University of Pittsburgh Medical Center Department of Psychiatry 19th Annual Research Day.* 2019.

36.     **Edmiston EK**, Fournier JC, Chase HW, Bertocci MA, Greenberg T, Aslam H, Stiffler R, Lockovich J, Graur S, Bebko G, Phillips ML. Left ventrolateral prefrontal cortical BOLD signal during reward expectancy and impulsive sensation seeking: a replication study. *University of Pittsburgh Medical Center Department of Psychiatry 19th Annual Research Day. 2019.*

35.     Chase HW, **Edmiston EK**, Bertocci M, Fournier JC, Greenberg T, Aslam H, Stiffler R, Lockovich J, Graur S, Bebko G, Forbes EE, Phillips ML. Similar neural representation of appetitive and loss avoidance prediction errors across distressed and healthy individuals. *Society of Biological Psychiatry Annual Meeting.* 2019.

34.     **Edmiston EK**, Simpson A. Progress report: Quality improvement programming for transgender mental health. Symposium. *TransPride PGH Professional Conference.* 2018.

33.     Schroth-Erickson L, Levin R, **Edmiston EK**. Talking to your patients about the biological basis of transgender identity. *Philadelphia Trans Wellness Conference Professional Track. 2018.*

32.     **Edmiston EK**, Fournier J, Greenberg T, Chase HW, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. Fusiform gyrus-salience network coupling during emotion processing predicts anxiety and depression symptom change. *University of Pittsburgh Medical Center Department of Psychiatry 18th Annual Research Day.* 2018.

31.     **Edmiston EK**, Fournier J, Greenberg T, Chase HW, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. Salience network BOLD response to emotional faces predicts anxiety and depression symptom outcomes. *Society of Biological Psychiatry Annual Meeting.* 2018.

30.     Chase HW, Qiu H, Kerestes R, Shah N, Alkhar H, **Edmiston EK**, Soehner A, Greenberg T, Aslam H, Stiffler R, Lockovich J, Graur S, Bebko G, Pan L, Eickhoff SB, Phillips ML. Implication of the visual cortex in resting state fMRI studies of mood and anxiety disorders may relate to the propensity for within-scanner sleep. *Society of Biological Psychiatry Annual Meeting.* 2018.

29.     Ding J, Ehrenfeld J, Raynor L, **Edmiston EK**, Eckstrand K, Beach L. A proposed systems level quality improvement model for transgender healthcare delivery. *The National Transgender Health Summit.* 2017.

28.     **Edmiston EK.** Setting the agenda for transgender neuroimaging: a critical review and future directions. Symposium. *The National Transgender Health Summit.* 2017.

27.     **Edmiston EK,** Fournier J, Greenberg T, Bertocci M, Stiffler R, Aslam H, Lockovich J, Phillips ML. Trait anxiety predicts visual system response to emotional faces. *Developmental Affective Neuroscience Symposium.* 2017.

26.     **Edmiston EK.** The Trans Buddy Program: an innovative intervention for increasing health care utilization. Symposium. *TransPride PGH Professional Conference.* 2017.

25.     Buchanan K, Richmond M, Sattler AR, **Edmiston EK**. Red state solutions for transgender health care access: provision in low resource areas. Symposium. *Philadelphia Transgender Health Conference.* 2017.

24.     **Edmiston EK,** Chase H, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. Predicting quality of life in distressed youth: Cortico-thalamic BOLD signal and reward processing. *University of Pittsburgh Medical Center Department of Psychiatry 17th Annual Research Day.* 2017.

23.     **Edmiston EK**, Chase H, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. Cortico-thalamic BOLD signal during reward processing predicts quality of life at follow up in distressed young adults. *Society of Biological Psychiatry Annual Meeting.* 2017.

22.     Eckstrand KL, Mitchell L, **Edmiston EK.** The Trans Buddy Program: Transgender Leadership and peer advocacy for reducing health disparities. *University of Pittsburgh Health Sciences Health Disparity Poster Competition.* 2017.

21.     **Edmiston EK.** Reframing the search for transgender neuroimaging biomarkers. *New Materialisms Annual Meeting* Warsaw, Poland. 2016.

20.     Corbett BA, Muscatello R, **Edmiston EK**, Muse I. Examining the Diurnal Profile of Children and Adolescents with Autism Spectrum Disorder (ASD) and Typical Development between 8 to 17 years of age. *International Society for Psychoneuroendocrinology.* 2016.

19.     Corbett BA, Muse I, **Edmiston EK**, Muscatello R. Diurnal and Stress Hormonal Profiles of Testosterone and Cortisol in Adolescents with Autism Spectrum Disorder (ASD) and Typical Development (TD). *International Society for Psychoneuroendocrinology.* 2016.

18.     **Edmiston EK**. Psychophysiological characterization of adolescents with Autism Spectrum Disorder. Presentation, *Chinese Psychiatric Association Annual Meeting.* 2016.

