# EXHIBIT E



**Debbie Hayton** 🏳️‍⚧️🏳️‍🌈✅ @DebbieHayton · Oct 11, 2018

Meanwhile, vulnerable children are at risk. Books at infants suggest that if a girl likes doing "boy" things then she might be a boy. Present and future female scientists take note!

(tagging in @sophiescott)   [12/19]



thepinknews.com
Incredible new children's book tells story of transgender boy
"Jackie doesn't like dresses or her long hair, and she would rather be called Jack."

💬 2      🔁 13      ♥ 55      📊      📤

This Tweet was deleted by the Tweet author. Learn more



**Prof Sophie Scott CBE** ✅
@sophiescott

The book says that girls who like bugs and wear super hero cakes and who don't like pink dresses, are in fact boys. I think that's your cheap shot, right there.

---

**New to Twitter?**

Sign up now to get your own personalized timeline!

[G Sign up with Google]

[🍎 Sign up with Apple]

[Create account]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**





**Prof Sophie Scott ...** ✅    [Follow]
@sophiescott

Director @UCL_ICN. 0.5 of @neuromantics1. RI Xmas Lecturer 2017. Pointless Answer. Dig where you stand. Looking into the dark sea, seeing only brightness.



**Debbie Hayton** 🏳️‍⚧️... ✅    [Follow]
@DebbieHayton

Physics teacher, trade unionist and journalist; transsexual; PhD; ISTJ; NUFC. Personal Tweets. Link to my journalism:
muckrack.com/debbiehayton

**What's happening**

NBA · Last night



