# EXHIBIT F



Prof Sophie Scott CBE ✓
@sophiescott

Oh god.

Bo @Bozenka_2023 · Sep 20, 2016
WHAT THE EVER LOVING FUCK?! A US scholarship ostensibly for #womeninstem.
Men can apply if they 'identify' as female scienceambassadorscholarship.org

APPLY

| Name | 🔲 |
|---|---|

Email

Name and Location of Current School

Field of Study

Intended Year of College Graduation

Public YouTube Link

☐ I plan to attend or am currently attending
college in the U.S.

☐ I identify as a woman in a way that's
significant to me

SUBMIT

5:00 AM · Sep 20, 2016

12 Retweets    2 Quotes    21 Likes

Tweet your reply                                    Reply

Oliver Robinson @olijrobinson · Sep 20, 2016
Replying to @sophiescott
Isn't this just an attempt to avoid discriminating against transgender
women? (who face v. significant discrimination)
3

Prof Sophie Scott CBE ✓ @sophiescott · Sep 20, 2016
Replying to @olijrobinson

### Relevant people

Prof Sophie Scott ... ✓    Follow
@sophiescott
Director @UCL_ICN. 0.5 of
@neuromantics1. RI Xmas Lecturer
2017. Pointless Answer. Dig where you
stand. Looking into the dark sea,
seeing only brightness.

Bo                          Follow
@Bozenka_2023
Give me strength

### What's happening

MLB · LIVE
Blue Jays at Royals

#SuperMarioMovie🍄
Only in Theaters Now – Get Tickets!
Promoted by The Super Mario Bros. Movie

Trending in United States
Mike Pence
18.5K Tweets

Trending in United States
Gizelle
1,328 Tweets

Sports · Trending
Gruesome Twosome

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2023 Twitter, Inc.