## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

AUGUST DEKKER, et al.,

*Plaintiffs*,

v.

JASON WEIDA, et al.,

*Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## EXPERT REPORT OF DAN H. KARASIC, M.D.

I, Dan H. Karasic, M.D., hereby declare and state as follows:

1. I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2. I am over the age of 18. I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

## I.    BACKGROUND AND QUALIFICATIONS

### A.    Qualifications

3. The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae ("CV"). A true and correct copy of my CV is attached as **Exhibit A**.

4.      I am a Professor Emeritus of Psychiatry at the University of California – San Francisco (UCSF) Weill Institute for Neurosciences.  I have been on faculty at UCSF since 1991.  I have also had a telepsychiatry private practice since 2020.

5.      I received my Doctor of Medicine (M.D.) degree from the Yale Medical School in 1987. In 1991, I completed my residency in psychiatry at the University of California – Los Angeles (UCLA) Neuropsychiatric Institute, and from 1990 to 1991, I was a postdoctoral fellow in a training program in mental health services for persons living with AIDS at UCLA.

6.      For over 30 years, I have worked with patients with gender dysphoria. I am a Distinguished Life Fellow of the American Psychiatric Association and currently the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, as well as the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

7.      Over the past 30 years, I have provided care for thousands of transgender patients. For 17 years, I was the psychiatrist for the Dimensions Clinic for transgender youth in San Francisco.  The clinic treats trans youth 12-25 years old.

8.      I previously sat on the Board of Directors of the World Professional Association for Transgender Health (WPATH) and am a co-author of WPATH's *Standards of Care for the Health of Transsexual, Transgender, and Gender*

2

*Nonconforming People*, Versions 7 and 8, which are the internationally accepted guidelines designed to promote the health and welfare of transgender, transsexual, and gender variant persons. For the Version 8, I was the lead author on the Mental Health chapter.

9.      As a member of the WPATH Global Education Initiative, I helped develop a specialty certification program in transgender health and helped train over 2,000 health care providers.

10.     At UCSF, I developed protocols and outcome measures for the Transgender Surgery Program at the UCSF Medical Center. I also served on the Medical Advisory Board for the UCSF Center of Excellence for Transgender Care and co-wrote the mental health section of the original *Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People* and the revision in 2016.

11.     I have also worked with the San Francisco Department of Public Health, having helped develop and implement their program for the care of transgender patients and for mental health assessments for gender-affirming surgery. I served on the City and County of San Francisco Human Rights Commission's LGBT Advisory Committee, and I have been an expert consultant for California state agencies and on multiple occasions for the United Nations Development Programme on international issues in transgender care.

12.     I have held numerous clinical positions concurrent to my clinical professorship at UCSF. Among these, I served as an attending psychiatrist for San Francisco General Hospital's consultation-liaison service for AIDS care, as an outpatient psychiatrist for HIV-AIDS patients at UCSF, as a psychiatrist for the Transgender Life Care Program and the Dimensions Clinic at Castro Mission Health Center, and the founder and co-lead of the UCSF Alliance Health Project's Transgender Team. In these clinical roles, I specialized in the evaluation and treatment of transgender, gender dysphoric, and HIV-positive patients. I also regularly provide consultation on challenging cases to psychologists and other psychotherapists working with transgender and gender dysphoric patients. I have been a consultant in transgender care to the California Department of State Hospitals and am currently a consultant for the California Department of Corrections and Rehabilitation on the care of incarcerated transgender people.

13.     As part of my psychiatric practice treating individuals diagnosed with gender dysphoria and who receive other medical and surgical treatment for that condition, as well as a co-author of the WPATH Standards of Care and UCSF's *Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People*, I am and must be familiar with additional aspects of medical care for the diagnosis of gender dysphoria, beyond mental health treatment, assessment, and diagnosis.

4

14.     In addition to this work, I have done research on the treatment of depression. I have authored many articles and book chapters and edited the book *Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation*.

15.     Since 2018, I have performed over 100 independent medical reviews for the State of California to determine the medical necessity of transgender care in appeals of denial of insurance coverage.

### B.     Compensation

16.     I am being compensated for my work on this matter at a rate of $400.00 per hour for preparation of declarations and expert reports. I will be compensated $3,200.00 per day for any deposition testimony or trial testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

### C.     Previous Testimony

17.     Over the past four years, I have given expert testimony at trial or by deposition in the following cases: *C.P. v. Blue Cross Blue Shield of Illinois*, No. 3:20-cv-06145-RJB (W.D. Wash.); *Kadel v. Folwell*, No. 1:19-cv-00272 (M.D.N.C.); *Fain v. Crouch*, 3:20-cv-00740 (S.D.W. Va.); and *Brandt v. Rutledge*, No. 4:21-cv-00450 (E.D. Ark.). To the best of my recollection, I have not given expert testimony at a trial or at a deposition in any other case during this period.

## II.    BASES FOR OPINIONS

18.    In preparing this report, I have relied on my training and years of research and clinical experience, as set out in my curriculum vitae, and on the materials listed therein, as documented in my curriculum vitae, which is attached hereto as **Exhibit A**.

19.    I have also reviewed the materials listed in the bibliography attached hereto as **Exhibit B**.  The sources cited therein include authoritative, scientific peer-reviewed publications. They include the documents specifically cited as supportive examples in particular sections of this report.

20.    Additionally, I have reviewed Florida's Administrative Rule governing the determination of generally accepted professional medical standards under Florida Medicaid coverage (Fla. Admin. Code R. 59G-1.035); the Florida Medicaid Generally Accepted Professional Medical Standards (GAPMS) Determination on the Treatment of Gender Dysphoria published by Florida's Agency for Health Care Administration (AHCA) in June 2022, along with its attachments, including the reports of Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch (Attachment C), Dr. James Cantor (Attachment D), Dr. Quentin Van Meter (Attachment E), Dr. Patrick Lappert (Attachment F), and Dr. G. Kevin Donovan (Attachment G) (hereinafter, "GAPMS Memo"); and Fla. Admin. Code. R. 59G-1.050(7) which prohibits Medicaid coverage of puberty-delaying medications (commonly referred

6

to as "puberty blockers"), hormone and hormone antagonists, "sex reassignment" surgeries, and any other procedures that alter primary or secondary sexual characteristics, on the basis that the services do not meet Florida's definition of "medical necessity" for purposes of its Medicaid program.

21.     The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

## III.   EXPERT OPINIONS

### A.    Gender Identity

22.     Sex assigned at birth refers to the sex assigned to a person at the time of their birth, typically based on the appearance of external genital characteristics. While the terms "male sex" and "female sex" are sometimes used in reference to a person's genitals, chromosomes, and hormones, the reality is that sex is complicated and multifactorial. Aside from external genital characteristics, chromosomes, and endogenous hormones, other factors related to sex include gonads, gender identity, and variations in brain structure and function. Because these factors may not always be in alignment as typically male or typically female, "the terms biological sex and

biological male or female are imprecise and should be avoided." (Hembree, et al., 2017).

23.     Gender identity is "a person's deeply felt, inherent sense of being a girl, woman, or female; a man, or male; a blend of male or female; or an alternative gender" (American Psychological Association, 2015, at 834). Gender identity does not always align with sex assigned at birth.  Gender identity, which has biological bases, is not a product of external influence and not subject to voluntary change. As documented by multiple leading medical authorities, efforts to change a person's gender identity are ineffective, can cause harm, and are unethical. (American Psychological Association, 2021; Byne, et al., 2018; Coleman, et al., 2022).

**B.     Gender Dysphoria**

24.     The term "gender dysphoria" is distress related to the incongruence between one's gender identity and attributes related to one's sex assigned at birth.

25.     The diagnosis of Gender Dysphoria in the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision* (DSM-5-TR) (DSM-5 released in 2013 and DSM-5-TR released in 2022), involves two major diagnostic criteria for adolescents and adults:

A.     A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as

8

manifested by at least two of the following (one of which must be Criterion A1):

1.  A marked incongruence between one's experienced/expressed gender and primary or secondary sex characteristics.

2.  A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender.

3.  A strong desire for the primary and/or secondary sex characteristics of the other gender.

4.  A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

5.  A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

6.  A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

B.  The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

9

26.     Given that gender dysphoria can cause such distress, many transgender individuals face depression, anxiety, and higher rates of suicidality than cisgender people.  This is noted both in adults and adolescents.  However, gender dysphoria is a condition that is highly amenable to treatment, and the prevailing treatment for it is highly effective.  These risks decline when transgender individuals are supported and live according to their gender identity. And with access to medically indicated care, transgender people can experience significant and potentially complete relief from their symptoms of gender dysphoria.  Not only is this documented in scientific literature and published data, but I witness this each time I see my patients being supported by their community, family, school, and medical providers.

### C.     Evidence-Based Guidelines for Treatment of Gender Dysphoria

27.     The World Professional Association of Transgender Health (WPATH) has issued *Standards of Care for the Health of Transgender and Gender Diverse People* ("WPATH SOC") since 1979. The current version is WPATH SOC 8, published in 2022. The WPATH SOC provide guidelines for multidisciplinary care of transgender individuals and describes criteria for medical interventions to treat gender dysphoria, including hormone treatment and surgery when medically indicated.

28.     The SOC 8 is based upon a more rigorous and methodological evidence-based approach than previous versions. (Coleman, et al., 2022). This

evidence is not only based on the published literature (direct as well as background evidence) but also on consensus-based expert opinion. Its recommendations are evidence-based, informed by a systematic review of evidence and an assessment of the benefits and harms of alternative care options. The process for development of the SOC 8 incorporated recommendations on clinical practice guideline development from the National Academies of Medicine and The World Health Organization. Its recommendations were graded using a modified GRADE methodology (Guyatt, et al., 2011), considering the available evidence supporting interventions, risks and harms, and feasibility and acceptability.

29.     While SOC 8 includes important updates, it does not change the substance of any of the opinions I expressed in my previous declaration. Indeed, SOC 8 continues to recommend the provision of medical interventions, such as puberty blockers, hormone therapy, and surgery, as medically appropriate and necessary treatments for gender dysphoria, based on an individual patient's needs.

30.     WPATH SOC 8 also states, "Gender identity change efforts (gender reparative or gender conversion programs aimed at making the person cisgender) are widespread, cause harm to TGD people, and (like efforts targeting sexual orientation) are considered unethical." (Coleman, et al., 2022).

31.     A clinical practice guideline from the Endocrine Society (the Endocrine Society Guidelines) provides similar protocols for the medically necessary treatment of gender dysphoria. (Hembree, et al., 2017).

32.     Guidelines from other organizations, including those developed by the UCSF Center of Excellence for Transgender Care, also list similar protocols for the medically necessary treatment of gender dysphoria.

33.     Each of these guidelines are evidence-based and supported by scientific research and literature, as well as extensive clinical experience.

34.     The protocols and policies set forth by the WPATH Standards of Care and the Endocrine Society Guidelines are endorsed and cited as authoritative by the major professional medical and mental health associations in the United States, including the American Medical Association, the American Academy of Pediatrics, the American Psychiatric Association, the American Psychological Association, the American College of Obstetrics and Gynecology, the American College of Physicians, and the World Medical Association, among others.

