# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

        *Plaintiffs*,

    v.

JASON WEIDA, et al.,

        *Defendants*.

Case No. 4:22-CV-00325-RH-MAF

## NOTICE OF APPEARANCE

TO ALL PARTIES, PLEASE TAKE NOTICE:

    The undersigned appears as counsel for Alabama, Arkansas, Georgia, Indiana, Iowa, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, South Carolina, Tennessee, Texas, Utah and Virgina as Amicus Curiae in the above case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorneys at the following address:

    Erik M. Figlio
    Ausley McMullen
    123 South Calhoun Street (32301)
    Post Office Box 391
    Tallahassee, Florida 32302
    rfiglio@ausley.com

Respectfully submitted this 7th day of April, 2023.

/s/ *Erik M. Figlio*
Erik M. Figlio
Florida Bar No.: 0745251
Ausley McMullen
123 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida  32302
Phone No.:  (850) 224-9115
Facsimile No.:  (850) 222-7560
rfiglio@ausley.com
csullivan@ausley.com

ATTORNEYS FOR AMICUS CURIAE, ALABAMA, ARKANSAS, GEORGIA, INDIANA, IOWA, KENTUCKY, LOUISIANA, MISSISSIPPI, MISSOURI, MONTANA, NEBRASKA, NORTH DAKOTA, SOUTH CAROLINA, TENNESSEE, TEXAS, UTAH, AND VIRGINIA

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 7th day of April, 2023.

/s/ *Erik M. Figlio*
Erik M. Figlio