# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.     CASE NO. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.

    Defendants.

_____

## NOTICE OF APPEARANCE

David H. Thompson of Cooper & Kirk, PLLC, hereby appears as counsel for *Amicus Curiae* Do No Harm, and requests that all correspondence, pleadings, and papers be served upon him at the address below.

Dated: April 7, 2023.     Respectfully submitted,

/s/David H. Thompson
David H. Thompson
Bar No. 450503DC
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600
dthompson@cooperkirk.com

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 7th day of April, 2023.

/s/David H. Thompson
David H. Thompson
