IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| AUGUST DEKKER, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>JASON WEIDA, *et al.*,<br><br>     *Defendants*. | Case No. 4:22-cv-00325-RH-MAF |

### **DECLARATION OF WILLIAM C. MILLER**

I, William C. Miller, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen and make this declaration from my own personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

2. I am an attorney with Pillsbury Winthrop Shaw Pittman in Washington, D.C., and I have been retained by Plaintiffs as co-counsel in the above-captioned matter.

3. I make this Declaration in support of Plaintiffs' Motion to Partially Exclude Expert Testimony of Dr. Patrick W. Lappert.

4. Attached as **Exhibit A** is a true and correct copy of the expert witness report of Dr. Patrick W. Lappert, M.D. (including a copy of his curriculum vitae) in

the above-captioned matter, which is dated February 16, 2023, and was served upon Plaintiffs on February 17, 2023.

5. Attached as **Exhibit B** is a true and correct copy of the expert witness rebuttal report of Dr. Patrick W. Lappert, M.D. in the above-captioned matter, which is dated March 10, 2023, and was served upon Plaintiffs on that date.

6. Attached as **Exhibit C** is what I understand, upon information and belief, to be true and correct excerpts from the transcript of trial testimony offered in *Brandt v. Rutledge*, 4:21-CV-00450-JM (E.D. Ark.).

7. Attached as **Exhibit D** is what I understand, upon information and belief, to be true and correct excerpts from the transcript of the deposition of Dr. Patrick W. Lappert on September 30, 2021 taken in relation to *Kadel v. Falwell*, No. 1:19-CV-00272-LCB-LPA (M.D.N.C.).

8. Attached as **Exhibit E** is a true and correct copy of a declaration by Dr. Lappert that was filed in *Brandt v. Rutledge*, No. 4:21-CV-00450-JM (E.D. Ark.), which I downloaded from the case docket through the CM/ECF system for the United States District Court for the Eastern District of Arkansas on April 5, 2023.

9. Attached as **Exhibit F** is a true and correct copy of a statement issued by the American Society of Plastic Surgeons titled *State Focus on Gender Affirmation Intensifies* (Feb. 25, 2021), *available at* https://www.plasticsurgery.org/for-medical-professionals/advocacy/advocacy-

news/state-focus-on-gender-affirmation-intensifies.

10. Attached as **Exhibit G** is what I understand, upon information and belief, to be a true and correct copy of a report titled *Memo Outlining Evidence for Change for Gender Identity Disorder in the DSM-5* (July 19, 2013), co-authored by Dr. Kenneth J. Zucker.

11. Attached as **Exhibit H** is what I understand, upon information and belief, to be a true and correct copy of an excerpt from a medical textbook titled *Lewis's Child and Adolescent Psychiatry, Fifth Edition*, published in 2018.

12. Attached as **Exhibit I** is a true and correct copy of an article titled *Plastic surgeon: Sex-change operation 'utterly unacceptable' and a form of 'child abuse'* (Sept. 9, 2019), *available at* https://www.lifesitenews.com/news/plastic-surgeon-sex-change-operation-utterly-unacceptable-and-a-form-of-child-abuse/.

13. Attached as **Exhibit J** is what I understand, upon information and belief, to be a true and correct copy of Dr. Lappert's presentation titled *Transgender Surgery & Christian Anthropology* that was filed as an exhibit in *Kadel v. Falwell*, No. 1:19-CV-00272-LCB-LPA (M.D.N.C.), which I downloaded from the case docket through the CM/ECF system for the United States District Court for the Middle District of North Carolina on April 5, 2023.

3

I declare under penalty of perjury that the foregoing is true and correct. Dated this 7th day of April, 2023.

                                                    */s/ William C. Miller*
                                                    William C. Miller