IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

      Plaintiffs,

v.                                 CASE NO. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.

      Defendants.

_____

## MOTION TO APPEAR PRO HAC VICE

Attorney John D. Ramer, of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of A*micus Curiae* Do No Harm ("*Amicus Curiae*") and states the following:

1. John D. Ramer so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 19, 2004.

2. John D. Ramer does not maintain a regular practice of law in the State of Florida.

3. John D. Ramer has successfully completed the Tutorial of the Local Rules for the Northern District of Florida on April 28, 2022, Confirmation Number FLND16511463386123.

4. John D. Ramer has reviewed and is familiar with the online CM/ECF Attorney User's Guide and he has practiced in several federal courts since his admission. Further, John D. Ramer maintains an upgraded PACER account.

5. John D. Ramer is paying the required $208.00 pro hac vice fee for this case at the time of filing.

6. John D. Ramer represents that, to his knowledge, he has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

7. John D. Ramer is an attorney in good standing in the District of Columbia, as evidenced by the Certificate of Good Standing, dated March 17, 2023, from the District of Columbia Bar, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, John D. Ramer respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of *Amicus Curiae* Do No Harm.

Dated:  April 7, 2023.          By:     /s/ John D. Ramer
                                        John D. Ramer
                                        COOPER & KIRK, PLLC
                                        1523 New Hampshire Ave., N.W.
                                        Washington, D.C.  20036
                                        Phone: (202) 220-9600
                                        Email: jramer@cooperkirk.com
                                        *Attorney for Amicus Curiae*

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 7th of April, 2023.

Respectfully submitted,

/s/ John D. Ramer
John D. Ramer