THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

AUGUST DEKKER, et al.,

    *Plaintiffs*,

v.

JASON WEIDA, et al.,

    *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

### DECLARATION OF ATTORNEY JENNIFER ALTMAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHAEL BIGGS, PH.D.

I, Jennifer Altman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen and make this declaration from my own personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

2. I am a partner in the law firm of Pillsbury Winthrop Shaw Pittman LLP, in its office in Miami, Florida, and I have been retained by Plaintiffs as co-counsel in the above-captioned matter.

3. I make this Declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Michael Biggs, Ph. D.

4. Attached as **Exhibit A** is a true and correct copy of the expert report of Michael Biggs (including a copy of his curriculum vitae) in the above-captioned matter, which report is dated February 13, 2023.

5. Attached as **Exhibit B** is a true and correct copy of the transcript of the deposition of Michael Biggs, Ph. D. taken on March 21, 2023, which was taken by me in relation to the above-captioned matter.

6. Attached as **Exhibit C** is a true and correct copy of Kenneth J. Zucker, et. al., *Memo Outlining Evidence for Change for Gender Identity Disorder in the DSM-5*, ARCHIVES OF SEXUAL BEHAVIOR (2013).

7. Attached as **Exhibit D** is a true and correct copy of James Ashworth & Charlie Willis, *Transphobic tweets linked to Oxford sociology professor*, THE OXFORD STUDENT (Oct. 26, 2018), https://www.oxfordstudent.com/2018/10/26 /transphobic-tweets-linked-to-oxford-sociology-professor/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2023            By: */s/ Jennifer Altman*
                                        Jennifer Altman (Fl. Bar No. 881384)
                                        600 Brickell Avenue, Suite 3100
                                        Miami, Florida  33131
                                        (786) 913-4900
                                        jennifer.altman@pillsbury.com