UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    *Plaintiffs*,

v.

JASON WEIDA, et al.,

    *Defendants*.

Case No. 4:22-cv-325-RH-MAF

**MOTION OF DO NO HARM FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS**

Proposed Amicus Do No Harm respectfully moves for leave to file an amicus brief in support of the Defendants in this matter.

**INTEREST OF PROPOSED AMICUS CURIAE**

Proposed Amicus Do No Harm is a diverse group of physicians, healthcare professionals, medical students, patients, and policymakers whose goal is to protect healthcare from a radical ideology. Basing its name in the ethical underpinnings of the Hippocratic Oath, Amicus believes healthcare should be free from experimental procedures that place political agendas ahead of patient well-being. Proposed Amicus writes to explain that the Florida Agency for Health Care Administration's

1

(the "Agency") determination was reasonable in light of the irreversible harms inherent in these treatments for minors who are subjected to them.

## ARGUMENT

District courts have broad discretion to allow participation of amici curiae. *See, e.g., In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006); Order Granting Leave to File Amicus Brief*, Fla. Wildlife Fed'n, Inc. v. Jackson*, No. 4:08-cv-324 (N.D. Fla. Nov. 10, 2009), Doc. 134 (Hinkle, J.); *see also United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007) ("No statute, rule, or controlling case defines a federal district court's power to grant or deny leave to file an amicus brief."). Here, Proposed Amicus files its brief in accordance with the court's previous order regarding the filing of amicus briefs. *See* Doc. 43 (Oct. 3, 2022). As a diverse group of physicians, healthcare professionals, medical students, patients, and policymakers, Proposed Amicus brings forth medical expertise that would be helpful in considering the issues before the Court.

## CONCLUSION

For the foregoing reasons, the Court should grant this motion and allow Proposed Amicus to file the attached brief.

Date: April 7, 2023                                    Respectfully submitted,

/s/ David H. Thompson
David H. Thompson
Brian W. Barnes*
John D. Ramer*
Cooper & Kirk PLLC
1523 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

*Counsel for Amicus Curiae Do No Harm*
\**Pro Hac Vice* application pending

## LOCAL RULE 7.1(C) CERTIFICATION

As required by Local Rule 7.1(C), the undersigned counsel certifies that amicus met and conferred with both parties regarding the submission of this brief. All parties consent to its filing.

/s/ David H. Thompson
David H. Thompson

*Counsel for Amicus Curiae Do No Harm*

## LOCAL RULE 7.1(F) CERTIFICATION

As required by Local Rule 7.1(F), the undersigned counsel certifies that this motion contains 288 words.

/s/ David H. Thompson
David H. Thompson

*Counsel for Amicus Curiae Do No Harm*