IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, *et al.*,

        *Plaintiffs*,

v.

JASON WEIDA, *et al.*,

        *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## DECLARATION OF ABIGAIL COURSOLLE

Pursuant to 28 U.S.C.§ 1746, I, Abigail Coursolle, do hereby declare as follows:

1. I am over 18 years of age.

2. I am a Senior Attorney at the law firm of the National Health Law Program, and serve as counsel of record for the plaintiffs in the above-captioned matter.

3. I have personal knowledge of the stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them.

4. I submit this declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Dr. Michael K. Laidlaw.

5.	Attached as **Exhibit 1** is a true and correct copy of the amended expert witness report of Dr. Michael K. Laidlaw, M.D. (including a copy of his references and curriculum vitae) in the above- captioned matter, which is dated February 17, 2023; the original version was served upon plaintiffs that same date, and the amended version (which added highlighting of portions designated by the parties as confidential), was served upon plaintiffs on February 21, 2023.

6.	Attached as **Exhibit 2** is a true and correct copy of the expert witness rebuttal report of Dr. Michael K. Laidlaw, M.D. (including a copy of his references) in the above- captioned matter, which is dated March 10, 2023, and was served upon plaintiffs that same date.

7.	Attached as **Exhibit 3** is a true and correct copy of an excerpt of the declaration of Dr. Michael K. Laidlaw, M.D. in the above- captioned matter, which is dated October 2, 2022, which was attached as Appendix Attachment 11 to Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter, and was filed in this case on October 3, 2022.

8.	Attached as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the hearing on Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter, which was held on October 12, 2022, and the transcript of which was provided to plaintiffs by Court Reporter Megan A. Hague that same date.

9. Attached as **Exhibit 5** is what I understand, upon information and belief, to be a true and correct copy of excerpts of the transcript of the deposition of Dr. Michael K. Laidlaw on September 2, 2022 taken in relation to *C.P. v. Blue Cross*, No. 3:20-cv-06145-RJB (W.D. Wa.).

10. Attached as **Exhibit 6** is a true and correct copy of the article "Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden Gender nonconforming youth: current perspectives," by Cecilia Dhejne et al., published in the scientific journal *PLoS ONE* on February 22, 2011.

11. Attached as **Exhibit 7** is a true and correct copy of the article "Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries: A Total Population Study" by Richard Bränström and John E. Pachankis, published in the scientific journal *American Journal of Psychiatry* in August, 2020.

12. Attached as **Exhibit 8** is a true and correct copy of the article "Most trans adults say transitioning made them more satisfied with their lives" by Casey Parks et al., published in the newspaper, *The Washington Post* on March 23, 2023.

13. Attached as **Exhibit 9** is a true and correct copy of the Center for Medicare & Medicaid Services August, 30 2016 "Decision Memo" on "Gender Dysphoria and Gender Reassignment Surgery."

14. Attached as **Exhibit 10** is a true and correct copy of the U.S. Department of Health & Human Services' Departmental Appeals Board May 30, 2014 Decision to remove the national exclusion of "Transsexual Surgery" from coverage in Medicare.

15. Attached as **Exhibit 11** is a true and correct copy of the article "Long-term outcomes of the treatment of central precocious puberty" by Federica Guaraldi et al., published in the scientific journal *European Journal of Endocrinology* in March, 2016.

16. Attached as **Exhibit 12** is a true and correct copy of the article "Fertility of Women Treated during Childhood with Triptorelin (Depot Formulation) for Central Precocious Puberty: The PREFER Study" by Laetitia Martinerie et al., published in the scientific journal *Hormone Research in Paediatrics* on March 26, 2021.

17. Attached as **Exhibit 13** is a true and correct copy of the article "Gender dysphoria in childhood" by Jiska Ristoria and Thomas D. Steensmab, published in the scientific journal *International Review of Psychology*, on January 7, 2016.

18. Attached as **Exhibit 14** is a true and correct copy of the article "Gender Identity 5 Years After Social Transition" by Kristina R. Olson et al., published in the scientific journal *Pediatrics*, in August, 2022.

19. Attached as **Exhibit 15** is a true and correct copy of the article "Puberty Suppression in Adolescents With Gender Identity Disorder: A Prospective Follow-Up Study" by Annelou L.C. de Vries et al., published in the scientific journal *Journal of Sexual Medicine*, in August, 2011.

20. Attached as **Exhibit 16** is a true and correct copy of excerpts of *Understanding the Well-Being of LGBTQI+ Populations*, a Consensus Study Report of the National Academies of Sciences, Engineering, and Medicine published in 2020.

21. Attached as **Exhibit 17** is a true and correct copy of the article "The Right to Best Care for Children Does Not Include the Right to Medical Transition" by Michael K. Laidlaw et al., published in the scientific journal, *The American Journal of Bioethics* on February 20, 2019.

22. Attached as **Exhibit 18** is a true and correct copy of a printout of the webpage "SAHM Response to Dr. Michelle Cretella," published by the Society for Adolescent Health & Medicine.

23. Attached as **Exhibit 19** is a true and correct copy of the article "Strangers in a Strange Land: How Our Founding Principles and a Bitter Pill Undo the Assimilation of US Catholics," by G. Kevin Donovan and Claudia Sotomayor, published in the academic journal, *The Linacre Quarterly*, in May, 2020.

24. Attached as **Exhibit 20** is a true and correct copy of Section 2.1.1 of

the American Medical Association's Code of Medical Ethics.

25. Attached as **Exhibit 21** is a true and correct copy of the article "Effect of antidepressant medications on semen parameters and male fertility," by Lauren A Beeder and Mary K Samplaski, published in the scientific journal, *International Journal of Urology*, on September 21, 2019.

26. Attached as **Exhibit 22** is a true and correct copy of the article "The effect of antidepressants on fertility," by Marianne M. Casilla-Lennon et al., published in the scientific journal, *American Journal of Obstetrics & Gynecology*, in September, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 7th day of April, 2023.

                                             */s/ Abigail Coursolle*
                                             Abigail Coursolle