# EXHIBIT 5

Michael Laidlaw                              September 2, 2022

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF F WASHINGTON

AT TACOMA

_____

C.P., by and through his parents,  )

Patricia Pritchard and Nolle       )

Pritchard and PATRICIA PRITCHARD,  )

        Plaintiffs,                )

  vs.                              ) No. 3:20-cv-06145-RJB

BLUE CROSS BLUE SHIELD OF          )

ILLINOIS,                          )

        Defendant.                 )

_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

MICHAEL LAIDLAW

_____

9:00 a.m.

September 2, 2022

REPORTED BY:  Pat Lessard, CCR #2104

Michael Laidlaw                                    September 2, 2022

```
                                                        Page 2
 1                    A P P E A R A N C E S
 2    FOR THE PLAINTIFFS:
 3            MS. ELEANOR HAMBURGER
 4            Sirianni, Youtz, Spoonemore & Hamburger
 5            3101 Western Avenue, Suite 350
 6            Seattle, Washington 98121
 7            206.223.0303
 8            ele@sylaw.com
 9            MR. OMAR GONZALEZ-PAGAN, pro hac vice
10            Lamda Legal Defense and Education Fund
11            120 Wall Street, 19th Floor
12            New York, NY 1005
13            212.809.9585
14            ogonzalez-pagan@lambdalegal.org
15
16    FOR THE DEFENDANT:
17            MS. GWENDOLYN PAYTON
18            Kilpatrick Townsend
19            1420 Fifth Avenue, Ste. 3700
20            Seattle, WA 98101
21            206.467.9600
22            gpayton@kilpatricktownsend.com
23
24    ALSO PRESENT:
25            MR. PATRICK NORTON, Videographer
```

Michael Laidlaw                                        September 2, 2022

Page 3

1                    E X H I B I T   I N D E X

2     No.                    DESCRIPTION                    PAGE

3     Exhibit 1    Declaration of Michael Laidlaw.          9

4     Exhibit 2    Michael Laidlaw CV.                      11

5     Exhibit 3    Notice of Deposition of Michael K.       19

6                  Laidlaw, M.D.

7     Exhibit 4    Our Mission - Public Discourse.          38

8     Exhibit 5    Subpoena to Produce Documents.           62

9     Exhibit 6    Understanding the Well-Being of          104

10                 LGBTQI Populations (2020)

11    Exhibit 7    Formal comment on:  Parent reports       122

12                 of adolescents and young adults...

13    Exhibit 8    Gender nonconforming youth:              128

14                 current perspectives.

15    Exhibit 9    Position Statement on Conversion         139

16                 Therapy and LGBTQ Patients.

17    Exhibit 10   Resolution by the American               140

18                 Psychological Association.

19    Exhibit 11   Treatment of Central Precocious          148

20                 Puberty.

21    Exhibit 12   Notice in Federal Register.              161

22    Exhibit 13   Understanding Unapproved Use of          162

23                 Approved Drugs "Off Label."

24    Exhibit 15   Removing Financial Barriers to           171

25                 Care for Transgender Patients.

Michael Laidlaw                                    September 2, 2022

Page 4

1                    E X H I B I T   I N D E X

2     No.                    DESCRIPTION                    PAGE

3     Exhibit 16  Health insurance coverage for        172

4                 gender-affirming care of

5                 transgender patients.

6     Exhibit 17  Hormonal Therapy and sex             179

7                 reassignment: a systematic review

8                 and meta-analysis of quality of

9                 life and psychosocial outcomes.

10    Exhibit 18  American Psychiatric Association     191

11                Ethics Committee Opinion.

12    Exhibit 19  Neurobiology of gender identity      93

13                and sexual orientation.

14                    E X A M I N A T I O N

15    ATTORNEY                                          PAGE

16    BY MR. GONZALEZ-PAGAN:                              6

17    BY MR. GONZALEZ-PAGAN:                            115

18

19

20

21

22

23

24

25

PAGE
BREAK

Michael Laidlaw                                    September 2, 2022

Page 29

1   on existing publications and preexisting data.

