# EXHIBIT 17



## The American Journal of Bioethics



ISSN: 1526-5161 (Print) 1536-0075 (Online) Journal homepage: https://www.tandfonline.com/loi/uajb20

# The Right to Best Care for Children Does Not Include the Right to Medical Transition

Michael Laidlaw, Michelle Cretella & Kevin Donovan

**To cite this article:** Michael Laidlaw, Michelle Cretella & Kevin Donovan (2019) The Right to Best Care for Children Does Not Include the Right to Medical Transition, The American Journal of Bioethics, 19:2, 75-77, DOI: 10.1080/15265161.2018.1557288

**To link to this article:** https://doi.org/10.1080/15265161.2018.1557288

Published online: 20 Feb 2019.

Submit your article to this journal �check

Article views: 1323

View related articles ⏷

View Crossmark data ⏷

Citing articles: 5 View citing articles ⏷

# The Right to Best Care for Children Does Not Include the Right to Medical Transition

**Michael Laidlaw** ⓘ**,** Private Practice
**Michelle Cretella** ⓘ**,** American College of Pediatricians
**G. Kevin Donovan** ⓘ**,** Georgetown University Medical Center

Contrary to the suggestion in the article, by Priest (2019) watchful waiting with support for gender-dysphoric children and adolescents up to the age of 16 years is the current standard of care worldwide, not gender affirmative therapy (de Vries and Cohen-Kettenis 2012). The treatment of children and adolescents with sex hormones for a mismatch between their mind's perceived gender and their biological sex—otherwise known as gender dysphoria (GD)—results in unique medical and ethical challenges not present in adults. The main challenge results from stopping normal pubertal development by the use of puberty blocking agents (PBA). These are given as part of a treatment paradigm known as gender affirmative therapy (GAT). After some period of time on PBA, cross-sex hormones are introduced and dosages are increased, and gonads and breasts may be surgically removed. The consequences of PBA/GAT are not trivial and include potential sterility, sexual dysfunction, thromboembolic and cardiovascular disease, osteoporosis, and malignancy (Hembree et al. 2017). The adolescent does not have the intellectual or emotional maturity or judgment to make the decision to undergo PBA/GAT without parental approval.

## PUBERTY BLOCKING AGENTS

Gonadotropin-releasing hormone (GnRH) analogues such as leuprolide are being used off label for suppression of normal puberty. These powerful hormones act directly on the pituitary–gonadal axis to inhibit the production of luteinizing hormone (LH)/follicle-stimulating hormone (FSH) and consequently lower testosterone and estrogen to subnormal levels. This pathologic state is known as hypogonadotropic hypogonadism. There are no randomized controlled studies for the use of PBA—including safety—for stopping normal puberty. The Endocrine Society has published revised clinical guidelines in 2017 on the treatment of gender dysphoric persons including adolescents (Hembree et al. 2017). The

quality of evidence for PBA is noted to be low. In fact, all of the evidence in the guidelines with regard to treating children/adolescents by GAT is low to very low because of the absence of proper studies.

These same guidelines, however, recommend arresting normal puberty at Tanner stage 2. This is highly significant, because it is the pubertal stage occurring before menarche in girls and before spermarche in boys. Continued suppression of the pituitary gonadal axis by PBA will maintain a state of immaturity of the male and female gonads. As a result, though the child will likely continue to grow in stature, the gonads and entire pelvic genitalia will remain stunted at Tanner stage 2. The addition of cross sex hormones will not change this condition. As a result, the patient will be infertile as an adult. The continued administration of cross-sex hormones may lead to permanent sterility. Gonadectomy, of course, will ensure sterility.

## INFERTILITY

Infertility is a major health problem. The literature shows it to be a source of significant psychological distress that reduces quality of life, including "emotional well being, relationships, and sexuality" (Carter et al. 2005). Infertile women even without other health conditions have "depression at twice the rate of the normal population and report levels of psychological distress comparable to the experience of a life threatening illness" (Carter et al. 2005). This is obviously a complex problem that a child, particularly at Tanner stage 2, which may be as young as 8 or 9 years old, does not have the capacity to fully comprehend.

