IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.                                      Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.,

    Defendants.

_____/

## UNOPPOSED MOTION TO SEAL

Pursuant to 5.5 of the Local Rules of the Northern District of Florida and paragraph 11 of the Stipulated Confidentiality Agreement and Protective Order ("Protective Order") (Doc. 77), Plaintiffs respectfully request that the Court grant them leave to file under seal a certain exhibit in support of their Motion to Exclude the Expert Testimony of Dr. Michael K. Laidlaw. The exhibit to be filed under seal is the Expert Report of Dr. Michael Laidlaw dated February 17, 2023 ("Report"). The Report has been marked "Confidential" pursuant to paragraphs 3 and 4 of the Protective Order and on the agreement of both Parties. The Parties marked the Report confidential because portions of it contain Plaintiffs' sensitive medical information. In compliance with 5.5(D) of the Local Rules, Plaintiffs have filed a redacted version of the exhibit to become part of the public file and, after leave of

1

Court is granted to file under seal, the Plaintiffs will transmit an unredacted version to the Court.

**CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1(B)**

Pursuant to 7.1(B) of the Local Rules of the Northern District of Florida, the undersigned certifies that she has conferred with the attorneys representing Defendant regarding the relief requested in this motion and they have authorized her to represent that Defendants do not oppose this motion.

Dated: April 7, 2023

Respectfully Submitted,

*/s/Abigail Coursolle*

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**

**Jennifer Altman** (Fl. Bar No. 881384)
**Shani Rivaux** (Fl. Bar No. 42095)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

**William C. Miller**\*
**Gary J. Shaw**\*
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com

**Joe Little**\*
500 Capitol Mall, Suite 1800

**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**

**Omar Gonzalez-Pagan**\*
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

**Carl S. Charles**\*
1 West Court Square, Suite 105
Decatur, GA 30030
(404) 897-1880
ccharles@lambdalegal.org

**SOUTHERN LEGAL COUNSEL, INC.**

**Simone Chriss** (Fl. Bar No. 124062)
**Chelsea Dunn** (Fl. Bar No. 1013541)

2

| | |
|---|---|
| Sacramento, CA 95814<br>(916) 329-4700<br>joe.little@pillsburylaw.com | 1229 NW 12th Avenue<br>Gainesville, FL 32601<br>(352) 271-8890<br>Simone.Chriss@southernlegal.org<br>Chelsea.Dunn@southernlegal.org |
| **NATIONAL HEALTH LAW PROGRAM** | |
| **Abigail Coursolle**\*<br>3701 Wilshire Boulevard, Suite 315<br>Los Angeles, CA 90010<br>(310) 736-1652<br>coursolle@healthlaw.org | **FLORIDA HEALTH JUSTICE PROJECT**<br><br>**Katy DeBriere** (Fl. Bar No. 58506)<br>3900 Richmond Street<br>Jacksonville, FL 32205<br>(352) 278-6059<br>debriere@floridahealthjustice.org |
| **Catherine McKee**\*<br>1512 E. Franklin Street, Suite 110<br>Chapel Hill, NC 27541<br>(919) 968-6308<br>mckee@healthlaw.org | *\* Admitted pro hac vice*<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via email on April 7, 2023 on all counsel of record:

Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
HOLTZMAN VOGEL BARANTORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301

**COUNSEL FOR DEFENDANTS**

        */s/ Abigail Coursolle*
        Abigail Coursolle
        **ATTORNEY FOR PLAINTIFFS**