Page 1

1             UNITED STATES DISTRICT COURT
                      FOR THE
2             MIDDLE DISTRICT OF FLORIDA
3

   DREW ADAMS, a minor,     )
4                           )
          Plaintiff,        )
5                           )
      vs.                   )Civil Action
6                           )No.3:17-cv-00739-TJC-JBT
   THE SCHOOL BOARD OF ST. )
7  JOHNS COUNTY, FLORIDA,   )
                            )
8          Defendant.       )
9
10
11
12      VIDEOTAPED DEPOSITION OF PAUL W. HRUZ, M.D., Ph.D
13              Taken on behalf of Plaintiff
14                 November 20, 2017
15      (Starting time of the deposition:  8:58 a.m.)
16
17
18
19
20
21
22
23
24
25

Exhibit
0002
9/29/2021
Hruz

Page 2

1            I N D E X   O F   E X A M I N A T I O N

2

3                                                        Page

4    Questions by Mr. Gonzalez-Pagan ................    7

5    Questions by Mr. Kostelnik ...................... 286

6    Further Questions by Mr. Gonzalez-Pagan ......... 292

7

8    INDEX  OF  EXHIBITS

9    EXHIBIT      DESCRIPTION                          PAGE

10   For the Plaintiff:

11   Exhibit 1    Subpoena                              11
     Exhibit 2    Expert Declaration                    29

12   Exhibit 3    Growing Pains Article                 29
     Exhibit 4    Letter                                68

13   Exhibit 5    Article                              163
     Exhibit 6    Article                              231

14   Exhibit 7    Article                              246
     Exhibit 8    Article                              249

15

16           (The original exhibits were retained by the
     court reporter, to be attached to Mr. Gonzalez-Pagan's

17   transcript.)

18

19

20

21

22

23

24

25

Page 3

1                    UNITED STATES DISTRICT COURT
                              FOR THE
2                    MIDDLE DISTRICT OF FLORIDA
3

    DREW ADAMS, a minor,      )
4                             )
              Plaintiff,      )
5                             )
         vs.                  )Civil Action
6                             )No.3:17-cv-00739-TJC-JBT
    THE SCHOOL BOARD OF ST. )
7   JOHNS COUNTY, FLORIDA,   )
                              )
8             Defendants.     )
9

10            VIDEOTAPED DEPOSITION OF WITNESS, PAUL W.
11   HRUZ, M.D., Ph.D., produced, sworn, and examined on
12   the 20th day of November, 2017, between the hours of
13   nine o'clock in the forenoon and six o'clock in the
14   evening of that day, at the offices of Veritext Legal
15   Solutions, 515 Olive Street, Suite 300, St. Louis,
16   Missouri before BRENDA ORSBORN, a Certified Court
17   Reporter within and for the State of Missouri, in a
18   certain cause now pending in the United States
19   District Court for the Middle District of Florida,
20   wherein Drew Adams, a minor, is the Plaintiff and The
21   School Board of St. Johns County, Florida is the
22   Defendant.
23
24
25

```
                                        Page 4
 1                A P P E A R A N C E S
 2           For the Plaintiff:
 3           Mr. Omar Gonzalez-Pagan
             Lambda Legal
 4           120 Wall Street
             New York, New York 10005
 5           (212) 809-8585
             ogonzalez-pagan@lambdalegal.org
 6           and
             Ms. Shani Rivaux
 7           Pillsbury Winthrop Shaw Pittman LLP
             600 Brickell Avenue, Suite 3100
 8           Miami, Florida 33131
             (786) 913-4882
 9           shani.rivaux@pillsburylaw.com
10
11           For the Defendant:
12           Mr. Kevin Kostelnik
             Mr. Terry Harmon (via phone)
13           Sniffen & Spellman, P.A.
             123 North Monroe Street
14           Tallahassee, Florida 32301
             (850) 205-1996
15           kkostelnik@sniffenlaw.com
16
17           The Court Reporter:
18           Ms. Brenda Orsborn, RPR/CSR/CCR
             Missouri CCR No. 914
19           Illinois CSR No. 084-003460
             Veritext Legal Solutions
20           515 Olive Street, Suite 300
             St. Louis, Missouri 63101
21           (888) 391-3376
22
23           The Videographer:  Ms. Kimberlee Lauer
24
25
```

1    Q.   So is that a "yes" or a "no"?

2    A.   That is a -- to make sure I understand the

3    question again, please address it again.

4    Q.   If Drew asked you to use male pronouns,

5    would you use male pronouns?

