```
 1            IN THE UNITED STATES DISTRICT COURT FOR
 2                  THE DISTRICT OF SOUTH DAKOTA
 3
 4   TERRI BRUCE,                   )
 5        Plaintiff,                )
 6   vs.                            ) No. 17-5080
 7   STATE OF SOUTH DAKOTA and      )
 8   LAURIE GILL, in her official   )
 9   capacity as Commissioner of    )
10   of the South Dakota Bureau     )
11   of Human Resources,            )
12        Defendants.               )
13
14        DEPOSITION OF DR. PAUL W. HRUZ, M.D., Ph.D.
15              TAKEN ON BEHALF OF THE PLAINTIFF
16                       JULY 16, 2018
17
18
19    (Starting time of the deposition:  8:49 a.m.)
20
21
22
23
24
25
```

Exhibit 0003
9/29/2021
Hruz

```
 1                    I N D E X
 2                                                      PAGE
 3    QUESTIONS BY:
 4    Ms. Cooper                                           5
 5
 6
 7                    E X H I B I T S
 8
 9    EXHIBIT          DESCRIPTION                       PAGE
10    Exhibit 1  Dr. Hruz Expert Declaration               40
11    Exhibit 2  Cross Sex Steroids Article                51
12    Exhibit 3  International Conference/Madrid Document  56
13    Exhibit 4  About The National Catholic Bioethics
14               Quarterly                                 69
15    Exhibit 5  Declaration of Dr. Spack                  84
16    Exhibit 6  Endocrine Treatment of Gender Dysphoria;
17               Clinical Practice Guideline              223
18    Exhibit 7  Expert Declaration of Dr. Paul Hruz
19               - Adams Case                             262
20    Exhibit 8  National Catholic Certification Program
21               in Health Care Ethics                    293
22    (Original exhibits retained by the court reporter to
23         be copied and attached to the transcript.)
24
25
```

```
 1            IN THE UNITED STATES DISTRICT COURT FOR
 2                  THE DISTRICT OF SOUTH DAKOTA
 3
 4      TERRI BRUCE,                   )
 5           Plaintiff,                )
 6      vs.                            ) No. 17-5080
 7      STATE OF SOUTH DAKOTA and      )
 8      LAURIE GILL, in her official)
 9      capacity as Commissioner of )
10      of the South Dakota Bureau    )
11      of Human Resources,            )
12           Defendants.               )
13
14
15            Deposition of DR. PAUL W. HRUZ, M.D.,
16      Ph.D., produced, sworn and examined on the 16th
17      Day of July, 2018 between the hours of 9:00 a.m.
18      and 5:00 p.m. at the offices of Alaris Litigation
19      Services, 711 N. 11th Street, in the City of St.
20      Louis, State of Missouri, before Rebecca Brewer,
21      Registered Professional Reporter, Certified
22      Realtime Reporter, Missouri Certified Shorthand
23      Reporter, and Notary Public within and for the
24      State of Missouri.
25
```

```
 1              A P P E A R A N C E S
 2           FOR THE PLAINTIFF:
 3           Ms. Leslie Cooper
 4           Mr. Joshua A. Block
 5           American Civil Liberties Union Foundation
 6           125 Broad Street, 18th Floor
 7           New York, New York, 10004
 8           Lcooper@aclu.org
 9           Jblock@aclu.org
10
11           FOR THE DEFENDANT:
12           Mr. Jerry D. Johnson
13           Jerry Johnson Law Office
14           909 St. Joseph Street, Suite 800
15           Rapid City, South Dakota, 57701
16           Jdjbjck@aol.com
17
18
19
20
21   Ms. Rebecca Brewer, RPR, CCR, CRR
22   Alaris Litigation Services
23   711 North Eleventh Street
24   St. Louis, Missouri, 63101
25   (314) 644-2191
```

1  clarify what you mean by formal education.
2      Q   Well, I'll ask broadly; any kind of
3  training of any sort that a doctor would get in the
4  course of, you know, either their initial medical
5  education or continuing education.
6      A   So, working at a major academic
7  institution, we're actually charged with providing
8  medical education and so, to the extent that we've
9  held journal clubs that we've had presentations with
10 my colleagues where we've discussed the scientific
11 evidence, where we've gone formally through the DSM
12 Guidelines, where we've gone through the Endocrine
13 Society Guidelines, that has been done at my
14 institution.  Have I sought out and gone to a
15 separate conference related to gender dysphoria?
16 The answer is no.
17     Q   But, at your own institution, you've
18 participated in these interactions, these journal
19 clubs and other activities that address gender
20 dysphoria and the treatment for gender dysphoria?
21     A   That is a standard -- that is one of the
22 components of what we do for all the conditions that
23 endocrinologists are engaged in.
24     Q   Okay.  Have you conducted any research
25 related to gender dysphoria or the treatment of

