

   

This PDF is available at http://nap.nationalacademies.org/25877



# Understanding the Well-Being of LGBTQI+ Populations (2020)

## DETAILS

436 pages | 6 x 9 | PAPERBACK
ISBN 978-0-309-68081-3 | DOI 10.17226/25877

**BUY THIS BOOK**

**FIND RELATED TITLES**

## CONTRIBUTORS

Charlotte J. Patterson, Mart n-Jos Sep lveda, and Jordyn White, Editors; Committee on Understanding the Well-Being of Sexual and Gender Diverse Populations; Committee on Population; Division of Behavioral and Social Sciences and Education; National Academies of Sciences, Engineering, and Medicine

## SUGGESTED CITATION

National Academies of Sciences, Engineering, and Medicine. 2020. *Understanding the Well-Being of LGBTQI+ Populations*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25877.



Visit the National Academies Press at nap.edu and login or register to get:

- Access to free PDF downloads of thousands of publications
- 10% off the price of print publications
- Email or social media notifications of new titles related to your interests
- Special offers and discounts

All downloadable National Academies titles are free to be used for personal and/or non-commercial academic use. Users may also freely post links to our titles on this website; non-commercial academic users are encouraged to link to the version on this website rather than distribute a downloaded PDF to ensure that all users are accessing the latest authoritative version of the work. All other uses require written permission. (Request Permission)

This PDF is protected by copyright and owned by the National Academy of Sciences; unless otherwise indicated, the National Academy of Sciences retains copyright to all materials in this PDF with all rights reserved.

# Understanding the Well-Being of LGBTQI+ Populations

Committee on Understanding the Well-Being of Sexual and
Gender Diverse Populations

Charlotte J. Patterson, Martín-José Sepúlveda, and Jordyn White,
*Editors*

Committee on Population

Division of Behavioral and Social Sciences and Education

A Consensus Study Report of

*The National Academies of*
SCIENCES • ENGINEERING • MEDICINE

THE NATIONAL ACADEMIES PRESS
*Washington, DC*
**www.nap.edu**

Copyright National Academy of Sciences. All rights reserved.

**THE NATIONAL ACADEMIES PRESS**   500 Fifth Street, NW   Washington, DC 20001

This activity was supported by contracts between the National Academy of Sciences and Gilead Sciences (award no. 05352), the Sexual and Gender Minority Research Office of the National Institutes of Health (award no. 75N98019F00850), the Robert Wood Johnson Foundation (award no. 75874), the TAWANI Foundation (unnumbered), and the Tegan and Sara Foundation (unnumbered). Any opinions, findings, conclusions, or recommendations expressed in this publication do not necessarily reflect the views of any organization or agency that provided support for the project.

International Standard Book Number-13: 978-0-309-68081-3
International Standard Book Number-10: 0-309-68081-6
Digital Object Identifier: https://doi.org/10.17226/25877
Library of Congress Control Number: 2020949996

Additional copies of this publication are available from the National Academies Press, 500 Fifth Street, NW, Keck 360, Washington, DC 20001; (800) 624-6242 or (202) 334-3313; http://www.nap.edu.

Copyright 2020 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America

Suggested citation: National Academies of Sciences, Engineering, and Medicine. (2020). *Understanding the Well-Being of LGBTQI+ Populations*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25877.

Copyright National Academy of Sciences. All rights reserved.

*The National Academies of*
SCIENCES • ENGINEERING • MEDICINE

The **National Academy of Sciences** was established in 1863 by an Act of Congress, signed by President Lincoln, as a private, nongovernmental institution to advise the nation on issues related to science and technology. Members are elected by their peers for outstanding contributions to research. Dr. Marcia McNutt is president.

The **National Academy of Engineering** was established in 1964 under the charter of the National Academy of Sciences to bring the practices of engineering to advising the nation. Members are elected by their peers for extraordinary contributions to engineering. Dr. John L. Anderson is president.

The **National Academy of Medicine** (formerly the Institute of Medicine) was established in 1970 under the charter of the National Academy of Sciences to advise the nation on medical and health issues. Members are elected by their peers for distinguished contributions to medicine and health. Dr. Victor J. Dzau is president.

