UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA

DREW ADAMS, a minor, )
)
Plaintiff, )
)
vs. )Civil Action
)No.3:17-cv-00739-TJC-JBT
THE SCHOOL BOARD OF ST. )
JOHNS COUNTY, FLORIDA, )
)
Defendant. )

TELEPHONIC DEPOSITION OF KIM G. HUTTON
Taken on behalf of Defendant
December 5, 2017
(Starting time of the deposition: 3:00 p.m.)

I N D E X   O F   E X A M I N A T I O N


Page

Questions by Mr. Harmon .......................... 5

Questions by Mr. Gonzalez-Pagan .................. 49


(No exhibits were marked.)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA

DREW ADAMS, a minor, )
)
Plaintiff, )
)
vs. )Civil Action
)No.3:17-cv-00739-TJC-JBT
THE SCHOOL BOARD OF ST. )
JOHNS COUNTY, FLORIDA, )
)
Defendants. )

TELEPHONIC DEPOSITION OF WITNESS, KIM G. HUTTON, produced, sworn, and examined on the 5th day of December, 2017, between the hours of nine o'clock in the forenoon and six o'clock in the evening of that day, at the offices of Veritext Legal Solutions, 515 Olive Street, Suite 300, St. Louis, Missouri before BRENDA ORSBORN, a Certified Court Reporter within and for the State of Missouri, in a certain cause now pending in the United States District Court for the Middle District of Florida, wherein Drew Adams, a minor, is the Plaintiff and The School Board of St. Johns County, Florida is the Defendant.

A P P E A R A N C E S

For the Plaintiff:

Mr. Omar Gonzalez-Pagan
Lambda Legal
120 Wall Street
New York, New York 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

For the Defendant:

Mr. Terry Harmon (via phone)
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
(850) 205-1996
tharmon@sniffenlaw.com

The Court Reporter:

Ms. Brenda Orsborn, RPR/CSR/CCR
Missouri CCR No. 914
Illinois CSR No. 084-003460
Veritext Legal Solutions
515 Olive Street, Suite 300
St. Louis, Missouri 63101
(888) 391-3376

center in St. Louis.

And that's how that happened. Dr. Hruz e-mailed me -- it's either the same day or the next day, and invited me to lunch.

Q. Where did you go -- did you end up going to lunch?

A. We did.

Q. Where did you go?

A. At the Wild Flower in the Central West End.

Q. And what -- you said it was in 2013?

A. Yes.

Q. Do you recall what month?

A. October.

Q. Okay. Was anybody else at the lunch?

A. No.

Q. Do you recall approximately how long the lunch was?

A. Maybe 45 minutes.

Q. Was your conversation recorded?

A. No.

Q. I guess, to your knowledge, you may not know, right?

A. To my knowledge. I did not record it.

Q. Okay. What -- what did you -- when you were going to have that lunch with Dr. Hruz, what was the

purpose of it, in your mind?

A. Well, the e-mail that he sent me stated that he wanted to meet to -- I think he kind of positioned it as wanting to learn more about this experience, and he shared that he -- he was well aware that Dr. Abby Hollander was working with me, or that I had approached her about starting a pediatric gender center inside the hospital, and that he was having great difficulty being open to that concept based on his morals.

He said that he did not -- part of the note I remember said something about he did not agree with the -- the recommended standards of care, or something like that, for our children, that he didn't believe that it was appropriate medically or spirit -- or that it -- or that it wouldn't meet their spiritual needs, or something like that.

And so I realized -- I realized -- I felt like it was going to be not a great meeting, but I was still willing to meet with him because I felt that maybe, you know, the parent perspective could be helpful to him.

Q. Now, was that document, was that in an e-mail that he conveyed that information to you?

A. Yes.

Q. Do you still have that e-mail?

A. I do.

Q. Okay. Have you shown that e-mail to counsel in the room?

A. I did.

Q. Do you have it with you now?

A. I don't.

Q. Okay. To the best of your knowledge, can you tell me everything, aside from what you've already told me, that that e-mail says in it?

A. Those -- those were the sticking points for me, because I found it very odd that he would be talking about faith or morals or spiritual needs in the context of this conversation. It was not -- I talk to many medical professionals in my work with TransParent, and it's the first time that somebody was so overtly upfront that it was problematic due to their faith on some -- at least on some level. So I can't remember it. It wasn't -- it was longer -- the -- the note was longer than that, but those were the points that have stuck out with me.

Q. Okay. Other than that e-mail, do you have any other document that reflects communication you have had with Dr. Hruz?

A. There's -- I mean, after he e-mailed me, I

e-mailed him and told him that I, you know, was very excited to meet with him, although I was -- you know, I think I expressed some disappointment because Dr. Spack had shared that he was, you know, I guess against a pediatric gender center at St. Louis Children's Hospital and -- but that, you know, I was -- I would be very happy to have the conversation or something like that. And then he e-mailed me back and said, "Thank you for responding so quickly," and he would have his secretary reach out to me to set a date and time.

Q. Okay. So this meeting that you were going to have with him that ended up being a lunch, was any part of that meeting in the context of receiving medical care, opinions or services?

A. No.

Q. Okay. Were you going to learn anything from Dr. Hruz you would personally use with you or your family members when it comes to treatment for any type of disorders?

A. No.

Q. Was it just to learn about Dr. Hruz's position on the pediatric gender center at the Washington University?

A. Well, he called the meeting, so I -- I --

again, I really wanted to go, because I understood that he had a lot of influence on whether or not the center moved forward. And I had been talking with other doctors and people on their DSD team at St. Louis Children's Hospital about moving this forward, but it really had stalled.

And so I -- I just felt like being the head of Endocrine, that he would have a lot of influence over that decision. And so for me, that is why I wanted to go and meet with him, to see if I could say anything that would might make -- that might make him more interested in doing something like that.

