Case 4:22-cv-00325-RH-MAF  Document 136-13  Filed 04/07/23  Page 1 of 11

(https://thegenderandsexconference.org)

# I International Conference on Gender, Sex and Education in Madrid against the LGBTI doctrine which is taking hold of Western countries is a resounding success

⌂ / HOME (HTTPS://THEGENDERANDSEXCONFERENCE.ORG)
/ NOTA DE PRENSA (HTTPS://THEGENDERANDSEXCONFERENCE.ORG/CATEGORY/NOTA-DE-PRENSA/) / I INTERNATIONAL CONFERENCE ON GENDER, SEX AND EDUCATION IN MADRID AGAINST THE LGBTI DOCTRINE WHICH IS TAKING HOLD OF WESTERN COUNTRIES IS A RESOUNDING SUCCESS

## I International Conference on Gender, Sex and Education in Madrid against the LGBTI doctrine which is taking hold of Western countries is a resounding success (https://thegenderandsexconference.org/i-international-conference-on-gender-sex-and-

Hazteoir.org organizer, ... referrer, taking hold of Western c...

# education-in-madrid-against-the-lgbti-doctrine-which-is-taking-hold-of-western-countries-is-a-resounding-success/)

👤 Prensa HO (https://thegenderandsexconference.org/author/prensa/)

🗁 Nota de Prensa (https://thegenderandsexconference.org/category/nota-de-prensa/)    📅 Feb 28, 2018

53 ORGANIZATIONS FROM 17 COUNTRIES SUPPORT THE MADRID DECLARATION OF UNDERSTANDING, RESPECT AND FREEDOM

- *At the #GenderAndSex Conference, organized by HazteOir.org and its international platform CitizenGO, eight speakers from four countries participated and more than 250 people attended. At some point over 5,000 people connected to follow the conference online.*
- *Ignacio Arsuaga: "This conference is a rebellion against the gender ideology and its freedom-destroying, damaging laws – laws that mustn't and cannot succeed. At HazteOir.org and CitizenGO we will keep on fighting to stop the LGBTI agenda from being forced upon citizens".*

**MADRID, 28. FEBRUARY 2018.**– **Ignacio Arsuaga, President of HazteOir.org and CitizenGO, sums up** the success of the I **International Conference on Gender, Sex and Education** (http://thegenderandsexconference.org) **#GenderAndSex** which took place in Madrid last week Friday, with the following words: "This conference was **the world's first great public objection to totalitarian LGTBI laws**. We have now marked a "before" and an "after" (the conference), because we have made known the essential lie that hides behind the ideology of gender, contrary to the foundations of science, biology, reason and the anthropological truth of the human being".

**Eight speakers from four countries took part in the** #GenderAndSex Conference, organized by HazteOir.org and its international platform CitizenGO, **and over 250 people attended. At some point over 5000 people connected via the internet to follow the conference online**.

What's more, **53 organizations from 17 countries supported the Madrid Declaration for Understanding, Respect and Freedom** (https://drive.google.com/file/d/10fDoT_wIOu2npgzkli4pKErfLpyBaqT9/view?usp=sharing)**, which defends rights in the face of the "gender lie" .**

### A conference to oppose gender ideology

In his keynote address,  **Arsuaga** urged attendees not to allow "**damage made to children**" and **called on politicians** to "**leave the children in peace**".

Apart from the President of  HazteOir.org and CitizenGO, **Miriam Ben-Shalom,** (http://thegenderandsexconference.org/speaker/miriam-ben-shalom-2/)US Lesbian activist, also spoke at the **I International Conference on Gender, Sex and Education**, saying that she feels "**very**

**uncomfortable in showers or changing rooms for transgender women".**

**Agustín Laje** (http://thegenderandsexconference.org/speaker/agustin-laje/), political science expert, called his listeners to speak out against the LGBTI offensive, saying: **"We need to bring the masses into the streets against gender ideology".** Laje believes that the left has adopted **the issue of sex and the gender ideology as a sort of "political strategy,** in order to keep their beliefs in the public domain."

The third presentation came from **Rubén Navarro,**
(http://thegenderandsexconference.org/speaker/mr-ruben-navarro/)who condemned the fact that the
**"LGTBI agenda has infiltrated the United Nations".** As an example of how pressure groups push their agenda, Navarro referred to legislation known as **"LGBTI gag law"** which the leftist group Podemos is promoting in Spain.

