```
                                                      Page 1

 1            UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF FLORIDA
 3
 4    AUGUST DEKKER, et al.,            )
 5                                      ) Case No.
 6         Plaintiffs,                  )
 7                                      ) 4:22-cv-00325-RH-MAF
 8         vs.                          )
 9                                      )
10    JASON WEIDA, et al.,              )
11                                      )
12         Defendants.                  )
13              March 17, 2023    10:03 am    Zoom
14            DEPOSITION OF:  Dr. Quentin Van Meter
15       This deposition was taken remotely via Zoom.
16         Signature of this deposition is reserved.
17
18                    SHARON F. MCCLAIN
19                    C.C.R. - B-2243
20                     P.O. Box 1036
21                  Gainesville, GA  30503
22    (770) 718-5145
23
24
25
```

1  ADF members as long ago perhaps as six or seven years
2  ago.  I have helped in providing input for patients and
3  have been asked by them to be an expert witness in cases
4  of child custody.
5          MR. GONZALEZ-PAGAN:  Let's take if it's all
6  right, and I do believe that with the next set of
7  questions we should be over.  So, I truly hope that
8  we can be out of here probably by 4:30-ish.  Let's
9  take a five-minute break and go off the record.
10         DR. VAN METER:  That's fine with me.
11         COURT REPORTER:  We are off the record at 3:44
12 pm.
13         (Off the record for a short break.)
14         (Back on the record.)
15         COURT REPORTER:  We are back on the record at
16 3:51 pm.
17         BY MR. GONZALEZ-PAGAN:
18    Q.   Mr. Van Meter, I'm going to show you what's
19 been marked as Exhibit 28.  Well before I do that, we
20 left off with you letting me know your communications
21 with the Alliance Defending Freedom, is that right?
22    A.   Yes.
23    Q.   You said that they go back maybe five, six
24 years or so?
25    A.   Yes.

Page 170

1  Q.  In 2017 the Alliance Defending Freedom hosted a
2  meeting in Arizona regarding transgender issues. Were
3  you present at this meeting?
4  A.  I was present at one of their meetings. I
5  think there was a meeting the year before, that the 2017
6  would have been the second or the first. I did go to a
7  meeting. That was the subject, but I believe it was the
8  second such meeting that they had had.
9  Q.  Andre Van Mol was present at that meeting as
10 well, correct?
11 A.  He was.
12 Q.  Paul Hruz was present at that meeting as well,
13 correct?
14 A.  He was.
15 Q.  So was Patrick Lappert?
16 A.  Yes, he was. That's when he reminded me I knew
17 him from the Navy days.
18 Q.  Patrick Lappert actually has testified that one
19 of the topics discussed at that meeting was the need for
20 expert witnesses to support ADF's litigation efforts.
21 Was that a topic that was discussed?
22 A.  I'm sure it was. I can't state exactly, but I
23 would have come away with the feeling that they wanted to
24 get to know who we were and get to know about us.
25 Q.  You have not provided expert testimony. We

Page 171

1   went through your expert testimony before.  You did not
2   provide any expert testimony regarding transgender issues
3   until 2017, is that right?
4        A.   Let me think back.  I think that's correct.
5        Q.   I'm going to show you now what's been marked as
6   Exhibit 28.  Do you see this email?
7        A.   I do.
8        Q.   It is subject line Medicaid coverage for gender
9   affirming care, privileged and confidential.  Then it has
10  a Bates stamp of Grossman0054, is that right?
11       A.   That's correct.
12       Q.   The first email is dated July 9, 2022.  This is
13  after the hearing, is that right?
14       A.   Yes, it would have been after the hearing.
15       Q.   The last couple of sentences from this email
16  from Miriam Grossman -- well actually before I get to
17  that, you're a recipient of this email, is that right?
18       A.   I'm sorry.  I was what?
19       Q.   You're one of the recipients of this email, is
20  that correct?
21       A.   Yes.
22                 (Plaintiff's Exhibit No. 28 was
23                  marked for identification.)
24  BY MR. GONZALEZ-PAGAN:
25       Q.   In the last few sentences Miriam Grossman