IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, *et al.*,

    Plaintiffs,

v.    Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, in his official capacity as Secretary of the Florida Agency for Healthcare Administration, *et al.*,

    Defendants.
_____/

**WALT HEYER, TED HALLEY, AND CLIFTON BURLEIGH, JR.'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* (ECF NO. 134)**

    The Motion for Leave to Appear As Amici Curiae in Support of Defendants' Motion for Summary Judgment and Motion for Leave to File Declarations, ECF No. 134, is withdrawn and will be corrected and promptly refiled.

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
Ashley Lukis (FBN 106391)
ashley.lukis@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: 850-577-9090
*Attorneys for Proposed Amici Curiae*

2