# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# Tallahassee Division

AUGUST DEKKER, *et al.*,

        *Plaintiffs*,

        v.

JASON WEIDA, *et al.*,

        *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## DECLARATION OF OMAR GONZALEZ-PAGAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. KRISTOPHER KALIEBE

Pursuant to 28 U.S.C.§ 1746, I, Omar Gonzalez-Pagan, do hereby declare as follows:

1. I am over 18 years of age.

2. I am Counsel at Lambda Legal Defense and Education Fund, Inc. and serve as counsel of record for the plaintiffs in the above-captioned matter.

3. I have personal knowledge of the stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them.

4. I submit this declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Dr. Kristopher Kaliebe.

1

5. Attached as **Exhibit A** is a true and correct copy of the expert witness report of Kristopher Kaliebe, M.D. (including a copy of his curriculum vitae) in the above-captioned matter, which is dated February 17, 2023, was served upon plaintiffs on that date, and was entered as Exhibit 1 to Dr. Kaliebe's deposition in this matter on March 20, 2023.

6. Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Kristopher Kaliebe, M.D. on March 20, 2023 taken in relation to the above-captioned matter.

7. Attached as **Exhibit C** is a true and correct copy of the rebuttal expert report of Kristopher Kaliebe, M.D. (including a copy of his curriculum vitae) in the above-captioned matter, which is dated March 8, 2023, was served upon plaintiffs on March 10, 2023, and was entered as Exhibit 10 to Dr. Kaliebe's deposition in this matter on March 20, 2023.

8. Attached as **Exhibit D** is a true and correct copy of the article "Interrogating Gender-Exploratory Therapy," published in the peer-reviewed academic journal of psychology *Perspectives on Psychological Science* in January 2023, and which was entered as Exhibit 9 to Dr. Kaliebe's deposition in this matter on March 20, 2023.

9. Enclosed as **Exhibit E** is a true and correct copy of the one-pager of the systematic literature review "What Does the Scholarly Research Say about the Effect

of Gender Transition on Transgender Well-Being?" conducted by Cornell University's What We Know Project and published in 2018, and which can be found at https://whatweknow.inequality.cornell.edu/wp-content/uploads/2018/04/PDF-Trans-well-being.pdf. The full systematic literature review, including copies of each of the studies reviewed, is cited to as "What We Know Project, Cornell University, "What Does the Scholarly Research Say about the Effect of Gender Transition on Transgender Well-Being?" (online literature review), 2018," and can be found at https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

10. Enclosed as **Exhibit F** is a true and correct copy of "Search Methodology for Research Analysis on the Effect of Gender Transition on Transgender Well-being," published by Cornell University's What We Know in 2018, and which can be found at:

https://whatweknow.inequality.cornell.edu/about/selection-methodology/.

11. Attached as **Exhibit G** is a true and correct copy of the Expert Report of Johanna Olson-Kennedy, M.D., M.S. (including attachments) in the above-captioned matter, which is dated February 16, 2023, was served upon defendants on February 17, 2023, and was entered as Exhibit 1 to Dr. Olson-Kennedy's deposition in this matter on March 17, 2023.

12. Attached as **Exhibit H** is a true and correct copy of the Expert Report of Daniel Shumer, M.D., M.S. (including attachments) in the above-captioned matter, which is dated February 16, 2023, was served upon defendants on February 17, 2023, and was entered as Exhibit 1 to Dr. Shumer's deposition in this matter on March 21, 2023.

13. Attached as **Exhibit I** is a true and correct copy of the article "The Evidence for Trans Youth Gender-Affirming Medical Care," which was authored by Jack Turban, M.D., M.S. and was published in *Psychology Today* on January 24, 2022, and was last updated on October 11, 2022.

14. Attached as **Exhibit J** is a true and correct copy of the peer-reviewed literature review "Neurobiology of gender identity and sexual orientation," published in the peer-reviewed scientific journal *Journal of Neuroendocrinology* in July 2018, and which was entered as Exhibit 8 to Dr. Kaliebe's deposition in this matter on March 20, 2023.

15. Attached as **Exhibit K** is a true and correct copy of excerpts of *Understanding the Well-Being of LGBTQI+ Populations*, a Consensus Study Report of the National Academies of Sciences, Engineering, and Medicine published in 2020.

16. Attached as **Exhibit L** is a true and correct copy of the Brief for *Amici Curiae* Stonewall UK, et al., filed on January 19, 2022 before the U.S. Court of

Appeals for the Eighth Circuit in support of the plaintiffs-appeals in *Brandt v. Rutledge*, Case. No. 21-2875.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 7th day of April 2023.

*/s/ Omar Gonzalez-Pagan*  
Omar Gonzalez-Pagan