1              UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF FLORIDA

2                 TALLAHASSEE DIVISION

3              CASE NO. 4:22-cv-00325-RH-MAF

4

5    AUGUST DEKKER, et al.,

6          Plaintiffs,

7     VS.

8

     JASON WEIDA, et al.,

9

           Defendants.

10    _____/

11

12                          Remote via Zoom

                            March 20, 2023

13                          10:10 a.m. - 4:04 p.m.

14

15

16           DEPOSITION OF KRISTOPHER KALIEBE, M.D.

17              Taken before Lilly Villaverde, RPR and Notary

18    Public in and for the State of Florida at Large,

19    pursuant to Notice of Taking Deposition filed in the

20    above-mentioned cause.

21

22

23

24

25

Page 2

1     APPEARANCES:

2

          OMAR GONZALEZ-PAGAN, ESQUIRE
3         ogonzalez-pagan@lmbdalegal.org
          Lambda Legal Defense and
4         Education Fund, Inc.
          120 Wall Street
5         19th Floor
          New York, NY 10005

6

7         JENNIFER ALTMAN, ESQUIRE
          jennifer.altman@pillsburylaw.com
8         JOE LITTLE, ESQUIRE
          joe.little@pillsburylaw.com
9         600 Brickell Avenue
          Suite 600
10        Miami, FL 33131
          on behalf of the Plaintiffs

11

12

          JOSHUA E. PRATT, ESQUIRE
13        jpratt@holtzmanvogel.com
          Holtzman Vogel
14        119 South Monroe Street
          Tallahassee, FL 32301
15        on behalf of the Defendants

16

17

18

19

20

21

22

23

24

25

```
1                    I N D E X
2               E X A M I N A T I O N S
3   WITNESS                                    PAGE
    KRISTOPHER KALIEBE, M.D.
4         DIRECT EXAMINATION BY MR. GONZALEZ-PAGAN    4
5
6
                      E X H I B I T S
7
    NUMBER               DESCRIPTION           PAGE
8   Exhibit 1     Expert Report of Kristopher    7
                  Kaliebe, M.D.
9   Exhibit 2     Notice of Taking Deposition    8
    Exhibit 10    Rebuttal Expert Report of      8
10                Kristopher Kaliebe, M.D.
    Exhibit 4     APA - What is Psychiatry       63
11  Exhibit 3     PLOS One Form Comment          72
    Exhibit 5     Excerpt - Lewis's Child and    97
12                Adolescent Psychiatry textbook
    Exhibit 6     Standards of Care, Version 8   102
13  Exhibit 8     Neurobiology of Gender Identity 150
                  and Sexual Orientation
14  Exhibit 9     Interrogating Gender-Exploratory 161
                  Therapy
15
16
17
18
19
20
21
22
23
24
25
```

1   came out with a report regarding their assessment of how

2   to move forward with gender care and it was a Yahoo News

3   report, which led me to this organization which is --

4   seems like a quasi-governmental or public organization,

5   but I can -- I could find the name of that, but that was

6   the news report that I found.

7        Q.   Okay.  By any chance, is it the Society For

8   Evidence-Based Gender Medicine?

9        A.   No, I had some -- but, no, this was a Yahoo

10  News report.

11       Q.   Okay.  When you talked to counsel, was anybody

12  else present in that call besides counsel?

13       A.   No.

14       Q.   Have you discussed the deposition with anyone

15  else besides counsel?

16       A.   Have I discussed the details of my report, no.

17  Some people are aware that I'm testifying, but I have

18  not discussed the details of the testimony, except for

19  occasionally I've asked my wife a few questions.  So I

20  have asked my wife some questions.

21       Q.   Sorry, you've asked your wife what?

22       A.   I have asked my wife to -- some questions

23  regarding the case.

24       Q.   What questions have you discussed with your

25  wife regarding the case?

1    A.    I asked my wife some questions about

2    endocrine-disrupting chemicals and their possible

3    effects on the developing brain.

4         I asked my wife about the effects of hormone

5    blockers and exogenous hormones on individuals being

6    treated for a number of conditions, including treatment

7    with regards to gender-affirming care.

8    Q.    What's your wife's background or professional

9    background?

10   A.    She's an endocrinologist, board-certified

11   endocrinologist.

12   Q.    What did your wife say with regard to the

13   effects of puberty blockers on hormones?

14   A.    She opined that the effects are unknown and

15   that she would have concerns regarding bone density,

16   especially as people age, teenage years, or when lay

17   down much of their bone and there can be significant

18   bone loss related to puberty blockers.

19        She gave me her assessment that providing

20   exogenous hormones could be -- could later cause a

21   number of cancers and that there -- in her opinion,

22   there's not really anything known about what cancers

23   could be brought forth by exogenous hormones.

24        She indicated also there could be

25   cardiovascular risks related to exogenous hormones.  She

Page 25

1    by listening to presentations at the conferences.

2         Q.   So like lectures, some of these may be CME?

3         A.   Yeah, I mean, all this stuff from the

4    conferences is CME, yes.

5         Q.   Yeah.  Okay.  Let me ask you this, you have not

6    published any literature regarding gender dysphoria; is

7    that right?

8         A.   That is correct.

9         Q.   You have not published any literature regarding

10   transgender people; is that right?

11        A.   That's correct.

12        Q.   You have not published any literature regarding

13   gender identity; is that right?

14        A.   That's correct.

15        Q.   All right.  Let me talk a little bit about your

16   clinical experience and I think it might be helpful to

17   sort of separate a little bit the years at LSU with the

18   last seven years at -- at USF.  How many patients would

19   you see on a weekly basis?

20        A.   My clinical job changed frequently, but I know

21   that when I had my clinic at St. Charles Community

22   Health Center, which I did for 11 straight years, which

23   is a federally-qualified health center.  I'm not sure if

24   you know what that is, but it's a community health

25   center that also provides mental health services.

```
1    clinics and we would have three or four residents per
2    day.  I don't schedule my own patients during that time.
3    I'm there to -- I'm the, you know, physician of record.
4    So I have to see all the new people and I have to
5    supervise all the cases.  We discuss them.  So I don't
6    know the numbers of how many, you know, we see in an
7    afternoon, but that had a one-day-a-week Silver clinic
8    throughout my time at USF.  I think -- if you want to
9    stick on that, so that has been my main outpatient child
10   psychiatry setting.
11        Q.   Okay.  And then I imagine you see or consult
12   with regards to the three juvenile facilities for which
13   you --
14        A.   Correct, yes.
15        Q.   How many patients have you diagnosed and
16   treated with gender dysphoria while at USF?
17        A.   I would approximate a dozen.
18        Q.   So in your last seven years you have diagnosed
19   and treated a dozen patients with gender dysphoria?
20        A.   Correct, and it's an estimate.  I can look.
21        Q.   Okay.  Where did you diagnose and treat these
22   patients as part of your clinical affiliations?
23        A.   I have -- I have both within the Silver Child
24   Development Center and also within the juvenile
25   correctional system.
```

1      Q.    What's the treatment you provide for these

2    patients with gender dysphoria?

