IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| AUGUST DEKKER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON WEIDA, *et al.*, <br><br> *Defendants*. | Case No. 4:22-cv-00325-RH-MAF |

**DECLARATION OF ATTORNEY SIMONE CHRISS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. JOSEPH ZANGA**

Pursuant to 28 U.S.C.§ 1746, I, Simone Chriss, do hereby declare as follows:

1. I am over the age of eighteen and make this declaration from my own personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

2. I am an attorney with Southern Legal Counsel in Gainesville, Florida, and serve as counsel of record for the Plaintiffs in the above-captioned matter.

3. I submit this Declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Dr. Joseph Zanga.

4. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Joseph Zanga (including a copy of his curriculum vitae) in the above-

captioned matter, which is dated February 14, 2023, was served upon plaintiffs on that date, and was entered as Exhibit 2 to Dr. Zanga's deposition in this matter on March 24, 2023.

5. Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Joseph Zanga, M.D. on March 24, 2023 taken in relation to the above-captioned matter.

6. Attached as **Exhibit C** is a true and correct copy of an email from counsel for defendants dated March 8, 2023.

7. Attached as **Exhibit D** is a true and correct copy of an Article of Interest authored by Joseph Zanga, M.D. titled "First, Do No Harm," contained in a newsletter publication of the Muscogee County Medical Society dated June 2018.

8. Attached as **Exhibit E** is a true and correct copy of a version of the article authored by Joseph Zanga, M.D., titled "First Do No Harm," which was produced to counsel for plaintiffs by counsel for defendants on March 8, 2023 and was attached to above referenced email Exhibit C.

9. Attached as **Exhibit F** is a true and correct copy of a statement titled "Homosexual Parenting: A Scientific Analysis" from the American College of Pediatricians dated May 2019, originally posted January 22, 2004.

10. Attached as **Exhibit G** is a true and correct copy of a page from the website NARTH.com with an article titled "Pediatricians' Groups Differ on Attitudes

Toward Homosexual Parenting," including an interview with Dr. Joseph Zanga, updated July 17, 2003.

11. Attached as **Exhibit H** is a true and correct copy of a web-based article titled "Facts, not flattery, about same-sex attraction: *Blithe assertions about the gay lifestyle are seldom backed up by scientific studies -- and when they are, the studies are weak*" listing Joseph Zanga, M.D. as a signatory, dated May 22, 2007.

12. Attached as **Exhibit I** is a true and correct copy of a Position Statement of the American College of Pediatricians authored by Joseph Zanga, M.D., dated October 2018.

13. Attached as **Exhibit J** is a true and correct copy of the Brief for Amici Curiae Stonewall UK, et al., filed on August 17, 2022 before the U.S. Court of Appeals for the Eleventh Circuit in support of the plaintiff-appellees in *Eknes-Tucker v. Ivey,* Case No. 22-11707.

14. Attached as **Exhibit K** is a true and correct copy of the American Psychological Association Resolution on Gender Identity Change Efforts, dated February 2021.

15. Attached as **Exhibit L** is a true and correct copy of the American Academy of Child and Adolescent Psychiatry Policy Statement on Conversion Therapy.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 7th day of April 2023.

Respectfully Submitted,

 /s/ *__Simone Chriss__*
Simone Chriss
Counsel for Plaintiffs