

Simone Chriss <simone.chriss@southernlegal.org>

## Dekker v. Weida: Expert Discovery Matters

**Gary V. Perko** <gperko@holtzmanvogel.com>   Wed, Mar 8, 2023 at 12:56 PM
To: Omar Gonzalez-Pagan <ogonzalez-pagan@lambdalegal.org>, Michael Beato <mbeato@holtzmanvogel.com>, "Mohammad O. Jazil" <mjazil@holtzmanvogel.com>, John Cycon <jcycon@holtzmanvogel.com>, Zack Bennington <zbennington@holtzmanvogel.com>
Cc: "Little, Joe" <joe.little@pillsburylaw.com>, Chelsea Dunn <chelsea.dunn@southernlegal.org>, Simone Chriss <simone.chriss@southernlegal.org>, Katy DeBriere <debriere@floridahealthjustice.org>, Catherine McKee <mckee@healthlaw.org>, Abigail Coursolle <coursolle@healthlaw.org>, Carl Charles <CCharles@lambdalegal.org>, "Rivaux, Shani" <shani.rivaux@pillsburylaw.com>, "Altman, Jennifer" <jennifer.altman@pillsburylaw.com>, "Shaw, Gary J." <gary.shaw@pillsburylaw.com>, "Miller, William C." <william.c.miller@pillsburylaw.com>, "Tia E. Hollins" <THollins@lambdalegal.org>, "Garcia, Soraya M." <soraya.garcia@pillsburylaw.com>

Omar,

Attached are bibliographies for Drs. Lappert and Donovan, as well as the statement referenced as an attachment to Dr. Zanga's report.  There is no bibliography for Dr. Zanga's report as his opinions are based on his personal knowledge and experience.

We are still working to compile the documents you reference from Dr. Laidlaw's report and will forward them to you as soon as possible.

Best regards,

Gary



Gary V. Perko
*Partner*

**Tallahassee,FL**

m 850.567.5762     DC • VA • FL • AZ     holtzmanvogel.com 
o 850.391.0502

email  bio  in

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the

attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

[Quoted text hidden]
[Quoted text hidden]

---

**3 attachments**


**LappertBibliography.pdf**
105K


**Donovan Bibliography.pdf**
116K


**First do no harm.pdf**
135K