# THE BULLETIN

VOLUME 63 • NUMBER 6



*Dr. A.J. Jain was one of three honorees at the CSU President's Recognition Banquet and received the Thomas Y. Whitley Distinguished Alumnus Award for his outstanding professional and personal achievements. See page 22 for more information.*

## JUNE 2018

A PUBLICATION OF THE MUSCOGEE COUNTY MEDICAL SOCIETY
ERUDIRE ET DELECTARE



# THE BULLETIN

Society Office: 2612 Commons Blvd. • Augusta, GA 30909
706 322 1254 • FAX 706 736 8055 • *www.muscogeemedical.org*

## Contents

President's Message .................................................. 4

Hospital News................................................... 6, 11, 14

**Editor:** David H. Levine, M.D. • **Associate Editor:** Karen Stuart, M.D.
**Managing Editor:** Dan Walton

### Officers 2018:

President . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Timothy P. Villegas, M.D.

President Elect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Bret C. Crumpton, D.O.

Past President . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W. Frank Willett, III, M.D.

Secretary Treasurer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Michael Borkat, M.D.

Director to MAG . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Fred Flandry, M.D.

Alternate Director to MAG . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W. Frank Willett, III, M.D.

**Executive Committee:** James D. Majors, M.D., W. Frank Willett, M.D., Glenn E. Fussell, M.D., Fred Flandry, M.D., Michael Borkat, M.D., Ryan Geringer, D.O., Kurt Jacobson, M.D., David H. Levine, M.D., Ken Smith, M.D., Karen Stuart, M.D.

**Delegates:** Michael Borkat, M.D., Benjamin Cheek, M.D., Fred Flandry, M.D., Glenn E. Fussell, M.D., Ryan Geringer, D.O., James D. Majors, M.D., Folarin Olubowale, M.D., Karen Stuart, M.D., W. Frank Willett, III, M.D., Joseph Zanga, M.D.

**Alternate Delegates:** Casey Geringer, D.O., James Hagler, M.D., Kendall Handy, M.D., A. J. Jain, M.D., David Levine, M.D., Henry Ngo, M.D., Kenneth Smith, M.D., Timothy Villegas, M.D., John D. Watson, M.D.

### Ad position is at the sole discretion of the Editorial Board.

*The Bulletin* of the Muscogee County Medical Society is the official monthly publication of the MCMS located at 2612 Commons Blvd, Augusta, Georgia. Opinions expressed in *The Bulletin*, including editorials, are those of the individual author and do not necessarily reflect policies of the Society, unless stated. Advertisements in this publication are paid advertisements and are not necessarily supported or endorsed by the Muscogee County Medical Society.

Members are encouraged to submit articles, current news or upcoming events for publication in *The Bulletin*. Deadline for copy is the 10th of the month preceding date of issue. Those wishing to advertise in *The Bulletin* may request requirements and rates by contacting the society office. Items to be published should be sent to the society coordinator, Stacie McGahee, via email to Stacie@muscogeemedical.org.

# PRESIDENT'S MESSAGE

*Timothy P. Villegas, M.D.*



### The Opioid Crisis

So we've all undoubtedly been following the evolution of this ongoing nationwide opioid crisis. Like it or not, we are regularly exposed to the headlines, both as members of society and even more so as healthcare providers. It seems as if each month more time and attention is being devoted to these issues, and appropriately so given the scope of this problem in many communities.

Columbus Regional Medical Group recently instituted a formal policy in regards to pain management. This includes mandatory registration with the prescription drug monitoring program (PDMP), ongoing educational activities and electronic prescribing. It sets quantifiable limits on narcotic supplies for both acute and chronic pain, provides criteria for referral to pain management, and spells out usage of patient contracts and documentation in medical records.

I for one have already found great utility in the PDMP. The system has alerted me to several of my patients who were potentially abusing the system to obtain narcotics. Now this is not to say I didn't already have my suspicions, but it's reassuring to know that the system is functioning as designed, and it is helpful to have some objective data to use to better manage a patient if needed.

