## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

AUGUST DEKKER, *et al.*,

       *Plaintiffs*,

    v.          Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, *et al.*,

       *Defendants*.

## DECLARATION OF OMAR GONZALEZ-PAGAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. QUENTIN VAN METER

Pursuant to 28 U.S.C.§ 1746, I, Omar Gonzalez-Pagan, do hereby declare as follows:

1.  I am over 18 years of age.

2.  I am Counsel at Lambda Legal Defense and Education Fund, Inc. and serve as counsel of record for the plaintiffs in the above-captioned matter.

3.  I have personal knowledge of the stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them.

4.  I submit this declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Dr. Quentin Van Meter.

5.      Attached as **Exhibit A** is a true and correct copy of the rebuttal expert report of Quentin Van Meter, M.D. (including a copy of his curriculum vitae and other attachments) in the above-captioned matter, which is dated March 10, 2023, was served upon plaintiffs on that date, and was entered as Exhibit 1 to Dr. Van Meter's deposition in this matter on March 17, 2023.

6.      Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Quentin Van Meter on March 17, 2023 taken in relation to the above-captioned matter.

7.      Attached as **Exhibit C** is a true and correct copy of the Brief for *Amici Curiae* Stonewall UK, et al., filed on January 19, 2022 before the U.S. Court of Appeals for the Eighth Circuit in support of the plaintiffs-appeals in *Brandt v. Rutledge*, Case. No. 21-2875.

8.      Attached as **Exhibit D** is a true and correct redacted copy of the Order Striking Expert Dr. Quentin L. Van Meter, M.D. issued by the District Court, 311th District (Judge Germaine J. Tanner) in Harris County, Texas on February 27, 2020 in Case No. 2019-79137, and which was produced (in redacted form) by Defendants in production in this case with the bate stamps Def_000178126 thru Def_000178128.

9.      Enclosed as **Exhibit E** is a true and correct copy of a printout of the "What is *Issues in Law & Medicine*?" webpage, as retrieved on April 7, 2023, and which can be found at https://issuesinlawandmedicine.com/about/.

2

10.      Enclosed as **Exhibit F** is a true and correct copy of a printout of the "Authors" webpage for *Issues in Law & Medicine*, as retrieved on April 7, 2023, and which can be found at https://issuesinlawandmedicine.com/authors/.

11.      Attached as **Exhibit G** is a true and correct copy of excerpts of the transcript of the deposition of Patrick Lappert, M.D. on September 30, 2021 taken in relation to *Kadel v. Folwell*, Case No. 1:19-cv-272-LCB-LPA (M.D.N.C.).

12.      Attached as **Exhibit H** is a true and correct copy of the article "A Developmental, Biopsychosocial Model for the Treatment of Children with Gender Identity Disorder," which was co-authored by Kenneth J. Zucker, Ph.D., and was published in the *Journal of Homosexuality* on March 28, 2012.

13.      Attached as **Exhibit I** is a true and correct copy of the article "Memo Outlining Evidence for Change for Gender Identity Disorder in the DSM-5," which was co-authored by Kenneth J. Zucker, Ph.D., and was published in the peer-reviewed journal *Archives of Sexual Behavior* on July 19, 2013.

14.      Attached as **Exhibit J** is a true and correct copy of the chapter "Gender Dysphoria and Gender Incongruence," which was co-authored by Jack L. Turban, III, Annelou L.C. De Vries, and Kenneth J. Zucker, as part of the medical textbook *Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook*, in 2018.

3

15.    Attached as **Exhibit K** is a true and correct copy of a printout of the webpage "Understanding Unapproved Use of Approved Drugs 'Off Label,'" published by the U.S. Food and Drug Administration.

16.    Attached as **Exhibit L** is a true and correct copy of "Policy Statement: Off-Label Use of Drugs in Children" from the American Academy of Pediatrics, which was published in the scientific, peer-reviewed journal *Pediatrics* in March 2014.

17.    Attached as **Exhibit M** is a true and correct copy of the article "Gender nonconforming youth: current perspectives," published in the medical, peer-reviewed journal *Adolescent Health, Medicine and Therapeutics* on May 25, 2017.

18.    Attached as **Exhibit N** is a true and correct copy of the peer-reviewed literature review "Neurobiology of gender identity and sexual orientation," published in the peer-reviewed scientific *Journal of Neuroendocrinology* in July 2018, and which was entered as Exhibit 6 to Dr. Van Meter's deposition in this matter on March 17, 2023.

19.    Attached as **Exhibit O** is a true and correct copy of excerpts of *Understanding the Well-Being of LGBTQI+ Populations*, a Consensus Study Report of the National Academies of Sciences, Engineering, and Medicine published in 2020.

20.     Attached as **Exhibit P** is a true and correct copy of an email chain from March 30, 2020, including an email by Quentin Van Meter, and which was introduced and marked as Exhibit 29 to Dr. Van Meter's deposition in this matter on March 17, 2023.

21.     Attached as **Exhibit Q** is a true and correct copy of an email chain from February 4, 2020, including an email by Quentin Van Meter, and which was introduced and marked as Exhibit 32 to Dr. Van Meter's deposition in this matter on March 17, 2023.

22.     Attached as **Exhibit R** is a true and correct copy of the publication "Homosexual Parenting: A Scientific Analysis" published by the American College of Pediatricians in May 2019, and which was introduced and marked as Exhibit 15 to Dr. Van Meter's deposition in this matter on March 17, 2023.

23.     Attached as **Exhibit S** is a true and correct copy of the publication "Psychotherapy for Unwanted Homosexual Attraction Among Youth" published by the American College of Pediatricians in January 2016, and which was introduced and marked as Exhibit 14 to Dr. Van Meter's deposition in this matter on March 17, 2023.

24.     Attached as **Exhibit T** is a true and correct copy of the peer-reviewed "Standards of Care for the Health of Transgender and Gender Diverse People, Version 8" published by the World Professional Association of Transgender Health,

and which was published in the peer-reviewed scientific *International Journal of Transgender Health* on September 15, 2022, and which was introduced and marked as Exhibit 7 to Dr. Van Meter's deposition in this matter on March 17, 2023.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 7th day of April 2023.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan