2/24/2020 2:25 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 41093653
By: Krystle Gibson
Filed: 2/24/2020 2:25 PM
Pgs-2

SDD
QUXWX

NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA

NO. 2019-79137

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § § § § | IN THE DISTRICT COURT |
| ▇▇▇▇▇▇▇▇▇▇ AND ▇▇▇▇▇▇▇▇▇▇ | § § § § | 311TH JUDICIAL DISTRICT |
| AND IN THE INTEREST OF ▇▇▇▇▇▇▇▇▇▇ CHILDREN | § § § | HARRIS COUNTY, TEXAS |

### ORDER STRIKING EXPERT
### DR. QUENTIN L. VAN METER, M.D.

On  February 27, 2020 , this Honorable Court heard Petitioner ▇▇▇▇▇▇▇▇▇▇ Motion to Strike the Expert Testimony of Dr. Quentin L. Van Meter, M.D.

*Appearances*

Petitioner, ▇▇▇▇▇▇▇▇▇▇, appeared along with his counsel of record, Douglas Ray York and announced ready.

Respondent, ▇▇▇▇▇▇▇▇▇▇, appeared along with her counsel of record, Deborah L. Thompson and announced ready.

*Reporters Record*

A record of the testimony was made by Chelsea Allen, the Court Reporter for the 311th Judicial District Court.

*Findings and Order*

After hearing evidence and argument of Counsel, THE COURT FINDS that Dr. Quentin L. Van Meter, M.D., is discredited as an expert to give testimony in this cause on his opinions regarding the legal question of whether an adolescent transgender child should be administered puberty blockers and whether affirmation of an incongruent gender in a child is harmful or not.

IT IS THEREFORE ORDERED that Dr. Quentin L. Van Meter, M.D. shall not be allowed to give any testimony in this cause as an expert and Dr. Quentin L. Van Meter, M.D. is hereby struck as an expert witness in this cause.

Signed: *Germaine Tanner*
2/27/2020
SIGNED:_____
JUDGE

APPROVED AS TO FORM ONLY:

| LAW OFFICES OF DOUGLAS RAY YORK, P.C. | DEBORAH L. THOMPSON |
|---|---|
| 1021 Main St., Ste. 1450 | 1717 St. James Place, Ste. 690 |
| Houston, Texas 77002 | Houston, Texas 77056 |
| Tel: (713) 479-5555 | (713) 532-6272 |
| By: /s/ Douglas Ray York | By:_____ |
| Douglas Ray York | Deborah L. Thompson |
| State Bar No. 24028243 | State Bar No. 90001735 |
| service@douglasyork.com | eservice@deborahlthompson.com |
| Attorney for Petitioner, | Attorney for Respondent, |



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 3, 2020

Certified Document Number:      89690098 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**