![Issues in Law & Medicine logo]

Home    About    Issues    Contact    Authors    For Reviewers    Login

## What is Issues in Law & Medicine?

Issues in Law & Medicine is a peer reviewed professional journal published semiannually. Founded in 1985, ILM is co-sponsored by the National Legal Center for the Medically Dependent & Disabled, Inc. and the Watson Bowes Research Institute.

Issues is devoted to providing technical and informational assistance to attorneys, health care professionals, educators and administrators on legal, medical, and ethical issues arising from health care decisions. Its subscribers include law libraries, medical libraries, university libraries, court libraries, attorneys, physicians, university professors and other scholars, primarily in the U.S. and Canada, but also in Austria, Australia, Belgium, Brazil, Italy, The Netherlands, New Zealand, Japan, Russia, South Korea, Spain, Taiwan, and the United Kingdom.

Issues includes original articles, verbatim legal documents, analytical summaries of recent national and international court decisions, abstracts of medical, legal, and ethical journal articles, and announcements of new books.

Issues has been cited in the published opinions of at least fourteen state and federal courts of appeal, including two United States Supreme Court and seven state supreme court opinions, and cited in more than 1100 law review articles.

Issues is listed in 26 periodical services, including the following:

### DATABASES:

- BIOETHICSLINE – the principal database for ethicists and researchers in ethics.
- BIOSIS
- EBSCO PUBLISING
- ELSEVIER
- EMBIOLOGY
- GALE GROUP
- H. W. WILSON CO.
- INFONAUTICS CORP.
- LEXIS-NEXIS – a major database for legal researchers; includes the full text of each edition.
- MEDLARS/MEDLINE – the principal database for physicians and medical researchers.
- PROQUEST
- PUBMED
- SCOPUS
- WESTLAW – a major database for legal researchers.
- WILLIAM S. HEIN

INDICES:

- Cumulative Index to Nursing and Allied Health Literature (CINAHL)
- Current Contents/Social & Behavioral Sciences
- Current Law Index
- Hospital Literature Index
- Index to Legal Periodicals – the principal index for attorneys and legal researchers.
- Index Medicus – only one in five applicants are accepted for inclusion in this Index, which is used by physicians and medical researchers. This is the most difficult index in which to be accepted.
- International Nursing Index
- Social Sciences Citation Index

ABSTRACTED IN:

- BioLaw – a literature and legal review with articles, summaries of articles, and court decisions.
- Hastings Center Report – probably most read ethics journal.
- Law, Medicine & Health Care – official journal of the American Society of Law & Medicine.
- The National Catholic Bioethics Quarterly – publication of the National Catholic Bioethics Center.
- Specialty Law Digest: Health Care Cases – the best review of health care court decisions with a listing of recent journal articles.

Subscribe to Issues in Law & Medicine Today

© Issues in Law & Medicine | All Rights Reserved | Web Design by Kinetic Media LLC