

Home    About    Issues    Contact    **Authors**    For Reviewers    Login    

## Attention Authors:  Submit Your Manuscripts Below

Please **click here** to submit your manuscript that will be sent to our Editor-in-Chief: Barry A. Bostrom, M.Div., J.D.  Please review the **Editorial Policy and Solicitation of Manuscripts** at the bottom of this page before submitting your manuscript.

## EDITORIAL POLICY

Issues in Law & Medicine is a peer-reviewed journal published two times per year by the National Legal Center for the Medically Dependent & Disabled, Inc. and the Watson Bowes Research Institute. The Watson Bowes Research Institute is dedicated to fostering an even-handed scholarly consideration of scientific claims pertinent to the life issues. Issues in Law & Medicine is devoted to providing technical and informational assistance to attorneys, health care professionals, bioethicists, educators, and administrators concerned with the broad range of legal, medical, and ethical issues arising from the provision of health care services.

The National Legal Center invites the submission of papers to be published in Issues in Law & Medicine. Submitted papers are reviewed by experts in the area of the papers' content, and papers should conform to the highest professional standards.

FORM OF MANUSCRIPT: The manuscript should be double-spaced on 8 1/2 x 11 inch pages with at least a 1-inch margin on all sides. Manuscripts may be submitted by email to bcbostrom@gmail.com.

AUTHOR IDENTIFICATION: Name, degrees, schools, work affiliation, and other pertinent data on all authors are required. Please enclose this information on a separate page.

COPYRIGHT: In view of the Copyright Revision Act of 1976, upon acceptance of a manuscript for publication by Issues in Law & Medicine, the author(s) will be asked to sign an Author's Agreement conveying all copyright ownership to the National Legal Center for the Medically Dependent & Disabled, Inc.

Issues in Law & Medicine is listed in the following: Databases— BIOETHICSLINE, BIOSIS, EBSCO PUBLISHING, ELSEVIER, GALE GROUP, H. W. WILSON CO., INFONAUTICS CORP., LEXIS- NEXIS, MEDLARS/MEDLINE, PUBMED, PROQUEST, WESTLAW, WILLIAM S. HEIN; Indexes—Citation Index, Cumulative Index to Nursing and Allied Health Literature (CINAHL), Current Contents/Social & Behavioral Sciences, Current Law Index, Hospital Literature Index, Index to Legal Periodicals, Index Medicus, International Nursing Index, Social Sciences; and Abstracted in—BioLaw; Hastings Center Report; Law, Medicine & Health Care; The National Catholic Bioethics Quarterly; Specialty Law Digest: Health Care Cases.

## SOLICITATION OF MANUSCRIPTS

This is a solicitation of original manuscripts for publication. Submissions are welcome from professors, attorneys, health care professionals, and students. Manuscripts must demonstrate critical analysis of current literature and/or court decisions, original thought and logical development of the author's point of view, with relevant general and pinpoint citations. Manuscript text and endnotes must be double-spaced.

Topics of particular interest include abortion law and ethics, implications for women's health, premature births, and disability; anencephaly and the ethics of organ transplantation; assisted suicide; brain death guidelines for children and adults; treatment decisions for persons who are comatose, in a persistent vegetative state, or otherwise incompetent; conscience clauses for health care personnel; discrimination against persons who are disabled in medical treatment decision making; ethics committees and their role in treatment decisions; euthanasia and decisions to terminate life-sustaining care; genetic counseling; cloning, embryonic stem cell research, adult stem cell research, genetic research and its implication for people with disabilities; genetic testing and screening; genetic therapy; health care ethics; health care allocation and rationing; the human genome project; infanticide and decisions to withhold life- preserving treatment; informed consent and informed refusal of treatment for the incompetent patient; advantages and disadvantages of living wills; ethics of human experimentation and organ transplantation; autonomy and paternalism in physician/patient relationships; quality of life as a standard for treatment decision making; withholding and withdrawal of life-sustaining treatment; withholding and withdrawal of nutrition and hydration; and suicide.

Issues in Law & Medicine is the peer-reviewed publication of the National Legal Center for the Medically Dependent & Disabled, Inc. The National Legal Center is a not-for-profit national support center for persons who are medically dependent or disabled. Issues is devoted to providing technical and informational assistance to attorneys, health care professionals, educators, and administrators concerned with severely disabled persons of all ages who may be subjected to discrimination in the delivery of medical care. Issues is listed in 25 periodical services, including the Index of Legal Periodicals and Index Medicus.

Manuscript and curriculum vitae should be sent to Barry A. Bostrom, J.D., Editor-in-Chief, Issues in Law & Medicine, 7700 N. 37th Street, Terre Haute, Indiana 47805, or email at bcbostrom@gmail.com.

© Issues in Law & Medicine | All Rights Reserved | Web Design by Kinetic Media LLC