Page 1

1         IN THE UNITED STATES DISTRICT COURT
2       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
3
4
5
6
7       CIVIL ACTION NO.:   1:19-cv-272-LCB-LPA
8
9       MAXWELL KADEL, et al.
10               Plaintiffs
11
12      v.
13
14      DALE FOLWELL, et al.
15               Defendants
16
17
18         REMOTE VIDEOTAPED VIDEOCONFERENCE
19             DEPOSITION TESTIMONY OF:
20               PATRICK LAPPERT, M.D.
21                September 30, 2021
22
23

```
 1              A P P E A R A N C E S
 2
 3      FOR THE PLAINTIFFS (via remote
 4      videoconference):
 5
 6      Dmitriy Tishyevich, Esq.
 7      MCDERMOTT, WILL & EMERY
 8      One Vanderbilt Avenue
 9      New York, New York  10017
10      dtishyevich@mwe.com
11
12      Tara L. Borelli, Esq.
13      LAMBDA LEGAL DEFENSE AND EDUCATION FUND
14      158 West Ponce de Leon Avenue, Suite 105
15      Decatur, Georgia  30030
16      tborelli@lambdalegal.com
17
18      Omar Gonzalez-Pagan, Esq.
19      LAMBDA LEGAL DEFENSE AND EDUCATION FUND
20      120 Wall Street, 19th Floor
21      New York, New York  1005
22      ogonzalez-pagan@lambdalegal.com
23
```

```
 1    FOR THE DEFENDANTS (via remote
 2    videoconference):
 3
 4    John G. Knepper, Esq.
 5    LAW OFFICE OF JOHN G. KNEPPER LLC
 6    1720 Carey Avenue, Suite 590
 7    Cheyenne, Wyoming  82001
 8    john@knepperllc.com
 9
10    Kevin G. Williams, Esq.
11    BELL, DAVIS & PITT
12    100 North Cherry Street, Suite 600
13    Winston-Salem, North Carolina  27101
14    kwilliams@belldavispitt.com
15
16
17    ALSO PRESENT (via remote
18    videoconference):
19
20    Andrew Baker, Videographer
21
22
23
```

1    these meetings in more detail.  So, how
2    many -- strike that.
3            You've been to two meetings
4    organized by ADF?
5        A.   That's my recoll- -- yeah, two
6    meetings.  I think that's right.
7        Q.   All right.  Let's start with the
8    first one.  This was in 2017?
9        A.   That sounds about right, yeah.
10       Q.   What --
11       A.   I think it was 2017, yeah.
12       Q.   What month roughly?
13       A.   I don't remember now.
14       Q.   Do you know how they came to
15   invite you to that first meeting?
16       A.   I do not.
17       Q.   Before that meeting, you had not
18   published anything about gender
19   dysphoria, had you?
20       A.   No.
21       Q.   Before that meeting, you had not
22   published anything about the risks of use
23   of hormone blockers in minors; right?

         A.    No.   I've given -- I gave some
    -- some -- I think they may have heard of
    me not through publications, but through
    public speaking.
         Q.    How long have you been doing
    public speaking on the issues related to
    gender dysphoria?
         A.    Since 2014.
         Q.    Let's start with the first
    meeting.  So, Dr. Hruz was also present
    at that meeting?
         A.    Yes.
         Q.    Was Dr. Levine present at that
    meeting?
         A.    I don't think I've ever met Dr.
    Levine, so I don't -- he couldn't have
    been there because I would have
    remembered meeting him, and I don't
    remember ever having met him.
         Q.    How about Dr. McHugh?
         A.    No.  I would have remembered
    him.  He's a very famous person.
         Q.    How many people were present at

1     heart of the presentation was what's the
2     state of the science and where is the
3     reliable science coming from and what is
4     it -- what is it showing us, so.  But
5     they also -- the audience wanted to have
6     an understanding of what these plastic
7     surgery interventions were.  So there was
8     an extensive discussion of the
9     particulars of the surgeries, the details
10    about the surgeries, the typical outcomes
11    of the surgeries, so.
12         Q.   I want to -- strike that.
13              One of the topics of discussion
14    at that meeting was about the need to
15    have expert witnesses for litigation;
16    right?
17              MR. KNEPPER:  Objection, form,
18    scope.
19         A.   I remember -- I remember a
20    fairly long discussion about the poverty
21    of people who are willing to testify
22    because of the risk that they take in
23    testifying.  That was a -- that was a

Page 91

1    fairly long discussion.  And the
2    difficulty that that -- that people have
3    in finding expert witnesses because of
4    the risks they place themselves in, in
5    testifying.
6        Q.   And people at that meeting were
7    asked whether they would be willing to
8    participate as expert witnesses; right?
9        A.   Yes.
10       Q.   Before that meeting, you had
11   never testified as an expert witness?
12       A.   Before this moment, I never
13   testified as an expert witness.
14       Q.   Who made the introductory
15   remarks at the beginning of this meeting?
16            MR. KNEPPER:  Objection, form,
17   scope.
18       A.   I'm trying to remember.  It was
19   a -- it was an attorney whose first name
20   is Jeff, and I'm trying to remember what
21   his last name was.  But he seemed to be
22   the -- the -- kind of the emcee, if you
23   will.  Yeah, Jeff.  I'll see if, in the