```
From:     "James Shupe (Formerly Jamie Shupe)"
Sent:     3/30/2020 7:03:50 PM
To:       "Julianne Young"                              , "QUENTIN VAN METER"
Cc:       "Michelle Cretella"                           , "Dr. Fred Deutsch"                      , "Kelsey Coalition"
                                      , "Mary McAliste"                                          , "Natasha Chart"
                        , "Richard Mast" <r ast  c.o  q>, "Steve S   th"                         , "David Pickup"
                        , "Eunie S ith"                         , "Gary McCaleb"                 , "Glenn Ridder"
                        , "Horvath Hacsi"               , "Michael  aidlaw"                      , "Jane Robbins"
                        , " appert Patr ck"                     , "D au  H dz  nD"               , "McHugh
 au                     , "Monique Rob es MD"                   , "Roger Brooks"                 , " i othy
Millea MD"              , "Vernadette Broyles"                                                   Wa t neye
                                  Malone"                                    Scott, G eg
sjv ck@senate. daho.gov
Bcc:
Subject:  Re:  daho Vital Statistics  ntegrity Act - short window for co  ents - by Friday, January 24
```

Ju ianne,

Such wonderfu news in otherwise dark times. I've been making a point to pray each day, asking that the Governor wou d sign these bi s, and those prayers have now been answered. But stay strong, p ease, because a ot of hate wi no doubt be coming your way as the prob ematic e ements of the media feign outrage.

B essings, and many thanks for a of your hard work and courage to pass this historic egis ation.

James


On Monday, March 30, 2020, 09:23:10 PM EDT, QUENTIN VAN METER                    > wrote:

God is with us!

Quentin

> On March 30, 2020 at 8:26 PM Ju ianne Young                          wrote:
>
> Dear Fr ends,
>
> I cannot thank you enough for your he p and support! It s off c a – Governor L tt e s gned both H500 and H509 today! Many tears and prayers of grat tude! The f ght goes on!
>
> W th ove and grat tude,
> Ju ianne Young
>
> On Fr , Mar 27, 2020 at 12:27 PM Ju ianne Young <                          > wrote:
>
>> Thanks to Arthur for forwarding the email below. It is imperative that we keep our governor hearing our support for these bills.
>> 208-334-2100  governor@gov.idaho.gov

**From:** Arthur Schaper
**Sent:** Friday, March 27, 2020 10:32 AM
**To:** Representative Julianne Young <JYoung@house.idaho.gov>
**Subject:** Fw: URGENT: In a pandemic, anti-LGBTQ extremists in Idaho attack transgender youth

Hey Julianne:

This organization is based in Massachusetts, and they are also targeting the Governor of Idaho.

We are still going after the Governor, though, to make sure that he signs or at least allow the bills to become law.



Arthur Schaper, Organization Director
Website: MassResistance.org
Email:

@MassResistance
@CAMassResistance

---

**From:** Hannah Willard, Freedom for All Americans <editor@freedomforallamericans.org>
**Sent:** Thursday, March 26, 2020 5:03 AM
**To:** Arthur Schaper
**Subject:** URGENT: In a pandemic, anti-LGBTQ extremists in Idaho attack transgender youth

Bad bill alert in Idaho, Friend:

The *first and only* anti-transgender student athlete bill to pass this year is on the Governor's desk there *right now*.

That's right—while many state governments are trying to help people suffering in this pandemic, Idaho lawmakers are trying to hurt vulnerable youth. The cruelty is *extreme*, friend, and really shows just how determined anti-LGBTQ forces are to hurt our community.

The Governor is skeptical about the bill, so there's a chance he'll veto. But we're not leaving this up to chance: We're running online ads into Idaho right now, activating Idahoans to call for his veto. And we're coordinating local businesses to call for a veto too.

Idaho's Governor has until the middle of next week to veto. If you're able, and if you've already supported those who are suffering in your

**community right now, will you chip in $8 to our state campaigns team ASAP so we can keep the pressure on him?**

If he vetoes, it will be a huge victory for our movement. But even then, *dozens* of similar bills are still active in legislatures across the country—and legislative sessions this year could drag on, into the summer or longer.

While some legislatures have gaveled out, or have suspended other work to deal with the public health crisis, some haven't. And when the pandemic is contained, weeks or even months from now, and lawmakers are back at work, anti-LGBTQ legislation could be at the top of their agenda.

**Our state leaders need to focus on what matters—containing the virus, increasing testing, bolstering the economy, helping families, and ensuring children are able to learn from home. Not attacking our most vulnerable youth.**

**Help us fight anti-transgender legislation, in Idaho and across the country, for as long as it takes. If you can, chip in $8 to our state campaigns team.**

Thanks,

Hannah Willard,
Senior Director of Campaigns

| LIKE | FOLLOW | DONATE |

FreedomforAllAmericans.org
If your name has changed, click here to update it.
If you'd no longer like to receive these emails, click here.

