**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division**

AUGUST DEKKER *et al.,*

        *Plaintiffs,*

    v.

JASON WEIDA, *et al.,*

        *Defendants*.

Case No. 4:22-cv-00325-RH MAF

**DECLARATION OF CARL S. CHARLES**

Pursuant to 28 U.S.C. § 1746, I, Carl S. Charles, do hereby declare as follows:

1.     I am over 18 years of age.

2.     I am a Senior Attorney at Lambda Legal Defense and Education Fund, Inc. and serve as counsel of record for the plaintiffs in the above-captioned matter.

3.     I have personal knowledge of the facts stated herein and if called upon, could and would testify competently to them.

4.     I submit this declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Stephen B. Levine, M.D. ("Dr. Levine.").

5.     Attached as **Exhibit A** is a true and correct copy of excerpts of the expert declaration of Dr. Levine in the above-captioned matter,

1

which is dated and was served on Plaintiffs on February 16, 2023.

6.     Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of the bench trial in *Brandt* v. *Rutledge* No. 4:21-cv-00450-JM (E.D. Ark., 2022), where Dr. Levine testified on November 28, 2022.

7.     Attached as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Dr. Levine taken on September 10, 2021, in relation to *Kadel v. N. C. State Health Plan for Tchrs. and State Emps.*, 12 F.4th 422, 427 (4th Cir. 2021).

8.     Attached as **Exhibit E** is a true and correct copy of excerpts from the transcript of the bench trial in *Soneeya v. Turco*, No. 07-12325-DPW (D. Mass 2019) where Dr. Levine testified on April 4, 2019.

9.     Attached as **Exhibit F** is a true and correct copy of excerpts of the zoomed deposition of Dr. Levine taken December 21, 2020, in relation to *Claire v. Florida Dept. of Management Services*, 504 F. Supp. 3d 1328 (N.D. Fla. 2020).

10.     Attached as **Exhibit G** is a true and correct copy of the article "International Clinical Practice Guidelines For Gender Minority/Trans People: Systematic Review And Quality Assessment," published in April 2021.

11.     Attached as **Exhibit H** is a true and correct copy of a printout from the Cass Review website "About The Review" page, which was last accessed on April 7, 2023.

12.     Attached as **Exhibit I** is a true and correct copy of excerpts of the Endocrine Society Clinical Practice Guideline for Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons, published in November 2017.

13.     Attached as **Exhibit J** is a true and correct copy of excerpts of the WPATH Standards of Care Version 8, published on September 15, 2022.

14.     Attached as **Exhibit K** is a true and correct copy of excerpts of the expert report of Joanna Olson-Kennedy, M.D., signed and served on Defendants on February 16, 2023, in the above captioned matter.

15.     Attached as **Exhibit L** is a true and correct copy of the article "Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden," published in February 2011.

16.     Attached as **Exhibit M** is a true and correct copy of an excerpt from the published Ph.D. Thesis, "On Gender Dysphoria," written by Cecilia Dhejne, Ph.D., in 2017.

17.     Attached as **Exhibit N** is a true and correct copy of an excerpt from the Diagnostic and Statistical Manual of Mental Disorders, Version 5 published in 2013.

18.     Attached as **Exhibit O** is a true and correct copy of the article "Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria," published March 19, 2019.

19.     Attached as **Exhibit P** is a true and correct copy of the article "Do Clinical Data From Transgender Adolescents Support the Phenomenon of 'Rapid-Onset Gender Dysphoria'?," published in The Journal of Pediatrics in April 2022.

20.     Attached as **Exhibit Q** is a true and correct copy of an excerpt from the expert rebuttal report of Dr. Levine, which is dated and was served on Plaintiffs on March 10, 2023.

21.     Attached as **Exhibit R** is a true and correct copy of an excerpt from the transcript of the deposition of Stephen Levine, M.D., taken on March 31, 2022, in relation to *B. P. J.* v. *W. Va. State Bd. of Educ.*, 550 F. Supp. 3d 347 (S.D.W. Va. 2021).

I declare under the penalty of perjury that the foregoing is true and

correct.

Dated this 7th day of April 2023.

/s/Carl S. Charles
Carl S. Charles
*Counsel for Plaintiffs*