# Exhibit E

```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


_____

KATHEENA SONEEYA,

                    Plaintiff,           Civil Action
                                         No. 07-12325-DPW
V.
                                         April 8, 2019
THOMAS A. TURCO III, in his official
capacity as Commissioner of the
Massachusetts Department of Correction,  10:23 a.m.

                    Defendant.
_____



              TRANSCRIPT OF BENCH TRIAL DAY 1

           BEFORE THE HONORABLE DOUGLAS P. WOODLOCK

                 UNITED STATES DISTRICT COURT

                JOHN J. MOAKLEY U.S. COURTHOUSE

                       1 COURTHOUSE WAY

                       BOSTON, MA  02210




                DEBRA M. JOYCE, RMR, CRR, FCRR
                 KELLY MORTELLITE, RMR, CRR
                    Official Court Reporters
                 John J. Moakley U.S. Courthouse
                  1 Courthouse Way, Room 5204
                       Boston, MA  02210
                      joycedebra@gmail.com
```

```
 1    witness, ask me.
 2              MS. HANCOCK:  Okay.  Apologies, your Honor.
 3    BY MS. HANCOCK:
 4    Q.   So two versions were released since 1999, correct?
 5    A.   Correct.
 6    Q.   And one in 2001, as you just testified, right?
 7    A.   Right.
 8    Q.   And another one in 2011; is that right?
 9    A.   Yes.
10    Q.   And as you understand it, there's going to be an eighth
11    version coming out soon, correct?
12    A.   Yes.
13    Q.   And you're not involved in drafting that version, correct?
14    A.   I am not.
15    Q.   And you requested to participate in drafting that version,
16    correct?
17    A.   I'm not sure that's correct.
18    Q.   You did not ask to be involved in drafting that version?
19    A.   I think -- I think I actually might have, now that you
20    bring it up, but I was told I had to be a member of WPATH.
21    Q.   Now, you've worked as a consultant for the DOC since
22    around 2007 or 2008.  Does that sound right?
23    A.   That sounds right.
24    Q.   And you're not technically engaged by the DOC, though,
25    right?
```