# Exhibit Q

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| AUGUST DEKKER, et al., *Plaintiffs*, v. JASON WEIDA, et al., *Defendants*. | Case No. 4:22-cv-00325-RH-MAF |

# REBUTTAL EXPERT REPORT OF
## STEPHEN B. LEVINE, M.D.

## Detransition

30.     There now exists a growing awareness of detransition after affirmative care. The assumption that this was a rare occurrence began to lose traction when it was realized that 16,000 individuals had been on a detransition website, many of whom wrote of their process. (Exposito-Campos, 2021).  Then, three studies approximating the rate of detransition within 16 months to five years were published (Hall et al., 2021; Boyd et al., 2022; Roberts et al., 2022). In March 2022, an international detransition day was held.  Most recently, an abstract of research found that within a 36-month period, 64% of trans adolescents fluctuated in their gender identities.  This brings us to the important question of the natural history of childhood onset and adolescent onset of gender dysphoria.  Natural history means what happens to these individuals if they are not affirmatively treated.

31.     Beginning on paragraph 85 of his report, Dr. Karasic goes to great length to undermine Dr. Cantor's report of 11 studies of the follow up of trans-identified children, each of which reported that the majority of these boys and girls outgrew their earlier trans sense of self (Cantor, 2020).  Dr. Karasic demeans Dr. Cantor's observations in part because of his research on pedophilia and that he said in a legal document he does not deal with young children. Dr. Cantor, a respected scholar, pointed out the fact that the American Academy of Pediatrics' (AAP) 2018 recommendations for affirmative treatment of children (social transition only) was

reasons did not obtain affirmative care (typically too impaired psychiatrically). A previous Dutch study showed that almost the entire group was no longer trans (Smith et al., 2001).

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this <u>10th</u> day of March 2023.

/s/ Stephen B. Levine
_____
Stephen B. Levine, M.D.
