# Exhibit R

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE WESTERN DISTRICT OF WEST VIRGINIA
 3                      CHARLESTON DIVISION
 4
 5     _____
       B.P.J. by her next friend and)
 6     mother, HEATHER JACKSON,      )
                                     )
 7              Plaintiff,           )
                                     )
 8        vs.                        )  No. 2:21-cv-00316
                                     )
 9     WEST VIRGINIA STATE BOARD OF  )
       EDUCATION, HARRISON COUNTY    )
10     BOARD OF EDUCATION, WEST      )
       VIRGINIA SECONDARY SCHOOL     )
11     ACTIVITIES COMMISSION, W.     )
       CLAYTON BURCH in his official )
12     capacity as State             )
       Superintendent, DORA STUTLER, )
13     in her official capacity as   )
       Harrison County               )
14     Superintendent, and THE STATE )
       OF WEST VIRGINIA,             )
15                                   )
                Defendants,          )
16                                   )
       LAINEY ARMISTEAD,             )
17                                   )
                Defendant-Intervenor.)
18     _____ )
19                  VIDEOTAPED DEPOSITION OF
                        STEPHEN LEVINE
20                 Wednesday, March 30, 2022
                           Volume I
21
22
23     Reported by:
       ALEXIS KAGAY
24     CSR No. 13795
       Job No. 5122884
25     PAGES 1 - 289
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2         FOR THE WESTERN DISTRICT OF WEST VIRGINIA
 3                     CHARLESTON DIVISION
 4
 5   _____
                                    )
 6   B.P.J. by her next friend and  )
     mother, HEATHER JACKSON,       )
 7                                  )
              Plaintiff,            )
 8                                  )  No. 2:21-cv-00316
        vs.                         )
 9                                  )
     WEST VIRGINIA STATE BOARD OF   )
10   EDUCATION, HARRISON COUNTY     )
     BOARD OF EDUCATION, WEST       )
11   VIRGINIA SECONDARY SCHOOL      )
     ACTIVITIES COMMISSION, W.      )
12   CLAYTON BURCH in his official  )
     capacity as State              )
13   Superintendent, DORA STUTLER,  )
     in her official capacity as    )
14   Harrison County                )
     Superintendent, and THE STATE  )
15   OF WEST VIRGINIA,              )
                                    )
16            Defendants,           )
                                    )
17   LAINEY ARMISTEAD,              )
                                    )
18          Defendant-Intervenor.   )
     _____)
19
20          Remote videotaped deposition of
21   STEPHEN LEVINE, Volume I, taken on behalf of Plaintiff,
22   with all participants appearing remotely, beginning at
23   9:09 a.m. and ending at 5:46 p.m. on Wednesday,
24   March 30, 2022, before ALEXIS KAGAY, Certified
25   Shorthand Reporter No. 13795.
```

Page 2

```
 1   APPEARANCES (via Zoom Videoconference):
 2
 3   For The Plaintiff B.P.J.:
 4      COOLEY
 5      BY:   KATELYN KANG
 6      BY:   VALERIA M. PELET DEL TORO
 7      BY:   ANDREW BARR
 8      BY:   KATHLEEN HARTNETT
 9      BY:   JULIE VEROFF
10      BY:   ELIZABETH REINHARDT
11      BY:   ZOE HELSTROM
12      Attorneys at Law
13      500 Boylston Street
14      14th Floor
15      Boston, Massachusetts 02116-3740
16      617.937.2305
17      KKang@Cooley.com
18      VPeletDelToro@Cooley.com
19      ABarr@Cooley.com
20      KHartnett@cooley.com
21      JVeroff@Cooley.com
22      ZHolstrom@Cooley.com
23
24
25
```

Page 3

```
 1   APPEARANCES (Continued):
 2
 3   For Plaintiff:
 4      LAMBDA LEGAL
 5      BY:  SRUTI SWAMINATHAN
 6      BY:  MAIA ZELKIND
 7      Attorneys at Law
 8      120 Wall Street
 9      Floor 19
10      New York, New York 10005-3919
11      SSwaminathan@lambdalegal.org
12      MZelkind@lambdalegal.org
13
14
15   For the Intervenor:
16      ALLIANCE DEFENDING FREEDOM
17      BY:  ROGER BROOKS
18      BY:  LAWRENCE WILKINSON
19      Attorneys at Law
20      1000 Hurricane Shoals Road, NE 30043
21      RBrooks@adflegal.org
22      LWilkinson@adflegal.org
23
24
25
```

Page 4

```
 1   APPEARANCES (Continued):

