IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.   Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.,

    Defendants.

_____/

## **NOTICE TO COURT**

Defendants Secretary Weida and the Florida Agency for Health Care Administration notify this Court and counsel, under Federal Rule of Appellate Procedure 21(a)(1), that Secretary Weida has filed the attached petition for writ of mandamus in the Eleventh Circuit. The writ concerns this Court's denial of his motion for protective order. Docs. 115, 118.

|  | Respectfully submitted by: |
|---|---|
|  | /s/ Mohammad O. Jazil |
|  | Mohammad O. Jazil (FBN 72556) |
|  | mjazil@holtzmanvogel.com |
|  | Gary V. Perko (FBN 855898) |
|  | gperko@holtzmanvogel.com |
|  | Michael Beato (FBN 1017715) |
|  | mbeato@holtzmanvogel.com |
|  | zbennington@holtzmanvogel.com |
|  | HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK |
|  | 119 S. Monroe St. Suite 500 |
|  | Tallahassee, FL 32301 |
|  | (850) 270-5938 |
| Dated: April 10, 2023 | *Counsel for Defendants.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

1