IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

vs.                                      Case No. 4:22cv325-RH-MAF

JASON WEIDA, et al.,

    Defendants.

_____/

## O R D E R

Attorneys Walt Heyer, Ted Halley, and Clifton Burleigh, Jr., filed a motion for leave to appear as *amici curiae* in support of Defendants' motion for summary judgment.  ECF No. 134.  However, the motion was subsequently withdrawn.  ECF No. 137.  This Order denies the motion as moot.

Attorney Brian W. Barnes has filed a motion for leave to appear *pro hac vice* in this case on behalf of *amicus curiae* Do Not Harm.  ECF No. 126.  Mr. Barnes has demonstrated that he does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the District of Columbia.  *Id.*  Counsel has completed this Court's

local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 126, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Additionally, another motion for leave to appear *pro hac vice* in this case has been filed by attorney John D. Ramer, seeking to represent *amicus curiae* Do Not Harm. ECF No. 129. Counsel has demonstrated that he does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the District of Columbia. *Id.* Mr. Ramer has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 129, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is

**ORDERED:**

1. The motion for leave to appear as *amicus curiae*, ECF No. 134, is **DENIED as moot**. *See* ECF No. 137.

2. The motion for leave to appear pro hac vice for *amicus curiae*, ECF No. 126, is **GRANTED**.

Case No. 4:22cv325-RH-MAF

3.  The motion for leave to appear pro hac vice for *amicus curiae*, ECF No. 129, is **GRANTED**.

**DONE AND ORDERED** on April 11, 2023.

<u>S/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**