# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.   CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER ON TRIAL SCHEDULE

The trial remains set to begin on Tuesday, May 9, 2023, at 9:00 a.m. The trial will continue from day to day until concluded. But court will not be in session on weekends or on Monday and Tuesday, May 15 and 16.

SO ORDERED on April 10, 2023.

                s/Robert L. Hinkle
                United States District Judge