IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


AUGUST DEKKER et al.,

    Plaintiffs,

v.                                  CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO FILE AMICUS BRIEFS

The unopposed motions, ECF Nos. 122, 123, 131, 132, and 140, of Alabama, Arkansas, Georgia, Indiana, Iowa, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, South Carolina, Tennessee, Texas, Utah, Virginia, Dr. Jay W. Richards, Do No Harm, Roger Severino, Rachel N. Morrison, Maya Norohna, Louis Brown, Jr., Christine Pratt, Marie Meszaros, Walt Heyer, Ted Halley, and Clifton Burleigh, Jr. for leave to file amicus briefs in support of the motion for summary judgment are granted. The amicus briefs, ECF

Nos. 122-1, 123-1, 131-1, 132-1, and 140-1, are deemed properly filed.

SO ORDERED on April 12, 2023.

s/Robert L. Hinkle  
United States District Judge