**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF FLORIDA**
UNITED STATES COURTHOUSE
111 NORTH ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717

**ROBERT L. HINKLE**
**DISTRICT JUDGE**

April 17, 2023

Mr. David J. Smith
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
Atlanta, Georgia 30303

    Re:  In re Secretary, Florida Agency for Health Care Administration,
          No. 23-11126-H

Dear Mr. Smith:

    The Court of Appeals entered an order on April 14, 2023 directing the respondents to answer this petition and inviting me to answer. The order said that if I elect not to participate, I should serve and file a letter to that effect with the Clerk of Court. This is that letter. I elect not to participate.

    This letter will be served through the district court's CM/ECF system on all attorneys of record, including those who have appeared in either the circuit or district court.

                                    Respectfully submitted,

                                    s/Robert L. Hinkle
                                    United States District Judge