IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.                                                                  Case No. 4:22-cv-325-RH-MAF

JASON WEIDA, et al.,

    Defendants.
_____/

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1(C), Eric Kniffin, with the law firm of Kniffin Law PLLC, hereby applies to this Court for admission *pro hac vice* in the above-styled case on behalf of *amici curiae* Walt Heyer, Ted Halley, and Clifton Francis Burleigh, Jr., and states the following:

1. Eric Kniffin is an active member in good standing of the bar of Colorado, a member of the bar of the state of Illinois, a member of the bar in the District of Columbia, a member of the bar for the United States Supreme Court, and numerous federal district and appellate courts. Attached as Exhibit A is a Certificate of Good Standing from the Colorado Bar.

2. Mr. Kniffin does not maintain a regular practice of law in the State of Florida.

3. Mr. Kniffin has completed the Local Rules Tutorial, received his confirmation number FLND1677544379207, is familiar with the Local Rules of the Northern District of Florida, and will comply with them.

4. Mr. Kniffin has reviewed the online CM/ECF Attorney User's Guide and maintains an upgraded PACER account.

5. Mr. Kniffin is paying the required $208.00 pro hac vice fee for this case at the time of filing.

6. Mr. Kniffin represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

WHEREFORE, attorney Eric Kniffin moves this Court to enter an Order allowing him to appear before this Court on behalf of *amici curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: April 18, 2023                     Respectfully submitted,

/s/ *Eric N. Kniffin*
Eric N. Kniffin
CO Bar No. 48016
KNIFFIN LAW PLLC
102 Tejon St., Suite 1100
Colorado Springs, CO 80903
Phone: (719) 212-4391
Email: eric@kniffin.law
*Attorney for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion contains 280 words.

 /s/ *Eric N. Kniffin*
Eric N. Kniffin
CO Bar No. 48016
KNIFFIN LAW PLLC

## CERTIFICATE OF CONFERRAL

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion. No party opposes the relief requested.

 /s/ *Eric N. Kniffin*
Eric N. Kniffin
CO Bar No. 48016
KNIFFIN LAW PLLC