

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Eric Nieuwenhuis Kniffin**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**8th**__ day of __**December**__ A.D. __**2014**__ and that at the date hereof the said __**Eric Nieuwenhuis Kniffin**__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**17th**__ day of __**April**__ A.D. __**2023**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk