IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 23-11126-H

In re: SECRETARY, FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

Petitioner,

On Petition for a Writ of Mandamus from
the United States District Court for the Northern District of Florida

ORDER:

Before this Court is the April 10, 2023, Petition for a Writ of Mandamus. Respondents are DIRECTED to file an answer to the Petition within 7 days after the date of this order. The Court also INVITES the District Court Judge to answer the Petition within the same 7-day period. If the District Court Judge elects not to participate, he should serve and file a letter to that effect with this Court's Clerk of Court within the same 7-day period.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 14, 2023

Jennifer G. Altman
Pillsbury Winthrop Shaw Pittman, LLP
600 BRICKELL AVE STE 3100
MIAMI, FL 33131

Carl S. Charles
Lambda Legal
1 W CT SQ STE 105
DECATUR, GA 30030

Katherine DeBriere
Florida Legal Services
14260 W NEWBERRY RD #412
NEWBERRY, FL 32669

Omar Gonzalez-Pagan
Lambda Legal Defense
120 WALL ST 19TH FL
NEW YORK, NY 10005

Honorable Robert L. Hinkle
U.S. District Court
111 N ADAMS ST
595
TALLAHASSEE, FL 32301

Catherine McKee
National Health Law Program
200 N GREENSBORO ST STE D-13
CARRBORO, NC 27510

Shani Rivaux
Pillsbury Winthrop Shaw Pittman, LLP
600 BRICKELL AVE STE 3100
MIAMI, FL 33131

Appeal Number: 23-11126-H
Case Style: In re: Secretary, Florida Agency for Health Care Administ
District Court Docket No: 4:22-cv-00325-RH-MAF

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at <u>www.pacer.gov</u>. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

<u>Clerk's Office Phone Numbers</u>
General Information:            404-335-6100     Attorney Admissions: 404-335-6122
New / Before Briefing Cases:        404-335-6135     Capital Cases:          404-335-6200
Cases in Briefing / After Opinion: 404-335-6130     CM/ECF Help Desk: 404-335-6125
Cases Set for Oral Argument:        404-335-6141

MOT-2 Notice of Court Action