UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

            *Plaintiffs*,

      v.

JASON WEIDA, et al.,

            *Defendants*.

Case No. 4:22-CV-00325-RH-MAF

**UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE CORRECTED AMICUS CURIAE BRIEF BY ALABAMA, ARKANSAS, GEORGIA, INDIANA, IOWA, KENTUCKY, LOUISIANA, MISSISSIPPI, MISSOURI, MONTANA, NEBRASKA, NORTH DAKOTA, SOUTH CAROLINA, TENNESSEE, TEXAS, UTAH, AND VIRGINIA**

    The States of Alabama, Arkansas, Georgia, Indiana, Iowa, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, South Carolina, Tennessee, Texas, Utah, and Virginia respectfully move for leave to substitute the attached corrected amicus curiae brief in place of the brief they filed on April 7, 2023. *See* Doc. 122-1.

    1.    On April 7, 2023, the amici States timely sought leave to file an amicus brief and submitted the proposed brief with the motion. Doc. 122. The Court granted the motion on April 12 and deemed the brief properly filed. Doc. 150.

    2.    Amici States now seek leave to substitute the attached corrected amicus brief. There was a mistake in the listing of "Additional Counsel" in the original brief,

1

which has now been corrected. The only changes to the brief occur on the title page (adding the word "Corrected), p. 21 (updating the date), and p. 22 (correcting the listing of Additional Counsel). No other alterations have been made.

3.  The parties consent to this motion, and no party will be prejudiced by substituting the corrected filing because no substantive changes have been made.

For these reasons, the amici States respectfully request that this Court grant them leave to substitute their proposed corrected amicus curiae brief (attached) for the brief they previously filed (Doc. 122-1).

| | |
|---|---|
| Dated: April 19, 2023 | Respectfully submitted, |
| Erik M. Figlio (Fla. Bar No. 745251)<br>AUSLEY MCMULLEN<br>123 S. Calhoun St. (32301)<br>P.O. Box 391<br>Tallahassee, FL 32302<br>(850) 224-9115<br>rfiglio@ausley.com<br>csullivan@ausley.com<br><br>*Counsel for State Amici* | STEVE MARSHALL<br>*Attorney General of Alabama*<br><br>s/ A. Barrett Bowdre<br>A. Barrett Bowdre (AL Bar 2087-K29V)<br>*Principal Deputy Solicitor General*<br><br>STATE OF ALABAMA<br>OFFICE OF THE ATTORNEY GENERAL<br>501 Washington Ave.<br>Montgomery, AL 36130<br>Telephone: (334) 242-7300<br>Barrett.Bowdre@AlabamaAG.gov<br><br>*Counsel for Amicus Curiae*<br>*State of Alabama* |

*Additional counsel listed on next page*

## ADDITIONAL COUNSEL

<div style="columns:2">

TIM GRIFFIN
Attorney General
State of Arkansas

CHRIS CARR
Attorney General
State of Georgia

THEODORE E. ROKITA
Attorney General
State of Indiana

BRENNA BIRD
Attorney General
State of Iowa

DANIEL CAMERON
Attorney General
State of Kentucky

JEFF LANDRY
Attorney General
State of Louisiana

LYNN FITCH
Attorney General
State of Mississippi

ANDREW BAILEY
Attorney General
State of Missouri

AUSTIN KNUDSEN
Attorney General
State of Montana

MICHAEL T. HILGERS
Attorney General
State of Nebraska

DREW H. WRIGLEY
Attorney General
State of North Dakota

ALAN WILSON
Attorney General
State of South Carolina

JONATHAN SKRMETTI
Attorney General and Reporter
State of Tennessee

KEN PAXTON
Attorney General
State of Texas

SEAN REYES
Attorney General
State of Utah

JASON S. MIYARES
Attorney General
State of Virginia

</div>

## CERTIFICATE OF WORD COUNT

According to Microsoft Word, the word processing system used to prepare this motion, there are a total of 214 words in the Motion.

<div style="text-align: right;">

s/ A. Barrett Bowdre
A. Barrett Bowdre

</div>

## CERTIFICATE OF SATISFACTION OF ATTORNEY-CONFERENCE REQUIREMENT

Pursuant to Local Rule 7.1(B), counsel conferred with counsel for the parties. The parties do not oppose this motion.

<div style="text-align: right;">

s/ A. Barrett Bowdre
A. Barrett Bowdre

</div>