# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE  OF**

**GOOD  STANDING**

*I,      Robert M. Farrell,     Clerk  of  this  Court,*

*certify  that      **Elizabeth Reinhardt**,      Bar  **707645**,*

*was  duly  admitted  to  practice  in  this  Court  on*

***March 17, 2021**,   and  is  in  good  standing*

*as  a  member  of  the  Bar  of  this  Court.*

*Dated  at  Boston, Massachusetts  on  **April 20, 2023***



**Robert M. Farrell**

**CLERK**