IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

AUGUST DEKKER *et al.*,

        *Plaintiffs,*

v.

JASON WEIDA, *et al.*,

        *Defendants*.

Case No. 4:22-cv-00325-RH MAF

**AMICI CURIAE BIOMEDICAL ETHICS AND PUBLIC HEALTH
SCHOLARS UNOPPPOSTED MOTION FOR KATELYN L. KANG TO
APPEAR PRO HAC VICE**

Amici Curiae Biomedical Ethics and Public Health Scholars ("Amici Curiae"), by and through undersigned counsel and pursuant to Local Rule 11.1 (C) of the Northern District of Florida and the Clerk's December 1, 2020 Memorandum regarding Attorney Admission, hereby respectfully moves for an Order granting permission for Katelyn L. Kang to appear in the above-referenced case pro hac vice as one of the attorneys for and on behalf of Amici Curiae, and, in support, states:

1.      Rule of the Local Rules for the United States District Court for the Northern District of Florida provides:

> An attorney who is a member in good standing of the bar of a jurisdiction where the attorney resides or regularly practices law may file a motion in a case for leave to appear pro hac vice. The attorney must pay the fee set by administrative order and must file proof of bar membership in the form the Clerk directs. Admission pro hac vice does not change the attorney's obligation to comply with Florida law on the unauthorized practice of law.

2.      Ms. Kang is an attorney with the law firm of Cooley LLP located at 55 Hudson Yards New York, NY 10001-2157. Ms. Kang has been a member in good standing of the State Bar of New York (Bar Number 5745799) and is admitted to practice in the following Courts:

- United States District Court Northern District of California

- United States District Court of Idaho

- United States District Court of the Southern District of West Virginia

- United States Court of Appeals, Eighth Circuit

3.      Ms. Kang is not a resident of the State of Florida, does not maintain regular practice of law in the State of Florida, and her law firm does not maintain an office in the State of Florida.

4.      Ms. Kang is not currently subject to any discipline or suspension by the bar of any state or court, nor has she ever been disciplined or suspended by the bar of any state or court.

5.      Ms. Kang will abide by the Local Rules of the Northern District of Florida and will conduct herself in accordance with the Code of Professional Responsibility and other ethical limitation or requirements governing the professional behavior of members of The Florida Bar. Ms. Kang shall be bound by and shall comply with these rules in all respects.

6.      Ms. Kang certifies that she has completed the requisite Attorney Admission Tutorial (Attorney Admission Tutorial Confirmation No. FLND1681672430384), submitted a Certificate of Good Standing from the California Supreme Court attached as **Exhibit 1**, submitted a *pro hac vice* registration request in PACER, and paid the *pro hac vice* fee on April 20, 2023.

WHEREFORE, counsel for Amici Curiae Biomedical Ethics and Public Health Scholars and the undersigned counsel respectfully moves this Court for entry of an Order permitting attorney Katelyn L. Kang to appear *pro hac vice* before this Court

on behalf of counsel for Amici Curiae Biomedical Ethics and Public Health Scholars.

## **LOCAL RULE 7.1 (B) CERTIFICAITON**

I HEREBY CERTIFY that counsel for Amici Curiae Biomedical Ethics and Public Health Scholars has conferred with counsel for Plaintiff and that counsel for Plaintiff does not oppose the relief sought herein.

Dated:      April 20, 2023            COOLEY LLP


                                      By:*/s/ Katelyn L. Kang*
                                         Katelyn L. Kang
                                         (New York State Bar No. 5745799)
                                         COOLEY LLP
                                         55 Hudson Yards
                                         New York, NY 10001-2157
                                         Telephone:   +1 212 479 6000
                                         Facsimile:   +1 212 479 6275
                                         Email:       kangkl@cooley.com

                                         Attorney for Amici Curiae

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 20, 2023, I electronically filed the foregoing and any attachments referenced therein with the Clerk of the Court using CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

By: /s/ *Katelyn L. Kang*
Katelyn L. Kang
(New York State Bar No. 5745799)
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone:     +1 212 479 6000
Facsimile:      +1 212 479 6275
Email:          kangkl@cooley.com

Attorney for Amici Curiae