IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

AUGUST DEKKER *et al.*,

        *Plaintiffs*,

     v.

JASON WEIDA, *et al.*,

        *Defendants*.

Case No. 4:22-cv-00325-RH MAF

**AMICI CURIAE BIOMEDICAL ETHICS AND PUBLIC HEALTH
SCHOLARS UNOPPOSED MOTION FOR KATHLEEN R. HARTNETT
TO APPEAR PRO HAC VICE**

Amici Curiae Biomedical Ethics and Public Health Scholars ("Amici Curiae"), by and through undersigned counsel and pursuant to Local Rule 11.1 (C) of the Northern District of Florida and the Clerk's December 1, 2020 Memorandum regarding Attorney Admission, hereby respectfully moves for an Order granting permission for Kathleen R. Hartnett to appear in the above-referenced case pro hac vice as one of the attorneys for and on behalf of Amici Curiae, and, in support, states:

1.      Rule of the Local Rules for the United States District Court for the Northern District of Florida provides:

> An attorney who is a member in good standing of the bar of a jurisdiction where the attorney resides or regularly practices law may file a motion in a case for leave to appear pro hac vice. The attorney must pay the fee set by administrative order and must file proof of bar membership in the form the Clerk directs. Admission pro hac vice does not change the attorney's obligation to comply with Florida law on the unauthorized practice of law.

2.      Ms. Hartnett is an attorney with the law firm of Cooley LLP located at 3 Embarcadero Center, 20th Floor San Francisco, CA 94111. Ms. Hartnett has been a member in good standing of the State Bar of California (Bar Number 314267), State Bar of New York (Bar Number 4094348), District of Columbia Bar (Bar Number 483250), and is admitted to practice in the following Courts:

- United States Supreme Court
- United States Court of Appeals, Second Circuit
- United States Court of Appeals, Third Circuit

- United States Court of Appeals, Fourth Circuit

- United States Court of Appeals, Fifth Circuit

- United States Court of Appeals, Ninth Circuit

- United States Court of Appeals, Tenth Circuit

- United States Court of Appeals, Eleventh Circuit

- United States Court of Appeals for the Federal Circuit

- United States Court of Appeals for the DC Circuit

- United States District Court for the Northern District of California

- United States District Court for the Central District of California

- United States District Court for the Eastern District of California

- United States District Court for the Southern District of California

- United States District Court for the District of Columbia

3.      Ms. Hartnett is not a resident of the State of Florida, does not maintain

regular practice of law in the State of Florida, and her law firm does not maintain an

office in the State of Florida.

4.      Ms. Hartnett is not currently subject to any discipline or suspension

by the bar of any state or court, nor has she ever been disciplined or suspended by

the bar of any state or court.

5.      Ms. Hartnett will abide by the Local Rules of the Northern District of

Florida and will conduct herself in accordance with the Code of Professional

Responsibility and other ethical limitation or requirements governing the professional behavior of members of The Florida Bar. Ms. Hartnett shall be bound by and shall comply with these rules in all respects.

6.      Ms. Hartnett certifies that she has completed the requisite Attorney Admission Tutorial (Attorney Admission Tutorial Confirmation No. FLND1681933992405), submitted a Certificate of Good Standing from the California Supreme Court attached as **Exhibit 1**, submitted a *pro hac vice* registration request in PACER, and paid the *pro hac vice* fee on April 21, 2023. WHEREFORE, counsel for Amici Curiae Biomedical Ethics and Public Health Scholars and the undersigned counsel respectfully moves this Court for entry of an Order permitting attorney Kathleen R. Hartnett to appear *pro hac vice* before this Court on behalf of counsel for Amici Curiae Biomedical Ethics and Public Health Scholars.

////

////

## <u>LOCAL RULE 7.1 (B) CERTIFICAITON</u>

I HEREBY CERTIFY that counsel for Amici Curiae Biomedical Ethics and

Public Health Scholars has conferred with counsel for Plaintiff and that counsel for

Plaintiff does not oppose the relief sought herein.

Dated:        April 21, 2023                COOLEY LLP


By: */s/ Kathleen R. Hartnett*
    Kathleen R. Hartnett
    (California State Bar No. 314267)
    COOLEY LLP
    3 Embarcadero Center, 20th Floor
    San Francisco, CA  94111-4004
    Telephone:    +1 415 693-2000
    Facsimile:     +1 415 693-2222
    Email:  khartnett@cooley.com

    Attorney for Amici Curiae

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2023, I electronically filed the

foregoing and any attachments referenced therein with the Clerk of the Court using

CM/ECF system, which will send a Notice of Electronic Filing to all counsel of

record.

By: */s/ Kathleen R. Hartnett*
Kathleen R. Hartnett
(California State Bar No. 314267)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    +1 415 693-2000
Facsimile:     +1 415 693-2222
Email:  khartnett@cooley.com

Attorney for Amici Curiae