IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, *et al.*,

      *Plaintiffs*,

v.

JASON WEIDA, *et al.*,

      *Defendants*.

Case No. 4:22-cv-325-RH-MAF

**PLAINTIFFS' RULE 26(a)(3) PRETRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Paragraph 10 of the Court's Scheduling Order dated November 15, 2022 (Dkt. 67), Plaintiffs hereby make their Rule 26(a)(3) disclosures:

1.      **Witness List.**

| Witness | Will Call | May Call | Deposition |
|---|---|---|---|
| August Dekker | X | | |
| Brith Rothstein | X | | |
| Jade Ladue | X | | |
| Jane Doe | X | | |
| Jeffrey English | X | | |

1

| | | | |
|---|---|---|---|
| Ann Dalton | | | X[1] |
| Matthew Brackett | | | X[2] |
| Kim Hutton | X | | |
| Dr. Armand H. Antommaria | X | | |
| Kellan E. Baker, M.A., M.P.H., PhD | X | | |
| Dr. Dan H. Karasic | X | | |
| Dr. Johanna Olson-Kennedy | X | | |
| Dr. Loren S. Schechter | X | | |
| Dr. Daniel Shumer | X | | |
| Dr. E. Kale Edmiston | X | | |
| Dr. Aron Janssen | X | | |
| Denise Brogan-Kator | X | | |
| Records Custodian | | X | |
| Kim Hutton | | X | |

---

[1] Plaintiffs will enter the designated portions of Ms. Dalton's deposition transcript dated January 24, 2023 if Defendant does not call her to testify.

[2] Plaintiffs will enter the designated portions of Mr. Brackett's deposition transcripts dated February 8, 2023 and March 8, 2023 if Defendant does not call her to testify.

**2.** **Designation of Deposition Testimony.**

A. Deposition Designations of Matthew Brackett taken February 8, 2023

Page:Line

17:5-19:4

20:22-21:5

30:18-31:7

35:11-35:18

39:23-40:1

41:19-41:21

44:20-44:23

52:18-53:1

53:2-53:23

54:2-56:7

56:11-62:21

58:1-25

62:24-65:24

66:25-68:17

70:18-71:3

70:5-72:11

73:2-75:9

78:24-84:18

85:3-89:2

85:18-86:14

90:3-91:24

93:13-98:21

103:13-106:25

109:3-113:16

117:21-120:7

129:1-130:25

131:1-133:9

134:16-135:4

136:18-136:25

137:10-137:20

139:17-140:3

141:19-143:18

144:20-145:16

146:6-146:25

147:12-147:25

148:22-156:25

157:1-57:14

157:15-159:5

160:22--162:4

162:9-163:19

165:22-166:4

168:13-171:19

172:5-172:23

173:2-179:25

180:1-180:11

182:10-192:13

204:17-204:21

205:24-206:9

209:16-213:6

213:21-216:220

223:12-225:17

235:12-235:16

237:16-239:25

240:1-241:18

242:10-242:19

243:4-245:10

246:15-247:6

247:9-247:20


   B. Deposition Designations of Matthew Brackett taken on March 8, 2023

Page:Line

5:11-5:23

7:2-7:10

9:23-13:17

16:1-16:8

20:23-21:2

22:21-23:3

24:19-24:25

26:7-41:16

41:22-42:4

42:19-43:18

46:4-46:9

47:2-47:10

47:12-47:17

48:6-48:19

49:6-50:5

50:5-51:7

C. <u>Deposition Designations of Ann Dalton taken January 24, 2023</u>

<u>Page:Line</u>

22:17-30:6

37:16-37:21

70:15-70:24

76:15-77:2

78:3-86:7

90:3-90:18

94:14-97:25

102:23-104:8

104:8-104:15

104:16-109:23

127:1-128:1

128:19-128:21

131:1-144:12

150:16-151:13

159:13-159:16

D. Deposition Designations of G. Kevin Donovan taken March 22, 2023

10:25-11:6

25:9-16

34:1-19

35:11-36:9

55:8-57:1

61:3-15

63:1-64:6

65:18-66:8

67:3-69:16

71:16-72:1

72:2-6

72:12-75:17

77:3-21

79:5-80:6

80:10-82:24

83:9-84:25

85:12-99:21

118:3-120:14

124:22-126:1

126:15-21

128:15-129:4

142:3-10

142:19-24

143:14-23

144:7-17

145:16-22

147:6-12

152:2-15

155:3-156:22

168:8-171:11

173:22-25

173:7-174:16

180:3-181:7

181:21-192:24

194:13-196:25

197:6-12

201:21-6

218:20-219:3

221:19-222:7

228:21-229:3

232:1-8

233:7-234:13

238:23-239:17

249:3-9

254:19-260:2

262:14-17

263:10-264:15

268:17-20

269:1-9

279:17-21

281:25-282:8

    3.    **Exhibit List.**

Plaintiffs reserve the right to use additional documents for purposes of impeachment. Plaintiffs also reserve the right to offer any exhibit identified by Defendants.

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 1 | PLAINTIFFS 002191 | Defendants' Response to Pls' First Set of Request for Admissions | X | | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 2 | PLAINTIFFS 002223 | Defendants' Response to Pls' First Set of Interrogatories | X | | |
| Pls' Trial Ex. 3 | PLAINTIFFS 002211 | Defendants' Response to Pls' Second Set of Interrogatories | | X | |
| Pls' Trial Ex. 4 | PLAINTIFFS 004943 | Pls' First Set of Request for Admissions | X | | |
| Pls' Trial Ex. 5 | PLAINTIFFS 002567 | Expert report of Dr. Armand H. Antommaria – 2/16/2023 | | X | |
| Pls' Trial Ex. 6 | PLAINTIFFS 002922 | Expert report of Kellan E. Baker, M.A., M.P.H., PhD – 2/17/2023 | | X | |
| Pls' Trial Ex. 7 | PLAINTIFFS 002638 | Expert report of Dr. Dan H. Karasic – 2/15/2023 | | X | |
| Pls' Trial Ex. 8 | PLAINTIFFS 002706 | Expert report of Dr. Johanna Olson-Kennedy – 2/16/2023 | | X | |
| Pls' Trial Ex. 9 | PLAINTIFFS 007480 | Expert report of Dr. Daniel Shumer – 2/16/2023 | | X | |
| Pls' Trial Ex. 10 | PLAINTIFFS 002811 | Expert report of Dr. Loren S. Schecter – 2/16/2023 | | X | |
| Pls' Trial Ex. 11 | PLAINTIFFS 002293 | Expert rebuttal report of Dr. Dan H. Karasic – 3/9/2023 | | X | |
| Pls' Trial Ex. 12 | PLAINTIFFS 002332 | Expert rebuttal report of Dr. Johanna Olson-Kennedy – 3/9/2023 | | X | |
| Pls' Trial Ex. 13 | PLAINTIFFS 002389 | Expert rebuttal report of Dr. Loren S. Schecter – 3/9/2023 | | X | |
| Pls' Trial Ex. 14 | PLAINTIFFS 002406 | Expert rebuttal report of Dr. Armand H. Antommaria – 3/10/2023 | | X | |
| Pls' Trial Ex. 15 | PLAINTIFFS 002245 | Corrected expert rebuttal report of Dr. E. Kale Edmiston – 3/22/2023 | | X | |
| Pls' Trial Ex. 16 | PLAINTIFFS 002518 | Expert rebuttal report of Dr. Daniel Shumer – 3/10/2023 | | X | |
| Pls' Trial Ex. 17 | PLAINTIFFS 002446 | Expert rebuttal report of Dr. Aron Janssen – 3/9/2023 | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 18 | PLAINTIFFS 001297 | AHCA GAPMS June 2022 | X | | |
| Pls' Trial Ex. 19 | PLAINTIFFS 004646 | Marstiller Letter to Wallace re AHCA June 2022 GAPMS | X | | |
| Pls' Trial Ex. 20 | PLAINTIFFS 001171 | Fla. Admin. Code R. 59G-1.050 | X | | |
| Pls' Trial Ex. 21 | PLAINTIFFS 001157 | Fla. Admin. Code R. 59G-1.010 | | X | |
| Pls' Trial Ex. 22 | PLAINTIFFS 001158 | Florida Medicaid Definitions Policy (Aug. 2017) | | X | |
| Pls' Trial Ex. 23 | PLAINTIFFS 001170 | Fla. Admin. Code R. 59G-1.035 | X | | |
| | | AHCA's Preferred Drug List, accessible at: https://ahca.myflorida.com/content/download/8681/file/PDL.pdf (online only); including but not limited to the criteria for testosterone: https://ahca.myflorida.com/content/download/6451/file/Testosterone_Criteria.pdf | X | | |
| | | AHCA's Drug Criteria, accessible at: https://ahca.myflorida.com/medicaid/prescribed-drugs/drug-criteria (online only) | X | | |
| Pls' Trial Ex. 24 | PLAINTIFFS 001347 | AHCA's Automated Prior Authorizations and Bypass Lists 01-2023 | X | | |
| Pls' Trial Ex. 25 | PLAINTIFFS 003653 | DRUGDEX listing for Testosterone | X | | |
| Pls' Trial Ex. 26 | PLAINTIFFS 003383 | DRUGDEX listing for Estradiol | X | | |
| Pls' Trial Ex. 27 | PLAINTIFFS 001155 | Prior Authorization Criteria - Testosterone | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 28 | PLAINTIFFS 001283 | Agency Responses to Plaintiffs' Questions: March 1, 2023 | X | | |
| Pls' Trial Ex. | PLAINTIFFS 005435 | Spreadsheet summarizing Florida Medicaid coverage | X | | |
| Pls' Trial Ex. 29 | PLAINTIFFS 001134 | 2020-2021 Performance Plan for Jeffrey English | | X | |
| Pls' Trial Ex. 30 | PLAINTIFFS 003843 | Email communication between Jeffrey English and Devona Pickle – 3/22/22 | X | | |
| Pls' Trial Ex. 31 | PLAINTIFFS 001296 | AHCA Analysis of Other States' Medicaid Coverage | X | | |
| Pls' Trial Ex. 32 | PLAINTIFFS 004219 | Miriam Grossman biography | X | | |
| Pls' Trial Ex. 33 | PLAINTIFFS 003821 | DSM 5 Gender Dysphoria | X | | |
| Pls' Trial Ex. 34 | PLAINTIFFS 006019 | WPATH Standards of Care for the Health of Transgender and Gender Diverse People, Version 8 | X | | |
| Pls' Trial Ex. 35 | PLAINTIFFS 005308 | WPATH Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, Version 7 | | X | |
| Pls' Trial Ex. 36 | PLAINTIFFS 001203 | AACAP Statement Responding to Efforts to Ban Care (Nov. 8, 2019) | | X | |
| Pls' Trial Ex. 37 | PLAINTIFFS 001464 | AAFP – Care for Transgender Patients | | X | |
| Pls' Trial Ex. 38 | PLAINTIFFS 001208 | AAP – Ensuring Comprehensive Care and Support | | X | |
| Pls' Trial Ex. 39 | PLAINTIFFS 001222 | ACOG Committee Opinion on Health Care for Transgender Individuals (March 2021) | | X | |

