

RICK SCOTT
GOVERNOR

JUSTIN M. SENIOR
SECRETARY

# FRACTIONAL EXHALED NITRIC OXIDE MEASUREMENT
## GENERALLY ACCEPTED PROFESSIONAL MEDICAL STANDARDS (GAPMS)
### DETERMINATION REPORT WITH RECOMMENDATION

**Date:**      June 13, 2017

**To:**        Beth Kidder, Deputy Secretary for Medicaid

**From:**      Bureau of Medicaid Policy

**Subject:**   **Fractional Exhaled Nitric Oxide Measurement Device**

---

## PURPOSE

In order for the use of Fractional Exhaled Nitric Oxide (FeNO) measurement to be covered under the Florida Medicaid program, it must meet the medical necessity criteria as defined in Rule 59G-1.010, Florida Administrative Code. (F.A.C.), and be funded through the General Appropriations Act of Chapter 216, Florida Statutes (F.S.).

Pursuant to the criteria set forth in 59G-1.010, F.A.C., the use of FeNO must be consistent with generally accepted professional medical standards (GAPMS) as determined by the Medicaid program, and not be experimental or investigational.

In accordance with the determination process established in rule 59G-1.035, F.A.C., the Deputy Secretary for Medicaid will make the final determination as to whether FeNO is consistent with generally accepted professional medical standards and not experimental or investigational.

If it is determined that FeNO is consistent with generally accepted professional medical standards, this report will be supplemented with an addendum which analyzes additional factors to determine whether this health service should be covered under the Florida Medicaid program.

## REPORT WITH RECOMMENDATION

This report with recommendation is presented as the summary assessment considering the factors identified in 59G-1.035, F.A.C. based on the collection of information from credible sources of reliable evidence-based information. The intent is to provide a brief analysis with justification in support of the final recommendation.

The analysis described in this report includes:
- A high-level review of relevant disease processes.
- An overview of the health service information.
- Clearance from the government regulatory body (e.g. U.S. Food and Drug Administration).
- Evidence based clinical practice guidelines.

2727 Mahan Drive • Mail Stop # 20
Tallahassee, FL  32308
AHCA.MyFlorida.com



Facebook.com/AHCAFlorida
Youtube.com/AHCAFlorida
Twitter.com/AHCA_FL
SlideShare.net/AHCAFlorida

Def_000286947

- A review of the literature considered by the relevant medical community or practitioner specialty associations from credible scientific evidence-based literature published in peer reviewed journals and consensus of coverage policy from commercial and other state Medicaid insurers.

## HEALTH SERVICE SUMMARY

### Asthma

Asthma is a chronic lung disease that affects 25 million people, including 7 million children, in the United States. The disease causes the inflammation and narrowing of the airways (bronchial tubes) that carry air into and out of the lungs. People diagnosed with asthma have inflamed airways which are swollen and sensitive. In most cases, inhalation of certain substances causes the muscles to contract around the airways, narrowing them and limiting airflow into the lungs. This can result in an asthma exacerbation marked by wheezing, shortness of breath, and coughing. (National Heart, Lung, and Blood Institute, 2012)

Diagnosing asthma requires evaluating a patient's history, physical examination, and tests such as pulmonary function tests (spirometry). Due to the numerous factors that can cause asthma or asthma symptoms, no standard procedure exists to make a diagnosis. Practitioners base their diagnoses on the likelihood of asthma and treat symptoms accordingly. (National Heart, Lung, and Blood Institute, 2012)

### Diagnostic Testing

Spirometry measures lung function and is used in the diagnosis and management of respiratory conditions such as asthma, pulmonary fibrosis, and chronic obstructive pulmonary disease (COPD). (Global Initiative for Chronic Obstructive Lung Disease, 2007)

When administering spirometry, the practitioner has the patient take a deep breath and exhale as hard as possible into an apparatus that measures how much air moves in and out of the lungs. The results consist of two measurement types, forced vital capacity (FVC) and forced expiratory volume (FEV1), and are compared to a predicted result based on age, sex, height, and ethnicity. If the patient's FVC and FEV1 are lower than the predicted result, the test indicates an obstructive airway disease. (Global Initiative for Chronic Obstructive Lung Disease, 2007)

