

RICK SCOTT
GOVERNOR

ELIZABETH DUDEK
SECRETARY

# BREAST PUMP
## GAPMS DETERMINATION REPORT WITH RECOMMENDATION

**Date:** May 18, 2015

**To:** Justin Senior, Deputy Secretary for Medicaid

**From:** Bureau of Medicaid Policy

**Subject:** **Breast Pump Coverage**

---

## PURPOSE

In order for a breast pump to be covered under the Florida Medicaid program, it must meet medical necessity criteria as defined in 59G-1.010(166),[A1] Florida Administrative Code. (F.A.C.), and funded through the General Appropriations Act of Chapter 216, Florida Statutes (F.S.).

Pursuant to the criteria set forth in 59G-1.010(166)(a)(3), F.A.C., breast pumps must be consistent with generally accepted professional medical standards (GAPMS) as determined by the Medicaid program, and not experimental or investigational.

In accordance with the determination process established in 59G-1.035,[A2] F.A.C., this GAPMS Determination Report with Recommendation is submitted for review to the Deputy Secretary for Medicaid.

The Deputy Secretary for Medicaid will make the final determination as to whether breast pumps are consistent with generally accepted professional medical standards and not experimental or investigational.

## RECOMMENDATION

This report recommends breast pumps as a health service that is consistent with generally accepted professional medical standards. It is further recommended that the following devices be covered:

1. A rent-to-purchase electric breast pump may be considered medically necessary when a nursing mother is experiencing prolonged separation from her infant because of work, school, or a medical reason.

2. Electric hospital grade breast pump rental may be considered medically necessary when a newborn recipient has one of the following conditions:
   - Prematurity (less than 37 weeks gestation),
   - Neurologic disorder,
   - Genetic abnormalities (e.g., Down Syndrome),

2727 Mahan Drive • Mail Stop # 20
Tallahassee, FL 32308
AHCA.MyFlorida.com



Facebook.com/AHCAFlorida
Youtube.com/AHCAFlorida
Twitter.com/AHCA_FL
SlideShare.net/AHCAFlorida

- Anatomic and mechanical malformation (e.g., cleft lip and palate),
- Congenital malformations requiring surgery (e.g., respiratory, cardiac, gastrointestinal, central nervous system)

An electric hospital grade breast pump rental may also be considered medically necessary when the nursing mother has been diagnosed with and is receiving treatment for mastitis or related infection of the breast.

Coverage of an electric hospital grade breast pump rental would be limited to no more than a three month period. Exceptions can be made on a case by case basis, based upon medical necessity.

## REPORT WITH RECOMMENDATION

This report with recommendation is presented as the summary assessment considering the factors identified in 59G-1.035 F.A.C., based on the collection of information from sources of reliable evidence. The intent is to provide a brief analysis with justification in support of the final recommendation.

The analysis described in this report includes:

- Background information and pertinent current Medicaid policies
- An overview of the health service
- Information submitted by the requestor
- Confirmation of clearance from the government regulatory body
- Evidence based clinical practice guidelines
- Coverage policies from commercial and other state Medicaid insurers.

## HEALTH SERVICE SUMMARY

### Breast Pumps – Device Summary

There are three basic types of breast pumps:
- Manual pumps
- Battery-powered pumps
- Electric pumps

These pumps may be offered with single or double pumping actions. Table 1 provides information on different types and descriptions of breast pumps that are available.

| Pumping Type | How it works | Types of Breast Pumps |
|---|---|---|
| Single | Extracts milk from one breast at a time. | Most manual breast pumps are single pumps. Most battery-powered pumps are single pumps. |
| Double | Can be used to extract milk from both breasts at the same time. | Some electric pumps are double pumps. |

Table 1

Def_000286932

## GOVERNMENT REGULATORY BODY APPROVAL

Medical devices (including breast pumps) are regulated by the United States Food and Drug Administration (FDA). Breast pumps are often used by breastfeeding women to extract ("express") their breast milk. Breast pumps can also be used to maintain or increase a woman's milk supply, relieve engorged breasts and plugged milk ducts, or pull out flat or inverted nipples so a nursing baby can latch-on to its mother's breast more easily. Many women find it convenient, or even necessary, to use a breast pump to express and store their breast milk once they have returned to work, are traveling, or are otherwise separated from their baby. A breast pump can be used as a supplement to breastfeeding and some pumps are designed to mimic the suckling of a nursing baby. A number of breast pumps have been reviewed and approved by the FDA (U.S. Food and Drug Administration, 2015).[A3]

## CLINICAL OUTCOMES

The benefits of breastfeeding are widely acknowledged, and as such, breastfeeding is the infant feeding method recommended by numerous organizations, including the Association of Women's Health, Obstetric and Neonatal Nurses[A4]; the World Health Organization[A5]; the Dietitians of Canada and Breastfeeding Committee for Canada[A6]; the American Dietetic Association[A7]; and the American Academy of Pediatrics (AAP).[A8]

The American Academy of Family Physicians[A9] and most all of the organizations listed above recommends that all babies, with rare exceptions, be breastfed and/or receive expressed human milk exclusively for the first six months of life.

