| | |
|---|---|
| **From:** | Borgert, Rebecca |
| **Sent:** | Monday, August 29, 2016 3:03 PM EDT |
| **To:** | Craig, Sara |
| **CC:** | Moore, Elboni A. |
| **Subject:** | FW: guidelines |
| **Attachments:** | Endocrine Society Guidelines 2009_Transgender_highlighted.pdf, image001.png, image002.jpg |

Sara,

Well, it looks like Arlene beat me to the punch.  This does seem to be the guideline that AHCA would want to use as a basis for criteria.  I was surprised that it was so old (2009) and that it hasn t been updated but I checked the Endocrine Society website and this is the most recent version.

I highlighted the PDF I have attached in terms of things I think would be relevant to consider in the development of the criteria.  I m not sure if you ve had a chance to read this or not but in a nutshell they recommend:

- Diagnosis of gender identity disorder (GID) must be made by a mental health professional and confirmed by treating endocrinologists based on the DSM-IV-TR diagnostic criteria for GID
- GnRH therapy to suppress puberty in kids that are at least Tanner stage 2.  Table 5 in the document has a list of some other eligibility requirements (adequate psychosocial support, etc) that we may want to include.  Definition of Tanner stages is in Table 6
- Giving estradiol or testosterone to induce opposite-sex puberty should be initiated at the age of 16 (Doses are available in Table 9)

Let me know if I can help in any other way.

Thanks,
Becky

**From:** Elliott, Arlene [mailto:Arlene.Elliott@ahca.myflorida.com]
**Sent:** Monday, August 29, 2016 2:05 PM
**To:** Craig, Sara; Borgert, Rebecca
**Cc:** Williams, Susan C.
**Subject:** RE: guidelines

Summary of recommendations endocrine society:

http://press.endocrine.org/doi/full/10.1210/jc.2009-0345

Def_000366785



**Arlene Elliott** - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES

Bldg. 3, Rm. 2332A - BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
412-4152 (Office)
Arlene.Elliott@ahca.myflorida.com

REPORT MEDICAID FRAUD
Online or 866-966-7226
REPORTE FRAUDE DE MEDICAID

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

---

**From:** Elliott, Arlene
**Sent:** Monday, August 29, 2016 1:33 PM
**To:** Craig, Sara <Sara.Craig@ahca.myflorida.com>; 'RJBorgert@magellanhealth.com' <RJBorgert@magellanhealth.com>
**Cc:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>
**Subject:** guidelines

http://transhealth.ucsf.edu/tcoe?page=guidelines-youth



**Arlene Elliott** - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES

Bldg. 3, Rm. 2332A - BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
412-4152 (Office)
Arlene.Elliott@ahca.myflorida.com

REPORT MEDICAID FRAUD
Online or 866-966-7226
REPORTE FRAUDE DE MEDICAID

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

Def_000366786