# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                      CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER SUBSTITUTING AMICUS BRIEF

The amicus states' unopposed motion, ECF No. 155, for leave to file a corrected brief is granted. The corrected amicus brief, ECF No. 155-1, is deemed properly filed.

SO ORDERED on April 23, 2023.

                      s/Robert L. Hinkle
                      United States District Judge