IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

vs.                                                                          Case No. 4:22cv325-RH-MAF

JASON WEIDA, et al.,

    Defendants.
_____/

O R D E R

Numerous motions have been filed for leave to proceed *pro hac vice.* The first motion reviewed was filed by attorney Eric Kniffin, requesting leave to appear on behalf of *amici curiae* Walt Heyer, Ted Halley, and Clifton Francis Burleigh, Jr.  ECF No. 152.  Mr. Kniffin has demonstrated that he does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of Colorado.  *Id.*  Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid.  *Id.*  The motion, ECF No. 152, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Attorney Elizabeth Reinhardt also filed a motion for leave to appear *pro hac vice* in this case on behalf of *amicus curiae* Biomedical Ethics and Public Health Scholars. ECF No. 156. Ms. Reinhardt has demonstrated that she does not reside or regularly practice law in the State of Florida and is a member in good standing of the State Bar of Massachusetts. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 156, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The third motion was filed by attorney Katelyn L. Kang, ECF No. 157, seeking to appear *pro hac vice* on behalf of *amicus curiae* Biomedical Ethics and Public Health Scholars. Ms. Kang has demonstrated that she does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 157, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The fourth motion was filed by attorney Julie M. Veroff, ECF No. 158, seeking to appear *pro hac vice* in this case on behalf of *amicus curiae*

Biomedical Ethics and Public Health Scholars. Ms. Veroff has demonstrated that she does not reside or regularly practice law in the State of Florida and is a member in good standing of the State Bar of California. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 158, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The fifth motion was filed by attorney Zoë Helstrom, ECF No. 159, seeking to appear *pro hac vice* on behalf of *amicus curiae* Biomedical Ethics and Public Health Scholars. Ms. Helstrom has demonstrated that she does not reside or regularly practice law in the State of Florida and is a member in good standing of the State Bar of California. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 159, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The sixth and final motion was filed by attorney Kathleen R. Hartnett, ECF No. 160, seeking to appear *pro hac vice* on behalf of *amicus curiae* Biomedical Ethics and Public Health Scholars. Ms. Hartnett has demonstrated that she does not reside or regularly practice law in the State

of Florida and is a member in good standing of the State Bar of California. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 160, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is

**ORDERED:**

1. The motion for leave to appear *pro hac vice* for *amicus curiae*, ECF No. 152, is **GRANTED**.

2. The motion for leave to appear *pro hac vice* for *amicus curiae*, ECF No. 156, is **GRANTED**.

3. The motion for leave to appear *pro hac vice* for *amicus curiae*, ECF No. 157, is **GRANTED**.

4. The motion for leave to appear *pro hac vice* for *amicus curiae*, ECF No. 158, is **GRANTED**.

5. The motion for leave to appear *pro hac vice* for *amicus curiae*, ECF No. 159, is **GRANTED**

6.  The motion for leave to appear *pro hac vice* for *amicus curiae*, ECF No. 160, is **GRANTED**

**DONE AND ORDERED** on April 24, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**
