IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                        CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER ALLOWING ABDUL-LATIF AMICUS BRIEF

The unopposed motion of Hussein Abdul-Latif et al., ECF No. 168, for leave to file an amicus brief in opposition to the defendants' summary-judgment motion is granted. The amicus brief, ECF No. 169, is deemed properly filed.

SO ORDERED on April 25, 2023.

                                                  s/Robert L. Hinkle
                                                  United States District Judge