IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.                                  Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.,

    Defendants.

_____/

## CONSENT MOTION TO SEAL TRIAL EXHIBITS

Pursuant to 5.5 of the Local Rules of the Northern District of Florida and paragraph 11 of the Stipulated Confidentiality Agreement and Protective Order ("Protective Order") (Doc. 77), Plaintiffs respectfully request that the Court grant them leave to file under seal certain trial exhibits identified in their Fed. R. Civ. P. 26(a)(3) disclosures.  Specifically, Plaintiffs seek to file under seal the following trial exhibits:

| EXHIBIT | BATES NO. | DESCRIPTION |
|---|---|---|
| Pls' Trial Ex. 232 | PLAINTIFFS000818 thru PLAINTIFFS000838 | Medical records of August Dekker |
| Pls' Trial Ex. 234 | PLAINTIFFS000168 thru PLAINTIFFS000182 | Medical records of Brit Rothstein |
| Pls' Trial Ex. 234A | PLAINTIFFS000839 thru PLAINTIFFS000998 | Medical records of Brit Rothstein |
| Pls' Trial Ex. 235 | PLAINTIFFS000041 thru PLAINTIFFS000167 | Medical records of K.F. |

1

| EXHIBIT | BATES NO. | DESCRIPTION |
|---|---|---|
| Pls' Trial Ex. 235A | PLAINTIFFS000200 thru PLAINTIFFS000647 | Medical records of K.F. |
| Pls' Trial Ex. 236 | PLAINTIFFS000001 thru PLAINTIFFS000040 | Medical records of S.D. |
| Pls' Trial Ex. 236A | PLAINTIFFS000183 thru PLAINTIFFS000199 | Medical records of S.D. |
| Pls' Trial Ex. 236B | PLAINTIFFS000648 thru PLAINTIFFS000817 | Medical records of S.D. |
| Pls' Trial Ex. 236C | PLAINTIFFS000999 thru PLAINTIFFS001005 | Medical records of S.D. |
| Pls' Trial Ex. 237 | Def_001562290 | Dekker medical records |
| Pls' Trial Ex. 237A | Def_001557555 | Dekker medical records |
| Pls' Trial Ex. 299 | Def_000288753 | Email communication between AHCA and Magellan regarding coverage of GnRH to treat gender dysphoria |

Each of the above-listed exhibits have been marked "Confidential" pursuant to paragraphs 3 and 4 of the Protective Order. Exhibits 232 through 237A have been so marked because they consist of Plaintiffs' medical records, which contain sensitive and personal medical information. Exhibit 299 similarly contains patient-identifying information with respect to medical treatment. Accordingly, Plaintiffs request leave to file each of the above-listed exhibits under seal.

Pursuant to Local Rule 5.5(D), Plaintiffs have not filed redacted versions of exhibits 232 through 237A, because it is not feasible as a person could either infer the substance and import of the information that called for sealing the original, or

2

the redacted version would otherwise include so little information that publicly filing it would serve no purpose. A redacted version of Exhibit 299 is attached hereto, and a redacted version will also be filed along with Plaintiffs' Notice of Filing Trial Exhibits, per this Court's November 15, 2022 Scheduling Order (Doc. 67.)

After leave of Court is granted to file under seal, the Plaintiffs will transmit unredacted copies of the exhibits to the Court.

### **CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1(B)**

Pursuant to 7.1(B) of the Local Rules of the Northern District of Florida, the undersigned certifies that counsel for Plaintiffs have conferred with counsel representing Defendant and they have consented to the requested relief.

Dated: April 27, 2023                                 Respectfully Submitted,

                                                                     */s/William C. Miller*

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**

**Jennifer Altman** (Fl. Bar No. 881384)
**Shani Rivaux** (Fl. Bar No. 42095)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**

**Omar Gonzalez-Pagan***
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

**William C. Miller***
**Gary J. Shaw***
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com
gary.shaw@pillsburylaw.com

**Joe Little***
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4700
joe.little@pillsburylaw.com

**NATIONAL HEALTH LAW PROGRAM**

**Abigail Coursolle***
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

**Catherine McKee***
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
mckee@healthlaw.org

**Carl S. Charles***
1 West Court Square, Suite 105
Decatur, GA 30030
(404) 897-1880
ccharles@lambdalegal.org

**SOUTHERN LEGAL COUNSEL, INC.**

**Simone Chriss** (Fl. Bar No. 124062)
**Chelsea Dunn** (Fl. Bar No. 1013541)
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**FLORIDA HEALTH JUSTICE PROJECT**

**Katy DeBriere** (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

* *Admitted pro hac vice*
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2023, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to counsel of record for all parties in this matter registered with the Court for this purpose.

*/s/ William C. Miller*
William C. Miller

**Attorney for Plaintiffs**