**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**Tallahassee Division**

AUGUST DEKKER, et al.,

    *Plaintiffs*,

    v.

JASON WEIDA, et al.,

    *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## EXPERT REPORT OF KELLAN E. BAKER, MA, MPH, PhD

I, Kellan E. Baker, MA, MPH, PhD, declare and state as follows:

1.    I have been retained by counsel for Plaintiffs in connection with the above-captioned litigation.

2.    I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

### BACKGROUND AND QUALIFICATIONS

**A. Qualifications**

3.    I am the Executive Director and Chief Learning Officer of the Whitman-Walker Institute. In this role I oversee the Whitman-Walker Institute, which is the research, policy, and educational arm of Whitman-Walker, a community health system that includes Whitman-Walker Health, a federally qualified

1

Pl. Trial Ex. 006

PLAINTIFFS002922

community health center with 50 years of expertise in serving diverse communities across the Washington, D.C. metro area, particularly LGBTQ+ people and people living with HIV.

4.    In 2021, I received my Doctor of Philosophy in Health Policy and Management from the Johns Hopkins Bloomberg School of Public Health, where I focused on Health Services Research and Policy as a Centennial Scholar and a Robert Wood Johnson Health Policy Research Scholar. I also completed a three-year Certificate Program in Public Health Economics at the Johns Hopkins Bloomberg School of Public Health and received an Executive Certificate in Health Care Leadership and Management from the Johns Hopkins Carey Business School.

5.    In 2011, I received my Master of Public Health in Global Health Policy from The George Washington University Milken Institute School of Public Health and in the same year received my Master of Arts in International Development Studies from The George Washington University Elliott School of International Affairs.

6.    Through my academic training and professional experience, I have extensive experience as a researcher and health policy expert regarding topics such as insurance reform and the Patient Protection and Affordable Care Act ("Affordable Care Act"), federal and state regulatory policy, public health, and government statistics. I have expertise in developing and analyzing health policy; conducting,

2

PLAINTIFFS002923

synthesizing, and communicating scientific research; and working with government, philanthropy, and other partners toward health policy objectives.

7.     A significant part of my scholarship, research, and experience has focused on ensuring health equity for medically underserved populations, including sexual and gender minority communities, communities of color, and people with disabilities. My work has a particular emphasis on health care access and insurance issues in relation to the transgender population.

8.     I have also worked with the National Academies of Sciences, Engineering, and Medicine ("National Academies") in several capacities. In 2017-2018, I served as a Steering Committee Member for the National Academies Project on Demography of Sexual and Gender Minority Populations. In 2019-2021, I served as a consultant to the National Academies Committee on Population on the convening of a National Academies Consensus Study Committee to assess the health and well-being of sexual and gender diverse populations. In this capacity, I advised on the preparation, creation, and dissemination of the Consensus Study Report "Understanding the Well-Being of LGBTQI+ Populations," which was published in 2020. As part of my role I participated in Consensus Study Committee discussions and authored and edited report components related to physical and mental health,

3

PLAINTIFFS002924

health services access and use, health policy, data collection, and demography.[1] As a consensus study report by the National Academies, the report documents the evidence-based consensus on the study's statement of task, was subjected to a rigorous and independent peer-review process, and represents the position of the National Academies on the statement of task.

9.  Of relevance to this case, the National Academies 2020 consensus study report states that:

a. "Clinicians who provide gender-affirming psychosocial and medical services in the United States are informed by expert evidence-based guidelines";

b. Each of the guidelines published by the World Professional Association for Transgender Health ("WPATH") (Coleman et al., 2012); the Endocrine Society (Hembree et al., 2017); and the Center of Excellence for Transgender Health (UCSF Transgender Care, 2016) "is informed by the best available data and is intended to be flexible and holistic in application to individual people"; and

c. "Mental and physical health problems need not be resolved before a person can begin a process of medical gender affirmation, but they

---

[1] National Academies of Sciences, Engineering, and Medicine. (2020). Understanding the Well-Being of LGBTQI+ Populations. Washington, DC: The National Academies Press. https://doi.org/10.17226/25877.

PLAINTIFFS002925

should be managed sufficiently such that they do not interfere with treatment."

10.     In 2021, I was appointed as a member of the National Academies Consensus Study Committee on Measuring Sex, Gender Identity, and Sexual Orientation, which was charged with developing recommendations for the National Institutes of Health on the measurement of sex, gender identity, and sexual orientation. In March 2022, the Committee published the report "Measuring Sex, Gender Identity and Sexual Orientation."[2]

11.     In 2013, I co-founded Out2Enroll, which is a nationwide nonprofit initiative focused on connecting low- and middle-income LGBT people with health insurance coverage under the Affordable Care Act. Over the last decade, Out2Enroll has provided technical assistance to enrollment organizations, federal and state governments, and other stakeholders on insurance coverage issues related to LGBT populations; trained more than 15,000 enrollment assisters in all 50 states; and conducted annual research on the content of coverage sold through the Health Insurance Marketplaces.

---

[2] National Academies of Sciences, Engineering, and Medicine. 2022. Measuring Sex, Gender Identity, and Sexual Orientation. Washington, DC: The National Academies Press. https://doi.org/10.17226/26424.

PLAINTIFFS002926

12.    For the last two years, I have been an appointed consumer representative to the National Association of Insurance Commissioners (NAIC), where I bring expert and consumer perspectives to inform the activities and policy positions of the NAIC.

13.    I am the author of 22 peer-reviewed journal articles, 42 non-peer-reviewed articles and reports, and three book chapters. My peer-reviewed journal articles have been published in high-impact journals such as the *Journal of the American Medical Association*, *New England Journal of Medicine*, and *American Journal of Public Health*, among others.

14.    Among my peer-reviewed publications are the following: "Utilization and Costs of Gender-Affirming Care in a Commercially Insured Transgender Population," published in 2022 in the *Journal of Law, Medicine, and Ethics*; "Health and Health Care Among Transgender Adults in the United States," published in 2021 in the *Annual Review of Public Health*; "Hormone Therapy, Mental Health, and Quality of Life among Transgender People: A Systematic Review," published in 2021 in the *Journal of the Endocrine Society*; "The Future of Transgender Coverage," published in 2017 in the *New England Journal of Medicine*; and "Coverage for Gender Affirmation: Making Health Insurance Work for Transgender Americans," published in 2017 in *LGBT Health*.

PLAINTIFFS002927

15.    I am also a senior researcher with the What We Know Project, a Cornell University–based initiative that conducts scoping reviews of the evidence in relation to complex legal and social issues involving LGBTQ populations in order to present the public and other stakeholders with primary source materials and summary findings. In 2018, I was the lead author of the What We Know Project's review of the effects of gender affirmation on the well-being of transgender people.[3]

16.    This project included a systematic literature review of all peer-reviewed articles published in English between 1991 and June 2017 that assessed the effects of gender-affirming medical care on health-related outcomes among transgender people. We identified 55 studies that consisted of primary research on this topic, of which 51 (93%) found that gender-affirming medical care improves outcomes for transgender people, while 4 (7%) reported mixed or null findings. We found no studies concluding that gender-affirming care causes overall harm.

17.    In addition, I am an author of multiple policy statements and technical reports, and I have served as a reviewer for 30 peer-reviewed journals, including the *New England Journal of Medicine*, *Journal of the American Medical Association*, and *Transgender Health*.

---

[3] What We Know Project. (2018). What Does the Scholarly Research Say About the Effect of Gender Transition on Transgender Wellbeing? Cornell University Center for the Study of Inequality. https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/

PLAINTIFFS002928

18.    I have taught courses in LGBTQ health policy and health equity, as well as given dozens of invited lectures, presentations, keynotes, and plenaries related to health policy, health coverage, health disparities, and transgender health.

19.    More detailed information regarding my professional background, experiences, publications, and presentations is outlined in my curriculum vitae, a true and correct copy of which is attached as **Exhibit B**.

## B. Prior Testimony

20.    I have not testified as an expert at deposition or trial within the last four years.

## C. Compensation

21.    I am being compensated at an hourly rate of $200 per hour for preparation of expert declarations and reports and time spent preparing for or giving deposition or trial testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## BASES FOR OPINIONS

22.    This report sets forth my opinions in this case and the bases for my opinions.

23.    In preparing this report, I reviewed Florida's Administrative Rule governing the determination of generally accepted professional medical standards under Florida Medicaid coverage (Fla. Admin. Code R. 59G-1.035); the text of

8

PLAINTIFFS002929

"Florida Medicaid: Generally Accepted Professional Medical Standards Determination on the Treatment of Gender Dysphoria" ("GAPMS Memo"),[4] including all attachments; Fla. Admin. Code. R. 59G-1.050(7), which prohibits Medicaid coverage of puberty-delaying medications (commonly referred to as "puberty blockers"), hormone and hormone antagonists, "sex reassignment" surgeries, and any other procedures that alter primary or secondary sexual characteristics, on the basis that the services do not meet Florida's definition of "medical necessity" for purposes of its Medicaid program; and the Complaint in this Case.

24.   I also reviewed the materials listed in the attached Bibliography (**Exhibit A**), as well as the materials listed within my curriculum vitae (attached as **Exhibit B**). I may rely on those documents as additional support for my opinions.

25.   In addition, I have relied on my education, training, and years of professional and research experience, as well as my knowledge of the scientific literature in the pertinent fields.

26.   The materials I have relied upon in preparing this declaration are the same types of materials that experts in health and public policy regularly rely upon when forming opinions on this type of subject. I may wish to supplement these

---

[4] June 2022. Accessed February 6, 2022. Available at
https://ahca.myflorida.com/letkidsbekids/docs/AHCA_GAPMS_June_2022_Report.pdf.

9

PLAINTIFFS002930

opinions or the bases for them due to new scientific research or publications, or in response to statements and issues that may arise in my area of expertise.

## TRANSGENDER PEOPLE AND GENDER DYSPHORIA

27.     Transgender people are individuals whose gender identity, meaning their innate, deeply seated knowledge of their own gender, is different from that typically associated with the sex they were assigned at birth.[5]

28.     There are approximately 1.6 million transgender people in the United States today, comprising approximately 0.6 percent of the U.S. population.[6] This estimate has remained steady since the authors' initial assessments of this population size in 2016[7] and 2017.[8] Compared to the general U.S. population, transgender people are more likely to not have health insurance coverage, to be unemployed and living in poverty, and to have a disability.[9] Scientific studies consistently identify experiences of discrimination and a lack of access to appropriate medical care as

---

[5] National Academies of Sciences, Engineering, and Medicine. (2022). *Measuring Sex, Gender Identity, and Sexual Orientation for the National Institutes of Health*. Washington, DC: National Academies Press.
[6] Herman JL, Flores AR, O'Neill KK. (2022). *How Many Adults and Youth Identify as Transgender in the United States?* Los Angeles: The Williams Institute.
https://williamsinstitute.law.ucla.edu/publications/trans-adults-united-states/
[7] Flores AR, Herman JL, Gates GJ, Brown TNT. (2016). *How Many Adults Identify as Transgender in the United States?* Los Angeles: The Williams Institute.
https://williamsinstitute.law.ucla.edu/wp-content/uploads/Trans-Adults-US-Aug-2016.pdf
[8] Herman JL, Flores AR, Brown TNT, Wilson BDM, Conron KJ. (2017). *Age of Individuals Who Identify as Transgender in the United States.* Los Angeles: The Williams Institute.
https://williamsinstitute.law.ucla.edu/wp-content/uploads/Age-Trans-Individuals-Jan-2017.pdf
[9] James SE, Herman JL, Rankin S, Keisling M, Mottet L, Anafi M. (2016). *The Report of the 2015 U.S. Transgender Survey*. Washington, DC: National Center for Transgender Equality.
https://www.ustranssurvey.org/reports

PLAINTIFFS002931

major drivers of these disparities.[10] Because of these systematic and well-documented gaps in health and overall well-being, the transgender population is designated as a health disparity population by the National Institutes of Health.[11]

29.     Many transgender people seek medical treatment to physically transition from the sex that they were assigned at birth to the sex that aligns with their gender. According to the Diagnostic and Statistical Manual of Mental Disorders (DSM-5-TR), the diagnostic term that describes the medical necessity of transition is gender dysphoria, which refers to the distress and impairment transgender individuals may experience due to a profound misalignment between their gender and their assigned birth sex.[12]

30.     Gender dysphoria is recognized as a serious medical condition by major medical associations such as the American Medical Association (AMA), the American Psychiatric Association, and the American Psychological Association, among many others.[13] A 2008 AMA resolution notes that the consequences of gender dysphoria can include "clinically significant psychological distress,

---

[10] National Academies of Sciences, Engineering, and Medicine. (2020). *Understanding the Well-Being of LGBTQI+ Populations*. Washington, D.C.: National Academies Press.
[11] National Institute for Minority Health and Health Disparities. (2016). Sexual and Gender Minorities Formally Designated as a Health Disparity Population for Research Purposes. https://www.nimhd.nih.gov/about/directors-corner/messages/message_10-06-16.html
[12] American Psychiatric Association. (2013). *Diagnostic and Statistical Manual of Mental Disorders* (5th ed, revised). Arlington, VA: American Psychiatric Publishing.
[13] See https://transhealthproject.org/resources/medical-organization-statements/

PLAINTIFFS002932

dysfunction, debilitating depression and, for some people without access to appropriate medical care and treatment, suicidality and death."[14]

31.     Treatment for gender dysphoria, which may include mental health counseling, hormone therapy, and surgeries, is provided in the United States by licensed clinicians according to expert standards developed by professional medical associations such as the Endocrine Society[15] and the World Professional Association for Transgender Health (WPATH).[16] Interventions to treat gender dysphoria have been linked to multiple positive health outcomes, including better quality of life; lower rates of mental health conditions such as depression, anxiety, and psychological distress; decrease in or elimination of distress associated with gender dysphoria; and mitigation of stigma and discrimination.[17]

## INSURANCE COVERAGE OF TREATMENT FOR GENDER DYSPHORIA

32.     The first U.S. clinics opened to provide treatment for gender dysphoria to transgender individuals in the 1960s and 1970s, and the first edition of the

---

[14] American Medical Association House of Delegates. (2008). Removing Barriers to Care for Transgender Patients. H-185.950 (Res. 122; A-08). https://www.tgender.net/taw/ama_resolutions.pdf
[15] Hembree WC, Cohen-Kettenis PT, Gooren L, et al. (2017). Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab*, *102*(11), 3869–903.
[16] Coleman E, Radix AE, Bouman WP, et al. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *Int J Transgend Health*, *23*(Suppl 1), S1-S259.
[17] National Academies of Sciences, Engineering, and Medicine. (2020). Understanding the Well-Being of LGBTQI+ Populations. Washington, DC: The National Academies Press.

