## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

AUGUST DEKKER, et al.,

*Plaintiffs*,

v.

JASON WEIDA, et al.,

*Defendants*.

Case No. 4:22-cv-00325-RH-MAF

### <u>EXPERT REPORT OF JOHANNA OLSON-KENNEDY, M.D., M.S.</u>

I, Johanna Olson-Kennedy, M.D., M.S., hereby declare and state as follows:

1.     I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.     I am over the age of 18. I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

### BAKCGROUND AND QUALIFICATIONS

3.     I have been retained by counsel for Plaintiffs in the above-captioned lawsuit to provide an expert opinion on gender identity; the treatment and diagnosis of gender dysphoria; the *Florida Medicaid Generally Accepted*

1

Pl. Trial Ex. 008

PLAINTIFFS002706

*Professional Medical Standards (GAPMS) Determination on the Treatment of Gender Dysphoria* published by Florida's Agency for Health Care Administration (AHCA) in June 2022, along with its attachments; and Fla. Admin. Code. R. 59G-1.050(7) which prohibits Medicaid coverage of puberty blockers, hormone and hormone antagonists, "sex reassignment" surgeries, and any other procedures that alter primary or secondary sexual characteristics.

### A. Qualifications and Experience

4.     I am a Double Board Certified Physician in Pediatrics and Adolescent Medicine.  I specialize in the care of transgender youth and gender diverse children.  I am a recognized expert in this field.

5.     The information provided regarding my professional background, experiences, publications, and presentations is further detailed in my curriculum vitae ("CV"). A true and correct copy of my most up-to-date CV is attached as **Exhibit A**.

6.     I received my Doctor of Medicine (M.D.) degree from the Chicago Medical School in 1997.  In 2000, I completed my residency in pediatrics at the Children's Hospital of Orange County, California, and from 2000 to 2003, I was a Fellow in adolescent medicine at the Children's Hospital of Los Angeles.

2

PLAINTIFFS002707

7.     I have been a licensed physician in California since 2000.  I am currently the Medical Director of the Center for Transyouth Health and Development, in the Division of Adolescent Medicine at the Children's Hospital in Los Angeles, California.  The Center is the largest clinic in the United States for transgender youth and provides gender diverse youth with both medical and mental health services, including consultation for families with gender diverse children and routine use of medications to suppress puberty in peri-pubertal youth (i.e., youth at the onset of puberty), gender-affirming hormone use for masculinization and feminization, as well as surgical referrals. Under my direction, the Center conducts rigorous research aimed at understanding the experience of gender diversity and gender dysphoria from childhood through early adulthood.

8.     Over the course of my work with this population during the past 16 years, I have provided services for approximately 1000 young people and their families, and currently have an active panel of around 650 patients of varying ages, up to 25 years old.

9.     I have been awarded research grants to examine the impact of early interventions including puberty-delaying medication (commonly known as puberty blockers) and gender-affirming hormones on the physiological and

3

PLAINTIFFS002708

psychosocial development of gender diverse and transgender youth. I have lectured extensively, across the United States and internationally on the treatment and care of gender diverse children and transgender adolescents, the subjects including pubertal suppression, gender-affirming hormone therapy, transitioning teens and the adolescent experience, age considerations in administering hormones, and the needs, risks, and outcomes of hormonal treatments. I have published numerous articles and chapters, both peer reviewed, and non-peer reviewed, on transgender health-related issues.

10.     I am currently the principal investigator on a multisite National Institutes of Health grant to continue, for an additional 5 years, an ongoing study examining the impact of gender-affirming medical care for transgender youth on physiologic and psychological health and well-being. The first five years have already been completed. This is the first study of its kind in the U.S. to determine longitudinal outcomes among this population of vulnerable youth. The study to date has yielded approximately 26 manuscripts.

11.     I am an Associate Professor at the Keck School of Medicine at the University of Southern California and attending physician at Children's Hospital of Los Angeles. I have been a member of the World Professional Association for Transgender Health (WPATH) since 2010, and a Board Member of the U.S.

4

PLAINTIFFS002709

Professional Association for Transgender Health (USPATH) since 2017. I was recently appointed to the Executive Board of the USPATH. I am also a member of the Society for Adolescent Health and Medicine and the American Academy of Pediatrics. In addition, I am a member of the LGBT Special Interest Group of the Society for Adolescent Health and Development.

12. I am the 2014 Recognition Awardee for the Southern California Regional Chapter of the Society for Adolescent Health and Medicine.

13. In 2019, I was invited by the University of Bristol as a Benjamin Meaker visiting professor, the purpose of which is to bring distinguished researchers from overseas to Bristol in order to enhance the research activity of the university.

**B. Previous Testimony**

14. In the last four years, I have testified as an expert at trial or by deposition in the following cases: *Fain v. Crouch*, No. 3:20-cv-00740 (S.D. W.Va.); *Kadel v. Folwell*, Case No. 1:19-cv-00272-LCB-LPA (M.D.N.C.); *Miller v. Purdue* (Colorado); *In the interest of JA.D.Y. and JU.D.Y., Children*, Case No. DF-15-09887 (255th Jud. District Ct., Dallas Cty., Tex.); and *Paul E. v. Courtney F.*, No. FC2010-051045 (Superior Ct., Maricopa Cty., Ariz.).

PLAINTIFFS002710

## C. <u>Compensation</u>

15.    I am being compensated for my work on this matter at a rate of $200.00 per hour for preparation of declarations and expert reports, as well as any pre-deposition and/or pre-trial preparation and any deposition testimony or trial testimony.   My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

## D. <u>Bases for Opinions</u>

16.    In preparing this report, I have relied on my training and years of research and clinical experience, as set out in my curriculum vitae, and on the materials listed therein.   *See* **Exhibit A**.   It documents my education, training, research, and years of experience in this field and includes a list of publications.

17.    I have also reviewed the materials listed in the attached bibliography. *See* **Exhibit B**.   The sources cited therein are authoritative, scientific peer-reviewed publications.   I generally rely on these materials when I provide expert testimony, and they include the documents specifically cited as supportive examples in particular sections of this declaration.

18.    In addition, I have reviewed the Florida Medicaid Generally Accepted Professional Medical Standards (GAPMS) Determination on the Treatment of Gender Dysphoria published by Florida's Agency for Health Care

6

PLAINTIFFS002711

Administration (AHCA) in June 2022, along with its attachments, including the "assessments" of Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch (Attachment C), Dr. James Cantor (Attachment D), Dr. Quentin Van Meter (Attachment E), Dr. Patrick Lappert (Attachment F), and Dr. G. Kevin Donovan (Attachment G) (hereinafter, "GAPMS Memo"); and Fla. Admin. Code. R. 59G-1.050(7) which prohibits Medicaid coverage of puberty blockers, hormone and hormone antagonists, "sex reassignment" surgeries, and any other procedures that alter primary or secondary sexual characteristics.  I may rely on these documents, as well as those cited in my curriculum vitae and the attached bibliography, as additional support for my opinions.

19.    The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject.  I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

7

PLAINTIFFS002712

## **EXPERT OPINIONS**

### A. **Gender Identity**

1.      The term gender identity was originally coined in 1964 by American psychiatrist Robert J. Stoller, a noted psychoanalyst who studied sexual orientation, gender identity, and differences in sexual development.[1] Gender identity is a distinct characteristic and is defined as one's internal sense of being male or female (or rarely, both or neither). It has a strong biological basis.  Every person has a gender identity.

2.      The concept of gender identity is contemporaneously understood both colloquially and within the domain of science and medicine to denote someone's gender. It is a concept well-understood and accepted in medicine and science.  Indeed, gender identity information is commonly collected and reported on within the context of scientific research.[2]

3.      The term cisgender refers to a person whose gender identity matches their sex assigned at birth. The term transgender refers to a person whose gender identity does not match their sex assigned at birth.

---

[1] Stoller, R.J. (1964). A Contribution to the Study of Gender Identity, *The International journal of psycho-analysis*, 45, 220–226.

[2] Clayton JA, Tannenbaum C. (2016). Reporting Sex, Gender, or Both in Clinical Research? *JAMA*. 316(18): 1863–1864.

EXPERT REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.
Case No. 4:22-cv-00325-RH-MAF

PLAINTIFFS002713

4.      Historically, "gender" was equated with a person's sex assigned at birth, which refers to the sex assigned to a person when they are born, generally based on external genitalia. However, a more contemporary understanding of gender shows that one's gender identity may differ from one's sex assigned at birth.

5.      While both gender identity and sex are often assumed and treated as binary and oppositional, they are more accurately experienced as along a spectrum. For example, there are multiple sex characteristics, such as genitalia, chromosomal makeup, hormones, and variations in brain structure and function. For some of these characteristics there is significant variance as reflected by the dozens of intersex mechanisms and varying gender identities. Additionally, not all sex characteristics, including gender identity, are always in alignment. Accordingly, the Endocrine Society Guidelines state that, "As these may not be in line with each other (e.g., a person with XY chromosomes may have female-appearing genitalia), the terms biological sex and biological male or female are imprecise and should be avoided."[3]

---

[3] Hembree, W.C., Cohen-Kettenis, P.T., Gooren, L., et al. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline, *The Journal of Clinical Endocrinology & Metabolism*, 102(11): 3869–3903.

PLAINTIFFS002714

6.      As early as 1966 it has been understood that gender identity cannot be changed.[4] Efforts to do so have been shown to be unsuccessful and harmful.

**B. Gender Dysphoria and its Treatment**

7.      Gender Dysphoria (GD) is a serious medical condition characterized by distress due to a mismatch between assigned birth sex and a person's internal sense of their gender.   GD was formerly categorized as Gender Identity Disorder (GID) but the condition was renamed in May 2013, with the release of the American Psychiatric Association (APA)'s fifth edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-5).[5]  In announcing this change, the APA explained that in addition to the name change, the criteria for the diagnosis were revised "to better characterize the experiences of affected children, adolescents, and adults."[6]   The APA further stressed that "gender nonconformity is not in itself a mental disorder.  The critical element of gender dysphoria is the presence of clinically significant distress associated with the condition."[7]

---

[4] Benjamin, H. (1966). The Transsexual Phenomenon. New York: The Julian Press, Inc. Publishers.

[5] A text revision to the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition was published in 2022 ("DSM-5-TR").

[6] DSM-5.

[7] *Id.*

10

PLAINTIFFS002715

8.      On May 25, 2019, the World Health Assembly approved International Classification of Diseases (ICD) version 11 that had been published by the World Health Organization in 2018.[8] In this newest version of the ICD, all trans-related diagnostic codes were removed from the chapter "Mental and Behavioral Disorders," and the code "Gender incongruence" was included in a new chapter "Conditions related to sexual health." These codes replaced the outdated "Gender Identity Disorder of childhood" (F64.2), "Gender Identity Disorder not otherwise specified" (F64.9), "transsexualism" (F64.0), and "Dual-role transvestism" (F64.1), which perpetuated the idea that patients seeking and undergoing medical interventions for a medical condition are mentally ill.[9]

9.      For a person to be diagnosed with GD, there must be a marked difference between the individual's expressed/experienced gender and the gender others would assign to the individual, present for at least six months.  In children, the desire to be of the other gender must be present and verbalized.[10]  The

---

[8] World Health Organization. (2018). Gender Incongruence. In International Classification of Diseases, 11th Revision.

[9] Suess Schwend A. (2020). Trans health care from a depathologization and human rights perspective. *Public health reviews*, *41*, 3.

[10] Notably, the DSM-IV included a separate diagnosis for GID in children, which required the child to display a number of behaviors stereotypical of the non-natal gender. That diagnosis, and its list of behavioral requirements, have been deleted from the DSM-5 and replaced by updated and more precise diagnostic criteria.

PLAINTIFFS002716

condition must cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

10. The World Professional Association of Transgender Health (WPATH) has clear recommendations for the health of transsexual, transgender, and gender non-conforming people in what is now the Standards of Care version 8 (SOC 8).[11] The SOC are based on the best available science and expert professional consensus. Importantly, SOC 8 is based on the best available science and expert professional consensus in transgender health; its recommendation statements were developed based on data derived from independent systematic literature reviews, background reviews, and expert opinions; and its grading of recommendations was based on the available evidence supporting interventions, a discussion of risks and harms, as well as the feasibility and acceptability of these. SOC 8 continues to recommend the provision of medical interventions, such as puberty blockers, hormone therapy, and surgery, as treatment for gender dysphoria, based on an individual patient's needs.

11. The WPATH SOC have been endorsed and cited as authoritative by most major medical associations in the United States, including the American

---

[11] Coleman, et al. (2022) (SOC 8).

12

PLAINTIFFS002717

Medical Association, the American Psychiatric Association, the American Psychological Association, the Endocrine Society, the Pediatric Endocrine Society, the American College of Physicians, and the American Academy of Family Physicians, among others.

12.    The UCSF Center for Excellence in Transgender Care as well as the Endocrine Society have both published comprehensive guidelines for the care of transgender and non-binary individuals that are largely consistent with the WPATH SOC.[12]

13.    The GAPMS Memo and some its attached "assessments" discuss a number of approaches to care, though they fail to properly describe them and to discuss their limitations.

14.    One of the approaches discussed by Dr. Van Meter is **"reparative" or "corrective"** therapy.  *See* Attachment E to GAPMS Memo, at 6 ("Van Meter").   "Conversion" or "reparative" therapy refers to the practice of attempting to change an individual's sexual orientation and attractions from members of the same sex to those of the opposite sex.  A similar model of therapy

---

[12] Deutsch, M.B. (ed.). (2016). Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People (2d ed.). San Francisco, CA: UCSF Center of Excellence for Transgender Health, https://transcare.ucsf.edu/guidelines (UCSF Guidelines); Hembree, et al. (2017) (Endocrine Society Guidelines).

EXPERT REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.
Case No. 4:22-cv-00325-RH-MAF

PLAINTIFFS002718

for individuals with a transgender identity or experience has historically been an approach promoted by some individuals, notwithstanding its ineffectiveness and harmful effects. Accordingly, 20 states and the District of Columbia have banned reparative therapy for youth, and major medical organizations have issued statements deeming the practice to be unethical.[13]

15.    A Williams Institute report published in 2019 estimates that just under 700,000 LGBT individuals in the United States have undergone "conversion therapy" at some point in their lifetime, about half of those during adolescence.[14] Because some psychiatrists and sexologists working in the 1960's and 70's perpetuated the idea that being transgender was likely the result of a pathological early childhood experience, many professionals and lay community members continue to believe that gender is malleable. Tactics have ranged from simple redirection, thought pattern alteration or hypnosis to aversion techniques including induction of vomiting, nausea, paralysis or electric shock, have been employed in order to change the expression, behavior, and assertion of one's

---

[13]    Movement    Advancement    Proj.,    *Conversion    "Therapy"    Laws*, https://www.lgbtmap.org/equality-maps/conversion_therapy (last updated Jan. 30, 2023).

[14] Mallory, C., Brown, T. N.T., Conron, K.J. (2019). Conversion Therapy and LGBT Youth: Update. Los Angeles, CA: The Williams Institute, UCLA School of Law.

PLAINTIFFS002719

authentic gender.[15] However, multiple studies show that gender identity has a strong biological basis and cannot be changed.  As such, reparative therapy is both ineffective and harmful for transgender and gender diverse youth.

16.   **"Redirection"** – Under this approach, advocated by people like Dr. Van Meter, a mental health therapist would encourage caregivers to use positive reinforcement to try to "redirect" children toward behavior that is more typical of their birth-designated sex or less gender specific. Underlying this approach is the assumption that a child's gender identity is malleable through social interventions. The goal of redirection is thus to eliminate gender-diverse desires and expressions over time, and to try to prevent the transgender child from being transgender. This approach is not recommended because negative reinforcement (e.g., shaming the child for gender diverse expression) has substantial negative mental and social health consequences.[16] It also ignores that gender identity is innate and cannot be changed.

17.   **Wait-and-see** – The wait-and-see approach (also called watchful waiting) involves waiting to see if the child's gender identity will change as the

_____

[15] *Id.*

[16] Turban, J.L., & Ehrensaft, D. (2018). Research Review: Gender identity in youth: treatment paradigms and controversies. *Journal of child psychology and psychiatry, and allied disciplines*, *59*(12), 1228–1243; Ehrensaft, D. (2017). Gender nonconforming youth: current perspectives. *Adolescent health, medicine and therapeutics*, *8*, 57–67.

PLAINTIFFS002720

child gets older. This approach typically recommends that caregivers prohibit a prepubertal social transition but may allow cross-gender play and clothing within the home or support both masculine and feminine activities as the child explores their interests in other social settings. The wait-and-see approach assumes that gender is binary and becomes fixed at a certain age; it pathologizes gender diversity and fluidity. It is distinguished from following the child's lead, an affirming approach that allows the child to present in the gender role that feels correct and moves at a pace that is largely directed by the child. This approach ignores evidence that young children thrive when given permission to live in the gender that is most authentic to them and are at risk for symptomatic behaviors if prevented from doing so.[17]

18. **Affirmation** – The affirmative approach considers no gender identity outcome: transgender, cisgender, or otherwise, to be preferable.[18] It permits a child to explore gender development and self-definition within a safe setting. A fundamental concept of this approach is that gender diversity is not a mental illness. The gender-affirmative model is defined as a method of therapeutic care that includes allowing children to speak for themselves about

---

[17] Ehrensaft (2017).

[18] Turban and Ehrensaft (2018).

16

PLAINTIFFS002721

their self-experienced gender identity and expressions and providing support for them to evolve into their authentic gender selves, no matter at what age. Under this model, a child's self-report is embedded within a collaborative model with the child as subject and the collaborative team including the child, parents, and professionals. Support is not characterized by "encouraging" children or youth to be transgender or not, but rather by allowing children who express a desire to undergo a social transition (which may include changing names, pronouns, clothing, hairstyles, etc.) to do so. **For children who have not yet reached puberty, medical intervention is unnecessary and unwarranted.** After the onset of puberty, medical interventions such as puberty blockers, and later hormones and surgery, may be appropriate.

19.     While some argue that gender affirmation leads a child or adolescent down a path of inevitable transgender identity, no such evidence exists, either in the scientific or the clinical setting.  To the contrary, studies show that gender identification does not meaningfully differ before and after social transition.[19]

---

[19] Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, 30(5), 669-681.

17

PLAINTIFFS002722

20.     Under both the "wait and see" and affirmative care models, as understood in the scientific literature, medical care is recommended following the onset of puberty.[20]

21.     The most effective treatment for adolescents and adults with GD, in terms of both their mental and medical health, contemplates an individualized approach. Medical and surgical treatment interventions are determined by the care team (usually a medical and mental health professional) in collaboration with the patient, and the patient's family, if the patient is a minor. These medical decisions are made by the care team in conjunction with the patient and, if the patient is a minor, the patient's family, and consider the patient's social situation, level of gender dysphoria, developmental stage, existing medical conditions, and other relevant factors. Sometimes treatment begins with puberty delaying medications (also referred to as puberty blockers), later followed by gender-affirming hormones.  Most youth, and certainly all adults, accessing treatment are already well into or have completed puberty.

_____

[20] Ehrensaft (2017).

18

PLAINTIFFS002723

### 1) *Puberty Blockers*

22.     The beginning signs of puberty in transgender youth (the development of breast buds in assigned birth females and increased testicular volume in assigned birth males) is often a painful and sometimes traumatic experience that brings increased body dysphoria and the potential development of a host of comorbidities including depression, anxiety, substance abuse, self-harming behaviors, social isolation, high-risk sexual behaviors, and increased suicidality.

23.     Puberty suppression, which involves the administration of gonadotrophin-releasing hormone analogues (GnRHa), essentially pauses puberty, thereby allowing the young person the opportunity to explore gender without having to experience the anxiety and distress associated with developing the undesired secondary sexual characteristics. In addition, for parents/guardians who are uneducated about gender diversity and/or who have only recently become aware of their child's transgender identity, puberty blockers provide additional time and opportunity to integrate this new information into their own experience and to develop skills to support their child. Puberty suppression also has the benefit of potentially rendering obsolete some gender-affirming surgeries down the line, such as male chest reconstruction, tracheal shave, facial

EXPERT REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.
Case No. 4:22-cv-00325-RH-MAF

PLAINTIFFS002724

feminization, and vocal cord alteration, which otherwise would be required to correct the initial "incorrect" puberty.

