## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

AUGUST DEKKER, et al.,

<em>Plaintiffs</em>,

v.

Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.,

<em>Defendants</em>.

## EXPERT REBUTTAL REPORT OF ARON JANSSEN, M.D.

I, Aron Janssen, M.D., hereby declare and state as follows:

1.     I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.     I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. The opinions expressed herein are my own and do not express the views or opinions of my employer.

3.     I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

## BACKGROUND AND QUALIFICATIONS

### A. Qualifications

4.     I am the Vice Chair of the Pritzker Department of Psychiatry and Behavioral Health at the Ann and Robert H. Lurie Children's Hospital of Chicago

1

Pl. Trial Ex. 017

PLAINTIFFS002446

("Children's Hospital"), where I also serve as Clinical Associate Professor of Child and Adolescent Psychiatry. I maintain a clinical practice in Illinois where I treat patients from Illinois and the surrounding states.

5.    I received my medical degree from the University of Colorado School of Medicine and completed by residency in psychiatry and fellowship in child and adolescent psychiatry at New York University Langone Medical Center.

6.    In 2011, I founded the Gender and Sexuality Service at New York University, for which I served as Clinical Director. I also previously served as Co-Director of the New York University Pediatric Consultation Liaison Service for the New York University Department of Child and Adolescent Psychiatry.

7.    I am board certified in Child and Adolescent Psychiatry and Adult Psychiatry.

8.    I have been treating children and adolescents with gender dysphoria for over 12 years. I have seen and treated over 500 children and adolescents with gender dysphoria during my medical career. Currently, approximately 90 percent of the patients in my clinical practice are transgender children and adolescents.

9.    As part of my practice, I stay current on medical research and literature relating to the care of transgender persons and patients with gender dysphoria. I am an Associate Editor of the peer-reviewed publication *Transgender Health* and a

2

PLAINTIFFS002447

reviewer for *LGBT Health* and *Journal of the American Academy of Child and Adolescent Psychiatry*, both of which are peer-reviewed journals.

10.   I am the author or co-author of 16 articles on care for transgender patients and am the co-editor of *Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook* (Springer Publishing, 2018), which is the first published clinical casebook on the mental health treatment for children and adolescents with gender dysphoria. I have also authored or co-authored numerous book chapters on treatment for transgender adults and youth.

11.   I have been a member of the World Professional Association for Transgender Health ("WPATH") since 2011. I was actively involved in the revision of WPATH's *Standards of Care for the Health of Transgender and Gender Diverse People* ("Standards of Care"), serving as a member of revision committees for both the child and adult mental health chapters of version 8 of WPATH's Standards of Care (SOC 8), published in 2022.

12.   In addition to the above, I am involved in training other medical and mental health providers in the treatment of children and adolescents with gender dysphoria.  I have conducted trainings for over 1,000 medical and mental health providers and have given dozens of public addresses, seminars, and lectures on the treatment of gender dysphoria in children and adolescents.

EXPERT REBUTTAL REPORT OF DR. ARON C. JANSSEN
*Dekker v. Weida*, No. 4:22-cv-00325-RH-MAF (N.D. Fla.)

PLAINTIFFS002448

13.     I am also involved in a number of international, national, and regional committees that contribute to the scholarship and provision of care to transgender people. I am the Chair of the American Academy of Child and Adolescent Psychiatry's Sexual Orientation and Gender Identity Committee. I serve as a member of the Transgender Health Committee for the Association of Gay and Lesbian Psychiatrists. I was the Founder of the Gender Variant Youth and Family Network.

14.     Further information about my professional background and experience is outlined in my curriculum vitae, a true and accurate copy of which is attached as **Exhibit A** to this report.

**B.  <u>Prior Testimony</u>**

15.     Within the last four years, I testified as an expert at trial or by deposition in: *B.P.J. v. W. Va. Bd. of Educ.*, Case No. 2:21-cv-00316 (S.D. W.Va.); and *L.E. v. Lee*, Case No. 3:21-CV-00835 (M.D. Tenn.).

**C.  <u>Compensation</u>**

16. I am being compensated for my work on this matter at a rate of $400 per hour for preparation of this report and for time spent preparing for and giving local deposition or trial testimony. In addition, I would be compensated $2,500 per day for deposition or trial testimony requiring travel and $300 per hour for time spent

4

PLAINTIFFS002449

travelling, plus reasonable expenses. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

**D. Bases for Opinions**

17.     In preparing this report, I reviewed: the Complaint in this case; Florida Administrative Code 59G-1.050(7) (the "Challenged Exclusion"); the document titled "Florida Medicaid: Generally Accepted Professional Medical Standards Determination on the Treatment of Gender Dysphoria," published by the Florida Agency for Health Care Administration in June 2022, and its attachments; the expert reports of Drs. Armand Antommaria, Dan Karasic, Johanna Olson-Kennedy, Loren Schechter, Daniel Shumer, and Kellan Baker, submitted by plaintiffs; and the expert reports Drs. Michael Biggs, G. Kevin Donovan, Paul Hruz, Kristopher Kaliebe Michael Laidlaw, Patrick Lappert, Stephen Levine, Sophie Scott, and Joseph Zanga, submitted by defendants.

18.     My opinions are based on: (1) my clinical experience as a psychiatrist treating patients with gender dysphoria, including transgender children, adolescents, and adults; (2) my knowledge of the peer-reviewed research, including my own, regarding the treatment of gender dysphoria, which reflects advancements in the field of transgender health; my knowledge of the clinical practice guidelines for the treatment of gender dysphoria, including my work as a contributing author of WPATH SOC 8; and (4) my review of any of the materials cited herein.

5

PLAINTIFFS002450

19.     I have also reviewed the materials listed in the bibliography attached as **Exhibit B**.  I may rely on those documents as additional support for my opinions.

20.     In addition, I have relied on my years of research and clinical experience in child, adolescent, and adult psychiatry, as well as my professional knowledge, as set out in **Exhibit A** and the materials listed therein.

21.     The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject.  I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

22.     I have not met or spoken with the Plaintiffs in this case.

## SUMMARY OF OPINIONS

23.     As with all of medicine, transgender medicine is a continuously evolving field.  But this does not make medical treatment for gender dysphoria experimental or investigational.  To the contrary, such treatment is well-established and large body of evidence (more so than exists for other non-experimental medical interventions) documents that safety and efficacy of these medical interventions.

24.     Transgender people have always existed and the provision of medical care to address transgender people's gender incongruence/gender dysphoria goes back decades. In fact, the field of transgender medicine was built to increase

6

PLAINTIFFS002451

oversight around patient care, and often requires consent processes that go above and beyond what is expected for other medical decisions.

25.     There is robust evidence demonstrating the value of social, medical and surgical interventions for children, adolescents, and adults when in the context of an appropriate psychosocial evaluation.   And to be clear, no medical or surgical interventions are recommended or provided to anyone until after the onset of puberty, meaning such care is only available to adolescents and adults.

26.     The Defendants and their designated experts spent much time arguing about hypothetical concerns, for which there is no proof, and the limitations of particular studies.   But Defendants and their designated experts completely ignore that the evidence-base for the safety and efficacy for gender-affirming care is not based on any one particular study.   Rather, as is the norm in all of science and medicine, we look at the entire body of research surrounding gender-affirming care. When one does so, the conclusion that gender-affirming medical care for the treatment of gender dysphoria in transgender adolescents and adults is safe and effective becomes inescapable.   Decades on clinical experience further support this conclusion.

27.     Defendants and their designated experts further ignore the robust evidence for the potential harm faced by transgender individuals when barred access to medically necessary gender-affirming care.

7

PLAINTIFFS002452

28.     Defendants and their designated experts also ignore every transgender adult was once a child. The Defendants' designated experts focus on children and adolescents, but the Challenged Exclusion bans coverage for all care for an already vulnerable population, including adults.  None of them explain why this case is experimental for transgender adults.

29.     While there can be debate about the techniques and modalities of care to support transgender youth, it is important to keep in mind that the opposite of substandard care is excellent care, not no care.  To be clear, however, gender-affirming care is safe and effective, it is not substandard or experimental.

30.     Understanding patients' experience of distress around gender is a vital component of being an expert in this field.  Without understanding the distress transgender patients face – as well as the joy and resilience they experience when they get the care they need – one is only spouting unmoored and unfounded opinions. Medicine and science demand more than just personal opinions, it demands study and experience in the field.  For the most part, Defendants' designated experts lack both.

EXPERT REBUTTAL REPORT OF DR. ARON C. JANSSEN
*Dekker v. Weida*, No. 4:22-cv-00325-RH-MAF (N.D. Fla.)

PLAINTIFFS002453

## EXPERT OPINIONS

**A. Defendants' experts lack the experience and/or training to opine on the diagnosis, assessment, and treatment of gender dysphoria of transgender children and adolescents.**

*Dr. Levine*

31.     Because Dr. Levine does not appear to be board certified in child and adolescent psychiatry, he lacks the related experience and training in specific developmental considerations for children and adolescents that is critical for working with transgender youth and their families.

32.     Moreover, Dr. Levine repeatedly acknowledges in his report that he has no firsthand knowledge of how gender-affirming mental health care is actually provided to children and adolescents. His descriptions are based on second-hand conversations and often sensationalized media reports.  (*See*, *e.g.*, Levine Report, at ¶49 (offering opinions based on anecdotal reports from the internet)). He speaks in his report with authority on developmental and family factors that shape identity development in youth despite lacking the requisite training and experience and even ascribes reasons for why boys and girls may pursue social transition despite no clinical experience in the relevant population.

*Dr. Kaliebe*

33.     Similarly, Dr. Kaliebe is not qualified to opine as an expert on the care of transgender children and adolescents. There is a difference between having an

9

PLAINTIFFS002454

interest in a topic and having expertise in a clinical or research domain. Dr. Kaliebe's report of the number of transgender patients he has seen is consistent with what many of our child psychiatry trainees are exposed to in their residency, and is not consistent with the volume of patients necessary to demonstrate expertise on the clinical nuance of the field. In addition to a lack of clinical expertise, Dr. Kaliebe's report calls into question his expertise in research methods or ethics. As an example, throughout his report Dr. Kaliebe makes claims about the quality of the evidence for gender affirming care while describing unscientific survey questions asked outside of the IRB process as having the same weight as data published in a peer-reviewed journal. Furthermore, nowhere in his CV does it describe a history of expertise in evolutionary biology or early human behavior, but this doesn't stop him from making unsubstantiated and uncited assertions about adaptive behaviors in "ancient evolutionary environments."

*Defendants' other experts*

34.     Expertise in mental health care requires specialized training and ongoing work in the field with appropriate certification and licensure. To my knowledge, and based on a review of their respective CV's, Drs. Hruz, Laidlaw, Lappert, Biggs, Donovan, and Zanga have neither had the training nor the certification and licensure to weigh in as experts on the appropriateness of a mental health assessment or treatment plan.   This lack of expertise, however, has not

10

PLAINTIFFS002455

stopped them from making broad generalizations about mental health care that bear little resemblance to the care as typically delivered. As such, their characterizations of the practice of mental health care should be seen as a lay opinion based on secondhand knowledge at best.   Furthermore, expertise in the treatment of transgender individuals requires experience in the care of transgender individuals, a characteristic in short supply with the aforementioned experts.

### B. Gender Identity

35.    At birth, infants are assigned a sex, either male or female, based on the appearance of their external genitalia.  For most people, their sex assigned at birth, or assigned sex, matches that person's gender identity.  For transgender people, their assigned sex does not align with their gender identity.

36.    Gender identity is a person's core sense of belonging to a particular gender, such as male or female.

37.    Gender identity is one of a person's multiple sex-related characteristics, which also include, among others, internal reproductive organs, external genitalia, chromosomes, hormones, and secondary sex characteristics.

38.    In their reports, Defendants' designated experts state repeatedly that sex is binary and conditions of sexual differentiation are not a "third sex." This simplistic view, however, ignores that there is great variance among the multiple sex-related characteristics that a person possesses, including gender identity, and that such

11

PLAINTIFFS002456

variance is a natural phenomenon with biological underpinnings. While conditions of sexual differentiation (i.e., intersex conditions) are not a "third sex," they are indicative of the natural variance regarding certain sex-related characteristics. These are rare conditions with an estimated aggregate incidence of 0.1- 0.5% of live births (Arboleda, et al., 2013).  What is more, many people cannot make either eggs or sperm, yet are recognized as female or male based on other sex-related characteristics.

39.     Every person has a gender identity and it is not a personal decision, preference, or belief.  A transgender boy cannot simply turn off his gender identity like a switch, any more than a nontransgender boy or anyone else could.

40.     Living in a manner consistent with one's gender identity is critical to the health and wellbeing of any person, including transgender people.

