**59G-1.010 Definitions.**
　　(1) This rule applies to all providers rendering Florida Medicaid services to recipients.
(2) All providers must be in compliance with the provisions of the Florida Medicaid Definitions Policy, August 2017, incorporated by reference. The policy is available on the Agency for Health Care Administration's website at http://ahca.myflorida.com/Medicaid/review/index.shtml, and at http://www.flrules.org/Gateway/reference.asp?No=Ref-08567.

*Rulemaking Authority 409.919, 409.961 FS. Law Implemented 409.901-.920, 409.973 FS. History–New 4-29-93, Formerly 10P-1.010, Amended 6-24-98, 4-16-06, 9-18-17.*

Pl. Trial Ex. 021

PLAINTIFFS001157