# TESTOSTERONE

DRUGDEX Evaluations

Pl. Trial Ex. 025

## DOSING/ADMINISTRATION

### Adult Dosing 

## Normal Dosage

### Important Note
#### Testosterone

Topical testosterone products are not interchangeable as they have different strengths, doses, and application instructions that may result in different systemic exposure [1][2][3][4][5].

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone Cypionate

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone Enanthate

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone Undecanoate

Testosterone undecanoate oral capsules are available in different oral formulations that are not interchangeable [53].

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

### Testosterone
#### Buccal mucosa route
##### Hypogonadism, Male

**1)** FDA Dosage, Striant(R)

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [17].

**b)** Usual dose: One 30-mg buccal system applied to the gum approximately every 12 hours, applying to opposite sides of the mouth with each dose; monitor testosterone levels at 4 to 12 weeks after initiation, and discontinue if levels are consistently outside normal range [23].

**c)** Dosing notes: If the system fails to adhere or falls off within 8 hours of application, a new system may be applied and continued for a total of 12 hours from the placement of the first system; however, if it is within 8 hours of the next scheduled dose, apply the new system for 12 hours and then continue with the next dose. Remove system prior to oral care and apply a new system after [23].

**2)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

Striant(R) testosterone buccal system is not indicated for use in women [23].

#### Nasal route
##### Hypogonadism, Male

PLAINTIFFS003653

**1)** FDA Dosage, Natesto(TM)

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [16].

**b)** Usual dose: 1 actuation per nostril (2 pump actuations, 11 mg) intranasally 3 times a day (morning, afternoon, and evening, 6 to 8 hours apart) at the same time each day for a total daily dose of 33 mg; after 1 month check testosterone levels periodically [22]

**c)** If total testosterone level usually below 300 nanograms/dL, consider alternative therapy [22].

**d)** If total testosterone level generally greater than 1050 nanograms/dL, discontinue treatment with testosterone nasal gel [22].

**2)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

Natesto(TM) testosterone nasal gel is not indicated for use in women [22].
There is insufficient evidence of long-term safety (ie, cardiovascular and prostate cancer risks) for Natesto(TM) testosterone gel treatment in geriatric patients [22].
The safety and efficacy of Natesto(TM) testosterone gel treatment have not been established in patients with a BMI greater than 35 kg/m(2) [22].

**Topical application**

**Hypogonadism, Male**

**1)** FDA Dosage

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [5][15][1][3][2][18].

**2)** FDA Dosage, Axiron(R)

**a)** Initial dose: 60 mg (1 pump or twist actuation of 30 mg to each axilla) applied once daily at the same time each morning to clean, dry, intact skin of the axilla; do not apply to any other parts of the body; obtain serum testosterone concentration at least 14 days after initiation; draw 2 to 8 hours after application [20]

**b)** Dose titration: decrease or increase dose by 30-mg increments based on serum testosterone concentration from a single blood draw 2 to 8 hours after application and at least 14 days after starting treatment or following dose adjustment, according to the following recommendation [20][20]:
Serum testosterone concentration below 300 nanogram/deciliter (ng/dL): Increase daily dose from 60 to 90 mg or from 90 mg to 120 mg


Serum testosterone concentration exceeds 1050 ng/dL: Decrease daily dose from 60 mg to 30 mg, or discontinue therapy if at the lowest daily dose of 30 mg


**3)** FDA Dosage, AndroGel(R) 1%

**a)** Initial dosage: 50 mg topically once daily (4 pump actuations, or 5 g of gel) preferably in the morning to clean, dry, intact skin on shoulders and upper arms and/or abdomen [5]

**b)** Dose titration: May increase once-daily dose to 75 mg (6 pump actuations, or 7.5 g of gel) and further to 100 mg (8 pump actuations, or 10 g of gel) if testosterone concentration below normal physiologic level [5]

**c)** Discontinue use if serum testosterone concentrations consistently exceed the normal range at a daily dose of 50 mg [5]

**4)** FDA Dosage, AndroGel(R) 1.62%

PLAINTIFFS003654

**a)** Initial dosage: 40.5 mg (2 pump actuations or 2.5 g of gel) applied topically once daily in the morning to clean, dry, intact skin of the shoulders and upper arms; measure predose morning serum testosterone concentration at approximately 14 and 28 days [15]

**b)** Dosage titration: Decrease or increase dose to minimum of 20.25 mg/day (1 pump actuation or 1.25 g of gel) up to 81 mg/day (4 pump actuations, or 5 g of gel), based on predose morning serum testosterone concentration drawn approximately 14 and 28 days after starting treatment or following dose adjustment, according to the following recommendation [15]:

| Pre-Dose Morning Total Serum Testosterone Concentration | Dose Titration |
|---|---|
| Greater than 750 ng/dL | Decrease daily dose by 20.25 mg (1 pump actuation or 1.25 g of gel) |
| Equal to or greater than 350 and equal to or less than 750 ng/dL | No change: continue current dose |
| Less than 350 ng/dL | Increase daily dose by 20.25 mg (1 pump actuation or 1.25 g of gel) |
| Key: ng = nanograms | |

**c)** The application site and dose of AndroGel(R) 1.62% are not interchangeable with other topical testosterone products [15]

**5)** FDA Dosage, Fortesta(TM)

**a)** Initial dose: 40 mg (4 pump actuations) applied once daily to clean, dry, intact skin of the front and inner thighs in the morning; measure serum testosterone level at approximately 14 and 35 days, draw 2 hours post-application [21]

**b)** Dose titration: decrease or increase dose to a minimum of 10 mg/day or maximum of 70 mg/day, based on serum testosterone concentrations, drawn 2 hours after application at approximately 14 days and 35 days after treatment initiation or following dose adjustments, according to the following recommendation [21]:

| Total Serum Testosterone Concentrations 2 hours Post Fortesta(TM) Application | Dose Titration |
|---|---|
| Equal to or greater than 2500 ng/dL | Decrease daily dose by 20 mg (2 pump actuations) |
| Equal to or greater than 1250 and less than 2500 ng/dL | Decrease daily dose by 10 mg (1 pump actuation) |
| Equal to or greater than 500 and less than 1250 ng/dL | No change: continue current dose |
| Less than 500 ng/dL | Increase daily dose by 10 mg (1 pump actuation) |
| Key: ng = nanograms | |

**c)** The application site and dose of Fortesta(TM) are not interchangeable with other topical testosterone products [21].

**6)** FDA Dosage, Testim(R) 1% Gel

**a)** Initial dose: one 5 g tube applied once daily (preferably in morning) to clean, dry, intact skin on the shoulder and/or upper arms; measure morning testosterone level 2 weeks after initiation [24].

**b)** Dose titration: increase dose to 10 g/day (2 tubes) if serum testosterone concentration is below the normal physiologic range or if desired clinical

PLAINTIFFS003655

response is not observed [24]

**7)** FDA Dosage, Vogelxo(TM)

**a)** Initial dose: 50 mg (1 tube or packet or 4 pump actuations) applied topically to clean, dry, intact skin of shoulders or upper arms once daily; measure morning predose testosterone level after approximately 14 days [25]

**b)** Dose titration: may increase to 100 mg (2 tubes or packets or 8 pump actuations) once daily if morning predose testosterone level remains below normal (ie, 300 to 1000 nanograms/dL) [25]

**c)** Maximum dose: 100 mg/day [25]

**8)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

### Topical application route

#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage

**a)** Dosage (1.6% gel): 50 to 100 mg applied topically once daily. Maintain testosterone levels in the normal male range (usually 320 to 1000 nanograms/dL, but dependent on assay used). Avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

AndroGel(R), 1%, Androgel(R) 1.62%, Natesto(TM), Striant(R), Testim(R), and Vogelxo(TM) topical testosterone gel products are not indicated for use in women [25][22][49][27][24][23]

### Transdermal route

#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage

**a)** Dosage (patch): 2.5 to 7.5 mg/day. Maintain testosterone levels in the normal male range (usually 320 to 1000 nanograms/dL, but dependent on assay used); avoid sustained supraphysiologic levels to reduce risk of adverse reactions (guideline dosage) [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Hypogonadism, Male

**1)** FDA Dosage, Androderm(R) 2 mg/day and 4 mg/day System

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [14].

**b)** Initial dose: One 4 mg/day transdermal system (not two 2 mg/day systems) applied every 24 hours at night; measure early morning serum testosterone level 2 weeks later [19]

**c)** Dose titration: Increase dose to 6 mg daily at night (one 4 mg/day plus one 2 mg/day system) or decrease dose to 2 mg daily at night (one 2 mg/day system) if early morning serum testosterone level drawn 2 weeks after starting therapy is outside the target range (400 to 930 nanograms/dL) [19].

**2)** FDA Dosage, Switching from Androderm(R) 2.5 mg/day, 5 mg/day, and 7.5 mg/day System to Androderm(R) 2 mg/day, 4 mg/day, and 6 mg/day System

At next scheduled dose, make switch according to following recommendation [19]:

patients currently on the 2.5 mg/day system may switch to the 2 mg/day system [19]

patients currently on the 5 mg/day system may switch to the 4 mg/day system [19]

PLAINTIFFS003656

patients currently on the 7.5 mg/day system may switch to the 6 mg/day system [19]

Two weeks after switching therapy, measure an early morning serum testosterone level [19]

**3) Guideline Dosage**
   **a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

## Testosterone Cypionate
### Intramuscular route
#### Female-to-male transsexual - Gender dysphoria
   **1) Guideline Dosage**
      **a)** Dosage: 100 to 200 mg IM every 2 weeks. Maintain testosterone levels in the normal male range (usually 320 to 1000 nanograms/dL, but dependent on assay used); avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7]
      See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Primary hypogonadism, Male
   **1) FDA Dosage**
      **a)** Usual dosage: 50 to 400 mg IM every 2 to 4 weeks. Base dosage (initial, maintenance, and adjustments) on patient response and presence of adverse reactions [82].
   **2) Guideline Dosage**
      **a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

Testosterone cypionate is not interchangeable with testosterone propionate because of differences in the duration of action [82].

## Testosterone Enanthate
### Intramuscular route
#### Female-to-male transsexual - Gender dysphoria
   **1) Guideline Dosage**
      **a)** Dosage: 100 to 200 mg IM every 2 weeks [7]
      See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Hypogonadism, Male
   **1) FDA Dosage**
      **a)** Usual dosage: 50 to 400 mg IM every 2 to 4 weeks as replacement therapy; dose based on diagnosis, response to treatment, and presence of adverse effects. Doses above 400 mg per month are generally not required and injections are usually not administered more than every 2 weeks [73].
   **2) Guideline Dosage**
      **a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

#### Metastatic breast cancer, Female

PLAINTIFFS003657

       **1)** Usual dosage (women): 200 to 400 mg IM every 2 to 4 weeks [73].

### Subcutaneous route
#### Female-to-male transsexual - Gender dysphoria
      **1)** Guideline Dosage

      **a)** Dosage: 100 to 200 mg subQ every 2 weeks or 50% of the dose subQ once weekly [7]

      See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Hypogonadism, Male
      **1)** FDA Dosage

      **a)** Prior to initiation: Confirm the diagnosis of hypogonadism with serum testosterone concentration below the normal range when measured in the morning on at least 2 separate days [74].

      **b)** Initial dosage: 75 mg subQ in the abdominal region once a week [74]

      **c)** Dosage titration: Measure total testosterone trough concentration (Ctrough) 7 days after the most recent dose after 6 weeks of dosing, following 6 weeks after dose adjustment, and periodically while on treatment. If Ctrough is 650 nanograms (ng)/dL or higher, decrease the dose by 25 mg. If Ctrough is less than 350 ng/dL, increase the dose by 25 mg. If Ctrough is 350 to less than 650 ng/dL, maintain the same dose [74].

      **2)** Guideline Dosage

      **a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

## Testosterone Undecanoate
### Intramuscular route
#### Female-to-male transsexual - Gender dysphoria
      **1)** Guideline Dosage

      **a)** Initial dosage: 1000 mg IM at 0 and 6 weeks and then every 12 weeks to maintain testosterone levels in the normal male range (usually 320 to 1000 nanograms/dL, but dependent on assay used); avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7]

      See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Hypogonadism, Male
      **1)** FDA Dosage

      **a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [58].

      **b)** Usual dosage: 750 mg IM, and then 750 mg IM 4 weeks later, and then 750 mg IM every 10 weeks thereafter [59]

      **2)** Guideline Dosage

      **a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

      **3)** Off-label Dosage

      **a)** Off-Label Dosage: 1000 mg IM, and then 1000 mg IM at week 6, and then 1000 mg IM every 12 weeks [60]

### Oral route
#### Hypogonadism, Male
      **1)** Tlando(R) - FDA Dosage

      **a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [53].

PLAINTIFFS003658

**b)** Dosage: 225 mg (2 capsules) orally twice daily in the morning and evening with food; do not adjust dosage [53].

**c)** Measure serum testosterone following 3 to 4 weeks of treatment and periodically thereafter; draw level 8 to 9 hours after the morning dose [53].

**d)** Continue treatment if serum testosterone is 300 to 1080 ng/dL, otherwise discontinue treatment [53].

**2)** Jatenzo(R) - FDA Dosage

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [57].

**b)** Initial dosage: 237 mg twice daily in the morning and evening with food [57]

**c)** Adjust dose based on serum testosterone concentrations measured 6 hours after the morning dose in plain tubes, clotted at room temperature for 30 minutes prior to centrifugation. Wait seven days after starting treatment or adjusting the dose before checking the serum testosterone concentration. Thereafter, periodically monitor serum testosterone concentrations 6 hours after the morning dose. Administer the same dose in the morning and evening according to the following table [57]:

| Testosterone Concentration in Serum From Plain Tube Drawn 6 hours After Morning Dose | Current dose (mg, twice daily) | New dose (mg, twice daily) |
|---|---|---|
| Less than 425 nanograms/dL | 158 | 198 |
| | 198 | 237 |
| | 237 | 316 (two 158 mg capsules) |
| | 316 (two 158 mg capsules) | 396 (two 198 mg capsules) |
| 425 to 970 nanograms/dL | No dose change | |
| More than 970 nanograms/dL | 396 (two 198 mg capsules) | 316 (two 158 mg capsules) |
| | 316 (two 158 mg capsules) | 237 |
| | 237 | 198 |
| | 198 | 158 |
| | 158 | Discontinue therapy |

**d)** Maximum dosage: 396 mg (two 198 mg capsules) twice daily [57]

**3)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

## Dosage in Renal Failure

**A)** Testosterone Enanthate

**1)** No specific recommendations are available [76]

## Dosage in Hepatic Insufficiency

**A)** Testosterone Enanthate

PLAINTIFFS003659

**1)** No specific recommendations are available [76]

## Dosage in Other Disease States

**A)** Testosterone Enanthate
**1)** In patients who develop edema with or without congestive heart failure, discontinue testosterone enanthate and restart at a lower dose [73].

## Pediatric Dosing 

## Normal Dosage

### Important Note
#### Testosterone

Topical testosterone products are not interchangeable as they have different strengths, doses, and application instructions that may result in different systemic exposure [1][2][3][4][5].

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone Cypionate

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone Enanthate

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone Undecanoate

Testosterone undecanoate oral capsules are available in different oral formulations that are not interchangeable [53].

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

### Testosterone
#### Buccal mucosa route
**a)** The safety and effectiveness of Striant(R) testosterone buccal system have not been established in males younger than 18 years [23].
#### Nasal route
**a)** The safety and efficacy of Natesto(TM) testosterone gel have not been established in patients younger than 18 years [22].
#### Topical application route
##### Female-to-male transsexual - Gender dysphoria
**1)** Off-label Dosage, Adolescent
**a)** Dosage (gel): 50 mg applied topically once daily [8]
See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines
The safety and efficacy of AndroGel(R) 1%, AndroGel(R) 1.62%, Axiron(R), Fortesta(TM), Testim(R) 1%, and Vogelxo(TM) have not been established in males younger than 18 years [20][25][27][24][49][21]. Acceleration of bone age and premature closure of epiphyses may occur with improper use [21].
#### Transdermal route
**a)** Safety and efficacy of testosterone transdermal system have not been established in males younger than 18 years. Acceleration of bone age and premature closure of epiphyses may occur with improper use [19].

PLAINTIFFS003660

## Testosterone Cypionate

### Intramuscular route

#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage, Adolescents

**a)** Induction of male puberty: 25 mg/m(2) IM every 2 weeks; increase dose by 25 mg/m(2) every 6 months up to 100 mg/m(2) every 2 weeks. Alternatively may administer half of the dose once weekly or double the dose every 4 weeks [7]

**b)** Postpubertal transgender male: 75 mg IM every 2 weeks for 6 months then increase to 125 mg every 2 weeks; dose can be increased more rapidly than every 6 months [7]

**c)** Maintenance: Adjust dosage to mimic physiological testosterone levels [7]
See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Primary hypogonadism, Male

**1)** Usual dosage (12 years or older): 50 to 400 mg IM every 2 to 4 weeks as replacement therapy. Base dosage (initial, maintenance, and adjustments) on patient response, presence of adverse reactions, age, and skeletal age. Some regimens include low initial doses and gradual increases with progressing puberty and may or may not include decreased maintenance doses. Other regimens include higher initial doses for the induction of puberty followed by lower maintenance doses [82].

Testosterone cypionate is not interchangeable with testosterone propionate because of differences in the duration of action [82].

## Testosterone Enanthate

### Intramuscular route

#### Delayed puberty, Male

**1)** Usual dosage (adolescent males): 50 to 200 mg IM every 2 to 4 weeks for a limited duration, such as 4 to 6 months. Some dosage regimens include low initial doses and gradual increases with progressing puberty and may or may not include decreased maintenance doses. Other regimens include higher initial doses for the induction of puberty followed by lower maintenance doses. Although various dosing regimens may be used, the patient's chronological and skeletal age should be considered when determining initial and maintenance doses in addition to patient response and adverse effects [73].

#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage, Adolescents

**a)** Induction of male puberty: 25 mg/m(2) IM every 2 weeks; increase dose by 25 mg/m(2) every 6 months up to 100 mg/m(2) every 2 weeks. Alternatively may administer half of the dose once weekly or double the dose every 4 weeks [7]

**b)** Postpubertal transgender male: 75 mg IM every 2 weeks for 6 months then increase to 125 mg every 2 weeks; dose can be increased more rapidly than every 6 months [7]

**c)** Maintenance: Adjust dosage to mimic physiological testosterone levels [7]
See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Hypogonadism, Male

**1)** Usual dosage (adolescent males): 50 to 400 mg IM every 2 to 4 weeks as replacement therapy. Although various dosing regimens may be used to induce pubertal changes in hypogonadal males, the patient's chronological and skeletal age should be considered when determining initial and maintenance doses. Doses above 400 mg per month are generally not required and injections are usually not administered more than every 2 weeks [73].

### Subcutaneous route

PLAINTIFFS003661

### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage, Adolescents

**a)** Induction of male puberty: 25 mg/m(2) subQ every 2 weeks; increase dose by 25 mg/m(2) every 6 months up to 100 mg/m(2) every 2 weeks. Alternatively may administer half of the dose once weekly or double the dose every 4 weeks [7]

**b)** Postpubertal transgender male: 75 mg subQ every 2 weeks for 6 months then increase to 125 mg every 2 weeks; dose can be increased more rapidly than every 6 months [7]

**c)** Maintenance: Adjust dosage to mimic physiological testosterone levels [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

## Testosterone Undecanoate
### Intramuscular route
#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage, Adolescents

**a)** Induction of male puberty: 25 mg/m(2) IM every 2 weeks; increase dose by 25 mg/m(2) every 6 months up to 100 mg/m(2) every 2 weeks. Alternatively may administer half of the dose once weekly or double the dose every 4 weeks [7]

**b)** Postpubertal transgender male: 75 mg IM every 2 weeks for 6 months then increase to 125 mg every 2 weeks; dose can be increased more rapidly than every 6 months [7]

**c)** Maintenance: Adjust dosage to mimic physiological testosterone levels [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

General Dosage Information

**1)** The safety and effectiveness of testosterone undecanoate have not been established in pediatric patients younger than 18 years [59].

### Oral route

**a)** General Dosage Information

**1)** The safety and effectiveness of testosterone undecanoate have not been established in pediatric patients younger than 18 years. Improper use may result in acceleration of bone age and premature closure of epiphyses [53][57].

## FDA Uses  

## Testosterone

### Hypogonadism, Male

FDA Labeled Indication
**a)** Overview
FDA Approval: Adult, yes; Pediatric, no

Efficacy: Adult, Effective

Recommendation: Adult, Class IIa

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:
Indication
Replacement therapy in congenital or acquired conditions associated with a deficiency or absence of endogenous testosterone, as follows:

PLAINTIFFS003662

Primary hypogonadism (congenital or acquired): Testicular failure from conditions such as cryptorchidism, bilateral torsions, orchitis, vanishing testis syndrome, orchiectomy, Klinefelter syndrome, chemotherapy, or toxic damage from alcohol or heavy metals [20][22][23][25][19][27][28][24][21]
Hypogonadotropic hypogonadism (congenital or acquired): Idiopathic gonadotropin or luteinizing hormone-releasing hormone (LHRH) deficiency, or pituitary-hypothalamic injury from tumors, trauma, or radiation [20][22][23][25][19][27][28][24][21]

Limitations of Use
The safety and efficacy of testosterone therapy have not been established in men with late-onset (age-related) hypogonadism [14][5][15][1][3][16][17][2][18].

Evidence (Topical Gel)
In several randomized clinical trials in men with hypogonadism, 75% or more achieved normal serum testosterone levels with administration of testosterone gel for 2 to 3 months [29][21], with effects sustained for 6 months [30] and up to 3 years [31] in several extension studies.

Lean body mass (LBM) significantly increased with testosterone 1% gel compared with placebo at 6 months in symptomatic men 50 to 80 years old with low to low-normal testosterone levels (LBM change, 1.28 vs 0.02 kg; N=362). Fat mass decreased 1.16 kg with testosterone versus 0.14 kg with placebo, an effect that was more pronounced in patients with a BMI of 30 kg/m(2) or greater. Fat mass progressively decreased during 12 additional months of testosterone therapy, but LBM was not further affected [32].

Evidence (Buccal)
During a randomized, 12-week trial in men with hypogonadism, 86.6% of 82 evaluable patients treated with buccal testosterone twice daily had mean serum testosterone concentrations within the physiologic range [23].

Evidence (Intranasal)
In an open-label trial in hypogonadal men, 90% of 73 subjects treated with testosterone nasal gel 3 times daily had an average testosterone level within normal range after 90 days of treatment; no patients had levels above the normal range (N=306) [22].

## Testosterone Cypionate

### Primary hypogonadism, Male
FDA Labeled Indication
**a)** Overview
FDA Approval: Adult, yes; Pediatric, yes (12 years or older)

Efficacy: Adult, Effective; Pediatric, Effective

Recommendation: Adult, Class IIa; Pediatric, Class IIa

Strength of Evidence: Adult, Category B; Pediatric, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:
Indication
Testosterone cypionate is indicated for replacement therapy for congenital or acquired deficiency or absence of endogenous testosterone.

Primary hypogonadism: Testicular failure caused by cryptorchidism, bilateral torsion, orchitis, vanishing testis syndrome, or orchiectomy [82]
Hypogonadotropic hypogonadism: Deficiency of gonadotropin or luteinizing hormone-

PLAINTIFFS003663

releasing hormone (LHRH); pituitary-hypothalamic injury from tumors, trauma, or
radiation [82]

Limitations of Use
Safety and efficacy not established in men with late-onset (age-related) hypogonadism
[82].

Use androgens cautiously in the pediatric population because of adverse effects on bone
maturation. The risk of compromising final mature height increases as age decreases.
Assess bone age in the wrist and hand every 6 months [83].


## Testosterone Enanthate

### Delayed puberty, Male
FDA Labeled Indication
**a)** Overview
FDA Approval: Adult, no; Pediatric, yes (adolescent males, IM only)

Efficacy: Pediatric, Evidence favors efficacy

Recommendation: Pediatric, Class IIb

Strength of Evidence: Pediatric, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:
Indication
Testosterone enanthate IM injection is indicated to stimulate puberty in select male
patients with delayed puberty [73].

Cautious use of androgens in the pediatric population is necessitated by the likelihood of
adverse effects on bone maturation. The risk of a compromised final mature height is
greater the younger the child. Assessment of bone age in the wrist and hand every 6
months is recommended [73].

**c)** Pediatric:
**1)** Only carefully selected males should receive testosterone for the treatment of
delayed puberty. Delayed puberty should not be secondary to a pathological disorder.
Most patients have a familial pattern of delayed puberty and are expected to attain
puberty spontaneously at a relatively late date. For patients unresponsive to
psychological support, a brief treatment with conservative doses may occasionally be
justified [73].

### Hypogonadism, Male
FDA Labeled Indication
**a)** Overview
FDA Approval: Adult, yes; Pediatric, yes (adolescent males, IM only)

Efficacy: Adult, Effective; Pediatric, Evidence favors efficacy

Recommendation: Adult, Class IIa; Pediatric, Class IIb

Strength of Evidence: Adult, Category B; Pediatric, Category C

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:
Indication
Testosterone enanthate is indicated for testosterone replacement therapy in conditions
associated with a deficiency or absence of endogenous testosterone, such as:

PLAINTIFFS003664

Primary hypogonadism (congenital or acquired), including testicular failure from conditions such as cryptorchidism, bilateral torsion, orchitis, vanishing testis syndrome, or orchidectomy [74][75], Klinefelter's syndrome, chemotherapy, or toxic damage from alcohol or heavy metals. These men usually have low serum testosterone concentrations and gonadotropins (follicular-stimulating hormone [FSH], luteinizing hormone [LH]) above the normal range [74].

Hypogonadotropic hypogonadism (congenital or acquired), including gonadotropin or luteinizing hormone-releasing hormone (LHRH) deficiency or pituitary-hypothalamic injury from tumors, trauma, or radiation [74][75]. These men have low testosterone serum concentrations but have gonadotropins in the normal or low range [74].

Limitations of Use

Safety and efficacy of subQ testosterone enanthate in male patients less than 18 years old have not been established [76]

Evidence (Adult)

In a single-arm study of men with hypogonadism who received subQ testosterone enanthate, 90% achieved normal serum testosterone levels at week 12 [74].

**c) Adult:**

**1)** IM Preparation

**a)** Replacement therapy needed prior to puberty will be needed during adolescence for secondary sexual characteristic development. Replacement therapy needed following puberty will require prolonged duration of therapy to maintain sexual characteristics [73].

**b)** Several dosage regimens of IM testosterone enanthate were compared in the treatment of primary hypogonadism in 23 men. Patients received testosterone enanthate 100 mg weekly, 200 mg every 2 weeks, 300 mg every 3 weeks, or 400 mg every 4 weeks for 12 to 16 weeks. The 200 and 300 mg regimens appeared to be the most effective in terms of suppression of the serum luteinizing hormone (LH) concentration and infrequency of administration [77].

**2)** SubQ Preparation

**a)** In a 52-week, single-arm study of men with hypogonadism (N=150), 90% of testosterone enanthate-treated patients achieved a time-averaged serum total testosterone concentration over 7 days within the normal range (300 to 1100 nanograms (ng)/dL) at week 12. No patient had a maximum total testosterone concentration greater than 1500 ng/dL at week 12. The initial self-administered dose of 75 mg subQ once weekly was increased by 25 mg at week 7 if the week 6 total testosterone concentration at the end of the dosing interval (trough concentration [Ctrough]) was less than 350 ng/dL ,and was decreased by 25 mg if Ctrough was 650 ng/dL or greater [74].

**d)** Pediatric:

**1)** Cautious use of androgens in the pediatric population is necessitated by the likelihood of adverse effects on bone maturation. The risk of a compromised final mature height is greater the younger the child. Assessment of bone age in the wrist and hand every 6 months is recommended [73].

## Metastatic breast cancer, Female

FDA Labeled Indication

**a)** Overview

FDA Approval: Adult, yes (IM only); Pediatric, no

Efficacy: Adult, Evidence favors efficacy

Recommendation: Adult, Class IIb

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

PLAINTIFFS003665

**b)** Summary:
Indication
IM testosterone enanthate is indicated for palliation of inoperable metastatic (skeletal) mammary cancer in women who are 1 to 5 years postmenopausal [73].

**c)** Adult:
**1)** May be used in the palliative treatment of advancing, inoperable metastatic (skeletal) mammary cancer in women who are 1 to 5 years postmenopausal with the primary goal of ovary ablation. Therapy may also be used in premenopausal women who have benefited from oophorectomy with hormone-responsive tumors. Androgen therapy may accelerate metastatic breast carcinoma; therefore, these patients should be monitored closely [73].

## Testosterone Undecanoate

### Hypogonadism, Male
FDA Labeled Indication
**a)** Overview
FDA Approval: Adult, yes; Pediatric, no

Efficacy: Adult, Effective

Recommendation: Adult, Class IIa

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:
Indication
Testosterone undecanoate is indicated for replacement therapy in conditions associated with a deficiency or absence of endogenous testosterone, such as
Primary hypogonadism (congenital or acquired): Testicular failure from conditions such as cryptorchidism, bilateral torsions, orchitis, vanishing testis syndrome, orchiectomy, Klinefelter syndrome, chemotherapy, or toxic damage from alcohol or heavy metals; in these conditions, men have low serum testosterone concentrations and gonadotropins above the normal range [53][57][59].
Hypogonadotropic hypogonadism (congenital or acquired): Idiopathic gonadotropin deficiency, luteinizing hormone-releasing hormone (LHRH) deficiency, or pituitary-hypothalamic injury from tumors, trauma, or radiation; in these conditions, men have low serum testosterone concentrations and gonadotropins in the normal or low range [53][57][59].
Testosterone undecanoate IM should be used only in patients who require testosterone replacement therapy and in whom the benefits of the product outweigh the serious risks of pulmonary oil microembolism and anaphylaxis [59].

Limitations of Use
Safety and efficacy of testosterone capsules in males less than 18 years old have not been established [53][57]

The safety and efficacy of testosterone undecanoate IM therapy has not been established in men with late-onset (age-related) hypogonadism [58].

Evidence
Testosterone undecanoate therapy increases testosterone levels in hypogonadal male patients [61][57][62][60][59].

**c)** Adult:
**1)** Oral Capsules - Tlando(R)

PLAINTIFFS003666

**a)** In an open-label, single-arm study enrolling hypogonadal men, a mean 24-hour serum testosterone level within normal range (eugonadal, 300 to 1080 nanograms[ng]/dL) was achieved in 80% (95% CI, 72% to 88%) of patients receiving testosterone undecanoate capsules 225 mg twice daily with food for 24 days (N=95); no dosage adjustments were permitted. Around 19% (n=18) of subjects, majority of whom were obese, did not achieve a eugonadal range. Cmax of testosterone throughout the studied interval did not exceed 1.5 x ULN (1620 ng/dL) in 82% of patients, while 5% experienced levels between 1.8 x ULN (1944 ng/mL) and 2.5 x ULN (2700 ng/dL); no patients experienced testosterone Cmax over 2.5 x ULN. Mild to moderate adverse events were reported in 20% of the treatment population. The most frequently reported treatment-emergent adverse events were blood prolactin increase (6.3%), headache (2.1%), weight increase (2.1%), and musculoskeletal pain (2.1%). Mean age was 56 years, 16.8% were over 65 years, 69.5% had a BMI of 30 kg/m(2) or greater, and baseline total testosterone on average was 202 +/- 74 ng/dL [61].

**2)** Oral Capsules - Jatenzo(R)

**a)** Mean plasma total testosterone over 24 hours was within the normal eugonadal range in 87% of patients in a 4-month study of adult hypogonadal males who received testosterone undecanoate capsules (N=166). The percentage of patients who had Cmax 1500 nanograms (ng)/dL or less, between 1800 and 2500 ng/dL, and greater than 2500 ng/dL at the final visit were 83%, 3%, and 3%, respectively Testosterone undecanoate was taken orally at a starting dose of 237 mg twice per day with meals. The dose was adjusted on Days 21 and 56 between a minimum of 158 mg twice per day and a maximum of 396 mg twice per day on the basis of the average testosterone concentration obtained over 24 hours post-morning dose [57].

**3)** Intramuscular

**a)** In 3 studies, testosterone undecanoate therapy significantly increased testosterone levels in hypogonadal male patients [62][60][59] with injection site reactions [62][60] occurring in less than 1% in 1 study [62] and 25.9% in another study [60]

## Non-FDA Uses 

## Testosterone

### Antineoplastic adverse reaction - Leydig cell failure in adult

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence is inconclusive

Recommendation: Adult, Class III

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Testosterone therapy did not result in significant changes in bone mineral density, body composition, lipids, or quality of life in one study conducted in men [33].

**c)** Adult:

**1)** Testosterone was not effective in men with mild Leydig cell insufficiency following cytotoxic chemotherapy. Men (n=35) aged 40 to 49 years with the diagnosis of mild Leydig cell dysfunction due to chemotherapy were randomized to 2.5 to 5 mg transdermal testosterone daily or placebo for 1 year. Upon completion of the study, total and calculated free testosterone increased significantly with the testosterone group compared with the placebo group (p=0.05 and p=0.02, respectively). Mean total and calculated free testosterone levels increased from 13.3 nanomoles/liter (nmol/L) and 342.9 nmol/L at baseline to 17.3 nmol/L and 454.8 nmol/L during the study. No significant changes in testosterone levels were observed in the placebo group. There were no significant changes in bone mineral density or in body mass in either group.

PLAINTIFFS003667

There was a significant reduction in fatigue and a moderate improvement in activity score compared with the placebo group (p=0.008 and p=0.05, respectively). Mood or sexual function did not change with either group and only a small reduction in low density lipoprotein was reported in the testosterone treated group [33].

## Congenital hypoplasia of penis

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence is inconclusive

Recommendation: Adult, Class IIb

Strength of Evidence: Adult, Category C

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Successful penile enlargement to normal size for age was reported following the administration of topically applied testosterone [34][35].

**c)** Pediatric:

**1)** Eight cases of micropenis from childhood through adulthood (age range, 22 to 31 years) were followed. Diagnosis included 4 patients with hypogonadism, 2 patients with genetic or familial adiposogenital dystrophy, and 2 with miscellaneous types of endocrine abnormalities. In 5 cases, the micropenis was treated with testosterone propionate 2% in a stearin-lanolin base for a variable period of time in infancy or childhood. Topical treatment caused an increase in penis size that was disproportionate to the rest of the body. However, in adolescence and adulthood, patients with a prior history of treatment with topical testosterone during childhood had no size advantage over untreated patients. The authors felt topical testosterone only postponed the age at which an individual had to cope with a micropenis [34].

**2)** Parenteral (testosterone enanthate 25 mg given IM monthly for a total of 3 doses) and topical testosterone cream (2% to 10%) have been used short term to induce temporary enlargement of a micropenis prior to surgical repair [36][37][38].

**3)** Successful penile enlargement to normal size for age following the administration of topically applied testosterone 5% cream for 21 days was reported in 5 boys with normal XY karyotype who had microphallus and hypopituitarism. The cream was applied to the penis in 4 of the patients and to the right axilla in one. The investigators concluded that topical testosterone acted systemically to produce phallic growth; serum testosterone levels were equivalent to normal adult levels on the last day of therapy [35].

## Coronary arteriosclerosis

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence is inconclusive

Recommendation: Adult, Class III

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Supplementation of low-dose testosterone effectively reduced exercise-induced myocardial ischemia in men with stable angina [10].

**c)** Adult:

**1)** Low-dose (5 mg/day) testosterone supplementation was effective in reducing exercise-induced myocardial ischemia in men diagnosed with stable angina. Forty-six men were randomized to transdermal testosterone or placebo for 12 weeks. Treatment with testosterone was associated with an increase in time to 1 mm ST-segment depression from 309 seconds at baseline to 343 seconds at 4 weeks and 361 seconds at 12 weeks, as measured by treadmill exercise testing. The changes were statistically

PLAINTIFFS003668

significant when compared with placebo (p=0.02). Additionally, the treatment group reported significant improvements in pain perception (p=0.026) and role limitation resulting from physical problems (p=0.024) compared with placebo [10].

**Deficiency of testosterone biosynthesis, Female**

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence is inconclusive

Recommendation: Adult, Class IIb

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Testosterone transdermal patch demonstrated favorable results in bone density, body composition, and neurobehavioral function in women with androgen deficiency due to hypopituitarism [12].

Testosterone improved well-being, mood, and sexual function in premenopausal women with low libido and low testosterone [13].

**c)** Adult:

**1)** Transdermal testosterone application resulted in increased bone mineral density at the hip and radius, increased mean fat-free mass, increased thigh muscle area, and improved mood and sexual function in women with androgen deficiency due to hypopituitarism. The study participants (n=51, aged 19 to 50 years) had a serum free testosterone level of less than 3.1 picograms/milliliter (pg/mL) at the time of screening and were estrogen replete for at least 1 year prior to the study. Of the women participating, 59% were depressed at baseline and 46% and 68% had sexual function scores that were more than 2 or more than 1 standard deviation(s), respectively, below the normal mean (as measured by the Derogatis Interview for Sexual Function-Female Version). Participants were randomized to transdermal testosterone patches which delivered 300 mcg (in the form of 150 mcg patches) daily or placebo patches for 12 months. Study visits occurred at 1, 3, 6, 9, and 12 months after the baseline visit. At baseline, mean free testosterone was below normal for women of reproductive age, and 55% of women had undetectable levels, which increased into the normal range during testosterone administration. The dose of testosterone was decreased to 150 mcg daily in 37.8% of participants randomized to testosterone due to free testosterone levels being above the ULN for females of reproductive age. There were no changes in estradiol, insulin-like growth factor I, and sex hormone binding globulin levels with either testosterone or placebo administration. Bone density at the hip and radius increased significantly (p=0.023 and p=0.007, respectively) with mean percent changes at the hip being 0.9 +/- 0.5 and -1.2 +/- 0.6% for testosterone and placebo, respectively, and 0.8 +/- 0.2 and -0.5 +/- 0.4%, respectively, at the radius. Testosterone was associated with a 3.4 +/- 0.9% mean increase in fat-free mass compared with a 0.6 +/- 0.9% increase for placebo (p=0.04). There was a significant increase in muscle area of the thigh associated with testosterone administration compared with placebo (p=0.038). The mean increase in the testosterone and placebo groups was 6.6 +/- 1.4% and 1.5 +/-1.3%, respectively. Compared with placebo, mood significantly improved in patients receiving testosterone (p=0.029) as did sexual function (p=0.044). In women receiving testosterone, quality of life improved in the following areas: self-control (p=0.005), energy/fatigue (p=0.017), general health (p=0.026), and sleep (p=0.038). When compared with placebo, there was no improvement in spatial function or any other changes in cognitive function. Testosterone was well tolerated with increased acne being reported in one-third of patients. A mean increase in total cholesterol of 6% was reported in the testosterone group. Mild local irritation at patch site was reported in 65% of participants; the reactions were distributed equally between the testosterone and placebo groups [12].

**2)** Testosterone cream was effective in improving well-being, mood, and sexual function in premenopausal women in a randomized, placebo-controlled, crossover, double-blind trial. Thirty-four women completed the trial, with 31 women (mean age 39.7 years and mean serum testosterone 1.07 nanomoles/L) providing complete data. The trial

PLAINTIFFS003669

consisted of two 12-week treatment periods, separated by a 4-week washout period, in which the women were randomized to 10 mg testosterone 1% cream daily or placebo. The women using testosterone demonstrated significant improvements in scores of general well being (+12.9; 95% CI, +4.6 to +21.2; p=0.003) and of sexual self-rating (+15.7; 95% CI, +6.5 to +25; p=0.001) compared with placebo. Mean total testosterone levels during treatment were at the high end of normal and estradiol levels were unchanged. Testosterone was well tolerated with no adverse effects reported [13].

## Depression

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence is inconclusive

Recommendation: Adult, Class IIb

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Testosterone gel supplementation may produce antidepressant effects in depressed men with low testosterone levels [11].

**c)** Adult:

**1)** Testosterone 1% topical gel produced antidepressant effects in a small study involving 22 depressed men with low or borderline testosterone levels (morning serum levels of 350 nanograms/dL or less. The men were randomized to 1% testosterone gel (10 g/day) or placebo gel for 8 weeks. Each subject continued his existing antidepressant regimen. Testosterone-treated patients had a significantly greater rate of decrease in scores on the Hamilton Depression Rating Scale compared with placebo (p=0.0004). This improvement was noted on both the vegetative and affective subscales of the Hamilton Depression Rating Scale (p=0.01 and p=0.05, respectively). In addition, testosterone gel was associated with a significantly greater rate of decrease in the Clinical Global Impression severity scores (p=0.04). There were no significant differences between the 2 groups regarding changes in body fat percentages or changes in muscle mass. One subject receiving testosterone reported increased nocturia and difficulty initiating urination. No other subject reported adverse effects attributable to testosterone [11].

## Female-to-male transsexual - Gender dysphoria

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Effective; Pediatric, Evidence favors efficacy

Recommendation: Adult, Class IIa; Pediatric, Class IIb

Strength of Evidence: Adult, Category B; Pediatric, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Evidence (Adult)

Testosterone in 3 different formulations, including transdermal gel, significantly increased testosterone levels from the physiological range for women to the normal male range by week 30 of treatment in an observational study in female-to-male transsexual individuals [9]. Hormonal sex reassignment therapy was associated with significantly fewer symptoms related to social distress, anxiety, and depression compared with those not receiving hormonal therapy in 1 cross-sectional study [8].

Evidence (Adolescent)

In a cross-sectional study in transsexual individuals attending a gender identity unit, hormonal sex reassignment therapy was associated with significantly fewer symptoms related to social distress, anxiety, and depression compared with those not receiving

PLAINTIFFS003670

hormonal therapy [8].

Guidelines (Adult)

Gender transition treatment can be initiated in adults with confirmed persistent gender dysphoria/gender incongruence who have the capacity to make fully informed decisions and have well-controlled, if any, mental health concerns. The goals of therapy are to suppress endogenous sex hormones of the designated gender and to replace these with endogenous sex hormones of the affirmed gender. Either parenteral or transdermal testosterone may be used to achieve and maintain testosterone levels in the normal male range. Avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7].

Guidelines (Adolescent)

Initiation of gender-affirming hormone therapy, at gradually increasing doses, is recommended in adolescents with confirmed persistence of gender dysphoria/gender incongruence who request such therapy and who have sufficient mental capacity to give informed consent, usually by age 16 years. Compelling reasons may exist to initiate therapy at younger than 16 years; although, studies in this population are minimal. Initial therapy to undergo suppression of pubertal development at Tanner stages G2/B2 is suggested. Neither puberty suppression nor gender-affirming hormone therapy are recommended in pre-pubertal children [7].

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

c) Adult:

**1)** Testosterone in 3 different formulations significantly increased total testosterone levels from the physiological range for women to the normal male range by week 30 of treatment with no significant differences among formulations in an observational study in female-to-male transsexual individuals (N=45). At week 54, testosterone remained elevated and sex hormone-binding globulin, prolactin, and estradiol levels were significantly decreased from baseline while body weight and body mass index (BMI) were significantly increased in all groups. Results for selected hormonal and anthropometric outcomes are shown in the table below. Amenorrhea occurred at a mean 29.8 to 41 weeks. Significant changes from baseline were observed in HDL-C (decreased) and LDL-C (increased), but not total cholesterol. Fasting glucose increased significantly, but insulin and homeostasis model assessment for fasting insulin resistance (HOMA-IR) were similar to baseline. Hematocrit and hemoglobin increased from baseline. No significant changes were detected in liver enzymes, renal function, or bone mineral density. Patients were randomly assigned to testosterone enanthate 100 mg IM every 10 days, testosterone gel 50 mg once every evening, or testosterone undecanoate 1000 mg IM at week 0, week 6, and every 12 weeks thereafter. No subject had undergone sexual reassignment surgery [9].

| Selected Hormonal and Anthropometric Parameters at Baseline and Week 54 Posttreatment | | |
|---|---|---|
| Parameter | Baseline Range * | Week 54 Posttreatment Range* |
| Testosterone (ng/mL) | 0.44 to 0.54 | 5.89 to 7.39 ** |
| Estradiol (pg/mL) | 102.9 to 167.3 | 70.6 to 81.9 ** |
| Luteinizing hormone (international units/L) | 5.8 to 12.8 | 5.1 to 9.2 |
| Follicle stimulating hormone (international units/L) | 4.6 to 6.2 | 5.1 to 5.6 |
| Prolactin (ng/mL) | 15.7 to 18.2 | 9.8 to 15.6 ** |
| Sex hormone-binding globulin (nmol/L) | 60.3 to 65.4 | 31.6 to 34.3 ** |
| Body weight (kg) | 57.8 to 67.3 | 60.5 to 68.7 ** |
| BMI (kg/m(2)) | 22.1 to 23.9 | 22.4 to 24.3 ** |

PLAINTIFFS003671

| Fat (%) | 26.7 to 30.1 | 22.4 to 27.6 ** |

| KEY: BMI=body mass index; ng=nanograms; pg=picograms |
| * Range is among the 3 different testosterone formulations with no significant difference among the formulations at baseline or week 54. |
| ** Significant difference between baseline and week 54 values. |

**2)** In a cross-sectional study in transsexual patients attending a gender identity unit (age range, 15 to 61 years), those who had undergone hormonal sex-reassignment (SR) therapy (n=120; 70% male-to-female, 30% female-to-male) had significantly lower social distress, anxiety, and depression scores compared with those who had not undergone hormonal therapy (n=67; 43% male-to-female, 57% female-to-male). Assessments were completed using the Social Anxiety and Distress Scale (SADS; scale ranges from 0 to 28 with higher scores indicating greater social anxiety) and the Hospital Anxiety and Depression Scale (HADS; anxiety [-A] and depression [-D] subscales of 7 items each; 0 to 7 on either scale is normal, 8 to 10 suggests mood disorder, 11 or higher shows probable mood disorder). Results for the mean SADS, HAD-A, and HAD-D scores are shown in the table below. Symptoms or possible symptoms of anxiety (HAD-A scale) were present in significantly more treated versus untreated patients (61% vs 33%) and similarly, significantly more patients experienced symptoms or possible symptoms of depression (HAD-D scale) without treatment than with treatment (31% vs 8%). Therapy was administered as either testosterone esters depot 1000 mg IM every 10 to 14 weeks or testosterone transdermal gel 50 mg topically daily. The average duration of therapy was 4.7 years. Mean SADS, HAD-A, and HAD-D scores in the hormonal-therapy group were not significantly affected by length of time on therapy or whether the patient had undergone any SR surgeries [8].

| Mean Social Distress, Anxiety, and Depression Scores in Transsexuals With and Without Cross-sex Hormonal Therapy | | |
|---|---|---|
| Outcome | Without hormonal treatment (n=67) | With hormonal treatment (n=120) |
| SADS * | 11 | 8.5 ** |
| HAD-A ^ | 9 | 6.4 ** |
| HAD-D ^ | 5.2 | 3.3 ** |
| KEY: HAD-A=Hospital Anxiety and Depression Scale, Anxiety subscale; HAD-D=Hospital Anxiety and Depression Scale, Depression subscale; SAD=Social Anxiety and Distress Scale | | |
| * Total SADS score ranges from 0 to 28, with higher scores indicating greater social anxiety. | | |
| ** Significant difference versus no-hormone-therapy group | | |
| ^ HAD-A and HAD-D subscales each contain 7 items rated on a 4-point Likert scale. Total score of 0 to 7 is considered normal range (ie, without symptoms), 8 to 10 indicates possible symptoms, and 11 or higher indicates symptoms (probable presence of mood disorder) for the respective scale. | | |

**d)** Pediatric:

**1)** Adolescents

**a)** In a cross-sectional study in transsexual patients attending a gender identity unit (age range, 15 to 61 years), those who had undergone hormonal sex-reassignment (SR) therapy (n=120; 70% male-to-female, 30% female-to-male) had significantly lower social distress, anxiety, and depression scores compared with those who had not undergone hormonal therapy (n=67; 43% male-to-female, 57% female-to-male). Assessments were completed using the Social Anxiety and Distress Scale (SADS; scale ranges from 0 to 28 with higher scores indicating greater social anxiety) and the Hospital Anxiety and Depression Scale (HADS; anxiety [-A] and depression [-D] subscales of 7 items each; 0 to 7 on either scale is normal, 8 to 10 suggests mood disorder, 11 or higher shows probable mood disorder). Results for the mean SADS, HAD-A, and HAD-D scores are shown in the table below. Symptoms or possible

PLAINTIFFS003672

symptoms of anxiety (HAD-A scale) were present in significantly more treated versus untreated patients (61% vs 33%) and similarly, significantly more patients experienced symptoms or possible symptoms of depression (HAD-D scale) without treatment than with treatment (31% vs 8%). Therapy was administered as either testosterone esters depot 1000 mg IM every 10 to 14 weeks or testosterone transdermal gel 50 mg topically daily. The average duration of therapy was 4.7 years. Mean SADS, HAD-A, and HAD-D scores in the hormonal-therapy group were not significantly affected by length of time on therapy or whether the patient had undergone any SR surgeries [8].

| Mean Social Distress, Anxiety, and Depression Scores in Transsexuals With and Without Cross-sex Hormonal Therapy | | |
|---|---|---|
| Outcome | Without hormonal treatment (n=67) | With hormonal treatment (n=120) |
| SADS * | 11 | 8.5 ** |
| HAD-A ^ | 9 | 6.4 ** |
| HAD-D ^ | 5.2 | 3.3 ** |
| KEY: HAD-A=Hospital Anxiety and Depression Scale, Anxiety subscale; HAD-D=Hospital Anxiety and Depression Scale, Depression subscale; SAD=Social Anxiety and Distress Scale | | |
| * Total SADS score ranges from 0 to 28, with higher scores indicating greater social anxiety. | | |
| ** Significant difference versus no-hormone-therapy group | | |
| ^ HAD-A and HAD-D subscales each contain 7 items rated on a 4-point Likert scale. Total score of 0 to 7 is considered normal range (ie, without symptoms), 8 to 10 indicates possible symptoms, and 11 or higher indicates symptoms (probable presence of mood disorder) for the respective scale. | | |

## Osteoporosis, Male

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence favors efficacy

Recommendation: Adult, Class IIb

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Testosterone therapy in men with osteoporosis significantly increased bone mineral density [40].

See Drug Consult reference: Osteoporosis - Prevention and Drug Therapy
See Drug Consult reference: Canadian: Management of Osteoporosis in Men and Women

**c)** Adult:

**1)** Transdermal testosterone gel was associated with a small but significant increase in bone mineral density (BMD) in a prospective, multicenter study involving 227 men with hypogonadism. The men were randomized to testosterone gel delivering 5 to 10 mg/day or 2 testosterone patches delivering 5 mg/day. After 90 days, the gel dose was adjusted to 75 mg/day for another 3 months. At completion of the study, the 10 mg/day gel was associated with a 1.4 and 1.9-fold higher serum testosterone concentration than the 5 mg/day gel and the patch groups. The 10 mg/day gel group was also associated with a decreased bone resorption and with small but significant increases in BMD of the hip and spine (1.1% and 2.2%, respectively; p=0.0001) [40].

## Postmenopausal osteoporosis; Prophylaxis

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

PLAINTIFFS003673

Efficacy: Adult, Evidence is inconclusive

Recommendation: Adult, Class III

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

The addition of testosterone to estradiol is not associated with increased benefits on bone mineral density [39].

**c)** Adult:

**1)** Testosterone 100 mg implants added to estradiol 50 mg implants had no significant effects on bone markers and may not be necessary for prevention of osteoporosis if adequate estradiol levels are maintained. Women (n=25) were given estradiol after a total hysterectomy with bilateral salpingo-oophorectomy. At 16 weeks, testosterone 100 mg was added to the treatment regimen. The bone formation marker, PICP was associated with a significant increase after estradiol alone (p=0.0032) but the addition of testosterone had no significant effects on bone markers when measured at 32 weeks. These biochemical changes confirm previous studies [39].

**Sexual disorder**

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence favors efficacy

Recommendation: Adult, Class III

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Improvements in sexual function have been reported in both female and male patients [41][42][43].

**c)** Adult:

**1)** Transdermal testosterone improved sexual function and psychological well-being in women with sexual dysfunction following oophorectomy and hysterectomy. A 36-week trial enrolled 75 women, ages 31 to 56 years old, who had reported impaired sexual functioning after surgically-induced menopause, despite estrogen replacement. The 75 women received at least 0.625 mg of conjugated equine estrogens orally per day. Randomly selected, the women also received placebo, 150 micrograms (mcg) of testosterone, or 300 mcg of testosterone per day transdermally for 12 weeks each. The mean serum free testosterone concentration increased during each treatment regimen. The higher testosterone dose resulted in the greatest physical and psychological improvement [41].

**2)** In one 16-month, open-label, multicenter study with 4 consecutive periods, 37 men with hypogonadism received intramuscular and transdermal testosterone (nonscrotal). Period 1 consisted of 3 weeks and patients were monitored following an IM testosterone injection. During period 2, patients received no replacement testosterone for 8 weeks. During period 3, single-dose pharmacokinetic studies were performed for 3 to 4 weeks. During period 4 (12 months) efficacy and safety of the transdermal system were compared with the results obtained during periods 1 and 2. Along with other symptoms, decreased libido, impotence, fatigue, depression, and hot flushes were evaluated. After one month of transdermal treatment, the prevalence of decreased libido and fatigue had decreased to levels seen during IM treatment and remained so for the duration of transdermal treatment [42]. Similar results were found in another study [43].

**Weight gain**

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

PLAINTIFFS003674

Efficacy: Adult, Evidence favors efficacy

Recommendation: Adult, Class IIb

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Testosterone did not increase weight, body cell mass, or quality of life in patients with HIV infection [44].

Testosterone has produced an increase in fat free mass, muscle size, and strength [45] [46].

A significant increase in weight was observed in female patients with AIDS who received 1 active testosterone patch and 1 placebo patch versus 2 placebo skin patches but did not increase significantly in patients who received 2 active testosterone patches [47].

**c)** Adult:

**1)** Transscrotal testosterone did not increase weight, body cell mass, or quality of life in patients with HIV infection. In a multicenter, randomized, double-blinded, placebo-controlled study, men infected with HIV used transdermal scrotal testosterone patches (6 mg/day) (n=67) or placebo (n=66) for 12 weeks. Patches were applied and worn for 22 to 24 hours each day. Testosterone patches were effective in increasing serum testosterone levels [44].

**2)** There was 1.35 kg gain in lean body mass, increased red cell count, and improvements in the subcategory of role limitation due to emotional problems in HIV-infected men treated with transdermal testosterone [45]. In a double-blind, placebo-controlled randomized study, 41 HIV-infected men received 2 placebo patches or 2 testosterone transdermal system patches applied to the abdomen, back, arms, or thighs every 24 hours (total testosterone dose 5 mg/24 hr) for 12 weeks.

**3)** Androgen deficiency has been shown to be prevalent among women with AIDS wasting syndrome. It may result from undernutrition generalized illness, or more direct effects of HIV on the hypothalamic-pituitary-gonadal axis. Forty-five out of 53 women with AIDS wasting syndrome finished the study. Patients were randomized into 1 of 3 groups: 2 placebo skin patches (PP group); 1 active/1 placebo patch (AP group); or 2 active patches (AA group) which were applied twice weekly for 12 weeks. The delivery rates of testosterone were 150 and 300 mcg/day for the AP and AA groups, respectively. Therapy was well tolerated with no adverse effects with regard to hirsutism, lipid profiles, or liver function tests. A significant increase in weight was observed in the AP group (1.9 +/- 0.7 kg) versus the PP group (0.6 kg +/- 0.8 kg; p=0.043), but did not increase significantly in the AA group (0.9 +/- 0.4 kg) versus the PP group [47].

**4)** Testosterone increased lean body mass and improved quality of life in androgen-deficient men with AIDS wasting syndrome. In a randomized, double-blind, placebo-controlled trial, patients received testosterone enanthate 300 mg intramuscularly weekly for 6 months (n=26) or placebo (n=25). In the testosterone-treated group, 22 patients completed the trial and 19 patients in the placebo group completed the trial. Compared to placebo, testosterone-treated patients demonstrated a gain in fat free mass, lean body mass, and muscle mass (change, -0.6 kg and 2 kg; change, 0 kg and 1.9 kg; and change, -0.8 kg and 2.4 kg, respectively) [46].

**5)** Sublingual testosterone 5 mg three times daily for 6 months was administered to 67 men with hypogonadism which resulted in an increase in total body (p=0.0104) and lean body mass (p=0.007), mainly in the legs. There was no significant change in bone mineral density throughout the study. Longer studies are needed in this population [48].

## Testosterone Cypionate

### Female-to-male transsexual - Gender dysphoria
**a)** Overview
FDA Approval: Adult, no; Pediatric, no

PLAINTIFFS003675

Efficacy: Adult, Effective; Pediatric, Evidence favors efficacy

Recommendation: Adult, Class IIa; Pediatric, Class IIb

Strength of Evidence: Adult, Category B; Pediatric, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Evidence (Adult)

Hormonal sex reassignment therapy was associated with significantly fewer symptoms related to social distress, anxiety, and depression compared with those not receiving hormonal therapy in 1 cross-sectional study [8]. In a prospective study, significant changes in several domains of psychological functioning were observed for transgender men following 3 months of testosterone therapy compared with female controls and there were no significant differences for transgender men after therapy versus male controls [66]. Male physical characteristics were effectively achieved in an open-label time-series trial [81].

Evidence (Adolescent)

In a cross-sectional study in transsexual individuals attending a gender identity unit, hormonal sex reassignment therapy was associated with significantly fewer symptoms related to social distress, anxiety, and depression compared with those not receiving hormonal therapy [8].

Guidelines (Adult)

Gender transition treatment can be initiated in adults with confirmed persistent gender dysphoria/gender incongruence who have the capacity to make fully informed decisions and have well-controlled, if any, mental health concerns. The goals of therapy are to suppress endogenous sex hormones of the designated gender and to replace these with endogenous sex hormones of the affirmed gender. Either parenteral or transdermal testosterone may be used to achieve and maintain testosterone levels in the normal male range. Avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7].

Guidelines (Adolescent)

Initiation of gender-affirming hormone therapy, at gradually increasing doses, is recommended in adolescents with confirmed persistence of gender dysphoria/gender incongruence who request such therapy and who have sufficient mental capacity to give informed consent, usually by age 16 years. Compelling reasons may exist to initiate therapy at younger than 16 years; although, studies in this population are minimal. Initial therapy to undergo suppression of pubertal development at Tanner stages G2/B2 is suggested. Neither puberty suppression nor gender-affirming hormone therapy are recommended in pre-pubertal children [7].

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

**c)** Adult:

**1)** Significant changes in several domains of psychological functioning, as assessed using the Minnesota Multiphasic Personality Inventory second edition (MMPI-2), were observed for transgender men following 3 months of testosterone therapy compared with female controls and there were no significant differences for transgender men after therapy versus male controls (N=163; 48 transgender men, 53 male controls, 62 female controls). The MMPI-2 contains 10 clinical scales. Transgender men were compared with female controls using the female template of MMPI-2 and compared with male controls using the male template. Higher scores on each scale equate with lower levels of psychological functioning. Relative to female controls, transgender men had a significant change from baseline on the Hypochondria (-3.14), Depression (-3.28), Hysteria (-3.66), Paranoia (-4.62), and Masculinity-femininity (+5.05) scales after 3 months of therapy. No significant differences were observed after therapy versus female controls on the Psychopathic Deviate, Psychasthenia, Schizophrenia, Hypomania, or Social Inversion

PLAINTIFFS003676

scales or on any of the 10 scales relative to male controls. Testosterone was administered as 50 to 400 mg IM every 10 to 14 days (or 50% weekly) for most participants (n=32) [66].

**2)** In a cross-sectional study in transsexual patients attending a gender identity unit (age range, 15 to 61 years), those who had undergone hormonal sex-reassignment (SR) therapy (n=120; 70% male-to-female, 30% female-to-male) had significantly lower social distress, anxiety, and depression scores compared with those who had not undergone hormonal therapy (n=67; 43% male-to-female, 57% female-to-male). Assessments were completed using the Social Anxiety and Distress Scale (SADS; scale ranges from 0 to 28 with higher scores indicating greater social anxiety) and the Hospital Anxiety and Depression Scale (HADS; anxiety [-A] and depression [-D] subscales of 7 items each; 0 to 7 on either scale is normal, 8 to 10 suggests mood disorder, 11 or higher shows probable mood disorder). Results for the mean SADS, HAD-A, and HAD-D scores are shown in the table below. Symptoms or possible symptoms of anxiety (HAD-A scale) were present in significantly more treated versus untreated patients (61% vs 33%) and similarly, significantly more patients experienced symptoms or possible symptoms of depression (HAD-D scale) without treatment than with treatment (31% vs 8%). Therapy was administered as either testosterone esters depot 1000 mg IM every 10 to 14 weeks or testosterone transdermal gel 50 mg topically daily. The average duration of therapy was 4.7 years. Mean SADS, HAD-A, and HAD-D scores in the hormonal-therapy group were not significantly affected by length of time on therapy or whether the patient had undergone any SR surgeries [8].

| Mean Social Distress, Anxiety, and Depression Scores in Transsexuals With and Without Cross-sex Hormonal Therapy | | |
|---|---|---|
| Outcome | Without hormonal treatment (n=67) | With hormonal treatment (n=120) |
| SADS * | 11 | 8.5 ** |
| HAD-A ^ | 9 | 6.4 ** |
| HAD-D ^ | 5.2 | 3.3 ** |
| KEY: HAD-A=Hospital Anxiety and Depression Scale, Anxiety subscale; HAD-D=Hospital Anxiety and Depression Scale, Depression subscale; SAD=Social Anxiety and Distress Scale | | |
| * Total SADS score ranges from 0 to 28, with higher scores indicating greater social anxiety. | | |
| ** Significant difference versus without-hormone-therapy group | | |
| ^ HAD-A and HAD-D subscales each contain 7 items rated on a 4-point Likert scale. Total score of 0 to 7 is considered normal range (ie, without symptoms), 8 to 10 indicates possible symptoms, and 11 or higher indicates symptoms (probable presence of mood disorder) for the respective scale. | | |

**3)** Testosterone cypionate was effective in suppressing menses and increasing clitoral size and body hair in an open-label time-series trial that examined the effects of cross-sex hormones on both female-to-male and male-to-female transsexuals. Eleven of the 28 (31%) enrolled female-to-male transsexuals had previously been on testosterone in various formulations for a median duration of 24 months (range, 6 to 240 months). All previous treatment was discontinued and patients were started on testosterone cypionate (Depo-testosterone(R)) IM at doses of 50 to 200 mg every 2 weeks, with doses increased until cessation of menstruation or suppression of luteinizing hormone (LH) or follicle-stimulating hormone (FSH) in castrated patients. Some patients self-administered doses up to 400 mg per week against medical advice. Mean duration of follow-up was 16.6 +/- 15 months. Of patients who had never had any previous hormonal treatment or hysterectomy (n=12), all had reported previous normal menstrual histories. These patients all had cessation of menses by 4 months of treatment with testosterone cypionate 200 mg every 2 weeks. The mean total cholesterol level (n=28) at baseline was 209 +/- 46 mg/dL. At doses of 100 to 300 mg per month after a duration of 27 patient-months, the mean cholesterol level increased to 288 +/- 53 mg/dL, while at doses of 400 mg per month after a duration of 217 patient-months, the mean cholesterol level was 212 +/- 53 mg/dL. Significance (p less than 0.05) was reported for the change in cholesterol (all doses) from baseline. Triglycerides

PLAINTIFFS003677

were also significantly (p less than 0.05) increased to just over the ULN (normal range, 10 to 160 mg/dL). SGPT significantly (p less than 0.05) increased, but remained within the normal range. No significant changes were found in blood pressure, SGOT, bilirubin, or glucose. The amount and coarseness of hair on the chest, abdomen, and face were reported to be "strikingly" increased. No significant changes were reported for breast size, body weight, estradiol levels, or androstenedione levels. LH and FSH levels were suppressed to prepubertal levels only when the patient's testosterone level was over 1000 nanograms/deciliter or until the dose was greater than 800 mg per month. Clitoris growth increased rapidly over 1 year, with the longest clitoris measuring 6 cm [81].

**d)** Pediatric:

**1)** In a cross-sectional study in transsexual patients attending a gender identity unit (age range, 15 to 61 years), those who had undergone hormonal sex-reassignment (SR) therapy (n=120; 70% male-to-female, 30% female-to-male) had significantly lower social distress, anxiety, and depression scores compared with those who had not undergone hormonal therapy (n=67; 43% male-to-female, 57% female-to-male). Assessments were completed using the Social Anxiety and Distress Scale (SADS; scale ranges from 0 to 28 with higher scores indicating greater social anxiety) and the Hospital Anxiety and Depression Scale (HADS; anxiety [-A] and depression [-D] subscales of 7 items each; 0 to 7 on either scale is normal, 8 to 10 suggests mood disorder, 11 or higher shows probable mood disorder). Results for the mean SADS, HAD-A, and HAD-D scores are shown in the table below. Symptoms or possible symptoms of anxiety (HAD-A scale) were present in significantly more treated patients versus untreated patients (61% vs 33%) and similarly, significantly more patients experienced symptoms or possible symptoms of depression (HAD-D scale) without treatment than with treatment (31% vs 8%). Therapy was administered as either testosterone esters depot 1000 mg IM every 10 to 14 weeks or testosterone transdermal gel 50 mg topically daily. The average duration of therapy was 4.7 years. Mean SADS, HAD-A, and HAD-D scores in the hormonal-therapy group were not significantly affected by length of time on therapy or whether the patient had undergone any SR surgeries [8].

| Mean Social Distress, Anxiety, and Depression Scores in Transsexuals With and Without Cross-sex Hormonal Therapy | | |
|---|---|---|
| Outcome | Without hormonal treatment (n=67) | With hormonal treatment (n=120) |
| SADS * | 11 | 8.5 ** |
| HAD-A ^ | 9 | 6.4 ** |
| HAD-D ^ | 5.2 | 3.3 ** |
| KEY: HAD-A=Hospital Anxiety and Depression Scale, Anxiety subscale; HAD-D=Hospital Anxiety and Depression Scale, Depression subscale; SAD=Social Anxiety and Distress Scale | | |
| * Total SADS score ranges from 0 to 28, with higher scores indicating greater social anxiety. | | |
| ** Significant difference versus without-hormone-therapy group | | |
| ^ HAD-A and HAD-D subscales each contain 7 items rated on a 4-point Likert scale. Total score of 0 to 7 is considered normal range (ie, without symptoms), 8 to 10 indicates possible symptoms, and 11 or higher indicates symptoms (probable presence of mood disorder) for the respective scale. | | |

## Testosterone Enanthate

### Anemia

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence is inconclusive

Recommendation: Adult, Class III

PLAINTIFFS003678

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Effective in combination with other androgens for increasing the hematocrit in anemic patients who are receiving hemodialysis [67]

**c)** Adult:

**1)** A randomized clinical trial was conducted to compare the erythropoietic effects of several androgens in 143 patients (103 males, 40 females) with anemia who were receiving maintenance hemodialysis . Patients received either testosterone enanthate 4 mg/kg IM weekly (the female patients did not receive testosterone), fluoxymesterone 0.4 mg/kg orally daily, oxymetholone 1 mg/kg orally daily, or nandrolone decanoate 3 mg/kg intramuscularly weekly. Control periods of at least 2 months were followed by treatment periods consisting of one of the androgens for 6 months followed by another control period; 3 courses utilizing a different drug each time were administered. Seventy-seven, 56, and 35 patients completed the first, second, and third treatment periods, respectively. The 2 agents administered by injection, which included testosterone, were judged superior to the orally administered agents in terms of patient response and mean rise in hematocrit. Approximately 50% of the patients had an increase of at least 5 percentage points in hematocrit following the administration of either injectable androgen [67].

### Burn, Severe; Adjunct

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence is inconclusive

Recommendation: Adult, Class III

Strength of Evidence: Adult, Category C

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Administration of testosterone enanthate can ameliorate muscle catabolism in severe burns [78].

**c)** Adult:

**1)** Testosterone enanthate 200 mg IM per week for 2 weeks restored serum testosterone levels and ameliorated the muscle catabolism in 6 severely burned (greater than 70% total body surface area) male patients. After the second injection, protein synthetic efficiency increased 2-fold (p less than 0.01) and protein breakdown decreased almost 2-fold (p less than 0.05) [78].

### Congenital hypoplasia of penis

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence is inconclusive

Recommendation: Adult, Class IIb

Strength of Evidence: Adult, Category C

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

IM testosterone enanthate and topical testosterone cream have been used short term to induce temporary enlargement of a micropenis prior to surgical repair [36][37][38].

**c)** Pediatric:

**1)** Testosterone enanthate 25 mg IM given monthly for a total of 3 doses and topical testosterone cream (2% to 10%) have been used short term to induce temporary

PLAINTIFFS003679

enlargement of a micropenis prior to surgical repair [36][37][38].

### Contraception, Male

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence favors efficacy

Recommendation: Adult, Class III

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

IM testosterone enanthate plus oral desogestrel was an effective and safe regimen for suppression of spermatogenesis [68].

Testosterone enanthate and cyproterone induced azoospermia more effectively than testosterone alone [69].

Testosterone enanthate plus levonorgestrel was more effective in producing azoospermia than testosterone enanthate alone [70].

Weekly injections effectively induced azoospermia in healthy fertile men [71].

Approximately 50% of healthy males become azoospermic and the other 50% become severely oligospermic following administration during clinical trials [72].

**c)** Adult:

**1)** Testosterone Enanthate and Desogestrel

**a)** IM testosterone enanthate plus oral desogestrel was an effective and safe regimen for suppression of spermatogenesis in a study of 24 healthy men aged 20 to 49 years. The men were randomized to 50 mg testosterone enanthate plus 150 mcg desogestrel (n=9), 100 mg testosterone enanthate plus 150 mcg desogestrel (n=7), or 100 mg testosterone enanthate plus 300 mcg desogestrel (n=8). Additionally, these 3 groups were compared with 2 control groups receiving 100 mg testosterone enanthate alone (n=18) or 100 mg testosterone enanthate plus 125 mcg oral levonorgestrel (n=18). At the end of 6 months, azoospermia was achieved in 100% of men receiving testosterone enanthate 100 mg plus desogestrel 150 mcg, 88% of men receiving testosterone enanthate 100 mg plus desogestrel 300 mcg, and 57% of men receiving testosterone enanthate 50 mg and desogestrel 150 mcg. This was compared with 61% for testosterone enanthate 100 mg plus levonorgestrel 125 mcg and 33% for testosterone enanthate 100 mg alone. All groups tended to gain weight compared with baseline and serum HDL was moderately suppressed in all groups [68].

**2)** Testosterone Enanthate and Cyproterone

**a)** In a smaller study, all men who received testosterone and cyproterone became azoospermic compared with 3 of 5 men receiving testosterone only. Fifteen men were randomized to receive cyproterone 50 mg orally twice daily plus testosterone enanthate 100 mg IM weekly; cyproterone 25 mg orally twice daily plus testosterone 100 mg IM weekly; or testosterone 100 mg IM weekly alone for 16 weeks. Patients in the cyproterone 100 mg, cyproterone 50 mg, and testosterone only groups achieved azoospermia at mean times of 6.8, 8.4, and 14 weeks, respectively. After treatment, baseline sperm counts were achieved in all men. Lipoprotein profiles nor liver function tests were detected in any patient. No significant differences in sexual behavior were reported among the 3 groups [69].

**3)** Testosterone Enanthate and Levonorgestrel

**a)** Testosterone enanthate 100 mg IM weekly plus levonorgestrel 500 mcg orally daily was more effective in producing azoospermia than testosterone enanthate alone at 6 months (67% vs 33%; p=0.06). A pregnancy rate was not mentioned [70].

**4)** Clinical trials have indicated that approximately 50% of healthy males become azoospermic and the other 50% become severely oligospermic following administration

PLAINTIFFS003680

of testosterone enanthate. Additionally, severe oligospermia appears to be associated with effective contraception [72].

## Female-to-male transsexual - Gender dysphoria

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Effective; Pediatric, Evidence favors efficacy

Recommendation: Adult, Class IIa; Pediatric, Class IIb

Strength of Evidence: Adult, Category B; Pediatric, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Evidence (Adult)

Voice deepening, facial hair increase, cessation of menses, and significant increases in testosterone levels were achieved within 6 months of initiating IM testosterone replacement therapy in individuals with female-to-male gender dysphoria in a retrospective study [65]. Hormonal sex reassignment therapy was associated with significantly fewer symptoms related to social distress, anxiety, and depression compared with those not receiving hormonal therapy in 1 cross-sectional study [8]. In a prospective study, significant changes in several domains of psychological functioning were observed for transgender men following 3 months of testosterone therapy compared with female controls and there were no significant differences for transgender men after therapy versus male controls [66]

Evidence (Adolescent)

In a cross-sectional study in transsexual individuals attending a gender identity unit, hormonal sex reassignment therapy was associated with significantly fewer symptoms related to social distress, anxiety, and depression compared with those not receiving hormonal therapy [8].

Guidelines (Adult)

Gender transition treatment can be initiated in adults with confirmed persistent gender dysphoria/gender incongruence who have the capacity to make fully informed decisions and have well-controlled, if any, mental health concerns. The goals of therapy are to suppress endogenous sex hormones of the designated gender and to replace these with endogenous sex hormones of the affirmed gender. Either parenteral or transdermal testosterone may be used to achieve and maintain testosterone levels in the normal male range. Avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7].

Guidelines (Adolescent)

Initiation of gender-affirming hormone therapy, at gradually increasing doses, is recommended in adolescents with confirmed persistence of gender dysphoria/gender incongruence who request such therapy and who have sufficient mental capacity to give informed consent, usually by age 16 years. Compelling reasons may exist to initiate therapy at younger than 16 years; although, studies in this population are minimal. Initial therapy to undergo suppression of pubertal development at Tanner stages G2/B2 is suggested. Neither puberty suppression nor gender-affirming hormone therapy are recommended in pre-pubertal children [7].

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

**c)** Adult:

**1)** Significant changes in several domains of psychological functioning, as assessed using the Minnesota Multiphasic Personality Inventory second edition (MMPI-2), were observed for transgender men following 3 months of testosterone therapy compared with female controls and there were no significant differences for transgender men after therapy versus male controls (N=163; 48 transgender men, 53 male controls, 62 female

PLAINTIFFS003681

Case 4:22-cv-00325-RH-MAF    Document 175-25    Filed 04/27/23    Page 30 of 168

controls). The MMPI-2 contains 10 clinical scales. Transgender men were compared with female controls using the female template of MMPI-2 and compared with male controls using the male template. Higher scores on each scale equate with lower levels of psychological functioning. Relative to female controls, transgender men had a significant change from baseline on the Hypochondria (-3.14), Depression (-3.28), Hysteria (-3.66), Paranoia (-4.62), and Masculinity-femininity (+5.05) scales after 3 months of therapy. No significant differences were observed after therapy versus female controls on the Psychopathic Deviate, Psychasthenia, Schizophrenia, Hypomania, or Social Inversion scales or on any of the 10 scales relative to male controls. Testosterone was administered as 50 to 400 mg IM every 10 to 14 days (or 50% weekly) for most participants (n=32) [66].

**2)** Therapeutic effects of voice deepening, facial hair increase, and cessation of menses were achieved with 3 different dosages of testosterone enanthate by 6 months after initiation of therapy in individuals with female to male gender dysphoria undergoing testosterone replacement therapy in a retrospective study (N=138). At 1 month, onset of treatment effects occurred in more patients with higher doses. However, no dose dependent effects were evident at 6 months, and 96.3% to 100% of patients achieved deepening of voice, 72.7% to 97.4% achieved increase in facial hair, and 85.7% to 96.6% achieved cessation of menses. Serum testosterone levels were significantly increased to around 700 nanograms/dL and serum estradiol levels were significantly decreased from baseline to month 6, with no significant differences among the different dosages of testosterone. No significant adverse events were reported in any group and there were no clinically relevant changes in liver enzymes, coagulation parameters, or urinalysis results. Testosterone enanthate was administered as 250 mg IM every 2 weeks (n=30), 250 mg IM every 3 weeks (n=50), or 125 mg every 2 weeks (n=58) based on patient preference relating to frequency of administration and cost [65].

**3)** In a cross-sectional study in transsexual patients attending a gender identity unit (age range, 15 to 61 years), those who had undergone hormonal sex-reassignment (SR) therapy (n=120; 70% male-to-female, 30% female-to-male) had significantly lower social distress, anxiety, and depression scores compared with those who had not undergone hormonal therapy (n=67; 43% male-to-female, 57% female-to-male). Assessments were completed using the Social Anxiety and Distress Scale (SADS; scale ranges from 0 to 28 with higher scores indicating greater social anxiety) and the Hospital Anxiety and Depression Scale (HADS; anxiety [-A] and depression [-D] subscales of 7 items each; 0 to 7 on either scale is normal, 8 to 10 suggests mood disorder, 11 or higher shows probable mood disorder). Results for the mean SADS, HAD-A, and HAD-D scores are shown in the table below. Symptoms or possible symptoms of anxiety (HAD-A scale) were present in significantly more treated versus untreated patients (61% vs 33%) and similarly, significantly more patients experienced symptoms or possible symptoms of depression (HAD-D scale) without treatment than with treatment (31% vs 8%). Therapy was administered as either testosterone esters depot 1000 mg IM every 10 to 14 weeks or testosterone transdermal gel 50 mg topically daily. The average duration of therapy was 4.7 years. Mean SADS, HAD-A, and HAD-D scores in the hormonal-therapy group were not significantly affected by length of time on therapy or whether the patient had undergone any SR surgeries [8].

| Mean Social Distress, Anxiety, and Depression Scores in Transsexuals With and Without Cross-sex Hormonal Therapy | | |
|---|---|---|
| Outcome | Without hormonal treatment (n=67) | With hormonal treatment (n=120) |
| SADS * | 11 | 8.5 ** |
| HAD-A ^ | 9 | 6.4 ** |
| HAD-D ^ | 5.2 | 3.3 ** |
| KEY: HAD-A=Hospital Anxiety and Depression Scale, Anxiety subscale; HAD-D=Hospital Anxiety and Depression Scale, Depression subscale; SAD=Social Anxiety and Distress Scale | | |
| * Total SADS score ranges from 0 to 28, with higher scores indicating greater social anxiety. | | |
| ** Significant difference versus without-hormone-therapy group | | |

PLAINTIFFS003682

^ HAD-A and HAD-D subscales each contain 7 items rated on a 4-point Likert scale. Total score of 0 to 7 is considered normal range (ie, without symptoms), 8 to 10 indicates possible symptoms, and 11 or higher indicates symptoms (probable presence of mood disorder) for the respective scale.

**d)** Pediatric:

**1)** Adolescent

**a)** In a cross-sectional study in transsexual patients attending a gender identity unit (age range, 15 to 61 years), those who had undergone hormonal sex-reassignment (SR) therapy (n=120; 70% male-to-female, 30% female-to-male) had significantly lower social distress, anxiety, and depression scores compared with those who had not undergone hormonal therapy (n=67; 43% male-to-female, 57% female-to-male). Assessments were completed using the Social Anxiety and Distress Scale (SADS; scale ranges from 0 to 28 with higher scores indicating greater social anxiety) and the Hospital Anxiety and Depression Scale (HADS; anxiety [-A] and depression [-D] subscales of 7 items each; 0 to 7 on either scale is normal, 8 to 10 suggests mood disorder, 11 or higher shows probable mood disorder). Results for the mean SADS, HAD-A, and HAD-D scores are shown in the table below. Symptoms or possible symptoms of anxiety (HAD-A scale) were present in significantly more treated versus untreated patients (61% vs 33%) and similarly, significantly more patients experienced symptoms or possible symptoms of depression (HAD-D scale) without treatment than with treatment (31% vs 8%). Therapy was administered as either testosterone esters depot 1000 mg IM every 10 to 14 weeks or testosterone transdermal gel 50 mg topically daily. The average duration of therapy was 4.7 years. Mean SADS, HAD-A, and HAD-D scores in the hormonal-therapy group were not significantly affected by length of time on therapy or whether the patient had undergone any SR surgeries [8].

| Mean Social Distress, Anxiety, and Depression Scores in Transsexuals With and Without Cross-sex Hormonal Therapy | | |
|---|---|---|
| Outcome | Without hormonal treatment (n=67) | With hormonal treatment (n=120) |
| SADS * | 11 | 8.5 ** |
| HAD-A ^ | 9 | 6.4 ** |
| HAD-D ^ | 5.2 | 3.3 ** |
| KEY: HAD-A=Hospital Anxiety and Depression Scale, Anxiety subscale; HAD-D=Hospital Anxiety and Depression Scale, Depression subscale; SAD=Social Anxiety and Distress Scale | | |
| * Total SADS score ranges from 0 to 28, with higher scores indicating greater social anxiety. | | |
| ** Significant difference versus without-hormone-therapy group | | |
| ^ HAD-A and HAD-D subscales each contain 7 items rated on a 4-point Likert scale. Total score of 0 to 7 is considered normal range (ie, without symptoms), 8 to 10 indicates possible symptoms, and 11 or higher indicates symptoms (probable presence of mood disorder) for the respective scale. | | |

## Sexual disorder

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence favors efficacy

Recommendation: Adult, Class III

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

PLAINTIFFS003683

Testosterone enanthate prevented the loss of potency in patients receiving concomitant luteinizing hormone-releasing hormone (LHRH) agonist therapy [79].

**c)** Adult:

**1)** Reversible oligospermia without impotence in male patients treated with an luteinizing hormone-releasing hormone (LHRH) agonist plus testosterone was reported. When an LHRH agonist is used to produce reversible oligospermia, a reduction in plasma testosterone, libido, and potency occurs. Testosterone enanthate 100 mg IM every 2 weeks prevented the loss of potency in 6 patients receiving concomitant LHRH agonist therapy [79].

### Weight gain

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Evidence favors efficacy

Recommendation: Adult, Class IIb

Strength of Evidence: Adult, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Testosterone has produced an increase in fat-free mass, muscle size, and strength [45] [46][80].

**c)** Adult:

**1)** Testosterone increased lean body mass and improved quality of life in androgen-deficient men with AIDS wasting syndrome. In a randomized, double-blind, placebo-controlled trial, patients received testosterone enanthate 300 mg IM weekly for 6 months (n=26) or placebo (n=25). In the testosterone-treated group, 22 patients completed the trial and 19 patients in the placebo group completed the trial. Compared with placebo, testosterone-treated patients demonstrated a gain in fat-free mass, lean body mass, and muscle mass (change, -0.6 kg and 2 kg; change, 0 kg and 1.9 kg; and change, -0.8 kg and 2.4 kg, respectively) [46].

**2)** Testosterone enanthate 600 mg weekly for 10 weeks produced an increase in fat-free mass, muscle size, and strength in males. A standardized exercise program was additive to the effects of testosterone. Because anabolic steroids have potentially serious adverse effects, their use in athletics is not justified; however, it is postulated that short-term administration of androgens may be advantageous for immobilized, cachectic, AIDS patients, or those with chronic wasting disease [80].

### Testosterone Undecanoate

#### Female-to-male transsexual - Gender dysphoria

**a)** Overview

FDA Approval: Adult, no; Pediatric, no

Efficacy: Adult, Effective; Pediatric, Evidence favors efficacy

Recommendation: Adult, Class IIa; Pediatric, Class IIb

Strength of Evidence: Adult, Category B; Pediatric, Category B

See Drug Consult reference: RECOMMENDATION AND EVIDENCE RATINGS

**b)** Summary:

Evidence (Adult)

Testosterone undecanoate significantly increased testosterone levels in transsexual men (ie, female-to-male) from the physiological range for women to the normal male range in observational [9] and prospective studies [54]. Significant physical changes including body weight, lean body mass, body fat redistribution [55], and facial and body hair growth occurred during the first year of therapy [56]. Additionally, hormonal sex

PLAINTIFFS003684

reassignment therapy significantly reduced symptoms related to social distress, anxiety, and depression compared with those not receiving hormonal therapy in 1 cross-sectional study [8]. Major adverse events have not been observed, but changes in lipid profiles, hematocrit, liver enzymes [54], and fasting plasma glucose have been reported during 1-year studies [9]. Regular monitoring for adverse effects of hormone therapy is recommended [7].

Evidence (Adolescent)

In a cross-sectional study in transsexual individuals attending a gender identity unit, hormonal sex reassignment therapy was associated with significantly fewer symptoms related to social distress, anxiety, and depression compared with those not receiving hormonal therapy [8].

Guidelines (Adult)

Gender transition treatment can be initiated in adults with confirmed persistent gender dysphoria/gender incongruence who have the capacity to make fully informed decisions and have well-controlled, if any, mental health concerns. The goals of therapy are to suppress endogenous sex hormones of the designated gender and to replace these with endogenous sex hormones of the affirmed gender. Either parenteral or transdermal testosterone may be used to achieve and maintain testosterone levels in the normal male range. Avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7].

Guidelines (Adolescent)

Initiation of gender-affirming hormone therapy, at gradually increasing doses, is recommended in adolescents with confirmed persistence of gender dysphoria/gender incongruence who request such therapy and who have sufficient mental capacity to give informed consent, usually by age 16 years. Compelling reasons may exist to initiate therapy at younger than 16 years; although, studies in this population are minimal. Initial therapy to undergo suppression of pubertal development at Tanner stages G2/B2 is suggested. Neither puberty suppression nor gender-affirming hormone therapy are recommended in pre-pubertal children [7].

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

**c) Adult:**

**1)** During the first year of treatment, body weight and lean body mass (LBM) were significantly increased by 3% and 10%, respectively, in transsexual men undergoing cross-sex hormonal therapy with testosterone during an observational study (n=162 transsexual men). Total body fat was decreased by a significant 9%, with redistribution of body fat significant in the leg (-16%) and gynoid (-14%), but not android regions. LBM was increased in all body parts by between 9% and 19%. Hip circumference was significantly changed by -1.9 cm, but there was no significant difference for waist circumference or the waist-to-hip ratio. Testosterone was administered as testosterone gel 50 mg/day, testosterone undecanoate 1000 mg IM once every 12 weeks, or testosterone esters 250 mg IM once every 2 weeks (not an FDA-approved product). Mean follow-up was 380 days [55].

**2)** Testosterone undecanoate injections significantly increased testosterone levels to the normal male range in 100% of hormone-naïve transgender men (female-to-male) in a 1-year prospective study (n=53 trans men). At baseline, serum testosterone levels were 30.2 nanograms/dL (ng/dL) and increased to a mean 595.8 ng/dL. Body weight was significantly increased from 68.4 to 70.6 kg, with an increase in lean body mass and decrease in total body fat. Waist-to-hip ratio was significantly increased (0.82 to 0.84) due to decreased hip circumference. Small, but significant, changes in total cholesterol (171.9 to 178.2 mg/dL), LDL-C (98.4 to 116.1 mg/dL), triglycerides (69 to 81.1 mg/dL), and HDL-C (56.3 to 47.8 mg/dL) occurred. Erythrocytosis was present in 2 men based on the male reference range (Hct level above 52%) and 20.1% had Hct levels above the female reference range of 48%. Liver enzyme elevations greater than 2 x ULN were reported with respect to the female reference range (1.9%), but none were 2 x the ULN of the male reference range. No cardiovascular events, venous thromboses, pulmonary

PLAINTIFFS003685

embolisms, deaths, or osteoporotic fractures were reported. Testosterone undecanoate was administered as 1000 mg IM at initiation, at 6 weeks, and then every 12 weeks thereafter. In cases of intolerance, participants could switch to testosterone esters 250 mg (not an FDA-approved product) every 2 weeks [54].

**3)** Testosterone in 3 different formulations significantly increased total testosterone levels from the physiological range for women to the normal male range by week 30 of treatment with no significant differences among formulations in an observational study in female-to-male transsexual individuals (N=45). At week 54, testosterone remained elevated and sex hormone-binding globulin, prolactin, and estradiol levels were significantly decreased from baseline while body weight and body mass index (BMI) were significantly increased in all groups. Results for selected hormonal and anthropometric outcomes are shown in the table below. Amenorrhea occurred at a mean 29.8 to 41 weeks. Significant changes from baseline were observed in HDL-C (decreased) and LDL-C (increased), but not total cholesterol. Fasting glucose increased significantly, but insulin and homeostasis model assessment for fasting insulin resistance (HOMA-IR) were similar to baseline. Hematocrit and hemoglobin increased from baseline. No significant changes were detected in liver enzymes, renal function, or bone mineral density. Patients were randomly assigned to testosterone enanthate 100 mg IM every 10 days, testosterone gel 50 mg once every evening, or testosterone undecanoate 1000 mg IM at week 0, week 6, and every 12 weeks thereafter. No subject had undergone sexual reassignment surgery [9].

| Selected Hormonal and Anthropometric Parameters at Baseline and Week 54 Posttreatment | | |
|---|---|---|
| Parameter | Baseline Range * | Week 54 Posttreatment Range* |
| Testosterone (ng/mL) | 0.44 to 0.54 | 5.89 to 7.39 ** |
| Estradiol (pg/mL) | 102.9 to 167.3 | 70.6 to 81.9 ** |
| Luteinizing hormone (international units/L) | 5.8 to 12.8 | 5.1 to 9.2 |
| Follicle stimulating hormone (international units/L) | 4.6 to 6.2 | 5.1 to 5.6 |
| Prolactin (ng/mL) | 15.7 to 18.2 | 9.8 to 15.6 ** |
| Sex hormone-binding globulin (nmol/L) | 60.3 to 65.4 | 31.6 to 34.3 ** |
| Body weight (kg) | 57.8 to 67.3 | 60.5 to 68.7 ** |
| BMI (kg/m(2)) | 22.1 to 23.9 | 22.4 to 24.3 ** |
| Fat (%) | 26.7 to 30.1 | 22.4 to 27.6 ** |
| KEY: BMI=body mass index; ng=nanograms; pg=picograms | | |
| * Range is among the 3 different testosterone formulations with no significant difference among the formulations at baseline or week 54. | | |
| ** Significant difference between baseline and week 54 values. | | |

**4)** Facial and body hair growth was significantly increased over time with testosterone undecanoate administration in hormone-naïve transsexual men in a prospective study (N=20). The Ferriman and Gallway score (FG; 0 to 36 scale with a score of greater than 8 in an androgen-dependent area indicating hirsutism) was a median 0.5 at baseline and increased to 12 after 12 months of therapy, but there was wide interindividual variability (range, 2 to 25). In an associated cross-sectional study in transgender men who had undergone sexual reassignment surgery and had been using testosterone for an average of 9.9 years (N=50), the median PG score was 24 with a range of 6 to 34. Moderate to severe alopecia was reported in 31%. Neither the FG score nor alopecia was positively correlated with duration or type of testosterone therapy in the cross-sectional group. Alopecia was correlated with age. In the prospective study group, all participants received testosterone undecanoate 1000 mg IM every 3 months. In the cross-sectional study group, testosterone was administered as testosterone esters 250 mg (not an FDA-approved product) IM every 2 or 3 weeks (n=35), testosterone undecanoate 1000 mg

PLAINTIFFS003686

IM every 12 weeks (n=7), or transdermal testosterone 50 mg/day (n=8); one participant used an oral and transdermal formulation together [56].

**5)** In a cross-sectional study in transsexual patients attending a gender identity unit (age range, 15 to 61 years), those who had undergone hormonal sex-reassignment (SR) therapy (n=120; 70% male-to-female, 30% female-to-male) had significantly lower social distress, anxiety, and depression scores compared with those who had not undergone hormonal therapy (n=67; 43% male-to-female, 57% female-to-male). Assessments were completed using the Social Anxiety and Distress Scale (SADS; scale ranges from 0 to 28 with higher scores indicating greater social anxiety) and the Hospital Anxiety and Depression Scale (HADS; anxiety [-A] and depression [-D] subscales of 7 items each; 0 to 7 on either scale is normal, 8 to 10 suggests mood disorder, 11 or higher shows probable mood disorder). Results for the mean SADS, HAD-A, and HAD-D scores are shown in the table below. Symptoms or possible symptoms of anxiety (HAD-A scale) were present in significantly more treated versus untreated patients (61% vs 33%) and similarly, significantly more patients experienced symptoms or possible symptoms of depression (HAD-D scale) without treatment than with treatment (31% vs 8%). Therapy was administered as either testosterone esters depot 1000 mg IM every 10 to 14 weeks or testosterone transdermal gel 50 mg topically daily. The average duration of therapy was 4.7 years. Mean SADS, HAD-A, and HAD-D scores in the hormonal-therapy group were not significantly affected by length of time on therapy or whether the patient had undergone any SR surgeries [8].

| Mean Social Distress, Anxiety, and Depression Scores in Transsexuals With and Without Cross-sex Hormonal Therapy | | |
|---|---|---|
| Outcome | Without hormonal treatment (n=67) | With hormonal treatment (n=120) |
| SADS * | 11 | 8.5 ** |
| HAD-A ^ | 9 | 6.4 ** |
| HAD-D ^ | 5.2 | 3.3 ** |
| KEY: HAD-A=Hospital Anxiety and Depression Scale, Anxiety subscale; HAD-D=Hospital Anxiety and Depression Scale, Depression subscale; SAD=Social Anxiety and Distress Scale | | |
| * Total SADS score ranges from 0 to 28, with higher scores indicating greater social anxiety. | | |
| ** Significant difference versus no-hormone-therapy group | | |
| ^ HAD-A and HAD-D subscales each contain 7 items rated on a 4-point Likert scale. Total score of 0 to 7 is considered normal range (ie, without symptoms), 8 to 10 indicates possible symptoms, and 11 or higher indicates symptoms (probable presence of mood disorder) for the respective scale. | | |

**d)** Pediatric:

**1)** Adolescent

**a)** In a cross-sectional study in transsexual patients attending a gender identity unit (age range, 15 to 61 years), those who had undergone hormonal sex-reassignment (SR) therapy (n=120; 70% male-to-female, 30% female-to-male) had significantly lower social distress, anxiety, and depression scores compared with those who had not undergone hormonal therapy (n=67; 43% male-to-female, 57% female-to-male). Assessments were completed using the Social Anxiety and Distress Scale (SADS; scale ranges from 0 to 28 with higher scores indicating greater social anxiety) and the Hospital Anxiety and Depression Scale (HADS; anxiety [-A] and depression [-D] subscales of 7 items each; 0 to 7 on either scale is normal, 8 to 10 suggests mood disorder, 11 or higher shows probable mood disorder). Results for the mean SADS, HAD-A, and HAD-D scores are shown in the table below. Symptoms or possible symptoms of anxiety (HAD-A scale) were present in significantly more treated versus untreated patients (61% vs 33%) and similarly, significantly more patients experienced symptoms or possible symptoms of depression (HAD-D scale) without treatment than with treatment (31% vs 8%). Therapy was administered as either testosterone esters depot 1000 mg IM every 10 to 14 weeks or testosterone transdermal gel 50 mg topically daily. The average duration of therapy was 4.7 years. Mean SADS, HAD-A, and

PLAINTIFFS003687

HAD-D scores in the hormonal-therapy group were not significantly affected by length of time on therapy or whether the patient had undergone any SR surgeries [8].

| Mean Social Distress, Anxiety, and Depression Scores in Transsexuals With and Without Cross-sex Hormonal Therapy | | |
|---|---|---|
| Outcome | Without hormonal treatment (n=67) | With hormonal treatment (n=120) |
| SADS * | 11 | 8.5 ** |
| HAD-A ^ | 9 | 6.4 ** |
| HAD-D ^ | 5.2 | 3.3 ** |
| KEY: HAD-A=Hospital Anxiety and Depression Scale, Anxiety subscale; HAD-D=Hospital Anxiety and Depression Scale, Depression subscale; SAD=Social Anxiety and Distress Scale | | |
| * Total SADS score ranges from 0 to 28, with higher scores indicating greater social anxiety. | | |
| ** Significant difference versus without-hormone-therapy group | | |
| ^ HAD-A and HAD-D subscales each contain 7 items rated on a 4-point Likert scale. Total score of 0 to 7 is considered normal range (ie, without symptoms), 8 to 10 indicates possible symptoms, and 11 or higher indicates symptoms (probable presence of mood disorder) for the respective scale. | | |

## Dose Adjustments 

## Adult Dosage

### Normal Dosage

#### Important Note
##### Testosterone

Topical testosterone products are not interchangeable as they have different strengths, doses, and application instructions that may result in different systemic exposure [1][2][3][4][5].

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

##### Testosterone Cypionate

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

##### Testosterone Enanthate

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

##### Testosterone Undecanoate

Testosterone undecanoate oral capsules are available in different oral formulations that are not interchangeable [53].

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone
##### Buccal mucosa route
###### Hypogonadism, Male
**1)** FDA Dosage, Striant(R)

PLAINTIFFS003688

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [17].

**b)** Usual dose: One 30-mg buccal system applied to the gum approximately every 12 hours, applying to opposite sides of the mouth with each dose; monitor testosterone levels at 4 to 12 weeks after initiation, and discontinue if levels are consistently outside normal range [23]

**c)** Dosing notes: If the system fails to adhere or falls off within 8 hours of application, a new system may be applied and continued for a total of 12 hours from the placement of the first system; however, if it is within 8 hours of the next scheduled dose, apply the new system for 12 hours and then continue with the next dose. Remove system prior to oral care and apply a new system after [23].

**2)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

Striant(R) testosterone buccal system is not indicated for use in women [23].

### Nasal route

#### Hypogonadism, Male

**1)** FDA Dosage, Natesto(TM)

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [16].

**b)** Usual dose: 1 actuation per nostril (2 pump actuations, 11 mg) intranasally 3 times a day (morning, afternoon, and evening, 6 to 8 hours apart) at the same time each day for a total daily dose of 33 mg; after 1 month check testosterone levels periodically [22]

**c)** If total testosterone level usually below 300 nanograms/dL, consider alternative therapy [22].

**d)** If total testosterone level generally greater than 1050 nanograms/dL, discontinue treatment with testosterone nasal gel [22].

**2)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

Natesto(TM) testosterone nasal gel is not indicated for use in women [22].
There is insufficient evidence of long-term safety (ie, cardiovascular and prostate cancer risks) for Natesto(TM) testosterone gel treatment in geriatric patients [22].
The safety and efficacy of Natesto(TM) testosterone gel treatment have not been established in patients with a BMI greater than 35 kg/m(2) [22].

### Topical application

#### Hypogonadism, Male

**1)** FDA Dosage

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [5][15][1][3][2][18].

**2)** FDA Dosage, Axiron(R)

**a)** Initial dose: 60 mg (1 pump or twist actuation of 30 mg to each axilla) applied once daily at the same time each morning to clean, dry, intact skin of the axilla; do not apply to any other parts of the body; obtain serum testosterone concentration at least 14 days after initiation; draw 2 to 8 hours after application [20]

**b)** Dose titration: decrease or increase dose by 30-mg increments based on serum testosterone concentration from a single blood draw 2 to 8 hours after application and at least 14 days after starting treatment or following dose adjustment, according to the following recommendation [20][20]:

PLAINTIFFS003689

Serum testosterone concentration below 300 nanogram/deciliter (ng/dL):
Increase daily dose from 60 to 90 mg or from 90 mg to 120 mg

Serum testosterone concentration exceeds 1050 ng/dL: Decrease daily dose
from 60 mg to 30 mg, or discontinue therapy if at the lowest daily dose of
30 mg

**3)** FDA Dosage, AndroGel(R) 1%

**a)** Initial dosage: 50 mg topically once daily (4 pump actuations, or 5 g of
gel) preferably in the morning to clean, dry, intact skin on shoulders and
upper arms and/or abdomen [5]

**b)** Dose titration: May increase once-daily dose to 75 mg (6 pump
actuations, or 7.5 g of gel) and further to 100 mg (8 pump actuations, or 10
g of gel) if testosterone concentration below normal physiologic level [5]

**c)** Discontinue use if serum testosterone concentrations consistently exceed
the normal range at a daily dose of 50 mg [5]

**4)** FDA Dosage, AndroGel(R) 1.62%

**a)** Initial dosage: 40.5 mg (2 pump actuations or 2.5 g of gel) applied
topically once daily in the morning to clean, dry, intact skin of the shoulders
and upper arms; measure predose morning serum testosterone
concentration at approximately 14 and 28 days [15]

**b)** Dosage titration: Decrease or increase dose to minimum of 20.25 mg/day
(1 pump actuation or 1.25 g of gel) up to 81 mg/day (4 pump actuations, or
5 g of gel), based on predose morning serum testosterone concentration
drawn daily 14 and 28 days after starting treatment or following
dose adjustment, according to the following recommendation [15]:

| Pre-Dose Morning Total Serum Testosterone Concentration | Dose Titration |
|---|---|
| Greater than 750 ng/dL | Decrease daily dose by 20.25 mg (1 pump actuation or 1.25 g of gel) |
| Equal to or greater than 350 and equal to or less than 750 ng/dL | No change: continue current dose |
| Less than 350 ng/dL | Increase daily dose by 20.25 mg (1 pump actuation or 1.25 g of gel) |
| Key: ng = nanograms | |

**c)** The application site and dose of AndroGel(R) 1.62% are not
interchangeable with other topical testosterone products [15]

**5)** FDA Dosage, Fortesta(TM)

**a)** Initial dose: 40 mg (4 pump actuations) applied once daily to clean, dry,
intact skin of the front and inner thighs in the morning; measure serum
testosterone level at approximately 14 and 35 days, draw 2 hours post-
application [21]

**b)** Dose titration: decrease or increase dose to a minimum of 10 mg/day or
maximum of 70 mg/day, based on serum testosterone concentrations, drawn
2 hours after application at approximately 14 days and 35 days after
treatment initiation or following dose adjustments, according to the following
recommendation [21]:

| Total Serum Testosterone Concentrations 2 hours Post Fortesta(TM) Application | Dose Titration |
|---|---|

PLAINTIFFS003690

| Equal to or greater than 2500 ng/dL | Decrease daily dose by 20 mg (2 pump actuations) |
| Equal to or greater than 1250 and less than 2500 ng/dL | Decrease daily dose by 10 mg (1 pump actuation) |
| Equal to or greater than 500 and less than 1250 ng/dL | No change: continue current dose |
| Less than 500 ng/dL | Increase daily dose by 10 mg (1 pump actuation) |
| Key: ng = nanograms | |

**c)** The application site and dose of Fortesta(TM) are not interchangeable with other topical testosterone products [21].

**6)** FDA Dosage, Testim(R) 1% Gel

**a)** Initial dose: one 5 g tube applied once daily (preferably in morning) to clean, dry, intact skin on the shoulder and/or upper arms; measure morning testosterone level 2 weeks after initiation [24].

**b)** Dose titration: increase dose to 10 g/day (2 tubes) if serum testosterone concentration is below the normal physiologic range or if desired clinical response is not observed [24]

**7)** FDA Dosage, Vogelxo(TM)

**a)** Initial dose: 50 mg (1 tube or packet or 4 pump actuations) applied topically to clean, dry, intact skin of shoulders or upper arms once daily; measure morning predose testosterone level after approximately 14 days [25]

**b)** Dose titration: may increase to 100 mg (2 tubes or packets or 8 pump actuations) once daily if morning predose testosterone level remains below normal (ie, 300 to 1000 nanograms/dL) [25]

**c)** Maximum dose: 100 mg/day [25]

**8)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

## Topical application route

### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage

**a)** Dosage (1.6% gel): 50 to 100 mg applied topically once daily. Maintain testosterone levels in the normal male range (usually 320 to 1000 nanograms/dL, but dependent on assay used). Avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

AndroGel(R), 1%, Androgel(R) 1.62%, Natesto(TM), Striant(R), Testim(R), and Vogelxo(TM) topical testosterone gel products are not indicated for use in women [25][22][49][27][24][23]

## Transdermal route

### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage

**a)** Dosage (patch): 2.5 to 7.5 mg/day. Maintain testosterone levels in the normal male range (usually 320 to 1000 nanograms/dL, but dependent on assay used); avoid sustained supraphysiologic levels to reduce risk of adverse reactions (guideline dosage) [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

## Hypogonadism, Male

PLAINTIFFS003691

**1)** FDA Dosage, Androderm(R) 2 mg/day and 4 mg/day System

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [14].

**b)** Initial dose: One 4 mg/day transdermal system (not two 2 mg/day systems) applied every 24 hours at night; measure early morning serum testosterone level 2 weeks later [19]

**c)** Dose titration: Increase dose to 6 mg daily at night (one 4 mg/day plus one 2 mg/day system) or decrease dose to 2 mg daily at night (one 2 mg/day system) if early morning serum testosterone level drawn 2 weeks after starting therapy is outside the target range (400 to 930 nanograms/dL) [19].

**2)** FDA Dosage, Switching from Androderm(R) 2.5 mg/day, 5 mg/day, and 7.5 mg/day System to Androderm(R) 2 mg/day, 4 mg/day, and 6 mg/day System

At next scheduled dose, make switch according to following recommendation [19]:

patients currently on the 2.5 mg/day system may switch to the 2 mg/day system [19]

patients currently on the 5 mg/day system may switch to the 4 mg/day system [19]

patients currently on the 7.5 mg/day system may switch to the 6 mg/day system [19]

Two weeks after switching therapy, measure an early morning serum testosterone level [19]

**3)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

### Testosterone Cypionate
#### Intramuscular route
##### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage

**a)** Dosage: 100 to 200 mg IM every 2 weeks. Maintain testosterone levels in the normal male range (usually 320 to 1000 nanograms/dL, but dependent on assay used); avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

##### Primary hypogonadism, Male

**1)** FDA Dosage

**a)** Usual dosage: 50 to 400 mg IM every 2 to 4 weeks. Base dosage (initial, maintenance, and adjustments) on patient response and presence of adverse reactions [82].

**2)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

Testosterone cypionate is not interchangeable with testosterone propionate because of differences in the duration of action [82].

### Testosterone Enanthate

PLAINTIFFS003692

### Intramuscular route

#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage

**a)** Dosage: 100 to 200 mg IM every 2 weeks [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Hypogonadism, Male

**1)** FDA Dosage

**a)** Usual dosage: 50 to 400 mg IM every 2 to 4 weeks as replacement therapy; dose based on diagnosis, response to treatment, and presence of adverse effects. Doses above 400 mg per month are generally not required and injections are usually not administered more than every 2 weeks [73].

**2)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

#### Metastatic breast cancer, Female

**1)** Usual dosage (women): 200 to 400 mg IM every 2 to 4 weeks [73].

### Subcutaneous route

#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage

**a)** Dosage: 100 to 200 mg subQ every 2 weeks or 50% of the dose subQ once weekly [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Hypogonadism, Male

**1)** FDA Dosage

**a)** Prior to initiation: Confirm the diagnosis of hypogonadism with serum testosterone concentration below the normal range when measured in the morning on at least 2 separate days [74].

**b)** Initial dosage: 75 mg subQ in the abdominal region once a week [74]

**c)** Dosage titration: Measure total testosterone trough concentration (Ctrough) 7 days after the most recent dose after 6 weeks of dosing, following 6 weeks after dose adjustment, and periodically while on treatment. If Ctrough is 650 nanograms (ng)/dL or higher, decrease the dose by 25 mg. If Ctrough is less than 350 ng/dL, increase the dose by 25 mg. If Ctrough is 350 to less than 650 ng/dL, maintain the same dose [74].

**2)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

## Testosterone Undecanoate

### Intramuscular route

#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage

**a)** Initial dosage: 1000 mg IM at 0 and 6 weeks and then every 12 weeks to maintain testosterone levels in the normal male range (usually 320 to 1000 nanograms/dL, but dependent on assay used); avoid sustained supraphysiologic levels to reduce risk of adverse reactions [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Hypogonadism, Male

**1)** FDA Dosage

PLAINTIFFS003693

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [58].

**b)** Usual dosage: 750 mg IM, and then 750 mg IM 4 weeks later, and then 750 mg IM every 10 weeks thereafter [59]

**2)** Guideline Dosage

**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

**3)** Off-label Dosage

**a)** Off-Label Dosage: 1000 mg IM, and then 1000 mg IM at week 6, and then 1000 mg IM every 12 weeks [60]

### Oral route

#### Hypogonadism, Male

**1)** Tlando(R) - FDA Dosage

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [53].

**b)** Dosage: 225 mg (2 capsules) orally twice daily in the morning and evening with food; do not adjust dosage [53].

**c)** Measure serum testosterone following 3 to 4 weeks of treatment and periodically thereafter; draw level 8 to 9 hours after the morning dose [53].

**d)** Continue treatment if serum testosterone is 300 to 1080 ng/dL, otherwise discontinue treatment [53].

**2)** Jatenzo(R) - FDA Dosage

**a)** Confirm diagnosis by measuring serum testosterone concentrations in the morning on at least 2 separate days [57].

**b)** Initial dosage: 237 mg twice daily in the morning and evening with food [57]

**c)** Adjust dose based on serum testosterone concentrations measured 6 hours after the morning dose in plain tubes, clotted at room temperature for 30 minutes prior to centrifugation. Wait seven days after starting treatment or adjusting the dose before checking the serum testosterone concentration. Thereafter, periodically monitor serum testosterone concentrations 6 hours after the morning dose. Administer the same dose in the morning and evening according to the following table [57]:

| Testosterone Concentration in Serum From Plain Tube Drawn 6 hours After Morning Dose | Current dose (mg, twice daily) | New dose (mg, twice daily) |
|---|---|---|
| | 158 | 198 |
| | 198 | 237 |
| Less than 425 nanograms/dL | 237 | 316 (two 158 mg capsules) |
| | 316 (two 158 mg capsules) | 396 (two 198 mg capsules) |
| 425 to 970 nanograms/dL | No dose change | |
| | 396 (two 198 mg capsules) | 316 (two 158 mg capsules) |
| More than 970 nanograms/dL | 316 (two 158 mg capsules) | 237 |
| | 237 | 198 |
| | 198 | 158 |
| | 158 | Discontinue therapy |

PLAINTIFFS003694

**d)** Maximum dosage: 396 mg (two 198 mg capsules) twice daily [57]
**3)** Guideline Dosage
**a)** Dosage titration: Adjust dosage to achieve a total testosterone level of 450 to 600 nanograms/dL; consider discontinuation of therapy 3 to 6 months after initiation if target testosterone level is obtained, but signs or symptoms do not improve [26]

## Dosage in Renal Failure

**A)** Testosterone Enanthate
**1)** No specific recommendations are available [76]

## Dosage in Hepatic Insufficiency

**A)** Testosterone Enanthate
**1)** No specific recommendations are available [76]

## Dosage in Other Disease States

**A)** Testosterone Enanthate
**1)** In patients who develop edema with or without congestive heart failure, discontinue testosterone enanthate and restart at a lower dose [73].

## Pediatric Dosage

## Normal Dosage

### Important Note
#### Testosterone

Topical testosterone products are not interchangeable as they have different strengths, doses, and application instructions that may result in different systemic exposure [1][2][3][4][5].

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone Cypionate

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone Enanthate

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

#### Testosterone Undecanoate

Testosterone undecanoate oral capsules are available in different oral formulations that are not interchangeable [53].

Beers Criteria: Use caution or avoid use as potentially inappropriate in older adults [6].

### Testosterone

#### Buccal mucosa route

**a)** The safety and effectiveness of Striant(R) testosterone buccal system have not been established in males younger than 18 years [23].

PLAINTIFFS003695

#### Nasal route

**a)** The safety and efficacy of Natesto(TM) testosterone gel have not been established in patients younger than 18 years [22].

### Topical application route

#### Female-to-male transsexual - Gender dysphoria

**1)** Off-label Dosage, Adolescent

**a)** Dosage (gel): 50 mg applied topically once daily [8]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

The safety and efficacy of AndroGel(R) 1%, AndroGel(R) 1.62%, Axiron(R), Fortesta(TM), Testim(R) 1%, and Vogelxo(TM) have not been established in males younger than 18 years [20][25][27][24][49][21]. Acceleration of bone age and premature closure of epiphyses may occur with improper use [21].

### Transdermal route

**a)** Safety and efficacy of testosterone transdermal system have not been established in males younger than 18 years. Acceleration of bone age and premature closure of epiphyses may occur with improper use [19].

## Testosterone Cypionate

### Intramuscular route

#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage, Adolescents

**a)** Induction of male puberty: 25 mg/m(2) IM every 2 weeks; increase dose by 25 mg/m(2) every 6 months up to 100 mg/m(2) every 2 weeks. Alternatively may administer half of the dose once weekly or double the dose every 4 weeks [7]

**b)** Postpubertal transgender male: 75 mg IM every 2 weeks for 6 months then increase to 125 mg every 2 weeks; dose can be increased more rapidly than every 6 months [7]

**c)** Maintenance: Adjust dosage to mimic physiological testosterone levels [7]

See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

#### Primary hypogonadism, Male

**1)** Usual dosage (12 years or older): 50 to 400 mg IM every 2 to 4 weeks as replacement therapy. Base dosage (initial, maintenance, and adjustments) on patient response, presence of adverse reactions, age, and skeletal age. Some regimens include low initial doses and gradual increases with progressing puberty and may or may not include decreased maintenance doses. Other regimens include higher initial doses for the induction of puberty followed by lower maintenance doses [82].

Testosterone cypionate is not interchangeable with testosterone propionate because of differences in the duration of action [82].

## Testosterone Enanthate

### Intramuscular route

#### Delayed puberty, Male

**1)** Usual dosage (adolescent males): 50 to 200 mg IM every 2 to 4 weeks for a limited duration, such as 4 to 6 months. Some dosage regimens include low initial doses and gradual increases with progressing puberty and may or may not include decreased maintenance doses. Other regimens include higher initial doses for the induction of puberty followed by lower maintenance doses. Although various dosing regimens may be used, the patient's chronological and skeletal age should be considered when determining initial and maintenance doses in addition to patient response and adverse effects [73].

#### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage, Adolescents

PLAINTIFFS003696

**a)** Induction of male puberty: 25 mg/m(2) IM every 2 weeks; increase dose by 25 mg/m(2) every 6 months up to 100 mg/m(2) every 2 weeks. Alternatively may administer half of the dose once weekly or double the dose every 4 weeks [7]

**b)** Postpubertal transgender male: 75 mg IM every 2 weeks for 6 months then increase to 125 mg every 2 weeks; dose can be increased more rapidly than every 6 months [7]

**c)** Maintenance: Adjust dosage to mimic physiological testosterone levels [7]
See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

### Hypogonadism, Male

**1)** Usual dosage (adolescent males): 50 to 400 mg IM every 2 to 4 weeks as replacement therapy. Although various dosing regimens may be used to induce pubertal changes in hypogonadal males, the patient's chronological and skeletal age should be considered when determining initial and maintenance doses. Doses above 400 mg per month are generally not required and injections are usually not administered more than every 2 weeks [73].

## Subcutaneous route

### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage, Adolescents

**a)** Induction of male puberty: 25 mg/m(2) subQ every 2 weeks; increase dose by 25 mg/m(2) every 6 months up to 100 mg/m(2) every 2 weeks. Alternatively may administer half of the dose once weekly or double the dose every 4 weeks [7]

**b)** Postpubertal transgender male: 75 mg subQ every 2 weeks for 6 months then increase to 125 mg every 2 weeks; dose can be increased more rapidly than every 6 months [7]

**c)** Maintenance: Adjust dosage to mimic physiological testosterone levels [7]
See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

# Testosterone Undecanoate

## Intramuscular route

### Female-to-male transsexual - Gender dysphoria

**1)** Guideline Dosage, Adolescents

**a)** Induction of male puberty: 25 mg/m(2) IM every 2 weeks; increase dose by 25 mg/m(2) every 6 months up to 100 mg/m(2) every 2 weeks. Alternatively may administer half of the dose once weekly or double the dose every 4 weeks [7]

**b)** Postpubertal transgender male: 75 mg IM every 2 weeks for 6 months then increase to 125 mg every 2 weeks; dose can be increased more rapidly than every 6 months [7]

**c)** Maintenance: Adjust dosage to mimic physiological testosterone levels [7]
See Drug Consult reference: Gender Dysphoria/Gender Incongruence - Gender-Affirming Hormone Therapy Guidelines

General Dosage Information

**1)** The safety and effectiveness of testosterone undecanoate have not been established in pediatric patients younger than 18 years [59].

## Oral route

**a)** General Dosage Information

**1)** The safety and effectiveness of testosterone undecanoate have not been established in pediatric patients younger than 18 years. Improper use may result in acceleration of bone age and premature closure of epiphyses [53][57].

PLAINTIFFS003697

## Administration

**A)** Testosterone
**1)** Preparation
**a)** General Information
  **1)** NIOSH Group 3 Non-antineoplastics With Reproductive Risks [50]

  **2)** NIOSH: This drug presents a potential occupational hazard to men and women actively trying to conceive and women who are pregnant or may become pregnant, and are breast feeding, due to presence of the drug in breast milk [50].

  **3)** NIOSH: In the compounding and administration of a hazardous topical drug, use double gloves and a protective gown. Prepare in a biological safety cabinet or a compounding aseptic containment isolator, and use eye/face and respiratory protection if not prepared in a control device. During administration, if there is a potential that the substance could splash or if the patient may resist, use eye/face protection, and if there is inhalation potential use respiratory protection [50].

**b)** Buccal mucosa route
**1)** Administration
  **a)** The rounded side of the buccal system surface should be placed against the gum and held firmly in place with a finger over the lip for 30 seconds to ensure adhesion [23].

  **b)** If the buccal system falls off during the first 8 hours after application, replace with a new system that should be retained until a total of 12 hours have elapsed from placement of the first system; then continue usual dosing schedule. If the buccal system falls off 8 or more hours after application, apply a new buccal system that may be retained for 12 hours; then continue usual dosing schedule [23].

  **c)** The buccal system should not be chewed or swallowed. Remove system prior to oral care and apply a new system after [23].

**c)** Nasal route
**1)** Preparation
  **a)** Prime the pump prior to the first use by depressing the pump 10 times, discarding initial drug delivered. Wash off the gel with warm water then wipe tip with clean, dry tissue. If the product comes into contact with hands, wash hands with soap and water [22].

**2)** Administration
  **a)** Completely depress the pump 1 time in each nostril; do not apply to any other part of the body. To administer, blow nose, uncap pump, and place the finger on the actuator. Then insert pump until the finger reaches the bottom of the nose. Apply gel to lateral nasal wall and remove pump once fully depressed, wiping the tip along the inside of the lateral nostril. Press on the nostrils just below the bridge of the nose and lightly massage the applied product. Do not blow nose or sniff for 1 hour [22].

**d)** Topical application route
**1)** Axiron(R)
  **a)** If using antiperspirant or deodorant stick, roll-on, or spray, apply these 2 minutes prior to the application of testosterone topical solution as part of a normal, consistent, daily routine [20].

  **b)** When using for the first time, prime the pump by depressing the pump-actuated or by twisting the dose dial 3 times; discard product dispensed directly into a basin, sink, or toilet and then wash the liquid away thoroughly [20].

  **c)** Pump actuated: After priming, depress the pump completely only 1 time each time (1 pump actuation equals 30 mg) [20].

  **d)** Pump actuated: Apply using the applicator provided. Position the nozzle over the applicator cup and depress the pump fully once. Do not fill the cup with more than 30 mg (1 pump actuation) [20].

  **e)** Twist actuated: After priming, completely twist (180 degree turn) the dose dial 1 time (1 twist actuation equals 30 mg). The applicator should be filled with no more than 30 mg (1 twist

PLAINTIFFS003698

actuation). Dosing that requires greater than 1 twist actuation must be applied in increments of 30 mg [20]

**f)** Keep the applicator upright. Place it up into the axilla and wipe steadily down and up into the axilla. If the solution drips or runs, wipe it back up with the applicator cup. Do not rub the solution into the skin with fingers or hand [20].

**g)** Apply each morning to clean, dry, intact skin of the axilla. Do not apply to any other parts of the body. Allow each application site to dry completely prior to the next application (for higher doses) or dressing [20].

**h)** 30 mg, 1 pump or twist actuation: Apply once to 1 axilla only (left or right) [20].

**i)** 60 mg, 2 pump or twist actuations: Apply 1 actuation to the left axilla and 1 actuation to the right axilla [20].

**j)** 90 mg, 3 pump or twist actuations: Apply 1 actuation to the left axilla and 1 actuation to the right axilla. Wait for the product to dry and then apply once again 1 actuation to the left or right axilla [20].

**k)** 120 mg, 4 pump or twist actuations: Apply 1 actuation to the left axilla and 1 actuation to the right axilla. Wait for the product to dry and then apply once again 1 actuation to the left axilla and 1 actuation to the right axilla [20].

**l)** After use, rinse the applicator under room temperature, running water, and then pat dry with a tissue. Place the applicator and cap on the bottle for storage [20].

**m)** Wash hands thoroughly with soap and water after applying testosterone topical solution [20].

**n)** Cover the application site with clothing or dressing after the solution has dried. If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [20].

**o)** Wait at minimum 2 hours prior to washing the application site or swimming [20].

**p)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [20].

**2)** AndroGel(R)
**a)** Prime the AndroGel(R) pump by depressing the actuator 3 times while canister is in upright position. Safely discard the gel dispensed from the first 3 actuations. Priming is only necessary before the first dose [27][49].

**b)** Apply to clean, dry, intact skin of shoulder or upper arm that will be covered by clothing. For the 40.5 mg (2.5-g packets), squeeze a portion of the gel from the packet into the palm of hand and apply to application sites (as this size packet needs to be split between the left and right shoulder) and repeat until entire contents have been applied. The gel may be delivered from the actuator to the palm of one hand, then applied to the intended site, or may be applied directly from the pump to the intended application site [24][27][49].

**c)** Apply AndroGel(R) 1.62%, to the shoulder or upper arm (area of application should be limited to the area that will be covered by the patient's short sleeve t-shirt); do not apply to any other part of the body, including abdomen or genitals. Wait a minimum of 2 hours prior to washing the application site or swimming [49].

**d)** AndroGel(R) 1%, apply to the shoulder and upper arm and/or abdomen (area of application should be limited to the area that will be covered by the patient's short sleeve t-shirt); do not apply to genitals. Avoid swimming or showering for at least 5 hours after application [51].

**e)** Patients should wash hands thoroughly with soap and water immediately after applying testosterone topical gel [27][49].

**f)** Cover the application site with clothing or dressing after the gel has dried. If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [27][49].

**g)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [27][49].

**h)** Children and women should avoid contact with unwashed or unclothed application site [27][49].

**i)** Product contains alcohol and is flammable. Avoid fire, flames, or smoking until the gel has dried [27][49].

PLAINTIFFS003699

**j)** Application recommendations for AndroGel(R) 1.62% for pump or packets are in the table below [15]:

| AndroGel(R) 1.62% | | | | | | |
|---|---|---|---|---|---|---|
| Total Dose of Testosterone | Total Pump Actuations | Pump Actuations per Upper Arm and Shoulder | | Total Packets * | Gel Applications per Upper Arm and Shoulder * | |
| | | Upper Arm and Shoulder #1 | Upper Arm and Shoulder #2 | | Upper Arm and Shoulder #1 | Upper Arm and Shoulder #2 |
| 20.25 mg | 1 | 1 | 0 | One 1.25-g packet | One 1.25-g packet | 0 |
| 40.5 mg | 2 | 1 | 1 | One 2.5-g packet | Half the contents of one 2.5-g packet | Half the contents of one 2.5-g packet |
| 60.75 mg | 3 | 2 | 1 | One 1.25-g AND one 2.5-g packet | One 2.5-g packet | One 1.25-g packet |
| 81 mg | 4 | 2 | 2 | Two 2.5-g packets | One 2.5-g packet | One 2.5-g packet |
| * Weight given as gel content of packet. | | | | | | |

**k)** Application recommendations for AndroGel(R) 1% 75-g pump are in the table below [5]:

| Dosing Guidelines for the AndroGel(R) 1% 75-g Multi-Dose Pump | |
|---|---|
| Prescribed Testosterone Dose | Number of Pump Actuations |
| 50 mg daily | 4 pumps once daily |
| 75 mg daily | 6 pumps once daily |
| 100 mg daily | 8 pumps once daily |

**3)** Fortesta(TM)

**a)** Prime the pump by depressing the actuator 8 times while canister is in upright position; safely discard the gel dispensed from the first 8 actuations; only necessary to prime pump before the first dose [21].

**b)** Apply to clean, dry, intact skin of the front and inner thighs; do not apply to genitals or other parts of the body; use one finger to apply gel [21].

**c)** After the application site is dry, site should be covered with clothing (with sufficient length to cover application site); wash hands thoroughly with soap and water after applying gel [21].

**d)** Children and women should avoid contact with unwashed or unclothed application site [21].

**e)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [21].

**f)** If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [21].

**g)** Application recommendations for Fortesta(TM) are in the table below [21]:

| Total Dose of Testosterone | Total Pump Actuations | Pump Actuations per Thigh | |
|---|---|---|---|
| | | Thigh #1 | Thigh #2 |
| 10 mg | 1 | 1 | 0 |
| 20 mg | 2 | 1 | 1 |

PLAINTIFFS003700

| 30 mg | 3 | 2 | 1 |
| 40 mg | 4 | 2 | 2 |
| 50 mg | 5 | 3 | 2 |
| 60 mg | 6 | 3 | 3 |
| 70 mg | 7 | 4 | 3 |

**4)** Testim(R)

**a)** Apply to clean, dry, intact skin of shoulder or upper arm; do not apply to genitals or abdomen. Wash hands thoroughly with soap and water immediately after applying [24].

**b)** Do not wash application site for at least 2 hours after application. Cover the application site with clothing after the gel has dried. If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [24].

**c)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [24].

**d)** Children and women should avoid contact with unwashed or unclothed application site [24].

**e)** Product contains alcohol and is flammable. Avoid fire, flames, or smoking until the gel has dried [24].

**5)** Vogelxo(TM)

**a)** With multidose bottle, prime the pump 3 times before first use (discard any product released). Depress pump 4 times or empty entire contents of 1 unit-dose tube or packet into palm of the hand and immediately apply to clean, dry, intact skin of shoulder and upper arm. When the daily dosage is 100 mg, repeat on the opposite shoulder [25].

**b)** Do not apply to abdomen or genitals. Wash hands thoroughly with soap and water immediately after applying [25].

**c)** Do not wash site for at least 2 hours after application. Cover the application site with clothing after the gel has dried. If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [25].

**d)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [25].

**e)** Children and women should avoid contact with unwashed or unclothed application site [25].

**f)** Product contains alcohol and is flammable. Avoid fire, flames, or smoking until the gel has dried [25].

**e)** Transdermal route

**1)** Administration

**a)** Immediately after opening the pouch, apply the adhesive side of the Androderm(R) system to the back, abdomen, upper arm, or thigh in a clean, dry area of the skin. Press system firmly in place, ensuring good contact with the skin, especially around the edges. Avoid application to oily, damaged, or irritated skin. Do not apply to the scrotum, and avoid bony prominences or areas of prolonged pressure during sitting or sleeping [19].

**b)** Avoid swimming, showering, or washing the administration site for at least 3 hours after application [19].

**c)** Rotate application sites, with at least 7 days between applications to the same site [19].

**B)** Testosterone Cypionate

**1)** Preparation

**a)** General Information

**1)** NIOSH Group 3 Non-antineoplastics With Reproductive Risks [50]

**2)** NIOSH: This drug presents a potential occupational hazard to men and women actively trying to conceive and women who are pregnant or may become pregnant, and are breast feeding, due

PLAINTIFFS003701

to presence of the drug in breast milk [50].

**3)** NIOSH: In the preparation and administration of injections, use double gloves and a protective gown. Prepare in a biological safety cabinet or a compounding aseptic containment isolator; eye/face and respiratory protection may be needed. Prepare compounds in a closed system drug transfer device. During administration, if there is a potential that the substance could splash or if the patient may resist, use eye/face protection. Administer certain dosage forms via a closed system drug transfer device [50].

**b)** Intramuscular route
**1)** Administration
**a)** Administer IM injection slowly and deeply into the gluteal muscle; it is not for IV injection [83].

**b)** If crystals formed because product was stored at lower than recommended temperatures, they can be dissolved by warming or shaking the vial [83].

**C)** Testosterone Enanthate
**1)** Preparation
**a)** General Information
**1)** NIOSH Group 3 Non-antineoplastics With Reproductive Risks [50]

**2)** NIOSH: This drug presents a potential occupational hazard to men and women actively trying to conceive and women who are pregnant or may become pregnant, and are breast feeding, due to presence of the drug in breast milk [50].

**3)** NIOSH: In the preparation and administration of injections, use double gloves and a protective gown. Prepare in a biological safety cabinet or a compounding aseptic containment isolator; eye/face and respiratory protection may be needed. Prepare compounds in a closed system drug transfer device. During administration, if there is a potential that the substance could splash or if the patient may resist, use eye/face protection. Administer certain dosage forms via a closed system drug transfer device [50].

**b)** Intramuscular route
**1)** Administration
**a)** Administer IM injection slowly and deeply into the gluteal muscle, avoiding intravascular injection. Crystals formed during storage at lower than recommended temperatures can be dissolved by warming or shaking the vial. A wet syringe or wet needle may turn the solution cloudy but does not affect product potency [73].

**c)** Subcutaneous route
**1)** Administration
**a)** Xyosted(TM) is for subQ injection in the abdominal region only. Avoid IM or intravascular injection. Do not use if the liquid in the syringe is cloudy or if visible particles are present; an air bubble is normal. Do not use if the seal is broken [74].

**D)** Testosterone Undecanoate
**1)** Preparation
**a)** General Information
**1)** NIOSH Group 3 Non-antineoplastics With Reproductive Risks [50]

**2)** NIOSH: This drug presents a potential occupational hazard to men and women actively trying to conceive and women who are pregnant or may become pregnant, and are breast feeding, due to presence of the drug in breast milk [50].

**3)** NIOSH: In the preparation and administration of injections, use double gloves and a protective gown. Prepare in a biological safety cabinet or a compounding aseptic containment isolator; eye/face and respiratory protection may be needed. Prepare compounds in a closed system drug transfer device. During administration, if there is a potential that the substance could splash or if the patient may resist, use eye/face protection. Administer certain dosage forms via a closed system drug transfer device [50].

**b)** Intramuscular route
**1)** Preparation
**a)** Carefully remove gray plastic cap from vial; leave the aluminum metal ring and crimp seal

PLAINTIFFS003702

around the gray rubber stopper [63].

**b)** Using an 18-gauge needle at a 45-degree angle with the bevel oriented upward, inject 3 mL of air through the gray rubber stopper to create positive pressure in the vial, and then withdraw 3 mL (750 mg) of solution [64].

**c)** Expel any air bubbles from the syringe and change the syringe needle to a new IM needle [63].

**d)** .

**2)** Administration
**a)** For IM use only [63]

**b)** Slowly (over 60 to 90 seconds) inject IM deep into the gluteal muscle; care must be taken to avoid intravascular administration as this may lead to pulmonary oil microembolism; also avoid the superior gluteal arteries and sciatic nerve [63].

**c)** Discard any unused portion [63].

**d)** Alternate injection sites between left and right buttock between consecutive injections [63].

**c)** Oral route
**1)** Administration
**a)** Give with food [53][57].

**E)** Testosterone
**1)** Buccal mucosa route
**a)** Patch, Extended Release
**1)** Store at 20 to 25 degrees C (68 to 77 degrees F). Protect from heat and moisture [108].

**2)** Intramuscular route
**a)** Solution
**1)** Store at room temperature. Warming and rotating the vial between hands will redissolve any crystals that may have formed when stored at lower temperatures [88].

**3)** Nasal route
**a)** Gel/Jelly
**1)** Store at a controlled room temperature between 20 and 25 degree C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 and 86 degrees F) [22].

**4)** Oral route
**a)** Capsule
**1)** Refrigerate between 2 and 8 degrees C before dispensing. Do not refrigerate after dispensing. The shelf life is 3 years before opening when stored between 2 and 8 degrees C and 90 days at room temperature after the container has been opened [208].

**5)** Topical application route
**a)** Gel/Jelly/Solution
**1)** Store at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 and 86 degrees F) [28][25]. Do not freeze [21].
**2)** Store upright at a controlled room temperature of 25 degrees C (77 degrees F); excursions permitted between 15 and 30 degrees C (59 to 86 degrees F) [209][183].

**6)** Transdermal route
**a)** Patch, Extended Release
**1)** Store at 25 degrees C (77 degrees F); excursions permitted between 15 and 30 degrees C (59 and 86 degrees F) [182].

**F)** Testosterone Cypionate
**1)** Injection route
**a)** Solution

PLAINTIFFS003703

**1)** Store at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F); protect from light [83].

**G)** Testosterone Enanthate

**1)** Intramuscular route

**a)** Solution

**1)** Store at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F). If crystals form, warm and rotate vial between palms of hands to dissolve [73].

**2)** Subcutaneous route

**a)** Solution

**1)** Store in original carton at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 to 86 degrees F). Protect from light; do not refrigerate or freeze [74].

**H)** Testosterone Undecanoate

**1)** Intramuscular route

**a)** Solution

**1)** Store in original carton at a controlled room temperature of 25 degrees C (77 degrees F) , with excursions permitted between 15 and 30 degrees C (59 and 86 degrees F). Discard any unused portion [59].

**2)** Oral route

**a)** Capsule

**1)** Store at a temperature between 20 and 25 degrees C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 and 86 degrees F). Store in a dry place and protect from moisture [57].

**b)** Capsule, Liquid Filled

**1)** Store at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 and 86 degrees F) [53].

## Comparative Efficacy

### Acetylcarnitine

#### Aging, Male

**a)** Carnitines and testosterone both improved sexual dysfunction, depressed mood, and fatigue associated with male aging. However, testosterone treatment caused prostate enlargement, which carnitine treatment did not. In a randomized, placebo- controlled trial, men over age 60 with symptoms of decreased libido and erectile quality, depressed mood and intellectual concentration ability, irritability, fatigue, and serum testosterone lower than 6 picograms/milliliter were randomized to receive testosterone undecanoate 160 milligrams/day (mg/d) (n=40), propionyl-L-carnitine 2 grams/day (g/d) plus acetyl-L-carnitine 2 g/d (n=45), or placebo (n=45) for 6 months. At 6 months, peak systolic velocity, resistive index of the right cavernosal artery, and nocturnal penile tumescence were increased in both the testosterone group and the carnitines group and unchanged in the placebo group. Erectile function, sexual desire, and sexual satisfaction increased at 3 or 6 months or both in both active treatment groups. Carnitine scores were significantly better than testosterone scores with respect to erectile function at 3 months (p less than 0.05) and 6 month (p less than 0.01), orgasm at 6 months (p less than 0.01), and sexual well-being at 6 months (p less than 0.01). Other physiological scores were not different for the 2 groups. Both active treatments lowered the Hamilton Depression and Melancholia Scale scores, but carnitines more so (p less than 0.01, carnitines vs testosterone). Carnitines and testosterone equally decreased fatigue scale scores. Prostate volume increased with testosterone treatment from 15 cubic centimeters at baseline to 25 cubic centimeters at 6 months. Prostate volume was unchanged by carnitine or placebo treatment. In the testosterone group, prostate volume had decreased (to 18 cubic centimeters) by 6 months after termination of therapy but

PLAINTIFFS003704

remained elevated above baseline. All other parameters reverted to baseline levels by 6 months after termination of therapy [214].

## Chlorotrianisene

### Engorgement of breasts

**a)** SUMMARY: Chlorotrianisene is less effective than the combination of testosterone enanthate plus estradiol valerate in the treatment of postpartum breast engorgement.
**b)** In a double-blind study of lactation suppression in clinic patients, testosterone enanthate with estradiol valerate (Deladumone OB) 2 milliliters IM immediately prior to delivery was compared to chlorotrianisene 72 mg orally every 12 hours for 4 doses. At day 4, Deladumone OB(R) patients experienced significantly less breast tenderness and lactation than did patients receiving chlorotrianisene. Both drugs were significantly more effective than placebo [212].
**c)** In a study of 484 puerperal patients who did not wish to breast feed, testosterone enanthate with estradiol valerate was more effective than chlorotrianisene for inhibition of lactation and relief of breast engorgement and discomfort [213].

## Chorionic Gonadotropin

### Male hypogonadotropic hypogonadism

**a)** Weekly 5000 unit chorionic gonadotropin injections (n=16) were compared with monthly 250 milligram long-acting testosterone injections (n=22) in male hypogonadotropic hypogonadism patients [216]. Both treatments produced comparable virilizing effects measured as progression through Tanner stages. Chorionic gonadotropin, however, produced increases in testicular volume to near-normal, which did not occur with testosterone. This additional benefit of chorionic gonadotropin may enhance later induction of fertility when such treatment is undertaken.

## Cyproterone

### Contraception, Male

**a)** In a small study all men who received testosterone and cyproterone became azoospermic compared to 3 of 5 men receiving testosterone only. Fifteen men were randomized to receive cyproterone 50 mg orally twice daily plus testosterone enanthate 100 mg intramuscularly (IM) weekly; cyproterone 25 mg orally twice daily plus testosterone 100 mg IM weekly; or testosterone 100 mg IM weekly alone for 16 weeks. Patients in the cyproterone 100 mg, cyproterone 50 mg, and testosterone only groups achieved azoospermia at mean times of 6.8, 8.4, and 14 weeks, respectively. After treatment baseline sperm counts were achieved in all men. Lipoprotein profiles nor liver function tests were detected in any patient. No significant differences in sexual behavior were reported among the three groups [215].

## Estrogen

### Disorder of bone development

**a)** In a case report concerning a 31-year old hypogonadal male with aromatase deficiency, 50 micrograms of estradiol, given transdermally twice weekly for 9 months, was able to affect epiphyseal closure and improvement in bone pain. Prior treatment with testosterone enanthate, 250 milligrams intramuscularly every ten days for six months had not achieved these results. The baseline bone age of 14.8 years did not change with testosterone enanthate, but increased to more than 16 years after 9 months of estradiol therapy. Further research is required to confirm these results [211].

## Fluoxymesterone

### Anemia

PLAINTIFFS003705

**a)** A randomized clinical trial was conducted to compare the erythropoietic effects of several androgens in 143 patients (103 males, 40 females) with anemia who were receiving maintenance hemodialysis [210]. The patients received either testosterone enanthate 4 milligrams/kilogram intramuscularly weekly (the female patients did not receive testosterone), fluoxymesterone 0.4 mg/kg orally daily, oxymetholone 1 mg/kg orally daily, or nandrolone decanoate 3 mg/kg intramuscularly weekly. Control periods of at least 2 months were followed by treatment periods consisting of one of the androgens for 6 months followed by another control period; three courses utilizing a different drug each time were administered. Seventy-seven, 56, and 35 patients completed the first, second, and third treatment periods, respectively. The 2 agents administered by injection, which included testosterone, were judged superior to the orally administered agents in terms of patient response and mean rise in hematocrit. Approximately 50% of the patients had an increase of at least 5 percentage points in hematocrit following the administration of either injectable androgen.

## Nandrolone

### Anemia

**a)** A randomized clinical trial compared the erythropoietic effects of several androgens in 143 patients (103 males, 40 females) with anemia who were receiving maintenance hemodialysis. The patients received either testosterone enanthate 4 milligrams/kilogram of body weight intramuscularly weekly (the female patients did not receive testosterone), fluoxymesterone 0.4 mg/kg of body weight orally daily, oxymetholone 1 mg/kg of body weight orally daily, or nandrolone decanoate 3 mg/kg of body weight intramuscularly weekly. Control periods of at least 2 months were followed by treatment periods consisting of one of the androgens for 6 months followed by another control period; three courses utilizing a different drug each time were administered. Seventy-seven, 56, and 35 patients completed the first, second, and third treatment periods, respectively. The 2 agents administered by injection, which included testosterone, were judged superior to the orally administered agents in terms of patient response and mean rise in hematocrit. Approximately 50% of the patients had a 5% increase in hematocrit following the administration of either injectable androgen [217].

## Oxymetholone

### Anemia secondary to renal failure

**a)** A randomized clinical trial compared the erythropoietic effects of several androgens in 143 patients (103 males, 40 females) with anemia who were receiving maintenance hemodialysis. The patients received either testosterone enanthate 4 milligrams/kilogram intramuscularly weekly (the female patients did not receive testosterone), fluoxymesterone 0.4 milligram/kilogram orally daily, oxymetholone 1 milligram/kilogram orally daily, or nandrolone decanoate 3 milligrams/kilogram intramuscularly weekly. Control periods of at least 2 months were followed by treatment periods consisting of one of the androgens for 6 months followed by another control period; three courses utilizing a different drug each time were administered. Seventy-seven, 56, and 35 patients completed the first, second, and third treatment periods, respectively. The 2 agents administered by injection, which included testosterone, were judged superior to the orally administered agents in terms of patient response and mean rise in hematocrit. Approximately 50% of the patients had an increase of at least 5 percentage points in hematocrit following the administration of either injectable androgen [218].

## Propionyl-L-Carnitine

### Aging, Male

**a)** Carnitines and testosterone both improved sexual dysfunction, depressed mood, and fatigue associated with male aging. However, testosterone treatment caused prostate enlargement, which carnitine treatment did not. In a randomized, placebo- controlled trial, men over age 60 with symptoms of decreased libido and erectile quality, depressed mood and intellectual concentration ability, irritability, fatigue, and serum testosterone lower than 6 picograms/milliliter were randomized to receive testosterone undecanoate

PLAINTIFFS003706

160 milligrams/day (mg/d) (n=40), propionyl-L-carnitine 2 grams/day (g/d) plus acetyl-L-carnitine 2 g/d (n=45), or placebo (n=45) for 6 months. At 6 months, peak systolic velocity, resistive index of the right cavernosal artery, and nocturnal penile tumescence were increased in both the testosterone group and the carnitines group and unchanged in the placebo group. Erectile function, sexual desire, and sexual satisfaction increased at 3 or 6 months or both in both active treatment groups. Carnitine scores were significantly better than testosterone scores with respect to erectile function at 3 months (p less than 0.05) and 6 month (p less than 0.01), orgasm at 6 months (p less than 0.01), and sexual well-being at 6 months (p less than 0.01). Other physiological scores were not different for the 2 groups. Both active treatments lowered the Hamilton Depression and Melancholia Scale scores, but carnitines more so (p less than 0.01, carnitines vs testosterone). Carnitines and testosterone equally decreased fatigue scale scores. Prostate volume increased with testosterone treatment from 15 cubic centimeters at baseline to 25 cubic centimeters at 6 months. Prostate volume was unchanged by carnitine or placebo treatment. In the testosterone group, prostate volume had decreased (to 18 cubic centimeters) by 6 months after termination of therapy but remained elevated above baseline. All other parameters reverted to baseline levels by 6 months after termination of therapy [214].

### Stanozolol

**1)** Efficacy

**a)** Oral stanozolol 6 mg/day produced more undesirable lipoprotein effects than intramuscular testosterone 200 mg once weekly in male weight lifters in a 6-week, crossover study [219]. Stanozolol reduced HDL-cholesterol and the HDL-2 subfraction by 33% and 71%, respectively; however, the HDL-cholesterol concentration was decreased by only 9% with testosterone, with the decrease being in the HDL-3 subfraction. Apolipoprotein A-1 levels were reduced by 8% and 40% with testosterone and stanozolol, respectively. LDL-cholesterol concentrations decreased 16% with testosterone, but increased by 29% with stanozolol. An increase in the postheparin hepatic triglyceride lipase activity of 123% was observed with stanozolol, however, increases with testosterone (25%) were not significant. Intramuscular testosterone is preferable to oral stanazolol for clinical indications requiring prolonged androgen or anabolic steroids.

## Place In Therapy

**A)** Testosterone

**1)** Transdermal, Topical, Buccal, Intranasal

**a)** Testosterone preparations are indicated for primary hypogonadism (congenital or acquired) due to testicular failure due to cryptorchidism, bilateral torsion, orchitis, vanishing testis syndrome, orchidectomy, Klinefelter's syndrome, chemotherapy, or toxic damage from alcohol or heavy metals. Typically, low serum testosterone concentrations and high gonadotropin (FSH, LH) concentrations are present. Additionally, it is indicated for hypogonadotropic hypogonadism (congenital or acquired) due to idiopathic gonadotropin or luteinizing hormone releasing hormone (LHRH) deficiency or pituitary-hypothalmic injury from tumors, trauma or radiation. Typically, low serum testosterone concentrations and low to normal gonadotropin (FSH, LH) concentrations are present [22][23][85][84].

**b)** Testosterone preparations are also indicated for replacement therapy in adult males for conditions associated with a deficiency or absence of endogenous testosterone including congenital or acquired primary hypogonadism and congenital or acquired hypogonadotropic hypogonadism [22][23][28][84].

**B)** Testosterone Cypionate

Testosterone cypionate is indicated for replacement therapy in adults and pediatric patients age 12 and older for conditions associated with a deficiency or absence of endogenous testosterone, such as:

Primary hypogonadism (congenital or acquired): testicular failure from conditions such as cryptorchidism, bilateral torsions, orchitis, vanishing testis syndrome, orchiectomy [83]
Hypogonadotropic hypogonadism (congenital or acquired): idiopathic gonadotropin or luteinizing

PLAINTIFFS003707

hormone-releasing hormone (LHRH) deficiency, or pituitary-hypothalamic injury from tumors, trauma, or radiation [83]

**1)** Cautious use of androgens in the pediatric population is necessitated by the likelihood of adverse effects on bone maturation. The risk of a compromised final mature height is greater the younger the child. Assessment of bone age in the wrist and hand is recommended every 6 months [83].

**C)** Testosterone Enanthate

**1)** Delayed Puberty

**a)** Testosterone enanthate injection is indicated to stimulate puberty in select male patients with delayed puberty, for a limited duration of treatment such as 4 to 6 months. Cautious use of androgens in the pediatric population is necessitated by the likelihood of adverse effects on bone maturation. The risk of a compromised final mature height is greater in the younger child. Assessment of bone age in the wrist and hand every 6 months is recommended [73].

**2)** Male Hypogonadotropic hypogonadism

**a)** Testosterone enanthate injection is indicated in adult men for replacement therapy in congenital or acquired hypogonadotropic hypogonadism, such as gonadotropin or luteinizing hormone–releasing hormone (LHRH) deficiency, or pituitary-hypothalamic injury from tumors, trauma, or radiation [74][75]. Testosterone enanthate IM injection is also indicated in adolescent males. Concurrent treatment with appropriate adrenal cortical and thyroid hormone replacement therapy are of primary importance, however. Replacement therapy needed prior to puberty will be needed during adolescence for secondary sexual characteristic development. Replacement therapy needed following puberty will require prolonged duration of therapy to maintain sexual characteristics [73].

**3)** Male Primary Hypogonadism

**a)** Testosterone enanthate injection is indicated in adult men for replacement therapy in primary congenital or acquired hypogonadism, such as testicular failure due to cryptorchidism, bilateral torsion, orchitis, vanishing testis syndrome, or orchidectomy [74][75], Klinefelter's syndrome, chemotherapy, or toxic damage from alcohol or heavy metals[74]. Testosterone enanthate IM injection is also indicated in adolescent males. Replacement therapy needed prior to puberty will be needed during adolescence for secondary sexual characteristic development. Replacement therapy needed following puberty will require prolonged duration of therapy to maintain sexual characteristics [73].

**4)** Metastatic Mammary Cancer in Women

**a)** IM testosterone enanthate is indicated for palliation of inoperable metastatic (skeletal) mammary cancer in women who are 1 to 5 years postmenopausal, when a goal of therapy includes ablation of the ovaries. Testosterone enanthate injection has also been used in premenopausal women with breast cancer who have benefited from oophorectomy and have a hormone-responsive tumor [73].

**D)** Testosterone Undecanoate

**1)** Testosterone undecanoate IM and oral capsules are indicated for replacement therapy in conditions associated with a deficiency or absence of endogenous testosterone. These include primary hypogonadism (congenital or acquired): testicular failure from conditions such as cryptorchidism, bilateral torsions, orchitis, vanishing testis syndrome, orchiectomy, Klinefelter syndrome, chemotherapy, or toxic damage from alcohol or heavy metals (men with these conditions have low serum testosterone concentrations and gonadotropins above the normal range) and hypogonadotropic hypogonadism (congenital or acquired): idiopathic gonadotropin or luteinizing hormone-releasing hormone (LHRH) deficiency, or pituitary-hypothalamic injury from tumors, trauma, or radiation (men with these conditions have low serum testosterone concentrations and gonadotropins in the normal or low range) [53][57][59]. Testosterone undecanoate oral capsules are available in different oral formulations that are not interchangeable [53]. Testosterone undecanoate IM should only be used in patients who require testosterone replacement therapy and in whom the benefits of the product outweigh the serious risks of pulmonary oil microembolism and anaphylaxis [59]. Safety and efficacy of testosterone undecanoate have not been established in males younger than 18 years old [57][59].

**2)** A mean 24-hour serum testosterone level within normal range (300 to 1080 nanograms/dL) was achieved in 80% of patients receiving testosterone undecanoate capsules (Tlando(R)) 225 mg twice daily with food for 24 days (N=95); no dosage adjustments were permitted. Majority of those not achieving a eugonadal range had a BMI of 30 kg/m(2) or greater [61].

PLAINTIFFS003708

**3)** Mean plasma total testosterone over 24 hours was within the normal eugonadal range in 87% of patients in a 4-month study of adult hypogonadal males who received testosterone undecanoate capsules [57].

**4)** In an 84-week study of hypogonadal adult male patients with low serum testosterone, 94% of patients maintained an average testosterone concentration within the normal range following the third injection of testosterone undecanoate IM [59].

## MEDICATION SAFETY

### Contraindications

**A)** Testosterone

**1)** Breast cancer, male [25][22][23][84][28][21][85][86][87][88]

**2)** Females who are pregnant, may become pregnant, or who are breastfeeding; known teratogen; exposure of female fetus or nursing infant to testosterone residue may result in varying degrees of virilization [25][22][23][84][28][21][85][86][87][88]

**3)** Hypersensitivity to testosterone or any component of the product [86][87][88]

**4)** Prostate cancer, known or suspected [25][22][23][84][28][21][85][86][87][88]

**5)** Use in women [84][86]

**B)** Testosterone Cypionate

**1)** Breast cancer, male [82]

**2)** Cardiac, hepatic, or renal disease, serious [82]

**3)** Women who are pregnant or may become pregnant [82]

**4)** Hypersensitivity to testosterone cypionate [82]

**5)** Prostate cancer, known or suspected [82]

**C)** Testosterone Enanthate

**1)** Breast cancer in males [74][75][73]

**2)** Females who are pregnant or may become pregnant; known teratogen [74][75][73]

**3)** Hypersensitivity to testosterone enanthate or any component of the product, including sesame oil [74][75][73]

**4)** Known or suspected prostate cancer [74][75][73]

**5)** Men with hypogonadal conditions, such as age-related hypogonadism, that are not associated with structural or genetic etiologies [74].

**D)** Testosterone Undecanoate

**1)** Breast carcinoma [57][59]

**2)** Hypersensitivity to testosterone undecanoate or any component of the product (eg, refined castor oil, benzyl benzoate) [57][59]

**3)** Pregnancy, nursing, or women of childbearing potential; may cause fetal harm and serious adverse reactions in nursing infants, such as virilization [57][92]

**4)** Known or suspected prostate carcinoma [57][59]

**5)** Hypogonadal conditions, such as age-related hypogonadism, that are not associated with structural or genetic etiologies [57]

### Precautions

**A)** Testosterone

**1)** Beers Criteria: Avoid use unless indicated for symptomatic hypogonadism due to potential for cardiac toxicities. Contraindicated in men with prostate cancer [6].

PLAINTIFFS003709

**2)** Abuse: Abuse, usually at higher than prescribed doses and usually in conjunction with other anabolic androgenic steroids, has been reported and may result in serious safety risks (eg, heart attack, heart failure, stroke, depression, hostility, aggression, liver toxicity, infertility); if suspected, measure serum testosterone [89].

**3)** Cardiovascular: A possible increased risk of heart attack, stroke, or death has been reported; testosterone therapy should only be used in male patients with low testosterone levels caused by certain medical conditions and confirmed by laboratory tests [17][2][1][14][16][5][15][3][18].

**4)** Cardiovascular: Edema, with or without congestive heart failure, may occur in patients with preexisting cardiac, renal or hepatic disease [25][22][23][84][28][21][85][86][88][87]; discontinuation and diuretic therapy may be required [25][22][23].

**5)** Dermatologic: Use of magnetic resonance imaging has caused skin burns at application site due to the presence of aluminum in the patch [84].

**6)** Endocrine and metabolic: Increased risk of hypercalcemia and associated hypercalciuria in cancer patients; monitoring recommended [25][22][23][84][28][21][85][87][88]

**7)** Endocrine and metabolic: Dyslipidemia may occur; monitoring recommended [25][22][23]; dosage adjustment or discontinuation may be warranted [84][28][21][87][85].

**8)** Endocrine and metabolic: Decreased levels of thyroxine-binding globulins, resulting in decreased total T4 serum levels and increased resin uptake of T3 and T4, may occur [90].

**9)** Flammability: Alcohol-based formulations are flammable until dry [25][28][21][85][86][87].

**10)** Gastrointestinal: Gum-related adverse reactions, including severe gum irritation, have been reported and may warrant dental consultation; monitoring recommended [23].

**11)** Hematologic: Venous thromboembolic events, including DVT and pulmonary embolism, have been reported; monitoring recommended; discontinue use if suspected [17][2][1][14][16][5][15][3][18].

**12)** Hematologic: Polycythemia may occur; monitoring recommended [25][22] and dose adjustment may be warranted [25][23][84][28][21][85][86][88][87].

**13)** Hepatic: Serious hepatic adverse effects, including cholestatic jaundice, liver cancer, and peliosis hepatitis have been reported with prolonged use of high doses of orally active androgens [25][22][23][84][28][21][85][86][88][87]; discontinue use until cause is determined [25][22][23].

**14)** Musculoskeletal: Osteolysis may be stimulated by periods of immobilization and can result in hypercalcemia [88].

**15)** Neurologic: A possible increased risk of heart attack, stroke, or death has been reported; testosterone therapy should only be used in male patients with low testosterone levels caused by certain medical conditions and confirmed by laboratory tests [17][2][1][14][16][5][15][3][18].

**16)** Reproductive: Secondary exposure in children and women may result in virilization, inappropriate changes in genital size, and other serious adverse effects [25][28][21][85][86][87][91]; discontinue use until cause of virilization is determined [25].

**17)** Reproductive: Increased risk of worsening benign prostatic hyperplasia [25][22][23][84][28][21][85][86]; monitoring recommended [25][22][23][84][28][21][85]

**18)** Reproductive: Increased risk of prostate cancer with androgen use; monitoring recommended [25][22][23][84][28][21][85][86][87]

**19)** Reproductive: Gynecomastia, possibly persistent, may occur [25][22][23][84][28][21][85][86][88][87].

**20)** Reproductive: Suppression of spermatogenesis may occur with large doses [25][22][23].

**21)** Reproductive: Avoid use in men who are trying to conceive [26]

**22)** Respiratory: Nasal adverse reactions (ie, nasopharyngitis, rhinorrhea, epistaxis) have been reported and may require further evaluation or discontinuation [22].

**23)** Respiratory: Use is not recommended in patients with mucosal inflammatory disorders, sinus disease, or a history of nasal disorders, nasal or sinus surgery, nasal fracture (within last 6 months), or nasal fracture resulting in deviation of the anterior nasal septum [22].

**24)** Respiratory: Increased risk of sleep apnea in patients with obesity or chronic lung diseases [25][22][23][84][28][21][85][86][87]

**B)** Testosterone Cypionate

PLAINTIFFS003710

**1)** Beers Criteria: Avoid use unless indicated for symptomatic hypogonadism due to potential for cardiac toxicities. Contraindicated in men with prostate cancer [6].

**2)** Abuse: Abuse, usually at higher than prescribed doses and usually in conjunction with other anabolic androgenic steroids, has been reported and may result in serious safety risks (eg, heart attack, heart failure, stroke, depression, hostility, aggression, liver toxicity, infertility); if suspected, measure serum testosterone [89].

**3)** Cardiovascular: Possible increased risk of heart attack, stroke, or death has been reported; testosterone therapy should only be used in men with low testosterone levels caused by certain medical conditions and confirmed by laboratory tests [93]

**4)** Cardiovascular: Possible increased risk of major adverse cardiovascular events (eg, cardiovascular death, nonfatal myocardial infarction, and nonfatal stroke) have been reported with testosterone therapy in men [82]

**5)** Cardiovascular: Preexisting cardiac disease; edema may occur, with or without congestive heart failure [82]

**6)** Endocrine and metabolic: Gynecomastia may occur [82]

**7)** Endocrine and metabolic: Hypercalcemia may occur in immobilized patients; discontinue if occurs [82]

**8)** Hematologic: Thromboembolic events (eg, DVT and pulmonary embolism) have been reported with testosterone therapy; discontinue use if suspected [82]

**9)** Hepatic: Increased risk of hepatic adenomas, hepatocellular carcinoma, or peliosis hepatitis with prolonged use at high doses [82]

**10)** Hepatic: Preexisting hepatic disease; edema may occur, with or without congestive heart failure [82]

**11)** Neurologic: Possible increased risk of heart attack, stroke, or death has been reported; testosterone therapy should only be used in men with low testosterone levels caused by certain medical conditions and confirmed by laboratory tests [93]

**12)** Renal: Preexisting renal disease; edema may occur, with or without congestive heart failure [82]

**13)** Reproductive: Delayed puberty in healthy male children; use may accelerate bone maturation and result in compromised adult stature; monitoring recommended [82]

**14)** Reproductive: Priapism or excessive sexual stimulation may occur; interrupt use and reduce the dosage if restarting therapy [82]

**15)** Reproductive: Oligospermia may occur with prolonged or excessive use; interrupt use and reduce the dosage if restarting therapy [82]

**16)** Reproductive: Avoid use in men who are trying to conceive [26]

**17)** Reproductive: Benign prostatic hypertrophy; increased risk of acute urethral obstruction; interrupt use and reduce the dosage if restarting therapy [82]

**18)** Special populations: Athletic performance enhancement; use not recommended [82]

**19)** Special populations: Contains benzyl alcohol, which may cause "gasping syndrome" and death in pediatric patients, with an increased risk in premature and low-birth weight infants [82]

**20)** Special populations: Elderly patients may be at increased risk of developing prostatic hypertrophy or prostatic carcinoma [82]

C) Testosterone Enanthate

**1)** Beers Criteria: Avoid unless indicated for symptomatic hypogonadism due to potential for cardiac toxicities. Contraindicated in men with prostate cancer [6].

**2)** Abuse: Abuse, usually at higher than prescribed doses and usually in conjunction with other anabolic androgenic steroids, has been reported and may result in serious cardiovascular and psychiatric adverse reactions; if suspected, measure serum testosterone [74].

**3)** Cardiovascular: Possible increased risk of heart attack, stroke, or death has been reported [75] [93]; testosterone therapy should only be used in male patients with low testosterone levels caused by certain medical conditions and confirmed by laboratory tests [93]

**4)** Cardiovascular: Edema, with or without congestive heart failure, may occur, especially in patients with preexisting cardiac, hepatic, or renal disease; discontinuation may be necessary [74] and/or

PLAINTIFFS003711

lower restarting dose used [75][73]

**5)** Endocrine and metabolic: Hypercalcemia may occur in patients with breast cancer or who are immobilized; discontinue use if occurs [75][73]

**6)** Endocrine and metabolic: Hypercalcemia, and associated hypercalciuria, may occur in cancer patients at risk; monitoring recommended [74]

**7)** Endocrine and metabolic: Altered serum cholesterol concentrations may occur, and caution should be used, especially in patients with history of myocardial infarction or coronary artery disease; monitoring recommended [75][73]

**8)** Endocrine and metabolic: Changes in serum lipid profile may occur; monitoring recommended and discontinuation of therapy may required [74]

**9)** Endocrine and metabolic: Thyroxine-binding globulin concentrations may be decreased [74]

**10)** Hematologic: Venous thromboembolic events, including DVT, have been reported with testosterone therapy; discontinue use if suspected [74][75]

**11)** Hematologic: Increases in hematocrit reflective of increases in red blood cell mass may occur; monitoring recommended and discontinuation may be required [74]

**12)** Hepatic: Prolonged use of high doses has been associated with serious hepatic adverse effects (peliosis hepatitis, hepatic neoplasms, cholestatic hepatitis, and jaundice); discontinue therapy if hepatic dysfunction occurs [74]

**13)** Hepatic: Life threatening or fatal peliosis hepatitis or hepatic neoplasms (eg, hepatocellular carcinoma) may occur with prolonged use at high doses[74][75][73]

**14)** Hepatic: Cholestatic hepatitis accompanied by jaundice may occur; discontinue use [75][73]

**15)** Hepatic: Liver function test abnormalities may occur; discontinue use [75][73]

**16)** Musculoskeletal: Use cautiously in healthy males with delayed puberty, as effects on bone maturation may occur; monitoring recommended and dosage adjustment may be necessary [75][73]

**17)** Musculoskeletal: Use caution in pediatric patients, as bone maturation may be accelerated, resulting in compromised adult stature; monitoring recommended [75][73]

**18)** Neurologic: Possible increased risk of heart attack, stroke, or death has been reported; testosterone therapy should only be used in male patients with low testosterone levels caused by certain medical conditions and confirmed by laboratory tests [93]

**19)** Psychiatric: Depression and suicidal ideation and behavior, including completed suicide, have been reported; monitoring recommended [74]

**20)** Reproductive: Elderly patients; increased risk for prostatic hypertrophy or prostatic carcinoma [75][73]

**21)** Reproductive: Gynecomastia may occur and can possibly persist in those being treated for hypogonadism [74][75][73]

**22)** Reproductive: Use cautiously in female patients, as virilization may occur; monitoring recommended and discontinue use if suspected [75][73]

**23)** Reproductive: Worsening of benign prostatic hyperplasia may occur in patients with condition; monitoring recommended [74]

**24)** Reproductive: Increased risk of prostate cancer; evaluate for prostate cancer prior to and during therapy [74]

**25)** Reproductive: Spermatogenesis may be suppressed and result in adverse effects on semen parameters including sperm count [74]

**26)** Reproductive: Avoid use in men who are trying to conceive [26]

**27)** Respiratory: Venous thromboembolic events, including pulmonary embolism, have been reported; discontinue use if suspected [74][75]

**28)** Respiratory: Sleep apnea may occur, especially in patients with risk factors such as obesity or chronic lung disease [74]

**D)** Testosterone Undecanoate

**1)** Beers Criteria: Avoid use unless indicated for symptomatic hypogonadism due to potential for cardiac toxicities. Contraindicated in men with prostate cancer [6].

PLAINTIFFS003712

**2)** Abuse: Abuse, usually at higher than prescribed doses and usually in conjunction with other anabolic androgenic steroids, has been reported and may result in serious safety risks (eg, heart attack, heart failure, stroke, depression, hostility, aggression, liver toxicity, infertility); if suspected, measure serum testosterone [57][89].

**3)** Cardiovascular: A possible increased risk of heart attack, stroke, or death has been reported; testosterone therapy should only be used in male patients with low testosterone levels caused by certain medical conditions and confirmed by laboratory tests [57][63].

**4)** Cardiovascular: Edema with or without congestive heart failure may occur in patients with cardiac, hepatic, or renal disease; discontinuation may be necessary [57][92].

**5)** Endocrine and metabolic: Lipid abnormalities may occur; discontinuation may be necessary [57][92]; monitoring recommended [57].

**6)** Endocrine and metabolic: Cancer patients at risk for hypercalcemia or hypercalciuria; monitoring recommended [57][92].

**7)** Hematologic: Hematocrit and red blood cell mass increases may occur and increase risk for thromboembolism; monitoring recommended and interrupt or discontinue if necessary [57][92].

**8)** Hematologic: Venous thromboembolic events, including DVT and pulmonary embolism, have been reported; monitoring recommended; discontinue use if suspected [57][63].

**9)** Hepatic: Serious hepatic adverse effects (eg, peliosis hepatis, hepatic neoplasms, cholestatic hepatitis, jaundice) have been reported with prolonged use of high doses of other androgens (eg, oral methyltestosterone); discontinue use if suspected [57][92].

**10)** Neurologic: A possible increased risk of heart attack, stroke, or death has been reported; testosterone therapy should only be used in male patients with low testosterone levels caused by certain medical conditions and confirmed by laboratory tests [57][63].

**11)** Psychiatric: Depression and suicidal ideation have been reported [57]

**12)** Reproductive: Prostate cancer may occur; monitoring recommended [57][92].

**13)** Reproductive: Worsening of signs and symptoms of benign prostatic hyperplasia (BPH) may occur in patients with BPH; monitoring recommended [57][92].

**14)** Reproductive: Virilizing effects may occur in women (unapproved use) [57][92].

**15)** Reproductive: Spermatogenesis suppression, resulting in adverse effects on sperm count, may occur with large doses of androgens [57][92].

**16)** Reproductive: Avoid use in men who are trying to conceive [26]

**17)** Reproductive: Gynecomastia may occur in patients treated for hypogonadism [57][92].

**18)** Respiratory: Sleep apnea may occur; increased risk with obesity or chronic lung disease [57][92].

## Adverse Effects

### Cardiovascular Effects

#### Testosterone
##### Death, Cardiovascular
**a)** General Information
**1)** May increase risk of major adverse cardiovascular events, such as cardiovascular death [17][2][1][14][16][5][15][3][18].

##### Disease of cardiovascular system, acute
**a)** General Information
**1)** Risk of acute cardiovascular events may be increased following initiation of IM injection versus the transdermal gel [105].
**b)** Adult Clinical Trials
**1)** Unspecified indication (all routes): Initiation of IM testosterone injections was associated with a 26% increased risk of composite acute cardiovascular (CV) events (myocardial infarction, unstable angina, stroke) compared with transdermal

PLAINTIFFS003713

gels when assessed over a 1-year followup period. There was no significant difference in the risk of acute CV events between the transdermal gel or patch [105].

### Edema
**a)** General Information

**1)** Androgens may promote sodium and water retention [23][25][22]

**2)** Edema, with or without congestive heart failure, may be serious complication in patients with cardiac, renal, or hepatic disease [23][25][22][99][86][100][88][87][94]

**b)** Prevention and Management

**1)** Discontinuation and diuretic therapy may be required if edema occurs [23][25][22][86][100][88][87][94]

**c)** Adult Postmarketing

**1)** Edema has been reported [87]

### Hypertension
**a)** Incidence: Up to 3% [28][87][99][100]

**b)** Prevention and Management

**1)** Clinicians should monitor development of hypertension in elderly patients are at increased risk for cardiovascular disease [106].

**c)** Adult Clinical Trials

**1)** Replacement therapy (transdermal route): Less than 1% [100]

**2)** Replacement therapy (topical route): 2.1% vs 0% with placebo [28]

**3)** Replacement therapy (topical route): 0% to 3% [87][28]

**4)** Replacement therapy (topical route): At least 2 of 155 patients [99]

### Increased blood oxygen pressure
**a)** Incidence: 3% or less [25][22][99][86]

**b)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): Less than 3% [22]

**2)** Replacement therapy (topical route): Less than 1% [99]

**3)** Replacement therapy (topical route): 1% vs 0% with placebo [25][86]

### Myocardial infarction
**a)** General Information

**1)** Myocardial infarction has been reported with use of anabolic steroids [101][102].

**2)** May increase risk of major adverse cardiovascular events, such as myocardial infarction [17][2][1][14][16][5][15][3][18].

**3)** An increased risk of serious cardiovascular effects has been reported in men treated with testosterone therapy [103][104].

**4)** Risk may be increased following initiation of IM injection versus the transdermal gel [105].

**a)** Transgender

**1)** The risk of myocardial infarction was increased 2.64-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations over a mean follow-up of 9.07 years (median, 5.95 years) and was increased 3.69-fold in transmen receiving THT with testosterone compared with reference women over a mean follow-up of 8.1 years (median, 4.1 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of myocardial infarction in either transwomen or transmen compared with reference men [97].

**b)** Adult Clinical Trials

**1)** Low serum testosterone levels: increased risk of myocardial infarction, stroke, and all-cause mortality, 29% [103]

PLAINTIFFS003714

**2)** Low serum testosterone levels: 2-fold increased risk of acute nonfatal myocardial infarction within 90 days among men 65 years or older [104].

**3)** Low serum testosterone levels: 2- to 3-fold increased risk of heart attack within the 90 days in men younger than 65 years with preexisting heart disease [104]

**4)** Unspecified indication (all routes): Initiation of IM testosterone injections was associated with a 30% increased risk of myocardial infarction (MI) compared with transdermal gels when assessed over a 1-year followup period. Risk of MI was slightly increased with use of patch versus gel, but there was no significant difference in overall risk of acute cardiovascular events (ie, MI, unstable angina, stroke) between the 2 transdermal forms [105].

**c)** Postmarketing

**1)** Has been reported [17][2][1][14][16][5][15][3][18]

### Unstable angina

**a)** General Information

**1)** Risk may be increased following initiation of IM injection versus the transdermal gel [105].

**b)** Adult Clinical Trials

**1)** Unspecified indication (all routes): Initiation of IM testosterone injections was associated with a 21% increased risk of unstable angina compared with transdermal gels when assessed over a 1-year followup period. There was no significant difference in the risk of unstable angina between the transdermal gel or patch [105].

### Vasodilatation

**a)** Incidence: Less than 1% [87]

**b)** Adult Clinical Trials

**1)** Replacement therapy (topical route): Less than 1% [87]

## Testosterone Cypionate
### Myocardial infarction

**a)** General Information

**1)** Has occurred with some androgens [82]

**2)** Increased risk of major adverse cardiovascular events reported in some, but not all, studies of testosterone replacement therapy in men [82]

**a)** Transgender

**1)** The risk of myocardial infarction was increased 2.64-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations over a mean follow-up of 9.07 years (median, 5.95 years) and was increased 3.69-fold in transmen receiving THT with testosterone compared with reference women over a mean follow-up of 8.1 years (median, 4.1 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of myocardial infarction in either transwomen or transmen compared with reference men [97].

## Testosterone Enanthate
### Death, Cardiovascular

**a)** General Information

**1)** May increase risk of major adverse cardiovascular events, such as cardiovascular death [75].

### Hypertension

**a)** Incidence: 2.3% to 12.7% [74]

**b)** General Information

**1)** In clinical trials, systolic blood pressure increased by an average of 4 mmHg during the first 12 weeks of treatment, and by an average of 4 mmHg from baseline following 1 year of treatment [74].

PLAINTIFFS003715

**2)** Ten percent of patients required initiation or adjustment of antihypertensive medications [74].

**3)** Increases in blood pressure may increase risk for major adverse cardiovascular events, especially in patients with established cardiovascular disease. In some patients the blood pressure elevation may be too small to detect but may still lead to increased cardiovascular risk [74].

**c)** Prevention and Management

**1)** Prior to initiation, consider baseline cardiovascular risk and ensure blood pressure is adequately controlled [74].

**2)** Initiation or adjustment of antihypertensive medication may be necessary [74].

**d)** Adult Clinical Trials

**1)** Hypogonadism (subQ route): 12.7% with testosterone enanthate (n=150) [74]

**2)** Hypogonadism (subQ route): 2.3% with testosterone enanthate (n=133) [74]

## Myocardial infarction

**a)** General Information

**1)** May increase risk of major adverse cardiovascular events, such as myocardial infarction [75].

**a)** Transgender

**1)** The risk of myocardial infarction was increased 2.64-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations over a mean follow-up of 9.07 years (median, 5.95 years) and was increased 3.69-fold in transmen receiving THT with testosterone compared with reference women over a mean follow-up of 8.1 years (median, 4.1 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of myocardial infarction in transwomen or transmen compared with reference men [97].

**b)** Postmarketing

**1)** Has been reported [75]

## Peripheral edema

**a)** Incidence: 2.7% [74]

**b)** General Information

**1)** Edema, with or without congestive heart failure, may be a serious complication in patients with preexisting cardiac, renal, or hepatic disease [74].

**2)** Androgens may promote sodium and water retention [74].

**c)** Prevention and Management

**1)** Diuretic therapy may be necessary [74].

**2)** Drug discontinuation may be required [74].

**d)** Adult Clinical Trials

**1)** Hypogonadism (subQ route): 2.7% with testosterone enanthate (n=150) [74]

# Testosterone Undecanoate

## Angina pectoris

**a)** Postmarketing

**1)** Has been reported [58]

## Death, Cardiovascular

**a)** General Information

**1)** May increase risk of major adverse cardiovascular events, such as cardiovascular death [53][58].

**b)** Postmarketing

**1)** Has been reported [58]

## Edema

**a)** Incidence: Greater than 2% [57]

**b)** General Information

PLAINTIFFS003716

**1)** May promote sodium and water retention [53][57][58]

**2)** May be a serious complication in patients with preexisting renal, cardiac, or hepatic disease [53][57][58]

**c)** Prevention and Management

**1)** Discontinuation and diuretic therapy may be required [53][57][58]

**d)** Adult Clinical Trials

**1)** Testosterone replacement (oral route): Peripheral edema, greater than 2% with testosterone undecanoate (Study N=569) [57]

**Hypertension**

**a)** Incidence: Greater than 2% to 5.1% [53][57][58]

**b)** General Information

**1)** In clinical trials after 4 months of treatment, systolic blood pressure increased by an average of 4.9 mmHg and 2.8 mmHg [57], and 4.3 mmHg and 4.8 mmHg [53], as measured by ambulatory blood pressure monitoring and blood pressure cuff, respectively; and average blood pressure had not plateaued by trial termination [57].

**2)** Led to initiation of antihypertensive medication or intensification of preexisting antihypertensives medications in 7% of patients in clinical trials over 4 months [57].

**3)** Increases risk for major adverse cardiovascular events (MACE), with greatest risk in patients with established cardiovascular disease or risk factors for cardiovascular disease [53][57].

**4)** In some patients, increase in blood pressure may be too small to detect, but may still increase the risk for MACE [53][57].

**5)** Increases in blood pressure were larger in patients with a history of hypertension [57].

**c)** Management

**1)** Treat new-onset or exacerbations of preexisting hypertension [53][57].

**d)** Adult Clinical Trials

**1)** Testosterone replacement (Tlando(R), oral route): 5.1% with testosterone undecanoate (Study N=138); lead to treatment discontinuation in 1.4% [53]

**2)** Testosterone replacement (Jatenzo(R), oral route): 3.6% with testosterone undecanoate (Study N=166) [57]

**3)** Testosterone replacement (Jatenzo(R), oral route): Greater than 2% with testosterone undecanoate (Study N=569) [57]

**4)** Hypogonadism (IM route): At least 3% [58]

**Myocardial infarction**

**a)** General Information

**1)** May increase risk of major adverse cardiovascular events, such as myocardial infarction [53][58].

**a)** Transgender

**1)** The risk of myocardial infarction was increased 2.64-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations over a mean follow-up of 9.07 years (median, 5.95 years) and was increased 3.69-fold in transmen receiving THT with testosterone compared with reference women over a mean follow-up of 8.1 years (median, 4.1 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of myocardial infarction in either transwomen or transmen compared with reference men [97].

**b)** Postmarketing

**1)** Has been reported [53][57][58]

**Dermatologic Effects**

**Testosterone**

### Acne

**a)** Incidence: Up to 8% [25][28][87][100]

**b)** Adult Clinical Trials

**1)** Replacement therapy (transdermal route) Less than 1% [100]

**2)** Replacement therapy (topical route): Less than 1% [25]

**3)** Replacement therapy (topical route): 1% to 8% (incidence increases with increasing dose) [87]

**4)** Replacement therapy (topical route): 2% or less [28]

**5)** Replacement therapy (topical route): 3.1% [87]

**6)** Replacement therapy (topical route): At least 2 out of 155 patients [99]

**c)** Adult Case Reports

**1)** Acne fulminans on face and shoulders developed in a 21-year-old man following self-administration of testosterone or other anabolic steroids for 4 weeks [112].

### Alopecia

**a)** Incidence: Up to 1% [87]

**b)** General Information

**1)** Hair loss has been reported with anabolic steroid use [102].

**c)** Adult Clinical Trials

**1)** Replacement therapy (topical route): Up to 1% [87].

### Application site erythema

**a)** Incidence: 5% to 7% [99][100]

**b)** Prevention and Management

**1)** Applying a small amount of 0.1% triamcinolone acetonide cream to the skin under the central drug reservoir of the Androderm(R) system has been shown to reduce the incidence and severity of skin irritation, and does not significantly alter transdermal absorption of testosterone from the system (Wilson et al, 1998).

**2)** Ointment formulations should not be used for pretreatment, however, as they may significantly reduce testosterone absorption (Wilson et al, 1998).

**c)** Adult Clinical Trials

**1)** Replacement therapy (topical route): 5% to 7% [99]

**2)** Replacement therapy (transdermal route): 7% [100]

### Application site irritation

**a)** Incidence: Up to 8% [28][99]

**b)** Adult Clinical Trials

**1)** Replacement therapy (topical route): 0.9% [28]

**2)** Replacement therapy (topical route): 7% to 8% [99]

### Application site reaction

**a)** Incidence: 2% to 16.1% [110][25]

**b)** Adult Clinical Trials

**1)** Replacement therapy (topical route): 16.1% with testosterone gel (N=149) [110]

**2)** Replacement therapy (topical route): 2% to 4% vs 3% with placebo [25]

### Burning pain

**a)** Incidence: 3% [100]

**b)** Adult Clinical Trials

**1)** Replacement therapy (transdermal route): 3% [100]

### Contact dermatitis

**a)** Incidence: 2.1% to 4% [28][100]

**b)** General Information

**1)** Nonscrotal systems produced contact allergy and more topical irritation than scrotal systems in one study [111].

PLAINTIFFS003718

**c)** Adult Clinical Trials

**1)** Replacement therapy (topical route): 2.1% vs 0% with placebo [28].

**2)** Replacement therapy (transdermal route): 4% [100].

### Erythema, Generalized

**a)** Adult Clinical Trials

**1)** Replacement therapy (topical route): At least 2 out of 155 patients [99]

### Flushing

**a)** Adult Clinical Trials

**1)** Replacement therapy (topical route): Hot flushes, 1% with testosterone 50 mg (n=103) and 0% with testosterone 100 mg (n=149) vs 0% with placebo (n=99) [90]

### Injection site pain, Intramuscular injection

**a)** General Information

**1)** Inflammation and pain at the site of IM injection has been reported [88][94].

### Pruritus

**a)** Incidence: 37% [100]

**b)** Prevention and Management

**1)** Applying a small amount of 0.1% triamcinolone acetonide cream to the skin under the central drug reservoir of the Androderm(R) system has been shown to reduce the incidence and severity of skin irritation, and does not significantly alter transdermal absorption of testosterone from the system (Wilson et al, 1998).

**2)** Ointment formulations should not be used for pretreatment, however, as they may significantly reduce testosterone absorption (Wilson et al, 1998).

**c)** Adult Clinical Trials

**1)** Replacement therapy (transdermal route): 37% [100]

**2)** Replacement therapy (topical route): Pruritus, 1.9% [87]

### Psoriasis

**a)** Adult Case Reports

**1)** Exacerbation of psoriasis was precipitated by an estradiol 50 mg/testosterone 100 mg implant in a 47-year-old woman [113].

### Rash

**a)** Incidence: 2% [100]

**b)** Prevention and Management

**1)** Applying a small amount of 0.1% triamcinolone acetonide cream to the skin under the central drug reservoir of the Androderm(R) system has been shown to reduce the incidence and severity of skin irritation, and does not significantly alter transdermal absorption of testosterone from the system (Wilson et al, 1998).

**2)** Ointment formulations should not be used for pretreatment, however, as they may significantly reduce testosterone absorption (Wilson et al, 1998).

**c)** Adult Clinical Trials

**1)** Replacement therapy (transdermal route): 2% [100]

### Scab of skin, Nasal

**a)** Incidence: 3.8% to 5.8% [22]

**b)** General Information

**1)** One of the most common adverse reactions with intranasal form [22]

**2)** Symptoms usually mild to moderate [22]

**c)** Prevention and Management

**1)** Consider further evaluation or possible withdrawal if condition occurs [22]

**d)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): 3.8% to 5.8% [22]

### Skin eschar

**a)** Adult Case Reports

PLAINTIFFS003719

**1)** A 78-year-old man who received testosterone 5 mg transdermal patches for hypogonadism experienced occasional irritation and subsequent eschar formation at the application site [114].

## Testosterone Cypionate

### Acne

**a)** Acne may occur in patients receiving testosterone cypionate [83].

### Alopecia

**a)** Male pattern baldness may occur in patients receiving testosterone cypionate [83].

### Hirsutism

**a)** Hirsutism may occur in patients receiving testosterone cypionate [83].

### Injection site inflammation

**a)** Inflammation at the injection site may occur in patients receiving testosterone cypionate [83].

### Injection site pain

**a)** Pain at the injection site may occur in patients receiving testosterone cypionate [83].

### Seborrheic dermatitis

**a)** Seborrhea may occur in patients receiving testosterone cypionate [83].

## Testosterone Enanthate

### Acne

**a)** Incidence: 2.7% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 2.7% with testosterone enanthate (n=150) [74]

### Alopecia

**a)** General Information
**1)** Male pattern baldness has been reported following administration of testosterone enanthate [73].

### Erythema at injection site

**a)** Incidence: 2.7% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 2.7% with testosterone enanthate (n=150) [74]

### Hirsutism

**a)** General Information
**1)** Hirsutism has been reported following administration of testosterone enanthate [73].

### Injection site bruising

**a)** Incidence: 3.8% to 6.7% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 6.7% with testosterone enanthate (n=150) [74]
**2)** Hypogonadism (subQ route): 3.8% with testosterone enanthate (n=133) [74]

### Injection site hemorrhage

**a)** Incidence: 3.3% to 6% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 3.3% with testosterone enanthate (n=150) [74]
**2)** Hypogonadism (subQ route): 6% with testosterone enanthate (n=133) [74]

### Injection site inflammation

**a)** General Information
**1)** Inflammation at the injection site has been reported following administration of testosterone enanthate [73].

### Injection site pain

PLAINTIFFS003720

**a)** General Information

**1)** Pain at the injection site has been reported following administration of testosterone enanthate [73].

## Testosterone Undecanoate

### Acne

**a)** Incidence: 5.2% [59]
**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 5.2% with testosterone undecanoate (Study N=153) [59]

### Erythema at injection site

**a)** Incidence: 1.3% [59]
**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 1.3% with testosterone undecanoate (Study N=153) [59]

### Hyperhidrosis

**a)** Incidence: 1.3% [59]
**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 1.3% with testosterone undecanoate (Study N=153) [59]

### Injection site pain

**a)** Incidence: 4.6% [59]
**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 4.6% with testosterone undecanoate (Study N=153) [59]

## Endocrine/Metabolic Effects

### Testosterone

#### Decreased body growth

**a)** General Information

**1)** May accelerate bone maturation and cause premature closure of epiphyses in pediatric patients [25][22][88]

**2)** Use in pediatric patients may reduce adult stature, with greatest impact among youngest children [88]
**b)** Pediatric Clinical Trials

**1)** Replacement therapy: Height stunting in adolescents has been reported with anabolic steroid use [102]

#### Gynecomastia

**a)** Incidence: 1% to 3% [25][86][87]
**b)** General Information

**1)** May occur with testosterone therapy for hypogonadism [23][25][22][100][94][88]

**2)** Symptoms may include breast pain, breast tenderness or nipple tenderness [26]
**c)** Management

**1)** If symptoms occur, a period of monitoring based on clinical judgment should be considered as breast symptoms sometimes abate [26].
**d)** Adult Clinical Trials

**1)** Replacement therapy (topical route): 1% vs 0% with placebo [25][86]

**2)** Replacement therapy (topical route): 1% to 3% [87]

#### Hypercalcemia

**a)** General Information

PLAINTIFFS003721

**1)** Increased risk among those with cancer [23][25][22] and immobilized patients [88][94].

**b)** Prevention and Management

**1)** Regularly monitor at-risk patients [23][25][22]

**2)** Discontinue if condition occurs [88][94]

### Hyperthyroidism

**a)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): 1 patient [22]

### Hypokalemia

**a)** Adult Clinical Trials

**1)** Replacement therapy (topical route): Abnormal laboratory tests including hypokalemia, less than 1% [87]

### Increased glucose level

**a)** General Information

**1)** Insulin sensitivity or glycemic control may change in patients treated with androgens [25][87].

**2)** In diabetic patients, the metabolic effects of androgens may decrease blood glucose and, therefore, insulin requirements [25][87].

**b)** Adult Clinical Trials

**1)** Replacement therapy (topical route): Increased blood glucose in at least 2 of 155 patients [85]

**2)** Replacement therapy (topical route): Abnormal laboratory tests, including elevated glucose levels in less than 1% [87]

### Lipids abnormal

**a)** Incidence: Up to 2% [28]

**b)** General Information

**1)** The serum lipid profile may change[23], including lipid abnormalities, such as LDL-C elevations and severe HDL-C reductions [102].

**c)** Prevention and Management

**1)** Monitor lipid profiles periodically, especially after treatment initiation [23][25] [22] and with dosage increases [25].

**2)** Discontinuation may be required with changes in serum lipid profile [22].

**d)** Adult Clinical Trials

**1)** Replacement therapy (topical route): Hyperlipidemia, up to 2% [28]

**2)** Replacement therapy (topical route): Changes in serum lipid levels (ie, hyperlipidemia, elevated triglycerides, and decreased HDL), less than 1% [87]

### Thyroxine transport defect

**a)** General Information

**1)** Androgens may decrease thyroxine-binding globulin concentrations [25][22] [23]; however, there has been no clinical evidence of thyroid dysfunction with androgen use [23].

## Testosterone Cypionate

### Gynecomastia

**a)** General Information

**1)** Gynecomastia may occur in patients receiving testosterone cypionate [83].

**2)** Symptoms may include breast pain, breast tenderness or nipple tenderness [26]

**b)** Management

**1)** If symptoms occur, a period of monitoring based on clinical judgment should be considered as breast symptoms sometimes abate [26].

## Testosterone Enanthate

PLAINTIFFS003722

### Hypercalcemia
    **a)** General Information
      **1)** Hypercalcemia has been reported following administration of testosterone enanthate. If hypercalcemia occurs, therapy should be discontinued [73].
    **b)** Prevention
      **1)** Use caution in cancer patients at risk for hypercalcemia [74]

### Hypernatremia
    **a)** General Information
      **1)** Sodium and water retention has been reported following administration of testosterone enanthate. In patients with preexisting cardiac, renal, or hepatic disease, there is an increased risk of edema with or without congestive heart failure [73].

### Increased cholesterol esters
    **a)** General Information
      **1)** Increased serum cholesterol has been reported following administration of testosterone enanthate [73].
    **b)** Management
      **1)** Adjustment of lipid lowering therapy or discontinuation of testosterone therapy may be necessary [74]

### Increased testosterone level
    **a)** Incidence: 2.7% [74]
    **b)** Adult Clinical Trials
      **1)** Hypogonadism (subQ route): 2.7% with testosterone enanthate (n=150) [74]

## Testosterone Undecanoate
### Decreased HDL level
    **a)** Incidence: 3% [57]
    **b)** Management
      **1)** Adjustment of lipid lowering drugs may be necessary [57].

      **2)** Discontinuation may be necessary [57].
    **c)** Adult Clinical Trials
      **1)** Testosterone replacement (oral route): 3% with testosterone undecanoate (Study N=166) [57]

### Diabetes mellitus
    **a)** Postmarketing
      **1)** Diabetes mellitus was reported with IM testosterone undecanoate during postmarketing surveillance [59].

### Disorder of lipid metabolism
    **a)** General Information
      **1)** Changes in serum lipid profile may occur [53][57].
    **b)** Management
      **1)** Adjustment of lipid lowering drugs may be necessary [53][57].
      **2)** Discontinuation may be necessary [53][57].

### Gynecomastia
    **a)** General Information
      **1)** May develop and persist in patients being treated for hypogonadism [53][57][59]
      **2)** Symptoms may include breast pain, breast tenderness or nipple tenderness [26]
    **b)** Management
      **1)** If symptoms occur, a period of monitoring based on clinical judgment should be considered as breast symptoms sometimes abate [26].
    **c)** Postmarketing

PLAINTIFFS003723

**1)** Gynecomastia was reported with IM testosterone undecanoate during postmarketing surveillance [59].

### Hyperprolactinemia
**a)** Incidence: 6.3% [53]
**b)** General Information
**1)** The mean increase from baseline in serum prolactin was 7 nanograms/mL in a 24-day study (Study N=93) [53]
**c)** Management
**1)** If serum prolactin remains elevated, discontinue [53]
**d)** Adult Clinical Trials
**1)** Testosterone replacement (oral route): 6.3% with testosterone undecanoate (Study N=93) [53]

### Increased estradiol level
**a)** Incidence: 2.6% [59]
**b)** Adult Clinical Trials
**1)** Hypogonadism (IM route): 2.6% with testosterone undecanoate (Study N=153) [59]

### Weight increased
**a)** Incidence: 1.3% to 2.1% [53][59]
**b)** General Information
**1)** Led to treatment discontinuation in 1 patient in a clinical trial (Study N=138) [53]
**c)** Adult Clinical Trials
**1)** Testosterone replacement (oral route): 2.1% with testosterone undecanoate (Study N=95) [53]
**2)** Hypogonadism (IM route): 1.3% with testosterone undecanoate (Study N=153) [59]


## Gastrointestinal Effects

### Testosterone
#### Decrease in appetite
**a)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): 1 patient [22]
#### Diarrhea
**a)** Incidence: 3% to 4% [85]
**b)** Adult Clinical Trials
**1)** Replacement therapy (topical route): 3% to 4% [85]
#### Gastrointestinal hemorrhage
**a)** Incidence: 2% [100]
**b)** Adult Clinical Trials
**1)** Replacement therapy (transdermal route): 2% [100]
#### Lip swelling
**a)** Postmarketing
**1)** Has been reported during postmarketing use [23].
#### Nausea
**a)** General Information
**1)** May occur with injectable, topical, and intranasal forms [22][87][88][94]
**b)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): 1 patient [22]
**c)** Adult Postmarketing
**1)** Nausea has been reported [87]

PLAINTIFFS003724

**Oral irritation**

   **a)** Incidence: 9.2% [108]

   **b)** General Information

    **1)** Irritation generally resolved in 1 to 8 days [108]

    **2)** Tenderness generally resolved in 1 to 14 days [108]

   **c)** Adult Clinical Trials

    **1)** Replacement therapy (buccal route): Gum or mouth irritation, 9.2% [108]

**Sore gums**

   **a)** Incidence: 3.1% [108]

   **b)** General Information

    **1)** Irritation generally resolved in 1 to 8 days, and tenderness generally resolved in 1 to 14 days for the buccal system [108]

   **c)** Adult Clinical Trials

    **1)** Replacement therapy (buccal route): Gum pain and tenderness: 3.1% [108]

**Stomatitis**

   **a)** Postmarketing

    **1)** Has been reported during postmarketing use [23]

**Swollen gums**

   **a)** Incidence: 2% [108]

   **b)** General Information

    **1)** Irritation generally resolved in 1 to 8 days, and tenderness generally resolved in 1 to 14 days for the buccal system [108]

   **c)** Adult Clinical Trials

    **1)** Replacement therapy (buccal route): 2% [108]

   **d)** Postmarketing

    **1)** Gingival swelling has been reported during postmarketing use [23].

**Taste sense altered**

   **a)** Incidence: 1% to 4.1% [25][22]

   **b)** General Information

    **1)** Cause of treatment discontinuation with intranasal form [22]

   **c)** Adult Clinical Trials

    **1)** Replacement therapy (topical route): Taste disorder, 1% vs 0% with placebo [25]

    **2)** Replacement therapy (intranasal route): Dysgeusia, less than 3%, with treatment discontinuation in 1 patient [22]

    **3)** Replacement therapy (buccal route): Bitter taste or taste perversion, 2% to 4.1% [108]

   **d)** Postmarketing

    **1)** Dysgeusia has been reported during postmarketing use [23].

**Ulcer of mouth**

   **a)** Postmarketing

    **1)** Has been reported during postmarketing use [23]

**Vomiting**

   **a)** Incidence: 3% to 4% [85]

   **b)** Adult Clinical Trials

    **1)** Replacement therapy (topical route): 3% to 4% [85]

**Xerostomia**

   **a)** Postmarketing

    **1)** Dry mouth has been reported during postmarketing use [23].

**Testosterone Cypionate**

   **Nausea**

PLAINTIFFS003725

**a)** Nausea may occur in patients receiving testosterone cypionate [83].

## Testosterone Enanthate
### Abdominal pain
**a)** Incidence: 2% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 2% with testosterone enanthate (n=150) [74]

### Nausea
**a)** Incidence: 2.3% [74]
**b)** General Information
**1)** Nausea has been reported following administration of testosterone enanthate [73].
**c)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 2.3% with testosterone enanthate (n=133) [74]

## Testosterone Undecanoate
### Diarrhea
**a)** Incidence: Greater than 2% [57]
**b)** Adult Clinical Trials
**1)** Testosterone replacement (oral route): Greater than 2% with testosterone undecanoate (Study N=569) [57]

### Gastric ulcer with hemorrhage
**a)** General Information
**1)** Led to discontinuation in 1.1% of patients in a clinical trial (Study N=95) [53]

### Indigestion
**a)** Incidence: Greater than 2% [57]
**b)** Adult Clinical Trials
**1)** Testosterone replacement (oral route): Greater than 2% with testosterone undecanoate (Study N=569) [57]

### Nausea
**a)** Incidence: Greater than 2% to 2.4% [57]
**b)** Adult Clinical Trials
**1)** Testosterone replacement (oral route): 2.4% with testosterone undecanoate (Study N=166) [57]

**2)** Testosterone replacement (oral route): Greater than 2% with testosterone undecanoate (Study N=569) [57]


## Hematologic Effects

### Testosterone
#### Deep venous thrombosis
**a)** General Information
**1)** Polycythemia (increases in RBC mass) may increase risk of thromboembolic events [25][22][51][85]
**b)** Prevention and Management
**1)** Evaluate for DVT if lower-limb warmth, pain, erythema, or edema develop [17][2][1][14][16][5][15][3][18]

**2)** Evaluate for pulmonary embolism in patients with acute shortness of breath [17][2][1][14][16][5][15][3][18]

**3)** Discontinue if condition suspected and initiate workup and management [17][2][1][14][16][5][15][3][18]
**c)** Adult Clinical Trials
**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis) a significant 63% increased risk during the first 6 months of

PLAINTIFFS003726

treatment with testosterone as compared to no testosterone therapy in a case (n=19,215)-control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

**d)** Adult Postmarketing

**1)** Venous thromboembolism, including DVT and PE, has been reported [17][2][1] [14][16][5][15][3][18]

### Erythrocytosis

**a)** General Information

**1)** Polycythemia (increases in RBC mass) may increase risk of thromboembolic events [25][22][51][85]

**2)** Polycythemia has been reported with injectable testosterone [94][88].

**b)** Prevention and Management

**1)** Assess hematocrit level at baseline and repeat 3 to 6 months after treatment initiation [25][51][85] and annually thereafter [25][22][51]

**2)** Intervention is required if hematocrit is 54% or greater during treatment [26].

**3)** Dose reduction or interruption may be required if condition occurs [25][22][51] [85]; therapy may resume when hematocrit decreases to an acceptable level [25]

**c)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): Hematocrit increase, four subjects developed hematocrit levels above 55% from baseline levels of 48% to 51%. No hematocrit levels exceeded 58% [22]

**2)** Replacement therapy (topical route): Hematocrit or hemoglobin increase, 2.1% vs 0% with placebo [28]

**3)** Replacement therapy (topical route): Hematocrit increase, 4% to 7% [85]

**4)** Replacement therapy (topical route): Hematocrit or hemoglobin increase, 1% to 2% vs 0% with placebo [25][86]

**d)** Adult Case Reports

**1)** Two cases of IM testosterone-induced polycythemia were reported to have been reversed by switching to transdermal testosterone [95].

**2)** A report of secondary polycythemia characterized by increases in RBC, hemoglobin, hematocrit, and red cell volume with decreases in serum B12 levels and erythropoietin was documented following the use of transdermal testosterone patches (10 mg androstanolone daily) in a 73-year-old man [96].

### Hematocrit - PCV - high

**a)** Incidence: 4% to 7% [85]

**b)** General Information

**1)** Polycythemia (increases in RBC mass) may increase risk of thromboembolic events [25][22][51][85][23].

**c)** Prevention and Management

**1)** Assess hematocrit level at baseline and repeat 3 to 6 months after treatment initiation [25][51][85] and annually thereafter [25][22][51][23].

**2)** Intervention is required if hematocrit is 54% or greater during treatment [26].

**3)** Dose reduction or interruption may be required if condition occurs [25][22][51] [85]; therapy may resume when hematocrit decreases to an acceptable level [25] [23].

**d)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): hematocrit increase, 4 subjects developed hematocrit levels above 55% from baseline levels of 48% to 51%; no hematocrit levels exceeded 58% [22]

**2)** Replacement therapy (topical route): hematocrit or hemoglobin increase, 2.1% vs 0% with placebo [28]

**3)** Replacement therapy (topical route): hematocrit increase, 4% to 7% [85]

PLAINTIFFS003727

**4)** Replacement therapy (topical route): hematocrit or hemoglobin increase, 1% to 2% vs 0% with placebo [25][86]

**e)** Postmarketing

**1)** Red blood cell increase has been reported in postmarketing use [23].

### Hemorrhage

**a)** General Information

**1)** Suppression of clotting factors II, V, VII and X, and bleeding in patients receiving concomitant anticoagulant therapy have been reported [94][88].

### Increased hemoglobin

**a)** Adult Clinical Trials

**1)** Replacement therapy (topical route): hematocrit or hemoglobin increase, 2.1% vs 0% with placebo [28]

**2)** Replacement therapy (topical route): hematocrit or hemoglobin increase, 1% to 2% vs 0% with placebo [25][86]

**b)** Adult Case Reports

**1)** Replacement therapy (topical route): Hemoglobin increases were reported in at least 2 men with 120 days of treatment [85].

### Venous thromboembolism

**a)** General Information

**1)** Polycythemia (increases in RBC mass) may increase risk of thromboembolic events [25][22][51][85]

  **a)** Transgender

  **1)** The risk of VTE was increased 5.52-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations and a 4.55-fold increased risk compared with reference men over a mean follow-up of 9.07 years (median, 5.95 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of VTE in transmen receiving testosterone compared with reference women or men over a mean follow-up of 8.1 years (median, 4.1 years) [97].

**b)** Prevention and Management

**1)** Evaluate for DVT if lower-limb warmth, pain, erythema, or edema develop [25][22]

**2)** Evaluate for pulmonary embolism (PE) if acute dyspnea develops [25][22]

**3)** Discontinue if thromboembolic event suspected and initiate workup and management [25][22]

**c)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis), a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215) -control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

**d)** Adult Postmarketing

**1)** Venous thromboembolism, including DVT and PE, has been reported with testosterone products [25][22]

## Testosterone Cypionate

### Deep venous thrombosis

**a)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis), a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215) -control (n=909,530) population-based study; a trend of decreased

PLAINTIFFS003728

risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

### Erythrocytosis

**a)** General Information

**1)** Polycythemia may occur in patients receiving testosterone cypionate [83].

**2)** Risk of treatment-induced increases in hemoglobin and hematocrit is greatest with injectable testosterone [26]

**b)** Management

**1)** Intervention is required if hematocrit is 54% or greater during treatment, such as dose reduction or temporary discontinuation [26].

### Hemorrhage

**a)** General Information

**1)** Suppression of clotting factors II, V, VII and X, and bleeding in patients receiving concomitant anticoagulant therapy may occur with testosterone cypionate [83].

### Venous thromboembolism

**a)** General Information

**1)** Transgender

**a)** The risk of VTE was increased 5.52-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations and a 4.55-fold increased risk compared with reference men over a mean follow-up of 9.07 years (median, 5.95 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of VTE in transmen receiving testosterone compared with reference women or men over a mean follow-up of 8.1 years (median, 4.1 years) [97].

**b)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis) a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215)-control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

## Testosterone Enanthate

### Deep venous thrombosis

**a)** Prevention and Management

**1)** Evaluate patients with pain, edema, warmth, or erythema in the lower extremity for DVT and those with acute shortness of breath for pulmonary embolism [74].

**2)** Discontinue use if suspected and initiate appropriate work up and management [74].

**b)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis) a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215)-control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

**c)** Postmarketing

**1)** Venous thromboembolic events, including DVT and pulmonary embolism, have been reported during postmarketing use in patients using testosterone products [74].

### Erythrocytosis

**a)** Incidence: 1.8% to 2% [74]

**b)** General Information

PLAINTIFFS003729

**1)** Polycythemia has been reported following administration of testosterone enanthate [73].

**2)** Mild but significant increases in mean WBC, RBC, hematocrit, and hemoglobin concentrations in 33 male subjects (aged 21 to 39 years) were reported following IM testosterone enanthate 200 mg every 3 weeks or 4 weeks for 24 weeks. Negligible changes occurred in mean corpuscular volume, mean corpuscular hemoglobin, and mean corpuscular hemoglobin concentration. Although significant increases occurred in blood parameters in these individuals, clinical manifestations were not apparent [121].

**3)** Risk of treatment-induced increases in hemoglobin and hematocrit is greatest with injectable testosterone [26].
**c)** Prevention and Management
**1)** Ensure hematocrit is not elevated prior to initiating therapy [74].

**2)** Intervention is required if hematocrit is 54% or greater during treatment [26].

**3)** Interruption or discontinuation of therapy may be necessary [74].
**d)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 2% with testosterone enanthate (n=150) [74]

**2)** Hypogonadism (subQ route): 1.8% with testosterone enanthate in pooled studies (n=283) [74]

### Hematocrit - PCV - high
**a)** Incidence: 8.3% to 14% [74]
**b)** General Information
**1)** In clinical studies; treated resulted in mean hemotocrit increases of 3.8 +/- 3.4% at 6 months and 5.4+/- 3.4% at 1 year [74]

**2)** Mild but significant increases in mean WBC, RBC, hematocrit, and hemoglobin concentrations in 33 male subjects (aged 21 to 39 years) were reported following IM testosterone enanthate 200 mg every 3 weeks or 4 weeks for 24 weeks. Negligible changes occurred in mean corpuscular volume, mean corpuscular hemoglobin, and mean corpuscular hemoglobin concentration. Although significant increases occurred in blood parameters in these individuals, clinical manifestations were not apparent [121].

**3)** Risk of treatment-induced increases in hemoglobin and hematocrit is greatest with injectable testosterone [26].
**c)** Management
**1)** Intervention is required if hematocrit is 54% or greater during treatment, such as dose reduction or temporary discontinuation [26].
**d)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): Hematocrit increased, 14% with testosterone enanthate (n=150) [74]

**2)** Hypogonadism (subQ route): Hematocrit increased, 8.3% with testosterone enanthate (n=133) [74]

**3)** Hypogonadism (subQ route): Hematocrit increased to 55% or greater, 4.2% with testosterone enanthate in pooled studies (n=283) [74]

### Hemorrhage
**a)** General Information
**1)** Suppression of clotting factors II, V, VII and X, and bleeding in patients receiving concomitant anticoagulant therapy has been reported with testosterone enanthate [73].

### Increased hemoglobin
**a)** General Information
**1)** In clinical studies, mean hemoglobin increases of 1 +/- 1.1 g/dL at 6 months and 1.1 +/- 1.4 g/dL at 1 year were reported [74]

**2)** Mild but significant increases in mean WBC, RBC, hematocrit, and hemoglobin concentrations in 33 male subjects (aged 21 to 39 years) were reported following

PLAINTIFFS003730

IM testosterone enanthate 200 mg every 3 weeks or 4 weeks for 24 weeks. Negligible changes occurred in mean corpuscular volume, mean corpuscular hemoglobin, and mean corpuscular hemoglobin concentration. Although significant increases occurred in blood parameters in these individuals, clinical manifestations were not apparent [121].

**3)** Risk of treatment-induced increases in hemoglobin and hematocrit is greatest with injectable testosterone [26]

### Increased white blood cell count

**a)** General Information

**1)** Mild but significant increases in mean WBC, RBC, hematocrit, and hemoglobin concentrations in 33 male subjects (aged 21 to 39 years) were reported following IM testosterone enanthate 200 mg every 3 weeks or 4 weeks for 24 weeks. Negligible changes occurred in mean corpuscular volume, mean corpuscular hemoglobin, and mean corpuscular hemoglobin concentration. Although significant increases occurred in blood parameters in these individuals, clinical manifestations were not apparent [121].

### Thromboembolic disorder

**a)** General Information

**1)** Transgender

**a)** The risk of VTE was increased 5.52-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations and a 4.55-fold increased risk compared with reference men over a mean follow-up of 9.07 years (median, 5.95 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of VTE in transmen receiving testosterone compared with reference women or men over a mean follow-up of 8.1 years (median, 4.1 years) [97].

**b)** Prevention and Management

**1)** Evaluate patients with pain, edema, warmth, or erythema in the lower extremity for DVT and those with acute shortness of breath for pulmonary embolism [74].

**2)** Discontinue use if suspected and initiate appropriate work up and management [74].

**c)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis), a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215)-control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

**d)** Postmarketing

**1)** Venous thromboembolic events, including DVT and pulmonary embolism, have been reported during postmarketing use in patients using testosterone products [74].

## Testosterone Undecanoate

### Deep venous thrombosis

**a)** Prevention and Management

**1)** Evaluate patients who experience symptoms of pain, edema, warmth, and erythema in the lower extremity for DVT [53][57][58].

**2)** Discontinue use and initiate appropriate workup and management if suspected [53][57][58].

**b)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis) a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215) -control (n=909,530) population-based study; a trend of decreased

PLAINTIFFS003731

risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

**c)** Postmarketing

**1)** Venous thromboembolic events, including DVT and pulmonary embolism, have been reported during postmarketing experience [53][57][58].

### Erythrocytosis

**a)** Incidence: Greater than 2% [57]

**b)** General Information

**1)** Hematocrit elevations, which reflect increased red blood cell mass, may increase the risk of thromboembolic events [92]

**2)** Risk of treatment-induced increases in hemoglobin and hematocrit is greatest with injectable testosterone [26]

**c)** Prevention and Management

**1)** Monitor hematocrit levels at baseline and during therapy [92].

**2)** Intervention is required if hematocrit is 54% or greater during treatment [26].

**3)** Dose interruption or discontinuation may be necessary [53][92]

**d)** Adult Clinical Trials

**1)** Testosterone replacement (oral route): Greater than 2% with testosterone undecanoate (Study N=569) [57]

**e)** Postmarketing

**1)** Polycythemia was reported during postmarketing surveillance [92]

### Hematocrit - PCV - high

**a)** Incidence: 1.3% to 4.8% [53][57][92]

**b)** General Information

**1)** Hematocrit elevations, which reflect increased red blood cell mass, may increase the risk of thromboembolic events [53][92][92]

**2)** Risk of treatment-induced increases in hemoglobin and hematocrit is greatest with injectable testosterone [26]

**c)** Prevention and Management

**1)** Intervention is required if hematocrit is 54% or greater during treatment [26].

**2)** Increases in hematocrit, reflective of increases in red blood cell mass, may necessitate lowering of the dose or permanent discontinuation of therapy [53][57][92].

**d)** Adult Clinical Trials

**1)** Testosterone replacement (Tlando(R), oral route): 4.3% with testosterone undecanoate (Study N=138) [53]

**2)** Testosterone replacement (Jatenzo(R), oral route): 4.8% with testosterone undecanoate (Study N=166) [57]

**3)** Testosterone replacement (Jatenzo(R), oral route): Greater than 2% with testosterone undecanoate (Study N=569) [57]

**4)** Hypogonadism (IM route): 1.3% [92]

### Increased hemoglobin

**a)** Incidence: 2% [92]

**b)** General Information

**1)** Risk of treatment-induced increases in hemoglobin and hematocrit is greatest with injectable testosterone [26]

**c)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 2% [92]

### Venous thromboembolism

**a)** General Information

**1)** Transgender

**a)** The risk of VTE was increased 5.52-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with

PLAINTIFFS003732

reference women in the general Dutch or Norwegian populations and a 4.55-fold increased risk compared with reference men over a mean follow-up of 9.07 years (median, 5.95 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of VTE in transmen receiving testosterone compared with reference women or men over a mean follow-up of 8.1 years (median, 4.1 years) [97].

**b)** Prevention and Management

**1)** Evaluate patients who experience symptoms of pain, edema, warmth, and erythema in the lower extremity for DVT and those who present with shortness of breath for pulmonary embolism [53][57].

**2)** Discontinue use and initiate appropriate workup and management if suspected [53][57].

**c)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis) a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215)-control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

**d)** Postmarketing

**1)** There have been postmarketing reports of venous thromboembolic events, including DVT and pulmonary embolism, in patients using testosterone replacement [53][57].


## Hepatic Effects

### Testosterone

#### Cholestatic jaundice syndrome

**a)** General Information

**1)** Cholestatic hepatitis may develop with prolonged use of high-dose of orally active 17-alpha-alkyl-androgens [23][25][22][86][87][100][94][88]

**b)** Prevention and Management

**1)** Discontinue if condition occurs [23][25][22]

**c)** Pediatric Case Reports

**1)** Fanconi anemia: Multiple hepatic tumors with cholestasis and peliosis hepatitis were reported in a 13-year-old boy following several years of androgen and corticosteroid therapy, including testosterone propionate 20 mg/day [109].

#### Jaundice

**a)** General Information

**1)** Jaundice may develop with prolonged use of high-dose of orally active 17-alpha-alkyl-androgens [23].

**b)** Prevention and Management

**1)** Discontinue use immediately if jaundice occurs [23].

#### Liver carcinoma

**a)** General Information

**1)** Hepatocellular carcinoma has been reported rarely in patients receiving long-term oral therapy with androgens in high doses; androgen withdrawal did not lead to regression of the tumors in all cases[86][87][100][88][94].

#### Liver function tests abnormal

**a)** General Information

**1)** Alterations in liver function tests have occurred with testosterone therapy [94][88].

**b)** Postmarketing

PLAINTIFFS003733

**1)** Abnormal liver function tests (eg, transaminases, elevated GGTP, and bilirubin) have been reported during postmarketing surveillance of testosterone gel [87].

### Neoplasm of liver

**a)** General Information

**1)** Hepatic neoplasms may develop with prolonged use of high-dose of orally active 17-alpha-alkyl-androgens [23][25][22][86][87][100][94][88].

**b)** Prevention and Management

**1)** Discontinue if condition occurs [23][25][22]

### Peliosis hepatis

**a)** General Information

**1)** Life-threatening peliosis hepatitis may develop with prolonged use of high-dose of orally active 17-alpha-alkyl-androgens [23][25][22][86][87][100][94][88].

**b)** Prevention and Management

**1)** Discontinue use if condition occurs [25][22][23]

## Testosterone Cypionate

### Cholestatic jaundice syndrome

**a)** Cholestatic jaundice may occur in patients receiving testosterone cypionate [83].

### Liver function tests abnormal

**a)** Altered liver function tests may occur in patients receiving testosterone cypionate [83].

### Neoplasm of liver

**a)** Hepatocellular neoplasm may rarely occur in patients receiving testosterone cypionate [83].

### Peliosis hepatis

**a)** Peliosis hepatis may rarely occur in patients receiving testosterone cypionate [83].

## Testosterone Enanthate

### Cholestatic hepatitis

**a)** General Information

**1)** Prolonged use of high doses of orally active 17-alpha-alkyl androgens (eg, methyltestosterone) has been associated with serious hepatic adverse effects (peliosis hepatis, hepatic neoplasms, cholestatic hepatitis, and jaundice) [74].

**b)** Management

**1)** Promptly discontinue use if signs or symptoms of hepatic dysfunction occur [74].

### Hepatotoxicity

**a)** Adult Case Reports

**1)** A 26-year-old body builder developed toxic hepatitis with hepatocellular necrosis after self-administration of stanozolol 40 mg/day, IM testosterone enanthate 500 mg twice weekly, and oral methylandrostenediol 30 mg/day for 5 weeks. On admission to the hospital, the patient's AST and ALT levels were 5870 and 10,580 international units/L, respectively. The patient's bilirubin and alkaline phosphatase were also elevated. Liver biopsy showed toxic hepatic lesions. After supportive care and within 12 weeks of discontinuation of androgenic/anabolic steroids, clinical signs and laboratory findings improved substantially [122].

### Jaundice

**a)** General Information

**1)** Prolonged use of high doses of orally active 17-alpha-alkyl androgens (eg, methyltestosterone) has been associated with serious hepatic adverse effects (peliosis hepatis, hepatic neoplasms, cholestatic hepatitis, and jaundice) [74].

**2)** Cholestatic jaundice has been reported following administration of testosterone enanthate [73].

**3)** Jaundice is reversible with drug therapy discontinuation [73].

PLAINTIFFS003734

**b)** Management

**1)** Promptly discontinue use if signs or symptoms of hepatic dysfunction occur [74][73].

**c)** Adult Case Reports

**1)** A case of anabolic steroid-induced cholestasis was reported in a 29-year-old male bodybuilder. Following self-administered testosterone enanthate injections once weekly for 4 weeks, the patient developed pruritus and deep jaundice. These symptoms, along with weight loss, persisted for 2 months. After this time period, the patient received corticosteroids and complete resolution of jaundice occurred within 2 weeks [123].

### Liver function tests abnormal

**a)** General Information

**1)** Altered liver function tests have been reported in patients receiving testosterone enanthate [73].

**b)** Management

**1)** If altered liver function tests occur, therapy should be discontinued and etiology determined [73].

### Neoplasm of liver

**a)** General Information

**1)** Hepatocellular neoplasms have rarely been reported following administration of testosterone enanthate [73].

**2)** Long-term therapy with testosterone enanthate, which elevates blood levels for prolonged periods, has produced multiple hepatic adenomas [74][108].

**3)** Prolonged use of high doses of orally active 17-alpha-alkyl androgens (eg, methyltestosterone) has been associated with serious hepatic adverse effects (peliosis hepatis, hepatic neoplasms, cholestatic hepatitis, and jaundice) [74].

**b)** Management

**1)** Promptly discontinue use if signs or symptoms of hepatic dysfunction occur [74].

### Peliosis hepatis

**a)** General Information

**1)** Peliosis hepatitis has rarely been reported following administration of testosterone enanthate [73].

**2)** Prolonged use of high doses of orally active 17-alpha-alkyl androgens (eg, methyltestosterone) has been associated with serious hepatic adverse effects (peliosis hepatis, hepatic neoplasms, cholestatic hepatitis, and jaundice) [74].

**3)** May be life-threatening or fatal [74]

**b)** Management

**1)** Promptly discontinue use if signs or symptoms of hepatic dysfunction occur [74].

## Testosterone Undecanoate

### Cholestatic hepatitis

**a)** General Information

**1)** Prolonged use of high doses of orally active 17-alpha-alkyl androgens (eg, methyltestosterone) has been associated with serious hepatic adverse effects including jaundice; testosterone undecanoate has not been reported to cause this adverse event [53][57].

**b)** Prevention and Management

**1)** Promptly discontinue use if suspected [53][57].

**2)** Advise patients to report any signs or symptoms of hepatic dysfunction [53][57].

### Hepatitis, Peliosis

**a)** General Information

PLAINTIFFS003735

**1)** Prolonged use of high doses of orally active 17-alpha-alkyl androgens (eg, methyltestosterone) has been associated with serious hepatic adverse effects including peliosis hepatitis; testosterone undecanoate has not been reported to cause this adverse event [53][57].

**2)** May be life-threatening or fatal [53][57].

**b)** Prevention and Management

**1)** Promptly discontinue use if suspected [53][57].

**2)** Advise patients to report any signs or symptoms of hepatic dysfunction [53][57].

### Jaundice

**a)** General Information

**1)** Prolonged use of high doses of orally active 17-alpha-alkyl androgens (eg, methyltestosterone) has been associated with serious hepatic adverse effects including jaundice; testosterone undecanoate has not been reported to cause this adverse event [53][57].

**b)** Prevention and Management

**1)** Promptly discontinue use if suspected [53][57].

**2)** Advise patients to report any signs or symptoms of hepatic dysfunction [53][57].

### Malignant neoplasm of liver

**a)** General Information

**1)** Prolonged use of high doses of orally active 17-alpha-alkyl androgens (eg, methyltestosterone) has been associated with serious hepatic adverse effects including hepatic neoplasms; testosterone undecanoate has not been reported to cause this adverse event [53][57].

**2)** Long-term therapy with IM testosterone enanthate has produced multiple hepatic adenomas [53][57].

**b)** Prevention and Management

**1)** Promptly discontinue use if suspected [53][57].

**2)** Advise patients to report any signs or symptoms of hepatic dysfunction [53][57].

## Immunologic Effects

### Testosterone

#### Hypersensitivity reaction

**a)** General Information

**1)** Allergic reaction (eg, hives, lip and tongue swelling ) cause of treatment discontinuation with intranasal form [22]

**b)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): Allergic reaction was cause of treatment discontinuation in 1 patient [22]

### Testosterone Cypionate

#### Hypersensitivity reaction

**a)** Hypersensitivity reactions, including anaphylactoid reactions, may occur in patients receiving testosterone cypionate [83].

#### Non-allergic anaphylaxis

**a)** Hypersensitivity reactions, including anaphylactoid reactions, may occur in patients receiving testosterone cypionate [83].

### Testosterone Enanthate

#### Non-allergic anaphylaxis

**a)** General Information

PLAINTIFFS003736

**1)** Anaphylactoid reactions have rarely been reported following administration of testosterone enanthate [73].

## Testosterone Undecanoate
### Anaphylaxis
**a)** General Information
**1)** Anaphylaxis may occur after the first dose or with any injection during the course of therapy [59].
**b)** Adult Clinical Trials
**1)** Anaphylaxis occurred in 2 hypogonadal men who received IM testosterone undecanoate during 18 clinical trials (n=3556) [59].
**c)** Postmarketing
**1)** Episodes of anaphylaxis, including life-threatening reactions, were reported during postmarketing surveillance [59].
### Hypersensitivity reaction
**a)** Postmarketing
**1)** Hypersensitivity was reported with IM testosterone undecanoate during postmarketing surveillance [59].
### Systemic lupus erythematosus
**a)** Postmarketing
**1)** Systemic lupus erythematosus was reported with IM testosterone undecanoate during postmarketing surveillance [59].

## Musculoskeletal Effects

### Testosterone
### Advanced bone age
**a)** General Information
**1)** May accelerate bone maturation and cause premature closure of epiphyses in pediatric patients [25][22][88]
**2)** Use in pediatric patients may reduce adult stature, with greatest impact among youngest children [88]
**b)** Pediatric Clinical Trials
**1)** Replacement therapy: Height stunting in adolescents has been reported with anabolic steroid use [102]
### Myalgia
**a)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): Cause of treatment discontinuation in combination with arthralgia, fever, chills, and petechiae in 1 patient [22]
### Pain in limb
**a)** Incidence: 4.3% [22]
**b)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): Pain in extremity, 4.3% [22]

### Testosterone Enanthate
### Arthralgia
**a)** Incidence: 2% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 2% with testosterone enanthate (n=150) [74]
### Backache
**a)** Incidence: 3.3% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 3.3% with testosterone enanthate (n=150) [74]

PLAINTIFFS003737

**Increased creatine kinase level**
   **a)** Incidence: 3.3% to 3.8% [74]
   **b)** Adult Clinical Trials
     **1)** Hypogonadism (subQ route): 3.3 with testosterone enanthate (n=150) [74]
     **2)** Hypogonadism (subQ route): 3.8% with testosterone enanthate (n=133) [74]

## Testosterone Undecanoate
**Musculoskeletal pain**
   **a)** Incidence: 2.1% [53]
   **b)** Adult Clinical Trials
     **1)** Testosterone replacement (oral route): 2.1% with testosterone undecanoate (Study N=95) [53]

## Neurologic Effects

### Testosterone
**Amnesia**
   **a)** Incidence: Less than 1% [87]
   **b)** Adult Clinical Trials
     **1)** Replacement therapy (topical route): Less than 1% [87]
**Cerebrovascular accident**
   **a)** General Information
     **1)** May increase risk of major adverse cardiovascular events, such as stroke [17][2][1][14][16][5][15][3][18].
     **2)** Risk may be increased following initiation of IM injection versus the transdermal gel [105].
      **a)** Transgender
       **1)** The risk of stroke was increased 2.42-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations and a 1.8-fold increased risk compared with reference men over a mean follow-up of 9.07 years (median, 5.95 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of stroke in transmen receiving testosterone compared with reference women or men over a mean follow-up of 8.1 years (median, 4.1 years) [97].
     **b)** Adult Clinical Trials
      **1)** Low serum testosterone levels: increased risk of myocardial infarction, stroke, and all-cause mortality, 29% during a median of 531 days after coronary angiography [103]
      **2)** Unspecified indication (all routes): Initiation of IM testosterone injections was associated with 21% increased risk of stroke compared with transdermal gels when assessed over a 1-year followup period. There was no significant difference in the risk of stroke between the transdermal gel or patch [105].
     **c)** Adult Case Reports and Postmarketing
      **1)** Has been reported [17][2][1][14][16][5][15][3][18]
      **2)** A cerebrovascular accident involving the basal ganglia and internal capsule was reported in a 21-year-old man without other predisposing factors for thromboembolism [107]
**Headache**
   **a)** Incidence: 1% to 6% [25][22][85][86][87][100][108]
   **b)** General Information
     **1)** One of the most common adverse reactions and cause of treatment withdrawal with intranasal form [22]
     **2)** Has been reported with administration via injection, intranasal, or topical routes

PLAINTIFFS003738

[22][85][86][87][100][108]

**c)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): 3.8% to 4.3%, with treatment withdrawal in 1 patient [22]

**2)** Replacement therapy (topical route): 5% to 6% [85]

**3)** Replacement therapy (topical route): 1% vs 0% with placebo [25][86]

**4)** Replacement therapy (topical route): 0% to 4% [87]

**5)** Replacement therapy (transdermal route): 4% [100]

**6)** Replacement therapy (buccal route): 3.1% [108]

### Insomnia

**a)** Incidence: Up to 2% [25][28]
**b)** Adult Clinical Trials

**1)** Replacement therapy (topical route): 0% to 1% vs 0% with placebo [25]

**2)** Replacement therapy (topical route): 2% or less [28].

### Paresthesia

**a)** Incidence: Less than 1% [87][100]
**b)** General Information

**1)** Generalized paresthesias have been reported with oral testosterone and testosterone injections [94].
**c)** Adult Clinical Trials

**1)** Replacement therapy (topical route): Less than 1% [87]

**2)** Replacement therapy (transdermal route): Less than 1% [100]

## Testosterone Cypionate

### Anxiety

**a)** General Information

**1)** Has occurred with some androgens [83]

### Cerebrovascular accident

**a)** General Information

**1)** Has occurred with some androgens [82]

**2)** Increased risk of major adverse cardiovascular events reported in some, but not all, studies of testosterone replacement therapy in men [82]

**a)** Transgender

**1)** The risk of stroke was increased 2.42-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations and a 1.8-fold increased risk compared with reference men over a mean follow-up of 9.07 years (median, 5.95 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of stroke in transmen receiving testosterone compared with reference women or men over a mean follow-up of 8.1 years (median, 4.1 years) [97].

### Headache

**a)** General Information

**1)** Has occurred with some androgens [83]

### Paresthesia

**a)** General Information

**1)** Has occurred with some androgens [83]

## Testosterone Enanthate

### Cerebrovascular accident

**a)** General Information

**1)** May increase risk of major adverse cardiovascular events, such as stroke [75].

PLAINTIFFS003739

### Transgender

**1)** The risk of stroke was increased 2.42-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations and a 1.8-fold increased risk compared with reference men over a mean follow-up of 9.07 years (median, 5.95 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of stroke in transmen receiving testosterone compared with reference women or men over a mean follow-up of 8.1 years (median, 4.1 years) [97].

**b)** Postmarketing
**1)** Has been reported [75]

## Headache
**a)** Incidence: 5.3% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 5.3% with testosterone enanthate (n=150) [74]

## Insomnia
**a)** Incidence: 2.3% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 2.3% with testosterone enanthate (n=133) [74]

## Paresthesia
**a)** Adult Clinical Trials
**1)** Hypogonadism (IM route): has been reported [73].

## Testosterone Undecanoate
### Cerebrovascular accident
**a)** General Information
**1)** May increase risk of major adverse cardiovascular events, such as stroke [53] [58].

### Transgender

**1)** The risk of stroke was increased 2.42-fold in transwomen receiving transgender hormone therapy (THT) with estrogen with or without androgens compared with reference women in the general Dutch or Norwegian populations and a 1.8-fold increased risk compared with reference men over a mean follow-up of 9.07 years (median, 5.95 years) in a retrospective review of transwomen (n=2517) and transmen (n=1358) receiving THT. There was no increased risk of stroke in transmen receiving testosterone compared with reference women or men over a mean follow-up of 8.1 years (median, 4.1 years) [97].

**b)** Postmarketing
**1)** Has been reported [53][57][58]

### Dizziness
**a)** General Information
**1)** Led to discontinuation in 1 patient in a clinical trial (Study N=138) [53]

### Headache
**a)** Incidence: Greater than 2% to 4.8% [53][57]
**b)** Adult Clinical Trials
**1)** Testosterone replacement (Tlando(R), oral route): 2.1% with testosterone undecanoate (Study N=95) [57]

**2)** Testosterone replacement (Jatenzo(R), oral route): 4.8% with testosterone undecanoate (Study N=166); led to treatment discontinuation in 1.2% of patients[57]

**3)** Testosterone replacement (Jatenzo(R), oral route): Greater than 2% with testosterone undecanoate (Study N=569) [57]

### Insomnia

PLAINTIFFS003740

**a)** Incidence: 2% [58]
**b)** General Information
**1)** Led to treatment discontinuation in 1 patient in a clinical trial (Study N=138) [53]
**c)** Adult Clinical Trials
**1)** Hypogonadism (IM route): 2% [58]
### Transient ischemic attack
**a)** Postmarketing
**1)** Has been reported [58]


## Psychiatric Effects

### Testosterone
#### Anxiety
**a)** Incidence: Less than 1% [87]
**b)** General Information
**1)** Anxiety has been reported with injectable and buccal testosterone [108][88] [94].
**c)** Adult Clinical Trials
**1)** Replacement therapy (topical route): At least 2 out of 155 patients [85]
**2)** Replacement therapy (topical route): Less than 1% [87]

#### Depression
**a)** Incidence: 3% [100]
**b)** General Information
**1)** Depression has been reported with injectable testosterone [88][94].
**c)** Adult Clinical Trials
**1)** Replacement therapy (transdermal route): 3% [100]
**2)** Replacement therapy (buccal route): 1 of 117 patients treated for at least 6 months [108]

#### Dream disorder
**a)** Incidence: 1.3% [110]
**b)** Adult Clinical Trials
**1)** Replacement therapy (topical route): Abnormal dreams, 1.3% with testosterone gel (N=149) [110]

#### Hostile behavior
**a)** Incidence: Less than 1% [87]
**b)** Adult Clinical Trials
**1)** Replacement therapy (topical route): Hostility, less than 1% [87]

#### Mood swings
**a)** Incidence: Up to 1% [25]
**b)** Adult Clinical Trials
**1)** Replacement therapy (topical route): 0% to 1% vs 0% with placebo [25]
**2)** Replacement therapy (topical route): Emotional lability, 2.6% vs 0% with placebo [28]

### Testosterone Cypionate
#### Depression
**a)** Depression may occur in patients receiving testosterone cypionate [83].

### Testosterone Enanthate
#### Anxiety
**a)** Management

PLAINTIFFS003741

**1)** Advise patients to seek medical attention for manifestations of suicidal ideation or behavior, new onset or worsening depression, anxiety, or other mood changes [74].

**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): has been reported [73].

### Depression

**a)** General Information

**1)** Depression and suicidal ideation and behavior have been reported [74].

**2)** Depression leading to discontinuation occurred in 2 patients in pooled results from clinical studies (n=283) [74].

**b)** Management

**1)** Advise patients to seek medical attention for manifestations of suicidal ideation or behavior, new onset or worsening depression, anxiety, or other mood changes [74].

**c)** Adult Clinical Trials

**1)** Hypogonadism (IM route): has been reported [73].

### Suicidal thoughts

**a)** General Information

**1)** Depression and suicidal ideation and behavior have been reported [74].

**2)** Suicide attempts (1 complete and 1 incomplete) were reported in pooled results from clinical studies (n=283) [74].

**b)** Management

**1)** Advise patients to seek medical attention for manifestations of suicidal ideation or behavior, new onset or worsening depression, anxiety, or other mood changes [74].

## Testosterone Undecanoate

### Aggressive behavior

**a)** Incidence: 1.3% [59]

**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 1.3% with testosterone undecanoate (Study N=153) [59]

### Depression

**a)** General Information

**1)** Has been reported [57]

**b)** Prevention and Management

**1)** Advise patients to seek medical attention for new onset or worsening of depression, suicidal ideation or behavior, anxiety, or other mood changes [57].

### Irritability

**a)** Incidence: 2% [59]

**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 2% with testosterone undecanoate (Study N=153) [59]

### Mood swings

**a)** Incidence: 2% [59]

**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 2% with testosterone undecanoate (Study N=153) [59]

### Suicidal thoughts

**a)** General Information

**1)** Has been reported [57]

**b)** Prevention and Management

PLAINTIFFS003742

**1)** Advise patients to seek medical attention for new onset or worsening of depression, suicidal ideation or behavior, anxiety, or other mood changes [57].

## Renal Effects

### Testosterone
#### Increased frequency of urination
**a)** Incidence: Up to 2% [28]
**b)** Increased frequency of urination
**1)** Replacement therapy (topical route): 2% or less [28]

### Testosterone Enanthate
#### Hematuria
**a)** Incidence: 2% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 2% with testosterone enanthate (n=150) [74]
#### Urinary tract infectious disease
**a)** Incidence: 2.7% to 3% [74]
**b)** Adult Clinical Trials
**1)** Hypogonadism (subQ route): 2.7% with testosterone enanthate (n=150) [74]
**2)** Hypogonadism (subQ route): 3% with testosterone enanthate (n=133) [74]

## Reproductive Effects

### Testosterone
#### Atrophy of testis
**a)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): Testicular atrophy in 1 patient [22]
**b)** Adult Postmarketing
**1)** Reported during postmarketing surveillance of testosterone gel [87]
#### Azoospermia disorder
**a)** General Information
**1)** Azoospermia may occur with exogenous androgen administration [22]
#### Benign prostatic hyperplasia
**a)** Incidence: Up to 2% [28]
**b)** General Information
**1)** Patients with benign hyperplasia are at an increased risk of exacerbation with androgen treatment [23][25][22][51][22].
**2)** Geriatric patients are at greater risk for benign prostatic hyperplasia [22] and prostatic hypertrophy [86].
**c)** Prevention and Management
**1)** Monitor for worsening signs and symptoms [23][25][22][51].
**d)** Adult Clinical Trials
**1)** Replacement therapy (topical route): Up to 2% [28]
#### Breast cancer
**a)** Adult Case Reports
**1)** A 58-year-old female-to-male transsexual patient with a 25-year history of testosterone therapy was found to have breast cancer upon consultation for bilateral mastectomy. The patient had a hysterectomy previously. Preoperative mammography revealed mammary gland involution that was confirmed by ultrasonography, which showed an irregular structure in the in the left breast with a maximum diameter of 7 mm. Upon bilateral mastectomy, histology showed estrogen-receptor positive, progesterone-receptor negative, HER2 negative

PLAINTIFFS003743

invasive ductal carcinoma .The mastectomy performed on the left side included axillary lymph node dissection, and the patient received chemotherapy. A recurrence developed about 2 years later, and the patient underwent re-excision, radiotherapy, and tamoxifen therapy; the patient has been in remission since that time [115].

**Drug-induced virilization**
**a)** General Information
**1)** Virilization in children who were secondarily exposed to testosterone gel has been reported [25][85][87]. [87].

**2)** Reported signs and symptoms have included enlargement of the penis or clitoris, premature development of pubic hair, increased erections and libido, aggressive behavior, and advanced bone age [87].

**3)** Upon removal of the testosterone gel exposure, signs and symptoms regressed in a majority or cases. However, in a few cases, enlarged genitalia did not fully return to age-appropriate normal size, and bone age remained modestly greater than chronological age [87].

**4)** In some cases, direct contact with the application site of testosterone gel was reported, and in at least one case, exposure was suspected to be secondary to exposure to the testosterone gel user's shirt, towels, and/or sheets [87].

**5)** Amenorrhea, menstrual irregularities, the inhibition of gonadotropin secretion, and virilization are the most common side effects of androgen therapy in women [88].

**Large prostate**
**a)** Incidence: 11.7% [87]
**b)** Adult Clinical Trials
**1)** Replacement therapy (topical route): 11.7% [87]

**Oligozoospermia**
**a)** General Information
**1)** Oligospermia may occur with high-dose androgen treatment [25][22] for prolonged periods [94][88].

**2)** Large doses of androgens may suppress spermatogenesis and adversely affect semen, including decreased sperm count [23].
**b)** Adult Postmarketing
**1)** Oligospermia has been reported [87].

**Penile erection, Spontaneous**
**a)** Incidence: 1% [90]
**b)** Adult Clinical Trials
**1)** Replacement therapy (topical route): 1% with testosterone 50 mg (n=103) and 0% with testosterone 100 mg (n=149) vs 0% with placebo (n=99) [90]

**Priapism**
**a)** Pediatric Case Reports and Postmarketing
**1)** A case of priapism was reported in a 15-year-old boy following the administration of an IM injection of Triolandren(R), a combination of testosterone esters [116].

**2)** Priapism has been reported during postmarketing surveillance [87].

**Prostate cancer**
**a)** Incidence: Up to 1.2% [51][100]
**b)** General Information
**1)** Androgen treatment increases risk for prostate cancer [23][25][22][51].

**2)** Geriatric patients are at increased risk for prostatic carcinoma [86].

**3)** No significant difference was found in prostate cancer risk in a case control study comparing patients with prostate cancer (n=284) vs matched control patients without prostate cancer (n=1378) who received testosterone replacement

PLAINTIFFS003744

therapy between 2009 and 2012; the risk did not increased when analyzed by form (gel vs other forms) or timing/duration of therapy [117].

**c)** Prevention and Management

**1)** Contraindicated in patients with prostate cancer [23][25][22]

**2)** Evaluate patients at baseline [23], within 3 to 6 months of treatment initiation, and thereafter per screening guidelines [22].

**d)** Adult Clinical Trials

**1)** Replacement therapy (topical route): Prostatic carcinoma, 1.2% [51]

**2)** Replacement therapy (transdermal route): Prostatic carcinoma, less than 1% [100]

**e)** Adult Postmarketing

**1)** Replacement therapy: Two cases of prostatic adenocarcinoma and one case of chronic impotence occurred in 3 men during testosterone treatment [118]

**2)** Impotence (IM route): Adenocarcinoma developed in a 58-year-old man treated with testosterone 180 mg every 2 weeks [119]

### Raised prostate specific antigen

**a)** Incidence: 1% to 11.1% [22][28][85]

**b)** General Information

**1)** One of the most common adverse reactions and cause of treatment discontinuation with intranasal form [22]

**c)** Prevention and Management

**1)** Evaluate for prostate cancer at baseline, within 3 to 6 months of treatment initiation, and thereafter per screening guidelines [22]

**d)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): 5.1% to 5.8%, with mean serum PSA level increases of 0.1 to 0.2 ng/mL; and treatment discontinuation in 1 patient [22]

**2)** Replacement therapy (topical route): PSA level increase, 11.1% (mean 0.14 nanograms/mL) vs 0% (mean 0.12 ng/mL) with placebo [28]

**3)** Replacement therapy (topical route): PSA levels increased by a significant 21.9% (between 0.19 to 0.61 nanograms/dL) from baseline in treatment-inexperienced men with baseline testosterone levels of less than 250 ng/mL; nonsignificant elevations in PSA levels occurred in men with baseline testosterone levels of 250 ng/dL or more. PSA levels significantly decreased in both groups over 12 months of treatment [120].

**4)** Replacement therapy (topical route): 1% to 4% [85]

**5)** Replacement therapy (topical route): Serum PSA levels increased by 18%, with a significant 0.26 ng/mL increase during the initial 6 months of treatment and an overall mean change from baseline of 0.11 ng/mL over 3 years. Prostate cancer was detected in 2 patients [87].

### Reduced libido

**a)** Incidence: Up to 2% [28]

**b)** Adult Clinical Trials

**1)** Replacement therapy (topical route): 2% or less [28]

**2)** Replacement therapy (transdermal route): Less than 1% [100]

## Testosterone Cypionate

### Breast cancer

**a)** Adult Case Reports

**1)** A 58-year-old female-to-male transsexual patient with a 25-year history of testosterone therapy was found to have breast cancer upon consultation for bilateral mastectomy. The patient had a hysterectomy previously. Preoperative mammography revealed mammary gland involution that was confirmed by ultrasonography, which showed an irregular structure in the left breast with a maximum diameter of 7 mm. Upon bilateral mastectomy, histology showed estrogen-receptor positive, progesterone-receptor negative, HER2 negative

PLAINTIFFS003745

invasive ductal carcinoma .The mastectomy performed on the left side included axillary lymph node dissection, and the patient received chemotherapy. A recurrence developed about 2 years later, and the patient underwent re-excision, radiotherapy, and tamoxifen therapy; the patient has been in remission since that time [115].

### Excessive erection
**a)** Excessive frequency and duration of penile erections may occur in patients receiving testosterone cypionate [83].

### Increased libido
**a)** Increased libido may occur in patients receiving testosterone cypionate [83].

### Oligozoospermia
**a)** Oligospermia may occur in patients receiving high doses of testosterone cypionate [83].

### Prostate cancer
**a)** General Information

**1)** No significant difference was found in prostate cancer risk in a case control study comparing patients with prostate cancer (n=284) vs matched control patients without prostate cancer (n=1378) who received testosterone replacement therapy between 2009 and 2012; the risk did not increased when analyzed by form (gel vs other forms) or timing/duration of therapy [117].

### Reduced libido
**a)** Decreased libido may occur in patients receiving testosterone cypionate [83].

## Testosterone Enanthate

### Amenorrhea
**a)** General Information

**1)** Amenorrhea has commonly been reported in female patients following administration of testosterone enanthate [73].

### Breast cancer
**a)** Adult Case Reports

**1)** A 58-year-old female-to-male transsexual patient with a 25-year history of testosterone therapy was found to have breast cancer upon consultation for bilateral mastectomy. The patient had a hysterectomy previously. Preoperative mammography revealed mammary gland involution that was confirmed by ultrasonography, which showed an irregular structure in the in the left breast with a maximum diameter of 7 mm. Upon bilateral mastectomy, histology showed estrogen-receptor positive, progesterone-receptor negative, HER2 negative invasive ductal carcinoma .The mastectomy performed on the left side included axillary lymph node dissection, and the patient received chemotherapy. A recurrence developed about 2 years later, and the patient underwent re-excision, radiotherapy, and tamoxifen therapy; the patient has been in remission since that time [115].

### Excessive erection
**a)** General Information

**1)** Excessive frequency and duration of penile erections has been reported following administration of testosterone enanthate [73].

### Gynecomastia
**a)** General Information

**1)** Gynecomastia has been reported [74][73].

**2)** Symptoms may include breast pain, breast tenderness or nipple tenderness [26]

**b)** Management

**1)** If symptoms occur, a period of monitoring based on clinical judgment should be considered as breast symptoms sometimes abate [26].

### Increased libido
**a)** General Information

PLAINTIFFS003746

**1)** Increased libido has been reported following administration of testosterone enanthate [73].

## Oligozoospermia

**a)** General Information

**1)** Oligospermia and spermatogenesis has been reported following administration of testosterone enanthate at high doses [74][73].

## Priapism

**a)** Adult Case Reports

**1)** A case of testosterone-induced priapism was documented in a 23-year-old man with hypergonadotropic hypogonadism. The patient received 250 mg testosterone enanthate IM every 14 days. Upon the fourth injection, a dose of 500 mg was administered at the patient's request. Severe priapism developed 12 hours later, which lasted until the patient presented in the emergency room 36 hours later. Complete detumescence was achieved 17 hours after a corporeal glandular shunt was performed. Two months postoperatively, the patient continued with biweekly testosterone injections at a dose of 250 mg without further incidence of priapism. These data suggest that priapism was related to a high dose of testosterone and that testosterone-induced priapism may be dose-dependent [125].

**2)** Severe priapism in a 20-year-old man following IM injections of testosterone enanthate 250 mg every 2 weeks has been reported. Three days after the third injection, the patient developed a painful erection that was not accompanied by sexual stimulation. Subsequent conservative therapy failed to reverse the priapism and the patient had to undergo 2 surgical procedures to achieve detumescence [126].

## Prostate cancer

**a)** General Information

**1)** Patients treated with androgens may be at increased risk for prostate cancer [74].

**b)** Prevention

**1)** Evaluate for prostate cancer prior to beginning thearpy [74].

**c)** Adult Clinical Trials

**1)** No significant difference was found in prostate cancer risk in a case control study comparing patients with prostate cancer (n=284) vs matched control patients without prostate cancer (n=1378) who received testosterone replacement therapy between 2009 and 2012; the risk did not increased when analyzed by form (gel vs other forms) or timing/duration of therapy [117].

**d)** Adult Case Report

**1)** A case of prostate cancer was reported in a patient with Klinefelter syndrome who had undergone long-term testosterone replacement therapy since childhood. Intramuscular testosterone enanthate every 1 to 2 weeks was initiated at age 16 and continued for 35 years. The patient's initial prostate-specific antigen (PSA) level at age 49 was 3.6 ng/dL. The following year, his PSA level rose to 5.4 ng/dL and 6 months later, the PSA level reached 12.2 ng/dL. The rise in PSA was accompanied by a slight increase in irritative voiding symptoms and adenocarcinoma was confirmed. Radical prostatectomy was performed and the patient recovered well from surgery. Androgen replacement therapy was not reintroduced until the patient remained recurrence-free for a minimum of 1 year following surgery [127].

## Prostatitis

**a)** Incidence: 2.7% to 3% [74]

**b)** Adult Clinical Trials

**1)** Hypogonadism (subQ route): 2.7% with testosterone enanthate (n=150) [74]

**2)** Hypogonadism (subQ route): 3% with testosterone enanthate (n=133) [74]

## Raised prostate specific antigen

**a)** Incidence: 3% to 12% [74]

**b)** General Information

PLAINTIFFS003747

**1)** Defined as a increase from baseline of at least 1.4 nanogram (ng)/mL, or greater than 4 ng/mL [74]

**2)** Led to discontinuation in 4.6% of patients in clinical studies [74]

**c)** Adult Clinical Trials

**1)** Hypogonadism (subQ route): 12% with testosterone enanthate (n=150) [74]

**2)** Hypogonadism (subQ route): 3% with testosterone enanthate (n=133) [74]

### Reduced libido

**a)** General Information

**1)** Decreased libido has been reported following administration of testosterone enanthate [73].

### Virilization

**a)** General Information

**1)** Virilization, including inhibition of gonadotropin secretion, deepening of the voice, and enlargement of the clitoris has commonly been reported in female patients following administration of testosterone enanthate. If administered during pregnancy, virilization of the external genitalia may occur in female fetuses [73].

## Testosterone Undecanoate

### Benign prostatic hyperplasia

**a)** General Information

**1)** Patients treated with androgens are at an increased risk for worsening of signs and symptoms of benign prostatic hyperplasia (BPH) [53][57].

**b)** Prevention

**1)** Monitor for worsening signs or symptoms of BPH [53][57]

**c)** Postmarketing

**1)** BPH was reported with IM testosterone undecanoate during postmarketing surveillance [59].

### Breast cancer

**a)** Adult Case Reports

**1)** A 58-year-old female-to-male transsexual patient with a 25-year history of testosterone therapy was found to have breast cancer upon consultation for bilateral mastectomy. The patient had a hysterectomy previously. Preoperative mammography revealed mammary gland involution that was confirmed by ultrasonography, which showed an irregular structure in the in the left breast with a maximum diameter of 7 mm. Upon bilateral mastectomy, histology showed estrogen-receptor positive, progesterone-receptor negative, HER2 negative invasive ductal carcinoma .The mastectomy performed on the left side included axillary lymph node dissection, and the patient received chemotherapy. A recurrence developed about 2 years later, and the patient underwent re-excision, radiotherapy, and tamoxifen therapy; the patient has been in remission since that time [115].

### Disorder of ejaculation

**a)** Incidence: 1.3% [59]

**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 1.3% with testosterone undecanoate (Study N=153) [59]

### Disorder of prostate, Induration

**a)** Incidence: 1.3% [59]

**b)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 1.3% with testosterone undecanoate (Study N=153) [59]

### Hypogonadism

**a)** Incidence: 2.6% [59]

**b)** Adult Clinical Trials

PLAINTIFFS003748

**1)** Hypogonadism (IM route): 2.6% with testosterone undecanoate (Study N=153) [59]

### Large prostate

**a)** Adult Clinical Trials

**1)** Testosterone replacement (oral route): Greater than 2% with testosterone undecanoate (Study N=569) [57]

### Prostate cancer

**a)** Incidence: 1.3% [59]

**b)** General Information

**1)** No significant difference was found in prostate cancer risk in a case control study comparing patients with prostate cancer (n=284) vs controls (n=1378) who received testosterone replacement therapy; the risk did not increased when analyzed by form (gel vs other forms) or timing or duration of therapy [117].

**c)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 1.3% with testosterone undecanoate (Study N=153) [59]

**d)** Incidence: 1.3% [59]

**e)** General Information

**1)** Patients treated with androgens are at an increased risk for prostate cancer [53][57].

**f)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 1.3% with testosterone undecanoate (Study N=153) [59]

### Raised prostate specific antigen

**a)** Incidence: 4.6% [59]

**b)** General Information

**1)** Mean increase in prostate specific antigen (PSA) in a clinical trial was 0.2 nanograms (ng)/mL from baseline with testosterone undecanoate (n=161); increases in serum PSA from baseline of at least 1.4 ng/mL or PSA greater than 4 ng/mL occurred in 1.9% of patients [57]

**c)** Adult Clinical Trials

**1)** Hypogonadism (IM route): 4.6% with testosterone undecanoate (Study N=153) [59]

## Respiratory Effects

### Testosterone

#### Bleeding from nose

**a)** Incidence: 3.8% to 6.5% [22]

**b)** General Information

**1)** One of the most common adverse reactions with intranasal form [22]

**2)** Symptoms usually mild to moderate [22]

**c)** Prevention and Management

**1)** Consider further evaluation or possible withdrawal if condition occurs [22]

**d)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): 3.8% to 6.5% [22]

#### Bronchitis

**a)** Incidence: 3.8% to 4.3% [22]

**b)** General Information

**1)** One of the most common adverse reactions with intranasal form [22]

**c)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): 3.8% to 4.3% [22]

#### Cough

PLAINTIFFS003749

**a)** Incidence: Less than 3% [22]
**b)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): Less than 3% [22]

### Discomfort, Nasal

**a)** Incidence: 3.8% to 5.9% [22]
**b)** General Information
**1)** One of the most common adverse reactions and cause of treatment discontinuation with intranasal form [22]

**2)** Symptoms usually mild to moderate [22]
**c)** Prevention and Management
**1)** Consider further evaluation or possible withdrawal if condition occurs [22]
**d)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): Nasal discomfort, 3.8% to 5.9%, with treatment withdrawal in 1 subject [22]

### Excoriation of skin, Nasal

**a)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): 1 patient [22]

### Nasal congestion

**a)** Incidence: Up to 3.9% [22]
**b)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): More than 2% to 3.9% [22]

### Nasal discharge

**a)** Incidence: 3.8% to 7.8% [22]
**b)** General Information
**1)** Rhinorrhea was of the most common adverse reactions with intranasal form [22]

**2)** Symptoms usually mild to moderate [22]
**c)** Prevention and Management
**1)** Consider further evaluation or possible withdrawal if condition occurs [22]
**d)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): Rhinorrhea, 3.8% to 7.8% [22]

### Nasal mucosa dry

**a)** Incidence: Up to 4.2% [22]
**b)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): More than 2% to 4.2% [22]

### Nasopharyngitis

**a)** Incidence: 3.8% to 8.7% [22]
**b)** General Information
**1)** One of the most common adverse reactions with intranasal form [22]

**2)** Symptoms usually mild to moderate [22]
**c)** Prevention and Management
**1)** Consider further evaluation or possible withdrawal if condition occurs [22]
**d)** Adult Clinical Trials
**1)** Replacement therapy (intranasal route): 3.8% to 8.7% [22]

### Pulmonary embolism

**a)** Prevention and Management
**1)** Evaluate for pulmonary embolism (PE) if acute dyspnea develops [25][22]
**2)** Discontinue if condition suspected and initiate workup and treatment [25][22]
**b)** Adult Clinical Trials
**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis), a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case

PLAINTIFFS003750

(n=19,215)-control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

**c)** Adult Postmarketing

**1)** Venous thromboembolism, including DVT and PE, has been reported in postmarketing surveillance [25][22]

### Sense of smell altered

**a)** Incidence: 5.8% [22]

**b)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): Parosmia, 5.8% [22]

### Sinusitis

**a)** Incidence: 3.8% [22]

**b)** General Information

**1)** One of the most common adverse reactions with intranasal form [22]

**c)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): 3.8% [22]

### Sleep apnea

**a)** General Information

**1)** Testosterone may contribute to sleep apnea onset, particularly in at-risk (eg, obesity or chronic lung disease) hypogonadal men [23][25][22][85][86][87].

### Upper respiratory infection

**a)** Incidence: 3.8% to 4.3% [22]

**b)** General Information

**1)** One of the most common adverse reactions with intranasal form [22]

**c)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): 3.8% to 4.3% [22]

## Testosterone Cypionate

### Pulmonary embolism

**a)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis), a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215)-control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

## Testosterone Enanthate

### Cough

**a)** Incidence: 2.7% [74]

**b)** Adult Clinical Trials

**1)** Hypogonadism (subQ route): 2.7% with testosterone enanthate (n=150) [74]

### Pulmonary embolism

**a)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis) a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215)-control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

**b)** Prevention and Management

**1)** Evaluate patients with pain, edema, warmth, or erythema in the lower extremity for DVT and those with acute shortness of breath for pulmonary embolism [74].

**2)** Discontinue use if suspected and initiate appropriate work up and management [74].

PLAINTIFFS003751

**c)** Postmarketing

**1)** Venous thromboembolic events, including DVT and pulmonary embolism, have been reported during postmarketing use in patients using testosterone products [74].

### Sleep apnea

**a)** Incidence: 2% [74]

**b)** General Information

**1)** Treatment with testosterone products may potentiate sleep apnea [74].

**2)** Increased likelihood in at risk patients (eg, obesity, chronic lung disease) [74]

**c)** Adult Clinical Trials

**1)** Hypogonadism (subQ route): 2% with testosterone enanthate (n=150) [74]

**d)** Adult Case Reports

**1)** After receiving intramuscular testosterone enanthate weekly for a period of 10 months as an experimental contraceptive agent, and human chorionic gonadotropin (5000 international units) intramuscularly for 3 months, a 36-year-old moderately obese man began to experience difficulty in sleeping, daytime somnolence, and mood depression. His medical history and physical examination were unremarkable; routine hematologic and blood-chemistry studies were normal. In addition, he had received cimetidine (300 mg 3 times daily) for reflux esophagitis, and amoxapine (150 mg daily) for depression. Upper airway examination had revealed no source of obstruction; however, pulmonary function tests revealed a reduced functional residual capacity consistent with obesity as well as a mild obstructive defect. Sleep studies, testosterone levels, discontinuance of testosterone, and repeat rechallenge confirmed an association with exacerbations of clinical symptoms and testosterone administration. In comparison with normal apnea index values (less than 5 episodes of apnea lasting for more than 10 seconds per hour of sleep), his values increased to 26 and 40 following testosterone administration. Discontinuation of the drug resulted in normalization of most laboratory values (apneic index, total sleep time, free testosterone, hypoxic and hypercapnic ventilatory response, oxygen consumption) within 5 weeks. Complete reversal was achieved after 6 months [124].

## Testosterone Undecanoate

### Pulmonary embolism

**a)** Prevention and Management

**1)** Evaluate patients who present with shortness of breath for pulmonary embolism [53][57][92].

**2)** Discontinue use and initiate appropriate workup and management if suspected [53][57][58].

**b)** Adult Clinical Trials

**1)** Testosterone treatment (multiple routes): VTE (pulmonary embolism and deep vein thrombosis), a significant 63% increased risk during the first 6 months of treatment with testosterone as compared to no testosterone therapy in a case (n=19,215)-control (n=909,530) population-based study; a trend of decreased risk was noted with prolonged (greater than 6 months) or recent (2-year testosterone-free period) testosterone use [98].

**c)** Postmarketing

**1)** Venous thromboembolic events, including DVT and pulmonary embolism, have been reported during postmarketing experience [53][57][92].

### Pulmonary embolism, Oil microembolism

**a)** General Information

**1)** Symptoms such as coughing, dyspnea, hyperhidrosis, throat tightening, chest pain, dizziness, and syncope occurred during or immediately after the injection [59].

**2)** Although the majority of reactions lasted a few minutes and responded to supportive care, some lasted several hours and required emergency intervention and/or hospitalization [59].

PLAINTIFFS003752

**3)** POME reactions may occur after the first dose or with any injection during the course of therapy [59].

**b)** Adult Clinical Trials

**1)** Pulmonary oil microembolism (POME) occurred in 8 hypogonadal men (9 total events) who received IM testosterone undecanoate during 18 clinical trials (n=3556) [59].

**c)** Postmarketing

**1)** Serious POME reactions were also reported with testosterone undecanoate 1000 mg IM during postmarketing surveillance [59].

### Sleep apnea

**a)** General Information

**1)** Treatment of hypogonadal men with testosterone may potentiate sleep apnea in some patients, especially those with risk factors (eg, obesity, chronic lung disease) [53][57][59].

**b)** Postmarketing

**1)** Sleep apnea syndrome was reported with IM testosterone undecanoate during postmarketing surveillance [59].

### Upper respiratory infection

**a)** Incidence: 3.6% [53]

**b)** Adult Clinical Trials

**1)** Testosterone replacement (oral route): 3.6% with testosterone undecanoate (Study N=138) [53]


## Other

### Testosterone

#### Death

**a)** General Information

**1)** Risk may be increased following initiation of IM injection versus the transdermal gel [105].

**b)** Adult Clinical Trials

**1)** Low serum testosterone levels (unspecified route): increased risk of myocardial infarction, stroke, and all-cause mortality, 29% [103]

**2)** Unspecified indication (all routes): Initiation of IM testosterone injections was associated with 34% more deaths compared with transdermal gels when assessed over a 1-year followup period. There was no significant difference in the risk of death between the transdermal gel or patch [105].

#### Pain of breast

**a)** Incidence: 1% to 3% [87]

**b)** Adult Clinical Trials

**1)** Replacement therapy (topical route): 1% to 3% [87]

#### Persistent pain following procedure

**a)** Incidence: 4.3% [22]

**b)** Adult Clinical Trials

**1)** Replacement therapy (intranasal route): Procedural pain, 4.3% [22]

### Testosterone Cypionate

#### Drug abuse

**a)** The dependence on a combination of anabolic and androgenic steroids including testosterone cypionate was reported in a 24-year-old, noncompetitive male weight lifter. The patient met the DSM-III-R criteria for psychoactive substance dependence, and appeared depressed with some anxiety. Mild psychomotor retardation was present, and prior to medical examination the patient reported suicidal tendencies [128].

PLAINTIFFS003753

**Testosterone Enanthate**
    **Fatigue**
        **a)** Incidence: 2% to 2.3% [74]
        **b)** Adult Clinical Trials
            **1)** Hypogonadism (subQ route): 2% with testosterone enanthate (n=150) [74]
            **2)** Hypogonadism (subQ route): 2.3% with testosterone enanthate (n=133) [74]
    **Neoplasm of liver**
        **a)** General Information
        **1)** Hepatocellular neoplasms have rarely been reported following administration of testosterone enanthate [73].
        **2)** Long-term therapy with testosterone enanthate, which elevates blood levels for prolonged periods, has produced multiple hepatic adenomas [108].

**Testosterone Undecanoate**
    **Fatigue**
        **a)** Incidence: 2% [59]
        **b)** Adult Clinical Trials
        **1)** Hypogonadism (IM route): 2% with testosterone undecanoate (Study N=153) [59]

## Black Box Warning 

**1)** Testosterone
**a)** Topical (Gel/Jelly)
Secondary Exposure to Testosterone
Virilization has been reported in children who were secondarily exposed to testosterone gel. Children should avoid contact with unwashed or unclothed application sites in men using testosterone gel.
Healthcare providers should advise patients to strictly adhere to recommended instructions for use [15][5][18][3][2].

**b)** Topical (Solution)
Secondary Exposure to Testosterone
Virilization has been reported in children who were secondarily exposed to topical testosterone products.
Children should avoid contact with unwashed or unclothed application sites in men using testosterone topical solution.
Healthcare providers should advise patients to strictly adhere to recommended instructions for use [1].

**2)** Testosterone Enanthate
**a)** Subcutaneous (Solution)
**1)** Warning: Blood Pressure Increases
Testosterone enanthate can cause blood pressure (BP) increases that can increase the risk for major adverse cardiovascular events (MACE), including non-fatal myocardial infarction, non-fatal stroke and cardiovascular death, with greater risk for MACE in patients with cardiovascular risk factors or established cardiovascular disease.

Before initiating testosterone enanthate, consider the patient's baseline cardiovascular risk and ensure blood pressure is adequately controlled.

Starting approximately 6 weeks after initiating therapy, periodically monitor for and treat new-onset hypertension or exacerbations of pre-existing hypertension in patients on testosterone enanthate.

PLAINTIFFS003754

Re-evaluate whether the benefits of testosterone enanthate outweigh its risks in patients who develop cardiovascular risk factors or cardiovascular disease while on treatment.

Due to this risk, use testosterone enanthate only for the treatment of men with hypogonadal conditions associated with structural or genetic etiologies [74].

**3)** Testosterone Undecanoate
**a)** Intramuscular (Solution)
Serious Pulmonary Oil Microembolism (POME) Reactions and Anaphylaxis

Serious POME reactions, involving urge to cough, dyspnea, throat tightening, chest pain, dizziness, and syncope; and episodes of anaphylaxis, including life-threatening reactions, have been reported to occur during or immediately after the administration of testosterone undecanoate injection. These reactions can occur after any injection of testosterone undecanoate during the course of therapy, including after the first dose.
Following each injection of testosterone undecanoate, observe patients in the healthcare setting for 30 minutes in order to provide appropriate medical treatment in the event of serious POME reactions or anaphylaxis.
Because of the risks of serious POME reactions and anaphylaxis, testosterone undecanoate is available only through a restricted program under a Risk Evaluation and Mitigation Strategy (REMS) called the Aveed(R) REMS Program [58].

**b)** Oral (Capsule)
Warning: Blood Pressure Increases

Testosterone undecanoate can cause blood pressure (BP) increases that can increase the risk of major adverse cardiovascular events (MACE), including non-fatal myocardial infarction, non-fatal stroke and cardiovascular death, with greater risk for MACE in patients with cardiovascular risk factors or established cardiovascular disease.
Before initiating testosterone undecanoate, consider the patient's baseline cardiovascular risk and ensure blood pressure is adequately controlled.
Starting approximately 3 weeks after initiating therapy or changing the dose, periodically monitor for and treat new-onset hypertension or exacerbations of pre-existing hypertension in patients on testosterone undecanoate.
Re-evaluate whether the benefits of testosterone undecanoate outweigh its risks in patients who develop cardiovascular risk factors or cardiovascular disease while on treatment.
Due to this risk, use testosterone undecanoate only for the treatment of men with hypogonadal conditions associated with structural or genetic etiologies [57].

## REMS

No results available

## Drug Interactions (single)

### Drug-Drug Combinations

#### Alclometasone
**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical

PLAINTIFFS003755

**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Amcinonide

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Anisindione

**1)** Interaction Effect: increased risk of bleeding
**2)** Summary: A number of case reports have demonstrated that coadministration of oral anticoagulants and 17-alkylated androgens (fluoxymesterone, oxandrolone, oxymetholone, methyltestosterone, methandrostenolone, stanozolol) has resulted in a prolonged prothrombin time and hemorrhages[134][135][136][137][138]. Testosterone has been reported to suppress the clotting factors II, V, VII, and X, which may result in bleeding in patients receiving concomitant anticoagulant therapy [139].
**3)** Severity: major
**4)** Onset: delayed
**5)** Substantiation: theoretical
**6)** Clinical Management: Concurrent use of anabolic steroids and anisindione should be avoided when possible. If the drugs must be used together, frequent monitoring of the anticoagulant response must be maintained.
**7)** Probable Mechanism: unknown
**8)** Literature Reports

  **a)** Anabolic steroids have been well documented to cause important interactions with dicumarol. The anabolic steroids enhance dicumarol's anticoagulant activity perhaps through reductions in clotting factor formation and increased clotting factor degradation. The 17-alpha-alkylated steroids (fluoxymesterone, oxandrolone, oxymetholone, methyltestosterone, methandrostenolone, stanozolol) appear to be more likely to induce this reaction than the non-substituted steroids [129][130][131][132][133].

## Beclomethasone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Betamethasone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].

PLAINTIFFS003756

**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

### Budesonide
**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

### Bupropion
**1)** Interaction Effect: lowering of the seizure threshold
**2)** Summary: Concomitant administration of buPROPion and agents that lower seizure threshold, such as systemic steroids, should be undertaken with caution. In addition to using small initial doses and gradual dose increases, follow the dosing regimen recommendation according to each product labeling as xaximum daily dose varies by product formulation and indication[157][158][159][160][161].
**3)** Severity: major
**4)** Onset: rapid
**5)** Substantiation: theoretical
**6)** Clinical Management: The concurrent administration of buPROPion and systemic steroids should be used with caution. Maximum daily dose varies by product formulation and indication: 1) When coadministration of buPROPion immediate-release (Wellbutrin(R)) is required, do not exceed the total daily dose of 450 mg. Minimize the risk of seizure by giving the daily dose three times daily, and limit each single dose to 150 mg or less[157]. 2) When coadministered with buPROPion extended-release tablets (Wellbutrin XL(R)), do not exceed the total daily dose of 450 mg [158]. 3) Coadministration of sustained-release buPROPion (Wellbutrin SR(R)) should not exceed the total daily maximum of 400 mg, and should be given twice daily. Each single dose should not be higher than 200 mg to minimize high peak concentration of buPROPion [159]. 4) When administration of buPROPion extended-release or sustained-release buPROPion (Zyban(R)) is indicated for smoking cessation, the total daily dose should not exceed more than 300 mg. Give the daily dose twice daily, and limit each single dose to 150 mg or less [160][161]. Furthermore, consider using small initial doses and gradual dose increases.
**7)** Probable Mechanism: unknown

### Ciclesonide
**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

PLAINTIFFS003757

**Clobetasol**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Clobetasone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Clocortolone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Corticotropin**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Coadministration of testosterone with corticotropin (ACTH) may enhance the formation of edema, especially in the susceptible patient with a history of cardiac or hepatic dysfunction[156].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Testosterone and corticotropin should be co-administered with caution, especially in patients with cardiac or hepatic disease.
**7)** Probable Mechanism: unknown

**Cortisone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified

PLAINTIFFS003758

**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Cyclosporine

**1)** Interaction Effect: an increased risk of cycloSPORINE toxicity (renal dysfunction, cholestasis, paresthesias)
**2)** Summary: Concomitant administration of cycloSPORINE and anabolic steroids may result in increased cycloSPORINE blood levels and toxicity[153][154][155].
**3)** Severity: moderate
**4)** Onset: delayed
**5)** Substantiation: theoretical
**6)** Clinical Management: If clinically possible, avoid this combination. If these two drugs are given concomitantly, monitor circulating cycloSPORINE levels and adjust cycloSPORINE dosage as necessary; also, monitor patients for increased cycloSPORINE toxicity (renal dysfunction, neurotoxicity).
**7)** Probable Mechanism: decreased cycloSPORINE metabolism
**8)** Literature Reports

  **a)** Concomitant administration of cycloSPORINE and anabolic steroids may result in increased cycloSPORINE blood levels and toxicity. This effect has been observed in 2 case studies with methyltestosterone and in 1 case study with danazol [150][151][152].

## Dehydroepiandrosterone

**1)** Interaction Effect: increased risk of adverse androgenic and hepatic effects
**2)** Summary: Patients electing to take both dehydroepiandrosterone (DHEA) and testosterone are at increased risk for androgenic side effects. Data are conflicting on the extent that DHEA increases the testosterone-epitestosterone (T/E) ratio[174][175]. The effect appears to be dose-dependent, and at doses commonly used by body-builders (e.g. 1000 milligrams), androgenic effects are likely. Concomitant use is not advised.
**3)** Severity: moderate
**4)** Onset: rapid
**5)** Substantiation: theoretical
**6)** Clinical Management: Avoid concomitant use of dehydroepiandrosterone (DHEA) and testosterone. DHEA may increase testosterone levels, increasing the incidence of adverse androgenic adverse effects such as oligospermia (in men), gynecomastia, prostatic hypertrophy (especially in elderly males), and virilization in women (deepening voice, hirsutism, acne, clitoromegaly, and menstrual irregularities). Libido may increase or decrease. Adverse hepatic effects may also occur (peliosis hepatitis, hepatic neoplasms).
**7)** Probable Mechanism: additive androgenic effect, since dehydroepiandrosterone appears to act as a pro-drug for testosterone
**8)** Literature Reports

  **a)** Dehydroepiandrosterone (DHEA) increased the testosterone-epitestosterone (T/E) ratio in an uncontrolled study of 4 human volunteers. Two over the counter DHEA preparations were used in this study. Nature's Pride "DHEA 50 mg+" (product A) contained DHEA 50 milligrams (mg), suma 25 mg, Korean ginseng 25 mg, muira pauma 25 mg, shitake mushroom concentration 15 mg, and green tea extract 5 mg. The second product, YourLife DHEA (product B), contained DHEA 25 mg as the only active ingredient listed on the label. Neither product contained testosterone as detected by gas chromatography-mass spectrometry (GC-MS) analyses. All subjects (except subject 4) took the product once daily for 4 days at breakfast. Subject 1 (age 47) took both preparations at 3 dosage levels at different times over a 6 month period: product A 50 mg/day, product A 100 mg/day, and product B 150 mg/day for 4 days. Subjects 2 (age 61) and 3 (age 28) took product B 50 mg/day and 100 mg/day, respectively. Subject 4 (age 27) took product A 100 mg/day for 2 days. A 24-hour urine was collected on day 3 and spot urine samples were taken in the morning and evening of day 4. Subject 1 at DHEA doses of 50 mg/day, 100 mg/day, and 150 mg/day had T/E ratios of 8.1, 11.4, and 14.4, respectively, compared to a pre-dose ratio of 2.4. Pre-dose T/E ratios for subjects 2 and 3 were 1.3 and 1.7, respectively, and T/E ratios were 1.6 and 3.9, respectively after DHEA. Subject 4 had a pre-dose T/E ratio of 0.8 and a T/E ratio of 1.1 following DHEA. Ratios exceeding 6:1 are used by several organizations including the United States Military and the International Olympic Committee (IOC) as an indication

PLAINTIFFS003759

that additional tests are warranted to rule out use of exogenous physiological steroids. Manipulation of the steroid endocrine system to improve athletic performance has led some DHEA supplement providers on the internet to recommend up to 1000 mg/day [171].

**b)** Differences in baseline mean T/E ratios and dehydroepiandrosterone (DHEA) treatment mean ratios were not significant in 7 healthy subjects. Mean baseline T/E ratio was 0.67 (range: 0.1 to 1.2). DHEA 50 mg was taken each morning for 30 days with urinary samples collected before and two to three hours after ingestion with no voiding before collection. Individual variation was prevalent. The greatest individual variation from baseline to treatment mean T/E ratio was 1.20 to 2.11. The greatest difference from baseline mean to peak treatment mean T/E ratio was 1.2 to 3.7. A single dose of DHEA 250 mg resulted in a 40% increase in the T/E ratio relative to the pre-dose value (peak T/E ratio equal to 1.2). DHEA at this dose had a minimal effect on urine T/E ratios and would not be expected to result in a positive screen for testosterone abuse as the T/E ratio must exceed 6:1 [172].

**c)** Two female volunteers demonstrated three to four fold increases in plasma testosterone levels following dehydroepiandrosterone (DHEA) 100 mg administration. In subject 1, the pre-DHEA testosterone level was 0.07 mcg/100 mL compared to a maximum level of 0.28 mcg/100 mL ninety minutes after DHEA administration. In subject 2, the pre-DHEA testosterone level was 0.08 mcg/100 mL compared to a maximum level of 0.28 mcg/100 mL sixty minutes after DHEA administration. This demonstrates that in vivo conversion of DHEA to testosterone occurs in women as well as men [173].

### Desonide

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

### Desoximetasone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

### Dexamethasone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase

PLAINTIFFS003760

fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Dicumarol

**1)** Interaction Effect: an increased risk of bleeding
**2)** Summary: Concomitant use of dicumarol and testosterone may result in an increased risk of bleeding. A number of case reports have demonstrated prolonged prothrombin time and hemorrhages with coadministration of oral anticoagulants and 17-alkylated androgens[141][142][146][144][147]. Testosterone has been reported to suppress the clotting factors II, V, VII, and X, which may lead to bleeding in patients receiving concomitant anticoagulant therapy [88]. If coadministration of dicumarol and testosterone is deemed necessary, make INR determinations and increase prothrombin time monitoring, particularly when androgen treatment is initiated or discontinued [140][88].
**3)** Severity: major
**4)** Onset: delayed
**5)** Substantiation: theoretical
**6)** Clinical Management: If the concomitant use of oral anticoagulants and testosterone is required, make INR determinations and increase monitoring of prothrombin time, particularly at androgen treatment initiation and discontinuation[140][88].
**7)** Probable Mechanism: modification of coagulation factor, hepatic synthesis, and competitive inhibition of plasma protein binding by testosterone
**8)** Literature Reports

 **a)** Anabolic steroids have been well documented to cause important interactions with dicumarol. The anabolic steroids enhance anticoagulant activity of dicumarol perhaps through reductions in clotting factor formation and increased clotting factor degradation. The 17-alpha-alkylated steroids (fluoxymesterone, oxandrolone, oxymetholone, methyltestosterone, methandrostenolone, stanozolol) appear to be more likely to induce this reaction than the non-substituted steroids [141][142][143][144][145].

## Diflorasone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Diflucortolone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Difluprednate

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may

PLAINTIFFS003761

increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Dong Quai

**1)** Interaction Effect: increased androgenic and/or adverse effects of testosterone
**2)** Summary: Dong quai (Angelica dahurica) extract significantly inhibited the metabolism of testosterone in vitro[177]. The effect of dong quai on the metabolism of nifedipine in humans is unknown, as the dose used in the animal study (1 gram/kilogram) is higher than that usually used in humans. Theoretically, if dong quai similarly affects the pharmacokinetics of testosterone in humans, increased levels of testosterone may occur which may result in greater androgenic effect. It is suspected that dong quai may affect other drugs metabolized by CYP2C11, CYP3A, and CYP1A enzymes. Caution is advised.
**3)** Severity: moderate
**4)** Onset: rapid
**5)** Substantiation: theoretical
**6)** Clinical Management: Monitor for increased androgenic effects of testosterone (such as acne, hirsutism, behavior changes) in patients taking testosterone and dong quai concomitantly.
**7)** Probable Mechanism: inhibition of hepatic cytochrome P450 enzyme metabolism of testosterone
**8)** Literature Reports

**a)** Angelica dahurica (dong quai) extract 1 gram/kilogram orally significantly inhibited 2-alpha-hydroxylase, 16-alpha-hydroxylase, and 6-beta-hydroxylase activity in rat liver microsomes. 2-alpha-hydroxylase activity was inhibited from one to 24 hours after dong quai administration (p less than 0.01), with 17.2 percent to 68.7 percent of its activity remaining. 16-alpha-hydroxylase activity was inhibited from 1 to 6 hours after dong quai administration (p less than 0.01), with 28.5 percent to 39.8 percent of its activity remaining. 6-beta-hydroxylase activity was inhibited 6 hours after dong quai administration (p less than 0.05), with 70 percent of its activity remaining. Cytochrome P450 (CYP) 2C11 mediates 2-alpha- and 16-alpha-hydroxylase activity, while CYP3A and CYP1A mediate 6-beta-hydroxylase activity [176].

## Flucloronide

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Fludrocortisone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical

PLAINTIFFS003762

**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Flumethasone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Flunisolide

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Fluocinolone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Fluocinonide

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

PLAINTIFFS003763

**Fluocortin**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Fluocortolone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Fluorometholone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Fluticasone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Glimepiride**

**1)** Interaction Effect: increased blood glucose lowering effect and increased risk of hypoglycemia
**2)** Summary: Exercise caution when coadministering glimepiride and androgens as this may increase the risk of hypoglycemia. If concomitant use is required, monitor more

PLAINTIFFS003764

closely for hypoglycemia. Upon discontinuation of androgens, monitor the patient for worsening of glycemic control[149].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of glimepiride and androgens may increase the risk of hypoglycemia. If concomitant use is required, monitor more closely for hypoglycemia. Upon discontinuation of androgens, monitor the patient for worsening of glycemic control[149].
**7)** Probable Mechanism: unknown

### Halcinonide
**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

### Hydrocortisone
**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

### Insulin
**1)** Interaction Effect: increased risk of hypoglycemia (CNS depression, seizures)
**2)** Summary: Use caution when coadministering insulin and testosterone as this may result in changes in insulin sensitivity or glycemic control. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of insulin and testosterone may result in changes in insulin sensitivity or glycemic control and should be undertaken with caution. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**7)** Probable Mechanism: unknown

### Insulin Aspart, Recombinant
**1)** Interaction Effect: increased risk of hypoglycemia (CNS depression, seizures)
**2)** Summary: Use caution when coadministering insulin and testosterone as this may result in changes in insulin sensitivity or glycemic control. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of insulin and testosterone may result in

PLAINTIFFS003765

changes in insulin sensitivity or glycemic control and should be undertaken with caution. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].

**7)** Probable Mechanism: unknown

## Insulin Bovine

**1)** Interaction Effect: increased risk of hypoglycemia (CNS depression, seizures)
**2)** Summary: Use caution when coadministering insulin and testosterone as this may result in changes in insulin sensitivity or glycemic control. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of insulin and testosterone may result in changes in insulin sensitivity or glycemic control and should be undertaken with caution. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**7)** Probable Mechanism: unknown

## Insulin Degludec

**1)** Interaction Effect: increased risk of hypoglycemia (CNS depression, seizures)
**2)** Summary: Use caution when coadministering insulin and testosterone as this may result in changes in insulin sensitivity or glycemic control. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of insulin and testosterone may result in changes in insulin sensitivity or glycemic control and should be undertaken with caution. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**7)** Probable Mechanism: unknown

## Insulin Detemir

**1)** Interaction Effect: increased risk of hypoglycemia (CNS depression, seizures)
**2)** Summary: Use caution when coadministering insulin and testosterone as this may result in changes in insulin sensitivity or glycemic control. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of insulin and testosterone may result in changes in insulin sensitivity or glycemic control and should be undertaken with caution. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**7)** Probable Mechanism: unknown

## Insulin Glargine, Recombinant

**1)** Interaction Effect: increased risk of hypoglycemia (CNS depression, seizures)
**2)** Summary: Use caution when coadministering insulin and testosterone as this may result in changes in insulin sensitivity or glycemic control. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of insulin and testosterone may result in changes in insulin sensitivity or glycemic control and should be undertaken with caution. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**7)** Probable Mechanism: unknown

## Insulin Glulisine

PLAINTIFFS003766

**1)** Interaction Effect: increased risk of hypoglycemia (CNS depression, seizures)
**2)** Summary: Use caution when coadministering insulin and testosterone as this may result in changes in insulin sensitivity or glycemic control. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of insulin and testosterone may result in changes in insulin sensitivity or glycemic control and should be undertaken with caution. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**7)** Probable Mechanism: unknown

### Insulin Lispro, Recombinant

**1)** Interaction Effect: increased risk of hypoglycemia (CNS depression, seizures)
**2)** Summary: Use caution when coadministering insulin and testosterone as this may result in changes in insulin sensitivity or glycemic control. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of insulin and testosterone may result in changes in insulin sensitivity or glycemic control and should be undertaken with caution. Decreases in blood glucose may occur in patients with diabetes and may necessitate a reduction in insulin dosage[59].
**7)** Probable Mechanism: unknown

### Licorice

**1)** Interaction Effect: decreased testosterone effectiveness
**2)** Summary: Licorice significantly reduced endogenous testosterone levels in healthy men and in women with polycystic ovary disease[166][167]. This may occur in clinically significant levels and may adversely affect testosterone supplementation. Licorice may inhibit conversion of androstenedione to testosterone through inhibition of 17-beta-hydroxysteroid dehydrogenase and 17,20-lyase [166][168][169]. Indirect evidence suggests that licorice may also stimulate aromatase activity and thereby increase the estradiol to testosterone ratio [170][169][167].
**3)** Severity: moderate
**4)** Onset: delayed
**5)** Substantiation: probable
**6)** Clinical Management: Avoid concomitant use of licorice and testosterone. Patients reporting decreased libido or other sexual dysfunction for which testosterone supplementation is being considered should be questioned regarding licorice use and advised to discontinue licorice.
**7)** Probable Mechanism: inhibition of 17-beta-hydroxysteroid dehydrogenase and 17,20-lyase which catalyze the conversion of androstenedione to testosterone; increased estradiol synthesis though aromatase stimulation
**8)** Literature Reports

**a)** Licorice decreased testosterone levels in 7 healthy men (age 22 to 24 years). Subjects received licorice 7 grams daily, administered as a commercial tablet preparation (Saila, Bologna, Italy), each containing 0.5 grams of glycyrrhizic acid as confirmed by gas chromatography-mass spectrometry. Baseline testosterone levels were 740 nanograms/deciliter (ng/dL), decreasing to 414 ng/dL by day 4 (p less than 0.001), and remained significantly decreased on day 7 at 484 ng/dL (p less than 0.001). Four days after licorice discontinuation, testosterone increased to 704 ng/dL. This demonstrates that licorice inhibits 17-beta-hydroxysteroid dehydrogenase conversion of androstenedione to testosterone. A comparable increase in 17-hydroxyprogesterone occurred by day 7 with no increase in androstenedione, indicating inhibition of 17,20-lyase, which catalyzes conversion of 17-hydroxyprogesterone to androstenedione. The authors conclude that since this amount of licorice is eaten by many people, that men with decreased libido or other sexual dysfunction should be questioned regarding licorice use [164].

PLAINTIFFS003767

**b)** An herbal combination of peony root and licorice root reduced serum testosterone levels in 34 infertile Japanese women with polycystic ovary disease. Women received 7.5 grams of the combination for 24 weeks. At 4 weeks, serum testosterone and free testosterone levels were significantly decreased by 56.3% and 59.3%, respectively. The mean testosterone level at 4 weeks was 85.3 ng/dL compared with the baseline level of 137.1 ng/dL (p less than 0.001). At 12 and 24 weeks, mean testosterone levels remained significantly lower than pretreatment levels (p less than 0.001 and p less than 0.01, respectively). Serum testosterone levels were significantly lower after 12 weeks in patients who became pregnant after treatment versus those who did not (p less than 0.05). The estrogen to testosterone ratio increased significantly after 4 weeks (p less than 0.05). After 24 weeks, the luteinizing hormone to follicle stimulating hormone ratio was significantly reduced for the first time (p less than 0.001) [165].

## Loteprednol

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Methylprednisolone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Mometasone

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

## Oxyphenbutazone

**1)** Interaction Effect: elevated serum levels of oxyphenbutazone
**2)** Summary: Coadministration of oxyphenbutazone and androgens may result in elevated serum levels of oxyphenbutazone[148].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical

PLAINTIFFS003768

**6)** Clinical Management: Clinicians should be aware that concomitant use of testosterone and oxyphenbutazone may result in elevated serum levels of oxyphenbutazone.
**7)** Probable Mechanism: unknown

## Paclitaxel

**1)** Interaction Effect: increased paclitaxel exposure resulting in increased risk of paclitaxel toxicity
**2)** Summary: Testosterone, a known inhibitor of the isoenzyme CYP2C8, inhibits the metabolism of paclitaxel to its primary metabolite 6-alpha-hydroxypaclitaxel, in vitro. The pharmacokinetics of paclitaxel may also be altered in vivo in the presence of a CYP2C8 inhibitor. Caution should be exercised with the concomitant use of paclitaxel and CYP2C8 inhibitors such as testosterone[162].
**3)** Severity: major
**4)** Onset: delayed
**5)** Substantiation: theoretical
**6)** Clinical Management: Monitor patients for increased adverse effects due to paclitaxel toxicity including bone marrow suppression, myalgia/arthralgia, nausea/vomiting, and mucositis. Dose adjustment for either medication may be required.
**7)** Probable Mechanism: inhibition of CYP2C8-mediated paclitaxel metabolism by testosterone

## Paclitaxel Protein-Bound

**1)** Interaction Effect: increased paclitaxel exposure resulting in increased risk of paclitaxel toxicity
**2)** Summary: Testosterone, a known inhibitor of the isoenzyme CYP2C8, inhibits the metabolism of paclitaxel to its primary metabolite 6-alpha-hydroxypaclitaxel, in vitro. The pharmacokinetics of paclitaxel may also be altered in vivo in the presence of a CYP2C8 inhibitor. Caution should be exercised with the concomitant use of paclitaxel protein-bound and CYP2C8 inhibitors such as testosterone[163].
**3)** Severity: major
**4)** Onset: delayed
**5)** Substantiation: theoretical
**6)** Clinical Management: Monitor patients for increased adverse effects due to paclitaxel toxicity including bone marrow suppression, myalgia/arthralgia, nausea/vomiting, and mucositis. Dose adjustment for either medication may be required.
**7)** Probable Mechanism: inhibition of CYP2C8-mediated paclitaxel metabolism by testosterone

## Phenprocoumon

**1)** Interaction Effect: an increased risk of bleeding
**2)** Summary: Concomitant use of phenprocoumon and testosterone may result in an increased risk of bleeding. A number of case reports have demonstrated prolonged prothrombin time and hemorrhages with coadministration of oral anticoagulants and 17-alkylated androgens[141][142][146][144][147]. Testosterone has been reported to suppress the clotting factors II, V, VII, and X, which may lead to bleeding in patients receiving concomitant anticoagulant therapy [88]. If coadministration of phenprocoumon and warfarin is deemed necessary, make INR determinations and increase prothrombin time monitoring, particularly when androgen treatment is initiated or discontinued [140][88].
**3)** Severity: major
**4)** Onset: delayed
**5)** Substantiation: theoretical
**6)** Clinical Management: If the concomitant use of oral anticoagulants and testosterone is required, make INR determinations and increase monitoring of prothrombin time, particularly at androgen treatment initiation and discontinuation[140][88].
**7)** Probable Mechanism: modification of coagulation factor, hepatic synthesis, and competitive inhibition of plasma protein binding
**8)** Literature Reports

**a)** Anabolic steroids have been well documented to cause important interactions with dicumarol, another anticoagulant. Anabolic steroids enhance the anticoagulant activity of dicumarol perhaps through reductions in clotting factor formation and increased clotting factor degradation. The 17-alpha-alkylated steroids (fluoxymesterone, oxandrolone, oxymetholone, methyltestosterone, methandrostenolone, stanozolol) appear to be more likely to induce this reaction than the non-substituted steroids [141][142][143][144][145].

PLAINTIFFS003769

**Prednicarbate**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Prednisolone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Prednisone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Rimexolone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

**Triamcinolone**

**1)** Interaction Effect: increased risk of edema
**2)** Summary: Use caution when coadministering testosterone and this drug as this may increase fluid retention and increase the risk of edema. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those

PLAINTIFFS003770

with cardiac, renal, or hepatic disease[23].
**3)** Severity: moderate
**4)** Onset: unspecified
**5)** Substantiation: theoretical
**6)** Clinical Management: Coadministration of testosterone and this drug may increase fluid retention and increase the risk of edema and should be undertaken with caution. If concomitant use of testosterone and a corticosteroid is required, monitor patients carefully, especially those with cardiac, renal, or hepatic disease[23].
**7)** Probable Mechanism: unknown

### Warfarin

**1)** Interaction Effect: an increased risk of bleeding
**2)** Summary: Concomitant use of testosterone and warfarin may result in an increased risk of bleeding. A number of case reports have demonstrated prolonged prothrombin time and hemorrhages with coadministration of oral anticoagulants and 17-alkylated androgens[141][142][146][144][147]. Testosterone has been reported to suppress the clotting factors II, V, VII, and X, which may lead to bleeding in patients on concomitant anticoagulant therapy [88]. If coadministration of testosterone and warfarin is deemed necessary, make INR determinations and increase prothrombin time monitoring, particularly when treatment with testosterone is initiated or discontinued [140][88].
**3)** Severity: major
**4)** Onset: delayed
**5)** Substantiation: probable
**6)** Clinical Management: If the concomitant use of oral anticoagulants and testosterone is required, make INR determinations and increase monitoring of prothrombin time, particularly at androgen treatment initiation and discontinuation[140][88].
**7)** Probable Mechanism: modification of coagulation factor, hepatic synthesis, and competitive inhibition of plasma protein binding by testosterone
**8)** Literature Reports

**a)** Anabolic steroids have been well documented to cause important interactions with dicumarol, another anticoagulant. Anabolic steroids enhance the anticoagulant activity of dicumarol perhaps through reductions in clotting factor formation and increased clotting factor degradation. The 17-alpha-alkylated steroids (fluoxymesterone, oxandrolone, oxymetholone, methyltestosterone, methandrostenolone, stanozolol) appear to be more likely to induce this reaction than the non-substituted steroids [141][142][143][144][145].

**b)** Significant enhancement of the anticoagulant effects of warfarin was described in a 69-year-old woman following application of a vaginal ointment of testosterone propionate [141]. The mechanism of interaction is unclear.

## IV Compatibility (single)

No results available

## Pregnancy & Lactation

**A)** Teratogenicity/Effects in Pregnancy
**1)** Micromedex Pregnancy Rating: Contraindicated
**a)** Avoid use of this drug during pregnancy and prescribe an alternative. Evidence has demonstrated fetal abnormalities or risks when used during pregnancy. Advise women of childbearing potential of fetal risk.

See Drug Consult reference: PREGNANCY RISK CATEGORIES

**2)** Crosses Placenta: Yes

**3)** Clinical Management
**a)** Testosterone is not indicated for use in women and should not be used in women [85][108][181][182]. Testosterone is contraindicated during pregnancy [57][74]. Advise patient of possible consequences to the fetus if pregnancy occurs during use[28], including masculinization of the

PLAINTIFFS003771

external genitalia of the female fetus. Pregnant women or those who may become pregnant should be aware of potential transfer of testosterone by men being treated with this drug [183][88].

**4)** Literature Reports

**a)** Based on animal findings and its mechanism of action, testosterone is teratogenic and can cause fetal harm when given to a pregnant woman [57][74][28][85].

**b)** Exposure of a female fetus to testosterone may result in varying degrees of virilization [57][74] [22][85]. At least 16 cases have been reported of female offspring with virilization of genitalia after their mothers were treated with either testosterone or methyltestosterone during pregnancy [178] [179]. In addition, clitoromegaly with or without labioscrotal fusion were reported in these cases. In one follow-up case, female endocrine function was normal with secondary sexual development occurring at puberty, and the internal female sex organs were also normal [180].

**c)** Suppressed spermatogenesis via feedback inhibition of the hypothalamic-pituitary-testicular axis may occur with treatment using large doses of exogenous androgens, including testosterone. Decreased fertility has been noted in some men receiving testosterone replacement therapy, and may be irreversible [57][74].

**d)** In animal developmental studies, structural impairments in male (ie, increased testicular weight, larger seminal tubular lumen diameter, and higher frequency of occluded tubule lumen) and female (ie, increased ano-genital distance, phallus development, empty scrotum, no external vagina, intrauterine growth retardation, reduced ovarian reserve, and increased ovarian follicular recruitment) offspring were observed when pregnant animals received IM testosterone during organogenesis at doses that were comparable to doses used for testosterone replacement therapy. In addition, increased pituitary weight was observed in both male and female offspring, as well as hormonal and behavioral changes. At testosterone doses that were about twice the doses used for testosterone replacement therapy, hypertension was observed in pregnant female rats and in their offspring [57][74].

**B)** Breastfeeding

**1)** World Health Organization Rating: Avoid breastfeeding.

**2)** Micromedex Lactation Rating: Infant risk has been demonstrated.

**a)** Evidence and/or expert consensus has demonstrated harmful infant effects when used during breastfeeding. An alternative to this drug should be prescribed or patients should be advised to discontinue breastfeeding.

**3)** Clinical Management

**a)** Testosterone is not indicated for use in women [57][74]. Testosterone is contraindicated in nursing women [108][182][88][181].

**4)** Literature Reports

**a)** It is not known how much testosterone transfers into human milk [85][28]. However, testosterone has been concentrated in the breast tissue of women with breast cancer [185].

**5)** Drug Levels in Breastmilk
**a)** Active Metabolites
**1)** dihydrotestosterone [200][205]

## Monitoring

**A)** Testosterone
**1)** Therapeutic
**a)** Laboratory Parameters
**1)** Buccal
**a)** Measure serum testosterone in the morning on at least 2 separate occasions and ensure that levels are below the normal range prior to treatment initiation [17]

**b)** Monitor morning serum testosterone 4 to 12 weeks after initiating therapy to assess therapeutic response [23].

**c)** Once therapeutic levels have been achieved in men, measure serum testosterone levels every 6 to 12 months to ensure maintenance of target levels [26].

PLAINTIFFS003772

**2) Nasal Gel**

**a)** Measure serum testosterone in the morning on at least 2 separate occasions and ensure that levels are below the normal range prior to treatment initiation [16]

**b)** Following initiation in men, measure a total testosterone level after an appropriate interval to ensure target testosterone levels have been achieved; intranasal formulations should be measured between two to four weeks after initiation [26].

**c)** Monitor serum testosterone levels periodically during therapy to assess therapeutic response [22].

**d)** Once therapeutic levels have been achieved in men, measure serum testosterone levels every 6 to 12 months to ensure maintenance of target levels [26].

**3) Topical Gel**

**a)** Measure serum testosterone in the morning on at least 2 separate occasions and ensure that levels are below the normal range prior to treatment initiation [5][15][3][2][18].

**b)** Following initiation in men, measure a total testosterone level after an appropriate interval to ensure target testosterone levels have been achieved; topical gels should be measured between two to four weeks after initiation [26].

**c)** Monitor serum testosterone levels periodically during therapy to ensure proper dosing [25] and assess therapeutic response [51][4].

**d)** Once therapeutic levels have been achieved in men, measure serum testosterone levels every 6 to 12 months to ensure maintenance of target levels [26].

**4) Topical Solution**

**a)** Measure serum testosterone in the morning on at least 2 separate occasions and ensure that levels are below the normal range prior to treatment initiation [1].

**b)** Monitor serum testosterone levels within 2 to 8 hours and at least 14 days after initiating therapy (or dose adjustment) to assess therapeutic response [85].

**c)** Once therapeutic levels have been achieved, measure serum testosterone levels every 6 to 12 months to ensure maintenance of target levels [26].

**5) Transdermal**

**a)** Measure serum testosterone in the morning on at least 2 separate occasions and ensure that levels are below the normal range prior to treatment initiation [14].

**b)** Two weeks after therapy initiation, following system application the previous evening, evaluate the early morning serum testosterone level to assess therapeutic response [84].

**c)** Two weeks after switching from the 2.5, 5, and 7.5 mg/day systems to the 2, 4, and 6 mg/day systems, following system application the previous evening, assess the early morning serum testosterone level [84].

**d)** Once therapeutic levels have been achieved, measure serum testosterone levels every 6 to 12 months to ensure maintenance of target levels [26].

**2) Toxic**

**a)** Laboratory Parameters

**1)** Assess serum prostate specific antigen (PSA) periodically during therapy (buccal, nasal gel, topical gel) [25][22][23][51][4]. For topical solution and transdermal system, evaluate PSA levels prior to initiating therapy, every 3 to 6 months during therapy, and in accordance with prostate cancer screening practices thereafter [84][85].

**2)** Monitor hematocrit levels [25] prior to initiation of therapy, at 3 to 6 months after initiation, and annually thereafter [22][23][51][4][84][85]. It is recommended that periodic monitoring of hematocrit levels should be standard practice in testosterone replacement therapy, especially in older men, due to reports linking topical testosterone with the development of polycythemia [96].

**3)** For topical solution, topical gel, and transdermal testosterone system, monitor hemoglobin levels prior to initiation of therapy, at 3 to 6 months after initiation, and annually thereafter [51][4][84][85].

**4)** Periodically monitor liver function tests [51][4][84][85].

PLAINTIFFS003773

**5)** Periodically monitor lipid concentrations [25][22][23][51][4][84][85], particularly after initiation of therapy [22].

**6)** Regularly monitor serum calcium levels in cancer patients who have an increased risk of hypercalcemia and associated hypercalciuria [25][22][23][51][4][84][85].

**b)** Physical Findings
**1)** Evaluate for prostate cancer prior to and during therapy [25][23][51][4]. In patients receiving nasal gel or transdermal testosterone treatment, evaluate for prostate cancer prior to initiating treatment, 3 to 6 months following therapy initiation, and then in accordance with prostate cancer screening practices [22][84].

**2)** Monitor patient for signs and symptoms of worsening benign prostatic hyperplasia [25][22][23], especially in geriatric patients [22][51][4][84][85].

**B)** Testosterone Cypionate
**1)** Therapeutic
**a)** Laboratory Parameters
**1)** Improvement in serum testosterone levels may be indicative of efficacy.

**2)** Measure serum testosterone in the morning on at least 2 separate days before therapy initiation to confirm hypogonadism [82].

**3)** Following initiation in men, measure a total testosterone level after an appropriate interval to ensure target testosterone levels have been achieved; testosterone cypionate should be measured no earlier than three to four cycles [26].

**4)** Once therapeutic levels have been achieved in men, measure serum testosterone levels every 6 to 12 months to ensure maintenance of target levels [26].

**2)** Toxic
**a)** Laboratory Parameters
**1)** Monitor hematocrit and hemoglobin levels at baseline [26] and periodically for polycythemia during long-term therapy [82][83].

**b)** Physical Findings
**1)** Monitor bone maturation and assess the bone age of the wrist and hand every 6 months in pediatric males with delayed puberty [82][83].

**C)** Testosterone Enanthate
**1)** Therapeutic
**a)** Laboratory Parameters
**1)** Improvement in serum testosterone levels may be indicative of efficacy in hypogonadal males.

**2)** Measure serum testosterone and confirm hypogonadism diagnosis prior to treatment initiation [74][75].

**3)** Following initiation in men, measure a total testosterone level after an appropriate interval to ensure target testosterone levels have been achieved; testosterone enanthate should be measured no earlier than three to four cycles [26].

**4)** Once therapeutic levels have been achieved in men, measure serum testosterone levels every 6 to 12 months to ensure maintenance of target levels [26].

**b)** Physical Findings
**1)** Ablation of the ovaries may indicate efficacy in women with advancing inoperable metastatic mammary cancer [75].

**2)** Toxic
**a)** Laboratory Parameters
**1)** Xyosted(TM)
**a)** Monitor hematocrit before initiating therapy and every 3 months during therapy [74].

**b)** Monitor PSA before initiating therapy and periodically during treatment [74].

**c)** Monitor lipid concentrations periodically, particularly after starting testosterone therapy [74].

PLAINTIFFS003774

**d)** Monitor calcium concentrations regularly in cancer patients at risk of hypercalcemia [74].

**2)** Delatestryl(R)

**a)** Monitor serum hematocrit and hemoglobin levels at baseline [26] and periodically for polycythemia during high-dose androgen therapy [75].

**b)** Periodically monitor lipid concentrations, particularly in patients with a history of myocardial infarction or coronary artery disease [75].

**c)** Monitor serum and urine calcium levels frequently in women with disseminated breast cancer [75].

**b)** Physical Findings

**1)** Xyosted(TM)

**a)** Assess blood pressure before initiating therapy, approximately 6 weeks after initiation, and periodically thereafter [74].

**b)** Monitor patients with benign prostatic hyperplasia (BPH) for worsening signs and symptoms [74]

**2)** Delatestryl(R)

**a)** Close clinical monitoring is necessary in women treated for metastatic breast carcinoma because androgen therapy occasionally appears to accelerate the disease [75].

**b)** Observe female patients for signs of virilization including deepening of the voice, hirsutism, acne, clitoromegaly, or menstrual irregularities [75].

**c)** In prepubertal males treated for delayed puberty, obtain an x-ray of the wrist and hand every 6 months to monitor bone age, the rate of bone maturation, and the effect of the drug on epiphyseal closure [75].

**D)** Testosterone Undecanoate

**1)** Therapeutic

**a)** Laboratory Parameters

**1)** Measure serum testosterone in the morning on at least 2 separate days before therapy initiation to confirm hypogonadism [57]. Following initiation in men, measure a total testosterone level after an appropriate interval to ensure target testosterone levels have been achieved. IM testosterone undecanoate should be tested halfway between the first two 10-week injections [26]. For oral capsules, measure serum testosterone concentrations 6 hours after the morning dose. Wait 7 days after treatment initiation or dose adjustment before checking the serum testosterone concentration [57]. Once therapeutic levels have been achieved in men, measure serum testosterone levels every 6 to 12 months to ensure maintenance of target levels [26].

**b)** Physical Findings

**1)** Improvement in serum testosterone levels may be indicative of efficacy.

**2)** Re-evaluate whether benefits outweigh potential risks in patients who develop cardiovascular risk factors or cardiovascular disease during treatment [57].

**2)** Toxic

**a)** Laboratory Parameters

**1)** Monitor hemoglobin at baseline [26] and periodically during treatment [58].

**2)** Monitor prostatic specific antigen (PSA) periodically during treatment [57].

**3)** Monitor serum lipid profile periodically during treatment [57][58], particularly after starting testosterone therapy [57].

**4)** (Jatenzo(R)) Evaluate hematocrit prior to treatment and every 3 months during use [57]

**5)** (Aveed(R)) Evaluate hematocrit prior to treatment, 3 to 6 months after initiation of treatment, and annually thereafter [58].

**6)** Regularly monitor serum calcium concentrations in cancer patients at risk for hypercalcemia [57][58].

**7)** If testosterone abuse is suspected, check testosterone concentrations to ensure they are within normal limits [57].

PLAINTIFFS003775

**b)** Physical Findings

**1)** Observe patients for signs of anaphylaxis or serious pulmonary oil microembolism reactions (ie, urge to cough, dyspnea, tightening of the throat, chest pain, dizziness, or syncope) for 30 minutes after each injection [58].

**2)** Monitor patients with benign prostatic hyperplasia for exacerbation or worsening signs or symptoms [57][58].

**3)** Evaluate for prostate cancer prior to and during treatment [57][58].

**4)** Consider baseline cardiovascular risk prior to therapy [57].

**5)** Assure blood pressure is adequately controlled prior to therapy and periodically monitor for new-onset hypertension or exacerbations of pre-existing hypertension starting approximately 3 weeks after initiation of therapy [57].

**6)** Evaluate patients for signs or symptoms consistent with DVT or pulmonary embolism [57].

### Do Not Confuse

No results available

## MECHANISM OF ACTION

### Mechanism of Action

**A)** Testosterone

**1)** Mechanism of Action

**a)** Testosterone is an endogenous androgen. Androgens are responsible for normal growth and development of male sex organs. Testosterone is involved in the growth and maturation of the prostate, seminal vesicles, penis, and scrotum; development of male hair distribution (eg, beard, pubic, chest and axillary hair); laryngeal enlargement, vocal cord thickening, and alterations in body musculature and fat distribution [22][28][85].

**B)** Testosterone Cypionate

**1)** Mechanism of Action

**a)** Testosterone is an endogenous androgen. Androgens are responsible for normal growth and development of male sex organs and maintenance of secondary sex characteristics. Testosterone is involved in the growth and maturation of the prostate, seminal vesicles, penis, and scrotum; development of male hair distribution (eg, beard, pubic, chest and axillary hair); laryngeal enlargement, vocal cord thickening, and alterations in body musculature and fat distribution [83].

**C)** Testosterone Enanthate

**1)** Mechanism of Action

**a)** Testosterone is an endogenous androgen. Androgens are responsible for normal growth and development of male sex organs and maintenance of secondary sex characteristics. Testosterone is involved in the growth and maturation of the prostate, seminal vesicles, penis, and scrotum; development of male hair distribution (eg, beard, pubic, chest and axillary hair); laryngeal enlargement, vocal cord thickening, and alterations in body musculature and fat distribution [74][73].

**D)** Testosterone Undecanoate

**1)** Mechanism of Action

**a)** Metabolites of testosterone undecanoate, testosterone and dihydrotestosterone (DHT), modulate the normal growth and development of male sex organs (eg, prostate, seminal vesicles, penis and scrotum) and maintain male secondary sex characteristics such as facial, pubic, chest, and axillary hair, laryngeal enlargement, vocal chord thickening, and body musculature and fat distribution alterations [53][59].

PLAINTIFFS003776

PHARMACOKINETICS

_____

**Pharmacokinetics**

**Onset and Duration**

**A)** Onset
**1)** Testosterone
**a)** Peak Response
**1)** Hypogonadism, transdermal: 3 to 24 months [186].
**a)** Full effect of transdermal testosterone 3 to 9 milligrams/day on bone mineral density was achieved at 24 months while full effects on lean muscle mass, erythropoiesis, prostate volume, energy, and sexual function occurred within 3 to 6 months [186].

**2)** Testosterone Undecanoate
**a)** Peak Response
**1)** Hypogonadism, IM: 7 days [59]
**a)** Serum testosterone concentrations reach maximum levels after a median of 7 days (range, 4 to 42 days) following a testosterone undecanoate 750 IM injection and then levels slowly decline [59].

**2)** Hypogonadism, oral: Cannot be characterized [53]
**a)** There is insufficient data to characterize an exposure-response relationship or time course of pharmacodynamic response of orally administered testosterone undecanoate [53].

**B)** Duration
**1)** Testosterone
**a)** Multiple Dose
**1)** Hypogonadism: 2 to 10 days (topical) [28][187][85]; 24 hours (transdermal) [84]
**a)** Following the last application of AndroGel(R) 1.62%, serum testosterone levels return to pretreatment levels within 48 to 72 hours [28].

**b)** By the fifth day after last application of AndroGel(R), serum testosterone levels return to pretreatment levels [187].

**c)** Testosterone serum concentrations returned to pretreatment levels 7 to 10 days following discontinuation of testosterone topical solution (administered until steady state was achieved) [85].

**d)** Testosterone serum concentrations returned to pretreatment levels 24 hours following the removal of the testosterone patch [84].

**2)** Testosterone Undecanoate
**a)** Single Dose
**1)** Hypogonadism, IM: 10 weeks [59]
**a)** Testosterone undecanoate 750 mg IM produces a steady state serum total testosterone level in the normal range (300 to 1000 nanograms/dL) for 10 weeks [59].

**2)** Hypogonadism, oral: Cannot be characterized [53]
**a)** There is insufficient data to characterize an exposure-response relationship or time course of pharmacodynamic response or orally administered testosterone undecanoate [53].

**Drug Concentration Levels**

**A)** Testosterone
**1)** Therapeutic Drug Concentration

PLAINTIFFS003777

**a)** Hypogonadism, Intranasal, Topical, and Transdermal: 300 to 1050 nanograms/dL (approximately normal physiologic circulating testosterone ranges) [85]

**1)** Following intranasal administration of testosterone gel 33 mg/day, the circulating testosterone concentrations achieved in men with hypogonadism are similar to those observed in healthy men (ie, 300 to 1050 nanogram/dL) [22].

**2)** Following axillary administration, testosterone topical solution delivers approximately normal physiologic circulating testosterone ranges (300 to 1050 nanograms/dL) as seen in healthy men [85].

**3)** Following application of testosterone 1.62% topical gel, approximately normal physiologic circulating testosterone ranges (300 to 1000 nanograms/dL) are achieved [28].

**4)** Transdermal testosterone delivers a continuous daily dose of testosterone resulting in normal physiologic concentrations of testosterone (300 to 1030 nanograms/dL) in healthy adult men [84].

**2)** Peak Concentration

**a)** Sublingual (solution), single-dose: 3.79 nanograms (ng)/mL (0.25 mg); 5.31 ng/mL (0.5 mg); 6.73 ng/mL (0.75 mg) [189]

**1)** In 16 premenopausal women, single SL doses of testosterone 0.25 mg, 0.5 mg, and 0.75 mg yielded total testosterone mean Cmax values of 3.79 nanogram (ng)/mL (% coefficient variation (CV), 39.9), 5.31 ng/mL (%CV, 37.8), and 6.73 ng/mL (%CV, 39.6), respectively. Mean free testosterone Cmax levels following single SL doses of testosterone 0.25 mg, 0.5 mg, and 0.75 mg were 0.021 ng/mL (%CV, 39.7), 0.032 ng/mL (%CV, 37.6), and 0.043 ng/mL (%CV, 45.7), respectively. The difference in Cmax was statistically different between all 3 doses for both total and free testosterone measurements (p less than 0.0001) [189].

**b)** Topical (solution), multiple-dose, hypogonadal men (30 mg to 120 mg): within normal range [85]

**1)** In a multicenter, open-label, efficacy study, hypogonadal men (n=155; median age, 53 years; range, 19 to 78 years) received testosterone topical solution 60 mg daily to the axilla for 15 days, then maintenance or titration upward or downward on day 45 and day 90 to 30-, 60-, 90-, or 120 mg based on serum testosterone concentration measured on day 15 and day 60, respectively. The table below describes the mean testosterone Cmax (normal serum testosterone range, 300 to 1050 nanograms/dL) in patients who completed the 120 day treatment (n=135) [85]:

| Day | Testosterone topical solution dose | | | | |
|---|---|---|---|---|---|
| | 30 mg | 60 mg | 90 mg | 120 mg | Overall (n=135) |
| | Cmax nanograms/dL | | | | |
| Day 15 | | 744 +/- 502 (n=135) | | | 744 +/- 502 |
| Day 60 | 491 (n=1) | 898 +/- 664 (n=105) | 646 +/- 382 (n=29) | | 840 +/- 620 |
| Day 120 | 779 +/- 416 (n=3) | 839 +/- 436 (n=97) | 664 +/- 336 (n=25) | 658 +/- 353 (n=10) | 792 +/- 417 |
| KEY: mg = milligrams; dL = deciliter. | | | | | |

**2)** Following axillary administration of testosterone topical solution 30-, 60-, or 90-mg daily, steady-state concentrations were achieved in approximately 14 days. The mean steady-state dihydrotestosterone (DHT, active metabolite)-to-testosterone ratio remained within normal limits during treatment, ranging from 0.17 to 0.26 across all doses on days 15, 60, and 120 [85].

**c)** Topical (gel), multiple-dose, effect of sunscreen or moisturizing lotion (40.5 mg): 13% to 17% increase [28]

**1)** Application of sunscreen or moisturizing lotion increased exposure to testosterone in a randomized, 3-way crossover study of hypogonadal men (n=18). Subjects applied testosterone 1.62% gel 40.5 mg topically to the upper arms/shoulders followed in 1 hour by

PLAINTIFFS003778

sunscreen (SPF 50), moisturizing lotion, or nothing, for 7 days. The testosterone Cmax increased 13% and 17% when sunscreen and moisturizing lotion, respectively, were applied, compared with the control phase [28].

**d)** Transdermal, single-dose: 925 nanograms (ng)/dL (two 2.5 mg/day patches); 905 ng/dL (single 5 mg/day patch)[84]

**1)** In a study of 20 hypogonadal patients, average Cmax concentrations over 24 hours were 925 +/- 340 nanograms (ng)/dL, following the application of two 2.5 mg/day patches and 905 +/- 254 ng/dL following the application of a single 5 mg/day patch [84].

**e)** Transfer to Non-treated Women

**1)** Topical (solution), single-dose, transferred testosterone to nontreated subjects, 60 mg: 17% to 297% increase [85]

**a)** A clinical study of potential transfer of testosterone from treated men to nontreated women revealed a 17% increase in testosterone Cmax in the nontreated females. Using a 2% testosterone formulation, men (n=10) received testosterone 60 mg topically to each axilla and then covered the area with a T-shirt. Two hours after application, women rubbed their forearms on the axilla of the men for 15 minutes. The women were monitored for 72 hours after the transfer procedure. The transfer procedure led to a 17% increase in testosterone Cmax in the women compared with baseline. Another study in men who received a 1% testosterone formulation topically revealed a 297% increase in testosterone Cmax following direct skin-to-skin transfer compared with indirect (T-shirt) transfer [85].

**2)** Topical (gel), single-dose, transferred testosterone to nontreated subjects, 81 mg: 11% to 267% increase [28]

**a)** A clinical study of potential transfer of testosterone from treated men to nontreated women increased testosterone Cmax 11% in the nontreated females. Using a 1.62% testosterone gel formulation, men (n=12) received testosterone 81 mg topically to the shoulders and upper arms, then covered the area with a T-shirt. Two hours after application, women rubbed their hands, arms, and shoulders to the application site of the men for 15 minutes. The women were monitored for 24 hours after the transfer procedure. The transfer procedure led to an 11% increase in testosterone Cmax in the women compared with baseline. Another study in 8 men who received a 1.62% testosterone formulation topically revealed a 267% increase in testosterone Cmax following direct skin-to-skin transfer compared with indirect (T-shirt) transfer [28].

**3)** Time to Peak Concentration

**a)** Buccal system: 0.4 to 12 hours [192][193][194].

**1)** The mean peak serum testosterone level of 26.7 nanomoles/liter (nmol/liter) was reached 4.8 hours after administration of 30 milligram buccal testosterone given twice daily in 12 testosterone-deficient men with a mean age of 44.4 years. Steady state was achieved within the first 24 hours of treatment and was maintained in the normal range with a mean of 19.3 nmol/liter [192].

**2)** The mean maximum serum total testosterone concentrations (Cmax) are reached within 10 to 12 hours. The Cmax ranges from 910 to 970 nanograms/deciliter [193].

**3)** Serum concentrations of testosterone reach steady state levels after the second dose of testosterone buccal system. The mean average serum total testosterone concentrations at steady state in clinical studies ranged from 520 to 550 nanograms/deciliter [193].

**4)** In 6 healthy, postmenopausal women, maximum testosterone concentrations were achieved 0.6 hour after the first transbuccal dose of testosterone 2 milligrams and 0.4 hour after 2 weeks of treatment (steady state). Maximum hormone concentrations were 35.4 and 34.9 nanomole/liter, respectively [194].

**b)** Intranasal, gel: 40 minutes [22]

**1)** The Tmax is approximately 40 minutes following intranasal testosterone gel administration [22].

**c)** Oral, capsules: 6 hours [188].

**1)** To avoid the problem of endogenous levels and fluctuations of testosterone and dihydrotestosterone, 45 women were enrolled in a randomized, open-label pharmacokinetic study of oral testosterone undecanoate. Two doses each of 20, 40 and 80 milligrams (mg) were given every 12 hours to 45 healthy women without childbearing potential. Maximum

PLAINTIFFS003779

Case 4:22-cv-00325-RH-MAF   Document 175-25   Filed 04/27/23   Page 128 of 168

serum concentrations of testosterone after the first dose (Cmax1) of oral testosterone undecanoate 20, 40, and 80 mg were 1.82, 3.86, and 7.68 nanograms/mL, respectively. The time to each was 6, 6, and 5.5 hours, respectively. The maximum serum concentrations of testosterone after the second dose (Cmax2) at 20, 40, and 80 mg were 1.56, 2.65, and 5.20 nanograms/mL, respectively. Time to each was 5.98, 5.97, and 5.97 hours, respectively.

**d)** Subcutaneous, pellet: 63 days [195].

**e)** Sublingual (solution): 14.3 to 15.6 minutes [189].

**1)** In 16 premenopausal women, mean Tmax values after SL testosterone doses of 0.25 mg, 0.5 mg, and 0.75 mg were 15.6 minutes (+/- 5.4 minutes), 15.1 minutes (+/- 5.5 minutes), and 14.3 minutes (+/- 5.3 minutes), respectively. Free testosterone mean Tmax values following single SL doses of testosterone 0.25 mg, 0.5 mg, and 0.75 mg were 15.6 minutes (+/- 5.1 minutes), 14.4 minutes (+/- 5.5 minutes), and 12.8 minutes (+/- 6.3 minutes), respectively. The differences between doses were not statistically different for total or free testosterone [189].

**f)** Transdermal: 2 to 6 hours, Testoderm(R) [196][191]; 4 to 12 hours, Androderm(R) [84]

**1)** With Testoderm(R) application, the serum testosterone concentration rises to a maximum at 2 to 4 hours [196].

**2)** With daily Androderm(R) application a continuous daily dose of testosterone is absorbed over 24 hours with a median Tmax of 8 hours (4 to 12 hours); corresponding Cmax is 905 to 925 nanograms (ng)/dL [84].

**3)** Absorption of transdermal testosterone was improved when a heat-generating 5 milligram (mg) patch was utilized. Over a 12-hour study period, the heat-generating patch reached a mean maximum serum testosterone concentration of 939 nanograms/dL at 4 hours compared to a standard 5 mg patch which achieved a maximum concentration of 635 nanograms/dL at 6 hours [191].

**g)** Topical gel: 4 hours [187].

**1)** An increase in serum testosterone was seen in all patients within 30 minutes after administration of 10 grams of testosterone 1% gel. Normal range testosterone levels (298 to 1043 nanograms/dL) were seen in 8 of 9 patients within 4 hours after initial application. Steady-state concentrations are reached on day 2 or 3. The average steady-state serum concentrations on day 30 in patients using 5 and 10 grams daily were 566 +/- 262 nanograms/dL and 792 +/- 294 nanograms/dL, respectively [187].

**4)** Steady State

**a)** Intranasal gel, multiple-dose, 33 mg/day: 421 nanogram/dL [22]

**1)** The average daily testosterone level was 421 +/- 116 nanogram/dL following administration of intranasal testosterone gel 33 mg/day (11 mg 3 times daily) for 90 days in hypogonadal men (N=69) [22].

**b)** Intranasal gel, multiple-dose, patients with allergic rhinitis, 11 mg: 21% to 24% decrease [22]

**1)** Patients with allergic rhinitis who received intranasal testosterone 11 mg 3 times daily for 3 doses had total serum testosterone levels that were 21% to 24% lower during a symptomatic phase than during an asymptomatic phase (N=18) [22].

**c)** Transdermal, single dose: 424 nanograms (ng)/dL (single 2.5 mg/day patch); 584 ng/dL (two 2.5 mg/day patches); 766 ng/dL (three 2.5 mg/day patches)[84]

**1)** In a study of 12 hypogonadal men with an average baseline serum testosterone concentration of 76 nanograms (ng)/dL, average morning testosterone concentrations were 424 nanograms (ng)/dL, 584 ng/dL, and 766 ng/dL at steady state following the nightly application of 1, 2, or 3 (2.5 mg/day) transdermal testosterone patches, respectively. Equivalent serum testosterone concentrations were observed following the application of two 2.5 mg/day patches compared with the application of one 5 mg/day patch in a study of 20 hypogonadal patients. Average steady state concentrations were 613 +/- 169 ng/dL following the application of two 2.5 mg/day patches and 621 +/- 176 ng/dL following the application of a single 5 mg/day patch [84].

**5)** Area Under the Curve

**a)** Oral (capsules): 10 to 76 nanograms x hours/milliliters [188].

PLAINTIFFS003780

**1)** Two doses each of testosterone undecanoate 20, 40, and 80 milligrams were give 12 hours apart to 45 healthy women without childbearing potential. The areas under the curve (AUC) from 0 to 12 hours for the 20, 40, and 80 mg dose were 10.3, 18.8, and 35.6 nanograms x hour/mL, respectively. The AUCs from 0 to the sampling time of the last measurable concentration after administration of the second dose were 25.8, 40.1, and 76.0 nanograms x hour/mL, respectively [188].

**b)** Sublingual (solution), single-dose: 194 nanograms (ng) x min/mL (0.25 mg); 266 ng x min/mL (0.5 mg); 337 ng x min/mL (0.75 mg) [189]

**1)** In 16 premenopausal women, single SL doses of testosterone 0.25 mg, 0.5 mg, and 0.75 mg yielded baseline corrected total testosterone mean AUCs of 194 nanogram (ng) x min/mL (% coefficient variation (CV), 37.2), 266 ng x min/mL (%CV, 37.6), and 337 ng x min/mL (%CV, 34.7), respectively. Free testosterone AUCs following single SL doses of testosterone 0.25 mg, 0.5 mg, and 0.75 mg were 0.95 ng x min/mL (%CV, 51.8), 1.51 ng x min/mL (%CV, 40.2), and 1.87 ng x min/mL (%CV, 47.8), respectively There was a statistically significant difference in AUC between the 3 doses for both total and free testosterone measurements (p less than 0.0001), and the increase in AUC was dose-dependent [189].

**c)** Topical (gel), single-dose (50 mg): 4499 to 5865 nanograms x hours/deciliter [190].

**1)** The area under the curve of plasma testosterone concentration versus time achieved by a single dose of topical testosterone 50 milligram gel ranged from 4499.1 to 5864.5 nanograms x hour/deciliter [190].

**d)** Transdermal: 6273 to 8402 nanograms x hour/dL [191].

**1)** The AUC of testosterone was 6273 to 8402 nanograms x hour/dL following transdermal administration. There is no accumulation of testosterone during continuous treatment [191].

**2)** Increased Systemic Exposure With a Heat-Generating Patch

**a)** The area under the curve of plasma testosterone concentration versus time achieved by a heat-generating patch was 8402 nanograms x hour/dL versus a standard 5 mg patch which achieved a value of 6273 nanograms x hour/dL [191].

**3)** Systemic Exposure After Showering

**a)** In a two-way crossover study of 16 hypogonadal males, showering 3 hours after the application of a single 4 mg/day transdermal testosterone patch did not increase the systemic exposure of testosterone compared with not showering [84].

**e)** Topical (solution), single-dose, transfer to nontreated subjects (60 mg): 13% to 131% increased exposure [85]

**1)** A clinical study of potential transfer of testosterone from treated men to nontreated women showed a 13% increase in testosterone AUC (0 to 24 hours) in the nontreated females. Using a 2% testosterone formulation, men (n=10) received testosterone 60 mg topically to each axilla and then covered the area with a T-shirt. Two hours after the application, women rubbed their forearms on the axilla of the men for 15 minutes. The women were monitored for 72 hours after the transfer procedure. The transfer procedure led to a 13% increase in testosterone AUC (0 to 24 hours) in the women compared with baseline. Another study in men who received a 1% testosterone formulation topically revealed a 131% increase in testosterone AUC (0 to 72 hours) following direct skin-to-skin transfer compared with indirect (T-shirt) transfer [85].

**f)** Topical (solution), single-dose, effect of showering/washing (30 mg): up to 35% decreased exposure [85]

**1)** The effect of showering/washing on testosterone exposure was examined in a parallel design clinical study of healthy, premenopausal women (n=12). Subjects received testosterone 30 mg topically to one axilla and either washed with soap and water 2 or 6 hours later (n=6) or did not wash (n=6). Blood samples collected over 72 hours from all subjects revealed up to a 35% decrease in testosterone AUC (0 to 72 hours) in subjects who washed compared with subjects who did not wash. Patients should not swim or wash the application site for 2 hours following administration [85].

**g)** Topical (solution), single-dose, effect of deodorant/antiperspirant (30 mg): up to 33% decreased exposure [85]

**1)** In a parallel-group, clinical study on the effects of deodorant/antiperspirant use with testosterone topical solution, the testosterone AUC decreased up to 33% when a single-dose

PLAINTIFFS003781

of testosterone 30 mg topical solution was applied to the axilla of healthy premenopausal women 2 minutes after application of deodorant/antiperspirant spray (n=6) or stick (n=6) or deodorant spray (n=6) compared with the control group (n=6) [85].

**B) Testosterone Enanthate**

**1) Therapeutic Drug Concentration**

**a)** SubQ: 300 to 1100 nanograms/dL (approximately normal physiologic circulating testosterone ranges) [74]

**1)** SubQ administration of testosterone enanthate results in approximately normal physiologic concentrations of testosterone (300 to 1100 nanograms/dL) in healthy men [74].

**2)** The mean average concentration (0 to 168 hours) of total testosterone was 553 +/- 127 nanograms/dL following weekly subcutaneous injections of testosterone enanthate (75 mg initially, then adjusted if needed to 50 mg or 100 mg based on total testosterone trough concentrations after 6 weeks of treatment; N=137) for 12 weeks [74].

**2) Peak Concentration**

**a)** SubQ, multiple-dose: 790 nanograms/dL [74]

**1)** The mean Cmax of total testosterone was 790 +/- 215 nanograms/dL following weekly subcutaneous injections of testosterone enanthate (75 mg initially, then adjusted if needed to 50 mg or 100 mg based on total testosterone trough concentrations after 6 weeks of treatment; N=137) for 12 weeks [74].

**2)** Following weekly administration, the mean Cmax of testosterone enanthate was 169 +/- 68 nanograms/dL at week 12 [74].

**3) Time to Peak Concentration**

**a)** IM: 24 hours [206][207]

**1)** The mean peak testosterone serum concentration following the administration of intramuscular testosterone enanthate 200 mg in 7 hypogonadal subjects was 1233 +/- 484 nanograms/dL 24 hours after injection; this was an increase of 1138 nanograms/dL from a basal serum level of 95 +/- 10 nanograms/dL [206].

**2)** The mean peak testosterone serum concentration following the administration of intramuscular testosterone enanthate 200 mg in 7 eugonadal subjects was 1965 +/- 391 nanograms/dL 6 hours after injection; this was an increase of 1486 nanograms/dL from a basal serum level of 497 +/- 63 nanograms/dL. The mean peak testosterone serum concentration following the administration of intramuscular testosterone enanthate 100 mg in 7 eugonadal subjects was 1181 +/- 204.7 nanograms/dL 24 hours after injection; this was an increase of 669 nanograms/dL from a basal serum level of 521 +/- 51.2 nanograms/dL [206].

**b)** SubQ: 11.9 hours [74]

**1)** The Cmax of total testosterone occurred at a median Tmax of 11.9 hours post-dose (range, 5.8 to 168.7 hours) following weekly subcutaneous injections of testosterone enanthate (75 mg initially, then adjusted if needed to 50 mg or 100 mg based on total testosterone trough concentrations after 6 weeks of treatment; N=137) for 12 weeks. Steady state concentrations were achieved by week 6 [74].

**4) Area Under the Curve**

**a)** SubQ, multiple-dose: 92,955 nanograms x hr/dL [74]

**1)** The mean AUC(0 to 168 hours) of total testosterone was 92,955 +/- 21,385 nanograms x hr/dL following weekly subcutaneous injections of testosterone enanthate (75 mg initially, then adjusted if needed to 50 mg or 100 mg based on total testosterone trough concentrations after 6 weeks of treatment; N=137) for 12 weeks [74].

**C) Testosterone Undecanoate**

**1) Therapeutic Drug Concentration**

**a)** Oral Route

**1)** Hypogonadism, oral: 476 nanograms (ng)/dL [53]

**a)** The average serum testosterone concentrations over 24 hours following oral administration of 225 mg was 476 ng/dL [53].

**2)** Hypogonadism, oral: 403 nanograms (ng)/dL [57]

PLAINTIFFS003782

**a)** The average daily NaF-EDTA plasma testosterone concentration was 403 +/- 128 ng/dL at the end of treatment, where the normal eugonadal range in NaF-EDTA plasma was 252 to 907 ng/dL in this study. Hypogonadal males received testosterone capsules 158 to 395 mg orally twice daily for at least 105 days [57].

**b)** Intramuscular Route
 **1)** Hypogonadism, IM: 300 to 1000 nanograms/dL (750 mg) [59]
 **a)** Testosterone undecanoate 750 mg IM produces circulating testosterone levels consistent with normal concentrations in health men (300 to 1000 nanograms/dL) [59].

**2)** Peak Concentration
 **a)** Oral route, multiple doses, 225 mg twice daily: 979 to 989 nanograms (ng)/dL[53]
 **1)** Mean Cmax serum testosterone concentrations following morning and evening doses were 979 ng/dL and 989 ng/dL, respectively, with an observed median Tmax of 5 hours [53].

**b)** Oral route, multiple doses, 158 to 396 mg twice daily: 1008 nanograms (ng)/dL [57]
 **1)** The mean Cmax was 1008 +/- 581 ng/dL in a study of hypogonadal males (N=151) receiving testosterone capsules 158 to 396 mg orally twice daily for at least 105 days [57].

**c)** IM, single dose: 90.9 nanograms/dL [59]
 **1)** The mean testosterone undecanoate Cmax was 90.9 +/- 68.8 nanograms/dL, achieved 4 days after a testosterone undecanoate IM injection [59].

**3)** Time to Peak Concentration
 **a)** Oral Route
 **1)** Testosterone
 **a)** Oral route: 5 hours [53]
 **1)** Mean Cmax serum testosterone concentrations following morning and evening doses were 979 ng/dL and 989 ng/dL, respectively, with an observed median Tmax of around 5 hours [53].

**b)** Intramuscular Route
 **1)** Testosterone Undecanoate
 **a)** IM: 4 days [59]
 **1)** The mean testosterone undecanoate Cmax was 90.9 +/- 68.8 nanograms/dL, achieved 4 days after a testosterone undecanoate IM injection [59].

**2)** Testosterone
 **a)** IM: 7 days [59]
 **1)** Serum testosterone concentrations reach maximum levels after a median of 7 days (range, 4 to 42 days) following a testosterone undecanoate 750 IM injection and then levels slowly decline [59].


**ADME**


**Absorption**
 **A)** Testosterone
 **1)** Bioavailability
 **a)** Oral: absorbed from the GI tract, oral mucosa, and skin; however, the oral route of administration is not used due to almost complete first-pass hepatic metabolism [197].
 **1)** A significant and reproducible rise in serum testosterone was detected following the ingestion of testosterone crystals in 26 male subjects [198].

**b)** Subcutaneous: slow [195].
 **1)** Following subcutaneous implantations using testosterone pellets, absorption has been reported to be complete by day 189. The daily release rate is 1.18 mg per 200 mg pellet [195].

PLAINTIFFS003783

**c)** Sublingual (solution): decreases with increasing doses [189]

**1)** In a study with 16 premenopausal women, the bioavailability decreased with increasing doses of SL testosterone. Since there was no IV standard, investigators used the lowest dose (0.25 mg) as a reference value of 100%. The bioavailability of 0.5 mg and 0.75 mg doses were calculated as 69% and 58%, respectively [189].

**d)** Transdermal: good [84]

**1)** Transdermal testosterone, administered as two 2.5 mg/day patches, resulted in an average testosterone absorption of 4 to 5 mg over 24 hours in 34 hypogonadal men when applied to the abdomen, back, thighs, or upper arms. When applied to the chest or shins the average absorption rate was 3 to 4 mg over 24 hours. Similar concentration profiles were observed for the abdomen, back, thigh, and upper arm application sites while more interindividual variability was observed when transdermal testosterone was applied to the either the chest or shins. The table below describes the mean testosterone concentration for various application sites over 24 hours following a single-dose application of two 2.5 mg/day patches [84].

| Sample Time (hour) | Abdomen (nanograms/dL) | Back (nanograms/dL) | Thigh (nanograms/dL) | Upper Arm (nanograms/dL) |
|---|---|---|---|---|
| 0 | 90 +/- 82 | 80 +/- 74 | 85 +/-76 | 81 +/- 69 |
| 3 | 286 +/- 201 | 429 +/- 252 | 271 +/- 201 | 308 +/- 226 |
| 6 | 476 +/- 236 | 608 +/- 250 | 489 +/- 254 | 468 +/- 245 |
| 9 | 570 +/- 234 | 613 +/- 214 | 592 +/- 251 | 534 +/- 204 |
| 12 | 575 +/- 244 | 588 +/- 233 | 594 +/- 247 | 527 +/- 199 |
| 24 | 352 +/- 164 | 403 +/- 174 | 367 +/- 161 | 332 +/- 124 |

**e)** Topical (gel): approximately 10% [199][187]

**1)** Approximately 10% of the applied testosterone gel dose is absorbed during a 24-hour period [199][187].

**B)** Testosterone Cypionate

**1)** Bioavailability

**a)** absorbed slowly [83]

**1)** Testosterone esters in oil administered IM are absorbed slowly from the lipid phase, which permits dosing every 2 to 4 weeks [83].

**C)** Testosterone Enanthate

**1)** Bioavailability

**a)** Absorbed slowly [73]

**1)** Testosterone esters in oil administered IM are absorbed slowly from the lipid phase, which permits dosing every 2 to 4 weeks [73].

**D)** Testosterone Undecanoate

**1)** Effects of Food

**a)** Reduced exposure when administered without food [53]

**1)** Administration in fasting conditions reduced exposure (AUC) by approximately 38% when compared to administration with high-fat food [53].

**b)** Reduced exposure when administered with a lesser amount of food [57]

**1)** When testosterone oral capsules were administered with a 15 g fat breakfast, there was a 25% decrease in testosterone exposure compared with a 30 g breakfast [57].

## Distribution

**A)** Distribution Sites

**1)** Testosterone

**a)** Protein Binding

**1)** Testosterone-estradiol binding globulin: 98% [200][201].

PLAINTIFFS003784

**a)** Testosterone is bound to specific testosterone-estradiol binding globulin. The remaining 2% of testosterone remains free in plasma, and the amount of free testosterone determines its half-life [193][200][201][187].

**2)** Sex hormone-binding globulin: 40% [22][84][28][85]
**a)** Approximately 40% of testosterone is bound to sex hormone-binding globulin. Approximately 2% is free or unbound, and the remainder is bound to albumin and other proteins [22][84][28][85].

**2)** Testosterone Cypionate
**a)** Protein Binding
**1)** 98% [83]
**a)** Testosterone is 98% bound to a specific testosterone-estradiol binding globulin [83].

**b)** The half-life of testosterone depends on the amount of free testosterone, which is dependent of the amount of sex-hormone binding globulin in the plasma [83].

**3)** Testosterone Enanthate
**a)** Protein Binding
**1)** Specific testosterone-estradiol binding globulin: 98% [73]
**a)** Testosterone is 98% bound to a specific testosterone-estradiol binding globulin [73].

**b)** Approximately 40% of testosterone is bound to sex hormone-binding globulin. Approximately 2% is free or unbound, and the remainder is bound to albumin and other proteins [74].

**c)** The half-life of testosterone depends on the amount of free testosterone, which is dependent of the amount of sex-hormone binding globulin in the plasma [73].

**4)** Testosterone Undecanoate
**a)** Protein Binding
**1)** Albumin, unknown amount; Sex hormone binding hormone, 40% [53][57][59]
**a)** Testosterone is mostly bound to sex binding hormone (40%) and albumin; 2% of testosterone is unbound and the rest is loosely bound to albumin and other proteins [53][57][59].

**B)** Distribution Kinetics
**1)** Volume of Distribution
**a)** 74.9 to 122.5 L/kg [202].
**1)** The Vd at steady state in 2 healthy subjects following a single intramuscular 25 mg injection of testosterone propionate was reported as 74.9 and 122.5 L/kg, respectively [202].

## Metabolism
**A)** Metabolism Sites and Kinetics
**1)** Testosterone
**a)** Liver, extensive first-pass hepatic metabolism [28][200][201][85].
**1)** Testosterone administered orally is not recommended [197]. Testosterone is metabolized in the liver to various 17-ketosteroids via 2 different pathways. Glucuronic and sulfuric acid conjugates of testosterone are found in urine with approximately 6% of testosterone excreted unchanged in the feces [22][28][200][201].

**2)** Testosterone is primarily inactivated in the liver [22][28][85].

**b)** Liver, transbuccal delivery of testosterone circumvents first-pass metabolism [193].

**2)** Testosterone Cypionate
**a)** Liver: primary site [83]
**1)** Testosterone activity depends on reduction to dihydrotestosterone in responsive

PLAINTIFFS003785

tissues [83].

**2)** Inactivation of testosterone happens primarily in the liver [83].

**3)** Testosterone Enanthate
 **a)** Liver: Primary site [74][73]
 **1)** Testosterone enanthate is metabolized to testosterone by ester cleavage of the enanthate group. Testosterone is metabolized to various 17-ketosteroids via 2 different pathways [74].

 **2)** Testosterone activity depends on reduction to dihydrotestosterone in responsive tissues [73].

 **3)** Inactivation of testosterone happens primarily in the liver [74][73].

**4)** Testosterone Undecanoate
 **a)** Serum esterases (testosterone undecanoate): Primary [53]
 **1)** Testosterone undecanoate is metabolized to active testosterone via ester cleavage of the undecanoate group [53].

 **b)** Liver: Primary (testosterone) [53]
 **1)** Inactivation of testosterone (the active metabolite of testosterone undecanoate) occurs primarily in the liver [53].

**B)** Metabolites
 **1)** Testosterone
 **a)** Estradiol and dihydrotestosterone (DHT): active [22][84][28][85]
 **1)** Estradiol and dihydrotestosterone (DHT) are the major active metabolites of testosterone [22][84][28][85][200][201][187]. DHT concentration was linearly related to testosterone concentration during treatment with testosterone topical solution via axillary administration [85].

 **2)** The average DHT:T and E2:T ratios, respectively, were 1:10 and 1:200 during steady-state pharmacokinetic studies in hypogonadal men [84].

 **b)** Testosterone glucuronic conjugate, activity unknown [200][201].

 **c)** Testosterone sulfuric acid conjugate, activity unknown [200][201].
 **1)** In addition to testosterone glucuronic and sulfuric acid conjugates, 17-ketosteroid metabolites of testosterone are produced by 2 different metabolic pathways in the liver [22][85][200][201][187].

 **d)** Testosterone-19-d3, active [202]
 **1)** Active metabolite of testosterone propionate [202].

**2)** Testosterone Enanthate
 **a)** Dihydrotestosterone (major): Active [74]
 **1)** Dihydrotestosterone (DHT) is a major active metabolite of testosterone [74].

 **2)** Following weekly administration of testosterone enanthate, the mean DHT/testosterone ratio was within normal range (0.07) pre-dose of week 12 [74].

 **b)** Estradiol (major): Active [74]
 **1)** Estradiol is a major active metabolite of testosterone [74].

 **c)** Testosterone glucuronic conjugate: [74][73] Unknown activity

 **d)** Testosterone sulfuric acid conjugate: [74][73] Unknown activity

 **e)** 17-ketosteroid metabolites of testosterone: Inactive [74][73]
 **1)** In addition to testosterone glucuronic and sulfuric acid conjugates, 17-ketosteroid metabolites of testosterone are produced by 2 different metabolic pathways in the liver [74][73]

**3)** Testosterone Undecanoate
 **a)** Testosterone: Active (major) [53][57][59]

PLAINTIFFS003786

**1)** Testosterone undecanoate is metabolized to testosterone by ester cleavage. Testosterone is metabolized to various 17-keto steroids through 2 different pathways to estradiol and dihydrotestosterone [53][57][59].

## Excretion

**A)** Kidney

**1)** Testosterone

**a)** Renal Clearance (rate)

**1)** approximately 2 L/min [202].

  **a)** Clearance in 2 healthy male subjects following a single 25 mg intramuscular injection of testosterone propionate was reported as 2317.4 and 1958.0 mL/min, respectively [202].

**b)** Renal Excretion (%)

**1)** 90% [22][84][88][200].

  **a)** Following an intramuscular dose of testosterone, approximately 90% is excreted in the urine as glucuronic and sulfuric acid conjugates of testosterone and testosterone metabolites [22][84][28][200][88][85].

**2)** Testosterone Cypionate

**a)** Renal Excretion (%)

**1)** 90% [83]

  **a)** Approximately 90% of a testosterone dose is excreted in the urine as glucuronic and sulfuric acid conjugates of testosterone and it's metabolites [83].

**3)** Testosterone Enanthate

**a)** Renal Excretion (%)

**1)** 90%, changed [74][73]

  **a)** Following IM administration, approximately 90% of a testosterone dose is excreted in the urine as glucuronic and sulfuric acid conjugates of testosterone and it's metabolites [74][73].

**4)** Testosterone Undecanoate

**a)** 90%, as conjugated metabolites [53][59]

  **1)** Approximately 90% of an IM testosterone dose is excreted in the urine as glucuronic and sulfuric acid conjugates or other metabolites [53][59].

**B)** Feces

**1)** Testosterone

**a)** 6% [22][84][28][200][88][85]

  **1)** Approximately 6% of a IM testosterone dose is excreted in feces, mainly in the unconjugated form [22][84][28][200][88][85].

**2)** Testosterone Cypionate

**a)** 6% [83]

  **1)** Approximately 6% of a testosterone dose is excreted in the feces; the majority as the unconjugated form [83].

**3)** Testosterone Enanthate

**a)** 6%, mostly unchanged [74][73]

  **1)** Following IM administration, approximately 6% of a testosterone dose is excreted in the feces; the majority as the unconjugated form [74][73].

**4)** Testosterone Undecanoate

**a)** 6% [53][59]

  **1)** Approximately 6% of an IM testosterone dose is excreted in the feces as unconjugated testosterone [53][59].

PLAINTIFFS003787

**Elimination Half-life**

  **A)** Parent Compound

  **1)** Testosterone

  **a)** 5.7 hours, buccal [192]; 2 to 3 hours, oral [188]; 70.8 days, subQ implanted pellet[195]; 49.7 to 58.5 minutes, sublingual (solution) [189];10 to 100 minutes [22][84][199][204][201][85]

  **1)** The mean half life of total testosterone following SL doses of 0.25 mg, 0.5 mg, and 0.75 mg in healthy premenopausal women (n=16) was 49.8 +/- 16 minutes, 49.7 +/- 22.4 minutes, and 58.5 +/- 24.6 minutes, respectively. The calculated half-life of total testosterone was significantly different only between the 0.5 mg and 0.75 mg doses (p=0.0125). The mean half life of free testosterone following SL doses of 0.25 mg, 0.5 mg, and 0.75 mg in healthy premenopausal women (n=16) was 42.3 +/- 14.6 minutes, 55.7 +/- 27.5 minutes, and 51.1 +/- 26.4 minutes, respectively. There was no statistical difference in half-life of free testosterone between the 3 doses [189].

  **2)** The half-life of testosterone is highly variable, ranging from 10 to 100 minutes [22][84][28][199][204][201][85]

  **3)** The elimination half-life of buccal testosterone 30 milligrams given twice daily for 7 days to 12 testosterone-deficient men was 5.7 hours [192].

  **4)** Two doses each of testosterone undecanoate 20, 40, and 80 milligrams were give 12 hours apart to 45 healthy women without childbearing potential. The baseline-corrected elimination half-lives for each dose were 2.35, 2.43, and 2.58 hours, respectively [188].

  **5)** The terminal elimination half-life for subcutaneously implanted testosterone pellets is reported to be 70.8 days. Men with larger body mass apparently have a lower half-life [195].

  **2)** Testosterone Cypionate

  **a)** 10 to 100 minutes [83]

  **1)** The half-life of testosterone depends on the amount of free testosterone, which is dependent of the amount of sex-hormone binding globulin in the plasma. The half-life of testosterone is variable, and can range from 10 to 100 minutes [83].

  **2)** The amount of free testosterone (non-protein-bound) determines its half-life. The half-life of testosterone depends upon the route of administration and which testosterone ester is used; the half-life for intramuscularly administered testosterone cypionate is approximately 8 days [200].

  **3)** Testosterone Enanthate

  **a)** 10 to 100 minutes [73]

  **1)** The half-life of testosterone depends on the amount of free testosterone, which is dependent of the amount of sex-hormone binding globulin in the plasma. The half-life of testosterone is variable, and can range from 10 to 100 minutes [73].

  **B)** Metabolites

  **1)** Testosterone Undecanoate

  **a)** Testosterone

  **1)** 10 to 100 minutes [53][59]

  **a)** There is considerable variation in the half-life of testosterone, with reports ranging from 10 to 100 minutes [53][59].

PATIENT EDUCATION

**Medication Counseling**

No results available

PLAINTIFFS003788

**Patient Handouts**

---

**A)** Testosterone (Absorbed through the skin)
Testosterone

Treats low testosterone levels.

When This Medicine Should Not Be Used:
This medicine is not right for everyone. Do not use it if you had an allergic reaction to testosterone, or if you have breast cancer or prostate cancer.

How to Use This Medicine:
Patch
 Your doctor will tell you how many patches to use, where to apply them, and how often to apply them. Do not use more patches or apply them more often than your doctor tells you to.
 Read and follow the patient instructions that come with this medicine. Talk to your doctor or pharmacist if you have any questions.
 Wash your hands with soap and water before and after applying a patch.
 Leave the patch in its sealed wrapper until you are ready to put it on. Tear the wrapper open carefully. NEVER CUT the wrapper or the patch with scissors. Do not use any patch that has been cut by accident.
 The patient instructions will show the body areas where you can wear the patch. When putting on each new patch, choose a different place within these areas. Do not put the new patch on the same place you wore the last one. Be sure to remove the old patch before applying a new one.
 Apply the patch to clean, dry skin with very little hair, on your back, abdomen, upper arms, or thighs. Apply the patch at about the same time every night.
 Do not put the patch over burns, cuts, or irritated skin. Do not put the patch on oily or sweaty skin or on a spot that might put extra pressure on it (such as over a joint).
 Bathing or swimming should not affect the patch. However, wait at least 3 hours after you apply the patch before you wash the skin area or shower or swim. Heavy exercise and sweating may cause the patch to fall off.
 If the patch becomes loose, smooth it down and press it back onto your skin. If the patch comes off before 12 o'clock noon, put on a new patch, and then replace the new patch at your regular time. If the patch comes off after noon, just wait and put on a new patch at your next regular time. Do not tape the patch to your skin.
 Missed dose: If you forget to wear or change a patch, put one on as soon as you can. If it is almost time to put on your next patch, wait until then to apply a new patch and skip the one you missed. Do not apply extra patches to make up for a missed dose.
 Store the patches at room temperature in a closed container, away from heat, moisture, and direct light.
 Fold the used patch in half with the sticky sides together. Throw any used patch away so that children or pets cannot get to it. You will also need to throw away old patches after the expiration date has passed.
 Keep the medicine in a safe place. Do not give it to anyone else, even if you have the same symptoms.

Drugs and Foods to Avoid:
Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.
 Some medicines can affect how testosterone works. Tell your doctor if you are using any of the following:
 Insulin
 Blood thinner (including warfarin)
 Corticosteroid (including dexamethasone, hydrocortisone, methylprednisolone, prednisolone, prednisone)

Warnings While Using This Medicine:

PLAINTIFFS003789

Tell your doctor if you have kidney disease, liver disease, cancer, diabetes, an enlarged prostate, heart disease, lung disease, sleep apnea, or a history of heart attack or stroke.
This medicine may cause the following problems:

  Increased numbers of red blood cells
  Increased risk of prostate cancer
  Blood clot in your leg or lung
  Increase risk of heart attack or stroke
  Lower sperm count (with large doses)


The skin patch contains aluminum, which may cause skin burns if you have an MRI (magnetic resonance imaging) scan. You must remove the patch before an MRI.
This medicine is not indicated for use in women and should never be used by a pregnant woman.
This medicine can be habit-forming. Do not use more than your prescribed dose. Call your doctor if you think your medicine is not working.
Your doctor will do lab tests at regular visits to check on the effects of this medicine. Keep all appointments.
Keep all medicine out of the reach of children. Never share your medicine with anyone.


Possible Side Effects While Using This Medicine:
Call your doctor right away if you notice any of these side effects:

  Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
  Change in how much or how often you urinate, trouble urinating
  Chest pain that may spread to your arms, jaw, back, or neck, trouble breathing, coughing up blood, unusual sweating, faintness
  Chest pain, trouble breathing, or coughing up blood
  Numbness or weakness on one side of your body, sudden or severe headache, problems with vision, speech, or walking
  Pain, redness, or swelling in your arm or leg
  Severe skin blisters, redness, swelling, or burning where the patch is applied
  Swelling in your hands, ankles, or feet
  Unusual bleeding or bruising


If you notice these less serious side effects, talk with your doctor:

  Mild skin soreness, redness, itching, or irritation where the patch was applied
  Swollen breasts


If you notice other side effects that you think are caused by this medicine, tell your doctor.
**B)** Testosterone (Between cheek and gum)
Testosterone


Treats low testosterone levels. Testosterone is a male hormone.


When This Medicine Should Not Be Used:
This medicine is not right for everyone. Do not use it if you had an allergic reaction to testosterone, or if you have breast cancer or prostate cancer.


How to Use This Medicine:
Patch
  Your doctor will tell you how much medicine to use. Do not use more than directed.
  Read and follow the patient instructions that come with this medicine. Talk to your doctor or pharmacist if you have any questions.
  This medicine looks like a tablet, but it sticks to your gum like a patch. To use the patch:
  Put the flat side of the patch on your fingertip. Place the patch against your gum and to the left or right of your front teeth. Gently push it up as high as it will go. Then press on the patch from the outside of your lip for at least 30 seconds. The patch should stick to your gum.
  Do not chew or swallow the patch.
  Each time you put in a new patch, put it on the opposite side from where you put the last one.
  Keep the patch in your mouth all the time, unless you are changing patches. Check to make sure

PLAINTIFFS003790

the patch is still in place after you eat or drink, use mouthwash, or brush your teeth.
To remove a patch, use your finger to gently loosen it. Then slide it down over your teeth and take it out.
Use this medicine 2 times a day, once in the morning and once in the evening (about 12 hours apart), unless your doctor tells you differently.

Missed dose: If the patch falls off within the first 8 hours, take it out and put in a new one. Put in the next patch at the regular time. If the patch falls off after more than 8 hours, take it out and put in a new one. This will count as your next dose, and the patch can stay in place for 12 hours.
Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light. Keep the medicine in a safe place. Do not give it to anyone else, even if you have the same symptoms.

Drugs and Foods to Avoid:
Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.
Some medicines can affect how testosterone works. Tell your doctor if you are using any of the following:
 Insulin
 Blood thinner (including warfarin)
 Steroid medicine (including dexamethasone, hydrocortisone, methylprednisolone, prednisolone, prednisone)

Warnings While Using This Medicine:
Tell your doctor if you have kidney disease, liver disease, diabetes, an enlarged prostate, heart disease, high cholesterol, sleep apnea, a history of heart attack or stroke.
This medicine may cause the following problems:
 Increased risk of prostate cancer
 Blood clot in your leg or lung
 Possible increased risk of heart attack or stroke
 Lower sperm count

This medicine is not indicated for use in women and should never be used by a pregnant woman.
This medicine can be habit-forming. Do not use more than your prescribed dose. Call your doctor if you think your medicine is not working.
Your doctor will do lab tests at regular visits to check on the effects of this medicine. Keep all appointments.
Keep all medicine out of the reach of children. Never share your medicine with anyone.

Possible Side Effects While Using This Medicine:
Call your doctor right away if you notice any of these side effects:
 Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
 Change in how much or how often you urinate, trouble urinating
 Chest pain that may spread, trouble breathing, coughing up blood, unusual sweating, faintness
 Dark urine or pale stools, nausea, vomiting, loss of appetite, stomach pain, yellow skin or eyes
 Pain, redness, or swelling in your arm or leg
 Swelling in your hands, ankles, or feet

If you notice these less serious side effects, talk with your doctor:
 Gum pain, tenderness, or swelling
 More erections than usual or erections that last a long time
 Swollen breasts

If you notice other side effects that you think are caused by this medicine, tell your doctor.
**C)** Testosterone (By injection)
Testosterone

PLAINTIFFS003791

Treats low or no testosterone levels. Also treats breast cancer in women and delayed puberty in male teenagers.

When This Medicine Should Not Be Used:
This medicine is not right for everyone. You should not receive it if you had an allergic reaction to testosterone, benzyl benzoate, refined castor oil, or sesame oil. A man should not receive this medicine if he has breast cancer, prostate cancer, or age-related hypogonadism. A woman should not receive this medicine if she is pregnant or breastfeeding.

How to Use This Medicine:
Injectable
 Your doctor will prescribe your exact dose and tell you how often it should be given. This medicine is given as a shot into a muscle in the buttocks. Xyosted™ is given as a shot under your skin in the stomach area.
 A nurse or other health provider will give you this medicine.
 Xyosted™:
 You may be taught how to give your medicine at home. Make sure you understand all instructions before giving yourself an injection. Do not use more medicine or use it more often than your doctor tells you to.
 You will be shown the body areas where this shot can be given. Use a different body area each time you give yourself a shot. Keep track of where you give each shot to make sure you rotate body areas.
 Check the liquid in the prefilled syringe or autoinjector. It should be colorless to slightly yellow. Do not use the medicine if the liquid is cloudy, discolored, or has particles in it.
 Use a new needle and syringe each time you inject your medicine.

 This medicine should come with a Medication Guide. Ask your pharmacist for a copy if you do not have one.
 Missed dose: Call your doctor or pharmacist for instructions.
 Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.

Drugs and Foods to Avoid:
Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.
 Some medicines can affect how testosterone works. Tell your doctor if you are using any of the following:
 Oxyphenbutazone
 Blood thinner (including warfarin)
 Insulin or oral diabetes medicine
 Steroid medicine (including dexamethasone, hydrocortisone, methylprednisolone, prednisolone, prednisone)

Warnings While Using This Medicine:
 It is not safe to take this medicine during pregnancy. It could harm an unborn baby. Tell your doctor right away if you become pregnant.
 Tell your doctor if you have kidney disease, liver disease, lung disease, diabetes, an enlarged prostate, blood vessel or heart disease, heart failure, high cholesterol, lung disease, obesity, sleep apnea, or a history of heart attack or stroke.
 This medicine may cause the following problems:
 High blood pressure
 Serious lung reaction called pulmonary oil embolism (may be life-threatening)
 Increased risk of prostate cancer
 Increased number of red blood cells
 Blood clot in your leg or lung
 Slow growth in children
 Increased risk of heart attack or stroke

PLAINTIFFS003792

Liver problems
Changes in mood or behavior

This medicine can be habit-forming. Do not use more than your prescribed dose. Call your doctor if you think your medicine is not working.
This medicine may lower your sperm count (with large doses). Talk with your doctor before using this medicine if you plan to have children. Some men who use this medicine have become infertile (unable to have children).
Your doctor will do lab tests at regular visits to check on the effects of this medicine. Keep all appointments.
Keep all medicine out of the reach of children. Never share your medicine with anyone.

Possible Side Effects While Using This Medicine:
Call your doctor right away if you notice any of these side effects:
 Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
 Change in how much or how often you urinate, trouble urinating
 Chest pain, cough, trouble breathing, dizziness, tightening of your throat, unusual sweating
 Dark urine or pale stools, nausea, vomiting, loss of appetite, stomach pain, yellow skin or eyes
 Pain, redness, or swelling in your arm or leg
 Swelling in your hands, ankles, or feet
 Unusual mood or behavior, thoughts of killing oneself
 Unusual bleeding, bruising, or weakness

If you notice these less serious side effects, talk with your doctor:
 Acne, hoarse voice, facial hair growth (women)
 Changes in menstrual periods
 More erections than usual or erections that last a long time
 Pain, redness, or swelling where the shot was given
 Swollen breasts (men)

If you notice other side effects that you think are caused by this medicine, tell your doctor.
**D)** Testosterone (By mouth)
Testosterone Undecanoate

Treats low or no testosterone levels.

When This Medicine Should Not Be Used:
This medicine is not right for everyone. Do not use it if you had an allergic reaction to testosterone. Male patients who have breast cancer, prostate cancer, or age-related hypogonadism should not use this medicine. This medicine is not for use in women, especially if pregnant or breastfeeding.

How to Use This Medicine:
Capsule
 Take your medicine as directed. Your dose may need to be changed several times to find what works best for you.
 It is best to take this medicine with food or milk.
 This medicine should come with a Medication Guide. Ask your pharmacist for a copy if you do not have one.
 Missed dose: Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
 Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.

Drugs and Foods to Avoid:
Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.

PLAINTIFFS003793

Some medicines can affect how testosterone works. Tell your doctor if you are using any of the following:

Insulin
Blood thinner (including warfarin)
Pain or cold medicine
Steroid medicine (including dexamethasone, hydrocortisone, methylprednisolone, prednisolone, prednisone)


Warnings While Using This Medicine:

Tell your doctor if you have liver disease, kidney disease, heart or blood vessel disease, blood disease, lung disease, diabetes, an enlarged prostate, heart failure, obesity, sleep apnea, high cholesterol, thyroid problems, or a history of heart attack or stroke.
This medicine may cause the following problems:

High blood pressure
Increased number of red blood cells
Increased risk of prostate cancer
Blood clot in your leg or lung
Increased risk of heart attack or stroke
Liver problems
Changes in mood or behavior, including thoughts of suicide


This medicine can be habit-forming. Do not use more than your prescribed dose. Call your doctor if you think your medicine is not working.
This medicine may lower your sperm count (with large doses). Talk with your doctor before using this medicine if you plan to have children. Some men who use this medicine have become infertile (unable to have children).
Your doctor will do lab tests at regular visits to check on the effects of this medicine. Keep all appointments.
Keep all medicine out of the reach of children. Never share your medicine with anyone.


Possible Side Effects While Using This Medicine:
Call your doctor right away if you notice any of these side effects:

Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
Bone or muscle pain
Change in how much or how often you urinate, trouble urinating
Chest pain, cough, trouble breathing, tightening of your throat, unusual sweating, bluish-colored skin
Confusion, constipation, dry mouth, weight loss
Dark urine or pale stools, nausea, vomiting, loss of appetite, stomach pain, yellow skin or eyes
Dizziness, lightheadedness, or fainting
Numbness or weakness in your arm or leg, or on one side of your body, pain in your lower leg, sudden or severe headache, problems with vision, speech, or walking
Rapid weight gain, swelling in your hands, ankles, or feet
Unusual mood or behavior, thoughts of killing oneself
Unusual bleeding, bruising, or weakness


If you notice these less serious side effects, talk with your doctor:

Enlarged, swollen, or painful breasts in men
More erections than usual or erections that last a long time
Runny or stuffy nose, sore throat


If you notice other side effects that you think are caused by this medicine, tell your doctor.
**E)** Testosterone (Into the nose)
Testosterone


Treats low testosterone levels. Testosterone is a male hormone.

PLAINTIFFS003794

When This Medicine Should Not Be Used:
This medicine is not right for everyone. Do not use it if you had an allergic reaction to testosterone, or if you have breast cancer or prostate cancer.

How to Use This Medicine:
Gel/Jelly
 Your doctor will tell you how much medicine to use. Do not use more than directed.
 Read and follow the patient instructions that come with this medicine. Talk to your doctor or pharmacist if you have any questions.
 This medicine is for use only in the nose. Do not get any of it in your eyes or on your skin. If it does get on these areas, rinse it off right away.
 To use:
 Prime the pump the first time you use this medicine. To do this, hold the pump upside down over a sink, and slowly press the pump 10 times. Rinse the sink with warm water. Wipe the tip with a clean, dry tissue. The medicine is now ready to use.
 If you get the medicine on your hands, wash them with warm water and soap.
 Gently blow your nose to clear the nostrils.
 Insert the tip of the pump into your left nostril and gently tilt it so that it touches the side of your nose. This will make sure the medicine is applied properly.
 Slowly press the pump until it stops. Remove the tip from your nose.
 Repeat these steps to apply the medicine into your right nostril.
 After you use the pump, wipe the tip with a clean, dry tissue and put the cap back on.
 Press your nostrils together just below the bridge of your nose and lightly rub them together.
 Do not blow your nose or sniff for 1 hour after you use this medicine.

 Missed dose: Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
 Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light. Keep the medicine in a safe place. Do not give it to anyone else, even if you have the same symptoms.

Drugs and Foods to Avoid:
Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.
 Some medicines can affect how testosterone works. Tell your doctor if you are using any of the following:
 Insulin
 Other medicine that you use in your nose (including oxymetazoline)
 Blood thinner (including warfarin)
 Steroid (including dexamethasone, hydrocortisone, methylprednisolone, prednisolone, prednisone)

Warnings While Using This Medicine:
 Tell your doctor if you have kidney disease, liver disease, diabetes, an enlarged prostate, heart disease, high cholesterol, lung disease, sleep apnea, or a history of heart attack or stroke. Also tell your doctor if you have any nose or sinus problems, including allergies or history of nose or sinus surgery or a broken nose.
 This medicine may cause the following problems:
 Increased risk of prostate cancer
 Blood clot in your leg or lung
 Possible increased risk of heart attack or stroke
 Lower sperm count

 This medicine is not indicated for use in women and should never be used by a pregnant woman.
 This medicine can be habit-forming. Do not use more than your prescribed dose. Call your doctor if you think your medicine is not working.
 Your doctor will do lab tests at regular visits to check on the effects of this medicine. Keep all appointments.
 Keep all medicine out of the reach of children. Never share your medicine with anyone.

PLAINTIFFS003795

Possible Side Effects While Using This Medicine:
Call your doctor right away if you notice any of these side effects:
 Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
 Change in how much or how often you urinate, trouble urinating
 Chest pain that may spread, trouble breathing, coughing up blood, unusual sweating, faintness
 Dark urine or pale stools, nausea, vomiting, loss of appetite, stomach pain, yellow skin or eyes
 Pain, redness, or swelling in your arm or leg
 Swelling in your hands, ankles, legs, or feet


If you notice these less serious side effects, talk with your doctor:
 More erections than usual or erections that last a long time
 Runny or stuffy nose, sneezing, nosebleeds, or discomfort, scabbing, or dryness of your nose
 Swollen breasts


If you notice other side effects that you think are caused by this medicine, tell your doctor.
**F)** Testosterone (On the skin)
Testosterone


Treats low testosterone levels. Testosterone is a male hormone.


When This Medicine Should Not Be Used:
This medicine is not right for everyone. Do not use it if you had an allergic reaction to testosterone, or if you have breast cancer or prostate cancer.


How to Use This Medicine:
Gel/Jelly, Kit, Liquid
 Take your medicine as directed. Your dose may need to be changed several times to find what works best for you.
 This medicine should come with a Medication Guide. Ask your pharmacist for a copy if you do not have one.
 Apply this medicine at the same time every day in the morning, unless your doctor tells you differently.
 Apply the medicine to clean, dry, intact skin. Do not apply to skin that has a cut, scrape, or other injury.
 Follow the manufacturer's directions on how to prime the pump before you use it the first time. Do not use the medicine that comes out during priming. Rinse it down the drain.
 Gel:
 Apply the gel only to your shoulders, upper arms, or thighs. Do not apply this medicine to your scrotum or penis.
 Allow the gel to dry before you cover the area with clothing. Wait for at least 2 to 5 hours after you apply this medicine before you shower or swim.


Children and women should avoid contact with the unwashed or unclothed area where the testosterone gel has been applied. If another person accidentally gets this medicine on his or her skin, wash the area with soap and water right away.
 Solution:
 This medicine comes in 2 forms: a pump actuated metered dose bottle and a twist actuated metered dose bottle.
 Apply an antiperspirant or deodorant spray at least 2 minutes before you apply this medicine.
 Use an applicator to apply the solution to clean and dry underarms. Do not apply this medicine to any other part of your body.
 Wipe any medicine that drips or runs with an applicator. Do not rub the solution with your fingers or hand.
 Rinse the applicator cup with water and pat it dry with a tissue. Put the cup and cap back onto the pump actuated metered dose bottle. Put the lid back on the twist actuated metered dose bottle.
 Allow the solution to dry for at least 3 minutes before you cover the area with clothing. Do not shower or swim for at least 2 hours.

PLAINTIFFS003796

Wash your hands with soap and warm water after you use this medicine.
If any medicine gets in your eyes, rinse them right away with water and call your doctor. Do not drink this medicine.
The medicine is flammable until it dries on the skin. Do not smoke or go near an open flame until the gel or solution has dried and you have covered the area with clothing.
Missed dose: Apply a dose as soon as you can. If it is almost time for your next dose, wait until then and apply a regular dose. Do not apply extra medicine to make up for a missed dose.
Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.
Keep the medicine in a safe place. Do not give it to anyone else, even if you have the same symptoms.
Throw away the empty pump, tube, or packet in a place where children and pets cannot reach it.

Drugs and Foods to Avoid:
Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.
Some medicines can affect how testosterone works. Tell your doctor if you are using any of the following:
Insulin, oxyphenbutazone
Blood thinner (including warfarin)
Steroid medicine (including dexamethasone, hydrocortisone, methylprednisolone, prednisolone, prednisone)

Warnings While Using This Medicine:
Tell your doctor if you have kidney disease, liver disease, heart disease, lung disease, blood clotting problems, diabetes, an enlarged prostate, high cholesterol, sleep apnea, or a history of heart attack or stroke.
This medicine may cause the following problems:
Increased risk of prostate cancer
Blood clot in your leg or lung
Possible increased risk of heart attack or stroke
Lower sperm count
Liver problems

This medicine can be habit-forming. Do not use more than your prescribed dose. Call your doctor if you think your medicine is not working.
Tell any doctor or dentist who treats you that you are using this medicine. This medicine may affect certain medical test results.
Your doctor will do lab tests at regular visits to check on the effects of this medicine. Keep all appointments.
Keep all medicine out of the reach of children. Never share your medicine with anyone.

Possible Side Effects While Using This Medicine:
Call your doctor right away if you notice any of these side effects:
Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
Changes in how much or how often you urinate, trouble urinating
Chest pain that may spread, trouble breathing, coughing up blood, unusual sweating, faintness
Dark urine or pale stools, nausea, vomiting, loss of appetite, stomach pain, yellow skin or eyes
Pain, redness, or swelling in your arm or leg
Swelling in your hands, ankles, or feet

If you notice these less serious side effects, talk with your doctor:
More erections than usual or erections that last a long time
Swollen breasts

If you notice other side effects that you think are caused by this medicine, tell your doctor.

PLAINTIFFS003797

## TOXICOLOGY

### Clinical Effects

No results available

### Range of Toxicity

No results available

### Treatment

No results available

## ABOUT

### How Supplied

No results available

### Drug Properties

**A)** Information on specific products and dosage forms can be obtained by referring to the Tradename List (Product Index)
**B)** Synonyms
Testosterone
Testosterone, Micronized
Testosterone Cyp
Testosterone Cypionate
Testosterone Decanoate
Testosterone Enanthate
Testosterone Isocaproate
Testosterone Phenylpropionate
Testosterone Propionate
Testosterone Propionate, Micronized
Testosterone Undecanoate
**C)** Orphan Drug Status
**1)** Testosterone
**a)** This drug has one or more orphan drug designations, which may include approval or withdrawal of status; Access citation for FDA Orphan Drug Information [52]

**2)** Testosterone Cypionate
**a)** This drug has one or more orphan drug designations, which may include approval or withdrawal of status; Access citation for FDA Orphan Drug Information [52]

**3)** Testosterone Enanthate
**a)** This drug has one or more orphan drug designations, which may include approval or withdrawal of status; Access citation for FDA Orphan Drug Information [52]

**D)** Physicochemical Properties
**1)** Testosterone
**a)** Molecular Weight
**1)** 288.4 [85]; 288.42 [28]

PLAINTIFFS003798

**2)** Testosterone Cypionate
**a)** Molecular Weight
**1)** 412.61 [83]

**b)** Solubility
**1)** Testosterone cypionate is freely soluble in alcohol, chloroform, dioxane, ether, and vegetable oils, and is insoluble in water [83].

**3)** Testosterone Enanthate
**a)** Molecular Weight
**1)** 400.6 [73]

**4)** Testosterone Undecanoate
**a)** Molecular Weight
**1)** 456.7 [59]

## Storage & Stability

**A)** Testosterone
**1)** Preparation
**a)** General Information
**1)** NIOSH Group 3 Non-antineoplastics With Reproductive Risks [50]

**2)** NIOSH: This drug presents a potential occupational hazard to men and women actively trying to conceive and women who are pregnant or may become pregnant, and are breast feeding, due to presence of the drug in breast milk [50].

**3)** NIOSH: In the compounding and administration of a hazardous topical drug, use double gloves and a protective gown. Prepare in a biological safety cabinet or a compounding aseptic containment isolator, and use eye/face and respiratory protection if not prepared in a control device. During administration, if there is a potential that the substance could splash or if the patient may resist, use eye/face protection, and if there is inhalation potential use respiratory protection [50].

**b)** Buccal mucosa route
**1)** Administration
**a)** The rounded side of the buccal system surface should be placed against the gum and held firmly in place with a finger over the lip for 30 seconds to ensure adhesion [23].

**b)** If the buccal system falls off during the first 8 hours after application, replace with a new system that should be retained until a total of 12 hours have elapsed from placement of the first system; then continue usual dosing schedule. If the buccal system falls off 8 or more hours after application, apply a new buccal system that may be retained for 12 hours; then continue usual dosing schedule [23].

**c)** The buccal system should not be chewed or swallowed. Remove system prior to oral care and apply a new system after [23].

**c)** Nasal route
**1)** Preparation
**a)** Prime the pump prior to the first use by depressing the pump 10 times, discarding initial drug delivered. Wash off the gel with warm water then wipe tip with clean, dry tissue. If the product comes into contact with hands, wash hands with soap and water [22].

**2)** Administration
**a)** Completely depress the pump 1 time in each nostril; do not apply to any other part of the body. To administer, blow nose, uncap pump, and place the finger on the actuator. Then insert pump until the finger reaches the bottom of the nose. Apply gel to lateral nasal wall and remove pump once fully depressed, wiping the tip along the inside of the lateral nostril. Press on the nostrils just below the bridge of the nose and lightly massage the applied product. Do not blow nose or sniff for 1 hour [22].

PLAINTIFFS003799

**d)** Topical application route

**1)** Axiron(R)

**a)** If using antiperspirant or deodorant stick, roll-on, or spray, apply these 2 minutes prior to the application of testosterone topical solution as part of a normal, consistent, daily routine [20].

**b)** When using for the first time, prime the pump by depressing the pump-actuated or by twisting the dose dial 3 times; discard product dispensed directly into a basin, sink, or toilet and then wash the liquid away thoroughly [20].

**c)** Pump actuated: After priming, depress the pump completely only 1 time each time (1 pump actuation equals 30 mg) [20].

**d)** Pump actuated: Apply using the applicator provided. Position the nozzle over the applicator cup and depress the pump fully once. Do not fill the cup with more than 30 mg (1 pump actuation) [20].

**e)** Twist actuated: After priming, completely twist (180 degree turn) the dose dial 1 time (1 twist actuation equals 30 mg). The applicator should be filled with no more than 30 mg (1 twist actuation). Dosing that requires greater than 1 twist actuation must be applied in increments of 30 mg [20]

**f)** Keep the applicator upright. Place it up into the axilla and wipe steadily down and up into the axilla. If the solution drips or runs, wipe it back up with the applicator cup. Do not rub the solution into the skin with fingers or hand [20].

**g)** Apply each morning to clean, dry, intact skin of the axilla. Do not apply to any other parts of the body. Allow each application site to dry completely prior to the next application (for higher doses) or dressing [20].

**h)** 30 mg, 1 pump or twist actuation: Apply once to 1 axilla only (left or right) [20].

**i)** 60 mg, 2 pump or twist actuations: Apply 1 actuation to the left axilla and 1 actuation to the right axilla [20].

**j)** 90 mg, 3 pump or twist actuations: Apply 1 actuation to the left axilla and 1 actuation to the right axilla. Wait for the product to dry and then apply once again 1 actuation to the left or right axilla [20].

**k)** 120 mg, 4 pump or twist actuations: Apply 1 actuation to the left axilla and 1 actuation to the right axilla. Wait for the product to dry and then apply once again 1 actuation to the left axilla and 1 actuation to the right axilla [20].

**l)** After use, rinse the applicator under room temperature, running water, and then pat dry with a tissue. Place the applicator and cap on the bottle for storage [20].

**m)** Wash hands thoroughly with soap and water after applying testosterone topical solution [20].

**n)** Cover the application site with clothing or dressing after the solution has dried. If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [20].

**o)** Wait at minimum 2 hours prior to washing the application site or swimming [20].

**p)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [20].

**2)** AndroGel(R)

**a)** Prime the AndroGel(R) pump by depressing the actuator 3 times while canister is in upright position. Safely discard the gel dispensed from the first 3 actuations. Priming is only necessary before the first dose [27][49].

**b)** Apply to clean, dry, intact skin of shoulder or upper arm that will be covered by clothing. For the 40.5 mg (2.5-g packets), squeeze a portion of the gel from the packet into the palm of hand and apply to application sites (as this size packet needs to be split between the left and right shoulder) and repeat until entire contents have been applied. The gel may be delivered from the actuator into the palm of one hand, then applied to the intended site, or may be applied directly from the pump to the intended application site [24][27][49].

**c)** Apply AndroGel(R) 1.62%, to the shoulder or upper arm (area of application should be limited to the area that will be covered by the patient's short sleeve t-shirt); do not apply to any other part of the body, including abdomen or genitals. Wait a minimum of 2 hours prior to washing the application site or swimming [49].

PLAINTIFFS003800

**d)** AndroGel(R) 1%, apply to the shoulder and upper arm and/or abdomen (area of application should be limited to the area that will be covered by the patient's short sleeve t-shirt); do not apply to genitals. Avoid swimming or showering for at least 5 hours after application [51].

**e)** Patients should wash hands thoroughly with soap and water immediately after applying testosterone topical gel [27][49].

**f)** Cover the application site with clothing or dressing after the gel has dried. If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [27][49].

**g)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [27][49].

**h)** Children and women should avoid contact with unwashed or unclothed application site [27][49].

**i)** Product contains alcohol and is flammable. Avoid fire, flames, or smoking until the gel has dried [27][49].

**j)** Application recommendations for AndroGel(R) 1.62% for pump or packets are in the table below [15]:

| AndroGel(R) 1.62% | | | | | | |
|---|---|---|---|---|---|---|
| Total Dose of Testosterone | Total Pump Actuations | Pump Actuations per Upper Arm and Shoulder | | Total Packets * | Gel Applications per Upper Arm and Shoulder * | |
| | | Upper Arm and Shoulder #1 | Upper Arm and Shoulder #2 | | Upper Arm and Shoulder #1 | Upper Arm and Shoulder #2 |
| 20.25 mg | 1 | 1 | 0 | One 1.25-g packet | One 1.25-g packet | 0 |
| 40.5 mg | 2 | 1 | 1 | One 2.5-g packet | Half the contents of one 2.5-g packet | Half the contents of one 2.5-g packet |
| 60.75 mg | 3 | 2 | 1 | One 1.25-g AND one 2.5-g packet | One 2.5-g packet | One 1.25-g packet |
| 81 mg | 4 | 2 | 2 | Two 2.5-g packets | One 2.5-g packet | One 2.5-g packet |
| * Weight given as gel content of packet. | | | | | | |

**k)** Application recommendations for AndroGel(R) 1% 75-g pump are in the table below [5]:

| Dosing Guidelines for the AndroGel(R) 1% 75-g Multi-Dose Pump | |
|---|---|
| Prescribed Testosterone Dose | Number of Pump Actuations |
| 50 mg daily | 4 pumps once daily |
| 75 mg daily | 6 pumps once daily |
| 100 mg daily | 8 pumps once daily |

**3)** Fortesta(TM)

**a)** Prime the pump by depressing the actuator 8 times while canister is in upright position; safely discard the gel dispensed from the first 8 actuations; only necessary to prime pump before the first dose [21].

**b)** Apply to clean, dry, intact skin of the front and inner thighs; do not apply to genitals or other parts of the body; use one finger to apply gel [21].

PLAINTIFFS003801

**c)** After the application site is dry, site should be covered with clothing (with sufficient length to cover application site); wash hands thoroughly with soap and water after applying gel [21].

**d)** Children and women should avoid contact with unwashed or unclothed application site [21].

**e)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [21].

**f)** If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [21].

**g)** Application recommendations for Fortesta(TM) are in the table below [21]:

| Total Dose of Testosterone | Total Pump Actuations | Pump Actuations per Thigh | |
|---|---|---|---|
| | | Thigh #1 | Thigh #2 |
| 10 mg | 1 | 1 | 0 |
| 20 mg | 2 | 1 | 1 |
| 30 mg | 3 | 2 | 1 |
| 40 mg | 4 | 2 | 2 |
| 50 mg | 5 | 3 | 2 |
| 60 mg | 6 | 3 | 3 |
| 70 mg | 7 | 4 | 3 |

**4)** Testim(R)

**a)** Apply to clean, dry, intact skin of shoulder or upper arm; do not apply to genitals or abdomen. Wash hands thoroughly with soap and water immediately after applying [24].

**b)** Do not wash application site for at least 2 hours after application. Cover the application site with clothing after the gel has dried. If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [24].

**c)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [24].

**d)** Children and women should avoid contact with unwashed or unclothed application site [24].

**e)** Product contains alcohol and is flammable. Avoid fire, flames, or smoking until the gel has dried [24].

**5)** Vogelxo(TM)

**a)** With multidose bottle, prime the pump 3 times before first use (discard any product released). Depress pump 4 times or empty entire contents of 1 unit-dose tube or packet into palm of the hand and immediately apply to clean, dry, intact skin of shoulder and upper arm. When the daily dosage is 100 mg, repeat on the opposite shoulder [25].

**b)** Do not apply to abdomen or genitals. Wash hands thoroughly with soap and water immediately after applying [25].

**c)** Do not wash site for at least 2 hours after application. Cover the application site with clothing after the gel has dried. If unwashed or unclothed skin comes in direct contact with the skin of another person, wash the general area of contact on the other person with soap and water as soon as possible [25].

**d)** Prior to any anticipated skin-to-skin contact with another person, wash the application site thoroughly with soap and water [25].

**e)** Children and women should avoid contact with unwashed or unclothed application site [25].

**f)** Product contains alcohol and is flammable. Avoid fire, flames, or smoking until the gel has dried [25].

**e)** Transdermal route

**1)** Administration

**a)** Immediately after opening the pouch, apply the adhesive side of the Androderm(R) system to the back, abdomen, upper arm, or thigh in a clean, dry area of the skin. Press system firmly in

PLAINTIFFS003802

place, ensuring good contact with the skin, especially around the edges. Avoid application to oily, damaged, or irritated skin. Do not apply to the scrotum, and avoid bony prominences or areas of prolonged pressure during sitting or sleeping [19].

**b)** Avoid swimming, showering, or washing the administration site for at least 3 hours after application [19].

**c)** Rotate application sites, with at least 7 days between applications to the same site [19].

**B)** Testosterone Cypionate
 **1)** Preparation
 **a)** General Information
 **1)** NIOSH Group 3 Non-antineoplastics With Reproductive Risks [50]

**2)** NIOSH: This drug presents a potential occupational hazard to men and women actively trying to conceive and women who are pregnant or may become pregnant, and are breast feeding, due to presence of the drug in breast milk [50].

**3)** NIOSH: In the preparation and administration of injections, use double gloves and a protective gown. Prepare in a biological safety cabinet or a compounding aseptic containment isolator; eye/face and respiratory protection may be needed. Prepare compounds in a closed system drug transfer device. During administration, if there is a potential that the substance could splash or if the patient may resist, use eye/face protection. Administer certain dosage forms via a closed system drug transfer device [50].

**b)** Intramuscular route
 **1)** Administration
 **a)** Administer IM injection slowly and deeply into the gluteal muscle; it is not for IV injection [83].

**b)** If crystals formed because product was stored at lower than recommended temperatures, they can be dissolved by warming or shaking the vial [83].

**C)** Testosterone Enanthate
 **1)** Preparation
 **a)** General Information
 **1)** NIOSH Group 3 Non-antineoplastics With Reproductive Risks [50]

**2)** NIOSH: This drug presents a potential occupational hazard to men and women actively trying to conceive and women who are pregnant or may become pregnant, and are breast feeding, due to presence of the drug in breast milk [50].

**3)** NIOSH: In the preparation and administration of injections, use double gloves and a protective gown. Prepare in a biological safety cabinet or a compounding aseptic containment isolator; eye/face and respiratory protection may be needed. Prepare compounds in a closed system drug transfer device. During administration, if there is a potential that the substance could splash or if the patient may resist, use eye/face protection. Administer certain dosage forms via a closed system drug transfer device [50].

**b)** Intramuscular route
 **1)** Administration
 **a)** Administer IM injection slowly and deeply into the gluteal muscle, avoiding intravascular injection. Crystals formed during storage at lower than recommended temperatures can be dissolved by warming or shaking the vial. A wet syringe or wet needle may turn the solution cloudy but does not affect product potency [73].

**c)** Subcutaneous route
 **1)** Administration
 **a)** Xyosted(TM) is for subQ injection in the abdominal region only. Avoid IM or intravascular injection. Do not use if the liquid in the syringe is cloudy or if visible particles are present; an air bubble is normal. Do not use if the seal is broken [74].

**D)** Testosterone Undecanoate
 **1)** Preparation
 **a)** General Information

PLAINTIFFS003803

**1)** NIOSH Group 3 Non-antineoplastics With Reproductive Risks [50]

**2)** NIOSH: This drug presents a potential occupational hazard to men and women actively trying to conceive and women who are pregnant or may become pregnant, and are breast feeding, due to presence of the drug in breast milk [50].

**3)** NIOSH: In the preparation and administration of injections, use double gloves and a protective gown. Prepare in a biological safety cabinet or a compounding aseptic containment isolator; eye/face and respiratory protection may be needed. Prepare compounds in a closed system drug transfer device. During administration, if there is a potential that the substance could splash or if the patient may resist, use eye/face protection. Administer certain dosage forms via a closed system drug transfer device [50].

**b)** Intramuscular route
**1)** Preparation
 **a)** Carefully remove gray plastic cap from vial; leave the aluminum metal ring and crimp seal around the gray rubber stopper [63].

 **b)** Using an 18-gauge needle at a 45-degree angle with the bevel oriented upward, inject 3 mL of air through the gray rubber stopper to create positive pressure in the vial, and then withdraw 3 mL (750 mg) of solution [64].

 **c)** Expel any air bubbles from the syringe and change the syringe needle to a new IM needle [63].

 **d)** .

 **2)** Administration
 **a)** For IM use only [63]

 **b)** Slowly (over 60 to 90 seconds) inject IM deep into the gluteal muscle; care must be taken to avoid intravascular administration as this may lead to pulmonary oil microembolism; also avoid the superior gluteal arteries and sciatic nerve [63].

 **c)** Discard any unused portion [63].

 **d)** Alternate injection sites between left and right buttock between consecutive injections [63].

**c)** Oral route
 **1)** Administration
 **a)** Give with food [53][57].

**E)** Testosterone
 **1)** Buccal mucosa route
 **a)** Patch, Extended Release
 **1)** Store at 20 to 25 degrees C (68 to 77 degrees F). Protect from heat and moisture [108].

 **2)** Intramuscular route
 **a)** Solution
 **1)** Store at room temperature. Warming and rotating the vial between hands will redissolve any crystals that may have formed when stored at lower temperatures [88].

 **3)** Nasal route
 **a)** Gel/Jelly
 **1)** Store at a controlled room temperature between 20 and 25 degree C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 to 86 degrees F) [22].

 **4)** Oral route
 **a)** Capsule
 **1)** Refrigerate between 2 and 8 degrees C before dispensing. Do not refrigerate after dispensing. The shelf life is 3 years before opening when stored between 2 and 8 degrees C and 90 days at room temperature after the container has been opened [208].

 **5)** Topical application route
 **a)** Gel/Jelly/Solution

PLAINTIFFS003804

Case 4:22-cv-00325-RH-MAF   Document 175-25   Filed 04/27/23   Page 153 of 168

**1)** Store at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 and 86 degrees F) [28][25]. Do not freeze [21].

**2)** Store upright at a controlled room temperature of 25 degrees C (77 degrees F); excursions permitted between 15 and 30 degrees C (59 to 86 degrees F) [209][183].

**6)** Transdermal route
**a)** Patch, Extended Release
**1)** Store at 25 degrees C (77 degrees F); excursions permitted between 15 and 30 degrees C (59 and 86 degrees F) [182].

**F)** Testosterone Cypionate
**1)** Injection route
**a)** Solution
**1)** Store at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F); protect from light [83].

**G)** Testosterone Enanthate
**1)** Intramuscular route
**a)** Solution
**1)** Store at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F). If crystals form, warm and rotate vial between palms of hands to dissolve [73].

**2)** Subcutaneous route
**a)** Solution
**1)** Store in original carton at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 to 86 degrees F). Protect from light; do not refrigerate or freeze [74].

**H)** Testosterone Undecanoate
**1)** Intramuscular route
**a)** Solution
**1)** Store in original carton at a controlled room temperature of 25 degrees C (77 degrees F) , with excursions permitted between 15 and 30 degrees C (59 and 86 degrees F). Discard any unused portion [59].

**2)** Oral route
**a)** Capsule
**1)** Store at a temperature between 20 and 25 degrees C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 and 86 degrees F). Store in a dry place and protect from moisture [57].

**b)** Capsule, Liquid Filled
**1)** Store at a controlled room temperature between 20 and 25 degrees C (68 and 77 degrees F), with excursions permitted between 15 and 30 degrees C (59 and 86 degrees F) [53].

## Trade Names

No results available

## Regulatory Status

No results available

## References

PLAINTIFFS003805

1. Product Information: AXIRON(R) topical solution, testosterone topical solution. Lilly USA, LLC (per FDA), Indianapolis, IN, 2015.

2. Product Information: TESTIM(R) topical gel, testosterone topical gel. Auxilium Pharmaceuticals, Inc. (per FDA), Chesterbrook, PA, 2015.

3. Product Information: FORTESTA(R) topical gel, testosterone topical gel. Endo Pharmaceuticals Inc. (per FDA), Malvern, PA, 2015.

4. Product Information: AndroGel(R) 1.62% topical gel, testosterone 1.62% topical gel. AbbVie Inc. (per FDA), North Chicago, IL, 2013.

5. Product Information: AndroGel(R) topical gel, testosterone 1% topical gel. AbbVie Inc. (per FDA), North Chicago, IL, 2015.

6. American Geriatrics Society Beers Criteria Update Expert Panel: American Geriatrics Society 2019 updated AGS Beers Criteria(R) for potentially inappropriate medication use in older adults. J Am Geriatr Soc 2019; 67(4):674-694.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

7. Hembree WC, Cohen-Kettenis PT, Gooren L, et al: Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 2017; 102(11):3869-3903.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

8. Gomez-Gil E, Zubiaurre-Elorza L, Esteva I, et al: Hormone-treated transsexuals report less social distress, anxiety and depression. Psychoneuroendocrinology 2012; 37(5):662-670.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

9. Pelusi C, Costantino A, Martelli V, et al: Effects of three different testosterone formulations in female-to-male transsexual persons. J Sex Med 2014; 11(12):3002-3011.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

10. English KM, Steeds RP, Jones TH, et al: Low-dose transdermal testosterone therapy improves angina threshold in men with chronic stable angina. Circulation 2000; 102:1906-1911.

11. Pope HG, Cohane GH, Kanayama G, et al: Testosterone gel supplementation for men with refractory depression: a randomized, placebo-controlled trial. Am J Psychiatry 2003; 160:105-111.

12. Miller KK, Biller BM, Beauregard C, et al: Effects of testosterone replacement in androgen-deficient women with hypopituitarism: a randomized, double-blind, placebo-controlled study. J Clin Endocrinol Metab 2006; 91(5):1683-1690.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

13. Goldstat R, Briganti E, Tran J, et al: Transdermal testosterone therapy improves well-being, mood, and sexual function in premenopausal women. Menopause 2003; 10(5):390-398.

14. Product Information: ANDRODERM(R) transdermal system patch, testosterone transdermal system patch. Actavis Pharma, Inc. (per FDA), Parsippany, NJ, 2015.

15. Product Information: AndroGel(R) 1.62% topical gel, testosterone 1.62% topical gel. AbbVie Inc. (per FDA), North Chicago, IL, 2015.

16. Product Information: Natesto nasal gel, testosterone nasal gel. Endo Pharmaceuticals Inc. (per FDA), Malvern, PA, 2015.

PLAINTIFFS003806

17. Product Information: STRIANT(R) buccal system tablets, testosterone buccal system tablets. Actient Pharmaceuticals LLC (per FDA), Chesterbrook, PA, 2015.

18. Product Information: VOGELXO(TM) topical gel, testosterone topical gel. Upsher-Smith Laboratories, Inc. (per FDA), Maple Grove, MN, 2015.

19. Product Information: ANDRODERM(R) transdermal patch, testosterone transdermal patch. Watson Pharma, Inc. (per FDA), Parsippany, NJ, 2012.

20. Product Information: AXIRON(R) topical solution, testosterone topical solution. Lilly USA, LLC (per FDA), Indianapolis, IN, 2017.

21. Product Information: FORTESTA(TM) topical gel, testosterone topical gel. Endo Pharmaceuticals, Chadds Ford, PA, 2010.

22. Product Information: Natesto nasal gel, testosterone nasal gel. Trimel BioPharma SRL (per FDA), Washington, DC, 2014.

23. Product Information: STRIANT(R) buccal system tablets, testosterone buccal system tablets. Actient Pharmaceuticals LLC (per FDA), Chesterbrook, PA, 2014.

24. Product Information: Testim(R) topical gel, testosterone 1% topical gel. Auxilium Pharmaceuticals, Inc (per FDA), Malvern, PA, 2011.

25. Product Information: VOGELXO(TM) topical gel, testosterone topical gel. Upsher-Smith Laboratories, Inc. (per FDA), Maple Grove, MN, 2014.

26. Mulhall JP, Trost LW, Brannigan RE, et al: Evaluation and management of testosterone deficiency: AUA guideline. J Urol 2018; 200(2):423-432.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

27. Product Information: AndroGel(R) topical gel, testosterone 1% topical gel. Abbott Laboratories (per FDA), Abbott Park, IL, 2011.

28. Product Information: AndroGel(R) 1.62% topical gel, testosterone gel 1.62% topical gel. Abbott Laboratories, North Chicago, IL, 2011.

29. Kaufman JM, Miller MG, Garwin JL, et al: Efficacy and safety study of 1.62 percent testosterone gel for the treatment of hypogonadal men. J Sex Med 2011; 8(7):2079-2089.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

30. Kaufman JM, Miller MG, Fitzpatrick S, et al: One-year efficacy and safety study of a 1.62% testosterone gel in hypogonadal men: results of a 182-day open-label extension of a 6-month double-blind study. J Sex Med 2012; 9(4):1149-1161.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

31. Swerdloff RS & Wang C: Androgens and the ageing male. Best Practice & Research Clinical Endocrinology & Metabolism 2004; 18(3):349-362.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

32. Behre HM, Tammela TL, Arver S, et al: A randomized, double-blind, placebo-controlled trial of testosterone gel on body composition and health-related quality-of-life in men with hypogonadal to low-normal levels of serum testosterone and symptoms of androgen deficiency over 6 months with 12 months open-label follow-up. Aging Male 2012; 15(4):198-207.

PLAINTIFFS003807

PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

33. Howell SJ, Radford JA, Adams JE, et al: Randomized placebo-controlled trial of testosterone replacement in men with mild Leydig cell insufficiency following cytotoxic chemotherapy. Clin Endocrinol 2001; 55:315-324.

34. Money J, Lehne GK, & Pierre-Jerome F: Micropenis: adult follow-up and comparison of size against new norms. J Sex Marital Ther 1984; 10:105-116.

35. Ben-Galim E, Hillman RE, & Weldon VV: Topically applied testosterone and phallic growth. Am J Dis Child 1980; 134:296-298.

36. Luo CC, Lin JN, Chiu CH, et al: Use of parenteral testosterone prior to hypospadias surgery. Pediatr Surg Int 2003; 19:82-84.

37. Tsur H, Shafir R, Schachar J, et al: Microphallic hypospadias: testosterone therapy prior to surgical repair. Br J Plast Surg 1983; 36:398-400.

38. Diaz Gomez LA, Lagaron Comba E, & Perez Escariz P: Response of micropenis to topical testosterone and gonadotrophines: a comparative study. Anales Espanoles de Pediatria 1982; 16(2):145-152.

39. Sands RH, Studd JWW, Jones J, et al: Comparison of the biochemical effects of testosterone and estrogen on bone markers in surgically menopausal women. Gynecol Endocrinol 2000; 14:382-387.

40. Wang C, Swerdloff RS, Iranmanesh A, et al: Effects of transdermal testosterone gel on bone turnover markers and bone mineral density in hypogonadal men. Clin Endocrinol 2001; 54:739-750.

41. Shifren JL, Braunstein GD, Simon JA, et al: Transdermal testosterone treatment in women with impaired sexual function after oophorectomy. N Engl J Med 2000; 343(10):682-688.

42. Arver S, Dobs AS, Meilkle AW, et al: Long-term efficacy and safety of a permeation-enhanced testosterone transdermal system in hypogonadal men. Clin Endocrinol 1997; 47:727-737.

43. Arver S, Dobs AS, Meikle AW, et al: Improvement of sexual function in testosterone deficient men treated for 1 year with a permeation enhanced testosterone transdermal system. J Urol 1996; 155:1604-1608.

44. Dobs AS, Cofrancesco J, Nolten W, et al: The use of a transscrotal testosterone delivery system in the treatment of patients with weight loss related to human immunodeficiency virus infection. Am J Med 1999; 107(2):126-132.

45. Bhasin S, Ma K, Sinha I, et al: The genetic basis of male infertility.. Endocrinol Metab Clin North Am 1998; 27:783-805.

46. Grinspoon S, Corcoran C, Askari H, et al: Effects of androgen administration in men with AIDS wasting syndrome. Ann Intern Med 1998; 129:18-26.

47. Miller K, Corcoran C, Armstrong C, et al: Transdermal testosterone administration in women with acquired immunodeficiency syndrome wasting: a pilot study. J Clin Endocrinol Metab 1998; 83:2712-2725.

48. Wang C, Eyre D, Clark R, et al: Sublingual testosterone replacement improves muscle mass and strength, decreases bone resorption, and increases bone formulation markers in hypogonadal men - a clinical research center study. J Clin Endocrinol Metab 1996; 81:3654-3662.

PLAINTIFFS003808

49. Product Information: AndroGel(R) topical gel, testosterone 1.62% topical gel. Abbott Laboratories (per Manufacturer), North Chicago, IL, 2012.

50. Centers for Disease Control and Prevention (CDC): NIOSH list of antineoplastic and other hazardous drugs in healthcare settings, 2016. Centers for Disease Control and Prevention (CDC). Atlanta, GA. 2016. Available from URL: http://www.cdc.gov/niosh/topics/antineoplastic/pdf/hazardous-drugs-list_2016-161.pdf. As accessed 2016-11-03.

51. Product Information: AndroGel(R) 1% topical gel, testosterone 1% topical gel. AbbVie Inc. (per FDA), North Chicago, IL, 2013.

52. US Food & Drug Administration (FDA): Orphan Drug Designation Database. US Food & Drug Administration (FDA). Silver Spring, MD. 2022. Available from URL: https://www.accessdata.fda.gov/scripts/opdlisting/oopd/. As accessed 2022-08-02.

53. Product Information: TLANDO(TM) oral capsules, testosterone undecanoate oral capsules. Antares Pharma Inc (per FDA), Ewing, NJ, 2022.

54. Wierckx K, Van Caenegem E, Schreiner T, et al: Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. J Sex Med 2014; 11(8):1999-2011. PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

55. Klaver M, de Blok CJM, Wiepjes CM, et al: Changes in regional body fat, lean body mass and body shape in trans persons using cross-sex hormonal therapy: results from a multicenter prospective study. EurJ Endocrinol 2018; 178(2):165-173. PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

56. Wierckx K, Van de Peer F, Verhaeghe E, et al: Short- and long-term clinical skin effects of testosterone treatment in trans men. J Sex Med 2014; 11(1):222-229. PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

57. Product Information: JATENZO(R) oral capsules, testosterone undecanoate oral capsules. Clarus Therapeutics Inc (per FDA), Northbrook, IL, 2019.

58. Product Information: AVEED(R) intramuscular injection, testosterone undecanoate intramuscular injection. Endo Pharmaceuticals Solutions Inc. (per FDA), Malvern, PA, 2015.

59. Product Information: AVEED(TM) intramuscular injection solution, testosterone undecanoate intramuscular injection solution. Endo Pharmaceuticals Solutions Inc. (per FDA), Malvern, PA, 2014.

60. Tan WS , Low WY , Ng CJ , et al: Efficacy and safety of long-acting intramuscular testosterone undecanoate in aging men: a randomised controlled study. BJU Int 2013; 111(7):1130-1140. PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

61. DelConte A, Papangkorn K, Kim K, et al: A new oral testosterone (TLANDO) treatment regimen without dose titration requirement for male hypogonadism. Andrology 2022; 10(4):669-676. PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

62. Zitzmann M , Mattern A , Hanisch J , et al: IPASS: a study on the tolerability and effectiveness of injectable testosterone undecanoate for the treatment of male hypogonadism in a worldwide sample of 1,438 men. J Sex Med 2013; 10(2):579-588. PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

PLAINTIFFS003809

63. Product Information: AVEED(R) intramuscular injection, testosterone undecanoate intramuscular injection. Endo Pharmaceuticals Solutions Inc. (per FDA), Malvern, PA, 2015.

64. Product Information: AVEED(R) intramuscular injection, testosterone undecanoate intramuscular injection. Endo Pharmaceuticals Inc (per FDA), Malvern, PA, 2021.

65. Nakamura A, Watanabe M, Sugimoto M, et al: Dose-response analysis of testosterone replacement therapy in patients with female to male gender identity disorder. Endocr J 2013; 60(3):275-281.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

66. Keo-Meier CL, Herman LI, Reisner SL, et al: Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. J Consult Clin Psychol 2015; 83(1):143-156.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

67. Neff MS, Goldberg J, Slifkin RF, et al: A comparison of androgens for anemia in patients on hemodialysis. N Engl J Med 1981; 304:871-875.

68. Anawalt BD, Herbst KL, Matsumoto AM, et al: Desogestrel plus testosterone effectively suppresses spermatogenesis but also causes modest weight gain and high-density lipoprotein suppression. Fertil Steril 2000; 74:707-714.

69. Meriggiola M, Bremner W, Paulsen C, et al: A combined regimen of cyproterone acetate and testosterone enanthate as a potentially highly effective male contraceptive. J Clin Endocrinol Metab 1996; 81:3018-3023.

70. Bebb RA, Anawalt BD, Christensen RB, et al: Combined administration of levonorgestrel and testosterone induces more rapid and effective suppression of spermatogenesis than testosterone alone: a promising male contraceptive approach. J Clin Endocrinol Metab 1996; 81:757-762.

71. Anon: Contraceptive efficacy of testosterone-induced azoospermia in normal men. Lancet 1990; 336:955-959.

72. Matsumoto AM: Is high dosage testosterone an effective male contraceptive agent?. Fertil Steril 1988; 50:324-328.

73. Product Information: testosterone enanthate intramuscular injection, testosterone enanthate intramuscular injection. West-Ward Pharmaceutical Corp. (per DailyMed), Eatontown, NJ, 2012.

74. Product Information: XYOSTED(TM) subcutaneous injection, testosterone enanthate subcutaneous injection. Antares Pharma Inc (per FDA), Ewing, NJ, 2018.

75. Product Information: Delatestryl(R) intramuscular injection, testosterone enanthate intramuscular injection. Endo Pharmaceuticals Solutions Inc. (per FDA), Malvern, PA, 2015.

76. Product Information: XYOSTED(R) subcutaneous injection, testosterone enanthate subcutaneous injection. Antares Pharma Inc (per FDA), Ewing, NJ, 2019.

77. Snyder PJ & Lawrence DA: Treatment of male hypogonadism with testosterone enanthate. J Clin Endocrinol Metab 1980; 51:1335-1339.

78. Ferrando AA, Sheffield-Moore M, Wolf SE, et al: Testosterone administration in severe burns ameliorates muscle catabolism. Crit Care Med 2001; 29(10):2032-2033.

PLAINTIFFS003810

79. Doelle GC, Alexander AN, Evans RM, et al: Combined treatment with an LHRH agonist and testosterone in man: reversible oligozoospermia without impotence. J Androl 1983; 4:298-302.

80. Bhasin S, Storer t, Berman N, et al: The effects of supraphysiologic doses of testosterone on muscle size and strength in normal men. NEJM 1996; 335:1-7.

81. Meyer WJ, Webb A, Stuart CA, et al: Physical and hormonal evaluation of transsexual patients: a longitudinal study. Arch Sex Behav 1986; 15(2):121-138.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

82. Product Information: Depo(R)-Testosterone intramuscular injection, testosterone cypionate intramuscular injection. Pharmacia & Upjohn Company (per FDA), New York, NY, 2015.

83. Product Information: testosterone cypionate intramuscular injection, testosterone cypionate intramuscular injection. West-Ward Pharmaceutical Corp. (per DailyMed), Eatontown, NJ, 2012.

84. Product Information: ANDRODERM(R) C-III transdermal system, testosterone transdermal system. Watson Pharma, Inc. (per FDA), Parsippany, NJ, 2011.

85. Product Information: AXIRON(R) topical solution, testosterone topical solution. Lilly USA, Indianapolis, IN, 2010.

86. Product Information: TESTIM(R) topical gel, testosterone 1% topical gel. Auxilium Pharmaceuticals, Inc., Malvern, PA, 2009.

87. Product Information: AndroGel(R) topical gel, testosterone gel 1% topical gel. Solvay Pharmaceuticals Inc, Marietta, GA, 2009.

88. Product Information: DELATESTRYL(R) IM injection, testosterone enanthate IM injection. Indevus Pharmaceuticals,Inc, Lexington, MA, 2007.

89. US Food and Drug Administration (FDA): FDA approves new changes to testosterone labeling regarding the risks associated with abuse and dependence of testosterone and other anabolic androgenic steroids (AAS). US Food and Drug Administration (FDA). Silver Spring, MD. 2016. Available from URL: http://www.fda.gov/Drugs/DrugSafety/ucm526206.htm. As accessed 2016-10-25.

90. Product Information: TESTIM(R) topical gel, testosterone topical gel. Endo Pharmaceuticals Inc (per FDA), Malvern, PA, 2021.

91. US Food and Drug Administration: Testosterone gel safety concerns prompt FDA to require label changes, medication guide. US Food and Drug Administration. Silver Spring, MD. 2009. Available from URL: http://www.fda.gov/bbs/topics/NEWS/2009/NEW02011.html. As accessed 2009-05-07.

92. Product Information: AVEED(TM) intramuscular injection, testosterone undecanoate intramuscular injection. Endo Pharmaceuticals Solutions Inc. (per FDA), Malvern, PA, 2014.

93. US Food and Drug Administration (FDA): FDA Drug Safety Communication: FDA cautions about using testosterone products for low testosterone due to aging; requires labeling change to inform of possible increased risk of heart attack and stroke with use. US Food and Drug Administration (FDA). Silver Spring, MD. 2015. Available from URL: http://www.fda.gov/downloads/Drugs/DrugSafety/UCM436270.pdf. As accessed 2015-03-03.

94. Product Information: Depo(R)-Testosterone,, testosterone cypionate,. Pharmacia,, Kalamazoo,, MI,, 2002..

PLAINTIFFS003811

95. Siddique H, Smith JC, & Corrall RJM: Reversal of polycythaemia induced by intramuscular androgen replacement using transdermal testosterone therapy (letter). Clin Endocrinol 2004; 60:142-149.

96. Viallard JF, Marit G, Mercie P, et al: Polycythemia as a complication of transdermal testosterone therapy. Br J Haematol 2000; 110(1):237-238.

97. Nota NM, Wiepjes CM, de Blok CJM, et al: The occurrence of acute cardiovascular events in transgender individuals receiving hormone therapy. Circulation 2019; 139(11):1461-1462.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

98. Martinez C, Suissa S, Rietbrock S, et al: Testosterone treatment and risk of venous thromboembolism: population based case-control study. BMJ 2016; 355:i5968.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

99. Product Information: AXIRON(R) topical solution, testosterone topical solution. Lilly USA, LLC (per FDA), Indianapolis, IN, 2011.

100. Product Information: ANDRODERM(R) transdermal system, testosterone transdermal system. Watson Pharma Inc, Rockville, MD, 2006.

101. Fisher M, Appleby M, Rittoo D, et al: Myocardial infarction with extensive intracoronary thrombus induced by anabolic steroids. Br J Clin Pract 1996; 50:222-223.

102. Goldberg L: Adverse effects of anabolic steroids (letter). JAMA 1996; 276:257.

103. Vigen R , O'Donnell CI , Baron AE , et al: Association of testosterone therapy with mortality, myocardial infarction, and stroke in men with low testosterone levels. JAMA 2013; 310(17):1829-1836.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

104. Finkle WD, Greenland S, Ridgeway GK, et al: Increased Risk of Non-Fatal Myocardial Infarction Following Testosterone Therapy Prescription in Men. PLoS One 2014; 9(1):e85805.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

105. Layton JB , Meier CR , Sharpless JL , et al: Comparative Safety of Testosterone Dosage Forms. [Erratum appears in JAMA Intern Med. JAMA Internal Medicine 2015; 175(7):1187-1196.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

106. Tangredi JF & Buxton IL: Hypertension as a complication of topical testosterone therapy. Ann Pharmacother 2001; 35:1205-1207.

107. Akhter J, Hyder S, & Ahmed M: Cerebrovasacular accident associated with anabolic steroid use in a young man (letter). Neurology 1994; 44:2405-2406.

108. Product Information: STRIANT(R) mucoadhesive system, testosterone buccal mucoadhesive system. Columbia Laboratories,Inc, Livingston, NJ, 2003.

109. Shapiro P, Ikeda RM, Ruebner BH, et al: Multiple hepatic tumors and peliosis hepatis in fanconi's anemia treated with androgens. Am J Dis Child 1977; 131:1104-1106.

110. Product Information: FORTESTA(R) topical gel, testosterone topical gel. Endo Pharmaceuticals Inc (per manufacturer), Malvern, PA, 2017.

PLAINTIFFS003812

111. Jordan WP Jr: Allergy and topical irritation associated with transdermal testosterone administraion: a comparison of scrotal and nonscrotal transdermal systems. Am J Contact Dermat 1997; 8(2):108-113.

112. Heydenreich G: Testosterone and anabolic steroids and acne fulminans. Arch Dermatol 1989; 125:571-572.

113. O'Driscoll JB & August PJ: Exacerbation of psoriasis precipitated by an oestradiol-testosterone implant. Clin Exp Dermatol 1990; 15:68-69.

114. Orme C & Imaeda S: Eschar formation from testosterone patch. N Engl J Med 2012; 366(18):e28-e28.

115. Treskova I, Hes O, & Bursa V: Long-term hormonal therapy resulting in breast cancer in female-to-male transsexual: case report. Medicine (Baltimore) 2018; 97(52):e13653-.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

116. Ruch W & Jenny P: Priapism following testosterone administration for delayed male puberty (letter). Am J Med 1989; 86:256-257.

117. Loeb S, Folkvaljon Y, Damber JE, et al: Testosterone replacement therapy and risk of favorable and aggressive prostate cancer. J Clin Oncol 2017; 35(13):1430-1436.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

118. Jackson JA, Waxman J, & Spiekerman M: Prostatic complications of testosterone replacement therapy. Arch Intern Med 1989; 149:2365-2366.

119. Loughlin K & Richie J: Prostate cancer after exogenous testosterone treatment for impotence. J Urol 1997; 157:1845.

120. Khera M, Bhattacharya RK, Blick G, et al: Changes in prostate specific antigen in hypogonadal men after 12 months of testosterone replacement therapy: support for the prostate saturation theory. J Urol 2011; 186(3):1005-1011.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

121. Palacios A, Campfield LA, McClure RD, et al: Effect of testosterone enanthate on hematopoiesis in normal men. Fertil Steril 1983; 40:100-104.

122. Stimac D, Milic S, Dintinjana RD, et al: Androgenic/Anabolic steroid-induced toxic hepatitis. J Clin Gastroenterol 2002; 35(4):350-352.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

123. Veneri RJ & Gordon SC: Anabolic steroid-induced cholestasis: choleretic response to corticosteroids (letter). J Clin Gastroenterol 1988; 10:467-468.

124. Sandblom RE, Marsumoto AM, Schoene RB, et al: Obstructive sleep apnea syndrome induced by testosterone administration. N Engl J Med 1983; 308:508-510.

125. Zargooshi J: Priapism as a complication of high dose testosterone therapy in a man with hypogonadism. J Urol 2000; 163:907.

126. Zelissen PMJ & Stricker BH: Severe priapism as a complication of testosterone substitution therapy. Am J Med 1988; 85:273-274.

127. Hwang JJ, Dharmawardana PG, Uchio EM, et al: Prostate cancer in Klinefelter syndrome during

PLAINTIFFS003813

hormonal replacement therapy. Urology 2003; 62:941.

128. Brower KJ, Blow FC, Beresford TP, et al: Anabolic-androgenic steroid dependence. J Clin Psychiatry 1989; 50:31-33.

129. Schrogie JJ & Solomon HM: The anticoagulant response to bishydroxycoumarin. II. The effect of D-thyroxine, clofibrate, and norethandrolone. Clin Pharmacol Ther 1967; 8:70-77.

130. Lorentz SM & Weibert RT: Potentiation of warfarin anticoagulation by topical testosterone ointment. Clin Pharm 1985; 4:332-334.

131. Robinson BH, Hawkins JB, Ellis JE, et al: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 1:1356.

132. Longridge RG, Gillam PM, & Barton GM: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 2:90.

133. Edwards MS & Curtis JR: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 2:221.

134. Schrogie JJ & Solomon HM: The anticoagulant response to bishydroxycoumarin. II. The effect of D-thyroxine, clofibrate, and norethandrolone. Clin Pharmacol Ther 1967; 8:70-77.

135. Lorentz SM & Weibert RT: Potentiation of warfarin anticoagulation by topical testosterone ointment. Clin Pharm 1985; 4:332-334.

136. Robinson BH, Hawkins JB, Ellis JE, et al: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 1:1356.

137. Longridge RG, Gillam PM, & Barton GM: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 2:90.

138. Edwards MS & Curtis JR: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 2:221.

139. Product Information: Delatestryl(R), testosterone enanthate. BTG Pharmaceuticals, Iselin, NJ, 1995.

140. Product Information: ANDROGEL(R) topical gel, testosterone topical gel. Unimed Pharmaceuticals,Inc, Marietta, GA, 2007.

141. Lorentz SM & Weibert RT: Potentiation of warfarin anticoagulation by topical testosterone ointment. Clin Pharm 1985; 4:332-334.

142. Robinson BH, Hawkins JB, Ellis JE, et al: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 1:1356.

143. Longridge RG, Gillam PM, & Barton GM: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 2:90.

144. Edwards MS & Curtis JR: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 2:221.

145. Schrogie JJ & Solomon HM: The anticoagulant response to bishydroxycoumarin. II. The effect of D-thyroxine, clofibrate, and norethandrolone. Clin Pharmacol Ther 1967; 8:70-77.

PLAINTIFFS003814

146. Longridge RG, Gillam PM, & Barton GM: Decreased anticoagulant tolerance with oxymetholone. Lancet 1971; 2:90.

147. Schrogie JJ & Solomon HM: The anticoagulant response to bishydroxycoumarin. II. The effect of D-thyroxine, clofibrate, and norethandrolone. Clin Pharmacol Ther 1967; 8:70-77.

148. Product Information: Androgel(R), testosterone gel. Unimed Pharmaceuticals, Inc., Marietta, GA, 2002.

149. Product Information: DUETACT oral tablets, pioglitazone glimepiride oral tablets. Takeda Pharmaceuticals America, Inc. (per FDA), Deerfield, IL, 2015.

150. Moller BB & Ekelun B: Toxicity of cyclosporine during treatment with androgen (letter). N Engl J Med 1985; 133:1416.

151. Goffin E, Pirson Y, Geubel A, et al: Cyclosporine-methyltestosterone interaction. Nephron 1991; 59:174-175.

152. Ross WB, Roberts D, & Griffin PJ: Cyclosporin interaction with danazol and norethisterone (letter). Lancet 1986; 1:330.

153. Goffin E, Pirson Y, Geubel A, et al: Cyclosporine-methyltestosterone interaction. Nephron 1991; 59:174-175.

154. Ross WB, Roberts D, & Griffin PJ: Cyclosporin interaction with danazol and norethisterone (letter). Lancet 1986; 1:330.

155. Moller BB & Ekelun B: Toxicity of cyclosporine during treatment with androgen (letter). N Engl J Med 1985; 133:1416.

156. Product Information: Androgel(R) 1%, testosterone gel. Unimed Pharmaceuticals, Inc., Marietta, GA, 2002.

157. Product Information: WELLBUTRIN(R) oral tablets, bupropion hcl oral tablets. GlaxoSmithKline, Research Triangle Park, NC, 2007.

158. Product Information: WELLBUTRIN XL(R) extended-release oral tablets, bupropion hcl extended-release oral tablets. GlaxoSmithKline, Research Triangle Park, NC, 2007.

159. Product Information: WELLBUTRIN SR(R) sustained-release oral tablets, bupropion hcl sustained-release oral tablets. GlaxoSmithKline, Research Triangle Park, NC, 2006.

160. Product Information: bupropion hcl extended release oral tablets, bupropion hcl extended release oral tablets. Sandoz,Inc, Princeton, NJ, 2006.

161. Product Information: ZYBAN(R) sustained-release oral tablets, bupropion hcl sustained-release oral tablets. GlaxoSmithKline, Research Triangle Park, NC, 2007.

162. Product Information: TAXOL(R) intravenous injection, paclitaxel intravenous injection. Bristol-Myers Squibb Company, Princeton, NJ, USA, 2003.

163. Product Information: Abraxane(TM) for injectable suspension, paclitaxel protein-bound particles for injectable suspension (albumin-bound). American Pharmaceutical Partners, Inc., Schaumburg, IL, USA, 2005.

PLAINTIFFS003815

164. Armanini D, Bonanni G, & Palermo M: Reduction of serum testosterone in men by licorice. N Engl J Med 1999; 341(15):1158.

165. Takahashi K & Kitao M: Effect of TJ-68 (Shakuyaku-Kanzo-To) on polycystic ovarian disease. Int J Fertil 1994; 39(2):69-76.

166. Armanini D, Bonanni G, & Palermo M: Reduction of serum testosterone in men by licorice. N Engl J Med 1999; 341(15):1158.

167. Takahashi K & Kitao M: Effect of TJ-68 (Shakuyaku-Kanzo-To) on polycystic ovarian disease. Int J Fertil 1994; 39(2):69-76.

168. Sakamoto K & Wakabayashi K: Inhibitory effect of glycyrrhetinic acid on testosterone production in rat gonads. Endocrinol Japon 1988; 35:333-342.

169. Takeuchi T, Nishii O, Okamura T, et al: Effect of paeoniflorin, glycyrrhizin and glycyrrhetic acid on ovarian androgen production. Am J Chin Med 1991; 19(1):73-78.

170. Takeuchi T, Nishii O, Okamura T, et al: Effect of traditional herbal medicine, shakuyaku-kanzo-to on total and free serum testosterone levels. Am J Chin Med 1989; 17(1-2):35-44.

171. Bowers LD: Oral dehydroepiandrosterone supplementation can increase the testosterone/epitestosterone ratio. Clin Chem 1999; 45(2):295-297.

172. Bosy TZ, Moore KA, & Poklis A: The effect of oral dehydroepiandrosterone on the urine testosterone/epitestosterone ration (T/E) in human male volunteers. J Anal Toxicol 1998; 22(6):455-459.

173. Mahesh VB & Greeenblatt RB: The in vivo conversion of dehydroepiandrosterone and androstenedione to testosterone in the human. Acta Endocrinologica 1962; 41:400-406.

174. Bowers LD: Oral dehydroepiandrosterone supplementation can increase the testosterone/epitestosterone ratio. Clin Chem 1999; 45(2):295-297.

175. Bosy TZ, Moore KA, & Poklis A: The effect of oral dehydroepiandrosterone on the urine testosterone/epitestosterone ration (T/E) in human male volunteers. J Anal Toxicol 1998; 22(6):455-459.

176. Ishihara K, Kushida J, Yuzurihara M, et al: Interaction of drugs and Chinese herbs: pharmacokinetic changes of tolbutamide and diazepam caused by extract of Angelica dahurica. J Pharm Pharmacol 2000; 52(8):1023-1029.

177. Ishihara K, Kushida J, Yuzurihara M, et al: Interaction of drugs and Chinese herbs: pharmacokinetic changes of tolbutamide and diazepam caused by extract of Angelica dahurica. J Pharm Pharmacol 2000; 52(8):1023-1029.

178. Grumbach MM & Ducharme JR: The effects of androgens on fetal sexual development. Androgen-induced female pseudohermaphrodism. Fertil Steril 1960; 11:157-180.

179. Schardein JLSchardein JL: Chemically Induced Birth Defects, Marcel Dekker, Inc, New York, NY, 1985, pp 260-265.

180. Reschini E, Giustina G, D'Alberton A, et al: Female pseudohermaphroditism due to maternal androgen administration: 25-year follow-up. Lancet 1985; 1:1226.

PLAINTIFFS003816

181. Product Information: testosterone cypionate IM injection, testosterone cypionate IM injection. Synerx Pharma,LLC, Newtown, PA, 2006.

182. Product Information: ANDRODERM(R) transdermal system, testosterone transdermal system. Watson Pharma Inc, Corona, CA, 2005.

183. Product Information: ANDROGEL(R) topical gel, testosterone topical gel. Unimed Pharmaceuticals Inc, Marietta, GA, 2007.

184. Anon: Breastfeeding and Maternal Medication. World Health Organization, Geneva, Switzerland, 2002.

185. Hill D, Garbaczewski L, & Wynder EL: Testosterone in breast fluid. Lancet 1983; 1:761.

186. Snyder PJ, Peachey H, Berlin JA, et al: Effects of testosterone replacement in hypogonadal men. J Clin Endocrinol Metab 2000; 85:2670-2677.

187. Product Information: AndroGel(R), testosterone gel. Unimed Pharmaceuticals, Marietta, GA, 2003.

188. Houwing NS, Maris F, Schnabel PG, et al: Pharmacokinetic study of women of three different doses of a new formulation of oral testosterone undecanoate, Andriol Testocaps. Pharmacotherapy 2003; 23(10):1257-1265.

189. van Rooij K, Bloemers J, de Leede L, et al: Pharmacokinetics of three doses of sublingual testosterone in healthy premenopausal women. Psychoneuroendocrinology 2012; 37(6):773-781. PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

190. Marbury T, Hamill E, Bachand R, et al: Evaluation of the pharmcokinetic proviles of the new testosterone topical gel formulation, Testim(TM), compared to AndroGel(R). Biopharm Drug Dispos 2003; 24:115-120.

191. Shomaker TS, Zhang J, & Ashburn MA: A pilot study assessing the impact of heat on the transdermal delivery of testosterone. J Clin Pharmacol 2001; 41:677-682.

192. Ross RJM, Jabbar A, Jones TH, et al: Pharmacokinetics and tolerability of a bioadhesive buccal testosterone tablet in hypogonadal men. Eur J Endocrinol 2004; 150:57-63.

193. Product Information: Striant(TM), testosterone buccal system. Columbia Laboratories, Inc., Livingston, NJ, USA, 2003.

194. Wren BG, Day RO, McLachlan AJ, et al: Pharmacokinetics of estradiol, progesterone, testosterone and dehydroepiandrosterone after transbuccal administration to postmenopausal women. Climacteric 2003; 6:104-111.

195. Jockenhovel F, Vogel E, Kreutzer M, et al: Pharmacokinetics and pharmacodynamics of subcutaneous testosterone implants in hypogonadal men. Clin Endocrinol 1996; 45:61-71.

196. Product Information: Testoderm (R), testosterone transdermal system. Alza Corp, Palo Alto, California, 98.

197. Reynolds JEF (ed): Martindale: The Extra Pharmacopoeia (electronic version). Micromedex, Inc. Denver, CO. 1990.

PLAINTIFFS003817

198. Frey H, Aakvaag A, Saanum D, et al: Bioavailability of oral testosterone in males. Eur J Clin Pharmacol 1979; 16:345-349.

199. Product Information: Testim(TM), testosterone 1% gel. Auxilium Pharmaceuticals, Inc., Norristown, PA, 2003.

200. Product Information: Depo-Testosterone(R), testosterone cypionate. Pharmacia & Upjohn Co, Kalamazoo, MI, 99.

201. Product Information: Delatestryl(R), testosterone enanthate injection USP. BTG Pharmaceuticals, Iselin, NJ, 96.

202. Fujioka M, Shinohara Y, Baba S, et al: Pharmacokinetic properties of testosterone proprionate in normal men. J Clin Endocrinol Metab 1986; 63:1361-1364.

203. Product Information: Striant, testosterone. Columbia Laboratories, Livingston, NJ, 2003.

204. Product Information: Androderm (R), testosterone transdermal system. Watson Pharma, Inc, Corona, CA, 99.

205. Product Information: Delatestryl(R), testosterone enanthate. BTG Pharmaceuticals, Iselin, NJ, 1996.

206. Sokol RZ, Palacios A, Campfield LA, et al: Comparison of the kinetics of injectable testosterone in eugonadal and hypogonadal men. Fertil Steril 1982; 37:425-430.

207. Nieschlag E, Cueppers HJ, Wiegelman W, et al: Bioavailability and LH-suppressing effect of different testosterone preparations in normal and hypogonadal men. Hormone Res 1976; 7:138-145.

208. Product Information: Andriol(R), testosterone undecanoate. Organon GmbH, Oberschleissheim bei Muenchen, 1998.

209. Product Information: AXIRON(R) topical solution, testosterone topical solution. Lilly USA, LLC (per FDA), Indianapolis, IN, 2017.

210. Neff MS, Goldberg J, Slifkin RF, et al: A comparison of androgens for anemia in patients on hemodialysis. N Engl J Med 1981; 304:871-875.

211. Carani C, Qin K, Simoni M, et al: Effect of testosterone and estradiol in a man with aromatase deficiency. N Engl J Med 1997; 337:91-95.

212. Schwartz DJ, Evans PC, Garcia CR, et al: A clinical study of lactation suppression. Obstet Gynecol 1973; 42:599-606.

213. Morris JA, Creasy RK, & Hohe PT: Inhibition of puerperal lactation: double-blind comparison of chlorotrianisene, testosterone enanthate with estradiol valerate and placebo. Obstet Gynecol 1970; 36:107-114.

214. Cavallini G, Caracciolo S, Vitali G, et al: Carnitine versus androgen administration in the treatment of sexual dysfunction, depressed mood, and fatigue associated with male aging. Urology 2004; 63:641-646.

215. Meriggiola M, Bremner W, Paulsen C, et al: A combined regimen of cyproterone acetate and testosterone enanthate as a potentially highly effective male contraceptive. J Clin Endocrinol Metab 1996; 81:3018-3023.

PLAINTIFFS003818

216. Bistritzer T, Lunenfeld B, Passwell JH, et al: Hormonal therapy and pubertal development in boys with selective hypogonadotropic hypogonadism. Fertil Steril 1989; 52:302-306.

217. Neff MS, Goldberg J, Slifkin RF, et al: A comparison of androgens for anemia in patients on hemodialysis. N Engl J Med 1981; 304:871-875.

218. Neff MS, Goldberg J, Slifkin RF, et al: A comparison of androgens for anemia in patients on hemodialysis. N Engl J Med 1981; 304:871-875.

219. Thompson PD, Cullinane EM, Sady SP, et al: Contrasting effects of testosterone and stanozolol on serum lipoprotein levels. JAMA 1989; 261:1165-1168.

220. US Food and Drug Administration (FDA): Public health advisory: risk of burns during MRI scans from transdermal drug patches with metallic backings. US Food and Drug Administration (FDA). Silver Spring, MD. 2009. Available from URL: http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm111313.htm. As accessed 2016-09-07.

221. Institute for Safe Medication Practices (ISMP): Safety briefs: burns during MRI from patches with metal in the backing. ISMP Med Saf Alert Acute Care 2016; 21(16):1-2.

222. Cosman F, de Beur SJ, LeBoff MS, et al: Clinician's guide to prevention and treatment of osteoporosis. Osteoporos Int 2014; 25(10):2359-2381.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

223. Camacho PM, Petak SM, Binkley N, et al: American Association of Clinical Endocrinologists and American College of Endocrinology Clinical Practice Guidelines for the Diagnosis and Treatment of Postmenopausal Osteoporosis - 2016. Endocr Pract 2016; 22(Suppl 4):1-42.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

224. Buckley L, Guyatt G, Fink HA, et al: 2017 American College of Rheumatology guideline for the prevention and treatment of glucocorticoid-induced osteoporosis. Arthritis Rheumatol 2017; 69(8):1521-1537.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

225. Beers MH, Ouslander JG, Rollingher I, et al: Explicit criteria for determining inappropriate medication use in nursing home residents. UCLA Division of Geriatric Medicine. Arch Intern Med 1991; 151(9):1825-1832.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

226. Beers MH: Explicit criteria for determining potentially inappropriate medication use by the elderly. An update. Arch Intern Med 1997; 157(14):1531-1536.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

227. Fick DM, Cooper JW, Wade WE, et al: Updating the Beers criteria for potentially inappropriate medication use in older adults: results of a US consensus panel of experts. Arch Intern Med 2003; 163(22):2716-2724.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

228. Chutka DS , Takahashi PY , & Hoel RW : Inappropriate medications for elderly patients. Mayo Clin Proc 2004; 79(1):122-139.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

229. Jano E & Aparasu RR : Healthcare outcomes associated with beers' criteria: a systematic

PLAINTIFFS003819

review. Ann Pharmacother 2007; 41(3):438-447.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

230. Papaioannou A , Morin S , Cheung AM , et al: 2010 clinical practice guidelines for the diagnosis and management of osteoporosis in Canada: summary. CMAJ 2010; 182(17):1864-1873.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

231. Brown JP, Josse RG, & Scientific Advisory Council of the Osteoporosis Society of Canada: 2002 clinical practice guidelines for the diagnosis and management of osteoporosis in Canada. CMAJ 2002; 167(10 Suppl):S1-S34.
PubMed Abstract: http://www.ncbi.nlm.nih.gov/...

232. US Pharmacopeial Convention: Hazardous Drugs - Handling in Healthcare Settings. In: 2017 USP Compounding Compendium, US Pharmacopeial Convention, Rockville, MD, 2016.

233. NIOSH: The National Institute for Occupational Safety and Health (NIOSH): NIOSH list of antineoplastic and other hazardous drugs in healthcare settings, 2016. National Institute for Occupational Safety and Health (NIOSH). Cincinnati, OH. 2020. Available from URL: https://www.cdc.gov/niosh/docs/2016-161/default.html. As accessed 2020-03-20.

234. National Institute for Occupational Safety and Health (NIOSH): NIOSH list of antineoplastic and other hazardous drugs in healthcare settings, 2016. Centers for Disease Control and Prevention (CDC). Atlanta, GA. 2017. Available from URL: https://www.cdc.gov/niosh/docs/2016-161/default.html. As accessed 2017-10-17.

235. National Institute for Occupational Safety and Health (NIOSH): NIOSH list of antineoplastic and other hazardous drugs in healthcare settings, 2016. Centers for Disease Control and Prevention (CDC). Atlanta, GA. 2021. Available from URL: https://www.cdc.gov/niosh/docs/2016-161/. As accessed 2021-07-26.

236. Institute for Safe Medication Practices: ISMP's list of confused drug names. Institute for Safe Medication Practices. Huntingdon Valley, PA. 2005. Available from URL: http://ismp.org/Tools/confuseddrugnames.pdf.

**Last Modified: December 05, 2022**

© Copyright Merative 2023

PLAINTIFFS003820