English, Jeffrey

**From:** English, Jeffrey
**Sent:** Tuesday, March 22, 2022 4:55 PM
**To:** Pickle, Devona
**Subject:** RE: Investigational/experimental denial request from SHP Encrypt CPT Code 20985

Hey,

Yeah. I think of it as a minimum threshold to meet for coverage, so to speak. So we say if it "passes" GAPMS, it's covered and if it fails it's not. I get your point. Seems like the public and the plans are sometimes pulling in opposite directions.

**From:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Sent:** Tuesday, March 22, 2022 4:51 PM
**To:** English, Jeffrey <Jeffrey.English@ahca.myflorida.com>
**Subject:** RE: Investigational/experimental denial request from SHP Encrypt CPT Code 20985

Interesting. I went back to read the GAPMS rule... it's for requesting coverage—not disputing it.

> (3) Health services that are covered under the Florida Medicaid program are described in the respective coverage and limitations handbooks, policies, and fee schedules, which are incorporated by reference in the F.A.C. The public may request a health service be considered for coverage under the Florida Medicaid program by submitting a written request via e-mail to HealthServiceResearch@ahca.myflorida.com. The request must include the name, a brief description, and any additional information that supports coverage of the health service, including sources of reliable evidence as defined in paragraph 59G-1.010(84)(b), F.A.C.

D.D. Pickle
(office) 850-412-4646

**From:** English, Jeffrey <Jeffrey.English@ahca.myflorida.com>
**Sent:** Tuesday, March 22, 2022 4:34 PM
**To:** Dalton, Ann <Ann.Dalton@ahca.myflorida.com>; Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Bottcher, Jesse <Jesse.Bottcher@ahca.myflorida.com>
**Subject:** Investigational/experimental denial request from SHP Encrypt CPT Code 20985

Hi Ann,

Simply is approving code 27447 Total Knee Arthroplasty.

1

Pl. Trial Ex. 030

PLAINTIFFS003843

20985 (Computer-Assisted Musculoskeletal Surgical Navigational Orthopedic Procedures of the Appendicular System) is an add-on code for certain surgical procedures of the knee, hip, shoulder, etc. The plan is denying that add-on code as experimental/investigational.

20985 is on Florida's fee schedule, as well as 40+ other states. There is no way for me to tell in Policy Reporter which surgical procedure the states that include the add-on code on their respective fee schedules are applying it to.

Most of the major insurance companies consider 20985 experimental/investigational, particularly as it applies to knee arthroplasty. There seems to be a separate body of literature depending upon which part of the body it is being considered for. It might meet GAPMS standards for a hip or a shoulder, but the body of literature pertaining to its use with knee arthroplasty is neither extensive nor of high quality. The best evidence seems to indicate that the use of Computer-Assisted Musculoskeletal Surgical Navigational Orthopedic Procedures shortens the duration of the procedure, but there is no convincing data indicating it speeds recovery, return to work/activity, or any other outcome meaningful to patients.

I believe we agree with the plan on this denial. I will crank out a report as quickly as I can and will have it tomorrow. I will send it to you for your review and approval.

Please let me know if you have any questions.

Jeff

2

PLAINTIFFS003844