|  | Medicaid Coverage for Children | | | | | | |
|---|---|---|---|---|---|---|---|
| State | Puberty Blockers* | HRT* | Top Surgery* | Bottom Surgery* | Illegal under State Law | Settlement or Court Judgment | |
| AL | N | N | N | N | 2022 | | |
| AK | C | C | C | C | | 2021 | No ages specified |
| AZ | E | E | E | E | 2010 | | |
| AK | E | E | E | E | 2021 | 2001 | |
| CA | C | C | C | C | | 2001 | WPATH standards |
| CO | C | C | C | C | | | No ages specified |
| CT | C | C | C - 18 y.o. | C - 18 y.o. | | 2015 | |
| DE | N | N | N | N | | | |
| DC | C | C | C - 18 y.o. | C - 18 y.o. | | | |
| FL | N | N | N | N | | | |
| GA | E | E | E | E | | | |
| HI | E | E | E | E | | | |
| ID | N | N | N | N | | | |
| IL | N | N | N | N | | | Covered for ages 21 and older |
| IN | N | N | N | N | | | |
| IA | N | N | N | N | 2019 | 2021 | State law overturned in 2021 |
| KS | N | N | N | N | | | |
| KY | E | E | E | E | | | |
| LA | N | N | N | N | | | Medicaid MCO's do cover |
| ME | C | C | C | C | | 2019 | All ages covered with PA. |
| MD | C | C | C - 18 y.o. | C - 18 y.o. | | | |
| MA | C | C | C - 18 y.o. | C - 18 y.o. | | | |
| MI | C | C | C | C | | | WPATH Standards, no ages specified |
| MN | C | C | C - 18 y.o. | C - 18 y.o. | | 2016 | |
| MS | N | N | N | N | | | |
| MO | E | E | E | E | | | |
| MT | C | C | C | C | | | WPATH Standards, no ages specified |
| NE | E | E | E | E | | | |
| NV | C | C | C - 18 y.o. | C - 18 y.o. | | | |
| NH | C | C | C | C | | | No ages specified |
| NJ | C | C | C | C | | | No ages specified |
| NM | N | N | N | N | | | |
| NY | C | C - 16 y.o. | C - 18 y.o. | C - 18 y.o. | | | |
| NC | N | N | N | N | | | |
| ND | C | C | C - 18 y.o. | C - 18 y.o. | | | |
| OH | E | E | E | E | | | Not enforced |
| OK | N | N | N | N | | | |
| OR | C | C | C - 15 y.o. | C - 15 y.o. | | | Legal age of medical consent is 15 y.o. |
| PA | C | C | C | C | | | WPATH Standards, no ages specified |
| RI | C | C | C - 18 y.o. | C - 18 y.o. | | | |
| SC | N | N | N | N | | | |
| SD | N | N | N | N | | | |
| TN | E | E | E | E | | | |
| TX | E | E | E | E | | | |
| UT | N | N | N | N | | | Medicaid MCO's do cover |
| VT | C | C | C | C | | | No ages specified |
| VA | N | N | N | N | | | |
| WA | C | C | C | C | | | No ages specified |
| WV | N | N | N | N | | | |
| WI | C | C | C | C | | 2019 | No ages specified; additional criteria for ≤18 y.o. |
| WY | N | N | N | N | | | |
| American Samoa | N | N | N | N | | | |
| Mariana Islands | N | N | N | N | | | |
| Guam | N | N | N | N | | | |
| Puerto Rico | N | N | E | E | | | Policy mixed, but coverage being provided |
| U.S. Virgin Islands | N | N | N | N | | | |

*Key:
C - Covered
E - Excluded
N - No Coverage Statement



Pl. Trial Ex. 031

PLAINTIFF'S EXHIBIT 13

PLAINTIFFS001296