Miriam Grossman MD

Child, Adolescent, and Adult Psychiatrist, Author & International Public Speaker

Home · NEW BOOK! · About · Videos & Articles · Public Speaking · Parent Resources

# Miriam Grossman MD



Pl. Trial Ex. 032

PLAINTIFFS004219

Miriam Grossman MD is a practicing psychiatrist, author, and public speaker. Before gender ideology was on anyone's radar, she warned parents about its falsehoods and dangers in the final chapter of her 2009 book about sexuality education, "You're Teaching My Child WHAT?"

Dr. Grossman's practice currently focuses on gender-confused young people and their parents. She believes that every child is born in the right body. Dr Grossman has been vocal about the capture of her profession by ideologues, leading to dangerous and experimental treatments on children and betrayal of parents.

The author of four books, Dr. Grossman has been on over 300 radio, news, and television shows, and her work exposing the origin and hazards of the Sexuality and Gender Industry has been translated into eleven languages. She has lectured at the British House of Lords and the United Nations.

Dr. Grossman is featured in Daily Wire's *What Is A Woman?* and Fox Nation's documentary *The Miseducation of America*. Her recent articles have been published in media outlets such as The Daily Wire, Breitbart News, The Federalist and City Journal. Dr. Grossman's expert psychiatric opinion is sought for witness testimony and court reports.

Dr. Grossman graduated with honors from Bryn Mawr College and from New York University Medical School. She completed an internship in pediatrics at Beth Israel Hospital in New York City, and a residency in psychiatry at North Shore University Hospital – Cornell University Medical College, followed by a fellowship in child and adolescent psychiatry. Dr Grossman is board certified in psychiatry and in the sub-specialty of child and adolescent psychiatry.

PLAINTIFFS004220

Contact Dr. Grossman



Dr. Grossman's work has been published in 11 languages

©2022 by Miriam Grossman MD

PLAINTIFFS004221