# Removing Financial Barriers to Care for Transgender Patients H-185.950

| Topic: Health Insurance | Policy Subtopic: Benefits and Coverage |
|---|---|
| Meeting Type: Annual | Year Last Modified: 2022 |
| Action: Reaffirmed | Type: |
| Council & Committees: NA, NA | undefined |

Our AMA supports public and private health insurance coverage for treatment of gender dysphoria as recommended by the patient's physician.

## Policy Timeline

Res. 122

A-08

Modified: Res. 05, A-16

Reaffirmed: Res. 012, A-22

Pl. Trial Ex. 044

PLAINTIFFS001458