10/10/22, 6:06 PM
Case 4:22-cv-00325-RH-MAF   Document 176-11   Filed 04/27/23   Page 1 of 3
SAHM Statement in Opposition of State Legislation Barring Evidence-Based Treatment – SAHM



Home —> Advocacy —> Advocacy Activities —> SAHM Statement in Opposition of State Legislation Barring Evidence-Based Treatment

# SAHM Statement in Opposition of State Legislation Barring Evidence-Based Treatment

More in This Section

### SAHM Statement in Opposition of State Legislation Barring Evidence-Based Treatment

There are an increasing number of bills introduced in state legislatures within the U.S. that would bar medically necessary and evidence-based treatments for patients and interfere with the doctor-patient relationship. These bills would make providing pubertal blockers or cross-sex hormones for transgender and gender-diverse patients younger than 18 years-old a felony or misdemeanor for physicians and other health care providers. These bills are harmful for the health and well-being of transgender and gender diverse youth, a vulnerable population.

As an organization that advocates for the health and well-being of all teenagers and young adults, the **Society for Adolescent Health and Medicine (SAHM)** affirms that transgender and gender diverse youth should have access to *all available* treatments that will affirm their gender identity, whether it be social support, mental health therapy, pubertal blockers, or cross-sex hormones. Any legislation that would make it a felony or misdemeanor to provide any of these treatments lacks empirical justification and will harm patients.

Transgender and gender diverse youth experience distress from their bodies not matching their gender identity as well as from stigma and discrimination from society. As a result, transgender youth are six times more likely to have anxiety, four times more likely to have depression ([i] Bercerra-Culqui et al., 2018), and four times more likely to engage in substance use ([ii] Day et al., 2017) compared to their non-transgender peers. Because of family rejection, forty percent of transgender youth are homeless ([iii] Hafeez et al., 2017). About half of transgender and gender diverse youth have considered or attempted suicide ([iv] Haas et al,

- Position Papers
- Advocacy Activities
- Press Releases

- Renew Your Dues
- Journal of Adolescent Health
- Join the Listserve
- Career Center
- Contribute to SAHM
- Health Info for Parents and Teens
- Find an Adolescent Health Profess
- SAHM Store

Pl. Trial Ex. 051

PLAINTIFFS005052

2014). Additionally, they have limited access to health care due to anti-trans stigma and discrimination, with a fifth of transgender people reporting that their healthcare providers have refused to treat them or have kicked them out of their practice because of their gender identity and/or expression (v Grant et al., 2011); therefore, such laws would make healthcare for transgender youth even more difficult to access.

A growing number of medical organizations, including the American Academy of Pediatrics, the World Professional Association for Transgender Health, and the Endocrine Society have stated that the best way to provide care for transgender and gender diverse youth is to support and affirm their gender identity, whether it be by social support, mental health therapy, pubertal blockers, or cross sex hormones. Furthermore, there is growing robust evidence that these treatments are associated with better health outcomes for transgender and gender diverse youth. Transgender youth who receive cross-sex hormones have a 75% decrease in suicidality and a 14% increase in general well-being (vi Allen et al., 2019), and transgender youth who receive pubertal blockers, when needed, experience a 70% decrease in lifetime suicidality (vii Turban et al., 2020) and a 25% decrease in psychological problems (viii de Vries et al., 2014).

SAHM We urges all state legislators where these bills are being introduced to vote against such proposals and instead spend the time to know and work with their transgender and gender diverse constituents to propose laws that would expand health care access to these historically disenfranchised citizens. We also ask SAHM Chapters who represent states where this type of legislation is being introduced, to contact Executive Director Ryan Norton for assistance with statements of opposition to the legislation being proposed.

**References**

i. Tracy A. Becerra-Culqui, Yuan Liu, Rebecca Nash, Lee Cromwell, W. Dana Flanders, Darios Getahun, Shawn V. Giammattei, Enid M. Hunkeler, Timothy L. Lash, Andrea Millman, Virginia P. Quinn, Brandi Robinson, Douglas Roblin, David E. Sandberg, Michael J. Silverberg, Vin Tangpricha, Michael Goodman. Mental Health of Transgender and Gender Nonconforming Youth Compared With Their Peers. Pediatrics May 2018, 141 (5) e20173845; DOI: 10.1542/peds.2017-3845

ii. Day J.K., Fish J.N., Perez-Brumer A., Hatzenbuehler M.L., Russell S.T. Transgender youth substance use disparities: results from a population-based sample. J Adolescent Health. 2017;61(6):729–735

iii. Hafeez H, Zeshan M, Tahir MA, Jahan N, Naveed S. Health Care Disparities Among Lesbian, Gay, Bisexual, and Transgender Youth: A Literature Review. Cureus. 2017;9(4):e1184. Published 2017 Apr 20. doi:10.7759/cureus.1184

iv. Haas, A.P., Rodgers, P.L., and Herman, J.L. (2014). Suicide Attempts among Transgender and Gender Non-Conforming Adults: Findings of the National Transgender Discrimination Survey. The Williams Institute. Accessed January 30, 2020. URL: https://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-Suicide-Report-Final.pdf

v. Grant JM, Mottet, Lisa A., Tanis, Justin, Herman, Jody L., and Keisling

PLAINTIFFS005053

v. Grant JM, Mottet, Lisa A., Tanis, Justin, Herman, Jody L., and Keisling, Mara. Injustice at Every Turn: A Report of the National Transgender Discrimination Survey. Washington: National Center for Transgender Equality and National Gay and Lesbian Task Force; 2011.

vi. Allen, L. R., Watson, L. B., Egan, A. M., & Moser, C. N. (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. Clinical Practice in Pediatric Psychology, 7(3), 302–311. https://doi.org/10.1037/cpp0000288

vii. Turban, J.L., King, D., Carswell, J.M., Keuroghlian, A.S., 2020. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation Pediatrics January 2020, e20191725; DOI: https://doi.org/10.1542/peds.2019-1725

viii. Annelou L.C. de Vries, Jenifer K. McGuire, Thomas D. Steensma, Eva C.F. Wagenaar, Theo A.H. Doreleijers, Peggy T. Cohen-Kettenis. Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment Pediatrics Oct 2014, 134 (4) 696-704; DOI: 10.1542/peds.2013-2958

Membership
Member Benefits
Membership Types and Fees
Getting Involved
Join Now
Membership Application
Become an FSAHM
Log in

Meetings
Future Meetings
2020 Annual Meeting
2019 Annual Meeting

Training and CME
Fellowship/Training
Adol. Health Curriculum
Continuing Education
Webinars

Clinical Care Resources

Advocacy
Position Statements
Advocacy Activities
Media Center

Awards and Grants
Awards
Award Nominations
Grant Programs
Grants and Funding Opportunities

About SAHM
Mission
Leadership
Chapters
Press Releases
Committees
Special Interest Groups (SIGs)
Headquarters Staff
Our History

Retrieve My Password

Contact SAHM
111 West Jackson Blvd, Suite 1412
Chicago, IL 60604 USA
847-686-2246 p
847-686-2251 f
info@adolescenthealth.org

SAHM LOGIN

©2022 Society for Adolescent Health and Medicine. All Rights Reserved.    Privacy Policy

https://www.adolescenthealth.org/Advocacy/Advocacy-Activities/2019-(1)/SAHM-Opposition.aspx     3/3

PLAINTIFFS005054