

# VAN METER PEDIATRIC ENDOCRINOLOGY

HOME   POLICIES   PROVIDERS   LOCATION   INSURANCE   RECORDS   NEW PATIENT REGISTRATION   MYCHART



## QUENTIN VAN METER, MD

Dr. Van Meter graduated from the College of William and Mary in 1969. He attended the Medical College of Virginia where he received his medical degree in 1973. Dr. Van Meter did his pediatric internship (1973-1974) and his pediatric residency (1974 to 1976) at the Naval Regional Medical Center in Oakland, through the University of California, San Francisco. He completed his pediatric endocrinology fellowship from 1978 to 1980 at Johns Hopkins University School of Medicine.

Dr. Van Meter worked as a staff pediatric endocrinologist at the Naval Hospital in San Diego from 1980 to 1986 and was Chairman and Director of the residency training program at the Naval Hospital Oakland from 1986 to 1991. In 1991, he retired from a 20-year career in the Navy Medical Corps and moved to the Atlanta area where he joined the Fayette Medical Clinic as a Pediatrician and Pediatric Endocrinologist. To better serve the ever-expanding population of pediatric patients with endocrine disorders, he developed his own full-time endocrine practice - which today bears his name. He is a clinical associate professor of Pediatrics at Morehouse School of Medicine and former adjunct Associate Professor of Pediatrics at Emory University School of Medicine.

Pl. Trial Ex. 053

○ • •

PLAINTIFFS005978

| Address | Contact | Follow |
|---|---|---|
| 1800 Howell Mill Rd. NW | (P) 678-961-2100 | |
| Suite 450 | (F) 678-961-2107 | |
| Atlanta, GA 30318 | | |

PLAINTIFFS005979