# Testosterone Products



**Pharmacy Coverage Policy**

**Effective Date:** January 01, 2021
**Revision Date:** May 25, 2022
**Review Date:** May 18, 2022
**Line of Business:** Medicare, Commercial, Medicaid - South Carolina
**Policy Type:** Prior Authorization

**Page:** 1 of 8

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to date version.
Refer to http://apps.humana.com/tad/tad_new/home.aspx to verify that this is the current version before utilizing.

| Disclaimer | Background |
|---|---|
| Description | Medical Terms |
| Coverage Determination | References |

**Disclaimer**

State and federal law, as well as contract language, including definitions and specific inclusions/exclusions, take precedence over clinical policy and must be considered first in determining eligibility for coverage. Coverage may also differ for our Medicare and/or Medicaid members based on any applicable Centers for Medicare & Medicaid Services (CMS) coverage statements including National Coverage Determinations (NCD), Local Medical Review Policies (LMRP) and/or Local Coverage Determinations. See the CMS website at http://www.cms.hhs.gov/. The member's health plan benefits in effect on the date services are rendered must be used. Clinical policy is not intended to pre-empt the judgment of the reviewing medical director or dictate to health care providers how to practice medicine. Health care providers are expected to exercise their medical judgment in rendering appropriate care. Clinical technology is constantly evolving, and we reserve the right to review and update this policy periodically. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any shape or form or by any means, electronic, mechanical, photocopying or otherwise without permission from Humana.

# Description

Testosterone is an endogenous androgen produced by cells in the testis, ovary and adrenal cortex. It is utilized therapeutically for the treatment of either congenital or acquired hypogonadism.

Topical Testosterone gels (AndroGel, Fortesta, Testim, Vogelxo), patch (Androderm), solution (Axiron), buccal mucoadhesive (Striant), nasal gel (Natesto), Xyosted, Testopel, and oral capsules (Jatenzo, Kyzatrex) are indicated for testosterone replacement therapy in men for conditions associated with a deficiency or absence of endogenous testosterone due to either primary or secondary hypogonadism.

Androderm is available as a 2mg/24hr and 4mg/24hr transdermal testosterone patch system.

AndroGel 1% for topical use is available as follows:

- Packets containing 25 mg of testosterone
- Packets containing 50 mg of testosterone

AndroGel 1.62% for topical use is available as follows:

Pl. Trial Ex. 054

PLAINTIFFS004283

**Testosterone Products**
Effective Date: 1/1/2021
Revision Date: 5/25/2022
Review Date: 5/18/2022
Line of Business: Medicare, Commercial, Medicaid - South Carolina
Policy Type: Prior Authorization

Page: 2 of 8

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to date version. Refer to http://apps.humana.com/tad/tad_new/home.aspx to verify that this is the current version before utilizing.

- Metered-dose pump that delivers 20.25 mg testosterone per actuation
- Packets containing 20.25 mg testosterone. Packets containing 40.5 mg testosterone

Fortesta is supplied as a metered dose pump that delivers 10 mg of testosterone per complete pump actuation. The metered dose pump is capable of dispensing 120 metered pump actuations.

Jatenzo (testosterone undecanoate) is available in 158 mg, 198 mg, and 237 mg oral capsules.

Kyzatrex (testosterone undecanoate) is available as 100mg, 150mg, and 200mg oral capsules.

Natesto is supplied as a metered dose pump that delivers 5.5mg of testosterone per 0.122gm of gel in each complete pump actuation. The metered dose pump is capable of dispensing 60 pump actuations.

Striant is available as a mucoadhesive system for buccal administration containing 30mg of testosterone.

Testosterone gel is available as Testim 1% (50mg) in 5gm unit dose tubes.

Testosterone enanthate is available as branded Xyosted auto-injector for subcutaneous injection.

Testosterone is available as Testopel in 75mg pellets for subcutaneous implantation.

Testosterone undecanoate is available as Aveed in 750mg/3mL single-dose vials. It is also available as branded Tlando available in 112.5mg oral capsules

Vogelxo is supplied as follows:

- 50mg of testosterone in 5gm unit dose tubes

See the DISCLAIMER. All Humana member health plan contracts are NOT the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Testosterone Products**
Effective Date: 1/1/2021
Revision Date: 5/25/2022
Review Date: 5/18/2022
Line of Business: Medicare, Commercial, Medicaid - South Carolina
Policy Type: Prior Authorization

Page: 3 of 8

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to date version. Refer to http://apps.humana.com/tad/tad_new/home.aspx to verify that this is the current version before utilizing.

