-->



(https://www.aetna.com/)

# Gender Affirming Surgery

Clinical Policy Bulletins | Medical Clinical Policy Bulletins

**Number: 0615**

## Table Of Contents

Policy
Applicable CPT / HCPCS / ICD-10 Codes
Background
References

## Policy History

Last Review ⧉
01/06/2023
Effective: 05/14/2002
Next Review: 06/22/2023

Review History ⧉

Definitions ⧉

## Policy

### Scope of Policy

This Clinical Policy Bulletin addresses gender affirming surgery.

**Note**: Some plans may cover gender affirming procedures in addition to the following policy. Please check the specific benefit plan documents.

#### I. Medical Necessity

Aetna considers gender affirming surgery medically necessary when criteria for each of the following procedures is met:

## Additional Information

Clinical Policy Bulletin
Notes ⧉

## State Information

California ⧉

Colorado ⧉

Pl. Trial Ex. 056

PLAINTIFFS003985

A. *Requirements for Breast Removal*                    Washington ⬈

1. Signed letter from a qualified mental health professional
   (see Appendix) assessing the transgender/gender diverse
   individual's readiness for physical treatment; *and*
2. Documentation of marked and sustained gender dysphoria
   (see Appendix); *and*
3. Other possible causes of apparent gender incongruence
   have been excluded; *and*
4. Mental and physical health conditions that could negatively
   impact the outcome of gender-affirming medical treatments
   are assessed, with risks and benefits discussed; *and*
5. Capacity to consent for the specific physical treatment; *and*
6. For members less than 18 years of age, completion of one
   year of testosterone treatment, unless hormone therapy is
   not desired or medically contraindicated; *and*
7. Risk factors associated with breast cancer have been
   assessed.

B. *Requirements for Breast Augmentation (Implants/Lipofilling)*

1. Signed letter from a qualified mental health professional
   (see Appendix) assessing the transgender/gender diverse
   individual's readiness for physical treatments; *and*
2. Documentation of marked and sustained gender dysphoria
   (see Appendix); *and*
3. Other possible causes of apparent gender incongruence
   have been excluded; *and*
4. Mental and physical health conditions that could negatively
   impact the outcome of gender-affirming medical treatments
   are assessed, with risks and benefits discussed; *and*
5. Capacity to consent for the specific physical treatment; *and*
6. Completion of six months of feminizing hormone therapy
   (12 months for adolescents less than 18 years of age) prior
   to breast augmentation surgery, unless hormone therapy is
   not desired or medically contraindicated); *and*
7. Risk factors associated with breast cancer have been
   assessed.

PLAINTIFFS003986

C. *Requirements for Gonadectomy (Hysterectomy and Oophorectomy or Orchiectomy)*

1. Signed letter from a qualified mental health professional (see Appendix) assessing the transgender/gender diverse individual's readiness for physical treatments; *and*

2. Documentation of marked and sustained gender dysphoria (see Appendix); *and*

3. Other possible causes of apparent gender incongruence have been excluded; *and*

4. Mental and physical health conditions that could negatively impact the outcome of gender-affirming medical treatments are assessed, with risks and benefits discussed; *and*

5. Capacity to consent for the specific physical treatment; *and*

6. Six months of continuous hormone therapy as appropriate to the member's gender goals (12 months for adolescents less than 18 years of age), unless hormone therapy is not desired or medically contraindicated.

D. *Requirements for Genital Reconstructive Surgery (i.e., vaginectomy, urethroplasty, metoidioplasty, phalloplasty, scrotoplasty, placement of a testicular prosthesis and erectile prosthesis, penectomy, vaginoplasty, labiaplasty, clitoroplasty and electrolysis or laser hair removal sessions for skin graft preparation for genital surgery)*

1. Signed letter from a qualified mental health professional (see Appendix) assessing the transgender/gender diverse individual's readiness for physical treatments; *and*

2. Documentation of marked and sustained gender dysphoria (see Appendix); *and*

3. Other possible causes of apparent gender incongruence have been excluded; *and*

4. Mental and physical health conditions that could negatively impact the outcome of gender-affirming medical treatments are assessed, with risks and benefits discussed; *and*

5. Capacity to consent for the specific physical treatment; *and*

PLAINTIFFS003987

6. Six months of continuous hormone therapy as appropriate to the member's gender goals (12 months for adolescents less than 18 years of age), unless hormone therapy is not desired or medically contraindicated.

**Note on gender specific services for the transgender community:**
Gender-specific services may be medically necessary for transgender persons appropriate to their anatomy. Examples include:

1. Breast cancer screening may be medically necessary for transmasculine persons who have not undergone chest masculinization surgery;
2. Prostate cancer screening may be medically necessary for transfeminine persons who have retained their prostate.

Aetna considers reversal of gender affirming surgery (performing surgical procedures to return anatomy to that of the sex assigned at birth) medically necessary for persons who regret their gender-related surgical intervention, where applicable requirements for gender affirming surgery listed above are met.

Aetna considers gonadotropin-releasing hormone medically necessary to suppress puberty in trans identified adolescents if they meet World Professional Association for Transgender Health (WPATH) criteria (see CPB 0501 - Gonadotropin-Releasing Hormone Analogs and Antagonists (../500_599/0501.html)).

II. **Not Medically Necessary**

Aetna considers more than one breast augmentation not medically necessary. This does not include the medically necessary replacement of breast implants (see CPB 0142 - Breast Implant Removal (../100_199/0142.html)).

Aetna considers the following procedures that may be performed as a component of a gender transition as not medically necessary and cosmetic (not an all-inclusive list) (see also CPB 0031 - Cosmetic Surgery (../1_99/0031.html)):

PLAINTIFFS003988

Case 4:22-cv-00325-RH-MAF   Document 176-16   Filed 04/27/23   Page 5 of 36

- Hair removal (e.g., electrolysis, laser hair removal) (Exception: A limited number of electrolysis or laser hair removal sessions are considered medically necessary for skin graft preparation for genital surgery)
- Tracheal shave (reduction thyroid chondroplasty)
- Facial Gender Affirming Procedures, including:

  - Brow (reduction, augmentation, lift)
  - Hair line advancement and/or hair transplant
  - Facelift/mid-face lift (following alteration of the underlying skeletal structures) (platysmaplasty)
  - Blepharoplasty (lipofilling)
  - Rhinoplasty (+/- fillers)
  - Cheek (implant, lipofilling)
  - Lip (upper lip shortening, lip augmentation)
  - Lower jaw (reduction of mandibular angle, augmentation)
  - Chin reshaping (osteoplastic, alloplastic (implant-based))
  - Chondrolaryngoplasty (vocal cord surgery)

- Body contouring gender affirming surgery, including (not an all-inclusive list):

  - Liposuction/lipofilling/implants (pectoral, hip, gluteal, calf).

## III. Related Policies

- CPB 0031 - Cosmetic Surgery (../1_99/0031.html)
- CPB 0097 - External Breast Prosthesis (../1_99/0097.html)
- CPB 0501 - Gonadotropin-Releasing Hormone Analogs and Antagonists (../500_599/0501.html)
- CPB 0646 - Voice Therapy (0646.html)

PLAINTIFFS003989

# CPT Codes / HCPCS Codes / ICD-10 Codes

*Information in the [brackets] below has been added for clarification purposes. Codes requiring a 7th character are represented by "+":*

| Code | Code Description |
|------|------------------|
| CPT codes covered if selection criteria are met: | |
| 13131 | Repair, complex, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; 1.1 cm to 2.5 cm |
| 13132 | Repair, complex, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; 2.6 cm to 7.5 cm |
| 13133 | Repair, complex, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; each additional 5 cm or less |
| 13160 | Secondary closure of surgical wound or dehiscence, extensive or complicated |
| 14021 | Adjacent tissue transfer or rearrangement, scalp, arms and/or legs; defect 10.1 sq cm to 30.0 sq cm |
| 14040 | Adjacent tissue transfer or rearrangement, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; defect 10 sq cm or less |
| 14041 | Adjacent tissue transfer or rearrangement, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; defect 10.1 sq cm to 30.0 sq cm |
| 14301 | Adjacent tissue transfer or rearrangement, any area; defect 30.1 sq cm to 60.0 sq cm |
| 14302 | Adjacent tissue transfer or rearrangement, any area; each additional 30.0 sq cm, or part thereof |
| 15002 -15003 | Surgical preparation or creation of recipient site by excision of open wounds, burn eschar, or scar (including subcutaneous tissues), or incisional release of scar contracture, trunk, arms, legs; first 100 sq cm or 1% of body area of infants and children. + each additional |

