# Gender Affirmation Surgery

Pl. Trial Ex. 058

**Humana.**

**Medical Coverage Policy**

**Effective Date:** 09/22/2022
**Revision Date:** 09/22/2022
**Review Date:** 09/22/2022
**Policy Number:** HUM-0518-019

**Page:** 1 of 28

**Change Summary:** Updated Description, Coverage Determination, Coverage Limitations, Provider Claims Codes, References

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | |
|---|---|
| Disclaimer | Medical Alternatives |
| Description | Provider Claims Codes |
| Coverage Determination | References |
| Background | |

**Disclaimer**

State and federal law, as well as contract language, including definitions and specific inclusions/exclusions, take precedence over clinical policy and must be considered first in determining eligibility for coverage. Coverage may also differ for our Medicare and/or Medicaid members based on any applicable Centers for Medicare & Medicaid Services (CMS) coverage statements including National Coverage Determinations (NCD), Local Medical Review Policies (LMRP) and/or Local Coverage Determinations. Refer to the CMS website. The member's health plan benefits in effect on the date services are rendered must be used. Clinical policy is not intended to pre-empt the judgment of the reviewing medical director or dictate to health care providers how to practice medicine. Health care providers are expected to exercise their medical judgment in rendering appropriate care. Identification of selected brand names of devices, tests and procedures in a medical coverage policy is for reference only and is not an endorsement of any one device, test or procedure over another. Clinical technology is constantly evolving, and we reserve the right to review and update this policy periodically. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any shape or form or by any means, electronic, mechanical, photocopying or otherwise, without permission from Humana.

**Description**

Gender dysphoria refers to discomfort or distress caused by a discrepancy between an individual's gender identity and the gender assigned at birth (and the associated gender role and/or primary and secondary sex characteristics). A diagnosis of gender dysphoria requires a marked difference between the individual's expressed/experienced gender and the gender others would assign him or her, and it must continue for at least 6 months. This condition may cause clinically significant distress or impairment in social, occupational or other important areas of functioning.[4]

Gender affirmation surgery is an umbrella term for reconstructive procedures performed to change primary and/or secondary sex characteristics in order to align anatomy and physical appearance with an individual's expressed gender identity.

PLAINTIFFS004255

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 2 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

Gender affirming surgeries may include, but are not limited to, the following:

- Breast augmentation (increase in breast size)
- Breast reduction (decrease in breast size)
- Clitoroplasty (creation of clitoris)
- Hysterectomy (removal of uterus)
- Labiaplasty (creation of labia)
- Mastectomy (removal of breasts)
- Metoidioplasty (creation of penis using clitoris)
- Nipple/areola reconstruction (redefines features of natural breasts)
- Orchiectomy (removal of testicles)
- Penectomy (removal of penis)
- Phalloplasty (creation of penis)
- Salpingo-oophorectomy (removal of fallopian tubes and ovaries)
- Scrotoplasty (creation of scrotum)
- Testicular prosthesis (artificial implant for testicles)
- Urethroplasty (reconstruction of urethra)
- Vaginectomy (removal of vagina)
- Vaginoplasty (creation of vagina)
- Vulvectomy (removal of vulva)

Additional procedures to enhance femininity or masculinity may be requested. Please refer to the Coverage Limitations section for examples of these procedures.

Gender affirmation surgeries are typically considered an irreversible type of intervention, depending on the type of procedures completed. However, some may require revision due to postoperative complications.

**Coverage Determination**

**Any state mandates for gender affirmation surgery take precedence over this medical coverage policy.**

**Please refer to the member's applicable pharmacy benefit to determine benefit availability and the terms and conditions of coverage for medication for the treatment of gender dysphoria.**

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 3 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

**Services provided by a psychiatrist, psychologist or other behavioral health professionals are subject to the provisions of the applicable behavioral health benefit.**

**Gender Affirming Genital Surgery**
Humana members may be eligible under the Plan for **gonadectomy** (eg, hysterectomy, orchiectomy, salpingo-oophorectomy) when **ALL** of the following criteria are met:

- 18 years of age or older; **AND**

- Persistent, well-documented diagnosis of gender dysphoria according to the DSM-5 with clinical notes submitted; **AND**

- Absence of a mental or physical impairment that would preclude a fully informed decision and/or consent; **AND**

- 12 continuous months of hormone therapy as appropriate to the individual's gender goals, when medically appropriate and not contraindicated; **AND**

- Two referral letters from qualified mental health professionals; one in a purely evaluative role **(please see Appendix B for specific referral letter requirements)**; **AND**

