Pl. Trial Ex. 059

MOLINA HEALTHCARE

**Original Effective Date: 07/01/2019**
**Current Effective Date: 10/22/2022**
**Last P&T Approval/Version: 07/27/2022**
**Next Review Due By: 07/2023**
**Policy Number: C17908-A**

# Gender Dysphoria Hormone Therapy

## PRODUCTS AFFECTED

Androgens: testosterone transdermal patch, testosterone topical gel, testosterone enanthate, testosterone cypionate, testosterone pellet for implant, methyltestosterone capsules, testosterone nasal gel, testosterone undecanoate Cap

Estrogens: Alora (estradiol transdermal patch), Delestrogen (estradiol valerate), Depo-Estradiol (estradiol cypionate), Estrace (estradiol oral tablet), Minivelle (estradiol transdermal patch) Vivelle (estradiol transdermal patch), Vivelle-Dot (estradiol transdermal patch)

Gonadotropin-Releasing Hormone Agonist: Fensolvi (leuprolide), Lupron Depot (leuprolide), Lupron Depot-Ped (leuprolide), Eligard (Leuprolide Acetate), Supprelin LA (histrelin acetate implant), Trelstar Mixject (triptorelin), Triptodur (triptorelin)

5-Alpha Reductase Inhibitor: Propecia tablets (finasteride) Aldosterone Receptor Antagonist: Aldactone (spironolactone)

Progestin: Depo-Provera (medroxyprogesterone acetate), Progesterone

## COVERAGE POLICY

*Coverage for services, procedures, medical devices and drugs are dependent upon benefit eligibility as outlined in the member's specific benefit plan. This Coverage Guideline must be read in its entirety to determine coverage eligibility, if any.*

*This Coverage Guideline provides information related to coverage determinations only and does not imply that a service or treatment is clinically appropriate or inappropriate. The provider and the member are responsible for all decisions regarding the appropriateness of care. Providers should provide Molina Healthcare complete medical rationale when requesting any exceptions to these guidelines*

***Documentation Requirements:***

*Molina Healthcare reserves the right to require that additional documentation be made available as part of its coverage determination; quality improvement; and fraud; waste and abuse prevention processes. Documentation required may include, but is not limited to, patient records, test results and credentials of the provider ordering or performing a drug or service. Molina Healthcare may deny reimbursement or take additional appropriate action if the documentation provided does not support the initial determination that the drugs or services were medically necessary, not investigational, or experimental, and otherwise within the scope of benefits afforded to the member, and/or the documentation demonstrates a pattern of billing or other practice that is inappropriate or excessive*

**DIAGNOSIS:**

Gender Dysphoria, Delayed Puberty

**REQUIRED MEDICAL INFORMATION:**

This clinical policy is consistent with standards of medical practice current at the time that this clinical policy was approved. If a drug within this policy receives an updated FDA label within the last 180 days, medical necessity for the member will be reviewed using the updated FDA label information along with state and federal requirements, benefit being administered and formulary preferencing. Coverage will be determined on a case-by case basis until the criteria can be updated through Molina Healthcare, Inc.

Molina Healthcare, Inc. confidential and proprietary © 2022

*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

clinical governance. Additional information may be required on a case-by-case basis to allow for adequate review.

A. PUBERTY SUPPRESSION

1. Documentation that the adolescent has started puberty (Tanner stage >G2/B2)
   AND
2. Less than 16 years of age
   AND
3. A definitive diagnosis of persistent gender dysphoria has been made and documented by a qualified mental health professional such as a licensed psychiatrist, psychologist or psychotherapist and all of the following are present: [ALL]
   a) The adolescent has demonstrated a long lasting and intense pattern of gender dysphoria
      AND
   b) Gender dysphoria worsened with the onset of puberty
      AND
   c) The disorder is not a symptom of another mental disorder

   AND
4. Recommendation for puberty suppression treatment has been made by a qualified health professional (as specified in 'Prescriber Requirements') who has confirmed the diagnosis of persistent gender dysphoria by the qualified mental health professional
   AND
5. Initial hormone therapy must be prescribed by an endocrinologist preceded by all of the following: [ALL]
   a) Documentation that the individual has the capacity to make a fully informed decision and to consent for treatment
      AND
   b) Documentation that the parents or caretakers or guardians have consented to the treatment and are involved in supporting the adolescent through the treatment process

