Pl. Trial Ex. 068

</>

# Drug Scheduling

## Drug Schedules

Drugs, substances, and certain chemicals used to make drugs are classified into five (5) distinct categories or schedules depending upon the drug's acceptable medical use and the drug's abuse or dependency potential. The abuse rate is a determinate factor in the scheduling of the drug; for example, Schedule I drugs have a high potential for abuse and the potential to create severe psychological and/or physical dependence. As the drug schedule changes--Schedule II, Schedule III, etc., so does the abuse potential--Schedule V drugs represents the least potential for abuse. A Listing of drugs and their schedule are located at Controlled Substance Act (CSA) Scheduling or CSA Scheduling by Alphabetical Order. These lists describes the basic or parent chemical and do not necessarily describe the salts, isomers and salts of isomers, esters, ethers and derivatives which may also be classified as controlled substances. These lists are intended as general references and are not comprehensive listings of all controlled substances.

Please note that a substance need not be listed as a controlled substance to be treated as a Schedule I substance for criminal prosecution. A controlled substance analogue is a substance which is intended for human consumption and is structurally or pharmacologically substantially similar to or is represented as being similar to a Schedule I or Schedule II substance and is not an approved medication in the United States. (See 21 U.S.C. §802(32)(A) for the definition of a controlled substance analogue and 21 U.S.C. §813 for the schedule.)

## Schedule I

Schedule I drugs, substances, or chemicals are defined as drugs with no currently accepted medical use and a high potential for abuse. Some examples of Schedule I drugs are: heroin, lysergic acid diethylamide (LSD), marijuana (cannabis), 3,4-methylenedioxymethamphetamine (ecstasy), methaqualone, and peyote.

**Schedule II**

Schedule II drugs, substances, or chemicals are defined as drugs with a high potential for abuse, with use potentially leading to severe psychological or physical dependence. These drugs are also considered dangerous. Some examples of Schedule II drugs are: combination products with less than 15 milligrams of hydrocodone per dosage unit (Vicodin), cocaine, methamphetamine, methadone, hydromorphone (Dilaudid), meperidine (Demerol), oxycodone (OxyContin), fentanyl, Dexedrine, Adderall, and Ritalin

**Schedule III**

Schedule III drugs, substances, or chemicals are defined as drugs with a moderate to low potential for physical and psychological dependence. Schedule III drugs abuse potential is less than Schedule I and Schedule II drugs but more than Schedule IV. Some examples of Schedule III drugs are: products containing less than 90 milligrams of codeine per dosage unit (Tylenol with codeine), ketamine, anabolic steroids, testosterone

**Schedule IV**

Schedule IV drugs, substances, or chemicals are defined as drugs with a low potential for abuse and low risk of dependence. Some examples of Schedule IV drugs are: Xanax, Soma, Darvon, Darvocet, Valium, Ativan, Talwin, Ambien, Tramadol

**Schedule V**

Schedule V drugs, substances, or chemicals are defined as drugs with lower potential for abuse than Schedule IV and consist of preparations containing limited quantities of certain narcotics. Schedule V drugs are generally used for antidiarrheal, antitussive, and analgesic purposes. Some examples of Schedule V drugs are: cough preparations with less than 200 milligrams of codeine or per 100 milliliters (Robitussin AC), Lomotil, Motofen, Lyrica, Parepectolin

Alphabetical listing <https://www.deadiversion.usdoj.gov/schedules/orangebook/c_cs_alpha.pdf> of Controlled Substances

Cite

  

### SAMHSA Behavioral Health Treatment Locator

Address, city, state or zip code

Go

PLAINTIFFS005969

| Who We Are </who-we-are> | What We Do </what-we-do> | Careers </careers> | Resources </resources> |
|---|---|---|---|
| About </who-we-are/about> | Drug Prevention </what-we-do/education-and-prevention> | Overview </careers> | Drug Information </drug-information> |
| Domestic Divisions </divisions> | Law Enforcement </law-enforcement> | Special Agent </careers/special-agent> | Employee Assistance Program </resources/eap> |
| Foreign Offices </foreign-offices> | Diversion Control Division <https://www.deadiversion.usdoj.gov> | Diversion Investigator </careers/diversion-investigator> | Equal Opportunity Employer </how-to-apply/equal-opportunity-employer> |
| Contact Us </who-we-are/contact-us> | News </news> | Intelligence Research Specialist </careers/intelligence-research-specialist> | FOIA </foia> |
| DEA Museum <https://museum.dea.gov/> | | | Publications |
| | | | Media Galleries </resources/media-galleries> |
| | | | VWAP </resources/vwap> |

**Doing Business with the DEA** </resources/doing-business-dea>

**Overview** </resources/doing-business-dea>

**Current Vendors** </doing-business-dea/current-vendors>

**Prospective Vendors** </doing-business-dea/prospective-vendors>

**Security Clauses** </doing-business/security-clauses>

**Security Forms** </doing-business-dea/security-forms>

**Small Business Program** </doing-business-dea/small-business>

**Policies** <>

**Accessibility, Plug-ins & Policy** </resources/accessibility%20and%20policy>

**Legal Policies & Disclaimers** <https://www.justice.gov/espanol/politicas-legales-y-descargos-de-responsabilidades>

**No FEAR Act** <https://www.justice.gov/jmd/no-fear-act-notice-november-2-2006>

**Privacy Policy** <http://www.justice.gov/spanish/privacy_spanish.html>

**U.S. Department of Justice EEO Policy** <https://www.justice.gov/jmd/file/790081/download>

**USA.gov** <https://www.usa.gov/espanol/>

**Whistleblower Protection** <https://oig.justice.gov/hotline/whistleblower-protection>



PLAINTIFFS005971

# United States Drug Enforcement Administration

DEA.gov is an official site of the U.S. Department of Justice <https://www.justice.gov/>

<https://www.facebook.com/deahq/> <https://www.twitter.com/dea.com/hq> <https://www.linkedin.com/company/deahq> <https://www.instagram.com/deahq>

## DEA Contact Center

(202) 307-1000 info@dea.gov

Contact the Webmaster </contact-us>

drug-enforcement-administration>