Case 4:22-cv-00325-RH-MAF  Document 177-2  Filed 04/27/23  Page 1 of 2
Case 1:07-cv-12325-DPW  Document 318  Filed 04/18/19  Page 1 of 209

1-1

```
 1                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
 2

 3    _____

 4    KATHEENA SONEEYA,

 5                  Plaintiff,          Civil Action
                                        No. 07-12325-DPW
 6    V.
                                        April 8, 2019
 7    THOMAS A. TURCO III, in his official
      capacity as Commissioner of the
 8    Massachusetts Department of Correction,  10:23 a.m.

 9                  Defendant.

10    _____

11

12            TRANSCRIPT OF BENCH TRIAL DAY 1

13        BEFORE THE HONORABLE DOUGLAS P. WOODLOCK

14            UNITED STATES DISTRICT COURT

15          JOHN J. MOAKLEY U.S. COURTHOUSE

16                1 COURTHOUSE WAY

17               BOSTON, MA  02210

18

19

20

21            DEBRA M. JOYCE, RMR, CRR, FCRR
22             KELLY MORTELLITE, RMR, CRR
                 Official Court Reporters
23          John J. Moakley U.S. Courthouse
              1 Courthouse Way, Room 5204
24                Boston, MA  02210
                 joycedebra@gmail.com
25
```

Pl. Trial Ex. 082

PLAINTIFFS005895

Case 4:22-cv-00325-RH-MAF   Document 177-2   Filed 04/27/23   Page 2 of 2
Case 1:07-cv-12325-DPW   Document 318   Filed 04/18/19   Page 90 of 209

1-90

```
 1   witness, ask me.
 2           MS. HANCOCK:  Okay.  Apologies, your Honor.
 3   BY MS. HANCOCK:
 4   Q.   So two versions were released since 1999, correct?
 5   A.   Correct.
 6   Q.   And one in 2001, as you just testified, right?
 7   A.   Right.
 8   Q.   And another one in 2011; is that right?
 9   A.   Yes.
10   Q.   And as you understand it, there's going to be an eighth
11   version coming out soon, correct?
12   A.   Yes.
13   Q.   And you're not involved in drafting that version, correct?
14   A.   I am not.
15   Q.   And you requested to participate in drafting that version,
16   correct?
17   A.   I'm not sure that's correct.
18   Q.   You did not ask to be involved in drafting that version?
19   A.   I think -- I think I actually might have, now that you
20   bring it up, but I was told I had to be a member of WPATH.
21   Q.   Now, you've worked as a consultant for the DOC since
22   around 2007 or 2008.  Does that sound right?
23   A.   That sounds right.
24   Q.   And you're not technically engaged by the DOC, though,
25   right?
```

PLAINTIFFS005896