Case 4:22-cv-00325-RH-MAF Document 177-4 Filed 04/27/23 Page 1 of 29
Case 2:22-cv-00184-LCB-CWB Document 105 Filed 05/08/22 Page 1 of 210
207

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF ALABAMA
 2                          NORTHERN DIVISION

 3

 4    REV. PAUL A. EKNES-TUCKER,     *
      et al.,                        *
 5                                   *
            Plaintiffs,              *    2:22-cv-00184-LCB
 6                                   *    May 6, 2022
      vs.                            *    Montgomery, Alabama
 7                                   *    9:00 a.m.
      KAY IVEY, in her official      *
 8    capacity as Governor of the    *
      State of Alabama, et al.,      *
 9            Defendant.             *
      ******************************

10

11

12           TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING
                            VOLUME II
13            BEFORE THE HONORABLE LILES C. BURKE
                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22
      Proceedings recorded by OFFICIAL COURT REPORTER, Qualified
23    pursuant to 28 U.S.C. 753(a) & Guide to Judiciary Policies
      and Procedures Vol. VI, Chapter III, D.2.  Transcript
24                produced by computerized stenotype.

25
```

Pl. Trial Ex. 084

**CHRISTINA K. DECKER, RMR, CRR**
Federal Official Court Reporter
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005841

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 2 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 2 of 210

208

1                        APPEARANCES

2

3    FOR THE PLAINTIFFS:
     Melody Eagan, Esq.
4    Jeff Doss, Esq.
     Amie Vague, Esq.
5    LIGHTFOOT, FRANKLIN & WHITE, LLC
     The Clark Building
6    400 20th Street North
     Birmingham, Alabama 35203

7    Brent Ray, Esq.
8    KING & SPALDING
     353 N. Clark Street
9    12th Floor
     Chicago, Illinois 60654

10   Michael Shortnacy, Esq.
     KING & SPALDING
11   633 W. Fifth Street
     Suite 1600
12   Los Angeles, California 90071

13   Jason R. Cheek, Esq.
     US ATTORNEYS OFFICE, NDAL
14   1801 Fourth Avenue North
     Birmingham, Alabama 35203

15

16   John Michael Powers, Esq.
     Coty Montag, Esq.
17   DOJ-Crt
     Civil Rights Division
18   950 Pennsylvania Avenue
     Washington, DC  20530

19

20   FOR THE DEFENDANT:
     James W. Davis, Esq.
21   Edmund LaCour, Esq.
     Barrett Bowdre, Esq.
22   Benjamin Seiss, Esq.
     Christopher Mills, Esq.
23   OFFICE OF THE ATTORNEY GENERAL
     501 Washington Avenue
24   P.O. Box 300152
     Montgomery, Alabama 36130-0152
25   (334) 242-7300


                   *CHRISTINA K. DECKER, RMR, CRR*
                   Federal Official Court Reporter
                        101 Holmes Avenue, NE
                         Huntsville, AL 35801
              256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005842

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 3 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 3 of 210

209

COURTROOM DEPUTY:  Deena Harris


COURT REPORTER:  Christina K. Decker, RMR, CRR

***CHRISTINA K. DECKER, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, AL 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005843

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 4 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 4 of 210

210

1                          **I N D E X**

2

3     ARMAND ANTOMMARIA                                213
      DIRECT EXAMINATION                               213
4     BY MR. POWERS
      CROSS-EXAMINATION                                225
5     BY MR. BOWDRE

6

7     JAMES CANTOR, MD                                 253
      DIRECT EXAMINATION                               253
      BY MR. DAVIS
8     CROSS-EXAMINATION                                305
      BY MS. EAGAN
9     REDIRECT EXAMINATION                             332
      BY MR. DAVIS

10

11    SYDNEY WRIGHT                                    337
      DIRECT EXAMINATION                               338
12    BY MR. DAVIS
      CROSS-EXAMINATION                                355
13    BY MR. DOSS
      REDIRECT EXAMINATION                             362
14    BY MR. DAVIS

15

16

17

18

19

20

21

22

23

24

25

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005844

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 5 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 406 of 210

306

