## Omar Gonzalez-Pagan

| | |
|---|---|
| **From:** | Publications <publications@endocrine.org> |
| **Sent:** | Tuesday, April 4, 2023 8:22 AM |
| **To:** | Omar Gonzalez-Pagan |
| **Subject:** | RE: Question re peer-review process at JCEM |

Dear Dr. Gonzalez-Pagan,

Thank you for your email. Usually the handling editor with make a decision on a Letter to the Editor without peer review, but occasionally an external reviewer will be invited. It is at the editor's discretion.

If a Letter to the Editor is accepted, the authors of the original article the letter is regarding will be invited to submit a response.

Please let me know if you have any other questions.

Best regards,
Lisa Tetrault
JCEM Editorial Office



**PUBLICATIONS**

2055 L STREET NW, SUITE 600, WASHINGTON, DC 20036
T. 202.971.3636   F. 202.736.9705   D. 202.971.3636
publications@endocrine.org    endocrine.org

---

**From:** Omar Gonzalez-Pagan <ogonzalez-pagan@lambdalegal.org>
**Sent:** Monday, April 3, 2023 4:58 PM
**To:** Publications <publications@endocrine.org>
**Subject:** Question re peer-review process at JCEM

Good afternoon,

I am writing to inquire about the review process for letters to the editor published in JCEM.  Are these letters externally peer-reviewed?

Thank you in advance for your attention to this matter.

Regards,

Omar Gonzalez-Pagan
Counsel and Health Care Strategist*
Pronouns: He/Him/His
Lambda Legal
120 Wall Street, 19th Floor
New York, New York 10005-3919
Work: 212-809-8585, ext. 2211  |  Mobile: (617) 686-3464

Pl. Trial Ex. 099

PLAINTIFFS003841

Email: ogonzalez-pagan@lambdalegal.org | Fax: (212) 658-9721
http://www.lambdalegal.org
* *Admitted in Massachusetts and New York.*



To become a member or make a donation, visit http://www.lambdalegal.org/join

CONFIDENTIALITY NOTICE: This email transmission from Lambda Legal Defense and Education Fund, Inc. and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email or by telephone at (212) 809-8585, ext. 2211, and destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

PLAINTIFFS003842