```
From:    "James Shupe (Formerly Jamie Shupe)"
Sent:    3/30/2020 7:03:50 PM
To:      "Julianne Young" <juliannehyoung@gmail.com>, "QUENTIN VAN METER" <kidendo@comcast.net>
Cc:      "Michelle Cretella" <drmcretella@gmail.com>, "Dr. Fred Deutsch" <drfred@deutschclinic.com>, "Kelsey Coalition"
         <kelseycoalition@gmail.com>, "Mary McAlister" <mmcalister@childparentrights.org>, "Natasha Chart"
         <natasha.chart@gmail.com>, "Richard Mast" <rmast@lc.org>, "Steve Smith" <steve@stevesmithlaw.com>, "David Pickup"
         <davidpickup1mft@gmail.com>, "Eunie Smith" <alaeagle@charter.net>, "Gary McCaleb" <mccgsm@gmail.com>, "Glenn Ridder"
         <glenn.ridder@outlook.com>, "Horvath Hacsi" <birdcatcher9@yahoo.com>, "Michael Laidlaw" <mike@drlaidlaw.com>, "Jane
         Robbins" <rlrobb123@gmail.com>, "Lappert Patrick" <patrick@lappertplasticsurgery.com>, "MD Paul Hruz PhD"
         <hruz_p007@att.net>, "Margaret Clarke" <margaretclarke317@icloud.com>, "Matt Sharp" <msharp@adflegal.org>, "McHugh
         Paul" <pmchugh1@jhmi.edu>, "Monique Robles MD" <pamosa27@comcast.net>, "Roger Brooks" <rbrooks@adflegal.org>, "Timothy
         Millea MD" <tmillea@qcora.com>, "Vernadette Broyles" <vbroyles@childparentrights.org>, "Walt Heyer"
         <waltsbook@yahoo.com>, "William Malone" <malone.will@gmail.com>, "Scott, Greg" <greg.scott@heritage.org>,
         sjvick@senate.idaho.gov
Bcc:
Subject: Re: Idaho Vital Statistics Integrity Act - short window for comments - by Friday, January 24
```

Julianne,

Such wonderful news in otherwise dark times. I've been making a point to pray each day, asking that the Governor would sign these bills, and those prayers have now been answered. But stay strong, please, because a lot of hate will no doubt be coming your way as the problematic elements of the media feign outrage.

Blessings, and many thanks for all of your hard work and courage to pass this historic legislation.

James


On Monday, March 30, 2020, 09:23:10 PM EDT, QUENTIN VAN METER <kidendo@comcast.net> wrote:

God is with us!

Quentin

> On March 30, 2020 at 8:26 PM Julianne Young <juliannehyoung@gmail.com> wrote:
>
> Dear Friends,
>
> I cannot thank you enough for your help and support! It is official-- Governor Little signed both H500 and H509 today! Many tears and prayers of gratitude! The fight goes on!
>
> With love and gratitude,
> Julianne Young
>
> On Fri, Mar 27, 2020 at 12:27 PM Julianne Young < juliannehyoung@gmail.com> wrote:
>
>> Thanks to Arthur for forwarding the email below. It is imperative that we keep our governor hearing our support for these bills.
>> 208-334-2100 | governor@gov.idaho.gov

Pl. Trial Ex. 100

PLAINTIFFS005301

Julianne Young

**From:** Arthur Schaper <Arthur@massresistance.org>
**Sent:** Friday, March 27, 2020 10:32 AM
**To:** Representative Julianne Young <JYoung@house.idaho.gov>
**Subject:** Fw: URGENT: In a pandemic, anti-LGBTQ extremists in Idaho attack transgender youth

Hey Julianne:

This organization is based in Massachusetts, and they are also targeting the Governor of Idaho.

We are still going after the Governor, though, to make sure that he signs or at least allow the bills to become law.


