```
Attachment:
From:       Vernadette Broyles
Sent:       10/30/2019 7:40:08 AM
To:         "Fred Deutsch" <Fred.Deutsch@sdlegislature.gov>, "Cretella Michelle" <drmcretella@gmail.com>, "Michael Laidlaw"
            <mike@drlaidlaw.com>, "MD Paul Hruz PhD" <hruz_p007@att.net>, "Monique Robles MD" <pamosa27@comcast.net>, "McHugh
            Paul" <pmchugh1@jhmi.edu>, "William Malone" <malone.will@gmail.com>, "Matt Sharp" <msharp@adflegal.org>, "Brooks
            Roger" <rbrooks@adflegal.org>, "Gary McCaleb" <gmccaleb@adflegal.org>, "Shafer Jeff" <jshafer@adflegal.org>,
            "Keller Jonathan" <jonathank@californiafamily.org>, "Burt Greg" <gregb@californiafamily.org>, "Laura Haynes"
            <laurahaynesphd3333@gmail.com>, "Jax Rene" <renejaxiwritebooks@gmail.com>, "Horvath Hacsi"
            <birdcatcher9@yahoo.com>, "Grossman Miriam" <miriamgrossmanmd@hotmail.com>, "Andre Van Mol" <95andrev@gmail.com>,
            "James Shupe" <jamie.shupe@yahoo.com>
Cc:         "Mary McAlister" <mmcalister@childparentrights.org>, "Quentin Van Meter" <kidendo@comcast.net>, "Jane Robbins"
            <rlrobb123@gmail.com>
Subject:    Fwd: GA bill
Attachments: PastedGraphic-13.png, PRESS RELEASE - EHRHART - VULNERABLE CHILD PROTECTION ACT.pdf
```

Team

Truth is arising in Georgia! Representative Earhart, with whom Jane Robbins and I met a couple of weeks ago, released this press statement today. She is filing our bill this legislative session in Georgia.

Kudos to Quentin, who makes a powerful statement in support of this bill right out the starting gate! You all should know that Ginny (Rep. Earhart) beat her Democratic opponent last year in a very purple district within the city limits of Atlanta who was a trans-activist parent campaigning on this issue. Ginny stood passionately and courageously on the truth and beat her. She is a fantastic God-choice to carry this bill forward. And she's working with Fred too.

Am stoked for what God is doing in Georgia — including a stall to the trans activist agenda in Pickens County (we're on it)! And intercessors are praying. Please add us and Rep. Ginny Earhart to your prayer teams around the country.

Quentin — May need your help on Pickens County - will be in touch.

Blessings to all!

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel
Child & Parental Rights Campaign
5805 State Bridge Road
Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org

Pl. Trial Ex. 102

PLAINTIFFS001521

www.childparentrights.org

PLAINTIFFS001522