PLOS ONE

FORMAL COMMENT

# Formal comment on: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria

Angelo Brandelli Costa[1,2]*

1 Psychology Graduate Program, Pontifical Catholic University of Rio Grande do Sul, Porto Alegre, Brazil,
2 Gender Identity Program, Hospital de Clínicas de Porto Alegre, Porto Alegre, Brazil

* angelo.costa@pucrs.br



OPEN ACCESS

Citation: Brandelli Costa A (2019) Formal comment on: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS ONE 14(3): e0212578. https://doi.org/10.1371/journal.pone.0212578

Editor: Daniel Romer, University of Pennsylvania, UNITED STATES

Published: March 19, 2019

Copyright: © 2019 Angelo Brandelli Costa. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

Funding: No funding (internal or external) were received to support this work.

Competing interests: The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

I have read with great attention the article by Lisa Littman published in PLOS ONE [1]. Further study on the forms of presentation of gender dysphoria in childhood and adolescence is imperative since we still lack consensus regarding the best diagnostic and treatment approaches for this matter. Dr. Littman's main objectives were "to (1) collect data about parents' observations, experiences, and perspectives about their AYA children showing signs of a rapid onset of gender dysphoria that began during or after puberty, and (2) develop hypotheses about factors that may contribute to the onset and/or expression of gender dysphoria among this demographic group" [1].

One possibility to address the purpose that the study originally proposes is to follow a group of gender variant young people evaluated by mental health professionals in a longitudinal way, to assess if those who persist demanding gender affirmation differ (in terms of contact and social influence, or other factors) from those who do not persist. Another (much simpler) approach could involve a cross-sectional design, in which transgender youth answered questions concerning their networks and peer influence. In contrast to those possible approaches, Dr. Littman's research provides only indirect evidence of the role of the influence of social and media contagion on young people's gender identity. Littman's article recruited parents online. Some of the websites that posted recruitment information about the study might attract parents who are more likely to question their child's gender self-identification and the current best healthcare approaches. No youth were enrolled.

Several studies have pointed out the importance of involving young people in studies of their health [2]. From a bioethical point of view, despite several dilemmas [3], this need is guided by the principle of the best interest of children and their right to be represented in the matters that affect them [4]. In this regard, with respect to medical procedures related to gender in childhood (in trans and intersex cases), the WHO among other agencies [5], already recognized the need to take children's voices into account in order to avoid coercive treatments: "the best interests of the child should always be the primary concern, giving due weight to the views of children in accordance with their age and maturity, and taking into account their evolving capacity for decision-making" (p13).

Evidence also points to a low correlation between parents' and children' self-evaluation in several domains of mental health [6]. For example, regarding quality of life, a systematic review verified that parent and children do not agree in the evaluation for children non-observable states (such as emotions) [6]. The authors point to the need for collecting information from both parts. The same seems to be true in the assessment of children's anxiety [7]. This

Pl. Trial Ex. 110

PLAINTIFFS001574



discrepancy may be due to parental attribution bias in the recollection of children's medical history [8]. Furthermore, parents' biases may be enhanced in the presence of stress [9] and psychological symptoms [10]. Studies have shown that this could be the case for a good proportion of parents of gender-variant children and adolescents, who tend to present negative attitudes toward their offspring gender variation [11, 12].

The level of evidence produced by the Dr. Littman's study cannot generate a new diagnostic criterion relative to the time of presentation of the demands of medical and social gender affirmation. Several procedures still need to be adopted to generate a potential new subcategory of gender dysphoria that has not yet been clinically validated. One of these procedures is the assessment of mental health professionals trained according to the World Professional Association for Transgender Health (WPATH) [13] and the American Psychological Association (APA) [14] guidelines, interviewing not just the family, but the youth (longitudinally).

In addition, it is important to note that psychological distress, which is investigated as an outcome in the study in question, is not central to the new diagnosis of gender incongruity proposed by WHO in the new International Classification of Diseases, ICD-11. WHO removed transsexualism from the chapter of psychiatric conditions in the ICD-10 and placed gender incongruence in a chapter of general sexual health and recognizing that the psychological distress could be the result of stigmatization and maltreatment, rather than an intrinsic aspect of gender identity [15].

Parental anxiety seems to increase with the level of gender nonconformity of their children and this anxiety is associated with negative impacts on the well-being of their children [16]. It is therefore not surprising that growing up without proper healthcare and in families that do not support gender and sexual diversity may negatively impact the mental health outcomes of gender variant young people (growing-up to be trans-adults or not) [17].

In this regard, it should be noted that not all children with gender variability grow to be transgender adults and that a transgender adult does not always grow from a childhood diagnosis [18]. In the WPATH' Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People [13], one of the roles of mental health professionals working with children and adolescents with gender dysphoria is to help families to have an accepting and nurturing response to the concerns of their children. Families should be supported in managing uncertainty and anxiety; thus, helping youth to develop a positive self-concept. This does not necessarily mean consenting with an early transition. The American Psychological Association has categorically stated that healthcare professionals should be encouraged to educate themselves about the advantages and disadvantages of social transition during childhood and adolescence and discuss these factors with their youth clients and their parents. It is fundamental to emphasize to parents the importance of allowing their children to be free to return to a gender identity that is aligned with the sex assigned at birth at any point, if it is the case [14].

