

- home
- backgrounders
- reviews
  - films
  - books
- about us>>
  - about MercatorNet
  - advice for contributors
  - Mercator who?
  - reproducing us
  - resources
  - contact us
  - events
  - Tell a friend about MercatorNet.com
- blogs>>
  - Family Edge
  - Demography Is Destiny
  - Sheila Liaugminas
  - BioEdge
- issues
  - family
  - bioethics
  - religion
  - philosophy
  - human dignity
  - media

search...

Comment (56) | Email | Print | del.icio.us | Technorati | Share
Ad Hoc Committee on Homosexuality and Scientific Research | Tuesday, 22 May 2007

# Facts, not flattery, about same-sex attraction

**Blithe assertions about the gay lifestyle are seldom backed up by scientific studies -- and when they are, the studies are weak.**

Who helps you: someone who fails to tell you the truth or someone who does tell you the truth? The former may make you feel better; they may soothe and flatter, but the truth is more loving. It will help you live a healthier, happier and more fulfilled life.

Defenders and promoters of homosexuality try to cover up the scientifically documented serious promiscuity, inability to maintain sexual fidelity, partner abuse and psychological and medical illnesses associated with the lifestyle. Also, they tell persons with same-sex attractions (SSA) that "It's genetic," "You were born that way," or worse "God made you gay."

If homosexuality were genetically predetermined, then identical twins would virtually always have the same sexual orientation. Francis S. Collins, MD, PhD, the Director of National Human Genome Research Institute, NIH, has stated that the likelihood that the identical twin of a homosexual male will also be homosexual is about 20 per cent, indicating that whatever genes are involved represent predispositions, not predeterminations.(1) One major study's analysis of data from the Australian twins registry found that if one male identical twin had SSA there was only an 11 per cent chance that the other would too.(2)

Pl. Trial Ex. 116

EXHIBIT
12

PLAINTIFFS003924

> Numerous studies have found that same-sex attraction is not a stable condition. The majority of those who experience SSA during adolescence find the problem has disappeared by the time they reach 25 without any intervention.

Persons with SSA are told that there is no hope of change and that trying to change will make them worse. Numerous studies have found that SSA is not a stable condition. The majority of those who experience SSA during adolescence find the problem has disappeared by the time they reach 25 without any intervention.(3) Those who seek therapy or spiritual counseling can achieve various levels of freedom from SSA.

Research has documented the benefits of therapy.(4) In fact, a study specifically designed to document the damage done by therapy directed at resolving SSA found that a number of subjects reported being helped by the therapy.(5)

Adolescents with SSA are told that "coming out" will solve their problems. In fact, it puts them at risk. In spite of intensive AIDS education, young men of any age who have sex with men are at extremely high risk for infection with STDs, including HIV/AIDS, involvement with alcohol and drugs, in particular crystal meth, and depression.(6) Condom education with this population has been a failure. While condoms properly used provide some protection against certain STDs, research shows that those most at risk do not use condoms with every sexual contact. The combination of drugs and high risk sex has reignited an STD/HIV epidemic among men having sex with men (MSM).(7)

While homosexuality is claimed to be a normal variant of human sexuality and that persons with SSA are as psychologically healthy as the rest of the population, research refutes this generalization. Four recent, well-designed studies have found that persons with SSA have significantly higher rates of psychological disorders, substance abuse problems, and suicidal ideation than the general public.(8)

Gay activists insist that all these problems are caused by society's negative attitudes, but the problems are just as prevalent in extremely tolerant countries, such as the Netherlands and New Zealand.(9) Thus it should be no surprise that when we live in accordance with our designed natures, we are happier and healthier. Blaming society for the myriad difficulties faced by persons with SSA prevents self-knowledge and healing.

