# The Journal of the American Academy of Psychiatry and the Law

The Journal, published by the American Academy of Psychiatry and the Law, is intended to be a forum for the exchange of multidisciplinary ideas. Manuscripts are welcomed that deal with the interfaces of psychiatry and the legal system and the theory and practice of forensic psychiatry. Content includes correctional psychiatry, psychiatric evaluation of individuals involved with the criminal or civil legal system, ethics, the philosophy of law, legal regulation of psychiatric practice, education and training in the field, and research into causes and treatment of behavioral problems that manifest themselves particularly in individuals who are in contact with the legal system.

All content represents the opinions of the authors and not those of the editors. Except where specifically stated, published articles are not official statements of the American Academy of Psychiatry and the Law.

Authors are presumed to acquire knowledge and expertise from their experience, which informs their scholarly work. Articles are accepted on the basis of editorial judgements on the authors' areas of expertise, interest in the topic, and peer review. Author declarations on matters related to employment, consultation, or prior publication are published when the editors determine that this information is important in judging the manuscript.

### *Definitions of Journal Sections:*
#### Editorial

An editorial is an informed opinion on a current topic in forensic psychiatry. Length of text is 2,000 –3,700 words, excluding tables, figures, and references. An abstract is not required. An editorial represents the opinion of the author and does not represent opinions or statements of AAPL or The Journal editors or Editorial Board. Editorials do not undergo blind peer review, but are reviewed internally by editorial staff. Proposals for editorials should be discussed with the Editor.

#### Biography

A biography highlights an individual who has made sustained important contributions to psychiatry and the law in any country. Length should not exceed 3,700 words, excluding tables, figures, and references. Proposals for biography should be discussed with the Editor. Biographies do not undergo blind peer review, but are reviewed internally by editorial staff. An abstract is not required.

#### Regular Article

A regular article is original scholarship in psychiatry and the law. Length should not exceed 6,000 words, excluding the abstract, tables, figures, and references. Regular articles undergo blind peer review. An abstract of no more than 200 words is required.

The Journal is committed to thoughtful and respectful analysis of matters printed in The Journal. Such analysis enhances the educational mission of The Journal. At the Editor's discretion, some of the Regular Articles appearing in The Journal may be chosen as the subject for commentary by other scholars. Commentators are chosen for their interest and expertise in the topic of the designated article. Generally, authors will be informed in advance of printing that their work will be the subject of a commentary. These authors are invited to respond to the commentaries through Letters to the Editor.

#### Analysis and Commentary

An article published in the Analysis and Commentary Section reviews the literature on a particular topic and summarizes the differing views on that topic. The author also offers expert commentary on the topic. Length should not exceed 5,000 words, excluding the abstract, tables, figures, and references. Some Analysis and Commentary articles may be chosen as the subject for commentary by other scholars, under the same guidelines as Regular Articles. An abstract of no more than 200 words is required. Analysis and Commentary articles undergo blind peer review which started with 40(2), 2012. Prior to 40(2), Analysis and Commentary articles were reviewed internally by editorial staff.

#### Reflections and Narrative

Articles published in Reflections and Narratives are actual accounts or fiction by individuals engaged in the practice or process of psychiatry and the law including experiences of professional life, written in either the first or third person. Poetry is also accepted. Length should not exceed 5,000 words, excluding tables, figures, and references. Articles submitted to Reflections and Narrative do not undergo blind peer review but are reviewed internally by editorial staff. An abstract is not required.

#### Legal Digest

Legal Digest articles are written by forensic trainees in accredited programs. The cases are assigned to programs by the Deputy Editor. The program director or other designated forensic faculty member assumes responsibility for the submission process and for approving the content of the submitted reviews. Programs wishing to participate in Legal Digest may contact the Deputy Editor.

#### Books and Media

Book and media reviews are assigned by the Books and Media Review Editor. Those wishing to submit a review should contact the Books and Media Review Editor. Reviews generally should not exceed 1,000 words. A

Pl. Trial Ex. 120

PLAINTIFFS005832

reviewer who believes a particular book or media subject warrants a more in depth review should contact the Book Review Editor, who may approve a longer review of up to 3,000 words.

### Letters to the Editor

Length should not exceed 500 words, excluding references. Up to five references may be included. An abstract is not required. Letters to the Editor do not undergo blind peer review but are reviewed internally by editorial staff. Note: Letters to the Editor should be in response to subject matter printed in The Journal.

