Human Reproduction, Vol.32, No.7 pp. 1457–1464, 2017

Advanced Access publication on May 13, 2017  doi:10.1093/humrep/dex098

**human reproduction**  ORIGINAL ARTICLE *Reproductive endocrinology*

# Effects of long-term exogenous testosterone administration on ovarian morphology, determined by transvaginal (3D) ultrasound in female-to-male transsexuals

Mirte R. Caanen[1,*], Nienke E. Schouten[1], Esther A.M. Kuijper[1], Joukje van Rijswijk[1], Marleen H. van den Berg[2], Eline van Dulmen-den Broeder[2], Annelies Overbeek[1,2], Flora E. van Leeuwen[3], Mick van Trotsenburg[1], and Cornelis B. Lambalk[1]

[1]Division of Reproductive Medicine, Department of Obstetrics and Gynaecology, VU University Medical Center, 1081 HV Amsterdam, The Netherlands [2]Department of Paediatric Oncology–Haematology, VU University Medical Center, 1007 MB Amsterdam, The Netherlands [3]Department of Epidemiology, Netherlands Cancer Institute, 1006 BE Amsterdam, The Netherlands

*Correspondence address. E-mail: m.caanen@vumc.nl

Submitted on August 9, 2016; resubmitted on April 10, 2017; accepted on May 4, 2017

**STUDY QUESTION:** Does long-term exogenous testosterone administration result in polycystic ovarian morphology (PCOM), determined by (3D) transvaginal ultrasound (TVU) in female-to-male transsexuals (FtMs).

**SUMMARY ANSWER:** Long-term exogenous testosterone administration in FtMs does not result in PCOM determined by (3D) TVU.

**WHAT IS KNOWN ALREADY:** The role of androgens in the pathophysiology of polycystic ovary syndrome (PCOS) is still unclear. From animal studies, intra-ovarian androgens have been suggested to disturb folliculogenesis, through a pro-atretic effect on growing follicles. It remains debatable whether exogenous androgens induce PCOM in humans. In the past histomorphologic studies indicated that androgen administration in FtMs could cause PCO-like changes. However, ultrasound morphology is an established criterion for PCOS, TVU data of ovaries after prolonged androgen exposure are lacking.

**STUDY DESIGN, SIZE, DURATION:** Prospective, observational, case-control study, in an academic setting, performed in 2014–2015, including 56 FtMs and 80 controls.

**PARTICIPANTS/MATERIALS, SETTING, METHODS:** The study population consisted of adult FtMs treated with long-term testosterone, as part of their cross-sex hormone treatment, and scheduled for sex-reassignment surgery (bilateral salpingo-oophorectomy). Prior to the operation, under anaesthetics TVU measurements (3D transvaginal probe 3–9 MHz; HD11, Philips Ultrasound, Inc.) of the ovaries were performed. The control group consisted of females from a general population who underwent the same TVU and analysis. Antral follicle count (AFC) (3D) and ovarian volume (3D) were calculated using specialized software. PCOM was defined as AFC of 12 or more follicles (2–10 mm) in at least one ovary.

**MAIN RESULTS AND THE ROLE OF CHANCE:** Prevalence rates of PCOM were not significantly different in the FtMs compared to controls, determined by (3D) TVU: 32.1% (17/53) versus 30.7% (23/75), $P = 0.87$.

**LIMITATIONS, REASONS FOR CAUTION:** Testosterone levels in FtMs are supraphysiological, and may not be comparable to the testosterone levels in women with PCOS. However, we applied a unique and ethically acceptable opportunity of exploring the effects of androgens on human ovaries.

© The Author 2017. Published by Oxford University Press on behalf of the European Society of Human Reproduction and Embryology. All rights reserved. For permissions, please e-mail: journals.permissions@oup.com

Pl. Trial Ex. 162

PLAINTIFFS006526

**WIDER IMPLICATIONS OF THE FINDINGS:** This first explorative study shows that long-term exogenous testosterone administration in adult women does not seem to induce PCOM determined by TVU.

**STUDY FUNDING/COMPETING INTEREST(S):** None.

**TRIAL REGISTRATION NUMBER:** The trial was registered at the Dutch Trial Register (www.trialregister.nl), registration number NTR4784.

**Key words:** polycystic ovarian morphology / polycystic ovaries / androgens / polycystic ovary syndrome / female-to-male transsexuals

# Introduction

Polycystic ovary syndrome (PCOS) is a common endocrine and metabolic disorder affecting 5–15% of women in their reproductive lifespan (Azziz et al., 2004; Norman et al., 2007; Lauritsen et al., 2014). The syndrome is characterized by at least two of the following three features: oligo- or amenorrhoea, clinical and/or biochemical signs of hyperandrogenemia and polycystic ovarian morphology (PCOM) determined by ultrasound (Rotterdam ESHRE/ASRM-Sponsored PCOS consensus workshop group, 2004). PCOS is associated with subfertility, abnormal glucose metabolism, dyslipidaemia and increased risk of cardiovascular disease (Franks, 1995; Legro et al., 1999; Wild et al., 2010).

The pathophysiology of PCOS remains to be unravelled; in particular the role of androgens in follicle development has been controversial for some time (Dewailly et al., 2016). However, hyperandrogenism is considered the cornerstone of the syndrome (Azziz, 2003; Dewailly et al., 2014). From animal studies intra-ovarian androgens have been suggested to disturb folliculogenesis through a pro-atretric effect on growing follicles. In mice, androgens stimulate growth of cultured pre-antral follicles (Murray et al., 1998). In primates, administration of androgens causes ovarian morphologic changes (Vendola et al., 1998) and an increase of granulosa androgen receptor gene expression (Weil et al., 1998). Androgen effects may be significant in the developmental pathophysiology of PCOS, since prenatally androgenized female monkeys exhibit ovarian and endocrinological features similar to those found in women with PCOS. Therefore, prenatal androgen excess may provide an aetiology for hyperandrogenism and anovulation in adulthood (Abbott et al., 1998, 2009; Abbott and Bird, 2009).

