ISSN 2472-1972

# Treatment of Central Precocious Puberty

Erica A. Eugster[1]

[1]Division of Pediatric Endocrinology, Department of Pediatrics, Riley Hospital for Children at Indiana University Health, Indiana University School of Medicine, Indianapolis, Indiana 46202

ORCiD numbers: 0000-0001-6135-7474 (E. A. Eugster).

Long-acting analogs of GnRH (GnRHas) have been the gold-standard treatment of central precocious puberty (CPP) worldwide and have an enviable track record of safety and efficacy. Recent years have witnessed much growth in the availability of longer-acting and sustained-release forms of GnRHas. Although all available agents appear promising, limited long-term follow-up and/or comparative data are available. In this review, important issues pertaining to the treatment of children with CPP are discussed. In addition to an assessment of the newer extended-release GnRHa formulations, a delineation of factors essential in determining which children should be treated is offered. Outstanding uncertainties in clinical management are highlighted and areas in need of future research identified. Literature searches for this review were performed in PubMed and OVID, with a focus on English-language publications using the terms "central precocious puberty" and "treatment."

Copyright © 2019 Endocrine Society

This article has been published under the terms of the Creative Commons Attribution Non-Commercial, No-Derivatives License (CC BY-NC-ND; https://creativecommons.org/licenses/by-nc-nd/4.0/).

Freeform/Key Words: precocious puberty, treatment, GnRH analogs

Central precocious puberty (CPP) refers to early activation of the hypothalamic-pituitary-gonadal (HPG) axis and occurs in 1 in 5000 to 10,000 children [1]. CPP is far more common in girls, in whom it is usually idiopathic. Safe and effective treatment of CPP in the form of long-acting GnRH analogs (GnRHas) has been available for many years [2].

The development of GnRHas was based on the recognition that sustained high concentrations of GnRH resulted in a paradoxical downregulation and subsequent suppression of the HPG axis [3]. In the early 1980s, several different formulations of GnRHas were developed with different durations of action and routes of administration. Historically, the most commonly used preparation in the United States for the treatment of CPP was monthly IM depot leuprolide [4]. However, during the past decade or so, there has been a substantial increase in the number of extended-release formulations of GnRHas, resulting in a broad array of therapeutic options for patients and providers. These include 3-monthly (i.e., once every 3 months) depot IM preparations, 6-monthly (i.e., once every 6 months) depot IM preparations, and a subcutaneous implant that is marketed for annual use [5].

Although these longer-acting formulations are expected to improve compliance, the cost of GnRHas developed for use in children has remained extremely high. While minimal comparative information about the extended-release options is available in the short term, how they will stack up in contrast to monthly depot leuprolide regarding long-term safety and efficacy. Despite the excellent track record achieved in the arena of pharmacologic treatment of CPP, several notable queries remain about clinical management of affected children. These include criteria for treatment, the role of psychological considerations, whether brain MRI scanning should be mandatory, how therapy should be monitored, and when it should be discontinued. This review discusses each of the extended-release GnRHa formulations

---

Abbreviations: CNS, central nervous system; CPP, central precocious puberty; GnRHa, GnRH analog; HPG, hypothalamic-pituitary-gonadal.

Received 25 January 2019
Accepted 22 March 2019
First Published Online 28 March 2019

May 2019
doi: 10.1210/js.2019-00036 | Journal of the Endocrine Soc

Downloaded from https://academic.oup.com/jes/article/3/5/965/5421014 by guest on 15 April 2023

Pl. Trial Ex. 172

PLAINTIFFS006645

966 | Journal of the Endocrine Society | doi: 10.1210/js.2019-00036

currently in the therapeutic armamentarium, describes areas of uncertainly in clinical management, and highlights unanswered questions and future directions.

## 1. Extended-Release GnRHa Preparations

### A. Three-Monthly Depot GnRHas

Although 3-monthly depot GnRHas have been used in Europe for the treatment of CPP for many years [6], the first US Food and Drug Administration approval of a 3-monthly form of depot leuprolide for pediatric use occurred in 2011. While clinical indices of pubertal suppression have been reassuring, the 11.25-mg 3-monthly dose resulted in <100% HPG-axis suppression in several studies. These have included trials investigating 1- vs 3-monthly depot leuprolide [7, 8], a 3-year study of two different doses of depot leuprolide [9], and a meta-analysis of 3-monthly triptorelin for 1 year [10]. In contrast, one small retrospective study found no differences in adult height between girls treated with monthly vs 3-monthly triptorelin at the 11.25-mg dose [11]. Longer and larger-scale follow-up studies are needed to determine if there are meaningful discrepancies in clinical outcomes resulting from different doses of 3-monthly GnRHas as compared with monthly treatment.