17.     **Edmiston EK**, Jones RM, Blain S, Corbett BA. Neuroendocrine and physiological responsivity during social stress in adolescents with and without autism spectrum disorder. *Vanderbilt Kennedy Center Science Day.* 2015.

16.     **Edmiston EK**, Valencia B, Corbett BA. Autonomic nervous system function in response to social judgment in adolescents with and without autism spectrum disorder. *International Meeting for Autism Research.* 2015.

15.     Corbett BA, Newsom C, Key S, Qualls L, **Edmiston EK**. A randomized wait-list control trial of a peer-mediated, theatre-based intervention to improve social ability in children with autism spectrum disorder. *International Meeting for Autism Research.* 2015.

14.     Singer B, Eckstrand K, Ehrenfeld J, **Edmiston EK**. Transgender health and advocacy in academic medicine: an empowerment model. Workshop; *Gay and Lesbian Medical Association Annual Meeting.* 2014.

13.     **Edmiston EK**, Corbett BA. Behavioral and endocrine alterations in adolescents with autism spectrum disorder. Selected presentation; *Vanderbilt Kennedy Center Science Day.* 2014.

12.    **Edmiston EK.** Effects of a neurobiological explanation of sexual orientation on student attitudes towards lesbian, gay and transgender people. *Society for Neuroscience.* 2013.

11.    Corbett BA, **Edmiston EK**, Zald DH. Neural and physiological responses during play with human and computer partners in children with autism. *Society for Neuroscience.* 2013.

10.    **Edmiston EK,** McHugo M, Dukic MS, Eggers E, Zald DH. Visuocortical BOLD response to emotional stimuli in the absence of a functional amygdala. *Society for Neuroscience.* 2012.

9.    **Edmiston EK.** Pelvic and chest exams in transgender men. Workshop; *Philadelphia Trans Health.* 2011.

8.    **Edmiston EK**, Blackford JU. Childhood maltreatment affects face processing. *Biology of Prosocial Behavior.* 2011.

7.    **Edmiston E,** Wang F, Mazure CM, Sinha R, Mayes LC, Blumberg HP. Cortico-striatal limbic gray matter morphology in adolescents reporting exposure to childhood maltreatment. *Vanderbilt Kennedy Center Science Day.* 2011.

6.    Wang F, **Edmiston E**, Hur E, Kalmar JH, Womer FY, Chepenik LG, Blumberg HP. An Altered Developmental Trajectory of Frontotemporal Connectivity in Bipolar Disorder. *Biological Psychiatry* 2010; 67 (Supplement 9): 107.

5.    Wang F, Chepenik LG, Shah MP, Kalmar JH**, Edmiston E**, Spencer L, Duman R, Gelernter J, Blumberg HP. Genes Regulating Neurotrophic Factors that Influence the Corticolimbic Connectivity in Mood Disorders: Treatment Implications. *Biological Psychiatry* 2009; 65 (Supplement 1): 174.

4.    Kalmar JH, Wang F, Chepenik LG, Shah MP, McDonough A, **Edmiston E**, Blumberg HP. Amygdala functioning during emotional processing in adolescents with bipolar disorder or ADHD. *Biological Psychiatry* 2008; 63 (Supplement 1): 184.

3.    Womer F, Wang F, Chepenik LG, Kalmar JH, **Edmiston E**, Spencer L, Constable RT, Papademetris X, Blumberg HP. Structural abnormalities of the cerebellar vermis in bipolar disorder. *Biological Psychiatry* 2008; 63 (Supplement 1): 141.

2.    Wang F, Kalmar JK, Womer F, He Y, Chepenik L, **Edmiston E**, Blumberg HP. Abnormal morphological correlations within a cortico-limbic neural system in adolescents with bipolar disorder. *American Academy of Childhood and Adolescent Psychiatry.*

1.    Wang F, Kalmar JH, **Edmiston E**, Chepenik LG, Tie K, Spencer L, Jackowski M, Papademetris X, Constable RT & Blumberg HP. Abnormal callosal integrity in bipolar disorder determined from diffusion tensor imaging. *Biological Psychiatry* 2008; 63 (Supplement 1): 43.

**BOOK CHAPTERS:**
**Edmiston EK**, Bertocci M, Phillips ML. Neuroimaging and Circuit Mechanisms of Bipolar Disorder. In *Neurobiology of Mental Illness.* 6th Ed. Eds: Eric Nestler & Alexander Charney. Oxford University Press. (In Press).

Tomson A & **Edmiston EK**. Understanding the basis of gender identity development: biological and psychosocial models. In *Trans Bodies, Trans Selves*. 2nd Ed. Ed: Sand Chang. Oxford University Press. 2022.