35.     To be sure, being transgender is widely accepted as a variation in human development and is not considered a mental illness. People who are transgender have no impairment in their ability to be productive, contributing members of society simply because of their transgender status.

a. The American Psychiatric Association's DSM 5 states: Gender dysphoria "is more descriptive than the previous DSM-IV term 'gender identity disorder' and focuses on dysphoria as the clinical problem, not identity per se." (APA, 2013).

b. WPATH SOC 8 states: "The expression of gender characteristics, including identities, that are not stereotypically associated with one's sex assigned at birth is a common and a culturally diverse human phenomenon that should not be seen as inherently negative or pathological. … It should be recognized gender diversity is common to all human beings and is not pathological. However, gender incongruence that causes clinically significant distress and impairment often requires medically necessary clinical interventions." (Coleman, et al. 2022).

c. The American Psychological Association states: "Whereas diversity in gender identity and expression is part of the human experience and transgender and gender nonbinary identities and expressions are healthy, incongruence between one's sex and gender is neither pathological nor a mental health disorder." (American Psychological Association, 2021).

d.   The World Health Organization states: "Gender incongruence has thus broadly been moved out of the 'Mental and behavioural disorders' chapter and into the new 'Conditions related to sexual health' chapter. This reflects evidence that trans-related and gender diverse identities are not conditions of mental ill health, and classifying them as such can cause enormous stigma." (WHO Europe).

36.    Thus, the overarching goal of treatment is to eliminate the distress of gender dysphoria by aligning an individual patient's body and presentation with their internal sense of self. The denial of medically indicated care to transgender people not only results in the prolonging of their gender dysphoria, but causes additional distress and poses other health risks, such as depression, posttraumatic stress disorder, and suicidality. In other words, lack of access to gender-affirming care directly contributes to poorer mental health outcomes for transgender people. (Owen-Smith, et al., 2018).

37.    For patients for whom gender-affirming medical care is indicated, no alternative treatments have been demonstrated to be effective. The American Psychological Association states that gender identity change efforts provide no benefit and instead do harm. (American Psychological Association, 2021).

38.    Accordingly, major medical organizations, such as the American Medical Association, American Psychiatric Association, the Endocrine Society,

American College of Obstetricians and Gynecologists, and American Academy of Family Physicians oppose the denial of this medically necessary care and support public and private health insurance coverage for treatment of gender dysphoria as recommended by the patient's physician. (American Medical Association, 2021; American Psychiatric Association, 2018; Endocrine Society, 2020; American College of Obstetricians and Gynecologists, 2021; American Academy of Family Physicians, 2020).

### D. Treatment of Gender Dysphoria

39.     The WPATH SOC 8 and the Endocrine Society Guidelines establish authoritative protocols for the treatment of gender dysphoria.

40.     In accordance with the WPATH SOC 8 and the Endocrine Society Guidelines, medical interventions to treat gender dysphoria may include treatment with pubertal suppression and/or hormones, and treatment with surgery.

41.     No medical or surgical treatment for gender dysphoria is provided to pre-pubertal children.

42.     Once a patient enters puberty, treatment options include pubertal suppression therapy and gender-affirming hormones. Pubertal blocking involves methods of temporarily suppressing endogenous puberty to alleviate gender dysphoria and give the patient more time to work with their mental health providers to assess treatment needs.   These blockers are reversible medications and once

15

stopped, a patient returns to the stage of pubertal development that had begun when the treatment was initiated.

43.    If a patient is assessed to have a medical need for hormone therapy, gender-affirming hormone therapy involves administering steroids of the experienced sex (i.e., their gender identity), such as testosterone in transgender male individuals and estrogen in transgender female individuals, to treat gender dysphoria later in puberty. The purpose of this treatment is to attain the appropriate masculinization or feminization of the transgender person to achieve a gender phenotype that matches as closely as possible to their gender identity.   For adolescents, this treatment allows patients to have pubertal changes and development consistent with their gender identity. Gender-affirming hormone therapy is a partially reversible treatment in that some of the effects produced by the hormones are reversible (e.g., changes in body fat composition, decrease in facial and body hair) while others are irreversible (e.g., deepening of the voice, decreased testicular mass).

44.    Some transgender individuals need surgical interventions to help bring their phenotype into alignment with their gender. Surgical interventions may include, *inter alia*, vaginoplasty and orchiectomy for transgender female individuals, and chest reconstruction and hysterectomy for transgender male individuals.

45.    According to WPATH SOC 8, "Chest masculinization surgery can be considered in minors when clinically and developmentally appropriate as determined

by a multidisciplinary team experienced in adolescent and gender development"
(Coleman, et al. 2022).

46.     The treatment protocols for gender dysphoria are comparable to those
for other mental health and medical conditions. Indeed, these or similar procedures
are provided for cisgender people with other diagnoses.

### E.     Assessments of Patients with Gender Dysphoria.

47.     WPATH SOC 8 recommends that health care professionals working
with transgender and non-binary adolescents be licensed, hold a postgraduate degree
in relevant clinical field, have received training and developed expertise in working
with children and adolescents, including those with autism spectrum disorder, and
have received training and developed expertise in gender identity and diversity in
youth, and in the ability of youth to assent/consent to care (Coleman, et al., 2022).

48.     WPATH SOC 8 recommends a "comprehensive biopsychosocial
assessment" for adolescents "prior to any medically necessary medical or surgical
intervention" for gender dysphoria. The assessment should include gender identity
development, social development and support, diagnostic assessment of co-
occurring mental health or developmental concerns, and capacity for decision-
making (Coleman, et al., 2022).

49.     For assessing an adult for gender-affirming medical care, WPATH
SOC 8 states that the health professional should be licensed and trained in identifying

17

gender dysphoria as well as co-existing mental health and psychosocial concerns, and that medical or surgical treatment should only be recommended when "gender incongruence is marked and sustained," when there is capacity for consent, when other conditions that might affect outcomes have been assessed, and when diagnostic criteria for Gender Dysphoria of DSM 5-TR (in the US) or Gender Incongruence of ICD-11(outside the US) are met.

50.    Before gender affirming care is provided, WPATH SOC 8 recommends that impacts on fertility of care, and fertility preservation options be discussed thoroughly with the patient, and in the case of a minor, with parents or guardians.

51.    Affirming care for transgender youth does not mean steering them in any particular direction, but rather supporting them through their period of exploration of gender expression and increasing self-awareness of their identity (Ehrensaft, 2017). WPATH SOC 8 states, "We recommend health professionals working with gender diverse adolescents facilitate the exploration and expression of gender openly and respectfully so that no one particularly in favored." (Coleman, et al., 2022). WPATH SOC 8 states "For some youth, obtaining gender-affirming medical care is important while for others these steps might not be necessary." (Coleman, et al., 2022). In my clinical experience, some adolescent patients have a critical need for medical interventions at or at some point after the onset of puberty

and others do not. As with all medical interventions, it is highly individualized and responsive to the particular medical and mental health needs of each patient.

52.     The Endocrine Society Guidelines state that only "[mental health professionals] who ha[ve] training/experience in child and adolescent gender development (as well as child and adolescent psychopathology) should make the diagnosis," which usually includes "a complete psychodiagnostic assessment." (Hembree, et al., 2017, at 3877). It further provides that because gender dysphoria "may be accompanied with psychological or psychiatric problems" it is necessary that clinicians involved in diagnosis and psychosocial assessment meet specific competency requirements and that they undertake or refer for appropriate psychological or psychiatric treatment. *Id.*, at 3876. And "in cases in which severe psychopathology" "interfere[s] with diagnostic work or make[s] satisfactory treatment unlikely, clinicians should assist the adolescent in managing these other issues." *Id*.

### F.     Gender-Affirming Medical and Surgical Care Is Safe and Effective.

53.     Gender-affirming medical and surgical interventions in accordance with the WPATH SOC and Endocrine Society Guidelines are widely recognized in the medical community as safe, effective, and medically necessary for many transgender people with gender dysphoria. (See American Academy of Pediatrics, 2018; the American Medical Association, 2021; the Endocrine Society, 2020; the

Pediatric Endocrine Society, 2021; the American Psychiatric Association, 2018; the American Psychological Association, 2021; the American Congress of Obstetricians and Gynecologists, 2021; the American Academy of Family Physicians, 2020; WPATH, 2016).

54.     There is substantial evidence that gender-affirming medical and surgical care is effective in treating gender dysphoria. This evidence includes scientific studies assessing mental health outcomes for transgender people who are treated with these interventions, including adolescents, and decades of clinical experience.

55.     The research and studies supporting the necessity, safety, and effectiveness of medical and surgical care for gender dysphoria are the same type of evidence-based data that the medical community routinely relies upon when treating other medical conditions.

56.     Medical treatment for gender dysphoria has been studied for over half a century, and there is substantial evidence that it improves quality of life and measures of mental health. (Aldridge et al., 2021; Almazan, et al., 2021; Baker et al., 2021; Murad, et al., 2010; Nobili et al., 2018; Pfafflin & Junge, 1998; T'Sjoen et al. 2019; van de Grift et al., 2018; White Hughto and Reisner, 2016; Wierckx et al., 2014).

57.     A systematic review of 20 studies showed improved quality of life, decreased depression, and decreased anxiety with hormonal treatment in transgender people. (Baker, et al., 2021). Another systematic review showed improvement in mental health and quality of life measures in transgender people with hormonal treatment (White Hughto and Reisner, 2016). In the United Kingdom, one study demonstrated that depression and anxiety were substantially reduced over 18 months of gender-affirming hormonal treatment. (Aldridge, et al., 2021). In a secondary analysis of data from the US Transgender Survey, having had genital surgery was associated with decreased psychological distress and suicidal ideation. (Almazan, et al., 2021). In transgender patients followed 4-6 years after surgery, satisfaction was very high (over 90%) and regret was low. (van de Grift et al., 2018). The Cornell "What We Know" systematic review of 55 studies from 1991-2017 strongly supported that gender-affirming hormone and surgical treatment improved the well-being of transgender individuals. (What We Know, 2018).

58.     Transgender people have been benefiting from gender-affirming medical and surgical care for decades. Researchers interviewed fifteen transgender people 40 years after they had received gender-affirming surgical care at University of Virginia. Participants reported continued benefits over 40 years from gender affirming care, including improved mental health, reduced suicidality, reduced

gender dysphoria, and high patient satisfaction, with no reported cases of regret (Park, et al. 2022).

59.     The studies on gender-affirming medical care for treatment of dysphoria are consistent with decades of clinical experience of mental health providers across the U.S. and around the world. At professional conferences and other settings in which I interact with colleagues, clinicians report that gender-affirming medical care, for those for whom it is indicated, provides great clinical benefit. In my 30 years of clinical experience treating gender dysphoric patients, I have seen the benefits of gender-affirming medical care on my patients' health and well-being. I have seen many patients show improvements in mental health, as well as in performance in school, in social functioning with peers, and in family relationships when they experience relief from gender dysphoria with gender-affirming medical care.

60.     Accordingly, treatments for gender dysphoria are not considered elective or cosmetic. Indeed, as WPATH (2016) states, "The medical procedures attendant to gender-affirming/confirming surgeries are not 'cosmetic' or 'elective' or 'for the mere convenience of the patient.' These reconstructive procedures are not optional in any meaningful sense but are understood to be medically necessary for the treatment of the diagnosed condition. In some cases, such surgery is the only

effective treatment for the condition, and for some people genital surgery is essential and life-saving."

61.     As part of the treatment process for gender dysphoria, patients provide informed consent to their care.  In addition, a treating doctor will not offer gender-affirming medical treatments unless they have concluded after weighing the risks and benefits of care for the specific patient that treatment is appropriate.  The risks and benefits of care are discussed with the transgender patient, who must consent or assent, as appropriate. This process is no different than the informed consent process for other medical treatments. However, for gender-affirming medical care, there is the additional safeguard of the recommended assessments by a health care professional, who must not only be experienced in the assessment of gender dysphoria, but also in the assessment of a patient's capacity to consent/assent to treatment and ability to understand the risks and benefits of treatment. Indeed, SOC 8 notes that mental health professionals are the best positioned practitioners to conduct these assessments for adolescents and also recommends, for all patients, that a mental health professional address any mental health issues that may interfere with a patient's ability to consent prior to the initiation of gender-affirming care.