2           I think that's the distinction that you were

3   drawing in your answer as well, is that correct?

4       A.   Yes.

5       Q.   So would you be comfortable with that

6   understanding, that shared understanding of -- do you

7   know what I mean by primary research?

8       A.   Yes, I understand your meaning.

9       Q.   Have you performed any primary research?

10      A.   Yes.

11      Q.   On what?  On what matters?

12      A.   There were two studies.  One was a magnesium

13   study that had to -- we're looking for an association

14   of low magnesium leading to osteoporosis.

15          And the other study was regarding thyroid

16   cancer where we were looking at thyroid globulin tumor

17   markers and how they correlated with ultrasound

18   findings of the neck.

19      Q.   And when did you perform this research?

20      A.   This was during my -- it may have begun

21   during my -- I think it began during my residency and

22   then I continued into fellowship.

23      Q.   Have you performed any primary research

24   regarding gender dysphoria?

25      A.   No.

Michael Laidlaw                                    September 2, 2022

Page 30

1      Q.   Have you performed any primary research
2   relating to transgender people?
3      A.   No.
4      Q.   Have you performed any primary research
5   relating to gender identity?
6      A.   No.
7      Q.   Do you have any peer-reviewed publications?
8      A.   Yes.
9      Q.   Do you have a copy of your CV with you?
10     A.   No.
11     Q.   I will show you what's been marked as
12   Exhibit 2.
13     A.   Okay.
14     Q.   And this is a copy of your CV, right?
15          Well, it's not showing yet.  This is a copy
16   of your CV, right?
17     A.   Yes.  It's the one we looked at earlier.
18     Q.   And you have here a section titled
19   "Research, Publications, and Expert Witness Work," is
20   that right?
21     A.   Yes.
22     Q.   And we can scroll through it but just go
23   area by area.
24          Can you tell me which the -- within the
25   screen showing right now which of these publications

Michael Laidlaw                                    September 2, 2022

1    listed here are peer-reviewed?

2          MS. PAYTON:  Object to the form of the

3    question.  And the blue print on the question on the

4    screen here, I'm not sure that's easy to follow.

5          But go ahead and answer.

6          THE WITNESS:  Understood.

7    Q.  (By Mr. Gonzalez-Pagan)  Dr. Laidlaw, you

8    have marked in your CV some of these as expert

9    witness --

10   A.  Yes.

11   Q.  -- brief of Amicus Curiae, Expert Witness,

12   et cetera, is that correct?

13   A.  Yes.

14   Q.  Okay.  So there's a publication listed for

15   2021 --

16   A.  Uh-huh.

17   Q.  -- it's a Letter to the Editor --

18   A.  Uh-huh.

19   Q.  -- titled "Erythrocytosis in a Large Cohort

20   of Trans Men Using Testosterone:  A Long-Term

21   Follow-Up Study on Prevalence, Determinants and

22   Exposure Years," is that right?

23   A.  Yes.

24   Q.  It's a Letter to the Editor pertaining to

25   that separate article, is that correct?

Michael Laidlaw                                September 2, 2022

Page 32

```
 1        A.    That's right.

 2        Q.    And is a Letter to the Editor a peer

 3   reviewed publication?

 4        A.    I don't know.  It has to be accepted before

 5   they publish it, so I don't know what process they go

 6   through.  It may be or it may not be.

 7        Q.    There's another listing or a publication in

 8   2020 titled "Correction Transgender Surgery Provides

 9   No Mental Health Benefit," is that right?

10        A.    Yes.

11        Q.    And you're a coauthor of this piece, is that

12   right?

13        A.    Yes.

14        Q.    It was published in the Public Discourse, is

15   that correct?

16        A.    That's correct.

17        Q.    Is this a peer-reviewed publication?

18        A.    Not to my knowledge.

19        Q.    There's another publication just below it,

20   in 2020, titled Gender-Affirmation surgery conclusion

21   lacks evidence (letter)."

22              And you're a coauthor of this publication,

23   is that right?

24        A.    That's right.

25        Q.    This was another letter, is that correct?
```

Michael Laidlaw                                    September 2, 2022

                                                          Page 33

1        A.    Yes, it's a Letter to the Editor.

2        Q.    Okay.  Is this peer-reviewed?

3        A.    I don't know.  It has to be accepted for

4    publication, like I said, so I don't know what process

5    they go through.