## LOW RATES OF FERTILITY PRESERVATION

What about fertility preservation (FP)? An obvious parallel can be found in child and adolescent cancer patients who may lose fertility because of gonadotoxic treatments and surgeries. "From an ethical standpoint, the key

Address correspondence to Michael Laidlaw, Endocrinology, Private Practice, 4770 Rocklin Rd, Ste #1, Rocklin, CA 95677, USA. E-mail: docdrlaidlaw@gmail.com

reason for pursuing fertility protection [in these patients] is to restore personal autonomy to those who might, in the future, become unable to conceive" (Patrizio and Caplan 2010). Unfortunately, studies show that fewer than 5% of adolescents receiving GAT even attempt this process (Chen et al. 2017). Those adolescents who receive PBA at a late stage of puberty may be able to preserve fertility by sperm or oocyte cryopreservation. However, ovarian tissue cryopreservation is still considered experimental in most centers and testicular tissue cryopreservation remains entirely experimental. These experimental forms of FP would be the only options in children blocked prior to spermarche and menarche and are high in cost and limited to specialized centers. Even with FP there is no guarantee of having a child.

## IMPAIRED SEXUAL FUNCTION

Another consequence of PBA is impairment of adult sexual function (SF). Again, early blockade of puberty will arrest the genitalia at an early developmental stage with limited to absent functioning as an adult. Normal SF in the male, including erection, orgasm, and ejaculation, will be significantly impaired to absent. In the female, PBA induce a menopausal state with consequent low estradiol and progesterone levels. The pelvic genitalia will acquire a menopausal yet undeveloped state. Consequences will include decreased blood flow to the vagina and vulva, thinning of the vaginal epithelium, and vaginal dryness leading to atrophy. Conditions such as hypoactive sexual desire (HSDD) have been found in naturally menopausal females and to be of even higher prevalence in 20- to 49-year-olds with surgically induced menopause. HSDD is associated with a significant decrease in general health, including aspects of mental and physical health (Leiblum et al. 2006).

Both the male and female will have significantly impaired to absent SF as adults because of the effects of PBA and due to the addition of cross-sex hormones. These effects will be compounded by genital affirmation surgery. The child or adolescent lacks the knowledge, foresight, and in most cases experience of SF to be able to fully comprehend the loss or impairment of SF resulting from the initial step of PBA.

## DISRUPTION OF NORMAL BONE DEVELOPMENT

Abnormal bone growth and development is another unique consequence of PBA. Skeletal growth and development is an exquisitely timed and coordinated event involving multiple hormonal interactions, particularly the simultaneous increase in sex hormones and growth hormone. PBA results in very low to absent sex hormone levels during the normal time of increased growth hormone levels. The results and implications of causing this hormonal mismatch are unknown. It has been shown that PBA

lead to a decline in the bone mineral density z score (Hembree et al. 2017). This has lifelong implications that may include early-onset osteopenia or osteoporosis.

## THE PROBLEM OF ACCURATE DIAGNOSIS AND DESISTANCE

In spite of the previous discussion of risks, one might argue that the benefits of PBA outweigh these risks, and that children and adolescents should have the legal right to access these agents without parental approval. But as in any disease process, how can we be certain that a condition has been properly diagnosed before undergoing life-altering therapies? In the case of cancer, for example, physical evidence and confirmation of the condition would be warranted to both justify and tailor therapy accordingly.

There are no objective tests—laboratory, imaging, or otherwise—to diagnose a "true transgender" child. By adulthood 61–98% will outgrow GD (Ristori and Steensma 2016). There is no known way to predict who will desist and who will remain dysphoric. Furthermore, the recent phenomenon has been described of adolescents, primarily teenage girls, many with neurodevelopmental disorders, suddenly developing GD without prior history, through social contagion (Littman 2018). Therefore, a large number of children and adolescents diagnosed with GD who would otherwise be predicted to desist or who have developed the condition due to social pressures would be irreversibly harmed by PBA/GAT.

PBA compound the problem of natural desistance in a profound way. In a study of 70 adolescents who were followed after receiving PBA, 100% desired to continue on to cross-sex hormones (de Vries et al. 2011). The natural pattern of desistance has been broken, either because of physiologic or psychological effects of PBA or a combination of the two. Adolescents who would have otherwise desisted instead retain the notion that their gender identity and sex do not match and are thereby guaranteed to risk developing the problems addressed in the preceding.