6    A.   Yes.

7    Q.   In your practice -- and I take it you've

8    been practicing for several years, so in your

9    practice, how many transgender patients have you

10   treated in the past five years?

11   A.   As stated explicitly in my declaration, I

12   intentionally do not treat transgender patients.

13   Q.   At all?

14   A.   That is correct.

15   Q.   In any -- for any treatment?

16   A.   Oh, the ones that I'm aware of, I have not

17   encountered any patients that have presented to me as

18   transgendered for any other conditions.  I have

19   certainly encountered many patients where that was

20   something under consideration or something that I

21   suspected, but nobody has ever mentioned directly to

22   me that they were transgendered.

23   Q.   Okay.  So to your knowledge, you have not

24   treated any person that you knew was transgender?

25         MR. KOSTELNIK:  Form.

1     A.   Well, again, if you would -- yeah, that is

2   true for -- for the -- the patient -- somebody like

3   Drew Adams that was biologically normal.  I have

4   certainly cared for hundreds of patients that have

5   disorders of sexual development.  Many practitioners

6   will include those in that designation.  I believe

7   that they are a completely different patient

8   population than Drew Adams.

9     Q.   (By Mr. Gonzalez-Pagan) What is gender

10  dysphoria?

11    A.   Gender dysphoria is the discomfort that one

12  experiences related to gender identity that does not

13  conform with one's biological sex.

14    Q.   Is that the definition in the DSM?

15    A.   Yes.

16    Q.   It uses the word "discomfort"?

17    A.   I'd have to go look back at the exact

18  wording of that.  It's the difficulty that they

19  experience, psychological difficulty with that, yes.

20    Q.   Okay.  And based on your testimony, would

21  you agree that you have not treated any transgender

22  patients for gender dysphoria?

23    A.   Yes, I would agree.

24    Q.   Would you agree that Drew's treating

25  physicians have diagnosed him with gender dysphoria?

Page 40

```
1    the person putting forward this clinic and trying to
2    understand what care that was being proposed to be
3    provided in the setting of that context in my role as
4    the director of our -- or the chief of our division of
5    endocrinology.
6         Q.   Just to be clear, though, you have never sat
7    in a meeting between a provider and a patient
8    discussing their treatment options for gender
9    dysphoria?
10        A.   That is correct, I've never been in the room
11   with a patient while that care is being discussed.
12        Q.   All right.  Would you agree that Drew Adams'
13   doctors have concluded that gender-affirming treatment
14   is appropriate treatment for him?
15        A.   That is what they concluded, yes.
16        Q.   Would you agree that Drew Adams' doctors
17   have concluded that the gender-affirming treatment has
18   been helpful to Drew?
19        A.   I believe that that's what they claim, yes.
20        Q.   Do you agree that Drew Adams' gender-
21   affirming treatment has been beneficial for him?
22        A.   It depends on what you mean by beneficial.
23   I think that it is far too early to know what the
24   long-term outcome -- outcomes are going to be from
25   what is being provided for Drew Adams.
```

Page 41

```
1        Q.   As we stand here today, has the
2   gender-affirming treatment been beneficial to Drew
3   with regards to his gender dysphoria?
4             MR. KOSTELNIK:  Object to form.
5        A.   So similar to the literature that has
6   already been published in this area, Drew, by the
7   reports that I've read, is experiencing a -- a
8   lessening of the dysphoria in relation to the gender
9   discordance, and I would say that based on the
10  information that I saw, the answer is yes.
11       Q.   (By Mr. Gonzalez-Pagan) As we stand here
12  today, do you agree that Drew Adams' gender-affirming
13  treatment has improved his quality of life?
14       A.   So again, I can't say with certainty what
15  actually has improved his quality of life.  I can say,
16  based on the record, that he is better adjusted than
17  previously.
18       Q.   Dr. Hruz, you're an endocrinologist,
19  correct?
20       A.   That is correct.
21       Q.   You're not a psychiatrist, correct?
22       A.   That is correct.
23       Q.   You're not a psychologist?
24       A.   That is correct.
25       Q.   Are you a licensed mental healthcare
```

Page 42

1   provider of any kind?

2        A.   I am not.

3        Q.   Can you diagnose gender dysphoria?

4        A.   I can -- I can diagnose gender dysphoria to

5   the extent that my colleagues, as pediatric

6   endocrinologists, follow the DSM-5 and look at the

7   criteria and put the check boxes there.  That is the

8   extent of what my colleagues, as pediatric

9   endocrinologists, do, and I'm just as capable of doing

10  that as they are.