1    gender dysphoria?
2         A    No formal trials, no.
3         Q    Any other research?
4         A    I've been in the area of HIV research for
5    20 years and conducted a number of scientific
6    studies that -- but not directly related to gender
7    dysphoria.
8         Q    Yeah, I'm sorry if I was unclear.  I
9    didn't -- I know you've done research, but in the
10   area of gender dysphoria, no research, is that
11   right?
12        A    I have not done any -- I'm not a clinical
13   trials physician scientist.  I'm a bench scientist.
14        Q    What does that mean?
15        A    I conduct laboratory research, so I'm
16   engaged in hypothesis-driven research.
17        Q    Okay.  So, talking about research broadly,
18   you haven't conducted any form of research relating
19   to gender dysphoria, is that right?
20        A    No, I have.  I would consider research in
21   looking at the extensive literature that's there is
22   research.  It's not a randomized controlled trial,
23   it's not a formal study, but that would fit within
24   the domain of research.
25        Q    You mean reviewing research that was

1   published by other people?  Is that what you mean?
2       A    So, again, we can define research in many
3   different ways.  If you're asking the question about
4   research, about gathering information, about the
5   evidence that's available, I've done a considerable
6   amount of research and that has consisted of looking
7   at what published data is available supporting the
8   recommendations that are being made.  That I would
9   consider research, but it is not a clinical trial.
10      Q    Okay.  And what people might call studies,
11  scientific studies, have you done any scientific
12  studies?
13      A    Again, how you define studies, again, I
14  have not done clinical trials.
15      Q    Okay.  When you were deposed in the Adams
16  case, November, I believe it was, last year, you
17  mentioned you were in the process of responding to a
18  research funding announcement by the NIH to do
19  research related to gender dysphoria or gender
20  identity issues.  Did I get that right?
21      A    Yes.
22      Q    Can you tell me the status of that?
23      A    Yes.  There are a number of logistical
24  issues that are needing to be worked out.  There is
25  no funding for that particular study going on,

 1   recruiting the people that are going to be necessary
 2   to conduct that study, again, I'm a pediatric
 3   endocrinologist.  And to my knowledge, you know,
 4   that hasn't moved much beyond the initial planning
 5   stages.  The proposal itself was a suggestion to
 6   address the question of -- a very particular
 7   question of the effects of pubertal blockade on the
 8   trajectory as far as the number of individuals that
 9   went on to cross hormone therapy and those that did
10   not.
11        **Q    So, did you ever submit a proposal to NIH**
12   **to do this research?**
13        A    No.
14        **Q    Okay.  Did you ever respond to the funding**
15   **announcement in any way?**
16        A    Depends on how you say "respond."  I've
17   already said I did not submit a proposal.  I have
18   taken that to colleagues.  In fact, I've had very
19   recent discussions with my colleague at Washington
20   University that is interested in starting some sort
21   of research effort.  And I could speak at length of
22   what I've recommended to him as far as how these
23   studies should be conducted.  I've been very
24   disappointed that the rigor -- scientific rigor
25   that's necessary for those studies is not currently

 1    realignment of gender identity with sex that occurs
 2    when people do not get pubertal blockade, to the
 3    results of that particular -- again, it was a very
 4    small study -- would lead to that being asked as a
 5    hypothesis as to whether that intervention itself
 6    might have been influencing the outcome.
 7         Q    So, just to make sure I'm clear, it is
 8    still just a hypothesis that pubertal blockade could
 9    lead to persistence?  That's not been proven?
10         A    That is correct.  And the opposite has not
11    been proven as well.
12         Q    I understand.  Okay.  Let's take your
13    report from this case.  Actually, before we turn to
14    that, I forgot to ask one other question.  Do you
15    have experience conducting clinical trials on any
16    topic?
17         A    I've only been involved in one clinical
18    trial.  It's a very small study and my role was very
19    minor.
20         Q    And what was that topic?
21         A    It was on the influence of insulin
22    sensitivity on cardiac function.
23         Q    I see.  So clinical trials isn't your area
24    of expertise?
25         A    That is correct.

1  the meeting was?
2       A    He was trying to convene a meeting so we
3  could discuss the issues related to gender
4  dysphoria.  There was -- they were searching for
5  somebody from the endocrine field that would be
6  willing to talk over the issues that I had expertise
7  in, that I had developed my understanding of what
8  the literature showed, and he specifically said,
9  You've got expertise in this area and we'd like to
10 learn.
11      Q    And did they talk about a need to develop
12 expert witnesses for litigation?
13      A    You know, I think that was implicit.  I
14 don't think that was -- I mean, I was not surprised
15 when I was asked to serve as an expert.  I'd
16 actually submitted a declaration prior to that
17 meeting.  And I'm not sure exactly how that -- any
18 of the details how I was asked to do that, but so I
19 had already done some of the work there, so I made
20 the assumption that that was one of the reasons why
21 he invited me down.
22      Q    Okay.  So, the folks there were people who
23 would potentially be expert witnesses in litigation?
24      A    Not everyone that was there.  I think
25 there were people that explicitly said, I'm not