The three Academies work together as the **National Academies of Sciences, Engineering, and Medicine** to provide independent, objective analysis and advice to the nation and conduct other activities to solve complex problems and inform public policy decisions. The National Academies also encourage education and research, recognize outstanding contributions to knowledge, and increase public understanding in matters of science, engineering, and medicine.

Learn more about the **National Academies of Sciences, Engineering, and Medicine** at www.nationalacademies.org.

Copyright National Academy of Sciences. All rights reserved.

*The National Academies of*
SCIENCES • ENGINEERING • MEDICINE

**Consensus Study Reports** published by the National Academies of Sciences, Engineering, and Medicine document the evidence-based consensus on the study's statement of task by an authoring committee of experts. Reports typically include findings, conclusions, and recommendations based on information gathered by the committee and the committee's deliberations. Each report has been subjected to a rigorous and independent peer-review process and it represents the position of the National Academies on the statement of task.

**Proceedings** published by the National Academies of Sciences, Engineering, and Medicine chronicle the presentations and discussions at a workshop, symposium, or other event convened by the National Academies. The statements and opinions contained in proceedings are those of the participants and are not endorsed by other participants, the planning committee, or the National Academies.

For information about other products and activities of the National Academies, please visit www.nationalacademies.org/about/whatwedo.

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 6 of 16

360                UNDERSTANDING THE WELL-BEING OF LGBTQI+ POPULATIONS

SGD populations[16] (see Chapter 4 for a more detailed discussion of data collection).

## GENDER-AFFIRMING CARE FOR TRANSGENDER PEOPLE

The first U.S. clinics providing gender-affirming care to transgender individuals opened in the 1960s and 1970s. Practice and research in the field of transgender health, however, was stymied in the 1980s and 1990s by the spread of public and private insurance exclusions for gender-affirming care. As these exclusions have begun to be removed, there has been exponential growth in evidence regarding the medical necessity of this care, and gender affirmation has emerged as a core intervention to improve the health and well-being of transgender people. This section reviews the components of and clinical and population evidence concerning gender affirmation.

### Components of Gender Affirmation

Broadly speaking, gender affirmation is a process by which people who identify as transgender, non-binary, or gender diverse take steps to fully express their true gender. (An older but still common term for the process of gender affirmation is gender transition.) Gender affirmation may have social, legal, and medical components. Socially, people may use a name or pronoun different from those they were assigned at birth, or they may change aspects of their gender expression, such as hairstyle and clothing. Legal affirmation may include name or gender marker changes on identification documents—such as passports, driver's licenses, and birth certificates—which are affected by state and federal laws and policies. Gender-affirming clinical care may include psychosocial support, hormone therapy, and surgeries.

Psychosocial support for gender affirmation typically focuses on reducing emotional distress and supporting decision making regarding social, legal, and medical steps. Some young transgender people and their families opt for medication to delay the onset of puberty. Adults and some adolescents may take feminizing or masculinizing hormones to achieve gender-congruent secondary sex traits, often in conjunction with medications that suppress menses or block androgens. Many transgender adults and older adolescents undergo surgery to align the appearance of their face, chest or breasts, body shape, and genitals with their gender, and some may also pursue speech therapy or hair removal. Gender affirmation is different for every person: some people may take only social or legal steps, while others may need gender-affirming prescriptions or medical procedures. Regardless

---

[16] See https://dpcpsi.nih.gov/sgmro.

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 7 of 16

*COVERAGE, ACCESS, AND UTILIZATION OF EVIDENCE-BASED HEALTH CARE* 361

of an individual's path in relation to gender affirmation, social support and integrated, multidisciplinary care are essential for all transgender people, especially youth, and are consistently associated with improved mental health, social involvement, and self-esteem (Rafferty, Committee on Psychosocial Aspects of Child and Family Health, and Committee on Adolescence, 2018).