Q. So would you characterize this as a business meeting?

A. Not really. I'm -- not really. I guess -- I guess --

Q. Were you hoping to come away from that meeting with some type of support from Dr. Hruz for the establishment of the pediatric gender center?

A. I guess I just felt like all of the treatment for our kids was going through a person that reported to Dr. Hruz. And so I guess I felt like he may not have enough information to support it or not support it. He wasn't seeing any of our kids. There -- there were only a handful of our kids at the

time.

You know, this is four years ago before everything really opened up in St. Louis as far as treatment and care for kids. But I just understood that he -- and especially since he had already said in his e-mail that he didn't support the center, I guess I was hopeful that the parent perspective might be helpful.

Q. Okay. Now, did I understand you to say that you were aware that Dr. Hruz was providing treatment to your -- when you say "our kids," are you referring to TransParent --

A. Yes.

Q. -- members' kids?

A. Yes.

Q. Okay. So to your knowledge, as of 2013, to your knowledge, was Dr. Hruz treating transgender children?

A. He was not, that I -- to my knowledge.

Q. Okay. So in terms of that -- that lunch meeting, can you tell me everything you can remember from the meeting?

A. Yes.

MR. GONZALEZ-PAGAN: Form.

Q. (By Mr. Harmon) Well, let me ask it a

different way. Can you tell me, to the best of your recollection, everything Dr. Hruz said to you during the lunch meeting?

MR. GONZALEZ-PAGAN: Form. You can answer.

THE WITNESS: Oh.

Q. (By Mr. Harmon) Yeah, you can answer.

A. Yeah. So after, you know, introducing ourselves I started off with trying to tell him a little bit about my family and our experience, but I -- I really didn't get very far. He interrupted me fairly quickly, probably within a minute or so, two minutes tops, and said that he had reviewed my brochure from TransParent and that he knew that my aim was to normalize the transgender experience, but that it would never be a normal experience. It was not a normal experience, and it would never be normal.

We went on to talk more about, you know, his -- he -- he actually started talking about Pope John Paul II's writings on gender and -- and how they explain God's plan for gender, and that I should consider reading them. And he said, you know, this idea that -- the idea of doing surgeries on transgender people is -- is wrong, that, you know, we should not be, you know, changing bodies.

And I said -- I -- I argued with him on that

point that, you know, there are men that have man boobs, and I said they have theirs surgically removed or altered. And I said wouldn't that be the same thing, and -- and why is that okay, but not removing the breast for a transgender boy, and he said, "Because male breasts aren't used for anything, but female breasts lactate and provide nourishment to babies. So, therefore, it would be -- it would go against, you know, God's plan to remove breasts from women." Something -- something very close that.

He said several times during this conversation, as I tried to tell him, you know, how hard it was for my child living a transgender life, you know, but that -- but what a great -- what a great son I've had since I allowed him to transition, how happy he was. And he said that, you know, what a -- I kept saying, "What a normal life -- like if you met my son, you would never know. He's a very normal little boy."

And he kept saying, he kept insisting that my child was not normal and would never be normal. And he said that to me at least three or four times during our conversation.

He said -- and -- and at the same time he just kept saying, "If only you would read Pope John

Paul II's writings. If only you would read them, you would understand everything." And I said, "Well, you know, the Bible tells a story about, you know, man was -- woman was created from the rib of man," and I said, "You know, maybe this all started with Adam and Eve because God took a rib from a woman -- or from a man and put it into women, and maybe he crossed that DNA, you know, at the very beginning, and maybe that's why we have transgender people."

He said -- he got very irritated with me, and he said, "Not all the stories in the Bible are true."

And I said, "Well, then how do you decide which ones you're going to believe and which ones you're not? How do you determine that, like, which ones you follow and which ones you don't follow?"

And he -- he reverted right back to -- he goes, "You just need to read Pope John Paul II's writings on gender. It will -- it will explain it all to you."

And I said, "Do you realize that kids like mine are at a 41 percent risk of suicide if they don't have acceptance and -- and care from their parents and -- and if they don't get their medical needs met?"

And he said, "Some children are born in this

world to suffer and die." And he said, "Do you think I don't ask myself all the time why some people get cancer?" He goes, "I -- I ask myself that all the time."

And I said, "Well, people with cancer, at least we try to help them. At least we give them care." And I think the conversation ended shortly after that, and he stood up, and he said, "I -- I have to tell you there will never be a pediatric gender center at St. Louis Children's Hospital. I won't allow it." And I --

Q. Did he say why?

A. Pardon me?

Q. Did he say why he would not allow it?

A. Well, based on every -- no, he did not say why. That's how he ended the conversation, but my interpretation would have been based on everything we -- he had just shared with me that he was in disagreement from -- based on his faith.

Q. Did he ever say that he would not allow a gender center because of his faith?

A. He did not.

Q. Okay. That was your interpretation of --

A. Yes.

Q. -- what the conversation was?

A. I am.

Q. How are you aware of what his position is now?

A. I saw a -- some papers that he's publishing, and I understand that he is involved in other cases involving students, so Internet searches.

Q. Did your conversation with Dr. Hruz anger you?

A. My conversation?

Q. Yes.

A. It -- it perplexed me. I found --

Q. Why did it perplex you?

A. Again, because it was so religious-based. I -- I was very taken off guard by the religious tone of the conversation, because I -- I figured it would at least be based on science. He would have some science behind his feelings over children like mine, but that is not what I heard in our conversation at all.

Q. So your conversation with Dr. Hruz, is it fair to say that it was based on religion and moral viewpoints as opposed to science?

A. Yes.

MR. GONZALEZ-PAGAN: Form.

Q. (By Mr. Harmon) What was the answer?