**Michelle Cretella** (http://thegenderandsexconference.org/speaker/mrs-michelle-cretella/), President of the American College of Pediatricians, also took part in the conference, explaining that **"schools need to avoid gender ideology because it is contrary to science and harmful to all children".**

The rest of the panel of experts and lecturers was made up by Professor **Glenn Stanton,**
(http://thegenderandsexconference.org/speaker/mr-glenn-stanton/)Doctor **Paul Hruz**
(http://thegenderandsexconference.org/speaker/mr-paul-hruz/), the sociologist **Gabriele Kuby**
(http://thegenderandsexconference.org/speaker/mrs-gabriele-kuby/) and the former transexual **Walt Heyer.** (http://thegenderandsexconference.org/speaker/walt-heyer-2/)

Stanton assured that **" the gender theory is unscientific and full of contradictions".** Doctor **Hruz for his part** warned: **"Sex change is impossible. You cannot change your sex, the only thing you can change is the appearance".** In her explanations, **Kuby** affirmed that **"the sexual revolution has one objective only: to destroy the fertility, procreation and the family".**

The **I International Conference on Gender, Sex and Education** (#GenderAndSex Conference)  was brought to a close by the testimony of **Heyer,** who had undergone gender reassignment surgery at the age of 42 years. He affirmed that **"there is nothing real in gender ideology".**

He added: **"I speak about this because I receive hundreds of letters from people all over the world who experienced the same as I did and this is a tragedy.** Will they get paid again for trying to put back that which they previously removed?"

**53 organizations sign the Declaration of Madrid**

The **I International Conference on Gender, Sex and Education** closed with a reading of the **Madrid Declaration for Understanding, Respect and Freedom**
(https://drive.google.com/file/d/1cMpObKRmsbbRdDlHpuvpHXjFuants023/view?usp=sharing) which was joined, among others, by the **Foundation of Values and Society**, the **Association of Researchers and Professionals CiViCa,** and the **European Association of Family Lawyers –** all Spanish

institutions. The declaration was also supported by European organizations: **Generation Family** (Italy), **Free Society Institute** (Lithuania), **Family Alliance** (Austria) and **Femina Europa** (France). Among North and South American institutions who gave their support, were **Real Women of Canada** and **Population Research Institute** (United States), **National Family Forum** (Columbia), **National Union of Parents** (Mexico), **Center for Civic Studies** (Chile), **Argentinians Alert** and **Institute for Civic Action** (Peru). **A list of all organizations supporting the declaration can be found here.** (http://thegenderandsexconference.org/asociaciones-adheridas/)

**I International Conference on Gender, Sex and Education Resources:**

**Vídeos:**

**All videos from the #GenderAndSex Conference:  https://www.youtube.com/playlist? list=PL4bbuT69ULV_LIymyK7jh7PNEBkxSUPEJ** (https://www.youtube.com/playlist? list=PL4bbuT69ULV_LIymyK7jh7PNEBkxSUPEJ)

**Ignacio Arsuaga intervention: https://youtu.be/Dq-LwrPRoRo** (https://youtu.be/Dq-LwrPRoRo)

**Miriam Ben-Shalom intervention: https://youtu.be/f7vY1g-xK7w** (https://youtu.be/f7vY1g-xK7w)

**Agustín Laje intervention: https://youtu.be/w4PmcFf6Iw4–** (https://youtu.be/w4PmcFf6Iw4--)

**Ruben Navarro intervention: https://youtu.be/6MLSiiw11ac** (https://youtu.be/6MLSiiw11ac)

**Michelle Cretella intervention: https://youtu.be/3dzgFaE-dXo** (https://youtu.be/3dzgFaE-dXo)

**Glenn Stanton speech intervention: https://youtu.be/oHdM89IA4f8** (https://youtu.be/oHdM89IA4f8)

**Paul Hruz intervention: https://youtu.be/-kUB4o5XFz8** (https://youtu.be/-kUB4o5XFz8)

**Gabriele Kuby intervention: https://youtu.be/LxiXHYiAI4E** (https://youtu.be/LxiXHYiAI4E)

**Walt Heyer: https://youtu.be/OYvkiq8EEJc** (https://youtu.be/OYvkiq8EEJc)

**Madrid Declaration: https://youtu.be/X17JpYrEIRA** (https://youtu.be/X17JpYrEIRA)

**Reading of the Madrid Declaration: https://youtu.be/Gd526vRnnsI** (https://youtu.be/Gd526vRnnsI)

**Images from the I International Conference on Gender, Sex and Education:**

**https://www.flickr.com/photos/hazteoir/albums/72157693183146195** (https://www.flickr.com/photos/hazteoir/albums/72157693183146195)

**I International Conference on Gender, Sex and Education Website: http://thegenderandsexconference.org/** (http://thegenderandsexconference.org/)



(http://twitter.com/share?url=https://thegenderandsexconference.org/i-international-conference-on-gender-sex-and-

edu
cati
on-
in-
ma
drid
-
agai
nst-
the-
lgbt
i-
doc
trin
e-
whi
ch-
is-
taki
ng-
hol
d-
of-
wes
tern
-
cou
ntri
es-
is-a-
res
(htt      oun

**in**

(htt
p://
ww
w.li
nke
din.