3      A.    With patients that I see at the Silver Child

4    Development Center, since I'm working with the

5    residents, I do the initial assessment with the resident

6    and then they usually are seeing the person.  Although,

7    each year, when the new residents turnover, then I stay

8    with the patient usually and then they get a new

9    resident to work with the patient and we try to work in

10   a multidisciplinary way.  So they may be also getting

11   care at other parts of the university, which could

12   include a gender clinic, but also, more frequently,

13   would include psychotherapy either outside of USF or by

14   a therapy provider within our -- within our system.

15     Q.    Okay.  So just to be clear, some of these

16   patients have been getting gender -- medical treatment

17   for gender dysphoria within the USF system?

18     A.    I don't -- yes and no.  Some of the patients

19   are -- some of the patients that I had have gone on, I

20   believe, to get gender treatment, because sometimes they

21   leave and don't come back and you don't really know, but

22   they were on a path towards getting medicalized

23   treatment.  I can't say for sure once they leave the

24   clinic, but that could -- that seemed to be the plan, at

25   least some of the cases.

1    still be the physician of record on.

2        Q.   So the ones -- of the 12 -- and I'm just trying

3    to get the numbers more or less.

4        A.   Sure.

5        Q.   So of the 12, there's one that presented as

6    prepubertal child, didn't continue care with you in

7    particular, so we don't know outcome or course of

8    treatment for that person.  There's five or so -- and I

9    guess that these are not hard numbers.  Five or so of

10   the 12 that have continued on to care with somebody

11   else.  And then there are at least two to three that

12   have continued on where you have supervised and/or are

13   providing the treatment; is that right?

14       A.   Correct.

15       Q.   Okay.  So of the two or three, those are the

16   ones that have not gone on to medicalized care; is that

17   right?

18       A.   Correct.

19       Q.   So we don't know really the outcome for the

20   other nine, as to medicalized care; is that right?

21       A.   Correct.

22       Q.   And you said that you provide -- they're not

23   necessarily interested in medical care and/or you are

24   treating other comorbidities, if you will, on these

25   patients.  What's the treatment that you provide for the

1    dysphoria?

2        A.    The treatment that is provided for the

3    dysphoria at that Silver Clinic would be in combination

4    with the residents that are marking this and we come up

5    with a plan of how we were going to help this patient in

6    the best way that we can.

7             So what we prefer is for them to be in

8    psychotherapy and to also have a consistent

9    psychotherapist that's seeing them.  So that would be my

10   preferred mode of treatment, that they would have an

11   individual therapist and that we would be providing

12   medications and also our opinion, you know, whatever

13   else we can sort of add to the case.

14            In terms of gender dysphoria, obviously you

15   don't treat it directly with medicines, nor are we

16   involved with providing hormones or those type of

17   things.  We provide supportive therapy, basically, is

18   what -- psychosocial support, that's what I would frame

19   our general approach as.

20       Q.    Yeah.  No, no.  Thank you.  I appreciate that.

21   I'm not trying to be difficult.  I'm really trying to

22   understand your practice, if you will.  I guess what

23   type of psychotherapy is being provided, right, and I

24   think you can agree with me that there are different

25   modes of thinking of what the psychotherapy should be or

1   could be.  And so I'm curious as to what is the

2   psychotherapy that is being provided with regards to the

3   gender dysphoria or if I'm understanding you correctly,

4   you are not providing the psychotherapy, you recommend

5   that they see another therapist to provide the

6   psychotherapy?

7        A.   Yes.  I mean, I also -- I worked in many

8   settings where you have more than one provider and

9   usually they help each other and support.  So we

10  wouldn't -- we don't mind if someone is getting

11  psychotherapy from, let's say, a social worker and

12  that's consistent, but when we see the patient we are

13  also providing some therapy of sorts of supportive.

14       I mean, mostly from -- in that clinic, it would

15  be just supportive therapy and I don't know that we

16  would say we were giving therapy for gender dysphoria,

17  if you understand what I'm saying.

18       Q.   Okay.  So you wouldn't be providing treatment

19  for the dysphoria at Silver Clinic?

20       A.   I think we would not be directly addressing

21  gender dysphoria in psychotherapy.  We would be doing

22  maybe some exploratory work with patients about what's

23  going on with their life and these patients all have

24  comorbidities, so they have depression or anxiety or

25  trauma or personality disorders or whatever.  So we are

1    trying to provide them skills and sort of basic coping
2    mechanisms, self-regulation, all the standard things you
3    provide to someone who has emotional dysregulation or
4    behavioral problems or, you know, emotional problems,
5    standard care.
6         Q.    Understood.  Thank you.  Let me ask you this,
7    you mentioned that some of these patients may present
8    with comorbidities.  Let me just go at a basic level.
9    Would you agree with me that gender dysphoria is a very
10   real condition?
11        A.    Yes.
12        Q.    Okay.  So it wasn't a trick question.  I was
13   just -- you would be surprised.  I have other people
14   that say no, right.
15             So okay.  So with that basic understanding,
16   then I guess my question is, the fact that somebody has
17   comorbidities doesn't necessarily mean or -- a person
18   with gender dysphoria doesn't necessarily flow from
19   those comorbidities, right?
20        A.    Could you explain -- please rephrase or --
21        Q.    Sure.
22        A.    Let me listen --
23        Q.    Yeah.  So a patient may have more than one
24   condition, so they may have comorbid conditions, but the
25   conditions may be independent of each other, if you

1    will.

2         A.   Yes, that is possible.

3         Q.   Okay.  So they're not necessarily related, is

4    what I am trying to get at?

5         A.   It's possible, yes.

6         Q.   And of course that -- it takes the work of,

7    sort of, assess, right, if that's the case in a

8    particular patient or not; is that right?

9         A.   Correct.

10        Q.   So providing treatment for comorbidities

11   doesn't necessarily mean -- and I don't understand that

12   you were saying this, but just want to make sure that we

13   are on the same page.  Providing treatment for

14   comorbidities doesn't necessarily address a patient's

15   gender dysphoria; would you agree with me on that?

16        A.   Doesn't necessarily, correct, I would agree.

17        Q.   All right.  I did have a clarifying question

18   and I'm not -- this is not a gotcha.  I'm just trying to

19   understand.  Maybe this happened while you were at USF,

20   but it sort of, you know, came from the past.  On

21   paragraph 11 of your report, you state that you have

22   been consulted to provide a second opinion and

23   coordinate care regarding a patient with gender

24   dysphoria in the Louisiana juvenile correction system.

25        A.   Correct.

1    are not fully -- family --

2         A.    I guess.

3         Q.    In the context of the therapy that you provide,

4    understanding you are not doing the psychotherapy

5    directly would these patients, but just overseeing some

6    of their pharmacological care.  Do you use the pronouns

7    that they -- that are consistent with their identity?