In recent gynecology journals and meeting presentations, a plethora of studies are beginning to be published looking at extremely conservative pain management protocols, even following laparotomy. For example, one study surgical center found it was able to decrease opioid prescriptions by 97% by essentially prohibiting routine prescriptions of narcotics for minimally-invasive or outpatient surgeries.  It is striking to see the contrast between these guidelines and the liberal analgesic-prescribing mindset of the past. I for one was trained in the era where pain was looked upon as needless thing of the past, especially given all of the "advances" in narcotic delivery systems and new long-acting formulations that were taking place. It has now become clear, unfortunately that these ideas were to a large extent being driven by the pharmaceutical companies. Ultimately we are all going to have to take an active, conscious role in decreasing the use of narcotic pain medications in our practices. We have allowed dangerous philosophies to propagate over several generations of providers and patients, and it is going to be a struggle to reverse the swing of this pendulum. It does appear, however, that great strides have and are continuing to be made in this endeavor. I always try to tell myself (and my patients), that pain itself never killed anyone, but the medications we prescribe to treat this pain can and have done so.

4



We Believe

**COLDWELL BANKER** ⬚

KENNON, PARKER,
DUNCAN & DAVIS

## Mike See

Fully Licensed GA/AL Realtor

**706-315-5289 (CELL)** • mikesee@coldwellbanker.com.
5670 Whitesville Road • Columbus, GA 31904
SEE IT SOLD

# Helping others is your specialty. Helping you is ours.

The challenges of the medical profession are increasingly complex. We understand. That's why many healthcare providers are trusting Synovus for their financial needs. Our Medical Financial Services provide real solutions specifically designed to help you achieve your goals.

Find out how we can help you.

**1-888-SYNOVUS | synovus.com**

## SYNOVUS®
the bank of here



Synovus Bank, Member FDIC.



# PIEDMONT COLUMBUS REGIONAL NEWS

**Children's Hospital Partners With CHOA**

Children's Healthcare of Atlanta and Piedmont Columbus Regional have announced a formal affiliation agreement under which Children's will collaborate with Piedmont Columbus Regional with the goal of better serving children and families in the Columbus area.

The affiliation will support the commitment of Children's and Piedmont Columbus Regional to providing high-quality pediatric care and to expanding access to specialized pediatric care in Georgia.

"This affiliation increases our ability to coordinate care beyond our walls to serve even more children while collaborating with a distinguished health system and the doctors in Columbus. We are grateful to Scott Hill, the pediatricians and the pediatric leaders of the Columbus area for reaching out to us and being so committed to impacting the care of children in their community," said Donna Hyland, President and CEO, Children's Healthcare of Atlanta.

Children's is providing tools, training and pediatric best practices to Piedmont Columbus Regional to focus on its pediatric quality and patient safety program. The two systems also will work together to provide training for pediatric doctors and nurses. The affiliation will enhance care coordination between Piedmont Columbus Regional and Children's.

Children's will work with Piedmont Columbus Regional's pediatricians on best practices designed to enhance the evaluation and assessment of kids; on quality protocols for pediatric patients; on building additional infrastructure to monitor quality and to advance patient safety; and on methods for enhancing care coordination and clinical integration.

"As the regions only Children's hospital, we are committed to providing advanced pediatric services in our local markets. This affiliation will further that commitment by allowing us to provide optimal care coordination for our pediatric patients in the local community and across the wide array of services offered by Children's Healthcare of Atlanta," said Scott Hill, President and CEO of Piedmont Columbus Regional. "It will also provide excellent opportunities for the continued education and development of our nursing and clinical staff. We are looking forward to advancing our mission in this regard and making a positive difference in every life we touch."

**Midtown Campus Earns Gold Status**

The Georgia Department of Public Health (GDPH) has granted Piedmont Columbus Regional's Midtown Campus gold status membership in their Honor Roll for Antibiotic Stewardship. The Midtown Campus is able to maintain its gold status through April 1, 2021, and is eligible to reapply to maintain this status.

6

The Georgia Honor Roll for Antibiotic Stewardship was established in 2014 by the Healthcare Associated Infections Advisory Committee. Antimicrobial stewardship is a coordinated program that promotes the appropriate use of antimicrobials (including antibiotics), improves patient outcomes, reduces microbial resistance, and decreases the spread of infections caused by multidrug-resistant organisms. The goal of the program is to provide an incentive for acute care facilities and critical access hospitals to engage in antimicrobial stewardship.

The program consists of two phases: an engagement phase and an implementation phase. The engagement phase requires facilities to present a statement of commitment from senior leadership, identify their antibiotic stewardship team and conduct a staff educational event regarding antimicrobial stewardship. The implementation phase requires facilities to demonstrate that a process to select appropriate stewardship activities was undertaken and that the impact of these activities was measured.