---

On Fri, Mar 27, 2020 at 6:26 AM Julianne Young <​​​​​​​​​​​​​​​​​​​​​​​> wrote:

At the end of the day yesterday the newly posted information on the governor's website showed that there are only 30 bills left awaiting action. H500 (Fairness in Women's Sports- protecting biological males from competing in women's sports) and H509 (The Idaho Vital Statistics Act) are among those which have been left without action. These are subject to possible veto or signing through the 31st. If they are not been vetoed before 6:33 PM on the 31st they can become law even if they are not signed. We need to continue letting the governor know that these are important to us. Thank you.

Julianne Young

On Tue, Mar 24, 2020 at 8:18 PM Julianne Young <​​​​​​​​​​​​​​​​​​​​​​​> wrote:

My sincere apologies to all, but the governor's office decided at around noon today that they had until the 31st to act on these bills. We now have until the 31st to continue expressing public support!

On Mon, Mar 23, 2020 at 1:20 PM Julianne Young <​​​​​​​​​​​​​​​​​​​​​​​> wrote:

One more post on time frames: Apparently since H509 was transmitted to the governor before we adjourned, the 5 days still applies. That means that he has until tomorrow afternoon at 5:40 pm to act. As of last night he hadn't addressed it yet.

On Sat, Mar 21, 2020 at 8:58 AM James Shupe (Formerly Jamie Shupe) <███████████████> wrote:

> Fred,
>
> I've wrestled with whether or not I should bite my tongue or in a military-style "after actions review" kinda way, I should chime in with how I saw things play out.
>
> Okay, so first off, I'm grateful for your courage to do this bill because it's a big strike in the right direction. I'm also saddened that you're taking a lot of heat, but that was to be expected and you knew that was coming going into the fight. All that said, there were, however, in my view some serious problems in, for a lack of a better word, the "campaign" to pass the legislation. As I stated previously, I thought it was a horribly bad idea to have folks that are still trans-identifying testifying or otherwise involved. You have to consider that if you were to somehow piss them off, they could turn all of our emails over the ACLU, etc. That was literally like having people testifying "don't do this, even though I'm doing it because it's lifesaving." And, of course, the argument from your foes was "we can help people like those folks do it even better, and without the surgeries, because we got them young when they most needed the help." So that was an all-around bad idea. Next up, as I understood it, and please correct me if I'm wrong, but your platform was that you weren't against adults transitioning. Let's all be honest, there's no such thing as transitioning, and the harm in that approach is it's being complicit in unleashing these folks on females. By condoning the creation of these trans adults, it's being complicit in allowing them to compete in female sports, invade women's spaces such as bathrooms, locker rooms, homeless shelters, prisons, the compelled speech, pronoun issues, etc. There's real harm in that and it's something I've stood against even before I desisted.
>
> In the future, I think a better approach in this regard is to say we support adults having autonomy over their bodies but we refuse to participate in the delusion that they've changed sex because of gender identity or because of the medical treatments. Further, these adults have to take responsibility for the changes they've made to their bodies in regard to how they navigate society and even the medical system. To be crass, cutting my penis off doesn't warrant me getting into a female bathroom because it's a choice I made as an adult with autonomy over my body.
>
> So again, Fred, I am truly grateful for your hard work and willingness to do this because it's put the language and framework into place for other states to hopefully be successful. I just hope they come at it differently.
>
> For those of you that haven't updated my email address yet, please change it to ███████████████
>
> I'm legally back to James now, so it's time to put Jamie to rest, forever. Jamie was a failed medical and psychiatric experiment, nothing more.
>
> Blessings,
>
> James
>
> On Thursday, March 19, 2020, 03:32:54 PM EDT, Dr. Fred Deutsch <███████████████> wrote:
>
> Thank you for your courage. Though our session in SD is now over and our efforts to protect gender-confused vulnerable children failed, I continue to receive ugly email and social media posts. America needs more state legislators like you. – Fred Deutsch, South Dakota Rep.

From: Julianne Young
Sent: Thursday, March 26, 2020 9:25 AM
To: Michele Cretella
Cc: Kelsey Coalition; James Shupe (Formerly Jamie Shupe); Mary McAlister; Natasha Chart; Richard Mast; Steve Smith; Gary McCaleb; Glenn Ridder; Horvath Hacsi; Michael Laidlaw; Jane Robbins; Lappert Patrick; MD Paul Hruz PhD; Margaret Clarke; Matt Sharp; McHugh Paul; Monique Robles MD; Quentin Van Meter; Roger Brooks; Timothy Millea MD; Vernadette Broyles; Walt Heyer; William Malone; Scott, Greg; sjvcklj@senate.idaho.gov

Subject: Re: Idaho Vital Statistics Integrity Act - short window for comments - by Friday, January 24

H509 passed the Senate 27-6 with the support of every Republican Senator. The governor is receiving national pressure to veto. Any support that can be communicated is helpful: governor@gov.idaho.gov

Here is a link to my Facebook page where I posted my comments, as I provided them to CNN, along with a link to their 'news coverage' of H509. https://www.facebook.com/YoungForIdahoHouse/

Thank you again for your help and support in this effort. Prayers for the governor and his staff now!