 2

 3

 4   For the State of West Virginia:

 5      WEST VIRGINIA ATTORNEY GENERAL

 6      BY:  DAVID TRYON

 7      Attorney at Law

 8      112 California Avenue

 9      Charleston West Virginia 25305-0220

10      681.313.4570

11      David.C.Tryon@wvago.gov

12

13

14   For West Virginia Board of Education and Superintendent

15   Burch, Heather Hutchens as general counsel for the

16   State Department of Education:

17      BAILEY & WYANT, PLLC

18      BY:  KELLY MORGAN

19      Attorney at Law

20      500 Virginia Street

21      Suite 600

22      Charleston, West Virginia 25301

23      KMorgan@Baileywyant.com

24

25
```

Page 5

```
 1   APPEARANCES (Continued):
 2
 3   For defendants Harrison County Board of Education and
 4   Superintendent Dora Stutler:
 5       STEPTOE & JOHNSON PLLC
 6       BY:  SUSAN L. DENIKER
 7       Attorney at Law
 8       400 White Oaks Boulevard
 9       Bridgeport, West Virginia 26330
10       304.933.8154
11       Susan.Deniker@Steptoe-Johnson.com
12
13
14   For West Virginia Secondary School Activities
15   Commission:
16       SHUMAN MCCUSKEY SLICER
17       BY:  SHANNON ROGERS
18       Attorney at Law
19       1411 Virginia Street E
20       Suite 200
21       Charleston, West Virginia 25301-3088
22       SRogers@Shumanlaw.com
23
24
25
```

Page 6

```
 1   APPEARANCES (Continued):
 2
 3   For West Virginia Secondary School Activities
 4   Commission:
 5       SHUMAN MCCUSKEY SLICER
 6       BY:  ROBERTA GREEN
 7       Attorney at Law
 8       1411 Virginia Street E
 9       Suite 200
10       Charleston, West Virginia 25301-3088
11       RGreen@Shumanlaw.com
12
13
14
15   Also Present:
16       MITCH REISBORD - VERITEXT CONCIERGE
17
18   Videographer:
19       KIMBERLEE DECKER
20
21
22
23
24
25
```

Page 7

```
 1       Q    Why don't you give me your estimate of how
 2   many prepubertal children you've ever seen as patients,
 3   and then we can ask more questions.
 4       A    I would say a handful.  Six.
 5       Q    And how many of those -- of those              11:15:35
 6   approximately six did you see more than one time?
 7       A    I can't recall one.
 8       Q    And then I'll ask the same question about
 9   adolescents, which I'll mean minors from puberty
10   through being a minor.                                  11:16:00
11            How many adolescent patients have you had in
12   your career, approximately?
13       A    50.
14       Q    And how many of those have you seen more than
15   once?                                                   11:16:14
16       A    Most.
17       Q    And were most of those, of the adolescent
18   patients you've seen, late adolescence?
19       A    No.
20       Q    Turning back to your CV, you list yourself --  11:16:27
21   you're listed as a clinical professor at Case Western
22   Reserve University School of Medicine; correct?
23       A    Yes.
24       Q    Do you work at Case Western Reserve University
25   School of Medicine full-time?                           11:16:51
```

Page 87

```
 1   three months because I'm part of a committee to plan
 2   the curriculum on sexuality and gender.
 3           Speaking of education, the university --
 4   other -- other institutions also asked me to teach
 5   about this subject.  And on August -- on April 7th, I'm    12:07:39
 6   going to Akron to teach -- or virtually I'm going to
 7   teach a three -- a two-and-a-half-hour seminar.
 8           And I forgot to mention to you before, and I'd
 9   like you to hear this, that when you were questioning
10   me about my credentials or not having a certificate        12:07:57
11   about -- in child psychiatry, you should know, I forgot
12   to tell you that Cleveland Clinic, department of child
13   psychiatry, and the University Hospitals, the
14   department of child psychiatry, sends residents to be
15   with me as part of their training in child development    12:08:18
16   and child clinical issues, child and adolescent
17   clinical issues.
18           So I think -- I just forgot to mention that.
19      Q    Are you familiar with the University
20   Hospitals' LGBTQ and gender care program?                  12:08:48
21      A    I'm aware that it exists, yes.
22      Q    Have you ever talked to any clinicians in that
23   practice?
24      A    No one has ever talked to me in that practice.
25   The only time I have interaction with them is when --     12:09:00
```

Page 113

```
 1    if I present grand rounds, some of those people ask me
 2    a question.  But they've never consulted me whatsoever
 3    in the formation of their clinic and in the ongoing
 4    work of their clinic.
 5           Although, Cleveland Clinic has a very similar      12:09:20
 6    program, and they have called me up and -- for some
 7    advice sometimes.
 8           But my -- my, quote, own University Hospitals'
 9    place I don't really think has any people from child
10    psychiatry in it, but I'm not sure because they have    12:09:38
11    kept me away.
12       Q   What do you mean they have kept you away?
13       A   Just what I explained.  They have never
14    communicated with me.  It is -- you know, other people
15    know me as being published in this area.  You know, I   12:09:54
16    think I've written 20 articles on this -- you know, I
17    have 20 or so publications in this area.  You would
18    think that they would invite me or consult with me or
19    ask me questions, but I think they recognized that they
20    are part of what is called affirmative care and what I  12:10:18
21    would say, rapidly affirmative care, and -- and they
22    sense that I'm not so interested in rapid, that -- that
23    I believe that -- that I have long believed that people
24    who have this kind of dilemma need some patient time in
25    talking about this matter.                              12:10:45
```

Page 114