| | | | | |
|---|---|---|---|---|
| Pls' Trial Ex. 40 | PLAINTIFFS 001278 | ACP – Attacks on Gender-Affirming and Transgender Health Care (May 3, 2022) | X | |
| Pls' Trial Ex. 41 | PLAINTIFFS 001236 | LGBT Health Disparities Policy, ACOP | X | |
| Pls' Trial Ex. 42 | PLAINTIFFS 001456 | AMA Letter to Nat'l Gov. Assoc. (April 26, 2021) | X | |
| Pls' Trial Ex. 43 | PLAINTIFFS 001459 | AMA/GLMA Issue Brief on health insurance coverage for gender-affirming care | X | |
| Pls' Trial Ex. 44 | PLAINTIFFS 001458 | AMA Resolution H-185.950 | X | |
| Pls' Trial Ex. 45 | PLAINTIFFS 001466 | APA, Guidelines for Psychological Practice with Transgender and Gender Non-conforming People | X | |
| Pls' Trial Ex. 46 | PLAINTIFFS 001503 | APA Resolution on Gender Identity Change Efforts (Feb. 2021) | X | |
| Pls' Trial Ex. 47 | PLAINTIFFS 001501 | APA Position Statement Trans and Gender Diverse Youth (July 2020) | X | |
| Pls' Trial Ex. 48 | PLAINTIFFS 001499 | APA Position Statement on Access to Care (July 2018) | X | |
| Pls' Trial Ex. 49 | PLAINTIFFS 003880 | Endocrine Society Transgender Health Position Statement | X | |
| Pls' Trial Ex. 50 | PLAINTIFFS 004931 | Pediatric Endocrine Society Opposition to Bills that Harm Transgender Youth (April 2021) | X | |
| Pls' Trial Ex. 51 | PLAINTIFFS 005052 | SAHM Statement in Opposition of State Legislation Barring Evidence Based Treatment | X | |
| Pls' Trial Ex. 52 | PLAINTIFFS 006014 | WMA Statement on Transgender People (Oct. 2015) | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 53 | PLAINTIFFS 005978 | Van Meter Pediatric Endocrinology Excerpt | X | | |
| Pls' Trial Ex. 54 | PLAINTIFFS 004283 | Humana Pharmacy Coverage Policy, commercial insurance coverage policy for testosterone – 5/18/2022 | | X | |
| Pls' Trial Ex. 55 | PLAINTIFFS 004970 | Aetna Clinical Policy Bulletin, coverage of Progestins – 4/27/2023 | | X | |
| Pls' Trial Ex. 56 | PLAINTIFFS 003985 | Aetna, Clinical Policy Bulletin, gender affirming surgery – 6/22/2023 | | X | |
| Pls' Trial Ex. 57 | PLAINTIFFS 004068 | Aetna, Clinical Policy Bulletin, GnRHa – 2/23/2023 | | X | |
| Pls' Trial Ex. 58 | PLAINTIFFS 004255 | Humana, Medical Coverage Policy, cover of gender affirmation surgery – 9/22/2022 | | X | |
| Pls' Trial Ex. 59 | PLAINTIFFS 004671 | Molina Healthcare, Coverage criteria for Gender Dysphoria Hormone Therapy – July 2023 | | X | |
| Pls' Trial Ex. 60 | PLAINTIFFS 004648 | Molina Clinical Policy, Gender Affirmation Treatment and Procedures (Marketplace) - 2/8/2023 | | X | |
| Pls' Trial Ex. 61 | PLAINTIFFS 005897 | UHC Gender Dysphoria Treatment (commercial), 4/1/2023 | | X | |
| Pls' Trial Ex. 62 | PLAINTIFFS 001533 | Ctrs. for Medicare & Medicaid Servs., EPSDT – A Guide for States: Coverage in the Medicaid Benefit for Children and Adolescents | X | | |
| Pls' Trial Ex. 63 | PLAINTIFFS 001149 | Ctrs. for Medicare & Medicaid Servs., CMCS Informational Bulletin (July 21, 2022), https://www.medicaid.gov/fed | | X | |

| | | | | | |
|---|---|---|---|---|---|
| | | eral-policy-guidance/downloads/cib07212022.pdf | | | |
| Pls' Trial Ex. 64 | PLAINTIFFS 001034 | Ctrs. for Medicare & Medicaid Servs., Decision Memo for Gender Dysphoria and Surgery (Aug. 20, 2016) | | X | |
| Pls' Trial Ex. 65 | PLAINTIFFS 007539 | Office of the Press Secretary, Presidential Memo (Aug. 25, 2017) | | X | |
| Pls' Trial Ex. 66 | PLAINTIFFS 003931 | FDA, *Indications and Usage Section of Labeling for Human Prescription Drug and Biological Products* (Draft Guidance) (2018), https://www.fda.gov/files/drugs/published/Indications-and-Usage-Section-of-Labeling-for-Human-Prescription-Drug-and-Biological-Products-%E2%80%94-Content-and-Format-Guidance-for-Industry.pdf | X | | |
| Pls' Trial Ex. 67 | PLAINTIFFS 003951 | FDA, *Understanding Unapproved Use of Approved Drugs "Off Label*," (2018), https://www.fda.gov/patients/learn-about-expanded-access-and-other-treatment-options/understanding-unapproved-use-approved-drugs-label. | X | | |
| Pls' Trial Ex. 68 | PLAINTIFFS 005967 | U.S. Drug Enforcement Administration, Drug Scheduling, July 10, 2018, https://www.dea.gov/drug-information/drug-scheduling | X | | |
| Pls' Trial Ex. 69 | PLAINTIFFS 005973 | U.S. Comm. on Civil Rights Statement on State Laws | | X | |