Practitioners also use bronchodilator reversibility testing to determine whether a fixed airway is narrowing. This consists of a comparison and contrast of two spirometry tests, one where the patient performs the test normally and a second conducted 15-20 minutes later following bronchodilator administration. If the second test's results show improved lung function, it indicates that the airway obstruction is reversible and supports a diagnosis of asthma. (Global Initiative for Chronic Obstructive Lung Disease, 2007)

### Treatment

Asthma does not have a cure, and the treatment goal is to keep the disease well controlled. To attain this, practitioners instruct patients to avoid factors that trigger exacerbations such as allergens and treat other conditions that provoke asthma symptoms. For patients having difficulty controlling the disease, practitioners prescribe inhaled corticosteroids (ICS). These are the preferred medications to reduce inflammation and achieve long-term control. Other

Def_000286948

treatments such as nebulizers (a device that delivers a medication as a fine mist to the lungs) and monthly Omalizumab (anti-inflammatory) injections are used when ICSs are inadequate. (National Heart, Lung, and Blood Institute, 2012)

## Fractional Nitric Oxide Measurement (FeNO)

Nitric oxide (NO), a pollutant produced by the lungs, is a highly reactive molecule/free radical that is detectable in exhaled breath.  Its oxidant properties and role in lung function cause it to play a key role in the pathophysiology of pulmonary diseases such as asthma.

Patients with asthma diagnoses tend to have elevated levels of NO in their exhaled breath as a result of allergic airway inflammation (Shaw et al, 2007).  Research studies have been conducted to determine if measuring the FeNO levels in a patient's breath can assist with the diagnosis of asthma and if adjustments in medication are needed to attain optimal control.

## Aerocrine – NIOX Product Line

Aerocrine manufactures FeNO monitoring devices (NIOX) for research and clinical applications. Only trained healthcare professionals may operate the device as directed by the user manual. The latest portable system on the market is the NIOX VERO (Aerocrine, 2014).

To use the device, a patient empties their lungs, takes a deep breath through the patient filter to test capacity, and slowly exhales for 10 seconds.  The device measures the NO concentration of the last 3 seconds of the 10 second exhalation and displays the result in approximately 1.5 minutes.  According to the manufacturer, the device can last 5.5 years or 15,000 measurements. (Aerocrine, 2014)

## Government Regulatory Body Approval

According to Title 21 CFR 862.3080, a breath nitric oxide test system is identified as a "device intended to measure fractional nitric oxide in human breath.  Measurement of changes in fractional nitric oxide concentration in expired breath aids in evaluating an asthma patient's response to anti-inflammatory therapy, as an adjunct to established clinical and laboratory assessments of asthma." (U.S. Food and Drug Administration, 2003)

In 2014, the U.S. Food and Drug Administration (FDA) determined that NIOX VERO is approved for use as a prescription device.  The FDA further stated that NIOX VERO cannot be used with infants or children under seven years old. (U.S. Food and Drug Administration, 2014)

## LITERATURE REVIEW

This analysis summarizes information obtained from scientific literature published in credible peer-reviewed journals related to FeNO measurement. This section also briefly cites the positions from the relevant medical societies, and summarizes the key articles referenced in support of their positions.

## Asthma Exacerbation Reduction and Monitoring

Powell et al (2011) conducted a research trial that assigned 220 non-smoking, pregnant women with asthma into two groups, one to monitor FeNO levels in regards to treatment (111 participants) and the other to continue management without monitoring (109 participants).

Def_000286949

During the trial, the participants having their FeNO levels monitored had lower exacerbation rates than those who did not with a mean rate of 0.29 exacerbations per pregnancy in comparison to 0.69.  As a result of evaluating their FeNO levels, the participants in the monitoring group received different treatment regimens consisting of higher doses of inhaled corticosteroids (ICS) and long-acting beta-agonists.