The AAP[A8] reports that breastfeeding is associated with reductions in middle ear infections, gastrointestinal infections, sudden infant death syndrome, and adolescent and adult obesity rates. Therefore, the AAP also recommends exclusive breastfeeding for the first 6 months after birth, and then continued breastfeeding for one year or longer, as other foods are introduced. These benefits are further supported by literature published by the Institute of Child Health and Human Development.

The Institute of Child Health and Human Development (ICHHD)[A10] also proposes certain benefits of breastfeeding for the nursing mother, including:

- Less blood loss following childbirth and improved healing
- Improved postpartum weight loss
- Lower likelihood of experiencing postpartum depression, which is seen more often in new mothers who do not breastfeed
- Less chance of developing certain health conditions, such as rheumatoid arthritis, cardiovascular disease, and certain cancers (for example, breast cancer)
- Physical and emotional benefits of breastfeeding directly from a mother's breast due to skin-to-skin contact with her infant

## EVIDENCE-BASED CLINICAL PRACTICE GUIDELINES

Both the ICHHD and in an issue paper regarding Medicaid coverage of lactation services, the Department of Health and Human Services, Centers for Medicare & Medicaid Services, provides that improving the health of the population and reducing preventable causes of poor health, such as obesity, is a priority; and current research indicates that breastfeeding or using

Def_000286933

expressed milk for the first 6 to 12 months of life is highly beneficial for both the mother and infant in reducing these and other preventable health conditions.[A11]

On January 20, 2011, the United States Surgeon General released "The Surgeon General's Call to Action to Support Breastfeeding." This report indicates that there is a 32% higher risk of childhood obesity and a 64% higher risk of type 2 diabetes for children who are not breastfed. This report also provides recommended actions to remove some of the obstacles faced by women who want to breastfeed their babies; pointing out the health and economic benefits of breastfeeding, and offering opportunities for women to be supported in the workplace for breastfeeding including access to high-grade electric breast pumps.[A12]

In July, 2014, the National Center for Chronic Disease Prevention and Health Promotion's Division of Nutrition, Physical Activity, and Obesity, which is a division of the Centers for Disease Control and Prevention, published a Breastfeeding Report Card. Florida is within approximately two percentage points of national averages for the number of babies being breastfed with three quarters of all babies born being breastfed at some point, and around half still being breastfed at six months (Table 2).[A13]

| Centers for Disease Control and Prevention National Immunization Survey (July 2014) | | | | | |
|---|---|---|---|---|---|
| Breastfeeding Rates | Ever Breastfed (%) | Breastfeeding at 6 months (%) | Breastfeeding at 12 months (%) | Exclusive breastfeeding at 3 months (%) | Exclusive breastfeeding at 6 months (%) |
| U.S. National | 79.2 | 49.4 | 26.7 | 40.7 | 18.8 |
| Florida | 77.0 | 48.7 | 26.9 | 38.9 | 18.3 |

Table 2

An effective electric breast pump is an important tool for the management of breastfeeding challenges such as providing human milk to sick or premature infants. A breast pump is also, in Western culture, critical for breastfeeding mothers who return to work. Obtaining an effective electric breast pump can be difficult for uninsured or impoverished women because of the expense, complicated insurance reimbursements, and scarcity of providers that supply breast pumps to the inner-city community (Chamberlain, McMahon, Philipp, and Merewood, 2006).[A14]

Mothers who work outside the home initiate breastfeeding at the same rate as mothers who stay at home. However, the breastfeeding continuance rate declines sharply in mothers who return to work. While the work environment may be less than ideal for the breastfeeding mother, obstacles can be overcome. Electric piston pumps may be the most suitable type for mothers who work outside the home for more than 20 hours per week; however, when a mother is highly motivated, any pump type can be successful in any situation (Biagioli, 2003).[A15]

## COVERAGE POLICY[A16]

### Affordable Care Act
The Affordable Care Act (2010) requires most health insurance plans to cover the cost of a breast pump as part of women's preventative health services. These rules apply to health insurance marketplace plans and all other private health insurance plans, except for grandfathered plans. State Medicaid programs are not required by the Affordable Care Act to provide lactation services including breast pumps.[A11]

Def_000286934

### Florida Women, Infants, and Children (WIC)
Florida's Special Supplemental Nutrition Program covers breast pumps under certain circumstances. However, funding for breast pumps statewide is limited. Of the available pumps, local WIC offices use a priority system to determine who will receive a breast pump, as the resource is limited.