PLAINTIFFS002933

WPATH Standards of Care was published in 1979.[18] By the late 1970s, nationwide trends favored insurance coverage for treatment of gender dysphoria, particularly through state Medicaid programs.

## Private Health Coverage

### State-Regulated Individual and Group Coverage

33.     In the U.S., the states are the traditional regulators of private insurance coverage sold in the individual, small group, and large group markets. Over the last two decades, many states have required plans under their jurisdiction to remove exclusions of coverage for gender dysphoria.

34.     In 2005, California became the first state to prohibit discrimination against transgender individuals by state-regulated individual and group plans by enacting the Insurance Gender Nondiscrimination Act (IGNA), which bans discrimination in health insurance coverage because of gender identity.

35.     In 2012, the California Department of Insurance issued a regulation under IGNA defining gender identity discrimination in health insurance coverage to mean "denying or limiting coverage, or denying a claim, for…health care services related to gender transition if coverage is available for those services under the policy when the services are not related to gender transition, including but not limited to

---

[18] Allee KM. (2009). Harry Benjamin International Gender Dysphoria Association. In *Encyclopedia of gender and society, volume 1* (Ed. J O'Brien). Thousand Oaks, CA: SAGE.

PLAINTIFFS002934

hormone therapy, hysterectomy, mastectomy, and vocal training."[19] Since 2012, 24 other states and the District of Columbia have prohibited exclusions of coverage for gender dysphoria in state-regulated individual and group plans.[20]

36.   Most recently, Colorado added new explicit coverage requirements for plans in its state-regulated individual and small group markets.[21] Those plans in Colorado are now required to cover the following procedures for transgender people: gender-affirming hormone therapy, chest reconstruction, augmentation mammoplasty, genital surgeries, facial feminization surgeries, and laser or electrolysis hair removal. An actuarial analysis commissioned by the state to assess the cost of these procedures estimated that their long-term steady state cost is 0.04% of total allowed claims.[22]

37.   Similarly, in 2022, 21 state regulators wrote a joint letter to the U.S. Department of Health and Human Services (HHS) stating, "Transgender people should have equal access to the same health insurance and care as every other insured American. This includes health care related to gender affirmation, which for years

---

[19] CAL. CODE REGS., tit. 10, § 2561.2(a)(4)(A).
[20] LGBT Movement Advancement Project. (2023). Equality Maps.
https://www.lgbtmap.org/equality-maps/healthcare_laws_and_policies/private_insurance
[21] Keith K. (2021). Unpacking Colorado's New Guidance on Transgender Health.
Commonwealth Fund Blog. https://www.commonwealthfund.org/blog/2021/unpacking-colorados-new-guidance-transgender-health
[22] Colorado Benchmark Plan for 2023. https://www.cms.gov/files/zip/co-ehb-benchmark.zip

PLAINTIFFS002935

has been recognized by every major U.S. medical society as effective and medically necessary for many individuals."[23]

38.    In addition to state regulators, insurance carriers themselves have also spoken strongly about their interest in ensuring that transgender enrollees can access treatment for gender dysphoria. In 2022, America's Health Insurance Plans (AHIP), the professional trade association that represents 1,300 member companies that sell health insurance coverage for more than 200 million people nationwide, wrote in a letter to HHS that they "strongly support ensuring that appropriate gender-affirming care is available and accessible to enrollees. We [are committed] to ensuring benefit designs and coverage decisions reflect evidence-based guidelines and recommendations and do not restrict coverage related to gender identity."[24]

### *Employer-Sponsored Coverage*

39.    Employee coverage through large employers in the U.S. is primarily regulated by the federal government under the Employee Retirement Income Security Act (ERISA), though states retain authority over the plans they offer to their employees. The federal government also oversees coverage requirements for federal

---

[23] Letter from state insurance commissioners to U.S. Department of Health and Human Services Secretary Xavier Becerra. (2022). http://www.insurance.ca.gov/0400-news/0100-press-releases/2022/upload/joint-Letter-Final_ACA_SECTION_1557_NPRM_sign-on_letter_2022-2.pdf
[24] America's Health Insurance Plans. (2022). Letter to Dr. Ellen Montz, Administrator, Center for Consumer Information and Insurance Oversight, U.S. Department of Health and Human Services. https://ahiporg-production.s3.amazonaws.com/documents/AHIP-Letter-to-CMS-on-Nondiscrimination-2.16.22.pdf

PLAINTIFFS002936

employees nationwide through the Federal Employees Health Benefits Program (FEHBP). Trends in employer coverage of treatment for gender dysphoria parallel the expansion of coverage evident in state-regulated individual and group coverage.

40. Among state employee benefit plans, 42 states and territories do not have categorical transgender-specific exclusions in their plans; of these, 24 states and D.C. affirmatively spell out the gender-affirming services that their state employee plans cover.[25]

41. According to the Corporate Equality Index (CEI), which has tracked the status of private employer-sponsored coverage for treatment of gender dysphoria since 2002, 67 percent of the entire Fortune 500—and 86 percent of all CEI-rated businesses (1,088 of 1,271)—offered employee benefits with no transgender-specific exclusions in 2022.[26] In 2015, 54 percent (421 of 781) companies offered at least one fully inclusive plan to their employees, and by 2022 that number had reached 91 percent (1,160 out of 1,271).

42. In 2016, the White House Office of Personnel Management (OPM) required all FEBHP carriers to remove blanket exclusions of services, drugs, or

---

[25] LGBT Movement Advancement Project. (2023). Equality Maps. https://www.lgbtmap.org/equality-maps/healthcare_laws_and_policies/state_employees. West Virginia's exclusion was recently removed as a result of a settlement agreement.
[26] Human Rights Campaign Foundation. (2022). Corporate Equality Index. https://reports.hrc.org/corporate-equality-index-2022

PLAINTIFFS002937

supplies related to the treatment of gender dysphoria. For plan year 2023, OPM instituted the following requirements for FEHB carriers:[27]

a. Have adopted one or more recognized entities in order to guide evidence-based benefits coverage and medical policies pertaining to gender affirming care and services, such as the World Professional Association of Transgender Health (WPATH) Standards of Care, the Endocrine Society, and the Fenway Institute. These entities provide evidence-based clinical guidelines for health professionals to assist transgender and gender diverse people with safe and effective pathways that maximize their overall health, including physical and psychological well-being.

b. Will provide individuals diagnosed with and/or undergoing evaluation for gender dysphoria the option to use a Care Coordinator to assist and support them as they seek gender-affirming care and services. If network providers are not available to provide medically necessary treatment of gender dysphoria, FEHB Carriers will provide members direction on how to find qualified providers with experience delivering this specialized care.

c. Have reviewed their formularies to ensure that transgender and gender diverse individuals have equitable access to medications and provide coverage of medically necessary hormonal therapies for gender transition care.

### *Health Insurance Marketplace Coverage*

43.     Another major source of individual and small group insurance beyond traditional state-regulated private markets are the Health Insurance Marketplaces established by the Patient Protection and Affordable Care Act (ACA), where

---

[27] United States Office of Personnel Management. (2022). Federal Benefits Open Season November 14, 2022 – December 12, 2022.
https://cdn.govexec.com/media/gbc/docs/pdfs_edit/093022ew1.pdf

PLAINTIFFS002938

income-eligible consumers can purchase plans with government financial subsidies. Approximately one-third of states operate their own Marketplace, while the federal government operates the Marketplace for the remaining states, including Florida, through the HealthCare.gov platform.

44.     Since 2017, the Out2Enroll initiative has conducted research on the prevalence of exclusions for gender dysphoria in plans sold through HealthCare.gov. Over the past seven years, this research has documented that the vast majority of plans sold through HealthCare.gov do not have transgender-specific exclusions.[28]

45.     In 2023, for instance, 92% of 1,429 HealthCare.gov plans reviewed from 33 states, including Florida, did not have categorical exclusions of gender dysphoria treatment. Almost half (47%) of all plans reviewed explicitly stated that medically necessary treatment for gender dysphoria is covered.

46.     Of the eight carriers selling coverage through HealthCare.gov in Florida, seven (88%) expressly cover medical care related to gender affirmation. The remaining carrier excludes coverage only for some gender-affirming services, and no carriers offer plans with categorical exclusions of the type established in Fla. Admin. Code R. 59G-1.035.[29]

---

[28] Out2Enroll. (2022). Summary of Findings: 2023 Marketplace Plan Compliance with Section 1557 of the Affordable Care Act. https://out2enroll.org/2023-cocs/
[29] Out2Enroll. (2022). Transgender Health Insurance Guide to the Marketplace: Florida. https://drive.google.com/file/d/1XliTnjuwi_6pCQuOj3Nm9vlGalAdTOaE/view

PLAINTIFFS002939

**Public Health Coverage**

*Medicare*

47.    An exclusion of Medicare coverage for "transsexual surgery" was introduced in 1981 and codified in a 1989 National Coverage Determination. In 2014, the HHS Departmental Appeals Board (DAB) ruled that this exclusion of treatment for gender dysphoria was invalid on the grounds that it was based on outdated evidence that was not complete or adequate to support the determination that this treatment was never medically necessary.[30]

48.    In its ruling, the DAB rejected the assertion that gender-affirming surgeries are "experimental" and "controversial," finding instead that current evidence "indicates a consensus among researchers and mainstream medical organizations that transsexual surgery is an effective, safe and medically necessary treatment for transsexualism." Following the rescinding of the exclusion, Medicare covers surgeries and other gender-affirming care for transgender individuals according to case-by-case assessments of medical necessity.

49.    An example of this coverage policy in practice is a 2016 ruling by the Medicare Appeals Council ("the Council"), which is part of the DAB, finding that a Medicare Advantage plan's decision to deny coverage for gender-affirming surgery

---

[30] Dep't of Health & Human Servs., Departmental Appeals Bd., Appellate Div., Decision No. 2676 (May 30, 2014), hhs.gov/sites/default/files/static/dab/decisions/board-decisions/2014/dab2576.pdf.

PLAINTIFFS002940

to a transgender Medicare beneficiary did not comport with Medicare's statutory "reasonable and necessary" coverage criterion.[31]

50.     The Council asserted that the WPATH Standards of Care are "reasonable guidelines to determine medical necessity" and found that, inasmuch as the enrollee "satisfies all of the WPATH clinical requirements for gender reassignment surgery…the requested vaginoplasty is medically reasonable and necessary for treatment of this enrollee's gender dysphoria under Section 1862(a)(1)(A) of the [Social Security] Act and is covered under existing [Centers for Medicare & Medicaid Services] guidance."

*Medicaid*

51.     Medicaid coverage for gender-affirming care predates the first iteration of WPATH's Standards of Care. For example, Medicaid coverage for such care in California can be documented as far back as the 1970s. In a pair of cases decided in 1978 (*J.D. v. Lackner* and *G.B. v. Lackner*) pertaining to Medicaid coverage of vaginoplasty for transgender women, a California court found that the plaintiff "has an illness and … as far as her illness affects her, the proposed surgery is medically reasonable and necessary and…there is no other effective treatment method." The judges further asserted that "the proposed surgery is medically reasonable and

---

[31] In the Case of United Health Care / AARP Medicare Complete, No. M-15-1069 at 8 (Jan. 21, 2016), https://www.hhs.gov/sites/default/files/static/dab/decisions/council-decisions/m-15-1069.pdf.

PLAINTIFFS002941

necessary" and should thus be covered by Medicaid, and they added that "we do not believe, by the wildest stretch of the imagination, that such surgery can reasonably and logically be characterized as cosmetic."

52.     Other states likewise provided Medicaid coverage for gender-affirming care as far back as the 1970s and 1980s.[32] When the federal Medicare program instituted its exclusion in 1981, however, many Medicaid programs followed suit.

53.     Beginning in the early 2000s and over the course of the next 20 years, categorical exclusions of coverage in many state Medicaid programs began to be removed—whether administratively, by statute, or after court orders—in response to successive iterations of the standards of care and increasingly sophisticated clinical practice guidelines for the treatment of gender dysphoria.

54.     As of present, the overwhelming majority of states do not exclude coverage of gender-affirming care from Medicaid. As of early 2023, 47 states and territories, as well as D.C., no longer have categorical exclusions of gender dysphoria treatment in their Medicaid programs. Of these, 27 states and D.C. explicitly and affirmatively delineate coverage of a range of gender-affirming services.

---

[32] *See, e.g., Pinneke v. Preisser*, 623 F.2d 546 (8th Cir. 1980) (pertaining to Iowa's Medicaid program); *Doe v. State, Dep't of Pub. Welfare*, 257 N.W.2d 816 (Minn. 1977) (pertaining to Minnesota's Medicaid program).

PLAINTIFFS002942

55.    The GAPMS Memo outlines that there are eight states that explicitly ban coverage for treatment of gender dysphoria. However, these limitations are typically not as broad or all-encompassing as Fla. Admin. Code. R. 59G-1.050(7). For example, the exclusions in Missouri, Nebraska, and Texas are limited to surgery and do not extend to coverage for puberty delay medications and hormone therapy, while the exclusion in Arkansas is limited to minors.[33] Meanwhile, the exclusion in Ohio appears to be inoperative, as officials in Ohio do not appear to be enforcing the exclusion and managed care organizations operating under Ohio's Medicaid program have clinical policy guidelines for covering gender-affirming care; thus, the scope of coverage is unclear. Finally, the GAPMS Memo erroneously states that Georgia excludes coverage of gender-affirming care in Medicaid.

56.    Taking stock of Medicaid coverage policies requires assessment not just of a state's regulations and statutes, but also operative guidance, managed care organizations' policies, and relevant administrative and court decisions in the state.

57.    When one does so, Florida stands apart as one of less than a handful of states with exclusions of similar breadth and scope among the 56 jurisdictions in the United States that operate Medicaid programs (i.e., the 50 states, five U.S. territories, and D.C.). Florida's recently adopted exclusion therefore runs counter to the clear and overwhelming trend among Medicaid programs to remove such exclusions and, as

---

[33] ARK. CODE § 20-9-1503(d).

PLAINTIFFS002943

outlined further below, to affirmatively provide guidance on coverage for treatment of gender dysphoria.

58.     Some states have recently explicitly broadened and clarified the scope of Medicaid coverage for gender dysphoria. In Washington State, for instance, 2021 legislation codified that the state's Medicaid program covers a range of "surgical and ancillary services," as well as puberty-delaying medications, for transgender people.[34] The legislation indicates that the list of covered services is not exhaustive and requires that a "health care provider with experience prescribing and/or delivering gender affirming treatment must review and confirm the appropriateness of any adverse benefit determination.[35]

## COSTS AND UTILIZATION OF TREATMENT FOR GENDER DYSPHORIA

59.     While the number of people with transgender-specific diagnostic codes in commercial insurance claims databases has increased over the last decade, the increase is attributable to national policy trends that have made coverage for gender-affirming care more accessible. As such, more transgender people are now able to access coverage for treatment of gender dysphoria, and more providers are able to appropriately code for these encounters without triggering coverage exclusions.