24.　　Puberty suppression has been used safely for decades in children with other medical conditions, including precocious puberty, and is a reversible intervention.[21] If the medication is discontinued, the young person continues their endogenous puberty. The "Dutch protocol," developed from a study conducted in the Netherlands and published in 2006, calls for the commencement of puberty blockers for appropriately diagnosed and assessed gender dysphoric youth as early as 12 years of age.[22] Both the Endocrine Society and the WPATH's SOC, however, recommend initiation of puberty suppression at the earliest stages of puberty (usually, Tanner 2) (assuming someone has engaged in services before or around this time), regardless of chronological age, in order to avoid the stress and trauma associated with developing secondary sex characteristics of the natal sex.

---

[21] Mul, D. & Hughes, I. (2008). The use of GnRH agonists in precocious puberty. *European journal of endocrinology / European Federation of Endocrine Societies*. 159 Suppl 1. S3-8.

[22] de Vries, A.L.C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*, *134*(4), 696-704; Biggs M. (2022). The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence. *Journal of sex & marital therapy*, 1–21.

PLAINTIFFS002725

25.     A growing body of evidence, including peer-reviewed cross-sectional and longitudinal studies, demonstrates the positive impact of pubertal suppression in youth with GD on psychological functioning including a decrease in behavioral and emotional problems, a decrease in depressive symptoms, and improvement in general functioning.[23]

26.     The initial follow-up studies evaluating the use of puberty suppression in relation to psychological well-being in adolescents with GD came from the Netherlands and demonstrated that behavioral and emotional problems and depressive symptoms decreased and general functioning significantly improved during treatment.[24]

---

[23] See for example: de Vries, A.L., Steensma, T.D., Doreleijers, T.A., & Cohen-Kettenis, P.T. (2011). Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study. *The Journal of Sexual Medicine*, 8(8), 2276-2283; Turban, J.L., King, D., Carswell, J.M., & Keuroghlian, A.S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, 145(2):e20191725; van der Miesen, A.I., Steensma, T.D., de Vries, A.L., *et al.* (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. *Journal of Adolescent Health*, 66(6), 699-704; Achille, C., Taggart, T., Eaton, N.R., *et al*. (2020). Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths: Preliminary Results. *International Journal of Pediatric Endocrinology*, 2020(8), 1-5; and Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The journal of sexual medicine*, *12*(11), 2206–2214..

[24] de Vries, et al. (2011); de Vries, et al. (2014).

21

PLAINTIFFS002726

27.     A study from the United Kingdom demonstrated that psychological support and puberty suppression were associated with improved global psychosocial functioning in adolescents with gender dysphoria with a combination of psychological support and puberty suppression, attributing to a greater improvement than psychological support only.[25]

28.     A more recent cross-sectional study from the Dutch team demonstrated that transgender youth undergoing pubertal suppression had better psychological functioning than those youth who had not yet begun puberty blockade.[26]

29.     Achille et al. demonstrated a positive effect of puberty blockade on mental health in a small, prospective investigation. The study characterized a treatment cohort over progressive interventions moving from puberty blockade to GAH treatment.[27]

30.     Overall, this growing body of evidence is consistent with and supports clinical experience demonstrating a significant positive effect of puberty blockade in youth with gender dysphoria.

---

[25] Costa, et al. (2015).

[26] Van der Miesen, et al. (2020).

[27] Achille, et al. (2020).

22

PLAINTIFFS002727

31.     Puberty blockers, thus, afford youth the opportunity to undergo a single, congruent pubertal process and avoid many of the surgical interventions previously necessary for assimilation into an authentic gender role. It is a simple reversible intervention that has the capacity to improve health outcomes and save lives. Over the course of my work in the past sixteen years with gender diverse and transgender youth, I have prescribed hormone suppression for over 350 patients. All of those patients have benefitted from putting their endogenous puberty process on pause, even the small handful who discontinued GnRH analogues and went through their endogenous puberty. Many of these young people were able to matriculate back into school environments, begin appropriate peer relationships, and participate meaningfully in therapy and family functions. Children who had contemplated or attempted suicide or self-harm (including cutting and burning) associated with monthly menstruation or the anxiety about their voice dropping were offered respite from those dark places of despair. GnRH analogues for puberty suppression are, in my opinion, a sentinel event in the history of transgender medicine, and have changed the landscape almost as much as the development of synthetic hormones.

23

PLAINTIFFS002728

## 2) *Gender-Affirming Hormones*

32.     Cross-gender or gender-affirming hormone therapy involves administering steroids of the experienced sex (i.e., their gender identity) (estrogen for transfeminine individuals and testosterone for transmasculine individuals). The purpose of this treatment is to attain the appropriate masculinization or feminization of the transgender person to achieve a gender phenotype that matches as closely as possible to their gender identity. Gender-affirming hormone therapy is a partially reversible treatment in that some of the effects produced by the hormones are reversible (e.g., changes in body fat composition, decrease in facial and body hair) while others are irreversible (e.g., deepening of the voice, breast tissue development). Eligibility and medical necessity should be determined case-by-case, based on an assessment of the youth's unique cognitive and emotional maturation and ability to provide a knowing and informed consent. The decision would be made only after a careful review with the youth and parents/guardians of the potential risks and benefits of hormone therapy. The youth's primary care provider, therapist, or another experienced mental health professional can help document and confirm the patient's history of GD, the medical necessity of the intervention, and the youth's readiness to transition medically.

24

PLAINTIFFS002729

33.    As with the use of puberty blockers, the data demonstrating the positive effects of gender affirming hormones (GAH) is well established and growing.

34.    The Dutch team at The Center of Expertise on Gender Dysphoria at the VU University Medical Center Amsterdam continued to report out the improvement within their cohort of youth with gender dysphoria after GAH. De Vries et al reported in 2014 that their cohort of young adults who began care in adolescence had steadily improving mental health (including depression, anxiety, anger, internalizing and externalizing psychopathologic symptoms) following puberty blockade, GAH and gender affirming surgery.[28]

35.    A German observational study reported that among the participants at follow-up, adolescents in the gender-affirming hormone (GAH) and surgery (GAS) group reported emotional and behavioral problems and physical quality of life scores similar to the German norm mean.[29]

---

[28] de Vries, et al. (2014).

[29] Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. *European Child & Adolescent Psychiatry*, 30(11), 1755–1767.

PLAINTIFFS002730

36.     Also from Germany, Neider et al. reported that among a group of 75 adolescents with gender dysphoria satisfaction improved the further along the treatment course had progressed.[30]

37.     From the United States, Kuper et al. carried out a prospective study and reported their cohort of transgender and non-binary youth starting either pubertal blockade or GAH demonstrated improvement at follow up (around a year) in depression, anxiety and body esteem.[31]

38.     While small, Grannis et al. demonstrated decreased depression and anxiety in a group of transmasculine youth taking testosterone versus an untreated control group.[32]

39.     Most recently our team at the Trans Youth Care United States (TYC-US) reported in the New England Journal of Medicine an improvement among

---

[30] Nieder, T. O., Mayer, T. K., Hinz, S., Fahrenkrug, S., Herrmann, L., & Becker-Hebly, I. (2021). Individual treatment progress predicts satisfaction with transition-related care for youth with gender dysphoria: A prospective clinical cohort study. *The Journal of Sexual Medicine*, 18(3), 632–645.

[31] Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics*, 145(4).

[32] Grannis, C., Leibowitz, S. F., Gahn, S., Nahata, L., Morningstar, M., Mattson, W. I., Chen, D., Strang, J. F., & Nelson, E. E. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology*, 132, 105358, 1-8.

26

PLAINTIFFS002731

315 youth in positive affect and life satisfaction as well as a decrease in depressive and anxiety symptoms after two years of GAH.[33]

40.     The data documenting the efficacy of hormone treatment in transgender adults is as robust and goes back even further. Numerous longitudinal studies document improvement in various mental health parameters including depression, anxiety, self-confidence, body image and self-image, general psychological functioning.[34]

---

[33] Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Med.* 2023 Jan 19;388(3):240-250.

[34] See for example: Colizzi, M., et al. (2014). Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, *39*, 65–73; Colizzi, M., et al. (2013). Hormonal treatment reduces psychobiological distress in gender identity disorder, independently of the attachment style. *The journal of sexual medicine*, *10*(12), 3049–3058; Corda, E., et al. (2016). Body image and gender role perceived in gender dysphoria: Cross-sex hormone therapy effects. *European Psychiatry*, 33(S1), S589-S589; Fisher, A. D., et al. (2016). Cross-Sex Hormone Treatment and Psychobiological Changes in Transsexual Persons: Two-Year Follow-Up Data. *The Journal of clinical endocrinology and metabolism*, *101*(11), 4260–4269; Heylens, G., et al. (2014). Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *The journal of sexual medicine*, *11*(1), 119–126; Keo-Meier, C. L., et al. (2015). Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. *Journal of consulting and clinical psychology*, *83*(1), 143–156; Manieri, C., et al. (2014) Medical Treatment of Subjects with Gender Identity Disorder: The Experience in an Italian Public Health Center, *International Journal of Transgenderism*, 15:2, 53-65; Motta, G., et al. (2018). Does Testosterone Treatment Increase Anger Expression in a Population of Transgender Men?. *The journal of sexual medicine*, *15*(1), 94–101; Oda, H., & Kinoshita, T. (2017). Efficacy of hormonal and mental treatments with MMPI in FtM individuals: cross-sectional and longitudinal studies. *BMC psychiatry*, *17*(1), 256; and Turan, Ş., et al. (2018). Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria. *Archives of sexual behavior*, *47*(8), 2349–2361.

PLAINTIFFS002732

41.     An established and growing body of evidence combined with decades of clinical evidence demonstrate the positive effect of gender affirming hormones in adolescents and adults with gender dysphoria.

### 3) Gender-Affirming Surgeries

42.     Some transgender individuals need surgical interventions to help bring their phenotype into alignment with their gender. Surgical interventions may include vaginoplasty, tracheal shave, liposuction, breast implants, and orchiectomy for transfeminine individuals and chest reconstruction, hysterectomy, oophorectomy, salpingectomy, construction of a neoscrotum, and metoidioplasty or phalloplasty for transmasculine individuals.

43.     The current WPATH SOC recommend that surgical interventions may occur when appropriate for an individual.

44.     Decades of research confirms that gender confirmation surgery is therapeutic and therefore an effective treatment for gender dysphoria.[35] In a 1998

---

[35] See, e.g., Almazan, A. N., & Keuroghlian, A. S. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA surgery*, 156(7), 611–618; Almazan, et al. (2021); Murad, M. H., et al. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology*, 72(2), 214-231; Smith, Y., et al. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine* 35(1): 89-99; and Pfafflin, F., & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991.

PLAINTIFFS002733

meta-analysis, Pfafflin and Junge reviewed data from 80 studies, from 12 countries, spanning 30 years. They concluded that "reassignment procedures were effective in relieving gender dysphoria. There were few negative consequences and all aspects of the reassignment process contributed to overwhelmingly positive outcomes."[36]

45.     Subsequent studies confirm this conclusion. Researchers reporting on a large-scale prospective study of 325 individuals in the Netherlands concluded that after surgery there was "a virtual absence of gender dysphoria" in the cohort and "results substantiate previous conclusions that sex reassignment is effective."[37] The authors of the study concluded that the surgery "appeared therapeutic and beneficial" across a wide spectrum of factors and "[t]he main symptom for which the patients had requested treatment, gender dysphoria, had decreased to such a degree that it had disappeared." Similarly, a recent systematic review that included data from 1,052 transmasculine patients who obtained chest surgery found that pooled overall postoperative satisfaction was 92%.[38]

---

[36] Pfafflin & Junge (1998).

[37] Smith, et al. (2005).

[38] Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477.

PLAINTIFFS002734

46.   With regards to transgender adolescents, peer-reviewed research has also shown improvements in mental health following gender-affirming chest surgery for transgender males with gender dysphoria where medically indicated.[39]

\*       \*       \*

47.   Recognizing the importance of individualized care, the SOC 8 has this to say about all gender affirming interventions: "The SOC-8 guidelines are intended to be flexible to meet the diverse health care needs of TGD people globally. While adaptable, they offer standards for promoting optimal health care and for guiding treatment of people experiencing gender incongruence. As in all previous versions of the SOC, the criteria put forth in this document for gender-affirming interventions are clinical guidelines; individual health care professionals and programs may modify them in consultation with the TGD person. Clinical departures from the SOC may come about because of a patient's unique anatomic, social, or psychological situation; an experienced health care professional's evolving method of handling a common situation; a research

---

[39] Mehringer, J. E., et al. (2021). Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. *Pediatrics*, *147*(3), e2020013300; Olson-Kennedy, J., et al. (2018). Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA pediatrics*, *172*(5), 431–436.

30

EXPERT REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.
Case No. 4:22-cv-00325-RH-MAF

PLAINTIFFS002735

protocol; lack of resources in various parts of the world; or the need for specific harm-reduction strategies. These departures should be recognized as such, explained to the patient, and documented for quality patient care and legal protection."

48.     Gender-affirming medical interventions are considered medically necessary and are recognized as such by many major professional organizations. The denial of this care results in negative health consequences.

49.     There are those (see GAPMS Memo at 12-13) who would make the argument that the recent uptick in youth presenting for services related to GD is the result of "social contagion." But if social contagion theory applied to gender and gender identity, there would be zero transgender people, because of the consistent exposure to an overwhelming majority of cisgender people. The social contagion argument that is posited by some confuses the relationship between one's recognition of their gender and their exposure to gender related information and community, particularly with regard to internet activity, asserting that youth are declaring themselves to be transgender or gender diverse because they were exposed to this online, or they have multiple friends who are also experiencing GD.   Adolescent development includes finding like groups of peers, which extends to finding friend groups who are also gender diverse.  Finally, attributing

PLAINTIFFS002736

GD to "social contagion" is a simplistic perspective that discounts that the process of doing something about one's gender dysphoria is complex and difficult and involves parental consent for minors.

50.    There is no scientific evidence that one develops gender dysphoria from being exposed to people with GD.  To the contrary, most evidence shows that gender identity has a biological basis[40] and is affixed by early childhood.[41]

## C. Critiques of the GAPMS Memo and the Attached "Assessments"

51.    The GAPMS Memo and the attached assessments contain a number of inaccurate assertions or misrepresentations, in addition to those noted above.

*Misunderstandings and Misrepresentations of Desistance*

52.    The GAPMS Memo falsely states that "the majority of young adolescents who exhibit signs of gender dysphoria eventually desist and conform to their natal sex and that the puberty suppression can have side effects." (GAPMS Memo at 14).  This is a blatant misrepresentation of the scientific literature.  The studies pertaining to desistance upon which the GAPMS Memo

---

[40] Korpaisarn, S., & Safer, J. D. (2019). Etiology of Gender Identity. Endocrinology and metabolism clinics of North America, 48(2), 323–329. https://doi.org/10.1016/j.ecl.2019.01.002; Saraswat, A., Weinand, J.D., & Safer, J. (2015). Evidence supporting the biologic nature of gender identity. Endocrine practice, 21 2, 199-204.

[41] Slaby, R., Frey, K. (1975). Development of Gender Constancy and Selective Attention to Same Sex Models, *Child Development*, 46(4): 849-856.

32

PLAINTIFFS002737

relies pertain to *pre-pubertal* youth, not adolescents. In fact, contrary to the GAPMS Memo's assertion, studies show that if gender dysphoria is present in adolescence, it usually persists.[42]

53.    To be sure, there are a significant number of *pre-pubertal* children who demonstrate an interest or preference for clothing, toys, and games that are stereotypically of interest to members of the "other" gender. Some of these children are transgender and some are not.  It is the study of such *pre-pubertal* children that has created confusion about the persistence of gender dysphoria into adolescence and adulthood.  Specifically, the *pre-pubertal* children who were the subject of research endeavors in the late 20th century included both children who are transgender and children who are not, i.e., those who would have met current criteria for a diagnosis of "Gender Dysphoria in Children" and those who would be considered "sub-threshold" for this diagnosis.

54.    At the time of these studies, the diagnosis of "Gender Dysphoria in Children" did not exist and therefore the study subjects did not need to meet criteria B, which is "the presence of clinically significant distress associated with the condition."  In addition, the criteria for the then-used "gender identity disorder

_____

[42] de Vries, et al. (2011).

PLAINTIFFS002738

in children" diagnosis did not require a child to have "a strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender)," which the current "Gender Dysphoria in Children" diagnosis requires.

55.     Thus, given the broader criteria used at the time, it is unsurprising that some of the research undertaken toward the end of the 20th century demonstrated that most children who exhibited gender-nonconforming behavior did not go on to have a transgender identity in adolescence.  Yet, notwithstanding its inapplicability and faulty underpinnings, this "evidence" has been used to argue against gender affirmation for children and adolescents.

56.     What is more, these arguments about desistance in *pre-pubertal* children are wholly irrelevant to the question of coverage and provision of medical care as treatment for GD.  That is because research to date shows that if transgender identification persists into adolescence, then desistance is incredibly rare, and no medical or surgical treatments are recommended for *pre-pubertal* children.

57.     Additionally, no studies have ever demonstrated that gender affirmation in childhood "leads to" a child being transgender who otherwise might not have been.  Studies have demonstrated that the majority of youth whose

EXPERT REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.
Case No. 4:22-cv-00325-RH-MAF

PLAINTIFFS002739

GD and cross-gender identity continue to be present, or those whose GD emerges in adolescence, are highly unlikely to identify and live as cisgender individuals. Youth with GD, particularly those who are unaffirmed and denied care, are at high risk for depression, anxiety, isolation, self-harm and suicidality at the onset of puberty-related changes that feel wrong to them.

*The Myth of Social Contagion and Rapid-Onset Gender Dysphoria (ROGD)*

58.     The GAPMS memo asserts that gender-affirming care should not be provided because the causes of GD are uncertain. It suggests that "exposure to 'social and peer contagion'" accounts for the rise in numbers of adolescents who identify as transgender, pointing to research that has identified so-called "rapid-onset gender dysphoria" (ROGD). (GAPMS Memo at 12-13; see also Cantor ¶ 48-49). However, ROGD is not a diagnosis recognized by any medical or scientific institution, and there is no scientific evidence in support of it.

59.     The concept of ROGD originated from a single article authored by Lisa Littman, a researcher who had no experience in the field of gender medicine, transgender issues, or gender dysphoria, prior to the publication of her article.[43]

---

[43] Littman L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PloS one*, *13*(8), e0202330.

35

PLAINTIFFS002740

60.     Littman's article was heavily criticized for its flawed methodology, potential for bias, and overrepresentation of its findings.[44]   For example, Littman's study was based solely on "parent observations and interpretations." But parental reports are not necessarily a reliable basis for understanding a particular youth's experience with their gender, let alone whether the youth has gender dysphoria.[45]  Moreover, most of the parents who participated in the study were recruited from websites targeted to parents likely to question their child's gender self-identification and the current best health care approaches.   In addition, the study also failed to collect data from the adolescents and young adults (AYAs) or clinicians, which would have been necessary in order to come up with and validate ROGD as a new phenomenon.

---

[44] *See, e.g.*, Brandelli Costa, A. (2019) Formal comment on: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS ONE 14(3): e0212578; Restar A. J. (2020). Methodological Critique of Littman's (2018) Parental-Respondents Accounts of "Rapid-Onset Gender Dysphoria". *Archives of sexual behavior*, *49*(1), 61–66.

[45] *See, e.g.*, Kennedy, N. (2022) Deferral: the sociology of young trans people's epiphanies and coming out. *Journal of LGBT Youth*, 19:1, 53-75; Brandelli Costa (2019).