41.     The lack of evidence demonstrating that gender identity can be altered, either for transgender or for nontransgender individuals, further underscores the innate nature and immutability of gender identity.   Past attempts to "cure" transgender individuals by using talk therapy, and even aversive therapy, to change their gender identity to match their birth-assigned sex were ineffective and caused extreme psychological damage.

42.     A recent study found that experiencing those conversion efforts was associated with greater odds of attempting suicide, especially for those had those

12

PLAINTIFFS002457

experiences in childhood (Turban, et al., 2020b).   That conclusion is further supported by the extensive evidence that rejection of a young person's gender identity from family and peers are the strongest predictors for adverse mental health outcomes. Every leading medical and mental health organization has issued clear statements that those practices are discredited, harmful, and ineffective, including the American Medical Association (2022), the American Psychiatric Association (2018), the American Academy of Child & Adolescent Psychiatry (2018), the American Psychological Association (2021), and the American Academy of Pediatrics (Rafferty, et al., 2018), among others.

43.    Dr. Levine notes in his report "it is widely agreed that the therapist should not directly challenge a claimed transgender identity in a child." (Levine Report, at ¶50). This characterization mischaracterizes gender affirming therapy and calls into question his understanding of conversion efforts in the context of pre-pubertal youth. Within the model of gender affirming care, challenging assumptions based on stereotypes of gender and encouraging a child to build nuance around identity is inherent to the process of care. However, what Dr. Levine seems to be arguing for is not to encourage a psychotherapeutic process that helps a child come to a clear and nuanced sense of self, whatever the gender identity may be, but instead recommending a psychotherapeutic intervention that privileges a non-transgender identity as inherently preferred. While Dr. Levine focuses much of his report on

13

PLAINTIFFS002458

children who desist during puberty, inherent in the literature on desistance includes the substantial portion of prepubertal youth who persist in a transgender identity through puberty and into adulthood. By foreclosing the possibility of a healthy transgender identity and instead encouraging these transgender youth who will persist into transgender adults to strive towards a cisgender outcome, as Defendants and their experts argue, one is, by definition, practicing conversion therapy.

44.    There is no one way by which people experience their gender identity development from early questioning to consolidation and affirmation.  Though it is common for transgender youth to come out at puberty, for other transgender persons this is not true, and it may take them longer to come to recognize and acknowledge their gender identity.  For the latter group, this is not due to some "late onset" of dysphoric feelings or sudden understanding themselves as transgender, it is the result of a long and difficult process toward accepting and understanding themselves in a social context where being transgender is still a difficult reality due to external stigma, fears of family and social rejection, and even internalized transphobia (Pullen Sansfaçon, et al., 2020).

45.    Dr. Levine, Dr. Kaliebe, and Defendants' other designated experts devote a great deal of space to discussing a theory that an increasing number of people who are assigned female at birth are suddenly identifying as males in mid-to-late adolescence as a result of peer pressure and social contagion.  (*See, e.g.*, Levine

14

PLAINTIFFS002459

Report, at ¶¶ 38, 96; Kaliebe Report, at ¶¶30-31, 40-43; Laidlaw Report, at ¶29; Hruz Report, at ¶¶ 117, 131).  The theory that some adolescents experience "rapid-onset gender dysphoria" as a result of social influences is based almost exclusively on one highly controversial study (Littman, 2018).  Although purporting to provide a basis for Dr. Levine's speculations, the study was based on an anonymous survey, allegedly of parents, about the etiology of their child's gender dysphoria. Participants were recruited from websites promoting this social contagion theory, and the children were not surveyed or assessed by a clinician. Those serious methodological flaws render the study meaningless. The only conclusion that can be drawn from that study is that a self-selected sample of anonymous people recruited through websites that predisposed participants to believe transgender identity can be influenced by social factors do, in fact, believe those social factors influence children to identify as transgender.[1]

46.    Dr. Kaliebe seems to argue that the fact that transgender adolescents find other transgender adolescents online is proof of a "social contagion."  He cites to no scientific study to support this speculation, other than Littman study discussed above.  But Dr. Kaliebe ignores that online spaces often provide a safe place for transgender youth to come out and be themselves, allowing them to explore their

---

[1] Aside from these serious methodological flaws, Littman's hypothesis of "rapid onset gender dysphoria" focuses specifically on gender dysphoria in boys who are transgender and were assigned a female sex at birth.

EXPERT REBUTTAL REPORT OF DR. ARON C. JANSSEN
*Dekker v. Weida*, No. 4:22-cv-00325-RH-MAF (N.D. Fla.)

PLAINTIFFS002460

identity. This is no different from a host of other affinity-type groupings one can find on social media. Just like many other minoritized youth, adolescents often search out groups that share core characteristics. Dr. Kaliebe's assertion that social media is a leading cause of the increased prevalence of transgender identifying youth is not demonstrated in the extant literature, and it is also beside the point. Part of an assessment of gender dysphoria includes an inquiry into the social context of the patient – this includes online spaces and potential positive and negative reinforcing factors, including social group status online. This also includes assessing for the concerns Dr. Kaliebe describes that assigned females at birth often face at puberty.

47.    Notwithstanding the above, Dr. Kaliebe goes on to assert that "psychiatrists believe social media has significantly contributed to the rise in gender dysphoria." In support thereof, Dr. Kaliebe references conversations as his evidence and further asserts that "most child psychiatrists admit to me they will not speak publicly on this subject due to how sensitive the topic is."  But such anecdotal evidence is not the type of evidence one would look to in answering scientific question nor whether a particular form of care is experimental or investigative. (Kaliebe Report, at ¶41).  Dr. Kaliebe then cites not one but two unscientific polls of attendees to a particular session at a conference as support for the bold assertion that such data "confirm[] that the vast majority of a group of child and adolescent psychiatrists acknowledge social contagion is a major contributor to the rise in

16

PLAINTIFFS002461

gender dysphoria."  But this is not how scientific study is conducted in medicine. There is no plausible basis for Dr. Kaliebe to extrapolate the poll results of an unscientific survey of attendees to a panel as proof that a "majority of a group of child and adolescent psychiatrists acknowledge social contagion is a major contributor to the rise in gender dysphoria."  To the contrary, what Dr. Kaliebe is doing can hardly be considered science and illustrates how D. Kaliebe does not understand what selection bias is nor what a study is.

### C. Gender Dysphoria and Its Diagnostic Criteria

48.    The term "gender dysphoria" is the distress related to the incongruence between one's gender identity and one's sex assigned at birth.

49.    Gender dysphoria is the clinical diagnosis for the significant distress that results from the incongruity between one's gender identity and sex assigned at birth. It is a serious medical condition, and it is codified in the American Psychiatric Association's in the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision* (DSM-5-TR) (DSM-5 released in 2013 and DSM-5-TR released in 2022).

50.    The DSM-5 defines gender dysphoria as a: "marked difference between the individual's expressed/experienced gender and the gender others would assign him or her, and it must continue for at least six months. In children, the desire to be of the other gender must be present and verbalized. This condition causes clinically

17

PLAINTIFFS002462

significant distress or impairment in social, occupational, or other important areas of functioning."

51.     The DSM-5 also states that: "gender dysphoria is manifested in a variety of ways, including strong desires to be treated as the other gender or to be rid of one's sex characteristics, or a strong conviction that one has feelings and reactions typical of the other gender."

52.     "Gender Dysphoria in Children" is a diagnosis applied only to pre-pubertal children in the DSM-5. The DSM-5 has a separate diagnosis of "Gender Dysphoria in Adolescents and Adults." The diagnostic criteria for these diagnoses are distinct. Understanding that children have less capacity to articulate abstract concepts about the sense of self as well as a reflection of what can be a lack of specificity of gender nonconforming behaviors in childhood, there are more nuanced criteria to make the diagnosis for children. Furthermore, prepubertal youth are not eligible for medical or surgical intervention while the diagnosis of gender dysphoria in adolescents/adults is required for medical and/or surgical treatments,

53.     Simply being transgender or gender diverse is not a medical condition or pathology to be treated. As the DSM-5 recognizes, diagnosis and treatment are "focus[ed] on dysphoria as the clinical problem, not identity per se." (DSM-5, at 451). The DSM-5 unequivocally repudiated the outdated view that being transgender is a pathology by revising the diagnostic criteria (and name) of gender

18

PLAINTIFFS002463

dysphoria to recognize the clinical distress as the focus of the treatment, not the patient's transgender status.

54.    When untreated, gender dysphoria can cause significant distress including increased risk of depression, anxiety, and suicidality. This is noted both in adolescents and adults.  However, these risks decline when transgender individuals are supported and live according to their gender identity.  Not only is this documented in scientific literature and published data, but I witness this each time I see my patients being supported by their community, family, school, and medical providers.

### D. The Guidelines for the Treatment of Gender Dysphoria Are Evidence-Based.

55.    The World Professional Association of Transgender Health (WPATH) has issued Standards of Care for the Health of Transgender and Gender Diverse People ("WPATH Standards of Care") since 1979. The current version is SOC 8, published in 2022. The WPATH Standards of Care provide guidelines for multidisciplinary care of transgender individuals, including children and adolescents, and describes criteria for medical interventions to treat gender dysphoria, including hormone treatment and surgery when medically indicated, for adolescents and adults.

56.    The SOC 8 is based upon a rigorous and methodological evidence-based approach. (Coleman, et al., 2022).  Its recommendations are evidence-based,

PLAINTIFFS002464

informed by a systematic review of evidence and an assessment of the benefits and harms of alternative care options, as well as expert consensus via a Delphi procedure. The process for development of SOC 8 incorporated recommendations on clinical practice guideline development from the National Academies of Medicine and The World Health Organization. Its recommendations were graded using a modified GRADE methodology (Guyatt, et al., 2011), considering the available evidence supporting interventions, risks and harms, and feasibility and acceptability.

57.     A clinical practice guideline from the Endocrine Society (the Endocrine Society Guidelines) provides similar protocols for the medically necessary treatment of gender dysphoria. (Hembree, et al., 2017).

58.     Each of these guidelines are evidence-based and supported by scientific research and literature, as well as extensive clinical experience.

59.     Each of these guidelines also provides distinct guidance for age-appropriate care for children, adolescents, and adults with gender dysphoria.  And none of these guidelines recommend medical treatment for prepubertal children, meaning no medical treatment is recommended until after the onset of puberty.

60.     The protocols and policies set forth by the WPATH Standards of Care and the Endocrine Society Guidelines are endorsed and cited as authoritative by the major professional medical and mental health associations in the United States, including the American Medical Association, the American Academy of Pediatrics,

20

PLAINTIFFS002465

the American Psychiatric Association, the American Psychological Association, the American College of Obstetrics and Gynecology, the American College of Physicians, and the World Medical Association, among others.

### E. Assessment and Treatment of Gender Dysphoria in Children

61.     Defendants' experts spend substantial portions of their expert reports to criticizing gender-affirming care for prepubertal transgender children. For example, according to Dr. Levine, studies have indicated that gender dysphoria in prepubertal gender diverse children may desist by the time the children reach puberty, and thus medical professionals should adopt a "watchful waiting" approach and avoid affirming a prepubertal child's gender identity.

62.     However, with regards to prepubertal gender diverse children, the Standards of Care state that prepubertal gender diverse children "are not eligible to access medical intervention," and therefore focuses on developmentally appropriate psychosocial practices. However, this case concerns coverage of medical treatment, namely, puberty delaying medications, hormones, and surgery, and none of those treatments are recommended for transgender youth until *after* the onset of puberty (i.e., until adolescence), and even then it is only a subset of those, when it is medically necessary, age appropriate, and the legal caregivers consent.

63.     As such, many of Dr. Levine's and Defendants' other designated experts' litany of criticisms is largely irrelevant to the population of people affected

21

PLAINTIFFS002466

by the Challenged Exclusion.  For example, a significant number of Dr. Levine's and Defendants' other designated experts' arguments relate to prepubertal children who "desist" from expressing a transgender identity once they reach puberty. While the statements being made about this population are erroneous, they are also largely irrelevant.

64.     That said, to avoid any confusion, I address some of Dr. Levine's and Defendants' other designated experts' arguments pertaining to transgender youth prepubertal here.

65.     As with all health care, treatment of prepubertal gender diverse children is individualized based on the needs of the child and the family and other psychosocial considerations and is decided upon only after a discussion of possible benefits and risks (Hidalgo, et al., 2013).  As part of those discussions, the child and their family are advised that prepubertal gender diverse children do not always go on to identify as transgender when they reach adolescence, and that children are encouraged to continue developing an understanding of their gender identity without expectation of a specific outcome even after social transition takes place (American Psychological Association, 2015; Edwards-Leeper and Spack, 2012).

66.     The term "gender diverse" includes transgender children as well as children who will ultimately not identify as transgender later in life (Coleman, et al., 2022).