- Metered-dose pump containing 75g or 60 metered 1.25g doses (supplied as 2 pumps); each actuation delivers 12.5mg of testosterone
- 5g unit-dose aluminum foil packets containing 50mg of testosterone

**Coverage Determination**

Please note the following regarding medically accepted indications:

All reasonable efforts have been made to ensure consideration of medically accepted indications in this policy. Medically accepted indications are defined by CMS as those uses of a covered Part D drug that are approved under the federal Food, Drug and Cosmetic Act, or the use of which is supported by one or more citations included or approved for inclusion in any of the compendia described in section 1927(g)(1)(B)(i) of the Act. These compendia guide review of off-label and off-evidence prescribing and are subject to minimum evidence standards for each compendium. Currently, this review includes the following references when applicable and may be subject to change per CMS:

- American Hospital Formulary Service-Drug Information (AHFS-DI)
- National Comprehensive Cancer Network (NCCN) Drugs and Biologics Compendium
- Truven Health Analytics Micromedex DrugDEX
- Elsevier/Gold Standard Clinical Pharmacology
- Wolters Kluwer Lexi-Drugs

Testosterone Products (Androderm, AndroGel 1%, AndroGel 1.62%, Aveed, Fortesta, Jatenzo, Kyzatrex, Natesto, Striant, Testim, Testopel, testosterone gel, Vogelxo, Xyosted, Tlando) will require prior authorization. These agents may be considered medically necessary when the following criteria are met:

**Hypogonadism**

- Member has one of the following diagnoses:
  - Primary hypogonadism : testicular failure due to cryptorchidism, bilateral torsion, orchitis, vanishing testis syndrome, orchiectomy, Klinefelter's syndrome, chemotherapy, or toxic damage from alcohol or heavy metals; **OR**

See the DISCLAIMER. All Humana member health plan contracts are NOT the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004285

**Testosterone Products**
Effective Date: 1/1/2021
Revision Date: 5/25/2022
Review Date: 5/18/2022
Line of Business: Medicare, Commercial, Medicaid - South Carolina
Policy Type: Prior Authorization

Page: 4 of 8

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to date version. Refer to http://apps.humana.com/tad/tad_new/home.aspx to verify that this is the current version before utilizing.

- Hypogonadotropic hypogonadism* : idiopathic gonadotropin or luteinizing hormone-releasing hormone (LHRH) deficiency or pituitary-hypothalamic injury from tumors, trauma, or radiation; **AND**

- Member has had one of the following:
  - Documentation of two morning serum testosterone levels (total or free) that are less than the reference range for the lab, taken at separate times, prior to treatment; **OR**
  - Documentation of a serum testosterone level (total or free) that is less than or within the reference range for the lab, when already on treatment; **AND**

- Member has had previous treatment with a generic testosterone 1.62% **AND** one of the following: testosterone cypionate or testosterone enanthate
  - *^previous treatment criteria does not apply to generic testosterone 1.62% or Medicare Part B requests*

  *\*also known as secondary or central hypogonadism*

Testosterone Products (Androderm, AndroGel 1%, AndroGel 1.62%, Aveed, Fortesta, Jatenzo, Kyzatrex, Natesto, Striant, Testim, Testopel, testosterone gel, Vogelxo, Xyosted, Tlando) will be approved in plan year durations or as determined through clinical review.

See the DISCLAIMER. All Humana member health plan contracts are NOT the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004286

**Testosterone Products**
Effective Date: 1/1/2021
Revision Date: 5/25/2022
Review Date: 5/18/2022
Line of Business: Medicare, Commercial, Medicaid - South Carolina
Policy Type: Prior Authorization

Page: 5 of 8

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to date version. Refer to http://apps.humana.com/tad/tad_new/home.aspx to verify that this is the current version before utilizing.