PLAINTIFFS003990

| Code | Code Description |
|------|------------------|
| 15004 | Surgical preparation or creation of recipient site by excision of open wounds, burn eschar, or scar (including subcutaneous tissues), or incisional release of scar contracture, face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet and/or multiple digits; first 100 sq cm or 1% of body area of infants and children |
| 15100 - 15101 | Split-thickness autograft, trunk, arms, legs; first 100 sq cm or less, or 1% of body area of infants and children + each additional 1% |
| 15115 | Epidermal autograft, face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits; first 100 sq cm or less, or 1% of body area of infants and children |
| 15120 | Split-thickness autograft, face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits; first 100 sq cm or less, or 1% of body area of infants and children |
| 15240 - 15241 | Full thickness graft, free, including direct closure of donor site, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands, and/or feet; 20 sq cm or less. + each additional |
| 15273 -15274 | Application of skin substitute graft to trunk, arms, legs, total wound surface area greater than or equal to 100 sq cm; first 100 sq cm wound surface area, or 1% of body area of infants and children + each additional 1% |
| 15275 | Application of skin substitute graft to face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits, total wound surface area up to 100 sq cm; first 25 sq cm or less wound surface area |
| 15277 - 15278 | Application of skin substitute graft to face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits, total wound surface area greater than or equal to 100 sq cm; first 100 sq cm wound surface area, or 1% of body area of infants and children. + each additional 1% |
| 15574 | Formation of direct or tubed pedicle, with or without transfer; forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands or feet |
| 15734 | Muscle, myocutaneous, or fasciocutaneous flap; trunk |

PLAINTIFFS003991

| Code | Code Description |
|------|------------------|
| 15738 | Muscle, myocutaneous, or fasciocutaneous flap; lower extremity |
| 15740 | Flap; island pedicle requiring identification and dissection of an anatomically named axial vessel |
| 15750 | Flap; neurovascular pedicle |
| 15757 | Free skin flap with microvascular anastomosis |
| 15771 | Grafting of autologous fat harvested by liposuction technique to trunk, breasts, scalp, arms, and/or legs; 50 cc or less injectate [covered for breast augmentation only] |
| 15772 | Grafting of autologous fat harvested by liposuction technique to trunk, breasts, scalp, arms, and/or legs; each additional 50 cc injectate, or part thereof (List separately in addition to code for primary procedure) [covered for breast augmentation only] |
| 15773 | Grafting of autologous fat harvested by liposuction technique to face, eyelids, mouth, neck, ears, orbits, genitalia, hands, and/or feet; 25 cc or less injectate |
| 15860 | Intravenous injection of agent (eg, fluorescein) to test vascular flow in flap or graft |
| 17380 | Electrolysis epilation, each 30 minutes [Check benefits] |
| 17999 | Unlisted procedure, skin, mucous membrane and subcutaneous tissue [laser hair removal] [Check benefits] |
| 19318 | Reduction mammaplasty |
| 19325 | Breast augmentation with implant |
| 19350 | Nipple/areola reconstruction [only covered when not performed at time of original breast surgery] |
| 19357 | Tissue expander placement in breast reconstruction, including sub sequent expansion(s) can be authorized for gender affirmation coverage |
| 40808 | Biopsy, vestibule of mouth |
| 40818 | Excision of mucosa of vestibule of mouth as donor graft |
| 49329 | Unlisted laparoscopy procedure, abdomen, peritoneum and omentum [graft from colon for vaginoplasty] |
| 51040 | Cystostomy, cystotomy with drainage |

PLAINTIFFS003992

| Code | Code Description |
|---|---|
| 51102 | Aspiration of bladder; with insertion of suprapubic catheter |
| 52005 | Cystourethroscopy, with ureteral catheterization, with or without irrigation, instillation, or ureteropyelography, exclusive of radiologic service |
| 53400 | Urethroplasty; first stage, for fistula, diverticulum, or stricture (eg, Johannsen type) |
| 53405 | Urethroplasty; second stage (formation of urethra), including urinary diversion |
| 53410 | Urethroplasty, 1-stage reconstruction of male anterior urethra |
| 53430 | Urethroplasty, reconstruction of female urethra |
| 53520 | Closure of urethrostomy or urethrocutaneous fistula, male (separate procedure) |
| 54120 | Amputation of penis; partial |
| 54125 | Amputation of penis; complete |
| 54235 | Injection of corpora cavernosa with pharmacologic agent(s) (eg, papaverine, phentolamine) |
| 54300 | Plastic operation of penis for straightening of chordee (eg, hypospadias), with or without mobilization of urethra |
| 54304 | Plastic operation on penis for correction of chordee or for first stage hypospadias repair with or without transplantation of prepuce and/or skin flaps |
| 54336 | 1-stage perineal hypospadias repair requiring extensive dissection to correct chordee and urethroplasty by use of skin graft tube and/or island flap |
| 54400 - 54417 | Penile prosthesis |
| 54520 | Orchiectomy, simple (including subcapsular), with or without testicular prosthesis, scrotal or inguinal approach |
| 54660 | Insertion of testicular prosthesis (separate procedure) |
| 55150 | Resection of scrotum |
| 55175 | Scrotoplasty; simple |
| 55180 | complicated |

PLAINTIFFS003993

| Code | Code Description |
|------|------------------|
| 55970 | Intersex surgery; male to female [a series of staged procedures that includes male genitalia removal, penile dissection, urethral transposition, creation of vagina and labia with stent placement] |
| 55980 | female to male [a series of staged procedures that include penis and scrotum formation by graft, and prostheses placement] |
| 56625 | Vulvectomy simple; complete |
| 56800 | Plastic repair of introitus |
| 56805 | Clitoroplasty for intersex state |
| 56810 | Perineoplasty, repair of perineum, nonobstetrical (separate procedure) |
| 57106, 57110 | Vaginectomy, partial removal of vaginal wall, or complete removal of vaginal wall |
| 57282 | Colpopexy, vaginal; extra-peritoneal approach (sacrospinous, iliococcygeus) |
| 57291 - 57292 | Construction of artificial vagina |
| 57335 | Vaginoplasty for intersex state |
| 57425 | Laparoscopy, surgical, colpopexy (suspension of vaginal apex) |
| 58150, 58180, 58260 - 58262, 58275 - 58291, 58541 - 58544, 58550 - 58554 | Hysterectomy |
| 58570 - 58573 | Laparoscopy, surgical, with total hysterectomy |
| 58661 | Laparoscopy, surgical; with removal of adnexal structures (partial or total oophorectomy and/or salpingectomy) |
| 58720 | Salpingo-oophorectomy, complete or partial, unilateral or bilateral |
| 58999 | Unlisted procedure, female genital system (nonobstetrical) [metoidioplasty] |