- Preoperative surgical clearance (within 3 months prior to the procedure) based on medical and psychological evaluation by a licensed healthcare professional to assess whether other coexisting conditions are regulated, maintained or managed without active exacerbations or concerns

**Gender Affirming Genital Reconstructive Surgery**
Humana members may be eligible under the Plan for **genital reconstructive surgery** (eg, clitoroplasty, labiaplasty, metoidioplasty, penectomy, phalloplasty, scrotoplasty, testicular prosthesis placement, urethroplasty, vaginectomy, vaginoplasty, vulvectomy) when **ALL** of the following criteria are met:

- 18 years of age or older; **AND**

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004257

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page:** 4 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

- Persistent, well-documented diagnosis of gender dysphoria according to the DSM-5 with clinical notes submitted; **AND**

- Absence of a mental or physical impairment that would preclude a fully informed decision and/or consent; **AND**

- 12 continuous months of hormone therapy as appropriate to the individual's gender goals, when medically appropriate and not contraindicated; **AND**

- 12 continuous months* of living in a gender role that is congruent with their gender identity; **AND**

- Two referral letters from qualified mental health professionals, one in a purely evaluative role **(please see Appendix B for specific referral letter requirements)**; **AND**

- Preoperative surgical clearance (within 3 months prior to the procedure) based on medical and psychological evaluation by a licensed healthcare professional to assess whether other coexisting conditions are regulated, maintained or managed without active exacerbations or concerns

*The requirement for 12 continuous months of living in the desired gender role may or may not take place concurrently with the 12 continuous months of hormone therapy.

Humana members may be eligible under the Plan for **permanent hair removal by electrolysis or laser** when the following criteria are met:

- Criteria for gender affirming genital reconstructive surgery has been met; **AND**

- As preparation for genital reconstructive surgery which will require areas to be permanently without hair (eg, donor site tissue or tissue used for neopenis/ neovagina)

**Gender Affirming Chest Surgery**

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page:** 5 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

Humana members may be eligible under the Plan for **gender affirming chest surgery** (eg, breast augmentation, breast reduction, mastectomy, nipple/areola reconstruction) when **ALL** of the following criteria are met:

- 18 years of age or older; **AND**

- Persistent, well-documented diagnosis of gender dysphoria according to the DSM-5 with clinical notes submitted; **AND**

- Absence of a mental or physical impairment that would preclude a fully informed decision and/or consent; **AND**

- Single letter of referral from a qualified mental health professional **(please see Appendix B for specific referral letter requirements)**; **AND**

- Preoperative surgical clearance (within 3 months prior to the procedure) based on medical and psychological evaluation by a licensed healthcare professional to assess whether other coexisting conditions are regulated, maintained or managed without active exacerbations or concerns

**Revision of Gender Affirming Surgical Procedures**
Humana members may be eligible under the Plan for **revision of gender affirming procedures** as a result of a surgical complication (eg, bleeding, hematoma, infection, injury to surrounding organs, mechanical complication [eg, fistula, malposition, strictures], remnant tissue, wound dehiscence).

**Note:** The criteria for **gender affirming surgery** are not consistent with the Medicare National Coverage Policy and therefore may not be applicable to Medicare members. Refer to the CMS website for additional information.

*Coverage Limitations*

Humana members may **NOT** be eligible under the Plan for **gender affirmation surgery** for any indications other than those listed above. All other indications are considered not medically necessary as defined in the member's individual certificate. Please refer to the member's individual certificate for the specific definition.

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004259

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page:** 6 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

Humana members may **NOT** be eligible under the Plan for **revision of gender affirming surgical procedures** for any indications other than those listed above. All other indications are considered not medically necessary as defined in the member's individual certificate. Please refer to the member's individual certificate for the specific definition.

Humana members may **NOT** be eligible under the Plan for **reversal of gender affirming surgical procedures**. This is considered not medically necessary as defined in the member's individual certificate. Please refer to the member's individual certificate for the specific definition.

Humana members may **NOT** be eligible under the Plan for **procurement, cryopreservation, storage and/or thawing of embryos, oocytes, sperm or reproductive tissue** (eg, ovarian or testicular tissue). These are considered not medically necessary as defined in the member's individual certificate. Please refer to the member's individual certificate for the specific definition.