B. GENDER DYSPHORIA

1. Age 16 years or older
   AND
2. Prescriber attests that the member has the capacity to make a fully informed decision and to consent for treatment
   AND
3. A definitive diagnosis of persistent gender dysphoria has been made and documented by a qualified mental health professional such as a licensed psychiatrist, psychologist, or psychotherapist and all of the following are present: [ALL]
   a. The desire to live and be accepted as a member of the opposite sex, usually accompanied by the wish to make his or her body as congruent as possible with the preferred sex through surgery and hormone treatment
      AND
   b. The transsexual identity has been present persistently for at least two years
      AND
   c. The disorder is not a symptom of another mental disorder
      AND
   d. The disorder causes clinically significant distress or impairment in social, occupational, or other important areas of functioning

   AND
4. Hormone replacement treatment has been recommended as a result of the diagnosis of persistent gender dysphoria by an expert multidisciplinary team comprised of medical professionals and *mental health professional (MHP) specializing in the management of hormone therapy for gender dysphoria (preferred) **OR** by a qualified mental health professional as *defined by The Endocrine

Molina Healthcare, Inc. confidential and proprietary © 2022
*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

Society (2017) or World Professional Association for Transgender Health (WPATH). *Refer to 'Prescriber Requirements' section
AND

5. Initial hormone therapy must be prescribed by a qualified health professional ('Prescriber Requirements') preceded by all of the following: [ALL] Documentation that the individual has lived as their new gender full-time for 3 months or more prior to the administration of hormones
AND
6. Documentation that he individual has demonstrable knowledge of the risks and benefits of hormone replacement
AND
7. LHRH agents are not covered following sex confirmation surgery
Note: All other FDA labeled indications for Estrogens, 5-Alpha Reductase Inhibitors, Aldosterone Receptor Antagonists, and Progestins are covered without Prior Authorization requirement

**CONTINUATION OF THERAPY:**

A. ALL INDICATIONS:

1. Must submit documentation that member has been assessed by prescriber at least every 3 to 6 months for response to treatment, compliance, side effects (through regular monitoring of parameters such as height, weight, sitting height, Tanner stage, FH, FSH, estradiol/testosterone levels, renal/liver function, lipids, glucose, insulin, glycosylated hemoglobin, bone density, bone age, etc.), and discussion of treatment plan (e.g. hormone therapy, sex confirmation surgery)

**DURATION OF APPROVAL:**

Initial authorization: LHRH: 6 months or until time of sex confirmation surgery, whichever is shorter
Continuation of therapy: 12 months or until time of sex confirmation surgery, whichever is shorter
Testosterone: 6 months, Continuation of therapy: 12 months
All other therapies: Initial authorization- 12 months, Continuation of therapy: 12 months

**PRESCRIBER REQUIREMENTS:**

PUBERTY SUPPRESSION and GENDER DYSPHORIA: Prescribed by, or in consultation, with an 1) Endocrinologist, OR 2) expert multidisciplinary team comprised of medical professionals and *mental health professional (MPH) specializing in the management of hormone therapy for gender dysphoria (preferred) OR 3) qualified MPH as *defined by The Endocrine Society (2017) or World Professional Association for Transgender Health (WPATH) trained specialist (refer to definition below)

The Endocrine Society Clinical Practice Guideline (Hembree et al. 2017)

- Clinicians may add gender-affirming hormones after a multidisciplinary team has confirmed the persistence of gender dysphoria/gender incongruence and sufficient mental capacity to give informed consent to this partially irreversible treatment.
  - Advise that only trained mental health professionals (MHPs) who meet the following criteria should diagnose gender dysphoria (GD)/gender incongruence in ***adults:*** (1) competence in using the Diagnostic and Statistical Manual of Mental Disorders (DSM) and/or the International Statistical Classification of Diseases and Related Health Problems (ICD) for diagnostic purposes, (2) the ability to diagnose GD/gender incongruence and make a distinction between GD/gender incongruence and conditions that have similar features (e.g., body dysmorphic disorder), (3) training in diagnosing psychiatric conditions, (4) the ability to undertake or refer for appropriate treatment, (5) the ability to psychosocially assess the person's understanding, mental health, and social conditions that can impact gender- affirming hormone therapy, and (6) a practice of regularly attending relevant professional meetings.
- Advise that only MHPs who meet the following criteria should diagnose GD/gender in-congruence in ***children and adolescents:*** (1) training in child and adolescent developmental psychology and psychopathology, (2) competence in using the DSM and/or the ICD for diagnostic purposes, (3) the ability to make a distinction between GD/gender incongruence and