```
 1   BY MS. EAGAN:
 2   Q      Good afternoon, Dr. Cantor.
 3   A      Good afternoon.
 4   Q      Dr. Cantor, you are an adult clinical psychologist,
 5   correct?
 6   A      Yes.
 7   Q      You are not a medical doctor?
 8   A      Correct.
 9   Q      Your private practice -- in your private practice in
10   Toronto, the average age of your patients is 30 to 35 years
11   old?
12   A      Average, that would be about right, yes.
13   Q      You've not ever provided clinical care to transgender
14   prepubertal children?
15   A      Correct.
16   Q      You have not provided care to a transgender adolescent
17   under the age of 16?
18   A      Correct.
19   Q      The extent of your experience, Dr. Cantor, working with
20   transgender adolescents consists of counseling six to eight
21   transgender patients between the ages of 16 and 18; isn't that
22   correct?
23   A      Yes.
24   Q      So your clinical experience with gender dysphoria really
25   lies in the counseling of adult patients?
```

Timestamps in left margin: 13:29:15 (line 5), 13:29:22 (line 10), 13:29:39 (line 15), 13:29:52 (line 20), 13:30:09 (line 25)

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005845

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 6 of 29
Case 2:22-cv-00184-LCB-CWB   Document 103   Filed 05/08/22   Page 401 of 210
307

```
 1   A      Correct.
 2   Q      And you acknowledge that gender dysphoria in children does
 3   not represent the same phenomenon as adult gender dysphoria,
 4   correct?
13:30:24 5   A      Correct.
 6   Q      And, in fact, to use your words, they differ in every
 7   known regard, from sexual interest patterns to responses to
 8   treatments?
 9   A      Correct.
13:30:36 10   Q      Dr. Cantor, you have never diagnosed a child or an
11   adolescent with gender dysphoria?
12   A      Correct.
13   Q      Never treated a child or an adolescent for gender
14   dysphoria?
13:30:48 15   A      Correct.
16   Q      You have no experience personally with monitoring patients
17   who are undergoing puberty-blocking treatment?
18   A      Correct.
19   Q      You don't know what type of monitoring is typically done
13:31:04 20   or not done on those types of patients; isn't that fair?
21   A      No.
22   Q      No, that's not fair?
23   A      Well, you -- I personally didn't do it, but I am aware of
24   the procedures that are done.
13:31:15 25   Q      Okay.  But you have no experience with that?
```

PLAINTIFFS005846

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 7 of 29
Case 2:22-cv-00184-LCB-CWB   Document 103   Filed 05/08/22   Page 102 of 210
308