Arthur Schaper, Organization Director
Website: MassResistance.org
Email: arthur@massresistance.org
(781) 890-6001
@MassResistance
@CAMassResistanc

---

**From:** Hannah Willard, Freedom for All Americans <editor@freedomforallamericans.org>
**Sent:** Thursday, March 26, 2020 5:03 AM
**To:** Arthur Schaper
**Subject:** URGENT: In a pandemic, anti-LGBTQ extremists in Idaho attack transgender youth

Bad bill alert in Idaho, Friend:

**The *first and only* anti-transgender student athlete bill to pass this year is on the Governor's desk there *right now*.**

That's right—while many state governments are trying to help people suffering in this pandemic, Idaho lawmakers are trying to hurt vulnerable youth. The cruelty is *extreme*, friend, and really shows just how determined anti-LGBTQ forces are to hurt our community.

The Governor is skeptical about the bill, so there's a chance he'll veto. But we're not leaving this up to chance: We're running online ads into Idaho right now, activating Idahoans to call for his veto. And we're coordinating local businesses to call for a veto too.

**Idaho's Governor has until the middle of next week to veto.** If you're able, and if you've already supported those who are suffering in your

<u>community right now, will you chip in $8 to our state campaigns team ASAP so we can keep the pressure on him?</u>

If he vetoes, it will be a huge victory for our movement. But even then, *dozens* of similar bills are still active in legislatures across the country—and legislative sessions this year could drag on, into the summer or longer.

While some legislatures have gaveled out, or have suspended other work to deal with the public health crisis, some haven't. And when the pandemic is contained, weeks or even months from now, and lawmakers are back at work, anti-LGBTQ legislation could be at the top of their agenda.

**Our state leaders need to focus on what matters—containing the virus, increasing testing, bolstering the economy, helping families, and ensuring children are able to learn from home. Not attacking our most vulnerable youth.**

<u>Help us fight anti-transgender legislation, in Idaho and across the country, for as long as it takes. If you can, chip in $8 to our state campaigns team.</u>

Thanks,

Hannah Willard,
Senior Director of Campaigns

LIKE    FOLLOW

FreedomforAllAmericans.org
If your name has changed, click here to update it.
If you'd no longer like to receive these emails, click here.

On Fri, Mar 27, 2020 at 6:26 AM Julianne Young < juliannehyoung@gmail.com> wrote:

> At the end of the day yesterday the newly posted information on the governor's website showed that there are only 30 bills left awaiting action. H500 (Fairness in Women's Sports- protecting biological males from competing in women's sports) and H509 (The Idaho Vital Statistics Act) are among those which have been left without action. These are subject to possible veto or signing through the 31st. If they are not been vetoed before 6:33 PM on the 31st they can become law even if they are not signed. We need to continue letting the governor know that these are important to us. Thank you.
>
> Julianne Young
>
> On Tue, Mar 24, 2020 at 8:18 PM Julianne Young < juliannehyoung@gmail.com> wrote:
>
>> My sincere apologies to all, but the governor's office decided at around noon today that they had until the 31st to act on these bills. We now have until the 31st to continue expressing public support!
>>
>> On Mon, Mar 23, 2020 at 1:20 PM Julianne Young < juliannehyoung@gmail.com> wrote:

One more post on time frames: Apparently since H509 was transmitted to the governor before we adjourned, the 5 days still applies. That means that he has until tomorrow afternoon at 2:40 pm to act on it. As of last night he hadn't addressed it yet.

On Sat, Mar 21, 2020 at 8:58 AM James Shupe (Formerly Jamie Shupe) < jamie.shupe@yahoo.com> wrote:

> Fred,
>
> I've wrestled with whether or not I should bite my tongue or in a military-style "after actions review" kinda way, I should chime in with how I saw things play out.
>
> Okay, so first off, I'm grateful for your courage to do this bill because it's a big strike in the right direction. I'm also saddened that you're taking a lot of heat, but that was to be expected and you knew that was coming going into the fight. All that said, there were, however, in my view some serious problems in, for a lack of a better word, the "campaign" to pass the legislation. As I stated previously, I thought it was a horribly bad idea to have folks that are still trans-identifying testifying or otherwise involved. You have to consider that if you were to somehow piss them off, they could turn all of our emails over the ACLU, etc. That was literally like having people testifying "don't do this, even though I'm doing it because it's lifesaving." And, of course, the argument from your foes was "we can help people like those folks do it even better, and without the surgeries, because we got them young when they most needed the help." So that was an all-around bad idea. Next up, as I understood it, and please correct me if I'm wrong, but your platform was that you weren't against adults transitioning. Let's all be honest, there's no such thing as transitioning, and the harm in that approach is it's being complicit in unleashing these folks on females. By condoning the creation of these trans adults, it's being complicit in allowing them to compete in female sports, invade women's spaces such as bathrooms, locker rooms, homeless shelters, prisons, the compelled speech, pronoun issues, etc. There's real harm in that and it's something I've stood against even before I desisted.
>
> In the future, I think a better approach in this regard is to say we support adults having autonomy over their bodies but we refuse to participate in the delusion that they've changed sex because of gender identity or because of the medical treatments. Further, these adults have to take responsibility for the changes they've made to their bodies in regard to how they navigate society and even the medical system. To be crass, cutting my penis off doesn't warrant me getting into a female bathroom because it's a choice I made as an adult with autonomy over my body.
>
> So again, Fred, I am truly grateful for your hard work and willingness to do this because it's put the language and framework into place for other states to hopefully be successful. I just hope they come at it differently.
>
> For those of you that haven't updated my email address yet, please change it to james.shupe.fl@gmail.com
>
> I'm legally back to James now, so it's time to put Jamie to rest, forever. Jamie was a failed medical and psychiatric experiment, nothing more.
>
> Blessings,
>
> James
>
> On Thursday, March 19, 2020, 03:32:54 PM EDT, Dr. Fred Deutsch < drfred@deutschclinic.com> wrote:
>
> Thank you for your courage. Though our session in SD is now over and our efforts to protect gender-confused vulnerable children failed, I continue to receive ugly email and social media posts. America needs more state legislators like you. -- Fred Deutsch, South Dakota Rep.

**From:** Julianne Young <juliannehyoung@gmail.com>
**Sent:** Thursday, March 19, 2020 11:19 AM
**To:** Michelle Cretella <drmcretella@gmail.com>
**Cc:** Kelsey Coalition <kelseycoalition@gmail.com>; James Shupe (Formerly Jamie Shupe) <jamie.shupe@yahoo.com>; Mary McAlister <mmcalister@childparentrights.org>; Natasha Chart <natasha.chart@gmail.com>; Richard Mast <RMast@lc.org>; Steve Smith <steve@stevesmithlaw.com>; Dr. Fred Deutsch <drfred@deutschclinic.com>; David Pickup <davidpickuplmft@gmail.com>; Eunie Smith <alaeagle@charter.net>; Gary McCaleb <mccgsm@gmail.com>; Glenn Ridder <glenn.ridder@outlook.com>; Horvath Hacsi <birdcatcher9@yahoo.com>; Michael Laidlaw <mike@drlaidlaw.com>; Jane Robbins <rlrobb123@gmail.com>; Lappert Patrick <patrick@lappertplasticsurgery.com>; MD Paul Hruz PhD <hruz_p007@att.net>; Margaret Clarke <margaretclarke317@icloud.com>; Matt Sharp <msharp@adflegal.org>; McHugh Paul <pmchugh1@jhmi.edu>; Monique Robles MD <pamosa27@comcast.net>; Quentin Van Meter <kidendo@comcast.net>; Roger Brooks <rbrooks@adflegal.org>; Timothy Millea MD <TMillea@qcora.com>; Vernadette Broyles <vbroyles@childparentrights.org>; Walt Heyer <waltsbook@yahoo.com>; William Malone <malone.will@gmail.com>; Scott, Greg <Greg.Scott@heritage.org>; sjvick@senate.idaho.gov
**Subject:** Re: Idaho Vital Statistics Integrity Act - short window for comments - by Friday, January 24

H509 passed the Senate 27-6 with the support of every Republican Senator. The governor is receiving national pressure to veto. Any support that can be communicated is helpful: governor@gov.idaho.gov

Here is a link to my Facebook page where I posted my comments, as I provided them to CNN, along with a link to their 'news coverage' of H509. https://www.facebook.com/YoungForIdahoHouse/

Thank you again for your help and support in this effort. Prayers for the governor and his staff now!