These developmental complexities are often neglected and deserve further investigation. Data such as those collected by Dr. Littman about parents' views and experiences with youth who show sudden signs of gender dysphoria should be further investigated and documented. The forms of presentation of gender variations in childhood are little known, the clinical management of these children is not fully established, and the refinement of the diagnostic criteria are imperative. However, we must always keep in mind the role that transphobia (still prevalent [19]) has in the negative impact that this gender variation has on society, parents, and therefore on children.

## Author Contributions

**Writing – original draft:** Angelo Brandelli Costa.

PLAINTIFFS001575



## References

1. Littman L. Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PloS ONE. 2018; 13(8); e0202330. https://doi.org/10.1371/journal.pone.0202330 PMID: 30114286

2. Moore L, Kirk S. A literature review of children's and young people's participation in decisions relating to health care. J Clin Nurs.2010; 19(15-16): 2215–2225. https://doi.org/10.1111/j.1365-2702.2009.03161.x PMID: 20659201

3. Glantz LH. Conducting research with children: Legal and ethical issues. J Am Acad Child Psy. 1996; 35 (10): 1283–1291.

4. United Nations. Convention on the Rights of the Child. United Nations; 1989. Available from: https://www.ohchr.org/Documents/ProfessionalInterest/crc.pdf

5. OHCHR, UN Women, UNAIDS, UNDP, UNFPA, UNICEF, WHO. Eliminating forced, coercive and otherwise involuntary sterilization: An interagency statement. Geneve: World Health Organization; 2014.

6. Eiser C, Morse R. Can parents rate their child's health-related quality of life? Results of a systematic review. Qual Life Res 2001; 10(4): 347–357. PMID: 11763247

7. Grills AE, Ollendick TH. Multiple informant agreement and the anxiety disorders interview schedule for parents and children. J Am Acad Child Psy. 2003; 42(1): 30–40.

8. De Los Reyes A, Kazdin AE. Informant discrepancies in the assessment of childhood psychopathology: a critical review, theoretical framework, and recommendations for further study. Psychol Bull. 2005; 131 (4): 483–509. https://doi.org/10.1037/0033-2909.131.4.483 PMID: 16060799

9. Stokes J, Pogg D, Wecksell B, Zaccario M. Parent–child discrepancies in report of psychopathology: the contributions of response bias and parenting stress. J Pers Assess. 2011; 93(5): 527–536. https://doi.org/10.1080/00223891.2011.594131 PMID: 21859293

10. Treutler CM, Epkins CC. Are discrepancies among child, mother, and father reports on children's behavior related to parents' psychological symptoms and aspects of parent–child relationships? J Abnorm Child Psych. 2003; 31(1): 13–27.

11. Grossman AH, D'Augelli AR, Howell TJ, Hubbard S. Parent' reactions to transgender youth' gender nonconforming expression and identity. J Gay Lesbian Soc Serv. 2005; 18(1):3–16.

12. Hill DB, Menvielle E. "You have to give them a place where they feel protected and safe and loved": The views of parents who have gender-variant children and adolescents. J Lgbt Youth. 2009; 6(2–3): 243–271.

13. Coleman E, Bockting W. Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism. 2012; 13(4): 165–232.

14. American Psychological Association. Guidelines for psychological practice with transgender and gender nonconforming people. Am Psychol. 2015; 70(9): 832–864. https://doi.org/10.1037/a0039906 PMID: 26653312

15. Robles R, Fresán A, Vega-Ramírez H, Cruz-Islas J, Rodríguez-Pérez V, Domíngues-Martínez T, et al. Removing transgender identity from the classification of mental disorders: a Mexican field study for ICD-11. Lancet Psychiat. 2016; 3(9): 850–859.

16. Kuvalanka KA, Weiner JL, Munroe C, Goldberg AE, Gardner M. Trans and gender-nonconforming children and their caregivers: Gender presentations, peer relations, and well-being at baseline. J Fam Psychol. 2017; 31(7): 889–899. https://doi.org/10.1037/fam0000338 PMID: 28795828

17. Seibel BL, de Brito Silva B, Fontanari AMV, Catelan RF, Bercht AM, Stucky JL, et al. The Impact of the Parental Support on Risk Factors in the Process of Gender Affirmation of Transgender and Gender Diverse People. Front Psychol. 2018; 9: 399. https://doi.org/10.3389/fpsyg.2018.00399 PMID: 29651262

18. Drescher J, Cohen-Kettenis PT, Reed Gm. Gender incongruence of childhood in the ICD-11: controversies, proposal, and rationale. Lancet Psychiat. 2016; 3(3): 297–304.

19. Norton AT, Herek GM. Heterosexuals' attitudes toward transgender people: Findings from a national probability sample of US adults. Sex roles. 2013; 68(11–12): 738–753

PLAINTIFFS001576