Research shows that gender identity disorder in childhood puts a child on the path to SSA, but defenders and promoters of homosexuality oppose treatment of these children, even though that intervention can eliminate childhood isolation, anxiety, and depression.(10)

Public school teachers in many areas of the country are teaching children that homosexual behaviors are genetically determined and are as healthy as heterosexual and marital relationships. While advocating the homosexual lifestyle, these teachers fail to provide the scientific truths, and school administrators/counselors not only fail to correct these inaccuracies, but also fail to provide factual information to the students about the numerous psychological and medical dangers in the lifestyle. Recently, high school students have been disciplined by school administrators for refusing to attend/support homosexual promoting events, such as a day of silence, while at the same time being refused permission to conduct heterosexual support events. (11)

Promoters of "gay marriage" claim that same-sex relationships are just like marriages and therefore deserve all the benefits of marriage, but research shows -- and activists admit -- that it is unrealistic to expect male couples to be faithful.(12)

Homosexual marriage promoters also tell judges or legislators that research proves there are no differences between children raised by same-sex couples and those raised by their biological married mother and father. The studies they reference are, virtually without exception, internally and externally invalid.(13) In many cases the authors have misreported their own findings. Given the extensive literature on the damage done to children through father or mother absence, it is deceitful to suggest that purposely and premeditatedly depriving a child of a mother or a father will not have consequences for that child.(14)

Gay activists have references to support their other claims, but those who read this material find that the majority of their "research" suffers from serious methodological errors, and the rest actually contradict the gay activists' claims.(15) If SSA were healthy and normal, defenders and promoters of homosexuality wouldn't have to distort the truth.

While truth can stand on its own, distortions must be protected with further distortions. Homosexual activists make false accusations of "hate" and distort religious teachings. They ignore the truth about anger and "hate". For example published research demonstrates a high prevalence of partner abuse in homosexual relationships (16), but instead of addressing this serious problem, activists are attempting to use hate crimes legislation to harass and punish those who challenge the ethics of their behavior, sexual and otherwise.

Who really helps people with SSA, children and families: those who speak the truth to them or those who attempt to distort the truth?

**Signatories**

Dean Byrd, PhD
President elect of the National Association for Research & Therapy of Homosexuality (NARTH)

Michelle A. Cretella, MD
Board of Directors, American College of Pediatricians

Joseph Nicolosi, PhD
President of NARTH

Richard Fitzgibbons, MD
Scientific Advisory Committee, NARTH

Dale O'Leary, author of *The Gender Agenda,* co-author of *Homosexuality and Hope* and a soon to be published book on marriage.

George A. Rekers, PhD
Distinguished Professor of Neuropsychiatry & Behavioral Science Emeritus
University of South Carolina School of Medicine

Robert Saxer, MD
President, Catholic Medical Association

Philip M. Sutton, PhD
Scientific Advisory Committee, NARTH

Gerard van den Aardweg, PhD Netherlands
Scientific Advisory Committee, NARTH.

Joseph Zanga, MD, FAAP, FCP
Past President, American College of Pediatricians

**Notes**

(1) Francis S. Collins (2006). *The Language of God: A Scientist Presents Evidence for Belief,* New York: Free Press, 260.

(2) John Michael Bailey, & M.P Dunne, N.G. Martin (2000). "Genetic and Environmental Influences Sexual Orientation and Its Correlates in an Australian Twin Sample: Personality Processes and Individual Differences," *Journal of Personality and Social Psychology,* 78, 524-536.

(3) National Health and Social Life Survey (1994). In. E. O. Laumann, et al, *The Social Organization of Sexuality: Sexual Practices in the United States,* Chicago: University of Chicago Press, pp. 294-296); Nigel Dickson, C. Paul, P. Herbison, (2002). "Same-sex attraction in a birth cohort: prevalence and persistence in early adulthood," *Social Science & Medicine,* 56, 1607-1615.

(4) Irving Bieber, et al. (1962). *Homosexuality: A Psychoanalytic Study of Male Homosexuals,* NY: Basic Books, 276; Robert Spitzer, (2003). "Can some gay men and lesbians change their sexual orientation? 200 participants reporting a change from homosexual to heterosexual orientation," *Archives of Sexual Behavior,* 32 (5) 403-417; Glenn Wyler (April, 2004). "Anything but Straight: A Book Review," *NARTH Bulletin,* 32- 45.

(5) Ariel Shidlo & Michael Schroeder, (2002). "Changing Sexual Orientation: A Consumer's Report," *Professional Psychology: Research and Practice,* 33 (3), 249-259.

(6) Gary Remafedi, et al (1991). "Risk factors for attempted suicide in gay and bisexual youth," *Pediatrics.* 87 (6), 869-875.

(7) US Centers for Disease Control and Prevention (2004). HIV Testing Survey 2002, Special Surveillance Report Number 1: 1-26.