## *Instructions for Authors*

Manuscripts are considered for publication with the understanding that their essential substance has not been published previously and has not been submitted simultaneously to other publications.

Manuscripts for Regular Articles and Analysis & Commentary articles are submitted online at: www.manuscriptmanager.net/jaapl.

Submissions to all other departments and inquiries and correspondence may be directed to the Journal Coordinator. The Journal Editorial Office address is: One Regency Drive, P.O. Box 30, Bloomfield, CT 06002. The Journal Coordinator is Sara Elsden (Tel. 800-331-1389; e-mail: selsden@ssmgt.com).

### Respect for Persons

The Journal's commitment to respect for persons is reflected in the use of person-first language, e.g., "person with mental illness"; "person diagnosed with [disorder]." Expressions such as "victim of [disorder]," "suffer from [disorder]," or "the mentally ill" are not used as they are perceived as stigmatizing. Editors reserve the right to make edits to conform to this practice. Submissions may also be returned for revision before peer review for correction of such language.

### Ethics in Research

For investigations involving human or animal subjects, the authors must state in the Methods section that an appropriate institutional review board (IRB) approved the project or exempted the project from review. A copy of the IRB letter should accompany the manuscript. Authors without access to an IRB are encouraged to discuss alternatives with the Editor. The Methods section should also describe the manner in which informed consent was obtained from the subjects.

### Case Reports

The Journal's concern for respect for persons extends to individuals' right to the privacy of their life stories. Theauthors' interests, and even the readers' potential interest in a case, must be balanced against the weight of the subject's interests and The Journal's interest in demonstrating respect for all subjects' privacy and dignity. Case reports will be considered only if they are: central to the scholarly endeavor of the article; illustrate important dimensions of the discussion; and are submitted with the written informed consent of the subject(s), are in the public domain, or do not divulge data that would identify the subject(s) to others. Composite or fictionalized case reports will be identified as such in the manuscript and the editors will discuss the applicability of these requirements with the authors.

### Technical Requirements

Manuscripts should be submitted in the following order:

1. *Title page:* Title; author(s) (first name, middle initial, surname, and degrees). Title page should also include all author position titles and affiliations; grant acknowledgment (if applicable); any necessary disclaimers (e.g., "The views expressed in this article do not necessarily reflect the official DVA policy"); and address for correspondence, including email address (required).

Titles may not exceed 100 characters, including spaces. Colons and sub-titles are not permitted, nor are question marks. Subheads within articles must fit on one line (max 42 characters, including spaces). Editors reserve the right to change titles and subheads that do not meet these criteria.

2. *Abstract:* when required, one-paragraph summary of 200 words or less, no subheadings

3. *Text*

4. *Acknowledgments* (if any)

5. *Appendix* or *Addendum* (if any)

6. *References* should be numbered consecutively with Arabic numerals as they appear in the text (number each source citation as a separate item; but the same reference number may be cited more than once in the text). In general, the style for references, tables, and figures should conform to the specific reference formats listed in the next section. When quotations are included in text, the specific page number of the reference must be given. References are limited to citations. The Journal style precludes the use of footnotes or endnotes. Authors utilizing reference management software should select Vancouver as the standard style appropriate to The Journal.

7. *Figure legends* should be numbered with Arabic numbers in order of appearance in the text. For each figure, a separate file of at least 300 dpi resolution must be submitted.

8. *Tables* should be numbered with Arabic numbers in order of appearance in the text.

### Reference Format

The following styles are required for references:
*Journal Article:*
Morris NP, West SG. Misconceptions about working in correctional psychiatry. J Am Acad Psychiatry Law. 2020 June; 48(2):251–258

PLAINTIFFS005833

For journal articles with up to four authors, list all authors. When there are five or more authors, list the first three plus *et al.*

*Chapter in book:*
Slade E, Domino ME. Are there enough inpatient psychiatric beds? In Goldman HH, Frank RG, Morrissey JP, editors. The Palgrave Handbook of American Mental Health Policy. London: Palgrave Macmillan; 2020. p. 129–69

*Authored Book:*
Griffith EEH. Race and Excellence: My Dialogue with Chester Pierce. Iowa City, IA: University of Iowa Press; 1998

*Edited Book:*
Gold LH, Frierson RL, editors. The American Psychiatric Textbook of Suicide Risk Assessment and Management, Third Edition. Washington DC: American Psychiatric Association Publishing; 2020