Since the administration of testosterone to women induces virilisation, such experiments are not ordinarily feasible, but an exception is female-to-male transsexuals (FtMs) using testosterone. In the nineties small scale studies concluded that the histomorphological finding in androgen-treated ovaries met the histological criteria for the diagnosis of polycystic ovaries, and hypothesized was that androgens may induce polycystic changes in ovaries (Futterweit and Deligdisch, 1986; Spinder et al., 1989). However, a recent study did not confirm these results (Ikeda et al., 2013).

Historically, detection of PCOM required histological confirmation (Stein and Leventhal, 1935) but in recent years ultrasound morphology has become one of the established criteria for PCOS (Balen et al., 2003; Rotterdam ESHRE/ASRM-Sponsored PCOS consensus workshop group, 2004). Still, systematic transvaginal ultrasound (TVU) data on ovarian morphology after prolonged androgen exposure are lacking (Mueller et al., 2007, 2010; Ikeda et al., 2013). FtMs can serve as a model to help clarify the role of androgens in the development of ultrasound morphology and pathophysiology of PCOS. TVU was performed preoperatively after a prolonged period of androgen treatment.

This prospective observational study aimed to identify the effect of long-term exogenous suprapysiological testosterone administration on ovarian morphology, determined by (3D) TVU in adult FtMs.

# Materials and Methods

## Study design

This single centre prospective, observational case–control study was performed by the Center of Expertise on Gender Dysphoria in collaboration with the Division Reproductive Medicine of the VU University Medical Center, Amsterdam, the Netherlands during 2014–2015. The study was approved by the local Ethical Committee, written informed consent was obtained from the participants. The trial was registered in the Dutch National Trial Registry (trial registration number NTR4784).

## FtM subjects

Participants were FtMs diagnosed for Gender Dysphoria, age 18 and older, that underwent ≥1 year cross-sex hormonal treatment (i.e. testosterone administration) and were eligible for sex-reassignment surgery. The following exclusion criteria were applied: disorders of sexual development, endocrine pathology other than possibly related to PCOS, excessive smoking, alcohol and/or drug abuse. Data on baseline characteristics were retrieved from the medical records of the FtMs including information about their menstrual cycle and signs of hyperandrogenism.

### Hormonal treatment

Following the European protocol (Dekker et al., 2016), testosterone administration was based and adapted on trough serum testosterone levels in the normal reference range of biological males. Testosterone esters used were: intramuscular injections [Nebido®, Bayer, Germany] (1 g, per 10–14 weeks) or [Sustanon®, Aspen Pharma Trading Limited, Ireland] (250 mg per 2–4 weeks), transdermal gel: [Androgel®, Besins International, Belgium] (25 or 50 mg, daily) or [Tostran®, Prostakan, United Kingdom] (40 mg, daily). Adolescents are allowed to start puberty suppression treatment with gonadotropin-releasing hormone agonist (GnRHa), triptoline [Decapeptyl®, Ferring, Denmark] (3.75 mg per 4 weeks) (Dekker et al., 2016), as it prevents development of secondary sex characteristics.

## Control group

Control data were derived from the database of the so-called DCOG LATER-VEVO study (trial registration number NTR2922) (Overbeek et al., 2012), a large Dutch nationwide study on reproductive function, ovarian reserve and premature menopause in female childhood cancer survivors. The controls consisted of females from the general population,

Downloaded from https://academic.oup.com/humrep/article/32/7/1457/3823636 by guest on 16 April 2023

PLAINTIFFS006527

recruited via general practitioners. The following exclusion criteria were applied: disorders of sexual development, endocrine pathology other than possibly related to PCOS, or excessive smoking, alcohol and/or drug abuse, and furthermore use of hormonal contraceptives. Data on baseline characteristics were retrieved from a large self-reported questionnaire (adapted from a well-tested questionnaire used by the Department of Epidemiology of the Netherlands Cancer Institute) (de Boer et al., 2005; van Leeuwen et al., 2011).

*Transvaginal ultrasound*
In the FtMs, the TVU was performed by two research physicians (MC and JR), just prior to surgery (hysterectomy and bilateral salpingo-oophorectomy). TVU was performed under general anaesthesia because most FtMs are virgin and consider internal examination unbearable (van Trotsenburg, 2009). Controls underwent the same TVU measurements in an outpatient clinical setting (cycle days 2–5). In both study groups, identical equipment (ultrasound machines), ultrasound protocol and software analysis were used.

*Ultrasound/equipment/software analysis*
A HD11 XE ultrasound system with a 3D transvaginal probe (3–9 MHz; EnVisor HD, Philips Medical Systems, Eindhoven, the Netherlands) was used. An automatic mechanical sweep with an angle of 90° of both ovaries was made and data were stored. Afterwards analysis of the 3D data was performed by two trained researchers (MC and NS) using specialized software (QLAB 8.1, Image Analysis Software, Philips, Eindhoven, the Netherlands). The ovary was centred on the multiplanar view using the pan and zoom tools. Subsequently, in the GI 3D quantification mode, individual follicles were identified and coloured with the semi-automated stacked contour utility. In the Slice Plane View all identified follicles throughout the entire ovary could then be counted and coloured (Fig. 1).

### Objectives and outcomes

*Ovaries*
The primary outcome of this study was PCOM, defined as 12 or more 2–10 mm antral follicle count (AFC) in at least one ovary, according to the Rotterdam criteria (Balen et al., 2003; Rotterdam ESHRE/ASRM-Sponsored PCOS consensus workshop group, 2004). AFC was calculated using described 3D technique. *Ovarian volume* was estimated using 3D technique using the appropriate software (formula: $\pi/6$ transverse diameter × anteroposterior diameter × longitudinal diameter). In case of the presence of a corpus luteum or cyst $\geq 10$ mm diameter, the ovarian volume was excluded from the analysis (Balen et al., 2003; Rotterdam ESHRE/ASRM-Sponsored PCOS consensus workshop group, 2004).