### B. Six-Monthly Depot GnRHas

A 6-monthly form of depot triptorelin was approved in 2017 by the US Food and Drug Administration for use in CPP. This approval was based on findings from an international, multicenter study conducted in 44 patients [12]. Appropriate HPG-axis suppression was noted in 93% of the subjects at 6 months and in 97.7% at 12 months. As with 3-monthly preparations, parameters indicating efficacy in terms of pubertal progression were favorable. However, given the limited amount of information available, no firm conclusions can be made yet about 6-monthly depot GnRHas. Trials investigating additional 6-monthly preparations besides triptorelin are underway.

### C. Subcutaneous Histrelin Implant

A subcutaneous implant containing 50 mg of the potent GnRHa histrelin has been available for the treatment of CPP since 2007. Constructed of a soft hydrogel, the device releases histrelin at a rate of ~65 μg/d and results in profound HPG-axis suppression within 1 month [13]. The implant is typically inserted in the upper inner arm using local anesthesia in most cases [14]. After 5 years of treatment, predicted adult heights in children naïve to treatment increased by 9 to 10 cm [15]. Although marketed for annual use, the recognition that a single implant lasts at least 2 years has the potential to decrease costs and numbers of surgical procedures in children treated with this modality [16]. Routes of administration, available doses, and duration of action of each of the extended-release GnRHa preparations available for use in the United States are summarized in Table 1.

Table 1. Extended-Release Preparations of GnRH Analogs Available in the United States

| Generic Name | Brand Name (Manufacturer) | Route of Administration | Available Doses (mg) | Duration of Action |
|---|---|---|---|---|
| 3-Monthly leuprolide | Lupron Depot-PED 3 mo (AbbVie, Chicago, IL) | IM | 11.25, 30 | 3 mo |
| 6-Monthly triptorelin | Triptodur (Arbor Pharmaceuticals, Atlanta, GA) | IM | 22.5 | 6 mo |
| Histrelin implant | Supprelin LA (Endo Pharmaceuticals, Malvern, PA) | Subcutaneous implant | 50 | ≥2 y |

Downloaded from https://academic.oup.com/jes/article/3/5/965/5421014 by guest on 15 April 2023

PLAINTIFFS006646

doi: 10.1210/js.2019-00036 | Journal of the Endocrine Society | 967

## 2. Safety of GnRHas

GnRHas have an admirable safety profile. The most commonly reported adverse events are injection-site reactions which are typically mild and self-limited. However, sterile abscess formation has been reported in the setting of IM injections [17] and the histrelin implant [18]. The most problematic issue encountered with the histrelin implant is a propensity for the device to fracture during explanation, which in rare cases has necessitated ultrasound guidance to remove remaining fragments [19]. During treatment, growth velocity can significantly decline, particularly in patients with a markedly advanced bone age. This may necessitate addition of adjunctive treatment in the form of GH or oxandrolone [20]. Although some children may experience weight gain while on therapy, the preponderance of evidence suggests that GnRHas do not have a negative effect on body mass index in patients being treated for CPP [21, 22]. Bone mineral density is typically increased for age at diagnosis and progressively decreases during GnRHa treatment. However, follow-up of patients several years after cessation of therapy reveals bone mineral accrual to be within the normal range compared with population norms [23].