**Edmiston EK**. Community-led peer advocacy for transgender health care access in the southeastern United States: The Trans Buddy Program. In *Healthcare in Motion: Mobility forms in health service delivery and accessibility*. Berghahn Books. 2017.

Robles RJ & **Edmiston EK**. Community Responses to Trauma. In *Trauma, Resilience, and Health Promotion for LGBT Patients*. Springer Press. 2017.

**Edmiston EK** & Mitchell L. Trans Buddy: Innovation Profile. In *The Remedy: Queer and Trans Voices on Health and Health Care.*\* Arsenal Press. 2016. *Lambda Literary Award Winner, Non-Fiction Anthology

Eckstrand KL, **Edmiston EK**, Potter J. Obstetric and Gynecologic Care to LGBT Individuals. In *Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care*. Springer Press. 2015.

**ADDITIONAL SCHOLARSHIP:**
**Edmiston EK**. Letter to the Editor: The legacy of transgender surgery access is complex. *Annals of Plastic Surgery*. 2019.

**Edmiston EK**. Invited Commentary: Transgender health research must serve transgender people. *BJOG*. 2018.

**Edmiston EK**. Feminist bioethics and intersex medical interventions: A review of *Making Sense of Intersex. Catalyst: Feminism, Theory, Technoscience*. 2016; 2(1).

Jann JT, **Edmiston EK**, Ehrenfeld J. Letter to the Editor: Important considerations for addressing LGBT health care competency. *American J of Public Health* 2015; e1.

**HONORS, AWARDS, AND FELLOWSHIPS:**

| | |
|---|---|
| American College of Neuropsychopharmacology Travel Award | 2021 |
| Society of Biological Psychiatry Early Career Investigator Travel Award | 2019 |
| NYC tDCS Fellowship<br>City University of New York, New York, NY | 2018 |
| Trainee, T32 MH018951 Child and Adolescent Mental Health Research<br>University of PIttsburgh, Pittsburgh, PA | 2018-2019 |
| Research Day Department of Psychiatry Outstanding Poster Award | 2018 |
| PLOS One Travel Award | 2017 |
| Fellow, Winter School in the Neuroscience of Consciousness<br>Canadian Institute For Advanced Research | 2017 |
| Trainee, T32 MH16804 Transformative Discovery in Psychiatry | 2016-2018 |

University of Pittsburgh, Pittsburgh, PA

| | |
|---|---|
| WPATH Outstanding Student Award<br>International honor for contributions to transgender health research | 2015 |
| The Trans 100<br>National honor for excellence in the transgender community | 2015 |
| Point Foundation Scholar<br>One of 20 selected nationally for program that funds education of LGBT students | 2014-2015 |
| Vanderbilt Brain Institute Student Leadership and Service Award | 2014 |
| Graduate Student Travel Grant, Vanderbilt University | 2013 |
| Fellow, Summer Program in Neuroscience Ethics and Success<br>Marine Biology Laboratory, Woods Hole, MA | 2013 |
| Clinical Neuroscience Scholar for Translational Research<br>Dan Marino Foundation | 2012-2015 |
| Neurobiology of Social Behavior Travel Award<br>Emory University, Atlanta, GA | 2011 |
| President's Scholarship<br>Case Western Reserve University, Cleveland, OH | 2003-2005 |

## TEACHING AND MENTORSHIP

**SELECTED TALKS:**

| | |
|---|---|
| Invited Speaker: *Neuroscience in Service of Our Community:*<br>*How Research Rooted in Empathy and Humility Makes Us Better Scientists*<br>Neuroscience Diversity Seminar<br>University of Maryland School of Medicine | 2023 |
| Invited Speaker: *Visual Cortex Distinguishes Anxiety and Depression*<br>Fournier Group Lab Meeting<br>The Ohio State Medical School | 2023 |
| Presenter: *Assessing Visual Perception in Depression and Anxiety*<br>Department of Psychiatry Faculty Meeting<br>UMass Chan Medical School | 2023 |
| Invited Speaker: *Neuroimaging Studies of Transgender People*<br>The Friedman Brain Institute and oSTEM<br>The Icahn School of Medicine at Mount Sinai | 2022 |
| Invited Speaker: *Impulsivity and Reward-related Activity:*<br>*A Stable Marker for Bipolar Disorder risk*<br>STEP Seminar<br>Truman State University | 2022 |

Invited Speaker: *Assessing Relationships Among impulsivity,*     2019
*Reward Circuitry, and Risk for Psychopathology*
Magnetic Resonance Research Center Forum
Yale School of Medicine

Presenter: *Fusiform Gyrus Alterations During Emotion Processing:*     2018
*Predicting the Future in Anxiety Disorders*
Center for the Neural Basis of Cognition Seminar
University of Pittsburgh and Carnegie Mellon University

Panelist: *Setting the Research Agenda in Transgender Health*     2017
27th Annual Issues in Medical Ethics Conference
The Icahn School of Medicine at Mount Sinai