62.     Regret among those who are treated with gender-affirming medical care is rare. For example, in one study in the Netherlands, none of the youth who received puberty-delaying treatment, hormones, and surgery, and were followed over an 8-

year period expressed regret. (DeVries, 2014.)  Zucker, et al., (2010), summarizing key studies on regret for adolescents referred for surgery when they reached the age of majority in the Netherlands, states, "there was virtually no evidence of regret, suggesting that the intervention was effective."

63.     A study of 209 gender-affirming mastectomies in transmasculine adolescents aged 12-17, performed at Kaiser Permanente Northern California from 2013 to 2020, showed a regret rate of 1%. (Tang, et al 2022).

64.     Regret rates for gender-affirming surgery in adults are also very low. A pooled review across multiple studies of 7,928 patients receiving gender-affirming surgery showed a regret rate of 1%. (Bustos, et al., 2021). Over 50 years of gender-affirming surgery in Sweden, the regret rate, as measured by legal gender change reversal, was 2%. (Dhejne, et al., 2014). These are very low regret rates for surgery. For example, 47% of women expressed at least some regret after reconstructive breast surgery following mastectomy for breast cancer. (Sheehan, et al., 2008).

65.     For all the reasons above, I am aware of no basis in medicine or science for categorical exclusion of coverage for gender-affirming care.

66.     One misperception is that puberty-delaying medications and hormone therapy are experimental because they are not FDA-approved for the specific application of treating Gender Dysphoria. Medications very commonly are prescribed for off-label uses.  All gender-affirming hormone treatments are approved

for treatment of other conditions and have been used to treat those conditions, as well as for gender-affirming care, for many years, supporting their safety and efficacy. The U.S. Department of Health and Human Services Agency for Healthcare Research and Quality states, "[Off-label prescribing] is legal and common. In fact, one in five prescriptions written today are for off-label use."[1]

67.     Finally, the cost of providing coverage for gender-affirming care is generally very low.  To begin, transgender people constitute a small percentage of the overall population, approximately 0.5%. (Crissman, et. al., 2017).  Furthermore, the fraction of the population receiving clinical care for Gender Dysphoria is much smaller, well under one in a thousand patients (Zhang, et al., 2020).  As a result, one study estimated an average cost of $0.016 cents per member per month to provide gender-affirming care  (Padula, et al., 2016).  A study by Herman (2013) similarly found low costs to providing health coverage for gender-affirming care. Additionally, when a form of treatment is covered for cisgender people under an insurance plan, it is generally not disproportionately costly to cover the same treatment for transgender people simply because it is provided to treat gender dysphoria.

---

[1] See https://www.ahrq.gov/patients-consumers/patient-involvement/off-label-drug-usage.html.

### G.    Harms of Denying Gender-Affirming Care

68.    The overarching goal of treatment is to eliminate the distress of gender dysphoria by aligning an individual patient's body and presentation with their internal sense of self. The denial of medically indicated care to transgender people not only results in the prolonging of their gender dysphoria, but causes additional distress and poses other health risks, such as depression, posttraumatic stress disorder, and suicidality. The prevalence of these mental health conditions is also thought to be a consequence of minority stress, the chronic stress from coping with societal stigma and discrimination because of one's identity, including gender identity and gender expression. (American Medical Association, 2019).  In other words, lack of access to gender-affirming care directly contributes to poorer mental health outcomes for transgender people. (Owen-Smith, et al., 2018).

69.    Accordingly, major medical organizations, such as the American Medical Association, American Psychiatric Association, and American College of Obstetricians and Gynecologists, oppose the denial of this medically necessary care and support public and private health insurance coverage for treatment of gender dysphoria as recommended by the patient's physician. (American Medical Association, 2019).

70.    Denial of this appropriate care for transgender adolescents is also opposed by mainstream organizations responsible for the care of youth, including

the American Academy of Pediatrics, the Academy of Child and Adolescent Psychiatry, and the Pediatric Endocrine Society.

71.    Familial and social support and the provision of gender-affirming medical treatment have been associated with dramatically less suicidal ideation in transgender people. (Bauer, et al., 2015). Provision of puberty blockers and gender-affirming hormones for transgender youth likewise decreases suicidality (Tordoff, et al., 2022; Turban, et al., 2020; Green, et al., 2022; Allen, et al., 2019). The American Academy of Child and Adolescent Psychiatry states, "Research consistently demonstrates that gender diverse youth who are supported to live and/or explore the gender role that is consistent with their gender identity have better mental health outcomes than those who are not." (AACAP, 2019).

72.    In a multicenter NIH-funded study, 315 transgender and nonbinary youth followed over two years showed a decrease in anxiety and depression and an improvement in appearance congruence and life satisfaction with gender affirming medical treatment. (Chen, et al., 2023).

73.    In a University of Washington study of 104 transgender and nonbinary youth, treatment with puberty blockers or hormones was associated with 60% less moderate to severe depression and 73% less suicidal ideation over 12 months, compared to youth not treated. (Tordoff, et al. 2022).

74.     In a University of Texas Southwestern study, treatment with gender-affirming hormones in transgender youth was associated with a substantial reduction in body dissatisfaction, as well as improvement on measures of depression and anxiety. (Kuper, et al., 2020).

75.     In a University of Southern California and Children's Hospital Los Angeles study of 136 transgender male youth, the half that had received chest masculinizing surgery had far less gender dysphoria than those who had not yet had surgery. (Olson-Kennedy, et al., 2018).

76.     In a University of Pennsylvania and University of Rochester study, transgender male youth aged 13-21 suffered substantial emotional distress and functional impairment from dysphoria related to their chest. Chest dysphoria resolved with surgery. Youth reported improvement functionally and in quality of life (Mehringer, et al., 2021).

77.     In the past 10 years, there has been a reversal in longstanding coverage policies that had excluded reimbursement of gender-affirming care for transgender people. There are many more clinics providing care to transgender youth and adults in academic medical centers than a decade ago, because funding is now available. This change is allowing clinical researchers to expand the body of research in the United States, as well as increasing access to care.

## H. The GAPMS Memo and AHCA's Decision to Prohibit Medicaid Coverage of Gender-Affirming Care

78.     According to criteria of the Florida Administrative Code 59G-1.035, the Agency for Health Care Administration (AHCA) makes coverage determinations based on "Generally accepted professional medical standards—standards based on reliable scientific evidence published in peer-reviewed scientific literature generally recognized by the relevant medical community or practitioner specialty associations' recommendations." It is my understanding that AHCA purports to have used the standards set forth in this rule to reach the conclusion set forth in its June 2022 GAPMS Memo that gender-affirming care, including puberty blockers, hormone replacement therapy, and gender-affirming surgery does not meet generally accepted professional medical standards and is therefore, experimental and investigational.

79.     To craft the GAPMS Memo (which served as the basis for AHCA's decision to ban gender-affirming care in accordance with Fla. Admin. Code R. 59G-1.050(7)), AHCA enlisted Drs. Romina Brignardello-Petersen and Wojtek Wiercioch. Dr. Brignardello-Petersen is a dentist who is an assistant professor in the Department of Health Research Methods, Evidence, and Impact at McMaster University in Canada. Dr. Wiercioch is a post-doctoral research fellow in the same department as Dr. Brignardello-Petersen. Both authors report no academic interests in the care of people with gender dysphoria.

29

80.     Drs. Brignardello-Petersen and Wiercioch performed a manual search of websites that includes only one non-governmental organization site: the Society for Evidence-Based Gender Medicine (SEGM). The fact that SEGM was chosen instead of much larger and more established organizations representing the mainstream of care, e.g., the American Psychological Association, the American Medical Association, or the American Psychiatric Association, raises a concern for bias, as SEGM is a small group founded recently specifically in opposition to gender-affirming care.

81.     To support the conclusions provided to AHCA, Drs. Brignardello-Petersen and Wiercioch preferentially relied on studies that only included participants under age 25. Drs. Brignardello-Petersen and Wiercioch do not provide a basis to support their selection of only these studies, or of leaving out a multitude of other studies that include participants that are over age 25. In my experience working with patients with gender dysphoria, many of those who seek gender-affirming surgery are over 25. The average age of 7,905 transgender patients who had gender-affirming surgery in the US from 2009-2015, identified by insurance data, was 29.8 years old (Lane, et al., 2018). Thus, reliance on studies related preferentially to those under age 25 does not accurately capture the full body of scientific evidence pertaining to this form of care. This is especially important given

that the GAPMS memo concludes that gender-affirming care is not a generally accepted professional medical standard for individuals at any age.

82.     Brignardello-Petersen and Wiercioch excluded from consideration the vast majority of studies on transgender health. They state, "After screening 1854 records found through our searches, we found 10 eligible studies."

83.     Drs. Brignardello-Petersen and Wiercioch relied on an overview of a very small sample of systematic reviews of studies of transgender care (they looked at only 10 of 61 systematic reviews), for which they purported to rank the quality of evidence using GRADE criteria. GRADE criteria assigns low quality scores to studies not performed by randomized, blinded clinical trials. However, randomly selecting people to receive or not receive gender-affirming medical or surgical interventions is impossible, for practical and ethical reasons. Notably, many treatments for other conditions are in widely accepted use without having been studied through randomized, controlled clinical trials. Many drugs for cancer and hematologic disorders have been FDA approved without a randomized controlled trial (Hatswell, et al., 2016). Many other drugs have been FDA approved with randomized controlled trials for one indication but are commonly used for another condition or in a different population than the one for which it was approved (Wittich, et. al., 2012).

31

84.    People have been receiving gender-affirming medical and surgical treatment for well over half a century, with very low regret rates (Dhejne, et al., 2014), and there is substantial research and clinical experience that supports gender-affirming care as treatment for gender dysphoria.  The scientific evidence "published in peer-reviewed scientific literature generally recognized by the relevant medical community or practitioner specialty associations" led the American Medical Association, the American Academy of Pediatrics, the American Psychiatric Association, the American Psychological Association, and other mainstream medical organizations to conclude that  the provision of gender-affirming medical and surgical interventions falls within generally accepted professional medical standards.

85.    Another person enlisted to provide an opinion to AHCA in drafting its GAPMS memo is James Cantor, PhD, a forensic psychologist in Toronto, Canada. Dr. Cantor's report indicates that his work at the University of Toronto from 1998 to 2018 was limited to its adult forensic program, that is, Dr. Cantor worked with people with paraphilias,[2] and in particular with pedophiles. Dr. Cantor is well known for this work, but not for his work with transgender people. In testimony in *Eknes-Tucker v. Marshall*, Dr. Cantor stated that he had not personally diagnosed any child or

---

[2] Paraphilias are persistent and recurrent sexual interests, urges, fantasies, or behaviors of marked intensity involving objects, activities, or even situations that are atypical in nature.  Being transgender is not a paraphilic disorder.

adolescent with gender dysphoria, and that he had personally never treated any child or adolescent for gender dysphoria.

86.   Dr. Cantor agrees that transgender adults "adjust well to life as the opposite sex" if they are otherwise mentally healthy. Dr. Cantor is also correct to report that regret rates are low.

87.   Dr. Cantor focuses on desistance rates of prepubertal children brought into clinics in Toronto and Amsterdam. However, given that these prior longitudinal studies included gender nonconforming children who were not transgender due to the broad criteria for the since-abandoned "gender identity disorder in children" diagnosis, or who did not qualify even for the gender identity disorder in children diagnosis, these studies shed little light into questions of persistence and desistance of gender dysphoria in pre-pubertal children. In fact, a more recent study, which is the only large American prospective study that has been published in the past 35 years, showed much lower desistance rates (Olson, et al., 2022). Specifically, only 2.5% of the youth studied identified with their sex assigned at birth.[3]

88.   In any event, longitudinal studies show that gender dysphoria in adolescence usually persists (DeVries, et al., 2011; van der Loos, et al., 2022). And

---

[3] Of these, youth with cisgender identities were more common among youth whose initial social transition occurred before age 6 years; their retransitions often occurred before age 10 years. And, again, no medical treatment is recommended for any transgender person prior to the onset of puberty.