6        Q.    Below that there's another publication

7    titled "The Pediatric Endocrine Society's Statement on

8    Puberty Blockers isn't just Deceptive.  It's

9    Dangerous."

10             And you're the sole author of this

11   publication, is that right?

12       A.    Yes.

13       Q.    And it was published in Public Discourse, is

14   that correct?

15       A.    That's correct.

16       Q.    And the next page, the next publication

17   listed is "The Right to Best Care for Children does

18   Not Include the Right to Medical Transition," is that

19   right?

20       A.    Yes.

21       Q.    And you're a coauthor of this piece?

22       A.    Yes.

23       Q.    And this is an opinion piece, is that

24   correct?

25             MS. PAYTON:  Object to the form.

Michael Laidlaw                                    September 2, 2022

Page 34

1      A.   My understanding is it's a peer-reviewed
2  piece, but that's the one I would say has to be
3  peer-reviewed to be published but I don't know their
4  process.
5      Q.   (By Mr. Gonzalez-Pagan)  But is it an
6  opinion piece or is it a research piece?
7           MS. PAYTON:   Object to the form.
8      A.   I mean it's the Journal of Bioethics, so
9  it's not -- if you're asking is it based on primary
10  research?  Because there's two different things.  You
11  could have a peer-reviewed -- peer review doesn't
12  necessarily mean it's primary research, to my
13  understanding.
14     Q.   No.  Understood.
15          I'm asking the question is the Journal of
16  Bioethics a peer-reviewed publication?
17     A.   That's my understanding, yes.  I mean all
18  the medical journals that you have listed are peer
19  reviewed publications.  The exact process they use, I
20  don't know.
21     Q.   And this piece in 2019 for which you are a
22  coauthor in the American Journal of Bioethics is not a
23  piece of original research, is that correct?
24     A.   When you say that, do you mean did we have
25  patients doing -- collecting data on individual

Michael Laidlaw                                    September 2, 2022

                                                              Page 35

1    patients?  Is that what you mean by that?

2         Q.   Yes.  Do you have an understanding of what

3    primary research meant?  So I guess I would ask it

4    that way.

5              Is this article based on primary research

6    you conducted?

7         A.   It's not based on primary research I

8    conducted.

9         Q.   Thank you.  There's another publication.

10   It's a Letter to the Editor, "Endocrine Treatment of

11   Gender-Dysphoric/Gender Incongruent Persons: An

12   Endocrine Society Clinical Practice Guideline," is

13   that correct?

14        A.   Correct.

15        Q.   And you're a coauthor of this piece?

16        A.   Yes.

17        Q.   And this is another Letter to the Editor,

18   correct?

19        A.   Yes.

20        Q.   Just below that there's a publication titled

21   "The Gender Identity Phantom," and you are the sole

22   author, is that right?

23        A.   Correct.

24        Q.   And it appears to be published in the

25   gdworkinggroup.org, is that right?

Michael Laidlaw                                    September 2, 2022

Page 36

1        A.    Yes, I think so.

2        Q.    What's the gdworkinggroup.org?

3        A.    They're a collection of different

4   psychologists, psychiatrists and other mental health

5   professionals, and there may have been other

6   physicians, but who were writing pieces with concerns

7   or criticisms about the care of people with gender

8   identity conditions.

9        Q.   Is this a publication posting on a

10   discussion board?

11        A.   Could you repeat that?

12        Q.   Is this a publication posting within a

13   discussion board?

14        A.   No.  Are you asking me like can you just

15   post something as part of a discussion or are you

16   asking can people discuss the topic below your

17   article?  Is that what you're asking?