## COMORBID PSYCHIATRIC CONDITIONS

An additional issue related to the adolescent's decision to take PBA without parental involvement concerns associated psychological conditions that may affect judgement. A study of the Finnish gender identity service showed that "75% of adolescents [assessed] had been or were currently undergoing child and adolescent psychiatric treatment for reasons other than gender dysphoria" (Kaltiala-Heino et al. 2015). A recent parental survey showed that 62.5% of the affected adolescents had "a psychiatric disorder or neurodevelopmental disability preceding the onset of gender dysphoria" (Littman 2018). These psychiatric conditions compound the problem of immaturity in contemplating the very complex issues that we have addressed.

Transgender Children and the Right to Transition

## THE CURRENT STANDARD OF CARE

As stated, watchful waiting with support for GD children and adolescents is the current standard of care worldwide until the age of 16 years, not GAT (de Vries and Cohen-Kettenis 2012). Children referred for psychological therapy or simple watchful waiting have been able to alleviate their GD without the damaging health consequences of GAT. These methods are the obvious and preferred therapy for GD, as they do the least harm with the most benefit for the greatest number.

## CONCLUSION

Children and adolescents have neither the cognitive nor the emotional maturity to comprehend the consequences of receiving a treatment for which the end result is sterility and organs devoid of sexual pleasure function. To argue that all children who are self-declared as transgendered will be harmed psychologically and physically without puberty blocking treatments is false; the greatest number will be seen to not require this at all. To further argue that these adolescents should receive hormonal therapy without parental approval betrays a poor understanding of adolescent psychology and the role of parents in the family dynamic. Evidence of severe and permanent harm from an appropriate delay for the psychological evaluation and treatment of such children, prior to permanently altering them, does not exist. To argue that such supposed harm rises to the level of denying parental involvement in the care of their gender-dysphoric child is grossly overreaching, and should not be suggested as the standard of care. Rather, it would constitute an unmonitored, experimental intervention in children without sufficient evidence of efficacy or safety, for which informed consent therefore would not be possible. ∎

## ORCID

Michael Laidlaw http://orcid.org/0000-0001-6849-7285
Michelle Cretella https://orcid.org/0000-0002-4264-9911
G. Kevin Donovan https://orcid.org/0000-0002-6115-7840

## REFERENCES

Carter, J., K. Rowland, D. Chi, et al. 2005. Gynecologic cancer treatment and the impact of cancer-related infertility. *Gynecologic Oncology* 97(1): 90–95.

Chen, D., L. Simons, E. K. Johnson, B. A. Lockart, and C. Finlayson. 2017. Fertility preservation for transgender adolescents. *The Journal of Adolescent Health* 61(1): 120–123.

de Vries, A. L. C., T. D. Steensma, T. A. H. Doreleijers, and P. T. Cohen-Kettenis. 2011. Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *The Journal of Sexual Medicine* 8(8): 2276–2283. doi: 10.1111/j.1743-6109.2010.01943.x.

de Vries, A. L., and P. T. Cohen-Kettenis. 2012. Clinical management of gender dysphoria in children and adolescents: The Dutch approach. *Journal of Homosexuality* 59(3): 301–320.

Hembree, W. C., P. T. Cohen-Kettenis, L. Gooren, et al. 2017. Endocrine treatment of gender-dysphoric/gender-incongruent persons: An endocrine society clinical practice guideline. *The Journal of Clinical Endocrinology & Metabolism* 102(11): 3869–3903. doi: 10.1210/jc.2017-01658.

Kaltiala-Heino, R., M. Sumia, M. Työläjärvi, and N. Lindberg. 2015. Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health* 9: 9.

Leiblum, S. R., P. E. Koochaki, C. A. Rodenberg, I. P. Barton, and R. C. Rosen. 2006. Hypoactive sexual desire disorder in postmenopausal women: US results from the women's international study of health and sexuality (WISHeS). *Menopause* 13(1): 46–56.

Littman, L. 2018. Rapid-onset gender dysphoria in adolescents and young adults: A study of parental reports. *PLoS One* 13(8): e020233016.

Patrizio, P., and A. Caplan. 2010. Ethical issues surrounding fertility preservation in cancer patients. *Clinical Obstetrics and Gynecology* 53(4): 717–726.

Priest, M. 2019. Transgender children and the right to transition: Medical ethics when parents mean well but cause harm. *American Journal of Bioethics* 19(2): 45–59.

Ristori, J., and T. D. Steensma. 2016. Gender dysphoria in childhood. *International Review of Psychiatry (Abingdon, England)* 28(1): 13–20.