11       Q.   As an endocrinologist, do you routinely

12  diagnose conditions in the DSM-5?

13       A.   I -- I do not -- well, let me -- I'm

14  trying -- the reason I'm waiting is I'm trying to

15  think as I put in my ICD9 codes in my visits, I do

16  believe that I've actually added them, but I do not

17  consider myself as a psychiatrist to making those

18  diagnoses, no.

19       Q.   Do you have any basis to know whether Drew

20  Adams has suffered distress as a result of being

21  denied access to the restroom consistent with his

22  gender identity?

23       A.   I can only evaluate what is contained within

24  his patient chart and the literature -- or the

25  information that was provided to me.

                                              Page 57

1    whether the person they're using right now is not

2    specifically dedicated to the clinic, but there are

3    many psychologists there at Children's Hospital, and I

4    certainly could refer them to one of those

5    psychologists, that's correct.

6         Q.    Just to clarify, would you discourage them

7    from using the transgender center at your university?

8         A.    I would neither encourage nor discourage.  I

9    would merely state that I do not agree with the

10   treatment that is being done in that clinic.

11        Q.    And that treatment is the treatment that is

12   in accordance with the Endocrine Society's clinical

13   guidelines?

14        A.    That is correct.

15        Q.    And in accordance with the WPATH standards

16   of care?

17        A.    As I understand it.

18        Q.    And the treatment that is being allowed by

19   the Washington University at the clinic?

20        A.    Yes.

21        Q.    Would you tell the patient that?

22        A.    Excuse me.  Tell them what?

23        Q.    That the care provide -- would you tell the

24   patient that the care provided at the transgender

25   center is in accordance with the Endocrine Society's

Page 58

```
 1    clinical guidelines?
 2         A.   I would let them know that the clinic was
 3    available, and I would let the people in that clinic,
 4    if they chose to attend that clinic, present all of
 5    the information for the basis for their treatment
 6    approach.
 7         Q.   So you wouldn't inform the patient that the
 8    treatment is in accordance with the clinical
 9    guidelines?
10         A.   I'm envisioning the hypothetical situation
11    that you're talking about, and the extent of my normal
12    clinic visit and how much time I have to present all
13    of the -- the important aspects of clinical care, and
14    I'm envisioning that there would be a limit of the --
15    the length of that conversation if I was going to
16    adequately address all of the other relevant issues
17    that I was caring that patient for [sic].
18         Q.   Would you suggest that the patient seek
19    conversion therapy?
20         A.   No.
21         Q.   Is the treatment at the transgender center
22    consistent with the position and recommendations of
23    the American Medical Association?
24         A.   I -- as I understand it, yes.
25         Q.   Is the treatment at the transgender center
```

```
                                              Page 59
 1    consistent with the position and recommendations of

 2    the American Academy of Pediatricians?

 3         A.    The AAP, yes.

 4         Q.    Is the treatment at the transgender center

 5    consistent with the position and recommendations of

 6    the American Psychiatric Association?

 7         A.    I don't follow those as closely, but I would

 8    assume yes.

 9         Q.    Is the treatment at the transgender center

10    consistent with the position and clinical guidelines

11    of the American Psychological Association?

12         A.    The same as the last answer.  To my

13    knowledge, I don't know them specifically, but I would

14    say yes.

15         Q.    Okay.  Let's go a little bit for some of

16    your memberships.  You're a member of the American

17    Medical Association, right?

18         A.    No.

19         Q.    Were you a member of the American Medical

20    Association?

21         A.    I was in the past, yes.

22         Q.    Are you a member of the American Academy of

23    Pediatricians?

24         A.    Yes.

25         Q.    Is your position in your report and as you
```

```
 1   sit -- sit here today consistent with the position of
 2   the American Academy of Pediatricians?
 3        A.   It is not consistent with the -- the opinion
 4   that is presented by the AAP.  Again, I will note that
 5   is not a -- a position that has been voted upon by the
 6   entire membership of the AAP.
 7        Q.   Are the -- all the positions adopted by the
 8   AAP voted upon by the membership?
 9        A.   No.  In fact, they're usually voted on by a
10   very small select committee, a -- a very minority of
11   the entire academy.
12        Q.   So the position of the AAP on this subject
13   has been adopted via its regular procedures?
14        A.   Yes.  Which -- which I would add do not
15   involve membership of the entire academy.
16        Q.   Are you a member of the Endocrine Society?
17        A.   Yes, I am.
18        Q.   Are your positions here today and in your
19   report consistent with the clinical guidelines of the
20   Endocrine Society?
21        A.   They are at odds with the recommendations
22   that are put forward, the guidelines that are put
23   forward for the treatment of gender dysphoria.
24        Q.   You're a member of the Pediatric Endocrine
25   Society, correct?
```

1       A.    Yes, I am.

2       Q.    Are your positions here today and the

3   positions in your report consistent with the positions

4   adopted by the Pediatric Endocrine Society?