### Guidelines and Policies Related to Gender Affirmation

Clinicians who provide gender-affirming psychosocial and medical services in the United States are informed by expert evidence-based guidelines. In 2012, the World Professional Association for Transgender Health (WPATH) published version 7 of the *Standards of Care for the Health of Transgender, Transsexual, and Gender-Nonconforming People*, which have been continuously maintained since 1979, and revisions for version 8 are currently under way (Coleman et al., 2012). Two newer guidelines have also been published by the Endocrine Society (Hembree et al., 2017) and the Center of Excellence for Transgender Health (UCSF Transgender Care, 2016). Each set of guidelines is informed by the best available data and is intended to be flexible and holistic in application to individual people. All of the guidelines recommend psychosocial support in tandem with physical interventions and suggest timing interventions to optimize an individual's ability to give informed consent. Mental and physical health problems need not be resolved before a person can begin a process of medical gender affirmation, but they should be managed sufficiently such that they do not interfere with treatment.

A major success of these guidelines has been identifying evidence and establishing expert consensus that gender-affirming care is medically necessary and, further, that withholding this care is not a neutral option (World Professional Association for Transgender Health, 2016). A number of professional medical organizations have joined WPATH in recognizing that gender-affirming care is medically necessary for transgender people because it reduces distress and promotes well-being, while withholding care increases distress and decreases well-being (American Academy of Family Physicians, 2012; American Academy of Pediatrics, 2018; American College of Nurse Midwives, 2012; American College of Obstetricians and Gynecologists, 2011; AMA, 2008; American Psychiatric Association, 2018; American Psychological Association (APA), 2008, 2015; Endocrine Society, 2017). Accordingly, public and private insurers have expanded access to gender-affirming care; some have done so proactively, while others have been required by state and federal nondiscrimination laws to remove coverage exclusions (Baker, 2017).

Coverage requirements for gender-affirming care typically rely on an overarching principle of parity between medically necessary services for transgender and cisgender people. Treatments that are gender affirming for transgender patients are covered by public and private insurers for

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 8 of 16

362                    *UNDERSTANDING THE WELL-BEING OF LGBTQI+ POPULATIONS*

intersex and cisgender people for a variety of conditions, including genital difference, endocrine disorders, cancer prevention or treatment, and reconstructive surgeries following an injury. Examples of these services include testosterone or estrogen replacement therapy after surgery or menopause, vaginoplasty after pelvic surgery or for women with vaginal agenesis in the context of an intersex condition, and phalloplasty for cisgender male service members injured in war (Baker et al., 2012; Balzano and Hudak, 2018; Spade et al., 2009).

As this report goes to press, 24 states and the District of Columbia have enacted laws or made administrative changes prohibiting transgender-specific insurance exclusions in private coverage (Movement Advancement Project, 2020a). However, Medicaid programs in 10 states continue to explicitly exclude gender-affirming care for transgender individuals, and many states do not address the issue of this coverage in Medicaid (Mallory and Tentindo, 2019). At the federal level, the Medicare program removed its exclusion for "transsexual surgery" in 2014 (HHS, 2014), though coverage decisions related to gender-affirming surgeries are still made on a case-by-case basis (CMS, 2016). As discussed above, Section 1557 of the Affordable Care Act also has substantial ramifications for coverage of gender-affirming care: the 2016 HHS regulation embraced the principle of parity and prohibited categorical exclusions of gender-affirming care under the rubric of sex nondiscrimination. This aspect of the regulation remains contested in court, but it is expected that the original regulation's specific protections for transgender people will be found to be well within the scope of federal law and the agency's authority (Keith, 2020).

In order to justify coverage for gender-affirming care, insurance providers in the United States and most other countries require a supporting diagnosis. In 2013, the *Diagnostic and Statistical Manual of Mental Disorders* (DSM), 5th edition (American Psychiatric Association, 2013) replaced the diagnosis of gender identity disorder with gender dysphoria. Whereas gender identity disorder was perceived as pathologizing a person's gender identity, gender dysphoria emphasizes the clinically significant distress and impairment that can accompany incongruence between assigned sex and gender identity (Robles et al., 2016). A person who experiences no distress or impairment due to this incongruence will not meet diagnostic criteria for gender dysphoria. More recently, the *International Classification of Diseases*, 11th revision (WHO, n.d.) has replaced transsexualism and gender identity disorder with gender incongruence and moved the diagnosis out of the mental and behavioral disorders chapter and into a new chapter on sexual health.