**f**

$8^+$

p:// din (htt co
ww g- ps:/ m/s
w.fa suc /plu har
ceb ces s.go eArt
ook. s/&t ogle icle
co ext .co ?
m/s =I% m/s min
har 20I har i=tr
er.p nter e? ue&
hp? nati url= url=
u=h onal http http
ttps %20 s://t s://t
://th Con heg heg
ege fere end end
nde nce era era
ran %20 nds nds
dse on% exc exc
xco 20G onf onf
nfer end ere ere
enc er,% nce. nce.
e.or 20S org/ org/
g/i- ex% i- i-
inte 20a inte inte
rnat nd% rnat rnat
iona 20E iona iona
l- duc l- l-
con atio con con
fere n%2 fere fere
nce- 0in nce- nce-
on- %20 on- on-
gen Ma gen gen
der- drid der- der-
sex- %20 sex- sex-

Home about the conference Aimer, so document and against education in Madrid against the lgbti doctrine which is taking hold of Western c...

| | | | |
|---|---|---|---|
| and | agai | and | and |
| - | nst | - | - |
| edu | %20 | edu | edu |
| cati | the | cati | cati |
| on- | %20 | on- | on- |
| in- | LGB | in- | in- |
| ma | TI% | ma | ma |
| drid | 20d | drid | drid |
| - | octr | - | - |
| agai | ine | agai | agai |
| nst- | %20 | nst- | nst- |
| the- | whi | the- | the- |
| lgbt | ch% | lgbt | lgbt |
| i- | 20is | i- | i- |
| doc | %20 | doc | doc |
| trin | taki | trin | trin |
| e- | ng% | e- | e- |
| whi | 20h | whi | whi |
| ch- | old | ch- | ch- |
| is- | %20 | is- | is- |
| taki | of% | taki | taki |
| ng- | 20 | ng- | ng- |
| hol | We | hol | hol |
| d- | ster | d- | d- |
| of- | n%2 | of- | of- |
| wes | 0co | wes | wes |
| tern | untr | tern | tern |
| - | ies | - | - |
| cou | %20 | cou | cou |
| ntri | is% | ntri | ntri |
| es- | 20a | es- | es- |
| is-a- | %20 | is-a- | is-a- |
| res | res | res | res |

res    res    res    res

oun   oun   oun   oun

din    din    din    din

g-     g%2    g-     g-

suc   0su    suc    suc

ces   cce    ces    ces

s/)    ss)    s/)    s/)    ⓟ

← previous article (https://thegenderandsexconference.org/exito-rotundo-del-i-congreso-
internacional-sobre-genero-sexo-y-educacion-en-madrid-en-el-que-se-denuncio-como-los-dogmas-
lgtbi-se-estan-imponiendo-en-occidente/)

## SEARCH

Search . . . . .                                                                                                    🔍

## PUBLICACIONES RECIENTES

I International Conference on Gender, Sex and Education in Madrid against the LGBTI doctrine which is taking hold of
Western countries is a resounding success (https://thegenderandsexconference.org/i-international-conference-on-
gender-sex-and-education-in-madrid-against-the-lgbti-doctrine-which-is-taking-hold-of-western-countries-is-a-
resounding-success/)

Éxito rotundo del I Congreso Internacional sobre Género, Sexo y Educación en Madrid en el que se denunció cómo
los dogmas LGTBI se están imponiendo en Occidente (https://thegenderandsexconference.org/exito-rotundo-del-i-
congreso-internacional-sobre-genero-sexo-y-educacion-en-madrid-en-el-que-se-denuncio-como-los-dogmas-lgtbi-se-
estan-imponiendo-en-occidente/)

Cincuenta asociaciones de diecisiete países apoyan la Declaración de Madrid por la Comprensión, el Respeto y la
Libertad frente al "engaño del género" (https://thegenderandsexconference.org/cincuenta-asociaciones-de-
diecisiete-paises-apoyan-la-declaracion-de-madrid-por-la-comprension-el-respeto-y-la-libertad-que-defiende-los-
derechos-frente-al-engano-del-genero/)

## COMENTARIOS RECIENTES

## ARCHIVOS

febrero 2018 (https://thegenderandsexconference.org/2018/02/)

enero 2018 (https://thegenderandsexconference.org/2018/01/)

# COMUNÍCATE CON NOSOTROS

### Teléfono
+34 915547189

### Dirección
Paseo de la Habana 200, Bj izq, 28036, Madrid, España



(https://thegenderandsexconference.org)

**#GENDERANDSEX** *© 2018 HAZTEOIR.ORG. ALL RIGHTS RESERVED.*

🐦 (https://twitter.com/@thegenderandsex)   📷 (https://www.instagram.com/thegenderandsex/)