8         A.    Yes.  Although, I would also say I often, in

9    the correctional system, usually use the last name,

10   which is very common in those systems.  So I don't use

11   -- I would use either the pronouns that they suggest

12   that they would like or I would use the last name.  I

13   lean towards avoiding pronouns in direct conversation

14   with someone, but, yeah, yes, recommended pronoun.

15        Q.    Let me just finish a particular line of

16   questioning here and then we can take a quick break.

17             You have not done any original scientific

18   research into gender dysphoria, gender identity disorder

19   or transsexualism; is that right?

20        A.    Correct.

21        Q.    You have not done any original scientific

22   research with regards to transgender people?

23        A.    Correct.

24        Q.    And you have not done any original scientific

25   research with regard to gender identity?

1    A.    Correct.

2    Q.    And you are not an endocrinologist; is that

3    right?

4    A.    Correct.

5    Q.    Okay.  Nor are you certified in pediatrics?

6    A.    Correct.

7    Q.    Or adolescent medicine?

8    A.    Correct.

9    Q.    Understanding that you have a child and

10    adolescent psychiatry certification, which is a

11    different one, but specific -- okay.

12            Let me ask you a little bit about the scope of

13    your testimony.  Is the scope of your report limited

14    about the propriety of care to minors or is it -- does

15    it encompass also adults?

16    A.    I definitely have more expertise and more

17    experience in child psychiatry.  That has been more of

18    my professional home and I think the questions are more

19    grave related to child psychiatry and adolescent

20    psychiatry, yet I was asked to review and opine

21    generally.  So I did my best to try to catch up on adult

22    literature and know more about adult issues, but I am --

23    I am, admittedly, more comfortable with child and

24    adolescent and young adult, which a lot of -- in child

25    psychiatry, you end up treating a lot of young adults.

1    So that would be more where I'm comfortable.

2    Q.   All right.  So I -- we'll get to some of the

3    specifics then, because I'm just -- I will be honest, I

4    wasn't clear if you were opining at large about medical

5    treatment for adolescent and adults or just adolescents

6    in certain parts of your report so?

7    A.   Okay.

8    Q.   We'll get to that.

9         All right.  Let's take a quick five-minute

10   break.  Come back at 11:25.

11   A.   Okay.

12        MR. PRATT:  Sounds good.

13        MR. GONZALEZ-PAGAN:  We can go off the record.

14        (Off the record.)

15   BY MR. GONZALEZ-PAGAN:

16   Q.   Welcome back, Mr. Kaliebe.  All right.  So you

17   prepared an original report, which we've been discussing

18   a little bit, as well as a rebuttal report.  Your

19   original report, does that contain the totality of the

20   opinions you are going to provide in this case

21   affirmatively?

22   A.   Can you repeat the question?

23   Q.   Sure.  Your original report, does that contain

24   the totality of your opinions that you are providing

25   affirmatively?

1    about -- overall, to some degree or visibility, if you

2    will, about transgender people in this day and age, then

3    there was ten years ago, 20 years ago; is that right?

4        A.   Correct.

5        Q.   Okay.  So the fact that more people have been

6    showing up at clinics could be explained by the fact

7    that, A, the care is more available; and, B, more people

8    feel comfortable seeking the care?

9        A.   Could be explained by that, but I don't believe

10   that's consistent with the evidence.

11       Q.   Okay.  And why don't you believe that that's

12   the case?

13       A.   Well, very welcoming countries, such as Sweden

14   and Norway, have had the same explosive rise in gender

15   dysphoria presentations among youth.  And they for many,

16   many years had very welcoming and open society, yet had

17   the same massive rise in people presenting for gender

18   dysphoria.  So that -- so that, for one, belies that --

19   since it's been a worldwide phenomenon, that it would be

20   related to a more welcoming.

21            Plus the change to the presentation of these

22   youth that have so many comorbidities now.  So the --

23   you know, we're especially seeing youth with significant

24   mental health problems presenting and identifying.  And

25   once again, so that makes it seem like disproportionally

1    hundred thousand is in the 2013 DSM, that seems to be

2    more like the historical base rate and now we are

3    talking -- especially in the young generation, you can

4    even look in different generations, see the different

5    amounts.

6        Q.   That also was citing to evidence before there

7    was a depathologization of identity within the DSM; is

8    that right?

9        A.   That's one way to look at it.  There's other

10   ways to look at it.

11       Q.   But that is correct, though?

12       A.   The DSM --

13       Q.   The DSM depathologized identity and moved to

14   the gender dysphoria as the diagnosis, focused on the

15   stress as opposed to the identity?

16       A.   It is correct that the DSM changed their

17   nomenclature and rates went up, yes.

18       Q.   It wasn't just the nomenclature, though, right?

19   They changed the diagnostic criteria as well?

20       A.   Well, it's a different entity now they're

21   calling it.  So, yeah -- I mean, yes.  The different

22   entity was -- uses different criteria, yes.

23       Q.   Okay.  On paragraph 30, you state, "Multiple

24   lines of evidence going to direct social influences and

25   online and social media contagions as a major

1   contributors to this increase in gender dysphoria."

2           What are the lines of evidence to which you

3   refer?

4       A.   They would be cited further down in my paper

5   with all the explosion of social contagion of different

6   types occurred within the last two decades, as youth

7   gravitated towards social media.

8       Q.   But none of those have to do with gender

9   dysphoria; is that right?   With the exception of the

10  Littman article, which we will discuss.

11      A.   They do not.   Yes, it's very hard to get those

12  -- that type of data published regarding gender

13  dysphoria.

14      Q.   You say it's hard to publish, but has anybody

15  studied it?

16      A.   I think due to the current political

17  atmosphere, no one is like really allowed to study

18  things like that.

19      Q.   We'll get to the political atmosphere in a

20  little bit, but I think it goes both ways, but I guess

21  my question is, you point to multiple lines of evidence,

22  but yet you point to studies that don't have to do with

23  gender dysphoria.   So my question would be, at best, you

24  are hypothesizing, you are not citing to any studies

25  documenting that?

Page 59

1      A.   We are all hypothesizing, obviously.   We've

2  never had a major social change like this go on.   We are

3  not going to have any clear one source.

4          I would remind you that a poll at the American

5  Academy of Child and Adolescent Psychiatry when they

6  asked child psychiatrists at the conference how many of

7  them believe that social media is influenced gender

8  identity, it was 82 percent said often or very often.

9          So my opinion seems consistent with other child

10  psychiatrists who have seen the same thing and in

11  talking to youth, they often identify and I've had

12  patients identify that part of this occurred after they

13  search things online.   So I said -- I have the direct

14  experience with someone told me that.

15      Q.   A single patient?

16      A.   Correct.

17      Q.   Since you mentioned the polls -- outlines are

18  the best things laid out and then you have to move

19  around.