The Midtown Campus established an educational website in March 2010, which includes the core concepts of antibiotic stewardship and is routinely used by medical and pharmacy staff. Medical and pharmacy residents use the website to complete an annual in-service training. Additional in-service education is provided to medical staff groups on an ongoing basis.

The stewardship team is led by Valerie Fletcher, M.D. and Deanne Tabb, PharmD, M.T.

**Northside Campus Sleep Lab Receives Accreditation**
The Center for Sleep and Neurodiagnostic Studies at the Northside Campus has received its first accreditation for Ambulatory Heath Care from the Joint Commission.

The accreditation covers the next three years. In order to receive accreditation, a surveyor visits the facility over a two year period and checks for the following: environment of care, emergency management, human resources management, infection prevention and control, information management, leadership, safety, medication management, National Patient Safety Goals, provision of care, performance improvement, record of care, individual rights, transplant safety and waived testing.

Achieving accreditation translates into a stamp of approval for our organization and for our patients, that we are providing high quality care in our facilities.

Statisticians tell us we sleep one-third of our lives. But not everyone is so lucky. Conditions such as sleep apnea, restless leg syndrome or narcolepsy prevent some people from getting all the rest they really need. It's not just inconvenient. It can be detrimental to a person's health. At the sleep lab, our board-certified, fellowship-trained specialists can help diagnose and treat your sleep disorder.

The sleep lab features state-of-the-art equipment and four patient rooms that offer

7



# What better place is there to be treated than home?

## Our physician network is part of the system that offers the region's most advanced care.

Which is why it is so important to not only have a doctor you see regularly, but the right doctor. One who is part of a system of primary care doctors and leading specialists who provide the latest treatments right where you live. Because what better place is there to be treated than home?

### Bariatrics • Cancer • Cardiac • CRMG • Labor & Delivery • Stroke

**Columbus Regional Medical Group**
706.660.6561

**John B. Amos Cancer Center**
706.320.8700

**Midtown Campus**
706.571.1000

**Northside Campus**
706.494.2100

piedmont.org/columbus

07450-0418



8

more of a resort hotel atmosphere than that of a hospital. The rooms are furnished with blackout shades, special fans designed to alleviate dust, noise machines, coffee makers and charging stations for electronic devices. We are the only sleep center in the area to provide our youngest patients with cribs, too.

The Joint Commission and its Gold Seal of Approval are a widely recognized benchmarks representing the most comprehensive evaluation process in the healthcare industry. The accreditation will benefit the Northside Campus Sleep Lab by giving it recognition from insurers, associations and other third parties while improving liability insurance rates. Patients can utilize the lab with confidence in its staff and procedures.

## DAISY Award

Congratulations to the DAISY award recipients, who were selected as part of a national program to recognize nurses for their extraordinary care and compassion to patients and their families. Nurses are nominated by a patient, patient's family member or co-worker. The nominations are then reviewed and winners are selected by the Daisy committee.



*Miryam Becerra Hernandez, R.N. and Christina Branton, R.N. Midtown Campus 7 Main*

## Upcoming Events
### Spirit Night at Texas Roadhouse
The first Monday of each month is Spirit Night at Texas Roadhouse. Be sure to dine in on this night because a portion of the proceeds will support the Children's Hospital at Piedmont Columbus Regional's Midtown Campus!

### June is Men's Health Month
The purpose of Men's Health Month is to heighten the awareness of preventable health problems and encourage early detection and treatment of disease among men and boys. You can support the men in your life by having healthy habits yourself and by making healthy choices by eating healthy foods, exercising regularly, find ways to reduce stress and not smoking or chewing tobacco. Remind the men in your life to see a doctor or health professional for regular checkups and to learn about their family health history.

### Skate for Miracles
July 20-21 | 8:00 a.m.| Hollywood Connection in Columbus
Skate for Miracles is a 24-hour fundraising Skate-a-thon hosted by Hollywood Connection to raise funds and awareness for the Children's Hospital at Piedmont Columbus Regional's Midtown Campus. Skaters will get a free t-shirt, food throughout the event, and be able to participate in different events throughout the night. For more information, contact Jessie Doggett at 706.660.6291 to register as a skater!