Julianne Young

On Tue, Mar 17, 2020 at 7:34 AM Julianne Young wrote:

> Yesterday H500, a bill protecting female athletes from being displaced by biological males, was debated in the Senate and passed 11 to 24. I believe the vote will be similar on H509. It is now about bill number 30 on the Senate third reading calendar. I continue to pray that we get a vote before we are disbanded due to the coronavirus. If we adjourn, it will die. It could be late today if bills move quickly or, perhaps, tomorrow.

Julianne Young

On Sat, Mar 14, 2020 at 8:51 AM Julianne Young wrote:

>> Our committee hearing went well and we came through Senate State Affairs with a party line vote. 509 has been hanging on the Senate third reading calendar waiting for a floor vote for several days and they are not moving business through very quickly. There are more than 50 bills ahead of us and they are talking about adjourning mid-week next week because of the corona virus. We have the support of leadership but the Democrats will be attempting to use the time pressure against us. Your prayers are appreciated.

On Thu, Mar 5, 2020 at 8:13 AM Julianne Young wrote:

>>> It has been confirmed that we will get a hearing toward the beginning of next week.

On Wed, Mar 4, 2020 at 8:49 AM Julianne Young wrote:

I be eve that our ab ty to address the negat ve AG op n on wh ch came out Fr day (after 1523 passed the House) s cr t cal. I m attach ng the op n on w th my scr bb es). Your cr t c sm and suggest ons are apprec ated. Thanks.

On Wed, Mar 4, 2020 at 7:44 AM Ju anne Young <span style="background:black">████</span> wrote:

> I heard from the Speaker ast n ght that we w have a hear ng for H509 on the Senate s de. I w be more conf dent n th s when I hear t from the cha rman, but I have good reason to hope. It's t me to th nk about what we w present and who m ght be ab e to test fy. I w et you know as soon as I have more nformat on.

> On Sat, Feb 22, 2020 at 2:50 PM <span style="background:black">████</span> wrote:
>
>> Yes. Th s must be persona zed!
>>
>> Stor es - not facts - move peop e to act!
>>
>> Sent from my Phone

>>> On Feb 22, 2020, at 4:25 PM, Ke sey Coa t on <span style="background:black">████</span> wrote:
>>>
>>> A though we a know th s who e th ng s r d cu ous and t s Orwe an that we have to have a b to say that 1+1 2, I th nk somet mes peop e can see th s ssue more c ear y when we can persona ze the ssue.
>>>
>>> Cons der f you are a mother of a daughter. One day your daughter cou d dec de w thout your nvo vement to change her b rth cert f cate. Th s ega document wou d now say that you gave b rth to a son. You have zero say. Th s document s a e about your persona fe and your hea th h story and s happen ng to KC parents n many states. https://transgender awcenter.org/resources/ d/state-by-state-overv ew-chang ng-gender-markers-on-b rth-cert f cates

>>>> On Sat, Feb 22, 2020 at 2:57 PM James Shupe (Former y Jam e Shupe) <span style="background:black">████</span> wrote:

As these b s are advanced, I th k t s mportant to do at east some educat on on the h story of gender dent ty, even f just br ef y, because I don't be eve there are very many awmakers that are actua y know edgeab e on the top c. No doubt many of them w f nd t d sturb ng to earn they're o der than the quack theor es beh nd the who e sham.

James

On Saturday, February 22, 2020, 02:48:38 PM EST, M che e Crete a <██████████> wrote:

But t s even worse than any other examp e n h story n the sense that the State s forc ng peop e to part c pate n a e ak n to 2+2 5 ... I mean NO ONE shou d have to appea to the r "Freedom of Re g on/Consc ence" to stand up aga nst 2+2 5 / a man s NOT a woman! If th s s not the def n t on of nsane I don't know what s!

On Sat, Feb 22, 2020 at 2:14 PM Mary McA ster <██████████> wrote:
> Exce ent po nt Dr. C. That s one of the arguments we are mak ng regard ng the schoo aff rmat on po c es, .e., the state s compe ng students to utter a fa se statement, wh ch vo ates free speech and free exerc se r ghts (or r ghts of consc ence genera y). That's under y ng pronoun po c es and pr vacy fac t es use po c es requ r ng ch dren to aff rm c assmates are g r s when