16

| | | | | | |
|---|---|---|---|---|---|
| | | Targeting LGBTQ Community, (April 18, 2016) | | | |
| Pls' Trial Ex. 70 | PLAINTIFFS 001132 | U.S. Comm. on Civil Rights Statement on Military Ban (Aug. 18, 2017) | | X | |
| Pls' Trial Ex. 71 | PLAINTIFFS 001006 | Dep't of Health & Human Servs., Departmental Appeals Bd., Appellate Div., Decision No. 2576 (May 30, 2014), hhs.gov/sites/default/files/static/dab/decisions/boarddecisions/2014/dab2576.pdf | | X | |
| Pls' Trial Ex. | PLAINTIFFS 003379 | DOJ, Dear State Attorneys General Letter re Transgender Youth (March 31, 2022) | | X | |
| Pls' Trial Ex. 72 | PLAINTIFFS 004813 | OASH, Gender-Affirming Care and Young People | | X | |
| Pls' Trial Ex. 73 | PLAINTIFFS 005055 | SAMHSA, Ending Conversion Therapy (Oct. 2015) | | X | |
| Pls' Trial Ex. 74 | PLAINTIFFS 005131 | SAMHSA, Moving Beyond Change Efforts (2023) | | | |
| Pls' Trial Ex. 75 | PLAINTIFFS 004794 | NCTSN, Gender-Affirming Care is Trauma-Informed Care | | X | |
| Pls' Trial Ex. 76 | PLAINTIFFS 004968 | U.S. Presidential Proclamation, Transgender Day of Visibility, 2022 | | X | |
| Pls' Trial Ex. 77 | PLAINTIFFS 004966 | U.S. Presidential Proclamation, Transgender Day of Visibility, 2023 | | X | |
| Pls' Trial Ex.78 | PLAINTIFFS 003887 | Executive Order, Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation (Jan. 20, 2021) | X | | |
| Pls' Trial Ex. 79 | PLAINTIFFS 005990 | Medicaid Coverage for Gender-Affirming Care, Williams Institute (Dec. 2022) | | X | |

| Pls' Trial Ex. 80 | PLAINTIFFS 004432 | Excerpts from trial transcript – Vol. 5 (Levine), *Brandt v. Rutledge*, 4:21-CV-00450-JM (E.D. Ark.) | | X | |
| Pls' Trial Ex. 81 | PLAINTIFFS 004312 | Excerpts from trial transcript – Vol. 6 (Lappert), *Brandt v. Rutledge*, 4:21-CV-00450-JM (E.D. Ark.) | | X | |
| Pls' Trial Ex. 82 | PLAINTIFFS 005895 | Trial Transcript, *Soneeya v. Turco*, No. 07:12325-DPW (U.S.D.C. Ma.) | | X | |
| Pls' Trial Ex. 83 | PLAINTIFFS 001511 | Deposition of Stephen Levine, *B.P.J. v. W. VA*, 2:21-CV-00316 (W.D. W.V.) | | X | |
| Pls' Trial Ex. 84 | PLAINTIFFS 005841 | Transcript of Preliminary Injunction Hearing_Vol. 2, *Eknes-Tucker v. Ivey*, 2:22-cv-00184 (M.D. Ala.) | | X | |
| Pls' Trial Ex. 85 | PLAINTIFFS 003214 | Deposition of Stephen Levine, *Claire v. D.M.S.*, 4:20-cv-00020 (N.D. Fla.) | | X | |
| Pls' Trial Ex. 86 | PLAINTIFFS 003225 | Deposition of Stephen Levine, *Fain v. Crouch*, 3:20-cv-00740 (S.D. W. Va.) | | X | |
| Pls' Trial Ex. 87 | PLAINTIFFS 003280 | Deposition of Stephen Levine, *Kadel v. Folwell*, 1:19-cv-272 (M.D. N.C.) | | X | |
| Pls' Trial Ex. 88 | PLAINTIFFS 003153 | Deposition of Kim G. Hutton, *Adams v. St. Johns*, No. 3:17-cv-00739 (M.D. Fla.) | | X | |
| Pls' Trial Ex. 89 | PLAINTIFFS 003890 | Expert Declaration of Paul W. Hruz, *Adams v. St. Johns*, No. 3:17-cv-00739 (M.D. Fla.) | | X | |
| Pls' Trial Ex. 90 | PLAINTIFFS 002980 | Deposition of Paul W. Hruz, *Adams v. St. Johns*, No. 3:17-cv-00739 (M.D. Fla.) | | X | |
| Pls' Trial Ex. 91 | PLAINTIFFS 003032 | Deposition of Paul W. Hruz, Bruce v. South Dakota, No. 17-5080 (USDC SD) | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 92 | PLAINTIFFS 002158 | Declaration of Norman P. Spack, *Adams v. St. Johns*, No. 3:17-cv-00739 (M.D. Fla.) | | X | |
| Pls' Trial Ex. 93 | PLAINTIFFS 002162 | Expert Declaration of Paul W. Hruz, *Whitaker v. Kenos*ha, 2:16-cv-00943 (E.D. Wis.) | | X | |
| Pls' Trial Ex. 94 | PLAINTIFFS 003042 | Deposition of Paul W. Hruz, *Kadel v. Folwell*, 1:19-cv-00272 (M.D. N.C.) | | X | |
| Pls' Trial Ex. 95 | PLAINTIFFS 001582; | Deposition of Patrick Lappert, *Kadel v. Folwell*, 1:19-cv-00272 (M.D. N.C.) | | | |
| Pls' Trial Ex. 96 | PLAINTIFFS 003168 | Deposition of Michael Laidlaw, *C.P. v. Blue Cross*, 3:20-cv-066145 (W.D. Wa.) | X | | |
| Pls' Trial Ex. 97 | PLAINTIFFS 003323 | Deposition of Van Meter, *Grimm v. Gloucester County School Bd.* (3/18/2019) | X | | |
| Pls' Trial Ex. 98 | PLAINTIFFS 004235 | Hearing on Motion for Temporary Injunction, *PFLAG v. Abbott*, No. D-1-GN-22-002569 (Tex. Dist. Ct., Travis Cnty.) | | X | |
| Pls' Trial Ex. 99 | PLAINTIFFS 003841 | Email communication between Gonzalez-Pagan and Lisa Tetrault (4/4/2023) | | X | |
| Pls' Trial Ex. 100 | PLAINTIFFS 005301 | Shupe email (3/30/2020) | X | | |
| Pls' Trial Ex. 101 | PLAINTIFFS 001526 | Clark email (3/19/2020) | X | | |
| Pls' Trial Ex. 102 | PLAINTIFFS 001521 | Broyles email (10/30/2019) | X | | |
| Pls' Trial Ex. 103 | PLAINTIFFS 005975 | Van Meter email (2/4/2020) | X | | |
| Pls' Trial Ex. 104 | PLAINTIFFS 007478 | *A Texas judge ruled this doctor was not an expert*, Pennsylvania Capital-Star (Sept. 15, 2020) | X | | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 105 | PLAINTIFFS 003965; | *First, do no harm: thinking through transgender issues*, Zanga (Aug. 1, 2018) | X | | |
| Pls' Trial Ex. 106 | PLAINTIFFS 003968 | *First, do no harm*, Zanga, AHCA Production | X | | |
| Pls' Trial Ex. 107 | PLAINTIFFS 005436 | The Bulletin, Vol. 63, No. 6 (June 2018) – *First, do no harm* | X | | |
| Pls' Trial Ex. 108 | PLAINTIFFS 004799 | *Neurobiology of gender identity and sexual orientation*, 2018 Roselli | X | | |
| Pls' Trial Ex. 109 | PLAINTIFFS 001577 | Correction to Littman (March 19, 2019) | | X | |
| Pls' Trial Ex. 110 | PLAINTIFFS 001574 | Comment on Littman, Costa 2019 | X | | |
| Pls' Trial Ex. 111 | PLAINTIFFS 005026 | *Psychotherapy for Unwanted Homosexual Attraction*, ACOP (Jan 2016) | X | | |
| Pls' Trial Ex. 112 | PLAINTIFFS 004250 | *Homosexual Parenting*, ACOP (May 2019) | X | | |
| Pls' Trial Ex. 113 | PLAINTIFFS 004029 | *Gender Dysphoria in Children*, ACOP (Nov. 2018) | X | | |
| Pls' Trial Ex. 114 | PLAINTIFFS 005986 | *Why We Stand Up for Transgender Children and Teens*, AAP (Aug. 10, 2022) | X | | |
| Pls' Trial Ex. 115 | PLAINTIFFS 001205 | *AAP continues to support care of transgender youths*, AAP (Jan. 6, 2022) | X | | |
| Pls' Trial Ex. 116 | PLAINTIFFS 003924 | *Facts, not flattery, about same-sex attraction*, MERCATOR (May 22, 2007) | X | | |
| Pls' Trial Ex. 117 | PLAINTIFFS 004932 | *Pediatricians' Groups Differ On Attitudes Toward Homosexual Parenting*, Waller and Nicolosi (July 17, 2003) | X | | |
| Pls' Trial Ex. 118 | PLAINTIFFS 003838 | *Elect Candidates Who Support the Best for Children*, ACOP (Oct. 2018) | X | | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 119 | PLAINTIFFS 004291 | *International clinical practice guidelines for gender minority/trans people*, 2021 Dahlen et al. | | X | |
| Pls' Trial Ex. 120 | PLAINTIFFS 005832 | The Journal of the Amer. Acad. Of Psychiatry and the Law | X | | |
| Pls' Trial Ex. 121 | PLAINTIFFS 004815 | *On Gender Dysphoria*, 2017 Dhejne | | X | |
| Pls' Trial Ex. 122 | PLAINTIFFS 004629 | *Long-Term Follow-up of Transsexual Persons Undergoing Sex Reassignment Surgery*, 2011 Dhejne | | X | |
| Pls' Trial Ex. 123 | PLAINTIFFS 003882 | *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*, 2017 Hembree et al. | | X | |
| Pls' Trial Ex. 124 | PLAINTIFFS 004302 | *Interrogating Gender-Exploratory Therapy*, 2023 Ashley | | | |
| Pls' Trial Ex. 125 | PLAINTIFFS 004819 | *Transgender Surgery & Christian Anthropology*, Presentation by Patrick W. Lappert | | X | |
| Pls' Trial Ex. 126 | PLAINTIFFS 005980 | *What is Psychiatry*, American Psychiatric Association | | X | |
| Pls' Trial Ex. 127 | PLAINTIFFS 004222 | Lewis's Child and Adolescent Psychiatry, Fifth Edition, 2018 | | X | |
| Pls' Trial Ex. 128 | PLAINTIFFS 003970 | *Memo Outlining Evidence for Change for Gender Identity Disorder in the DSM-5*, 2013 Zucker, et al. | | X | |
| Pls' Trial Ex. 129 | PLAINTIFFS 001173 | *A Developmental, Biopsychosocial Model for the Treatment of Children with Gender Identity Disorder*, 2012 Zucker | X | | |