Petsky et al (2014) tracked the asthma management of 63 children separated into two groups, 31 receiving FeNO monitoring and 32 continuing management without monitoring.  Of the participants who completed the trial (eight did not complete the trial), 6 of the 27 children receiving FeNO monitoring reported having an exacerbation as opposed to 15 of the 28 children in the other group.  Petsky et al acknowledged that the FeNO monitoring group used higher doses of ICS and that the strategy is not likely to improve asthma control and a second-larger study is needed.

Shaw et al (2007) conducted a trial with 118 asthma patients divided into two groups, one that used FeNO monitoring to determine ICS treatment (58 participants) and the other to continue management without monitoring (60 participants).  The results showed that a treatment strategy using FeNO measurements did not translate into a large reduction of ICS usage or exacerbations over a 12-month period in comparison to current asthma guidelines.

In both the Powell et al and Petsky et al trials, the FeNO monitoring groups experienced fewer significant exacerbation but also took higher doses of medication.  The Shaw et al trial noted an 11% increase in ICS used by the FeNO monitoring group but indicated that the group had a smaller daily dose.  When determining the methodology, the trials used different cutoffs of FeNO measurements to determine whether or not to increase ICS with a range of 26 ppb (Shaw et al) to 35 ppb (parts per billion) (Petsky et al).

## Asthma Diagnosis

Pedrosa et al (2010) conducted a trial with 114 adult patients reporting asthma symptoms but did not have a diagnosis.  All of the participants had normal spirometry (pulmonary function test) and negative bronchodilator tests.  Prior to undergoing a methacholine challenge test (evaluates the narrowing and tightening of airways), the participants had FeNO measurements taken.  The results showed that 35 of the 114 received diagnoses of asthma and that those diagnosed had higher FeNO levels with a cutoff value of 40 ppb.

Schneider et al (2013) conducted a prospective diagnostic study with 393 participants who had reported asthma symptoms.  The participants provided FeNO measurements and morning sputum samples.  The study resulted in 154 asthma and 5 COPD (chronic obstructive pulmonary disease) diagnoses and concluded that FeNO measurement functioned best as a diagnostic tool when inflammatory patterns are considered.  However, Schneider et al noted that FeNO measurements had a low predictive value when the pre-test probability for asthma was also low.

Other studies such as Ciprandi et al (2010), Buslau et al (2014), Woo et al (2012), and Jerzynska et al (2014) showed varying cutoff levels for FeNO measurements when diagnosing asthma with a range of 18.05 ppb (Buslau et al) to 40 ppb (Pedrosa et al).  These variances do not allow for a fixed cutoff, making the diagnosis of asthma difficult based on FeNO measurements.

Def_000286950

**Evidence-Based Clinical Practice Guidelines**

The American Thoracic Society (ATS) released a clinical practice guideline (2011) for the interpretation of FeNO levels.  It concluded that conventional tests such as spirometry provide limited information regarding airway inflammation and that FeNO measurements can aid in detecting eosinophilic inflammation (allergy driven) and determine ICS responsiveness.  The ATS also recommended FeNO measurement cutoffs of >50 ppb in adults and >35 ppb in children to indicate eosinophilic inflammation that is likely to respond to ICS.  However, the ATS indicated that FeNO measurements alone cannot serve as a basis for diagnosis or treatment plan and that they need to be applied within the clinical context.  The ATS also stated that FeNO values may apply best when compared to a personal baseline as opposed to a normal range and recommended further trials using multiple clinical settings.  In 2012, the American Academy of Allergy, Asthma, and Immunology (AAAAI) and the American College of Allergy, Asthma, and Immunology (ACAAI) released a joint statement supporting the ATS's clinical practice guideline.