### Medicare
Medicare does not cover breast pumps or breast pump supplies.

### Aetna
Aetna covers the rental of breast pumps under its DME benefit when either of the following criteria is met:
- The newborn is detained in the hospital after the mother is discharged
- The infant is diagnosed with a congenital disorder that interferes with feeding

### Florida Blue (Commercial Insurer Blue Cross/Blue Shield)
Florida Blue covers the following:
- One electrical or manual breast pump per member, per delivery (hospital grade electric breast pumps are excluded except when medically necessary during an inpatient hospital stay)

### Minnesota Medicaid
Minnesota Medicaid covers breast pumps when ordered by the treating provider for any nursing mother experiencing separation from her infant because of work, school, illness or any other medical reason.

### New York Medicaid
New York Medicaid covers hospital or professional grade breast pump under the following circumstances impacting the newborn:
- Prematurity (including multiple gestation),
- Neurologic disorders,
- Genetic abnormalities (e.g., Down's Syndrome),
- Anatomic and mechanical malformations (e.g., cleft lip and palate),
- Congenital malformations requiring surgery (e.g., respiratory, cardiac, gastrointestinal, CNS),
- Prolonged infant hospitalization.

### Oregon Medicaid
Oregon Medicaid covers breast pumps taking into consideration the medical appropriateness for the infant and/or mother.

**REMAINDER OF THIS PAGE WAS LEFT INTENTIONALLY BLANK**

## FISCAL

Reimbursement rates for electric and hospital grade breast pumps are variable, based on research and review of other states coverage polices (Table 3).

| Table 1: Other States' Medicaid Rates | | |
|---|---|---|
| | Electric Pump | Electric Hospital-Grade Pump[1] |
| Alaska | $1.27 | $91.50 |
| Connecticut | $118.75 | |
| Idaho | $394.34 | |
| Illinois | $119.74 | |
| Maryland | $87.90 | $56.21 |
| Michigan | $134.32 | $61.82 |
| Minnesota | $256.14 | $51.31 |
| New Mexico | $49.25 | |
| New York | $173.47 | $38.61 |
| Oregon | $80.92 | |
| Texas | $152.88 | $39.15 |
| Washington | $65.60 | $80.52 |
| **Average Mean[2]** | **$124.00** | **$58.07** |

Table 3

In conducting the fiscal analysis for coverage breast pumps under Florida Medicaid, we utilized the average reimbursement rates, as reflected above for each device.

**Electric Breast Pump Purchase**
In 2013, Florida Medicaid reimbursed for 111,619 births. In Florida, while 77% of newborns born in 2013 were reported to have ever been breastfed, only about 49% are still being breastfed at six months of age (Table 2). This signals that while a large percentage (the majority) of women in Florida have attempted to breastfeed their newborn/infant, only about half continue to do so for as long as recommended. Therefore, assuming 50% of these newborns were breastfed and there was a need to utilize an electric breast pump, the total cost for Florida Medicaid is expected to be $6,920,378.

**Hospital Grade Breast Pumps Rentals**
During state fiscal year 2013-2014, there were approximately 60,000 infants diagnosed with prematurity (less than 37 weeks gestation), a neurologic disorder, genetic abnormalities (e.g., Down Syndrome), an anatomic and/or mechanical malformation (e.g., cleft lip and palate), and congenital malformations requiring surgery (e.g., respiratory, cardiac, gastrointestinal, central nervous system).

---

[1] Per month rental rate
[2] Removed outlier rates

Assuming 50% of these newborns' mothers desired to breastfeed, but due to the child's condition required a hospital grade breast pump, the total cost for Florida Medicaid is expected to be $5,226,300 (based on a maximum rental period of three months). The estimated annual fiscal impact of covering both electric and hospital grade breast pumps is $12,146,678. The cost of this may be partially offset in the short-term by reductions in middle ear and gastrointestinal infections and in the long-term by reduced rates of obesity with its associated chronic disease costs (e.g. diabetes).