---

[34] Washington State Legislature. SB 5313 (2021-2022).
https://app.leg.wa.gov/billsummary?BillNumber=5313&Initiative=false&Year=2021
[35] Washington State Healthcare Authority. (2022). Transhealth Program.
https://www.hca.wa.gov/billers-providers-partners/programs-and-services/transhealth-program

PLAINTIFFS002944

60.    Even as coverage has become more accessible, utilization rates remain low. Moreover, evidence indicates that insurance coverage of treatment for gender dysphoria is low-cost and highly cost-effective. The impact of gender-affirming care on payer budgets has thus remained nominal even as coverage has become more available, standardized, and routine.

61.    A California Department of Insurance assessment of IGNA, the state law that broadly prohibited insurance discrimination against transgender beneficiaries, for instance, showed that a major state university-sponsored plan had a utilization rate of only 0.062 per 1,000 covered persons for this care over the 6.5 years following the law's enactment; across the state, impacts on premium costs were "immaterial," leading the Department to conclude that "the benefits of eliminating discrimination far exceed the insignificant costs."[36]

62.    A 2016 economic model evaluating the cost-effectiveness of care for transgender men that included hormone replacement therapy, mastectomy, abdominoplasty, hysterectomy, genital reconstruction, and other services underscores this conclusion, finding that the incremental cost-effectiveness ratio

---

[36] State of California Department of Insurance. (2012). Economic Impact Assessment: Gender Nondiscrimination in Health Insurance. http://transgenderlawcenter.org/wp-content/uploads/2013/04/Economic-Impact-Assessment-Gender-Nondiscrimination-In-Health-Insurance.pdf

PLAINTIFFS002945

(ICER) of these services was less than $8,000 per quality-adjusted life year (QALY) gained over a ten-year time horizon.[37]

63.     This is far below a typical U.S. "willingness to pay" threshold of $100,000 per QALY.[38] This study also found that, on a per member per month (PMPM) basis, coverage of surgical and other services for transgender men and women together cost $0.016.

64.     My own recent research indicates that each covered transgender person in a major national commercial insurance database incurred an average of less than $1,800 in costs per year for hormone therapy (including puberty delay medications) and surgeries (including facial surgeries) combined to treat gender dysphoria.[39] Considered on a PMPM basis, the budget impact of covering this care was $0.73 per year, or $0.06 PMPM.

---

[37] Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis. Journal of General Internal Medicine, 31(4), 394–401. https://doi.org/10.1007/s11606-015-3529-6

[38] Cameron, D., Ubels, J., & Norström, F. (2018). On what basis are medical cost-effectiveness thresholds set? Clashing opinions and an absence of data: a systematic review. Global health action, 11(1), 1447828. https://doi.org/10.1080/16549716.2018.1447828

[39] Baker, K., & Restar, A. (2022). Utilization and Costs of Gender-Affirming Care in a Commercially Insured Transgender Population. Journal of Law, Medicine & Ethics, 50(3), 456-470. doi:10.1017/jme.2022.87

PLAINTIFFS002946

65.     Similarly, an actuarial assessment conducted for the North Carolina State Health Plan estimated a PMPM cost range of $0.06-$0.15 (0.011% to 0.027% of premiums).[40]

66.     Estimates from other states show equally low utilization and related low costs, with Alaska estimating that coverage for gender dysphoria would result in increases of 0.03% to 0.04% of total costs for its state employee plan[41] and Wisconsin noting costs to its state employee plan are "immaterial, since it represents less than 0.1% of the overall costs of medical care."[42]

67.     Cost estimates of coverage for gender-affirming care under Wisconsin Medicaid were "actuarially immaterial, as they are equal to approximately 0.008% to 0.03%" of Wisconsin's share of its Medicaid budget.[43]

68.     An analysis in the military context concluded that the cost of covering gender-affirming care was "too low to matter"[44] or, as military leadership noted, "'budget dust,' hardly even a rounding error.[45]

---

[40] Schatten, K. R., & Viera, K. C. (2016). Memorandum to Mona Moon, Administrator, North Carolina State Health Plan, re: Transgender Cost Estimate. https://www.shpnc.org/media/22/download

[41] Plaintiffs' Motion for Partial Summary Judgment, Fletcher v. Alaska, No. 1:18-cv-00007-HRH (D. Alaska July 1, 2019), https://www.lambdalegal.org/sites/default/files/legal-docs/downloads/fletcher_ak_20190701_plaintiffs-motion-for-partial-summary-judgment.pdf.

[42] Boyden v. Conlin, 341 F. Supp. 3d 979, 1000 (W.D. Wis. 2018).

[43] Flack v. Wis. Dept of Health Servs., 395 F. Supp. 3d 1001, 1008 (W.D. Wis. 2019).

[44] Belkin A. (2015). Caring for our transgender troops – The negligible cost of transition-related care. *New Eng J Med, 373*, 1089–1092. https://www.nejm.org/doi/full/10.1056/NEJMp1509230

[45] Declaration of Raymond Edwin Mabus, Jr., Former U.S. Secretary of the Navy, in Support of Plaintiff's Motion for Preliminary Injunction, Doe v. Trump, No. 17-cv-1597-CKK (D.D.C.) filed Aug. 31, 2017, at 41). http://files.eqcf.org/wp-content/uploads/2017/09/13-Ps-App-PI.pdf

PLAINTIFFS002947

69.     Overall, the actuarial evidence indicates that gender-affirming care is not expensive when considered from a payer or societal perspective, but it can easily be beyond the individual reach of transgender people, particularly those who rely on public coverage programs such as Medicaid.

## CONCLUSION

70.     The transgender population, at a steady 0.6% of the U.S. population, is a small and medically vulnerable population for whom decades of scientific research and medical practice have established a robust consensus on the appropriateness of gender-affirming care. Over the last 20 years, state regulators, Medicaid programs, insurance carriers, and employers have increasingly taken affirmative action to ensure that transgender people do not face barriers to coverage for the medically necessary treatment of gender dysphoria. The exclusion recently instituted at Fla. Admin. Code. R. 59G-1.050(7) thus is both out-of-step with expert medical standards used by both public and private health insurance programs and runs counter to prevailing nationwide trends in every form of insurance, including Medicaid, Medicare, and private coverage.

PLAINTIFFS002948

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February 2023.

_____

KELLAN E. BAKER, MA, MPH, PhD

28

PLAINTIFFS002949

EXHIBIT A

PLAINTIFFS002950

# BIBLIOGRAPHY

Allee KM. (2009). Harry Benjamin International Gender Dysphoria Association. In Encyclopedia of gender and society, volume 1 (Ed. J O'Brien). Thousand Oaks, CA: SAGE.

America's Health Insurance Plans. (2022). Letter to Dr. Ellen Montz, Administrator, Center for Consumer Information and Insurance Oversight, U.S. Department of Health and Human Services. https://ahiporg-production.s3.amazonaws.com/documents/AHIP-Letter-to-CMS-on-Nondiscrimination-2.16.22.pdf.

American Medical Association House of Delegates. (2008). Removing Barriers to Care for Transgender Patients. H-185.950 (Res. 122; A-08). https://www.tgender.net/taw/ama_resolutions.pdf.

American Psychiatric Association. (2013). Diagnostic and Statistical Manual of Mental Disorders (5th ed, revised). Arlington, VA: American Psychiatric Publishing.

ARK. CODE § 20-9-1503(d).

Baker, K., & Restar, A. (2022). Utilization and Costs of Gender-Affirming Care in a Commercially Insured Transgender Population. Journal of Law, Medicine & Ethics, 50(3), 456-470. doi:10.1017/jme.2022.87.

Belkin A. (2015). Caring for our transgender troops – The negligible cost of transition-related care. New Eng J Med, 373, 1089–1092. https://www.nejm.org/doi/full/10.1056/NEJMp1509230.

Boyden v. Conlin, 341 F. Supp. 3d 979, 1000 (W.D. Wis. 2018).

Brooke Migdon, Georgia to include gender-affirming health care in state Medicaid program. The Hill, Changing America, July 19, 2022. https://thehill.com/changing-america/respect/equality/3565765-georgia-to-include-gender-affirming-health-care-in-state-medicaid-program/.

CAL. CODE REGS., tit. 10, § 2561.2(a)(4)(A).

Cameron, D., Ubels, J., & Norström, F. (2018). On what basis are medical cost-

effectiveness thresholds set? Clashing opinions and an absence of data: a systematic review. Global health action, 11(1), 1447828. https://doi.org/10.1080/16549716.2018.1447828.

Coleman E, Radix AE, Bouman WP, et al. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. Int J Transgend Health, 23(Suppl 1), S1-S259.

Colorado Benchmark Plan for 2023. https://www.cms.gov/files/zip/co-ehb-benchmark.zip.

Declaration of Raymond Edwin Mabus, Jr., Former U.S. Secretary of the Navy, in Support of Plaintiff's Motion for Preliminary Injunction, Doe v. Trump, No. 17-cv-1597-CKK (D.D.C.) filed Aug. 31, 2017, at 41). http://files.eqcf.org/wp-content/uploads/2017/09/13-Ps-App-PI.pdf.

Flack v. Wis. Dept of Health Servs., 395 F. Supp. 3d 1001, 1008 (W.D. Wis. 2019).

Flores AR, Herman JL, Gates GJ, Brown TNT. (2016). How Many Adults Identify as Transgender in the United States? Los Angeles: The Williams Institute. https://williamsinstitute.law.ucla.edu/wp-content/uploads/Trans-Adults-US-Aug-2016.pdf.

Hembree WC, Cohen-Kettenis PT, Gooren L, et al. (2017). Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab, 102(11), 3869–903.

Herman JL, Flores AR, Brown TNT, Wilson BDM, Conron KJ. (2017). Age of Individuals Who Identify as Transgender in the United States. Los Angeles: The Williams Institute. https://williamsinstitute.law.ucla.edu/wp-content/uploads/Age-Trans-Individuals-Jan-2017.pdf.

Herman JL, Flores AR, O'Neill KK. (2022). How Many Adults and Youth Identify as Transgender in the United States? Los Angeles: The Williams Institute. https://williamsinstitute.law.ucla.edu/publications/trans-adults-united-states/.

Human Rights Campaign Foundation. (2022). Corporate Equality Index. https://reports.hrc.org/corporate-equality-index-2022.

PLAINTIFFS002952

James SE, Herman JL, Rankin S, Keisling M, Mottet L, Anafi M. (2016). The Report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality. https://www.ustranssurvey.org/reports.

Keith K. (2021). Unpacking Colorado's New Guidance on Transgender Health. Commonwealth Fund Blog. https://www.commonwealthfund.org/blog/2021/unpacking-colorados-new-guidance-transgender-health.

LGBT Movement Advancement Project. (2023). Equality Maps. https://www.lgbtmap.org/equality-maps/healthcare_laws_and_policies/private_insurance.

LGBT Movement Advancement Project. (2023). Equality Maps. https://www.lgbtmap.org/equality-maps/healthcare_laws_and_policies/state_employees.

Letter from state insurance commissioners to U.S. Department of Health and Human Services Secretary Xavier Becerra. (2022). http://www.insurance.ca.gov/0400-news/0100-press-releases/2022/upload/joint-Letter-Final_ACA_SECTION_1557_NPRM_sign-on_letter_2022-2.pdf.

Mallory, C, Tentindo, W (2022). Medicaid Coverage for Gender-Affirming Care. Los Angeles: The Williams Institute. https://williamsinstitute.law.ucla.edu/publications/medicaid-trans-health-care/

Michael Ollove, States are all over the map when it comes to transgender health care. The Washington Post, July 22, 2019. https://www.washingtonpost.com/health/states-are-all-over-the-map-when-it-comes-to-transgender-health-care/2019/07/19/68d033a6-a8bd-11e9-9214-246e594de5d5_story.html

National Academies of Sciences, Engineering, and Medicine. 2022. Measuring Sex, Gender Identity, and Sexual Orientation. Washington, DC: The National Academies Press. https://doi.org/10.17226/26424.

National Academies of Sciences, Engineering, and Medicine. (2020). Understanding the Well-Being of LGBTQI+ Populations. Washington, DC: The National

Academies Press. https://doi.org/10.17226/25877.

National Institute for Minority Health and Health Disparities. (2016). Sexual and Gender Minorities Formally Designated as a Health Disparity Population for Research Purposes. https://www.nimhd.nih.gov/about/directors-corner/messages/message_10-06-16.html.

Out2Enroll. (2022). Summary of Findings: 2023 Marketplace Plan Compliance with Section 1557 of the Affordable Care Act. https://out2enroll.org/2023-cocs/.

Out2Enroll. (2022). Transgender Health Insurance Guide to the Marketplace: Florida. https://drive.google.com/file/d/1XliTnjuwi_6pCQuOj3Nm9vlGalAdTOaE/view.

Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis. Journal of General Internal Medicine, 31(4), 394–401. https://doi.org/10.1007/s11606-015-3529-6.

Plaintiffs' Motion for Partial Summary Judgment, Fletcher v. Alaska, No. 1:18-cv-00007-HRH (D. Alaska July 1, 2019), https://www.lambdalegal.org/sites/default/files/legal-docs/downloads/fletcher_ak_20190701_plaintiffs-motion-for-partial-summary-judgment.pdf.

Sam McQuillan, Transgender Medicaid Patients Face Coverage Barriers Despite Law, Bloomberg Law Online Edition, September 10, 2019. https://news.bloomberglaw.com/health-law-and-business/transgender-medicaid-patients-face-coverage-barriers-despite-law

Schatten, K. R., & Viera, K. C. (2016). Memorandum to Mona Moon, Administrator, North Carolina State Health Plan, re: Transgender Cost Estimate. https://www.shpnc.org/media/22/download.

State of California Department of Insurance. (2012). Economic Impact Assessment: Gender Nondiscrimination in Health Insurance. http://transgenderlawcenter.org/wp-content/uploads/2013/04/Economic-Impact-Assessment-Gender-Nondiscrimination-In-Health-Insurance.pdf.

PLAINTIFFS002954

United States Office of Personnel Management. (2022). Federal Benefits Open Season November 14, 2022 – December 12, 2022. https://cdn.govexec.com/media/gbc/docs/pdfs_edit/093022ew1.pdf.

Washington State Healthcare Authority. (2022). Transhealth Program. https://www.hca.wa.gov/billers-providers-partners/programs-and-services/transhealth-program.