PLAINTIFFS002741

61.     Following the numerous critiques of the Littman study, the journal that published the study retracted it, ordered a post-publication review, and republished the article with a correction notice,[46] along with an apology.[47]

62.     The correction notice acknowledged, among other things, that: [48]

a. "there is some information about the AYAs that the parents would not have access to and the answers might reflect parent perspectives" and that "consideration of what information parents may or may not have access to is an important element of the findings";

b. "the study's output was hypothesis-generating rather than hypothesis-testing";

c. "three of the sites that posted recruitment information expressed cautious or negative views about medical and surgical interventions for gender dysphoric adolescents and young adults

---

[46] Littman L. (2019) Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PLoS ONE*, 14(3): e0214157.

[47] Heber, J. Correcting the scientific record on gender incongruence – and an apology, PLoS ONE (Mar. 19, 2019), https://everyone.plos.org/2019/03/19/correcting-the-scientific-record-and-anapology/.

[48] Littman (2019).

37

PLAINTIFFS002742

and cautious or negative views about categorizing gender dysphoric youth as transgender"; and

d. "There is expected variation in how objective parents can be about their own children" and that the "descriptive study was not designed to explore or measure the objectivity of participants."

63.    Thus, the correction notice ultimately acknowledged that the study "does not validate the phenomenon" of ROGD and that the term ROGD "should not be used in a way to imply that it explains the experiences of all gender dysphoric youth nor should it be used to stigmatize vulnerable individuals."[49] In the end, aside from the correction notice, the journal that published the study issued an apology "for oversights that occurred during the original assessment of the study."[50]

64.    To date, no study has been published that validates or proves the hypothesis of ROGD presented by the Littman study.  Indeed, Lisa Littman herself said at the GenSpect 2021 Conference that ROGD was not a new phenomenon, but rather a re-naming of late onset GD.

---

[49] *Id.*

[50] Heber (2019).

38

PLAINTIFFS002743

65.    The GAPMS Memo, Dr. Cantor, and Dr. Van Meter incorrectly allege that an increase in numbers of youth presenting for care related to GD provides support for the social contagion theory.  (See GAPMS Memo at 12-13; Van Meter at 9-10).  For one, varying estimates of prevalence are the result of inconsistent measures of transgender populations.  Some studies have assessed the fraction of a population which had received the DSM-IV diagnosis of GID or the ICD 10 diagnosis of transsexualism, both of which were limited to clinical populations who sought a binary transition (male-to-female or female-to-male). For example, the prevalence reported in DSM-5 (0.005–0.014% for birth-assigned males; 0.002–0.003% for birth-assigned females) are based on people who received a diagnosis of GID or transsexualism and were seeking hormone treatment and surgery from gender specialty clinics, and, therefore, do not reflect the number of all individuals with gender dysphoria or who identify as transgender.[51] Other studies have reported on those who self-identified as transgender or gender incongruent and found that measuring self-identity yields much higher numbers. In 2016, data from the Center for Disease Control's Behavioral Risk Factor Surveillance System suggested that 0.6% of U.S. adults

_____

[51] Coleman, et al. (2022).

39

PLAINTIFFS002744

identify as transgender, double the estimate utilizing data from the previous decade.[52] Ultimately, there is nothing surprising about the fact that more transgender people have begun identifying themselves to others as societal stigma has started to abate, and nothing about that lends support to the "social contagion" theory.

*Dr. Cantor's False Assertion of Transition-on-Demand*

66.    In his "assessment," Dr. Cantor, a psychologist with no clinical experience in treating gender dysphoria in minors and no experience monitoring patients receiving drug treatments for gender dysphoria, states that "transition-on-demand" increases the probability of unnecessary transition and unnecessary medical risks. (Cantor ¶ 21).

67.    His claim is wholly divorced from the reality of care for transgender people.  First, like all health care, gender-affirming care for every transgender person is individualized.  There simply is no one specific route.

68.    Second, Dr. Cantor inaccurately assumes that every transgender person wants and receives rapid access to services.  For most transgender individuals seeking care, nothing about their process has been rapid, even when

---

[52] Byne, W., Karasic, D. H., Coleman, E., Eyler, A. E., Kidd, J. D., Meyer-Bahlburg, H. F. L., … Pula, J. (2018). Gender dysphoria in adults: An overview and primer for psychiatrists. *Transgender Health*, *3*(1), 57-70.

EXPERT REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.
Case No. 4:22-cv-00325-RH-MAF

PLAINTIFFS002745

they are young. Most individuals with gender dysphoria have engaged in a long, arduous and private process of understanding their gender to be different from the one assumed at birth.  Dr. Cantor gives no credibility to transgender patients regarding their right to bodily autonomy nor their capacity to make sound and informed decisions.

69.     Finally, Dr. Cantor is wrong to assert that affirmation "increases the probability of unnecessary transition and unnecessary medical risks."  (Cantor ¶ 21). There is no evidence to support the notion that affirmation of gender in pre-pubertal children, or at any age, leads to transition. Medical interventions are not recommended and are not appropriate for pre-pubertal children. If one's gender could be impacted by the role of rearing, there would be few transgender people who transition in adulthood, as most were reared in the gender role that corresponded with their sex assigned at birth.  It is not logical to think that while we have been epically failing at convincing transgender people to be cisgender, we would be able to make someone who is cisgender into someone who is transgender, a directionality that may correspond with higher rates of discrimination, harassment, and even violence.  There is no data to support any such notion that children who are socially transitioned in a pre-pubertal time

41

PLAINTIFFS002746

period who then go on to embrace their assumed gender at birth are damaged.  I know several such young people who are healthy and happy.

*The Quality of the Evidence and Lack of Randomized Controlled Trials*

70.    The care of transgender individuals has a long history.  As with all medical care, there is a range of quality in the existing data regarding the treatment of gender dysphoria,[53] and there is certainly a need for additional studies of a longitudinal nature.  But again, that is true with most medical care.

71.    Between 1963 and 1979, over 20 university-based gender identity clinics opened in the United States.[54] These clinics provided interdisciplinary care that included psychiatrists and other mental health professionals and played an important role in the provision of medical services to transgender people and in promoting research to improve their care. The majority of these clinics closed following a 1981 decision of the U.S. Department of Health and Human Services (HHS) that labeled sex reassignment surgery as experimental, in large part due to advocacy by Dr. Paul McHugh.[55] That decision was overturned by HHS in 2014 in a determination that concluded that the 1981 decision was "not

---

[53] See Deutsch (ed.) (2016) (UCSF Guidelines).

[54] Byne, et al. (2018).

[55] In this way, Dr. McHugh actively attempted to suppress the research that he complains is lacking in this field of care.

42

PLAINTIFFS002747

reasonable" and found that gender-affirming surgery is "a safe and effective treatment option."[56]

72.    Over the last four decades: research has continued to occur in the United States and internationally; WPATH (formerly the Henry Benjamin International Gender Dysphoria Association) published the first iteration of the Standards of Care in 1979, which is now in its 8th version; the DSM and ICD stopped classifying transgender identification as a mental disorder; the American Psychological Association and Endocrine Society, as well as other medical organizations, adopted clinical guidelines consistent with the WPATH Standards of Care; and dozens of interdisciplinary gender clinics associated with research institutions and teaching hospitals have been providing gender-affirming care for transgender youth and adults across the United States.

73.    Drs. Brignardello-Petersen and Wiercioch repeatedly refer to an apparent lack of data comparing treated vs. untreated individuals with gender dysphoria.  Their report continually places emphasis on data that they rated as "low certainty" based on GRADE criteria. These observations about the data do not mean that gender-affirming care is experimental or investigational.

---

[56] U.S. Dep't Health & Hum. Servs., NCD 140.3, Transsexual Surgery 18, 21 (2014); Byne, et al. (2018).

43

PLAINTIFFS002748

74.     One of the intrinsic elements of rating the quality of evidence is the study design.  Randomized controlled trials (RCTs) are considered the highest quality in the grading of evidence.  Many of the research studies on gender-affirming care get a "low quality" grade due to the lack of RCTs.

75.     But it is well-established that utilizing an untreated control group is unethical in this context – gender-affirming medical interventions have been used for decades, resulting in a vast amount of clinical knowledge about their efficacy. That said, we have a large de facto group of untreated individuals with gender dysphoria who experience significant psychiatric symptoms because of widespread barriers to access to care.

76.     Clinicians who are competent in the care of transgender individuals practice according to a "first do no harm" ethic which understands that doing nothing is not a neutral option for those with gender dysphoria.  Multiple studies have demonstrated the safety of gender-affirming hormones, and a growing body

44

PLAINTIFFS002749

of evidence does the same with regards to the safety of GnRH analogues.[57]  The same is true with regards to surgery.[58]

77.   In addition, RCTs are ill-suited to studying the effects of gender-affirming interventions on psychological wellbeing and quality of life of trans people.  Adequate masking, adherence, and generalizability are severely impeded in transgender care, thereby negating the superior scientific value of RCTs.

78.   Gender-affirming interventions have physiologically evident effects, making it impossible to mask RCTs. The purpose of puberty blockers, hormone therapy, and transition-related surgeries is to inhibit or produce visible bodily changes.

79.   In an RCT, adolescents who are on puberty blockers would notice that their endogenous pubertal development had stopped, whereas those not on puberty blockers will notice that they had not. Hormonal suppression is achieved

---

[57] Kuper, et al. (2020); Chew, D., Anderson, J., Williams, K., May, T., & Pang, K. (2018). Hormonal Treatment in Young People With Gender Dysphoria: A Systematic Review. *Pediatrics*, *141*(4), e20173742; Colton-Meier, S. L., Fitzgerald, K. M., Pardo, S. T., & Babcock, J. (2011). The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health*, 15(3), 281-299.

[58] Marano, A. A., Louis, M. R., & Coon, D. (2021). Gender-Affirming Surgeries and Improved Psychosocial Health Outcomes. *JAMA surgery*, *156*(7), 685–687; Olson-Kennedy, et al. (2018); Murad, et al. (2010); Smith, et al. (2005); Pfafflin & Junge (1998).

PLAINTIFFS002750

around four weeks after treatment is initiated, but it may take multiple months before participants notice that pubertal development has ceased.

80.    Similarly, transgender people given hormone therapy would notice bodily changes from taking estrogen or testosterone, whereas transgender people in the control arm would notice no such changes. The onset of visible effects from hormone therapy varies from person-to-person.   The first changes typically appear between one and six months of initiation, whereas other desired changes may not begin for up to a year.

81.    Although it may take some time before participants are able to ascertain which treatment they were allocated to due to the delayed effect of puberty blockers and the progressive effect of and hormone therapy, large-scale unmasking is inevitable. Because the physiological changes are the primary purpose of gender-affirming care, meaningful effects on psychological wellbeing and quality of life are not expected until unmasking occurs. As such, while RCTs can be utilized to examine the effects of gender-affirming care on physiology, using RCTs to measure the effect of gender-affirming care on psychological wellbeing and quality of life would be inappropriate.

82.    Unmasking an RCT of gender-affirming care would lead to non-compliance, cross-over, and response bias in the control arm of the study.

PLAINTIFFS002751

Transgender people with gender dysphoria who pursue gender-affirming care are typically insistent and persistent in seeking the interventions. They are not ambivalent as to whether they are assigned to the intervention or control arm of the study. Upon realizing that they are in the control arm due to physiological effects or lack thereof, a large proportion of the study participants would likely withdraw from the study or pursue alternative sources of gender-affirming interventions.

83.    Withdrawing from the study and noncompliance with the study protocol is most likely among people who have alternative means of securing gender-affirming care and who experience more severe bodily gender dysphoria, raising grave concerns of systematic bias. Gender-affirming interventions can be obtained from parents, peers, illicit or unauthorized sources, other providers within or outside of the health care system, and through medication-sharing with participants from the active arm of the study. Some of these options are associated with elevated safety risks, giving rise to additional ethical concerns about the use of RCTs. Intentional withdrawal with the goal of forcing the study to end is also possible. Resentment towards researchers for not allowing all participants to receive gender-affirming interventions may also increase the risk of response bias compared to observational studies, and the experimental design

47

PLAINTIFFS002752

may motivate youths to engage in self-harm or suicidal behavior to influence the study results, aggravating scientific and ethical concerns.

84.    Given that withdrawal rates could be high enough for studies to be terminated before they are concluded, RCTs may prove impossible to conduct altogether.  The likelihood of withdrawal, non-adherence, and response bias in the context of transgender care undermines RCTs' ability to detect true associations and avoid specious associations between the intervention and the outcomes.

85.    Many disciplines and areas of research rely on observational studies because RCTs are considered impracticable or unethical.  This is especially common when studying the mental health outcomes of physiologically evident interventions due to the impossibility of masking, and when studying the outcomes of highly desired interventions due to the risks of de-randomization. Psychological and psychosocial interventions are most commonly studied using observational methodologies, and many research questions remain unstudied with RCTs.

86.    Thus, while the GAPMS Memo correctly notes that "[p]resently, no RCTs that evaluate puberty suppression as a method to treat gender dysphoria are available," the lack of RCTs is easily understood considering the above

48

PLAINTIFFS002753

observations about RCTs in this context.  (See GAPMS Memo at 15).  And, the

GAPMS Memo fails to mention that "[d]espite GnRH analogue treatment being

used in precocious puberty for more than 20 years, there are no randomized

controlled trials to evaluate the effect of GnRHa on a final height compared with

untreated controls."[59]

87.    In addition, the GAPMS Memo's focus on RCTs reveals AHCA's

fundamental misunderstanding of "evidence-based medicine."  (GAPMS Memo

at 9).

88.    Evidence-based medicine, which originated in the second half of the

19th Century, means the conscientious, explicit, judicious, and reasonable use of

current best evidence in making decisions about the care of individual patients.

Since its inception, evidence-based medicine has included an element of clinician

expertise.  Indeed, the modern understanding of evidence-based medicine is a

systematic approach to clinical problem solving which allows the integration of

the best available research evidence with *clinical expertise and patient values*.[60]

---

[59] Mul & Hughes (2008).

[60] Masic, I., Miokovic, M., & Muhamedagic, B. (2008). Evidence based medicine - new approaches and challenges. *Acta informatica medica : AIM : journal of the Society for Medical Informatics of Bosnia & Herzegovina : casopis Drustva za medicinsku informatiku BiH*, *16*(4), 219–225.

49

PLAINTIFFS002754

89.     Contemporaneous evidence-based medicine is defined by the *integration of clinical knowledge and skills* with the best critically-appraised-evidence available *as well as patient values and preferences in order to make a clinical decision*. The research literature is continually growing as new discoveries unravel.

90.     The GAPMS Memo assigns no value to clinician expertise, experience, and skill, nor to the desires of the individual seeking services.  In fact, the GAPMS Memo repeatedly and broadly asserts that recommendations for treatment of GD by well-established professional associations do not rely on evidence-based medicine, but rather on the recommendations outlined by WPATH, the Endocrine Society or others. But these two organizations not only examine best available evidence, but the guidelines and standards of care are updated by clinicians and scientists at the top of the field.

*The Use of "Off-Label" Medications*

91.     Both the GAPMS Memo and Dr. Van Meter repeatedly express concern that the U.S. Food and Drug Administration (FDA) has not approved puberty blockers or hormone therapy for the treatment of GD.  (See, e.g., GAPMS Memo at 8, 19; Van Meter at 8). Indeed, Dr. Van Meter asserts that the mere use of these medications "off-label" amounts to "uncontrolled, non-consentable

50

PLAINTIFFS002755

experimentation on children." (Van Meter at 8). These concerns are misleading and false.

92.    The use of "off-label" medications is extremely common across all fields in medicine and there are many medications that are used "off-label" in the pediatric population.  Most of the therapies prescribed to children are on an off-label or unlicensed basis.[61]  Common medications that are used "off-label" in pediatrics include antibiotics, antihistamines, and antidepressants.   That is because the majority of drugs prescribed have not been tested in children and safety and efficacy of children's medicines are frequently supported by low quality evidence.  This is explained by the lack of clinical research in this population, caused by ethical, scientific, and technical issues, as well as commercial priorities.

93.    "From the FDA perspective, once the FDA approves a drug, healthcare providers generally may prescribe the drug for an unapproved use when they judge that it is medically appropriate for their patient."[62]  Indeed, for

---

[61] Allen, H.C., Garbe, M.C., Lees, J., Aziz, N., Chaaban, H., Miller, J.L., Johnson, P., & DeLeon, S. (2018). Off-Label Medication use in Children, More Common than We Think: A Systematic Review of the Literature. *The Journal of the Oklahoma State Medical Association, 111*(8), 776–783.

[62] U.S. Food and Drug Admin. Understanding Unapproved Use of Approved Drugs "Off Label" (Feb. 5, 2018), https://www.fda.gov/patients/learn-about-expanded-access-and-other-treatmentoptions/understanding-unapproved-use-approved-drugs-label.

PLAINTIFFS002756

over 40 years, the FDA has informed the medical community that "once a [drug] product has been approved ..., a physician may prescribe it for uses or in treatment regimens of patient populations that are not included in approved labeling."[63]   Accordingly, the American Academy of Pediatrics has stated that "off-label use of medications is neither experimentation nor research."[64]   Thus, "[t]he administration of an approved drug for a use that is not approved by the FDA is not considered research and does not warrant special consent or review if it is deemed to be in the individual patient's best interests."

*Concerns about the Diagnosis of Gender Dysphoria and the Use of Self-Reports*

94.     The GAPMS Memo and Dr. Cantor criticize that the diagnosis of gender dysphoria is based, at least in part, on a patient's self-report. (GAPMS Memo at 19, 24, 28; Cantor ¶¶ 42, 49). This critique demonstrates a fundamental misunderstanding of how gender-affirming care is provided.

95.     While we have continued to attain a greater understanding about the etiology of gender incongruence, patients do not self-diagnose, as Dr. Cantor

---

[63] U.S. Food and Drug Admin, "Citizen Petition Regarding the Food and Drug Administration's Policy on Promotion of Unapproved Uses of Approved Drugs and Devices; Request for Comments," 59 Fed. Reg. 59,820 (Nov. 18, 1994).

[64] Frattarelli, D. A., Galinkin, J. L., Green, T. P., Johnson, T. D., Neville, K. A., Paul, I. M., Van Den Anker, J. N., & American Academy of Pediatrics Committee on Drugs (2014). Off-label use of drugs in children. *Pediatrics*, *133*(3), 563–567.

PLAINTIFFS002757

suggests. (Cantor ¶¶ 42, 49).   However, it is not unusual or extraordinary in medicine for a provider to consider patients' reports of their symptoms as part of the medical assessment.   Much like the diagnosis of many clinical conditions, providers rely on self-report to ascertain accurate diagnoses.   Consider the diagnosis of chronic fatigue.   The diagnostic criteria for this diagnosis include the following: fatigue so severe that it interferes with the ability to engage in pre-illness activities; of new or definite onset (not lifelong); not substantially alleviated by rest; worsened by physical, mental or emotional exertion.   Like gender dysphoria, these diagnostic criteria are a subjective telling of an individual's personal experience.   It is incumbent upon providers of gender-affirming care to acquire skills that help them ascertain many details about their patient's gender experience including but not limited to the history, developmental trajectory, and expectations regarding treatment options.

96.    The provision of gender-affirming care occurs in multi-disciplinary settings, and indeed, the WPATH SOC recommend such an approach.[65] The

---

[65] Chen, D., Hidalgo, M. A., Leibowitz, S., Leininger, J., Simons, L., Finlayson, C., & Garofalo, R. (2016). Multidisciplinary Care for Gender-Diverse Youth: A Narrative Review and Unique Model of Gender-Affirming Care. *Transgender health*, *1*(1), 117–123; Coleman, et al. (2022); Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gendernonconforming people, version 7. *International Journal of Transgenderism*, 13(4), 165-232.

53

PLAINTIFFS002758

multiple health providers involved, from various fields, are well trained to conduct clinical interviews and to assess a patient's report to determine whether they meet the diagnostic criteria for GD.

*Particular Concerns about the Use of Puberty Delaying Medications*

97.     The GAPMS Memo and Dr. Cantor allege that the provision of puberty delaying medications for the treatment of GD is not effective.  This is not true.