PLAINTIFFS002467

67.     Dr. Levine and Defendants' other designated experts present a caricatured description of prevailing standards of care that reflects a profound misunderstanding of the subject with respect to prepubertal gender diverse children. Mental health providers cannot change a prepubertal child's gender identity or prevent them from being transgender, just as mental health providers cannot change a cisgender child's gender identity. Furthermore, it is far from the standard of care for clinicians to blindly support a child's potential social transition without careful assessment and a thorough discussion of the risks, benefits and alternatives of this intervention.

68.     Prepubertal children who "desist" are children with nonconforming gender expression who realize with the onset of puberty that their gender identity is consistent with their sex assigned at birth. Their understanding of their gender identity changes with the onset of puberty, but their gender identity does not. We cannot definitively determine which prepubertal children will go on to identify as transgender when they reach adolescence, but we know that children with gender dysphoria who persist into puberty are more likely to have expressed a consistent, persistent, and insistent understanding of their gender identity from a young age (Steensma, et al., 2013).

69.     The focus of gender-affirming care and SOC 8 is thus in supporting the overall health and wellbeing of the child.  In this manner, the primary goal of

23

PLAINTIFFS002468

gender-affirming care is to help a child understand their own gender identity and build resilience and mental wellness in a child and family, without privileging any one outcome over another.

70.    Important considerations in deciding whether social transition is in a child's best interest include: whether there is a consistent, stable articulation of a gender different from the child's sex assigned at birth, which should be distinguished from merely dressing or acting in a gender non-conforming manner; whether the child is expressing a strong desire or need to transition; the degree of distress the child is experiencing as a result of the gender dysphoria; and whether the child will be emotionally and physically safe during and following transition (Coleman, et al., 2022; American Psychological Association, 2015).

71.    A treatment plan is informed by a psychosocial assessment, which may vary greatly depending on the patient's presentation and the complexity of the issues the patient is navigating.  Further, in conducting that assessment, the mental health provider is drawing from their professional training and experience in working with transgender young people, exercising professional judgment, and tailoring the assessment to each individual patient.

72.    There is also no requirement that prepubertal children who socially transition receive mental health therapy.  Many prepubertal children who express a gender identity different from their sex assigned at birth do not experience any co-

24

PLAINTIFFS002469

occurring conditions or other psychological distress requiring treatment (Coleman, et al., 2022; de Vries, et al., 2011a).  Mental health therapy may be useful for some prepubertal children but is not necessary or appropriate for everyone.  Forcing children to undergo therapy when it is not medically indicated is both harmful and unethical.

73.     What makes gender-affirming care "gender affirming" is that it does not presume that being transgender is incompatible with a young person's short- and long-term health and wellbeing. It is also important to note that clinicians utilizing gender affirming care do not assume that all children asserting a gender identity incongruent with their sex assigned at birth are inherently transgender. A clinician doing a careful assessment and recommending a child not socially transition or an adolescent not pursue medical care is fully aligned with this treatment paradigm.

74.     Dr. Levine and Defendants' additional designated experts seem to think social transition is a single decision that irrevocably alters a child's trajectory over time. This belief belies their lack of clinical experience in working with gender diverse pre-pubertal youth. Clinically, social transition is often a series of steps taken gradually with feedback from the child, the family, and the clinician elicited over time. It is false that allowing prepubertal transgender children to socially transition puts these children on a path to becoming transgender adolescents and adults. Rather, the evidence shows that the same prepubertal children who are likely to have

25

PLAINTIFFS002470

a stable transgender identity into adolescence are the children who are most likely to articulate a strong and consistent need to socially transition (Steensma, et al., 2013). For example, a recent study found that a group of transgender children who transitioned before puberty and a group of transgender children who waited to transition until after puberty both showed the same intensity of cross-gender identification. In other words, socially transitioning before puberty did not increase children's cross-gender identification, and deferring transition did not decrease cross-gender identification (Rae, et al., 2019).

75.    Intense cross-gender identification and a strong, persistent desire to transition is simply an indicator that a child is more likely to be transgender and not merely gender nonconforming.

**F. Assessment and Treatment of Gender Dysphoria in Adolescents**

76.    WPATH SOC 8 recommends that health care professionals working with transgender and nonbinary adolescents be licensed, hold a postgraduate degree in relevant clinical field, have received training and developed expertise in working with children and adolescents, and have received training and developed expertise in gender identity and diversity in youth and in the ability of youth to assent/consent to care (Coleman, et al., 2022).

77.    The Standards of Care also recommend a "comprehensive biopsychosocial assessment" for adolescents "prior to any medically necessary

EXPERT REBUTTAL REPORT OF DR. ARON C. JANSSEN
*Dekker v. Weida*, No. 4:22-cv-00325-RH-MAF (N.D. Fla.)

PLAINTIFFS002471

medical or surgical intervention" for gender dysphoria. The assessment should include gender identity development, social development and support, diagnostic assessment of co-occurring mental health or developmental concerns, and capacity for decision-making (Coleman, et al., 2022). So do the Endocrine Society Guidelines (Hembree, et al., 2017).

78.     Defendants' experts point to the rates of co-occurring psychiatric diagnoses among youth presenting with gender identity concerns. But not only are some of these co-occurring diagnoses, like anxiety and depression, often associated with dysphoria, but because youth experiencing gender identity concerns present for care before mental health providers more often, it is easier to diagnose other co-occurring diagnoses that would otherwise often go undiagnosed. In any event, it is precisely because of these co-occurring mental health diagnoses that specialized training is required to do a comprehensive biopsychosocial assessment that takes into account the possibility of diagnoses that may lead a child to experience confusion around gender identity that is inconsistent with a diagnosis of gender dysphoria. However, once properly assessed and the other conditions are properly managed, the presence of these diagnoses is not a contraindication to provide medical care to adolescents with gender dysphoria.

79.     For transgender adolescents, the onset of puberty is often a painful and sometimes traumatic experience that brings increased dysphoria and the

27

PLAINTIFFS002472

potential development of a host of comorbidities including depression, anxiety, substance abuse, self-harming behaviors, social isolation, high-risk sexual behaviors, and increased suicidality. It is notable that Dr. Levine acknowledges that many transgender adults have derived significant benefit from gender affirming medical and surgical care but fails to recognize that all transgender adults were once adolescents and that much of the stigma faced by transgender adults that he recognizes as a source of distress and dysfunction would be avoided had they had access to this care during adolescence.

80.     Some transgender people who do not come forward until adolescence may have experienced symptoms of gender dysphoria for long periods of time but have been uncomfortable disclosing those feelings to parents. Other transgender people do not experience distress until they experience the physical changes accompanying puberty.   In either case, gender-affirming care requires a comprehensive assessment and evidence of persistent, sustained gender dysphoria before medical treatment is recommended.

81.     Gender-affirming treatment also requires a careful and thorough assessment of a patient's mental health, including co-occurring conditions, history of trauma, and substance use, among many other factors (Olson-Kennedy, et al., 2019; Edwards-Leeper and Spack, 2012).   As a result, I have had patients who presented with some symptoms of gender dysphoria, but who ultimately did not meet

EXPERT REBUTTAL REPORT OF DR. ARON C. JANSSEN
*Dekker v. Weida*, No. 4:22-cv-00325-RH-MAF (N.D. Fla.)

PLAINTIFFS002473

the diagnostic criteria for a variety of reasons, and therefore I recommended treatments other than transition to alleviate their psychological distress. I have also seen patients that did meet the diagnostic criteria for gender dysphoria but had mental health impairments that precluded proceeding with gender affirming hormonal and surgical care.

82.    Studies on transgender young people have long reported data on co-occurring conditions, including some of my own (e.g., Janssen, et al., 2019; Olson, et al., 2015; Reisner, et al., 2015; Spack, et al., 2012; Mustanski, et al., 2010).

83.    The existence—and prevalence—of co-occurring conditions among transgender young people is unsurprising.  Transgender young people must cope with many stressors, from the fear of rejection by family and peers to pervasive societal discrimination.  Not to mention, their underlying gender dysphoria can cause significant psychological distress which, if left untreated, can result in or exacerbate the co-occurring conditions identified in studies on transgender young people (van der Miesen, et al., 2020; Turban, et al., 2021).  And, given that transgender young people typically delay disclosing their transgender status or initially experience family rejection following disclosure, it is not uncommon for transgender young people to engage with psychological or psychiatric care for other reasons prior to being diagnosed with gender dysphoria.

EXPERT REBUTTAL REPORT OF DR. ARON C. JANSSEN
*Dekker v. Weida*, No. 4:22-cv-00325-RH-MAF (N.D. Fla.)

PLAINTIFFS002474

84.     Transgender young people, however, are not outliers in this regard. Research and clinical experience show that most psychiatric conditions are highly correlated with other co-occurring psychiatric conditions.  For example, young people with depression are very likely to have at least one other diagnosable condition, most often anxiety (Costello, et al., 2003). Likewise, a study on children diagnosed with Attention-Deficit/Hyperactivity Disorder found between 74-79% participants had additional co-occurring psychiatric conditions (Wilens, et al., 2002).

85.     Requiring that a transgender patient resolve all co-occurring conditions, many of which are chronic with no reasonable expectation that they be "resolved," prior to receiving gender-affirming care is not possible, nor is it ethical.  No relevant organizations cite the need for co-occurring mental health conditions to be resolved before a patient may receive gender-affirming care. Rather, such conditions should be reasonably well-controlled and not impair the ability of the patient to make an informed decision or interfere with the accuracy of the diagnosis of gender dysphoria. Indeed, some co-occurring conditions (for example, Attention Deficit Hyperactivity Disorder and Autism Spectrum Disorder, to name a few) could be chronic disorders where complete resolution is impossible and the goal of treatment is mitigating harm and improving functioning.

86.     WPATH SOC 8 recommends that "mental health professionals address mental health symptoms that interfere with a person's capacity to consent to gender-

PLAINTIFFS002475

affirming treatment before gender-affirming treatment is initiated," but note that "mental health symptoms such as anxiety or depressive symptoms that do not affect the capacity to give consent should not be a barrier for gender-affirming medical treatment, particularly as this treatment has been found to reduce mental health symptomatology" (Coleman, et al., 2022).  Indeed, SOC 8's chapter on adolescents specifically notes that "while addressing mental health concerns is important during the course of treatment, it does not mean all mental health challenges can or should be resolved completely" (Coleman, et al., 2022).

87.   The Endocrine Society Guidelines similarly provide that because gender dysphoria "may be accompanied with psychological or psychiatric problems," "in cases in which severe psychopathology" "interfere[s] with diagnostic work or make[s] satisfactory treatment unlikely, clinicians should assist the adolescent in managing these other issues" (Hembree, et al., 2017).  The Guidelines thus require that these issues be managed, not resolved.

88.   Gender dysphoria, by definition, is accompanied by clinically significant psychological distress. That distress can take on many different forms (e.g., anxiety, mood disorders, and depression) and vary greatly in severity, resulting in co-occurring conditions. Because psychological distress is not easily compartmentalized, the distress associated with gender dysphoria can also amplify co-occurring conditions that developed independently of the gender dysphoria. In

31

PLAINTIFFS002476

either situation, gender dysphoria limits the effectiveness of treatment of any co-occurring mental health conditions.  Thus, treating the underlying gender dysphoria is essential to alleviating the psychological distress associated with co-occurring conditions.

### G. Efficacy of Gender-Affirming Treatment for Gender Dysphoria in Adolescents

89.    "For some youth, obtaining gender-affirming medical care is important while for others these steps might not be necessary." (Coleman, et al., 2022). In my clinical experience, some adolescent patients have a critical need for medical interventions at or at some point after the onset of puberty and others do not. As with all medical interventions, it is highly individualized and responsive to the particular medical and mental health needs of each patient as well as the understanding and preferences of the legal guardians who ultimately make these healthcare decisions.

90.    The criticisms of gender-affirming care for adolescents by Dr. Levine and Defendants' other designated experts reflect a distorted interpretation of the relevant scientific literature and what gender-affirming care is.  Despite Dr. Levine's and Defendants' other designated experts' suggestion to the contrary, there is no "watchful waiting" approach for transgender adolescents.  Even practitioners who oppose social transition in childhood provide gender-affirming care for transgender

32

PLAINTIFFS002477

adolescents, including puberty-delaying medication and gender-affirming hormone treatments for gender dysphoria (Turban, et al., 2018; Ehrensaft, 2017).

91.    Dr. Levine and Defendants' other designated experts criticize the methodology of studies supporting gender-affirming care while proposing a "therapy only" treatment without any empirical or scientific support whatsoever. They also fail to understand that not all patients in a gender-affirming model of care will initiate medical or surgical care.  The difference is that in the affirming care model, those decisions are made in concert with the young person and their family.