*Coverage Limitations*

Testosterone Products (Androderm, AndroGel 1%, AndroGel 1.62%, Aveed, Fortesta, Jatenzo, Kyzatrex, Natesto, Striant, Testim, Testopel, testosterone gel, Vogelxo, Xyosted, Tlando) is not considered medically necessary for members with the following concomitant conditions:

- Experimental/Investigational Use – Indications not supported by CMS recognized compendia or acceptable peer reviewed literature.

**Background**

This is a prior authorization policy about Testosterone Products (Androderm, AndroGel 1%, AndroGel 1.62%, Aveed, Fortesta, Jatenzo, Kyzatrex, Natesto, Striant, Testim, Testopel, testosterone gel, Vogelxo, Xyosted, Tlando)

Androderm (Transdermal testosterone patch)
The recommended starting dose of Androderm is 4 mg/day system (not two 2mg/daysystems) applied nightly for 24 hours.

AndroGel 1%, Vogelxo (Transdermal testosterone gel)
The recommended starting dose of Androgel 1% and Vogelxo is 50 mg of testosterone (ie. one packet or 4 pump actuations) applied topically once daily.

AndroGel 1.62% (Transdermal testosterone gel)
The recommended starting dose of Androgel 1.62% is 40.5 mg of testosterone (ie. 2 pump actuations or a single 40.5 mg packet) applied topically once daily in the morning.

Aveed (testosterone undecanoate)
Aveed (testosterone undecanoate) is administered via deep intramuscular injection into the gluteal muscle. A dose of 750mg (3mL) is given initially, followed by another dose at 4 weeks, and then every 10 weeks thereafter.

Fortesta (Transdermal testosterone gel)
The recommended starting dose of Fortesta is 40mg.

See the **DISCLAIMER**. All Humana member health plan contracts are NOT the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Testosterone Products**
Effective Date: 1/1/2021
Revision Date: 5/25/2022
Review Date: 5/18/2022
Line of Business: Medicare, Commercial, Medicaid - South Carolina
Policy Type: Prior Authorization

Page: 6 of 8

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to date version. Refer to http://apps.humana.com/tad/tad_new/home.aspx to verify that this is the current version before utilizing.

Jatenzo (testosterone undecanoate)
The recommended starting dose is 237 mg capsule in the morning and once in the evening

Natesto (testosterone gel, nasal)
The recommended dose of Natesto is 11mg of testosterone (5.5mg or one pumpactuation in each nostril) three times a day.

Striant (testosterone buccal system)
The recommended dose of Striant is one buccal system (30 mg) to the gum region twice daily; morning and evening (about 12 hours apart).

Testim, Vogelxo (Transdermal Testosterone gel)
The recommended starting dose of Testim is 50 mg of testosterone (ie. one tube) applied topically once daily.

Testopel (testosterone)
The number of pellets to be implanted depends upon the minimal daily requirements of testosterone propionate determined by a gradual reduction of the amount administered parenterally. The usual dosage is as follows: implant two 75mg pellets for each 25mg testosterone propionate required weekly. Thus when a patient requires injections of 75mg per week, it is usually necessary to implant 450mg (6 pellets). With injections of 50mg per week, implantation of 300mg (4 pellets) may suffice for approximately three months. With lower requirements by injection, correspondingly lower amounts may be implanted. It has been found that approximately one-third of the material is absorbed in the first month, one fourth in the second month, and one sixth in the third month. Adequate effect of the pellets ordinarily continues for three to four months, sometimes as long as six months

Xyosted (testosterone enanthate)
The starting dose of Xyosted is 75mg, administered subcutaneously in the abdominal region once a week. Xyosted is for subcutaneous injection in the abdominal region only. Measure total testosterone trough concentrations (measured 7 days after the most recent dose) following 6 weeks of dosing, following 6 weeks after dose adjustment, and

See the DISCLAIMER. All Humana member health plan contracts are NOT the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004288

**Testosterone Products**
Effective Date: 1/1/2021
Revision Date: 5/25/2022
Review Date: 5/18/2022
Line of Business: Medicare, Commercial, Medicaid - South Carolina
Policy Type: Prior Authorization

Page: 7 of 8

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to date version. Refer to http://apps.humana.com/tad/tad_new/home.aspx to verify that this is the current version before utilizing.

periodically while on treatment with Xyosted. A trough concentration between 350 ng/dL and 650 ng/dL generally provides testosterone exposures in the normal range during the entire dosing interval.