PLAINTIFFS003994

| Code | Code Description |
|------|------------------|
| 64708 | Neuroplasty, major peripheral nerve, arm or leg, open; other than specified |
| 64856 | Suture of major peripheral nerve, arm or leg, except sciatic; including transposition |
| 64859 | Suture of each additional major peripheral nerve |
| 64874 | Suture of nerve; requiring extensive mobilization, or transposition of nerve |
| 64910 | Nerve repair; with synthetic conduit or vein allograft (eg, nerve tube), each nerve |
| CPT codes not covered for indications listed in the CPB [considered not medically necessary and cosmetic]: | |
| 11950 - 11954 | Subcutaneous injection of filling material (e.g., collagen) |
| 15200 | Full thickness graft, free, including direct closure of donor site, trunk; 20 sq cm or less [nipple reconstruction] |
| 15775 | Punch graft for hair transplant; 1 to 15 punch grafts |
| 15776 | Punch graft for hair transplant; more than 15 punch grafts |
| 15780 - 15787 | Dermabrasion |
| 15788 - 15793 | Chemical peel |
| 15820 - 15823 | Blepharoplasty |
| 15824 - 15828 | Rhytidectomy [face-lifting] |
| 15830 - 15839 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); abdomen, infraumbilical panniculectomy |
| 15876 - 15879 | Suction assisted lipectomy |
| 17380 | Electrolysis epilation, each 30 minutes |
| 19301 | Mastectomy, partial (eg, lumpectomy, tylectomy, quadrantectomy, segmentectomy) |
| 19303 | Mastectomy, simple, complete |
| 19316 | Mastopexy |
| 19340 | Immediate insertion of breast prosthesis following mastopexy, mastectomy or in reconstruction |
| 19342 | Delayed insertion of breast prosthesis following mastopexy, mastectomy or in reconstruction |

PLAINTIFFS003995

| Code | Code Description |
|---|---|
| 20999 | Unlisted procedure, musculoskeletal system, general [unlisted augmentation] [check benefits] |
| 21087 | Nasal prosthesis |
| 21120 - 21123 | Genioplasty |
| 21125 - 21127 | Augmentation, mandibular body or angle; prosthetic material or with bone graft, onlay or interpositional (includes obtaining autograft) |
| 21193 | Reconstruction of mandibular rami, horizontal, vertical, C, or L osteotomy; without bone graft |
| 21194 | with bone graft (includes obtaining graft) |
| 21195 | Reconstruction of mandibular rami and/or body, sagittal split; without internal rigid fixation |
| 21196 | with internal rigid fixation |
| 21208 | Osteoplasty, facial bones; augmentation (autograft, allograft, or prosthetic implant) |
| 21210 | Graft, bone; nasal, maxillary or malar areas (includes obtaining graft) |
| 21270 | Malar augmentation, prosthetic material |
| 30400 - 30420 | Rhinoplasty; primary |
| 30430 - 30450 | Rhinoplasty; secondary |
| 31599 | Unlisted procedure, larynx [thyroid chondroplasty and tracheal shave] [voice modification surgery] [check benefits] |
| 31899 | Unlisted procedure, trachea, bronchi [thyroid chondroplasty and tracheal shave] [augmentation thyroid chondroplasty (thyroid cartilage augmentation)] [check benefits] |
| 40799 | Unlisted procedure, lips [lip shortening] [check benefits] |
| 67900 | Repair of brow ptosis (supraciliary, mid-forehead or coronal approach) |
| 92507 | Treatment of speech, language, voice, communication, and/or auditory processing disorder; individual |
| 92508 | Treatment of speech, language, voice, communication, and/or auditory processing disorder; group, two or more individuals |

PLAINTIFFS003996

| Code | Code Description |
|------|------------------|
| Other CPT codes related to the CPB: | |
| 11980 | Subcutaneous hormone pellet implantation (implantation of estradiol and/or testosterone pellets beneath the skin) |
| +90785 | Interactive complexity (List separately in addition to the code for primary procedure) |
| 90832 - 90838 | Psychotherapy |
| 96372 | Therapeutic, prophylactic, or diagnostic injection (specify substance of drug); subcutaneous or intramuscular |
| HCPCS codes covered if selection criteria are met: | |
| C1789 | Prosthesis, breast (implantable) |
| C1813 | Prosthesis, penile, inflatable |
| C2622 | Prosthesis, penile, non-inflatable |
| J1071 | Injection, testosterone cypionate, 1 mg |
| J3121 | Injection, testosterone enanthate, 1 mg |
| J3145 | Injection, testosterone undecanoate, 1 mg |
| J1950 | Injection, leuprolide acetate (for depot suspension), per 3.75 mg |
| J9202 | Goserelin acetate implant, per 3.6 mg |
| J9217 | Leuprolide acetate (for depot suspension), 7.5 mg |
| J9218 | Leuprolide acetate, per 1 mg |
| J9219 | Leuprolide acetate implant, 65 mg |
| L8600 | Implantable breast prosthesis, silicone or equal |
| S0189 | Testosterone pellet, 75 mg |
| HCPCS codes not covered for indications listed in the CPB: | |
| G0153 | Services performed by a qualified speech-language pathologist in the home health or hospice setting, each 15 minutes |
| L8499 | Unlisted procedure for miscellaneous prosthetic services [prosthetic implant] [check benefits] |
| L8699 | Prosthetic implant, not otherwise specified [check benefits] |
| S9128 | Speech therapy, in the home, per diem |
| ICD-10 codes covered if selection criteria are met: | |
| F64.0 - F64.1 | Transexualism and dual role transvestism |
| F64.8 | Other gender identity disorders |

PLAINTIFFS003997

Case 4:22-cv-00325-RH-MAF   Document 176-16   Filed 04/27/23   Page 14 of 36

| Code | Code Description |
|------|------------------|
| F64.9 | Gender identity disorder, unspecified |
| Z87.890 | Personal history of sex reassignment |
| ICD-10 codes not covered for indications listed in the CPB: | |
| F64.2 | Gender identity disorder of childhood |

## Background

The International Classification of Diseases and Related Health
Problems, Tenth Revision (ICD-10) and the Diagnostic and Statistical
Manual of Mental Disorders, (DSM-5-TR) are the diagnostic
classifications and criteria manuals used in the United States.
Notwithstanding, the World Professional Association of Transgender
Health Standard of Care 8th edition (WPATH SOC8) states: "While
Gender Dysphoria (GD) is still considered a mental health condition in the
Diagnostic and Statistical Manual of Mental Disorders, (DSM-5-TR) of the
American Psychiatric Association. Gender incongruence is no longer
seen as pathological or a mental disorder in the world health community.
Gender Incongruence is recognized as a condition in the International
Classification of Diseases and Related Health Problems, 11th Version of
the World Health Organization (ICD-11). Because of historical and current
stigma, TGD people can experience distress or dysphoria that may be
addressed with various gender-affirming treatment options. While
nomenclature is subject to change and new terminology and
classifications may be adopted by various health organizations or
administrative bodies, the medical necessity of treatment and care is
clearly recognized for the many people who experience dissonance
between their sex assigned at birth and their gender identity."

Gender dysphoria refers to discomfort or distress that is caused by a
discrepancy between an individual's gender identity and the gender
assigned at birth (and the associated gender role and/or primary and
secondary sex characteristics). A diagnosis of gender dysphoria requires
a marked difference between the individual's expressed/experienced

PLAINTIFFS003998

gender and the gender others would assign him or her, and it must continue for at least six months. This condition may cause clinically significant distress or impairment in social, occupational or other important areas of functioning.

Gender affirming surgery is performed to change primary and/or secondary sex characteristics. For transfeminine (assigned male at birth) gender transition, surgical procedures may include genital reconstruction (vaginoplasty, penectomy, orchidectomy, clitoroplasty), breast augmentation (implants, lipofilling), and cosmetic surgery (facial reshaping, rhinoplasty, abdominoplasty, thyroid chondroplasty (laryngeal shaving), voice modification surgery (vocal cord shortening), hair transplants) (Day, 2002). For transmasculine (assigned female at birth) gender transition, surgical procedures may include mastectomy, genital reconstruction (phalloplasty, genitoplasty, hysterectomy, bilateral oophorectomy), mastectomy, and cosmetic procedures to enhance male features such as pectoral implants and chest wall recontouring (Day, 2002).

The criterion noted above for some types of genital surgeries is based on expert clinical consensus that this experience provides ample opportunity for patients to experience and socially adjust in their desired gender role, before undergoing irreversible surgery (Coleman, et al., 2022).

It is recommended that transfeminine persons undergo feminizing hormone therapy (minimum 6 months) prior to breast augmentation surgery. The purpose is to maximize breast growth in order to obtain better surgical (aesthetic) results.