Humana members may **NOT** be eligible under the Plan for **any other procedures as part of gender affirmation surgery** including, but may not be limited to, the following:

- Abdominoplasty
- Blepharoplasty**
- Body contouring
- Brow lift**
- Calf implants
- Cheek implants
- Chin implants
- Face lift
- Facial bone reduction (eg, osteoplasty)
- Facial feminization/masculinization
- Forehead contouring or lift
- Gluteal implants
- Hair removal^ (eg, electrolysis, laser)
- Hair transplantation
- Injectable fillers (eg, collagen, fat or other biologic/synthetic material)
- Jaw reduction (eg, jaw contouring)

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 7 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to <u>Medical and Pharmacy Coverage Policies</u> to verify that this is the current version before utilizing.

- Lip enhancement or reduction
- Liposuction
- Mastopexy
- Neck tightening
- Nose implants
- Pectoral implants
- <u>Penile prosthesis (inflatable or noninflatable)</u>**
- Redundant skin removal
- <u>Rhinoplasty</u>**
- Skin resurfacing (eg, chemical peel, dermabrasion)
- Thyroid cartilage reduction (eg, chondroplasty)
- Voice modification surgery (eg, cricothyroid approximation, laryngoplasty)
- Voice therapy

These procedures are considered cosmetic. Please refer to the member's individual certificate for the specific definition.

**While these procedures may not be covered under this Medical Coverage Policy, Humana members may be eligible for them when criteria are met. For information regarding coverage determination/limitations, please refer to <u>Blepharoplasty, Blepharoptosis Repair and Brow Lift</u>, <u>Erectile Dysfunction and Peyronie's Disease Treatments</u>, and <u>Rhinoplasty/Septoplasty</u> Medical Coverage Policies.

^Please refer to the <u>Coverage Determination section</u> for hair removal exception.

**Background**

Additional information about **gender dysphoria** may be found from the following websites:

- <u>National Library of Medicine</u>
- <u>World Professional Association for Transgender Health</u>

**Medical Alternatives**

Physician consultation is advised to make an informed decision based on an individual's health needs.

See the <u>DISCLAIMER</u>. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004261

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 8 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| **Provider Claims Codes** | Any CPT, HCPCS or ICD codes listed on this medical coverage policy are for informational purposes only. Do not rely on the accuracy and inclusion of specific codes. Inclusion of a code does not guarantee coverage and or reimbursement for a service or procedure. |
|---|---|

| CPT® Code(s) | Description | Comments |
|---|---|---|
| 11950 | Subcutaneous injection of filling material (eg, collagen); 1 cc or less | **Not Covered** |
| 11951 | Subcutaneous injection of filling material (eg, collagen); 1.1 to 5.0 cc | **Not Covered** |
| 11952 | Subcutaneous injection of filling material (eg, collagen); 5.1 to 10.0 cc | **Not Covered** |
| 11954 | Subcutaneous injection of filling material (eg, collagen); over 10.0 cc | **Not Covered** |
| 11960 | Insertion of tissue expander(s) for other than breast, including subsequent expansion | **Not Covered if performed as part of gender affirmation surgery** |
| 11970 | Replacement of tissue expander with permanent implant | **Not Covered if used to report any procedure outlined in Coverage Limitations section** |
| 11971 | Removal of tissue expander without insertion of implant | **Not Covered if used to report any procedure outlined in Coverage Limitations section** |
| 15775 | Punch graft for hair transplant; 1 to 15 punch grafts | **Not Covered** |
| 15776 | Punch graft for hair transplant; more than 15 punch grafts | **Not Covered** |
| 15780 | Dermabrasion; total face (eg, for acne scarring, fine wrinkling, rhytids, general keratosis) | **Not Covered** |
| 15781 | Dermabrasion; segmental, face | **Not Covered** |
| 15782 | Dermabrasion; regional, other than face | **Not Covered** |
| 15783 | Dermabrasion; superficial, any site (eg, tattoo removal) | **Not Covered** |
| 15788 | Chemical peel, facial; epidermal | **Not Covered** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004262

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 9 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 15789 | Chemical peel, facial; dermal | **Not Covered** |
| 15792 | Chemical peel, nonfacial; epidermal | **Not Covered** |
| 15793 | Chemical peel, nonfacial; dermal | **Not Covered** |
| 15819 | Cervicoplasty | **Not Covered** |
| 15820 | Blepharoplasty, lower eyelid; | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |
| 15821 | Blepharoplasty, lower eyelid; with extensive herniated fat pad | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004263