Molina Healthcare, Inc. confidential and proprietary © 2022
*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

conditions that have similar features (e.g., body dysmorphic disorder), (4) training in diagnosing psychiatric conditions, (5) the ability to undertake or refer for appropriate treatment, (6) the ability to psycho-socially assess the person's understanding and social conditions that can impact gender-affirming hormone therapy,
(7) a practice of regularly attending relevant professional meetings, and (8) knowledge of the criteria for puberty blocking and gender-affirming hormone treatment in adolescents.

WPATH Guidelines (2012)
*Competency of Mental Health Professionals (MPH) Working with* ***Children or Adolescents*** *with Gender Dysphoria (GD):* The following are recommended minimum credentials for MPHs who assess, refer, and offer therapy to children and adolescents presenting with GD: **1)** Meet the competency requirements for MPHs working with adults, as outlined (below); **2)**Trained in childhood and adolescent developmental psychopathology; and **3)** Competent in diagnosing and treating the ordinary problems of children and adolescents.

*Competency of MPHs Working with* ***Adults*** *Who Present with Gender Dysphoria (GD):* The training of MPHs competent to work with gender dysphoric adults' rests upon basic general clinical competence in the assessment, diagnosis, and treatment of mental health concerns. Clinical training may occur within any discipline that prepares MPHs for clinical practice, such as psychology, psychiatry, social work, mental health counseling, marriage and family therapy, nursing, or family medicine with specific training in behavioral health and counseling. The following are recommended minimum credentials for MPHs who work with adults presenting with GD: **1)** A master's degree or its equivalent in a clinical behavioral science field. This degree, or a more advanced one, should be granted by an institution accredited by the appropriate national or regional accrediting board. The MPH should have documented credentials from a relevant licensing board or equivalent for that country. **2)** Competence in using the Diagnostic Statistical Manual of Mental Disorders and/orthe International Classification of Diseases for diagnostic purposes; **3)** Ability to recognize and diagnose coexisting mental health concerns and to distinguish these from GD; **4)** Documented supervised training and competence in psychotherapy or counseling; **5)** Knowledgeable about gender- nonconforming identities and expressions, and the assessment and treatment of GD; **6)** Continuing education in the assessment and treatment of GD. This may include attending relevant professional meetings, workshops, or seminars; obtaining supervision from a mental health professional with relevant experience; or participating in research related to gender nonconformity and GD. **7)** In addition to the minimum credentials above, it is recommended that MPHs develop and maintain cultural competence to facilitate their work with transsexual, transgender, and gender-nonconforming clients. This may involve, for example, becoming knowledgeable about current community, advocacy, and public policy issues relevant to these clients and their families. Additionally, knowledge about sexuality, sexual health concerns, and the assessment and treatment of sexual disorders is preferred.

**AGE RESTRICTIONS:**
PUBERTY SUPPRESSION: Tanner stage > G2/B2 through 16 years of age GENDER DYSPHORIA: 16 years of age or older

**QUANTITY:**
Per WPATH guidelines. See Appendix for specific regimen dosing.

**PLACE OF ADMINISTRATION:**
The recommendation is that oral and topical medications in this policy will be for pharmacy benefit coverage and patient self-administered.

The recommendation is that injectable medications in this policy will be for pharmacy or medical benefit coverage and the subcutaneous and intramuscular injectable products be administered in a place of service that is a non-hospital facility-based location.

Molina Healthcare, Inc. confidential and proprietary © 2022
*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

Drug and Biologic Coverage Criteria

The recommendation is that injectable implant medications in this policy will be for pharmacy or medical benefit coverage and the subcutaneous injectable implant products be administered in a place of service that is a non-hospital facility-based location.