```
 1   A      That's correct.
 2   Q      Similarly, you have never monitored -- or you have not
 3   monitored an adolescent or teenage patient on hormone therapy?
 4   A      Correct.  Until -- well, I wouldn't be monitoring the
 5   status in any case, so, yes, that's correct.
 6   Q      I am going to switch to UAB Children's, the gender clinic
 7   here in Alabama.
 8          Have you ever spoken to a child or adolescent who was
 9   treated at the gender clinic here in Alabama?
10   A      No.
11   Q      Have you ever spoken to any former patients of the clinic?
12   A      No.
13   Q      You weren't here yesterday to hear Dr. Ladinsky talk about
14   the treatment protocols they have at children's UAB, were you?
15   A      Correct.
16   Q      You weren't here to listen to the results of treatments
17   provided to adolescent patients at UAB's Children's in the
18   gender clinic; fair?
19   A      Yes.  They have never published them.
20   Q      And you weren't here to hear them?
21   A      Correct.
22   Q      Dr. Cantor, you have no personal knowledge of the
23   assessment or the treatment methodologies that are used here in
24   Alabama at UAB Children's Hospital, correct?
25   A      Correct.  Correct.
```

13:31:34 (line 5), 13:32:00 (line 10), 13:32:12 (line 15), 13:32:27 (line 20), 13:32:42 (line 25)

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005847

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 8 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 404 of 210

310

                1  regarding the efficacy of puberty blockers and hormone

                2  treatments, okay?

                3  A     Yep.

                4  Q     As I understand your report and your testimony today, one

13:34:36  5  of the criticisms you have of some of those studies is that it

                6  relies on participant's self-assessment I believe is the

                7  language that you used.

                8        Essentially, it is based upon what socially transitioned

                9  youth and their family is reporting about their mental health

13:34:53 10  in these studies?

              11  A     I would say that's incomplete.  My criticisms would be

              12  relying on such subjective accounts entirely for all the

              13  decision making rather than using it as one part of the

              14  decision making.

13:35:08 15  Q     In other words, basing your study based upon what the

              16  participants in the study tell you how they're feeling at

              17  different points in the study?

              18  A     Being limited to that is a problem, yes.

              19  Q     And I believe the way that you phrased it, you said,

13:35:22 20  subjective self-reports about how one is doing may not be

              21  reflecting reality objectively.

              22  A     Correct.

              23  Q     But, Dr. Cantor, self-reports about how one is doing may

              24  reflect reality, fair?

13:35:38 25  A     That's correct.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005848

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 9 of 29
Case 2:22-cv-00184-LCB-CWB   Document 103   Filed 05/08/22   Page 103 of 210

311

1    Q      So when somebody says, I am doing well, my mental state is

2    better, that very well may be the case?

3    A      May be the case, yes.

4    Q      Another complaint that you have, I believe, is what you

13:35:58  5    call confounded data.  And I believe you referred to the de

6    Vries study for that?

7    A      The two de Vries's studies, yes.  As a matter of fact,

8    it's all but two of all papers in that set of literature.

9    Q      And by confounded data, the way that I am understanding

13:36:13 10   it, what you're saying is that you are not able to tell because

11   the data is, quote, confounded, whether one's improved mental

12   health for a minor who has socially transitioned, whether that

13   came from the actual medical services, whether it came from the

14   psychotherapy, or whether it came from the combination of both?

13:36:34 15   A      Correct.

16   Q      But one thing, Doctor, that you do have to admit is when

17   adolescents with gender dysphoria have transitioned through a

18   combination of medical services and psychotherapy, you have to

19   admit that based upon the studies, their mental health

13:36:55 20   improved, correct?

21   A      No.  There were several studies that showed no improvement

22   even though -- even though they were receiving both.  I've

23   listed them in my report.

24   Q      Can you direct me to where in your report those are,

13:37:11 25   please, sir?

PLAINTIFFS005849