Julianne Young

On Tue, Mar 17, 2020 at 7:34 AM Julianne Young <juliannehyoung@gmail.com> wrote:
> Yesterday H500, a bill protecting female athletes from being displaced by biological males, was debated in the Senate and passed 11 to 24. I believe the vote will be similar on H509. It is now about bill number 30 on the Senate third reading calendar. I continue to pray that we get a vote before we are disbanded due to the coronavirus. If we adjourn, it will die. It could be late today if bills move quickly or, perhaps, tomorrow.
>
> Julianne Young
>
> On Sat, Mar 14, 2020 at 8:51 AM Julianne Young <juliannehyoung@gmail.com> wrote:
>> Our committee hearing went well and we came through Senate State Affairs with a party line vote. 509 has been hanging on the Senate third reading calendar waiting for a floor vote for several days and they are not moving business through very quickly. There are more than 50 bills ahead of us and they are talking about adjourning mid-week next week because of the corona virus. We have the support of leadership but the Democrats will be attempting to use the time pressure against us. Your prayers are appreciated.
>>
>> On Thu, Mar 5, 2020 at 8:13 AM Julianne Young <juliannehyoung@gmail.com> wrote:
>>> It has been confirmed that we will get a hearing toward the beginning of next week.
>>>
>>> On Wed, Mar 4, 2020 at 8:49 AM Julianne Young <juliannehyoung@gmail.com> wrote:

I believe that our ability to address the negative AG opinion which came out Friday (after H509 passed the House) will be critical. I'm attaching the opinion (with my scribbles). Your criticism and suggestions are appreciated. Thanks.

On Wed, Mar 4, 2020 at 7:44 AM Julianne Young <juliannehyoung@gmail.com> wrote:

> I heard from the Speaker last night that we will have a hearing for H509 on the Senate side. I will be more confident in this when I hear it from the chairman, but I have good reason to hope. It's time to think about what we will present and who might be able to testify. I will let you know as soon as I have more information.
>
> On Sat, Feb 22, 2020 at 2:50 PM <drmcretella@gmail.com> wrote:
>
>> Yes. This must be personalized!
>>
>> Stories - not facts - move people to act!
>>
>> Sent from my iPhone
>>
>>> On Feb 22, 2020, at 4:25 PM, Kelsey Coalition <kelseycoalition@gmail.com> wrote:
>>>
>>> Although we all know this whole thing is ridiculous and it is Orwellian that we have to have a bill to say that 1+1=2, I think sometimes people can see this issue more clearly when we can personalize the issue.
>>>
>>> Consider if you are a mother of a daughter. One day your daughter could decide without your involvement to change her birth certificate. This legal document would now say that you gave birth to a son. You have zero say. This document is a lie about your personal life and your health history and is happening to KC parents in many states. https://transgenderlawcenter.org/resources/id/state-by-state-overview-changing-gender-markers-on-birth-certificates
>>>
>>> On Sat, Feb 22, 2020 at 2:57 PM James Shupe (Formerly Jamie Shupe) <jamie.shupe@yahoo.com> wrote:

As these bills are advanced, I think it's important to do at least some education on the history of gender identity, even if just briefly, because I don't believe there are very many lawmakers that are actually knowledgeable on the topic. No doubt many of them will find it disturbing to learn they're older than the quack theories behind the whole sham.

James

On Saturday, February 22, 2020, 02:48:38 PM EST, Michelle Cretella <drmcretella@gmail.com> wrote:

But it is even worse than any other example in history in the sense that the State is forcing people to participate in a lie akin to 2+2=5 ... I mean NO ONE should have to appeal to their "Freedom of Religion/Conscience" to stand up against 2+2=5 / a man is NOT a woman! If this is not the definition of insane I don't know what is!

On Sat, Feb 22, 2020 at 2:14 PM Mary McAlister <mmcalister@childparentrights.org> wrote:
> Excellent point Dr. C. That is one of the arguments we are making regarding the school affirmation policies, i.e., the state is compelling students to utter a false statement, which violates free speech and free exercise rights (or rights of conscience generally). That's underlying pronoun policies and privacy facilities use policies requiring children to affirm classmates are girls when

PLAINTIFFS005307