(8) David Fergusson, L. Horwood & A. Beautrais, (1999). "Is sexual orientation related to mental health problems and suicidality in young people?" *Archives of General Psychiatry.* 56 (10), 876-888; Richard Herrell, et al (1999). "A co-twin control study in adult Men: Sexual orientation and suicidality." *Archives of General Psychiatry,* 56 (10), 867- 874; Susan Cochran & Vickie Mays (2000). "Lifetime prevalence of suicide symptoms and affective disorders among men reporting same-sex sexual partners: Results from NHANES III," *American Journal of Public Health,* Vol. 90, (4) , 573-578; Theo Sandfort, et al (2001). "Same-sex Sexual Behavior and Psychiatric Disorders: Findings from the Netherlands Mental Health Survey and Incidence Study (Nemesis)." *Archives of General Psychiatry,* 58, 85-91.

(9) Sandfort (ibid); Fergusson. (ibid).

(10) Robert George & David Tubbs, "Redefining Marriage Away," *City Journal,* (Summer 2004). Quoting "Queer Liberalism?" (June 2000), American Political Science Review; James Nelson (1982). "Religious and moral issues in working with homosexual clients," in Gonsiorek (ed.), *Homosexuality and Psychotherapy,* NY: Haworth Press, 173.

(11) Allie Martin (May 15, 2007), "Calif. students pay price for refusing to observe pro-homosexual 'Day of Silence'." OneNewsNow.com.

(12) David McWhirter, Andrew Mattison, *The Male Couple,* Englewood Cliff, NJ: Prentice Hall, p. 103, 252. Bruce Voeller, "Stonewall Anniversary," *The Advocate* (July 12, 1979); Donna Minkowitz, The Advocate, Dec. 29-1992, quoted by Bruce Bawer, *A Place at the table,* NY: Touchstone, 1993 p. 177

(13) Robert Lerner & Althea Nagai (2001). *No Basis: What the studies don't tell us about same-sex parenting,* Washington, DC: Marriage Law Project.

(14) George A. Rekers (2005). "An Empirically Supported Rational Basis for Prohibiting Adoption Foster Parenting and Contested Child Custody by Any Person Residing in a Household that Includes a Homosexually-Behaving Member," *St. Thomas Law Review,* 18 (2), 325-424.

(15) Jeffrey Satinover (2005), "The Trojan Couch: How the Mental Health Associations Misrepresent Science." Narth.com.

(16) Greenwood, G., et al. (2002). Battering Victimization Among a Probability-Based Sample of Men Who Have Sex With Men, *Amer. J. Pub Health,* 92 (12), 1964-69; Lisa Walder-Haugrad, Linda Vaden Gratch, & Brian Magruder (1997), "Victimization and Perpetration Rates of Violence in Gay and Lesbian Relationships: Gender Issues Explored", *Violence and Victims,* 12, 173-184.

Comment (56) | Email | Print | del.icio.us | Technorati | Share

Comments to **Facts, not flattery, about same-sex attraction** have been closed. Thanks to everyone who contributed to the discussion.

---

Moderator said...                                       United States | Wed, 1 Aug 2007 at 5:46 pm

Hi All,
Thankyou for your contribution. Comments to this article have now closed.

Please continue to read and comment on MercatorNet as we dish up more hot-button issues.

Kind Regards,
Moderator :-)

---

Granny said...                                          -- | Tue, 31 Jul 2007 at 9:30 am

I just read on http://www.lifesite.com that a Gay Pride Parade organizer contacted a young boy on the internet.. for sex.
His mother contacted the police and a sting was set up.  The person who e-mailed the police, thinking they were this young boy...sent naked photos of himself..and a rendezvous was set up.  He of course was arrested ... His explanation from what I remember, please check it out yourself...was that he is Native American..and they have FIVE GENDERS...male/male
male/female, female/female, female/male and the fifth gender can be anything or go with any gender...He said that all people have these five genders...but that Christianity is the only belief system that is intolerant to their five genders

Sadly, our bodies don't recognize his belief system.  Just as a transplant patient tries to get a donor that is a close relative.. or a close match.. in order to avoid "rejection"
so also our bodies reject the unhygienic practices that are used by homosexuals and heterosexuals.