*In press:*
Articles or books accepted for publication and not yet published in any form should be considered in press.
Nesbit-Bartsch A, McDermott B, Warburton K. Gender and malingering in incompetent to stand trial defendants. J Am Acad Psychiatry Law. Forthcoming 2021

*Published Ahead of Print:*
Articles electronically published ahead of print should give the online citation for the article, including DOI.
Martinez R, Candilis P. Ethics in the time of injustice. J Am Acad Psychiatry Law [online]. 2020 Dec; 48(4). doi:10.29158/JAAPL.200067-20 [If DOI not available, list URL and date of access.]

*Symposium:*
Marino JD. Probate court perspective on involuntary medication to restore competence to stand trial in Connecticut. Presented at: Forensic Grand Rounds, Connecticut Department of Mental Health and Addiction Services; 2019 May 29; Middletown, CT

*Newspaper article:*
Rosenberg C. Architect of the CIA interrogation program testifies at Guantánamo Bay. The New York Times. 2020 Jan 21. Available from: https://nyti.ms/3aB5f2T. Accessed May 28, 2020

*Unpublished thesis or dissertation:*
Yokum DV. Debiasing the courtroom: using behavioral insights to avoid and mitigate cognitive biases [unpublished doctoral dissertation]. Tucson, AZ: University of Arizona; 2014

*Film:*
Kurosawa A. Rashomon [motion picture]. Kurosawa A, director. Japan: Daiei Film; 1950

*Broadcast:*
The Woman Who Fell to Earth [television broadcast]. Doctor Who. United Kingdom: British Broadcasting Channel; 2018 (Season 11, Episode 1) Childs J, director. Chibnall C, writer.

*Personal communication* citations should be included in the text as follows:
(Smith A, personal communication, November 2020)
Authors are responsible for obtaining and preserving written permission for the personal communication to be cited in the article.

*Court cases:*
Robbins v. California, 453 U.S. 420 (1981) [For U.S. Supreme Court cases, use the U.S. Reporter and note only the year in parentheses. If a U.S. Reporter reference is not available, then use the Supreme Court Reporter and note only the year in parentheses (i.e., 101 S. Ct. 2841 (1981))]
Valle v. City of Houston, 613 F.3d 536 (5th Cir. 2010) [For federal cases other than the U.S. Supreme Court, use the Federal Reporter and note both the jurisdiction and the year in parentheses. If the case is not reported, then use either the LexisNexis or Westlaw citation and note both the jurisdiction and the year in parentheses.]
Cobbs v. Grant, 502 P.2d 1 (Cal. 1972) [For all state cases, use the Regional Reporter and note both the jurisdiction and the year in parentheses. If a Regional Reporter reference is not available, then use the State Reporter and note both the jurisdiction and the year in parentheses (i.e., 104 Cal. Rptr. 505 (Cal. 1972)). If the case is not reported, then use either the LexisNexis or Westlaw citation and note both the jurisdiction and the year in parentheses.]
In re Estate of VanHorne, 305 So.2d 46 (Fla. Dist. Ct. App. 1974) [This is another illustration of a state case; if the Regional Reporter were not available for this case, it could be referenced as 1974 Fla. App. LEXIS 7374 (Fla. Dist. Ct. App. 1974)]

*Law review:*
Dudley RG, Leonard PB. Getting it right: Life history investigation as the foundation for a reliable mental health assessment. Hofstra L Rev. 2008; 36(3): 963–88

*Legal note:*
Note, The establishment clause and the chilling effect. Harv L Rev. 2020;133:1338–1359

*Statute:* Date in parentheses should be the date of the most recent published version of the statute in effect at the time in question in the case.
Fla. Stat. Ann. § 790.335 (2019)

*Internet:*
American Academy of Psychiatry and the Law. Ethics guidelines for the practice of forensic psychiatry [Internet]; 2005. Available from: https://www.aapl.org/docs/pdf/ethicsgdlns.pdf. Accessed May 11, 2020

PLAINTIFFS005834

Note: authors are expected to retain and be able to provide copies of documents that are accessible only at websites.

*Title Originally Published in a Foreign Language:*

Foreign language titles should use the original language title, with an English translation following in brackets.