### Hormonal measurements

Blood samples from the FtMs were obtained pre testosterone treatment and closest to (median 10 months before) TVU; from the controls on the day of TVU. Serum levels of estradiol, FSH and LH were measured in both groups but testosterone was only measured in the FtMs. *Hormonal assays* were described in detail elsewhere (van den Berg et al., 2010; Caanen et al., 2015).

### Statistical analysis

Statistical procedures were performed using SPSS version 20.0 (SPSS, Inc., Chicago, IL, USA). Baseline characteristics, hormonal measurements and



**Figure 1** The ovary was centred on the multiplanar view using the pan and zoom tools. In the GI 3D quantification mode, individual follicles were identified and coloured with the semi-automated stacked contour utility. In the Slice Plane View, all identified follicles throughout the entire ovary could then be counted and coloured, shown in the different panels.

Downloaded from https://academic.oup.com/humrep/article/32/7/1457/3823636 by guest on 16 April 2023

PLAINTIFFS006528

outcomes are reported as median (interquartile range) or number (percentages). Non-parametric Mann–Whitney U, Chi-squared, Fisher's exact or Wilcoxon signed rank tests were performed where appropriate. Logistic and linear regression analyses were conducted to correct for the confounders age and current use of GnRHa. A P value of <0.05 was considered significant.

*Sample size calculation*

Sample size of this study was based on the prevalence of PCOM in the average population as described in literature. Based on a prevalence of 32% of PCOM in a Caucasian population aged 25–45 years (Johnstone et al., 2010), we presumed an increase of PCOM to a prevalence of (at least) 60% after testosterone administration to be clinically relevant. A sample size of 50 patients is calculated assuming the prevalence of PCOM is 32% in the normal population and will increase to 60% in the group treated with testosterone, $\alpha = 0{,}05; \beta = 0{,}15$.

# Results

The baseline characteristics of the study population are presented in Table I, 56 FtMs and 80 controls matched the in- and exclusion criteria. The FtMs differ significantly from the controls with respect to age, height, BMI, ethnical background, age at menarche and signs of hyperandrogenism. Attributed to the specific study group, they also differ with respect to pregnancy and delivery dates. There are no differences observed for weight, menstrual cycle, smoking, alcohol use and diagnosis of PCOS.

Table II reports the characteristics specific of the FtMs. The median duration of testosterone use was 29.5 months, the median age at the start of testosterone administration was 20.5 years. Most FtMs used intramuscular testosterone injections (67.9%), the other 32.1% received transdermal testosterone gel. A number of the FtMs received GnRHa.

Table III presents the hormone levels measured prior to androgenic therapy (median 16.7 months), and closest to the ultrasound/surgery day (median 10.0 months). As expected hormonal measurements before and after testosterone therapy differed. Testosterone was significantly lower, and E2, FSH and LH were significantly higher prior to the start compared to afterwards. Serum hormone levels of the controls are also presented in Table III.

There were no reported adverse effects concerning lipid profiles, liver enzymes, glucose metabolism and haematology.

The main outcomes of the study are summarized in Table IV.

The prevalence of PCOM was not significantly different in the FtMs compared to the controls, 32.1% (17/53) versus controls 30.7% (23/75), $P = 0.87$.

Logistic regression analyses showed an OR 1.07 (95% CI 0.50–2.28), $P = 0.87$), and after correcting for age and current use of GnRHa: OR 0.63 (95% CI 0.20–1.95), $P = 0.42$.

No differences in PCOM in relation to GnRHa treatment were observed. Of 14 FtMs with current GnRHa use, 2 had PCOM, compared to 15 of 39 FtMs without current GnRHa use (14.3% versus 38.5%) $P = 0.18$. Of 25 FtMs with 'any use of GnRHa in the past', six had PCOM, compared to 11 of 28 FtMs that never used GnRHa (24.0% versus 39.3%) $P = 0.23$. Comparing the PCOM number in the FtMs that never used GnRHa to the controls, there is no difference (11 of 28; 23 of 75, 39.3% versus 30.7%) $P = 0.41$. Comparing the PCOM number in FtMs that did not currently use GnRHa to the controls, there is no difference (15 of 39; 23 of 75, 38.5% versus 30.7%) $P = 0.40$.

**Table I** Baseline characteristics of FtMs and controls.

| Characteristic | FtMs<br>n = 56 | Controls<br>n = 80 | P value* |
|---|---|---|---|
| Age (years) | 22.8 (19.6–26.3) | 34.0 (31.0–35.9) | <0.01 |
| Height (cm) | 167.0 (162.0–174.0) | 172.5 (168.0–178.0) | <0.01 |
| Weight (kg) | 67.5 (58.0–79.3) | 65.0 (60.0–71.0) | 0.51 |
| BMI (kg/m$^2$) | 23.4 (21.2–27.9) | 22.0 (20.9–23.5) | <0.01 |
| Ethnical background | | | |
|   Caucasian | 45 (81.8%) | 79 (98.8%) | <0.01 |
|   Other | 10 (18.2%) | 1 (1.2%) | |
| Smoking | | | |
|   No | 44 (78.6%) | 70 (88.6%) | 0.11 |
|   Yes | 12 (21.4%) | 9 (11.4%) | |
| Alcohol | | | |
|   No | 16 (28.6%) | 30 (38.0%) | 0.26 |
|   Yes | 40 (71.4%) | 49 (62.0%) | |
| Age at menarche | 12.0 (11.5–13.0) | 13.0 (12.0–14.0) | <0.01 |
| Menstrual cycle[a] | | | |
|   Regular | 39 (69.6%) | 68 (85.0%) | 0.06 |
|   Irregular | 9 (16.1%) | 9 (11.2%) | |
|   Never | 3 (5.4%) | 0 | |
|   Unknown | 5 (8.9%) | 3 (3.8%) | |
| Signs of clinical hyperandrogenism[b] | | | |
|   No | 31 (55.4%) | 65 (81.3%) | <0.01 |
|   Yes | 8 (14.3%) | 15 (18.8%) | |
|     Acne | 4 (7.1%) | 9 (11.3%) | |
|     Hirsutism | 2 (3.6%) | 5 (6.3%) | |
|     Acne & hirsutism | 2 (3.6%) | 2 (2.5%) | |
|     Alopecia androgenica | 0 | 1 (1.3%) | |
|   Unkown | 17 (30.4%) | 0 | |
| Diagnosis PCOS | | | |
|   No | 55 (98.2%) | 76 (97.4%) | 1.00 |
|   Yes | 1 (1.8%) | 2 (2.6%) | |
| Pregnancy | | | |
|   No | 55 (98.2%) | 39 (48.8%) | <0.01 |
|   Yes | 1 (1.8%) | 41 (51.2%) | |
| Delivery | | | |
|   No | 56 (100%) | 50 (62.5%) | <0.01 |
|   Yes | 0 | 30 (37.5%) | |