## 3. Criteria for Treatment

The main goal of treatment in children with CPP is the preservation of height potential. Although this sounds straightforward, any consideration of height outcomes must acknowledge several limitations. One is that no randomized controlled studies examining the effect of treatment vs no treatment on height in CPP have ever been conducted, to this author's knowledge. Another is that outcome in terms of height is generally based on the difference between predicted adult height at diagnosis and ultimate adult height at the end of treatment [24–28]. By definition, height predictions are based on bone-age radiographs, which are highly imprecise and subject to substantial variability in interpretation. In addition, bone ages typically over-predict height in CPP [29]. Thus, it is very difficult to accurately predict height outcome for any individual child. In addition to the caveats already mentioned, the degree of height gained also depends on multiple factors, including chronological age, pubertal stage, skeletal maturation, and tempo of pubertal development. It has long been recognized that a subset of children with CPP have a slowly progressive form of early puberty that does not benefit from intervention in terms of adult height [30]. The challenge lies in identifying which patients will ultimately belong in this category as compared with those who will lose a substantial degree of height potential without treatment. Therefore, a period of observation of ~6 months has been recommended unless puberty is quite advanced (Tanner stage ≥3 breast development in girls) at initial presentation [31]. Paradoxically, the suggestion to wait for some time before initiating therapy is in direct contradiction to the observation that the benefit gained in terms of height is inversely proportional to the age at which treatment is started. Girls in whom GnRHa therapy is initiated at age ≤6 years derive the greatest benefit from intervention, whereas those who are treated at between 6 and 8 years have a variable outcome [32, 33]. In contrast, no increase in adult height is seen in girls who are treated after age 8 years [34, 35]. Despite broad acknowledgment of a lack of increase in adult stature in girls treated when they are older than 8 years, GnRHa treatment continues to be initiated in many children who are well above this age threshold [36]. This likely reflects parental anxiety regarding impending menses as well as effective marketing by the producers of GnRHas. Insufficient data regarding boys with CPP have hampered the establishment of analogous age cutoffs for treatment efficacy in boys. The other concern often used as a rationale for treatment is negative psychosocial consequences of precocious puberty, particularly in girls. Because of conflicting conclusions in the medical literature in this area, no clear consensus regarding the risk of psychopathology in children with CPP exists [37]. Although some studies have indicated increased stress and anxiety in girls with CPP [38, 39], others have found no differences in psychological functioning as compared with control subjects [40, 41]. This is an area in which more research is

Downloaded from https://academic.oup.com/jes/article/3/5/965/5421014 by guest on 15 April 2023

PLAINTIFFS006647

968 | Journal of the Endocrine Society | doi: 10.1210/js.2019-00036

definitely needed. Table 2 summarizes the results of several studies reporting adult height outcomes in girls treated for CPP.

## 4. Controversies in Management of CPP

### A. Need for Brain MRI

Once a diagnosis of CPP has been made, clinicians are faced with the decision of whether to order a brain MRI. This decision only pertains to girls, because the much higher rate of intracranial pathology mandates central nervous system (CNS) imaging in all boys with CPP. It has been suggested that brain MRI scanning may not be necessary in girls older than age 6 years who have no neurologic symptoms [42]. However, others have advocated for routine brain MRIs regardless of age, because of the finding of CNS abnormalities in girls with CPP who are older than age 6 years [43]. Potential consequences of unnecessary MRIs include cost, parental anxiety, and need for repeated imaging when incidental findings are uncovered. A meta-analysis of MRI findings in children with CPP revealed a total prevalence of CNS lesions of 9%, which decreased to 7% when only those possibility related to early puberty were included [44]. Notably, however, only 1.6% of these required intervention, because the vast majority were hypothalamic hamartomas which respond to medical therapy. Given that a small risk of important CNS abnormalities does exist, it is unlikely that the controversy surrounding this aspect of management will be resolved any time soon. For now, the recommendation is to discuss the pros and cons of MRI scanning with parents and allow them to participate in the decision of whether or not to pursue this test [45].

In children with a family history of CPP, genetic testing for an *MKRN3* mutation, the most common monogenetic cause of precocious puberty, will likely supersede CNS imaging, rendering this issue moot in many cases [46]. A second genetic etiology underlying familial CPP is deletions in *DLK1*, which encodes for Delta-Like 1 Homolog [47]. Both *MKRN3* and *DLK1* are maternally imprinted genes that are expressed only from the paternal allele. Thus, a family history of CPP on the father's side should increase the index of suspicion for a

Table 2. Examples of Studies Reporting Adult Height in Girls Treated With a GnRHa for CPP