Panelist: *Neuroimaging in Child and Adolescent Mental Disorders*     2016
Chinese Society of Psychiatry 14th Annual Meeting

*The Trans Buddy Program: An Innovative Model for Healthcare Access*     2015
Medicine Health and Society Colloquium Series
Vanderbilt University

Panel Organizer: *Intra-community Stigma in LGBT Populations*     2015
615Thrive Conference
Tennessee Department of Health

*Transgender Health: Provider Considerations*     2014
Department of Hearing and Speech Sciences Grand Rounds
Vanderbilt University

*Sexual and Reproductive Health in LGBT Populations*     2014, 2015
Sarah Fogel, PhD
Department of Nurse Midwifery
Vanderbilt University School of Nursing

Panelist: *(Im)Possible Politics: Intersectional Trans Organizing*     2014
Ben Singer, PhD; Dean Spade, JD; Lisa Guenther PhD
Department of Women and Gender Studies
Vanderbilt University

Plenary Speaker: *Creating Change for LGBTI Health*     2013
Gay and Lesbian Medical Association Annual Meeting

Invited Speaker: *Threat Detection, Visual Cortex, and Anxiety*     2013
Department of Radiology
Beijing Normal University

Invited Speaker: *Threat Detection, Visual Cortex, and Anxiety*     2013
Department of Psychiatry
China Medical University

**MEDICAL STUDENT TEACHING EXPERIENCE:**

Guest Lecturer: *Neuromodulatory Interventions in Mood Disorders*          2022
Neuroscience Area of Concentration Seminar Series
University of Pittsburgh School of Medicine

Guest Lecturer: *Building Trust with your Transgender Patients*          2021,2022
Texas Christian University School of Medicine

Instructor of Record: *Introduction to Scientific Writing*          2016
China Medical University

Guest Lecturer: *Clinical and Biobehavioral Features of Autism*          2016
Clinical Medicine 400
China Medical University

Guest Lecturer: *Building an Inclusive Practice for LGB and T Patients*          2015
First Year Seminar
Meharry Medical College

Guest Lecturer: *Community Models for Improving Trans Healthcare*          2015
Intercession Course
Meharry Medical College

Guest Lecturer: *Providing Excellent Care for LGBT People*          2015
Capstone Series
Meharry Medical College

**GRADUATE AND UNDERGRADUATE TEACHING EXPERIENCE:**

Guest Lecturer: *Neuromodulation interventions for threat sensitivity*          2022
Biomedical Sciences First Year Seminar
Graduate School of Biomedical Sciences
UMass Chan Medical School

Guest Lecturer: *Impulsivity and reward-related activity: Predicting mania*          2021
Undergraduate Research Methods
Department of Psychology
University of California San Diego

Guest Lecturer: *Transgender people and neuroimaging: a critical review*          2021
Department of Psychology
Mount Holyoke College

Instructor of Record: PSY0205 Psychopathology          2021
Department of Psychology
University of Pittsburgh

Guest Lecturer: *Transgender People and Healthcare Systems*          2015
MHS 2110: American Medicine and the World

15

Laura Stark, PhD, Vanderbilt University

Guest Lecturer: *Transgender People and Healthcare Systems*          2015
MHS 3890: Documenting the Body
Odie Lindsey, PhD, Vanderbilt University

Guest Lecturer: *Introduction to Social Neuroscience*          2014
PSY3609: Educational Cognitive Neuroscience
Sasha Key, PhD, Vanderbilt University

Guest Lecturer: *Imagining Transgender Bodies in Healthcare*          2013
WGS 290: Theories of the Body
Aimi Hamraie, PhD, Vanderbilt University

*Introduction to Cognitive Neuroscience*          2013-2014
Vanderbilt Neuroscience Graduate Program Boot Camp

The Center for Teaching, Vanderbilt University          2013
Scholarship of Teaching and Learning Certificate

Teaching Assistant: NSC201 Introduction to Neuroscience          2011
Department of Neuroscience, Vanderbilt University

**TRAINEE MENTORSHIP, CERTIFICATION, AND SUPERVISION:**
Culturally Aware Mentorship Workshop          2022
University of Wisconsin Madison School of Medicine

Tiffany Nhan (post bac lab assistant)          2022-present

M. Ali Aslam (undergraduate lab assistant)          2022

Paloma Rueda (undergraduate lab assistant)          2020-2021

Shelby Gardner (undergraduate lab assistant)          2020

Kristie Mak (undergraduate lab assistant)          2019-2020

Taylor Pagliosotti, BA (graduate student, Department of Public Health)          2018-2019

Zhiqiang Sha, PhD (post doc, Mood and Brain Laboratory, PI: Phillips)          2019