EXPERT REPORT OF DR. DAN H. KARASIC
Case No. 4:22-cv-00325-RH-MAF

no medical treatment, let alone irreversible medical and surgical interventions, is used prior to puberty. Even in the clinics with higher desistance rates for *pre-pubertal* children upon which Dr. Cantor relies, puberty blockers and hormones were used when gender dysphoria persisted after the onset of puberty.  In sum, the desistance statistics of *pre-pubertal* children do not inform the decision whether to initiate these treatments in adolescents and adults.

89.    The WPATH Standards of Care and the American Psychiatric Association each recommend that transgender people who also suffer from depression, anxiety, and other mental health symptoms should seek out treatment for these symptoms. However, in most cases, having a history of mental illness should not prevent people from receiving gender-affirming medical and surgical treatment. (Coleman, et al., 2022; Byne, et al., 2018).

90.    Dr. Cantor's uses the term "affirmation on demand" as a straw man. The WPATH Standards of Care require a comprehensive mental health assessment for patients who are minors, and clinical assessments are also required for adults. (Coleman, et al., 2022).

91.    Dr. Cantor cites a Finnish study as evidence for his conclusion that adolescents should not be prescribed gender-affirming hormones because they are supposedly not effective in the treatment of gender dysphoria. (Kaltiala, et al., 2020). However, in that study, the need for treatment for depression dropped from 54% of

34

the youth to 15%; the need for treatment for anxiety dropped from 48% of the youth to 15%; and the need for treatment for suicidality/self-harm dropped from 35% to 4%. All of these were statistically highly significant changes.

92.     Dr. Cantor states that the study by Kuper, et al. 2020 did not show benefit from treatment. This statement is misleading at best. The article concludes, "Youth reported large improvements in body dissatisfaction ($P < .001$), small to moderate improvements in self-report of depressive symptoms ($P < .001$), and small improvements in total anxiety symptoms ($P < .01$)." Dr. Cantor further states that the study by Achille et al. does not show that those studied benefitted from endocrine treatment. Again, Cantor's characterization of this study's conclusion is misleading. The results of the paper show that, "Mean depression scores and suicidal ideation decreased over time while mean quality of life scores improved over time. When controlling for psychiatric medications and engagement in counseling, regression analysis suggested improvement with endocrine intervention. This reached significance in male-to-female participants."

93.     In reviewing the international health care consensus regarding gender-affirming care, Dr. Cantor refers to an interim report on care of transgender youth in the United Kingdom's National Health System which is currently being compiled by Dr. Hilary Cass. The interim report states that the final report will synthesize published evidence with expert opinion and stakeholder input. Notably, the interim

report recommends increasing the number of health providers, shortening wait times, and increasing the number of centers across the country providing care to transgender youth.

94.     Swedish and Finnish national health authorities, which Dr. Cantor also references, have recommended caution and more research but have not banned care for transgender youth. In these countries, gender-affirming care for adults and for youth who qualify is fully paid for by the national health system of each country.

95.     There remains strong international support for the continued provision of gender-affirming medical and surgical care. Experts from the around the world collaborated on the new WPATH Standards of Care Version 8. I was chapter lead of the Mental Health chapter of this version, and the authors of that chapter included psychiatrists who are leaders of transgender health programs in Belgium, Sweden, and Turkey. There is broad agreement in philosophy of care, including support for gender-affirming care and opposition to conversion therapy.

96.     The ethics of providing transgender care are discussed by one expert, Dr. G. Kevin Donovan. Dr. Donovan ignores the larger ethical question raised by Florida's actions to terminate Medicaid coverage of gender-affirming care for those who were previously approved for that same coverage. Florida's actions amount to forced detransition. As Dr. Donovan states, the principles of ethical care include autonomy, beneficence, and justice. There has been little research on those forced to

36

detransition, but abruptly terminating Medicaid coverage for low-income and disabled Floridians will force these Medicaid recipients into detransition, an experiment to which they did not consent. Autonomy, beneficence, and justice are entirely ignored in this experiment, with no respect for the autonomy of the individual to decide their course, no concern for "do no harm" or maximizing benefits and minimizing harm, and no justice—fairness in distribution of risks and benefits—as the poor and those with disabilities will be forced into this detransition experiment while those with resources will be spared.

97.     I have only had a few patients over the years who have been forced to detransition, because of incarceration or institutionalization, or other circumstances, and results have been uniformly disastrous, with suicide and self-harm attempts, depression, and deterioration of functioning. Some of my patients forced to detransition were receiving intensive mental health care at the time, on psychiatric wards. But no amount of psychotherapy could counter the deleterious effects of forced detransition and the withholding of needed gender-affirming medical and surgical care.

## IV.   CONCLUSION

98.     The categorical exclusion of coverage for gender-affirming medical care adopted by Florida's Agency for Health Care Administration, which bars coverage for medical treatments for gender dysphoria, is contrary to widely accepted

medical protocols for the treatment of transgender people with gender dysphoria that are recognized by major medical and mental health professional associations in the United States.

99.   The accepted protocols for the treatment of transgender people with gender dysphoria provide for mental health assessments, including of co-occurring conditions; criteria for eligibility for each treatment; and an informed consent process before medical interventions are initiated.

100.   Decades of medical research and clinical experience have demonstrated that the medical treatments AHCA has barred from Medicaid coverage are safe, effective, and medically necessary to relieve gender dysphoria for transgender people. AHCA's conclusion otherwise is not supported by medical evidence or consensus.

101.   Denying gender-affirming medical care to transgender people for whom it is medically indicated puts them at risk of significant harm to their health and wellbeing, including heightened risk of depression and suicidality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February 2023.

_____
Dan H. Karasic, M.D.

38

# Exhibit A
*Curriculum Vitae*

## University of California, San Francisco
## CURRICULUM VITAE

**Name:**     Dan H. Karasic, MD

**Position:**    Professor Emeritus
Psychiatry
School of Medicine

Voice: 415-935-1511
Fax: 888-232-9336

## EDUCATION

| | | | |
|---|---|---|---|
| 1978 - 1982 | Occidental College, Los Angeles | A.B.; Summa Cum Laude | Biology |
| 1982 - 1987 | Yale University School of Medicine | M.D. | Medicine |
| 1987 - 1988 | University of California, Los Angeles | Intern | Medicine, Psychiatry, and Neurology |
| 1988 - 1991 | University of California, Los Angeles; Neuropsychiatric Institute | Resident | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles; Department of Sociology | Postdoctoral Fellow | Training Program in Mental Health Services for Persons with AIDS |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1990 | Medical Licensure, California, License Number G65105 |
| 1990 | Drug Enforcement Administration Registration Number BK1765354 |
| 1993 | American Board of Psychiatry and Neurology, Board Certified in Psychiatry |

## PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 1991 - 1993 | University of California, San Francisco | Health Sciences Psychiatry Clincial Instructor |
| 1993 - 1999 | University of California, San Francisco | Health Sciences Psychiatry Assistant Clinical Professor |
| 1999 - 2005 | University of California, San Francisco | Health Sciences Psychiatry |

| | | | |
|---|---|---|---|
| 2005 - present | University of California, San Francisco | Associate Clinical Professor Health Sciences Clinical Professor | Psychiatry |

## OTHER POSITIONS HELD CONCURRENTLY

| | | | |
|---|---|---|---|
| 1980 - 1980 | Associated Western Universities / U.S. Department of Energy | Honors Undergraduate Research Fellow | UCLA Medicine |
| 1981 - 1981 | University of California, Los Angeles; American Heart Association, California Affiliate | Summer Student Research Fellow | UCLA Medicine |
| 1986 - 1987 | Yale University School of Medicine; American Heart Association, Connecticut Affiliate | Medical Student Research Fellow | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles | Postdoctoral Fellow | Sociology |
| 1991 - 2001 | SFGH Consultation-Liaison Service; AIDS Care | Attending Psychiatrist | Psychiatry |
| 1991 - 2001 | AIDS Consultation-Liaison Medical Student Elective | Course Director | Psychiatry |
| 1991 - present | UCSF Positive Health Program at San Francisco General Hospital (Ward 86) | HIV/AIDS Outpatient Psychiatrist | Psychiatry |
| 1991 - present | UCSF AHP (AIDS Health Project/Alliance Health Project) | HIV/AIDS Outpatient Psychiatrist | Psychiatry |
| 1994 - 2002 | St. Mary's Medical Center CARE Unit. The CARE Unit specializes in the care of patients with AIDS dementia. | Consultant | Psychiatry |
| 2001 - 2010 | Depression and Antiretroviral Adherence Study (The H.O.M.E. study: Health Outcomes of Mood Enhancement) | Clinical Director | Psychiatry and Medicine |
| 2003 - 2020 | Transgender Life Care Program and Clinic, Castro Mission Health Center | Psychiatrist | Dimensions Clinic Dimensions |
| 2013 - 2020 | UCSF Alliance Health Project, Co-lead, Transgender Team | Co-Lead and Psychiatrist | Psychiatry |

## HONORS AND AWARDS

| | | |
|---|---|---|
| 1981 | Phi Beta Kappa Honor Society | Phi Beta Kappa |
| 1990 | NIMH Postdoctoral Fellowship in Mental Health Services for People with | National Institute of Mental Health |

|      |                                                                                              |                                  |
|------|----------------------------------------------------------------------------------------------|----------------------------------|
|      | AIDS (1990-1991)                                                                             |                                  |
| 2001 | Lesbian Gay Bisexual Transgender Leadership Award, LGBT Task Force of the Cultural Competence and Diversity Program | SFGH Department of Psychiatry    |
| 2006 | Distinguished Fellow                                                                          | American Psychiatric Association |
| 2012 | Chancellor's Award for Leadership in LGBT Health                                              | UCSF                             |
| 2023 | Alumni Seal Award  for Professional Achievement                                              | Occidental College               |

## MEMBERSHIPS

1992 - present Northern California Psychiatric Society

1992 - present American Psychiatric Association

2000 - 2019 Bay Area Gender Associates (an organization of psychotherapists working with transgendered clients)