18        Q.   I'm asking if it's a discussion forum for

19   professionals where you are set up, made a post, or

20   whether it's an article.

21        A.   Oh, it's an article against -- each author

22   can write -- you have to be a member to be an author

23   and you have to be an author to put something up

24   there.

25              So not just any general member of the public

Michael Laidlaw                                    September 2, 2022

Page 37

 1    could write something, if that clarifies it.

 2         Q.    Okay.  Is this peer-reviewed?

 3         A.    No.

 4         Q.    The next publication is titled  "Gender

 5    Dysphoria and Children: An Endocrinologist's

 6    evaluation of 'I am Jazz,'" and you're the sole

 7    author, is that right?

 8         A.    That's correct.

 9         Q.    And it was published in Public Discourse, is

10    that correct?

11         A.    Yes.

12         Q.    Are there any other publications that you

13    have in relation to gender dysphoria or transgender

14    issues?

15         A.    Not that I can think of.  I did have this --

16    I think I put it somewhere with my subpoena response,

17    but there's gendersanity.org where I explained myself

18    and coauthors explained the most recent Letter to the

19    Editor.

20         Q.    Sorry?  What is that?

21         A.    Gendersanity.org I believe is the name.

22         Q.    And is that a self-published website?

23         A.    Yes.

24         Q.    We've established that three of your

25    publications are for Public Discourse, is that

Michael Laidlaw                                    September 2, 2022

Page 38

1    correct?

2              MS. PAYTON:   Object to the form.

3        A.    Yeah.   Three -- I think it was three, yeah,

4    three publications for Public Discourse.

5        Q.   (By Mr. Gonzalez-Pagan)   Who publishes,

6    Public Discourse?

7        A.    I believe at the time I submitted my

8    articles that -- I don't know who the publisher is but

9    the editor was Ryan Anderson, I believe.

10       Q.    Are you familiar with the Witherspoon

11   Institute?

12       A.    Only that I saw their name associated with

13   Public Discourse.

14       Q.    I'm going to show you what's been marked as

15   Exhibit 4.

16       A.    Okay.

17             (Marked Deposition Exhibit No. 4.)

18       Q.   (By Mr. Gonzalez-Pagan)   Do you see the

19   document in front of you?

20       A.    Yes.

21       Q.    This is the Mission Statement for Public

22   Discourse, is that right?

23       A.    It says "Our Mission," so I suppose it is.

24       Q.    Okay.   And just to clarify, this is a

25   printout on September 2nd, 2022, 8:30 a.m., off the

Michael Laidlaw                                    September 2, 2022

```
                                                   Page 39

 1   website www.the public discourse.com/our mission, is

 2   that correct?

 3            MS. PAYTON:  Object to the form, foundation.

 4       A.   You are posting -- or I can see on the

 5   screen a mission statement from Public Discourse as of

 6   today.  Today is the first time I've ever seen it.

 7       Q.   (By Mr. Gonzalez-Pagan)  Yes.  On the

 8   screen?

 9       A.   Yeah.

10       Q.   And do you understand Public Discourse to be

11   an online journal?

12       A.   Yes.

13       Q.   And are you aware that their mission is to

14   enhance public understanding of the moral foundations

15   of free society?

16            MS. PAYTON:  Object to the form.

17       A.   You know, I'm looking at it now and I can

18   say you just read what is on there.  But I don't have

19   any affiliation with them in particular.

20            I think, but I don't recall exactly, that

21   anything I publish at the bottom, I think, says

22   something like "This does not necessarily represent

23   the views of the Public Discourse," so --

24       Q.   Is there any reason why you chose to publish

25   in the Public Discourse?
```

# PAGE BREAK

Michael Laidlaw                                    September 2, 2022

                                                        Page 42

 1              THE VIDEOGRAPHER:  We're going off the

 2     record at 10:00 a.m.

 3                   (Recess.)

 4              THE VIDEOGRAPHER:  We're back on the record

 5     at 10:07 a.m.