5       A.    They are not, and I've actually written to

6   the PES on more than one occasion with my opinions and

7   invited them to dialogue about the -- the scientific

8   evidence that I have in dispute from -- that are

9   included per the recommendations.

10      Q.    And we've requested those comments, right?

11      A.    Yes.  And everything I have on file, I gave

12  you everything I have.  I don't have records of

13  anything that I did not send you.

14      Q.    You have published a body of literature in

15  your career, correct?  Right?

16      A.    That is correct.

17      Q.    How many peer-reviewed articles have you

18  written and published regarding gender identity?

19      A.    I have not published peer-reviewed articles

20  on gender identity.

21      Q.    How many peer-reviewed articles have you

22  written and published regarding transgender people?

23      A.    I have not written peer -- peer-reviewed

24  papers on that topic.

25      Q.    How many peer-reviewed articles have you

```
                                        Page 62
 1    written and published regarding the treatment of
 2    transgender children and adolescents?
 3         A.   Again, as peer-reviewed, I have not written
 4    any.
 5         Q.   How many peer-reviewed articles have you
 6    written and published regarding the treatment of
 7    gender dysphoria?
 8         A.   I have not written any.
 9         Q.   How many peer-reviewed articles have you
10    written and published regarding the use of restrooms
11    by transgender students?
12         A.   I have not written any.
13         Q.   How many studies have you conducted
14    regarding gender identity?
15         A.   Conducted, I have not conducted any, but I
16    am in the process right now of responding to a
17    research funding announcement by the NIH to be able to
18    engage in that research.
19         Q.   But just to be clear, you haven't conducted
20    any as we stand here today?
21         A.   That is correct.
22         Q.   And you -- have you submitted that proposal
23    to the NIH?
24         A.   I -- I have not.
25         Q.   How many studies have you conducted
```

Page 63

1  regarding transgender people?

2       A.   I have not.

3       Q.   How many studies have you conducted

4  regarding the treatment of transgender children and

5  adolescents?

6       A.   I have not.

7       Q.   How many studies have you conducted

8  regarding the treatment for gender dysphoria?

9       A.   I have not.

10       Q.   How many studies have you conducted

11  regarding the use of restrooms by transgender

12  students?

13       A.   I have not.

14       Q.   So you have no experience treating gender

15  dysphoria, right?

16       A.   Treating gender dysphoria?

17       Q.   Yes.

18       A.   I have not -- as I said earlier, I have not

19  treated patients with gender dysphoria.

20       Q.   And you have no experience conducting

21  studies regarding transgender youth and adolescents,

22  correct?

23       A.   Conducting studies, I have not, as I said,

24  have not participated in any studies to date.

25       Q.   And you have no experience conducting

Page 64

1   studies regarding gender dysphoria?

2       A.   I have not conduct -- as I said, I have not

3   conducted any studies on gender dysphoria.

4       Q.   Nor have you published any literature

5   regard -- regard -- peer-reviewed literature regarding

6   gender dysphoria?

7       A.   Peer-reviewed, no.

8       Q.   So having no experience treating transgender

9   patients for gender dysphoria, no experience

10  conducting studies regarding transgender people, and

11  no experience publishing peer-reviewed literature

12  regarding transgender people, you consider -- do you

13  consider yourself an expert on transgender issues?

14          MR. KOSTELNIK:  Object to form.

15      A.   I am a physician/scientist who has

16  extensively read the literature for the merits, as I

17  do in any other condition, and I believe I have

18  expertise related to my role as a physician and a

19  scientist and a pediatric endocrinologist to

20  adequately assess the quality and quantity of the

21  literature that's present on this area.

22      Q.   (By Mr. Gonzalez-Pagan) And having no

23  experience treating gender dysphoria, no experience

24  conducting studies -- scratch that.

25          Let's talk a little bit about your article,

1   references that I provided, that it would not be

2   sufficient.

3       Q.   (By Mr. Gonzalez-Pagan) Okay.  Can you

4   please read for me the last paragraph?