Many insurers and some health care providers require documentation that an individual meets guideline requirements, including diagnostic criteria for gender dysphoria, as a prerequisite for hormonal or surgical

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 9 of 16

*COVERAGE, ACCESS, AND UTILIZATION OF EVIDENCE-BASED HEALTH CARE* 363

treatment. Because of the power differential inherent in this construct, this practice has been described as "gatekeeping" and can function as a significant barrier to accessing care. In a survey of transgender adolescents, for instance, participants described distress at having to prove to a mental health provider that they were "trans enough," having to wait for approval for treatment, and perceiving that their therapist feared legal liability should a person later regret the treatment (Gridley et al., 2016). Even transgender people with insurance coverage and access to providers report difficulty in navigating diagnosis-based requirements imposed by providers and insurers (James et al., 2016). Over the past 10 years, some U.S. medical professional organizations have increasingly moved to reduce psychiatric gatekeeping by shifting toward an informed consent and shared decision-making model, especially for adults (Schulz, 2018). Some countries have further underscored that transgender identity is not a pathology by recognizing gender affirmation as fundamental to the human right to self-definition and removing requirements that transgender people seeking gender-affirming medical care present with a diagnosis such as gender dysphoria (Arístegui et al., 2017).

## Outcomes of Gender-Affirming Interventions

The evidence base for gender affirmation across age groups has grown rapidly over the last decade. For transgender youth who have not yet reached puberty, social affirmation and support are primary interventions. Using data from electronic records from the Kaiser Permanente system, recent work has suggested that prepubescent transgender children experience increased rates of mental health problems, especially anxiety, depression, and attention deficit disorders, relative to cisgender children (Becerra-Culqui et al., 2018). However, research also shows that, when transgender children in this age group are socially affirmed and supported by their families, their rates of depression are much nearer to those of cisgender children (Durwood, McLaughlin, and Olson, 2017). In one study, transgender youth who were socially affirmed had elevated rates of anxiety relative to their cisgender peers, but this difference was not clinically significant and may have reflected ongoing social stigma and minority stress (Olson et al., 2016). Another study found that using transgender youths' chosen names in home and at school was associated with reduced depression, suicidal ideation, and suicidal behavior (Russell et al., 2018).

Puberty blockers, typically gonadotropin-releasing hormone analogs, have been used since at least the late 1990s to prevent development of irreversible secondary sex traits and to give youth more time to explore their gender identity (Cohen-Kettenis and Van Goozen, 1998). In 2014, a landmark paper provided longitudinal data from a cohort of youth in the Netherlands: among this group, puberty suppression, followed several years

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 10 of 16

364                    *UNDERSTANDING THE WELL-BEING OF LGBTQI+ POPULATIONS*

later by gender-affirming hormones and surgery, was effective in reducing gender dysphoria and restoring well-being equal to or better than same-age cisgender young adults (de Vries et al., 2014). Though most data on puberty suppression are limited and drawn from convenience samples in European clinics, this fully reversible gender-affirming intervention appears to confer improved psychological functioning and may reduce gender dysphoria (Mahfouda et al., 2017).

There is inconsistent and limited evidence regarding risks of irreversible low bone density and infertility (Chew et al., 2018; Mahfouda et al., 2017; Rafferty, Committee on Psychosocial Aspects of Child and Family Health, and Committee on Adolescence, 2018). In recognition of these risks, guidelines recommend monitoring bone density and counseling on fertility preservation prior to treatment (Hembree et al., 2017). Of note, while evidence indicates that social affirmation and puberty suppression are low risk and effective interventions for young transgender youth, there may be a significant delay between recognition and disclosure of gender incongruence: in one cohort, participants reported identification of gender incongruence on average at age 8 and disclosure to caregivers on average at age 17 (Olson et al., 2015). Support from parents and affirmation of gender diversity are critical to creating safe opportunities for young people to access the psychosocial and medical care that they need in a timely manner.