20          Okay.   Here we go.   You state that -- on

21  paragraph 41, you state, "Psychiatrists also believe

22  social media has significantly contributed to the rise

23  in gender dysphoria."

24      A.   Sure.

25      Q.   You don't cite to any literature.   So I'm

1  wondering is the evidence for that these two polls that

2  you cited?

3       A.    Well, the French National Academy of Medicine

4  press release also raises similar concerns and all the

5  data about social contagions of other types and there

6  are a bunch of articles from child psychiatrists that

7  mention the influence.  They are not studies, but there

8  is -- I didn't cite them all, but there are plenty of

9  articles of people in child psychiatry discussing

10  contagion issues and relating them to gender identity.

11       Q.    What are those articles?  Do you know them?

12       A.    I could -- not off the top of my head.  I can

13  provide them.

14       Q.    Okay.  And these are not studies, these are

15  just what, case reports?

16       A.    Correct, or opinions.

17       Q.    So opinion pieces, okay.  Let me -- and then

18  you go on to say, "Yet most child and adolescent

19  psychiatrists admit to me they will not speak publicly

20  on this subject due to how sensitive the topic is and

21  also fears of hostilities from activists, along with

22  condemnation and retribution from others within their

23  universities or organization."

24            What's the basis for that statement?

25       A.    The basis for that statement is that multiple

Page 61

1  child psychiatrists have told me they will not speak in
2  public regarding gender dysphoria because of the things
3  that I listed, that people are quite hostile to you if
4  you voice any -- except, depending on what situation or
5  what university you are in, people are afraid to even
6  bring up the subject.
7          Plus, if -- we are in a profession where you
8  are trying to serve your patients and you don't want to
9  have negative interactions with them.  And you have
10 patients who have all sorts of different opinions, some
11 of them -- on either side of an issue like this and when
12 you have to speak publicly on it, you are now
13 potentially polluting the relationship that you would
14 have.
15         So it is wise for any psychiatrist, if they
16 can, to try to stay out of these debates, it's because
17 you don't know what patient you are going to face and
18 what opinion they are going to have and it may be the --
19 express skepticism or positive feelings about this, you
20 can create a negative relationship.
21         I would also add that patients have -- child
22 psychiatrists have specifically said to me that they are
23 afraid of people in their university, you know, giving
24 them, you know -- affecting their job, affecting what
25 their ability would be to get promoted, if they voiced

1  said, No, I don't feel comfortable.  I would never voice

2  my real opinion because of fears of retribution and --

3       Q.   And all of your residents share your opinion?

4       A.   No, certainly not.

5       Q.   And you say "residents," I guess I'm wondering

6  -- let me show you Exhibit 4 briefly.

7            (Plaintiffs' Exhibit 4 was marked for

8       identification.)

9  BY MR. GONZALEZ-PAGAN:

10      Q.   Do you see this document?

11      A.   Yes.

12      Q.   Okay.  This is a printout of the page "What is

13  Psychiatry" from the American Psychiatric Association

14  from today.  And if we go down to the third page -- no,

15  I lied, fourth page, right here it says, "There are

16  about 45,000 psychiatrists in the United States," right?

17  Do you dispute that number?

18      A.   No.

19      Q.   So I guess my question is, how do you get from

20  a few anecdotal conversations who most child and

21  adolescent psychiatrists -- to talk about this?

22      A.   I was asked to provide my opinion.  I have

23  spoken with a wide range of psychiatrists, I've pulled

24  whatever sources I can from, let's say, the polls and

25  other -- and asked other people's opinions about what

Page 64

1    they think.  So that's based on my experience --

2        Q.   Well --

3        A.   -- and based on my conversations, that's my

4    opinion.

5        Q.   Okay.  But there's a difference between the

6    majority of the folks that you have spoken to most

7    adolescents -- child and adolescents psychiatrists,

8    right?  Your conversations are not a representative

9    sample of all childhood adolescent psychiatrists; would

10   you agree with that?

11       A.   Correct.

12       Q.   Okay.  And going back to these polls that you

13   cited, let's talk about the first one on paragraph 42.

14   When was the presentation at issue in that paragraph?

15       A.   This was the Social Media Institute at the

16   American Academy of Childhood and Adolescents annual

17   conference.

18       Q.   So the presentation or workshop, it was called

19   the Social Media Institute?

20       A.   Correct.  Institutes are high profile, one day

21   long special presentations that the -- at the Child

22   Psychiatry conference.

23       Q.   Okay.  Are there presentations within the

24   institute?

25       A.   Yes, so because of COVID, we -- this time did

1  Childhood Adolescent Psychiatry can give you the

2  information.  The vast majority are child psychiatrists,

3  but it would include pediatricians occasionally, family

4  practice, other people who deal with child psychiatry

5  issues, but it was not super well attended by other

6  specialties.

7       Q.   And you would agree that a poll like this at a

8  presentation during a conference is not a scientific

9  study of any kind, right?

10      A.   I think it's just -- I mean, it's very similar

11 to a lot of the science, as you cited, in this case,

12 where people do online polls.  In fact, I think it's a

13 lot better than a lot of what I've seen cited in this

14 case.

15      Q.   Did you do any regression analysis?  Did you do

16 any statistical significance?  I mean, it's not the same

17 as --

18      A.   The data speaks for itself.  But, no, you don't

19 -- I did not.

20      Q.   Okay.  And you would agree it's not a

21 representative sample?

22      A.   Perhaps, and it was people who are attending an

23 academic conference --

24      Q.   People that --

25      A.   -- representative.

Page 67

1        Q.    Well, it's -- all the survey tell us and that

2    poll tells us is the views of the attendees of that

3    particular seminar?

4        A.    Okay.  Yes, it does.

5        Q.    Would you agree with that?

6        A.    Yes.

7        Q.    Okay.  The same with the one on paragraph 43;

8    is that right?

9        A.    Yes, that one we can say for sure those are all

10   psychiatrists.

11       Q.    They were all psychiatrists --

12       A.    Excuse me, child psychiatrists.

13       Q.    Okay.  So those are all child psychiatrists,

14   but all that tells us is the views of those that

15   attended that particular --

16       A.    Right.

17       Q.    -- session?

18            And isn't it equally -- the survey just asks

19   how often do you see teens who seem to be influenced by

20   social media in regards to their sexual and/or gender

21   identity.  Isn't it part, as to these two polls,

22   non-scientific polls, if you will, that it is not

23   shocking that teens find like-minded teens online and

24   they speak to each other about their similar

25   experiences?

1       A.    No, it's not.   Correct.

2       Q.    And would you agree with me that, in

3    particular, small populations that tend to be isolated

4    and/or discrete tend to turn to social media actually as

5    a way to connect and find one another?

6       A.    Yes, I concur.

7       Q.    And earlier you cited the -- made reference to

8    the press release from the French academies; do you

9    recall that?

10      A.    Yes.

11      Q.    Okay.   A press release is not peer-reviewed or

12    scientific literature; is that right?