**CME opportunities for physicians**

The following Continuing Medical Education (CME) opportunities for physicians have been approved for one hour of CME credit each:

**Breast Cancer Conference:** Once a month every third Friday, 7:00 a.m., Conference Room at the John B. Amos Cancer Center. For more information, call Michael Nwogbo at 706.320.6603 or 706.571.1881.

**Cancer Conference:** Every Monday, 12:30 p.m., Conference Room at the John B. Amos Cancer Center. For more information, call 706.571.1881.

**Hospital Grand Rounds:** Once a month every fourth Thursday, 12:30 p.m., Columbus Regional Health Conference Center at Midtown Medical Center. Open to any physician, resident, medical student, nursing staff and local EMS. Grand rounds will not be held in the months of November and December. For more information, call Jennifer Herring at 706.571.1112.

**Pediatric Grand Rounds:** Every Thursday, 8:15 a.m., Conference Center at Piedmont Columbus Regional's Midtown Campus. Open to any physician or other health professional providing care for children. For more information, call Lea Cunningham at 706.571.1217.

**Clinic Grand Rounds:** Once and month every first Wednesday, dinner at 6:00 p.m. and rounding begins at 6:30 p.m. Hughston Foundation Building Auditorium at the Hughston Clinic. Open to any physician, resident, medical student, nursing staff, PT, MA and local EMS. For more information, call Belinda Klein at 706.494.3326.

Piedmont Columbus Regional's Midtown Campus is accredited by the Medical Association of Georgia to provide continuing medical education for physicians. The Midtown Campus designates this live activity for a maximum of one AMA PRA Category 1 Credit™. Physicians should claim only the credit commensurate with the extent of their participation in the activity.



**RIVERSIDE**
DERMATOLOGY & AESTHETIC CENTER

NEW LOCATION
STARTING SEPTEMBER 1, 2017:
1150 Brookstone Centre Parkway
Columbus, GA 31904

FULL SERVICE MEDICAL, SURGICAL AND
AESTHETIC DERMATOLOGY OFFICE

Offering UltraShape, the only FDA Approved fat reduction system using ultrasound technology in three painless treatments.

Additional services include hair removal, skin tightening, spider vein treatment, and facial and vaginal rejuvenation using the latest laser technology.

706.257.4189 • riverderm.com

J. Nicole Flandry, MD &
Kimberly M. Parker, PA-C

10

# MERCER UNIVERSITY NEWS



On May 5, 2018 Mercer University School of Medicine's Columbus Campus graduated its 5th class of medical students trained in Columbus. This joyous time calls for celebration and reflection on the hard work put in by the students and our dedicated clinical faculty. This moment is every bit as much a testament to this community's resolve as it is to the talents and hard work of the students. Please join us in congratulating all of our graduating seniors!



## In Memoriam

## John D. Watson, Jr., M.D.

*Dr. John Watson passed away on Friday, May 4, 2018.*



*Dr. Watson was a native of Prescott, Arkansas. He was a very active child, playing music, participating in the Boy Scouts, a cheerleader, class president, member of the glee club, thespian club and the national honor society. His activities continued through his college years at the University of Arkansas where he joined Kappa Sigma, serving as president, sang in the university opera, played in the band and join the Phi Mu Alpha Sinfonia. Once in medical school he became class representative, student body president and assistant of public relations for the University of Arkansas. He received his medical degree in 1955 and served his internship at Letterman Army Hospital in San Francisco, California. He served in the Air Force from 1955 until 1958. Upon his discharge, he entered the private practice of general medicine in Kingsville, Texas. This practice was heavily ruled by obstetrics and with a growing number of moms-to-be in the area, by his own admission, "one would not live long at this pace" he decided to go into radiology in New Orleans. At Tulane University Dr. Watson served on the faculty until he relocated to Columbus, Georgia in 1967. Once in Columbus, Dr. Watson became very involved in organized medicine. He was a member and past president of the Muscogee County Medical Society and the Medical Association of Georgia, also serving as a Delegate to the American Medical Association. He founded the Georgia Society of Nuclear Medicine and served as president. He was a fellow in the American College of Radiology and served on the Board of Chancellors. He was a charter member of the American College of Nuclear Medicine, served as president and received its gold medal for outstanding service. Dr. Watson also served as president of the Medical Association of Georgia Foundation, a position he held for almost 20 years.*

*Most recently, the Muscogee County Medical Society named a special award in his honor and he was bestowed with the inaugural John D. Watson, Jr., M.D.Outstanding Service Award in September 2017.*