| Pls' Trial Ex. 130 | PLAINTIFFS 001510 | APA Statement on Zucker (2008) | X | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 131 | PLAINTIFFS 004475 | Working for Inclusion: Time for Congress to Enact Federal Legislation to Address Workplace Discrimination Against Lesbian, Gay, Bisexual, and Transgender Americans, Briefing Report | | X | |
| Pls' Trial Ex. 132 | PLAINTIFFS 004963 | Position Statement on Conversion Therapy, APA (Dec. 2018) | X | | |
| Pls' Trial Ex. 133 | PLAINTIFFS 005046 | *Do Clinical Data from Transgender Adolescents Support the Phenomenon of Rapid Onset Gender Dysphoria*, 2022 Bauer et al. | | X | |
| Pls' Trial Ex. 134 | PLAINTIFFS 003921 | American Society of Plastic Surgeons, *State Focus on Gender Affirmation Intensifies*, Feb. 25, 2021, https://www.plasticsurgery.org/for-medical-professionals/advocacy/advocacy-news/state-focus-on-gender-affirmation-intensifies. | | X | |
| Pls' Trial Ex. 135 | PLAINTIFFS 004934 | *Plastic surgeon: Sex-change operation 'utterly unacceptable' and a form of 'child abuse,'* Sept. 9, 2019, https://www.lifesitenews.com/news/plastic-surgeon-sex-change-operation-utterly-unacceptable-and-a-form-of-child-abuse/. | | X | |
| Pls' Trial Ex. 136 | PLAINTIFFS 005870 | *Transphobic tweets linked to Oxford sociology professor,* | | X | |

| | | | | | |
|---|---|---|---|---|---|
| | | The Oxford Student (Oct. 26, 2018) | | | |
| Pls' Trial Ex. 137 | PLAINTIFFS 004637 | *Long-term outcomes of the treatment of central precocious puberty*, 2016 Guaraldi, et al. | | X | |
| Pls' Trial Ex. 138 | PLAINTIFFS 003955 | *Fertility of Women Treated during Childhood with Triptorelin (Depot Formulation) for Central Precocious Puberty*, 2021 Martinerie, et al. | | X | |
| Pls' Trial Ex. 139 | PLAINTIFFS 004021 | *Gender dysphoria in childhood*, 2016 Ristori & Steensman | | X | |
| Pls' Trial Ex. 140 | PLAINTIFFS 004049; | *Gender Identity 5 Years After Social Transition*, 2022 Olson et al. | | X | |
| Pls' Trial Ex. 141 | PLAINTIFFS 006594 | *Puberty Suppression in Adolescents With Gender Identity Disorder*, 2011 de Vries, et al. | | X | |
| Pls' Trial Ex. 142 | PLAINTIFFS 005914 | *Understanding the Well-Being of LGBTQI+ Populations*, 2020 Nat'l Academies of Sciences, Engineering, and Medicine | | X | |
| Pls' Trial Ex. 143 | PLAINTIFFS 005465 | *The Health of Lesbian, Gay, Bisexual and Transgender People*, 2011 Nat'l Academies of Sciences, Engineering, and Medicine | | X | |
| Pls' Trial Ex. 144 | PLAINTIFFS 005837 | *The Right to the Best Care for Children Does Not Include the Right to Medical Transition*, 2019 Laidlaw, et al. | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 145 | PLAINTIFFS 005428 | *Strangers in a Strange Land*, 2020 Donovan & Sotomayor | | X | |
| Pls' Trial Ex. 146 | PLAINTIFFS 003830 | *Effect of antidepressant medications on semen parameters and male fertility*, 2020 Beeder & Samplaski | | X | |
| Pls' Trial Ex. 147 | PLAINTIFFS 005460 | *The effect of antidepressants on fertility*, 2016 Casilla-Lennon, et al. | | X | |
| Pls' Trial Ex. 148 | PLAINTIFFS 005888 | *Trends in Gender-affirming Surgery in Insured Patients in the U.S.*, 2018 Lane et al. | | | |
| | | UCSF Ctr. For Excellence in Transgender Care Guidelines, https://transcare.ucsf.edu/guidelines<br><br>(online only) | X | | |
| Pls' Trial Ex. 149 | PLAINTIFFS 004056 | *Gender-Affirming Treatment of Gender Dysphoria in Youth*, 2022 Clayton et al. | | X | |
| Pls' Trial Ex. 150 | PLAINTIFFS 006279 | AAP News, *Risk of Pseudotumor Cerebri added to Labeling for Gonadotropin-Releasing Hormone Agonists*, (2022) | | X | |
| Pls' Trial Ex. 151 | PLAINTIFFS 006281 | *Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths*, 2020 Achille et al. | | X | |
| Pls' Trial Ex. 152 | PLAINTIFFS 006286 | *Long-Term Effect of Gender-Affirming Hormone Treatment on Depression and Anxiety* | | X | |