The National Institute for Health and Care Excellence (NICE), which is based in the United Kingdom, released recommendations (2014) for the use of FeNO measurements in the diagnosis and management of asthma.  NICE concluded that FeNO testing is useful as a diagnostic tool for patients who have an intermediate probability of having asthma and must be done in combination with other tests.  NICE further determined that FeNO measurements function as a "rule in" test and that a negative or low reading does not rule out asthma.  For management, NICE recommended that FeNO testing can serve as support for patients continuing to show symptoms despite ICS use.  However, it is not optimal for lowering ICS medication in patients who have well-controlled asthma.

**COVERAGE POLICY**

**Medicare**

Medicare does not have a National Coverage Determination (NCD) for FeNO measurement.  This does not preclude individual states from making a Local Coverage Determination (LCD) and adding the Current Procedural Terminology (CPT) code 95012 to their fee schedules.  Florida's Medicare contractor, First Coast Service Options, covers FeNO testing under CPT code 95012.

**Medicaid**

Thirty-seven Medicaid programs cover FeNO testing under CPT code 95012.  Keystone First's (Pennsylvania's Managed Medicaid Plan) clinical policy (2014) states that FeNO testing is covered only to establish an eosinophilic asthma diagnosis when testing and physical examinations are inconclusive.  All other uses for FeNO measurements are not medically necessary.

**Other Insurers**

Cigna stated in its 2015 coverage policy that it does not cover FeNO measurement for any indication due to insufficient evidence of beneficial health outcomes.  The company deemed the test as investigational.

Blue Cross Blue Shield (BCBS) of North Carolina reported in its 2016 corporate medical policy that it considers FeNO measurement to be investigational and does not cover the service.

Def_000286951

Regence, the BCBS company for Oregon and Utah, completed a literature review of FeNO measurements in 2016 and concluded that the test was investigational and not eligible for coverage.

WellCare in a position statement (2014) stated that it does not cover FeNO measurement due to its investigational status. However, WellCare does cover the test for Georgia Medicaid which does consider it medically necessary.

Aerocrine reported that United Healthcare and Health Care Service Corporation (HCSC) cover FeNO testing in two press releases from 2012 and 2014 respectively.

## GENERALLY ACCEPTED PROFESSIONAL MEDICAL STANDARDS RECOMMENDATION

This report does not recommend Fractional Exhaled Nitric Oxide (FeNO) Measurement as a health service that is consistent with generally accepted professional medical standards.

### Rationale

The medical profession agrees that measuring FeNO levels can aid in the diagnosis and treatment of asthma. However, the profession differs on how to use those levels appropriately and what thresholds should be established. More conclusive research and trials are necessary to understand the potential benefits of this test. Furthermore, trials already conducted do not make a case for the necessity of FeNO. To control asthma, practitioners prescribe inhaled corticosteroids and can measure the dosage depending on severity. Patients who report exacerbations can have their medications adjusted without having to take an additional test. Regardless of whether FeNO levels are known, physicians can follow the standard treatment and diagnostic testing for asthma while attaining the same results.

Given the need for further research to establish more definite clinical guidelines, FeNO measurements have not been determined to be a generally accepted professional medical standard consistent with Rule 59G-1.035(2), F.A.C. When assessing patient benefit, research and trials indicated that improved results can be attained without measuring FeNO levels and that the test serves as an adjunct to established methods for evaluating asthma.

### EPSDT Considerations

The American Thoracic Society's guidelines indicate that measuring FeNO levels can aid in the diagnosis of asthma when other tests prove inconclusive and that it can assist in determining appropriate ICS doses. Florida Medicaid pays for children's services when they protect life and prevent significant disability or harm in accordance with the state's medical necessity definition.

Though, it is not recommended that further analysis be conducted to add FeNO as a covered Medicaid service, consistent with EPSDT requirements, the Agency and its health plans can evaluate individualized requests through its special services processes (as described in Rule 59G-5.020, F.A.C.) to determine if the service is medically necessary and to ensure that this treatment approach presents as the child's best alternative given the pending circumstances.

_____ Concur          _____ Do not Concur

**Comments:**

_____

_____

_____

_____      7/3/17
Deputy Secretary for Medicaid (or designee)                    date

Def_000286953