**GENERALLY ACCEPTED PROFESSIONAL MEDICAL STANDARDS RECOMMENDATION**

This report recommends breast pumps as a health service that is consistent with generally accepted professional medical standards. It is further recommended that the following devices be covered:

1. A rent-to-purchase electric breast pump may be considered medically necessary when a nursing mother is experiencing prolonged separation from her infant because of work, school, or a medical reason.

2. Electric hospital grade breast pump rental may be considered medically necessary when a newborn recipient has one of the following conditions:
   – Prematurity (less than 37 weeks gestation),
   – Neurologic disorder,
   – Genetic abnormalities (e.g., Down Syndrome),
   – Anatomic and mechanical malformation (e.g., cleft lip and palate),
   – Congenital malformations requiring surgery (e.g., respiratory, cardiac, gastrointestinal, central nervous system).

   An electric hospital grade breast pump rental may also be considered medically necessary when the nursing mother has been diagnosed with and is receiving treatment for mastitis or related infection of the breast.

   Coverage of an electric hospital grade breast pump rental would be limited to no more than a three month period. Exceptions can be made on a case by case basis, based upon medical necessity.

✓ **Concur**          ____ **Do Not Concur**

**Comments:**
_____
_____

_____          _5/28/15_____
**Signature**                                              **Date**
Deputy Secretary for Medicaid (or designee)

**Attachments**

A1.  59G-1.010(166), F.A.C., "Medically Necessary"
A2.  59G-1.035, F.A.C., "Determining Generally Accepted Professional Medical Standards"
A3.  FDA. 501(k) Devices: Megna Breast Pumps K142479. U.S. Food and Drug Administration. February 2015.
FDA. 501(k) Devices. Ardo Carum and Calypso Powered Breast Pumps K141742 . U.S. Food and Drug Administration. October 2014
FDA. 501(k) Devices. Expresse and Premier Powered Breast Pumps K973501. U.S. Food and Drug Administration. December 1997
A4.  Association of Women's Health, Obstetric and Neonatal Nurses. AWHONN Position Statement: Breastfeeding. *Journal of Obstetric, Gynecologic, & Neonatal Nursing*. 2015. 44(1);145-150.
A5.  World Health Organization. Media Centre: Infant and young child feeding Fact Sheet N342. February 2014. http://www.who.int/mediacentre/factsheets/fs342/en/
A6.  Infant Feeding Joint Working group. Nutrition for Health Term Infants: Recommendations from Birth to Six Months. *Health Canada* 2014 http://www.hc-sc.gc.ca/fn-an/nutrition/infant-nourisson/recom/index-eng.php#a3.
A7.  American Dietetic Association. Promoting and Supporting Breastfeeding. *Journal of the American Dietetic Association.* 2009. 109;1926-1942.
A8.  American Academy of Pediatrics. Policy Statement: Breastfeeding and the Use of Human Milk. *Pediatrics*. 2012. 129(3); e827-e841
A9.  American Academy of Family Physicians. Breastfeeding, Family Physicians Supporting (Position Paper). *American Family Physician*. 2015. 91(1);56-57
A10. National Institutes of Health. What are the benefits of breastfeeding? Eunice Kennedy Shriver National Institute of Child Health and Human Development. 2015. https://www.nichd.nih.gov/health/topics/breastfeeding/conditioninfo/Pages/benefits.aspx
A11. Center for Medicaid and CHIP Services. Issue Brief: Medicaid Coverage of Lactation Services. 2012. http://www.medicaid.gov/Medicaid-CHIP-Program-Information/By-Topics/Quality-of-Care/Downloads/Lactation_Services_IssueBrief_01102012.pdf
A12. U.S. Department of Health and Human Services. *The Surgeon General's Call to Action to Support Breastfeeding*. U.S. Department of Health and Human Services, Office of the Surgeon General. 2011. http://www.surgeongeneral.gov
A13. Centers for Disease Control and Prevention. *Breastfeeding Report Card United states/2014*. National Center for Chronic Disease Prevention and Health Promotion, Division of Nutrition, Physical Activity, and Obesity. 2014. www.cdc.gov
A14. Chamberlain, L.B., McMahon, M., Philipp, B.L., Merewood, A., Breast pump access in the inner city: a hospital-based initiative to provide breast pumps for low-income women. *Journal of Human Lactation*. 2006. 22(1);94-98
A15. Biagioli, Frances, Returning to work while breastfeeding. *American Family Physician*. 2003. 68(11);2199-2207
A16.  *Hardcopy*

Def_000286938