Washington State Legislature. SB 5313 (2021-2022). https://app.leg.wa.gov/billsummary?BillNumber=5313&Initiative=false&Year=2021.

What We Know Project. (2018). What Does the Scholarly Research Say About the Effect of Gender Transition on Transgender Wellbeing? Cornell University Center for the Study of Inequality. https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

PLAINTIFFS002955

EXHIBIT B

PLAINTIFFS002956

# KELLAN E. BAKER, PhD, MPH, MA

kellan.baker@gmail.com | kbaker@whitman-walker.org | https://www.linkedin.com/in/kellanb | (805) 390-2309

## EDUCATION

**Johns Hopkins Bloomberg School of Public Health**                                        2016-2021
  Doctor of Philosophy in Health Policy and Management
  Concentration in Health Services Research and Policy
  <u>Dissertation</u>: *Clinically Documented Social Risk Factors, Health Care Utilization, and Expenditures in a Commercially Insured Transgender Population*
  <u>Activities</u>: Centennial Scholar, Health Policy Research Scholar, Gordis Teaching Fellow

**Johns Hopkins Bloomberg School of Public Health**                                        2016-2019
  Certificate in Public Health Economics

**Johns Hopkins Carey Business School**                                                    2018
  Executive Certificate in Health Care Leadership and Management

**University of the South School of Theology**                                             2008-2012
  Certificate in Theological Education

**George Washington University School of Public Health and Health Services**               2008-2011
  Master of Public Health
  Concentration in Global Public Health Policy
  <u>Thesis</u>: *Transforming Health: International Rights-Based Advocacy for Transgender Health*
  <u>Activities</u>: Delta Omega Public Health Honors Society

**George Washington University Elliott School of International Affairs**                    2008-2011
  Master of Arts in International Development
  <u>Thesis</u>: *Security, Development, and Sexual and Gender-Based Violence in Conflict Settings*

**Diplomatic Academy of Vienna**                                                           2007-2008
  Graduate study in International Economics

**University of Vienna**                                                                   2007-2008
  Certificate of Advanced Proficiency in German Language

**Swarthmore College**                                                                     2000-2004
  Bachelor of Arts with High Honors in Astrophysics and Russian Literature
  <u>Activities</u>: External Honors Program

## PROFESSIONAL EXPERIENCE

**Whitman-Walker Institute**
  ***Executive Director and Chief Learning Officer***                                      2021-present
  - Lead the research, policy, and education activities of Whitman-Walker, a community health system in Washington, DC that also includes Whitman-Walker Health, a Federally Qualified Health Center with 50+ years of experience serving diverse patient populations across the DC metro area, with a particular focus on people living with HIV and sexual and gender minority populations.
  - Oversee daily operations for the Institute, including personnel, grants management, financial reporting and fiscal accountability, strategic planning, quality assurance for training and research activities, and development of internal and external partnerships.
  - Oversee a 55-person team of researchers, policy analysts, and administrative staff in conducting epidemiologic, econometric, clinical, and policy research; translating research findings into policy, practice, and programming recommendations; and advancing methodology for research centering the impact of structural factors on individual and population health.
  - Partner with clinicians and clinic management at Whitman-Walker on health services research using clinical data for quality assessment and practice improvement.
  - Represent Whitman-Walker in interactions with media, government, academic institutions, public and private payers, professional societies, community members, and other stakeholders.

PLAINTIFFS002957

**Johns Hopkins School of Public Health**
*Affiliate Faculty, Department of Health Policy and Management*                    2021-present
**George Washington University School of Public Health and Health Services**
*Affiliate Faculty, Department of Health Policy and Management*                    2021-present
**National Academy of Sciences, Division of Behavioral and Social Sciences and Education**
*Consultant*                                                                       2019-2021
- Advised the Committee on Population on the development, funding, and coordination of a consensus study project on health and other domains of well-being in sexual and gender diverse populations.
- Authored and edited report components related to physical and mental health; health services access and use; health policy; data collection; and demography.
- Led report dissemination to policy, academic, medical, media, and community audiences.

**Johns Hopkins Evidence-Based Practice Center**
*Research Associate*                                                               2018-2021
Designed and conducted systematic reviews to support the revision of the leading expert treatment guidelines in the field of transgender health.

**Cornell University Center for the Study of Inequality**
*Senior Researcher*                                                                2017-2019
Designed and conducted systematic reviews of social inequality and health policy issues.

**Johns Hopkins School of Public Health, Department of Epidemiology**
*Research Associate*                                                               2017-2018
Built economic models assessing the cost-effectiveness of integrating HIV testing, prevention, and treatment into primary care in low-resource settings.

**Center for American Progress**
*Senior Fellow*                                                                    2014-2017
- Designed and implemented strategies to advance policy goals around health equity, Affordable Care Act (ACA) implementation, health system transformation, health insurance reform, appropriations and budget, nondiscrimination, and data collection and research at all levels of government and with hospitals, health insurance carriers, and other private stakeholders.
- With Fenway Community Health, co-founded and directed a project that secured new data elements in the federal regulations governing the Meaningful Use of Electronic Health Records program.
- Coordinated and represented coalitions of diverse organizations focusing on civil rights, health care, and public health in regulatory and legislative policymaking activities with decisionmakers and staff at all levels of government.
- Developed and published original research, policy analyses, and policy and practice recommendations for audiences such as the White House, the federal agencies, the Presidential Advisory Council on HIV/AIDS, congressional and other legislative staff, state and local health departments, and state and federal insurance regulators.
- Regularly quoted and published in venues such as *Washington Post*, *New York Times*, *Reuters*, *Time*, *Scientific American*, *US News and World Report*, and National Public Radio.

*Out2Enroll Founding Steering Committee Member*                                    2013-2017
- Conceived and co-led Out2Enroll, a $1-million national communications, training, and policy partnership with the U.S. Department of Health & Human Services (HHS) and the White House to connect low-income sexual and gender minority people with insurance coverage under the ACA.
- Managed strategic and daily operations, including overseeing a coalition of more than 70 partners, developing communications strategies, fundraising, and grants management.
- Created the training "Reaching and Assisting LGBT Communities" (in-person and online) and trained more than 15,000 enrollment assisters in all 50 states, the US territories, and Washington, DC.
- At the request of the HHS Office for Civil Rights, created and presented trainings on the ACA and civil rights to the HHS Regional Offices.

*Associate Director*                                                               2013-2014
- Led the health policy portfolio of the Federal Agencies Project, a national funder collaborative pursuing health reform and health equity objectives via federal regulatory policy.
- Managed a staff of research and policy analysts.

PLAINTIFFS002958

*Senior Policy Analyst*                                                                                                          2011-2013
- Conducted policy analyses and wrote reports, memos, regulatory comments, and media pieces on issues such as health reform, HIV/AIDS, health disparities, and health information technology.
- Created and oversaw the LGBT State Exchanges Project, a training and technical assistance partnership with five states to address coverage gaps through the implementation of the ACA.

**Astraea Lesbian Foundation for Justice**
*Consultant*                                                                                                                        2014
Managed strategic planning activities of the Global Philanthropy Project, a group of 15 international funders supporting the human rights of sexual and gender minorities.

**Kaiser Foundation Health Plan**
*Consultant*                                                                                                                     2013-2014
Advised on the development of Kaiser's industry-leading LGBTI Health Equity Program.

**The Joint Commission**
*Consultant*                                                                                                                        2010
Co-authored "Advancing Effective Communication, Cultural Competence, and Patient- and Family-Centered Care for the LGBT Community: A Field Guide."

**Open Society Foundations**
*Consultant*                                                                                                                     2010-2013
Authored "Transforming Health: International Rights-Based Advocacy for Trans Health," featuring case studies from nine countries and the World Health Organization.

**Danish Refugee Council**
*Fellow*                                                                                                                            2010
Conducted French-language focus group research in the Central African Republic and wrote a needs assessment about addressing sexual and gender-based violence in conflict situations.

**National Coalition for LGBT Health**
*Policy Analyst*                                                                                                                 2009-2011
In coordination with 75 member organizations in 22 states and other stakeholders, developed and implemented a national policy strategy for advancing LGBT health equity.

**The White House**
*Intern*                                                                                                                            2009
Staffed the Special Assistant to the President for Disability Policy.

**Wonder Sprachinstitut (Vienna, Austria)**
*TOEFL Preparation Instructor*                                                                                                  2007-2008
Taught beginning and advanced English.

**Vienna University of Economics and Business (Vienna, Austria)**
*Executive MBA Program Tutor*                                                                                                   2007-2008
Tutored students on English and economics topics.

*Kommersant* **Newspaper (Moscow, Russia)**
*Russian–English Translator*                                                                                                    2006-2007
Translated international news, politics, business, and editorial content for a leading daily newspaper.

**Nauka/Interperiodica (Moscow, Russia)**
*Russian–English Translation Editor*                                                                                            2004-2005
Edited translated scientific journal articles in the areas of physics, chemistry, geology, and biology under a contract with the Russian Academy of Sciences.

## SERVICE TO PROFESSIONAL ORGANIZATIONS

**National Institutes of Health**                                                                                               2022-present
Appointed Member, Sexual and Gender Minority Working Group of the NIH Council of Councils

**Public Health AmeriCorps**                                                                                                    2022-present
Member, Technical Working Group for National Process, Outcomes, and Impact Evaluation

**AcademyHealth**                                                                                                               2022-present
Member, Advisory Group on Health Services Research Innovation, Inclusion, and Impact

PLAINTIFFS002959

**UnitedHealthcare**                                                                                                  2022-present
Member, Ambassadors for the Community (health equity initiative focused on dual eligibles in DC)

**Personalized Medicine Coalition**                                                                                  2022-present
Member, Health Equity Task Force

**National Association of Insurance Commissioners**                                                                  2022-present
Appointed Consumer Representative

**California Health Interview Survey**                                                                               2022-present
Member, Sexual Orientation and Gender Identity Working Group

**National Academies of Sciences, Engineering, and Medicine**                                                       2021-present
Appointed Member, Consensus Study Committee on Measuring Sex, Gender Identity, and Sexual
Orientation for the National Institutes of Health

**Agency for Healthcare Research and Quality**                                                                      2021-present
Invited Participant, AHRQ Health Equity Summits

**National Institutes of Health, Inter-Society Coordinating Committee for Practitioner Education**                  2021-present
**in Genomics**
Founder and Co-Chair, Project on LGBTQI+ Issues in Genomics and Genomics Education

**European Research Council**                                                                                        2021-present
Grant Reviewer

**National Academies of Sciences, Engineering, and Medicine**                                                       2021-present
Partner, Assessing Meaningful Community Engagement in Health & Health Care Leadership Consortium

**AcademyHealth**                                                                                                    2020-present
Appointed Member, National Advisory Group on Diversity, Equity, and Inclusion

**Harvard Medical School**                                                                                           2020-present
Professional Advisory Council Member, Sexual and Gender Minority Health Equity Initiative

**National Center for Transgender Equality**                                                                        2019-present
Scientific Advisory Council Member, 2022 US Transgender Survey

**National Institutes of Health**                                                                                   2016-present
Community Engagement Working Group Member, National Human Genome Research Institute

**American Councils for International Education**                                                                    2016-present
Flagship Program Orientation Facilitator (Russia, Kazakhstan, Azerbaijan, Tajikistan)

**Equality Federation**                                                                                              2015-present
Board of Directors (current Immediate Past Chair, past Treasurer)

**TEDMED**                                                                                                                   2020
Invited Health Equity Expert

**Biden-Harris Presidential Campaign**                                                                                      2020
Equity Review Board Member, Health Policy Committee

**Biden-Harris Presidential Campaign**                                                                                      2020
Co-Chair, LGBTQ Health Policy Committee

**Congressional Tri-Caucus, Families USA, and UnidosUS**                                                               2016-2020
Steering Committee Member, Health Equity and Accountability Act

**10.10.10 Cities: Health Social Entrepreneurship Program**                                                                 2019
Health Start-Up Team "Ninja"

**Community Catalyst and the Robert Wood Johnson Foundation**                                                          2017-2019
National Advisory Council Member, Consumer Advocacy for Health System Transformation

**Gilead Sciences**                                                                                                   2017-2019
Transgender Advisory Council Member

**American Association for the Advancement of Science**                                                                2016-2019
Selection Committee Member, Executive Branch Science and Technology Policy Fellowship

**Centers for Medicare & Medicaid Services, U.S. Department of Health & Human Services**                               2014-2019
Appointed Member, Advisory Panel on Outreach and Education

PLAINTIFFS002960

| | |
|---|---|
| **National Academies of Sciences, Engineering, and Medicine**<br>Steering Committee Member, Project on Demography of Sexual and Gender Minority Populations | 2017-2018 |
| **Johns Hopkins Bloomberg School of Public Health**<br>Member, Schoolwide Honors and Awards Committee | 2018 |
| **National Institutes of Health**<br>Invited Participant, Expert Workshop on Methods in Sexual & Gender Minority Health Research | 2018 |
| **Johns Hopkins Medicine and Harvard University School of Medicine**<br>Member, EQUALITY Study Stakeholder Advisory Board | 2013-2018 |
| **Robert Wood Johnson Foundation**<br>Application Reviewer, Culture of Health Program | 2017 |
| **U.S. Professional Association for Transgender Health**<br>Scientific Program Committee Member, Inaugural USPATH Scientific Conference | 2016-2017 |
| **AcademyHealth**<br>Advisory Council Member and Grant Reviewer, Community Health Peer Learning Program | 2015-2017 |
| **Center for Consumer Information & Insurance Oversight, U.S. Department of Health & Human Services**<br>Grant Reviewer, HealthCare.gov Enrollment Navigator Program | 2015 |
| **Robert Carr Civil Society Networks**<br>Grant Reviewer | 2015 |
| **University of California at San Francisco Center of Excellence for Transgender Health**<br>Policy Track Co-Chair, National Transgender Health Summit | 2013, 2015 |
| **National Action Alliance for Suicide Prevention**<br>Member, LGBT Task Force | 2012 |
| **The Fenway Institute**<br>Affiliated Faculty for LGBT Health Policy | 2011-2016 |
| **U.S. Department of State**<br>National Security Language Initiative for Youth Program Orientation Facilitator (Russia) | 2009-2013 |
| **The DC Center for the LGBT Community**<br>Board of Directors (DC for Marriage Campaign Co-Chair) | 2009-2011 |

## OTHER PROFESSIONAL ACTIVITIES

### Ad Hoc Journal Reviews

- *New England Journal of Medicine*
- *Journal of the American Medical Association*
- *JAMA Psychiatry*
- *JAMA Internal Medicine*
- *Health Affairs*
- *American Journal of Public Health*
- *Journal of the American Medical Informatics Association*
- *Medical Informatics*
- *Milbank Quarterly*
- *Journal of Official Statistics*
- *Social Science & Medicine*
- *American Journal of Epidemiology*
- *American Journal of Preventive Medicine*
- *Preventive Medicine*
- *Quality of Life Research*