98.     A substantial body of evidence shows that gender-affirming medical interventions improve mental health outcomes for transgender persons with GD, who, without treatment, experience higher levels of depression, anxiety, and suicidality.  Each of these studies—as with all studies in medicine—has strengths and limitations, and no one study design can answer all questions regarding an intervention. But taken together, these studies indicate that gender-affirming medical care improves mental health for adolescents who require such care.

99.     Keeping  this  in  mind,  peer-reviewed  cross-sectional  and longitudinal studies have found that pubertal suppression is associated with a range of improved mental health outcomes for transgender adolescents, including statistically significant improvements in internalizing psychopathology (*e.g.*,

54

PLAINTIFFS002759

anxiety and depression), externalizing psychopathology (*e.g.*, disruptive behaviors), global functioning, and suicidality.[66]

100.  For example, in the realm of cross-sectional studies, Turban et al. *Pediatrics* 2020 found that, after controlling for a range of other variables, those who accessed pubertal suppression had lower odds of lifetime suicidal ideation than those who desired but were unable to access this intervention during adolescence.  A similar study by van der Miesen et al. in the *Journal of Adolescent Health*, noted above, compared 272 adolescents who had not yet received pubertal suppression with 178 adolescents who had been treated with pubertal suppression.  Those who had received pubertal suppression had statistically significant lower "internalizing psychopathology" scores (a measure of anxiety and depression).[67]

101.  Longitudinal studies have yielded similar results. For example, de Vries et al. in the *Journal of Sexual Medicine* (discussed above) found statistically significant improvements in symptoms of depression and general

---

[66] *See*, *e.g.*, Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open*, 5(2), e220978; Turban, et al. (2020); van der Miesen, et al. (2020); Achille, et al. (2020); de Vries, et al. (2014); de Vries, et al. (2011).  *See also* paragraphs 25-30, *supra*.

[67] van der Miesen, et al. (2020).

PLAINTIFFS002760

functioning following pubertal suppression for adolescents with gender dysphoria.[68]

102. The GAPMS Memo, as well as the "assessments" by Dr. Brignardello-Petersen and Dr. Wiercioch and by Dr. Cantor, emphasize the possible risks and side effects associated with the provision of gender-affirming care. Every single medication, however, has potential negative side effects, in addition to the possibility of new side effects that have not been historically documented. This is one of the reasons that evidence-based medicine relies heavily on experienced clinicians to exercise their expertise and judgement.

103. The risks associated with the provision of GnRH analogues are comparable when used for transgender and non-transgender patients alike. For example, many of the side effects and risks associated with the provision of GnRH analogues have been well-studied with regards to the use of these medications for the treatment of central precocious puberty (CPP).[69]

104. Given than puberty blockers are reversible, permanent sterility is not a side effect. There is no data to support that patients who have been treated with

_____

[68] de Vries, et al. (2011).

[69] Eugster E. A. (2019). Treatment of Central Precocious Puberty. *Journal of the Endocrine Society*, *3*(5), 965–972.

56

PLAINTIFFS002761

blockers for central precocious puberty are "sterilized" following its use. To the contrary, information regarding long-term outcomes of patients treated with GnRH analogues with respect to gonadal function are reassuring. In fact, some studies have shown that assigned males had normal sperm function following treatment and cisgender women treated as children did not need assisted reproductive techniques.

105.   In addition, while during the course of treatment with pubertal delaying medication, there is some loss in bone density, which is a side effect that we discuss with all patients and their families, studies show that with removal of the blocking agent or addition of gender affirming hormone therapy, bone mineral density begins to improve.[70]   Studies regarding the use of GnRH analogues for the treatment of CPP document that following cessation of therapy with puberty delaying medications bone mineral accrual appears to be within the normal range compared with population norms.   Indeed, patients treated with pubertal suppression for CPP are on pubertal blockades without affirming

---

[70] Vlot, M. C., et al. (2017). Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. *Bone*, *95*, 11–19; Klink, D., et al. (2015). Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *The Journal of clinical endocrinology and metabolism*, *100*(2), E270–E275.

PLAINTIFFS002762

hormones for longer periods of time than patients treated with puberty blockers for the treatment of gender dysphoria and the same risks are present.[71]

*Particular Concerns about the Use of Cross-Sex Hormones*

106.    The claim that treating gender dysphoria with medically supervised and recommended hormone treatment is particularly risky or causes serious mental health effects is not supported by data.

107.    Peer-reviewed research studies have found improved mental health outcomes following gender-affirming hormone treatment (*e.g.*, estrogen or testosterone) for individuals with gender dysphoria, including adolescents.[72] These include statistically significant improvements in internalizing psychopathology (*e.g.*, anxiety and depression), general well-being, and suicidality.   For example, Allen et al. followed a cohort of 47 adolescents with gender dysphoria, and found statistically significant improvements in general well-being and suicidality, as measured by the National Institutes of Health "Ask Suicide Screening Questions" instrument.[73]

---

[71] Eugster (2019).

[72] *See*, *e.g.*, Achille, et al. (2020); de Lara, D.L., Rodríguez, O.P., Flores, I.C., *et al.* (2020). Psychosocial Assessment in Transgender Adolescents. *Anales de Pediatría (English Edition)*, 93(1), 41-48; Grannis, et al. (2021); Allen, L.R., Watson, L.B., Egan, A.M., & Moser, C.N. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones. *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

[73] Allen, et al. (2019).

PLAINTIFFS002763

108.   What is more, the side effects and risks associated with these treatments are not unique to transgender individuals placed on these therapies.

109.   The WPATH SOC require that fertility preservation is offered to all transgender patients prior to the initiation of gender affirming hormones. However, data shows that treatment with testosterone is not sterilizing.[74]   And many transgender men become pregnant on their own.

110.   It is also important to note that when these risks are reported, they are rare risks.   While starting a transgender individual with GD on gender affirming hormones can raise their risk, their risk profile remains similar to their cisgender counterparts.   Many times, the lipid profiles, hematologic profiles, and findings are equivalent to that of the gender these individuals identify with, as opposed to that of their sex assigned at birth.

*The Misconceived Notion that Psychotherapy Alone Is Sufficient for the Treatment of Gender Dysphoria*

111.   Dr. Cantor describes several studies and claims that because the study subjects who were recipients of both gender-affirming hormones or puberty blockers, on the one hand, and psychotherapy, on the other hand, demonstrated

---

[74] Yaish, I., et al. (2021). Functional ovarian reserve in transgender men receiving testosterone therapy: evidence for preserved anti-Müllerian hormone and antral follicle count under prolonged treatment. *Human reproduction (Oxford, England)*, *36*(10), 2753–2760.

EXPERT REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.
Case No. 4:22-cv-00325-RH-MAF

PLAINTIFFS002764

improvements in mental health, that the medical interventions could not be differentiated as responsible for the improvement. (Cantor ¶¶ 40-41).

112.   Historically the psychotherapy professional world advocated for a "therapy only" model to address gender dysphoria.  As early as the 1920's and 1930's it became evident to the preeminent scholars in the field that gender dysphoria (named something else at that time) was refractory to psychotherapy. As noted in 1966 in Harry Benjamin's The Transsexual Phenomenon, "Allegedly, transsexualism, although basically a psychiatric condition, is paradoxically resistant to psychiatric help."[75]  In this statement, Harry Benjamin acknowledges that psychiatric intervention cannot alter people's gender, nor does it lead to a diminishing of the distress that arises from gender incongruence. There has been an abundance of opportunity to demonstrate unequivocally that gender dysphoria is best treated with psychotherapy alone, and yet it never has been. To suggest this is now an appropriate approach simply because transgender people are coming out at younger ages is illogical.

---

[75] Benjamin (1966).

PLAINTIFFS002765

<u>*Dr. Lappert's Critique of My Published Work*</u>

113.   In his "assessment," Dr. Lappert criticizes a 2018 article I co-wrote that was published in JAMA Pediatrics, which he acknowledges to be a "leading journal." He refers to the article as "reckless" and using "low-quality data." (Lappert, p. 7).

114.   Dr. Lappert takes issue with the claim in this article that regret for surgery is "rare." (Lappert p. 7). The manuscript describes that no individual who had undergone chest reconstruction in this cohort regretted this decision. While no single study can capture all experiences, the data reported in this study and clinical experience support the claim that regret after chest surgery is rare.

115.   Dr. Lappert additionally calls surgery on minors a "reckless, experimental practice" and, without citing any evidence to support his claims, states that it has "apparently been abandoned as unethical" in England, Sweden, and Finland. (Lappert p. 7). Chest surgery for transmasculine youth younger than the age of majority is not experimental. While the scientific study of the care of transgender youth is still ongoing and growing, this does not make such care experimental. By its very nature, science is ever growing and ongoing. Moreover, Dr. Lappert's claim completely discounts the clinical experiences of both community members and providers of such care.

61

PLAINTIFFS002766

116.  Dr. Lappert seems to take issue with the methods my study used to recruit participants, which he terms "convenience sampling" and suggests constitutes "self-selection" and confirmation bias. (Lappert p. 7). While it is true that the participants were recruited from our practice, individuals seeking such a surgical intervention will also be enrolled in care at clinics familiar with gender affirming care, therefore, they are "self-selecting" to become patients. As noted in my manuscript, we made an attempt to reach all patients in our clinic who had been referred for chest surgery.

117.  Dr. Lappert emphasizes that 26% of study participants who had undergone surgery could not be reached during follow-up phone calls. (Lappert p. 7). He further highlights that of the individuals we were able to reach by phone, 72% completed our survey. Again Dr. Lappert bemoans these facts as demonstrating self-selection and confirmation bias. Our Center provides services for youth and young adults up to the age of 25. Some participants who were unable to be reached had aged out of services, moved, changed their phone numbers, or simply didn't answer a phone call. This is common among all research.

118.  Dr. Lappert additionally criticizes our paper for using a novel measure of gender dysphoria, which he claims is "entirely unvalidated" and "junk

62

PLAINTIFFS002767

science." (Lappert p. 8). When no measures exist to gain understanding about an experience, measures need to be created. Chest dysphoria is a latent construct, and as such needs to be captured through a collective of questions.  The chest dysphoria scale components were developed through both content and face validity. The scale was not validated, as I clearly reported in the manuscript. In a manuscript by Sood et al., Chest Dysphoria, as measured by the scale I created, among 156 transmasculine youth, showed a significant, positive association with anxiety and depression.[76]

119.    Dr. Lappert suggests that our findings, which looked at satisfaction with gender-affirming surgery for patients who had undergone surgery between less than 1 to 5 years prior to the survey, are "misleading" and "deceptive" because they are not completely consistent with other long-term longitudinal population studies. (Lappert p. 8). I have not seen any longitudinal studies looking at chest surgery that dispute the findings laid out in my manuscript. In a meta-analysis related to satisfaction following masculinizing chest surgery,

---

[76] Sood, R., Chen, D., Muldoon, A. L., Chen, L., Kwasny, M. J., Simons, L. K., Gangopadhyay, N., Corcoran, J. F., & Jordan, S. W. (2021). Association of Chest Dysphoria With Anxiety and Depression in Transmasculine and Nonbinary Adolescents Seeking Gender-Affirming Care. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, *68*(6), 1135–1141.

EXPERT REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.
Case No. 4:22-cv-00325-RH-MAF

PLAINTIFFS002768

Bustos et al. found that among 1,052 transmasculine patients, the overall satisfaction rate was 92%.[77]

120.   Based on his review of my study, Dr. Lappert concludes that it "is essentially useless in making any clinical decisions regarding who should be offered surgery, what is the likelihood they will benefit from it, and what is the likelihood they will regret their decision." (Lappert p. 8). There have been at least two studies since my manuscript that have duplicated the findings laid out in my manuscript in addition to the meta-analysis conducted by Bustos et al. described above.

## **CONCLUSION**

121.   Gender-affirming medical and surgical care is effective, beneficial, and necessary for transgender people suffering with gender dysphoria, including transgender youth after the onset of puberty.  It is well documented and studied, through years of clinical experience, observational scientific studies, and even some longitudinal studies.  It is also the accepted standard of care by all major medical organizations in the United States.

---

[77] Bustos, et al. (2021).

PLAINTIFFS002769

122.   The denial of gender-affirming care, on the other hand, is harmful to transgender people.   It exacerbates their dysphoria and may cause anxiety, depression, and suicidality, among other harms.

123.   The GAPMS memo is misguided and informed by individuals with no experience or knowledge base regarding the provision of gender-affirming care, not to mention well-documented biases against transgender people and/or the provision of gender-affirming care.   The report leans heavily on manuscripts that are not contemporaneous with our modern understanding of gender identity and gender dysphoria, demonstrated by outdated and incorrect terminology.

124.   While data may be described as weak due to the lack of randomized controlled trials, many disciplines and areas of research rely on observational studies because RCTs are considered impractical or unethical. This is especially common when studying the mental health outcomes of physiologically evident interventions due to the impossibility of masking, and when studying the outcomes of highly desired interventions due to the risks of de-randomization. Psychological and psychosocial interventions are most commonly studied using observational methodologies, and many research questions remain unstudied with RCTs.

EXPERT REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.
Case No. 4:22-cv-00325-RH-MAF

PLAINTIFFS002770

125.   Finally, the reports completely overlook bodily autonomy. Given the repeated conflation of children and adolescents, it is not surprising that the "assessments" relied upon by the GAPMS Memo and the GAPMS Memo itself view adolescents as too immature to understand their own gender. However, many studies have demonstrated that cisgender children as young as age 2 know their gender.  Denying medical care to adolescent youth with gender dysphoria is an act of acquiescence to the fear of what is not understood.

126.   I do not disagree that, as with every field of medicine, there is more to learn in the field of transgender youth care.  That is why I became an investigator. However, there is room to provide gender-affirming medical interventions in a thoughtful manner that extrapolates from relevant fields of science and medicine, existing data and clinical expertise while simultaneously carrying out necessary investigations.

127.   The denial of much needed care only serves to harm transgender people.

66

PLAINTIFFS002771

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of February, 2023.

_____

Johanna Olson-Kennedy, M.D., M.S.

67

PLAINTIFFS002772

<u>Exhibit A</u>

*Curriculum Vitae*

## CURRICULUM VITAE
### JOHANNA OLSON-KENNEDY MS, MD
### FEBRUARY 14, 2023

**PERSONAL INFORMATION:**

| Work |
|---|
| 4650 Sunset Blvd. MS 2 |
| Los Angeles, CA 90027 |
| Phone: 323-361-3128 |
| Fax: 323-953-8116 |
| Work Email: jolson@chla.usc.edu |

**EDUCATION AND PROFESSIONAL APPOINTMENTS**

**EDUCATION:**

| Year | Degree, Field, Institution, City |
|---|---|
| 1992 | BA, Mammalian Physiology, UC San Diego, San Diego |
| 1993 | MS, Animal Physiology, The Chicago Medical School, Chicago |
| 1997 | MD, Medical Doctor, The Chicago Medical Shool, Chicago |
| 2015 | MS, Clinical and Biomedical Investigations in Translational Science, USC, Los Angeles |

**POST-GRADUATE TRAINING:**

| Year-Year | Training Type, Field, Mentor, Department, Institution, City |
|---|---|
| 1997 - 1998 | Internship, Pediatrics, Children's Hospital Orange County, Orange |
| 1998 - 2000 | Residency, Pediatrics, Antonio Arrieta, Children's Hosptial Orange County, Orange |
| 2000 - 2003 | Fellowship, Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles |
| 2012 - 2015 | Master's Degree, Clinical and Biomedical Investigations in Translational Science, USC |

**ACADEMIC APPOINTMENTS:**

| Year-Year | Appointment | Department, Institution, City, Country |
|---|---|---|
| 2006 - 2016 | Assistant Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |
| 2016 - Present | Associate Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |

**CLINICAL/ADMINISTRATIVE APPOINTMENTS:**

| | | |
|---|---|---|
| 2008 - 2012 | Fellowship Director | Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |
| 2012 - present | Medical Director | The Center for Transyouth Health and Development, Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |

1

PLAINTIFFS002774

| 2021 - present | Clinical consultant | Santa Barbara Neighborhood Clinics |
|---|---|---|

## LICENSURE, CERTIFICATIONS

### LICENSURE:

| Year | License number, State, Status |
|---|---|
| 2000 | A-67352, California, Active |

### BOARD CERTIFICATION OR ELIGIBILITY:

| Year | Board, State, Status |
|---|---|
| 2001, 2009, 2015 | Pediatrics, California, active |

### SPECIALTY CERTIFICATION:

| Year | Specialty Certification, Status |
|---|---|
| 2003, 2013 | Adolescent Medicine, California, active |

## HONORS, AWARDS:

| Year | Description | Awarding agency, address, city |
|---|---|---|
| 2009 | Health Care Advocacy Champion | Democratic Advocates for Disability Issues, Los Angeles |
| 2010 | Clinical Research Academic Career Development Award | Saban Research Center TSRI Program: Community Health Outcomes and Intervention, Los Angeles |
| 2012 | Extraordinary Service Award | Equality California, 202 W 1st St., Suite 3-0130, Los Angeles |
| 2013 | Top Doctor | Castle Connolly |
| 2014 | Anne Marie Staas Ally Award | Stonewall Democratic Club; 1049 Havenhurst Drive #325, West Hollywood |
| 2014 | Top Doctor | Castle Connolly |
| 2014 | Recognition Award for Outstanding, Compassionate and Innovative Service | SoCal Society for Adolescent Health and Medicine Regional Chapter, Los Angeles |
| 2015 | The Champion Award | The Division of Adolescent Medicine; CHAMPION FUND 5000 Sunset Blvd. Los Angeles |
| 2016 | America's Most Honored Professional's – Top 10% | America's Most Honored Professional's |
| 2016 | Regional Top Doctor | Castle Connolly |
| 2017 | Exceptional Women in Medicine | Castle Connolly |
| 2017 | Regional Top Doctor | Castle Connolly |
| 2017 | America's Most Honored Professional's – Top 5% | America's Most Honored Professional's |
| 2018 | Regional Top Doctor | Castle Connolly |
| 2019 | Benjamin Meaker Visiting Professorship | University of Bristol, Bristol UK |
| 2019 | Regional Top Doctor | Castle Connolly |
| 2019 | L.A's Top Docs | Los Angeles Magazine |
| 2019 | Top Docs | Pasadena Health |
| 2019 | America's Most Honored Professional's – Top 1% | America's Most Honored Professional's |
| 2020 | Regional Top Doctor | Castle Connolly |
| 2020 | Southern California Top Doc | Castle Connolly |

2

PLAINTIFFS002775

| 2020 | Southern California Top Doctors | |
| 2020 | L.A's Top Docs | Los Angeles Magazine |
| 2020 | America's Most Honored Professional's – Top 1% | America's Most Honored |
| 2021 | Southern California Top Doc | Castle Connolly |
| 2021 | America's Most Honored Doctors – Top 1% | America's Most Honored |
| 2021 | Top Doctors | Castle Connolly |
| 2022 | America's Most Honored Doctors – Top 1% | America's Most Honored |
| 2022 | Top Doctors | Castle Connolly |

**TEACHING**

**DIDACTIC TEACHING:**

*Keck School of Medicine at USC*

| Year-Year | Course Name | Units/Hrs | Role |
|---|---|---|---|
| 2019 | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth | One hour | Curriculum development and delivery |
| 2020, 2021, 2022 | Approach to the Care of Gender Non-conforming Children and Transgender Youth | One hour | Curriculum development and delivery |
| 2023 | Transgender and Non-binary Youth and Young Adults 101 | One hour | Curriculum development and delivery |

*CalState Fullerton*

| Year-Year | Course Name | Units/Hrs | Role |
|---|---|---|---|
| 2017 | Gender Nonconforming and Transgender Youth | One hour | Curriculum development and delivery |

**UNDERADUATE, GRADUATE AND MEDICAL STUDENT (OR OTHER) MENTORSHIP:**

| Year-Year | Trainee Name | Trainee Type | Dissertation/Thesis/Project Title |
|---|---|---|---|
| 2015 - 2016 | David Lyons | MD | Transgender Youth Clinical Clerkship |
| 2016 - 2019 | Jonathan Warus | MD | Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts |
| 2019 - 2021 | Laer Streeter | MD | Comparison of Histrelin Implants |
| 2020 - Present | Richard Mateo Mora | MD | Fertility Preservation Among Transgender Women |
| 2022 | Avery Everhart | PhD | Incomplete Data & Insufficient Methods: Transgender Population Health Research in the US |