92.    Adolescents with gender dysphoria who have entered puberty may be prescribed puberty-delaying medications (GnRHa) to prevent the distress of developing permanent, unwanted physical characteristics that do not align with the adolescent's gender identity.  Puberty-delaying medications allow the adolescent time to better understand their gender identity, while delaying distress from the progression of the development of secondary sex characteristics such as breasts or facial hair.

93.    Prior to initiation of puberty-delaying medications, providers counsel patients and their families extensively on potential benefits and risks.  The intended benefit of treatment is to reduce the risk of worsening gender dysphoria and mental health deterioration.  More specifically, use of puberty-delaying medications in transmasculine adolescents allows for decreased chest development, reducing the

PLAINTIFFS002478

need for breast binding and surgical intervention in adulthood. For transfeminine adolescents, puberty-delaying medications limit facial and body hair growth, voice deepening, and masculine bone structure development, which greatly reduce distress both at the time of treatment and later in life and reduce the need for later interventions such as voice therapy, hair removal, and facial feminization surgery. The goal in using puberty-delaying medications is to minimize the patient's dysphoria related to progression of puberty and allow for later initiation of puberty consistent with gender identity. The pubertal stage and individual needs of the patient direct conversations regarding care options.

94.     A growing body of evidence, including peer-reviewed cross-sectional and longitudinal studies, demonstrates the positive impact of pubertal suppression in adolescents with gender dysphoria on psychological functioning and quality of life, including a decrease in behavioral and emotional problems, a decrease in depressive symptoms, and improvement in general functioning (e.g., Achille, et al., 2020; Turban, et al., 2020a; van der Miesen, et al., 2020; Costa, et al., 2015; de Vries, et al., 2011b). Furthermore, studies show improvements in body satisfaction with gender-affirming treatment, and the extant literature recognizes that the body satisfaction is a mediator for improved quality of life and mental health outcomes. (Chen, et al., 2023).

34

EXPERT REBUTTAL REPORT OF DR. ARON C. JANSSEN
*Dekker v. Weida*, No. 4:22-cv-00325-RH-MAF (N.D. Fla.)

PLAINTIFFS002479

95.    In my own practice, I have had patients describe pubertal suppression as life saving and a vast majority have experienced a great deal of relief when the treatment is initiated. In contrast to Dr. Levine's assertion that starting pubertal suppression is a one-way road to hormones, I have also had patients who, through gender affirming psychotherapy, came to understand their gender identity to be congruent with their sex assigned at birth and discontinued this treatment with a resumption of puberty. While each patient and each family is unique, a thorough assessment and a clear discussion of the risks, benefits and alternatives of this interventions is consistent among all of my patients.

96.    After ongoing work with mental health professionals and when the adolescent has lived in accordance with their gender identity for a significant period of time, they may start treatment with hormones (testosterone for transgender boys, estrogen and testosterone suppressants for transgender girls), if and when medically indicated.

97.    There is no credible basis for Dr. Levine's assertion that an adolescent's decision to begin puberty-blocking medication "act[s] as a psychosocial 'switch,' decisively shifting many children to a persistent transgender identity."   (Levine Report, ¶133). Studies showing that a high percentage of transgender adolescents who receive puberty blockers ultimately decide to move forward with gender-affirming hormone therapy more likely reflect the fact that participants were

35

PLAINTIFFS002480

rigorously screened and had demonstrated sustained, persistent gender dysphoria before receiving medical treatment.

98.     Eligibility and medical necessity are determined case-by-case, based on an assessment of the adolescent's unique cognitive and emotional maturation and ability to provide a knowing and informed assent in addition to the informed consent of the legal medical decision maker, most often the parent or guardian.  The decision would be made only after a careful review with the youth and parents/guardians of the potential risks and benefits of hormone therapy.

99.     Under SOC 8 and the Endocrine Society Clinical Guidelines, hormone therapy is an appropriate treatment for transgender adolescents with gender dysphoria when the experience of dysphoria is marked and sustained over time, the adolescent demonstrates emotional and cognitive maturity required to provide and informed consent/assent for treatment, other mental health concerns (if any) that may interfere with diagnostic clarity and capacity to consent have been addressed, and the adolescent has discussed reproductive options with their provider. SOC 8 also highlights the importance of involving parent(s)/guardian(s) in the assessment and treatment process for minors (Coleman, et al., 2022; Hembree, et al., 2017).

100.   As with puberty-delaying medications, the risks and benefits of hormone treatment are discussed with the patient and their families, prior to initiation of gender affirming hormone therapy.

36

PLAINTIFFS002481

101.   And, as with the use of puberty-delaying medications, treatment of gender dysphoria with testosterone or estrogen is highly beneficial for both short-term and long-term psychological functioning of adolescents with gender dysphoria and withholding treatment from those who need it is harmful (e.g., Achille, et al., 2020; Allen, et al., 2019; Chen, et al., 2023; de Lara, et al., 2020; de Vries, et al., 2014; Grannis, et al., 2021; Green, et al., 2022; Kaltiala, et al., 2020; Kuper, et al., 2020).

102.   In my own practice, I have seen youth with severe gender dysphoria who avoided all social contacts who were able to thrive with the initiation of gender affirming hormones and feel confident with the changes seen as they developed secondary sex characteristics aligned with their gender identity. I have seen my patients start hormones and find themselves more able to build social and romantic relationships, and begin to address underlying co-occurring psychiatric disorders.

103.   For some older transgender adolescents, surgery may be provided prior to age 18 if medically indicated (typically, chest surgery for transgender male adolescents). Peer-reviewed research has also shown improvements in mental health following gender-affirming chest surgery for transgender males with gender dysphoria where medically indicated (Mehringer, et al., 2021; Olson-Kennedy, et al., 2018).

37

PLAINTIFFS002482

104.  As part of the treatment process for gender dysphoria, adolescent patients provide assent to their care, while their parents or guardians provide informed consent.  In addition, a treating doctor will not offer gender-affirming medical treatments unless they have concluded after weighing the risks and benefits of care for the specific patient that treatment is appropriate.  The risks and benefits of care are discussed with the adolescent patient and their family.  This process is no different than the informed consent process for other medical treatments.  However, for gender-affirming medical care, there is the additional safeguard of the recommended assessments by a mental health care professional, who must not only be experienced in the assessment of gender dysphoria, but also in the assessment of a patient's capacity to consent/assent to treatment and ability to understand the risks and benefits of treatment. Indeed, SOC 8 notes that mental health professionals are the best positioned practitioners to conduct these assessments for adolescents and also recommends that a mental health professional address any mental health issues that may interfere with a patient's ability to consent prior to the initiation of gender-affirming care.

105.  Dr. Levine and Dr Kaliebe fail to discuss many of the studies documenting the benefits of puberty-delaying medication and gender-affirming hormone therapy (Chen, et al., 2023; de Vries, 2023).   When viewed as a comprehensive body of research, the weight of the evidence and the experience of

PLAINTIFFS002483

clinicians as well as from the experience of patients has demonstrated that puberty-delaying medication and hormones have been associated with a variety of mental health benefits across different contexts (Chen, et al., 2023).

106.   Dr. Levine and Dr. Kaliebe also criticize the quality of evidence supporting treatment of gender dysphoria. (*See, e.g.*, Levine Report, at ¶¶136-141; Kaliebe Report, at 45-70). But treatments for gender dysphoria have the same or similar level of evidentiary support as many other well-established treatment protocols in psychiatry—and other disciplines of medicine. The evidentiary basis for those treatment protocols is developed, and regularly updated, using a combination of peer-reviewed research and the extensive clinical experience of providers who regularly treat patients with that condition. Those treatment protocols are considered the standard of care and are safe and effective for the conditions they are intended to treat.

107.   Dr. Levine also suggests that the lack of FDA approval of gender-affirming medical treatments for these specific uses indicates that the treatments are not supported by evidence of safety. (*See, e.g.*, Levine Repport, ¶179). But off-label use of medication is common in medicine, especially treatments for children and adolescents. For example, in children, Zoloft is FDA approved to treat Obsessive-Compulsive Disorder, but is also regularly used to treat depression and anxiety, such that the use of Zoloft is considered the standard of care for children who require

39

PLAINTIFFS002484

medication to treat those conditions despite the lack of FDA approval for those indications.

108.   In their reports, Dr. Levine and Dr. Kaliebe present a distorted picture of the gender affirming model of care where they imply that gender-affirming care requires the unquestioned and automatic affirmation of an adolescent's desires.  But gender-affirming medical care such as GAH is only provided to an adolescent after working with the adolescent and their parents/guardians, who are the ones who provide the informed consent. Indeed, in my practice, I have had patients with unrealistic expectations of the impact of testosterone or estrogen including on a belief that initiation of gender affirming medical care would eradicate any co-occurring psychiatric disorders despite many of these being chronic and predating any symptoms of gender dysphoria. But in accordance with SOC 8 and Endocrine Society Guidelines, the gender-affirming model of care requires that these patients be provided with additional psychotherapy and psychoeducation to determine the appropriateness of moving forward, and for some of these youth a delay in initiation of hormones, or even potentially a recommendation to not pursue hormones, is aligned with the gender affirming model of care.

40

PLAINTIFFS002485

### H. Assessment and Treatment of Gender Dysphoria in Adults

109.   In the DSM-5, the diagnostic criteria for Gender Dysphoria are shared by adolescents and adults. The assessment and treatment of a gender dysphoric adolescent is very similar to the assessment of the gender dysphoric adult.

110.   As with any condition that typically presents with symptoms in childhood or adolescence, collateral information from caregivers, partners, employers, etc. is often useful in informing the initial diagnostic assessment. For children and adolescents, the legal structures of consent and assent as well as best practice and ethics of care require parental involvement in ongoing mental health care, and standard practice is to gather history of the child from the parent and guardian. For adults, the individual patient can make decisions about whom they want involved in their care. That said, the assessment process of gathering a detailed history and developing a biopsychosocial assessment takes the same factors into account as one does with adolescents. And similar to adolescents, the risks, benefits and alternatives to social transition, hormonal care and surgical options are weighed in collaboration with the patient prior to making any recommendations. The evidence supporting this process of assessment and care is documented in the plaintiffs' experts' reports.

111.   Despite that the Challenged Exclusion impacts the ability of both adolescent and adult Medicaid beneficiaries to get coverage, and therefore get

41

PLAINTIFFS002486

access, to medical treatment for gender dysphoria, neither Drs. Levine nor Kaliebe address the impact of losing access to medical care for transgender adults in the state of Florida. This same flaw characterizes all of the defendants' designated experts' reports, as well as the GAPMS Memo itself.

112. Their reports focus primarily on pre-pubertal youth, which are not subject to this ban, and seek to call into question practices in assessing and treating transgender adolescents. This report seeks to rebut their mischaracterization of the current standard of care for transgender adolescents as well as the mischaracterization of the current standard of care for transgender adults. However, neither expert in their report sought to undermine the evidence base for the treatment of transgender adults and Dr. Levine even acknowledges the benefit of hormonal and surgical care for some adults.

## I. Additional Responses to Defendants' Designated Experts

113. In his report, Dr. Kaliebe states that the Chen et al. study did not address the suicides in the study population and that "the most research shows a much higher than expected rate of suicide in the condition of affirmative hormone treatment." (Kaliebe Repport, at ¶70). This is not true. For one, the Chen et al. study looked at the study population at baseline (pre-intervention), which shows that 66% endorsed lifetime suicidal ideation; 29% endorsed lifetime suicidal ideation with a plan, and a full 25% had reported having already had at least one suicide attempt prior to

42

PLAINTIFFS002487

engaging in care.  This is not much different from the suicide completion rate in the Ghent clinic (5/235) compared to the NIH 4 site (2/315).  For another, Dr. Kaliebe compares the study population in Chen et al. to apparent suicides of transgender youth purportedly associated with the Gender Identity Development Service (GIDS) in the United Kingdom.  For these numbers, Dr. Kaliebe cites to a letter to the editor from a sociologist, not a peer-reviewed study or a letter from someone experienced in this care.  But two of the GIDS youth never saw a doctor for gender-affirming care, and there is no evidence the two others were receiving care.  What is more, even the letter to the editor Dr. Kaliebe cites states: "One final caveat is that these data shed no light on the question of whether counseling or endocrinological interventions—gonadotropin-releasing hormone agonist or cross-sex hormones— affect the risk of suicide." (Biggs, 2022).