Decrease the dose by 25 mg if the total testosterone trough concentration (Ctrough) is ≥650 ng/dL. Increase the dose by 25 mg if the total testosterone Ctrough is <350 ng/dL. Maintain the same dose if the total testosterone Ctrough is ≥350 ng/dL and <650 ng/dL.

Tlando
The recommended dosage of TLANDO is 225 mg (taken as two 112.5 mg capsules), orally twice daily, once in the morning and once in the evening. Take with food.

Monitoring for Continued Use or Discontinuation
Monitor serum testosterone (8 to 9 hours after the morning dose) 3 to 4 weeks after initiating TLANDO, and periodically after. Based on serum testosterone measurements, determine if Tlando should be continued or discontinued.

• Serum testosterone 300 - 1080 ng/dL: continue therapy
• Serum testosterone < 300 ng/dL: discontinue therapy
• Serum testosterone > 1080 ng/dL: discontinue therapy

| | |
|---|---|
| **Provider Claims Codes** | For medically billed requests, please visit www.humana.com/PAL. Select applicable Preauthorization and Notification List(s) for medical and procedural coding information. |
| **Medical Terms** | Androderm; AndroGel; Fortesta; Jatenzo; Kyzatrex;  Natesto; Striant; Testim; testosterone; Vogelxo; hypogonadism; topical; transdermal; pharmacy; nasal; Aveed; Xyosted; Testopel, Tlando |
| **References** | 1. AACE Hypogonadism Task Force. American Association of Clinical Endocrinologists Medical Guidelines for Clinical Practice for the Evaluation and Treatment of Hypogonadism in Adult Male Patients – 2002 Update. *Endocr Prac.* 2002;8:439-456. |
| | 2. Androderm [prescribing information]. Irvine, CA: Allergan USA, Inc.; May 2020. |
| | 3. AndroGel 1% [prescribing information]. North Chicago, IL: AbbVie Inc.; May 2019. |
| | 4. AndroGel 1.62% [prescribing information]. North Chicago, IL: Abbvie Inc.; May 2019. |

See the DISCLAIMER. All Humana member health plan contracts are NOT the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Testosterone Products**
Effective Date: 1/1/2021
Revision Date: 5/25/2022
Review Date: 5/18/2022
Line of Business: Medicare, Commercial, Medicaid - South Carolina
Policy Type: Prior Authorization

Page: 8 of 8

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to date version. Refer to http://apps.humana.com/tad/tad_new/home.aspx to verify that this is the current version before utilizing.

5.  Aveed [prescribing information]. Malvern, PA: Endo Pharmaceutical Solutions Inc; August 2021
6.  Bhasin S, Brito JP, Cunningham GR FJ, et al. Testosterone Therapy in Men With Hypogonadism: An Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab*. 2018;103:1715-1744.
7.  Fortesta [prescribing information]. Malvern, PA: Endo Pharmaceuticals Inc.; June 2020.
8.  Jatenzo [prescribing information]. Northbrook, IL. Clarus Therapeutics, Inc. March 2019.
9.  Kyzatrex [prescribing information]. Raleigh, NC. Marius Pharmaceuticals. July 2022.
10. Natesto [prescribing information]. Englewood, CO: Aytu Biosciences, Inc.; October 2016.
11. Striant [prescribing information]. Malvern, PA: Endo Pharmaceuticals Inc.; October 2016.
12. Testim [prescribing information]. Malvern, PA: Endo Pharmaceuticals Inc.; August 2021.
13. Testopel [prescribing information]. Malvern, PA: Endo Pharmaceuticals Inc.; October 2016
14. Tlando [prescribing information]. Ewing NJ: Antares Pharma Inc. March 2022.
15. Vogelxo [prescribing information]. Maple Grove, MN: Upsher-Smith Laboratories, Inc.; April 2020.
16. Wang C, Nieschlag E, Swerdloff R, et al. Investigation, treatment, and monitoring of late-onset hypogonadism in males: ISA, ISSAM, EAU, EAA, and ASA recommendations. *J Androl.* 2008;159:507-514.
17. Xyosted [prescribing information]. Ewing, NJ: Antares Pharma, Inc. November 2019.

See the DISCLAIMER. All Humana member health plan contracts are NOT the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.