In addition to hormone therapy and gender affirming surgery, psychological adjustments are necessary in affirming sex. Treatment should focus on psychological adjustment, with hormone therapy and gender affirming surgery being viewed as confirmatory procedures dependent on adequate psychological adjustment. Mental health care may need to be continued after gender affirming surgery. The overall success of treatment depends partly on the technical success of the surgery, but more crucially on the psychological adjustment of the trans identified person and the support from family, friends, employers and the medical profession.

PLAINTIFFS003999

Nakatsuka (2012) noted that the third versions of the guideline for treatment of people with gender dysphoria (GD) of the Japanese Society of Psychiatry and Neurology recommends that feminizing/masculinizing hormone therapy and genital surgery should not be carried out until 18 years old and 20 years old, respectively.  On the other hand, the sixth (2001) and the seventh (2011) versions of the standards of care for the health of transsexual, transgender, and gender non-conforming people of World Professional Association for Transgender Health (WPATH) recommend that transgender adolescents (Tanner stage 2, [mainly 12 to 13 years of age]) are treated by the endocrinologists to suppress puberty with gonadotropin-releasing hormone (GnRH) agonists until age 16 years old, after which gender-affirming hormones may be given.  A questionnaire on 181 people with GID diagnosed in the Okayama University Hospital (Japan) showed that female to male (FTM) trans identified individuals hoped to begin masculinizing hormone therapy at age of 15.6 +/- 4.0 (mean +/- S.D.) whereas male to female (MTF) trans identified individuals hoped to begin feminizing hormone therapy as early as age 12.5 +/- 4.0, before presenting secondary sex characters.  After confirmation of strong and persistent trans gender identification, adolescents with GD should be treated with gender-affirming hormone or puberty-delaying hormone to prevent developing undesired sex characters.  These treatments may prevent transgender adolescents from attempting suicide, suffering from depression, and refusing to attend school.

Spack (2013) stated that GD is poorly understood from both mechanistic and clinical standpoints.  Awareness of the condition appears to be increasing, probably because of greater societal acceptance and available hormonal treatment.  Therapeutic options include hormone and surgical treatments but may be limited by insurance coverage because costs are high.  For patients seeking MTF affirmation, hormone treatment includes estrogens, finasteride, spironolactone, and GnRH analogs.  Surgical options include feminizing genital and facial surgery, breast augmentation, and various fat transplantations.  For patients seeking a FTM gender affirmation, medical therapy includes testosterone and GnRH analogs and surgical therapy includes mammoplasty and phalloplasty.  Medical therapy for both FTM and MTF can be started in early puberty, although long-term effects are not known.  All patients considering treatment need counseling and medical monitoring.

PLAINTIFFS004000

Case 4:22-cv-00325-RH-MAF   Document 176-16   Filed 04/27/23   Page 17 of 36

Leinung and colleagues (2013) noted that the Endocrine Society's recently published clinical practice guidelines for the treatment of transgender persons acknowledged the need for further information on transgender health.  These investigators reported the experience of one provider with the endocrine treatment of transgender persons over the past 2 decades. Data on demographics, clinical response to treatment, and psychosocial status were collected on all transgender persons receiving gender-affirming hormone therapy since 1991 at the endocrinology clinic at Albany Medical Center, a tertiary care referral center serving upstate New York.  Through 2009, a total 192 MTF and 50 FTM transgender persons were seen.  These patients had a high prevalence of mental health and psychiatric problems (over 50 %), with low rates of employment and high levels of disability.  Mental health and psychiatric problems were inversely correlated with age at presentation. The prevalence of gender affirming surgery was low (31 % for MTF).  The number of persons seeking treatment has increased substantially in recent years.  Gender-affirming hormone therapy achieves very good results in FTM persons and is most successful in MTF persons when initiated at younger ages.  The authors concluded that transgender persons seeking hormonal therapy are being seen with increasing frequency.  The dysphoria present in many transgender persons is associated with significant mood disorders that interfere with successful careers.  They stated that starting therapy at an earlier age may lessen the negative impact on mental health and lead to improved social outcomes.

Meyer-Bahlburg (2013) summarized for the practicing endocrinologist the current literature on the psychobiology of the development of gender identity and its variants in individuals with disorders of sex development or with transgenderism.  Gender reassignment remains the treatment of choice for strong and persistent gender dysphoria in both categories, but more research is needed on the short-term and long-term effects of puberty-suppressing medications and cross-sex hormones on brain and behavior.

PLAINTIFFS004001

Note on Breast Reduction/Mastectomy and Nipple Reconstruction

The CPT codes for mastectomy (CPT codes 19303) are for breast cancer, and are not appropriate to bill for reduction mammaplasty for female to male (transmasculine) gender affirmation surgery. CPT 2020 states that "Mastectomy procedures (with the exception of gynecomastia [19300]) are performed either for treatment or prevention of breast cancer." CPT 2020 also states that "Code 19303 describes total removal of ipsilateral breast tissue with or without removal of skin and/or nipples (eg, nipple-sparing), for treatment or prevention of breast cancer." There are important differences between a mastectomy for breast cancer and a mastectomy for gender reassignment. The former requires careful attention to removal of all breast tissue to reduce the risk of cancer. By contrast, careful removal of all breast tissue is not essential in mastectomy for gender reassignment. In mastectomy for gender reassignment, the nipple areola complex typically can be preserved.

Some have tried to justify routinely billing CPT code 19350 for nipple reconstruction at the time of mastectomy for gender reassignment based upon the frequent need to reduce the size of the areola to give it a male appearance. However, the nipple reconstruction as defined by CPT code 19350 describes a much more involved procedure than areola reduction. The typical patient vignette for CPT code 19350, according to the AMA, is as follows: "The patient is measured in the standing position to ensure even balanced position for a location of the nipple and areola graft on the right breast.  Under local anesthesia, a Skate flap is elevated at the site selected for the nipple reconstruction and constructed.  A full-thickness skin graft is taken from the right groin to reconstruct the areola. The right groin donor site is closed primarily in layers."

The AMA vignette for CPT code 19318 (reduction mammaplasty) clarifies that this CPT code includes the work that is necessary to reposition and reshape the nipple to create an aesthetically pleasing result, as is necessary in female to male breast reduction. "The physician reduces the size of the breast, removing wedges of skin and breast tissue from a female patient. The physician makes a circular skin incision above the nipple, in the position to which the nipple will be elevated. Another skin incision is made around the circumference of the nipple. Two incisions are

PLAINTIFFS004002

made from the circular cut above the nipple to the fold beneath the breast, one on either side of the nipple, creating a keyhole shaped skin and breast incision. Wedges of skin and breast tissue are removed until the desired size is achieved. Bleeding vessels may be ligated or cauterized. The physician elevates the nipple and its pedicle of subcutaneous tissue to its new position and sutures the nipple pedicle with layered closure. The remaining incision is repaired with layered closure" (EncoderPro, 2019). CPT code 19350 does not describe the work that that is being done, because that code describes the actual construction of a new nipple. Code 19350 is a CCI "incidental to" edit to code 19318, and, accordingly, the services of code 19350 are included in code 19318. Similarly, graft codes, such as code 15200 (full thickness skin graft), are CCI "incidental to" edits to code 19318, and, accordingly, the services of graft codes, such as 15200, are included in code 19318.