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page:** 10 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to <u>Medical and Pharmacy Coverage Policies</u> to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 15822 | Blepharoplasty, upper eyelid; | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |
| 15823 | Blepharoplasty, upper eyelid; with excessive skin weighting down lid | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |
| 15824 | Rhytidectomy; forehead | **Not Covered** |
| 15825 | Rhytidectomy; neck with platysmal tightening (platysmal flap, P-flap) | **Not Covered** |
| 15826 | Rhytidectomy; glabellar frown lines | **Not Covered** |
| 15828 | Rhytidectomy; cheek, chin, and neck | **Not Covered** |
| 15829 | Rhytidectomy; superficial musculoaponeurotic system (SMAS) flap | **Not Covered** |

See the <u>**DISCLAIMER**</u>. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004264

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 11 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 15830 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); abdomen, infraumbilical panniculectomy | **Not Covered if performed as part of gender affirmation surgery** |
| 15832 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); thigh | **Not Covered** |
| 15833 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); leg | **Not Covered** |
| 15834 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); hip | **Not Covered** |
| 15835 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); buttock | **Not Covered** |
| 15836 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); arm | **Not Covered** |
| 15837 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); forearm or hand | **Not Covered** |
| 15838 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); submental fat pad | **Not Covered** |
| 15839 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); other area | **Not Covered** |
| 15847 | Excision, excessive skin and subcutaneous tissue (includes lipectomy), abdomen (eg, abdominoplasty) (includes umbilical transposition and fascial plication) (List separately in addition to code for primary procedure) | **Not Covered** |
| 15876 | Suction assisted lipectomy; head and neck | **Not Covered** |
| 15877 | Suction assisted lipectomy; trunk | **Not Covered** |
| 15878 | Suction assisted lipectomy; upper extremity | **Not Covered** |
| 15879 | Suction assisted lipectomy; lower extremity | **Not Covered** |
| 17380 | Electrolysis epilation, each 30 minutes | |
| 17999 | Unlisted procedure, skin, mucous membrane and subcutaneous tissue | **Not Covered if used to report any procedure outlined in Coverage Limitations section** |
| 19303 | Mastectomy, simple, complete | |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004265

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 12 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 19316 | Mastopexy | **Not Covered if performed as part of gender affirmation surgery** |
| 19318 | Breast reduction | |
| 19325 | Breast augmentation with implant | |
| 19328 | Removal of intact breast implant | |
| 19330 | Removal of ruptured breast implant, including implant contents (eg, saline, silicone gel) | |
| 19340 | Insertion of breast implant on same day of mastectomy (ie, immediate) | |
| 19342 | Insertion or replacement of breast implant on separate day from mastectomy | |
| 19350 | Nipple/areola reconstruction | |
| 19370 | Revision of peri-implant capsule, breast, including capsulotomy, capsulorrhaphy, and/or partial capsulectomy | |
| 19371 | Peri-implant capsulectomy, breast, complete, including removal of all intracapsular contents | |
| 19380 | Revision of reconstructed breast (eg, significant removal of tissue, re-advancement and/or re-inset of flaps in autologous reconstruction or significant capsular revision combined with soft tissue excision in implant-based reconstruction) | |
| 19396 | Preparation of moulage for custom breast implant | |
| 21120 | Genioplasty; augmentation (autograft, allograft, prosthetic material) | **Not Covered** |
| 21121 | Genioplasty; sliding osteotomy, single piece | **Not Covered** |
| 21122 | Genioplasty; sliding osteotomies, 2 or more osteotomies (eg, wedge excision or bone wedge reversal for asymmetrical chin) | **Not Covered** |
| 21123 | Genioplasty; sliding, augmentation with interpositional bone grafts (includes obtaining autografts) | **Not Covered** |
| 21125 | Augmentation, mandibular body or angle; prosthetic material | **Not Covered if performed as part of gender affirmation surgery** |
| 21127 | Augmentation, mandibular body or angle; with bone graft, onlay or interpositional (includes obtaining autograft) | **Not Covered if performed as part of gender affirmation surgery** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 13 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 21137 | Reduction forehead; contouring only | **Not Covered** |
| 21208 | Osteoplasty, facial bones; augmentation (autograft, allograft, or prosthetic implant) | **Not Covered if performed as part of gender affirmation surgery** |
| 21209 | Osteoplasty, facial bones; reduction | **Not Covered** |
| 21210 | Graft, bone; nasal, maxillary or malar areas (includes obtaining graft) | **Not Covered if performed as part of gender affirmation surgery** |
| 21270 | Malar augmentation, prosthetic material | **Not Covered** |
| 30400 | Rhinoplasty, primary; lateral and alar cartilages and/or elevation of nasal tip | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Rhinoplasty/Septoplasty Medical Coverage Policy** |
| 30410 | Rhinoplasty, primary; complete, external parts including bony pyramid, lateral and alar cartilages, and/or elevation of nasal tip | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Rhinoplasty/Septoplasty Medical Coverage Policy** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004267