## DRUG INFORMATION

**ROUTE OF ADMINISTRATION:**

Injectable (intramuscular, subcutaneous, subcutaneous implant), topical, oral

**DRUG CLASS:**

Androgens, Estrogens, Antineoplastic Agent, Gonadotropin-Releasing Hormone Agonist, 5-Alpha Reductase Inhibitor, Progestins

**FDA-APPROVED USES:**

Androgens: Primary or Hypogonadotropic Hypogonadism (congenital or acquired), Delayed Puberty, Metastatic Breast Cancer

Estrogens: Menopause, Metastatic Breast Cancer, Hypogonadism, Post-menopausal osteoporosis, Advanced Androgen-Dependent Prostate Cancer (for palliation)

Gonadotropin-Releasing Hormone Agonist: Advanced prostate cancer, Endometriosis and Uterine leiomyomata fibroids, Central precocious puberty

5-Alpha Reductase Inhibitor: Benign prostatic hyperplasia, alopecia

Aldosterone Receptor Antagonist: Edema, Heart failure, Hyperaldosteronism, Hypertension Progestin: Contraception, Endometriosis, Endometrial carcinoma/hyperplasia, Renal cell carcinoma, Secondary Physiologic amenorrhea

**COMPENDIAL APPROVED OFF-LABELED USES:**

None

## APPENDIX

**APPENDIX:**

A. Tanner Stages of Breast Development and Male External Genitalia [7]

The description of Tanner stages for breast development:

1. Prepubertal
2. Breast and papilla elevated as small mound; areolar diameter increased
3. Breast and areola enlarged, no contour separation
4. Areola and papilla form secondary mound
5. Mature; nipple projects, areola part of general breast contour

For penis and testes:

1. Prepubertal, testicular volume <4 mL
2. Slight enlargement of penis; enlarged scrotum, pink, texture altered, testes 4–6 mL
3. Penis longer, testes larger (8–12 mL)
4. Penis and glans larger, including increase in breadth; testes larger (12–15 mL), scrotum dark
5. Penis adult size; testicular volume > 15 ml

## BACKGROUND AND OTHER CONSIDERATIONS

**BACKGROUND:**

Transsexualism also known as gender dysphoria is the condition in which a person with apparently normal somatic sexual differentiation of one gender is convinced that he or she is actually a member of the opposite gender. It is associated with an irresistible urge to be in the opposite gender hormonally,

Molina Healthcare, Inc. confidential and proprietary © 2022

*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

anatomically, and psychosocially. According to the American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders (DSM-V) gender dysphoria is described as a condition in which an individual is intensely uncomfortable with their biological gender and strongly identifies with, and wants to be, the opposite gender. For a person to be diagnosed with gender dysphoria there must be a marked difference between the individual's expressed/experienced gender and the gender others would assign him or her, and it must continue for at least six months. In children, the desire to be of the other gender must be present and verbalized. This condition causes clinically significant distress or impairment in social, occupational, or other important areas of functioning. Gender dysphoria is manifested in a variety of ways, including strong desires to be treated as the other gender or to be rid of one's sex characteristics, or a strong conviction that one has feelings and reactions typical of the other gender. It is recommended that patients meet the DSM-5 and/or ICD-10 criteria to be diagnosed with gender dysphoria.[7]

The current ICD-10 criteria for transsexualism include: [10]

- The desire to live and be accepted as a member of the opposite sex, usually accompanied by the wish to make his or her body as congruent as possible with the preferred sex through surgery and hormone treatments.
- The transsexual identity has been present persistently for at least two years.
- The disorder is not a symptom of another mental disorder or a genetic, intersex, or chromosomal abnormality.

The current DSM-5 criteria for gender dysphoria in adolescents and adults include[4,7]

A. Marked incongruence between one's experienced/expressed gender and natal gender of at least 6 months in duration, as manifested by at least two of the following:
   a. A marked incongruence between one's experienced/expressed gender and primary and or/ secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics)
   b. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics
   c. A strong desire for the primary and/or secondary sex characteristics of the other gender
   d. A strong desire to be of the other gender (or some alternative gender different from one's designated gender)
   e. A strong desire to be treated as the other gender (or some alternative gender different from one's designated gender)
   f. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's designated gender)

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.
   Specify if:
   1. The condition exists with a disorder of sex development
   2. The condition is post transitional, in that the individual has transitioned to full- time living in the desired gender (with or without legalization of gender change) and has undergone (or is preparing to have) at least one sex- related medical procedure or treatment regimen – namely, regular sex hormone treatment or gender reassignment surgery confirming the desired gender (e.g., penectomy, vaginoplasty in natal males; mastectomy or phalloplasty in natal females).