Case 4:22-cv-00325-RH-MAF Document 177-4 Filed 04/27/23 Page 10 of 29
Case 2:22-cv-00184-LCB-CWB Document 105 Filed 05/08/22 Page 107 of 210

313

1      So there -- again, I would have to go through and check to

2 be sure that it's not zero.  It would be fair to say that there

3 might have been a study which found such a thing.  But the

4 majority of studies are finding either no improvements or

13:39:17 5 deteriorations, or it's a situation that we call a failure to

6 replicate.

7 Q    Sir, I am a little bit confused, because I want to go to

8 two of your studies that you have actually talked about today,

9 the Costa study and the Achille study.

13:39:33 10      Now, as I understand your testimony today, in those

11 studies, there was -- the studies reported that there was an

12 improvement in mental state for adolescents who were treated

13 with medication and psychological treatment in transition that

14 there was an improvement, but in those, you said you can't tell

13:39:58 15 whether it's from the medication or from the psychological

16 treatment?

17 A    No.  The Costa study and the Achille study associated the

18 improvement specifically with the psychotherapy and ruled out

19 that the effects were due to the medical interventions.

13:40:13 20 Q    Okay.  Well, let's pull those studies, Doctor, and let's

21 look at those.

22      If you could, there should be a notebook up there that has

23 plaintiffs' exhibits in it.  Is that one plaintiff, sir?

24      If you could please, sir, turn to Plaintiffs' Exhibit 34.

13:40:55 25 A    Yes.

PLAINTIFFS005850

Case 4:22-cv-00325-RH-MAF    Document 177-4    Filed 04/27/23    Page 11 of 29
Case 2:22-cv-00184-LCB-CWB    Document 105    Filed 05/08/22    Page 108 of 210

314

| | |
|---|---|
| 1 | Q      All right.  Plaintiffs' Exhibit 34, is this the -- do you |
| 2 | say Costa or Costa? |
| 3 | A      I'm sorry? |
| 4 | Q      Do you say Costa? |
| 13:41:05 5 | A      My guess is Costa.  I have never met the person. |
| 6 | Q      All right.  Exhibit 34 that you have in front of you, is |
| 7 | that the Costa study? |
| 8 | A      Yes, it is. |
| 9 | Q      All right.  So, Doctor, I first want to focus in on -- |
| 13:41:18 10 | well, let me ask this:  This study was aimed at assessing |
| 11 | gender dysphoric adolescents' global functioning after |
| 12 | psychological support and after puberty suppression, correct? |
| 13 | A      Yes. |
| 14 | Q      Bear with me.  I am going to take this out so I can put it |
| 13:41:42 15 | up on the Elmo, sir. |
| 16 |        All right, sir.  I am going to direct your attention to |
| 17 | results that I have highlighted on my copy.  Okay?  According |
| 18 | to the abstract here, the results? |
| 19 | A      Yes. |
| 13:42:18 20 | Q      At baseline, gender dysphoric adolescents showed poor |
| 21 | functioning with -- it defines the mean scores.  So baseline |
| 22 | means at the start of the study, correct? |
| 23 | A      Usually it does.  I would have to check that that's |
| 24 | exactly how they used the term. |
| 13:42:35 25 | Q      All right.  We will get to the details of that in a |

PLAINTIFFS005851

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 12 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 109 of 210

315

1    minute.

2        Okay.  Gender dysphoric adolescents' global functioning

3    improved significantly after six months after psychological

4    support.  And then it goes on to say, Moreover, gender

13:42:49 5    dysphoric adolescents receiving also puberty suppression had

6    significantly better psychosocial functioning after 12 months

7    of puberty suppression compared to when they had received only

8    psychological support.

9        Did I read that right, sir?

13:43:07 10  A    Yes.

11   Q    Do you remember the methodology that was used for this

12   study, sir?

13   A    Roughly.

14   Q    Pardon?

13:43:14 15  A    Yes.  Roughly.

16   Q    Sorry.  I meant to -- all right.  And do you recall that

17   the methodology was everybody started at baseline.  For the

18   first six months all of the adolescents received psychological

19   counseling.  And then for the next 12 months beyond that, one

13:43:36 20  group received puberty blockers, and one group just continued

21   to receive psychological counseling.  Do you recall that?

22   A    Yes.

23   Q    All right.  And then I am going to direct you, sir, to

24   page 2211 of the -- if you look at the blue writing on the top,

13:44:12 25  it's page 6 of 9.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005852

Case 4:22-cv-00325-RH-MAF Document 177-4 Filed 04/27/23 Page 13 of 29
Case 2:22-cv-00184-LCB-CWB Document 105 Filed 05/08/22 Page 116 of 210
316