---

Melody said...                                          United States | Tue, 31 Jul 2007 at 6:49 am

Why would homosexuals WANT to acquire a disease that drastically shortens their life span? Does that make sense to you? It doesn't to me. I do not believe such groups exist and think you are misinformed, or that the truth has been distorted somehow. It's rather amusing how often that tends to happen, isn't it? My question is this... why is this society supposed to be growing tolerance for homosexuals yet completely tolerant towards heterosexuals? You are a person and I am a person. We are made of the same basic body structure. I do not understand why hate crimes must be committed against any group of people. And remember, the minority is the majority. I just wish enough peoples of minority would draw upon this knowledge and strength.

---

Marty said...                                           -- | Mon, 30 Jul 2007 at 10:24 am

Melody said:

*"you refuse to admit the TRUTH which science has proved- homosexuality CAN be genetic."*

Okay—then show me the test.  Tell me where I can have an anonymous tissue sample tested for whether it comes from a gay, straight, or bi-sexual person.  Hint: there IS NO TEST—there is NO PROOF.

*"At what age did you discover your sexual preference?"*

Actually, I was 21 when I made up my mind for good.

*"The same goes for homo- & bisexuals as well as transgendered people. "*

If you say so...

---

Granny said...                                          -- | Mon, 30 Jul 2007 at 1:59 am

There is no ONE approach to getting the Truth out... Sadly, there are homosexuals who WANT to have AIDS.... They have parties for those who want to become H.I.V Pos. so this madness is suicidal... Again, suicide is not the big taboo that it used to be.  People beg for assisted suicide.  Logic is only useful if people are logical.

PLAINTIFFS003927

Melody said...     United States | Sun, 29 Jul 2007 at 9:56 pm

This article truly horrified me. You, the authors, are a group of misinformed individuals. You speak of distorted and actual truths, yet like all Bible-pushing monsters, you refuse to admit the TRUTH which science has proved- homosexuality CAN be genetic. You seem horrified at the "blasphemous" statement of "God made me gay." I ask you, the authors and the supporters this: if God chose to "make" you heterosexual, why wouldn't He choose to "make" other people gay? Why did God choose to bless your family genetics with health & someone else's with disease? Preaching God through supposed "scientific" articles is oxymoronic and impossible- it is impossible to prove or deny the existence of a God. In addition, indulging in sexual intercourse is dangerous & risky for all parties involved whether it is man with man, man with woman, or woman with woman. Proper protection must be put in place in order to decrease the risk of attaining any STD. Although some countries may be more tolerant of homosexuality, that does not mean that the people living in that country are. Here in America, we believe in freedom and liberty & a number of other virtues- but how many of us citizens actually demonstrate and execute these virtues?

By saying it is unrealistic to expect males to remain faithful, are you encouraging women to marry other women? Or for men to not marry at all? Are you implying that the idea of marriage is ridiculous, because statistics show men cheat? Women cheat just as much, if not more, than men do. Your statement is confusing and misleading.

You speak of Same-Sex Attraction (SSA) (Homosexuality) as if it were some disease.

"gender identity disorder in childhood puts a child on the path to SSA"

At what age did you discover your sexual preference? The same goes for homo- & bisexuals as well as transgendered people.

---

Rich said...     United Kingdom | Sun, 29 Jul 2007 at 12:29 am

Whether homosexuality is morally right or wrong isnt important here. Society is teaching our children that it is safe and acceptable to live homosexual lifestyles. Homosexuality IS NOT safe. Many pro-gays nowadays class the "gay-aids" issue as simply being homophobic and not true. However due to the nature of gay sex (anal or fellatio) AIDS risk is ten times higher than that of vaginal sex (due to higher white blood cells in the anus). Using a condom is not enough. Also a recent study of tens of thousands of deaths showed that gay life expectancy was up to 25 years shorter than that of a heterosexual. Its about time the truth was made known. If people choose not to live as a homosexual, in order to stay healthy then they should be supported, not uncategorized as being in "denial" or having internalised homophobia". They are making a very rational decision.

---

Granny said...     -- | Thu, 26 Jul 2007 at 1:23 am

The mother's role is very important.. She nurtures in and out of the womb. Her "nest" is her home. She is the one who bonds with the child in the beginning...and then helps the boy to separate and bond with his father and hopefully in adulthood the young man is bonded with both parents as a unit

Little girls seem to want to bond with their fathers early on, apart from breastfeeding... even infant girls seem to take to Daddy in a special way. A girl instinctively knows how to be a mommy, play house etc. but she needs her mother as a role model in how to be treated by men, just as she needs her daddy to show her how men treat women.