Wernicke C. Grundriss der Psychiatriein Klinischen Vorlesungen [Foundation of Psychiatry in Clinical Lectures]. Leipzig: Fischer & Wittig; 1900

### Authorship Statement

Authors and co-authors are asked to sign the statement on the following page and submit the signed form with the original manuscript. A separate fillable version of this form is also provided in the Information for Authors at jaapl.org, which may be completed electronically and uploaded to Manuscript Manager or emailed to Sara Elsden.

### Membership and Subscription Information

*The Journal of the American Academy of Psychiatry and the Law* is published quarterly: March, June, September, and December. Membership in AAPL is limited to members or members-in-training in good standing of the American Psychiatric Association; the American Academy of Child and Adolescent Psychiatry, or a foreign national equivalent.

Applications for membership in the American Academy of Psychiatry and the Law and requests to subscribe to the Journal should be directed to the AAPL, One Regency Dr., P.O. Box 30, Bloomfield, CT 06002. Current subscription rates and dues are available at www.AAPL.org, or by emailing office@aapl.org or by phone at 1-800-331-1389.

Articles in the Journal are indexed in *Contents of Current Legal Periodicals, PubMed, Social Sciences Citation Index, Current Contents: Social and Behavioral Sciences,* and *SCOPUS* and abstracted in *Embase/Excerpta Medica.*

Copyright © 2021, the American Academy of Psychiatry and the Law, ISSN 1093-6793.

Printed on acid-free paper effective with Volume 15, Number 1, 1987. Printed in the USA.

PLAINTIFFS005835

# The Journal of the American Academy of Psychiatry and the Law

*Statement of Authorship Responsibility, Financial and Other Disclosures, Protection of Research Subjects, and Transfer of Copyright*

Each author and co-author is required to sign the following statement and include it with the initial manuscript submission.

1. The author and co-authors warrant that the manuscript titled: _____ is original work, has not been published before, and will not be subsequently published elsewhere without the permission of the Editor and the Publisher.
2. The author and co-authors certify that they have participated sufficiently in the work to take public responsibility for it and that they have met all of the following criteria: (a) conceived and designed the work or analyzed and interpreted the data; (b) drafted the article or reviewed it for intellectual content; and (c) read and approved the final version to be published. They acknowledge that: participation solely in the acquisition of funding or the collection of data does not justify authorship; general supervision of the research group is not sufficient for authorship; department chairpersons who were not involved directly in the study, physicians who referred patients or interpreted routine studies, technicians who supplied routine services, and persons who provided technical help in preparing the paper should not be listed as authors; any part of an article critical to its main conclusions must be the responsibility of at least one author; and the Editor may require the authors to justify the assignment of authorship.
3. The author and co-authors warrant that the work is valid in that it accurately reports the nature of the work's methodology, research, analysis, results, and conclusions.
4. The author and co-authors agree to produce for examination the data on which the manuscript is based, if requested by the Editor.
5. The author and co-authors warrant that they have not, and will not, upload the work to a preprint server.
6. The author and co-authors agree to identify in writing any financial involvement or other potential conflict of interest they may have in relation to the manuscript. (When appropriate, notice of financial disclosure or other potential conflict of interest will be published as part of the article so that the reader may be aware of any possible biases of the author or co-authors.)
   I/we have financial involvement in relation to the manuscript. Yes____ No____
   I/we have other potential conflict(s) of interest in relation to the manuscript. Yes____ No____
   If yes, I/we have attached a written explanation.
7. The author and co-authors warrant that informed consent to research has been obtained from all research subjects or their authorized surrogates, and is acknowledged in the manuscript.
8. The authors and co-authors warrant the following (check one):
   (a) ____ The work did not involve the use of human or animal subjects.
   (b) ____ The work was exempted from review by the appropriate IRB (documentation attached).
   (c) ____ The work was approved by the appropriate IRB (documentation attached).
9. In any article containing references to personal communications, written approval for publication has been obtained from the quoted source and is retained by the authors.
10. The authors of a Regular Article acknowledge that their submission may be designated by the Editor as the subject for commentary by other scholars.
11. In consideration of *The Journal of the American Academy of Psychiatry and the Law*'s taking action in reviewing and editing this submission, the author and co-authors undersigned hereby transfer, assign, or otherwise convey all copyright ownership to the *American Academy of Psychiatry and the Law* in the event that such work is published in the Journal. (Add additional signature sheets if necessary.)

_____  _____  _____
Print Name                   Signature                     Date

PLAINTIFFS005836