FtMs, female-to-male transsexuals. Data are expressed as median (interquartile range) and numbers (%).
*P values for continuous variables non-parametric Mann–Whitney U test, categorical variables using Chi square tests or Fisher's Exact test were appropriate.
[a]Regular cycle < 35 days, irregular cycle > 35 days.
[b]Before start of androgen treatment.

The mean AFC per ovary did not differ between the groups: median FtMs 6.8 versus controls 7.0, $P = 0.90$, ß adjusted for age and current use of GnRHa: 0.97 (95% CI −1.87 to 3.81), $P = 0.50$.

Downloaded from https://academic.oup.com/humrep/article/32/7/1457/3823636 by guest on 16 April 2023

PLAINTIFFS006529

Case 4:22-cv-00325-RH-MAF   Document 179-2   Filed 04/27/23   Page 5 of 8

The mean ovarian volume was higher in the control group: median controls 6.9 versus FtMs 5.4 ml, $P = 0.02$, ß adjusted for age and current use of GnRHa: $-1.14$ (95% CI $-2.78$ to 0.49), $P = 0.17$.

## Discussion

Hyperandrogenism is a paramount characteristic of PCOS both clinically and biochemically. However, the extent to which it causes development of PCOM is uncertain and unclear.

Several histological studies on human ovaries from FtMs assume that hyperandrogenism can cause PCOM changes (Amirikia et al., 1986; Futterweit and Deligdisch, 1986; Spinder et al., 1989; Pache et al., 1991). However recently this could not be confirmed (Ikeda et al., 2013). A number of animal models that have been developed to model PCOS are based on hyper exposure to androgens (Abbott et al., 1998; Murray et al., 1998; Vendola et al., 1998; Weil et al., 1999).

However, scarce data on postnatally administered androgens show conflicting results (Treloar et al., 1972; McGee et al., 2012).

Our prospective study is the first systematical and adequately powered study reporting on the possible effects of supraphysiological testosterone administration on human ovarian morphology determined by TVU. The results indicate that high androgen exposure in adulthood does not seem to induce PCOM.

Our findings raise at least two issues. First: how strong is the evidence that ultrasound appearance of PCOS agrees with histomorphological characterized PCOS? Only a few studies (Takahashi et al., 1994; Hansen et al., 2011) compared ultrasound appearance of ovaries and histomorphology in subsequently obtained surgical wedge resections or fractions. These show a strong correlation between numbers of cysts on histology and TVU. Other features of the classical histological criteria of Hughesdon (Hughesdon, 1982), such as ovarian volume and stromal hyperplasia, also seem to agree with these two types of observations (Parisi et al., 1984; Cheung and Chang, 1990; Saxton et al., 1990; Brown et al., 2009). Therefore, it is reasonable to assume that ultrasound PCOM can be considered a reliable indicator for histomorphological PCOS. Second: what is the validity of previous studies suggesting that prolonged hyperandrogenism has caused PCO-like histomorphological changes? A few studies have reported that ovaries from FtMs exposed to exogenous androgens show PCOS like features such as ovarian cortex thickening, collagenization, larger numbers of cystic and atretic follicles. But most of these studies have done so without objective quantification, application of stringent statistics and with arbitrary modifications of the classical Hughesdon criteria (Hughesdon, 1982; Amirikia et al., 1986; Futterweit and Deligdisch, 1986; Spinder et al., 1989; Pache et al., 1991; Grynberg et al., 2010). Indeed, a recent quantitative morphological study (Ikeda et al., 2013) detected hyperplasia of the ovarian cortex and stroma, but no PCO morphology.

Our finding is that androgen treatment does not seem to induce PCO ultrasound appearance. According to the literature, PCO ultrasound appearance correlates with PCO histomorphology (Takahashi et al., 1994), which in turn does not seem consistent with androgen treatment. This brings us to the conclusion that prolonged overexposure to

**Table II** Characteristics of the FtMs.

| Characteristic | $n = 56$ |
|---|---|
| Testosterone use (months) | 29.5 (23.0–35.0) |
| Age start testosterone (years) | 20.5 (17.1–23.8) |
| Type of testosterone used | |
|   Intramuscular | 38 (67.9%) |
|   Transdermal | 18 (32.1%) |
| Current use of GnRHa | |
|   No | 40 (71.4%) |
|   Yes | 16 (28.6%) |
| Any use of GnRHa in the past | |
|   No | 29 (51.8%) |
|   Yes | 27 (48.2%) |

Data are expressed as median (interquartile range) and numbers (%).