| First Author | Year of Publication | No. of Girls Participating | Modality Used and Duration of GnRH Treatment[a] | Adult Height Achieved, Mean ± SD (cm) | Height Increase Above Predicted at Baseline (cm) |
|---|---|---|---|---|---|
| Heger [24] | 1999 | 50 | Depot triptorelin 4.4 ± 2.1 y | 160.6 ± 8.0 | 5.7 |
| Antoniazzi [25] | 2000 | 71 | Depot triptorelin, buserelin nasal spray 16–56 mo | 154.4 ± 5.6 | 2-7 |
| Lazar [32] | 2007 | 115 | Depot decapeptyl 2.8–4.8 y | 160.35 ± 5.05 | 5 |
| Pasquino [26] | 2008 | 87 | Depot triptorelin 4.2 ± 1.6 y | 159.8 ± 5.3 | 5.1 |
| Nabhan [27] | 2009 | 26 | Depot leuprolide 3.6 ± 2.1 y | 163 ± 7.6 | 4.5 |
| Magiakou [22] | 2010 | 33 | Depot triptorelin 2.75 y | 158.5 | 6.95 |
| Poomthavorn [21] | 2011 | 47 | Depot leuprolide or triptorelin 3.4 ± 1.5 y | 158.6 ± 5.2 | 4.7 |
| Bertelloni [11] | 2015 | 25 | Depot triptorelin, 3.05 ± 0.9 y | 158.25 ± 5.8 | 3 |
| Lee [28] | 2018 | 84 | Depot leuprolide 2.98 ± 0.73 y | 160.1 ± 5 | 4 |

[a]Duration data reported as mean ± SD or as a range.

Downloaded from https://academic.oup.com/jes/article/3/5/965/5421014 by guest on 15 April 2023

doi: 10.1210/js.2019-00036 | Journal of the Endocrine Society | 969

mutation in one of these genes. Other genetic causes of CPP include activating mutations in kisspeptin and its receptor, *KISS1R* [48, 49]. However, each of these has been described as causing CPP in only a single patient thus far [50].

### B. Monitoring of Treatment

There is no systematic strategy for monitoring whether adequate suppression of the HPG axis has been achieved in children being treated for CPP [51]. Although there is unanimity regarding the value of auxologic indices such as growth velocity, Tanner staging, and skeletal maturation, no agreement exists on the need for biochemical measures of treatment efficacy [52]. In fact, unexpected pitfalls are sometimes encountered when assumptions are made about hormonal studies in CPP. A case in point is the use of random ultrasensitive LH concentrations, which are helpful in the diagnosis of CPP and were postulated to adequately reflect HPG-axis suppression during treatment. Unexpectedly, random ultrasensitive LH values frequently remain in the pubertal range in children receiving GnRHa therapy that otherwise provides adequate HPG-axis suppression, and therefore these values can be misleading [53, 54]. Given the lack of evidence for any association between biochemical monitoring and adult height, it is reasonable to forgo any routine blood testing in children being treated for CPP. If treatment failure is suspected on clinical grounds, a GnRHa stimulation test is recommended.

### C. Discontinuation of Therapy

A final area of uncertainty in the management of CPP relates to the optimal age of discontinuation of treatment. There are essentially no studies in which age at treatment cessation has been standardized. However, cumulative evidence suggests that optimal height gains are realized when treatment is stopped at a bone age of ~12 years in girls and ~13 years in boys [37, 55, 56]. Regardless, the decision of when to halt therapy is individualized and incorporates numerous patient-specific characteristics including absolute and predicted height, chronological age, psychosocial factors, pubertal stage, and family preferences.

### D. Gonadal Function After GnRHa Therapy

Information regarding long-term outcomes of patients treated with GnRHas with respect to gonadal function are reassuring. Unsurprisingly, the vast majority of existing data pertain only to women. Menstrual cycles are reported to be normal with respect to duration and timing, and mean ovarian volumes similar to those in the general population. There have been no perceived health consequences to offspring of mothers who were treated with GnRHas and no increased need for assisted reproductive technology [57, 58]. Limited follow-up in adolescent boys previously treated with a GnRHa for CPP reveals similarly normal testicular function and sperm counts within the normal range [59], although more data in men are needed.

## 5. Conclusion

The therapeutic armamentarium for the treatment of children with CPP has rapidly expanded, resulting in the availability of several newer extended-release GnRHa formulations. Although the efficacy and safety of these longer-acting agents are not expected to diverge from historically used preparations, only a modicum of information regarding some of them is available. Likewise, a lack of head-to-head comparison data renders it impossible to determine whether any relative superiority among these different treatment options exists. Despite the highly favorable treatment profile of CPP in general, there are several unresolved questions pertaining to clinical management of affected children. Areas particularly in need of additional research include psychological sequelae of CPP and height outcomes in boys.

Downloaded from https://academic.oup.com/jes/article/3/5/965/5421014 by guest on 15 April 2023

PLAINTIFFS006649

Efforts aimed at determining the optimal strategy for monitoring treatment and time for discontinuation of GnRHa therapy are also needed.