Alicyn Simpson, BA (research assistant, Adolescent Medicine)          2018-2019

Hana Choi, BA (intern, The Trans Buddy Program)          2016

William Horn, BA (intern, The Trans Buddy Program)          2015

RJ Robles, BA (student worker, Program for LGBTI Health)          2015-2016

Keanan Gottlieb, BA (summer intern, The Trans Buddy Program)          2014

Cameron Donald, BA (summer intern, Program for LGBTI Health)          2014

Jamieson Jann, BA (summer intern, Program for LGBTI Health)          2014

# SERVICE
**CURRENT MEMBERSHIPS:**
Society of Biological Psychiatry

**DEPARTMENTAL, INSTITUTIONAL, AND DISCIPLINARY SERVICE:**

| | |
|---|---|
| Editorial Board, *Journal of Mood and Anxiety Disorders* | 2023-present |
| Member, Grand Rounds Committee<br>Department of Psychiatry, UMass Chan Medical School | 2023-present |
| Interviewer, Graduate School of Biomedical Sciences<br>UMass Chan Medical School | 2023-present |
| Co-Director, NeuroNexus Institute<br>UMass Chan Medical School | 2022-present |
| Co-chair, Diversity, Equity and Inclusion Committee<br>Society of Biological Psychiatry | 2021-present |
| Member, LGBTQIA+ Task Force<br>American College of Neuropsychopharmacology | 2021-present |
| Editorial Board, *Bulletin of Applied Transgender Studies* | 2021-present |
| Grant Reviewer, Lesbian Health Fund, GLMA | 2021 |
| Member, Diversity, Equity, and Inclusion Committee<br>Department of Psychiatry University of Pittsburgh School of Medicine | 2019-2021 |
| Chapter Author, Assessment of Adults with Gender Dysphoria<br>WPATH Standards of Care 8 Committee | 2018-2022 |
| Member, Diversity and Inclusion Committee<br>Society of Biological Psychiatry | 2018-2021 |
| *Ad Hoc* Member, Diversity and Inclusion Task Force<br>American College of Neuropsychopharmacology | 2020-2021 |
| Member, Cross-Network Transgender Working Group,<br>NIH Office of HIV/AIDS Network Coordination | 2017-2019 |
| Co-Founder, Trans Buddy Pittsburgh | 2016-2018 |
| Student Representative, Vanderbilt Brain Institute Diversity Committee | 2015-2016 |
| Founding Director, The Trans Buddy Program Nashville | 2014-2016 |
| Co-Director, Vanderbilt  School of Medicine Program for LGBTI Health | 2014-2015 |
| Assoc. Director, Vanderbilt School of Medicine Program for LGBTI Health | 2013-2014 |

| | |
|---|---|
| Associate Editor, *Vanderbilt Reviews Neuroscience* | 2013-2014 |
| President, Vanderbilt Neuroscience Student Organization | 2013-2014 |
| Member, Vanderbilt Neuroscience Organization Academic Committee | 2012-2013 |
| Board Member, Vanderbilt School of Medicine Program for LGBTI Health | 2012-2013 |
| Affiliate, Vanderbilt Kennedy Center | 2011-2016 |

**AD HOC PEER REVIEW:**
*Acta Psychologica; American Journal of Psychiatry; American Journal of Sexuality Education; Annals of Internal Medicine; Biological Psychiatry: Cognitive Neuroscience Neuroimaging; BJOG: An International Journal of Obstetrics and Gynaecology; Bipolar Disorder; Brain and Behavior; Child Abuse & Neglect; Development and Psychopathology; Developmental Cognitive Neuroscience; Frontiers in Neuroscience; Frontiers in Sociology; Human Brain Mapping; Journal of Affective Disorders; Journal of Autism and Developmental Disorders; Journal of Homosexuality; Journal of Medical Systems; Journal of Neuroscience Research; Journal of Psychiatry, Depression, and Anxiety; LGBT Health; Molecular Autism; NeuroImage; Neuropsychologia; Neuropsychopharmacology; Neuroscience Letters; Psychiatry Research: Neuroimaging; PLOS One; Psychological Medicine; Psychology of Violence; Psychoneuroendocrinology; Scientific Reports; Schizophrenia Research; Transgender Health*

## REFERENCES

Mary L. Phillips, MD, MD (CANTAB), Pittsburgh Foundation-Emmerling Endowed Chair in Psychotic Disorders, Professor, Department of Psychiatry, University of Pittsburgh School of Medicine. email: phillipsml@upmc.edu

Jay C. Fournier, PhD, Associate Professor, Department of Psychiatry & Behavioral Health, The Ohio State University. email: jay.fournier@osumc.edu

Hilary P. Blumberg, MD, John and Hope Furth Professor of Psychiatric Neuroscience, Professor Departments of Psychiatry and Radiology and Biomedical Imaging, Yale School of Medicine. email: hilary.blumberg@yale.edu