2001 - present World Professional Association for Transgender Health

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| 1981 - 1982 | The Occidental | News Editor |
|-------------|----------------|-------------|
| 1984 - 1985 | Yale University School of Medicine | Class President |
| 1989 - 1991 | Kaposi's Sarcoma Group, AIDS Project Los Angeles | Volunteer Facilitator |
| 1992 - 1996 | Early Career Psychiatrist Committee, Association of Gay Lesbian Psychiatrists | Chair and |
| 1992 - 1996 | Board of Directors, Association of Gay and Lesbian Psychiatrists | Member |
| 1993 - 1993 | Local Arrangements Committee, Association of Gay and Psychiatrists | Chair Lesbian |
| 1994 - 1995 | Educational Program, Association of Gay and Lesbian 1995 Annual Meeting | Director Psychiatrists, |
| 1994 - 1998 | Board of Directors, BAY Positives | Member |
| 1994 - present | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Member |
| 1995 - 1997 | Board of Directors, Bay Area Young Positives. BAY | President |

|  | Positives is the nation's first community-based organization providing psychosocial and recreational services to HIV-positive youth |  |
|---|---|---|
| 1995 - 1997 | Executive Committee, Bay Area Young Positives. | Chair |
| 1996 - 2004 | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Chair |
| 1998 - 2002 | City of San Francisco Human Rights Commission, Lesbian, Gay Bisexual Transgender Advisory Committee | Member |
| 2000 - 2004 | Association of Gay and Lesbian Psychiatrists. for the organization's educational programs | Vice President Responsible |
| 2004 - 2005 | Association of Gay and Lesbian Psychiatrists | President-elect |
| 2005 - 2007 | Caucus of Lesbian, Gay, and Bisexual Psychiatrists of the American Psychiatric Association | Chair |
| 2005 - 2007 | Association of Gay and Lesbian Psychiatrists | President |
| 2007 - 2009 | Association of Gay and Lesbian Psychiatrists | Immediate Past President |
| 2009 - 2010 | Consensus Committee for Revision of the Sexual and Gender Identity Disorders for DSM-V, GID of Adults subcommittee. (Wrote WPATH recommendations as advisory body to the APA DSM V Committee for the Sexual and Gender Identity Disorders chapter revision.) | Member |
| 2010 - 2011 | Scientific Committee, 2011 WPATH Biennial Symposium, Atlanta | Member |
| 2010 -2022 | World Professional Association for Transgender Care Standards of Care Workgroup and Committee (writing seventh and eighth revisions of the WPATH Standards of Care, which is used internationally for transgender care.) | Member |
| 2010 - 2018 | ICD 11 Advisory Committee, World Professional Association for Transgender Health | Member |
| 2012 - 2014 | Psychiatry and Diagnosis Track Co-chair, Scientific 2014 WPATH Biennial Symposium, Bangkok | Member Committee, |
| 2014 - 2016 | Scientific Committee, 2016 WPATH Biennial Symposium, Amsterdam | Member |
| 2014 - 2018 | Board of Directors (elected to 4 year term), World Professional Association for Transgender Health | Member |
| 2014 - 2018 | Public Policy Committee, World Professional Association for Transgender Health | Chair |
| 2014 - 2018 | WPATH Global Education Initiative: Training providers and specialty certification in transgender health | Trainer and Steering Committee Member |
| 2014 - 2016 | American Psychiatric Association Workgroup on Gender Dysphoria | Member |

| | | |
|---|---|---|
| 2016 - present | American Psychiatric Association Workgroup on Gender Dysphoria | Chair |
| 2016 | USPATH: Inaugural WPATH U.S. Conference, Los Angeles, 2017 | Conference Chair |

## SERVICE TO PROFESSIONAL PUBLICATIONS

2011 - present Journal of Sexual Medicine, reviewer

2014 - present International Journal of Transgenderism, reviewer

2016 - present LGBT Health, reviewer

## INVITED PRESENTATIONS - INTERNATIONAL

| | | |
|---|---|---|
| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Plenary Session Speaker |
| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Symposium Speaker |
| 2009 | Karolinska Institutet, Stockholm Sweden | Invited Lecturer |
| 2012 | Cuban National Center for Sex Education (CENESEX), Havana, Cuba | Invited Speaker |
| 2013 | Swedish Gender Clinics Annual Meeting, Stockholm, Sweden | Keynote Speaker |
| 2013 | Conference on International Issues in Transgender care, United Nations Development Programme - The Lancet, Beijing, China | Expert Consultant |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Track Chair |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Symposium Chair |
| 2015 | Israeli Center for Human Sexuality and Gender Identity, Tel Aviv | Invited Speaker |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Symposium Chair |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Invited Speaker |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Invited Speaker |

| 2017 | Brazil Professional Association for Transgender Health,   Sao Paulo |
| 2017 | Vietnam- United Nations Development Programme Asia Transgender Health Conference, Hanoi |
| 2018 | United Nations Development Programme Asia Conference on Transgender Health and Human Rights, Bangkok |
| 2018 | World Professional Association for Transgender Health,   Invited Speaker Buenos Aires |
| 2021 |  Manitoba Psychiatric Association, Keynote Speaker |

## INVITED PRESENTATIONS - NATIONAL

| 1990 | Being Alive Medical Update, Century Cable Television | Televised Lecturer |
| 1992 | Institute on Hospital and Community Psychiatry, Toronto | Symposium Speaker |
| 1992 | Academy of Psychosomatic Medicine Annual Meeting, San Diego | Symposium Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Chair |
| 1994 |  American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Paper Session Co-chair |
| 1995 | Spring Meeting of the Association of Gay and Lesbian Psychiatrists, Miami Beach | Symposium Chair |
| 1996 | American Psychiatric Association 152nd Annual Meeting, New York | Workshop Speaker |
| 1997 | American Psychiatric Association Annual Meeting, San Diego | Workshop Speaker |
| 1997 | Gay and Lesbian Medical Association Annual | Invited Speaker Symposium |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |

| | | |
|---|---|---|
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Presenter |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Workshop Chair |
| 2000 | American Psychiatric Association Annual Meeting, Chicago | Workshop Chair |
| 2000 | National Youth Leadership Forum On Medicine, University of California, Berkeley | Invited Speaker |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Workshop Chair |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Media Program Chair |
| 2001 | Association of Gay and Lesbian Psychiatrists Symposium, New Orleans | Chair |
| 2001 | Harry Benjamin International Gender Dysphoria Association Biennial Meeting, Galveston, Texas | Invited Speaker |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Media Program Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2003 | Association of Gay and Lesbian Psychiatrists CME | Chair Conference |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Co-Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Workshop Chair |
| 2003 | American Public Health Association Annual Meeting, San Francisco | Invited Speaker |
| 2004 | Mission Mental Health Clinic Clinical Conference | Invited Speaker |
| 2004 | Association of Gay and Lesbian Psychiatrists Conference, New York | Co-Chair |
| 2004 | Mental Health Care Provider Education Program: Los Angeles. Sponsored by the American Psychiatric Association Office of HIV Psychiatry | Invited Speaker |

| | | |
|---|---|---|
| 2005 | American Psychiatric Association Annual Meeting, Atlanta | Workshop Speaker |
| 2005 | Association of Gay and Lesbian Psychiatrists Saturday Symposium | Invited Speaker |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco | Invited Speaker |
| 2009 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Chair |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Speaker |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | Invited Speaker |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | Invited Speaker |

Invited Speaker

| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | |
| 2011 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2012 | Gay and Lesbian Medical Association Annual Meeting | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco | Invited Speaker |
| 2013 | Gay and Lesbian Medical Association, Denver, CO | Invited Speaker |
| 2014 | American Psychiatric Association Annual Meeting, New York | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco | Moderator |
| 2014 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Workshop Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Course Faculty |
| 2016 | American Psychiatric Association Annual Meeting | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Atlanta | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Springfield, MO | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Fort Lauderdale, FL | Course Faculty |
| 2017 | World Professional Association for Transgender Health, GEI, Los Angeles Course Faculty | |
| | World Professional Association for Transgender Health | |

Surgeon's Training, Irvine, CA Course Faculty

2017            American Urological Association Annual Meeting, San Francisco CA
                                                              Invited Speaker

2018            World Professional Association for Transgender Health GEI, Portland OR,
                Course Faculty

2018             World Professional Association for Transgender Health GEI, Palm Springs,
                Course Faculty

2019             American Society for Adolescent Psychiatry Annual Meeting, San Francisco,
                Speaker

2019             American Psychiatric Association Annual Meeting, San Francisco, Session
                Chair

2020              Psychiatric Congress, Invited Speaker

2022            World Professional Association for Transgender Health, Montreal, invited
        speaker

2023              National Transgender Health Summit, San Francisco, invited speaker

2023               American Psychiatric Association Annual Meeting, San Francisco, invited
        speaker

**INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS**

1990            Advanced Group Therapy Seminar, UCLA          Invited Lecturer
                Neuropsychiatric Institute

1991            Joint Project of the Southern California AIDS Interfaith     Symposium
                Council and UCLA School of Medicine                          Speaker

1991            Joint Project of the Southern California AIDS Interfaith   Workshop Panelist
                Council and UCLA School of Medicine

1992            Advanced Group Therapy Seminar, UCLA          Invited Lecturer
                Neuropsychiatric Institute

1993            UCSF School of Nursing     Invited Lecturer

1995            UCSF/SFGH Department of Medicine Clinical Care      Invited Speaker
                Conference

1996            UCSF School of Nursing     Invited Speaker

| Year | Event | Role |
|---|---|---|
| 1996 | Psychopharmacology for the Primary Care AIDS/Clinician, series of four lectures, UCSF Department of Medicine | Invited Speaker Invited Lecturer |
| 1996 | UCSF AIDS Health Project Psychotherapy Internship Training Program | |
| 1996 | UCSF/SFGH Department of Medicine AIDS Quarterly Update | Invited Speaker |
| 1996 | San Francisco General Hospital, Division of Addiction Medicine | Invited Speaker |
| 1996 | UCSF Langley Porter Psychiatric Hospital and Clinics Rounds | Invited Speaker Grand |
| 1997 | UCSF School of Nursing | Invited Speaker |
| 1997 | UCSF Department of Medicine AIDS Program | Invited Speaker |
| 1997 | Northern California Psychiatric Society Annual Meeting, Monterey | Workshop Speaker |
| 1997 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 1997 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 1997 | Northern California Psychiatric Society LGBT Committee Chair Fall Symposium | |
| 1997 | Progress Foundation, San Francisco | Invited Speaker |
| 1998 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 1999 | Northern California Psychiatric Society Annual Meeting, Santa Rosa | Invited Speaker |
| 1999 | Northern California Psychiatric Society Annual Meeting, Santa Rosa | Invited Speaker |
| 1999 | University of California, Davis, Department of Psychiatry Rounds | Invited Speaker Grand |
| 1999 | California Pacific Medical Center Department of Grand Rounds | Invited Speaker Psychiatry |
| 1999 | San Francisco General Hospital Department of Psychiatry Departmental Case Conference | Discussant |
| 2000 | Langley Porter Psychiatric Hospital and Clinics Consultation Liaison Seminar | Invited Speaker |
| 2000 | San Francisco General Hospital, Psychopharmacology Seminar | Invited Speaker |

| | | |
|---|---|---|
| 2000 | UCSF Transgender Health Conference, Laurel Heights Conference Center | Invited Speaker |
| 2000 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2000 | Community Consortium Treatment Update Symposium, California Pacific Medical Center, Davies Campus | Invited Speaker |
| 2000 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 2001 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2003 | Tom Waddell Health Center Inservice | Invited Speaker |
| 2003 | San Francisco Veterans Affairs Outpatient Clinic | Invited Speaker |
| 2004 | San Francisco General Hospital Psychiatric Emergency Service Clinical Conference | Invited Speaker |
| 2004 | South of Market Mental Health Clinic, San Francisco | Invited Speaker |
| 2005 | Northern Psychiatric Psychiatric Society Annual Meeting | Invited Speaker |
| 2005 | Equality and Parity: A Statewide Action for Transgender Prevention and Care, San Francisco | Invited Speaker HIV |
| 2005 | San Francisco General Hospital Department of Psychiatry Grand Rounds. | Invited Speaker |
| 2006 | SFGH/UCSF Department of Psychiatry Grand Rounds | Invited Speaker |
| 2007 | UCSF Department of Medicine, HIV/AIDS Grand Rounds, Positive Health Program | Invited Speaker |
| 2007 | California Pacific Medical Center LGBT Health San Francisco LGBT Community Center | Invited Speaker Symposium, |
| 2007 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco | Invited Speaker |
| 2008 | UCSF Department of Medicine, Positive Health Program, HIV/AIDS Grand Rounds | Invited Speaker |
| 2008 | San Francisco General Hospital Psychiatry Grand Rounds | Invited Speaker |
| 2008 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco | Invited Speaker |
| 2010 | Northern California Psychiatric Society Annual Meeting, Monterey, CA | Invited Speaker |
| 2011 | Transgender Mental Health Care Across the Life Span, Stanford University | Invited Speaker |
| 2011 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |

|      |                                                                              | Invited Speaker |
|------|------------------------------------------------------------------------------|-----------------|
| 2012 | UCSF AIDS Health Project          Invited Speaker 2012 San Francisco Veterans Affairs Medical Center. |  |
| 2013 | Association of Family and Conciliation Courts Conference, Invited Speaker Los Angeles, CA |  |
| 2014 | UCSF Transgender Health elective | Invited Speaker |
| 2014 | UCSF Department of Psychiatry Grand Rounds | Invited Speaker |
| 2014 | California Pacific Medical Center Department of Grand Rounds | Invited Speaker Psychaitry |
| 2014 | UCLA Semel Institute Department of Psychiatry Grand Rounds | Invited Speaker |
| 2015 | UCSF Transgender Health elective | Invited Speaker |
| 2015 | Fenway Health Center Boston, MA (webinar) | Invited Speaker |
| 2015 | Transgender Health Symposium, Palm Springs | Invited Speaker |
| 2015 | Transgender Health Symposium, Palm Springs | Co-Chair |
| 2015 | Santa Clara Valley Medical Center Grand Rounds | Invited Speaker |
| 2016 | UCSF School of Medicine Transgender Health elective | Invited Speaker |
| 2016 | Langley Porter Psychiatric Institute APC Case Conference Invited Speaker (2 session series) |  |
| 2016 | Zuckerberg San Francisco General Department of Psychiatry Grand Rounds | Invited Speaker |
| 2016 | UCSF Mini-Medical School Lectures to the Public | Invited Speaker |
| 2021 | Los Angeles County Department of Mental Health, Invited Speaker |  |

## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

| 2005 | Northern California Psychiatric Society |
|------|----------------------------------------|
| 2005 | Northern California Psychiatric Society Annual Meeting, Napa |
| 2005 | Association of Gay and Lesbian Psychiatrist Annual Conference |
| 2006 | Annual Meeting, American Psychiatric Association, Atlanta |
| 2006 | Annual Meeting, American Psychiatric Association, Toronto |
| 2006 | Institute on Psychiatric Services, New York |
| 2007 | Association of Gay and Lesbian Psychiatrists Annual Conference |
| 2007 | American Psychiatric Association Annual Meeting, San Diego |

| | |
|---|---|
| 2007 | The Medical Management of HIV/AIDS, a UCSF CME Conference |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco |
| 2009 | American Psychiatric Association, San Francisco |
| 2009 | World Professional Association for Transgender Health, Oslo, Norway |
| 2010 | Annual Meeting of the Northern California Psychiatric Society, Monterey, CA |
| 2011 | Transgender Mental Health Care Across the Life Span, Stanford University |
| 2011 | National Transgender Health Summit, San Francisco |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA |
| 2011 | Institute on Psychiatric Services, San Francisco |
| 2012 | Gay and Lesbian Medical Association Annual Meeting, San Francisco |
| 2013 | National Transgender Health Summit, Oakland, CA |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco |
| 2013 | Gay and Lesbian Medical Association, Denver, CO |
| 2014 | American Psychiatric Association Annual Meeting, New York |
| 2014 | Institute on Psychiatric Services, San Francisco |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium |
| 2015 | National Transgender Health Summit, Oakland |
| 2015 | American Psychiatric Association Annual Meeting, Toronto |
| 2016 | American Psychiatric Association Annual Meeting, Atlanta |
| 2016 | World Professional Association for Transgender Health, Amsterdam |

**GOVERNMENT AND OTHER PROFESSIONAL SERVICE**

| | |
|---|---|
| 1998 - 2002 | City and County of San Francisco Human Rights  Member Commission LGBT Advisory Committee |

I am the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, which developed a CME course fort the 2015  and 2016 APA Annual Meetings, and is now embarking on a larger educational mission to train American psychiatrists to better care for transgender patients.  I have been leading education efforts in transgender health at APA meetings since 1998. On the APA Workgroup on Gender Dysphoria, I am a co-author of a paper of transgender issues that has been approved by the American Psychiatric Association as a resource document and is in press for the American Journal of Psychiatry.  I am also the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

I have been active internationally in transgender health through my work as a member of the Board of Directors of the World Professional Association for Transgender Health. I am an author of the WPATH Standards of Care, Version 7, and am Chapter Lead for the Mental Health Chapter of  SOC 8.
I chaired of the WPATH Public Policy Committee and was a member of the Global Education Initiative, which developed a specialty certification program in transgender health. I helped plan the 2016 WPATH Amsterdam conference, and was on the scientific committee for the last four biennial international conferences. I was on the founding committee of USPATH, the national affiliate of WPATH, and I chaired the inaugural USPATH conference, in Los Angeles in 2017. As a member of the steering committee of the WPATH Global Educational Initiative, I helped train over 2000 health providers in transgender health, and helped develop a board certification program and examination in transgender health.

## UNIVERSITY SERVICE  UC SYSTEM AND MULTI-CAMPUS SERVICE

1991 - present HIV/AIDS Task Force          Member

1992 - 1993   HIV Research Group  Member

1992 - 1997      Space Committee                                      Member

1992 - present Gay, Lesbian and Bisexual Issues Task Force          Member

1994 - 1997      SFGH Residency Training Committee                  Member

1996 - 1997      Domestic Partners Benefits Subcommittee.          Chair

1996 - 2000      Chancellor's Advisory Committee on Gay, Lesbian,   Member Bisexual
                 and Transgender Issues.

1996 - 2003      HIV/AIDS Task Force                                Co-Chair

1996 - 2003      Cultural Competence and Diversity Program          Member

2009 - present Medical Advisory Board, UCSF Center of Excellence for   Member
      Transgender Health

2010 - 2013 Steering Committee, Child Adolescent Gender Center      Member

2011 – 2017 Mental Health Track, National Transgender Health Summit Chair

## DEPARTMENTAL SERVICE

1991 - present San Francisco General Hospital, Department of Psychiatry, Member
      HIV/AIDS Task Force

1992 - 1993   San Francisco General Hospital, Department of Psychiatry, Member  HIV Research Group

1992 - 1997   San Francisco General Hospital, Department of Psychiatry, Member  Space Committee

1992 - 2003   San Francisco General Hospital, Department of Psychiatry, Member  GLBT Issues Task Force

1994 - 1997   San Francisco General Hospital, Department of Psychiatry, Member  Residency Training Committee

1996 - 2003   San Francisco General Hospital, Department of Psychiatry, Member  Cultural Competence and Diversity Program

1996 - 2003   San Francisco General Hospital, Department of Psychiatry, Co-Chair  HIV/AIDS Task Force

2012 - 2020 San Francisco Department of Public Health Gender   Member Competence Trainings Committee

2013 - 2020 San Francisco Department of Public Health Transgender       Member Health Implementation Task Force

2014 - 2020San Francisco General Hospital, Department of Psychiatry, Member  Transgender Surgery Planning Workgroup

## PEER REVIEWED PUBLICATIONS

1. Berliner JA, Frank HJL, **Karasic D**, Capdeville M. Lipoprotein-induced insulin resistance in aortic endothelium. Diabetes. 1984; 33:1039-44.

2. Bradberry CW, **Karasic DH**, Deutch AY, Roth RH. Regionally-specific alterations in mesotelencephalic dopamine synthesis in diabetic rats: association with precursor tyrosine. Journal of Neural Transmission. General Section, 1989; 78:221-9.

3. Targ EF, **Karasic DH**, Bystritsky A, Diefenbach PN, Anderson DA, Fawzy FI. Structured group therapy and fluoxetine to treat depression in HIV-positive persons. Psychosomatics. 1994; 35:132-7.

4. Karasic DH. Homophobia and self-destructive behaviors. The Northern California Psychiatric Physician. 1996; 37 Nov.-Dec. Reprinted by the Washington State Psychiatric Society and the Southern California Psychiatric Society newsletters.

5. Karasic D. Anxiety and anxiety disorders. Focus. 1996 Nov; 11(12):5-6. PMID: 12206111

6. Polansky JS, **Karasic DH**, Speier PL, Hastik KL, Haller E. Homophobia: Therapeutic and training considerations for psychiatry. Journal of the Gay and Lesbian Medical Association. 1997 1(1) 41-47.

7. Karasic DH. Progress in health care for transgendered people. Editorial. Journal of the Gay and Lesbian Medical Association, 4(4) 2000 157-8.

8. Perry S, **Karasic D**. Depression, adherence to HAART, and survival. Focus: A Guide to AIDS Research and Counseling. 2002 17(9) 5-6.

9.  Fraser L, **Karasic DH**, Meyer WJ, Wylie, K. Recommendations for Revision of the DSM Diagnosis of Gender Identity Disorder in Adults. International Journal of Transgenderism. Volume 12, Issue 2. 2010, Pages 80-85.

10. Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., **Karasic D** and 22 others. (2011). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, 7th Version.  International Journal of Transgenderism, 13:165-232, 2011

11. Tsai AC, **Karasic DH**, et al. Directly Observed Antidepressant Medication Treatment and HIV Outcomes Among Homeless and Marginally Housed HIV-Positive Adults: A Randomized Controlled Trial. American Journal of Public Health. February 2013, Vol. 103, No. 2, pp. 308-315.

12. Tsai AC, Mimmiaga MJ, Dilley JW, Hammer GP, **Karasic DH**, Charlebois ED, Sorenson JL, Safren SA, Bangsberg DR. Does Effective Depression Treatment Alone Reduce Secondary HIV Transmission Risk? Equivocal Findings from a Randomized Controlled Trial. AIDS and Behavior, October 2013, Volume 17, Issue 8, pp 2765-2772.

13. **Karasic DH**. Protecting Transgender Rights Promotes Transgender Health. LGBT Health. 2016 Aug; 3(4):245-7. PMID: 27458863

14. Winter S, Diamond M, Green J, **Karasic D**, Reed T, Whittle S, Wylie K. Transgender people: health at the margins of society. Lancet. 2016 Jul 23;388(10042):390-400. doi: 10.1016/S0140-6736(16)00683-8. Review./> PMID: 27323925

15. Grelotti DJ, Hammer GP, Dilley JW, **Karasic DH**, Sorensen JL, Bangsberg DR, Tsai AC. Does substance use compromise depression treatment in persons with HIV? Findings from a randomized controlled trial. AIDS Care. 2016 Sep 2:1-7. [Epub ahead of print]/> PMID: 27590273

16. Strang JF, Meagher H, Kenworthy L, de Vries AL, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, Shumer DE, Edwards-Leeper L, Pleak RR, Spack N, **Karasic DH**, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG.
Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. J Clin Child Adolesc Psychol. 2016 Oct 24:1-11. [Epub ahead of print]/> PMID: 27775428

17. Milrod C, **Karasic DH**. Age Is Just a Number: WPATH-Affiliated Surgeons' Experiences and Attitudes Toward Vaginoplasty in Transgender Females Under 18 Years of Age in the United States. J Sex Med 2017;14:624–634.