 6         Q.   (By Mr. Gonzalez-Pagan)  We left off

 7     discussing your publications.  Do you recall that,

 8     Dr. Laidlaw?

 9         A.   Yes, I do.

10         Q.   Just to sum up, none of your publications

11     pertaining to gender dysphoria are based on original

12     primary research, is that correct?

13         A.   That's correct.

14         Q.   And with the exception of the piece in the

15     Journal of Bioethics none of your publications

16     pertaining to gender dysphoria are peer-reviewed?

17         A.   Well, a number are published in peer-reduced

18     journals.

19         Q.   Sorry.  The Letters to the Editor, is that

20     right?

21         A.   The Letters to the Editors are in

22     peer-reviewed journals, yes.

23         Q.   We've established that you have a private

24     practice dedicated to endocrinology, is that correct?

25         A.   That's correct.

Michael Laidlaw                                    September 2, 2022

                                                          Page 43

 1      Q.   As part of your practice do you treat any
 2   pediatric patients?
 3      A.   I have some patients who are under the age
 4   of 18, so later teens or mid teens.
 5      Q.   What percentage of your practice are
 6   patients under the age of 18?
 7      A.   Probably, like, less than five percent.
 8      Q.   Have you ever provided care to a transgender
 9   patient?
10      A.   Yes.
11      Q.   Have you provided them with care relating to
12   their gender dysphoria?
13      A.   Only once.
14      Q.   What care did you provide that one patient?
15      A.   The patient needed a refill of estrogen.
16      Q.   Did you provide them with the refill?
17      A.   Yes.
18      Q.   About how many transgender patients have you
19   treated for other conditions besides this one patient
20   for gender dysphoria?
21      A.   So I would say that in my practice I have
22   patients with, I would use a more general term and say
23   "gender incongruence," who I'm seeing for other
24   conditions.
25           For example, they may have a pituitary

PAGE

BREAK

Michael Laidlaw                                September 2, 2022

                                                           Page 45

1        A.   Or there would be one who had -- well, I

2    would say two because the detransition person I am

3    treating as a consequence of gender dysphoria.  So I

4    would say two.

5        Q.   Okay.  So there's the one person who has

6    detransitioned and then the one person who you

7    provided a refill for estrogen, is that correct?

8        A.   Those are two patients who received hormones

9    related to a gender incongruence condition.

10       Q.   How old was the patient that detransitioned?

11       A.    In his 20s.  He was diagnosed in his early

12   teens.

13       Q.   Do you know how this patient came about

14   connecting with you?

15       A.   He has had a very difficult time finding an

16   endocrinologist who will treat him.  He had an

17   orchiectomy or testicles removed and vaginal plasty.

18            He had a difficult time finding a physician

19   who would prescribe testosterone so he had made a

20   search and somehow found me.

21       Q.   Have you ever diagnosed any patient with

22   gender dysphoria?

23       A.   Being that it's a psychological diagnosis, I

24   do not make psychological diagnoses, so no.

25       Q.   Have you ever diagnosed a person with gender

Michael Laidlaw                                    September 2, 2022

Page 46

1    identity disorder?

2         A.    The same answer.  A psychological, you know,

3    diagnosis that I do not make.

4         Q.    Just to clarify, for the patient who

5    detransitioned, you're not providing care for

6    treatment of gender dysphoria, is that correct?

7         A.    Well, I guess it depends how you define

8    treatment for gender dysphoria.

9         Q.    Well, what do you understand gender

10   dysphoria to be?

11        A.    Well, this would be a discomfort arising

12   from a person's, you know, true feeling of their

13   gender identity versus their physical body.

14             So I don't think this person has fully

15   resolved that issue within himself, but he feels very

16   poorly not receiving testosterone so I'm treating him.

17   So in a sense I am treating his gender -- I mean he

18   feels better.  He's doing better.

19             So I believe I am treating his gender

20   dysphoria.  That's not my primary purpose but it's a

21   secondary consequence.

22        Q.    Are you working in conjunction with a mental

23   health therapist or mental health provider in

24   providing this care to this individual?