5       A.   "In summary, as researchers and clinicians

6   with expertise in gender and sexuality, we affirm that

7   the 'Sexuality and Gender' report does not represent

8   prevailing expert consensus opinion about sexual

9   orientation or gender identity, related research or

10   clinical care."

11      Q.   Do you agree with that statement?

12      A.   To the extent that the paper, the "Sexuality

13   and Gender" paper, addresses the issue of consensus,

14   what we define by consensus -- so the -- there are

15   many individuals that signed this letter that have an

16   opinion that is not supported by the literature that's

17   cited in the "Sexuality and Gender" paper.  So if you

18   look to the specific information contained within that

19   paper and critically evaluate it, I think that it

20   would be at odds with what these individuals that have

21   signed this paper have put forward.

22      Q.   Is the position of the American Medical --

23   Medical Association at odds with the position of this

24   [sic] several hundreds of signatories?

25      A.   So the American Medical Association, all of

```
                                              Page 71
 1   the -- the organizations that we already mentioned
 2   earlier in this deposition have similar statements
 3   related to the treatment guidelines, and all of them
 4   are limited by the lack of scientific justification or
 5   evidence supporting those recommendations.
 6        Q.    Okay.  And just to clarify, that's the
 7   American Medical Association, right?
 8        A.    That's one of the organizations, correct.
 9        Q.    And the American Academy of Pediatricians,
10   right?
11        A.    That is correct.
12        Q.    And the American Psychological Association?
13        A.    That is correct.
14        Q.    And the American Psychiatric Association?
15        A.    That is correct.
16        Q.    And the Endocrine Society?
17        A.    That is correct.
18        Q.    And the Pediatric Endocrine Society?
19        A.    That is correct.
20        Q.    And the World Professional Association of
21   Transgender Health?
22        A.    That is correct.
23        Q.    All right.  Would you agree that your
24   article, Growing Pains, similarly does not reflect
25   current scientific or medical consensus about gender
```

```
                                              Page 83
 1   with that, so --
 2        Q.    Is "Growing Pains" your only article on
 3   transgender people and gender dysphoria?
 4        A.    Yes.
 5        Q.    Are you familiar with the St. John Paul II
 6   Bioethics Center?
 7        A.    Absolutely.
 8        Q.    Is this St. John Paul II Bioethics Center a
 9   religiously affiliated institution?
10        A.    Yes, it is.
11        Q.    Is it part of the Holy Apostles College and
12   Seminary?
13        A.    Yes, it is.
14        Q.    Did you speak at the St. John Paul II
15   Bioethics Center just three days ago, on Friday,
16   November 17th?
17        A.    I did, yes.
18        Q.    During your speech last Friday, did you --
19   you said, "The identity of the individual is
20   interactively linked to the body and the soul of the
21   person."  Is that right?
22             MR. KOSTELNIK:   Form.
23        A.    Repeat that again, just so I make sure you
24   said that accurately.
25        Q.    (By Mr. Gonzalez-Pagan) During your speech
```

```
                                            Page 84
 1    last Friday, you said, "The identity of the individual
 2    is interactively linked to the body and soul of a
 3    person."  Is that correct?
 4              MR. KOSTELNIK:  Form.
 5         A.   That is correct.
 6         Q.   (By Mr. Gonzalez-Pagan) During your speech
 7    last Friday, you said about being transgender, that,
 8    in fact, it probably goes back to some of the early
 9    heresies in the church; is that correct?
10         A.   The introduction that I was providing to
11    that audience was trying to put the context of the
12    discussion in the proper framework, and I specifically
13    made the statement that I am not a philosopher, that
14    I'm going to be talking about issues of science and
15    medicine.  And it was an introduction to that talk
16    to -- for that audience.
17         Q.   Okay.  Do you know who Caitlyn Jenner is?
18         A.   Yes, I do.
19         Q.   Caitlyn Jenner is a transgender woman,
20    correct?
21              MR. KOSTELNIK:  Form.
22         A.   Caitlyn Jenner, formerly known as Bruce
23    Jenner, is somebody that has been widely advertised
24    in -- in the media related to the gender transition
25    that -- that Caitlyn underwent.
```