Hormone therapy with testosterone or estrogen is a common gender-affirming treatment for transgender adults and older adolescents. Though limited by heterogeneity of methodology, regimen, and outcomes measures, systematic reviews and meta-analyses consistently find that gender-affirming hormone treatment is associated with significant reductions in gender dysphoria, psychological symptoms, and psychiatric diagnoses and with improved markers of well-being, including quality of life, interpersonal functioning, psychological adjustment, sexual function, body satisfaction, and self-esteem (Costa and Colizzi, 2016; Dhejne et al., 2016; Keo-Meier et al., 2015; Murad et al., 2010; Nguyen et al., 2018; Rowniak, Bolt, and Sharifi, 2019; White Hughto and Reisner, 2016).

Both the WPATH and Endocrine Society guidelines identify age 16 as a general starting point for gender-affirming hormones, with the recognition that some adolescents benefit from earlier treatment (Coleman et al., 2012; Hembree et al., 2017). Evidence for hormone therapy in adolescents comes largely from outside of the United States and inconsistently tracks outcomes (Chew et al., 2018; Olson-Kennedy et al., 2016). The data available suggest that hormone therapy in adolescents likely yields reductions in dysphoria and distress and improvements in well-being similar to those in adults (Mahfouda et al., 2019). Gender-affirming hormone therapy can be managed for most patients by primary care providers,

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 11 of 16

*COVERAGE, ACCESS, AND UTILIZATION OF EVIDENCE-BASED HEALTH CARE* 365

as it typically involves long-term maintenance on doses similar to those used for cisgender patients with conditions such as hypogonadism (Wylie et al., 2016).

Surgeries involving the genitals or secondary sex characteristics can also improve health and well-being among transgender people and are an important and medically necessary aspect of gender-affirming care (Bailey, Ellis, and McNeil, 2014; Castellano et al., 2015; Murad et al., 2010; Passos et al., 2020; Wernick et al., 2019). Many factors affect an individual's need for and access to gender-affirming surgeries. In the 2015 USTS, only 25 percent of respondents had undergone some form of gender-affirming surgery, such as genital reconstruction or chest reconstruction, and having surgery was correlated with higher incomes (James et al., 2016). Respondents also reported varying degrees of experience with or need for specific procedures: 97 percent of transgender men had or needed chest reconstruction surgery, and 22 percent of transgender men had or needed phalloplasty. Similarly, 95 percent of transgender women had or needed hair removal procedures, and 76 percent had or needed vaginoplasty. Non-binary individuals generally had and needed fewer surgeries than their binary-identified counterparts: 48 percent of non-binary individuals assigned female at birth had or needed chest surgery, and 12 percent of non-binary individuals assigned male at birth had or needed vaginoplasty.

Surgeries for transgender men and other trans-masculine people may include bilateral chest reconstruction, salpingo-oophrectomy (removal of the ovaries and fallopian tubes), hysterectomy, genital reconstruction (metoidioplasty or phalloplasty with or without prosthesis), and, rarely, vocal surgery. Chest reconstruction, which involves removal of breast tissue and nipple preservation, is associated with significant improvements in mental health and well-being among trans-masculine adolescents and adults (Agarwal et al., 2018; Mahfouda et al., 2019; Van Boerum et al., 2019). A systematic review of studies of genital surgeries that included metoidioplasty indicated that 93 percent of patients were satisfied with the outcome, including preserved erogenous sensitivity, despite significant rates of postoperative complications (Morrison et al., 2016). A systematic review of penile prosthetic outcomes for 792 transgender men over a mean follow-up period of three years found inconsistent reporting of sensory, urinary, satisfaction, and sexual outcomes after surgery, with 36 percent reporting prosthesis complications (Rooker et al., 2019).

Surgeries for transgender women and other trans-feminine people may include breast augmentation, facial feminization, vocal surgery, orchiectomy, and vaginoplasty. Some studies have shown improvements in quality of life and high patient satisfaction following facial feminization procedures for trans-feminine individuals, including reshaping the contours of the face and larynx (Ainsworth and Spiegel, 2010; Van Boerum et al., 2019). A

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 12 of 16

366   *UNDERSTANDING THE WELL-BEING OF LGBTQI+ POPULATIONS*

systematic review of vaginoplasty for transfeminine individuals identified 26 studies with a total of 1,563 patients; although measures used to track outcomes varied between studies, and complications were frequent, with neovaginal stenosis the most common, patients tended to report high ratings in both sexual function and satisfaction after surgery (Horbach et al., 2015).