13      A.    Correct.

14      Q.    Okay.   You conclude in your report,

15    specifically on paragraph -- on page 16, at the end of

16    paragraph 40, you conclude, "The French National Academy

17    of Medicine has concluded that the epidemic-like rise in

18    gender dysphoria is tied to social media," but the

19    release which you quote in that same paragraph, what it

20    says is, Whatever the mechanism involved in the

21    adolescent, hyphen, overuse of social networks, greater

22    social acceptability or example in the entourage, dot,

23    dot, dot.

24           That doesn't seem, to me, to attribute any

25    conclusion as to social media, it just says that it's a

1   interventions for adolescents?

2       A.   Correct.

3       Q.   Okay.  The corrections actually had to do with

4   the fact that clarifying the study, unlike the original

5   version, wasn't pointing out to some phenomenon that was

6   observed in adolescents.  It was pointing out to

7   observations collected from parents.

8       A.   I believe it was clear in the original study

9   that it was from parents, but, yes, that was the area of

10  contention that led to the review.

11      Q.   And the study doesn't incorporate, address or

12  speak to the actual experiences of the adolescents in

13  question; is that right?

14      A.   Correct.

15      Q.   And so the study actually doesn't reach any

16  conclusions as to social contagions, at best, from the

17  study, it actually raises hypothesis?

18      A.   Okay.  Yes, correct.

19      Q.   And the corrected study states, quote,

20  Limitations of parental report include information that

21  parents may not be aware of and parental biases, close

22  quote; did you read that when you were reviewing this?

23      A.   Yes, that's correct.

24      Q.   So you were aware of all of these critiques,

25  right, about the Littman article when you were

1    into a discussion of what's the evidence base and for

2    what care for what person.  So I'm not --

3         Q.   Yeah.  I'm focused on adult.

4         A.   -- care --

5         Q.   I'm focused on adults in my question.

6         A.   And what care --

7         Q.   We --

8         A.   Are you speaking of surgeries?  Are you

9    speaking of hormone?

10        Q.   Hormones and surgery, right.  The care for

11   adults.  We have longitudinal studies going back

12   40 years for adults in the United States, longitudinal

13   studies in the United States.

14        A.   Yeah, there are --

15             MR. PRATT:  Object to form.

16             THE WITNESS:  Yeah, what -- I guess since --

17        what is your question?

18   BY MR. GONZALEZ-PAGAN:

19        Q.   Well, I guess my question is what is the basis

20   for you to say that there's no studies or showing it's

21   safe or effective?

22        A.   Well, I never claimed that there's no studies.

23   I do think the quality in adults, which, you know, has

24   -- as I've been reviewing this case and the literature,

25   I have mostly focused on children, adolescents and young

1   adults.  And I will admit that I know less about and am

2   less up to date everything about adult transgender care.

3   What I have reviewed, you know, still is equivocal, in

4   terms of the strength of the evidence.  And so,

5   therefore, you know, I think that is a debate about

6   what's the right care or what type of care is

7   appropriate for that group.

8        Q.   All right.  12:34, let's take a -- let's take a

9   ten-minute break.  Come back at 12:45, if that's all

10  right.

11       A.   Yeah, fine with me.

12       Q.   Actually, let me ask this, would you prefer to

13  do lunch now?  We can do another hour where we come back

14  and then lunch after, let me ask that -- actually, let's

15  go off the record.

16            (Off the record.)

17  BY MR. GONZALEZ-PAGAN:

18       Q.   Welcome back, Mr. Kaliebe.  Thank you so much.

19            Mr. Kaliebe, we left off discussing a little

20  bit the evidence base, if you will, in some of the

21  studies regarding care.  On paragraph 45 you state, "My

22  review of the research concludes that the evidence base

23  for gender dysphoria treatment is mixed and generally

24  low quality."

25            I guess, I know that you looked at reviews

1  published by governmental agencies in Sweden and Finland

2  and the Cass review in the UK and you cite to the

3  Brignardello assessment attached -- commissioned by

4  Florida Medicaid and attached to the GAPMS report, and

5  by GAPMS I mean G-A-P-M-S, generally accepted

6  professional medical standards.  None of those are

7  published, peer-reviewed literature; is that right?

8       A.   Correct.

9       Q.   Okay.  Did you actually review the studies in

10  question?

11      A.   Yes, I think that the low quality was -- it's

12  right in the Endocrine Society's own practice guidelines

13  that the evidence is all -- or treatment, it's all low

14  quality or very low, all in the --

15      Q.   No, no.  But I'm asking if you reviewed the

16  actual studies?

17      A.   I reviewed many studies, which -- you would

18  have to say which study.

19      Q.   Yeah.  I'm sorry, I'm not -- just to be clear,

20  right, like there are many published literature, some of

21  them are review of literature, some of them are opinion

22  pieces, some of them are letter to the editor, but there

23  are actual designed, original scientific research

24  studies, right, that look at either from an

25  observational, cross-sectional or longitudinal follow-up

1   basis the care, medical care for gender dysphoria.

2           And so my question is, how many of those

3   studies did you look at?

4           MR. PRATT:  Objection, form.

5           THE WITNESS:  I would estimate, I don't know,

6       dozens.  I mean, at least a couple -- I looked

7       through many actual original studies, in addition to

8       reading reviews.

9   BY MR. GONZALEZ-PAGAN:

10      Q.   Okay.  Because I went through your bibliography

11  and there's only four studies that are cited.  Those

12  being the Dhejne, the Branstrom, the Kaltiala and the

13  Chen study.

14          So none of them have to do with puberty

15  blockers.  Two have to do with hormones in adolescents,

16  and two have to do with surgery in adults.  So I guess

17  I'm curious as to which study did you look at to come to

18  your conclusion?

19      A.   Well, my conclusion about low quality reviews

20  were the best guide for me to use that exact word,

21  because that's what I said, even the Endocrine Society

22  review uses low quality.  So I'm using their words, so.

23      Q.   How do you get to mixed?

24      A.   Mixed would mean that there are positive

25  studies and there are negative studies and, therefore, I

1      Q.   You state, With regards to the assessment

2    authored by Dr. Brignardello-Peterson and Dr. Wiercioch,

3    that the conclusions fit the data and are logically

4    sound.  You are not an expert on systematic reviews; is

5    that right?

6      A.   Correct.

7      Q.   And you are not an expert on grading of

8    evidence; is that right?

9      A.   I am just as capable as other physicians of

10   grading evidence.

11     Q.   Sure.  Let me rephrase.  By grading of

12   evidence, I mean the actual grade system.

13     A.   I am familiar with it.

14     Q.   Have you conducted a grade evaluation of any

15   particular studies before?

16     A.   No.

17     Q.   We already established that the

18   Brignardello/Wiercioch paper attached to the GAPMS

19   report has not been published or been subject to peer

20   review; is that right?

21     A.   Correct.

22     Q.   And neither have been the reports from Sweden,

23   Finland or the Cass review in the United Kingdom; is

24   that correct?