*Dr. Watson is survived by his wife, Margaret Watson; and two children, John Blair Watson and Melissa Ann Coale; and three grandchildren.*

# IN MEMORIAM

*By W. Chris Sheils, M.D.*


I first met John D. Watson, Jr., M.D. while I was a medical student with a summer job in the tumor registry in Columbus, Georgia.  It was readily apparent that Dr. Watson was a person of many interests and talents.  Some years later, following completion of my formal training, I had the privilege of beginning my first practice with him, something that lasted over fourteen years.  It did not take long for me to realize that he knew how to combine his talents with his interests in order to accomplish many goals.  He was a very progressive physician, constantly striving to expand the breadth and scope of oncologic treatment modalities in the Columbus region.  He was also a very capable and experienced clinician with a well developed "bed side manner".  More than once in the clinical setting, after a patient had just been given a dreaded diagnosis, did I see him instill, in the patient and family, a sense of calm and hope for the future.

Dr. Watson took a very active role in all manner of physician related issues, as witnessed by the number of prominent positions he held over the years (President of the Georgia Radiaological Society, President of the Medical Association of Georgia amongst others).  He was particularly adept at handling some of the most complex and conflict-prone problems that arose in the different professional societies in which he was involved (amongst which was the American College of Radiology, a national organization).  I had the privilege of working with him on the Board of the Georgia Radiological Society, and remember many were the times that his political experience and insight opened doors to solutions that otherwise might have remained elusive.

With all of his activities, including time and involvement with his family, Dr. Watson still found time to pursue hobbies, including music.  On one very memorable occasion, he sat down to a grand piano and begin playing a Chopin Scherzo with abandon (no small feat).

I feel very proud and privileged to have known and worked with him, and will miss John D. Watson, Jr., M.D. greatly.

13



**ORTHOPAEDICS**

**EXPERIENCING PERSONAL CARE WITH HUGHSTON IN COLUMBUS**

6262 Veterans Parkway · Columbus, GA 31909
706-324-6661 · www.hughston.com

**BENEFITING YOU WITH REHABILITATION SERVICES ONSITE**

Champ L. Baker, Jr., MD
Shoulder, Elbow, Hip, Knee, Ankle,
Arthroscopy & Sports Medicine

Champ L. Baker III, MD
Arthroscopic Surgery, Cartilage Restoration
& Sports Medicine

Thomas N. Bernard, Jr., MD
Orthopaedic Spine Surgery

Todd C. Bonvallet, MD
Orthopaedic Spine Surgery

J. Kenneth Burkus, MD
Orthopaedic Spine Surgery

Norman L. Donati, Jr., MD
Hip, Knee, Shoulder, Total Joint Replacement,
Foot, Ankle & Arthroscopic Surgery

John D. Dorchak, MD
Orthopaedic Spine Surgery

Patrick J. Fernicola, MD
Shoulder, Knee, Total Joint Replacement
& Sports Medicine

Fred Flandry, MD, FACS
Trauma, Total Joint Replacement,
Sports Medicine & General Orthopaedics

Ryan M. Geringer, DO
Sports Medicine & General Orthopaedics

Garland K. Gudger, MD
Total Knee Replacement, Hand,
Sports Medicine & General Orthopaedics

Garland K. (Jake) Gudger, Jr., MD
Arthroscopy, Sports Medicine, Hip
& Knee Reconstruction

Kurt E. Jacobson, MD, FACS
Knee, Sports Medicine & General Orthopaedics

David H. MacDonald, DO, FAOAO
Hand & Upper Extremity, Arthroscopic Surgery

James E. McGrory, MD
Spine Surgery, Hip and Knee Replacement

Douglas W. Pahl, MD
Orthopaedic Spine Surgery

David C. Rehak, MD
Hand, Elbow & Upper Extremity

Randall J. Ruark, MD
Hip & Knee Total Joint Replacement

Matthew G. Stewart, MD
Foot & Ankle, Hip & Knee Reconstruction,
Orthopaedic Trauma & Sports Medicine

Michael M. Tucker, Jr., MD
Knee, Shoulder, Foot, Ankle & Sports Medicine

John I. Waldrop, MD
Hip, Knee, Total Joint Replacement
& Arthroscopic Surgery

B. Collier Watson, DO
General Orthopaedics, Foot & Ankle

14

# HUGHSTON CLINIC NEWS

## Annual Screenings for High School Athletes



More than 100 employees, physicians, nurses, athletic trainers, and students from the Hughston network, Martin Army Community Hospital, Northside High School, Central High School (Phenix City), and Harris County High School volunteered for the annual preparticipation health screenings for local high school athletes. The screenings and accompanying research are directed and organized by the Institute of Athletic Health Care and Research (IAHCR) and cosponsored by the Hughston Foundation.