| | | | | |
|---|---|---|---|---|
| | | *Symptoms in Transgender People,* 2020 Aldridge et al. | | |
| Pls' Trial Ex. 153 | PLAINTIFFS 006295 | *Off-Label Medication use in Children, More Common than We Think: A Systematic Review of the Literature,* 2018 Allen et al. | X | |
| Pls' Trial Ex. 154 | PLAINTIFFS 006314 | *Association Between Gender-Affirming Surgeries and Mental Health Outcomes,* 2021 Almazan et al. | X | |
| Pls' Trial Ex. 155 | PLAINTIFFS 006322 | *Top Surgery and Chest Dysphoria Among Transmasculine and Nonbinary Adolescents and Young Adults,* 2022 Ascha et al. | X | |
| Pls' Trial Ex. 156 | PLAINTIFFS 006330 | *Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review,* 2021 Baker et al. | X | |
| Pls' Trial Ex. 157 | PLAINTIFFS 006346 | *GRADE Guidelines: 3 Rating the Quality of Evidence,* 2011 Balshem et al. | X | |
| Pls' Trial Ex. 158 | PLAINTIFFS 006352 | Harry Benjamin, *The Transsexual Phenomenon* (1966) | X | |
| Pls' Trial Ex. 159 | PLAINTIFFS 006492 | *Anabolic Steroid Abuse and Dependence,* 2002 Brower et al. | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 160 | PLAINTIFFS 006516 | *Transgender and Gender-Nonbinary Patient Satisfaction after Transmasculine Chest Surgery*, 2021 Bustos et al. | | X | |
| Pls' Trial Ex. 161 | PLAINTIFFS 006503 | *Regret after Gender-affirmation Surgery: A Systematic Review and Metaanalysis of Prevalence*, 2021 Bustos et al. | | X | |
| Pls' Trial Ex. 162 | PLAINTIFFS 006526 | *Effects of Long-Term Exogenous Testosterone Administration on Ovarian Morphology, Determined by Transvaginal (3D) Ultrasound in Female-to-Male Transsexuals*, 2017 Caanen et al. | | X | |
| Pls' Trial Ex. 163 | PLAINTIFFS 006534 | *Short-term Outcomes of Pubertal Suppression in a Selected Cohort of 12 to 15 Year Old Young People with Persistent Gender Dysphoria in the UK*, 2021 Carmichael at al. | | X | |
| Pls' Trial Ex. 164 | PLAINTIFFS 006560 | *Psychosocial Functioning in Transgender Youth after 2 Years of Hormones*, 2023 Chen et al. | | X | |
| Pls' Trial Ex. 165 | PLAINTIFFS 006571 | *Pubertal Delay as an Aid in Diagnosis and Treatment of a Transsexual Adolescent*, 1998 Cohen-Kettenis & van Goozen | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 166 | PLAINTIFFS 006574 | *Hormonal Treatment Reduces Psychobiological Distress in Gender Identity Disorder, Independently of the Attachment Style*, 2013 Colizzi et al. | X | | |
| Pls' Trial Ex. 167 | PLAINTIFFS 006585 | *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*, 2015 Costa et al. | X | | |
| Pls' Trial Ex. 168 | PLAINTIFFS 006602 | *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 2014 de Vries et al. | X | | |
| Pls' Trial Ex. 169 | PLAINTIFFS 006611 | *An Analysis of All Applications for Sex Reassignment Surgery in Sweden, 1960-2010: Prevalence, Incidence, and Regrets*, 2014 Dhejne et al. | X | | |
| Pls' Trial Ex. 170 | PLAINTIFFS 006623 | *Gender Nonconforming Youth: Current Perspectives*, 2017 Ehrensaft | X | | |
| Pls' Trial Ex. 171 | PLAINTIFFS 006634 | *What makes clinical research ethical?*, 2000 Emanuel et al. | X | | |
| Pls' Trial Ex. 172 | PLAINTIFFS 006645 | *Treatment of Central Precocious Puberty*, 2019 Eugster | X | | |
| Pls' Trial Ex. 173 | PLAINTIFFS 006653 | *Cross-Sex Hormone Treatment and Psychobiological Changes in* | X | | |

| | | | | |
|---|---|---|---|---|
| | | *Transsexual Persons: Two-Year Follow-Up Data*, 2016 Fisher et al. | | |
| Pls' Trial Ex. 174 | PLAINTIFFS 006663 | *Chest Surgery in Female to Male Transgender Individuals*, 2017 Frederick et al. | X | |
| Pls' Trial Ex. 175 | PLAINTIFFS 006668 | *Off-Label Use of Drugs in Children*, 2014 Galinkin et al. | X | |
| Pls' Trial Ex. 176 | PLAINTIFFS 006676 | *Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, 2022 Green | X | |
| Pls' Trial Ex. 177 | PLAINTIFFS 006693 | *Feminizing Genital Gender-Confirmation Surgery*, 2018 Hadj-Moussa et al. | X | |
| Pls' Trial Ex. 178 | PLAINTIFFS 006707 | *Satisfaction with Male-to-Female Gender Reassignment Surgery*, 2014 Hess et al. | X | |
| Pls' Trial Ex. 179 | PLAINTIFFS 006717 | *Effects of Different Steps in Gender Reassignment Therapy on Psychopathology*, 2014 Heylens, et al. | X | |
| Pls' Trial Ex. 180 | PLAINTIFFS 006725 | *Supporting Sexuality and Improving Sexual Function in Transgender Persons*, 2019 Holmberg et al. | X | |

| Pls' Trial Ex. 181 | PLAINTIFFS 006744 | *Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques*, 2015 Horbach et al. | X | |
| Pls' Trial Ex. 182 | PLAINTIFFS 006759 | *The Quality of Evidence for Medical Interventions Does Not Improve or Worsen: A Metaepidemiological Study of Cochrane Reviews*, 2020 Howick et al. | X | |
| Pls' Trial Ex. 183 | PLAINTIFFS 006765 | *Testosterone Treatment and MMPI–2 Improvement in Transgender Men*, 2015 Keo-Meier et al. | X | |
| Pls' Trial Ex. 184 | PLAINTIFFS 006779 | *Bone Mass in Young Adulthood Following Gonadotropin-Releasing Hormone Analog Treatment and Cross-Sex Hormone Treatment in Adolescents with Gender Dysphoria*, 2015 Klink et al. | X | |
| Pls' Trial Ex. 185 | PLAINTIFFS 006785 | *Fertility Options in Transgender and Gender Diverse Adolescents*, 2017 Knudson & De Sutter | X | |
| Pls' Trial Ex. 186 | PLAINTIFFS 006789 | *Australian Children and Adolescents with Gender Dysphoria*, 2021 Kozlowska et al. | X | |
| Pls' Trial Ex. 187 | PLAINTIFFS 006815 | *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming* | X | |

| | | *Hormone Therapy*, 2020 Kuper et al. | | |
|---|---|---|---|---|
| Pls' Trial Ex. 188 | PLAINTIFFS 006824 | *Transgender Men Who Experienced Pregnancy After Female-to-Male Gender Transitioning*, 2014 Light, et al. | X | |
| Pls' Trial Ex. 189 | PLAINTIFFS 006833 | *Psychosocial Assessment in Transgender Adolescents*, 2020 Lopez de Lara. | X | |
| Pls' Trial Ex. 190 | PLAINTIFFS 006841 | Christy Mallory et al., *Conversion Therapy and LGBT Youth* 2 (2019 ed.) | X | |
| Pls' Trial Ex. 191 | PLAINTIFFS 006852 | *Successful Oocyte Cryopreservation Using Letrozole as an Adjunct to Stimulation in a Transgender Adolescent after GnRH Agonist Suppression*, 2021 Martin et al. | X | |
| Pls' Trial Ex. 192 | PLAINTIFFS 006858 | *Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth*, 2021 Mehringer et al. | X | |
| Pls' Trial Ex. 193 | PLAINTIFFS 006867 | *Breast Augmentation in Male-to-Female Transgender Patients: Technical Considerations and Outcomes*, 2019 Miller et al. | X | |
| Pls' Trial Ex. 194 | PLAINTIFFS 006879 | *Guiding the Conversation— Types of Regret after Gender-Affirming Surgery and Their* | X | |

| | | | | |
|---|---|---|---|---|
| | | *Associated Etiologies*, 2021 Narayan et al. | | |
| Pls' Trial Ex. 195 | PLAINTIFFS 006891 | *Individual Treatment Progress Predicts Satisfaction with Transition-Related Care for Youth with Gender Dysphoria*, 2021 Nieder et al. | X | |
| Pls' Trial Ex. 196 | PLAINTIFFS 006905 | *Sexual Experiences in Transgender People*, 2018 Nikkelen & Baudewijntje. | X | |
| Pls' Trial Ex. 197 | PLAINTIFFS 006918 | *Quality of Life of Treatment-Seeking Transgender Adults*, 2018 Nobili et al. | X | |
| Pls' Trial Ex. 198 | PLAINTIFFS 006955 | *Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts*, 2018 Olson-Kennedy et al. | X | |
| Pls' Trial Ex. 199 | PLAINTIFFS 006940 | *Mental Health of Transgender Children Who Are Supported in Their Identities*, 2016 Olson, et al. | X | |
| Pls' Trial Ex. 200 | PLAINTIFFS 006961 | *Association Between Gender Confirmation Treatments and Perceived Gender Congruence, Body Image Satisfaction, and Mental Health in a Cohort of Transgender Individuals*, 2018 Owen-Smith, et al. | X | |