- *Sexuality Research and Social Policy*
- *Sexual and Reproductive Health Matters*
- *Journal of Homosexuality*
- *Journal of Public Health Dentistry*
- *Frontiers in Oncology*
- *Psychology of Sexual Orientation and Gender Diversity*
- *LGBT Health*
- *Transgender Health*
- *BMC Health Services Research*
- *Family Practice*
- *Journal of Patient Safety and Risk Management*
- *Progress in Community Health Partnerships: Research, Education, and Action*
- *Media and Communication*
- *Patient Education & Counseling*
- *The Physician and Sports Medicine*

PLAINTIFFS002961

## Memberships

- DC Center for AIDS Research (2021-present)
- Johns Hopkins Center for AIDS Research (2020-present)
- Association for Public Policy Analysis and Management (2018-present)
- International Society for Pharmacoeconomics and Outcomes Research (2018-present)
- World Professional Association for Transgender Health (2018-present)
- Society for Medical Decision Making (2017-present)
- AcademyHealth (2012-present)
- American Public Health Association (2009-present)

## Conference Abstract Reviews

- International Society for Pharmacoeconomics and Outcomes Research
- AcademyHealth (theme reviewer for "Disparities and Health Equity" track)
- American Public Health Association
- Society for Medical Decision Making
- U.S. Professional Association for Transgender Health

## HONORS AND AWARDS

**First Place, Research and Translation Virtual Ideas Exchange Competition** 2020
OptumLabs

**Golden Apple Award for Excellence in Teaching** 2020
Public Health Studies Program, Johns Hopkins University
*Awarded for the class "Policy, Politics, and Power in Health Equity," designed through the Gordis Teaching Fellowship*

**Alice S. Hersh Scholarship** 2020
AcademyHealth

**Victor P. Raymond Memorial Fund Award** 2019
Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health

**Delta Omega Policy and Practice Scholarship Award** 2019
Johns Hopkins Bloomberg School of Public Health

**Out to Innovate Award** 2019
National Organization of Gay & Lesbian Scientists and Technical Professionals

**Distinguished Service Award** 2019
10.10.10 Cities: Health

**Science Writing Fellowship** 2019
Johns Hopkins Bloomberg School of Public Health

**Gordis Teaching Fellowship** 2018
Public Health Studies Program, Johns Hopkins University

**Health Policy Research Scholarship** 2017
Robert Wood Johnson Foundation
*Health Policy Research Scholars is a national leadership program that invests in scholars from populations traditionally underrepresented in graduate programs whose work will inform and influence policy for building a Culture of Health*

**Featured Speaker** 2017
National March for Science (Washington, DC)

**Centennial Scholarship** 2016
Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health
*Awarded to the outstanding entering doctoral student in each department to mark the school's centennial in 2016*

**Achievement Award** 2015
GLMA: Health Professionals Advancing LGBT Equality

PLAINTIFFS002962

**Andrew Cray Memorial Transgender Health Advocacy Award**                     2015
National Center for Transgender Equality

**LGBTQ Leadership Fellowship**                                              2011-2012
The Rockwood Institute

**Delta Omega Public Health Honors Society**                                    2010
George Washington University School of Public Health and Health Sciences

**Eric Rofes Memorial Scholarship**                                             2009
National Gay & Lesbian Task Force

**High Honors**                                                                 2004
Swarthmore College Honors Program

## PUBLICATIONS

### Journal Articles (Peer-Reviewed)

**Baker KE**, Restar A. (2022). Utilization and Costs of Gender-Affirming Care in a Commercially Insured Transgender Population. *J Law Med Ethics, 50*, 456–470.

**Baker KE**, Compton D, Fechter-Leggett ED, Grasso C, Kronk CA. (2022). Will clinical standards not be part of the choir? Harmonization between the HL7 gender harmony project model and the NASEM measuring sex, gender identity, and sexual orientation report in the United States. *JAMIA, 30*(1), 83–93.

Restar A, Dusic E, Garrison-Desany H, Lett E, Everhart A, **Baker KE**, Scheim A, Beckham SW, Reisner S, Rose A, Mimiaga M, Radix A, Operario D, Hughto J. (2022) Gender Affirming Hormone Therapy Dosing Behaviors among Transgender and Nonbinary Adults. *Humanit Soc Sci Commun, 9*(304).

Tran NK, **Baker KE**, Lett E, Scheim AI. (2022). State-level heterogeneity in associations between structural stigma and individual healthcare access: A multilevel analysis of transgender adults in the United States. *J Health Serv Res Policy*. doi:10.1177/13558196221123413.

Scheim AI, **Baker KE**, Restar AJ, Sell RL. (2021). Health and Health Care Among Transgender Adults in the United States. *Annual Review of Public Health*. doi:10.1146/annurev-publhealth-052620-100313

Restar A, Garrison-Desany HM, **Baker KE**, Adamson T, Howell S, Baral SD, Operario D, Beckham W. (2021). Prevalence and associations of COVID-19 testing in an online sample of transgender and non-binary individuals. *British Medical Journal - Global Health, 6*, e006808.

**Baker KE**, Durso LE, Streed CG. (2021). Ensuring that LGBTQI+ People Count: Collecting Data on Sexual Orientation, Gender Identity, and Intersex Status. *New England J Med, 384*, 1184–1186.

**Baker KE**, Wilson LM, Sharma R, Dukhanin V, McArthur K, Robinson KA. (2021). Hormone Therapy, Mental Health, and Quality of Life among Transgender People: A Systematic Review. *J Endocr Soc, 5*(4), bvab001.

Wiegmann AL, Young EI, **Baker KE**, Khalid SI, Shenaq DS, Dorafshar AH, Schechter LS. (2021). The Affordable Care Act and Its Impact on Plastic and Gender-Affirmation Surgery. *Plastic Reconstr Surg, 147*(1), 135e–153e.

**Baker KE**, Harris AC. (2020). Terminology should accurately reflect complexities of sexual orientation and identity. *Am J Public Health, 110*(11), 1668–1669.

Lett E, Dowshen NL, **Baker KE**. (2020). Intersectionality and Health Inequities for Gender Minority Blacks in the U.S. *Am J Prev Med, 59*(5), 639–647.

Wilson LM, **Baker KE**, Sharma R, Dukhanin V, McArthur K, Robinson KA. (2020). Effects of antiandrogens on prolactin levels among transgender women on estrogen therapy: A systematic review. *Int J Transgend Health, 21*(4), 391–402.

**Baker KE**. (2019). Findings from the Behavioral Risk Factor Surveillance System on Health-Related Quality of Life among U.S. Transgender Adults, 2014-2017. *JAMA Intern Med, 179*(8), 1141–1144.

Tabaac AR, Sutter ME, Wall CSJ, **Baker KE**. (2018). Gender Identity Disparities in Cancer Screening. *Am J Prev Med, 54*(3), 385–393.

PLAINTIFFS002963

**Baker KE**. (2017). The Future of Transgender Coverage. *New England J Med, 376*(19), 1801–1804.

Padula WV, **Baker KE**. (2017). Coverage for Gender Affirmation: Making Health Insurance Work for Transgender Americans. *LGBT Health, 4*(4), 244–247.

Cahill S, **Baker KE**, Deutsch MB, Keatley J, Makadon HJ. (2016). Inclusion of Sexual Orientation and Gender Identity in Stage 3 Meaningful Use Guidelines: A Huge Step Forward for LGBT Health. *LGBT Health, 3*(2), 100–102.

Reisner SL, Conron KJ, Scout Nfn, **Baker KE**, et al. (2015). Counting transgender and gender nonconforming adults in health research: Recommendations from the Gender Identity in U.S. Surveillance (GenIUSS) Group. *Transgender Studies Quarterly, 2*(1), 34–57.

Cahill S, Singal R, Grasso C, King D, Mayer K, **Baker KE**, Makadon H. (2014). Do ask, do tell: High levels of acceptability by patients of routine collection of sexual orientation and gender identity data in four diverse American community health centers. *PLoS ONE, 9*(9), e107104.

**Baker KE**, Minter S, Wertz K. (2012). Nondiscrimination in Insurance: The Case of California's Insurance Gender Nondiscrimination Act. *Harvard University LGBTQ Policy Journal, 2*.

**Baker KE**. (2012). Where Do We Go from Here: LGBT-Inclusive Health Policy in Affordable Care Act Implementation. *Harvard University LGBTQ Policy Journal, 2*.

**Baker KE**, Krehely J. (2011). How Health Care Reform Will Help LGBT Elders. *Public Policy & Aging Report, 21*(3), 19–23.

## Book Chapters

**Baker KE**. (2019). The Politics of LGBT Health. In: Schneider JS and V Silenzio, eds. *Gay & Lesbian Medical Association Handbook on LGBT Health*. Washington, DC: ABC-CLIO Press.

Bau I and **Baker KE**. (2016). Legal and Policy Issues in LGBTI Health. In: Ehrenfeld J and K Eckstrand, eds. *Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care*. Nashville: Vanderbilt University Press.

**Baker KE**. (2011). Data Collection and Use. In: The Joint Commission. *Advancing Effective Communication, Cultural Competence, and Patient- and Family-Centered Care for the LGBT Community: A Field Guide*. Oakbrook Terrace, IL: The Joint Commission. Available at: www.jointcommission.org/assets/1/18/LGBTFieldGuide.pdf

## Reports, Issue Briefs, Articles, and Editorials

Organizing Committee for Assessing Meaningful Community Engagement in Health & Health Care Programs & Policies. (2022). Assessing Meaningful Community Engagement: A Conceptual Model to Advance Health Equity through Transformed Systems for Health. *NAM Perspectives*. Commentary, National Academy of Medicine, Washington, DC. https://doi.org/10.31478/202202c

Frank NF, **Baker KE**. (2019). Anti-LGBT Discrimination Has a Huge Human Toll. Research Proves It. *Washington Post*. Available at: www.washingtonpost.com/outlook/2019/12/19/anti-lgbt-discrimination-has-huge-human-toll-research-proves-it/

What We Know Project. (2019). What Does the Scholarly Research Say About the Effects of Discrimination on the Health of LGBT People? Cornell University Center for the Study of Inequality. Available at: https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-scholarly-research-say-about-the-effects-of-discrimination-on-the-health-of-lgbt-people/

What We Know Project. (2018). What Does the Scholarly Research Say About the Effect of Gender Transition on Transgender Wellbeing? Cornell University Center for the Study of Inequality. Available at: https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/

**Baker KE**, Keisling MR. (2018). Two Transgender Advocates Explain Why They're Marching for Science. *Scientific American*. Available at: https://blogs.scientificamerican.com/voices/2-transgender-activists-explain-why-theyre-marching-for-science/

**Baker KE**. (2017). Trans People in the Health Reform Fight: What's at Stake. *TheBody.com*. Available at: www.thebody.com/content/80046/trans-people-in-the-health-reform-fight-whats-at-s.html

PLAINTIFFS002964

Calsyn M, **Baker KE**, Spiro T. (2017). For the Insurance Lobby, Old Habits Are Hard to Break. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/healthcare/news/2017/02/15/415237/for-the-insurance-lobby-old-habits-are-hard-to-break/

**Baker KE**, Durso LE. (2017). Why Repealing the Affordable Care Act Is Bad Medicine for LGBT Communities. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2017/03/22/428970/repealing-affordable-care-act-bad-medicine-lgbt-communities/

**Baker KE**, Singh S, Mirza SA, Durso LE. (2017). The Senate Health Care Bill Would Be Devastating for LGBTQ People. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2017/07/06/435452/senate-health-care-bill-devastating-lgbtq-people/

**Baker KE**. (2016). LGBT Protections in Affordable Care Act Section 1557. *Health Affairs Blog*. Available at: http://healthaffairs.org/blog/2016/06/06/lgbt-protections-in-affordable-care-act-section-1557

**Baker KE**, McGovern A, Gruberg S, Cray A. (2016). The Medicaid Program and LGBT Communities: Overview and Policy Recommendations. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2016/08/09/142424/the-medicaid-program-and-lgbt-communities-overview-and-policy-recommendations/

Mirza SA, **Baker KE**. (2016). The Impact of the Affordable Care Act on LGBTQ Youth Experiencing Homelessness. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/reports/2016/08/31/143226/the-impact-of-the-affordable-care-act-on-lgbtq-youth-experiencing-homelessness/

**Baker KE**, Durso LE, Ridings AM. (2016). How to Collect Data about LGBT Communities. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2016/03/15/133223/how-to-collect-data-about-lgbt-communities/

**Baker KE**, Hughes M. (2016). Sexual Orientation and Gender Identity Data Collection in the Behavioral Risk Factor Surveillance System. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2016/03/29/134182/sexual-orientation-and-gender-identity-data-collection-in-the-behavioral-risk-factor-surveillance-system/

**Baker KE**. (2015). Open Doors for All: Sexual Orientation and Gender Identity Protections in Health Care. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2015/04/30/112169/open-doors-for-all/

**Baker KE**. (2015). In Pursuit of Equal Health: Medicare's Health Equity Strategy. *U.S. News and World Report*. Available at: www.usnews.com/opinion/blogs/policy-dose/2015/09/17/medicares-health-equity-plan-will-save-money-and-lives

**Baker KE**, Durso LE, Cray A. (2014). Moving the Needle: The Impact of the Affordable Care Act on LGBT Communities. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2014/11/17/101575/moving-the-needle/

Kamyck D, **Baker KE**. (2014). Optimizing LGBT Health under the Affordable Care Act: Strategies for Health Centers. Boston: The Fenway Institute. Available at: www.lgbthealtheducation.org/wp-content/uploads/Brief-Optimizing-LGBT-Health-Under-ACA-FINAL-12-06-2013.pdf

Out2Enroll. (2014). Key Lessons for LGBT Outreach and Enrollment. Washington, DC: Out2Enroll. Available at: https://out2enroll.org/out2enroll/wp-content/uploads/2014/07/O2E_KeyLessons_FINAL.pdf

The Fenway Institute, Center for American Progress, GLMA: Health Professionals Advancing LGBT Equality, Human Rights Campaign. (2014). The Case for Designating LGBT People as a Medically Underserved Population and as a Health Professional Shortage Area Population Group. Boston, MA: The Fenway Institute. Available at: www.fenwayhealth.org/documents/the-fenway-institute/policy-briefs/MUP_HPSA-Brief_v11-FINAL-081914.pdf