3

PLAINTIFFS002776

**GRADUATE STUDENT THESIS, EXAM AND DISSERTATION COMMITTEES:**

| Year-Year | Trainee Name | Committee Type | Student Department |
|---|---|---|---|
| 2022 | Avery Everhart | Dissertation | Social Work |

**POSTGRADUATE MENTORSHIP:**

| Year-Year | Trainee Name | If past trainee, current position and location |
|---|---|---|
| 2012-2013 | Lisa Simons, MD | Clinical Instructor – Lurie Children's Hospital |
| 2013 | Shelley Aggarwal, MD | Clinical Instructor – Stanford University School of Medicine |
| 2014 | Julie Spencer, MD | Adolescent Medicine Provider Kaiser Hospital |
| 2014-2015 | Michael Haymer, MD | Program Director, Psychiatry Department UCLA |
| 2015-2017 | Patrick Shepherd, MD | CHLA Endocrinology Fellow |
| 2015-2018 | Jonathan Warus, MD | Faculty, CHLA/USC Keck School of Medicine |
| 2015-2020 | Shannon Dunlap, PhD | Postdoctoral Scholar - Research Associate, University of Southern California, Suzanne Dworak-Peck School of Social Work |
| 2020-Present | Marianela Gomez-Rincon, MD | Adolescent Medicine Fellow |
| 2020-Present | Jonathan Warus, MD | CHLA, Assistant Professor of Clinical Pediatrics |
| 2022 | Emmett Henderson, PhD, MS | USC Suzanne Dworak-Peck School of Social Work Senior mentor K99; USC |

**MENTORSHIP OF FACULTY:**

| Year-Year | Mentee Name | Mentee Department |
|---|---|---|
| 2021 - present | Jonathan Warus, MD | Division of Adolescent Medicine, CHLA |
| 2022 | Brigid Conn, PhD | Clinical Psychologist, CHLA |

**SERVICE**

**DEPARTMENT SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2010-2015 | Secretary, The CHAMPION Fund Executive Board | The Division of Adolescent Medicine, Children's Hospital Los Angeles |

**HOSPITAL OR MEDICAL GROUP SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2021 - present | Committee Member | SOGI work group, CHLA |

4

PLAINTIFFS002777

**PROFESSIONAL SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2012-present | Member, LGBT Special Interest Group | Society for Adolescent Health and Medicine |
| 2022 | Secretary, Executive Board of Directors | US Professional Association of Transgender Health |

**CONSULTANTSHIPS AND ADVISORY BOARDS:**

| Year | Position, Board | Organization/Hospital/School, Institution |
|---|---|---|
| 2010-2017 | Member, Advisory Board | Transyouth Family Allies |
| 2017-present | Member, National Medical Committee | Planned Parenthood |
| 2017 - Present | Board Member | US Professional Association of Transgender Health |
| 2021 | Expert Panelist | Robert Wood Johnson Foundation - National Commission on Data Transformation for Health Equity |
| 2021 | Member, Advisory Board | The National LGBTQIA+ Health Education Center |

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

| Year- Year | Society |
|---|---|
| 2003 - present | Society for Adolescent Health and Medicine |
| 2005 - present | American Academy of Pediatrics |
| 2006 - 2011 | Los Angeles Pediatric Society (Past president 2010) |
| 2010 - present | Professional Association for Transgender Health |
| 2014 - present | Society for Pediatric Research |
| 2017 - present | US Professional Association for Transgender Health |

**MAJOR LEADERSHIP POSITIONS: (E.G., DEAN, CHAIR, INSTITUTE DIRECTOR, HOSPITAL ADMINISTRATION, ETC.)**

**RESEARCH AND SCHOLARSHIP**

**EDITORSHIPS AND EDITORIAL BOARDS:**

| Year-Year | Position | Journal/Board Name |
|---|---|---|
| 2015 - present | Associate Editor | Journal of Transgender Health |

**MANUSCRIPT REVIEW:**

5

PLAINTIFFS002778

| Year-Year | Journal |
|---|---|
| 2014 - present | Pediatrics |
| 2014 - present | Journal of Adolescent Health |
| 2014 - present | LGBT Health |
| 2014 - present | International Journal of Transgenderism |
| 2015 - present | Journal of Transgender Health |
| 2018 - present | Clinical Child Psychology and Psychiatry |
| 2018 - present | Journal of Sexual Medicine |
| 2018 - present | Journal of Transgender Health |
| 2021 - present | JAMA Peds |

## GRANT REVIEWS:

| Year | Description | Awarding agency, City, State, Country |
|---|---|---|
| 2017 | Cognition and Perception Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2017 | Neurological, Aging and Musculoskeletal Epidemiology Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2018 | Social Psychology, Personality and Interpersonal Processes Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2018 | Neurological, Aging and Musculoskeletal Epidemiology Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2019 | Special Emphasis Panel Review of Research Conference (R13) Grants | National Institutes of Health, Bethesda, Maryland, USA |
| 2019 | The Einstein Foundation Award for Promoting Quality in Research | Einstein Foundation, Berlin |
| 2020 | Biobehavioral and Behavioral Sciences Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2021 | Social Psychology, Personality and Interpersonal Processes Study Section | National Institutes of Health, Bethesda, Maryland, USA |

## MAJOR AREAS OF RESEARCH INTEREST

| Research Areas |
|---|
| 1. Transgender and non-binary children, adolescents and young adults |
| 2. HIV medication adherence |

## GRANT SUPPORT - CURRENT:

| Grant No. (PI)2R01HD082554-06A1 (Olson-Kennedy) | Dates of Award: 2021-2026 |
|---|---|
| Agency: NICHD | Percent Effort 25% |
| Title: The Impact of Early Medical Treatment in Transgender Youth | |
| Description: This is the continuations of a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. | |

6

PLAINTIFFS002779

| Role: Principle Investigator |
| Total Direct Costs: $4,918,586 |

| Grant No. 1R01HD097122-01 (Hidalgo) | Dates of Award: 2019-2024 |
| Agency: NICHD | Percent Effort 2.5% |
| Title: A Longitudinal Study of Gender Nonconformity in Prepubescent Children | |
| Description: The purpose of this study is to establish a national cohort of prepubertal transgender/gender nonconforming (TGNC) children (and their parents), and longitudinally observe this cohort to expand the body of empirical knowledge pertaining to gender development and cognition in TGNC children, their mental health symptomology and functioning over time, and how family-initiated social gender transition may predict or alleviate mental health symptoms and/or diagnoses. | |
| Role: Site PI | |
| Total Direct Costs: $2,884,950 | |

**GRANT SUPPORT - PAST:**

| Grant No. (PI) 1RO1HD082554-01A1 | Dates of Award: 2015-2020 |
| Agency: NICHD | Percent Effort 45% |
| Title: The Impact of Early Medical Treatment in Transgender Youth | |
| Description: This is a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. | |
| Role: Principle Investigator | |
| Total Direct Costs: $4,631,970 | |
| Grant No. (COI) R01AI128796-01 | Dates of Award: 2/24/17-1/31/18 |
| Agency: NIAID | Percent Effort: 5% |
| Title: Maturation, Infectibility and Trauma Contributes to HIV Susceptibility in Adolescents | |
| Description: This proposal explores the overarching hypothesis that fluctuations in sex steroid levels and mucosal trauma (sexual activity) are key determinants of mucosal immune activation and epithelial integrity, and that microbial communities are central to these processes. We will pursue this hypothesis by examining longitudinal changes in the anogenital microbiome as well as protein expression at these mucosal sites during sexual maturation (cisgender youth) and in hormonally-controlled sexual maturation (transgender youth). Associations between sex steroid levels, microbial community composition, mucosal trauma, and vaginal proteins will be determined and modeled. | |
| Role: Co-Investigator | |
| Total Direct Costs: $44,816 | |

| Grant No. (PI) U01HD040463 | Dates of Award 2006 – 2016 |
| Agency: NIH/NICHD | Percent Effort: 10% |
| Title: Adolescent Medicine Trials Network for HIV/AIDS | |
| Description: Adolescent Medicine Trials Network for HIV/AIDS | |

7

PLAINTIFFS002780

| | |
|---|---|
| *Role: Co-Investigator* | |
| *Total Direct Costs: 2,225,674* | |

| | |
|---|---|
| *Grant No. (PI) SC CTSI 8KL2TR000131* | *Dates of Award: 2012-2014* |
| *Agency: KL2 Mentored Career Research Development Program of the Center for Education, Training and Career Development* | *Percent Effort: 37.5%* |
| *Title:* The Impact of Hormone Blockers on the Physiologic and Psychosocial Development of Gender Non-Conforming Peri-Pubertal Youth | |
| *Description: This study aimed to understand the impact of puberty blocking medications on mental health and physiolgic parameters in peri-pubertal transgender youth.* | |
| *Role: Principal Investigator* | |
| *Total Direct Costs: 191,525* | |

**Invited Lectures, Symposia, keynote addresses**

| Date | Type | Title, Location |
|---|---|---|
| 2014 | Invited Lecture | Transgender Youth; Needs, Risks, Outcomes and the Role of the System, Including Permanency and Inclusion for Our Youth, Administrative Office of the Courts, Center for Families and Children, San Diego, California |
| 2015 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Lopez Family Foundation Special Lecture for Puerto Rico and Panama, Lopez Family Foundation, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | Symposium | Transgender Youth – An Overview of Medical and Mental Health Needs of Gender Non-Conforming Children and Transgender Adolescents, Public Child Welfare Training Academy, Academy for Professional Excellence at San Diego State University School of Social Work, San Diego, California |
| 2015 | Invited Lecture | Meeting the Needs of Transgender Adolescents; 1st Annual Southern California LGBT Health Symposium; USC/UCLA, Los Angeles, California |
| 2015 | Symposium | Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents; GetReal California's Initiative; "Integrating Sexual Orientation, Gender Identity, and Expression (SOGIE) into California's Child Welfare System," Oakland, California |
| 2016 | Invited Symposium | Caring for Gender Nonconforming and Transgender Youth; Idyllwild, California |
| 2016 | Educational symposium | Gender 101: A Primer; Vista Mar, California |
| 2016 | Invited Lecture | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach, California Association of Marriage and Family Therapists, Los Angeles, California |
| 2016 | Invited Lecture | Caring for Gender Nonconforming Children and Transgender Youth, California Psychological Association, Continuing Education Institute, Irvine, California |
| 2016 | Invited Lecture | Health Issues Related to Transgender Youth; LA City Health Commission, Los Angeles, California |

PLAINTIFFS002781

| 2016 | Invited Lecture | Caring for Gender Nonconforming and Transgender Youth, Medical Directors 12th Annual Update on Reproductive Health and Medical Leadership, Planned Parenthood, Steamboat Springs, Colorado |
| 2016 | Invited Lecture | Caring For Transgender Teens, UCLA Meet the Professor, Los Angeles, CA |
| 2017 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Santa Barbara, CA |
| 2017 | Invited Lecture | Healthcare for TGNC Youth, Expanding Competency for LGBT Youth in the System, Washington DC |
| 2017 | Invited Lecture | Gender Non-conforming and Transgender Children and Youth; Center for Early Education, West Hollywood, CA |
| 2017 | Invited Lecture | Rethinking Gender, University of Massachusetts, Annual Convocation Welcome Luncheon, Worcester, MA |
| 2017 | Invited Lecture | Gender Non-Conforming Children and Transgender Youth, Board of Behavioral Sciences, Orange, CA |
| 2017 | Invited Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, Santa Monica Rape Treatment Center, Santa Monica, CA |
| 2017 | Invited Lecture | Transgender Youth Care in the New Millennium, USC Law and Global Health Initiative, Los Angeles, CA |
| 2018 | Invited Lecture | Supporting Gender Diverse and Transgender Youth: A Deeper Look at Gender Dysphoria, Studio City, CA |
| 2018 | Invited Lecture | Working with Trans and Gender Non-Conforming Youth, Children's Hospital Orange County, CA |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, Ascend Residential, Encino CA |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, California State University Northridge, Northridge, CA |
| 2018 | Invited Lecture | Gender Dysphoria; School Nurse Organization of Idaho Annual Conference, Idaho |
| 2018 | Invited Lecture | Gender and What You Should Know, Archer School for Girls, Brentwood, CA |
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Oceanside, CA |
| 2018 | Invited Lecture | Gender Dysphoria: Beyond the Diagnosis, Advance LA, Los Angeles, CA |
| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Andrology Society of America Clinical Symposium, Portland, OR |
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Los Angeles, CA |
| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Center for Early Education, Los Angeles, CA |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
| 2019 | Symposium | TransYouth Care; Flagstaff, AZ |
| 2019 | Invited Lecture | Transgender and Gender Non-conforming Youth, Ascend Residential Treatment, Utah |
| 2019 | Invited Lecture | Gender Diverse and Transgender Youth; What Pediatricians Should Know, Common Problems in Pediatrics Conference, Utah AAP, Utah |

9

| 2019 | Invited Lecture | Gender Diverse and Transgender Youth; What Pediatricians Should Know, Common Problems in Pediatrics Conference, Utah AAP, Utah |
|------|-----------------|---|
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, UCLA Olive View, CA |
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, Good Samaritan, CA |
| 2019 | Invited Lecture | Puberty Suppression in Youth with Gender Dysphoria, Fenway Trans Health Program, Boston |
| 2019 | Invited Lecture | Recognizing the Needs of Transgender Youth, California Department of Corrections and Rehabilitation, Ventura, CA |
| 2019 | Invited Lecture | Gender Dysphoria; Beyond the Diagnosis, Gender Education Demystification Symposium, GA |
| 2019 | Invited Lecture | Caring for Gender Nonconforming and Transgender Youth, Los Angeles Superior Court/Los Angeles Bar Association Training, CA |
| 2019 | Invited Lecture | Supporting Gender Diverse and Transgender Youth; A Deeper Look at Gender Dysphoria, Oakwood School, CA |
| 2020 | Symposium | Trans Youth Care, Chico Transgender Week, Virtual Presentation |
| 2020 | Invited Lecture | Gender Nonconforming and Transgender Youth, Novartis, Virtual Presentation |
| 2020 | Invited Lecture | Advanced Hormones; More than Just T and E, CHLA, Virtual Presentation |
| 2020 | Invited Lecture | Video Telehealth and Transgender Youth, Telehealth Best Practices for the Trans Community, The Central Texas Transgender Health Coalition, Virtual Presentation |
| 2020 | Invited Lecture | Gear Talk, Transforming Families, Virtual Lecture |
| 2020 | Invited Lecture | Tips for Parenting a Trans or Gender Diverse Youth, Models of Pride, Virtual Presentation |
| 2020 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, LGBTQ+ Clinical Academy, Palo Alto University, Virtual presentation |
| 2020 | Invited Lecture | USC Medical School, Los Angeles, CA |
| 2020 | Invited Lecture | Medical Interventions for transgender youth, Cal State Los Angeles, Los Angeles |
| 2020 | Plenary Session | Understanding Issues Involving Gender Non-Conforming and Transgender Individuals Coming to a Courtroom Near You,  Mid-Winter Workshop for Judges of the Ninth Circuit, Palm Springs, CA |
| 2021 | Invited Lecture | Gender Affirmation through a Social Justice Lens; Center for Gender Equity in Medicine and Science (GEMS) at Keck School of Medicine, Los Angeles |
| 2021 | Invited Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Providence Medical Group – South Bay Pediatrics (Torrance, San Pedro, Redondo Beach), virtual lecture |
| 2021 | Invited Lecture | Caring for Gender Diverse and Transgender Youth. SLO Acceptance, Cal Poly, Virtual Presentation |
| 2022 | Invited Lecture | Transgender and Non-binary children and youth, Board of Behavioral Sciences |
| 2022 | Invited Lecture | Gender Affirmation through a Social Justice Lens; University of Arizona Health Sciences LGBTQ+ Symposium & Health Fair |

10

PLAINTIFFS002783

| 2022 | Invited Lecture | Gender Dysphoria in Children, Adolescents and Young Adults, MedLambda and PsychSIG Keck USC School of Medicine, Virtual Lecture |
| 2022 | Invited Lecture | Caring for Transgender and Gender Nonconforming Youth, Presbyterian Healthcare Services, New Mexico, Virtual lecture |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Rogers Behavioral Health, Virtual Lecture |
| 2023 | Invited Lecture | **Transgender and Non-binary Youth and Young Adults 101,** When Healthcare Gets Political; Health Justice and Systems of Care course, Keck USC School of Medicine, Los Angeles |
| | | |
| | | |

**Invited Grand Rounds, CME Lectures**

| Date | Type | Title, Location |
|------|------|-----------------|
| 2014 | Grand Rounds | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach; Seattle Children's Hospital, Seattle, Washington |
| 2014 | CME lecture | Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents; Eisenhower Medical Center Transgender Health Symposium, Palm Springs, California |
| 2014 | Grand Rounds | Toddlers to Teens: Comprehensive Health Care for the Transgender Child, Cultural Psychiatry Lecture Series, University of Iowa Carver College of Medicine, Iowa City, Iowa |
| 2014 | Grand Rounds | Caring for Gender Non-conforming Children and Teens in the New Millennium; A Multidisciplinary Team Approach, Children's Hospital Los Angeles, Los Angeles, California |
| 2014 | CME lecture | Difficult Cases, Gender Spectrum Family Conference, Gender Spectrum, Moraga, California |
| 2014 | CME lecture | Difficult Cases, Gender Spectrum Family Conference, Gender Spectrum, Moraga, California |
| 2014 | CME lecture | Cross-sex Hormones for Teenagers, How Young is Too Young? Philadelphia Trans Health Conference, Philadelphia, Pennsylvania |
| 2014 | CME lecture | Pediatric Update, Philadelphia Trans Health Conference, Philadelphia, Pennsylvania |
| 2015 | Grand Rounds | Caring for Gender Nonconforming and Transgender Youth, Stanford Division of Adolescent Medicine, Palo Alto, CA |
| 2015 | CME Educational Lecture | The Transgender Experience, St. Joseph's Providence, Burbank, CA |
| 2015 | CME Educational Lecture | Update on the Transgender Patient for the PCP, St. Joseph's Providence, Burbank, CA |
| 2015 | CME Educational Lecture | Caring for Gender Non-Conforming Children and Transgender Teens, Providence Tarzana, CA |
| 2015 | Grand Rounds | Caring for Gender Nonconforming and Transgender Youth, University of Southern California, Los Angeles, California |