114.    Defendants' designated experts, including several who are not mental health professionals, continue to misconstrue the practice of psychiatry and misunderstand what occurs in a mental health assessment. They indicate that mental health clinicians believe without scrutiny what a patient is telling them on face value. In fact, mental health professionals are trained to assess not just the words being said, but also to recognize behaviors, gather collateral data from other informants, and assess the meaning of the inherent disparities between these various data points to help understand the patient's experience. These assessments require training and

43

PLAINTIFFS002488

skill which the non-mental health providers lack. As an example, it is not uncommon for a patient to deny suicidal intent despite having clear risk factors – this denial occurs even after some have been discovered post-suicide attempt. To argue that highly trained clinicians simply believe everything a patient says is a farce. Furthermore, many of the defendants' experts attempt to invalidate Gender Dysphoria, as well as nearly all psychiatric diagnoses because these diagnoses rely on a patient's description of their symptoms to make the diagnosis.   Every mental condition, and many physical conditions, rely on the patient's self-expressed disclosure of phenomenology. Do migraines not exist because they require patient self-report? Is depression not a cause of disability unless there is a blood test to diagnose it? Did auto-immune encephalitis not exist as a phenomenon until the antibody test was developed? Mental health providers, as well as all physicians rely on patient reports of symptoms and an exercise of independent judgment based on training and experience to make a diagnosis.

115.   Dr. Kaliebe criticizes AACAP for purportedly being inconsistent about the capacity of minors, suggesting there is a discrepancy between their arguments protecting adjudicated youth vis-à-vis the ability of transgender youth to obtain care. But this criticism has no basis and is more indicative of Dr. Kaliebe's lack of experience and familiarity with this field.  In its amicus brief, AACAP argued the U.S. Supreme Court should have taken adolescents' mental capacity into account

44

PLAINTIFFS002489

when evaluating the question of whether adjudicated youth should be sentenced to life without the possibility of parole. Not only is the context of gender-affirming medical care entirely inapposite, but in such context, adolescents do not make decisions on their own. In order to access gender-affirming medical care, the adolescents work in conjunction with their parents/legal guardians and their doctors. And while adolescents provide assent to care, it is their parents/legal guardians who provide consent.

116. There appears to be a consistent lack of understanding of the consent process for pediatric medical care among the defendants' designated experts. This is most starkly demonstrated in Dr. Hruz's report. In his report, he highlights many potential reasons why adolescents may be unable to provide consent to gender affirming care. However, he neglects to understand that minors do not consent to gender affirming care. Parents/legal caregivers and at time the state maintain the capacity to consent on behalf of the adolescent, who depending on their age may provide assent. While his arguments are spurious, they are also irrelevant to the matter at hand.

117. Furthermore, there are also misstatements about the impact of psychiatric diagnoses on the capacity to consent. In Dr. Hruz's report, he notes "individuals with transgender identity who also have clinical depression or other serious psychiatric comorbidity may have limited capacity to objectively weigh

45

PLAINTIFFS002490

proposed clinical interventions with potentially irreversible consequences and would therefore fail to meet psychological abilities criteria." (Hruz Report, at ¶ 103). His reference justifying this sentence is an ethics analysis of participation in clinical research not in clinical care, and makes no reference to "psychological abilities criteria," which may sound official but has no bearing on evidence-based assessments of capacity to consent. Dr. Hruz further mischaracterizes Helmchen's paper which speaks specifically about excluding patients with "suicidal intentions" which is a separate phenomenology than clinical depression.

118.   Similarly, Dr. Lappert reports "as is known by all surgeons, it is considered imprudent to obtain informed consent from patients suffering from psychological conditions that provoke the patient to acts of self-harm, or to suicidal ideation." (Lappert Report, at ¶69).  This uncited assertion is drawn from ignorance about the capacity to consent to care for psychiatric patients. First, capacity to consent is specific to the intervention at hand. While a patient with suicidal ideation may lack capacity to end life-saving medical care, they may still retain capacity to consent to an appendectomy. To assume that all patients with psychiatric illness lack capacity to consent across all contexts is both unfounded and unethical.

119.   Even in the context of clinical research, when the question of retention of capacity is actually studied as opposed to assumed it is of concern, individuals with both severe depression and schizophrenia demonstrate relatively high-decision

46

PLAINTIFFS002491

making capacity as measured by the MacArthur Competence Assessment Tool-Clinical Research (Cohen, et al., 2004).

120. Dr. Kaliebe makes an assertion that medical academies are delegitimizing and politicizing care by convening expert committees to advise the organization on a topic. But this is well within the norms of academic medicine and speaks to a wish to be informed by experts in the field; it is not evidence of malfeasance. Speaking from personal experience as a member of several committees on transgender health, professional disagreements and debates about approaches, practices and priorities for care and research are commonplace, and dissenting opinions are welcomed, particularly when informed by their own expertise and a fair review of the literature.

121. Dr. Laidlaw makes many of the same mistakes about consent as the other experts, namely mistaking that children consent to gender affirming medical and surgical care. But he goes further and notes that in his opinion, even parents are unable to provide consent because the full accounting of the potential risks is, according to him, unknown. If Dr. Laidlaw's rubric were to be applied to the rest of medicine, medicine would never evolve. There are inherent unknown risks to every intervention, and it is the role of the provider to incorporate what is known and what is not known about these risks into a discussion about informed assent and informed consent. Moreover, the fact that we do not know *everything* about an intervention

47

PLAINTIFFS002492

does not make that intervention experimental. In medicine and in science, every day we discover something and with the advent of new techniques or investigative tools we are able to learn new information about the effects of well-established and longstanding medical interventions. None of this renders a medical intervention to be experimental.

122. Additionally, Dr. Laidlaw spends much of his report opining on the appropriateness of the psychiatric care of the patients involved in this case. However, Dr. Laidlaw is not a psychiatrist and has no authority to comment on the psychiatric care of either patient. It is unethical for him to do so.

## J. Prohibiting Access to Gender-Affirming Care Harms Transgender People

123. Defendants' experts completely ignore the harms associated with prohibiting access to gender-affirming care to adolescents and adults with gender dysphoria for whom it is necessary and appropriate. They also ignore the harmful effects of governmental like the Challenged Exclusion adopted by Defendants.

124. The overarching goal of treatment for gender dysphoria is to eliminate clinically significant distress. For some, this is achieved by aligning an individual patient's body and presentation with their internal sense of self. The denial of medically indicated care to transgender adolescents and adults not only frustrates this goal and results in the prolonging of their gender dysphoria, but also causes

48

PLAINTIFFS002493

additional distress and poses other health risks, such as depression, trauma, self-harm, and suicidality.

125.   Defendants and their designated experts not only ignore the volumes of data showing the efficacy of gender-affirming medical care, but they also cannot deny that there are transgender adolescents that persist into transgender adults and who benefit from this care. But notwithstanding this latter undeniable fact neither Defendants nor their designated experts are interested in a nuanced discussion about prevalence, process, or technique, instead they advocate for a complete bar to the coverage of this safe, efficacious, and medically necessary care for *all* transgender adolescents and adults.

126.   Lack of access to gender-affirming care therefore directly contributes to poorer mental health outcomes for transgender people (Owen-Smith, et al., 2018).

127.   It is also well documented that experiencing discrimination has negative impacts on people's mental health and wellbeing.  For example, a 2019 study found that experiencing discrimination in health care settings posed a unique risk factor for heightened suicidality among transgender individuals, a population already at heightened risk compared with the general population (Herman, et al., 2019).  And of note, the 2022 National Survey on LGBTQ Youth Mental Health found that LGBTQ youth who had experienced discrimination based on sexual

49

PLAINTIFFS002494

orientation or gender identity had attempted suicide in the past year at nearly three times the rate as those who had not (19% vs. 7%) (The Trevor Project, 2022).

128.   In addition, the 2022 National Survey on LGBTQ Youth Mental Health found that 93% of transgender and nonbinary youth said that they have worried about transgender people being denied access to gender-affirming medical care due to state or local laws (The Trevor Project, 2022).

129.   Research has shown that the mere introduction, debate, and adoption of discriminatory laws and policies like the Challenged Exclusion negatively affects the mental health of transgender youth.  A prospective study with sexual minority populations found that living in states with discriminatory policies was associated with a statistically significant increase in the number of psychiatric disorder diagnoses (Hatzenbuehler, et al., 2010).  Other studies "shown that restrictive laws and policies are related to destructive health behaviors on the part of transgender individuals" (Cunningham, et al., 2022; Du Bois, et al., 2018).

130.   Recent studies show the negative toll that anti-LGBTQ measures, like the Challenged Exclusion, and debates surrounding them have had on the mental health of transgender youth.  For example, in a survey of youth in November 2022, 86% of transgender and nonbinary youth said that the debates about anti-transgender bills had negatively impacted their mental health (Movement Advancement Project, 2023; The Trevor Project and Morning Consult, 2023).  And a study from 2022,

50

PLAINTIFFS002495

though with limitations, showed that the passage of anti-transgender bills is linked with Internet searches related to depression and suicide (Cunningham, et al., 2022).

131.   Perhaps, more poignantly, those of us with clinical experience hear from our patients about how it feels to be targeted with this kind of legislation. As two of my transgender patients expressed to me within the past few weeks, "why does everyone hate me just for existing?" and "it's a hard time to be transgender right now."

## CONCLUSION

132.   By denying coverage and therefore access to necessary, safe, and effective medical care as treatment for gender dysphoria, the Challenged Exclusion endangers the mental health and well-being of transgender Medicaid beneficiaries in Florida.

133.   Defendants and their designated experts, who for the most part have no experience in transgender health, not only ignore the robust evidence for the potential harm faced by transgender individuals when barred access to medically necessary gender-affirming care, but they also mischaracterize, misapprehend, and even ignore the robust body of evidence showing that gender-affirming medical care is safe, effective, and not experimental or investigational.

51

PLAINTIFFS002496

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of March 2023.

_____
Aron Janssen, M.D.

52

PLAINTIFFS002497

# Exhibit A

## *Curriculum Vitae*

PLAINTIFFS002498

**Curriculum Vitae**

Aron Janssen, M.D.
312-227-7783
aronjans@gmail.com

**Personal Data**

| | |
|---|---|
| Born | Papillion, Nebraska |
| Citizenship | USA |

**Academic Appointments**

| | |
|---|---|
| 2011-2017 | Clinical Assistant Professor of Child and Adolescent Psychiatry |
| 2011-2019 | Founder & Clinical Director, NYU Gender and Sexuality Service |
| | Director, LGBT Mental Health Elective, NYULMC |
| 2015-2019 | Co-Director, NYU Pediatric Consultation Liaison Service |
| | New York University Department of Child and Adolescent Psychiatry |
| 2017-present | Clinical Associate Professor of Child and Adolescent Psychiatry |
| 2019-present | Vice Chair, Pritzker Department of Psychiatry and Behavioral Health |
| | Ann and Robert H. Lurie Children's Hospital of Chicago |
| 2020-present | Medical Director, Outpatient Psychiatric Services |
| | Ann and Robert H. Lurie Children's Hospital of Chicago |

**Education**

| Year | Degree | Field | Institution |
|---|---|---|---|
| 6/97 | Diploma | | Liberty High School |
| 5/01 | B.A. | Biochemistry | University of Colorado |
| 5/06 | M.D. | Medicine | University of Colorado |

**Postdoctoral Training**

| | | | |
|---|---|---|---|
| 2006-2009 | Psychiatry Residency | Ze'ev Levin, M.D. | NYU Department of Psychiatry |
| 2009-2011 | Child and Adolescent Psychiatry Fellowship – Fellow and Clinical Instructor | | |
| | | Jess Shatkin, M.D. | NYU Dept of Child/Adolescent Psychiatry |

**Licensure and Certification**

| | |
|---|---|
| 2007-2018 | New York State Medical License |
| 2017-present | Illinois Medical License |
| 2011-present | Certification in Adult Psychiatry, American Board of Psychiatry and Neurology |
| 2013-present | Certification in Child and Adolescent Psychiatry, ABPN |

**Academic Appointments**

| | |
|---|---|
| 2009-2011 | Clinical Instructor, NYU Department of Child and Adolescent Psychiatry |
| 2011-2017 | Clinical Asst Professor, NYU Dept of Child and Adolescent Psychiatry |
| 2017-2019 | Clinical Assoc Professor, NYU Dept of Child and Adolescent Psychiatry |
| 2011-2019 | Clinical Director, NYU Gender and Sexuality Service |
| 2015-2019 | Co-Director, NYU Pediatric Consultation-Liaison Service |
| 2019-present | Associate Professor of Child and Adolescent Psychiatry, Northwestern University |
| 2019-present | Vice Chair of Clinical Affairs, Pritzker Department of Psychiatry and Behavioral Health, Lurie Children's Hospital of Chicago |