## Vulvoplasty Versus Vaginoplasty as Gender-Affirming Genital Surgery for Transgender Women

Jiang and colleagues (2018) noted that gender-affirming vaginoplasty aims to create the external female genitalia (vulva) as well as the internal vaginal canal; however, not all patients desire nor can safely undergo vaginal canal creation. These investigators described the factors influencing patient choice or surgeon recommendation of vulvoplasty (creation of the external appearance of female genitalia without creation of a neovaginal canal) and evaluated the patient's satisfaction with this choice. Gender-affirming genital surgery consults were reviewed from March 2015 until December 2017, and patients scheduled for or who had completed vulvoplasty were interviewed by telephone. These investigators reported demographic data and the reasons for choosing vulvoplasty as gender-affirming surgery for patients who either completed or were scheduled for surgery, in addition to patient reports of satisfaction with choice of surgery, satisfaction with the surgery itself, and sexual activity after surgery. A total of 486 patients were seen in consultation for trans-feminine gender-affirming genital surgery: 396 requested vaginoplasty and 39 patients requested vulvoplasty; 30 Patients either completed or are scheduled for vulvoplasty. Vulvoplasty patients were older and had higher body mass index (BMI) than those seeking vaginoplasty. The majority (63 %) of the patients seeking vulvoplasty chose this surgery despite no contraindications to vaginoplasty. The

PLAINTIFFS004003

remaining patients had risk factors leading the surgeon to recommend vulvoplasty. Of those who completed surgery, 93 % were satisfied with the surgery and their decision for vulvoplasty. The authors concluded that this was the first study of factors impacting a patient's choice of or a surgeon's recommendation for vulvoplasty over vaginoplasty as gender-affirming genital surgery; it also was the first reported series of patients undergoing vulvoplasty only.

Drawbacks of this study included its retrospective nature, non-validated questions, short-term follow-up, and selection bias in how vulvoplasty was offered. Vulvoplasty is a form of gender-affirming feminizing surgery that does not involve creation of a neovagina, and it is associated with high satisfaction and low decision regret.

## Autologous Fibroblast-Seeded Amnion for Reconstruction of Neo-vagina in Transfeminine Reassignment Surgery

Seyed-Forootan and colleagues (2018) stated that plastic surgeons have used several methods for the construction of neo-vaginas, including the utilization of penile skin, free skin grafts, small bowel or recto-sigmoid grafts, an amnion graft, and cultured cells. These researchers compared the results of amnion grafts with amnion seeded with autograft fibroblasts. Over 8 years, these investigators compared the results of 24 male-to-female transsexual patients retrospectively based on their complications and levels of satisfaction; 16 patients in group A received amnion grafts with fibroblasts, and the patients in group B received only amnion grafts without any additional cellular lining. The depths, sizes, secretions, and sensations of the vaginas were evaluated. The patients were monitored for any complications, including over-secretion, stenosis, stricture, fistula formation, infection, and bleeding. The mean age of group A was $28 \pm 4$ years and group B was $32 \pm 3$ years. Patients were followed-up from 30 months to 8 years (mean of $36 \pm 4$) after surgery. The depth of the vaginas for group A was 14 to 16 and 13 to 16 cm for group B. There was no stenosis in neither group. The diameter of the vaginal opening was 34 to 38 mm in group A and 33 to 38 cm in group B. These researchers only had 2 cases of stricture in the neo-vagina in group B, but no stricture was recorded for group A. All of the patients had good and acceptable sensation in the neo-vagina; 75 % of patients had sexual experience and of those, 93.7 % in group A and 87.5% in group B

PLAINTIFFS004004

expressed satisfaction.  The authors concluded that the creation of a neo-vaginal canal and its lining with allograft amnion and seeded autologous fibroblasts is an effective method for imitating a normal vagina.  The size of neo-vagina, secretion, sensation, and orgasm was good and proper.  More than 93.7 % of patients had satisfaction with sexual intercourse.  They stated that amnion seeded with fibroblasts extracted from the patient's own cells will result in a vagina with the proper size and moisture that can eliminate the need for long-term dilatation.  The constructed vagina has a 2-layer structure and is much more resistant to trauma and laceration.  No cases of stenosis or stricture were recorded.  Level of Evidence = IV.  These preliminary findings need to be validated by well-designed studies.

Pitch-Raising Surgery in Transfeminine Persons

Van Damme and colleagues (2017) reviewed the evidence of the effectiveness of pitch-raising surgery performed in male-to-female transsexuals.  These investigators carried out a search for studies in PubMed, Web of Science, Science Direct, EBSCOhost, Google Scholar, and the references in retrieved manuscripts, using as keywords "transsexual" or "transgender" combined with terms related to voice surgery.  They included 8 studies using cricothyroid approximation, 6 studies using anterior glottal web formation, and 6 studies using other surgery types or a combination of surgical techniques, leading to 20 studies in total.  Objectively, a substantial rise in post-operative fundamental frequency was identified.  Perceptually, mainly laryngeal web formation appeared risky for decreasing voice quality.  The majority of patients appeared satisfied with the outcome.  However, none of the studies used a control group and randomization process.  The authors concluded that future research needs to investigate long-term effects of pitch-raising surgery using a stronger study design.

Azul and associates (2017) evaluated the currently available discursive and empirical data relating to those aspects of trans-masculine people's vocal situations that are not primarily gender-related, and identified restrictions to voice function that have been observed in this population, and made suggestions for future voice research and clinical practice.  These researchers conducted a comprehensive review of the voice literature.  Publications were identified by searching 6 electronic

PLAINTIFFS004005

databases and bibliographies of relevant articles. A total of 22
publications met inclusion criteria. Discourses and empirical data were
analyzed for factors and practices that impact on voice function and for
indications of voice function-related problems in trans-masculine people.
The quality of the evidence was appraised. The extent and quality of
studies investigating trans-masculine people's voice function was found to
be limited. There was mixed evidence to suggest that trans-masculine
people might experience restrictions to a range of domains of voice
function, including vocal power, vocal control/stability, glottal function,
pitch range/variability, vocal endurance, and voice quality. The authors
concluded that more research into the different factors and practices
affecting trans-masculine people's voice function that took account of a
range of parameters of voice function and considered participants' self-
evaluations is needed to establish how functional voice production can be
best supported in this population.

## Facial Feminization Surgery

Raffaini and colleagues (2016) stated that gender dysphoria refers to the
discomfort and distress that arise from a discrepancy between a person's
gender identity and sex assigned at birth. The treatment plan for gender
dysphoria varies and can include psychotherapy, hormone treatment, and
gender affirmation surgery, which is, in part, an irreversible change of
sexual identity. Procedures for transformation to the female sex include
facial feminization surgery, vaginoplasty, clitoroplasty, and breast
augmentation. Facial feminization surgery can include forehead re-
modeling, rhinoplasty, mentoplasty, thyroid chondroplasty, and voice
alteration procedures. These investigators reported patient satisfaction
following facial feminization surgery, including outcome measurements
after forehead slippage and chin re-modeling. A total of 33 patients
between 19 and 40 years of age were referred for facial feminization
surgery between January of 2003 and December of 2013, for a total of
180 procedures. Surgical outcome was analyzed both subjectively
through questionnaires administered to patients and objectively by serial
photographs. Most facial feminization surgery procedures could be safely
completed in 6 months, barring complications. All patients showed
excellent cosmetic results and were satisfied with their procedures. Both
frontal and profile views achieved a loss of masculine features. The
authors concluded that patient satisfaction following facial feminization

PLAINTIFFS004006

Case 4:22-cv-00325-RH-MAF   Document 176-16   Filed 04/27/23   Page 23 of 36

surgery was high; they stated that the reduction of gender dysphoria had psychological and social benefits and significantly affected patient outcome. The level of evidence of this study was IV.

Morrison and associates (2018) noted that facial feminization surgery encompasses a broad range of cranio-maxillofacial surgical procedures designed to change masculine facial features into feminine features. The surgical principles of facial feminization surgery could be applied to male-to-female transsexuals and anyone desiring feminization of the face. Although the prevalence of these procedures is difficult to quantify, because of the rising prevalence of transgenderism (approximately 1 in 14,000 men) along with improved insurance coverage for gender-confirming surgery, surgeons versed in techniques, outcomes, and challenges of facial feminization surgery are needed. These researchers appraised the current facial feminization surgery literature. They carried out a comprehensive literature search of the Medline, PubMed, and Embase databases was conducted for studies published through October 2014 with multiple search terms related to facial feminization. Data on techniques, outcomes, complications, and patient satisfaction were collected. A total of 15 articles were selected and reviewed from the 24 identified, all of which were either retrospective or case series/reports. Articles covered a variety of facial feminization procedures. A total of 1,121 patients underwent facial feminization surgery, with 7 complications reported, although many articles did not explicitly comment on complications. Satisfaction was high, although most studies did not use validated or quantified approaches to address satisfaction. The authors concluded that facial feminization surgery appeared to be safe and satisfactory for patients. These researchers stated that further studies are needed to better compare different techniques to more robustly establish best practices; prospective studies and patient-reported outcomes are needed to establish quality-of-life (QOL) outcomes for patients.