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page:** 14 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 30420 | Rhinoplasty, primary; including major septal repair | **Not Covered if performed as part of gender affirmation surgery** <br><br> **Members may be eligible for coverage when criteria are met.  Refer to Rhinoplasty/Septoplasty Medical Coverage Policy** |
| 30430 | Rhinoplasty, secondary; minor revision (small amount of nasal tip work) | **Not Covered if performed as part of gender affirmation surgery** <br><br> **Members may be eligible for coverage when criteria are met.  Refer to Rhinoplasty/Septoplasty Medical Coverage Policy** |
| 30435 | Rhinoplasty, secondary; intermediate revision (bony work with osteotomies) | **Not Covered if performed as part of gender affirmation surgery** <br><br> **Members may be eligible for coverage when criteria are met.  Refer to Rhinoplasty/Septoplasty Medical Coverage Policy** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004268

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 15 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 30450 | Rhinoplasty, secondary; major revision (nasal tip work and osteotomies) | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Rhinoplasty/Septoplasty Medical Coverage Policy** |
| 31599 | Unlisted procedure, larynx | **Not Covered if performed as part of gender affirmation surgery** |
| 31899 | Unlisted procedure, trachea, bronchi | **Not Covered if performed as part of gender affirmation surgery** |
| 53430 | Urethroplasty, reconstruction of female urethra | |
| 54125 | Amputation of penis; complete | |
| 54400 | Insertion of penile prosthesis; non-inflatable (semi-rigid) | **Not Covered if performed as part of gender affirmation surgery** |
| 54401 | Insertion of penile prosthesis; inflatable (self-contained) | **Not Covered if performed as part of gender affirmation surgery** |
| 54405 | Insertion of multi-component, inflatable penile prosthesis, including placement of pump, cylinders, and reservoir | **Not Covered if performed as part of gender affirmation surgery** |
| 54406 | Removal of all components of a multi-component, inflatable penile prosthesis without replacement of prosthesis | **Not Covered if performed as part of gender affirmation surgery** |
| 54408 | Repair of component(s) of a multi-component, inflatable penile prosthesis | **Not Covered if performed as part of gender affirmation surgery** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004269

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page:** 16 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 54410 | Removal and replacement of all component(s) of a multi-component, inflatable penile prosthesis at the same operative session | **Not Covered if performed as part of gender affirmation surgery** |
| 54411 | Removal and replacement of all components of a multi-component inflatable penile prosthesis through an infected field at the same operative session, including irrigation and debridement of infected tissue | **Not Covered if performed as part of gender affirmation surgery** |
| 54415 | Removal of non-inflatable (semi-rigid) or inflatable (self-contained) penile prosthesis, without replacement of prosthesis | **Not Covered if performed as part of gender affirmation surgery** |
| 54416 | Removal and replacement of non-inflatable (semi-rigid) or inflatable (self-contained) penile prosthesis at the same operative session | **Not Covered if performed as part of gender affirmation surgery** |
| 54417 | Removal and replacement of non-inflatable (semi-rigid) or inflatable (self-contained) penile prosthesis through an infected field at the same operative session, including irrigation and debridement of infected tissue | **Not Covered if performed as part of gender affirmation surgery** |
| 54520 | Orchiectomy, simple (including subcapsular), with or without testicular prosthesis, scrotal or inguinal approach | |
| 54660 | Insertion of testicular prosthesis (separate procedure) | |
| 54690 | Laparoscopy, surgical; orchiectomy | |
| 55175 | Scrotoplasty; simple | |
| 55180 | Scrotoplasty; complicated | |
| 55970 | Intersex surgery; male to female | |
| 55980 | Intersex surgery; female to male | |
| 56625 | Vulvectomy simple; complete | |
| 56800 | Plastic repair of introitus | |
| 56805 | Clitoroplasty for intersex state | |
| 57110 | Vaginectomy, complete removal of vaginal wall; | |
| 57291 | Construction of artificial vagina; without graft | |
| 57292 | Construction of artificial vagina; with graft | |
| 57295 | Revision (including removal) of prosthetic vaginal graft; vaginal approach | |
| 57296 | Revision (including removal) of prosthetic vaginal graft; open abdominal approach | |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004270