The treatment of gender dysphoria requires a multidisciplinary team and stepwise approach to promote optimal health for individuals of this diverse population. The initial assessment of a patient with transsexualism is based on psycho-diagnostic instruments and ideally should be performed by a mental

Molina Healthcare, Inc. confidential and proprietary © 2022
*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

health professional who is trained in using the DSM-5 or ICD criteria. “Gender affirmation” or “transitioning” is defined as the process of reflection, acceptance, and intervention. Counseling is essential before initiating hormonal or surgical treatment for gender affirmation. It is recommended that when or before hormone treatment starts, the individual should begin living in the role of the opposite gender. The World Professional Association for Transgender Health Standards of Care provides the following criteria for starting hormone therapy and for undergoing surgical procedures: diagnosis of persistent, well-documented gender dysphoria, the capacity to make a well-informed decision, the person must be of legal age; and any medical or mental issues are well controlled.

Medical management involves the suppression of puberty in the form of gonadotropin-releasing hormone agonists, followed by cross-sex hormone therapy to induce puberty by the age of 16. The two major goals of hormonal therapy are to reduce endogenous sex hormone levels and secondary sex characteristics of the individual’s designated gender, and to replace endogenous sex hormone levels consistent with the individual’s gender identity. [7,10]
Young adolescents with gender dysphoria may experience social distress due to pubertal changes. Gonadotropin-suppression or GnRH analogs are a reversible treatment option for adolescents with gender dysphoria which can be used up until the age of 16 to suppress puberty. It is suggested that pubertal hormone suppression should be started after girls or boys first exhibit physical changes of puberty during Tanner stages G2/B2 (See Appendix A). This option provides time for the individual to explore gender identity and treatment options before gender-affirming sex hormone treatments and/or surgery. Studies reveal that pubertal suppression in children with gender dysphoria tends to lead to improved psychological function in adolescence and early adulthood. Regardless, pubertal suppression may be associated with long-term side effects including but not limited to bone mineralization. Therefore, individuals and providers should weigh the risks and benefits before initiating pubertal suppression in adolescents.[7]
Hormone replacement can begin at or after the age of 16 years. The goal of treatment in female-to- male transsexual individuals is to stop menses and induce virilization, including a male pattern of sexual hair, male physical contours, and clitoral enlargement. The principal hormonal treatment is a testosterone preparation. For male-to-female transsexual individuals the goal is elimination of sexual hair growth, induction of breast formation, and a more female fat distribution are essential. To accomplish this, a near-complete reduction of the biological effects of androgens is required.

**Puberty suppression treatment recommendations** [7, 12]

A. Treatment consists of IM injections of GnRH agonists:
   a. Leuprolide 3.75 – 7 mg every month
   b. Histrelin implant 50 µg/day released over a period of 12 months.
B. The duration of treatment with GnRH agonists alone depends on when the individual reaches the age at which cross-sex hormone therapy can be added; typically, at the age of 16 years old

**Hormone treatment recommendations:** [7, 21]

A. There are different regimens to change secondary sex characteristics for transgender males. Parenteral, or transdermal preparations of testosterone can be used to achieve testosterone values in the normal male range, which is typically 320 to 1000 ng/dL. After the age of 40, transdermal formulations are recommended as they bypass first pass metabolism and seem to be associated with better metabolic profiles.

| Testosterone for transgender males | | | | |
|---|---|---|---|---|
| Parenteral | | Transdermal | | Implant |
| Testosterone enanthate | Testosterone cypionate | Testosterone gel 1.6% | Testosterone transdermal patch | Testopel® |

Molina Healthcare, Inc. confidential and proprietary © 2022
*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

| | | | |
|---|---|---|---|
| 100 – 200 mg/10 – 14 days or 50 – 100 mg/ week | 50 – 100 mg/d | 2.5 – 7.5 mg/d | 75mg/pellet |

A. The hormone regimen for transgender females is more complex. While estrogens are the choice of therapy for transgender females, monotherapy is typically not enough to reach testosterone levels in the female range (100 – 200 pg/mL and <50 ng/dL). Adjunctive anti- androgenic therapy may be necessary to achieve desirable androgen suppression. Transdermal preparations and injectable estradiol cypionate or valerate are advantageous in older transgender females who may be at higher risk for thromboembolic disease.