```
 1   A     Yes.
 2   Q     All right.  And I am going to direct you, sir, to on the
 3   CGAS on follow-up?
 4   A     Yes.
13:44:32 5   Q     All right.  And I am going to start at the second
 6   paragraph where it says delayed eligible.  Do you see where I
 7   am talking about?
 8   A     Yes.
 9   Q     This is talking about there were three follow-ups, right,
13:44:43 10   at 6 months, at 12 months, and at 18 months for this study; is
11   that correct?
12   A     That sounds familiar to me, yes.
13   Q     And let's read through that together.
14         Delayed eligible gender dysphoric adolescents, who
13:44:55 15   received only -- and gender delayed, GD adolescents, is your
16   recollection that those were adolescents who were eligible to
17   receive puberty blockers, but they delayed them for six months
18   so that they had everybody at a -- doing psychological study?
19   Do you remember this is the group that gets the puberty
13:45:17 20   blockers?
21   A     Yes, that sounds correct.
22   Q     Okay.  The delayed eligible gender dysphoric adolescents
23   who received only psychological support for the entire duration
24   of the study -- excuse me -- I take that back.
13:45:29 25         This was actually the group that just got the
```

PLAINTIFFS005853

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 14 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 111 of 210

317

1    psychological -- had significantly better psychosocial

2    functioning after six months of psychological support, okay?

3        However, despite scoring better at the following

4    evaluations, they did not show any further significant

13:45:47  5    improvement in their psychosocial functioning.

6        Did I read that right?

7    A    Yes.

8    Q    Also, the delayed eligible group continued to score lower

9    than a sample of children adolescents without observed

13:46:04  10   psychological psychiatric symptoms even after 18 months of

11   being in psychological support.

12       So what that's saying is after 18 months, they were still

13   below a group that did not have psychological therapy or

14   issues, correct?

13:46:20  15   A    Yes.

16   Q    On the contrary, the immediately eligible group, who at

17   baseline had a higher, but not significantly different

18   psychosocial functioning than the delayed eligible group, did

19   not show any significant improvement after six months of

13:46:40  20   psychological support.  However -- and this is the key --

21   immediately eligible adolescents had a significantly higher

22   psychosocial functioning after 12 months of puberty suppression

23   compared to when they had received only psychological support.

24       Did I read that correctly?

13:47:03  25   A    Yes.

PLAINTIFFS005854

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 15 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 112 of 210

318

1    Q    Then you see at the top of this, there is a chart.  And

2    when you look at this chart, the bottom is actually the three

3    different check-ins.  Time zero is baseline, when the study

4    started, right?

13:47:18  5    A    Yes.

6    Q    Time one is the six-month check-in, correct?

7    A    Yes.

8    Q    And during that six months, both groups are getting just

9    psychotherapy, correct?

13:47:31 10    A    Yes, I believe so.

11    Q    The rest -- and just to orient us.

12         The red group, the red line is the group of adolescents

13    who only got psychotherapy or psychotherapy through the entire

14    18-month study, right?

13:47:46 15    A    Yes.

16    Q    The green line that you see that goes up -- goes up and

17    keeps going up, that is the line of adolescents who receive

18    puberty blockers; fair?

19    A    Yes.

13:47:59 20    Q    And so, Doctor, to get to the ultimate conclusion of this

21    study that you say shows that puberty blockers don't work or

22    don't give any improvement in mental condition over

23    psychotherapy, the conclusion, this study confirms the

24    effectiveness of puberty suppression for gender dysphoric

13:48:37 25    adolescents.  Recently, a long-term follow-up evaluation of

PLAINTIFFS005855

Case 4:22-cv-00325-RH-MAF  Document 177-4  Filed 04/27/23  Page 16 of 29
Case 2:22-cv-00184-LCB-CWB  Document 105  Filed 05/08/22  Page 113 of 210

319

1  puberty suppression among gender dysphoric adolescents after

2  that CSHT, which is hormone therapy and GRS, which is puberty

3  blockers, has demonstrated that gender dysphoric adolescents

4  are able to maintain a good functioning into their adult years.

13:49:00 5  This present study, together with this previous research,

6  indicate that both psychological support and puberty

7  suppression enable young gender dysphoric individuals to reach

8  a psychosocial functioning comparable with their peers.

9       Did I read that conclusion correctly?

13:49:17 10  A    Yes.

11          THE COURT:  Ms. Eagan, when you reach a comfortable

12  spot, let's take a post-lunch break.

13          MS. EAGAN:  Perfect.  We're good, Judge.  We can go

14  ahead and break now.

13:49:35 15          THE COURT:  Okay.  I will see you in 15 minutes.

16          (Recess.)

17          THE COURT:  Go ahead, Ms. Eagan.

18          MS. EAGAN:  Thank you, Your Honor.

19  BY MS. EAGAN:

14:09:00 20  Q    Dr. Cantor, my understanding from paragraph 63 of your

21  declaration is that the other study that you point to in

22  support of your assertion that testing revealed that puberty

23  blockers did not improve mental health any more than mental

24  health does on its own is the Achille study you mentioned

14:09:29 25  earlier today; is that right?

PLAINTIFFS005856

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 17 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 114 of 210

320

1    A       Yes.

2    Q       If you, please, sir, could turn to Plaintiffs' Exhibit 42

3    in that binder in front of you, and this would be the

4    plaintiffs' exhibits that we were looking at earlier.

14:09:42  5    A       Yep.  Got it.

6    Q       All right.  Is Plaintiffs' Exhibit 42 the Achille study

7    that we just mentioned?

8    A       Yes.

9    Q       All right.

14:09:59 10           MS. EAGAN:  Your Honor, do you mind if I take this off

11   of this?

12           THE COURT:  That's fine.

13   BY MS. EAGAN:

14   Q       All right.  I am going to -- so this is Plaintiffs'

14:10:15 15   Exhibit 42.

16           And the Achille study, again, was -- in this case if we

17   look at the abstract, the background of the study or the

18   purpose of the study was to examine the associations of

19   endocrine intervention puberty suppression and/or cross-sex

14:10:35 20   hormones therapy with depression and quality of life scores

21   over time in transgender youths.

22           That was the purpose of the study, correct?

23   A       Yes.

24   Q       And looking down to the results section, between 2013 and

14:10:56 25   2018 -- so this went over a five-year period, right?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005857

1    A      Yes.

2    Q      And there were 50 participants in the study, correct?

3    A      That sounds right, yes.

4    Q      All right.  And that they received endocrine intervention

14:11:17 5   both -- some were in the form of puberty blockers, and some

6    were in the form of cross-sex hormones, but endocrine -- and

7    over that time period and completed three waves of

8    questionnaires.

9          Is that your recollection of this study?

14:11:30 10  A      Yes, roughly.

11   Q      Okay.  And when that was -- with those treatments, mean

12   depression scores and suicidal ideation decreased over time,

13   which means their depression was -- went down, or they got

14   better.  Suicidal ideation went down, which is improvement,

14:11:50 15  correct?

16   A      Yes.

17   Q      While mean quality of life scores improved over time.

18          And then it goes on to say, When controlling for

19   psychiatric medications and engagement in counseling,

14:12:03 20  regression analysis suggested improvement with endocrine

21   intervention.  And then it goes on to say that this reached

22   significance in male to female participants.  And the male to

23   female participants, those are ones that were receiving hormone

24   therapy, correct?

14:12:23 25  A      I believe they were both receiving hormone therapy.  It

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005858

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 19 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 116 of 210

322