I agree that Religion has played a big role in the confusion that is out there, myself included. However, it is people who twist the teachings according to their culture or the environment they are living in. So mixed messages passed on to other generations, makes for a big hodge podge of opinions. If we believe there is ONE GOD...and that God created everything and we can see that there is ORDER in creation, yet we are unlike the rest of creation in that we can operate on choices, not just instincts etc. then it must be that we are the ones that make wrong choices...not God who created us.

I do believe that God understands all the things we don't know that contribute to SSA therefore we must not play God
That doesn't mean we can't see that it is a disorder and so we must try to work towards order if we want to be the best we can be.

---

Matt said...     United States | Wed, 25 Jul 2007 at 6:35 pm

Granny, you make a sweeping generalization in saying that all homosexual relationships have a "man" and a "woman". By your logic, there are relationships like that that exist but it also shows how narrow you view gender roles. If a boy needs a man to show him how to be a "man", then where does the mother come in? Do women have no place in a boy's life other than to cook for him? A majority of my friends have come from divorced homes or from single mothers and 100% of them are heterosexual. I also know a few homosexual couples and they don't impose any imaginary gender roles onto their relationship. In my opinion, it is gender roles (usually created by religious doctrine) that creates so much inequality towards women.

---

Kenneth Simmons said...     Canada | Wed, 25 Jul 2007 at 2:38 pm

Suzie Q, never mind what I THINK; what my God SAID about sexual immorality (including bestiality, incest, adultery and homosexual practice) can be paraphrased simply as "I hate it when people behave like that!" (Leviticus 18:22, 20:13)

Being Asian or black is not a matter of choice. Engaging in homosexual acts is a matter of personal choice. The whole "Love Thy Neighbour" thing demands that I deliver the message of forgiveness through faith and repentance.

Granny said... -- | Wed, 25 Jul 2007 at 12:58 pm

"Love Thy Neighbor... as thyself"... How do we know we love ourselves... Love begets love... love and life go together.
To love is to help yourself be the best you can be, were made to be. Men were made to be fathers, Women were made to be mothers. All men are called to Fatherhood and all women are called to Motherhood. That means that using the means for procreation, while blocking the action is not love. How can you communicate to someone if you muffle your voice or put your fingers in your ears. Every part of everyone should be used as it was designed to be used... "I lay before you Life and Death...choose you therefore LIFE"... Our bodies were designed for LIFE!!!! Adoption is wonderful..but you still need to use your fertility to have children, unless nature or accident has rendered it sterile.. not man made deliberate sterility... that is stealing from God. Those who choose not to use their fertility should refrain from using their bodies in such a way that would tell a lie to themselves or others. So yes we must love our neighbors as ourselves...in honesty and in truth we must be all that we can be.

Susie Q said... United States | Wed, 25 Jul 2007 at 5:57 am

People who support this are sick.
Next thing you know you're going to provide therapy to help people not be Asian or black.
Do you think your God will hate people for being gay or we hill He or She condemn you for being so hateful.
I guess the whole " Love Thy Neighbor" thing went above your heads.

Kenneth Simmons said... -- | Mon, 25 Jun 2007 at 9:27 pm

My apologies, Marty ... yes, it was Mark's comment I was addressing.

Marty said... -- | Sun, 24 Jun 2007 at 11:35 pm

Kenneth, that quote was from Mark on June 13—not me.

I agree with you 100%.

Granny said... United States | Sun, 24 Jun 2007 at 1:56 pm

I just read somewhere, that the root of homosexuality is narcissism. It seems that the individual is so "into themself" that they want to make love to their "mirror image".... It is something to think about...and if it holds any truth...what would the solution be?

Page 1 of 4 : **1** 2 3 > Last »

related articles

- Iowa's earthquake
- Keeping my face off of Facebook has my girls all a Twitter
- Demographic winter heralds same-sex marriage spring
- How not to create an idyllic town
- More Government; Less God

more by
this author

**Ad Hoc Committee on Homosexuality and Scientific Research**

- Facts, not flattery, about same-sex attraction

free updates

Email

subscribe



Home | SiteMap | RSS | Atom | del.icio.us | Privacy Policy | webmaster@mercatornet.com

MercatorNet - New Media Foundation Ltd © 2004 - 2009 All rights reserved -- Powered by encyclomedia

PLAINTIFFS003930