**Table III** Hormonal measurements.

| | Before testosterone | Prior to TVU |
|---|---|---|
| **Hormones FtMs,* $n = 56$** | | |
| Testosterone (nmol/l) | 1.0 (1.0–1.3), $n = 55$ | 16.0 (10.0–27.0), $n = 55$ |
| Estradiol (pmol/l) | 112.0 (52.0–263.0), $n = 55$ | 102.0 (70.0–124.0), $n = 43$ |
| FSH (U/l) | 4.4 (3.3–5.4), $n = 22$ | 0.7 (0.4–1.0), $n = 19$ |
| LH (U/l) | 3.5 (1.1–5.0), $n = 55$ | 0.4 (0.1–2.4), $n = 47$ |
| Months before TVU when blood was taken | | 10.0 (7.0–15.4) |
| Duration of testosterone therapy priorv to pre-TVU blood sample (months) | | 16.7 (13.1–25.3) |
| **Hormones controls, $n = 80$** | | |
| Estradiol (pmol/l) | 117.5 (96.9–159.9) | |
| FSH (U/l) | 5.7 (4.9–6.8) | |
| LH (U/l) | 4.5 (3.6–5.9) | |

TVU, transvaginal ultrasound. Data are expressed as median (interquartile range).
*Hormonal measurements the 56 FtMs before testosterone treatment began and in the most recent sample prior to TVU.

Downloaded from https://academic.oup.com/humrep/article/32/7/1457/3823636 by guest on 16 April 2023

PLAINTIFFS006530

**Table IV** Outcomes—results of 3D TVU of the ovaries.

| | FtMs | Controls | Regression analysis | | | | |
| | | | Crude | | | Adjusted** | |
| | n = 56 | n = 80 | P value* | Odds ratio | P value | Odds ratio | P value |
|---|---|---|---|---|---|---|---|
| PCOM ($\geq$12 antral follicles (2–10 mm) in at least one ovary) | 32.1% (17/53) | 30.7% (23/75) | 0.87 | 1.07 | 0.87 | 0.63 | 0.42 |
| AFC per ovary | 6.8 (4.4–15.8) | 7.0 (5.0–11.0) | 0.90 | 1.72 | 0.10 | 0.97 | 0.50 |
| Ovarian volume (ml) | 5.4 (3.9–8.0) | 6.9 (5.5–8.6) | 0.02 | −1.12 | 0.049 | −1.14 | 0.17 |

AFC, antral follicle count. Data are expressed as median (interquartile range) and % (numbers).
*P values for continuous variables non-parametric Mann–Whitney U test, categorical variables using Chi square tests.
**Adjusted for age and current GnRHa use.

exogenous androgen in adult human females may not be as straightforward a model for PCOS as previously assumed. It cannot be ruled out that in PCOS the only slightly higher androgen levels may cause PCOM. In any case, the extremely supraphysiological levels of testosterone we created, having been much higher than in PCOS, do not do so.

Of concern is to what extent animal models developed for PCOS, based on induction of hyperandrogenism, can be assumed valid for humans. It should be noted that nearly all assumptions are based on PCOS models that result from prenatal androgen exposure. Some studies in non-primate sheep and cattle models relate prenatal androgen exposure to postnatal androgen ultrasound appearance (Manikkam et al., 2006; Steckler et al., 2007; Bishop et al., 2009). In only one primate study androgens were given postnatally (during neonatal life) (McGee et al., 2012). These testosterone-treated primates did show changes in pulsatile LH secretion and responsiveness similar to PCOS, however there were no differences in ovarian morphology (the number of small antral follicles and ovarian size) determined by ultrasound, compared to control primates (McGee et al., 2012). Moreover, except for this study there is hardly any data on ultrasound appearance of these non-human ovaries that could parallel this typical clinical human characteristic. In none of the studied species natural occurring PCOS is present to validate the induced model.

On the other hand, animal models did teach us that during the early stages of folliculogenesis, androgens act as an enhancer of follicle recruitment and differentiation, particularly through the synergism of androgens and FSH. Furthermore, in later stages androgens inhibit follicular development and serve as a substrate for oestrogen (McGee and Hsueh, 2000; Gleicher et al., 2011; Gervásio et al., 2014). In vitro, androgens promote growth and survival of multiple types of follicles and enhances FSH receptor expression in mice, bovines and primates (Murray et al., 1998; Vendola et al., 1998; Weil et al., 1999; Yang and Fortune, 2006). However, these animal models have not been clearly confirmed in human (Walters, 2015).

### Strengths and weaknesses

A strength of the study is that subjects and controls underwent exactly the same ultrasound procedure (device, software, analysis etc.). The follicle (3D) counting method has high reliability compared with 2D measure methods (Scheffer et al., 2002; Lam and Raine-Fenning, 2006; Jayaprakasan et al., 2007).

We recognize several limitations of the study. Unfortunately, there is the lack of an ultrasound prior to androgen treatment of the FtMs.

One could question the current validity of the chosen threshold follicles per ovary of 12 for the definition of PCOM (Dewailly et al., 2014). However, in absence of novel consensus on this topic we used the definition according to the Rotterdam criteria (Rotterdam ESHRE/ASRM-Sponsored PCOS consensus workshop group, 2004). Furthermore, a number of patients received GnRHa, which is nowadays part of the most ideal sex-reassignment treatment, preventing secondary sex characteristics when starting from adolescence. It was considered unethical to withhold FtMs treatment with GnRHa. Possibly its LH and FSH suppressive effects may have influenced the dynamics of folliculogenesis and suppressed PCOM. Older studies in small groups show conflicting evidence of a reduction on ultrasound appearance of polycystic ovaries, particularly volume (Dale et al., 1989; Williams et al., 1989; Macleod et al., 1990; Goni et al., 1994). Gonadotropin suppression via hormonal contraceptive use, does not suppress PCOM (Mes-Krowinkel et al., 2014). Also, the reducing effect on AFC of GnRHa and hormonal contraceptives has shown to be reversible in a few months (Orsini et al., 1985; Macleod et al., 1990; ESHRE, 2001; Kriplani et al., 2010).