### Acknowledgments

*Correspondence:* Erica A. Eugster, MD, 705 Riley Hospital Drive, Room 5960, Riley Hospital for Children at Indiana University Health, Indianapolis, Indiana 46202. E-mail: eeugster@iu.edu.

*Disclosure Summary:* E.A.E. participates in clinical trials sponsored by Tolmar/Orphan Reach and AbbVie.

### References and Notes

1. Sultan C, Gaspari L, Maimoun L, Kalfa N, Paris F. Disorders of puberty. *Best Pract Res Clin Obstet Gynaecol.* 2018;**48**:62–89.
2. Comite F, Cutler GB, Jr, Rivier J, Vale WW, Loriaux DL, Crowley WF, Jr. Short-term treatment of idiopathic precocious puberty with a long-acting analogue of luteinizing hormone-releasing hormone. A preliminary report. *N Engl J Med.* 1981;**305**(26):1546–1550.
3. Belchetz PE, Plant TM, Nakai Y, Keogh EJ, Knobil E. Hypophysial responses to continuous and intermittent delivery of hypopthalamic gonadotropin-releasing hormone. *Science.* 1978;**202**(4368):631–633.
4. Swerdloff RS, Heber D. Superactive gonadotropin-releasing hormone agonists. *Annu Rev Med.* 1983;**34**:491–500.
5. Aguirre RS, Eugster EA. Central precocious puberty: From genetics to treatment. *Best Pract Res Clin Endocrinol Metab.* 2018;**32**(4):343–354.
6. Carel JC, Blumberg J, Seymour C, Adamsbaum C, Lahlou N; Triptorelin 3- month CPP Study Group. Three-month sustained release triptorelin (11.25 mg) in the treatment of central precocious puberty. *Eur J Endocrinol.* 2006;**154**(1):119–124.
7. Fuld K, Chi C, Neely EK. A randomized trial of 1- and 3-month depot leuprolide doses in the treatment of central precocious puberty. *J Pediatr.* 2011;**159**(6):982–7.e1.
8. Mericq V, Lammoglia JJ, Unanue N, Villaroel C, Hernández MI, Avila A, Iñiguez G, Klein KO. Comparison of three doses of leuprolide acetate in the treatment of central precocious puberty: preliminary results. *Clin Endocrinol (Oxf).* 2009;**71**(5):686–690.
9. Lee PA, Klein K, Mauras N, Lev-Vaisler T, Bacher P. 36-Month treatment experience of two doses of leuprolide acetate 3-month depot for children with central precocious puberty. *J Clin Endocrinol Metab.* 2014;**99**(9):3153–3159.
10. Durand A, Tauber M, Patel B, Dutailly P. Meta-analysis of paediatric patients with central precocious puberty treated with intramuscular triptorelin 11.25 mg 3-month prolonged-release formulation. *Horm Res Paediatr.* 2017;**87**(4):224–232.
11. Bertelloni S, Massart F, Einaudi S, Wasniewska M, Miccoli M, Baroncelli GI. Central precocious puberty: adult height in girls treated with quarterly or monthly gonadotropin-releasing hormone analog triptorelin. *Horm Res Paediatr.* 2015;**84**(6):396–400.
12. Klein K, Yang J, Aisenberg J, Wright N, Kaplowitz P, Lahlou N, Linares J, Lundström E, Purcea D, Cassorla F. Efficacy and safety of triptorelin 6-month formulation in patients with central precocious puberty. *J Pediatr Endocrinol Metab.* 2016;**29**(11):1241–1248.
13. Eugster EA, Clarke W, Kletter GB, Lee PA, Neely EK, Reiter EO, Saenger P, Shulman D, Silverman L, Flood L, Gray W, Tierney D. Efficacy and safety of histrelin subdermal implant in children with central precocious puberty: a multicenter trial. *J Clin Endocrinol Metab.* 2007;**92**(5):1697–1704.
14. Davis JS, Alkhoury F, Burnweit C. Surgical and anesthetic considerations in histrelin capsule implantation for the treatment of precocious puberty. *J Pediatr Surg.* 2014;**49**(5):807–810.
15. Silverman LA, Neely EK, Kletter GB, Lewis K, Chitra S, Terleckyj O, Eugster EA. Long-term continuous suppression with once-yearly histrelin subcutaneous implants for the treatment of central precocious puberty: a final report of a phase 3 multicenter trial. *J Clin Endocrinol Metab.* 2015;**100**(6):2354–2363.
16. Lewis KA, Goldyn AK, West KW, Eugster EA. A single histrelin implant is effective for 2 years for treatment of central precocious puberty. *J Pediatr.* 2013;**163**(4):1214–1216.
17. Johnson SR, Nolan RC, Grant MT, Price GJ, Siafarikas A, Bint L, Choong CS. Sterile abscess formation associated with depot leuprorelin acetate therapy for central precocious puberty. *J Paediatr Child Health.* 2012;**48**(3):E136–E139.