# Exhibit B
*Bibliography*

**BIBLIOGRAPHY**

Aldridge, Z., Patel, S., Guo, B., Nixon, E., Pierre Bouman, W., Witcomb, G. L., & Arcelus, J. (2021). Long-term effect of gender-affirming hormone treatment on depression and anxiety symptoms in transgender people: A prospective cohort study. *Andrology*, *9*(6), 1808–1816. https://doi.org/10.1111/andr.12884

Anacker, C., Sydnor, E., Chen, B. K., LaGamma, C. C., McGowan, J. C., Mastrodonato, A., Hunsberger, H. C., Shores, R., Dixon, R. S., McEwen, B. S., Byne, W., Meyer-Bahlburg, H. F. L., Bockting, W., Ehrhardt, A. A., & Denny, C. A. (2021). Behavioral and neurobiological effects of GnRH agonist treatment in mice-potential implications for puberty suppression in transgender individuals. *Neuropsychopharmacology*, 46(5), 882–890. https://doi.org/10.1038/s41386-020-00826-1

Arain, M., Haque, M., Johal, L., Mathur, P., Nel, W., Rais, A., Sandhu, R., Sharma, S. (2013). Maturation of the adolescent brain. *Neuropsychiatric Disease Treatment, 9,* 449-461.

Bauer, G.R., Lawson, M.L.,Metzger, D.L., Trans Youth CAN! Research Team. (2022). Do clinical data from transgender adolescents support the phenomenon of "rapid onset gender dysphoria"?. *J Pediatrics,* 243, 224-227.

Beking, T., Burke, S. M., Geuze, R. H., Staphorsius, A. S., Bakker, J., Groothuis, A. G. G., & Kreukels, B. P. C. (2020). Testosterone effects on functional amygdala lateralization: A study in adolescent transgender boys and cisgender boys and girls. *Psychoneuroendocrinology*, *111*, 104461. https://doi.org/10.1016/j.psyneuen.2019.104461

Byrnes, J. P. (2002). The development of decision-making. *Journal of Adolescent Health*, *31*(6, Supplement), 208–215. https://doi.org/10.1016/S1054-139X(02)00503-7

Chein, J., Albert, D., O'Brien, L., Uckert, K., & Steinberg, L. (2011). Peers increase adolescent risk taking by enhancing activity in the brain's reward circuitry. *Developmental Science*, *14*(2), F1-10.

Chen, D., Berona, J., Chan, Y. M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A., Rosenthal, S. M., Tishelman, A. C., & Olson-Kennedy, J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *The New England journal of medicine*, *388*(3), 240–250. https://doi.org/10.1056/NEJMoa2206297

de Vries, A. L., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *The journal of sexual medicine*, *8*(8), 2276–2283. https://doi.org/10.1111/j.1743-6109.2010.01943.x

de Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*, *134*(4), 696–704. https://doi.org/10.1542/peds.2013-2958

Dhejne, C., Van Vlerken, R., Heylens, G., & Arcelus, J. (2016). Mental health and gender dysphoria: A review of the literature. *International review of psychiatry (Abingdon, England)*, *28*(1), 44–57. https://doi.org/10.3109/09540261.2015.1115753

DuBois, L. Z., Gibb, J. K., Juster, R. P., & Powers, S. I. (2021). Biocultural approaches to transgender and gender diverse experience and health: Integrating biomarkers and advancing gender/sex research. *American journal of human biology : the official journal of the Human Biology Council*, *33*(1), e23555. https://doi.org/10.1002/ajhb.23555

DuBois, L. Z., & Juster, R. P. (2022). Lived experience and allostatic load among transmasculine people living in the United States. *Psychoneuroendocrinology*, *143*, 105849. https://doi.org/10.1016/j.psyneuen.2022.105849

Edmiston, E. K., & Juster, R. P. (2022). Refining Research and Representation of Sexual and Gender Diversity in Neuroscience. *Biological psychiatry. Cognitive neuroscience and neuroimaging*, *7*(12), 1251–1257. https://doi.org/10.1016/j.bpsc.2022.07.007

Figner, B., Mackinlay, R. J., Wilkening, F., & Weber, E. U. (2009). Affective and deliberative processes in risky choice: Age differences in risk taking in the Columbia Card Task. *Journal of Experimental Psychology: Learning, Memory, and Cognition*, *35*, 709–730. https://doi.org/10.1037/a0014983

Godfrey, J. R., Howell, B. R., Mummert, A., Shi, Y., Styner, M., Wilson, M. E., & Sanchez, M. (2023). Effects of social rank and pubertal delay on brain structure in female rhesus macaques. *Psychoneuroendocrinology*, *149*, 105987. https://doi.org/10.1016/j.psyneuen.2022.105987

Grannis, C., Leibowitz, S. F., Gahn, S., Nahata, L., Morningstar, M., Mattson, W. I., Chen, D., Strang, J. F., & Nelson, E. E. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology*, *132*, 105358. https://doi.org/10.1016/j.psyneuen.2021.105358

Guassi Moreira, J. F., & Telzer, E. H. (2018). Mother still knows best: Maternal influence uniquely modulates adolescent reward sensitivity during risk taking. *Developmental Science*, *21*(1), e12484. https://doi.org/10.1111/desc.12484

Hartley, C. A., & Somerville, L. H. (2015). The neuroscience of adolescent decision-making. *Current Opinion in Behavioral Sciences*, *5*, 108–115.