18.       William Byne, Dan H. Karasic, Eli Coleman, A. Evan Eyler, Jeremy D. Kidd, Heino F.L. Meyer-Bahlburg, Richard R. Pleak, and Jack Pula.Gender Dysphoria in Adults: An Overview and Primer for Psychiatrists.Transgender Health.Dec 2018.57-A3.http://doi.org/10.1089/trgh.2017.0053

19.       Identity recognition statement of the world professional association for transgender health (WPATH). International Journal of Transgenderism. 2018 Jul 3; 19(3):1-2. Knudson KG, Green GJ, Tangpricha TV, Ettner ER, Bouman BW, Adrian AT, Allen AL, De Cuypere DG, Fraser

FL, Hansen HT, **Karasic KD**, Kreukels KB, Rachlin RK, Schechter SL, Winter WS, Committee and Board of Direct

20. **Karasic, DH** & Fraser, L  Multidisciplinary Care and the Standards of Care for Transgender and Gender Non-conforming Individuals. Schechter, L & Safa, B. (Eds.) Gender Confirmation Surgery, Clinics in Plastic Surgery Special Issue, Vol 45, Issue 3, pp 295-299. 2018 Elsevier,Philadelphia. https://doi.org/10.1016/j.cps.2018.03.016

21. Milrod C, Monto M, **Karasic DH.** Recommending or Rejecting "the Dimple": WPATHAffiliated Medical Professionals' Experiences and Attitudes Toward Gender-Confirming Vulvoplasty in Transgender Women. J Sex Med. 2019 Apr;16(4):586-595. doi: 10.1016/j.jsxm.2019.01.316. Epub 2019 Mar 2.

    22. ICD-11 and gender incongruence of childhood: a rethink is needed. Lancet Child Adolesc Health. 2019 10; 3(10):671-673. Winter S, Ehrensaft D, Telfer M, T'Sjoen G, Koh J, Pickstone-Taylor S, Kruger A, Griffin L, Foigel M, De Cuypere G, **Karasic D**. PMID: 31439494.

23. Gender Dysphoria in Adults: An Overview and Primer for Psychiatrists. Focus (Am Psychiatr Publ). 2020 Jul; 18(3):336-350. Byne W, **Karasic DH**, Coleman E, Eyler AE, Kidd JD, Meyer-Bahlburg HFL, Pleak RR, Pula J. PMID: 33343244; PMCID: PMC7587914.

24. E. Coleman, A. E. Radix, W. P. Bouman, G. R. Brown, A. L. C. de Vries, M. B. Deutsch, R. Ettner, L. Fraser, M. Goodman, J. Green, A. B. Hancock, T. W. Johnson, **D. H. Karasic**, G. A. Knudson, S. F. Leibowitz, H. F. L. Meyer-Bahlburg, S. J. Monstrey, J. Motmans, L. Nahata, T. O. Nieder, S. L. Reisner, C. Richards, L. S. Schechter, V. Tangpricha, A. C. Tishelman, M. A. A. Van Trotsenburg, S. Winter, K. Ducheny, N. J. Adams, T. M. Adrián, L. R. Allen, D. Azul, H. Bagga, K. Başar, D. S. Bathory, J. J. Belinky, D. R. Berg, J. U. Berli, R. O. Bluebond-Langner, M.- B. Bouman, M. L. Bowers, P. J. Brassard, J. Byrne, L. Capitán, C. J. Cargill, J. M. Carswell, S. C. Chang, G. Chelvakumar, T. Corneil, K. B. Dalke, G. De Cuypere, E. de Vries, M. Den Heijer, A. H. Devor, C. Dhejne, A. D'Marco, E. K. Edmiston, L. Edwards-Leeper, R. Ehrbar, D. Ehrensaft, J. Eisfeld, E. Elaut, L. Erickson-Schroth, J. L. Feldman, A. D. Fisher, M. M. Garcia, L. Gijs, S. E. Green, B. P. Hall, T. L. D. Hardy, M. S. Irwig, L. A. Jacobs, A. C. Janssen, K. Johnson, D. T. Klink, B. P. C. Kreukels, L. E. Kuper, E. J. Kvach, M. A. Malouf, R. Massey, T. Mazur, C. McLachlan, S. D. Morrison, S. W. Mosser, P. M. Neira, U. Nygren, J. M. Oates, J. Obedin-Maliver, G. Pagkalos, J. Patton, N. Phanuphak, K. Rachlin, T. Reed, G. N. Rider, J. Ristori, S. Robbins-Cherry, S. A. Roberts, K. A. Rodriguez-Wallberg, S. M. Rosenthal, K. Sabir, J. D. Safer, A. I. Scheim, L. J. Seal, T. J. Sehoole, K. Spencer, C. St. Amand, T. D. Steensma, J. F. Strang, G. B. Taylor, K. Tilleman, G. G. T'Sjoen, L. N. Vala, N. M. Van Mello, J. F. Veale, J. A. Vencill, B. Vincent, L. M. Wesp, M. A. West & J. Arcelus (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644

## BOOKS AND CHAPTERS

1. **Karasic DH**, Dilley JW.  Anxiety and depression: Mood and HIV disease.  In: The UCSF AIDS Health Project Guide to Counseling: Perspectives on Psychotherapy, Prevention, and Therapeutic Practice. Dilley JW and Marks R,  eds. Jossey-Bass. San Francisco, 1998,  pp.227-248.

2. **Karasic DH**, Dilley JW. Human immunodeficiency-associated psychiatric disorders. In: The AIDS Knowledge Base, Third Edition. Cohen PT, Sande MA, Volberding PA, eds. Lippincott-Williams &Wilkens, Philadelphia, 1999, pp. 577-584.

3. **Karasic DH** and Drescher J. eds.  Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation. 2005. Haworth Press, Binghamton, NY. (Book Co-Editor)

4. **Karasic DH**. Transgender and Gender Nonconforming Patients. In: Clinical Manual of Cultural Psychiatry, Second Edition. Lim RF ed.  pp 397-410. American Psychiatric Publishing, Arlington VA. 2015.

5. **Karasic DH**. Mental Health Care of the Transgender Patient. In: Comprehensive Care of the Transgender Patient, Ferrando CA ed. pp. 8-11.  Elsevier, 2019.

6. **Karasic DH.** The Mental Health Assessment for Surgery. In: Gender Confirmation Surgery – Principles and Techniques for an Emerging Field. Schechter L ed. Springer Nature, in press 2019.

## OTHER PUBLICATIONS

1. **Karasic DH**, Dilley JW. HIV-associated psychiatric disorders: Treatment issues.  In: Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base. Waltham, MA: The Medical Publishing Group/ Massachusetts Medical Society. 1994. pp. 5.31-1-5.

2. **Karasic DH**, Dilley JW.  HIV-associated psychiatric disorders:  Clinical syndromes and diagnosis.  In:  Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base, Second Edition. Waltham, MA: The Medical Publishing Group/Massachusetts Medical Society. 1994 pp. 5.30-1-5.

3. **Karasic DH**. A primer on transgender care. In: Gender and sexuality. The Carlat Report Psychiatry. April 2012. Vol 10, Issue 4.

4. **Karasic D and Ehrensaft D.** We must put an end to gender conversion therapy for kids. Wired. 7/6/15.

## EXPERT WITNESS AND CONSULTATION ON TRANSGENDER CARE AND RIGHTS

2008  Consultant, California Department of State Hospitals

2012  Dugan v. Lake, Logan UT

2012 XY v. Ontario http://www.canlii.org/en/on/onhrt/doc/2012/2012hrto726/2012hrto726.html

2014 Cabading v California Baptist University

2014 CF v. Alberta
http://www.canlii.org/en/ab/abqb/doc/2014/2014abqb237/2014abqb237.html

2017 United Nations Development Programme consultant, transgender health care and legal rights in the Republic of Vietnam; Hanoi.

2017- Forsberg v Saskatchewan; Saskatchewan Human Rights v Saskatchewan
2018 https://canliiconnects.org/en/summaries/54130
https://canliiconnects.org/en/cases/2018skqb159

2018 United Nations Development Programme consultant, transgender legal rights in Southeast Asia; Bangkok.

2018    Consultant, California Department of State Hospitals

2019, 2021 Consultant/Expert, Disability Rights Washington

2019, 2021 Consultant/Expert, ACLU Washington

2021 Consultant, California Department of Corrections and Rehabilitation

2021 Expert, Kadel v. Folwell, 1:19-cv-00272 (M.D.N.C.).

2021 Expert, Drew Glass v. City of Forest Park - Case No. 1:20-cv-914 (Southern District Ohio)

2021-2022 Expert, Brandt et al v. Rutledge et al. 4:21-cv-00450 (E.D. Ark.)

2021-2022 Expert, Fain v. Crouch, 3:20-cv-00740 (S.D.W. Va.)

2022 Expert, C.P. v. Blue Cross Blue Shield of Illinois, No. 3:20-cv-06145-RJB (W.D. Wash.)

<u>Exhibit B</u>

*Bibliography*

## BIBLIOGRAPHY

Aldridge, Z., Patel, S., Guo, B., Nixon, E., Bouman, W. P., Witcomb, G. L., & Arcelus, J. (2021). Long-term effect of gender-affirming hormone treatment on depression and anxiety symptoms in transgender people: A prospective cohort study. *Andrology*, 9(6), 1808-1816.

Allen, L. R., Watson, L. B., Egan, A. M., & Moser, C. N. (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. *Clinical Practice in Pediatric Psychology, 7*(3), 302–311.

Almazan, A. N., & Keuroghlian, A. S. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA surgery*, 156(7), 611–618.

American Academy of Child and Adolescent Psychiatry (2019). Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth, https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx.

American Academy of Family Physicians (2020). Care for the Transgender and Nonbinary Patient, www.aafp.org/about/policies/all/transgender-nonbinary.html.

American Academy of Pediatrics (2018). Policy Statement:  Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents, https://pediatrics.aappublications.org/content/142/4/e20182162.

American College of Obstetricians and Gynecologists (2021). Committee Opinion No. 823: Health Care for Transgender and Gender Diverse Individuals, https://www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2021/03/health-care-for-transgender-and-gender-diverse-individuals.

American Medical Association (2021). Letter to National Governor's Association , https://searchlf.ama-assn.org/letter/documentDownload?uri=%2Funstructured%2Fbinary%2Fletter%2FLETTERS%2F2021-4-26-Bill-McBride-opposing-anti-trans-bills-Final.pdf.

American Medical Association and GLMA (2019). Issue Brief: Health insurance coverage for gender-affirming care of transgender patients, https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf.

American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association. (2013). Diagnostic and Statistical Manual of Mental Disorders (5th ed.). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association (2018). Position Statement on Access to Care for Transgender and Gender Diverse Individuals, https://www.psychiatry.org/File%20Library/About-

APA/Organization-Documents-Policies/Policies/Position-2018-Access-to-Care-for-Transgender-and-Gender-Diverse-Individuals.pdf.

American Psychological Association (2021). APA Resolution on Gender Identity Change Efforts, https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf.

American Psychological Association (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist*, 70, 832-864.

Baker, K. E., Wilson, L. M., Sharma, R., Dukhanin, V., McArthur, K., & Robinson, K. A. (2021). Hormone therapy, mental health, and quality of life among transgender people: A systematic review. *Journal of the Endocrine Society*, 5(4), 1-16.

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC public health*, *15*, 525.

Brik, T., Vrouenraets, L. J. J. J., de Vries, M. C., & Hannema, S. E. (2020). Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. *Archives of sexual behavior*, *49*(7), 2611–2618.

Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477.

Byne, W., Karasic, D. H., Coleman, E., Eyler, A. E., Kidd, J. D., Meyer-Bahlburg, H. F. L., … Pula, J. (2018). Gender dysphoria in adults: An overview and primer for psychiatrists. *Transgender Health*, *3*(1), 57-70.

Cass, H. (2022). The Cass Review: Independent review of gender identity services for children and young people: Interim report.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Med.* 2023 Jan 19;388(3):240-250.

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International journal of transgender health*, *23*(Suppl 1), S1–S259.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 13(4), 165-232.

2

Colton-Meier, S. L., Fitzgerald, K. M., Pardo, S. T., & Babcock, J. (2011). The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health*, 15(3), 281-299.