25        A.    He just moved to Southern California and in

PAGE

BREAK

Michael Laidlaw                              September 2, 2022

Page 89

 1   last two sentences.  It states "WPATH claims to be a

 2   scientific organization while explicitly acting as an

 3   advocacy group.  These are incompatible goals."

 4        A.   Yes.

 5        Q.   What is the basis for your opinion that a

 6   scientific organization cannot engage in advocacy?

 7        A.   I think a scientific organization can -- for

 8   example, the American Cancer Society, which we talked

 9   about earlier, they can advocate for eliminating

10   cancer or better treatments for cancer.  But they

11   would not -- one would expect them not to exclusively

12   follow one, say, politically based point of view.

13            There could be a variety of points of view

14   within the American Cancer Society, I'm just giving

15   you an example, or Endocrine Society.  Whatever the

16   society is should be open to a variety of points of

17   view.

18            And what I've seen is that the WPATH is not.

19        Q.   You're not a member of WPATH, is that right?

20        A.   That's correct.

21        Q.   Do you know, are you privy to the debates

22   that occur within WPATH?

23        A.   I've seen some online debates.  I've spoken

24   to a psychologist who was a member and quit basically

25   because of this problem.

Michael Laidlaw                                    September 2, 2022

Page 90

1      Q.   But you're not privy to the actual internal
2   conversations of WPATH, is that correct?
3      A.   I've spent time looking at the WPATH
4   standards of care.
5      Q.   That wasn't my question, though.  Have you
6   participated in any WPATH conferences?
7      A.   I do not participate in WPATH conferences.
8   I'm not a member.
9      Q.   Have you participated in internal discussion
10  forums?
11     A.   I do not participate with WPATH.  I'm not a
12  member.
13     Q.   So what is the basis for your opinion that
14  there are no diverse -- no differences of opinion
15  within WPATH?
16     A.   I'm basing it on their standards of care.
17     Q.   The Endocrine Society has a variety of
18  clinical practice guidelines, is that not correct?
19     A.   They do.
20     Q.   Some people disagree with many of those
21  variety of clinical practice guidelines, is that not
22  correct?
23     A.   Are you saying that the members of the
24  Endocrine Society disagree with practice guidelines?
25     Q.   Yes.

# PAGE BREAK

Michael Laidlaw                                    September 2, 2022

Page 92

1    allowed for a variety of viewpoints in my opinion.

2         Q.   (By Mr. Gonzalez-Pagan)  And I'm asking

3    whether you know whether, know from a first hand basis

4    whether WPATH allows for a variety of opinions?

5         A.   My impression is that they do not.

6         Q.   What's the basis for your impression?

7         A.   Their standards of care and my conversation

8    with the psychologist that I mentioned.

9         Q.   So the standards of care itself is proof

10   there's no debate?

11        A.   Right.  Because it doesn't offer any

12   alternatives.

13        Q.   Let's turn to page 31 -- sorry, paragraph 31

14   of your report.

15        A.   Okay.

16        Q.   There you state -- is there an echo?  There

17   you state that the assertion by Dr. Etner that a

18   growing assemblage of research documents that gender

19   identity is immutable and biologically based lacks

20   scientific support and therefore impairs the

21   credibility of Dr. Etner's opinions?

22        A.   Yes.

23        Q.   Okay.  Are you saying that gender identity

24   is not biologically based?

25        A.   I'm saying there's no evidence of it at this

PAGE

BREAK

Michael Laidlaw                                    September 2, 2022

                                                        Page 103

1        A.   I'm not sure.  I think some of the earlier

2   studies were in the United States but I'm not a

3   hundred percent sure.

4        Q.   Are you aware that the desistance studies

5   only involve youth that were diagnosed or were sub

6   threshold for gender identity disorder rather than

7   gender dysphoria?

8        A.   Well, the gender dysphoria diagnosis was

9   not, you know, hadn't been published at that point,

10  so.

11       Q.   It didn't exist at that time, is that

12  correct?

13       A.   Well, I mean it may have existed but it

14  didn't exist as a term in the DSM.