1      Q.   (By Mr. Gonzalez-Pagan) Is Caitlyn Jenner
2   transgender?
3      A.   By definition, yes.
4      Q.   In referring to a picture of Caitlyn Jenner,
5   did you not say these pictures are often disturbing?
6      A.   I did.  And that was the slide --
7   specifically was the statement, not Caitlyn Jenner,
8   but there were two other pictures presented in that
9   talk of children saying I hate my body.  That was what
10   I was referring to.
11      Q.   Just to be clear, when it comes to the
12   treatment of transgender people and gender dysphoria,
13   your only publication is in a religiously-affiliated
14   journal and you've spoken to -- about the topic to
15   religiously-affiliated institutions?
16           MR. KOSTELNIK:  Form.
17      A.   I have offered to speak at all institutions
18   that have invited me.  And to date, yes, that was --
19   that was the institute that -- that invited me to
20   speak last Friday.
21      Q.   (By Mr. Gonzalez-Pagan) When did you first
22   become interested in the matter of transgender people
23   and the treatment of -- for gender dysphoria?
24      A.   It was about five to six years ago, as chief
25   of our Division of Endocrinology, when the question

1      A.   I provided everything that I have access to

2   right now that I can recall.  I'm only stating that

3   there are likely other papers that I do not have

4   access to, because I did not keep track of it at the

5   time that I read them or looked at them.

6      Q.   Okay.  Have you spoken with Dr. Allan

7   Josephson?

8      A.   Yes, I have.

9      Q.   When?

10      A.   On multiple occasions.

11      Q.   Can you please describe?

12      A.   I met Dr. Josephson within the last year

13   as -- it was probably in the spring at some point in

14   time, the first time that I actually met him.  We've

15   had a number of conversations over this past year,

16   specifically related to his expertise as -- as a

17   psychiatrist and mine as an endocrinologist.  I have

18   drawn upon him for questions related to psychiatric

19   issues that -- that I did not have expertise in, to

20   gather his opinion.

21      Q.   In what capacity did you first

22   counter-interact with Dr. Josephson?

23      A.   It was at a conference that was put together

24   to bring experts from various disciplines to this

25   question of -- of gender dysphoria.

1       Q.    Who put that conference together?

2       A.    The Alliance Defending Freedom.

3       Q.    The Alliance Defending Freedom is a

4    religiously-affiliated institution, isn't it?

5       A.    If you say so.  I don't pay attention to

6    what their religious affiliation is.

7       Q.    When was this conference?

8       A.    It was in the -- I don't know the exact

9    date, but it was in the spring.

10      Q.    Where was this conference?

11      A.    It was in Phoenix.

12      Q.    Aside from you and Dr. Josephson, do you

13   recall any other experts, physicians or clinicians

14   that attended this conference?

15      A.    Yes, there were -- there was several other

16   psychiatrists and psychologists.  I don't remember

17   their specific names, unfortunately.  There were

18   people that are in the social sciences.  There was one

19   other endocrinologist.  I'm trying to remember who

20   else was there.  There were several lawyers from the

21   ADA.

22      Q.    Do you have any documents pertaining to this

23   conference?

24      A.    Not that I saved, no.

25      Q.    Just to clarify, is there anything you

Page 102

1    university, they offer gender-affirming treatment for

2    gender dysphoric youth?

3        A.   Yes, they do.

4        Q.   Do they offer reparative treatment as a

5    treatment for gender dysphoria at Boston Children's

6    Hospital?

7            MR. KOSTELNIK:   Form.

8        A.   The word reparative therapy covers a lot of

9    connotation by different people but to my

10   understanding, they do not make any specific effort in

11   counseling to lead to the realignment of gender with

12   sex, if that's what you mean by conversion therapy.

13       Q.   Before you started researching the issues of

14   dysphoria around five years ago, had you met with

15   Dr. Spack then?

16           MR. KOSTELNIK:   Form.

17       A.   Prior to five years ago, I do not recall a

18   specific encounter yet.  I'm sure we interacted at

19   some point at one of the international meetings.

20       Q.   (By Mr. Gonzalez-Pagan) In Paragraph 7, you

21   state that you have met with parents of children with

22   gender dysphoria; is that correct?

23       A.   That is correct.

24       Q.   In what capacity have you met with the

25   parents of transgender children?

1      A.    Again, this was at the very early time frame

2    when I was trying to investigate the claims for the

3    treatment and care, and I wanted to get as

4    comprehensive of a viewpoint as I could.  The first

5    encounter I had was with a mother of an organization

6    called Trans Parent Child, and I sat down for lunch

7    with her for an extended period of time, more to

8    listen to the experience that she had in countering a

9    transgender child that she had.

10     Q.    With how many parents of transgender

11   children have you met?