The research regarding outcomes for surgery in youth under 18 is sparse, in part because it is generally not clinically recommended for legal minors, though there is only a small amount of low-quality evidence that supports this limitation (Hembree et al., 2017). Chest masculinization is sometimes appropriate for youth 16 or older (Coleman et al., 2012), and some surgeons perform vaginoplasty on minors under specific circumstances (Milrod and Karasic, 2017). Several studies provide positive evidence regarding the benefits of chest reconstruction in minors, with reduced depressive and anxious symptoms and improved chest dysphoria; the most common complications were changes in sensation and scar cosmesis (Mahfouda et al., 2019). There are very few data regarding genitoplasty for minors.

As noted above, available evidence generally indicates that gender-affirming medical interventions, including surgeries, are associated with improvements in gender dysphoria, mental health, and quality of life for transgender people. Evidence also suggests, however, that mental health conditions can persist after treatment: for instance, a 2011 Swedish registry study of 324 patients who had undergone gender-affirming surgeries between 1973 and 2003 found increased rates of suicide attempts and psychiatric hospitalizations relative to population controls (Dhejne et al., 2011). The study notes that surgeries did alleviate gender dysphoria, and the study was unable to determine how patients might have fared without surgery. When a more recent Swedish registry study tracked mental health treatment utilization among people with a gender incongruence diagnosis relative to people without gender incongruence between 2005 and 2015 (N = 2,679), time since gender-affirming surgery was associated with reduced need for mental health services (aOR: 0.92; 95% CI: 0.87, 0.98) (Bränström and Pachankis, 2019). A reanalysis of these data compared individuals with gender incongruence who had gender-affirming surgery with those who did not and found comparable rates of reduced need for treatment for mood disorders between the groups, but higher rates of treatment for anxiety disorders among the group who did have surgery (aOR: 1.40; 95% CI: 1.00, 1.97) (Bränström and Pachankis, 2020). The authors note that the comparator nonsurgical group is heterogeneous, including a mixture of patients who both did and did not want surgery. Furthermore, as was discussed in detail in Chapter 11, transgender people have significantly elevated rates of mental health problems due not just to the experience of

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 13 of 16

*COVERAGE, ACCESS, AND UTILIZATION OF EVIDENCE-BASED HEALTH CARE* 367

gender dysphoria but also because of minority stress and stigma. While social and medical affirmation reduce gender dysphoria and can mitigate the impact of social factors, such as discrimination and family rejection, medical affirmation may not fully resolve or protect from experiences of stigma and stress. Future studies examining outcomes of gender affirmation should assess and control for these factors. Related research needs include exploration of factors that can promote resilience in different family and community settings and across the life course (Bockting et al., 2016).

Another major limitation in research on postsurgical outcomes is the absence of patient-reported outcome measures that have been validated in transgender and non-binary post-operative patient populations (Andréasson et al., 2018; Barone et al., 2017; Dy et al., 2019). Recent data overall suggest that satisfaction after gender-affirming surgeries is high and risk of regret is very low. For example, the Center of Expertise on Gender Dysphoria at the Free University Medical Center in Amsterdam published results from 43 years of clinical care in which regret was reported in only 14 patients (0.5%) of the more than 5,300 patients who underwent gonadectomy as part of gender affirmation (Wiepjes et al., 2018). A smaller study found that only 1 of 68 patients who received chest masculinization surgery experienced regret "sometimes" (Olson-Kennedy et al., 2018), consistent with findings from older research (Gijs and Brewaeys, 2007). Similarly, a 2018 systematic review and meta-analysis of 46 articles with 3,716 cases of vaginoplasty for transgender women reported a cumulative rate of regret of 1 percent, compared with an overall satisfaction rate of 92 percent across different surgical techniques (Manrique et al., 2018). While many studies do not qualitatively assess degree and reasons for regret, in one study patients who reported regret with surgeries reported mild regret and attributed this to cosmetic or functional outcomes rather than the decision to have surgery (van de Grift et al., 2017).