25     A.   Yes.

1     Q.   And the latter three, in fact, all of them that
2  we've been discussing, they're focus on assessments of
3  the evidence pertaining to youth, not adults; is that
4  right?
5     A.   That's correct.
6     Q.   And the rule at issue here prohibits coverage
7  for medical care for adults as well; isn't that right?
8     A.   Correct.
9     Q.   So these assessments don't really -- would you
10 agree with me that these assessments do not speak to the
11 question of care for adults?
12    A.   Well, I think they provide some evidence
13 regarding care for adults, but they are not -- I would
14 agree that they are not specifically tailored for --
15 certainly the international reviews are not tailored
16 towards adults.
17    Q.   Okay.  And with regards to these countries,
18 none of them have provided -- have stopped providing
19 this care for adolescents?
20    A.   You are saying completely stopped, it's my
21 understanding that that would be correct.
22    Q.   And in fact, all of these countries, which have
23 nationalized health care systems, provide coverage for
24 medical treatment for gender dysphoria in adolescence in
25 certain circumstances, which they have tied it; is that

1   correct?

2        A.   Yes.

3        Q.   All right.  You are not an expert on the

4   development of clinical practice guidelines; is that

5   right?

6        A.   Just like other physicians, I am very familiar

7   with how they're used, but I'm not sure what you mean by

8   an expert.

9        Q.   Well, in the development of them.

10       A.   Correct.

11       Q.   On paragraph -- starting on paragraph 61 to 66,

12   you discuss SOC-8 and by SOC-8, I refer to the Standards

13   of Care For the Health of Transgender and Gender Diverse

14   People, Version 8, published by the World Professional

15   Association For Transgender Health; is that right?

16       A.   Correct.

17       Q.   And you seem to apply that the SOC-8 was not

18   based on a systematic review of the literature and the

19   grading of evidence.  Did I understand your report

20   correctly?

21       A.   Well, they used a quasi-process where they

22   obviously have some elements of a proper review, but

23   then didn't follow it all the way through its full

24   conclusion.

25       Q.   You say that SOC -- that, "Despite the

1     Q.   And just so -- for clarity of record, I think I

2  get what you mean by body affirmation.  I just wanted to

3  clarify as to that, but what you mean by "body

4  affirmation" is to -- for somebody to be comfortable

5  with what could be termed their sex assigned at birth or

6  their natal sex or whatever that may be; is that right?

7     A.   Well, you are more speaking of their gender

8  identity, where I am more speaking of their body.  So I

9  don't think you need to challenge someone's gender

10  identity to help them come to peace with or learn to

11  love and accept their body more, because they're really,

12  at the end of the day, you know, if you are comparing

13  something, you know, we can help with that.  Plus body

14  affirmation can help with comorbidities, right.  So --

15          I apologize, my dog is barking.

16          Sort of general therapy approaches are often

17  helpful for depression, anxiety, self-harm, suicidality,

18  all that kind of stuff.

19          So, yes, I think we need more studies to see

20  how we can help people cope best with whatever reality

21  they are facing and it can include targeting any of

22  those things, but I do think people learning to accept

23  and live in their body that they have could be an

24  important therapy approach that I did not see, really,

25  anyone explore, nor have I really seen much exploratory

1   on any other therapy.

2       Q.    I'm not trying to be dense here.   This is why I

3   asked the clarify question.   I haven't heard of the body

4   affirmation paradigm that's being suggested here before.

5   So I'm trying to see if it's, you know, something by

6   another name or if it's something new that we're

7   discussing.

8           And so if I'm understanding you correctly, and

9   please correct if I'm wrong, what you are referring to

10  as "body affirmation" doesn't deal with that person's

11  gender identity.   It is purely about them being

12  comfortable with their body.   So it could be somebody

13  that identifies as female, but being completely

14  comfortable with their stereotypically male body,

15  notwithstanding that they identify as female; is that

16  what you are saying?

17      A.    It could be, yes.   I mean, these are all sort

18  of ideas that people have floated around about how --

19  what approaches might typically work, you know, and as

20  we all know, we don't really know what approaches may or

21  may not work.   And so, yeah, I don't think directly

22  challenging someone's gender identity is wise or

23  indicated.   Then again, if we could resolve someone's

24  gender dysphoria or their gender identity, you know,

25  depending on how you see it, normalizes or returns to

1    their cis body or their born body, I mean, wouldn't that

2    be a great outcome, right.

3            So are there ways and are there sub segments,

4    since we have lots of different populations, you know,

5    especially now with all the developmental disorders and

6    trauma population, you have personality disorder, you

7    have depression and anxiety, you know, among those,

8    perhaps, there are certain therapy approaches that are

9    going to be quite helpful.

10           We know that in trauma therapies, when we do

11   trauma specific therapy, the comorbidities get better.

12   So we know that you can just treat the trauma and the

13   depression and anxiety and other things, you know, that

14   the patient has, often go away.  Sometimes go away

15   completely, once they've done a whole course of

16   trauma-focused therapy.

17           So, you know, are there -- we don't really --

18   like I said, we haven't explored.  There's all sorts of

19   possibility.

20       Q.   Let me ask you this, and I'm exploring the

21   possibility with you here in conversation, right.  So

22   let me ask you this follow-up, how does getting somebody

23   to be comfortable with their body not challenging their

24   identity?  How does that resolve the dysphoria?  Because

25   isn't part -- and so let me ask this first question

1   before I ask that one, which isn't part of somebody's

2   gender dysphoria the distress associated with that

3   incongruence due in part to how they are perceived by

4   others in the world?

5       A.   I think, yes, it can be, and my answer to the

6   question is we -- if we could help people become more

7   comfortable in the body that they are in, you know,

8   perhaps, that would mean that they could be somewhat

9   more comfortable and maybe the gender dysphoria never

10  goes away, but we might be able to help them with their

11  depression or anxiety or self-harm or other things.  We

12  don't really know, until we explore some of these

13  things, what is more amendable to treatment and what is

14  less amendable to treatment and which approaches maybe

15  work with --

16      Q.   But in the gender-affirming care model, isn't

17  it true that it is recommended that other mental health

18  cursors be managed and addressed, including

19  comorbidities?  Like the fact that somebody is getting

20  medical care, that addresses the dysphoria, that doesn't

21  address other mental health concerns.  And so it is

22  recommended that they get therapy for other mental

23  health concerns to the extent that they are present.