The chief objective of these screenings is to detect conditions that could place the athlete or other participants at risk for injury. Each year, athletes from more than 15 area high schools are screened at a local high school facility. This year, we screened over 500 student-athletes from the Chattahoochee Valley area at Northside High School. The cost of the screening for each athlete is $10.00, $5.00 of which goes into an account at the athlete's school for training equipment not covered by the athletic budget and $5.00 toward the cost of the screening supplies.

Under the direction of the late Stephen C. Hunter, MD, the Hughston Foundation created the Institute as a way to serve the athletic community and pursue research in the field of sports medicine. Since 1976, the IAHCR has completed more than 52,500 screenings. The results of these screenings will be added to our database, which is used by researchers to study the health of athletes. Thanks to our volunteers and knowledgeable healthcare professionals, the preparticipation screening program has positively affected the health and safety of the area's high school athletes.

## Hughston's Golf Tournament another Great Success

The Hughston Golf Tournament held Friday, June 1, at Maple Ridge Golf Course in Columbus was another big hit with business leaders and educators this year. All funds raised by the tournament go directly to support the Hughston Protect the Athletes campaign. The mission of the campaign is to raise funds to support the athletic sports coverage that Hughston provides across the Chattahoochee Valley to youth programs, such as sideline coverage at high school sporting events, support of preparticipation exams, and Saturday morning injury clinics. Besides providing coverage at sporting events, our fundraising projects help purchase much needed ImPACT concussion software for area high schools and other participating colleges.



We would like to thank the following team sponsors for their generous support: Wanda & Shelby Amos Foundation; CB&T; Hughston Clinic; Hutchinson Traylor; Principle Construction; Rivertown Pediatrics; TSYS; and Virginia College of Medicine. Thank you to the following sponsors for their cash or prize donations: ACOM; Arthrex; Levy, Sibley, Foreman & Speir, LLC; Malones Office Supply; Medco; Regions Bank; Rivertown Pediatrics; Southeast Brain & Spine Surgery; The Center for Medical Weight Loss; and Tremco Roofing & Building Maintenance.

### Free CMEs offered monthly at Hughston Grand Rounds and M&M Conference

On the first Wednesday of each month, a diverse group of local healthcare professionals—which often includes physicians from Hughston, Columbus, and Fort Benning; Hughston fellows and residents; Hughston Certified Athletic Training Fellows; and medical students—come together for grand rounds lectures on evolving trends in orthopaedics at the Hughston Foundation auditorium. Grand rounds constitute a ritual of medical education and provide an excellent supplement to medical school and residency. Moreover, grand rounds help doctors and other healthcare professionals stay current in their specialty or areas of core practice. The physician lectures offer expertise on specialized topics and cover the latest evidence-based research and treatments emerging in the field of medicine.

Additionally, Morbidity and Mortality (M&M) Conferences, held on the third Monday of each month provide attendees another chance to earn CMEs. Held in the Hughston Foundation auditorium, starting at 6:00 pm, M&Ms are great opportunities for learning and reflection. At our M&M conferences, the goal is to provide a forum for faculty, residents, trainees, students, and other medical staff to explore the management details of particular cases. The cases presented cover the specifics of care, revisit errors, and discuss diagnosis, techniques, and treatment protocols. Even experienced surgeons can learn from these dynamic presentations and discussions.

To sign up for email blasts for these CME events, contact Belinda Klein at 706-494-3326; bklein@hughston.com.

16

# UPCOMING EVENTS



## MCMS Family Event
## Columbus Lions • July 28, 2018 • 7pm

Make plans to attend our MCMS Family Night as we cheer on
our Columbus Lions with dinner and a private suite
to enjoy the evening. More information will be arriving soon!





The small hospice making a big difference.

At *home* with compassionate care.
We are here to help patients make
choices that work for them, and provide
a support system of comprehensive
care to honor those choices.