| | | | | |
|---|---|---|---|---|
| Pls' Trial Ex. 201 | PLAINTIFFS 006981 | *Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increased Quality of Life in a Prospective Study*, 2017 Papadopulos et al. | X | |
| Pls' Trial Ex. 202 | PLAINTIFFS 006990 | *Sex Reassignment. Thirty Years of International Follow-up Studies After Sex Reassignment Surgery: A Comprehensive Review, 1961-1991*, 1998 Pfafflin & Junge | X | |
| Pls' Trial Ex. 203 | PLAINTIFFS 006997 | *Advancing Methods for U.S. Transgender Health Research*, 2015 Reisner | X | |
| Pls' Trial Ex. 204 | PLAINTIFFS 007008 | *Approach to the Patient: Transgender Youth: Endocrine Considerations*, 2014 Rosenthal | X | |
| Pls' Trial Ex. 205 | PLAINTIFFS 007019 | *Oocyte Cryopreservation in a Transgender Male Adolescent*, 2019 Rothenberg et al. | X | |
| Pls' Trial Ex. 206 | PLAINTIFFS 007021 | Royal College of Psychiatrists, *Good Practice Guidelines for the Assessment and Treatment of Adults with Gender Dysphoria* (2013). | X | |
| Pls' Trial Ex. 207 | PLAINTIFFS 007083 | *Transgender Associations and Possible Etiology:A Literature Review*, 2017 Saleem & Rizvi | X | |

| | | | | |
|---|---|---|---|---|
| Pls' Trial Ex. 208 | PLAINTIFFS 007088 | *Regret Associated with the Decision for Breast Reconstruction*, 2008 Sheehan et al. | X | |
| Pls' Trial Ex. 209 | PLAINTIFFS 007103 | *Sex Reassignment: Outcomes and Predictors of Treatment for Adolescent and Adult Transsexuals*, 2005 Smith, et al. | X | |
| Pls' Trial Ex. 210 | PLAINTIFFS 007114 | *Gender-Affirming Mastectomy Trends and Surgical Outcomes in Adolescents*, 2022 Tang et al. | X | |
| Pls' Trial Ex. 211 | PLAINTIFFS 007121 | *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care*, 2022 Tordoff et al. | X | |
| Pls' Trial Ex. 212 | PLAINTIFFS 007134 | *Endocrinology of Transgender Medicine*, 2018 Guy T'Sjoen et al. | X | |
| Pls' Trial Ex. 213 | PLAINTIFFS 007155 | *Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria*, 2018 Turan et al. | X | |
| Pls' Trial Ex. 214 | PLAINTIFFS 007169 | *Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among* | X | |

| | | | | | |
|---|---|---|---|---|---|
| | | *Transgender Adults*, 2020 Turban et al. | | | |
| Pls' Trial Ex. 215 | PLAINTIFFS 007186 | *Access to Gender-Affirming Hormones during Adolescence and Mental Health Outcomes Among Transgender Adults*, 2022 Turban et al. | | X | |
| Pls' Trial Ex. 216 | PLAINTIFFS 007178 | *Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation*, 2020 Turban et al. | | X | |
| Pls' Trial Ex. 217 | PLAINTIFFS 007201 | *Surgical Satisfaction, Quality of Life, and Their Association After Gender-Affirming Surgery: A Follow-up Study*, 2018 van de Grift et al. | | X | |
| Pls' Trial Ex. 218 | PLAINTIFFS 007213 | *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers*, 2020 R. van der Miesen | | X | |
| Pls' Trial Ex. 219 | PLAINTIFFS 007220 | *Effect of Pubertal Suppression and Cross-Sex Hormone Therapy on Bone Turnover Markers and Bone Mineral Apparent Density (BMAD) in Transgender Adolescents, in Bone in Balance* 2020 Vlot | | X | |
| Pls' Trial Ex. 220 | PLAINTIFFS 007419 | *Patient Satisfaction with Breasts and Psychosocial,* | | X | |

| | | | | | |
|---|---|---|---|---|---|
| | | *Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals*, 2013 Weigert et al. | | | |
| Pls' Trial Ex. 221 | PLAINTIFFS 007428 | *Cross-Sex Hormone Therapy in Trans Persons Is Safe and Effective at Short-Time Follow-Up*, 2014 Wierckx et al. | | X | |
| Pls' Trial Ex. 222 | PLAINTIFFS 007441 | *Ten Common Questions (and Their Answers) About Off-label Drug Use*, 2012 Wittich et al. | | X | |
| Pls' Trial Ex. 223 | PLAINTIFFS 007450 | *Cognitive, Emotional, and Psychosocial Functioning of Girls Treated with Pharmacological Puberty Blockage for Idiopathic Central Precocious Puberty*, 2016 Wojniusz et al. | | X | |
| Pls' Trial Ex. 224 | PLAINTIFFS 007462 | *Off-label Medication Prescribing Patterns in Pediatrics: An Update*, 2019 Yackey et al. | | X | |
| Pls' Trial Ex. 225 | PLAINTIFFS 007470 | *Functional Ovarian Reserve in Transgender Men Receiving Testosterone Therapy*, 2021 Yaish et al. | | X | |
| Pls' Trial Ex. 226 | PLAINTIFFS 006683 | *Management of Endocrine Disease: Long term outcome of central precocious puberty* | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 227 | PLAINTIFFS 001128 | Presidential Memorandum for the Secretary of Defense and the Secretary of Homeland Security Regarding Military Service by Transgender Individuals (March 23, 2018) | | | |
| Pls' Trial Ex. 229 | PLAINTIFFS 001343 | Template Notice of Adverse Benefit Determination | X | | |
| Pls' Trial Ex. 230 | PLAINTIFFS 001294 | Template Notice of Plan Appeal Resolution | X | | |
| Pls' Trial Ex. 231 | PLAINTIFFS 001286 | Sample AHCA Final Order – 20-FH0855 | | X | |
| Pls' Trial Ex. 232 | PLAINTIFFS 000818 - PLAINTIFFS 000838 | Medical records of August Dekker | X | | |
| Pls' Trial Ex. 234 | PLAINTIFFS 000168 thru PLAINTIFFS 000182; PLAINTIFFS 000839 thru PLAINTIFFS 000998 | Medical records of Brit Rothstein | X | | |
| Pls' Trial Ex. 235 | PLAINTIFFS 000041 thru PLAINTIFFS 000167; PLAINTIFFS 000200 thru PLAINTIFFS 000647 | Medical records of K.F. | X | | |
| Pls' Trial Ex. 236 | PLAINTIFFS 000001 thru PLAINTIFFS 000040; PLAINTIFFS 000183 thru | Medical records of S.D. | X | | |