**Baker KE**. (2014). 12 Holiday Reasons to Be #Out2Enroll and #GetCovered. *Huffington Post*. Available at: www.huffingtonpost.com/entry/12-holiday-reasons-to-be-_b_6330590.html

PLAINTIFFS002965

**Baker KE**. (2013). Transforming Health: International Rights-Based Advocacy for Transgender Health. New York: Open Society Foundations. Available at: www.opensocietyfoundations.org/sites/default/files/transforming-health-20130213.pdf

Durso LE, **Baker KE**, Cray A. (2013). LGBT Communities and the Affordable Care Act: Findings from a National Survey. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbtq-rights/reports/2013/10/10/76693/lgbt-communities-and-the-affordable-care-act/

Cahill SR, Makadon HM, **Baker KE**, Keatley J. (2013). End LGBT Invisibility in Health Care Now: Do Ask, Do Tell. *Huffington Post*. Available at: www.huffingtonpost.com/entry/lgbt-health-care_b_2744388.html

**Baker KE**, Cray A. (2013). Why Gender Identity Nondiscrimination in Insurance Makes Sense. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2013/05/02/62214/why-gender-identity-nondiscrimination-in-insurance-makes-sense/

Cray A, **Baker KE**. (2013). How the Affordable Care Act Can Help Same-Sex Couples. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2013/04/26/61507/how-the-affordable-care-act-can-help-same-sex-couples/

Cray A, **Baker KE**. (2013). How the Affordable Care Act Helps the LGBT Community. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2013/05/30/64609/how-the-affordable-care-act-helps-the-lgbt-community/

**Baker KE**, Frost C. (2013). Addressing Gay and Transgender and HIV/AIDS Issues in Health Care Reform. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2013/03/22/57845/addressing-gay-and-transgender-and-hivaids-issues-in-health-care-reform/

Durso LE, **Baker KE**, Cray A. (2013). Affordable Care Act Outreach: Targeted Communication Strategies for LGBT Communities. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2013/11/22/79762/affordable-care-act-outreach-targeted-communication-strategies-for-lgbt-communities/

**Baker KE**. (2013). Connecting with Coverage: Four Things LGBT People Need to Know about the Health Insurance Marketplaces. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2013/09/12/74069/connecting-with-coverage-4-things-lgbt-people-need-to-know-about-the-health-insurance-marketplaces/

Greenesmith H, Cray A, **Baker KE**. (2013). The Affordable Care Act and LGBT Families: Everything You Need to Know. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2013/05/23/64225/the-affordable-care-act-and-lgbt-families-everything-you-need-to-know/

**Baker KE**. (2012). Fighting for Survival: Why Gay and Transgender Communities Should Care about Health Reform. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/06/21/11801/fighting-for-survival/

**Baker KE**, Cray A. (2012). Collecting Sexual Orientation and Gender Identity Data. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/10/16/41620/faq-collecting-sexual-orientation-and-gender-identity-data/

Cray A, **Baker KE**. (2012). Health Insurance Needs for Transgender Americans. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/10/03/40334/faq-health-insurance-needs-for-transgender-americans/

**Baker KE**. (2012). Gathering Sexual Orientation and Gender Identity Data in Health IT. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2012/02/09/11146/gathering-sexual-orientation-and-gender-identity-data-in-health-it/

**Baker KE**, Cray A. (2012). Ensuring Benefits Parity and Gender Identity Nondiscrimination in Essential Health Benefits. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/11/15/44948/ensuring-benefits-parity-and-gender-identity-nondiscrimination-in-essential-health-benefits/

PLAINTIFFS002966

**Baker KE**, Burns C. (2012). Why Gay and Transgender Workers and Families Need Paid Sick Days. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/10/16/41620/faq-collecting-sexual-orientation-and-gender-identity-data/

**Baker KE**. (2011). Winning a Healthier Future: LGBT Communities in the Health Equity and Accountability Act. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2011/09/29/10361/winning-a-healthier-future/

**Baker KE**, Krehely J. (2011). Changing the Game: What Health Care Reform Means for Gay, Lesbian, Bisexual, and Transgender Americans. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/wp-content/uploads/issues/2011/03/pdf/aca_lgbt.pdf

**Baker KE**, Britt Z. (2011). Super Committee Cuts Could Lead to Worse Health for Gay and Transgender Americans. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2011/11/18/10592/super-committee-cuts-could-lead-to-worse-health-for-gay-and-transgender-americans/

National Coalition for LGBT Health and Sexuality Information and Education Council of the United States. (2010). Report on the United States of America. United Nations Universal Periodic Review on Sexual Rights, 9th Round. Available at: https://lib.ohchr.org/HRBodies/UPR/Documents/session9/US/JS10_JointSubmission10.pdf

**Baker KE**, Bower L, Lake S. (2010). Security, Development, and Sexual and Gender-Based Violence in Ndélé, Central African Republic. Washington, DC: The Elliott School of International Affairs. Available at: https://elliott.gwu.edu/sites/elliott.gwu.edu/files/downloads/acad/ids/ndele-car.pdf

## GRANT SUPPORT

**DC Center for AIDS Research**                                                                2022-2023
*Developing Best Practices for Integrating HIV Prevention into Gender-Affirming Care for Transgender Adults*
<u>Amount</u>: $49,961
<u>Role</u>: Principal Investigator

**Wellspring Advisors**                                                                        2015-2017
Conducting nationwide outreach and enrollment activities through the Out2Enroll campaign
<u>Amount</u>: $200,000
<u>Role</u>: Project Co-Director

**Robert Wood Johnson Foundation**                                                             2015-2016
Conducting nationwide outreach and enrollment activities through the Out2Enroll campaign
<u>Amount</u>: $199,472
<u>Role</u>: Project Co-Director

**Robert Wood Johnson Foundation**                                                             2014-2015
Building the Out2Enroll online enrollment assistance tool
<u>Amount</u>: $148,800
<u>Role</u>: Project Co-Director

**Wellspring Advisors**                                                                        2014-2015
Conducting nationwide outreach and enrollment activities through the Out2Enroll campaign
<u>Amount</u>: $100,000
<u>Role</u>: Project Co-Director

**Arcus Foundation**                                                                           2014-2015
Conducting nationwide outreach and enrollment activities through the Out2Enroll campaign
<u>Amount</u>: $100,000
<u>Role</u>: Project Co-Director

**Robert Wood Johnson Foundation**                                                             2014-2015
Establishing the "Do Ask, Do Tell" project
<u>Amount</u>: $84,000
<u>Role</u>: Co-Principal Investigator

PLAINTIFFS002967

**Wellspring Advisors** 2013-2016
Impact of the Affordable Care Act on LGBT Communities
<u>Amount</u>: $600,000
<u>Role</u>: Co-Principal Investigator

**Palette Fund** 2013-2014
Launching the Out2Enroll campaign
<u>Amount</u>: $10,000
<u>Role</u>: Project Co-Director

**Nathan Cummings Foundation** 2013-2014
Launching the Out2Enroll campaign
<u>Amount</u>: $10,000
<u>Role</u>: Project Co-Director

**Open Society Foundations** 2013-2014
Transgender Medical Policy Reform in Russia and the Former Soviet Union
<u>Amount</u>: $88,000
<u>Role</u>: Co-Principal Investigator

**Elliott School of International Affairs** 2010
Investigating sexual- and gender-based violence in conflict situations
<u>Amount</u>: $10,000
<u>Role</u>: Co-Principal Investigator

## TEACHING

### Classes Taught

**Issues in LGBTQ Health Policy** Fall 2021, Fall 2022
Johns Hopkins School of Public Health (Baltimore, MD)

**Policy, Politics, and Power in Health Equity** Fall 2019, Spring 2020
Johns Hopkins University (Baltimore, MD)
*Upper-division undergraduate seminar designed and taught through the Gordis Teaching Fellowship*

### Guest Lectures

**Sexuality, Gender Identity, & The Law** 02/2022
American University Washington College of Law (Washington, DC)

**Epidemiology of LGBTQIA Health** 02/2022
George Washington University (Washington, DC)

**O'Neill Institute for National and Global Health Law Colloquium** 11/2021
Georgetown Law Center (Washington, DC)

**Health Equity Policy** 10/2021
Georgetown University (Washington, DC)

**Social Epidemiology** 10/2021
Temple University College of Public Health (Philadelphia, PA)

**Advanced Topics in Health Promotion and Behavioral Sciences** 04/2021
University of Louisville (Louisville, KY)

**LGBT Health Law and Policy** 03/2021
Georgetown Law School (Washington, DC)

**Health Policy and Advocacy** 02/2021
SUNY Upstate Medical College (Syracuse, NY)

**Issues in LGBTQ Health Policy** 12/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

PLAINTIFFS002968

**Epidemiology of LGBT Health**  11/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Issues in LGBTQ Health Policy**  11/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBTQ Politics and Policy**  10/2020
American University (Washington, DC)

**Research Ethics and Integrity**  03/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBT Health Policy**  03/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBT Health Law and Policy**  02/2020
Georgetown Law School (Washington, DC)

**LGBT Health Policy**  02/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Epidemiology of LGBT Health**  12/2019
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Economic Evaluation II**  12/2018
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Epidemiology of LGBT Health**  12/2018
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Public Health Policy**  11/2018
SUNY Upstate Medical College (Syracuse, NY)

**LGBTQI Health: Research, Policies, and Best Practices**  05/2018
Mt. Sinai Icahn School of Medicine (New York, NY)

**Epidemiology of LGBT Health**  12/2017
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBTQ Issues in Public Policy**  11/2017
New York University Wagner School of Public Service (New York, NY)

**Health Policy and Public Health**  10/2017
Baldwin Wallace University (Berea, OH)

**LGBT Health Law and Policy**  09/2017
Georgetown Law School (Washington, DC)

**Epidemiology of LGBT Health**  12/2016
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBT Health Policy and Practice Graduate Certificate Program**  01/2016
George Washington University (Washington, DC)

**Epidemiology of LGBT Health**  12/2015
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBT Health Policy and Practice Graduate Certificate Program**  01/2015
George Washington University (Washington, DC)

**Health Policy and Public Health**  10/2014
Baldwin Wallace University (Berea, OH)

## Teaching Assistant Positions

**Teaching Assistant, Department of Health Policy and Management**  2017-2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)
- Economic Evaluation I and II
- Health Economics for Managers

PLAINTIFFS002969

- Fundamentals of Health Policy and Management
- Introduction to Bioethics in Public Health Practice and Research
- Research Ethics and Integrity: U.S. and International Issues
- Science of Patient Safety
- The Political Economy of Social Inequalities and Its Consequences for Health and Quality of Life

**MPH Capstone Teaching Assistant**                                                       2019
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Teaching Assistant, Pfizer Executive Program in Economic Evaluation**       2018
University of Chicago (New York, NY)

## Trainings

**"Reaching and Assisting LGBT Communities" – in-person and online training developed for Out2Enroll and presented to Health Insurance Marketplace Navigators and other enrollment assisters**

| | |
|---|---|
| Arkansans for Coverage | 12/2015 |
| Alaska Primary Care Association | 11/2015 |
| Cognosante, Cleveland, OH | 11/2015 |
| Cognosante, Miami, FL | 11/2015 |
| Cognosante, Philadelphia, PA | 11/2015 |
| Enroll Virginia Coalition | 11/2015 |
| Council on Aging of Buncombe County, Asheville, NC | 11/2015 |
| Navigators for a Healthy Louisiana, Shreveport, LA | 10/2015 |
| Navigators for a Healthy Louisiana, Baton Rouge, LA | 10/2015 |
| Navigators for a Healthy Louisiana, New Orleans, LA | 10/2015 |
| Covered California University, Sacramento, CA | 09/2015 |
| HealthCare.gov | 09/2015 |
| Nebraska Primary Care Association | 08/2015 |
| Michigan Primary Care Association | 08/2015 |
| Florida Association of Community Health Centers | 07/2015 |
| Get Covered Arkansas Coalition, Little Rock, AR | 06/2015 |
| Kentuckiana Regional Planning and Development Agency, Louisville, KY | 05/2015 |
| Kentucky Primary Care Association, Hazard, KY | 05/2015 |
| Cognosante, Cleveland, OH | 01/2015 |
| Cognosante, Philadelphia, PA | 01/2015 |
| Utah Health Policy Project, Salt Lake City, UT | 12/2014 |
| Cognosante, New Orleans, LA | 12/2014 |
| Cognosante, Miami, FL | 11/2014 |
| Planned Parenthood Federation of America | 10/2014 |
| United Way Worldwide | 10/2014 |
| Nebraska Primary Care Association | 07/2014 |
| HealthCare.gov | 07/2014 |

**"Opening the Door: Assisting LGBT People"**

| | |
|---|---|
| U.S. Department of Health and Human Services Office for Civil Rights Region IV Office, Atlanta, GA | 10/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region II Office, New York, NY | 10/2015 |

PLAINTIFFS002970

| | |
|---|---|
| U.S. Department of Health and Human Services Office for Civil Rights Region VIII Office, Denver, CO | 10/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region IX Office, San Francisco, CA | 09/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region III Office, Philadelphia, PA | 08/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region I Office, Boston, MA | 06/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region VI Office, Dallas, TX | 05/2015 |