11

PLAINTIFFS002784

| 2015 | Grand Rounds | Puberty Blockers and Cross Sex Hormones, Pediatric Endocrinology, Children's Hospital Los Angeles, Los Angeles, California |
|---|---|---|
| 2015 | CME lecture | Youth and Hormones, 2015 Gender Expansion Conference, University of Montana, Missoula Montana |
| 2015 | CME lecture | Transyouth Healthcare, 2015 Gender Expansion Conference, University of Montana, Missoula Montana |
| 2015 | CME lecture | Supporting Transgender Youth, Southern Oregon University Student Health and Wellness Center Workshop, Southern Oregon University, Ashland, Oregon |
| 2015 | PCS Grand Rounds | Caring for Gender Nonconforming Children and Transgender Youth, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | CME lecture | Medical Care for Gender Non-Conforming Children, Transgender Adolescents and Young Adults in the New Millennium, Continuing Medical Education of Southern Oregon, Medford, Oregon |
| 2015 | Grand Rounds | Medical Care for Gender Non-Conforming Children and Transgender Youth, Olive View Medical Center-UCLA, Sylmar, California |
| 2015 | Grand Rounds | Caring for Gender Non-conforming Children and Transgender Teens, Harbor-UCLA Department of Pediatrics, Torrance, California |
| 2015 | CME lecture | Caring for Gender Non-conforming Children and Teens in the New Millennium, Healthcare Partners Pediatric Town Hall Meeting, Healthcare Partners CME, Glendale, California |
| 2016 | Pediatric Grand Rounds | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth; Children's Hospital Los Angeles, Los Angeles, California |
| 2016 | Endocrine Grand Rounds | Approach to Care of Gender Non-Conforming Children and Transgender Adolescents; Cedars Sinai Hospital, Los Angeles, California |
| 2016 | Pediatric Grand Rounds | Care of Gender Non-Conforming Children and Transgender Adolescents in the New Millennium, Stanford Lucille Packard Children's Hospital, Palo Alto, California |
| 2016 | Pediatric Update | Caring for Gender Variant Children and Adolescents, St. Louis, Missouri |
| 2016 | Grand Rounds | Care of Gender Non-Conforming Children and Transgender Adolescents in the New Millennium, St. Jude's Grand Rounds, Memphis, Tennessee |
| 2016 | CME Educational Lecture | Transgender and Gender Non-Conforming Youth: Innovative Approaches to Care in 2016; Integrating Substance Use, Mental Health, and Primary Care Services: Courageous and Compassionate Care, Los Angeles, California |
| 2016 | CME; professional conference | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach, Arizona Psychiatric Society, Tempe, Arizona |
| 2016 | CME/Educational Symposium | Caring for Gender Nonconforming and Transgender Youth, San Diego, California |
| 2016 | CME/CEU Educational Training | Medical Interventions for Transgender Youth and Young Adults, San Diego State University, San Diego, California |
| 2016 | Grand Rounds | Caring for Gender Nonconforming Children and Transgender Youth, Mt. Sinai Hospital, Pediatric Grand Rounds George J. Ginandes Lecture, New York, New York |

12

PLAINTIFFS002785

| 2016 | CME Educational Lecture | The Transgender Experience, Providence Tarzana, CA |
|---|---|---|
| 2017 | CME Educational Seminar | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, San Diego, CA |
| 2017 | CME Educational Seminar | The Care of Gender Non-Conforming children and Transgender Youth; Orange County Health Care Agency, Orange County, CA |
| 2017 | CME Educational Lecture | Rethinking Gender, Adolescent Grand Rounds, Children's Hospital Los Angeles, Los Angeles, CA |
| 2017 | CME Educational Lecture | Gender Non-Conforming Children and Transgender Youth, Pasadena CA |
| 2017 | CME Educational Lecture | Gender Non-Conforming and Transgender Children and Adolescents, Developmental Pediatrics continuing education lecture, Children's Hospital Los Angeles, CA |
| 2017 | CME Educational Lecture | Care of Gender Non-Conforming Children and Transgender Adolescents, Lopez Family Foundation Educational Lecture, Los Angeles, CA |
| 2017 | CME Educational Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, USC Keck School of Medicine Reproductive Health, Los Angeles, CA |
| 2017 | CME Educational Seminar | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, San Diego, CA |
| 2018 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Glendale Unified School District, CA |
| 2018 | CME Educational Lecture | Caring for Gender Non-Conforming Children and Transgender Youth, CME by the Sea, CA |
| 2018 | CME Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Austin, TX |
| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Desert Oasis Healthcare, Palm Desert, CA |
| 2018 | CME Workshop | Mental and Medical Healthcare for Transgender Adolescents, California Association of Marriage and Family Therapists, Garden Grove, CA |
| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Keck School of Medicine, Los Angeles, CA |
| 2018 | Grand Rounds | Caring for Gender Non-Conforming Children and Transgender Adolescents, Primary Children's Hospital, Salt Lake City, UT |
| 2018 | CME Educational Lecture | Caring for Transgender Youth, Chico Trans Week, Chico, CA |

13

PLAINTIFFS002786

| 2018 | CME Educational Lecture | Rethinking Gender, UCSD Medical School, San Diego, CA |
|------|------|------|
| 2018 | CME Educational Lecture | Rethinking Gender, UCLA Medical School, Los Angeles, CA |
| 2019 | Symposium | Recognizing the Needs of Transgender Youth, California Department of Corrections and Rehabilitation, Stockton, CA |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
| 2019 | CME Lecture | Gender Diverse and Transgender Youth, Harbor UCLA Medical Center Grand Rounds, Torrance, CA |
| 2019 | CME Lecture | Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey San Diego, San Diego, CA |
| 2019 | Grand Rounds | Transgender Youth; What's New in 2019?, Children's Hospital Los Angeles, CA |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Children's Hospital Orange County, CA |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Stanislaus County Behavioral Health and Recovery Services, CA |
| 2019 | CME Eduational Lecture | Rethinking Gender, Olive View Medical Center Grand Rounds, CA |
| 2020 | CME Lecture | Gender Affirmation Through a Social Justice Lens, SAHM Conference, Virtual Presentation |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, AAP Conference, Virtual Lecture |
| 2020 | CME Lecture | Conversations with LGBTQ youth; the role of the pediatrician, AAP Conference, Virtual Lecture |
| 2020 | Grand Rounds | Creating Affirming Environments for Trans and Gender Diverse Patients, USC OB/Gyn Grand Rounds, Virtual Presentation |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Resident Lecture, CHLA |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Facey Medical Group, Los Angeles, CA |
| 2020 | Plenary Lecture | Reframing Gender Dysphoria, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Gender Affirming Care for Pre and Peri-pubertal Trans and Gender Diverse Youth, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Division of Endocrinology, USC, Los Angeles, CA |
| 2021 | CME Lecture | Transitioning:  From Invalidation and Trauma to Gender Affirming Care; Department of Anesthesiology at CHLA |

PLAINTIFFS002787

| 2021 | CME Lecture | Transitioning from Invalidation and Trauma to Gender Affirming Care; ACCM Grand Rounds, Children's Hospital Los Angeles, Virtual presentation |
| 2021 | CME Symposium | TransYouth Care; Transfamily Support San Diego, Virtual Symposium |
| 2021 | Symposium | TransYouth Care for Parents; Santa Clara, CA |
| 2022 | CME Lecture | Gender affirming medical interventions; An Evolving landscape, Critical Issues in Child and Adolescent Mental Health Conference, San Diego, California |
| 2022 | CME Symposium | TransYouth Care for Mental Health Providers; Santa Clara, CA |
| 2022 | CME Symposium | TransYouth Care; Transfamily Support San Diego, Virtual Symposium |

**International Lectures**

| *Date* | *Type* | *Title, Location* |
|---|---|---|
| 2013 | Keynote | Caring for Gender Non-conforming Children and Adolescents in the New Millennium, Vancouver, Canada |
| 2016 | CME; professional conference | Social Transitions in Pre-pubertal Children; What do we know? World Professional Association of Transgender Health, Amsterdam, The Netherlands |
| 2016 | CME; professional conference | Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities, World Professional Association of Transgender Health, Amsterdam, The Netherlands |
| 2016 | CME; professional conference | Workgroup on Gender Nonconforming/Transgender Youth: Biopsychosocial Outcomes and Development of Gender Identity, World Professional Association of Transgedner Health, Amsterdam, The Netherlands |
| 2017 | Invited Lecture | Gender Dysphoria, Beyond the Diagnosis, Pink Competency, Oslo Norway |
| 2017 | Invited Lecture | Caring for Gender Non-Conforming Children and Transgender Adolescents: A United States Perspective, Pink Competency, Oslo Norway |
| 2017 | Invited Lecture | Caring for Gender Non-conforming and Transgender youth and Young Adults, Diverse Families Forum: The Importance of Family Support in The Trans And LGBT Children, Organized by COPRED and The International Association Of Families For Diversity (FDS), Mexico City, Mexico |
| 2018 | Invited Lecture | Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults: Comparison of Nonsurgical and Postsurgical Cohorts, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Transgender Youth and Gender Affirming Hormones; A 6-8 year follow-up, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Transyouth Care – An NIH Multisite Study About the Impact of Early Medical Treatment in Transgender Youth in the US, Buenos Aires, Argentina |

PLAINTIFFS002788

| 2018 | Invited Lecture | Uso de Hormonas Reaffirmantes de Genero en Adolescentes Transgenero, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
|---|---|---|
| 2018 | Invited Lecture | Bloquedores de la Pubertad, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
| 2018 | CME Educational Lecture | Puberty Blockers and Gender Affirming Hormones for Transgender Youth: What Do We Know, and What Have We Learned, Pediatric Academic Societies, Toronto, Canada |
| 2019 | Grand Rounds | Rethinking Gender, Grand Rounds, The Hospital for Sick Children, Toronto, Canada |
| 2019 | Keynote | ***Gender Dysphoria; Beyond the Diagnosis,*** Promoting Innovation and Collaboration to Support Gender Diverse Youth Conference, The Hospital for Sick Children, Toronto, Canada, December 2019 |
| 2019 | Invited Lecture | Hormonas que Affirman el Genero pasa Juventud y Adultos Menores Trans, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Infancia Trans y da Genero Diverso, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Transgender Youth: Medical and Mental Health Needs, Bristol, United Kingdom |
| 2019 | Invited Lecture | Rethinking Gender, University of Bristol, United Kingdom |
| 2019 | CME; professional conference | Male Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, European Professional Association of Transgender Health, Rome Italy |
| 2019 | CME; professional conference | Transgender Youth and Gender Affirming Hormones; 5-7 Year Follow Up, European Professional Association of Transgender Health, Rome Italy |
| 2019 | CME Educational Lecture | Gender Dysphoria; Beyond the Diagnosis, European Professional Association of Transgender Health, Rome Italy |
| 2022 | Plenary Session | The Landscape of Gender Affirming Care for Youth in the US, AusPATH, Virtual |
| 2022 | CME; professional conference | Emotional Functioning of Adolescents with Gender Dysphoria After Two Years of Treatment; WPATH Conference, Montreal, Canada |
| 2022 | CME; Professional Conference | Creating Enduring Materials; WPATH Conference, Montreal, Canada |
| 2023 | | |
| | | |
| | | |

**Keynote/Plenary Presentations**

16

| Date | Type | Title, Location |
|------|------|-----------------|
| 2015 | Keynote | The Future of Trans Care in the New Millennium, Gender Infinity Conference, Houston, Texas |
| 2016 | Plenary Session | Caring for Trans Youth and Gender Non-Conforming Children, Transgender Spectrum Conference, St. Louis, Missouri |
| 2018 | Keynote | Future Directions, USPATH, Washington DC |
| 2019 | Keynote | Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Inaugural LGBTQ summit, Santa Clara CA |
| 2021 | CME; professional conference | Advances and Challenges in the Care of Transgender/Gender Diverse Youth; USPATH Conference, Virtual presentation |
| 2022 | Keynote | Gender Affirmation Through a Social Justice Lens, Indiana University School of Medicine |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Supporting the Well-Being of LGBTQ Youth Certificate Program Center for Juvenile Justice Reform Georgetown University, virtual training |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Young Women's Career Conference (YWCC) for the Girls Academic Leadership Academy; virtual lecture |

## PUBLICATIONS:

**\* INDICATES TRAINEES**
**\*\* INDICATE YOURSELF AS CO-FIRST OR CO-CORRESPONDING OR SENIOR AUTHORS**

### REFEREED JOURNAL ARTICLES:

1. Belzer M, Sanchez K, **Olson J**, Jacobs AM, Tucker D. Advance supply of emergency contraception: a randomized trial in adolescent mothers. J Pediatr Adolesc Gynecol. 2005 Oct;18(5):347-54. PubMed PMID: 16202939.

2. Puccio JA, Belzer M, **Olson J**, Martinez M, Salata C, Tucker D, Tanaka D. The use of cell phone reminder calls for assisting HIV-infected adolescents and young adults to adhere to highly active antiretroviral therapy: a pilot study. AIDS Patient Care STDS. 2006 Jun;20(6):438-44. PubMed PMID: 16789857.

3. **Olson J\*\*,** Forbes C, Belzer M. Management of the transgender adolescent. Arch Pediatr Adolesc Med. 2011 Feb;165(2):171-6. doi: 10.1001/archpediatrics.2010.275. Review. PubMed PMID: 21300658.

4. Simons L\*, Schrager SM, Clark LF, Belzer M, **Olson J\*\*.** Parental support and mental health among transgender adolescents. J Adolesc Health. 2013 Dec;53(6):791-3. DOI: 10.1016/j.jadohealth.2013.07.019. Epub 2013 Sep 4. PubMed PMID: 24012067; PubMed Central PMCID: PMC3838484.

5. Belzer ME, Naar-King S, **Olson J**, Sarr M, Thornton S, Kahana SY, Gaur AH, Clark LF; Adolescent Medicine Trials Network for HIV/AIDS Interventions. The use of cell phone support for non-adherent HIV-infected youth and young adults: an initial randomized and controlled intervention trial. AIDS Behav. 2014 Apr;18(4):686-96. doi: 10.1007/s10461-013-0661-3. PubMed PMID: 24271347; PubMed Central PMCID: PMC3962719.

17

PLAINTIFFS002790

6. **Olson J\*\***, Garofalo R. The peripubertal gender-dysphoric child: puberty suppression and treatment paradigms. Pediatr Ann. 2014 Jun;43(6):e132-7. doi: 10.3928/00904481-20140522-08. PMID: 24972421.

7. **Olson J\*\***, Schrager SM, Clark LF, Dunlap SL, Belzer M. Subcutaneous Testosterone: An Effective Delivery Mechanism for Masculinizing Young Transgender Men. LGBT Health. 2014 Sep;1(3):165-7. doi: 10.1089/lgbt.2014.0018. Epub 2014 Jun 26. PMID: 26789709.

8. Schrager SM, **Olson J,** Beharry M\*, Belzer M, Goldsich K\*, Desai M, Clark LF. Young men and the morning after: a missed opportunity for emergency contraception provision? J Fam Plann Reprod Health Care. 2015 Jan;41(1):33-7. doi: 10.1136/jfprhc-2013-100617. Epub 2014 Jan 24. PubMed PMID: 24465024.

9. Belzer M, Kolmodin MacDonell K, Clark L, Huang J, **Olson J**, Kahana S, Naar S, Sarr M, Thornton S. Acceptability and Feasibility of a Cell Phone Support Intervention for Youth Living with HIV with Nonadherence to Antiretroviral Therapy, AIDS Patient Care and STDs, Vol. 29, No. 6, June 2015: 338-345. doi: 10.1089/apc.2014.0282;

10. Klein DA, Ellzy JA, **Olson J\*\***. Care of a Transgender Adolescent. Am Fam Physician. 2015 Jul 15;92(2):142-8. PMID: 26176373.

11. **Olson J\*\***, Schrager SM, Belzer M, Simons LK\*, Clark LF. Baseline Physiologic and Psychosocial Characteristics of Transgender Youth Seeking Care for Gender Dysphoria. J Adolesc Health. 2015 Oct;57(4):374-80. doi: 10.1016/j.jadohealth.2015.04.027. Epub 2015 Jul 21. PMID: 26208863; PMCID: PMC5033041.

12. **Olson-Kennedy J\*\***, Cohen-Kettenis PT, Kreukels BP, Meyer-Bahlburg HF, Garofalo R, Meyer W, Rosenthal SM. Research priorities for gender nonconforming/transgender youth: gender identity development and biopsychosocial outcomes. Curr Opin Endocrinol Diabetes Obes. 2016 Apr;23(2):172-9. doi: 10.1097/MED.0000000000000236. PMID: 26825472; PMCID: PMC4807860.

13. **Olson-Kennedy J\*\***, Okonta V, Clark LF, Belzer M. Physiologic Response to Gender-Affirming Hormones Among Transgender Youth. J Adolesc Health. 2018 Apr;62(4):397-401. doi: 10.1016/j.jadohealth.2017.08.005. Epub 2017 Oct 19. PMID: 29056436; PMCID: PMC7050572.

14. **Olson-Kennedy J\*\***, Warus J\*, Okonta V, Belzer M, Clark LF. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. JAMA Pediatr. 2018 May 1;172(5):431-436. doi: 10.1001/jamapediatrics.2017.5440. PMID: 29507933; PMCID: PMC5875384.

15. Sayegh CS, MacDonell KK, Clark LF, Dowshen NL, Naar S, **Olson-Kennedy J**, van den Berg JJ, Xu J, Belzer M. The Impact of Cell Phone Support on Psychosocial Outcomes for Youth Living with HIV Nonadherent to Antiretroviral Therapy. AIDS Behav. 2018 Oct;22(10):3357-3362. doi: 10.1007/s10461-018-2192d-4. PMID: 29948339; PMCID: PMC6530981.

16. Pang KC, Notini L, McDougall R, Gillam L, Savulescu J, Wilkinson D, Clark BA, **Olson-Kennedy J**, Telfer MM, Lantos JD. Long-term Puberty Suppression for a Nonbinary Teenager. Pediatrics. 2020 Feb;145(2):e20191606. doi: 10.1542/peds.2019-1606. PMID: 31974217.

18

17. **Olson-Kennedy J\*\***, Chan YM, Garofalo R, et al. Impact of Early Medical Treatment for Transgender Youth: Protocol for the Longitudinal, Observational Trans Youth Care Study. JMIR Res Protoc. 2019;8(7):e14434. Published 2019 Jul 9. doi:10.2196/14434

18. Rider, G. N., Berg, D., Pardo, S. T., **Olson-Kennedy, J.**, Sharp, C., Tran, K. M., Calvetti, S., & Keo-Meier, C. L. (2019). Using the Child Behavior Checklist (CBCL) with transgender/gender nonconforming children and adolescents. *Clinical Practice in Pediatric Psychology, 7*(3), 291–301. https://doi.org/10.1037/cpp0000296

19. **Olson-Kennedy J\*\***, Chan YM, Rosenthal S, Hidalgo MA, Chen D, Clark L, Ehrensaft D, Tishelman A, Garofalo R. Creating the Trans Youth Research Network: A Collaborative Research Endeavor. Transgend Health. 2019 Nov 1;4(1):304-312. doi: 10.1089/trgh.2019.0024. PMID: 31701011; PMCID: PMC6830532.

20. Lee JY, Finlayson C, **Olson-Kennedy J**, Garofalo R, Chan YM, Glidden DV, Rosenthal SM. Low Bone Mineral Density in Early Pubertal Transgender/Gender Diverse Youth: Findings from the Trans Youth Care Study. Journal of the Endocrine Society. 2020 September 1;4(9):bvaa065. PubMed PMID: 32832823; PubMed Central PMCID: PMC7433770; DOI: 10.1210/jendso/bvaa065

21. Millington K, Schulmeister C, Finlayson C, Grabert R, **Olson-Kennedy J**, Garofalo R, Rosenthal SM, Chan YM. Physiological and Metabolic Characteristics of a Cohort of Transgender and Gender-Diverse Youth in the United States. J Adolesc Health. 2020 Sep;67(3):376-383. doi: 10.1016/j.jadohealth.2020.03.028. Epub 2020 May 14. PMID: 32417098; PMCID: PMC7483238.

22. Pang KC, Notini L, McDougall R, Gillam L, Savulescu J, Wilkinson D, Clark BA, **Olson-Kennedy J**, Telfer MM, Lantos JD. Long-term Puberty Suppression for a Nonbinary Teenager. Pediatrics. 2020 Feb;145(2):e20191606. doi: 10.1542/peds.2019-1606. PMID: 31974217.

23. **Olson-Kennedy J\*\*,** Streeter LH\*, Garofalo R, Chan YM, Rosenthal SM. Histrelin Implants for Suppression of Puberty in Youth with Gender Dysphoria: A Comparison of 50 mcg/Day (Vantas) and 65 mcg/Day (SupprelinLA). Transgender health. 2021 February;6(1):36-42. PubMed PMID: 33644320; PubMed Central PMCID: PMC7906230; DOI:10.1089/trgh.2020.0055.

24. Millington K, Finlayson C, **Olson-Kennedy J**, Garofalo R, Rosenthal SM, Chan YM. Association of High-Density Lipoprotein Cholesterol With Sex Steroid Treatment in Transgender and Gender-Diverse Youth. JAMA pediatrics. 2021 May 1;175(5):520-521. PubMed PMID: 33587098; PubMed Central PMCID: PMC7885095; DOI: 10.1001/jamapediatrics.2020.5620.