1

PLAINTIFFS002499

**Major Committee Assignments**

International, National and Regional
| | |
|---|---|
| 2021-present | Sexual Orientation and Gender Identity Committee, Chair, AACAP |
| 2019-present | WPATH Standards of Care Revision Committee, Children |
| 2019-present | WPATH Standards of Care Revision Committee, Adult Mental Health |
| 2015-2019 | Department of Child Psychiatry Diversity Ambassador |
| 2013-2021 | Sexual Orientation and Gender Identity Committee Member, AACAP |
| 2012-2019 | Founder and Director, Gender Variant Youth and Family Network |
| 2012-present | Association of Gay and Lesbian Psychiatrists, Transgender Health Committee |
| 2012-2019 | NYULMC, Chair LGBTQ Advisory Council |
| 2012-2019 | NYULMC, Child Abuse and Protection Committee |
| 2013-2015 | NYULMC, Pediatric Palliative Care Team |
| 2003-2004 | American Association of Medical Colleges (AAMC), Medical Education Delegate |
| 2004-2006 | AAMC, Western Regional Chair |

Psychiatry Residency
| | |
|---|---|
| 2006-2009 | Resident Member, Education Committee |
| 2007-2008 | Resident Member, Veterans Affairs (VA) Committee |

Medical School
| | |
|---|---|
| 2002-2006 | Chair, Diversity Curriculum Development Committee |
| 2002-2006 | AAMC, Student Representative |
| 2003-2004 | American Medical Student Assoc. (AMSA) World AIDS Day Coordinator |
| 2003-2004 | AMSA, Primary Care Week Coordinator |
| 2004-2006 | Chair, Humanism in Medicine Committee |

**Memberships, Offices, and Committee Assignments in Professional Societies**
| | |
|---|---|
| 2006-present | American Psychiatric Association (APA) |
| 2009-present | American Academy of Child and Adolescent Psychiatry (AACAP) |
| 2011-present | World Professional Association for Transgender Health (WPATH) |
| 2011-2019 | Director, Gender Variant Youth and Family Network, NYC |
| 2013-2019 | Chair, NYU Langone Medical Center LGBTQ Council |

**Editorial Positions**
| | |
|---|---|
| 2016-2018 | Clinical Assistant Editor, *Transgender Health* |
| 2014-present | Ad Hoc Reviewer, *LGBT Health.* |
| 2016-present | Ad Hoc Reviewer, *JAACAP* |
| 2018-present | Associate Editor, *Transgender Health* |
| 2020-present | Ad Hoc Reviewer, *Pediatrics* |

**Principal Clinical and Hospital Service Responsibilities**
| | |
|---|---|
| 2011-2019 | Staff Psychiatrist, Pediatric Consultation Liaison Service |
| 2011-2019 | Faculty Physician, NYU Child Study Center |
| 2011-2019 | Founder and Clinical Director, NYU Gender & Sexuality Service |
| 2015-2019 | Co-Director, Pediatric Consultation Liaison Service |
| 2019-present | Vice Chair, Pritzker Dept of Psychiatry and Behavioral Health |
| 2019-present | Chief Psychiatrist, Gender Development Program |

2

PLAINTIFFS002500

2020-present          Medical Director, Outpatient Psychiatry Services

**Relevant Program Development**
Gender and Sexuality Service
-founded by Aron Janssen in 2011, who continues to direct the service
-first mental health service dedicated to transgender youth in NYC
-served over 200 families in consultation, with 2-3 referrals to the gender clinic per week
-trained over 500 mental health practitioners in transgender mental health – 1 or 2 full day trainings in partnership with the Ackerman Institute's Gender and Family Project (GFP) and with WPATH Global Educational Initiative (GEI)
-New hires in Adolescent Medicine, Psychology, Plastic Surgery, Urology, Gynecology, Endocrinology, Social Work, Department of Population Health with focus on transgender care has led to expansion of available services for transgender youth at NYULMC in partnership with the Gender and Sexuality Service
-development of partnerships with Ackerman Institute, Callen-Lorde Health Center – both institutions have been granted access to our IRB and have agreed to develop shared research and clinical priorities with the Gender and Sexuality Service.
-multiple IRB research projects underway, including in partnership with national and international clinics
-model has been internationally recognized


**Clinical Specialties/Interests**
Gender and Sexual Identity Development
Co-Occurring Mental Health Disorders in Transgender children, adolescents and adults
Pediatric Consultation/Liaison Psychiatry
Psychotherapy
-Gender Affirmative Therapy, Supportive Psychotherapy, CBT, MI

**Teaching Experience**
2002-2006     Course Developer and Instructor, LGBT Health (University of Colorado School of Medicine
2011-2019     Instructor, Cultural Competency in Child Psychiatry (NYU Department of Child and Adolescent Psychiatry) – 4 hours per year
2011-2019     Course Director, Instructor "Sex Matters: Identity, Behavior and Development" – 100 hours per year
2011-2019     Course Director, LGBT Mental Health Elective (NYU Department of Psychiatry) - 50 hours of direct supervision/instruction per year
2011-2019     Course Director, Transgender Mental Health (NYU Department of Child and Adolescent Psychiatry – course to begin in Spring 2018.
2015-2019     Instructor, Gender & Health Selective (NYU School of Medicine) – 4 hours per year.

**Academic Assignments/Course Development**
New York University Department of Child and Adolescent Mental Health Studies
-Teacher and Course Director: "Sex Matters: Identity, Behavior and Development."
A full semester 4 credit course, taught to approximately 50 student per year since 2011, with several students now in graduate school studying sexual and gender

3

PLAINTIFFS002501

identity development as a result of my mentorship.

NYU Department of Child and Adolescent Psychiatry
    -Instructor: Cultural Competency in Child and Adolescent Psychiatry
    -Director: LGBTQ Mental Health Elective
World Professional Association of Transgender Health
    -Official Trainer: Global Education Initiative – one of two child psychiatrists charged
        with training providers in care of transgender youth and adults.

**Peer Reviewed Publications**

1. Janssen, A., Erickson-Schroth, L., "A New Generation of Gender: Learning Patience from our Gender Non-Conforming Patients," Journal of the American Academy of Child and Adolescent Psychiatry, Volume 52, Issue 10, pp. 995-997, October, 2013.
2. Janssen, A., et. al. "Theory of Mind and the Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning Autism Spectrum
3. Janssen A, Huang H, and Duncan C., Transgender Health. February 2016, "Gender Variance Among Youth with Autism: A Retrospective Chart Review." 1(1): 63-68. doi:10.1089/trgh.2015.0007.
4. Goedel WC, Reisner SL, Janssen AC, Poteat TC, Regan SD, Kreski NT, Confident G, Duncan DT. (2017). Acceptability and Feasibility of Using a Novel Geospatial Method to Measure Neighborhood Contexts and Mobility Among Transgender Women in New York City. Transgender Health. July 2017, 2(1): 96-106.
5. Janssen A., et. al., "Gender Variance Among Youth with ADHD: A Retrospective Chart Review," in review
6. Janssen A., et. al., "Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents," Journal of Child & Adolescent Psychology, 105-115, January 2018.
7. Janssen A., et. al., "A Review of Evidence Based Treatments for Transgender Youth Diagnosed with Social Anxiety Disorder," Transgender Health, 3:1, 27–33, DOI: 10.1089/ trgh.2017.0037.
8. Janssen A., et. al., "'The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior, 2019. # 3563492
9. Kimberly LL, Folkers KM, Friesen P, Sultan D, Quinn GP, Bateman-House A, Parent B, Konnoth C, Janssen A, Shah LD, Bluebond-Langner R, Salas-Humara C., "Ethical Issues in Gender-Affirming Care for Youth," Pediatrics, 2018 Dec;142(6).
10. Strang JF, Janssen A, Tishelman A, Leibowitz SF, Kenworthy L, McGuire JK, Edwards-Leeper L, Mazefsky CA, Rofey D, Bascom J, Caplan R, Gomez-Lobo V, Berg D, Zaks Z, Wallace GL, Wimms H, Pine-Twaddell E, Shumer D, Register-Brown K, Sadikova E, Anthony LG., "Revisiting the Link: Evidence of the Rates of Autism in Studies of Gender Diverse Individuals," Journal of the American Academy of Child and Adolescent Psychiatry, 2018 Nov;57(11):885-887.
11. Goedel William C, Regan Seann D, Chaix Basile, Radix Asa, Reisner Sari L, Janssen Aron C, Duncan Dustin T, "Using global positioning system methods to explore mobility patterns and exposure to high HIV prevalence neighbourhoods among transgender women in New York City," Geospatial Health, 2019 Jan; 14(2): 351-356.
12. Madora, M., Janssen, A., Junewicz, A., "Seizure-like episodes, but is it really epilepsy?" Current Psychiatry. 2019 Aug; 18(8): 42-47.

4

PLAINTIFFS002502

13. Janssen, A., Busa, S., Wernick, J., "The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior. 2019 Oct; 48(7): 2003-2009.

14. Wernick Jeremy A, Busa Samantha, Matouk Kareen, Nicholson Joey, Janssen Aron, "A Systematic Review of the Psychological Benefits of Gender-Affirming Surgery," Urol Clin North Am. 2019 Nov; 46(4): 475-486.

15. Strang, J.F., Knauss, M., van der Miesen, A.I.R., McGuire, J., Kenworthy, L., Caplan, R., Freeman, A.J., Sadikova, E., Zacks, Z., Pervez, N., Balleur, A., Rowlands, D.W., Sibarium, E., McCool, M.A., Ehrbar, R.D., Wyss, S.E., Wimms, H., Tobing, J., Thomas, J., Austen, J., Pine, E., Willing, L., Griffin, A.D., Janssen, A., Gomez-Lobo, A., Brandt, A., Morgan, C., Meagher, H., Gohari, D., Kirby, L., Russell, L., Powers, M., & Anthony, L.G., (in press 2020). A clinical program for transgender and gender-diverse autistic/neurodiverse adolescents developed through community-based participatory design. *Journal of Clinical Child and Adolescent Psychology.* DOI 10.1080/15374416.2020.1731817

16. Coyne, C. A., Poquiz, J. L., Janssen, A., & Chen, D. Evidence-based psychological practice for transgender and non-binary youth: Defining the need, framework for treatment adaptation, and future directions. Evidence-based Practice in Child and Adolescent Mental Health.

17. Janssen, A., Voss, R.. Policies sanctioning discrimination against transgender patients flout scientific evidence and threaten health and safety. Transgender Health.

18. Dubin, S., Cook, T., Liss, A., Doty, G., Moore, K., Janssen, A. (In press 2020). Comparing Electronic Health Records Domains' Utility to Identify Transgender Patients. Transgender Health, DOI 10.1089/trgh.2020.0069

19. Busa, S., Wernick, J.,…Janssen, A. A Descriptive Case Study of a Cognitive Behavioral Therapy Group Intervention Adaptation for Transgender Youth With Social Anxiety Disorder, Behavioral Therapy, April, 2022

20. Ramsden SC, Pergjika A, Janssen AC, Mudahar S, Fawcett A, Walkup JT, Hoffmann JA. A Systematic Review of the Effectiveness and Safety of Droperidol for Pediatric Agitation in Acute Care Settings. Acad Emerg Med. May, 2022.

21. Janssen, A., Walkup, J., More is Not Always Better, When Different is Required, J Am Acad Child Adolesc Psychiatry. June, 2022 doi: 10.1016/j.jaac.2022.05.006.

22. Wanta, J., Gianakakos, G., Belfort, A., Janssen, A., Considering "Spheres of Influence" in the Care of LGBTQ Youth, CAP Clinics of North America. Volume 31, Issue 4, p649-664, October 2022 doi: 10.1016/j.chc.2022.05.008

23. Coleman, E., Radix, A…. Janssen, A., et. al., Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. International Journal of Transgender Health, 23:sup1, S1-2259, September 2022. doiL 10.1080/26895269.2022.2100644

24. Westley, L., Richey, K.,.. Janssen, A., Using Hospital Incident Command Systems to Respond to the Pediatric Mental and Behavioral Health Crisis of the COVID-19 Pandemic, Journal of Nursing Administration, Feb 2023.

**Published Abstracts**

1. Thrun, M., Janssen A., et. al. "Frequency of Patronage and Choice of Sexual Partners may Impact Likelihood of HIV Transmission in Bathhouses," original research poster

PLAINTIFFS002503

presented at the 2007 Conference on Retroviruses and Opportunistic Infections, February, 2007.

2. Janssen, A., "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting, October 2012.

3. Janssen, A., "Gender Variance in Childhood and Adolescents: Training the Next Generation of Psychiatrists," 23rd Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, February 2014.

4. Janssen, A., "When Gender and Psychiatric Acuity/Comorbidities Overlap: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," AACAP Annual Meeting, October 2014.

5. Janssen, A., "Patient Experiences as Drivers of Change: A unique model for reducing transgender health disparities as an academic medical center," Philadelphia Transgender Health Conference, June 2016.