In a systematic review, Gorbea et al (2021) provided a portrait of gender affirmation surgery (GAS) insurance coverage across the U.S., with attention to procedures of the head and neck. State policies on transgender care for Medicaid insurance providers were collected for all 50 states. Each state's policy on GAS and facial gender affirmation surgery (FGAS) was examined. The largest medical insurance

PLAINTIFFS004007

companies in the U.S. were identified using the National Association of Insurance Commissioners Market Share report. Policies of the top 49 primary commercial medical insurance companies were examined. Medicaid policy reviews found that 18 states offer some level of gender-affirming coverage for their patients, but only 3 include FGAS (17 %); 13 states prohibit Medicaid coverage of all transgender surgery, and 19 states have no published gender-affirming medical care coverage policy; 92 % of commercial medical insurance providers had a published policy on GAS coverage. Genital reconstruction was described as a medically necessary aspect of transgender care in 100 % of the commercial policies reviewed; 93 % discussed coverage of FGAS, but 51 % considered these procedures cosmetic. Thyroid chondroplasty (20 %) was the most commonly covered FGAS procedure. Mandibular and frontal bone contouring, rhinoplasty, blepharoplasty, and facial rhytidectomy were each covered by 13 % of the medical policies reviewed. The authors concluded that while certain surgical aspects of gender-affirming medical care are nearly ubiquitously covered by commercial insurance providers, FGAS is considered cosmetic by most Medicaid and commercial insurance providers. Level of Evidence = V.

Hohman and Teixeira (2022) stated that with respect to gender affirmation procedures for the face, the majority of interventions will occur in patients transitioning from male to female, i.e., transgender women. While there are slightly more transgender women than transgender men in the population (33 % transgender women, 29 % transgender men, 35 % non-binary, 3 % cross-dressers, according to the USTS), the reason that more females require surgery than males is that testosterone therapy typically produces enough changes in secondary sex characteristics of the face (growth of facial hair, thickening of the skin, increase in frontal bossing, lowering of the voice, etc.) that surgery is not necessary . In some cases, placement of implants or fat transfer can increase volume in the lower 1/3 of the face and contribute to masculinization. Still, the primary area of focus for facial feminization is generally the upper 1/3. Feminization of the upper 1/3 of the face often requires several techniques to be applied in combination: The advancement of the hairline, hair transplantation, brow-lifting, and reduction of frontal bossing or "frontal cranioplasty". While the advancement of a scalp flap, hair transplant, and pretrichial brow-lifting are commonly employed cosmetic surgery interventions, frontal cranioplasty bears special consideration. Several methods of

PLAINTIFFS004008

Case 4:22-cv-00325-RH-MAF   Document 176-16   Filed 04/27/23   Page 25 of 36

reducing the brow's prominence are often described as type 1, 2, and 3 frontal cranioplasties. Type 1 cranioplasty reduces the supra-orbital ridge's protrusion, usually using a drill, including decreasing the thickness of the anterior table of the frontal sinus. This technique is the simplest, but it is only effective in patients with either a very thick anterior frontal sinus table or an absent pneumatized frontal sinus. Type 2 cranioplasty involves augmentation of the forehead's convexity using bone cement or methyl methacrylate in addition to a reduction of the supra-orbital ridge with a drill. Type 3 cranioplasty is advocated by many prominent facial feminization surgeons and consists of removal of the anterior table of the frontal sinus, thinning of the bone flap, and replacement of that bone onto the frontal sinus but in a more recessed position, in addition to a reduction of the remainder of the supra-orbital ridge. An alternative to removal and recession of the frontal sinus's anterior table is to thin the bone with a drill and then fracture it in a controlled fashion to produce the desired contour, which is also performed routinely by some authors.

## Forehead Feminization Cranioplasty

Eggerstedt and colleagues (2020) stated that forehead feminization cranioplasty (FFC) is an important component of gender-affirming surgery and has become increasingly popular in recent years. However, there is little objective evidence for the procedure's safety and clinical impact via patient-reported outcome measures (PROMs). In a systematic review, these researchers determined what complications are observed following FFC, the relative frequency of complications by surgical technique, and what impact the procedure has on patient's QOL. They carried out database searches in PubMed/Medline, Scopus, CINAHL, Cochrane CENTRAL, Cochrane Database of Systematic Reviews, and PsycINFO. The search terms included variations of forehead setback/FFC. Both controlled vocabularies (i.e., MeSH and CINAHL's Suggested Subject Terms) and keywords in the title or abstract fields were searched. Two independent reviewers screened the titles and abstracts of all articles; and 2 independent surgeon reviewers examined the full text of all included articles, and relevant data points were extracted. Main outcomes and measures included complications and complication rate observed following FFC. Additional outcome measures were the approach used, concurrent procedures carried out, and the use and findings of a PROM. A total of 10 articles describing FFC were included,

PLAINTIFFS004009

entailing 673 patients. The overall pooled complication rate was 1.3 %; PROMs were used in 50 % of studies, with no standardization among studies. The authors concluded that complications following FFC were rare and infrequently required reoperation. Moreover, these researchers stated that further studies into standardized and validated PROMs in facial feminization patients are needed. Level of Evidence = III.

## Hand Feminization and Masculinization

Lee and colleagues (2021) noted that anatomical characteristics that are incongruent with an individual's gender identity can cause significant gender dysphoria. Hands exhibit prominent dimorphic sexual features, but despite their visibility, there are limited studies examining gender affirming procedures for the hands. These researchers examined the anatomical features that define feminine and masculine hands, the surgical and non-surgical approaches for feminization and masculinization of the hand; and adapted established aesthetic hand techniques for gender affirming care. They carried out a comprehensive database search of PubMed, Embase OVID and SCOPUS to identify articles on the characterization of feminine or masculine hands, hand treatments related to gender affirmation, and articles related to techniques for hand feminization and masculinization in the non-transgender population. From 656 possibly relevant articles, 42 met the inclusion criteria for the current literature search. There is currently no medical literature specifically examining the surgical or non-surgical options for hand gender affirmation. The available techniques for gender affirming procedures discussed in this paper were appropriated from those more commonly used for hand rejuvenation. The authors concluded that there is very little evidence addressing the options for transgender individuals seeking gender affirming procedures of the hand. These researchers stated that although established procedures used for hand rejuvenation may be employed in gender affirming care, further study is needed to determine relative salience of various hand features to gender dysphoria in transgender patients of various identities, as well as development of novel techniques to meet these needs. Level of Evidence = III.

PLAINTIFFS004010

## Peritoneal Pull-Through Technique Vaginoplasty in Neovagina Construction in Gender-Affirming Surgery

Tay and Lo (2022) reviewed the application, effectiveness and outcomes of a novel surgical technique, peritoneal pull-through technique vaginoplasty, in gender-affirming surgery.  Specific outcome parameters included healing time, depth of cavity achieved,) alleviation of dysphoria, and morbidity of the surgery.  These researchers carried out a systematic review according to the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) statement and PROSPERO registration obtained before commencement.  A search was performed in OVID Medline, Embase, Willey Online Library and PubMed.  Specialty-related journals, grey literature and reference lists of relevant articles were manually searched.  From 476 potentially relevant articles, 12 articles were analyzed; and the publications were all level 4 or level 5 evidence.  Healing times were poorly reported or often not mentioned.  A total of 8 authors reported neovagina cavity depth of at least 13 cm and good patient satisfaction.  Alleviation of dysphoria was not discussed by any of the publications and only 6reported complications.  Average follow-up ranged from 6 weeks to 14.8 months.  The authors concluded that the use of peritoneal pull-through vaginoplasty in gender-affirming surgery is promising and novel; however, there is a paucity of data.  These investigators stated that further research and longer-term data are needed to examine the safety and effectiveness of this technique including stabilization of vaginal depth, later morbidity and complications.  Patients seeking this surgery overseas should be informed of the potential difficulties they may face.