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 17 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 57335 | Vaginoplasty for intersex state | |
| 57426 | Revision (including removal) of prosthetic vaginal graft, laparoscopic approach | |
| 58150 | Total abdominal hysterectomy (corpus and cervix), with or without removal of tube(s), with or without removal of ovary(s); | |
| 58260 | Vaginal hysterectomy, for uterus 250 g or less; | |
| 58262 | Vaginal hysterectomy, for uterus 250 g or less; with removal of tube(s), and/or ovary(s) | |
| 58275 | Vaginal hysterectomy, with total or partial vaginectomy; | |
| 58290 | Vaginal hysterectomy, for uterus greater than 250 g; | |
| 58291 | Vaginal hysterectomy, for uterus greater than 250 g; with removal of tube(s) and/or ovary(s) | |
| 58542 | Laparoscopy, surgical, supracervical hysterectomy, for uterus 250 g or less; with removal of tube(s) and/or ovary(s) | |
| 58544 | Laparoscopy, surgical, supracervical hysterectomy, for uterus greater than 250 g; with removal of tube(s) and/or ovary(s) | |
| 58550 | Laparoscopy, surgical, with vaginal hysterectomy, for uterus 250 g or less; | |
| 58552 | Laparoscopy, surgical, with vaginal hysterectomy, for uterus 250 g or less; with removal of tube(s) and/or ovary(s) | |
| 58553 | Laparoscopy, surgical, with vaginal hysterectomy, for uterus greater than 250 g; | |
| 58554 | Laparoscopy, surgical, with vaginal hysterectomy, for uterus greater than 250 g; with removal of tube(s) and/or ovary(s) | |
| 58570 | Laparoscopy, surgical, with total hysterectomy, for uterus 250 g or less; | |
| 58571 | Laparoscopy, surgical, with total hysterectomy, for uterus 250 g or less; with removal of tube(s) and/or ovary(s) | |
| 58572 | Laparoscopy, surgical, with total hysterectomy, for uterus greater than 250 g; | |
| 58573 | Laparoscopy, surgical, with total hysterectomy, for uterus greater than 250 g; with removal of tube(s) and/or ovary(s) | |
| 58661 | Laparoscopy, surgical; with removal of adnexal structures (partial or total oophorectomy and/or salpingectomy) | |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004271

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 18 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 58720 | Salpingo-oophorectomy, complete or partial, unilateral or bilateral (separate procedure) | |
| 58940 | Oophorectomy, partial or total, unilateral or bilateral; | |
| 67900 | Repair of brow ptosis (supraciliary, mid-forehead or coronal approach) | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |
| 67901 | Repair of blepharoptosis; frontalis muscle technique with suture or other material (eg, banked fascia) | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004272

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 19 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 67902 | Repair of blepharoptosis; frontalis muscle technique with autologous fascial sling (includes obtaining fascia) | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |
| 67903 | Repair of blepharoptosis; (tarso) levator resection or advancement, internal approach | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 20 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 67904 | Repair of blepharoptosis; (tarso) levator resection or advancement, external approach | **Not Covered if performed as part of gender affirmation surgery** **Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |
| 67906 | Repair of blepharoptosis; superior rectus technique with fascial sling (includes obtaining fascia) | **Not Covered if performed as part of gender affirmation surgery** **Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 21 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 67908 | Repair of blepharoptosis; conjunctivo-tarso-Muller's muscle-levator resection (eg, Fasanella-Servat type) | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |
| 67909 | Reduction of overcorrection of ptosis | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004275

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page:** 22 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| | | |
|---|---|---|
| 67911 | Correction of lid retraction | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |
| 67950 | Canthoplasty (reconstruction of canthus) | **Not Covered if performed as part of gender affirmation surgery**<br><br>**Members may be eligible for coverage when criteria are met.  Refer to Blepharoplasty, Blepharoptosis Repair and Brow Lift Medical Coverage Policy** |
| 89258 | Cryopreservation; embryo(s) | **Not Covered** |
| 89259 | Cryopreservation; sperm | **Not Covered** |
| 89335 | Cryopreservation, reproductive tissue, testicular | **Not Covered** |
| 89337 | Cryopreservation, mature oocyte(s) | **Not Covered** |
| 89342 | Storage (per year); embryo(s) | **Not Covered** |
| 89343 | Storage (per year); sperm/semen | **Not Covered** |
| 89344 | Storage (per year); reproductive tissue, testicular/ovarian | **Not Covered** |
| 89346 | Storage (per year); oocyte(s) | **Not Covered** |

See the **DISCLAIMER**. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004276