| Estrogen for transgender females | | | |
|---|---|---|---|
| Oral | Transdermal | Parenteral | |
| Estradiol | Estradiol patch | Estradiol valerate | Estradiol cypionate |
| 2-6 mg/d | 0.025 – 0.2 mg/d *new patch placed Q3-5 d | 5 – 30mg IM Q2 weeks | 2 – 10mg IM Q week |

| Anti-androgens for transgender females | | | | | |
|---|---|---|---|---|---|
| Progesterone | Medroxyprogesterone acetate | GnRH agonist (leuprolide) | Histrelin implant | Spironolactone | Finasteride |
| 20 – 60 mg PO daily | 150mg IM Q3 months | 3.75 – 7.5mg IM monthly | 50 mg implanted Q 12 months | 100 – 300 mg PO daily | 1 mg PO daily |

**Surveillance recommendations:**

For transgender men on Testosterone [7]

a. Monitor for virilizing and adverse effects every 3 months for the first year, then every 6-12 months.
b. Obtain baseline hematocrit and lipid profile and monitor every 3 months for the first year, then every 6 – 12 months.
    a. Monitor weight, blood pressure, and lipids regularly during visits
c. Obtain baseline bone mineral density if at risk for osteoporosis; routine screening after age 60, or earlier if sex hormone levels consistently low.
d. Monitor serum estradiol during the first 6 months and thereafter until uterine bleeding has ceased.
e. Monitor serum testosterone every 3 months until at, target levels, 320 – 1000 ng/dL
    a. Peak levels for parenteral testosterone measured 24-48 hours after injection.
f. Trough levels for parenteral measured before injection. If mastectomy was performed, conduct sub- and peri areolar annual breast examinations.
    a. If no mastectomy was performed, consider mammograms as recommended by the recommended by the American Cancer Society.

American Cancer Society For transgender women on Estrogen [7]

a. Monitor for feminizing and adverse effects every 3 months for the first year, then every 6-12 months.
b. Obtain baseline hematocrit and lipid profile and monitor at follow up visits.
c. Obtain baseline bone mineral density if at risk for osteoporosis; routine screening after age 60, or earlier if sex hormone levels consistently low.
d. Obtain prolactin at baseline, at 12 months after initiation of treatment, biennially thereafter.
e. Monitor serum testosterone every 3 months, target <50 ng/dL

Molina Healthcare, Inc. confidential and proprietary © 2022
*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

f. Monitor serum estradiol every 3 months, target 100-200 pg/mL .

g. Obtain baseline serum potassium level and renal function, then every 3 months in the first year, and annually thereafter, when using Spironolactone.

**Other considerations:**[22-25]

A. Breast cancer:

i) FTM [female to male]: Intact breasts, routine screening as for natal females. Post- mastectomy: Yearly chest wall and axillary exams.

ii) MTF [male to female]: Screening in members >50 years with additional risk factors for breast cancer (estrogen therapy >5 years, family history, BMI >35).

B. Cervical cancer:

i) FTM: Cervix intact, routine screening as for natal females.

C. Prostate cancer:

i) MTF: Routine screening as for natal males.

D. Cardiovascular disease:

i) Screen for risk factors.

E. Diabetes mellitus:

i) MTF: Increased risk on estrogen.

ii) FTM: Routine screening.

**Summary of Medical Evidence** [8-12]

There are no randomized controlled trials evaluating the effectiveness of hormone treatment for gender dysphoria. Available evidence consists of cross-sectional studies where a group of transgender individuals, some of whom had undergone cross-sex hormone therapy and some of whom had not, responded to questionnaires. Sample sizes in these studies of adults ranged from 50 to 376. The studies most commonly evaluated quality of life (QOL) or functional status with instruments such as the SF-36 Health Survey (Quality Metric Inc.), mood-related conditions such as depression or anxiety, and/or psychosocial conditions such as perceived social support or partnership status. A variety of other behavioral and social outcomes were each assessed, and results were generally positive.18-24 A systematic review based on 28 studies (1833 participants; 1091 MtF and 801 FtM) published from 1996 to February 2008 included a meta-analysis of the QOL and psychosocial outcomes of hormone therapy. 80% of the study participants reported significant improvement in quality of life and reported significant improvement in psychiatric symptoms. [25]