```
 1    was not significant in one group, and so they're just reporting

 2    the successful in the other and not reporting the nonsuccessful

 3    group.

 4    Q    Well, let's talk about that.  Let me pull up paragraph 63

 5    of your declaration.

 6         When you're discussing this study, here is what you said.

 7    You said that upon follow-up, some incremental improvements

 8    were noted; however, after -- so, in other words, upon

 9    follow-up, they saw improvements.

10         But after statistically adjusting for psychiatric

11    medication and engagement and counseling, quote, most

12    predictors did not reach statistical significance.

13         And that's your basis -- that statement is your basis to

14    say there was not a statistical significance of difference

15    between just counseling versus with meds; is that right?

16    A    I'm sorry.  Could you say that part again?

17    Q    The language that you seize onto, to say that puberty

18    blockers did not improve mental health more than mental

19    healthcare did on its own --

20    A    Right.

21    Q    -- was the statement in the study that most predictors did

22    not reach statistical significance.

23    A    Well, I wouldn't say that I derived that just from that

24    sentence.  It's just easier to convey that idea to readers by

25    using the sentence.  My evaluation of the study is by those
```

PLAINTIFFS005859

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 20 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 117 of 210

323

1    statistics directly.

2    Q    All right.  Let's go to the language in the study that

3    they talk about, the regression analysis that you were just

4    referencing there.

14:14:11  5          Okay.  And this is here in the regression analysis.

6          Let me first say this:  The mean changes over time.  And

7    it does say, Mean depression scores decreased.  Quality of life

8    improved, but did not reach statistical significance.

9          But then when you go on to the regression analysis, here

14:14:39 10   is what it says.  It says, Given our modest sample size --

11   which in this case was 50 people, right?

12   A    Yes.

13   Q    Given our modest sample size, particularly when stratified

14   by gender, most predictors did not reach statistical

14:14:57 15   significance.

16          So one of the contributing factors to that, of course, was

17   the size of the number of participants, correct?

18   A    Yes.  In statistics, that's a truism.  The precision of

19   the statistics is the direct -- direct result of the sample

14:15:20 20   size.

21   Q    Okay.  And then it goes on to say, That being said, effect

22   sizes values were notably large in many models.  In the male to

23   female participants, only puberty suppression reached a

24   significance level.  And it gives the number in one of the

14:15:43 25   sample -- one of the tests, and associations with the two other

PLAINTIFFS005860

1    scores approached significance.

2         And then it goes on to say, For female to male

3    participants, only cross-sex hormone therapy approached

4    statistical significance.

14:15:57  5         All right.  Statistical significance are not -- on all

6    planes, the numbers improved, correct?

7    A    No.  That's -- the very meaning of determining --

8    factoring in whether something is statistically significant or

9    not.

14:16:15 10   Q    Ultimately, the writers of this study stated, if you look

11   at the next paragraph -- or look on the discussion part if you

12   want -- can you see the screen up here?

13   A    Oh, I have the same thing on this screen.

14   Q    Oh.  You have got one.  Okay, good.

14:16:31 15        Our results suggest that endocrine intervention is

16   associated with improved mental health among transgender youth.

17        Did I read that right?

18   A    Yes.  Those are their words.

19   Q    Doctor, to be clear, you agree that the U.S.-based medical

14:17:15 20   association guidelines and position statements are in support

21   for the use of medical treatment combined with mental health

22   treatment for adolescents with gender dysphoria, correct?

23   A    I don't think I would phrase it quite that strongly.  Most

24   of the associations are using relatively vague terms.  And it's

14:17:35 25   not clear when they're talking about adults or children, when

PLAINTIFFS005861

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 22 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 126 of 210

326

```
              1    Q     And the Dutch approach is also, I believe, what you call

              2    that watchful waiting approach?

              3    A     No.

              4    Q     Okay.  The Dutch approach is what is accepted -- I have

14:19:24      5    already said what you said.

              6          The Dutch approach says social transition can happen at

              7    age 12, puberty blockers may be prescribed at age 12, hormones

              8    at age 16, and then resolve other mental health issues before

              9    transition.  That's the Dutch method?

14:19:43     10    A     Yes.

             11    Q     Do you know how that approach aligns with protocols that

             12    are utilized at UAB Children's in Alabama?

             13    A     I don't know.

             14    Q     In any event, what you say is internationally the most

14:20:03     15    widely-respected and utilized method for treatment of children

             16    who present with gender dysphoria, you would agree that that

             17    approach would be a felony in Alabama with this new law,

             18    correct?

             19    A     Yes.  It's true that the Alabama law didn't leave an

14:20:26     20    exception for research purposes.