In addition, we did not observe differences between FtMs who had not been treated with GnRHa compared to those who had, either currently or somewhere in the past.

Unfortunately, our sample size did not allow detection of the presence of small differences, especially in the subgroup analysis for GnRHa treatment. Concerning the subjects, the two groups were not an ideal match with regard to age and BMI. The FtMs were significantly younger and had a lower BMI. However, statistical correction did not change the results.

*In conclusion*, this first explorative study shows that long-term exogenous androgen administration in adult women does not seem to induce PCOM, determined by TVU. We applied a unique and ethically acceptable opportunity of exploring the effects of androgens on human ovaries in women with transsexualism.

### Acknowledgements

The authors especially want to thank the patients for their participation, as well as Dr. H. Trum and the surgery teams for their help during surgery.

### Authors' roles

M.R.C., N.E.S., E.M.A.K., M.v.T. and C.B.L. designed the study, recruited patients, collected data, analysed the data, interpreted the data

Downloaded from https://academic.oup.com/humrep/article/32/7/1457/3823636 by guest on 16 April 2023

PLAINTIFFS006531

and wrote the first draft of the manuscript. J.v.R., M.H.v.B., E.v.D.B., A.O., and F.E.v. collected and analysed data and contributed with interpretation and the writing of the final version of the manuscript.

# Funding

None.

# Conflict of interest

None declared.

# References

Abbott DH, Bird IM. Nonhuman primates as models for human adrenal androgen production: function and dysfunction. *Rev Endocr Metab Disord* 2009;**10**:33–42.

Abbott DH, Dumesic DA, Eisner JR, Colman RJ, Kemnitz JW. Insights into the development of polycystic ovary syndrome (PCOS) from studies of prenatally androgenized female rhesus monkeys. *Trends Endocrinol Metab* 1998;**9**:62–67.

Abbott DH, Tarantal AF, Dumesic DA. Fetal, infant, adolescent and adult phenotypes of polycystic ovary syndrome in prenatally androgenized female rhesus monkeys. *Am J Primatol* 2009;**71**:776–784.

Amirikia H, Savoy-Moore RT, Sundareson AS, Moghissi KS. The effects of long-term androgen treatment on the ovary. *Fertil Steril* 1986;**45**:202–208.

Azziz R. Androgen excess is the key element in polycystic ovary syndrome. *Fertil Steril* 2003;**80**:252–254.

Azziz R, Woods KS, Reyna R, Key TJ, Knochenhauer ES, Yildiz BO. The prevalence and features of the polycystic ovary syndrome in an unselected population. *J Clin Endocrinol Metab* 2004;**89**:2745–2749.

Balen AH, Laven JS, Tan SL, Dewailly D. Ultrasound assessment of the polycystic ovary: international consensus definitions. *Hum Reprod Update* 2003;**9**:505–514.

Bishop CV, Sparman ML, Stanley JE, Bahar A, Zelinski MB, Stouffer RL. Evaluation of antral follicle growth in the macaque ovary during the menstrual cycle and controlled ovarian stimulation by high-resolution ultrasonography. *Am J Primatol* 2009;**71**:384–392.

Brown DL, Henrichsen TL, Clayton AC, Hudson SB, Coddington CCIII, Vella A. Ovarian stromal hyperthecosis: sonographic features and histologic associations. *J Ultrasound Med* 2009;**28**:587–593.

Caanen MR, Soleman RS, Kuijper EA, Kreukels BP, De Roo C, Tilleman K, De Sutter P, van Trotsenburg MA, Broekmans FJ, Lambalk CB. Antimüllerian hormone levels decrease in female-to-male transsexuals using testosterone as cross-sex therapy. *Fertil Steril* 2015;**103**:1340–1345.

Cheung AP, Chang RJ. Polycystic ovary syndrome. *Clin Obstet Gynecol* 1990;**33**:655–657.

Dale PO, Tanbo T, Haug E, Abyholm T. GnRH-agonist therapy in women with the polycystic ovarian syndrome: effects on ovarian volume and on gonadotropin and sex steroid levels. *Gynecol Endocrinol* 1989;**4**:309–315.

de Boer EJ, den Tonkelaar I, Burger CW, van Leeuwen FE, and OMEGA Project Group. Validity of self-reported causes of subfertility. *Am J Epidemiol* 2005;**161**:978–986.

Dekker M, Wierckx K, Van Caenegem E, Klaver M, Kreukels B, Elaut E, Fisher A, van Trotsenburg M, Schreiner T, den Heijer M. A European network for the investigation of gender incongruence: endocrine part. *J Sex Med* 2016;**13**:994–999.

Dewailly D, Lujan ME, Carmina E, Cedars MI, Laven J, Norman RJ, Escobar-Morreale HF. Definition and significance of polycystic ovarian morphology: a task force report from the Androgen Excess and Polycystic Ovary Syndrome Society. *Hum Reprod Update* 2014;**20**:334–352.

Dewailly D, Robin G, Peigne M, Decanter C, Pigny P, Catteau-Jonard S. Interactions between androgens, FSH, anti-Müllerian hormone and estradiol during folliculogenesis in the human normal and polycystic ovary. *Hum Reprod Update* 2016;**22**:709–724.

ESHRE Capri Workshop Group. Ovarian and endometrial function during hormonal contraception. *Hum Reprod* 2001;**16**:1527–1535.

Franks S. Polycystic ovary syndrome. *N Engl J Med* 1995;**333**:853–861.

Futterweit W, Deligdisch L. Histopathological effects of exogenously administered testosterone in 19 female to male transsexuals. *J Clin Endocrinol Metab* 1986;**62**:16–21.