Downloaded from https://academic.oup.com/jes/article/3/5/965/5421014 by guest on 15 April 2023

PLAINTIFFS006650

doi: 10.1210/js.2019-00036 | Journal of the Endocrine Society | 971

18. Miller BS, Shukla AR. Sterile abscess formation in response to two separate branded long-acting gonadotropin-releasing hormone agonists. *Clin Ther*. 2010;**32**(10):1749–1751.
19. Rosati S, Maarouf R, Brown K, Poppe M, Parrish D, Haynes J, Lanning D. Histrelin for central precocious puberty-a single surgeon experience. *J Surg Res*. 2015;**198**(2):355–359.
20. Vottero A, Pedori S, Verna M, Pagano B, Cappa M, Loche S, Bernasconi S, Ghizzoni L. Final height in girls with central idiopathic precocious puberty treated with gonadotropin-releasing hormone analog and oxandrolone. *J Clin Endocrinol Metab*. 2006;**91**(4):1284–1287.
21. Poomthavorn P, Suphasit R, Mahachoklertwattana P. Adult height, body mass index and time of menarche of girls with idiopathic central precocious puberty after gonadotropin-releasing hormone analogue treatment. *Gynecol Endocrinol*. 2011;**27**(8):524–528.
22. Magiakou MA, Manousaki D, Papadaki M, Hadjidakis D, Levidou G, Vakaki M, Papaefstathiou A, Lalioti N, Kanaka-Gantenbein C, Piaditis G, Chrousos GP, Dacou-Voutetakis C. The efficacy and safety of gonadotropin-releasing hormone analog treatment in childhood and adolescence: a single center, long-term follow-up study. *J Clin Endocrinol Metab*. 2010;**95**(1):109–117.
23. Guaraldi F, Beccuti G, Gori D, Ghizzoni L. Management of endocrine disease: long-term outcomes of the treatment of central precocious puberty. *Eur J Endocrinol*. 2016;**174**(3):R79–R87.
24. Heger S, Partsch CJ, Sippell WG. Long-term outcome after depot gonadotropin-releasing hormone agonist treatment of central precocious puberty: final height, body proportions, body composition, bone mineral density, and reproductive function. *J Clin Endocrinol Metab*. 1999;**84**(12):4583–4590.
25. Antoniazzi F, Arrigo T, Cisternino M, Galluzzi F, Bertelloni S, Pasquino AM, Borrelli P, Osio D, Mengarda F, De Luca F, Tatò L. End results in central precocious puberty with GnRH analog treatment: the data of the Italian Study Group for Physiopathology of Puberty. *J Pediatr Endocrinol Metab*. 2000;**13**(Suppl 1):773–780.
26. Pasquino AM, Pucarelli I, Accardo F, Demiraj V, Segni M, Di Nardo R. Long-term observation of 87 girls with idiopathic central precocious puberty treated with gonadotropin-releasing hormone analogs: impact on adult height, body mass index, bone mineral content, and reproductive function. *J Clin Endocrinol Metab*. 2008;**93**(1):190–195.