Holder, M. K., & Blaustein, J. D. (2014). Puberty and adolescence as a time of vulnerability to stressors that alter neurobehavioral processes. *Frontiers in neuroendocrinology*, *35*(1), 89–110. https://doi.org/10.1016/j.yfrne.2013.10.004

Icenogle, G., & Cauffman, E. (2021). Adolescent decision making: A decade in review. *Journal of Research on Adolescence*, *31*(4), 1006–1022. https://doi.org/10.1111/jora.12608

Lebel, C., & Beaulieu, C. (2011). Longitudinal development of human brain wiring continues from childhood into adulthood. *The Journal of neuroscience: the official journal of the Society for Neuroscience*, *31*(30), 10937–10947. https://doi.org/10.1523/JNEUROSCI.5302-10.2011

Levine, R.N., Erickson-Schroth, L., Edmiston, E.K. (2022). Biological studies of transgender identity: a critical review. *J Gay & Lesbian Mental Health,* https://doi.org/10.1080/19359705.2022.2127042

Marek, S., Hwang, K., Foran, W., Hallquist, M. N., & Luna, B. (2015). The Contribution of Network Organization and Integration to the Development of Cognitive Control. *PLoS biology*, *13*(12), e1002328. https://doi.org/10.1371/journal.pbio.1002328

McQuillan, M. T., Kuhns, L. M., Miller, A. A., McDade, T., & Garofalo, R. (2021). Gender Minority Stress, Support, and Inflammation in Transgender and Gender-Nonconforming Youth. *Transgender health*, *6*(2), 91–100. https://doi.org/10.1089/trgh.2020.0019

Nota, N.M., Kreukels, B.P.C., den Heijer, M., Veltman, D.J., Cohen-Kettenis, P.T., Burke, S.M., Bakker, J. (2017). Brain functional connectivity patterns in children and adolescents with gender dysphoria: sex-atypical or not? *Psychoneuroendocrinology, 86,* 187-195. https://doi.org/10.1016/j.psyneuen.2017.09.014

Nuruddin, S., Krogenæs, A., Brynildsrud, O. B., Verhaegen, S., Evans, N. P., Robinson, J. E., Haraldsen, I. R., & Ropstad, E. (2013). Peri-pubertal gonadotropin-releasing hormone agonist treatment affects sex biased gene expression of amygdala in sheep. *Psychoneuroendocrinology*, *38*(12), 3115–3127. https://doi.org/10.1016/j.psyneuen.2013.09.011

Nuruddin, S., Wojniusz, S., Ropstad, E., Krogenæs, A., Evans, N. P., Robinson, J. E., Solbakk, A. K., Amiry-Moghaddam, M., Haraldsen, I. R., & Sex On Brain European Research Group – SOBER (2013). Peri-pubertal gonadotropin-releasing hormone analog treatment affects hippocampus gene expression without changing spatial orientation in young sheep. *Behavioural brain research*, *242*, 9–16. https://doi.org/10.1016/j.bbr.2012.12.027

O'Brien, L., Albert, D., Chein, J., & Steinberg, L. (2011). Adolescents Prefer More Immediate Rewards When in the Presence of their Peers. *Journal of Research on Adolescence*, *21*(4), 747–753. https://doi.org/10.1111/j.1532-7795.2011.00738.x

Potter, A., Dube, S., Allgaier, N., Loso, H., Ivanova, M., Barrios, L. C., Bookheimer, S., Chaarani, B., Dumas, J., Feldstein-Ewing, S., Freedman, E. G., Garavan, H., Hoffman, E., McGlade, E., Robin, L., & Johns, M. M. (2021). Early adolescent gender diversity and mental health in the Adolescent Brain Cognitive Development study. *Journal of child psychology and psychiatry, and allied disciplines*, *62*(2), 171–179. https://doi.org/10.1111/jcpp.13248

Randall, A. B., van der Star, A., Pennesi, J. L., Siegel, J. A., & Blashill, A. J. (2022). Gender identity-based disparities in self-injurious thoughts and behaviors among pre-teens in the United States. *Suicide & life-threatening behavior*, 10.1111/sltb.12937. Advance online publication. https://doi.org/10.1111/sltb.12937