Crissman, H. P., Berger, M. B., Graham, L. F., & Dalton, V. K. (2017). Transgender Demographics: A Household Probability Sample of US Adults, 2014. *American journal of public health*, *107*(2), 213–215.

Daniel, H., & Butkus, R. (2015). Lesbian, gay, bisexual, and transgender health disparities: Executive summary of a policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163*(2)*, 135-137.

Danker, S., Narayan, S. K., Bluebond-Langner, R., Schechter, L. S., & Berli, J. U. (2018). Abstract: A Survey Study of Surgeons' Experience with Regret and/or Reversal of Gender-Confirmation Surgeries. *Plastic and Reconstructive Surgery Global Open*, *6*(9 Suppl), 189-189.

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*, *134*(4), 696-704.

de Vries, A. L., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *The journal of sexual medicine*, *8*(8), 2276–2283.

Deutsch, M.B. (ed.). (2016). Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People (2d ed.). San Francisco, CA: UCSF Center of Excellence for Transgender Health.

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960-2010: prevalence, incidence, and regrets. *Archives of Sexual Behavior*, *43*(8), 1535–1545.

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L., Långström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS one*, *6*(2), e16885.

Drescher, J., Haller, E., & Yarbrough, E. (2018). Position statement on access to care for transgender and gender diverse individuals. Caucus of LGBTQ Psychiatrists and the Council on Minority Mental Health and Health Disparities, American Psychiatric Association.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental Health and Self-Worth in Socially Transitioned Transgender Youth. *Journal of the American Academy of Child and Adolescent Psychiatry*, *56*(2), 116–123.e2.

Endocrine Society (2020). Transgender Health, an Endocrine Society position statement, https://www.endocrine.org/advocacy/position-statements/transgender-health.

Ehrensaft, D. (2017). Gender nonconforming youth: current perspectives. *Adolescent health, medicine and therapeutics*, *8*, 57–67.

Green, A. E., DeChants, J. P., Price, M. N., & Davis, C. K. (2022). Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, *70*(4), 643–649.

Guyatt, G., Oxman, A. D., Akl, E. A., Kunz, R., Vist, G., Brozek, J., Norris, S., Falck-Ytter, Y., Glasziou, P., & deBeer, H. (2011). GRADE guidelines: 1. Introduction—GRADE evidence profiles and summary of findings tables. *Journal of Clinical Epidemiology*, *64*(4), 383–394.

Hatswell AJ, Baio G, Berlin JA, Irs A, Freemantle N. (2016). Regulatory approval of pharmaceuticals without a randomised controlled study: analysis of EMA and FDA approvals 1999-2014. *BMJ Open*. 2016 Jun 30;6(6):e011666.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S., Meyer, W. J., Murad, M. H., … T'Sjoen, G. G. (2017). Endocrine treatment of genderdysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline. *The Journal of Clinical Endocrinology & Metabolism*, *102*(11), 3869-3903.

Herman, J. (2013). Costs and Benefits of Providing Transition-related Health Care Coverage in Employee Health Benefits Plans: Findings from a Survey of Employers. *UCLA: The Williams Institute*. Retrieved from https://escholarship.org/uc/item/5z

Inwards-Breland D. Mental Health Outcomes and Receipt of Gender Affirming Care. Presented at the American Academy of Pediatrics 2021 Virtual Conference & Exhibition.

Kaltiala, R, Heino, E., Työläjärvi, & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry*, 74, 213–219.

Korpaisarn, S., & Safer, J. D. (2019). Etiology of Gender Identity. *Endocrinology and metabolism clinics of North America*, *48*(2), 323–329.

Kuper, L.E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy.  *Pediatrics*. 145. e20193006.

Lane, M., Ives, G. C., Sluiter, E. C., Waljee, J. F., Yao, T. H., Hu, H. M., & Kuzon, W. M. (2018). Trends in Gender-affirming Surgery in Insured Patients in the United States. *Plastic and reconstructive surgery. Global open*, *6*(4), e1738.

Lopez, X., Marinkovic, M., Eimicke, T., Rosenthal, S.M., & Olshan, J.S. (2017). Statement on gender-affirmative approach to care from the pediatric endocrine society special interest group on transgender health. *Current Opinion in Pediatrics*. 29(4): 475-480.

Mehringer, J. E., Harrison, J. B., Quain, K. M., Shea, J. A., Hawkins, L. A., & Dowshen, N. L. (2021). Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. *Pediatrics*, *147*(3), e2020013300.

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology*, 72(2), 214-231.

Nobili, A., Glazebrook, C., & Arcelus, J. (2018). Quality of life of treatment-seeking transgender adults: A systematic review and meta-analysis. *Reviews in endocrine & metabolic disorders*, *19*(3), 199–220.

Olson, K. R., Durwood, L., Horton, R., Gallagher, N. M., & Devor, A. (2022). Gender Identity 5 Years After Social Transition. *Pediatrics*, *150*(2), e2021056082.

Olson-Kennedy, J., Warus, J., Okonta, V., Belzer, M., & Clark, L. F. (2018). Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA pediatrics*, *172*(5), 431–436.

Owen-Smith, A. A., Gerth, J., Sineath, R. C., Barzilay, J., Becerra-Culqui, T. A., Getahun, D., Giammattei, S., Hunkeler, E., Lash, T. L., Millman, A., Nash, R., Quinn, V. P., Robinson, B., Roblin, D., Sanchez, T., Silverberg, M. J., Tangpricha, V., Valentine, C., Winter, S., . . . Goodman, M. (2018). Association between gender confirmation treatments and perceived gender congruence, body image satisfaction, and mental health in a cohort of transgender individuals. *Journal of Sexual Medicine, 15*(4), 591-600.

Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis. *Journal of general internal medicine*, *31*(4), 394–401.

Park, R. H., Liu, Y. T., Samuel, A., Gurganus, M., Gampper, T. J., Corbett, S. T., Shahane, A., & Stranix, J. T. (2022). Long-term Outcomes After Gender-Affirming Surgery: 40-Year Follow-up Study. *Annals of plastic surgery*, *89*(4), 431–436.

Pediatric Endocrine Society (2021). Pediatric Endocrine Society Opposes Bills that Harm Transgender youth, https://pedsendo.org/news-announcements/the-pediatric-endocrine-society-opposes-bills-that-harm-transgender-youth-2/.

Pediatric Endocrine Society (2020). Position Statement: Transgender Health. https://www.endocrine.org/-/media/a65106b6ae7f4d2394a1ebeba458591d.ashx.

Pfafflin, F., & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991. (Jacobson & Meir, trans.).

Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, 30(5), 669-681.

Roblin, D., Sanchez, T., Silverberg, M. J., Tangpricha, V., Valentine, C., Winter, S., Woodyatt, C., … Goodman, M. (2018). Association Between Gender Confirmation Treatments and Perceived Gender Congruence, Body Image Satisfaction, and Mental Health in a Cohort of Transgender Individuals. *The journal of sexual medicine*, *15*(4), 591–600.

Saraswat, A., Weinand, J.D., & Safer, J. (2015). Evidence supporting the biologic nature of gender identity. *Endocrine Practice, 21 2*, 199-204.

Sheehan, J., Sherman, K. A., Lam, T., & Boyages, J. (2008). Regret associated with the decision for breast reconstruction: the association of negative body image, distress and surgery characteristics with decision regret. *Psychology & health*, *23*(2), 207–219.

Smith, Y., Van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine* 35(1): 89-99.

Steensma, T. D., McGuire, J. K., Kreukels, B. P., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, *52*(6), 582–590.

Substance Abuse and Mental Health Services Administration. (2015). Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Tang, A., Hojilla, J. C., Jackson, J. E., Rothenberg, K. A., Gologorsky, R. C., Stram, D. A., Mooney, C. M., Hernandez, S. L., & Yokoo, K. M. (2022). Gender-Affirming Mastectomy Trends and Surgical Outcomes in Adolescents. *Annals of plastic surgery*, *88*(4 Suppl), S325–S331.

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open*, *5*(2), e220978.

T'Sjoen, G., Arcelus, J., Gooren, L., Klink, D. T., & Tangpricha, V. (2019). Endocrinology of Transgender Medicine. *Endocrine reviews*, *40*(1), 97–117.

Turban, J. L., King, D., Carswell, J. M., & Keuroghlian, A. S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, *145*(2), e20191725.

U.S. Department of Health and Human Services, Agency for Healthcare Research and Quality (2015). Off-Label Drugs: What You Need to Know. https://www.ahrq.gov/patients-consumers/patient-involvement/off-label-drug-usage.html (last accessed Feb. 15, 2023).

van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., & Kreukels, B. (2018). Surgical Satisfaction, Quality of Life, and Their Association After Gender-Affirming Surgery: A Follow-up Study. *Journal of sex & marital therapy*, *44*(2), 138–148.

van der Loos, M. A. T. C., Hannema, S. E., Klink, D. T., den Heijer, M., & Wiepjes, C. M. (2022). Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. *The Lancet. Child & adolescent health*, *6*(12), 869–875.

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *Journal of Adolescent Health*, 66(6), 699-704.

Wallien, M. S., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *47*(12), 1413–1423.

What We Know Project, Ctr. for the Study of Inequality, Cornell Univ. (2018). What does the scholarly research say about the effect of gender transition on transgender well-being? (online literature review), *available at* https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

White Hughto, J. M.W., & Reisner, S. L. (2016). A systematic review of the effects of hormone therapy on psychological functioning and quality of life in transgender individuals. *Transgender Health*, 1(1), 21-31.

Wiepjes, C.M., Nota, N. M., de Blok, C.J., Klaver, M., de Vries, A.L., Wensing-Kruger, S.A., ... & Gooren, L.J. (2018). The Amsterdam cohort of gender dysphoria study (1972–2015): trends in prevalence, treatment, and regrets. *The Journal of Sexual Medicine*, 15(4), 582-590.

Wierckx, K., Van Caenegem, E., Schreiner, T., Haraldsen, I., Fisher, A. D., Toye, K., Kaufman, J. M., & T'Sjoen, G. (2014). Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. *The journal of sexual medicine*, *11*(8), 1999–2011.

Wittich, C. M., Burkle, C. M., & Lanier, W. L. (2012). Ten common questions (and their answers) about off-label drug use. *Mayo Clinic proceedings*, *87*(10), 982–990.

World Health Organization. (2018). Gender Incongruence. In International Classification of Diseases, 11th Revision, https://icd.who.int/browse11/l-m/en#/http%3A%2F%2Fid.who.int%2Ficd%2Fentity%2F411470068.

Word Health Organization: Regional Office for Europe. WHO/Europe brief – transgender health in the context of ICD-11, https://perma.cc/ABZ4-KMPT?view-mode=client-side&type=image.

World Medical Association. (2017, February 17). WMA statement on transgender people, https://www.wma.net/policies-post/wma-statement-on-transgender-people/.

World Professional Association for Transgender Health. (2018). WPATH Position on "Rapid-Onset Gender Dysphoria (ROGD),"

https://www.wpath.org/media/cms/Documents/Public%20Policies/2018/9_Sept/WPATH%20Position%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf.

World Professional Association for Transgender Health. (2016). Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A. https://www.wpath.org/newsroom/medical-necessity-statement.

Zhang, Q., Goodman, M., Adams, N., Corneil, T., Hashemi, L., Kreukels, B., Motmans, J., Snyder, R., & Coleman, E. (2020). Epidemiological considerations in transgender health: A systematic review with focus on higher quality data. *International journal of transgender health*, *21*(2), 125–137.

Zucker, K., et al (2010) Puberty-Blocking Hormonal Therapy for Adolescents with Gender Identity Disorder: A Descriptive Clinical Study, *Journal of Gay & Lesbian Mental Health*, 15:1, 58-82.