15       Q.   Sure.  What I'm trying to say, the gender

16  dysphoria diagnosis as contained within the DSM-5 did

17  not exist at the time that these studies were

18  conducted?

19       A.   Yes.

20       Q.   Okay.  And the diagnostic criteria of gender

21  identity disorder contained in the DSM-3 and 4 is

22  different than the diagnostic criteria for gender

23  dysphoria in the DSM-5, is that correct?

24       A.   At that time I believe they had a term

25  gender identity disorder.

Michael Laidlaw                                September 2, 2022

Page 104

1      Q.   Yes.  And I'm asking whether the diagnostic
2  criteria are different.
3      A.   There were different diagnostic criteria, to
4  my knowledge.
5      Q.   I'm going to show you what's been marked as
6  Plaintiffs' Exhibit 6.
7             (Marked Deposition Exhibit No. 6.)
8      Q.   (By Mr. Gonzalez-Pagan)  I apologize.  This
9  is actually a pretty enormous PDF.
10            Can you see my screen?
11     A.   Yes.
12            This is a publication titled "Understanding
13  the Well-Being of LGBTQI Populations," from 2020,
14  published by the National Academies of Sciences,
15  Engineering and Medicine.
16            Do you see that?
17     A.   I see it.
18     Q.   Are you familiar with this document?
19     A.   Only briefly looking at it this morning but
20  I had not heard of it before.
21     Q.   Okay.  And in your report you relied on
22  reported reviews from the United kingdom, Sweden and
23  Finland relating to the scientific evidence of the
24  care of gender dysphoria, is that right?
25     A.   Yes.

PAGE

BREAK

Michael Laidlaw                                    September 2, 2022

Page 109

 1   looked at primarily up to age twelve population.

 2            So I'm asking if you know any desistance

 3   rates or studies pertaining to desistance rates, you

 4   know, above age twelve?

 5       A.   Well, I don't -- well, let's say from the

 6   age of 13 to 18 I'm not aware of any study that looks

 7   at desistance.

 8       Q.   Do you know of any study that looks at

 9   desistance above age 18?

10       A.   I don't know if there's any published study.

11   I know there was a professor in the UK who wanted to

12   publish something and he was obstructed from doing

13   that.  I don't remember his name, Caspin, I think.

14            So I'm not aware that there's any out there.

15       Q.   (By Mr. Gonzalez-Pagan)  I'm going to refer

16   you again to Exhibit 6.  This is the National

17   Academies study report.  I'm on page 302 of the

18   document.

19            And it states that while interest in the

20   so-called desistance of transgender identity has been

21   informed by studies suggesting that as high as 80

22   percent of prepubertal youth presenting to pediatric

23   gender clinics ultimately do not identify as

24   transgender, many of the youth included in the studies

25   did not meet full DSM criteria for a gender

PAGE

BREAK

Michael Laidlaw                                    September 2, 2022

                                                          Page 184

1    on minor C.P."

2            That's a mode of treatment.  And I'm asking

3    how is that consistent with your critique on paragraph

4    180?

5        A.   Well, my critique was of Dr. Karasic.

6        Q.   Did that apply to you?

7        A.   No.

8        Q.   You're not a mental health provider, right?

9        A.   I'm sorry?

10       Q.   You're not a mental health provider, right?

11       A.   No.

12       Q.   And you're not a surgeon, right?

13       A.   Correct.

14       Q.   Look at paragraph 195.  You conclude

15   "Therefore, it appears that Dr. Hatfield had begun

16   pubertal suppression at Tanner Stage 1, which was not

17   advised by either the ESG or even the WPATH's SOC."

18           Did I read that correctly?

19       A.   Yes.

20       Q.   That is not something you know, that is

21   speculation based on some gaps you appear to have

22   found in the medical records, is that right?

23       A.   No.  I'm basing my opinion on the medical

24   record.

25       Q.   Okay.  So are you saying that with

# PAGE
# BREAK

Michael Laidlaw                                    September 2, 2022

Page 195

1    that question, do you consider a person to be

2    transgendered to be troubling?