12     A.    Met or spoken on the phone?  I think lately

13   many of them have been over the telephone.  I would

14   say it's less than a dozen, but it's quite a few, and

15   it's actually increased certainly since the

16   publication of the "New Atlantis" article.

17     Q.    So in the last five years, you've spoken to

18   less than a dozen parents of transgender children?

19     A.    Yes.

20     Q.    When you first met with the parent of the --

21   associated with the organization Trans Parent, was

22   this before you dealt -- scratch that.

23           MR. GONZALEZ-PAGAN:  You're going to object

24   anyway.

25     Q.    (By Mr. Gonzalez-Pagan) When you met with

1    the parent associated with the association Trans

2    Parent, had you already delved into the literature

3    regarding gender dysphoria?

4         A.   I was starting the process.  It was very

5    early on, so I don't recall the exact timing.  I had

6    read some papers, but I was still in the very early

7    investigative phase.

8         Q.   You said you have been contacted by parents

9    since the publishing of your article "Growing Pains."

10   Is that correct?

11        A.   That is correct.

12        Q.   How many have contacted you since the

13   publishing of the article "Growing Pains"?

14        A.   I'm not keeping track of that.

15        Q.   Less than 35?

16        A.   It may be more than five.  Probably less

17   than a dozen.

18        Q.   What did you discuss with the parents of the

19   transgender children that have contacted you since the

20   publishing of your article "Growing Pains"?

21        A.    I specifically discussed the context of my

22   "New Atlantis" article in my role as a physician,

23   which I always take as being a teacher.  I try to

24   educate them on my understanding of the condition and

25   the treatment paradigm that was being offered to their

1   outcome and one with no bias as to what the outcome

2   is.  The goal, my understanding, of the people that I

3   would recommend for psychiatric care would be

4   interested in the best interest of the child for their

5   best psychosocial functioning moving forward.  That is

6   the goal.

7        Q.   Are you aware that reparative therapy is

8   considered harmful by the American Medical

9   Association?

10       A.   I find no scientific justification to

11  support that statement, but they do say that, yes.

12       Q.   Are you aware that the Department of Health

13  and Human Services commissioned a study with regards

14  to conversion therapy?

15       A.   I am familiar with the evidence that's

16  available that's put forward as the evidence that says

17  that it's harmful, and it's by no means definitive

18  information.  There are problems with the studies that

19  limit the ability to make those conclusions.

20       Q.   Just to clarify, you believe reparative

21  therapy is an appropriate option for treatment?

22       A.   I don't believe there's enough evidence to

23  make a definitive statement one way or the other, but

24  I believe that there -- that the psychotherapy that I

25  believe can be helpful, whether it leads to conversion

1   access the bathrooms as the cause of Drew's distress

2   is not supported.

3        Q.   But you're not a mental health provider,

4   right?

5        A.   That is correct.

6        Q.   And you've never met with Drew, right?

7        A.   That is correct.

8        Q.   Let's go back to the meetings with parents

9   that you had when you were first delving into this

10  topic?

11       A.   Very good.

12       Q.   You discussed that you met with a parent

13  associated with an organization called Trans Parent;

14  is that correct?

15       A.   That is correct.

16       Q.   What did you learn from that meeting?

17       A.   I learned quite few things.  The most

18  important thing that I learned, and that was what I

19  was actually seeking in the interaction, was to really

20  understand the suffering that was going on in this

21  family.  I wanted to understand the dynamics of what

22  was going on in the family, the approach that the

23  parents had in dealing with the presentation of their

24  child, what they had attempted to do to address this

25  particular issue, and at that point in time, I was

Page 127

1    approaching this in a purely investigative manner.  I

2    did more listening than anything else, asking

3    questions about their lived experience.

4         Q.    What did the parent tell you?

5         A.    Well, that was many years ago, but I will

6    try to summarize my recollection of that conversation.

7    This was with the mother.  And she shared that this

8    child, who was a prepubertal in early grade school,

9    told her, when the mother was talking -- they were

10   combing hair or something of that nature -- that she

11   would -- he, at that time, was a girl, so she was

12   referring to him as a girl, and that the parents'

13   reaction initially was shock, fear, trying to

14   understand what was going on, trying to be able at

15   that time -- this was early on in this resurgence --

16   or emergence, I should say of this discussion that's

17   going on socially, so there wasn't, at that time, a

18   lot of resources being published on the Internet.