Substantial progress has been made over the past decade in research on outcomes of gender-affirming interventions, and there are ample opportunities for improvement. To address the scarcity of data and difficulties extrapolating findings from relatively homogeneous European samples, a United States-based comprehensive registry that tracks patient-centered outcomes for both youth and adults could lead to valuable insights on the benefits of medically supervised gender affirmation (Kimberly et al., 2018). Much remains to be learned regarding optimal timing and risk profiles for surgeries and other medical interventions, aided by standardized and validated tools for body satisfaction, gender-related quality of life, gender dysphoria, and mental health (Olson et al., 2016). Standardized assessment and reporting of outcomes are particularly essential for helping clinicians and patients understand surgical options. In this area, too, more attention is needed to populations that tend to be invisible or underrepresented in

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 14 of 16

368                    *UNDERSTANDING THE WELL-BEING OF LGBTQI+ POPULATIONS*

clinical research, especially transgender people of color and non-binary individuals. Very little is known about the experiences and options for treatment for transgender individuals with intersex traits, especially those who had irreversible treatments as children. Overall, however, the evidence indicates that gender-affirming interventions, including social affirmation, hormonal treatment, and surgeries, are medically necessary for reducing distress and improving the health and well-being of transgender people.

## CONVERSION THERAPY

Efforts to change sexual orientation or gender identity, which initially gained traction in the 1960s and which are often referred to as conversion or reparative therapies, assume that non-cisgender and non-heterosexual identities are abnormal. In 2009 the APA produced a landmark report that systematically reviewed the evidence of efficacy for sexual orientation change efforts (APA, 2009). Most of this research was conducted prior to 1981, and very few studies were experimental in design. The task force found that some people sought sexual orientation change efforts due to distress over their sexual orientation but that the treatments were unable to reduce same-sex attractions or increase other-sex attractions. Furthermore, there was evidence that individuals experienced harm from these treatments, including sexual dysfunction, depression, anxiety, and suicidality. With regard to gender identity, while interest in the so-called "desistence" of transgender identity has been informed by studies suggesting that as high as 80 percent of prepubertal youth presenting to pediatric gender clinics ultimately do not identify as transgender, many of the youth included in these studies did not meet full DSM criteria for a gender incongruence diagnosis (Olson, 2009). Recent evidence supports that early social affirmation of transgender identity is associated with good outcomes (Olson et al., 2016; Durwood, McLaughlin, and Olson, 2017) and that lack of social affirmation correlates with depression, anxiety, and suicidality (de Vries et al., 2016; James et al., 2016).

Consequently, sexual orientation and gender identity conversion efforts have fallen out of favor in mainstream psychological and psychiatric practice. By the time of the 2011 Institute of Medicine report, many medical organizations had issued statements condemning sexual orientation change efforts based on the lack of efficacy and evidence of harm. Many of these organizations have since updated their positions to decry conversion therapy for both sexual orientation and gender identity (AMA and GLMA: Medical Professionals Advancing LGBTQ Equality, 2018; American Academy of Child and Adolescent Psychiatry, 2018; Rafferty, Committee on Psychosocial Aspects of Child and Family Health, and Committee on Adolescence, 2018; SAMHSA, 2015; Streed et al., 2019a).

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 15 of 16

*COVERAGE, ACCESS, AND UTILIZATION OF EVIDENCE-BASED HEALTH CARE*   369

However, there is recent evidence that LGBTQ youth and adults continue to be exposed to conversion therapy. A 2019 report from Williams Institute estimated that 698,000 adults between ages 18 and 59 have undergone conversion therapy from a licensed professional or religious advisor, of whom 350,000 were adolescents when treated (Mallory, Brown, and Conron, 2019). The same study estimated that an additional 57,000 youth will receive conversion therapy from a health care or religious provider before 18 years of age. Among 25,000 LGBTQ youth respondents to a 2019 national survey, 67 percent reported that someone attempted to convince them to change their gender identity or sexual orientation (Trevor Project, 2019). A survey of 762 marriage and family therapists and members of the American Academy of Marriage and Family Therapists, which has a position statement against conversion therapy, found that 19.4 percent of respondents believed it was ethical to practice sexual orientation change therapy, and 3.5 percent of respondents had done so. This belief was associated with higher levels of negative beliefs about LGB clients than those of other therapists (McGeorge, Carlson, and Toomey, 2015).