24      A.   Well, it is recommended, but, once again, we

25  don't really have data on these populations about what

Page 127

1    But, no, I have not participated.  I see a lot
2  of their work product in the presentations and stuff,
3  but I have not participated.
4    Q.   Again, you state at paragraph 77, "Most
5  physicians are weary of the very concept that it can be
6  beneficial to give cross-sex hormones to still
7  developing minors."
8    Where do you get "most physicians" from?  Is
9  this based on anecdotal evidence as we discussed before?
10   A.   Yes, that is my impression anecdotally.
11   Q.   You mention on paragraph 81 a communication
12  with the other of the Journal For American Academy For
13  Psychiatry and the Law; do you recall that?
14   A.   Yes.
15   Q.   What was the context of that e-mail?
16   A.   I had written a letter to the editor regarding
17  a -- an article and I was aware that I had written a
18  pretty strong letter to the editor that made a lot of
19  important points that I thought the readership should be
20  able to hear and the letter to the editor -- the editor
21  chose not to publish.  So since I was aware that I had
22  written a quite strong letter and they weren't going to
23  publish it, I wanted to ask why.  So I sent an e-mail
24  asking how come you did not --
25   Q.   Can I ask a quick clarify -- I apologize I

1    I thought was very, you know, poorly reasoned and

2    inappropriate.  So, and that article was a -- was an

3    article towards research related to gender issues that

4    include gender dysphoria, but it was -- I don't think it

5    included perspectives on transgender care and how we

6    should address research based on the perspective of and

7    it was interviews with non-binary individuals at a

8    clinic, I believe.  So it was curated by some

9    professionals, but included the view points of --

10        Q.    And it was a commentary piece, the article --

11        A.    Correct.  It was commentary, yes.

12        Q.    Okay.  Did you seek to have your paper or

13    response published elsewhere?

14        A.    No.

15        Q.    In paragraph 82 you say, "I have not found a

16    single skeptical or even ideologically balanced article

17    in any of these journals.  Have you reviewed all the

18    literature pertaining to gender dysphoria or transgender

19    people?

20        A.    I really tried to catch up on it within those

21    journals.  I have reviewed a lot of articles from all

22    those journals, yeah.  I don't know if I've caught every

23    article.

24        Q.    Are you aware that the Endocrine Society has

25    published critical letters, including to their own

1    guidelines authored by Dr. Laidlaw and Dr. Kearns?

2         A.   Correct, they did.

3         Q.   Okay.  So that's an example of a skeptical or

4    contrary article being published by one of these

5    journals; isn't that right?

6         A.   It is one example, correct.

7         Q.   There's actually two letters that they've

8    published, at least, right?

9         A.   Yes, I think -- and I think there was another

10   article -- another letter to the editor -- no, it's not

11   in one of those journals, sorry.

12             So the Endocrine Society did publish a critical

13   letter to the editor.

14        Q.   Okay.  So I -- it would be fair to say that

15   your sentence, I have not found a single skeptical or

16   ideologically balanced article in any of these journals,

17   to be a little bit inaccurate --

18        A.   In my defense, I had not come across that

19   Laidlaw article at that time.  So I just recently saw

20   that.

21        Q.   Okay.  Then you say on paragraph 89,

22   "Thankfully, journals outside of medicine have not

23   allied themselves to one view point and are willing to

24   embrace open scholarly dialogue."  And you cite to two

25   articles as an example, those being Abbruzzesse 2023 and

Page 138

1   primary concern is not assessing and accumulating more

2   evidence.

3       Q.   Okay.  All right.  Let's go to paragraph 105.

4   You state at the beginning of that paragraph, "While I

5   have little direct experience with the Endocrine

6   Society, my assessment that many endocrinologists, and

7   perhaps most, also believe their professional

8   organization is also too strongly influenced by activist

9   physicians."

10       What is the basis for your statement?

11       A.   Well, my wife is an endocrinologist and I

12   actually go sometimes to their meetings and I interact

13   socially with a number of endocrinologist and I see the

14   dynamics that have occurred within endocrinology, which

15   I've seen, on my smaller scale view point, that mirror a

16   lot of the dynamics that have happened also in

17   psychiatry and child psychiatry.  So I am making the

18   assumption that many of the things are similar in

19   endocrinology to what I've seen in psychiatry.

20       Q.   Okay.  You also state that the Endocrine

21   Society statement mischaracterizes puberty delaying

22   medication as a safe reversible conservative approach.

23       A.   Correct.

24       Q.   You do not provide medical treatment for gender

25   dysphoria; is that right?

1      A.    Medicines, correct.

2      Q.    Yeah.   And we established earlier that you are

3  not an endocrinologist?

4      A.    Correct.

5      Q.    You actually consulted with your wife as to the

6  side effects of some of these medications; is that

7  right?

8      A.    Correct.

9      Q.    So you really don't have any firsthand

10  knowledge as to whether puberty delaying medication is

11  safe, reversible or conservative approach?

12      A.    Well, I wouldn't need firsthand knowledge,

13  because I have reviewed the literature.  So the

14  literature would be what determines whether something is

15  a safe, reversible and conservative approach.

16      Q.    How is it not reversible?

17      A.    How are puberty blockers not reversible?

18      Q.    Correct.

19      A.    Because any time that you provide someone a

20  medicine that stops a process in the human body, you

21  have multiple effects that go on and even when you stop

22  that medicine, things will start, but you will have

23  missed a period of time when you are not -- don't have

24  the hormones you would have had and that can't -- you

25  can't change it.  You can't go back in time.

1     even if they don't really agree, they assume that other

2     people agree, whether or not that's true or not.  So a

3     leadership or people making, you know, strong claims can

4     induce -- can stop dialogue and induce many of the

5     people in the middle, who is really people we like to

6     hear more from, to be silent.

7            So there is a literature on that.  I can't

8     remember how much of that is in the Peters article I

9     cited.

10         Q.   Okay.  In paragraph 123, you cite -- you say,

11    "Thus we are in the curious situation where in private,

12    but not in public, most psychiatrists will acknowledge

13    there are doubts regarding gender-affirming care."

14            Just for completeness of record, is this based

15    on the anecdotal evidence we have talked about earlier?

16         A.   Correct.

17         Q.   You then state, "Most child and adolescent

18    psychiatrists consider automatic affirmation

19    inappropriate, even though many are willing to use

20    affirmative approached selectively.  Most psychiatrist

21    are willing to admit we don't have enough research to

22    really know how to proceed."

23            Again, is this based primarily on your

24    anecdotal evidence?

25         A.   Correct.

1       A.    I didn't cite any evidence base, but my

2    understanding is that that's pretty well established,

3    that sexual orientation seems to be a relatively fixed

4    -- fixed relatively early on.

5       Q.    I'm going to show you what's been marked as

6    Exhibit 8.

7            (Plaintiffs' Exhibit 8 was marked for

8            identification.)

9    BY MR. GONZALEZ-PAGAN:

10      Q.    Do you see this?

11      A.    Yes.

12      Q.    Okay.  This is an article published in the

13   Journal of Neuroendocrinology.  It titled, "Neurobiology

14   of Gender Identity and Sexual Orientation."  It was

15   published in 2018.  Have you encountered this article in

16   your research?

17      A.    I've seen it cited.  I do not believe I've read

18   it.  Yeah.  So, no.

19      Q.    Okay.  Just going to go to page 4.  Here

20   speaking specifically -- and obviously this is the

21   review of existing research.  It's not an original

22   article or original research, if you will.