## Preferred Care
### H O S P I C E

Call anytime. 706-844-1619

17

# ARTICLE OF INTEREST

*By Joseph Zanga, MD, FAAP*

### First, Do No Harm

Four simple words taught early and often in Medical School. Words to live by, and practice by, we're taught. But can we? Is it possible? After all, almost everything we do as physicians carries some risk of harm. It may be minor as in the pain after successful surgery. It can be life altering or even life threatening as in our failure to report a suspicion of child maltreatment for a variety of truly inconsequential reasons. Bear with me though as I present a current controversy with respect to children not adults. Keep an open mind and reflect deeply on those four words. Let's begin though with something non-controversial. When is the human brain fully mature? Socrates knew it to be the mid-twenties as did Shakespeare. Science waited until the late 20th century to declare correct these observant men. This was an important admission since it made clear that children, even through the adolescent years, don't have the mental capacity to make long term, life altering decisions. That's why parents consent to have their children receive needed surgery, unpleasant cancer chemotherapy, and the like.

Now the controversy, chosen because it surfaces almost daily in the media and in the Halls of Medicine.I write of the Transgender issue.

First, do no harm! While it's always been true, and non-controversial, that little boys sometimes dress in girls' clothes, and little girls sometimes would rather play with trucks than dolls, it has never before meant that their sex designation was wrong. Another non-controversy is that chromosomes determine sex and they are unalterable. A child can no more make him or herself someone of the opposite sex than they could become chimpanzees. Moreover, these feelings are transient and, if not supported and/or encouraged. extinguish by late adolescence. That's why the APA calls this (for the present at least) Gender Dysphoria, a treatable mental health condition. But children's brains are plastic and can be molded by experience, by parents dressing them as the opposite sex, calling them an opposite sex name, and insisting that all others do the same. They become, in their brains, the sex others create for them.

First, do no harm. Hanne Gaby Odiele, a true intersex person speaks forcefully about the harmful physical and emotional effects of the surgical procedures physicians told her were necessary. Her advocacy work encourages therapy and peer support rather than medical and surgical treatment "that is often irreversible and sometimes unnecessary". How much truer this is for the otherwise simply questioning child. Yet we increasingly seem to have no qualms about accepting the decisions of a child incapable of making those decisions. We also seem to support media and political (non-medical) imperatives to accept these immature decisions. And so we prescribe, or send children to colleagues who prescribe,

18

puberty blocking hormones, followed by medications to modify secondary sex characteristics, followed by surgery, all for a condition which usually (90+%) cures itself by late adolescence (though some children, and their families, will require counseling in the interim).

When children refuse potentially lifesaving chemotherapy we take them/their parents to court. When an adolescent is anorexic, believes him/herself to be overweight, or suffers from a like body image problem, we counsel rather than prescribe appetite suppressants. When a family refuses immunizations we discharge them from our practices. When parents want growth hormone or anabolic steroids prescribed so their child can be (more) competitive in the child's favorite sport, we refuse. We do what is best for the patient even if it displeases them or family. It's imperative then that we treat the transgender thinking child in the same way.

Puberty is a normal, natural occurrence. Puberty blocking drugs create an abnormal condition. Cross-sex hormones (testosterone and estrogen) are associated with health risks including high blood pressure, blood clots, stroke, and cancer. In addition, rates of suicide are twenty times greater among adults who've used cross-sex hormones and/or have undergone sex reassignment surgery, even in Sweden which is among the most transgender affirming countries.

So we arrive at a crossroads. Do we stand firm in the practice of Medicine or do we follow the crowd? Endorsing sex reassignment for children as normal in our offices, or via the media and public policy, will inevitably lead more children to puberty-blocking drugs. This, in turn, virtually ensures they will "choose" a lifetime of carcinogenic/toxic cross-sex hormones, and likely consider surgical mutilation of their healthy body parts - all to avoid perhaps some counseling, parental support for their genetic sex, and a period of watchful waiting.

First, do no harm! Think about it.