| | | | | | |
|---|---|---|---|---|---|
| | PLAINTIFFS 000199; PLAINTIFFS 000648 thru PLAINTIFFS 000817; PLAINTIFFS 000999 thru PLAINTIFFS 001005 | | | | |
| Pls' Trial Ex. 237 | Def_0015622 90; Def_0015575 55 | Dekker medical records | X | | |
| Pls' Trial Ex. 238 | Def_0001742 90 | GAPMS Decision Tree Checklist | X | | |
| Pls' Trial Ex. 239 | Def_0002869 39 | GAPMS – GnRH for treatment of gender dysphoria | X | | |
| Pls' Trial Ex. 240 | Def_0002887 76 | GAPMS – GnRH for treatment of gender dysphoria | X | | |
| Pls' Trial Ex. 241 | Def_0001261 05 | GAPMS – Cross Sex Hormone Therapy – 5/20/2022 | X | | |
| Pls' Trial Ex. 242 | Def_0000866 66 | GAPMS – Cross Sex Hormone Therapy Report (edited) - 5/20/2022 | X | | |
| Pls' Trial Ex. 243 | Def_0002938 66 | GAPMS – Cross Sex Hormone Therapy – 11/2/2016 | X | | |
| Pls' Trial Ex. 244 | Def_0002955 86 | GAPMS – Gender Confirmation Surgery (incomplete) – 7/19/2017 | | X | |
| Pls' Trial Ex. 245 | Def_0003225 20 | DUR Meeting Transcript – 9/26/2015 | | X | |
| Pls' Trial Ex. 246 | Def_0003205 88 | DUR Quarterly Report - 2015 | | X | |
| Pls' Trial Ex. 247 | Def_0003316 26; | DUR Meeting Minutes – 1/16/2016 | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 248 | Def_0003646 80 | DUR Meeting Minutes – 9/24/2016 | | | |
| Pls' Trial Ex. 249 | Def_0003443 41 | Pharmacy log - 5/31/2016 | | X | |
| Pls' Trial Ex. 250 | Def_0003516 81; | AHCA review of research – 7/25/2016 | | X | |
| Pls' Trial Ex. 251 | Def_0003566 16 | AHCA review of state practice – 8/17/2016 | | X | |
| Pls' Trial Ex. 252 | Def_0003527 92; Def_0003527 93; Def_0003550 79; Def_0003550 79-1; | Arlene Elliot research regarding Medicaid coverage of care in other states – July 27, 2016 | X | | |
| Pls' Trial Ex. 253 | Def_0003606 46 | Aetna clinical criteria for cross-sex hormone therapy – 8/18/2016 | | X | |
| Pls' Trial Ex. 254 | Def_0003695 49 | Arlene Elliot email re GnRH coverage – 8/29/2016 | X | | |
| Pls' Trial Ex. 255 | Def_0003667 85 | Rebecca Borgert email regarding Endocrine Society guidelines – 8/29/2016 | X | | |
| Pls' Trial Ex. 256 | Def_0002899 27 | AHCA GAPMS routing and tracking form for puberty suppression therapy – 8/31/2016 | X | | |
| Pls' Trial Ex. 257 | Def_0001488 20, | Special services criteria re GnRH coverage – 9/20/2016 (updated 11/17/17) | X | | |
| Pls' Trial Ex. 258 | Def_0003636 25 | AHCA letter to Children's Medical Services re drug criteria and coverage – 10/6/2016 | | X | |
| Pls' Trial Ex. 259 | Def_0003688 73 | AHCA tracking form for GAPMS research re puberty suppression – 9/26/2016 | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 260 | Def_000295599 | AHCA GAPMS routing and tracking form for cross-sex hormone therapy – 11/2/2016 | X | | |
| Pls' Trial Ex. 261 | Def_000374025 | FL House letter to AHCA re drug treatment for gender dysphoria – 11/22/2016 | | X | |
| Pls' Trial Ex. 262 | Def_000434874 | DUR transcript – 3/23/2017 | X | | |
| Pls' Trial Ex. 263 | Def_000289947 | Draft GAPMS re gender-affirming surgery – 7/19/2017 | X | | |
| Pls' Trial Ex. 264 | Def_000824992, Def_000824996, | Email exchange re Medicaid coverage of gender affirming surgery – June 2018 | X | | |
| Pls' Trial Ex. 265 | Def_000825001 | AHCA routing form tracking response to MCO question about Medicaid coverage of surgery – June 2018 | X | | |
| Pls' Trial Ex. 266 | Def_000825002 | AHCA document closing the project re responding to MCO question about Medicaid coverage of surgery – June 2018 | X | | |
| Pls' Trial Ex. 267 | Def_001291353 | Email from Theresa Kumar to Jesse Botcher – 10/18/2019 | X | | |
| Pls' Trial Ex. 268 | Def_001463652 | Email from DD Pickle to Krisin Sokoloski – 1/5/2022 | | X | |
| Pls' Trial Ex. 269 | Def_000075977, Def_000075979, Def_000023694, Def_000055220 | AHCA approval of Simply Healthcare's provider manual – 3/24/2022 | X | | |
| Pls' Trial Ex. 270 | Def_000076888 | Email re commercial plan coverage – 3/24/2022 | X | | |

| Pls' Trial Ex. 271 | Def_001490062; | Communication from Peter Ring re procedures billed to treat gender dysphoria – 4/7/2022 | X | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 272 | Def_0002901 75 | Email from Andy Bardos to Andrew Sheeran re Cantor and legal research – 4/11/2022 | X | | |
| Pls' Trial Ex. 273 | Def_0002902 79 | Email forwarded by Andrew Sheeran from Ashley Lukis scheduling a call with James Cantor – 4/13/2022 | X | | |
| Pls' Trial Ex. 274 | GROSSMAN 0029 | Email from Andrew Sheeran to Miriam Grossman – 4/14/2022 | X | | |
| Pls' Trial Ex. 275 | Def_0002902 89 | Email exchange between Andrew Sheeran and Romina Brignardello Petersen – 4/18/2022 | X | | |
| Pls' Trial Ex. 276 | Def_001490846; | Email from Susan Williams to Shantrice Green re GAPMS on cross-sex hormone therapy – 4/20/2022 | X | | |
| Pls' Trial Ex. 277 | Def_001490891; Def_0014909 03 | Email from Amy Zitiello to Vern Hamilton regarding FDOH guidance – 4/20/2022 | X | | |
| Pls' Trial Ex. 278 | Def_0000871 35 | Email from Cody Farill regarding data from Magellan about drug coverage - 4/20/2022 | X | | |
| Pls' Trial Ex. 279 | Def_0017097 96 | Communication between Jason Weida and Dr. Michelle Cretella – 4/21/2025 | X | | |
| Pls' Trial Ex. 280 | Def_0018999 38 | Communication between Romina Brignardello-Petersen and Jason Weida regarding types of surgeries on which to focus – 4/25/2022 | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 281 | Def_001496338 | Communication between Jason Weida and Vern Hamilton regarding planned response to Dr. Zitiello's question about FDOH guidance – 4/29/2022 | X | | |
| Pls' Trial Ex. 282 | AHCA EXP_005716 | Draft GAPMS on gender affirming surgery (with handwritten notes) - May 2022 | X | | |
| Pls' Trial Ex. 283 | Def_001553119 Def_001553161; Def_001553120; Def_001553166; Def_001553174; Def_001553125 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | | |
| Pls' Trial Ex. 284 | Def_002174114 | Jason Weida communication regarding articles provided to him by Dr. Van Mol – 5/6/2022 | X | | |
| Pls' Trial Ex. 285 | Def_001497585 | Dr. Van Mol communication with Jason Weida and Matthew Brackett about gender affirming care – 5/7/022 | X | | |
| Pls' Trial Ex. 286 | Def_000296902; Def_000296902-1; Def_000296902-2 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 | X | | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 287 | EOG_008126 | Text message from Jason Weida regarding Eknes-Tucker and James Cantor – 5/17/2022 | X | | |
| Pls' Trial Ex. 288 | Def_001968264 | Email from Shantrice Green to Susan Williams and Kelly Rubin regarding the GAPMS memo on cross-sex hormone therapy – 5/20/2022 | X | | |
| Pls' Trial Ex. 289 | Def_002878820 | Draft of GAPMS cross-sex hormone therapy memo – 5/20/2022 | X | | |
| Pls' Trial Ex. 290 | AHCA EXP_004762 | Jason Weida asks Dr. Van Mol for assistance locating specific witnesses – 5/21/2022 | X | | |
| Pls' Trial Ex. 291 | Def_000291698 | Email between Dr. Van Mol and Jason Weida regarding reimbursement – 5/21/2022 | X | | |
| Pls' Trial Ex. 292 | Def_002885062; Def_002885063 | Invoices from Romina Brignardello-Petersen – 5/24/2022 | X | | |
| Pls' Trial Ex. 293 | Def_000286991 | Template denial for requesting rule workshop – June 2022 | | X | |
| Pls' Trial Ex. 294 | EOG_008239 | Projected Rulemaking Timeline – June 2022 | X | | |
| Pls' Trial Ex. 295 | EOG_008240 | Gender Dysphoria/Transgender Health Care Non-Legislative Pathway – June 2022 | X | | |
| Pls' Trial Ex. 296 | EOG_008241 | Gender Dysphoria/Transgender Health Care Policy Pathway – June 2022 | X | | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 297 | Def_00029560 8; Def_0002881 71 | AHCA GAPMS routing and tracking form for June 2022 GAPMS – 6/1/2022 | X | | |
| Pls' Trial Ex. 298 | Def_0028734 11; Def_0028734 12 | Communication between Ashley Peterson and Jason Weida regarding an inventory of gender affirming care – 6/3/2022 | | X | |
| Pls' Trial Ex. 299 | Def_0002887 53 | Email communication between AHCA and Magellan regarding coverage of GnRH to treat gender dysphoria | X | | |
| Pls' Trial Ex. 300 | Def_0019001 10 | AHCA communication regarding the Special Services Criteria for puberty blockers – 6/10/2022 | X | | |
| Pls' Trial Ex. 301 | Def_0019001 13 | Communication between Jason Weida and Dr. Van Mol about a witness for the July 8th hearing – 6/14/2022 | X | | |
| Pls' Trial Ex. 302 | Def_0001742 99 | Email communication between Dr. Christopher Cogle and Jeffrey English – 6/27/2022 | X | | |
| Pls' Trial Ex. 303 | GROSSMAN 0095 | Communication regarding meeting between Miriam Grossman, Dr. Van Mol, Jason Weida, Andrew Sheeran, and Holtzman Vogel regarding July 8th hearing – 6/30/2022 | X | | |
| Pls' Trial Ex. 304 | Def_0002969 75 | Communication between Dr. Van Mol and AHCA - 7/2/2022 | X | | |