## PRESENTATIONS

### Oral Abstracts and Issue Panels

| | |
|---|---|
| **Baker, KE**, Segal J. Clinically Documented Social Risk Factors and Mental and Behavioral Health Diagnoses in a Commercially Insured Transgender Population. American Public Health Association Conference (online) | 10/2021 |
| Wolfson D, **Baker KE**, Platt J, Fields C, Ramiah K. Rebuilding Trust in Health Care: What We Know and What We Need to Know. AcademyHealth Annual Research Meeting (online) | 06/2021 |
| **Baker KE**, Badgett MVL, Gates G, Patterson C, Russell S, Umberson D, White J. The Health of LGBTQI+ Populations: Findings from a New National Academy of Sciences Report. Population Association of America Annual Meeting (online) | 05/2021 |
| **Baker KE**, Russell S. The Health of LGBTQI+ Populations: Findings from a New National Academy of Sciences Report. American Educational Research Association Annual Meeting (online) | 04/2021 |
| Terndrup CP, Siegel J, Streed C, Ufomata E, **Baker KE**. Transforming General Internal Medicine for Improved LGBTQ Healthcare: Strategies from the Bedside to the Legislature. Society for General Internal Medicine Annual Meeting (online) | 04/2021 |
| Hedian H, Terndrup CP, Siegel J, McNamara M, **Baker KE**. Teaching about Transgender Health: How to Navigate Challenging Small Group Discussions. Society for General Internal Medicine Meeting (online) | 04/2021 |
| **Baker KE**, Reisner SL, Dalke K, Harris AC. The Health of LGBTQI+ Populations: Findings from a New National Academy of Sciences Report. National Health Policy Conference (online) | 02/2021 |
| Badgett MVL, Flores AR, Dibner K, **Baker KE**. Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report. Association for Public Policy Analysis and Management Conference (online) | 11/2020 |
| **Baker KE**, Russell S, Reisner SL, Dalke K, Harris AC. Violence and the Well-Being of LGBTQI+ People: A Role for Public Health. American Public Health Association Conference (online) | 10/2020 |
| **Baker KE**. Leveraging the Behavioral Risk Factor Surveillance System for Transgender Health Research. American Public Health Association Conference, Philadelphia, PA | 11/2019 |
| **Baker KE**. Cracking the Code: Using Machine Learning to Identify Transgender People in Medical Claims Data. American Public Health Association Conference, Philadelphia, PA | 11/2019 |
| Pardo S, **Baker KE**, Wilkinson W. Advancing Sexual Orientation and Gender Identity Cultural Humility in Public Health Care: Policy, Research, and Practice Strategies. National Trans Health Summit, Oakland, CA | 04/2019 |
| Gorton N, **Baker KE**, Tescher J, Jaffe JM. Transgender Health Insurance Reform. World Professional Association for Transgender Health Inaugural USPATH Scientific Conference, Los Angeles, CA | 01/2017 |
| **Baker KE**, Cahill SR. Sexual Orientation and Gender Identity Data in EHRs. Critical Conversation, America's Essential Hospitals VITAL 2016 Conference, Boston, MA | 06/2016 |
| **Baker KE**. Role of Public Health Policy in Gender Affirmation and Health Equity for Trans/Gender-Variant People in the U.S. American Public Health Association Conference, Chicago, IL | 11/2015 |
| **Baker KE**. Do Ask, Do Tell: Collecting and Using LGBT Data. AcademyHealth Annual Research Meeting, San Diego, CA | 04/2014 |
| Allensworth-Davies D, Badgett MVL, **Baker KE**, Bean-Mayberry B, Bowleg L, Mattocks K. The Role of Health Services Research and Policy in Addressing the Health and Health Care Needs of LGBT Individuals. AcademyHealth Annual Research Meeting, Baltimore, MD | 06/2013 |

PLAINTIFFS002971

| | |
|---|---|
| Cain VS, Miller KS, **Baker KE**, Pearlman AJ. Understanding LGBT Health: Overview, Methodological Challenges, and Policy Implications. National Conference on Health Statistics, Washington, DC | 08/2012 |
| **Baker KE**. Not Waving, But Drowning? Barriers and Challenges in Access to Sexual Health Services for MSM. Centers for Disease Control and Prevention National STD Conference, Minneapolis, MN | 03/2012 |
| **Baker KE**. LGBT Health as a Tool for Social Justice. American Public Health Association Conference, Denver, CO | 11/2010 |

## Poster Abstracts

| | |
|---|---|
| Hindorff L, Madden E, Jackson A, Akintobi T, **Baker KE**, et al. (2022). Advancing Health Equity in Genomics: Reflections and Recommendations for Future Research Directions from an NHGRI Workshop. American Society of Human Genetics, Los Angeles, CA | 10/2022 |
| **Baker KE**, Segal J. Utilization and Costs of Gender-Affirming Care in a Commercially Insured Transgender Population. AcademyHealth Annual Research Meeting (online) | 06/2021 |
| Kasaie P, Weir B, Dowdy D, **Baker KE**, Holmes L, Labossiere S, Beyrer C. Mobile Multi-Disease Screening at Scale: Modelling the Effects in Kenya, Nigeria, and India. 22nd International AIDS Conference, Amsterdam, Netherlands | 07/2018 |
| **Baker KE**, Chidambaram P, Colrick I, Padula WV. Implications of Health Insurance Coverage for Care Related to Gender Transition for Transgender Adolescents. Society for Medical Decision Making Annual Meeting, Pittsburgh, PA | 10/2017 |
| Fox RF, **Baker KE**. LGBT Inclusion in Health Care Reform. American Public Health Association Conference, Philadelphia, PA | 11/2009 |

## Interviews and Recordings

| | |
|---|---|
| "Dr. Kellan Baker and Health Equity for the LGBTQ+ Community," Inside Health Care #79, National Committee on Quality Assurance. Available at: https://www.ncqa.org/blog/inside-health-care-79-dr-kellan-baker-health-equity-for-the-lgbt-community/ | 05/2022 |
| "Patient Story: Kellan Baker," American Board of Internal Medicine Foundation Forum. Available at: https://abimfoundation.org/video/patient-story-kellan-baker | 10/2021 |
| "Core to Who I Am," *Tradeoffs* Podcast, University of Pennsylvania. Available at: https://tradeoffs.org/2020/07/14/core-to-who-i-am/ | 07/2020 |
| "A Conversation with Kellan Baker," Health Policy Research Scholars. Available at: www.youtube.com/watch?v=trLC992Q7bc | 09/2019 |
| "Meet the Scholars: Kellan Baker," Health Policy Research Scholars. Available at: https://healthpolicyresearch-scholars.org/meet-the-scholars-kellan-baker/ | 06/2019 |
| "Transgender Health Care Access and Policy," HealthLink on Air, SUNY Upstate Medical University. Available at: www.upstate.edu/hloa/2018/1127-transgender-people-face-health-care-challenges-of-both-access-and-policy.php | 11/2018 |
| "The Future of Transgender Coverage," *New England Journal of Medicine*. Available at: https://www.nejm.org/doi/full/10.1056/NEJMp1702427 | 05/2017 |
| National March for Science Speech, Washington, DC. Available at: https://www.youtube.com/watch?v=Qin3q4dp7DQ | 04/2017 |
| "A New Era of Inclusion: How to Address LGBT and HIV/AIDS Issues in Health Reform Implementation," Center for American Progress. Available at: www.c-span.org/video/?311574-1/lgbt-health-advocates-examine-afforable-care-act | 03/2013 |
| "Queery: Kellan Baker." *Washington Blade*. Available at: www.washingtonblade.com/2010/05/20/queery-kellan-baker/ | 05/2010 |

PLAINTIFFS002972

## Testimony

| | |
|---|---|
| Hearing on Trans Health Equity Act of 2022 (House Bill 746), Public Health and Minority Health Disparities Subcommittee, Health and Government Operations Committee, Maryland General Assembly | 03/2022 |
| Hearing on Trans Health Equity Act of 2022 (House Bill 746), Health and Government Operations Committee, Maryland General Assembly | 03/2022 |
| Hearing on Trans Health Equity Act of 2022 (Senate Bill 682), Senate Finance Committee, Maryland State Senate | 03/2022 |
| DC Health Benefit Exchange Authority Performance Oversight Hearing, Committee on Health and Human Services, Council of the District of Columbia | 02/2016 |

## Invited Lectures, Presentations, Keynotes, and Plenaries

### *Public Health and Health Systems Policy for Federal Policymakers*

| | |
|---|---|
| "Addressing Structural Factors Needed to Support Health Equity Research," Future Directions in Genomics and Health Equity Research Workshop, National Human Genome Research Institute (online) | 03/2022 |
| "Collecting Sex, Gender Identity, and Sexual Orientation Data: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," White House Office of Personnel Management (online) | 03/2022 |
| "Sexual and Gender Minority Health: Evidence and Recommendations," Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services (online) | 06/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," U.S. Department of Justice (online) | 06/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," Civil Rights Division, U.S. Department of Justice (online) | 06/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," National Institutes of Health Bioethics Interest Group (online) | 02/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," National Institutes of Health Committee on Sexual and Gender Minority Research (online) | 12/2020 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," Federal Committee on Statistical Methodology (online) | 12/2020 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," U.S. Department of Health and Human Services LGBT Coordinating Committee (online) | 11/2020 |
| "Access to Care for the LGBT Community," Centers for Disease Control and Prevention National STD Conference (online) | 09/2020 |
| "LGBT Populations in Cancer Clinical Trials," U.S. Food and Drug Administration (online) | 06/2020 |
| "LGBT Issues in Public Health and Genomics," National Human Genome Research Institute (online) | 06/2020 |
| Health Equity and Accountability Act Congressional Briefing, Washington, DC | 04/2018 |
| "LGBT Communities in Genomics Research and Outreach," National Institutes of Health, Bethesda, MD | 03/2018 |
| "LGBT Federal Health Policy," White House LGBT Summit, Dearborn, MI | 04/2016 |
| "Two-Spirit and Native LGBT Communities," Indian Health Service (online) | 12/2015 |
| "Enrollment Resources for LGBTQ Youth," Centers for Medicare & Medicaid Services (online) | 12/2015 |
| "Transgender Issues in Federal Policy," Health Resources and Services Administration Special Projects of National Significance Meeting, Washington, DC | 10/2015 |
| "LGBT Data Collection," White House LGBT Summit, St. Louis, MO | 10/2015 |
| "New Frontiers in Health Disparities: Medicare and Medicaid in a Post-*Heckler* World," Centers for Medicare & Medicaid Services Health Equity Conference, Baltimore, MD | 09/2015 |

PLAINTIFFS002973

| | |
|---|---|
| "LGBT Outreach and Enrollment under the Affordable Care Act," The White House, Washington, DC | 07/2014 |
| Health Equity and Accountability Act Congressional Briefing, Washington, DC | 07/2014 |
| "The ACA and LGBT Individuals: Delivering Culturally Competent Quality Care in Clinical Settings," Health Resources and Services Administration, Washington, DC | 05/2014 |
| "The Out2Enroll Initiative and LGBT Priorities in Health Reform," The White House, Washington, DC | 09/2013 |
| "What Health Reform Means for LGBT Communities," U.S. Government Accountability Office, Washington, DC | 06/2013 |
| "Policy Approaches for Addressing Transgender Health Disparities," Presidential Advisory Council on HIV/AIDS, Washington, DC | 02/2013 |
| "LGBT Health Policy," White House Summit on LGBT Health, Philadelphia, PA | 02/2012 |
| "Sexual Orientation and Gender Identity Data Collection in the Youth Risk Behavior Surveillance System," Federal LGBT Youth Summit, Washington, DC | 06/2011 |
| "If You Don't Count Us, We Don't Count: Using Data for Advocacy," Federal LGBT Youth Summit, Washington, DC | 06/2011 |

### Health Disparities Research and Policy

| | |
|---|---|
| Measuring Sex, Gender Identity, and Sexual Orientation," Sexual and Gender Minority Interest Group, National Cancer Institute Cohort Consortium (online) | 03/2022 |
| "Measuring Sex, Gender Identity, and Sexual Orientation," Sexual and Gender Minority Task Force, American Society of Clinical Oncology (online) | 03/2022 |
| "Health Policy for Transgender and Gender-Diverse Youth," Policy & Issues Forum, National Association of Community Health Centers (online) | 02/2022 |
| "End Stigma, End HIV: World AIDS Day 2021," Smithsonian Natural History Museum (online) | 12/2021 |
| "The State of Trans Men and Transmasculine Community," Brothers Obtaining and Navigating Dynamic Solidarity (online) | 11/2021 |
| "The Impact of COVID-19 on Trans Men and Transmasculine Communities," Brothers Obtaining and Navigating Dynamic Solidarity (online) | 11/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," American Medical Association LGBTQ Committee (online) | 11/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," American Medical Association LGBTQ and Allies Caucus | 11/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," University of Minnesota Ethics Grand Rounds (online) | 10/2021 |
| Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," LGBTQIA Health Conference (online) | 10/2021 |
| "The Health of Sexual and Gender Diverse Populations: Addressing Inequities at the Intersections," National Academies of Sciences, Engineering, and Medicine (online) | 07/2021 |
| "LGBTQI+ Communities in the COVID-19 Pandemic," National Academies of Sciences, Engineering, and Medicine (online) | 06/2021 |
| "Advancing the Well-Being of LGBTQI+ Populations," Hauser Policy Fund Webinar Series, National Academies of Sciences, Engineering, and Medicine (online) | 06/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," American Educational Research Association Presidential Session (online) | 04/2021 |
| "2021 Opportunities for Strengthening HIV Programs and Improving Health Equity," O'Neill Institute at Georgetown School of Law (online) | 02/2021 |
| "LGBT Health Research and Policy," LGBT Litigators Roundtable (online) | 12/2020 |
| "Cancer in LGBT Populations: Differences, Disparities, and Strategies for Change," American Association for Cancer Research Conference (online) | 10/2020 |

PLAINTIFFS002974

| | |
|---|---|
| "Transgender Patient Narratives," American Board of Internal Medicine Foundation Forum (online) | 08/2020 |
| "Influencing LGBT Health Policy," Columbia University Program for the Study of LGBT Health (online) | 07/2020 |
| "Challenges and Barriers in Closing the Evidence Gap for Underrepresented and Vulnerable Populations in Clinical Research," Conquer Cancer Council Meeting, Alexandria, VA | 12/2019 |
| "Public Health Issues Before the U.S. Supreme Court: LGBT Rights, Reproductive Rights, and Firearms," Johns Hopkins School of Public Health, Baltimore, MD | 11/2019 |
| "How Patients' Identities Impact Trust," National Patient Advocate Foundation Policy Consortium, Washington, DC | 11/2019 |
| "Federal LGBTQ Health Policy in the Trump Administration," US Professional Association for Transgender Health, Washington, DC | 09/2019 |
| "Barriers and Solutions to Access to Genomic Medicine: Realizing the Benefits of Genomic Medicine for All," National Patient Advocate Foundation Policy Consortium, Washington, DC | 05/2019 |
| "Challenges and Opportunities in Trans Health Policy," SUNY Upstate Medical College, Syracuse, NY | 11/2018 |
| "Challenges and Opportunities in Advancing Federal LGBTQ Health Policy in the Trump Administration," GLMA: Health Professionals Advancing LGBT Equality Conference, Las Vegas, NV | 10/2018 |
| "Together Ahead: Accelerating Progress to End HIV," US Conference on AIDS, Orlando, FL | 09/2018 |
| "Research Ethics and Policy Intersections," National Transgender Health Summit, Oakland, CA | 11/2017 |
| "SOGI Data Collection," National Transgender Health Summit, Oakland, CA | 11/2017 |
| "United States of Trans Health Policy," National Transgender Health Summit, Oakland, CA | 11/2017 |
| "Ethical Issues in the Care of LGBTQ Youth and Families," American Academy of Pediatrics National Conference, Chicago, IL | 10/2017 |
| "Rollback of Protections Impacting the Quality of Hospice and Palliative Care for LGBTQ Patients and Families," GLMA: Health Professionals Advancing LGBT Equality Conference, Philadelphia, PA | 10/2017 |
| "The Assault on Federal LGBT Health Policy in the Trump Administration," GLMA: Health Professionals Advancing LGBT Equality Conference, Philadelphia, PA | 10/2017 |
| "Sexual Orientation and Gender Identity Data Collection," National Alliance of State and Territorial AIDS Directors National Prevention and Care Technical Assistance Meeting, Arlington, VA | 07/2017 |
| "Health Privacy in the LGBTQIA Community, Electronic Health Records Systems and Sensitive Data," Health Privacy Summit, Washington, DC | 06/2017 |
| "LGBTQ Health Policy Update," Health Action, Washington, DC | 02/2017 |
| "Transgender Health Policy and Research Ethics," World Professional Association for Transgender Health Inaugural USPATH Scientific Conference, Los Angeles, CA | 01/2017 |
| "Deep Dive: What the Affordable Care Act Means for LGBT People," The Fenway Institute (online) | 07/2016 |
| "LGBT Outreach and Enrollment: New Developments," Cognosante National Training, Phoenix, AZ | 07/2016 |
| "LGBT Health under the Affordable Care Act," Equality Federation Leadership Conference, Portland, OR | 07/2016 |
| "Times of Change: The Latest Dynamics in LGBT Outreach, Enrollment, and Coverage," Enroll America National Conference, Washington, DC | 05/2016 |
| "Beyond HIV/AIDS: Reporting on the LGBT Community," American Health Journalists Association Conference, Cleveland, OH | 04/2016 |
| "SOGI Data Collection and LGBT Health," National Association of State and Territorial AIDS Directions Midwestern Regional Meeting, Detroit, MI | 04/2016 |
| "Cultural Competency and the ACA: Maximizing Outreach," American Federation of Teachers Professional Issues Conference, Washington, DC | 04/2016 |
| "LGBT Health Policy: Current Landscape and Latest News," The Fenway Institute (online) | 03/2016 |
| "Cutting Edge Issues in LGBT Health Research and Policy," Johns Hopkins Bloomberg School of Public Health LGBT Public Health Research Day, Baltimore, MD | 03/2016 |