25. Chen D, Abrams M, Clark L, Ehrensaft D, Tishelman AC, Chan YM, Garofalo R, **Olson-Kennedy J**, Rosenthal SM, Hidalgo MA. Psychosocial Characteristics of Transgender Youth Seeking Gender-Affirming Medical Treatment: Baseline Findings from the Trans Youth Care Study. The Journal of adolescent health: official publication of the Society for Adolescent Medicine. 2021 June;68(6):1104-1111. PubMed PMID: 32839079; PubMed Central PMCID: PMC7897328; DOI: 10.1016/j.jadohealth.2020.07.033.

26. Julian JM, Salvetti B, Held JI, Murray PM, Lara-Rojas L, **Olson-Kennedy J\*\***. The Impact of Chest Binding in Transgender and Gender Diverse Youth and Young Adults. J Adolesc Health.

19

PLAINTIFFS002792

2021 Jun;68(6):1129-1134. doi: 10.1016/j.jadohealth.2020.09.029. Epub 2020 Oct 27. PMID: 33121901.c

27. Millington, K., et al. (2022). "The effect of gender-affirming hormone treatment on serum creatinine in transgender and gender-diverse youth: implications for estimating GFR." Pediatr Nephrol **37**(9): 2141-2150.

28. Schulmeister C, Millington K, Kaufman M, Finlayson C, **Olson-Kennedy J**, Garofalo R, Chan YM, Rosenthal SM. Growth in Transgender/Gender-Diverse Youth in the First Year of Treatment With Gonadotropin-Releasing Hormone Agonists. J Adolesc Health. 2022 Jan;70(1):108-113. doi: 10.1016/j.jadohealth.2021.06.022. Epub 2021 Jul 24. PMID: 34315674; PMCID: PMC9673472.

29. Chen, D., Berona J, Yee-Ming C, Ehrensaft D, Garofalo R, Hidalgo M, Rosenthal S, Tishelman A, **Olson-Kennedy J** (2023). "Psychosocial Functioning in Transgender Youth after 2 Years of Hormones." New England Journal of Medicine **388**(3): 240-250.


**REFEREED REVIEWS, CHAPTERS, AND EDITORIALS:**

1. Belzer ME, **Olson J\*\***. Adherence in Adolescents: A Review of the literature. Adolescent Medicine: State of the Art Reviews.  Evaluation and Management of Adolescent Issues. American Academy of Pediatrics   2008:1999-117.

2. Forcier M, **Olson J\*\***, Transgender and Gender Nonconforming Youth, AM:STARs Hot Topics in Adolescent Health: Adolescent Medicine State of the Art Reviews, 25(2), August 2014  American Academy of Pediatrics Section on Adolescent Health

3. **Olson J\*\*,** Transgender Youth and Young Adults. In: Neinstein's Adolescent and Young Adult Health Care: A Practical Guide, 6th edition, Lippincott Williams and Wilkins, 2015

4. **Olson-Kennedy J\*\***. Mental Health Disparities Among Transgender Youth: Rethinking the Role of Professionals. JAMA Pediatr. 2016 May 1;170(5):423-4. doi: 10.1001/jamapediatrics.2016.0155. PMID: 26998945.

5. Clark BA, Virani A, Ehrensaft D, **Olson-Kennedy J**. Resisting the Post-Truth Era: Maintaining a Commitment to Science and Social Justice in Bioethics. Am J Bioeth. 2019 Jul;19(7):W1-W3. doi: 10.1080/15265161.2019.1618951. PMID: 31237512.

6. **Olson-Kennedy J\*\***. The Care of Gender Non-Conforming and Transgender Youth. Lavin N, Manual of Endocrinology and Metabolism, 5th Edition, Wolters Kluwer, 2019

7. **Olson-Kennedy J\*\***. When the Human Toll of Conversion Therapy Is Not Enough. JAMA Pediatr. 2022 May 1;176(5):450-451. doi: 10.1001/jamapediatrics.2022.0049. PMID: 35254396.

8. Turban JL, Brady C, **Olson-Kennedy J**. Understanding and Supporting Patients with Dynamic Desires for Gender-Affirming Medical Interventions. *JAMA Netw Open.* 2022;5(7):e2224722. doi:10.1001/jamanetworkopen.2022.24722

PLAINTIFFS002793

**NON-REFEREED JOURNAL ARTICLES, REVIEWS, OR OTHER COMMUNICATIONS:**

1. **Olson, J\*\***. Lesbian, gay, bisexual, transgender, queer youth and the internet- a virtual closet or cornucopia? – California Pediatrician, Jan 2011
2. Hildago MA, Ehrensaft D, Tishelman AC, Clark LF, Garofalo R, Rosenthal SM, Spack NP, **Olson J\*\***. The gender affirmative model: What we know and what we aim to learn. *Human Development*, 2013, 3: 285-290. Edited manuscript; senior author
3. **Olson-Kennedy, J\*\***, 2018. "Hot Topics and Fresh Paradigms in Gender, Diversity, and Care", AM:STARs: LGBTQ Youth: Enhancing Care For Gender and Sexual Minorities, American Academy of Pediatrics Section on Adolescent Health
4. **Olson J\*\***, Forcier M, Overview of the management of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA Role: co-first authored manuscript – drafting and editing.
5. Forcier M, **Olson J\*\***, Overview of gender development and clinical presentation of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. Role: co-first authored manuscript – drafting and editing.

**ABSTRACTS AND PRESENTATIONS:**

1. Beharry M\*, **Olson J\*\***, Men and the Morning After, poster presented at the Society for Adolescent Health and Medicine, Toronto, 2010.

2. **Olson J\*\***, Clark L, Schrager S, Simons L, Belzer M, Baseline Characteristics Of Transgender Youth Naïve To Cross Sex Hormone Therapy, J Adol Health, February 2013 (Vol. 52, Issue 2, Supplement 1, Pages S35-S36, DOI: 10.1016/j.jadohealth.2012.10.086)

3. **Olson J**, Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents, Models of Pride, Los Angeles LGBT Center's LifeWorks, Los Angeles, CA, 2014

4. **Olson J**, Transitioning Teens and the Adolescent Experience, Gender Spectrum Family Conference, Gender Spectrum, Moraga, CA, 2014

5. **Olson J**, Outside of the Gender Binary: Defining and Caring for Non-Binary Identified Youth, Gender Spectrum Family Conference, Gender Spectrum, Moraga, CA, 2014

6. **Olson J**, Medical Care of Transgender Adolescents, Cross sex Hormones, Gender Infinity Conference, Houston, TX, 2014

7. **Olson J**, Cross Sex Hormone Therapy for Transgender Teens, Southern Comfort Conference, Atlanta, GA, 2014

8. **Olson J**, Puberty Suppression, Southern Comfort Conference, Atlanta, GA, 2014

PLAINTIFFS002794

9. **Olson J**, Medical Treatment of Gender Nonconforming and Transgender Youth, Chico Trans* Week, Stonewall Alliance & Chico California Association of Marriage and Family Therapists, Chico, CA

10. **Olson J**, Transgender Youth 101, Stonewall LGBT Health Symposium, Los Angeles, CA, 2014

11. **Olson J**, Gender Non-conforming Children and Transgender Adolescents, EDGY Conference, Los Angeles, CA, 2015

12. **Olson J**, Gender Non-conforming Children and Transgender Teens, Chico Trans Week, Stonewall Alliance Center of Chico, Chico, CA, 2015

13. **Olson J**, Cross-sex Hormones for Transgender Youth, Transgender Health and Education Alliance Family Conference, Atlanta, Georgia, 2015

14. **Olson J**, Puberty Suppression in Gender Non-conforming Children, Gender Odyssey Conference, Gender Odyssey, Seattle, WA, 2014

15. **Olson J**, Cross sex Hormones, Gender Odyssey Conference, Gender Odyssey, Seattle, WA, 2014

16. **Olson J**, Just a Boy, Just a Girl, Gender Spectrum, Gender Spectrum Professional Conference, Moraga, California, 2015

17. **Olson J**, Transition for Teens and Young Adults, Gender Infinity Provider and Advocacy Day, Gender Infinity Conference, Houston, TX, 2015

18. **Olson J**, Puberty Blockers and Hormone Therapy, Gender Infinity Conference, Houston, TX, 2015

19. **Olson J**, Just a Boy, Just a Girl; Gender Odyssey Conference, Seattle, WA, 2015

20. **Olson J**, Puberty Blockers and Cross Sex Hormones, Gender Odyssey Conference, Seattle, WA, 2015

21. **Olson J**, Outside of the Binary, Gender Odyssey Conference, Seattle, WA, 2015

22. **Olson J**, Outside of the Gender Binary: Defining and Caring for Non-Binary Identified Youth, Gender Spectrum, Gender Spectrum Family Conference, Moraga, CA, 2015

23. **Olson, J**, Caring for Youth with Gender Dysphoria, Pediatric Academic Societies Annual Meeting, Pediatric Academic Societies, San Diego, California, 2015

24. **Olson-Kennedy J,** Parents of Trans and Gender Fluid Youth, Models of Pride, Los Angeles, CA, 2016

25. **Olson-Kennedy J,** Caring for Gender Nonconforming and Transgender Youth, Intersections in Queer Health, SoCal LGBT Health Conference, Irvine, CA, 2016

26. **Olson-Kennedy J,** Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, US Professional Association of Transgender Health, Los Angeles, CA, 2016

22

PLAINTIFFS002795

27. **Olson-Kennedy J,** Gender Nonconforming Children and Adolescents, AAP National Conference, San Francisco, California, 2016

28. **Olson-Kennedy J,** Masculinizing Hormone Therapy, Gender Infinity, Houston Texas, 2016

29. **Olson-Kennedy J,** Just a Boy, Just a Girl, Houston, Gender Infinity, Houston Texas, 2016

30. **Olson-Kennedy J,** Puberty Blockers, Houston, Gender Infinity, Houston Texas, 2016

31. **Olson-Kennedy J,** Gender Affirming Hormone Therapy for Adolescents and Young Adults, Gender Infinity, Houston Texas, 2016

32. **Olson-Kennedy J,** Feminizing Hormone Therapy, Gender Infinity, Houston Texas, 2016

33. **Olson-Kennedy J,** Models of Care & Legal Issues Related to Consent, Gender Infinity, Houston Texas, 2016

34. **Olson-Kennedy J,** Defining and Caring for Non-binary Identified Youth, Gender Infinity, Houston   Texas, 2016

35. **Olson-Kennedy J,** Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities; Gender Spectrum, Moraga, California, 2016

36. **Olson-Kennedy J,** Meier, C, TYFA Research: Demographics of a US sample of Two Cohorts of Gender Non-conforming Children, Gender Odyssey, Seattle, WA 2016

37. **Olson-Kennedy J,** Gender Affirming Hormones; Gender Odyssey, Seattle, WA 2016

38. **Olson-Kennedy J,** Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities; Gender Odyssey, Seattle, WA, 2016

39. **Olson-Kennedy J,** Puberty Suppression; What When and How?; Gender Odyssey, Seattle, WA, 2016

40. **Olson-Kennedy J,** Care of Gender Nonconforming Children and Adolescents, Southeastern Transgender Health Summit, Asheville, North Carolina, 2016

41. **Olson-Kennedy J,** Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA 2017

42. **Olson-Kennedy J,** Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA 2017

43. **Olson-Kennedy J,** "Just a Boy, Just a Girl" Gender Infinity, Houston TX 2017

44. **Olson-Kennedy J,** Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Infinity, Houston TX 2017

PLAINTIFFS002796

45. **Olson-Kennedy J,** Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston TX 2017

46. **Olson-Kennedy J,** Puberty Blockers; What, When and How, Gender Infinity, Houston TX 2017

47. **Olson-Kennedy J,** Gender Non-Conforming Children and Transgender Youth; Integrated Care Conference, Los Angeles, CA, 2017

48. **Olson-Kennedy J,** Gender Non-Conforming and Transgender Children and Adolescents; A Multidisciplinary Approach, California Psychiatric Association Annual Conference, Yosemite, CA, 2017

49. **Olson-Kennedy J,** Gender Dysphoria; Beyond the Diagnosis, Models of Pride, Los Angeles, CA

50. **Olson-Kennedy J,** Puberty Delay and Cross Hormones for Trans* Youth, Models of Pride, Los Angeles, CA

51. **Olson-Kennedy J,** Masculinizing Hormones, Central Texas Transgender Health Conference, Austin, TX, 2017

52. **Olson-Kennedy J,** Children, Youth, Families and Hormone Blockers, Central Texas Transgender Health Conference, Austin, TX, 2017

53. **Olson-Kennedy J,** "Just a Boy, Just a Girl" Gender Infinity, Houston TX, 2017

54. **Olson-Kennedy J,** Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Odyssey Professional Symposium, Seattle, WA, 2017

55. **Olson-Kennedy J,** Puberty Delay and Cross Hormones for Transyouth, Gender Odyssey Professional Symposium, Seattle, WA, 2017

56. **Olson-Kennedy J**, Olson-Kennedy A, Just a Girl, Just a Boy, Gender Odyssey Professional Symposium, Pasadena, CA, 2017

57. **Olson-Kennedy J**, Puberty Blockers and Cross Sex Hormones, Gender Odyssey, Pasadena, CA, 2017

58. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria, Gender Spectrum Family Conference, Moraga, CA, 2017

59. **Olson-Kennedy J**, Rethinking Gender, Chico TransGNC Week, Chico, CA, 2017

60. **Olson-Kennedy J**, Caring for Gender Non-Conforming and Transgender Youth, Chico TransGNC Week, Chico, CA, 2017

61. **Olson-Kennedy J**, Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA, 2017

PLAINTIFFS002797

62. **Olson-Kennedy J**, The Impact of Male Chest Reconstruction on Chest Dysphoria in Transmasculine Adolescents and Young Men; A Preliminary Study, US Professional Association of Transgender Health, Los Angeles, CA, 2017

63. **Olson-Kennedy J**, Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, US Professional Association of Transgender Health, Los Angeles, CA, 2017

64. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Center for Juvenile Justice Reform Supporting the Well-Being of LGBTQ Youth Certificate Program, Washington DC, 2018

65. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria; Beyond the Diagnosis; Midwest LGBTQ Health Symposium, Chicago, IL, 2018

66. **Olson-Kennedy J**, Puberty Suppression and Gender Affirming Hormones, Gender Fest, Las Vegas, NV, 2018

67. **Olson-Kennedy J**, Gender Dysphoria; Beyond the Diagnosis, Gender Odyssey Family Conference, Seattle WA, 2018

68. **Olson-Kennedy J**, Gender Affirming Hormone Therapy for Transmasculine Adolescents and Young Adults, Gender Infinity, Houston, TX, 2018

69. **Olson-Kennedy J**, Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston, TX, 2018

70. **Olson-Kennedy J**, Chest Dysphoria and the Impact of Chest Reconstruction, Gender Infinity, Houston, TX, 2018

71. **Olson-Kennedy J**, Olson-Kennedy A, Landon S, Just a Girl, Just a Boy, Gender Infinity, Houston, TX, 2018

72. **Olson-Kennedy J**, Hormones 201: More than Testosterone and Estrogen, Gender Odyssey Professional Symposium, WA, 2018

73. **Olson-Kennedy J**, Puberty Suppression: What, When, and How, Gender Odyssey Family Conference, Seattle WA, 2018

74. **Olson-Kennedy J**, Gender Google; Gender Odyssey Family Conference, Seattle WA, 2018

75. **Olson-Kennedy J**, Male Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults, Gender Odyssey Professional Symposium, WA, 2018

76. **Olson-Kennedy J**, Mosser S, Chest Surgery, Gender Spectrum, Moraga, CA 2018

77. **Olson-Kennedy J**, Olson-Kennedy A, Understanding Gender Dysphoria, Gender Spectrum, Moraga, CA 2018

78. **Olson-Kennedy J**, Puberty Suppression and Gender Affirming Hormones, Gender Odyssey, Los Angeles, CA, 2018

PLAINTIFFS002798

79. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey, Los Angeles, CA, 2018

80. **Olson-Kennedy J**, Olson-Kennedy A, Transyouth Care – Self-reflection on Personal Biases and Their Impact on Care, Society for Adolescent Health and Medicine, Seattle WA, 2018

81. **Olson-Kennedy J**, Rethinking Gender, Society for Adolescent Health and Medicine, Seattle WA, 2018

82. **Olson-Kennedy J**, Providing 360 degree transgender hormone therapy: beyond the protocols, Medical Directors Council (MeDC) 14th Annual Clinical Update in Reproductive Health and Medical Leadership, Snowbird, Utah, 2018

83. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Gender Education and deMystification Symposium, Salt Lake City, Utah, 2018

84. **Olson-Kennedy J**, Rethinking Gender, SoCal LGBTQIA Health Conference, Los Angeles, CA, 2018

85. **Olson-Kennedy J**, Hormones 201 – Beyond T and E, Gender Odyssey San Diego, San Diego, CA, 2019

86. **Olson-Kennedy J**, Olson-Kennedy A, Landon S, Just a Boy, Just a Girl, Gender Odyssey San Diego, San Diego, CA, 2019

87. **Olson-Kennedy J**, Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Advance LA Conference, California

88. **Olson-Kennedy J**, Histrelin Implants for Suppression of Puberty in Youth with Gender Dysphoria: a Comparison of 50 mcg/day (Vantas) and 65 mcg/day (SupprelinLA), WPATH Conference, Virtual Presentation, 2020

89. **Olson-Kennedy J**, Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, Comparison of Post-surgical and Non-surgical Cohorts, WPATH Conference, Virtual Presentation, 2020

90. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Center for Juvenile Justice Reform Supporting the Well-Being of LGBTQ Youth Certificate Program, Virtual Presentation, 2020

**MEDIA AND TELEVISION APPEARANCES:**

France 24 TV – Transgender Youth, 2015

The DeMita Fletcher Family: What We Learned From Our Transgender Son , People.com

Eisenhower Medical Center Hosts Transgender Symposium, Desert Sun

26

PLAINTIFFS002799

Transgender 13-year-old Zoey having therapy, BBC

Driven to Suicide, People Magazine

Gay Dads with Gender Non-Conforming Kids, Gays with Kids

Transgender Teen Opens Up about Struggles, Journey, ABC 7

Transgender community, allies see Jenner interview in positive light, LA Times

Bruce Jenner's transgender journey will lead to more understanding, many say, Daily News

Fellow Olympian on Bruce Jenner's Transgender Announcement: 'Hardest Thing I Could Ever Imagine' ET Online

Local Teens Hopes to Inspire Transgender Youth by Speaking Publicly About Transition, KCBS

15-Year-Old Transgender Teen Hopes to Inspire Others, Fox 11

Pausing Puberty with Hormone Blockers May Help Transgender Kids, Fox News

'I Am Jazz': Transgender Teen on Grappling with High School, Puberty, ABC/Nightline

New study proves transgender status is not the result of a hormone imbalance, Examiner.com

Transgender youth have typical hormone levels, Science Daily

Health Effects of Transitioning in Teen Years Remain Unknown, NPR

STUDY: Being Young and Trans Is Not the Result of a Hormonal Imbalance

Transgender Kids Found to Have No Hormone Abnormalities Contributing To Their

Experience, The Advocate

No Difference in Hormone Levels of Transgender Youth, Science 2.0

When parenting a trans child, let them teach you, Mashable

Transgender Youth Don't Have Hormone Abnormalities, Doctors Lounge

Parenting My Transgender Teen: Britt Rubenstein, Mom-Momstampblog

Transparenthood: Raising a Transgender Child, Parents Magazine

Identifying as a Different Gender, Student Science

Inside Vanity Fair: Trans America, Our New Special Issue on Gender Identity and Expression, Vanity Fair

First Study on Transgender Youth Tx Outcomes Starting Soon, Oncology Nurse Advisor

27

PLAINTIFFS002800

NIH funds multicenter study to evaluate impact of medical treatment in transgender youth, News-Medical.net

First Study on Transgender Youth Tx Outcomes Starting Soon, Monthly Prescribing Reference

Do-Gooder Gallery – E!