6. Janssen, A., "How much is too much?  Assessments & the Affirmative Approach to TGNC Youth," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

7. Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

8. Janssen, A., "Gender Variance Among Youth with Autism: A Retrospective Chart Review," Research Poster, 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

9. Janssen, A., "Gender Fluidity and Gender Identity Development," Center for Disease Control – STD Prevention Conference, September 2016.

10. Janssen, A., "Transgender Identities Emerging During Adolescents' Struggles With Mental Health Problems," AACAP Annual Conference, October 2016.

11. Janssen, A., "How Much is Too Much? Assessments and the Affirmative Approach to Transgender and Gender Diverse Youth," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.

12. Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.

13. Sutter ME, Bowman-Curci M, Nahata L, Tishelman AC, Janssen AC, Salas-Humara C, Quinn GP. Sexual and reproductive health among transgender and gender-expansive AYA: Implications for quality of life and cancer prevention. Oral presentation at the Oncofertility Consortium Conference, Chicago, IL. November 14, 2017.

14. Janssen, A., Sidhu, S., Gwynette, M., Turban, J., Myint, M., Petersen, D., "It's Complicated: Tackling Gender Dysphoria in Youth with Autism Spectrum Disorders from the Bible Belt to New York City," AACAP Annual Conference, October 2017.

15. May 2018: "A Primer in Working with Parents of Transgender Youth," APA Annual Meeting.

16. October 2018: "Gender Dysphoria Across Development" – Institute for AACAP Annual Conference.

6

PLAINTIFFS002504

17. November 2018: "Gender Variance Among Youth with Autism," World Professional Association for Transgender Health Biannual Conference.
18. March 2019: "Gender Trajectories in Child and Adolescent Development and Identity," Austin Riggs Grand Rounds.
19. Janssen, A., et. al., "Ethical Principles in Gender Affirming Care," AACAP Annual Conference, October 2019.
20. Janssen, A., "Gender Diversity and Gender Dysphoria in Youth," EPATH Conference, April 2019
21. Englander, E., Janssen A., et. al., "The Good, The Bad, and The Risky: Sexual Behaviors Online," AACAP Annual Conference, October 2020
22. Englander, E., Janssen, A., et. al., "Love in Quarantine," AACAP Annual Conference, October 2021
23. Janssen, A., Leibowitz, S., et. al., "The Evidence and Ethics for Transgender Youth Care: Updates on the International Standards of Care, 8th Edition," AACAP Annual Conference, October 2021
24. Turban, J., Janssen, A., et. al., "Transgender Youth: Understanding "Detransition," Nonlinear Gender Trajectories, and Dynamic Gender Identities," AACAP Annual Conference, October 2021
25. Hoffmann JA, Pergjika, A, Liu X, Janssen AC, Walkup JT, Alpern ER, Johnson EJ, Corboy JB. Standardizing and Optimizing Care for Pediatric Acute Agitation Management in the Emergency Department. Oral Abstract Presentation. Academic Pediatric Association Annual Conference on Advancing Quality Improvement Science for Children's Healthcare. New Orleans. Accepted for presentation on April 22, 2022.
26. Janssen, A., Malpas, J., Glaeser, E., "Family-Based Interventions with Transgender and Gender Nonbinary Youth," World Professional Association of Transgender Health 27th Scientific Symposium, September 2022.
27. Tishelman, A., Janssen A., et. al., WPATH Standards of Care – "Child Chapter," World Professional Association of Transgender Health 27th Scientific Symposium, September 2022
28. Janssen, A., Leibowitz, S., et al, "The Evidence and Ethics for Transgender Youth Care: Updates on the New International Standards of Care, Eighth Edition. AACAP Annual Conference, October 2022.
29. Turban, J., Janssen, A., et al, "Transgender Youth: Evolving Gender Identities and "Detransition," AACAP Annual Conference, October 2022.


**Books**

1. Janssen, A., Leibowitz, S (editors), Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook, Springer Publishing, 2018.

**Book Chapters**

1. Janssen, A., Shatkin, J., "Atypical and Adjunctive Agents," Pharmacotherapy for Child and Adolescent Psychiatric Disorders, 3rd Edition, Marcel Dekker, Inc, New York, 2012.
2. Janssen, A; Liaw, K: "Not by Convention: Working with People on the Sexual & Gender Continuum," book chapter in The Massachusetts General Hospital Textbook on Cultural Sensitivity and Diversity in Mental Health. Humana Press, New York, Editor R. Parekh, January 2014.

7

PLAINTIFFS002505

3. Janssen, A; Glaeser, E., Liaw, K: "Paving their own paths: What kids & teens can teach us about sexual and gender identity," book chapter in Cultural Sensitivity in Child and Adolescent Mental Health, MGH Psychiatry Academy Press, Editor R. Parekh, 2016

4. Janssen A., "Gender Identity," Textbook of Mental and Behavioral Disorders in Adolescence, February 2018.

5. Busa S., Wernick, J., & Janssen, A. (In Review) Gender Dysphoria in Childhood. Encyclopedia of Child and Adolescent Development. Wiley, 2018.

6. Janssen A., Busa S., "Gender Dysphoria in Childhood and Adolescence," Complex Disorders in Pediatric Psychiatry: A Clinician's Guide, Elsevier, Editors Driver D., Thomas, S., 2018.

7. Wernick J.A., Busa S.M., Janssen A., Liaw K.R.L. "Not by Convention: Working with People on the Sexual and Gender Continuum." Book chapter in The Massachusetts General Hospital Textbook on Diversity and Cultural Sensitivity in Mental Health, editors Parekh R., Trinh NH. August, 2019.

8. Weis, R., Janssen, A., & Wernick, J. The implications of trauma for sexual and reproductive health in adolescence. In *Not Just a nightmare: Thinking beyond PTSD to help teens exposed to trauma.* 2019

9. Connors J., Irastorza, I., Janssen A., Kelly, B., "Child and Adolescent Medicine," The Equal Curriculum: The Student and Educator Guide to LGBTQ Health, editors Lehman J., et al. November 2019.

10. Janssen, A., et. al., "Gender and Sexual Diversity in Childhood and Adolescence," Dulcan's Textbook of Child and Adolescent Psychiatry, 3rd edition, editor Dulcan, M., (in press)

11. Busa S., Wernick J, Janssen, A., "Gender Dysphoria," The Encyclopedia of Child and Adolescent Development, DOI: 10.1002/9781119171492. Wiley, December 2020.

**Invited Academic Seminars/Lectures**
1. April 2006: "How to Talk to a Gay Medical Student" – presented at the National AAMC Meeting.

2. March 2011: "Kindling Inspiration: Two Model Curricula for Expanding the Role of Residents as Educators" – workshop presented at National AADPRT Meeting.

3. May 2011: Janssen, A., Shuster, A., "Sex Matters: Identity, Behavior and Development," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.

4. March 2012: Janssen, A., Lothringer, L., "Gender Variance in Children and Adolescents," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.

5. June 2012: Janssen, A., "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, Woodhull Department of Psychiatry

6. October 2012: "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender  (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting.

7. March 2013: "Gender Variance in Childhood and Adolescence," Sexual Health Across the Lifespan: Practical Applications, Denver, CO.

8. October 18th, 2013: "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, NYU Department of Endocrinology.

8

PLAINTIFFS002506

9. October, 2014: GLMA Annual Conference: "Theory of Mind and Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning ASD," Invited Presentation
10. October 2014: New York Transgender Health Conference: "Mental Health Assessment in Gender Variant Children," Invited Presentation.
11. November, 2014: Gender Spectrum East: "Affirmative Clinical Work with Gender-Expansive Children and Youth: Complex Situations."
12. October 2015: "Gender Dysphoria and Complex Psychiatric Co-Morbidity," LGBT Health Conference, Invited Speaker
13. October 2015: "Transgender Health Disparities: Challenges and Opportunities," Grand Rounds, Illinois Masonic Department of Medicine
14. November 2015: "Autism and Gender Variance," Gender Conference East, Invited Speaker
15. February 2016: "Working with Gender Variant Youth,"  New York State Office of Mental Health State Wide Grand Rounds, Invited Speaker
16. March, 2016: "Working with Gender Variant Youth," National Council for Behavioral Health Annual Meeting, Invited Speaker
17. March 2016: "Gender Variance Among Youth with Autism: A Retrospective Chart Review and Case Presentation," Working Group on Gender, Columbia University, Invited Speaker.
18. September, 2016: "Best Practices in Transgender Mental Health: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," DeWitt Wallace Institute for the History of Psychiatry, Weill Cornell
19. October, 2016: "LGBTQ Youth Psychiatric Care," Midwest LGBTQ Health Symposim
20. October, 2016: "Gender Fluidity and Gender Identity Development," NYU Health Disparities Conference.
21. February, 2017: "Best Practices in Transgender Mental Health," Maimonides Grand Rounds
22. March, 2017: "Transgender Health: Challenges and Opportunities," Invited speaker, Center for Disease Control STD Prevention Science Series.
23. September 2017: "Autism and Gender Dysphoria," Grand Rounds, NYU Department of Neurology.
24. November 2017: "Consent and Assent in Transgender Adolescents," Gender Conference East.
25. November 2017: "Transgender Mental Health: Challenges and Opportunities," Grand Rounds, Lenox Hill Hospital.
26. April 2018: "Gender Trajectories in Childhood and Adolescent Development and Identity," Sex, Sexuality and Gender Conference, Harvard Medical School.
27. September 2019: "Social and Psychological Challenges of Gender Diverse Youth," Affirmative Mental Health Care for Gender Diverse Youth, University of Haifa.
28. October 2019: "Best Practices in Transgender Mental Health," Grand Rounds, Rush Department of Psychiatry.
29. February 2020: "The Overlap of Autism and Gender Dysphoria," Grand Rounds, Northwestern University Feinberg School of Medicine Department of Psychiatry
30. February 2020: "Gender Dysphoria and Autism," Grand Rounds, University of Illinois at Chicago Department of Psychiatry
31. September 2021: "Gender Diversity and Autism," Grand Rounds, Kaiser Permanente Department of Pediatrics

9

32. October 2021: Gender Dysphoria and Autism," Grand Rounds, Case Western Reserve University Department of Psychiatry.

**Selected Invited Community Seminars/Lectures**

1. April 2012: "Gender and Sexuality in Childhood and Adolescence," Commission on Race, Gender and Ethnicity, NYU Steinhardt Speakers Series.
2. February 2013: "Supporting Transgender Students in School," NYC Independent School LGBT Educators Panel, New York, NY.
3. June 2013: "LGBT Health," Presentation for Neuropsychology Department
4. August 2013: "Chronic Fatigue Syndrome: Etiology, Diagnosis and Management," invited presentation.
5. September 2013: Panelist, "LGBTQ Inclusive Sex Education."
6. April 2015: Transgender Children, BBC News, BBCTwo, invited expert
7. January 2016: Gender Dysphoria and Autism – Ackerman Podcast - http://ackerman.podbean.com/e/the-ackerman-podcast-22-gender-dysphoria-autism-with-aron-janssen-md/
8. February 2016: "Best Practices in Transgender Mental Health," APA District Branch Meeting, Invited Speaker.
9. May 2016: "Best Practices in Transgender Mental Health," Washington D.C., District Branch, APA, Invited Speaker
10. July 2016: "Transgender Youth," Union Square West
11. November 2017: "Understanding Gender: Raising Open, Accepting and Diverse Children," Heard in Rye, Conversations in Parenting.
12. January 2018: "The Emotional Life of Boys," Saint David's School Panel, Invited Speaker
13. June 2018: "Supporting Youth Engaged in Gender Affirming Care," NYU Child Study Center Workshop.
14. October 2018: "Medicine in Transition: Advances in Transgender Mental Health," NYCPS HIV Psychiatry and LGBT Committee Meeting.
15. October 2018: "Understanding Gender Fluidity in Kids," NYU Slope Pediatrics.
16. October, 2021: Issues of Ethical Importance: Health Care for Pediatric LGBTQ+ Patients, American Medical Association, Invited Talk

**Major Research Interests**

Gender and Sexual Identity Development
Member, Research Consortium for Gender Identity Development
Delirium: Assessment, Treatment and Management
Suicide Prevention

**Research Studies**

| Study Title | IRB Study# | Dates |
| --- | --- | --- |
| Suicide Attempts Identified in a Children's Hospital Before and During COVID-19 | 2021-4428 | 2/26/21-present |
| Lurie Children's Sex & Gender Development Program Clinical Measure Collection | 2019-2898 | 2019-present |