## Urethral Complications and Outcomes in Transgender Men

Hu et al (2022) noted that urologic problems, such as urethral fistulas and strictures, are among the most frequent complications following phalloplasty.  Although many studies have reported successful phalloplasty and urethral reconstruction with reliable outcomes in transgender men; so far, no method has become standardized.  These researchers examined the reports on urological complications and outcomes in transgender men with respect to various types of urethral reconstruction.  They carried out a comprehensive literature search of PubMed, Scopus, and Google Scholar databases for studies related to

PLAINTIFFS004011

phalloplasty in transsexuals. Data on various phallic urethral techniques, urethral complications, and outcomes were collected and analyzed using the random-effects model. A total of 21 studies (1,566 patients) were included: 8 studies (1,061 patients) on "tube-in-tube", 9 studies (273 patients) on "prelaminated flap, and 6 studies (221 patients) on "second flap". Compared with the tube-in-tube technique, the pre-laminated flap was associated with a significantly higher urethral stricture/stenosis rate; however, there was no difference between the pre-laminated flap and the 2nd flap techniques. For all phalloplasty patients, the pooled rate of urethral fistula or stenosis was 48.9 %, the rate of the ability to void while standing was 91.5 %, occurrence rate of tactile or erogenous sensation was 88 %, the prosthesis complication rate was 27.9 %, and patient-reported satisfactory outcome rate was 90.5 %. The authors concluded that urethral reconstruction with a pre-laminated flap was associated with a significantly higher urethral stricture rate and increased need of revision surgery compared with that observed using a skin flap. Overall, most patients were able to void while standing and were satisfied with the outcomes.

## Appendix

DSM 5 Criteria for Gender Dysphoria in Adults and Adolescents

I. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as manifested by two or more of the following:

   A. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or, in young adolescents, the anticipated secondary sex characteristics)

   B. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or, in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics)

PLAINTIFFS004012

   C. A strong desire for the primary and/or secondary sex characteristics of the other gender

   D. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender)

   E. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender)

   F. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

II. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

There is no minimum duration of relationship required with mental health professional.  It is the professional's judgment as to the appropriate length of time before a referral letter can appropriately be written.  A common period of time is three months, but there is significant variation in both directions.

Evaluation of candidacy for gender affirmation surgery by a mental health professional is covered under the member's medical benefit, unless the services of a mental health professional are necessary to evaluate and treat a mental health problem, in which case the mental health professional's services are covered under the member's behavioral health benefit. Please check benefit plan descriptions.

Characteristics of a Qualified Health Professionals (From SOC-8)

Qualifications of Mental Health Professional for assessing transgender and gender diverse adults for physical treatments (from WPATH SOC-8):

1. Are licensed by their statutory body and hold, at a minimum, a master's degree or equivalent training in a clinical field relevant to this role and granted by a nationally accredited statutory institution.

2. Are able to identify co-existing mental health or other psychosocial concerns and distinguish these from gender dysphoria, incongruence, and diversity.

3. Are able to assess capacity to consent for treatment.

PLAINTIFFS004013

Case 4:22-cv-00325-RH-MAF   Document 176-16   Filed 04/27/23   Page 30 of 36

4. Have experience or be qualified to assess clinical aspects of gender dysphoria, incongruence, and diversity.
5. Undergo continuing education in health care relating to gender dysphoria, incongruence, and diversity.
6. Liaise with professionals from different disciplines within the field of transgender health for consultation and referral on behalf of gender diverse adults seeking gender-affirming treatment, if required.

Credentials of surgeons who perform gender-affirming surgical procedures (from WPATH SOC-8):

1. Training and documented supervision in gender-affirming procedures;
2. Maintenance of an active practice in gender-affirming surgical procedures;
3. Knowledge about gender diverse identities and expressions;
4. Continuing education in the field of gender-affirmation surgery;
5. Tracking of surgical outcomes.

Characteristics of health care professionals working with gender diverse adolescents:

1. Are licensed by their statutory body and hold a postgraduate degree or its equivalent in a clinical field relevant to this role granted by a nationally accredited statutory institution.
2. Receive theoretical and evidenced-based training and develop expertise in general child, adolescent, and family mental health across the developmental spectrum.
3. Receive training and have expertise in gender identity development, gender diversity in children and adolescents, have the ability to assess capacity to assent/consent, and possess general knowledge of gender diversity across the life span.
4. Receive training and develop expertise in autism spectrum disorders and other neurodevelopmental presentations or collaborate with a developmental disability expert when working with autistic/neurodivergent gender diverse adolescents.
5. Continue engaging in professional development in all areas relevant to gender diverse children, adolescents, and families.

PLAINTIFFS004014

# References

The above policy is based on the following references:

1. Almazan AN, Boskey ER, Labow B, Ganor O. Insurance policy trends for breast surgery in cisgender women, cisgender men, and transgender men. Plast Reconstr Surg. 2019;144(2):334e-336e.

2. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 5th ed. Arlington, VA: American Psychiatric Publishing; 2013.

3. Azul D, Nygren U, Södersten M, Neuschaefer-Rube C. Transmasculine people's voice function: A review of the currently available evidence. J Voice. 2017;31(2):261.e9-261.e23.

4. Boczar D, Huayllani MT, Saleem HY, et al. Surgical techniques of phalloplasty in transgender patients: A systematic review. Ann Transl Med. 2021;9(7):607.

5. Bowman C, Goldberg J. Care of the Patient Undergoing Sex Reassignment Surgery. Vancouver, BC: Vancouver Coastal Health, Transcend Transgender Support & Education Society, and the Canadian Rainbow Health Coalition; January 2006.

6. Buncamper ME, Honselaar JS, Bouman MB, et al. Aesthetic and functional outcomes of neovaginoplasty using penile skin in male-to-female transsexuals. J Sex Med. 2015;12(7):1626-1634.

7. Byne W, Bradley SJ, Coleman E, et al.; American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. Arch Sex Behav. 2012;41(4):759-796.

8. Claes KEY, D'Arpa S, Monstrey SJ. Chest surgery for transgender and gender nonconforming individuals. Clin Plast Surg. 2018;45(3):369-380.

9. Colebunders B, Brondeel S, D'Arpa S, et al. An update on the surgical treatment for transgender patients. Sex Med Rev. 2017;5(1):103-109.

PLAINTIFFS004015

10. Coleman E, Radix AE, Bouman WP, et al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. Int J Transgend. 2022; 23 sup1:S1-S259.

11. Coleman E, Adler R, Bockting W, et al. Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People. Version 7. Minneapolis, MN: World Professional Association for Transgender Health (WPATH); 2011.

12. Coleman E, Bockting W, Botzer M, et al. Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7. Int J Transgend. 2011;13:165-232.

13. Day P. Trans-gender reassignment surgery. NZHTA Tech Brief Series. Christchurch, New Zealand: New Zealand Health Technology Assessment (NZHTA); 2002;1(1).

14. Djordjevic ML, Bizic MR, Duisin D, et al. Reversal surgery in regretful male-to-female transsexuals after sex reassignment surgery. J Sex Med. 2016;13(6):1000-1007.

15. Eggerstedt M, Hong YS, Wakefield CJ, et al. Setbacks in forehead feminization cranioplasty: A systematic review of complications and patient-reported outcomes. Aesthetic Plast Surg. 2020;44(3):743-749.

16. Falcone M, Preto M, Timpano M, et al. The surgical outcomes of radial artery forearm free-flap phalloplasty in transgender men: Single-centre experience and systematic review of the current literature. Int J Impot Res. 2021;33(7):737-745.

17. Gooren LJG, Tangpricha V. Treatment of transsexualism. UpToDate [serial online]. Waltham, MA: UpToDate; reviewed April 2014.

18. Gorbea E, Gidumal S, Kozato A, et al. Insurance coverage of facial gender affirmation surgery: A review of Medicaid and commercial insurance. Otolaryngol Head Neck Surg. 2021;165(6):791-797.