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 23 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

| 89354 | Thawing of cryopreserved; reproductive tissue, testicular/ovarian | **Not Covered** |
|---|---|---|
| 92507 | Treatment of speech, language, voice, communication, and/or auditory processing disorder; individual | **Not Covered if performed as part of gender affirmation surgery** |
| **CPT® Category III Code(s)** | **Description** | **Comments** |
| No code(s) identified | | |
| **HCPCS Code(s)** | **Description** | **Comments** |
| C1789 | Prosthesis, breast (implantable) | |
| C1813 | Prosthesis, penile, inflatable | **Not Covered if performed as part of gender affirmation surgery** |
| C2622 | Prosthesis, penile, noninflatable | **Not Covered if performed as part of gender affirmation surgery** |
| L8600 | Implantable breast prosthesis, silicone or equal | |
| S4027 | Storage of previously frozen embryos | **Not Covered** |
| S4030 | Sperm procurement and cryopreservation services; initial visit | **Not Covered** |
| S4031 | Sperm procurement and cryopreservation services; subsequent visit | **Not Covered** |
| S4040 | Monitoring and storage of cryopreserved embryos, per 30 days | **Not Covered** |

**References**

1. American Academy of Child and Adolescent Psychiatry (AACAP). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. https://www.aacap.org. Published September 2012. Accessed August 25, 2022.

2. American Academy of Pediatrics (AAP). Policy Statement. Ensuring comprehensive care and support for transgender and gender-diverse children

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004277

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 24 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

and adolescents. https://www.aap.org. Published October 2018. Accessed August 25, 2022.

3. American College of Obstetricians and Gynecologists (ACOG). Committee Opinion. Healthcare for transgender individuals. https://www.acog.org. Published March 2021. Accessed August 25, 2022.

4. American Psychiatric Association (APA). Gender dysphoria. *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5).* American Psychiatric Publishing; 2013:451-459.

5. Centers for Medicare & Medicaid Services (CMS). National Coverage Determination (NCD). Gender dysphoria and gender reassignment surgery (140.9). https://www.cms.gov. Published August 30, 2016. Accessed August 23, 2022.

6. ClinicalKey. McClain M. Gender affirming care. In: Kellerman RD, Rakel DP. *Conn's Current Therapy 2022.* Elsevier; 2022:316-320. https://www.clinicalkey.com. Accessed August 23, 2022.

7. ECRI Institute. Hotline Response (ARCHIVED). Candidate selection criteria and surgical procedures for treating gender identity disorder. https://www.ecri.org. Published April 30, 2013. Accessed July 27, 2022.

8. ECRI Institute. Special Report. Gender dysphoria. https://www.ecri.org. Published January 25, 2016. Accessed July 27, 2022.

9. Endocrine Society. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society clinical practice guideline. https://www.endocrine.org. Published September 13, 2017. Accessed August 25, 2022.

10. Hayes, Inc. Evidence Analysis Research Brief. Body contouring procedures in patients with gender dysphoria. https://evidence.hayesinc.com. Published June 28, 2022. Accessed July 27, 2022.

See the **DISCLAIMER**. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 25 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

11.   Hayes, Inc. Evidence Analysis Research Brief. Facial feminization surgical procedures in patients with gender dysphoria. https://evidence.hayesinc.com. Published June 17, 2022. Accessed July 27, 2022.

12.   Hayes, Inc. Evidence Analysis Research Brief. Hair removal in patients with gender dysphoria. https://evidence.hayesinc.com. Published June 23, 2022. Accessed July 27, 2022.

13.   Hayes, Inc. Evidence Analysis Research Brief. Vocal cord surgery for vocal feminization in patients with gender dysphoria. https://evidence.hayesinc.com. Published June 7, 2022. Accessed July 27, 2022.

14.   Hayes, Inc. Evidence Analysis Research Brief (ARCHIVED). Reversal of gender reassignment surgery. https://evidence.hayesinc.com. Published June 22, 2020. Accessed July 27, 2022.

15.   Hayes, Inc. Evolving Evidence Review. Feminizing voice and communication therapy for gender dysphoria. https://evidence.hayesinc.com. Published September 6, 2022. Accessed September 13, 2022.

16.   Hayes, Inc. Evolving Evidence Review. Masculinizing voice and communication therapy for gender dysphoria. https://evidence.hayesinc.com. Published September 8, 2022. Accessed September 13, 2022.

17.   Hayes, Inc. Medical Technology Directory. Sex reassignment surgery for the treatment of gender dysphoria. https://evidence.hayesinc.com. Published August 1, 2018. Updated July 27, 2022. Accessed July 27, 2022.