Medically necessary criteria were developed according to the World Professional Association for Transgender Health Standards of Care, 7th version and the 2017 Endocrine Society clinical Practice Guidelines. [4, 7]

**CONTRAINDICATIONS/EXCLUSIONS/DISCONTINUATION:**

Members with an FDA labeled contraindication to an individual agent are excluded from coverage unless the prescriber provides an attestation of medical necessity

**OTHER SPECIAL CONSIDERATIONS:**

None

Molina Healthcare, Inc. confidential and proprietary © 2022

*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

## CODING/BILLING INFORMATION

*Note: 1) This list of codes may not be all-inclusive. 2) Deleted codes and codes which are not effective at the time the service is rendered may not be eligible for reimbursement*

| HCPCS CODE | DESCRIPTION |
|---|---|
| J9217 | Injection, leuprolide acetate (for depot suspension), 7.5mg |
| J1950 | Injection, leuprolide acetate (for depot suspension), per 3.75mg |
| J3130 | Injection, testosterone enanthate, up to 200 mg |
| J1380 | Injection, estradiol valerate, up to 10 mg |
| J1000 | Injection, depo-estradiol cypionate, up to 5 mg |
| J9226 | Histrelin implant (Supprelin LA), 50 mg |
| J9225 | Histrelin implant (Vantas), 50 mg |
| J1050 | Injection, medroxyprogesterone acetate, 1 mg |
| J1951 | Injection, leuprolide acetate for depot suspension, 0.25 mg |
| J3316 | Injection, triptorelin, extended-release 3.75 mg |
| J3315 | Injection, triptorelin pamoate, 3.75 mg |

**AVAILABLE DOSAGE FORMS:**
Aldactone (spironolactone) oral tablets 25mg, 50mg, 100mg
Alora transdermal patch 0.025mg, 0.05mg, 0.075mg, 0.1mg
Delesrogen (valerate) injectable solution 10mg/mL,
20mg/mL,40mg/mL Depo-estradiol (cypionate) injectable solution
5mg/mL
Androderm transdermal patch 2mg, 4mg
AndroGel packet 1.62% (1.25g, 2.5g), gel pump 1.62%
Delatestryl (enanthate) injectable solution 200mg/mL
Depo-Provera (medroxyprogesterone acetate) suspension for injection 150mg/mL
Progesterone oral capsules 100mg
Depo-Testosterone (cypionate) injectable solution 100mg/mL, 200mg/Ml
Testopel pellet for implantation 75mg
Eligard 7.5 mg SC every 1 month, 22.5 mg SC every 3 months, 30 mg SC every 4 months, 45 mg SC every 6 months,
Estrace oral tablet 0.5mg, 1mg, 2mg
Fensolvi (6 Month) KIT 45MG
Finasteride oral tablets 1mg
Lupron Depot 3.75 mg (monthly), 7.5 mg (monthly)
Lupron Depot 11.25 mg (3 months), 22.5 mg (3 month)
Lupron Depot 30 mg (4 months), Lupron Depot 45 mg (6 months)
Lupron Depot -Ped (3 month) 11.25 mg, 30 mg
Supprelin LA implant 50mg
Lupron Depot-Ped (monthly) 7.5 mg, 11.25 mg, 15 mg
Minivelle/Vivelle/Vivelle-Dot transdermal patch 0.025mg, 0.0375mg, 0.05mg, 0.075mg, 0.1mg,
Progesterone oil for injection 50mg/ml
Trelstar Mixject SUSR 3.75MG
Trelstar Mixject SUSR 11.25MG

Molina Healthcare, Inc. confidential and proprietary © 2022
*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