             21    Q     Okay.  So let's talk about the European countries that you

             22    mentioned very briefly, the UK, Finland, Sweden and France.

             23          When you look at those four European countries, Doctor,

             24    not one of them has enacted a ban to puberty blockers and

14:20:46     25    hormone treatments as Alabama has done here, correct?
```

PLAINTIFFS005862

|          |   |                                                           |
|----------|---|-----------------------------------------------------------|
|          | 1 | A      No.                                                |
|          | 2 | Q      That's not correct?                                |
|          | 3 | A      Correct.  That is not correct.                     |
|          | 4 | Q      UK has not fully banned puberty blockers and hormone |
| 14:21:00 | 5 | treatments in youth 18 and younger?                       |
|          | 6 | A      That's correct.                                    |
|          | 7 | Q      Finland has not banned -- let me ask it this way:  Has |
|          | 8 | Finland banned blockers and hormone treatments in youth ages 18 |
|          | 9 | and under for gender dysphoria?                           |
| 14:21:16 | 10 | A      Yes, I believe it has.                            |
|          | 11 | Q      It has?                                           |
|          | 12 | A      I believe so.                                    |
|          | 13 | Q      A blanket ban?  Should I refer you to paragraph 131 of |
|          | 14 | your declaration, sir?                                   |
| 14:21:47 | 15 | A      Hang on.  That's just where I am now.             |
|          | 16 | Q      Okay.                                            |
|          | 17 | A      Oh, yes, they did leave an exception for hormones.  The |
|          | 18 | total ban was on surgery.                               |
|          | 19 | Q      Thank you, sir.                                  |
| 14:22:05 | 20 | Sweden, has Sweden put an absolute ban on puberty        |
|          | 21 | blockers?                                               |
|          | 22 | A      Yes.                                             |
|          | 23 | Q      And bear with me.  Have they put a ban on puberty blockers |
|          | 24 | and hormone treatments in youth ages 18 and under for gender |
| 14:22:23 | 25 | dysphoria in Sweden?                                    |

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

PLAINTIFFS005863

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 24 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 122 of 210

328

1    A       18 and under?

2    Q       Yes, sir.

3    A       No.  They allowed exceptions for 16 year olds -- 16 year

4    olds within research circumstances.

14:22:32  5    Q       Has France banned the use of puberty blockers and hormone

6    treatments for adolescents ages 18 and under?

7    A       No.

8    Q       Can you point me to a single country, Doctor, in Europe

9    that has put a blanket ban on the use of puberty blockers or

14:22:50 10    hormone treatments for youth ages 18 and under for gender

11    dysphoria?

12    A       Blanket ban in the way you're describing it, no.

13                THE COURT:  How about any country?

14                THE WITNESS:  No, not that I know of.

14:23:04 15    BY MS. EAGAN:

16    Q    I want to turn very briefly to the subject of -- I will

17    use your word desistance.

18         If you turn to paragraph 36 of your declaration.

19    A    Yes.

14:23:36 20    Q    In that -- you state, Among prepubescent children who feel

21    gender dysphoric, the majority cease to want to be the other

22    gender over the course of puberty ranging from 61 to 80 percent

23    desistance across the large prospective studies.

24         I know that's a point that you also raised earlier today.

14:23:59 25         So I want to ask this question:  Of those that number, do

PLAINTIFFS005864

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 25 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 123 of 210

329

1   you know, Doctor, what percentage of those kids cease to want

2   to be the other gender -- that's using your words -- before or

3   as they enter puberty, in other words, before they actually get

4   into puberty?  Do you know how many of those desisters are in

14:24:27 5   that window?

6   A    I must not be understanding your question, because it

7   makes me want to say the same number that's in the report, 61

8   to 88 percent.  What's different from what I said and what

9   you're asking?

14:24:39 10   Q    The 61 to 88 percent, is that children that realign with

11   their birth sex before -- or as they're entering into puberty,

12   that's that number?

13   A    Yes.

14   Q    Okay.  All right.  So I want to focus on a different

14:25:01 15   category of youth.  Let me ask you this:  The medications in

16   the United States, puberty blockers and hormone treatments

17   cannot be given to kids for gender dysphoria until after

18   they've actually entered into puberty, correct?

19   A    Very many clinics are doing it as close to the beginning

14:25:23 20   as soon as puberty starts as they are able.

21   Q    But it's once they have entered puberty?

22   A    Yes.

23   Q    So let me ask you about that category of youth.

24        And that is adolescents who have entered into puberty,

14:25:38 25   okay, and who have been -- have suffered from gender dysphoria

PLAINTIFFS005865

1    persistently, consistently, and insistently in childhood

2    leading up to puberty, okay?

3    A      Okay.

4    Q      Do you have any data regarding what percentage of those

14:25:58 5    individuals desist after they enter into puberty?

6    A      No.  I don't think that level of follow-up has yet been

7    conducted.

8    Q      And, Doctor, in fact, it's your belief that the

9    majority -- that while the majority of prepubescent kids cease

14:26:35 10   to feel trans, you know, to puberty or during puberty, in other

11   words, as they enter into puberty, the majority of kids who

12   continue to feel trans after puberty rarely cease?

13   A      That does seem to be the case, yes.

14   Q      Okay.  Doctor, are you being paid to be here to testify

14:27:10 15   today?

16   A      Yes.

17   Q      What's your rate?

18   A      400 an hour.

19   Q      Who is paying your fees?

14:27:14 20   A      The Alabama state -- State of Alabama.

21   Q      Okay.  Dr. Cantor, have you attempted to recruit parents

22   in Alabama whose children have gender dysphoria and were

23   prescribed or referred to gender-affirmative treatments, have

24   you tried to recruit them to give a witness statement in this

14:27:38 25   case that they believe the treatments are harmful?

PLAINTIFFS005866

Case 4:22-cv-00325-RH-MAF   Document 177-4   Filed 04/27/23   Page 27 of 29
Case 2:22-cv-00184-LCB-CWB   Document 105   Filed 05/08/22   Page 125 of 210

331