Gervásio CG, Bernuci MP, Silva-de-Sá MF, Rosa-e-Silva AC. The role of androgen hormones in early follicular development. *ISRN Obstet Gynecol* 2014;**2014**:818010.

Gleicher N, Weghofer A, Barad DH. The role of androgens in follicle maturation and ovulation induction: friend or foe of infertility treatment. *Reprod Biol Endocrinol* 2011;**9**:116.

Goni M, Markussis V, Tolis G. Efficacy of chronic therapy with the gonadotrophin releasing hormone agonist decapeptyl in patients with polycystic ovarian syndrome. *Hum Reprod* 1994;**6**:1048–1052.

Grynberg M, Fanchin R, Dubost G, Colau J, Brémont-Weil C, Frydman R, Ayoubi J. Histology of genital tract and breast tissue after long-term testosterone administration in a female-to-male transsexual population. *Reprod Biomed Online* 2010;**20**:553–558.

Hansen KR, Hodnett GM, Knowlton N, Craig LB. Correlation of ovarian reserve tests with histologically determined primordial follicle number. *Fertil Steril* 2011;**95**:170–175.

Hughesdon P. Morphology and morphogenesis of the Stein-Leventhal ovary and of so-called 'hyperthecosis'. *Obstet Gynecol Surv* 1982;**37**:59–77.

Ikeda K, Baba T, Noguchi H, Nagasawa K, Endo T, Kiya T, Saito T. Excessive androgen exposure in female-to-male transsexual persons of reproductive age induces hyperplasia of the ovarian cortex and stroma but not polycystic ovary morphology. *Hum Reprod* 2013;**28**:453–461.

Jayaprakasan K, Hilwah N, Kendall NR, Hopkisson JF, Campbell BK, Johnson IR, Raine-Fenning NJ. Does 3D ultrasound offer any advantage in the pretreatment assessment of ovarian reserve and prediction of outcome after assisted reproduction treatment? *Hum Reprod* 2007;**22**:1932–1941.

Johnstone EB, Rosen MP, Neril R, Trevithick D, Sternfeld B, Murphy R, Addauan-Andersen C, McConnell D, Pera RR, Cedars MI. The polycystic ovary post-Rotterdam: a common, age-dependent finding in ovulatory women without metabolic significance. *J Clin Endocrinol Metab* 2010;**95**:4965–4972.

Kriplani A, Periyasamy AJ, Agarwal N, Kulshrestha V, Kumar A, Ammini AC. Effect of oral contraceptive containing ethinyl estradiol combined with drospirenone versus desogestrel on clinical and biochemical parameters in patients with polycystic ovary syndrome. *Contraception* 2010;**82**:139–146.

Lam PM, Raine-Fenning N. The role of three dimensional ultrasonography in polycystic ovary syndrome. *Hum Reprod* 2006;**21**:2209–2215.

Lauritsen MP, Bentzen JG, Pinborg A, Loft A, Forman JL, Thuesen LL, Cohen A, Hougaard DM, Nyboe Andersen A. The prevalence of polycystic ovary syndrome in a normal population according to the Rotterdam criteria versus revised criteria including anti-Mullerian hormone. *Hum Reprod* 2014;**29**:791–801.

Legro RS, Kunselman AR, Dodson WC, Dunaif A. Prevalence and predictors of risk for type 2 diabetes mellitus and impaired glucose tolerance in polycystic ovary syndrome: a prospective, controlled study in 254 affected women I. *J Clin Endocrinol Metab* 1999;**84**:165–169.

Macleod AF, Wheeler MJ, Gordon P, Lowy C, Sönksen PH, Conaglen JV. Effect of long-term inhibition of gonadotrophin secretion by the

Downloaded from https://academic.oup.com/humrep/article/32/7/1457/3823636 by guest on 16 April 2023

PLAINTIFFS006532

gonadotrophin-releasing hormone agonist, buserelin, on sex steroid secretion and ovarian morphology in polycystic ovary syndrome. *J Endocrinol* 1990;**2**:317–325.

Manikkam M, Steckler TL, Welch KB, Inskeep EK, Padmanabhan V. Fetal programming: prenatal testosterone treatment leads to follicular persistence/luteal defects; partial restoration of ovarian function by cyclic progesterone treatment. *Endocrinology* 2006;**147**:1997–2007.

McGee EA, Hsueh AJ. Initial and cyclic recruitment of ovarian follicles 1. *Endocr Rev* 2000;**21**:200–214.

McGee WK, Bishop CV, Bahar A, Pohl CR, Chang RJ, Marshall JC, Pau FK, Stouffer RL, Cameron JL. Elevated androgens during puberty in female rhesus monkeys lead to increased neuronal drive to the reproductive axis: a possible component of polycystic ovary syndrome. *Hum Reprod* 2012;**27**:531–540.

Mes-Krowinkel MG, Louwers YV, Mulders AG, de Jong FH, Fauser BC, Laven JS. nfluence of oral contraceptives on anthropomorphometric, endocrine, and metabolic profiles of anovulatory polycystic ovary syndrome patients. *Fertil Steril* 2014;**101**:1757–1765.

Mueller A, Haeberle L, Zollver H, Claassen T, Kronawitter D, Oppelt PG, Cupisti S, Beckmann MW, Dittrich R. Effects of intramuscular testosterone undecanoate on body composition and bone mineral density in female-to-male transsexuals. *J Sex Med* 2010;**7**:3190–3198.

Mueller A, Kiesewetter F, Binder H, Beckmann MW, Dittrich R. Long-term administration of testosterone undecanoate every 3 months for testosterone supplementation in female-to-male transsexuals. *J Clin Endocrinol Metabol* 2007;**92**:3470–3475.

Murray AA, Gosden RG, Allison V, Spears N. Effect of androgens on the development of mouse follicles growing in vitro. *J Reprod Fertil* 1998;**113**:27–33.

Norman RJ, Dewailly D, Legro RS, Hickey TE. Polycystic ovary syndrome. *Lancet* 2007;**370**:685–697.