27. Nabhan ZM, Feezle LK, Kunselman AR, Johnson NB, Lee PA. Normal adult height among girls treated for central precocious puberty with gonadotropin-releasing hormone analog therapy. *J Pediatr Endocrinol Metab*. 2009;**22**(4):309–316.
28. Lee HS, Yoon JS, Park KJ, Hwang JS. Increased final adult height by gonadotropin-releasing hormone agonist in girls with idiopathic central precocious puberty. *PLoS One*. 2018;**13**(8):e0201906.
29. Lopes MC, Ramos CO, Latronico AC, Mendonça BB, Brito VN. Applicability of a novel mathematical model for the prediction of adult height and age at menarche in girls with idiopathic central precocious puberty. *Clinics (São Paulo)*. 2018;**73**:e480.
30. Palmert MR, Malin HV, Boepple PA. Unsustained or slowly progressive puberty in young girls: initial presentation and long-term follow-up of 20 untreated patients. *J Clin Endocrinol Metab*. 1999;**84**(2):415–423.
31. Carel JC, Eugster EA, Rogol A, Ghizzoni L, Palmert MR, Antoniazzi F, Berenbaum S, Bourguignon JP, Chrousos GP, Coste J, Deal S, de Vries L, Foster C, Heger S, Holland J, Jahnukainen K, Juul A, Kaplowitz P, Lahlou N, Lee MM, Lee P, Merke DP, Neely EK, Oostdijk W, Phillip M, Rosenfield RL, Shulman D, Styne D, Tauber M, Wit JM; ESPE-LWPES GnRH Analogs Consensus Conference Group. Consensus statement on the use of gonadotropin-releasing hormone analogs in children. *Pediatrics*. 2009;**123**(4):e752–e762.
32. Lazar L, Padoa A, Phillip M. Growth pattern and final height after cessation of gonadotropin-suppressive therapy in girls with central sexual precocity. *J Clin Endocrinol Metab*. 2007;**92**(9):3483–3489.
33. Carel JC, Lahlou N, Roger M, Chaussain JL. Precocious puberty and statural growth. *Hum Reprod Update*. 2004;**10**(2):135–147.
34. Bertelloni S, Massart F, Miccoli M, Baroncelli GI. Adult height after spontaneous pubertal growth or GnRH analog treatment in girls with early puberty: a meta-analysis. *Eur J Pediatr*. 2017;**176**(6):697–704.
35. Kaplowitz PB, Backeljauw PF, Allen DB. Toward more targeted and cost-effective gonadotropin-releasing hormone analog treatment in girls with central precocious puberty. *Horm Res Paediatr*. 2018;**90**(1):1–7.
36. Watson SE, Greene A, Lewis K, Eugster EA. Bird's-eye view of GnRH analog use in a pediatric endocrinology referral center. *Endocr Pract*. 2015;**21**(6):586–589.
37. Ehrhardt AA, Meyer-Bahlburg HF. Psychosocial aspects of precocious puberty. *Horm Res*. 1994;**41**(Suppl 2):30–35.
38. Mercader-Yus E, Neipp-López MC, Gómez-Méndez P, Vargas-Torcal F, Gelves-Ospina M, Puerta-Morales L, León-Jacobus A, Cantillo-Pacheco K, Mancera-Sarmiento M. Anxiety, self-esteem and body image in girls with precocious puberty [in Spanish]. *Rev Colomb Psiquiatr*. 2018;**47**(4):229–236.