Schleim, S., & Roiser, J. P. (2009). FMRI in translation: the challenges facing real-world applications. *Frontiers in human neuroscience*, *3*, 63. https://doi.org/10.3389/neuro.09.063.2009

Simons-Morton, B. G., Ouimet, M. C., Zhang, Z., Klauer, S. E., Lee, S. E., Wang, J., Chen, R., Albert, P., & Dingus, T. A. (2011). The Effect of Passengers and Risk-Taking Friends on Risky Driving and Crashes/Near Crashes Among Novice Teenagers. *Journal of Adolescent Health*, *49*(6), 587–593. https://doi.org/10.1016/j.jadohealth.2011.02.009

Smith, A. R., Chein, J., & Steinberg, L. (2014). Peers Increase Adolescent Risk Taking Even When the Probabilities of Negative Outcomes Are Known. *Developmental Psychology*, *50*(5), 1564–1568. https://doi.org/10.1037/a0035696

Soleman, R. S., Staphorsius, A. S., Cohen-Kettenis, P. T., Lambalk, C. B., Veltman, D. J., van Trotsenburg, M. A., Hompes, P. G., Drent, M. L., de Ronde, W. P., & Kreukels, B. P. (2016). Oestrogens are Not Related to Emotional Processing: a Study of Regional Brain Activity in Female-to-Male Transsexuals Under Gonadal Suppression. *Cerebral cortex (New York, N.Y. : 1991)*, *26*(2), 510–516. https://doi.org/10.1093/cercor/bhu201

Soleman, R. S., Schagen, S. E., Veltman, D. J., Kreukels, B. P., Cohen-Kettenis, P. T., Lambalk, C. B., Wouters, F., & Delemarre-van de Waal, H. A. (2013). Sex differences in verbal fluency during adolescence: a functional magnetic resonance imaging study in gender dysphoric and control boys and girls. *The journal of sexual medicine*, *10*(8), 1969–1977. https://doi.org/10.1111/jsm.12083

Staphorsius, A.S., Kreukels, B.P.C., Cohen-Kettenis, P.T., Veltman, D.J., Burke, S.M., Schagen, S.E.E., Wouters, F.M., Delemarre-van de Waal, H.A., Bakker, J. (2015). Puberty suppression and executive functioning: an fMRI-study in adolescents with gender dysphoria. *Psychoneuroendocrinology*, *56*, 190-199. https://doi.org/10.1016/j.psyneuen.2015.03.007

Tervo-Clemmens, B., Calabro, F.J., Parr, A.C., Fedor, J., Foran, W., Luna, B. (2022). A canonical trajectory of executive function maturation during the transition from adolescence to adulthood. *Preprint*, https://psyarxiv.com/73yfv/.

van Heesewijk, J., Steenwijk, M. D., Kreukels, B. P. C., Veltman, D. J., Bakker, J., & Burke, S. M. (2022). Alterations in the inferior fronto-occipital fasciculus - a specific neural correlate of gender incongruence?. *Psychological medicine*, 1–10. Advance online publication. https://doi.org/10.1017/S0033291721005547

Watkins, M. W., & Smith, L. G. (2013). Long-term stability of the Wechsler Intelligence Scale for Children--Fourth Edition. *Psychological assessment*, *25*(2), 477–483. https://doi.org/10.1037/a0031653

Weigard, A., Chein, J., Albert, D., Smith, A., & Steinberg, L. (2014). Effects of anonymous peer observation on adolescents' preference for immediate rewards. *Developmental Science*, *17*(1), 71–78. https://doi.org/10.1111/desc.12099

White Hughto, J. M., Reisner, S. L., & Pachankis, J. E. (2015). Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. *Social science & medicine (1982)*, *147*, 222–231. https://doi.org/10.1016/j.socscimed.2015.11.010

Wojniusz, S., Vögele, C., Ropstad, E., Evans, N., Robinson, J., Sütterlin, S., Erhard, H. W., Solbakk, A. K., Endestad, T., Olberg, D. E., & Haraldsen, I. R. (2011). Prepubertal gonadotropin-releasing hormone analog leads to exaggerated behavioral and emotional sex differences in sheep. *Hormones and behavior*, *59*(1), 22–27. https://doi.org/10.1016/j.yhbeh.2010.09.010

Wojniusz, S., Ropstad, E., Evans, N., Robinson, J., Solbakk, A. K., Endestad, T., & Haraldsen, I. R. (2013). Sex-specific development of spatial orientation is independent of peripubertal gonadal steroids. *Psychoneuroendocrinology*, *38*(9), 1709–1716. https://doi.org/10.1016/j.psyneuen.2013.02.005

Wolff, J. M., & Crockett, L. J. (2011). The Role of Deliberative Decision Making, Parenting, and Friends in Adolescent Risk Behaviors. *Journal of Youth and Adolescence*, *40*(12), 1607–1622. https://doi.org/10.1007/s10964-011-9644-8