3              MS. PAYTON:  I'll object to the form.

4       A.   I'm not sure what you mean by that.  Are you

5    saying medically or are they troubled, you know, at

6    risk for hormones?  Is that what you're saying?

7       Q.   (By Mr. Gonzalez-Pagan)  I am making

8    reference to your own publication.

9       A.   Well, you'd have to show me exactly what it

10   is.  I'm not sure what you're referencing.

11             MR. Gonzalez-Pagan:  Okay.  Those are all my

12   questions.

13             MS. PAYTON:  No questions.  We'll reserve.

14   No video, please.

15             THE VIDEOGRAPHER:  Did Ele have some

16   questions?

17             MS. HAMBURGER:  No. I have no questions.

18             THE VIDEOGRAPHER:  Okay.  I thought she said

19   hold on a few minutes.

20             This concludes the video-recorded deposition

21   of Dr. Michael Laidlaw.

22             We are off the record at 3:21 p.m.

23                 (Deposition recessed at 3:21 p.m.)

24

25

Michael Laidlaw                                        September 2, 2022

                                                              Page 196

 1                    S I G N A T U R E

 2               I declare under penalty of perjury under the

 3    laws of the State of Washington that I have read my within

 4    deposition, and the same is true and accurate, save and

 5    except for changes and/or corrections, if any, as indicated

 6    by me on the CHANGE SHEET flyleaf page hereof.

 7               Signed in _____, Washington,

 8    this _____ day of _____, 2022.

 9

10

11    ---------------------------

12    MICHAEL LAIDLAW

13    Taken:  September 2, 2022

14

15

16

17

18

19

20

21

22    Re:  C.P. versus Blue Cross Blue Shield
      Cause No.:  3:20-cv-06145-RJB
23    Pat Lessard, CCR 2104

24

25

Michael Laidlaw                                    September 2, 2022

Page 197

```
 1                C E R T I F I C A T E

 2   STATE OF WASHINGTON   )
                           ) ss.
 3   COUNTY OF KING        )

 4        I, the undersigned Washington Certified Court

 5   Reporter, hereby certify that the foregoing deposition upon

 6   oral examination of MICHAEL LAIDLAW was taken

 7   stenographically by me on September 2, 2022, and transcribed

 8   under my direction;

 9        That the witness was duly sworn by me pursuant to

10   RCW 5.28.010 to testify truthfully; that the transcript of

11   the deposition is a full, true, and correct transcript to

12   the best of my ability; that I am neither attorney for nor

13   relative or employee of any of the parties to the action or

14   any attorney or counsel employed by the parties hereto, nor

15   am I financially interested in its outcome.

16        I further certify that in accordance with

17   CR 30(e) the witness was given the opportunity to examine,

18   read and sign the deposition within 30 days upon its

19   completion and submission, unless waiver of

20   signature was indicated in the record.

21        IN WITNESS WHEREOF, I have hereunto set my hand

22   12th day of September, 2022.

23                         _____

24                         Pat Lessard,
                           pat@court-reporter.com

25
```

Michael Laidlaw                                         September 2, 2022

Page 199

1                          CHANGE SHEET

2     PLEASE MAKE ALL CHANGES OR CORRECTIONS ON THIS SHEET,
      SHOWING PAGE, LINE AND REASON.
3     _____

4     PAGE     LINE     CORRECTION AND REASON

5     _____    _____    _____

6     _____    _____    _____

7     _____    _____    _____

8     _____    _____    _____

9     _____    _____    _____

10    _____    _____    _____

11    _____    _____    _____

12    _____    _____    _____

13    _____    _____    _____

14    _____    _____    _____

15    _____    _____    _____

16    _____    _____    _____

17    _____    _____    _____

18    _____    _____    _____

19    _____    _____    _____

20

21    _____

22    MICHAEL LAIDLAW
      Taken: September 2, 2022
23    Re:  C.P. versus Blue Cross Blue Shield
      Cause No.:  3:20-cv-06145-RJB
24    Pat Lessard, CCR 2104.

25