19            So she shared her attempt to look at what

20   experience people have had with this particular

21   condition.  And I saw at that time, certainly a parent

22   that was desiring to do the best for their child, but

23   having questions that were not answered, and at that

24   time, with the information I had, I was certainly not

25   able to provide any answers.  And, in fact, at this

Page 128

1   point in time, I don't think I would have been able to

2   specifically answer the questions that she had as far

3   as long-term outcomes, because we don't have that

4   information.  It was a very respectful conversation.

5   It was very helpful.  I think that it was mutually

6   beneficial, but, again, the purpose was for me to

7   understand this particular family and their experience

8   with transgender identity.

9       Q.   What is the organization Trans Parent?

10      A.   All I know is it's a -- it's supposed to be

11  a support group, and I think that the parents

12  themselves, the woman I talked to at that time was

13  trying to get out information so other people

14  understood what they were experiencing.

15      Q.   In that meeting with the parents of a

16  transgender -- let me scratch that.

17           The next set of the questions I'm just going

18  to be focusing on that one parent.

19      A.   Okay.

20      Q.   In that meeting with the parent of the

21  transgender child, did you ever tell the parent that

22  their child was not normal and would never be normal?

23      A.   I did not, because I was still investigating

24  and trying to understand what was going on.

25      Q.   In that meeting with the parent of that

1   transgender child, did you ever tell that parent that

2   their transgender son was a girl and would never be a

3   boy?

4        A.   I never said that, no.

5        Q.   In that meeting with the parent of that

6   transgender child, have you ever told -- scratch that.

7             In that meeting with the parent of a

8   transgender child, did you ever tell the parent that

9   surgeries attempting to change sex was wrong and went

10  against God's plan for humanity?

11       A.   No, not that I recall.  That was many years

12  ago, but I don't remember that, no.

13       Q.   In that meeting with the parents of the

14  transgender child, did you not urge them to read Pope

15  John Paul II's writing on gender to fully understand

16  God's plan regarding gender?

17       A.   Thank you for reminding me.  That was a long

18  time ago, so this is bringing back some information.

19  I believe that -- this was a personal conversation.

20  This was a one-on-one conversation, and I think at the

21  time that we began talking about that, she started

22  relating her personal faith training, and I never back

23  away from those conversations when people are asking

24  me those questions, and I think that that's what led

25  to that particular conversation.

1      Q.   Are you aware that the AMA, quote, "opposes

2   the use of reparative or conversion therapy for sexual

3   orientation or gender identity"?

4           MR. KOSTELNIK:   Form.

5      A.   I'm aware of the WPATH saying that, and I --

6   I believe it may also be in the AMA statement as well.

7      Q.   (By Mr. Gonzalez-Pagan) Are you aware that

8   the American Academy of Pediatricians has stated that,

9   quote, "In no situation is a referral for conversion

10   or reparative therapy indicated"?

11      A.   I'm aware of that statement, yes.

12      Q.   Are you aware that a publication by the

13   American Psychological Association and the U.S.

14   Department of Health and Human Services states that

15   interventions -- quote, "Interventions aimed at a

16   fixed outcome, such as gender conformity or

17   heterosexual orientation, including those aimed at

18   changing gender identity, gender expression and sexual

19   orientation are coercive, can be harmful and should

20   not be part of the behavior health treatment"?

21           MR. KOSTELNIK:   Form.

22      A.   I am aware of that statement, but there is

23   no scientific evidence to support that statement.

24      Q.   (By Mr. Gonzalez-Pagan) On what basis do you

25   disagree with that statement?

1   amount of experience that somebody who is a

2   clinical -- a full-time clinician versus -- now, I --

3   I know from my own experience many people that are

4   listed on those clinical studies were not the ones

5   that designed the trial.  They're not the ones

6   analyzing the data.  Their role usually in those

7   studies, as clinical faculty, are usually in filling

8   out and the protocols that are present for those.  And

9   now the specifics of the trial that she's involved

10   with, I would have to look in more detail to assess

11   that in -- in greater detail.

12       Q.   Okay.  Do you know what her role is?

13       A.   You'll have to tell me what the study is

14   and -- and give me more information to be able to do

15   that.

16       Q.   Did you review Dr. Ehrensaft's expert --

17   expert report in this case?

18       A.   I did.

19       Q.   Have you published any peer-reviewed

20   literature regarding gender dysphoria or transgender

21   youth?

22       A.   These are questions that I've already

23   answered, and the answer is no.

24       Q.   Okay.  Are you aware that Dr. Ehrensaft has

25   published a number of peer-reviewed articles regarding