A recent survey was among the first to evaluate the link between sexual orientation change therapy and the health of young people: among 245 white and Latinx LGBT individuals between the ages of 21 and 25, exposure to conversion efforts within or outside of their families during adolescence was associated with higher family religiosity, lower family socioeconomic status, and higher individual gender nonconformity (Ryan et al., 2018). In addition, exposure to conversion efforts during adolescence was significantly associated with increased suicidal ideation, suicide attempts, and depression, as well as diminished life satisfaction, self-esteem, social support, educational attainment, and lower income in young adulthood.

A systematic narrative review of gender identity conversion efforts found few data and a notable absence of research about their effects on both adolescents and adults (Wright, Candy, and King, 2018). However, a recent study using data from the 2015 USTS found that 14 percent of respondents had been exposed to gender identity conversion therapy during their lifetimes; exposure was associated with significantly higher rates of past-month severe psychological distress and lifetime suicide attempts compared with respondents who had not been exposed to such therapy (Turban et al., 2019). Exposure to gender identity conversion therapy before age 10 was associated with nearly twice the rate of lifetime suicide attempts.

The available evidence suggests that sexual orientation and gender identity conversion efforts are ineffective and dangerously detrimental to the health of SGD populations, especially for minors who are unable to give informed consent. As of early 2020, 20 states, the District of Columbia, Puerto Rico, and a number of municipalities had outlawed sexual orientation and gender identity conversion therapy for minors (Move-

Copyright National Academy of Sciences. All rights reserved.

Understanding the Well-Being of LGBTQI+ Populations
Case 4:22-cv-00325-RH-MAF   Document 136-8   Filed 04/07/23   Page 16 of 16

370    *UNDERSTANDING THE WELL-BEING OF LGBTQI+ POPULATIONS*

ment Advancement Project, 2020b). As growing numbers of professional organizations and governments call for or legislate an end to conversion therapy, particularly for minors, it is important for clinicians working with SGD populations to understand the effects that these experiences can have on individuals, even many years later. Research on strategies for helping individuals who have experienced conversion therapy to heal and recover is essential. In order to end the practice of conversion therapy, it is not sufficient for professional organizations to recommend against conversion therapy; rather, professionals may require dedicated and specific training on the inefficacy and danger of conversion treatments, and insurance providers should consider limiting coverage for these non-evidence-based practices.

## INTERSEX GENITAL SURGERY

The most expansive estimations of the prevalence of intersex traits, including any variation in any marker of sex (chromosomes, internal reproductive anatomy, external genital shape, and secondary sex traits), concludes that up to 1.7 percent of the population has an intersex trait (Fausto-Sterling, 2000). Estimates based on the number of people with clinically identifiable sexual or reproductive anatomic variations are closer to 0.5 percent (Nordenvall et al., 2014). Estimates for prevalence of infants born with obvious genital diversity, sometimes known as ambiguous genitalia, range from 0.03 percent to 0.1 percent (Blackless et al., 2000; Hughes et al., 2007; Thyen et al., 2006). Such variations can include differences in the length of the genital tubercule or glans (as in a shorter penis or longer clitoris), a narrow or absent vaginal opening, or presence of partially fused labia or a partially separated scrotum. This section focuses primarily on early genital surgery for children born with obvious genital diversity, which remains the most contentious area of clinical care—and increasingly, health law and policy—for persons with intersex traits (Dalke et al., 2020).

### Genital Diversity and Early Genital Surgeries

Although some infants with genital diversity require urgent surgery to address urinary obstruction or exposed pelvic organs (Woo, Thomas, and Brock, 2010), many have no immediate medical concerns and do not require urgent medical treatment (Romao and Pippi Salle, 2017). Because the appearance of the external genitals is typically the primary datum for the sex assigned to infants at birth, genital diversity can lead to uncertainty about which sex a child with intersex traits should be assigned. Similarly, eventual gender identity cannot be readily predicted for many people with intersex traits based on the appearance of their genitals at birth (see more

Copyright National Academy of Sciences. All rights reserved.