23           Just going to zoom in a little bit.

24           The last sentence of the first paragraph

25   states, "Several extensive reviews by Dick and Swaab and

Page 152

1   of an individual's sexual identity and sexual

2   orientation"; did I read that correctly?

3        A.   You did, yes.

4        Q.   Okay.  Let's go to paragraph 136 of your

5   report.  There you speak of CBT or cognitive behavioral

6   therapy; is that right?

7             Are you suggesting that CBT could be an

8   effective treatment for gender dysphoria?

9        A.   Well, CBT could be an effective -- I don't know

10  that it's been studied.  I know CBT could be effective

11  for the depression, anxiety, suicidality and other

12  comorbidities that are seen, but those have been shown

13  to.

14       Q.   Okay.  So you are state -- as I understand it,

15  part of what you are stating is that CBT has been shown

16  to be effective in treating some of the comorbidities

17  associated with gender dysphoria, including anxiety and

18  depression; is that right?

19       A.   Correct.

20       Q.   Okay.  But you are not saying that CBT has been

21  shown to be effective to treat gender dysphoria?

22       A.   It's not been studied, as far as I know.

23       Q.   Next paragraph you discuss gender exploratory

24  therapy as a mode of treatment; is that right?

25       A.   Correct.

1       Q.   I know the answer to this question, but I'm

2    going to ask it anyway.  There any evidence that gender

3    exploratory therapy is safe or effective?

4       A.   No.

5       Q.   In gender exploratory therapy, they consider

6    self-identification as transgender to be more suspect or

7    deserving of exploration than self-identification as

8    cisgender?

9       A.   Once again, I know that I speak for those who

10   perform exploratory therapy, because it's a proposed

11   thing that I don't know how it's being operationalized.

12          My understanding is that if someone's gender

13   dysphoria can resolve, that that's a good thing.  And so

14   we would want people's gender dysphoria to resolve.  If

15   transgender status resolves, that's perfectly good.  If

16   it doesn't resolve, I think that's perfectly good also.

17      Q.   Okay.  Let me ask you this, what do you make of

18   the distress of adolescent or youth who are truly trans

19   who will experience ongoing distress during the

20   exploratory therapy, do they have to engage in this

21   process, even though it's actually exacerbating their

22   distress?

23      A.   Are you saying that the therapy would

24   exacerbate stress?

25      Q.   Well, the thoughts that the therapy would cause

1    generally disagree.

2         Q.   Let me ask you this, I just -- the part that I

3    get a little bit confused by is where does -- I'm truly

4    curious as to your position or view on this, but -- let

5    me ask it this way, would you agree that there are some

6    people who are helped by gender-affirming medical

7    treatment?

8         A.   Well, I think everything in life is trade-offs

9    and cost versus benefits.  I think that some people --

10   we don't know what would have happened with an

11   alternative.  So it's hard to say how people's life

12   would have gone would they have not -- we've never

13   really done controlled studies on this.  So we can't say

14   for sure in the long run how -- affect people's lives.

15            I would say, yes, it's consistent with the

16   literature that a lot of people are very happy with

17   gender-affirming care, especially in the first, you

18   know, part of it.  And so I think we're definitely

19   seeing trade-offs and that there are lots of people who

20   identify as having a positive response from it.

21        Q.   Thank you.  Paragraph 142 of your report, you

22   conclude, this is page 59, "Yoga and other somatic

23   therapies should be studied as a component of

24   comprehensive treatment for gender dysphoria."

25            I believe you mentioned it at least once

1   earlier today during our conversation.  What's the basis

2   for your statement?

3       A.    Well, yoga has lots of, you know, studies.

4   Once again, it's not that well studied, not a lot of

5   money in studying yoga, but it has -- to the degree it

6   has been studied, it's very good for mood.  It helps

7   with anxiety.  It includes a number of components of

8   well-established, proven mental health techniques, like

9   mindfulness, breathing exercises.

10          It is physically, because you twist and turn

11   your body.  A lot of stress and trauma gets stored in

12   the body and it seems that this is a way for people's

13   bodies to feel good and to release.  And a lot of

14   people, especially people who are traumatized don't want

15   to feel their body anymore.  So if you don't want to

16   feel your body, you block what's going on in your body

17   and it seems that yoga has the ability to get people to

18   tune into their bodies better and feel more comfortable

19   in their body.

20          So I have no idea what the strength of the

21   intervention would be, but it seems to me that that --

22   the type of -- rather than just talking therapy, because

23   many of the experts in trauma actually really like these

24   mind-body therapies that are not talking therapies,

25   they're experiential.  And so it seems to me that this

1    would be -- make a good part of any treatment and it

2    increases physical health.  Your body is stronger,

3    healthier you feel better.  So I would say that this is

4    a really interesting thing to study in this context.

5         Q.   Let me just ask you, you noted some of the

6    positive attributes, effects possibly attributable to

7    yoga and other somatic therapies.  Has yoga been shown

8    to effectively resolve any mental health conditions?

9         A.   Well, as I mentioned, there are not studies on

10    yoga.  But, no, there's not a lot of studies directly

11    targeting mental health.

12        Q.   Okay.  Paragraph 152, you state, I believe it's

13   the second sentence, "The burden of proof is on those

14   who propose hormones and surgery on minors to conduct

15   long-term studies and show these practices to be safe

16   and effective."

17             I think we discussed a little bit, but I'm

18   curious -- I think we discussed this to some extent, but

19   I'm curious, assuming for purposes of just the question

20   that these studies do not exist, how can you conduct

21   them if the care is prohibited?

22        A.   Well, obviously they would have to be -- the

23   care would have to be available in order to study.

24        Q.   Okay.  And are you aware -- we discussed some

25   of these before, but you are aware that there are some

1   and correct me, but I take your criticism then to be not

2   specific to the promulgation of guidelines within the

3   context of gender dysphoria.  It is also somewhat more

4   generic about how guidelines are promulgated generally

5   within the medical profession?

6        A.    Correct.  I feel like some of the weaknesses of

7   how we create guidelines has -- which has been problems

8   for other guidelines we are seeing in these guidelines.

9   So it is not -- I have criticisms of other guidelines,

10  especially, once again, in the context of

11  multi-morbidity.  So there's a guideline for your

12  depression, for your high blood pressure and there's a

13  guideline for your high cholesterol and there's a

14  guideline for your sedentary behavior and there's a

15  guideline and, you know, you end up -- especially when

16  you have someone who has mutli-morbidity, which are the

17  guidelines you follow and how you integrate them, it's a

18  complex problem.

19       Q.    Yeah.  And let me ask you this, the Standards

20  of Care 8 were posted for public comment on

21  December 2021.  Did you submit public comment?

22       A.    I was not aware of the Standards of Care 8 were

23  coming out at that time and so, no, I didn't know they

24  had come out until they were already.

25       Q.    And just for clarity of record, you know, we