**Restaurant Hours:**
**Tuesday-Thursday**
5:30pm-10:00pm
**Friday-Saturday**
5:00pm-10:30pm

**Pre Fixe Menu:**
**Three Course Dinner**
**Tuesday-Thursday**
5:30pm-6:30pm
**Friday-Saturday**
5:00pm-6:00pm
$35 per person
(Taxes & Gratuity Not Included)

Chef Jamie Keating, CEC

*Ask About The Interactive Culinary*
*Experience Of The Chef's Table!*

*706 507 9909*
1201 Front Ave., Suite E, Columbus, GA 31901
Located in the Historic Eagle & Phenix Mill
Private Dining Available, Reservations Recommended
epiccuisine.com * info@epiccuisine.com





The Columbus Hospice House is the original inpatient unit in the area. While the main focus of the hospice program is to provide care to enable patients to spend their final days at home, sometimes needs cannot be met. They may be admitted into the Columbus Hospice House. Services available 24 hours a day, 7 days a week.

www.columbushospice.com
706.569.7992

  

20



## Physicians Appreciated Now and In the Future!

On April 6, 2018, Physicians Working Together (PWT) sponsored a National Physician Week Appreciation Luncheon with many physicians of varying specialties including Family Medicine, Pediatrics, Ophthalmology, Nephrology, Cardiology, OB/GYN, outpatient, hospitalists, and those in administration. This is the 3rd Annual PWT Appreciation Dinner and is also a celebration of National Physicians Week now being on the national calendar of U.S. holidays versus just a single "Doctors Day" celebration. PWT's mission, as an international physician-led grassroots group, is to be an umbrella organization of information, advocacy, networking, collaboration, community outreach and support for physicians. PWT helps physicians learn from one another's experiences, share information, and find solutions to universal physician issues through its platform.

In alignment with this mission, PWT hosted an accredited virtual physicians' conference during National Physicians Week that was attended and hosted by physicians from around the country. Physicians Working Together is already looking forward to our 2019 Physician Appreciation Week Conference & Celebration and invite you to plan now to be in attendance. As we prepare to commemorate three years of service to the physician community in June 2018 and layout our fall agenda, we extend to all physicians a welcome to be a part of our stellar future. For more information and exciting events, please go to www.ThePWT.org.

Dr. Kimberly Funches-Jackson
Founder & President

Post Office Box 1066
Phenix City, AL 36867-1066
(706) 413-2506



**DAVIDSON & SAUNDERS**

*Knowledgeable and Professional Service*

Call us for all your real estate needs.
Gerald Saunders - 706.577.8562
Skip Davidson - 706.681.1545

kw KELLERWILLIAMS.   &Davidson Saunders

# ARTICLE OF INTEREST

### Dr. A.J. Jain Honored at
### CSU Annual President's Recognition Banquet

On Thursday, April 19, 2018, Dr. A.J. Jain was one of three honorees at the President's Recognition Banquet and received the Thomas Y. Whitley Distinguished Alumnus Award for his outstanding professional and personal achievements. As a Columbus State University graduate, Dr. Jain saw ways that he could assist in improving the University's Pre-Medical Program to help it grow beyond all expectations. He has been an advisor to the CSU's competitive Pre-Medical Studies Program and has mentored many students.

"The award is named for CSU's first president. Dr. Whitley was a true pioneer in education and it is fitting we have named our distinguished alumnus award for this wonderful president," said Jennifer Joyner, assistant vice president of alumni engagement and special events, and executive director of the CSU Alumni Association. "Dr. Jain joins a long list of CSU graduates who have brought great prestige to their alma mater."










**JOSHUA LANE, MD**   **TANDA LANE, MD**



*Accredited by the*

ACCREDITATION ASSOCIATION
*for* AMBULATORY HEALTH CARE, INC.



a e s t h e t i c s

- Fillers
- Injectables
- Fraxel fractional $CO_2$ laser
- Laser hair removal
- Laser facial rejuvenation
- Licensed aestheticians
  -facials
  -medical grade skin care
  -DiamondTome resurfacing



**LAURA FRANCES
SMITH, PA-C**



**ANNA JUSTI, PA-C**



**MARK SPATZ, PA-C**



SURGERY CENTER

- Area's only Fellowship-trained
  Mohs Surgeon
- AAAHC accredited state of the
  art ambulatory surgery center
- 1of 4 Dermatology surgery
  centers in the state

The area's largest & most comprehensive full-service Dermatology & Dermatologic Surgery practice.



# 706.322.1717

1210 Brookstone Centre Pkwy · Columbus, Georgia · 31904 · www.lanederm.com

PRSRT STD
US POSTAGE
PAID
COLUMBUS GA
PERMIT
NO 158

Muscogee County Medical Society
2612 Commons Blvd.
Augusta, GA 30909

Return Service Requested