| Pls' Trial Ex. 305 | FDOH_0000 04873 | Brief of the July 8th rule hearing – 7/8/2022 | X | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 306 | Def_0002962 44 | Transcript from July 8th rule hearing – 7/8/2022 | X | | |
| Pls' Trial Ex. 307 | Def_0002969 49 | Email from Miriam Grossman – 7/10/2022 | X | | |
| Pls' Trial Ex. 308 | Def_0002919 00 | Email communications with Jason Weida and Dr. Van Mol – 7/14/2022 | X | | |
| Pls' Trial Ex. 309 | GROSSMAN 0067 | Communications regarding AHCA's development of public comment binder provided to the consultants – 7/19/2022 | X | | |
| Pls' Trial Ex. 310 | Def_0002376 07 | Invoice from Dr. Van Meter – 8/4/2022 | X | | |
| Pls' Trial Ex. 311 | EOG_008127 | Communication to Jason Weida regarding witnesses for a hearing – 8/10/2022 | X | | |
| Pls' Trial Ex. 312 | Def_0002398 20 | Invoices from Dr. Van Mol – 8/11/2022 | X | | |
| Pls' Trial Ex. 313 | Def_0018928 88; Def_0018928 94 | Email communications regarding implementation of 59G-1.050(7) - 8/22/2022 | | X | |
| Pls' Trial Ex. 314 | Def_0002588 35 | Communication between AHCA and EOG regarding planned communications about June 2022 GAPMS and 59G-1.050(7) - 8/22/2022 | X | | |
| Pls' Trial Ex. 315 | Def_0002588 33 | SMMC Policy Transmittal draft regarding non-coverage of gender dysphoria treatments – August 22, 2022 | X | | |
| Pls' Trial Ex. 316 | Def_0002588 39 | AHCA Medicaid Health Care Alert regarding prohibition on | X | | |

| | | | | | |
|---|---|---|---|---|---|
| | | coverage for gender affirming care | | | |
| Pls' Trial Ex. 317 | Def_000274811 | AHCA draft response to media regarding gender affirming care – 9/1/2022 | X | | |
| Pls' Trial Ex. 318 | Def_000289978 | List of appeals for denials of hormone therapy – 12/19/2022 | X | | |
| Pls' Trial Ex. 319 | Def_000290022 | List of requests for surgery to treat gender dysphoria – 12/19/2022 | X | | |
| Pls' Trial Ex. 320 | Def_000272295 | AHCA After the Fact Request form for Quentin Van Meter – 6/13/2022 | X | | |
| Pls' Trial Ex. 321 | Def_000241592 | AHCA After the Fact Request form for Andre Van Mol – 5/26/2022 | X | | |
| Pls' Trial Ex. 322 | Def_001551590 | Draft of welcome/opening remarks for July 8th rule hearing | | X | |
| Pls' Trial Ex. 323 | Def_001511705 | Endocrine Society public comment | X | | |
| Pls' Trial Ex. 324 | Def_001514249 | Yale public comment | X | | |
| Pls' Trial Ex. 325 | Def_001511606 | American Academy of Pediatrics public comment | X | | |
| Pls' Trial Ex. 326 | Def_001551644 | Florida Medicaid, Comment Summary for Rule 59G-1.050 (20 pages) | | X | |
| Pls' Trial Ex. 327 | Def_001551664 | Florida Medicaid, Comment Summary for Rule 59G-1.050 (17 pages) | X | | |

| Pls' Trial Ex. 328 | Def_000296892; Def_000296892-1 | Email communication between Van Mol and Weida and attachment | X | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 329 | Def_000290414 | Florida Medicaid & G/TAT, Andrea Van Mol – May 2022 | X | | |
| Pls' Trial Ex. 330 | Def_000286954 | GAPMS – Specially Modified Foods | X | | |
| Pls' Trial Ex. 331 | Def_000286961 | GAPMS – Scleral Contact Lenses | X | | |
| Pls' Trial Ex. 332 | Def_000286947 | GAPMS – Fractional Exhaled Nitric Oxide | X | | |
| Pls' Trial Ex. 333 | Def_000286931 | GAPMS – Breast Pump | X | | |
| Pls' Trial Ex. 334 | Def_000291815 | Email from Miriam Grossman – July 7, 2022 | X | | |
| Pls' Trial Ex. 335 | EOG_002522 | Proposed media response from Brock Juarez to Taryn Fenske – 8/29/2022 | X | | |
| Pls' Trial Ex. 336 | Def_000178126 | Order striking Van Meter | X | | |
| Pls' Trial Ex. 337 | Def_001593749 | Email communication between Van Meter and AHCA Counsel | X | | |
| Pls' Trial Ex. 338 | Def_000288298 | AHCA Microsoft Teams Meeting Invite | X | | |
| Pls' Trial Ex. 339 | Def_002883110 | Email communication between Van Meter and Jason Weida | X | | |
| Pls' Trial Ex. 340 | Def_000237603 | AHCA Van Meter Invoice | X | | |
| Pls' Trial Ex. 341 | FDOH_000020148 | HCA Hearing on General Medicaid Policy | X | | |

| | | | | | |
|---|---|---|---|---|---|
| Pls' Trial Ex. 342 | Def_000239790 | Email communication between Devona Pickle and Van Meter | X | | |
| Pls' Trial Ex. 343 | Def_000292237 | Email communication between consultants, counsel, and Van Meter | X | | |
| Pls' Trial Ex. 344 | EOG_002234; EOG_002281 | AHCA Teams Meeting Invites | X | | |
| Pls' Trial Ex. 345 | GROSSMAN_0058 | Email communication between AHCA and consultants | X | | |
| Pls' Trial Ex. 346 | Def_001572839 | Email communication between Sheeran and Brignardello-Petersen | | X | |
| Pls' Trial Ex. 347 | Def_000296980 | Email communication between Van Mol and Weida | | X | |
| Pls' Trial Ex. 348 | Def_002883392 | Van Mol comments to Alstott letter | | X | |
| Pls' Trial Ex. 349 | Def_000296946 | Email communication between Weida Van Meter, Van Mol and Grossman | | X | |
| Pls' Trial Ex. 350 | Def_000296905 | Email communication between Cantor and Weida | | X | |
| Pls' Trial Ex. 351 | PLAINTIFFS 007541 | *Sex Differences in Verbal Fluency during Adolescence*, 2013 Soleman | | X | |
| Pls' Trial Ex. 352 | PLAINTIFFS 007550 | Oestrogens are Not Related to Emotional Processing, Soleman 2016 | | X | |
| Pls' Trial Ex. 353 | PLAINTIFFS 007557 | *Puberty suppression and executive functioning*, 2015 Staphorsius | | X | |
| Pls' Trial Ex. 354 | PLAINTIFFS 007560 | *Alterations in the inferior fronto-occipital fasciculus*, van Heesewijk | | X | |

Dated: April 21, 2023

Respectfully Submitted,

*/s/ Katy DeBriere*

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**

**Jennifer Altman** (Fl. Bar No. 881384)
**Shani Rivaux** (Fl. Bar No. 42095)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

**William C. Miller\***
**Gary J. Shaw\***
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com

**Joe Little\***
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4700
joe.little@pillsburylaw.com

**NATIONAL HEALTH LAW PROGRAM**

**Abigail Coursolle\***
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

**Catherine McKee\***

**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**

**Omar Gonzalez-Pagan\***
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

**Carl S. Charles\***
1 West Court Square, Suite 105
Decatur, GA 30030
(404) 897-1880
ccharles@lambdalegal.org

**SOUTHERN LEGAL COUNSEL, INC.**

**Simone Chriss** (Fl. Bar No. 124062)
**Chelsea Dunn** (Fl. Bar No. 1013541)
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**FLORIDA HEALTH JUSTICE PROJECT**

**Katy DeBriere** (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

48

1512 E. Franklin Street, Suite 110          * *Admitted pro hac vice*
Chapel Hill, NC 27541                       *Counsel for Plaintiffs*
(919) 968-6308
mckee@healthlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and the documents referenced therein were served by email on April 21, 2023, on all counsel of record:

Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
HOLTZMAN VOGEL BARANTORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301

**COUNSEL FOR DEFENDANTS**

*/s/ Gary J. Shaw*
**ATTORNEY FOR PLAINTIFFS**