PLAINTIFFS002975

| | |
|---|---|
| "Affirmatively Transgender: The Role of Law and Policy," O'Neill Institute Colloquium at Georgetown Law School, Washington, DC | 09/2015 |
| "Transgender Health Insurance Policy," Stanley Biber Memorial Lecture, GLMA: Health Professionals Advancing LGBT Equality Conference, Portland, OR | 09/2015 |
| "Transgender Health Insurance Coverage," Pride at Work Conference, Orlando, FL | 08/2015 |
| "Effective LGBT Outreach," Cognosante National Training, Baltimore, MD | 07/2015 |
| "Culturally Competent Outreach and Enrollment Assistance," Enroll America State of Enrollment Conference, Washington, DC | 06/2015 |
| "What LGBT Communities Need to Know about the Affordable Care Act," Equal Care for Equal Lives LGBT Health Summit, Little Rock, AR | 06/2015 |
| "LGBT Outreach and Enrollment," Southern Health Partners Meeting, Atlanta, GA | 06/2015 |
| "Healthcare Hallelujah: Trans Health and the ACA," Black Trans Advocacy Conference, Dallas, TX | 05/2015 |
| "Transgender Health Issues," Rutgers University Law School, Newark, NJ | 04/2015 |
| "Data Collection to Advance Transgender Health," National Transgender Health Summit, Oakland, CA | 04/2015 |
| "Winning Access to Trans Health Coverage and Care," National Transgender Health Summit, Oakland, CA | 04/2015 |
| "The ACA and LGBT Communities," EverThrive Illinois | 03/2015 |
| "Using Data to Advance Public Policy," Creating Change Conference, Denver, CO | 02/2015 |
| "Top Issues in LGBT Health Policy," Harvard School of Public Health LGBTQ Conference, Boston, MA | 02/2015 |
| "LGBT Health Disparities," Thomson Reuters, New York, NY | 01/2015 |
| "Update on LGBTQ People of Color: Focus on Transgender Health," Health Action, Washington, DC | 01/2015 |
| "LGBT Enrollment Challenges," Get Covered Illinois LGBT Marketing Campaign Launch, Chicago, IL | 01/2015 |
| "LGBT Health: Challenges and Opportunities," Diversity, Inc. Healthcare Event, New York, NY | 10/2014 |
| "LGBT People in Health System Transformation," Consumer Voices for Coverage, Philadelphia, PA | 09/2014 |
| "LGBTI Health Policy," LGBTI Health Research Conference, Cleveland, OH | 08/2014 |
| "LGBT Health Disparities and ACA Enrollment," Cognosante National Meeting, Baltimore, MD | 07/2014 |
| "Do Ask, Do Tell: LGBT Data Collection in Electronic Health Records," The Center for LGBTQ Studies at the City University of New York Graduate Center, New York, NY | 06/2014 |
| "Understanding LGBT Health," University of Pennsylvania, Philadelphia, PA | 04/2014 |
| "Introduction to Transgender Healthcare," Medical College of Wisconsin, Milwaukee, WI | 04/2014 |
| "The Affordable Care Act: Implications for Trans Consumers," FORGE, Inc., Milwaukee, WI | 04/2014 |
| "Access to Health Care," Civil Liberties and Public Policy Conference, Amherst, MA | 04/2014 |
| "Reaching and Assisting LGBT Communities," Rutgers School of Nursing, Newark, NJ | 03/2014 |
| "Connecting with Coverage: LGBT Communities and the ACA," Pennsylvania Health Access Network | 03/2014 |
| "The Affordable Care Act and the LGBT Community," Oklahoma Equality, Tulsa, OK | 03/2014 |
| "The Affordable Care Act and the LGBT Community," The Dallas Resource Center, Dallas, TX | 03/2014 |
| "Connecting with Coverage: LGBT Communities and the ACA," Black AIDS Institute (online) | 03/2014 |
| "LGBT Federal Health Policy," National Summit on Cancer in the LGBT Communities, Memorial Sloane Kettering Cancer Center, New York, NY | 01/2014 |
| "LGBT Health Policy and Advocacy," Creating Change Conference, Houston, TX | 01/2014 |
| "Enrollment 2.0: Effective Strategies for Specific Populations," Health Action, Washington, DC | 01/2014 |
| "Implementing the Affordable Care Act," International Gay & Lesbian Leadership Conference, Denver, CO | 12/2013 |
| "Out2Enroll: The Affordable Care Act and the LGBT Community," The Johns Hopkins Center for Health Disparities Solutions (online) | 11/2013 |
| "The LGBT Community and the Affordable Care Act," Marquette University, Milwaukee, WI | 11/2013 |

PLAINTIFFS002976

| | |
|---|---|
| "Connecting with Coverage: LGBT Communities and the ACA," AIDS Resource Center of Wisconsin, Milwaukee, WI | 11/2013 |
| "Connecting LGBT Communities to Benefits under the ACA," Children's Hospital Los Angeles (online) | 10/2013 |
| "Nondiscrimination under the Affordable Care Act," Consumer Voices for Coverage, Philadelphia, PA | 10/2013 |
| "Outreach, Engagement and Enrollment into ACA Coverage," U.S. Conference on AIDS, New Orleans, LA | 09/2013 |
| "LGBT Community Benefits from the ACA," Q Health Initiative Conference, Salt Lake City, UT | 09/2013 |
| "Leading on Meaningful Use: Next Steps in SO/GI Data Policy," Gay & Lesbian Medical Association Conference, Denver, CO | 09/2013 |
| "Enrollment for LGBT Communities," Gay & Lesbian Medical Association Conference, Denver, CO | 09/2013 |
| "The Promise of Reform: How Obamacare Affects LGBT Communities," Federal AIDS Policy Partnership, Washington, DC | 08/2013 |
| "Optimizing LGBT Health under the ACA," National LGBT Health Education Center (online) | 08/2013 |
| "Building a Healthy and Inclusive Society," Young Elected Officials National Convening, Washington, DC | 07/2013 |
| "Transgender Health Issues in Health Care Reform," National Transgender Health Summit, Oakland, CA | 04/2013 |
| "Transgender Diagnoses in ICD-11," Global Action for Transgender Equality Strategy Meeting, Buenos Aires, Argentina | 04/2013 |
| "Organizing LGBT Communities around the ACA," Fair Wisconsin Leadership Conference, Milwaukee, WI | 02/2013 |
| "The Affordable Care Act and LGBT Consumers," Michigan Consumers for Healthcare and Equality Michigan, Kalamazoo, MI | 02/2013 |
| "LGBT Legal and Policy Issues in the Affordable Care Act," Eastern Michigan University, Ypsilanti, MI | 02/2013 |
| "LGBT Legal and Policy Issues in the Affordable Care Act," University of Michigan, Ann Arbor, MI | 02/2013 |
| "LGBT Community Health Center Advocacy and Policy," Gay & Lesbian Medical Association Conference, San Francisco, CA | 09/2012 |
| "LGBT Health in Health Care Reform," Gay & Lesbian Medical Association Conference, San Francisco, CA | 09/2012 |
| "Closing the LGBT Health Disparities Gap through Electronic Health Records," Gay & Lesbian Medical Association Conference, San Francisco, CA | 09/2012 |
| "The LGBT State Exchanges Project: Building Community and Advocacy Tools for LGBT Health," Equality Federation Summer Institute, Portland, ME | 08/2012 |
| "Transgender Health," Johns Hopkins School of Nursing, Baltimore, MD | 04/2012 |
| "LGBT Health Disparities," National Health Law Program Health Advocates Conference, Washington, DC | 12/2011 |
| "The Picture of Health: How Statistics Will Change LGBT Health Care," International Gay & Lesbian Leadership Conference, Houston, TX | 12/2011 |
| "International Transgender Health," World Professional Association for Transgender Health Conference, Atlanta, GA | 11/2011 |
| "No Data, Big Problem: LGBT Health Equity at Kaiser Permanente," Kaiser Permanente Diversity Conference, San Francisco, CA | 10/2011 |
| "2011 Federal LGBT Health Initiatives," Gay & Lesbian Medical Association Conference, Atlanta, GA | 09/2011 |
| "Transgender Health Policy Advocacy," National Transgender Health Summit, San Francisco, CA | 04/2011 |
| "Advancing LGBT Health through Health Care Reform Implementation," Gay & Lesbian Medical Association Conference, San Diego, CA | 10/2010 |
| "Health as a Social Justice Issue," Creating Change Conference, Dallas, TX | 02/2010 |
| "LGBT Federal Youth Policy," Creating Change Conference, Dallas, TX | 02/2010 |
| "Transgender Issues in Russia," Transgender Europe Conference, Berlin, Germany | 05/2008 |

*Philanthropy*

| | |
|---|---|
| "Protections and Barriers in Access to Care," AIDS Philanthropy Summit, Washington, DC | 12/2016 |

PLAINTIFFS002977

| | |
|---|---|
| "LGBT Health Policy Opportunities," OutGiving Funders Meeting, Dallas, TX | 05/2015 |
| "Expanding Coverage and Access," LGBT Health Funding Summit, New York, NY | 01/2015 |
| "International Transgender Health Priorities," Advancing Transgender Movements Worldwide Funders Conference, Berlin, Germany | 12/2013 |
| "LGBT Health Reform Priorities," Health Care for All New York and the New York State Health Foundation, New York, NY | 06/2013 |
| "The Promise of Reform: How Obamacare Affects LGBTQ Communities," LGBTQ Grantmakers Retreat, Albuquerque, NM | 03/2013 |
| "Transforming Health: International Rights Based Advocacy for Trans Health," Open Society Foundations, New York, NY | 02/2013 |
| "LGBT Health Issues in U.S. Health Reform," Rockefeller Foundation, Bellagio, Italy | 05/2012 |

***Education and Career Development***

| | |
|---|---|
| "Health Science Policy," Health Science Communications and Policy Workshop, Office of Intramural Training and Education, National Institutes of Health (online) | 03/2022 |
| "Living Intersectionality in Academia: Emerging Scholars," Davis Center for Russian and Eurasian Studies, Harvard University (online) | 01/2022 |
| Postbac Career Exploration Series: Careers in Public Health, Office of Intramural Training and Education, National Institutes of Health (online) | 10/2021 |
| "LGBTQI+ Health Disparities: Research, Interventions, and Policy," Amgen Scholars Health Disparities Seminar, National Institutes of Health (online) | 06/2021 |
| Professional Advisory Panel on Sexual and Gender Minority Health in Medical Education, Harvard Medical School (online) | 05/2021 |
| "Innovations in Cancer Disparities Research," San Diego State University (online) | 04/2021 |
| Russian Tea, Swarthmore College (online) | 04/2021 |
| Summer Social Justice Institute, Swarthmore and Haverford Colleges, Swarthmore, PA | 08/2018 |
| "Science Outside the Lab: Science and Technology Policy Careers," Arizona State University Honors College, Washington, DC | 06/2018 |
| "Gay for Pay: Swarthmore Alumni in Queer Careers," Swarthmore College, Swarthmore, PA | 03/2017 |
| "Science Outside the Lab: Science and Technology Policy Careers," Arizona State University Honors College, Washington, DC | 05/2016 |

## VOLUNTEER ACTIVITIES

| | |
|---|---|
| **Co-Founder** | 2008-present |

FtM Phoenix (Moscow, Russia)
*FtM Phoenix (https://www.transsovetnik.com) advocates for the health and human rights of transgender people in Russia and Eurasia. In 2013-2014, we hosted the 1st and 2nd Eurasian Trans Health Conferences in Moscow, which brought together health care providers, advocates, and government officials from 8 countries in the former Soviet Union.*

| | |
|---|---|
| **HIV/AIDS Peer Support Program Developer** | 2008-2009 |

Whitman-Walker Health (Washington, DC)

| | |
|---|---|
| **Community Clinics Campaign Coordinator** | 2006 |

FTM Alliance of Los Angeles (Los Angeles, CA)

| | |
|---|---|
| **Recreational Therapist** | 2005 |

Baskakov Center for Children with Special Needs (Moscow, Russia)

| | |
|---|---|
| **English–Russian Translator and Program Assistant** | 2004-2005 |

Special Olympics Russia (Moscow, Russia)

| | |
|---|---|
| **Certified Coach and Unified Team Player (basketball, bocce, long-distance running)** | 1997-2004 |

Special Olympics USA (Thousand Oaks, CA and Philadelphia, PA)

PLAINTIFFS002978

## SKILLS AND PROFICIENCIES

**Software/Programs:** R, SQL, Stata, DbVisualizer, Mplus, TreeAge, heRo3, DistillerSR, AHRQ Systematic Data Review Repository, Covidence, ArcGIS, WordPress, Quickbooks, Microsoft Office
**Languages:** Russian (fluent), German (working proficiency), French (working proficiency), Spanish (basic proficiency)

PLAINTIFFS002979