Why There's a Medical Crisis for Transgender Youth, The Hollywood Reporter

Hollywood's Top Doctors 2015, The Hollywood Reporter

Transgender Medical Crises, Daily Kos

Op-ed: Jazz Jennings is TV's Unsung Trans Heroine, Buzz Feed

Al Jazeera America – Betrayed by their bodies: For trans teens, puberty can be a trauma

Daycare workers fired for not acknowledging 6-year-old as transgender boy, Rolling Out.com

Sam's Journey: This is who I am, San Diego Union Tribune

Born This Way: Stories of Young Transgender Children, CBS The Sunday Morning Show, 2014

Coy Mathis: One Child's Fight to Change Gender, Rolling Stone Magazine, 2013

Boy to Girl: One Child's Journey, People Magazine, 2013

Transgender Childhood, Dateline, 2012

Transgender Teen's Journey From Meghan to Mason "Really, Really Good" NBC, Bruce Hentsel Show, 2012

Transgender Child: A Parents' Difficult Choice, Our America with Lisa Ling, OWN Network, 2011

My Extraordinary Family, ABC Nightline, 2011

Transgender Youth, Rosie O'Donnell's The DOC Club, 2011

Adolescents and Bullying, Dr. Drew show, 2011

Lost Little Boy, The Dr. Phil Show, 2008

Born in the Wrong Body, ABC 20/20, 2007

PLAINTIFFS002801

# Exhibit B

# *Bibliography*

PLAINTIFFS002802

## BIBLIOGRAPHY

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *International journal of pediatric endocrinology*, *2020*, 8.

Allen, H.C., Garbe, M.C., Lees, J., Aziz, N., Chaaban, H., Miller, J.L., Johnson, P., & DeLeon, S. (2018). Off-Label Medication use in Children, More Common than We Think: A Systematic Review of the Literature. *The Journal of the Oklahoma State Medical Association*, *111*(8), 776–783.

Allen, L.R., Watson, L.B., Egan, A.M., & Moser, C.N. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones. *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

Almazan, A. N., & Keuroghlian, A. S. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA surgery*, 156(7), 611–618.

American Academy of Child and Adolescent Psychiatry (2019).  AACAP Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth. https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx

American Medical Association and GLMA (2019). Health Insurance Coverage for Gender-Affirming Care of Transgender Patients. https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf

American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association. (2013). Diagnostic and Statistical Manual of Mental Disorders (5th ed.). Arlington, VA: American Psychiatric Publishing.

American Psychological Association. (2021). APA Resolution on Gender Identity Change Efforts. https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist*, 70, 832-864.

American Psychological Association. (2008). APA Resolution on Transgender, Gender Identity, and Gender Expression Non-Discrimination. https://www.apa.org/about/policy/resolution-gender-identity.pdf

Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. European Child & Adolescent Psychiatry, 30(11), 1755–1767.

Beemyn, G. (2014). Transgender History in the United States. In L. Erickson-Schroth (Ed.), Trans Bodies, Trans Selves (pp. 1-50). Oxford, New York: Oxford University Press, USA.

PLAINTIFFS002803

Benjamin, H. (1966). The Transsexual Phenomenon. New York: The Julian Press, Inc. Publishers.

Biggs M. (2022). The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence. *Journal of sex & marital therapy*, 1–21. Advance online publication. https://doi.org/10.1080/0092623X.2022.2121238

Brandelli Costa, A. (2019) Formal comment on: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS ONE 14(3): e0212578.

Bullough, B., & Bullough, V. L. (1998). Transsexualism: Historical perspectives, 1952 to present. In D. Denny (Ed.), Current concepts in transgender identity (pp. 15-34). New York: Garland Publishing.

Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477.

Byne, W., Karasic, D. H., Coleman, E., Eyler, A. E., Kidd, J. D., Meyer-Bahlburg, H. F. L., … Pula, J. (2018). Gender dysphoria in adults: An overview and primer for psychiatrists. *Transgender Health*, *3*(1), 57-70.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Med.* 2023 Jan 19;388(3):240-250.

Chen, D., Simons, L., Johnson, E. K., Lockart, B. A., & Finlayson, C. (2017). Fertility Preservation for Transgender Adolescents. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, *61*(1), 120–123.

Chen, D., Hidalgo, M. A., Leibowitz, S., Leininger, J., Simons, L., Finlayson, C., & Garofalo, R. (2016). Multidisciplinary Care for Gender-Diverse Youth: A Narrative Review and Unique Model of Gender-Affirming Care. *Transgender health*, *1*(1), 117–123.

Chew, D., Anderson, J., Williams, K., May, T., & Pang, K. (2018). Hormonal Treatment in Young People With Gender Dysphoria: A Systematic Review. *Pediatrics*, *141*(4), e20173742.

Clayton JA, Tannenbaum C. (2016). Reporting Sex, Gender, or Both in Clinical Research? *JAMA*. 316(18): 1863–1864.

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International journal of transgender health*, *23*(Suppl 1), S1–S259.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 13(4), 165-232.

2

Colizzi, M., Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, *39*, 65–73.

Colizzi, M., Costa, R., Pace, V., & Todarello, O. (2013). Hormonal treatment reduces psychobiological distress in gender identity disorder, independently of the attachment style. *The journal of sexual medicine*, *10*(12), 3049–3058.

Colton-Meier, S. L., Fitzgerald, K. M., Pardo, S. T., & Babcock, J. (2011). The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health*, 15(3), 281-299.

Corda, E., Bandecchi, C., Deiana, V., Pintore, S., Pinna, F., Pusceddu, R., . . . Carpiniello, B. (2016). Body image and gender role perceived in gender dysphoria: Cross-sex hormone therapy effects. *European Psychiatry*, 33(S1), S589-S589.

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The journal of sexual medicine*, *12*(11), 2206–2214.

Daniel, H., & Butkus, R. (2015). Lesbian, gay, bisexual, and transgender health disparities: Executive summary of a policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163*(2)*,* 135-137.

de Lara, D.L., Rodríguez, O.P., Flores, I.C., *et al*. (2020). Psychosocial Assessment in Transgender Adolescents.  *Anales de Pediatría (English Edition)*, 93(1), 41-48.

de Vries, A.L.C., Richards, C., Tishelman, A.C., Motmans, J., Hannema, S.E., Green, J., & Rosenthal, S.M. (2021). Bell v Tavistock and Portman NHS Foundation Trust [2020] EWHC 3274: Weighing current knowledge and uncertainties in decisions about gender-related treatment for transgender adolescents. *International Journal of Transgender Health*. 22:3, 217-224.

de Vries, A.L.C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*, *134*(4), 696-704.

de Vries, A.L., Steensma, T.D., Doreleijers, T.A., & Cohen-Kettenis, P.T. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *The journal of sexual medicine*, *8*(8), 2276–2283.

Deutsch, M.B. (ed.). (2016). Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People (2d ed.). San Francisco, CA: UCSF Center of Excellence for Transgender Health. https://transcare.ucsf.edu/guidelines

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960-2010: prevalence, incidence, and regrets. *Archives of sexual behavior*, *43*(8), 1535–1545.

Drescher, J., Haller, E., & Yarbrough, E. (2018). Position statement on access to care for transgender and gender diverse individuals. Caucus of LGBTQ Psychiatrists and the Council on Minority Mental Health and Health Disparities, American Psychiatric Association.

3

PLAINTIFFS002805

Ehrensaft, D. (2017). Gender nonconforming youth: current perspectives. *Adolescent health, medicine and therapeutics*, *8*, 57–67.

Eugster E. A. (2019). Treatment of Central Precocious Puberty. *Journal of the Endocrine Society*, *3*(5), 965–972.

Euling, S. Y., Herman-Giddens, M. E., Lee, P. A., Selevan, S. G., Juul, A., Sørensen, T. I., Dunkel, L., Himes, J. H., Teilmann, G., & Swan, S. H. (2008). Examination of US puberty-timing data from 1940 to 1994 for secular trends: panel findings. *Pediatrics*, *121 Suppl 3*, S172–S191.

Expósito-Campos P. (2021). A Typology of Gender Detransition and Its Implications for Healthcare Providers. *Journal of sex & marital therapy*, *47*(3), 270–280.

Fisher, A. D., Castellini, G., Ristori, J., Casale, H., Cassioli, E., Sensi, C., Fanni, E., Amato, A. M., Bettini, E., Mosconi, M., Dèttore, D., Ricca, V., & Maggi, M. (2016). Cross-Sex Hormone Treatment and Psychobiological Changes in Transsexual Persons: Two-Year Follow-Up Data. *The Journal of clinical endocrinology and metabolism*, *101*(11), 4260–4269.

Frattarelli, D. A., Galinkin, J. L., Green, T. P., Johnson, T. D., Neville, K. A., Paul, I. M., Van Den Anker, J. N., & American Academy of Pediatrics Committee on Drugs (2014). Off-label use of drugs in children. *Pediatrics*, *133*(3), 563–567.

Fleming, M., Steinman, C., & Bocknek, G. (1980). Methodological problems in assessing sex-reassignment surgery: a reply to Meyer and Reter. *Archives of sexual behavior*, *9*(5), 451–456.

Grannis, C., Leibowitz, S. F., Gahn, S., Nahata, L., Morningstar, M., Mattson, W. I., Chen, D., Strang, J. F., & Nelson, E. E. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology*, 132, 105358, 1-8.

Heber, J. Correcting the scientific record on gender incongruence – and an apology, PLoS ONE (Mar. 19, 2019), https://everyone.plos.org/2019/03/19/correcting-the-scientific-record-and-an-apology/.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of clinical endocrinology and metabolism*, *102*(11), 3869–3903.

Heylens, G., Verroken, C., De Cock, S., T'Sjoen, G., & De Cuypere, G. (2014). Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *The journal of sexual medicine*, *11*(1), 119–126.

Hill, D. B. (2008). Dear Doctor Benjamin: Letters from Transsexual Youth (1963–1976), *International Journal of Transgenderism*, 10:3-4, 149-170.

Hirschfeld, M. (1991). The Transvestites: An Investigation of the Erotic Drive to Cross Dress. [Die Transvestiten]. Translated by M. Lombardi-Nash. Buffalo: Prometheus Books. [Originally Leipzig: Spohr, 1910]

PLAINTIFFS002806

Kennedy, N. (2022) Deferral: the sociology of young trans people's epiphanies and coming out. *Journal of LGBT Youth*, 19:1, 53-75.

Keo-Meier, C. L., Herman, L. I., Reisner, S. L., Pardo, S. T., Sharp, C., & Babcock, J. C. (2015). Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. *Journal of consulting and clinical psychology*, *83*(1), 143–156.

Klink, D., Caris, M., Heijboer, A., van Trotsenburg, M., & Rotteveel, J. (2015). Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *The Journal of clinical endocrinology and metabolism*, *100*(2), E270–E275.

Korpaisarn, S., & Safer, J. D. (2019). Etiology of Gender Identity. Endocrinology and metabolism clinics of North America, 48(2), 323–329.

Kuper, L.E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics*. 145. e20193006.

Littman L. (2019). Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PloS one*, *14*(3), e0214157.

Littman L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PloS one*, *13*(8), e0202330.

Lopez, X., Marinkovic, M., Eimicke, T., Rosenthal, S.M., & Olshan, J.S. (2017). Statement on gender-affirmative approach to care from the pediatric endocrine society special interest group on transgender health. *Current opinion in pediatrics*. 29(4): 475-480.

Mallory, C., Brown, T. N.T., Conron, K.J. (2019). Conversion Therapy and LGBT Youth: Update. Los Angeles, CA: The Williams Institute, UCLA School of Law.

Manieri, C., Castellano, E., Crespi, C., Di Bisceglie, C., Dell'Aquila, C., Gualerzi, A., & Molo, M. (2014) Medical Treatment of Subjects with Gender Identity Disorder: The Experience in an Italian Public Health Center, *International Journal of Transgenderism*, 15:2, 53-65.

Marano, A. A., Louis, M. R., & Coon, D. (2021). Gender-Affirming Surgeries and Improved Psychosocial Health Outcomes. *JAMA surgery*, *156*(7), 685–687.

Masic, I., Miokovic, M., & Muhamedagic, B. (2008). Evidence based medicine - new approaches and challenges. *Acta informatica medica : AIM : journal of the Society for Medical Informatics of Bosnia & Herzegovina : casopis Drustva za medicinsku informatiku BiH*, *16*(4), 219–225.

Mehringer, J. E., Harrison, J. B., Quain, K. M., Shea, J. A., Hawkins, L. A., & Dowshen, N. L. (2021). Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. *Pediatrics*, *147*(3), e2020013300.

Motta, G., Crespi, C., Mineccia, V., Brustio, P. R., Manieri, C., & Lanfranco, F. (2018). Does Testosterone Treatment Increase Anger Expression in a Population of Transgender Men?. *The journal of sexual medicine*, *15*(1), 94–101.

Movement Advancement Proj., *Conversion "Therapy" Laws*, https://www.lgbtmap.org/equality-maps/conversion_therapy (last updated Jan. 30, 2023).

5

PLAINTIFFS002807

Mul, D. & Hughes, I. (2008). The use of GnRH agonists in precocious puberty. *European journal of endocrinology / European Federation of Endocrine Societies*. 159 Suppl 1. S3-8.

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology*, 72(2), 214-231.

Narayan, S. K., Hontscharuk, R., Danker, S., Guerriero, J., Carter, A., Blasdel, G., Bluebond-Langner, R., Ettner, R., Radix, A., Schechter, L., & Berli, J. U. (2021). Guiding the conversation-types of regret after gender-affirming surgery and their associated etiologies. *Annals of translational medicine*, 9(7), 605.

Nieder, T. O., Mayer, T. K., Hinz, S., Fahrenkrug, S., Herrmann, L., & Becker-Hebly, I. (2021). Individual treatment progress predicts satisfaction with transition-related care for youth with gender dysphoria: A prospective clinical cohort study. *The Journal of Sexual Medicine*, 18(3), 632–645

Oda, H., & Kinoshita, T. (2017). Efficacy of hormonal and mental treatments with MMPI in FtM individuals: cross-sectional and longitudinal studies. *BMC psychiatry*, 17(1), 256.

Olson, K. R., Durwood, L., Horton, R., Gallagher, N. M., & Devor, A. (2022). Gender Identity 5 Years After Social Transition. *Pediatrics*, 150(2), e2021056082.

Olson-Kennedy, J., Warus, J., Okonta, V., Belzer, M., & Clark, L. F. (2018). Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA pediatrics*, 172(5), 431–436.

Paterick, T. J., Carson, G. V., Allen, M. C., & Paterick, T. E. (2008). Medical informed consent: general considerations for physicians. *Mayo Clinic proceedings*, 83(3), 313–319.

Pauly, I. (1981). Outcome of Sex Reassignment Surgery for Transsexuals. *The Australian and New Zealand journal of psychiatry*. 15. 45-51. doi:10.3109/00048678109159409.

Pfafflin, F., & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991. (Jacobson & Meir, trans.).

Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, 30(5), 669-681.

Rafferty, J. American Academy of Pediatrics (AAP) Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*. 142(4):e20182162.

Restar A. J. (2020). Methodological Critique of Littman's (2018) Parental-Respondents Accounts of "Rapid-Onset Gender Dysphoria". *Archives of sexual behavior*, 49(1), 61–66.

Saraswat, A., Weinand, J.D., & Safer, J. (2015). Evidence supporting the biologic nature of gender identity. Endocrine practice, 21 2, 199-204.

Sharman, Z. (Ed.). (2016). The remedy: Queer and trans voices on health and health care. Vancouver, BC: Arsenal Pulp Press.

6

PLAINTIFFS002808

Slaby, R., Frey, K. (1975). Development of Gender Constancy and Selective Attention to Same Sex Models, *Child Development*, 46(4): 849-856.

Smith, Y., Van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine* 35(1): 89-99.

Sood, R., Chen, D., Muldoon, A. L., Chen, L., Kwasny, M. J., Simons, L. K., Gangopadhyay, N., Corcoran, J. F., & Jordan, S. W. (2021). Association of Chest Dysphoria With Anxiety and Depression in Transmasculine and Nonbinary Adolescents Seeking Gender-Affirming Care. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, 68(6), 1135–1141.

Stoller, R.J. (1964). A Contribution to the Study of Gender Identity, *The International journal of psycho-analysis*, 45, 220–226.

Suess Schwend, A. (2020). Trans health care from a depathologization and human rights perspective. *Public Health Rev* 41, 3.

Substance Abuse and Mental Health Services Administration. (2015). Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open*, 5(2), e220978.

Turan, Ş., Aksoy Poyraz, C., Usta Sağlam, N. G., Demirel, Ö. F., Haliloğlu, Ö., Kadıoğlu, P., & Duran, A. (2018). Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria. *Archives of sexual behavior*, 47(8), 2349–2361.

Turban, J. L., Loo, S. S., Almazan, A. N., & Keuroghlian, A. S. (2021). Factors Leading to "Detransition" Among Transgender and Gender Diverse People in the United States: A Mixed-Methods Analysis. *LGBT health*, 8(4), 273–280.

Turban, J.L., King, D., Carswell, J.M., & Keuroghlian, A.S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, 145(2).

Turban, J.L., & Ehrensaft, D. (2018). Research Review: Gender identity in youth: treatment paradigms and controversies. *Journal of child psychology and psychiatry, and allied disciplines*, 59(12), 1228–1243.

U.S. Dep't Health & Hum. Servs., NCD 140.3, Transsexual Surgery 18, 21 (2014), available at https://www.hhs.gov/sites/default/files/static/dab/decisions/board-decisions/2014/dab2576.pdf.

U.S. Food and Drug Admin. Understanding Unapproved Use of Approved Drugs "Off Label" (Feb. 5, 2018), https://www.fda.gov/patients/learn-about-expanded-access-and-other-treatment-options/understanding-unapproved-use-approved-drugs-label.

U.S. Food and Drug Admin, "Citizen Petition Regarding the Food and Drug Administration's Policy on Promotion of Unapproved Uses of Approved Drugs and Devices; Request for Comments," 59 Fed. Reg. 59,820 (Nov. 18, 1994).

PLAINTIFFS002809

van der Miesen, A.I., Steensma, T.D., de Vries, A.L., *et al*. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. *Journal of Adolescent Health*, 66(6), 699-704.

Vlot, M. C., Klink, D. T., den Heijer, M., Blankenstein, M. A., Rotteveel, J., & Heijboer, A. C. (2017). Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. *Bone*, *95*, 11–19.

Weinand, J.D., Safer, J.D. (2015). Hormone therapy in transgender adults is safe with provider supervision: A review of hormone therapy sequelae for transgender individuals. *Journal of Clinical and Translational Endocrinology*. 2(2):55-60

Wiepjes, C. M., Nota, N. M., de Blok, C., Klaver, M., de Vries, A., Wensing-Kruger, S. A., de Jongh, R. T., Bouman, M. B., Steensma, T. D., Cohen-Kettenis, P., Gooren, L., Kreukels, B., & den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972-2015): Trends in Prevalence, Treatment, and Regrets. *The journal of sexual medicine*, *15*(4), 582–590.

World Health Organization. (2018). Gender Incongruence. In International Classification of Diseases, 11th Revision. https://icd.who.int/browse11/l-m/en#/http%3A%2F%2Fid.who.int%2Ficd%2Fentity%2F411470068

World Professional Association for Transgender Health. (2018). WPATH Position on "Rapid-Onset Gender Dysphoria (ROGD)" https://www.wpath.org/media/cms/Documents/Public%20Policies/2018/9_Sept/WPATH%20Position%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf

World Professional Association for Transgender Health. (2016). Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A. https://www.wpath.org/newsroom/medical-necessity-statement

Yaish, I., Tordjman, K., Amir, H., Malinger, G., Salemnick, Y., Shefer, G., Serebro, M., Azem, F., Golani, N., Sofer, Y., Stern, N., & Greenman, Y. (2021). Functional ovarian reserve in transgender men receiving testosterone therapy: evidence for preserved anti-Müllerian hormone and antral follicle count under prolonged treatment. *Human reproduction (Oxford, England)*, *36*(10), 2753–2760.

8

PLAINTIFFS002810