10

PLAINTIFFS002508

| | | |
|---|---|---|
| Adolescent Gender Identity Research Study (principal investigator) - unfunded | s15-00431 | 4/15-5/19 |
| Co-Occurrence of Autism Spectrum Disorders and Gender Variance: Retrospective Chart Review (principal investigator) - unfunded | s14-01930 | 10/14-5/19 |
| Expert Consensus on Social Transitioning Among Prepubertal Children Presenting with Transgender Identity and/or Gender Variance: A Delphi Procedure Study (principal investigator) - unfunded | s13-00576 | 3/16-5/19 |
| Co-Occurrence of ADHD/Gender Dysphoria (principal investigator) - unfunded | s16-00001 | 1/16-5/19 |
| PICU Early Mobility- unfunded | s16-02261 | 12/16-5/19 |
| Metformin for Overweight and Obese Children and Adolescents with Bipolar Spectrum Disorders Treated with Second-Generation Antipsychotics – Funded by PCORI | s16-01571 | 8/16-5/19 |

**Other**

Grant Funding:
Zero Suicide Initiative, PI Aron Janssen, M.D.
Awarded by Cardinal Health Foundation, 9/2020
Total amount: $100,000

Catalyst Fund, PI Aron Janssen, M.D.
Suicide Prevention in Pediatric Primary Care
Total amount: $750,000

**Selected Media Appearances:**

Guest Expert on Gender Identity on Anderson, "When Your Husband Becomes Your Wife," Air Date February 8th, 2012
Guest Host, NYU About Our Kids on Sirius XM, 2011
NYU Doctor Radio: LGBT Health, September 2013
NYU Doctor Radio: LGBT Kids, November 2013
NYU Doctor Radio: LGBT Health, July 2014
NYU Doctor Radio: Gender Variance in Childhood, December 2014
BBC Two: Transgender Youth, April 2015
NYU Doctor Radio: Transgender Youth, June 2015
Fox-5 News: Trump's proposed military ban and Transgender Youth, July, 2017
Healthline.com: Mental Health Experts Call President's Tweets 'Devastating' for Trans Teens, July, 2017
Huffington Post: What the Military Ban Says to Our Transgender Youth: August, 2017
Metro: How to talk to your transgender kid about Trump, August 2017
NYU Doctor Radio: Transgender Youth, August 2017

PLAINTIFFS002509

# Exhibit B
# *Bibliography*

# BIBLIOGRAPHY

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *International journal of pediatric endocrinology*, *2020*, 8.

Allen, L.R., Watson, L.B., Egan, A.M., & Moser, C.N. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones. *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

American Academy of Child and Adolescent Psychiatry. (2018). Policy Statement: Conversion Therapy. Available at: https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy.aspx.

American Medical Association and GLMA. (2022). Issue Brief: Sexual orientation and gender identity change efforts (so-called "conversion therapy"). Available at: https://www.ama-assn.org/system/files/conversion-therapy-issue-brief.pdf.

American Medical Association and GLMA. (2019). Issue Brief: Health insurance coverage for gender- affirming care of transgender patients. Available at: https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf.

American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association. (2018). Position Statement on Conversion Therapy and LGBTQ Patients. Available at: https://www.psychiatry.org/getattachment/3d23f2f4-1497-4537-b4de-fe32fe8761bf/Position-Conversion-Therapy.pdf.

American Psychiatric Association. (2013). Diagnostic and Statistical Manual of Mental Disorders (5th ed.). Arlington, VA: American Psychiatric Publishing.

American Psychological Association (2021). APA Resolution on Gender Identity Change Efforts. Available at: https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf.

1

PLAINTIFFS002511

American Psychological Association (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist*, 70, 832-864.

Arboleda, V. A., Lee, H., Sánchez, F. J., Délot, E. C., Sandberg, D. E., Grody, W. W., Nelson, S. F., & Vilain, E. (2013). Targeted massively parallel sequencing provides comprehensive genetic diagnosis for patients with disorders of sex development. *Clinical genetics*, *83*(1), 35–43.

Biggs M. (2022). Suicide by Clinic-Referred Transgender Adolescents in the United Kingdom. *Archives of sexual behavior*, *51*(2), 685–690.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Medicine*, 2023 Jan 19;388(3):240-250.

Cohen, B. J., McGarvey, E. L., Pinkerton, R. C., & Kryzhanivska, L. (2004). Willingness and competence of depressed and schizophrenic inpatients to consent to research. *The journal of the American Academy of Psychiatry and the Law*, *32*(2), 134–143.

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International journal of transgender health*, *23*(Suppl 1), S1–S259.

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The journal of sexual medicine*, *12*(11), 2206–2214.

Costello, E. J., Mustillo, S., Erkanli, A., Keeler, G., & Angold, A. (2003). Prevalence and development of psychiatric disorders in childhood and adolescence. *Archives of general psychiatry*, *60*(8), 837–844.

2

PLAINTIFFS002512

Cunningham, G. B., Watanabe, N. M., & Buzuvis, E. (2022). Anti-transgender rights legislation and internet searches pertaining to depression and suicide. *PloS one*, *17*(12), e0279420.

de Lara, D.L., Rodríguez, O.P., Flores, I.C., *et al*. (2020). Psychosocial Assessment in Transgender Adolescents. *Anales de Pediatría (English Edition)*, 93(1), 41-48.

de Vries A. L. C. (2023). Ensuring Care for Transgender Adolescents Who Need It: Response to 'Reconsidering Informed Consent for Trans-Identified Children, Adolescents and Young Adults'. *Journal of sex & marital therapy*, *49*(1), 108–114.

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*, *134*(4), 696-704.

de Vries, A. L., Doreleijers, T. A., Steensma, T. D., & Cohen-Kettenis, P. T. (2011a). Psychiatric comorbidity in gender dysphoric adolescents. *Journal of child psychology and psychiatry, and allied disciplines*, *52*(11), 1195–1202.

de Vries, A. L., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011b). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *The journal of sexual medicine*, *8*(8), 2276–2283.

Du Bois, S. N., Yoder, W., Guy, A. A., Manser, K., & Ramos, S. (2018). Examining Associations Between State-Level Transgender Policies and Transgender Health. *Transgender health*, *3*(1), 220–224.

Edwards-Leeper, L., & Spack, N. P. (2012). Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center. *Journal of homosexuality*, *59*(3), 321–336.

Ehrensaft D. (2017). Gender nonconforming youth: current perspectives. *Adolescent health, medicine and therapeutics*, *8*, 57–67.

Grannis, C., Leibowitz, S. F., Gahn, S., Nahata, L., Morningstar, M., Mattson, W. I., Chen, D., Strang, J. F., & Nelson, E. E. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology*, 132, 105358, 1-8.

3

PLAINTIFFS002513

Green, A. E., De Chants, J. P., Price, M. N., & Davis, C. K. (2022). Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. *The Journal of Adolescent Health: official publication of the Society for Adolescent Medicine*, *70*(4), 643–649.

Guyatt, G., Oxman, A. D., Akl, E. A., Kunz, R., Vist, G., Brozek, J., Norris, S., Falck-Ytter, Y., Glasziou, P., & deBeer, H. (2011). GRADE guidelines: 1. Introduction—GRADE evidence profiles and summary of findings tables. *Journal of Clinical Epidemiology*, *64*(4), 383–394.

Hatzenbuehler, M. L., McLaughlin, K. A., Keyes, K. M., & Hasin, D. S. (2010). The impact of institutional discrimination on psychiatric disorders in lesbian, gay, and bisexual populations: a prospective study. *American journal of public health*, *100*(3), 452–459.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of clinical endocrinology and metabolism*, *102*(11), 3869–3903.

Herman, J.L., Brown, T. N. T., & Haas, A. P. (2019). Suicide Thoughts and Attempts Among Transgender Adults: Findings from the 2015 U.S. Transgender Survey. The Williams Institute, UCLA School of Law.

Hidalgo, M. A., Ehrensaft, D., Tishelman, A. C., Clark, L. F., Garofalo, R., Rosenthal, S. M., Spack, N. P., Olson, J. (2013). The Gender Affirmative Model: What We Know and What We Aim to Learn. *Human Development*, 56(5):285-290.

Janssen, A., Busa, S., & Wernick, J. (2019). The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study. *Archives of sexual behavior*, *48*(7), 2003–2009.

Kaltiala, R, Heino, E., Työläjärvi, & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry*, 74, 213–219.

Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics*, *145*(4), e20193006.

4

PLAINTIFFS002514

Littman L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PloS one*, *13*(8), e0202330.

Mehringer, J. E., Harrison, J. B., Quain, K. M., Shea, J. A., Hawkins, L. A., & Dowshen, N. L. (2021). Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. *Pediatrics*, *147*(3), e2020013300.

Movement Advancement Project. (2023). Under Fire: The War on LGBTQ People in America. Available at https://www.mapresearch.org/file/MAP_Under%20Fire%20Report.pdf (last visited March 10, 2023).

Mustanski, B. S., Garofalo, R., & Emerson, E. M. (2010). Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths. *American journal of public health*, *100*(12), 2426–2432.

Olson, J., Schrager, S. M., Belzer, M., Simons, L. K., & Clark, L. F. (2015). Baseline Physiologic and Psychosocial Characteristics of Transgender Youth Seeking Care for Gender Dysphoria. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, *57*(4), 374–380.

Olson-Kennedy, J., Chan, Y. M., Rosenthal, S., Hidalgo, M. A., Chen, D., Clark, L., Ehrensaft, D., Tishelman, A., & Garofalo, R. (2019). Creating the Trans Youth Research Network: A Collaborative Research Endeavor. *Transgender health*, *4*(1), 304–312.

Olson-Kennedy, J., Warus, J., Okonta, V., Belzer, M., & Clark, L. F. (2018). Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA pediatrics*, *172*(5), 431–436.

Owen-Smith, A. A., Gerth, J., Sineath, R. C., Barzilay, J., Becerra-Culqui, T. A., Getahun, D., Giammattei, S., Hunkeler, E., Lash, T. L., Millman, A., Nash, R., Quinn, V. P., Robinson, B., Roblin, D., Sanchez, T., Silverberg, M. J., Tangpricha, V., Valentine, C., Winter, S., . . . Goodman, M. (2018). Association between gender confirmation treatments and perceived gender congruence, body image satisfaction, and mental health in a cohort of transgender individuals. *Journal of Sexual Medicine, 15*(4), 591-600.

Pullen Sansfaçon, A., Medico, D., Suerich-Gulick, F., & Temple Newhook, J. (2020). "I knew that I wasn't cis, I knew that, but I didn't know exactly": Gender

PLAINTIFFS002515

identity development, expression and affirmation in youth who access gender affirming medical care. *International journal of transgender health*, *21*(3), 307–320.

Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, 30(5), 669-681.

Rafferty, J., Committee on Psychosocial Aspects of Child and Family Health, Committee on Adolescence, & Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness (2018). Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents. *Pediatrics*, *142*(4), e20182162.

Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, *56*(3), 274–279.

Spack, N. P., Edwards-Leeper, L., Feldman, H. A., Leibowitz, S., Mandel, F., Diamond, D. A., & Vance, S. R. (2012). Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*, *129*(3), 418–425.

Steensma, T. D., McGuire, J. K., Kreukels, B. P., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, *52*(6), 582–590.

The Trevor Project and Morning Consult. (2023). Issues Impacting LGBTQ Youth: Polling Presentation. Available at https://www.thetrevorproject.org/wp-content/uploads/2023/01/Issues-Impacting-LGBTQ-Youth-MC-Poll_Public-2.pdf (last visited March 9, 2023).

The Trevor Project. (2022). 2022 National Survey on LGBTQ Youth Mental Health. Available at: https://www.thetrevorproject.org/survey-2022/ (last visited March 9, 2023).

6

PLAINTIFFS002516

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open*, *5*(2), e220978.

Turban, J. L., King, D., Li, J. J., & Keuroghlian, A. S. (2021). Timing of Social Transition for Transgender and Gender Diverse Youth, K-12 Harassment, and Adult Mental Health Outcomes. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine*, *69*(6), 991–998.

Turban, J. L., King, D., Carswell, J. M., & Keuroghlian, A. S. (2020a). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, *145*(2), e20191725.

Turban, J. L., Beckwith, N., Reisner, S. L., & Keuroghlian, A. S. (2020b). Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. *JAMA psychiatry*, *77*(1), 68–76.

Turban, J. L., de Vries, A. L., & Zucker, K. (2018). "Gender Incongruence & Gender Dysphoria," in Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook (A. Martin, et al., eds., 5th ed.).

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine*, *66*(6), 699–704.

Wilens, T. E., Biederman, J., Brown, S., Tanguay, S., Monuteaux, M. C., Blake, C., & Spencer, T. J. (2002). Psychiatric comorbidity and functioning in clinically referred preschool children and school-age youths with ADHD. *Journal of the American Academy of Child and Adolescent Psychiatry*, *41*(3), 262–268.

PLAINTIFFS002517