19. Guan X, Bardawil E, Liu J, Kho R. Transvaginal natural orifice transluminal endoscopic surgery as a rescue for total vaginal hysterectomy. J Minim Invasive Gynecol. 2018;25(7):1135-1136.

20. Hembree et al. Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2009; 94(9):3132-3154.

21. Hohman MH, Teixeira J. Transgender surgery of the head and neck. In: StatPearls [Internet]. Treasure Island, FL: StatPearls

PLAINTIFFS004016

Publishing; February 27, 2022.

22. Horbach SE, Bouman MB, Smit JM, et al. Outcome of vaginoplasty in male-to-female transgenders: A systematic review of surgical techniques. J Sex Med. 2015;12(6):1499-1512.

23. Hu C-H, Chang C-J, Wang S-W, Chang K-V. A systematic review and meta-analysis of urethral complications and outcomes in transgender men. J Plast Reconstr Aesthet Surg. 2022;75(1):10-24.

24. Jiang D, Witten J, Berli J, Dugi D 3rd. Does depth matter? Factors affecting choice of vulvoplasty over vaginoplasty as gender-affirming genital surgery for transgender women. J Sex Med. 2018;15(6):902-906.

25. Jolly D, Wu CA, Boskey ER, et al. Is clitoral release another term for metoidioplasty? A systematic review and meta-analysis of metoidioplasty surgical technique and outcomes. Sex Med. 2021;9(1):100294.

26. Kaariainen M, Salonen K, Helminen M, Karhunen-Enckell U. Chest-wall contouring surgery in female-to-male transgender patients: A one-center retrospective analysis of applied surgical techniques and results. Scand J Surg. 2016;106 (1):74-79.

27. Lawrence AA, Latty EM, Chivers ML, Bailey JM. Measurement of sexual arousal in postoperative male-to-female transsexuals using vaginal photoplethysmography. Arch Sex Behav. 2005;34(2):135-145.

28. Lawrence AA. Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav. 2003;32(4):299-315.

29. Lee J, Nolan IT, Swanson M, et al. A review of hand feminization and masculinization techniques in gender affirming therapy. Aesthetic Plast Surg. 2021;45(2):589-601.

30. Lee YL, Hsu TF, Jiang LY, et al. Transvaginal natural orifice transluminal endoscopic surgery for female-to-male transgender men. J Minim Invasive Gynecol. 2019;26(1):135-142.

31. Leinung MC, Urizar MF, Patel N, Sood SC. Endocrine treatment of transsexual persons: Extensive personal experience. Endocr Pract. 2013;19(4):644-650.

32. Meriggiola MC, Jannini EA, Lenzi A, et al. Endocrine treatment of transsexual persons: An Endocrine Society Clinical Practice

PLAINTIFFS004017

Case 4:22-cv-00325-RH-MAF   Document 176-16   Filed 04/27/23   Page 34 of 36

Guideline: Commentary from a European perspective. Eur J
Endocrinol. 2010;162(5):831-833.

33. Meyer-Bahlburg HF. Sex steroids and variants of gender identity.
Endocrinol Metab Clin North Am. 2013;42(3):435-452.

34. Miller TJ, Wilson SC, Massie JP, et al. Breast augmentation in
male-to-female transgender patients: Technical considerations
and outcomes. JPRAS Open. 2019;21:63-74.

35. Morrison SD, Vyas KS, Motakef S, et al. Facial feminization:
Systematic review of the literature. Plast Reconstr Surg.
2016;137(6):1759-1770.

36. Nakatsuka M. [Adolescents with gender identity disorder:
Reconsideration of the age limits for endocrine treatment and
surgery]. Seishin Shinkeigaku Zasshi. 2012;114(6):647-653.

37. Ngaage LM, Knighton BJ, McGlone KL, et al. Health insurance
coverage of gender-affirming top surgery in the United States.
Plast Reconstr Surg. 2019;144(4):824-833.

38. Oles N, Darrach H, Landford W, et al. Gender affirming surgery: A
comprehensive, systematic review of all peer-reviewed literature
and methods of assessing patient-centered outcomes (Part 1:
Breast/chest, face, and voice). Ann Surg. 2022;275(1):e52-e66.

39. Oles N, Darrach H, Landford W, et al. Gender affirming surgery: A
comprehensive, systematic review of all peer-reviewed literature
and methods of assessing patient-centered outcomes (Part 2:
Genital reconstruction). Ann Surg. 2022;275(1):e67-e74.

40. Olson-Kennedy J, Warus J, Okonta V, et al. Chest reconstruction
and chest dysphoria in transmasculine minors and young adults:
Comparisons of nonsurgical and postsurgical cohorts. JAMA
Pediatr. 2018;172(5):431-436.

41. Patel H, Arruarana V, Yao L, et al. Effects of hormones and
hormone therapy on breast tissue in transgender patients: A
concise review. Endocrine. 2020;68(1):6-15.

42. Raffaini M, Magri AS, Agostini T. Full facial feminization surgery:
Patient satisfaction assessment based on 180 procedures
involving 33 consecutive patients. Plast Reconstr Surg.
2016;137(2):438-448..

43. Rafferty J; Committee on Psychosocial Aspects of Child and
Family Health; Committee on Adolescence; Section on Lesbian,
Gay, Bisexual, and Transgender Health and Wellness. Ensuring

PLAINTIFFS004018

comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics. 2018;142(4).

44. Salgado CJ, Fein LA. Breast augmentation in transgender women and the lack of adherence amongst plastic surgeons to professional standards of care. J Plast Reconstr Aesthet Surg. 2015;68(10):1471-1472.

45. Sarıkaya S, Ralph DJ. Mystery and realities of phalloplasty: A systematic review. Turk J Urol. 2017;43(3):229-236.

46. Schechter LS. Gender confirmation surgery: An update for the primary care provider. Transgender Health. 2016;1.1:32-40.

47. Seyed-Forootan K, Karimi H, Seyed-Forootan NS. Autologous fibroblast-seeded amnion for reconstruction of neo-vagina in male-to-female reassignment surgery. Aesthetic Plast Surg. 2018;42(2):491-497.

48. Smith YL, Cohen L, Cohen-Kettenis PT. Postoperative psychological functioning of adolescent transsexuals: A Rorschach study. Arch Sex Behav. 2002;31(3):255-261.

49. Spack NP. Management of transgenderism. JAMA. 2013;309(5):478-484.

50. Sutcliffe PA, Dixon S, Akehurst RL, et al. Evaluation of surgical procedures for sex reassignment: A systematic review. J Plast Reconstr Aesthet Surg. 2009;62(3):294-306; discussion 306-308.

51. Tay YT, Lo CH. Use of peritoneum in neovagina construction in gender-affirming surgery: A systematic review. ANZ J Surg. 2022;92(3):373-378.

52. Tonseth KA, Bjark T, Kratz G, et al. Sex reassignment surgery in transsexuals. Tidsskr Nor Laegeforen. 2010;130(4):376-379.

53. Tugnet N, Goddard JC, Vickery RM, et al. Current management of male-to-female gender identity disorder in the UK. Postgrad Med J. 2007;83(984):638-642.

54. UK National Health Service (NHS), Oxfordshire Primary Care Trust, South Central Priorities Committee. Treatments for gender dysphoria. Policy Statement 18c. Ref TV63. Oxford, UK: NHS; updated September 2009.

55. Van Damme S, Cosyns M, Deman S, et al. The effectiveness of pitch-raising surgery in male-to-female transsexuals: A systematic review. J Voice. 2017;31(2):244.e1-244.e5.

56. Wesp LM, Deutsch MB. Hormonal and surgical treatment options for transgender women and transfeminine spectrum persons.

PLAINTIFFS004019

Psychiatr Clin North Am. 2017;40(1):99-111.

**♥aetna**®

Copyright Aetna Inc. All rights reserved. Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

Copyright © 2001-2023 Aetna Inc.

Language services can be provided by calling the number on your member ID card. For additional language assistance: Español | 中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | Other Languages... | (http://www.aetna.com/individuals-families/contact-aetna/information-in-other-languages.html)

PLAINTIFFS004020