18.   Hayes, Inc. Medical Technology Directory (ARCHIVED). Ancillary procedure and services for the treatment of gender dysphoria. https://evidence.hayesinc.com. Published May 9, 2014. Updated April 6, 2018. Accessed July 27, 2022.

19.   Merck Manual: Professional Version. Gender dysphoria (gender incongruence). https://www.merckmanuals.com. Updated May 2022. Accessed August 23, 2022.

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004279

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page:** 26 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

20.  Safer JD, Tangprica V. Care of the transgender patient. *Ann Intern Med*. 2019;171(1):ITC1-ITC16. https://www.acponline.org. Accessed September 16, 2019.

21.  UpToDate, Inc. Gender-affirming surgery: female to male. https://www.uptodate.com. Updated July 8, 2022. Accessed August 18, 2022.

22.  UpToDate, Inc. Gender-affirming surgery: male to female. https://www.uptodate.com Updated July 2022. Accessed August 18, 2022.

23.  UpToDate, Inc. Gender development and clinical presentation of gender diversity in children and adolescents. https://www.uptodate.com. Updated July 2022. Accessed August 18, 2022.

24.  UpToDate, Inc. Management of transgender and gender-diverse children and adolescents. https://www.uptodate.com. Updated July 2022. Accessed August 18, 2022.

25.  UpToDate, Inc. Transgender men: evaluation and management. https://www.uptodate.com. Updated July 2022. Accessed August 18, 2022.

26.  UpToDate, Inc. Transgender women: evaluation and management. https://www.uptodate.com. Updated July 2022. Accessed August 18, 2022.

27.  World Professional Association for Transgender Health (WPATH). Standards of care for the health of transsexual, transgender, and gender nonconforming people. 7th version. https://www.wpath.org. Published 2012. Accessed August 18, 2022.

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004280

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page:** 27 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

**Appendix A**
**DSM-5 Criteria for the Diagnosis of Gender Dysphoria in Adolescents and Adults**[4]

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months' duration, as manifested by at least **two** of the following:

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics); **OR**

2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics); **OR**

3. A strong desire for the primary and/or secondary sex characteristics of the other gender; **OR**

4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender); **OR**

5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender); **OR**

6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender); **AND**

B. The condition is associated with clinically significant distress or impairment in social, occupational or other important areas of functioning

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004281

**Gender Affirmation Surgery**
**Effective Date**: 09/22/2022
**Revision Date**: 09/22/2022
**Review Date**: 09/22/2022
**Policy Number**: HUM-0518-019
**Page**: 28 of 28

Humana's documents are updated regularly online. When printed, the version of this document becomes uncontrolled. Do not rely on printed copies for the most up-to-date version. Refer to Medical and Pharmacy Coverage Policies to verify that this is the current version before utilizing.

**Appendix B**
**Referral Letter Requirements**[27]

| <u>Minimum Credentials for a Qualified Mental Health Professional</u> | <u>Format for Referral Letters from a Qualified Mental Health Professional</u> |
|---|---|
| 1. Master's degree or equivalent in a clinical behavioral science field. This degree or a more advanced one should be granted by an institution accredited by the appropriate national or regional accrediting board. The mental health professional should have documented credentials from a relevant licensing board or equivalent; **AND** | 1. Individual's general identifying characteristics; **AND** |
| 2. Competence in using the DSM-5 and/or the International Classification of Disease for diagnostic purposes; **AND** | 2. Results of the individual's psychosocial assessment, including any diagnoses; **AND** |
| 3. Ability to recognize and diagnose coexisting mental health concerns and to distinguish these from gender dysphoria; **AND** | 3. Duration of the mental health professional's relationship with the individual, including the type of evaluation and therapy or counseling to date; **AND** |
| 4. Documented supervised training and competence in psychotherapy or counseling; **AND** | 4. An explanation that the World Professional Association for Transgender Health (WPATH) criteria for surgery have been met and a brief description of the clinical rationale supporting the individual's request for surgery; **AND** |
| 5. Continuing education in the assessment and treatment of gender dysphoria. This may include attending relevant professional meetings, workshops or seminars; obtaining supervision from a mental health professional with relevant experience; or participating in research related to gender nonconformity and gender dysphoria | 5. A statement about the fact that informed consent has been obtained from the individual; **AND** |
| | 6. A statement that the mental health professional is available for the coordination of the care and welcomes a phone call to establish this |

See the DISCLAIMER. All Humana member health plan contracts are **NOT** the same. All legislation/regulations on this subject may not be included. This document is for informational purposes only.

PLAINTIFFS004282