## REFERENCES

1. Child Mind Institute. Gender Dysphoria Basics. Available at: https://childmind.org/guide/guide-to-gender-dysphoria/treatment/
2. Day P. Trans-gender reassignment surgery. New Zealand health technology assessment (NZHTA). The clearing house for health outcomes and Health technology assessment. February 2002; Volume 1 Number 1 Available at: http://nzhta.chmeds.ac.nz/publications/trans_gender.pdf.
3. World Professional Association for Transgender Health (WPATH). Standards of care for the health of transsexual, transgender, and gender nonconforming people. 7th version. 2012. Available at: http://www.wpath.org/site_page.cfm?pk_association_webpage_menu=1351&pk_association_webpage=4655
4. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. 2013. Washington, DC. Pages 451-459.
5. American Psychiatric Association. Gender Dysphoria. 2013. Accessed at: https://www.psychiatry.org/psychiatrists/practice/dsm/educational-resources/dsm-5-fact- sheets
6. American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. PsycEXTRA Dataset,70(9), 832-864. doi:10.1037/e527482015-001
7. Hembree WC, Cohen-Kettenis P, Gooren, Louis, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab 2017; 102(11):3869-3903.
8. World Health Organization (WHO).The ICD-10 Classification of Mental and Behavioural Disorders. 2016Accessed at: https://icd.who.int/browse10/2016/en#!/F64.0
9. Adelson SL; American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. J Am Acad Child Adolesc Psychiatry. 2012;51(9):957-974.
10. American College of Obstetricians and Gynecologists (ACOG). The American College of Obstetricians and Gynecologists. Committee Opinion. Committee on Adolescent Health Care. Care for Transgender Adolescents. January 2017. Available at: https://www.acog.org/Clinical-Guidance-and-Publications/Committee- Opinions/Committee-on- Adolescent-Health-Care/Care-for-Transgender- Adolescents?IsMobileSet=false
11. Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and pediatric endocrinology aspects. European Journal of Endocrinology. 2006 (131-137).
12. Smith KP, Madison CM, Milne NM. Gonadal Suppressive and Cross-Sex Hormone Therapy for Gender Dysphoria in Adolescents and Adults. American College of Clinical Pharmacy Journal. 2014; 34(12):1282-1297
13. Heylens G., Verroken C., De Cock S., T'Sjoen G., De Cuypere G. Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. J Sex Med. 2014;11(1):119-126.
14. Gorin-Lazard A, Baumstarck K, Boyer L, et al. Hormonal therapy is associated with better self-esteem, mood, and quality of life in transsexuals. J Nerv Ment Dis. 2013;201(11):996- 1000.
15. Gorin-Lazard A, Baumstarck K, Boyer L, et al. Is hormonal therapy associated with better quality of life in transsexuals? A cross-sectional study. J Sex Med.2012;9(2):531-541.
16. Colizzi M, Costa R, Todarello O. Transsexual patients' psychiatric comorbidity and positive

Molina Healthcare, Inc. confidential and proprietary © 2022
*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*

effect of cross-sex hormonal treatment on mental health: Results from a longitudinal study. Psychoneuroendocrinology. 2014;39:65-73.

17. Fisher AD, Castellini G, Bandini E, et al. Cross-sex hormonal treatment and body uneasiness in individuals with gender dysphoria. J Sex Med.2014;11(3):709-719
18. Costantino A, Cerpolini S, Alvisi S, Morselli PG, Venturoli S, Meriggiola MC. A prospective study on sexual function and mood in female-to-male transsexuals during testosterone administration and after sex reassignment surgery. J Sex Marital Ther. 2013;39(4):321-335.
19. Heylens G, Verroken C, De Cock S, T'Sjoen G, De Cuypere G. Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. J Sex Med. 2014;11(1):119-126.
20. Wierckx K, Elaut E, Declercq E, et al. Prevalence of cardiovascular disease and cancer during cross-sex hormone therapy in a large cohort of trans persons: a case-control study. Eur J Endocrinol. 2013;169(4):471-478.
21. Murad MH, Elamin MB, Garcia MZ, et al. Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf). 2010;72(2):214-231.
22. Unger, Cecile A. Hormone therapy for transgender patients. Transl Androl Urol. 2016 Dec; 5(6): 877–884. doi: 10.21037/tau.2016.09.04

| SUMMARY OF REVIEW/REVISIONS | DATE |
|---|---|
| REVISION- Notable revisions:<br>Products Affected<br>Required Medical Information<br>Quantity<br>Place of Administration<br>Route of Administration<br>Coding/Billing Information<br>Available Dosage Forms<br>References | Quarter 3 2022 |
| Q2 2022 Established tracking in new format | Historical changes on file |
| | |

Molina Healthcare, Inc. confidential and proprietary © 2022

*This document contains confidential and proprietary information of Molina Healthcare and cannot be reproduced, distributed, or printed without written permission from Molina Healthcare. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with Molina Healthcare.*