```
 1   A      No.

 2   Q      Do you tweet?

 3   A      Yes.

 4          MS. EAGAN:  Your Honor, may I approach?

 5          THE COURT:  Yes.

 6   BY MS. EAGAN:

 7   Q      Doctor, I've marked as Plaintiffs' Exhibit 45 a tweet

 8   Dr. James Cantor retweeted.  And it's -- let me say this:  Is

 9   this a tweet that you actually did?

10   A      No.  I --

11   Q      You retweeted?

12   A      Retweeted, exactly.

13   Q      From a group called Genspect, or what's -- I don't tweet.

14   Would you call that a group?  I guess it's a group called

15   Genspect?

16   A      It's there is a group called Genspect, and this is their

17   Twitter account.

18   Q      All right.  And then you retweeted it?

19   A      Yes.

20   Q      And it says, Urgent.  Attention.  Alabama parents, if your

21   child experienced gender dysphoria and was prescribed or

22   referred to gender-affirmative treatments and you believe these

23   treatments are harmful, please direct message, e-mail us at

24   once.  We are looking for witness statements.  Can be anon.

25          By anon, I guess that means anonymous, correct?
```

PLAINTIFFS005867

Case 4:22-cv-00325-RH-MAF Document 177-4 Filed 04/27/23 Page 28 of 29
Case 2:22-cv-00184-LCB-CWB Document 105 Filed 05/08/22 Page 126 of 210

332

```
 1    A      That would be my reading, yes.
 2    Q      All right.  Doctor, have you seen a sworn statement under
 3    penalty of perjury for any Alabama parent whose kid received
 4    puberty blockers or hormones and the parent said the
14:29:50 5    medications hurt their kid more than they helped them?
 6    A      I'm sorry.  Did you ask have I seen such a statement?
 7    Q      Yes, sir.
 8    A      Not that I recall.
 9           MS. EAGAN:  Nothing further.
14:30:05 10           THE COURT:  Any redirect?
11           MR. DAVIS:  Short.
12           THE COURT:  Ms. Eagan, did you intend to offer that
13    into evidence or no?
14           MS. EAGAN:  Oh, yes.  Thank you, Judge.  I offer
14:30:37 15    Plaintiffs' Exhibit 45.
16           THE COURT:  It will be admitted.
17                     REDIRECT EXAMINATION
18    BY MR. DAVIS:
19    Q      Dr. Cantor?
14:30:51 20    A      Hi.
21    Q      Is it true as a clinician you are not treating anyone who
22    has presented with gender dysphoria as an adult or as a child?
23    A      I treat adults with gender dysphoria, not children.
24    Q      You are not treating them while they are adolescents or
14:31:09 25    children, you are not currently treating someone who is like
```

PLAINTIFFS005868

Case 4:22-cv-00325-RH-MAF Document 177-4 Filed 04/27/23 Page 29 of 29
Case 2:22-cv-00184-LCB-CWB Document 105 Filed 05/08/22 Page 216 of 216

416

<u>CERTIFICATE</u>

    I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


<u>05-08-2022</u>

Christina K. Decker, RMR, CRR         Date

Federal Official Court Reporter

ACCR#:  255