Orsini LF, Venturoli S, Lorusso R, Pluchinotta V, Paradisi R, Bovicelli L. Ultrasonic findings in polycystic ovarian disease. *Fertil Steril* 1985;**5**:709–714.

Overbeek A, van den Berg MH, Kremer LC, van den Heuvel-Eibrink MM, Tissing WJ, Loonen JJ, Versluys B, Bresters D, Kaspers GJ, Lambalk CB. A nationwide study on reproductive function, ovarian reserve, and risk of premature menopause in female survivors of childhood cancer: design and methodological challenges. *BMC Cancer* 2012;**12**:363.

Pache T, Chadha S, Gooren L, Hop W, Jaarsma K, Dommerholt H, Fauser B. Ovarian morphology in long-term androgen-treated female to male transsexuals. A human model for the study of polycystic ovarian syndrome? *Histopathology* 1991;**19**:445–452.

Parisi L, Tramonti M, Derchi LE, Casciano S, Zurli A, Rocchi P. Polycystic ovarian disease: ultrasonic evaluation and correlations with clinical and hormonal data. *J Clin Ultrasound* 1984;**12**:21–26.

Rotterdam ESHRE/ASRM-Sponsored PCOS consensus workshop group. Revised 2003 consensus on diagnostic criteria and long-term health risks related to polycystic ovary syndrome (PCOS). *Hum Reprod* 2004;**19**:41–47.

Saxton D, Farquhar C, Rae T, Beard R, Anderson M, Wadsworth J. Accuracy of ultrasound measurements of female pelvic organs. *Br J Obstet Gynaecol* 1990;**97**:695–699.

Scheffer G, Broekmans F, Bancsi L, Habbema J, Looman C, Te Velde E. Quantitative transvaginal two-and three-dimensional sonography of the ovaries: reproducibility of antral follicle counts. *Ultrasound Obstet Gynecol* 2002;**20**:270–275.

Spinder T, Spijkstra JJ, van den Tweel JG, Burger CW, van Kessel H, Hompes PG, Gooren LJ. The effects of long term testosterone administration on pulsatile luteinizing hormone secretion and on ovarian histology in eugonadal female to male transsexual subjects. *J Clin Endocrinol Metab* 1989;**69**:151–157.

Steckler T, Manikkam M, Inskeep EK, Padmanabhan V. Developmental programming: follicular persistence in prenatal testosterone-treated sheep is not programmed by androgenic actions of testosterone. *Endocrinology* 2007;**148**:3532–3540.

Stein IF and Leventhal ML. Amenorrhea associated with bilateral polycystic ovaries. *Am J Obstet Gynecol* 1935;**29**:181–191.

Takahashi K, Eda Y, Abu-Musa A, Okada S, Yoshino K, Kitao M. Transvaginal ultrasound imaging, histopathology and endocrinopathy in patients with polycystic ovarian syndrome. *Hum Reprod* 1994;**9**:1231–1236.

Treloar O, Wolf R, Meyer R. Failure of a single neonatal dose of testosterone to alter ovarian function in the Rhesus monkey. *Endocrinology* 1972;**90**:281–284.

van den Berg MH, van Dulmen-den Broeder E, Overbeek A, Twisk JW, Schats R, van Leeuwen FE, Kaspers GJ, Lambalk CB. Comparison of ovarian function markers in users of hormonal contraceptives during the hormone-free interval and subsequent natural early follicular phases. *Hum Reprod* 2010;**25**:1520–1527.

van Leeuwen FE, Klip H, Mooij TM, van de Swaluw AM, Lambalk CB, Kortman M, Laven JS, Jansen CA, Helmerhorst FM, Cohlen BJ et al. Risk of borderline and invasive ovarian tumours after ovarian stimulation for in vitro fertilization in a large Dutch cohort. *Hum Reprod* 2011;**26**:3456–3465.

van Trotsenburg MA. Gynecological aspects of transgender healthcare. *Int J Transgend* 2009;**11**:238–246.

Vendola KA, Zhou J, Adesanya OO, Weil SJ, Bondy CA. Androgens stimulate early stages of follicular growth in the primate ovary. *J Clin Invest* 1998;**101**:2622–2629.

Walters KA. Role of androgens in normal and pathological ovarian function. *Reproduction* 2015;**149**:R193–R218.

Weil S, Vendola K, Zhou J, Bondy CA. Androgen and follicle-stimulating hormone interactions in primate ovarian follicle development. *J Clin Endocrinol Metab* 1999;**84**:2951–2956.

Weil SJ, Vendola K, Zhou J, Adesanya OO, Wang J, Okafor J, Bondy CA. Androgen receptor gene expression in the primate ovary: cellular localization, regulation, and functional correlations. *J Clin Endocrinol Metab* 1998;**83**:2479–2485.

Wild RA, Carmina E, Diamanti-Kandarakis E, Dokras A, Escobar-Morreale HF, Futterweit W, Lobo R, Norman RJ, Talbott E, Dumesic DA. Assessment of cardiovascular risk and prevention of cardiovascular disease in women with the polycystic ovary syndrome: a consensus statement by the Androgen Excess and Polycystic Ovary Syndrome (AE-PCOS) Society. *J Clin Endocrinol Metabol* 2010;**95**:2038–2049.

Williams IA, Shaw RW, Burford G. An attempt to alter the pathophysiology of polycystic ovary syndrome using a gonadotrophin hormone releasing hormone agonist–Nafarelin. *Clin Endocrinol* 1989;**3**:345–353.

Yang MY, Fortune JE. Testosterone stimulates the primary to secondary follicle transition in bovine follicles in vitro. *Biol Reprod* 2006;**75**:924–932.

Downloaded from https://academic.oup.com/humrep/article/32/7/1457/3823636 by guest on 16 April 2023

PLAINTIFFS006533