Downloaded from https://academic.oup.com/jes/article/3/5/965/5421014 by guest on 15 April 2023

PLAINTIFFS006651

39. Menk TAS, Inácio M, Macedo DB, Bessa DS, Latronico AC, Mendonca BB, Brito VN. Assessment of stress levels in girls with central precocious puberty before and during long-acting gonadotropin-releasing hormone agonist treatment: a pilot study. *J Pediatr Endocrinol Metab.* 2017;**30**(6):657–662.
40. Schoelwer MJ, Donahue KL, Didrick P, Eugster EA. One-year follow-up of girls with precocious puberty and their mothers: do psychological assessments change over time or with treatment? *Horm Res Paediatr.* 2017;**88**(5):347–353.
41. Schoelwer MJ, Donahue KL, Bryk K, Didrick P, Berenbaum SA, Eugster EA. Psychological assessment of mothers and their daughters at the time of diagnosis of precocious puberty. *Int J Pediatr Endocrinol.* 2015;**2015**(1):5.
42. Pedicelli S, Alessio P, Scirè G, Cappa M, Cianfarani S. Routine screening by brain magnetic resonance imaging is not indicated in every girl with onset of puberty between the ages of 6 and 8 years. *J Clin Endocrinol Metab.* 2014;**99**(12):4455–4461.
43. Mogensen SS, Aksglaede L, Mouritsen A, Sørensen K, Main KM, Gideon P, Juul A. Pathological and incidental findings on brain MRI in a single-center study of 229 consecutive girls with early or precocious puberty. *PLoS One.* 2012;**7**(1):e29829.
44. Cantas-Orsdemir S, Garb JL, Allen HF. Prevalence of cranial MRI findings in girls with central precocious puberty: a systematic review and meta-analysis. *J Pediatr Endocrinol Metab.* 2018;**31**(7):701–710.
45. Kaplowitz PB. Do 6-8 year old girls with central precocious puberty need routine brain imaging? *Int J Pediatr Endocrinol.* 2016;**2016**(1):9.
46. Latronico AC, Brito VN, Carel JC. Causes, diagnosis, and treatment of central precocious puberty. *Lancet Diabetes Endocrinol.* 2016;**4**(3):265–274.
47. Dauber A, Cunha-Silva M, Macedo DB, Brito VN, Abreu AP, Roberts SA, Montenegro LR, Andrew M, Kirby A, Weirauch MT, Labilloy G, Bessa DS, Carroll RS, Jacobs DC, Chappell PE, Mendonca BB, Haig D, Kaiser UB, Latronico AC. Paternally inherited DLK1 deletion associated with familial central precocious puberty. *J Clin Endocrinol Metab.* 2017;**102**(5):1557–1567.
48. Silveira LG, Noel SD, Silveira-Neto AP, Abreu AP, Brito VN, Santos MG, Bianco SD, Kuohung W, Xu S, Gryngarten M, Escobar ME, Arnhold IJ, Mendonca BB, Kaiser UB, Latronico AC. Mutations of the KISS1 gene in disorders of puberty. *J Clin Endocrinol Metab.* 2010;**95**(5):2276–2280.
49. Teles MG, Bianco SD, Brito VN, Trarbach EB, Kuohung W, Xu S, Seminara SB, Mendonca BB, Kaiser UB, Latronico AC. A GPR54-activating mutation in a patient with central precocious puberty. *N Engl J Med.* 2008;**358**(7):709–715.
50. Cantas-Orsdemir S, Eugster EA. Update on central precocious puberty; From etiologies to outcomes. *Expert Rev Endocrinol Metab.* 2019;**14**(2):123–130.
51. Chen M, Eugster EA. Central precocious puberty: update on diagnosis and treatment. *Paediatr Drugs.* 2015;**17**(4):273–281.
52. Zung A, Burundukov E, Ulman M, Glaser T, Zadik Z. Monitoring gonadotropin-releasing hormone analogue (GnRHa) treatment in girls with central precocious puberty: a comparison of four methods. *J Pediatr Endocrinol Metab.* 2015;**28**(7-8):885–893.
53. Lewis KA, Eugster EA. Random luteinizing hormone often remains pubertal in children treated with the histrelin implant for central precocious puberty. *J Pediatr.* 2013;**162**(3):562–565.
54. Neely EK, Silverman LA, Geffner ME, Danoff TM, Gould E, Thornton PS. Random unstimulated pediatric luteinizing hormone levels are not reliable in the assessment of pubertal suppression during histrelin implant therapy. *Int J Pediatr Endocrinol.* 2013;**2013**(1):20.
55. Carel JC, Roger M, Ispas S, Tondu F, Lahlou N, Blumberg J, Chaussain JL. Final height after long-term treatment with triptorelin slow release for central precocious puberty: importance of statural growth after interruption of treatment. French study group of Decapeptyl in Precocious Puberty. *J Clin Endocrinol Metab.* 1999;**84**(6):1973–1978.
56. Latronico AC, Brito VN, Carel JC. Causes, diagnosis, and treatment of central precocious puberty. *Lancet Diabetes Endocrinol.* 2016;**4**(3):265–274.
57. Lazar L, Meyerovitch J, de Vries L, Phillip M, Lebenthal Y. Treated and untreated women with idiopathic precocious puberty: long-term follow-up and reproductive outcome between the third and fifth decades. *Clin Endocrinol (Oxf).* 2014;**80**(4):570–576.
58. Thornton P, Silverman LA, Geffner ME, Neely EK, Gould E, Danoff TM. Review of outcomes after cessation of gonadotropin-releasing hormone agonist treatment of girls with precocious puberty. *Pediatr Endocrinol Rev.* 2014;**11**(3):306–317.
59. Bertelloni S, Baroncelli GI, Ferdeghini M, Menchini-Fabris F, Saggese G. Final height, gonadal function and bone mineral density of adolescent males with central precocious puberty after therapy with gonadotropin-releasing hormone analogues. *Eur J Pediatr.* 2000;**159**(5):369–374.

Downloaded from https://academic.oup.com/jes/article/3/5/965/5421014 by guest on 15 April 2023

PLAINTIFFS006652