

**ELSEVIER**

Journal of Clinical Epidemiology 126 (2020) 154–159

**Journal of
Clinical
Epidemiology**

## REVIEW

# The quality of evidence for medical interventions does not improve or worsen: a metaepidemiological study of Cochrane reviews

Jeremy Howick[a,*], Despina Koletsi[b,1], Nikolaos Pandis[c], Padhraig S. Fleming[d], Martin Loef[e], Harald Walach[e,f], Stefan Schmidt[g], John P.A. Ioannidis[h]

[a]*Faculty of Philosophy, University of Oxford, Oxford OX2 6GG, UK*
[b]*Clinic of Orthodontics and Pediatric Dentistry, Center of Dental Medicine, University of Zurich, Zurich, Switzerland*
[c]*Department of Orthodontics and Dentofacial Orthopedics, School of Dental Medicine, Medical Faculty, University of Bern, Bern, Switzerland*
[d]*Institute of Dentistry, Queen Mary, University of London, London, United Kingdom*
[e]*CHS-Institute, Berlin, Germany*
[f]*Department of Pediatric Gastroenterlogy, Poznan University of the Medical Sciences, Poznan, Poland*
[g]*Department of Psychosomatic Medicine and Psychotherapy, Medical Center, University of Freiburg, Freiburg, Germany*
[h]*Departments of Medicine, of Epidemiology and Population Health, of Biomedical Data Science, and of Statistics, Meta-Research Innovation Center at Stanford (METRICS), Stanford University, Stanford, CA, USA*

Accepted 5 August 2020; Published online 2 September 2020

**Abstract**

**Objectives:** The objective of the study was to determine the change in quality of evidence in updates of Cochrane reviews that were initially published between January 1, 2013 and June 30, 2014. We used the Grading of Recommendations, Assessment, Development and Evaluation (GRADE) system to document evidence quality.

**Study Design and Setting:** We searched the Cochrane Database of Systematic Reviews on March 20, 2020 to identify which of the reviews from the initial (2013/14) sample had been updated. Using the same methods to determine the quality of evidence in the previous analysis, we assessed the quality of evidence for the first-listed primary outcomes in the updated reviews.

**Results:** Of the 608 reviews in the original sample, 154 had been updated with and 151 contained available data for both original and updated systematic reviews (24.8%). The updated reviews included: 15 (9.9%) with high-quality evidence, 56 (37.1%) with moderate-quality evidence, 47 (31.1%) with low-quality evidence, and 33 (21.9%) with very low-quality evidence. No change in the GRADE quality of evidence was found for most (103, 68.2%) of the updated reviews. The quality of evidence rating was downgraded in 28 reviews (58.3%) and upgraded in 20 (41.7%), although only six reviews were promoted to high quality.

**Conclusion:** Updated systematic reviews continued to suggest that only a minority of outcomes for health care interventions are supported by high-quality evidence. The quality of the evidence did not consistently improve or worsen in updated reviews.   © 2020 Elsevier Inc. All rights reserved.

*Keywords:* Systematic review; Evidence; Quality score; Meta-analysis; Effectiveness; GRADE

Support: The writing of this protocol was not independently funded.
Declaration of interest: None of the authors have any conflicts of interests related to this study.

Registration: Open Science Framework: Howick, J., Koletsi, J., Fleming, P., Schmidt, S., Loef, M., Walach, H., … Ioannidis, J. (2020, March 30). Has the Quality of Evidence for Medical Interventions Improved? Protocol for a Metaepidemiological Study. Retrieved from osf.io/bw7ky.

[1] Joint first author.

* Corresponding author. Tel.: +44 07771925412; fax: +44 1865 270708.

*E-mail address:* jeremy.howick@philosophy.ox.ac.uk (J. Howick).

https://doi.org/10.1016/j.jclinepi.2020.08.005
0895-4356/© 2020 Elsevier Inc. All rights reserved.

## 1. Introduction

### 1.1. Rationale

Several metaepidemiological studies have attempted to determine the proportion of health care interventions that are evidence-based. A 2001 estimate found that about a quarter (26.7%) of health care interventions whose effectiveness was reported in 160 Cochrane reviews were considered effective, based on the interpretation of the review authors [1]. In 2007, Garrow claimed that 50% of health care treatments have good evidence to support them [2]. In the same year, El Dib et al. [3] found that

Downloaded for Anonymous User (n/a) at RUSH UNIVERSITY from ClinicalKey.com by Elsevier on [...] 2022. For personal use only. No other uses without permission. Copyright ©2022. Elsevier [...]

Pl. Trial Ex. 182

PLAINTIFFS006759

*J. Howick et al. / Journal of Clinical Epidemiology 126 (2020) 154—159*

155

## What is new?

### Key findings

- The quality of evidence (in accordance with GRADE) supporting the main finding changes in about a quarter of updated Cochrane reviews.

- Upgrading of quality of evidence (in accordance with GRADE) for the main outcome is not more common than downgrading of quality of evidence.

### What this adds to what was known?

- Quality of evidence does not seem to improve overall with the addition of new evidence, at least within the timeframe assessed.

### What is the implication and what should change now?

- Methods investigating when review updates are likely to change our confidence in the estimated outcome effect could inform decisions about whether to update reviews to save resources.

- The quality of evidence supporting most health care interventions remains low; higher-quality evidence is required.

just 44% of a random selection of Cochrane reviews evaluating interventions suggested that they were likely to be beneficial.

Since these studies were published, the Grading of Recommendations, Assessment, Development and Evaluation (GRADE) system has been introduced offering a less subjective way of ranking the quality of evidence [4]. An evaluation of all Cochrane reviews published between January 1, 2013 and June 30, 2014 found that 13.5% of reviews were found to have high quality of evidence for the first-listed primary outcome in accordance with GRADE [5]. High-quality evidence was more common in updated compared with new reviews and in association with pharmacological than other types of interventions. Even when any outcomes (including but not limited to the first-listed primary outcome) were considered, only 116 of 608 (19.1%) of the reviews reported at least one outcome with high quality of evidence.

Most researchers agree that it is important to update systematic reviews so that they reflect current knowledge [6,7], to maximize patient benefits and to avoid harm [8]. However, updated reviews frequently reveal no change in conclusions when compared with the original. According to French et al. [9], only about 9% of updated Cochrane reviews in 2002 presented a change in conclusion relative to their precursors from 1998. However, the claim that the updates did not overturn results

from the original review was based on whether review authors stated there was a change in the conclusion of the updated review.

There is currently no consensus on the timing that would appropriately guide a review update, and the Cochrane Collaboration's policy is to update reviews when evidence accumulates, based on the availability of new data that would have a meaningful impact on the findings [10]. Previous reports have identified a median time required for an update of a systematic review of approximately 5.5 years [11]. It was therefore considered appropriate to assess whether reviews conducted back in 2013—2014 (Fleming et al., 2016) have been updated by early 2020, and if so, whether there were changes in the quality of the evidence based on GRADE [5].

### 1.2. Objectives

The primary objective was to determine whether updates from a previous sample of systematic reviews resulted in a different quality evidence, as assessed by GRADE. The secondary objective was to determine whether there is a difference in the change of quality of evidence across different interventions, outcomes, or Cochrane Review Groups, and whether Cochrane review authors deemed the intervention to be effective in clinical practice.

## 2. Methods

### 2.1. Eligibility criteria

We included any Cochrane review that was an update of a Cochrane review published in the (January 1, 2013—June 30, 2014) parent sample of reviews which included a GRADE assessment.

### 2.2. Information sources

Cochrane Database of Systematic Reviews: https://www.cochranelibrary.com/cdsr/reviews.

### 2.3. Search strategy

We searched the Cochrane Database of Systematic Reviews to identify the reviews which had updates among those in the original sample. The most recent search was on March 20, 2020.

### 2.4. Data sources and searches

One author (D.K.) retrieved the systematic reviews from the original (2013/14) sample and piloted the extraction form with one other author (J.H.). One author (D.K.) checked whether an update had been published and extracted data for the updated review. Other authors (J.H., M.L., P.F., and H.W.) were second extractors (all records

Downloaded for Anonymous User (n/a) at RUSH UNIVERSITY from ClinicalKey.com by Elsevier on September 27, 2022. For personal use only. No other uses without permission. Copyright ©2022. Elsevier Inc. All rights reserved.

PLAINTIFFS006760

were checked by two authors). All discrepancies were resolved by discussion.

## 2.5. Data items

Extracted information included the following: titles, corresponding author name and email, Cochrane Review Group, year of publication, country, study design, intervention (and intervention category), control, and outcome. In relation to the GRADE summary of findings (SoF) tables, we recorded for the first-listed outcome the category of intervention (including surgical, pharmacological, behavioral, or medical treatments, and diet or exercise interventions). Interventions classified as "behavioral" pertained to psychological treatment, psychotherapy, cognitive training, group therapy; "diet or exercise" interventions largely related to training exercise, physiotherapy, rehabilitation, dietary modification; "medical treatments" were summarized by electronic optical/hearing aids, appliance/device use for dental treatment, ultrasound, or other radiography and medical interventions not related to surgical or pharmacological approaches. We also recorded the type of outcomes (objective, such as mortality or outcomes assessed with an instrument or prespecified measurable criteria; or subjective) and overall GRADE ranking with rationale. In cases where multiple SoF tables within the same review existed for the primary outcome, we considered only the one listed first. In cases where no high-quality evidence was recorded for the first-listed primary outcome, we documented whether any other outcome was rated as high and, if so, whether this was primary (but not first listed).

We reported whether the Cochrane review authors concluded that the experimental intervention should be used in clinical or public health practice or not. This information was obtained from the conclusions section in the review abstract and the body of the review (subsections "implications for practice" and/or "implications for research"), following the original strategy implemented in the parent study [5]. Examples of positive interpretations included: "Buprenorphine should be supported as a medication to use," and in the "Implications for research or practice" section: "There does not appear to be any need for further randomized control trials of the relative efficacy of methadone compared with buprenorphine."[12]

## 2.6. Outcomes

The primary outcome was the change in quality of the evidence for the first listed primary outcome in updated Cochrane reviews compared with reviews published in an earlier (January 1, 2013—June 30, 2014) parent sample. The secondary outcomes were the proportion of reviews in the updated sample that have high-, moderate-, low-, or very low-quality evidence. We also assessed

the review authors' interpretation of results, for high-quality evidence and reports of statistically significant results.

## 2.7. Data synthesis and analysis

Descriptive statistics on the year of publication of the update and the time interval between the publication in the parent sample and the update were calculated. In addition, frequency of the type of intervention and related outcome were calculated for the reviews that had been updated. For studies that were updated, a change in the rating of evidence, if present, and its direction was recorded (downgrade, upgrade).

We reported proportions (n/N) and percentages of reviews reporting high-, moderate-, low-, or very low-quality evidence in the new sample of reviews. The quality of evidence in accordance with GRADE in the new subset of reviews with updates was tabulated across the respective versions in the parent sample in a matched $4 \times 4$ table. We then compared the difference in quality of evidence between the original and updated sample. We used the two-sided exact signed-rank test to assess upgrades/downgrades between the original and updated reviews. We also performed a Stuart-Maxwell marginal homogeneity test. In addition, we performed assessments considering the presence of high-quality rating for any outcome other than the first-listed primary outcome.

For outcomes reported in the SoF table to be at the extremes (very low or high), we reported the distribution of statistically significant results ($P < 0.05$ or 95% confidence interval excluding the null), along with the reviewers' interpretation of the value of the intervention in clinical practice.

All statistical analyses were conducted with STATA version 15.1 (Stata Corporation, College Station, TX, USA) and R Software, version 3.6.1, (R Foundation for Statistical Computing, Vienna, Austria).

## 2.8. Protocol amendments

In the protocol, we planned a subgroup analysis by disease area, intervention type, and Cochrane Review Group. However, data for subgroups were deemed too sparse to allow for meaningful subgroup analyses.

## 3. Results

### 3.1. Search results

Of the 608 reviews in the original sample, 154 (25.3%) had been updated, and 151 of those presented information on GRADE quality of evidence for both initial and updated reviews so were retained for further assessment (Fig. 1). The median year of the update was 2017 (interquartile range (IQR) = 2, range: 2015 to 2020), with a median of

Downloaded for Anonymous User (n/a) at RUSH UNIVERSITY from ClinicalKey.com by Elsevier on September 27, 2022. For personal use only. No other uses without permission. Copyright ©2022. Elsevier Inc. All rights reserved.

PLAINTIFFS006761



**Fig. 1.** Study selection and GRADE of evidence breakdown.

4 years (IQR = 2, range: 2 to 7 years) after the original review was published. Among the updated reviews, the original version with which it was compared (published in 2013−2014) was already an update of a previous version for 69 (45.7%) reviews.

Most reviews in the present sample of Cochrane updates pertained to pharmacological interventions ($n$ = 82; 54.4%), followed by behavioral ($n$ = 24; 15.9%) and surgical ($n$ = 23; 15.2%) interventions, the use of medical devices ($n$ = 15; 9.9%), and diet- or exercise-related interventions ($n$ = 7; 4.6%). In most of the reviews, the primary outcome considered was classified as objective (127 of 151; 84.1%).

### 3.2. Quality of evidence in the entire updated (2020) sample

Within the 151 updated reviews, 15 (9.9%) had high-quality evidence supporting the first-listed primary outcome, 56 (37.1%) had moderate-quality, 47 (31.1%) had low-quality, and 33 (21.9%) had very low-quality evidence. Compared with the original sample, there was a reduction in the proportion of reviews providing high quality evidence. However, this reduction was not statistically significant (see below). GRADE ranking comparison between the original and updated reviews is presented in Tables 1 and 2.

### 3.3. Change in quality of evidence

#### 3.3.1. Change in quality of evidence for primary outcome

Most (103 of 151, 68.2%) of the updated reviews reported no change in the GRADE quality of evidence compared with the initial sample (bold diagonal in Table 1). Of the reviews with unchanged grading, nine (8.7%) reported high-quality evidence, 40 (38.8%) had moderate, 30 (29.2%) had low, and 24 (23.3%) had very low quality of evidence. In 63 of the 103 updated reviews without a changed GRADE rating (61.2%), there were no additional data in the updates, whereas in the remaining 35 reviews, more data had been added. In five reviews without a change in quality (4.9%), the update contained fewer primary studies than the original. There was no statistical difference in the change in the quality of the evidence ratings ($P$ = 0.30) between the original and updated reviews. The *P*-value for the marginal homogeneity test was 0.55.

A change in GRADE rating was reported in 48 of the 151 updated reviews. Twenty-eight of these (58.3%) were *downgraded*, mostly (24/28) to low or very low. Of first-listed primary outcomes initially recorded as having "high" quality evidence ($n$ = 15), 11 were downgraded to low and 4 to moderate and 2 to low quality. Twenty of the 48 reviews that had a changed GRADE involved an *upgrade*. Of those, six were upgraded to "high".

Thirty of the 48 trials (62.5%) that had a changed GRADE rating included additional data. Among these, 15 resulted in upgrades, and 15 in downgrades. In 16 (33.3%), the changed GRADE rating was not based on new data. In two updated reviews (4.2%), changes were based on fewer data for the primary outcome of interest; both resulted in upgrades.

#### 3.3.2. Change evidence quality for other outcomes (those that were not first-listed primary)

Of the 151 updated reviews which did not present high quality of evidence for the first-listed primary outcome, 19 had other (nonprimary, or primary but not first listed) outcomes that were ranked as high quality. Ten of these involved primary outcomes. The overall quality of the evidence in the updates for any outcome was high in 34 out of 151 updated reviews (22.5%). Again, we did not find a significant difference between the original and updated reviews for this comparison ($P$ = 0.72). The *P*-value by the marginal homogeneity test was $P$ = 0.32.

Downloaded for Anonymous User (n/a) at RUSH UNIVERSITY from ClinicalKey.com by Elsevier on September 27,
2022. For personal use only. No other uses without permission. Copyright ©2022. Elsevier Inc. All rights reserved.

PLAINTIFFS006762

**Table 1.** Summary of review quality from updated and original samples

| Year of review assessment | High N (%) | Moderate N (%) | Low N (%) | Very low N (%) |
|---|---|---|---|---|
| 2020 | 15 (9.9) | 56 (37.1) | 47 (31.1) | 33 (21.9) |
| 2013/14 | 82 (13.5) | 187 (30.8) | 193 (31.7) | 146 (24) |

## 3.4. Review authors' interpretations and statistical significance of results

Among extreme evidence quality ratings (very low and high), 8 of 33 (24.2%) of those with very low-quality and 10 of 15 (66.7%) of those with high-quality evidence had statistically significant results for at least one outcome in the updated sample. Across all 151 updated reviews, only two had high-quality evidence, statistically significant results, and a favorable interpretation of the value of the intervention in clinical practice.

## 4. Discussion

### 4.1. Summary of findings

One-quarter of the reviews in our sample had been updated over the 6- to 7-year period. Of those, a third reported a change in GRADE ratings. There was no evidence of GRADE ratings being more likely to improve than worsen in these topics, with a weak trend toward worsening.

In keeping with a previous finding that 23% of Cochrane reviews were out of date within 2 years [11], our study may also show that Cochrane reviews are not updated very frequently [13]. Specifically, we observed a median hiatus for publication of the updated review of 4 years, and most reviews were not updated at all.

In some cases, downgrading evidence quality was related to the new risk of bias assessment forming the basis for the GRADE framework. Risk of bias assessments have become stricter in the new Cochrane Handbook and might have led to automatic downgrading due to items that had previously been overlooked. This seems to be reflected in the fact that 13 of the reviews with no new data reported worsening of evidence quality.

Another explanation for different GRADE ratings for updated reviews that had no new data is inconsistency in the way the way GRADE is applied. One study found variability in the way GRADE is applied leading to different conclusions about strength of evidence [14]. Another study found low agreement among systematic reviewers using the Cochrane risk of bias tool (which influences the GRADE rating) [15]. This may partially explain why two of the updated reviews whose evidence quality was upgraded were based on fewer studies than the original (although the omitted studies also reduced imprecision or risk of bias) [16,17].

### 4.2. Limitations

The extent to which our findings are generalizable needs to be discussed. Our sample of reviews from 2013 to 2014 may not be representative of all medical evidence. It pertains to topics where either a new review was published at that time or it was deemed that an update was then indicated. Similarly, the reviews that were updated may not be representative of the original sample. Reviews which were not updated may have been less likely to require updating. If so, the proportion of changes in GRADE ratings we found may have been exaggerated. Finally, we had a relatively small number of updated reviews; thus, we could not meaningfully explore whether improvements in the quality of evidence are more or less likely in specific fields. However, no consistent patterns were observed for the very few reviews ($n = 6$) where evidence was upgraded to high quality.

In addition, our conclusions assumed that GRADE is sensitive enough to detect changes in evidence quality. However, GRADE only has four categories, and if there were additional categories, we may have detected a change in quality in a greater number of reviews. On the other hand, a more sensitive evidence-rating tool could also be more likely to detect noise.

**Table 2.** Change in quality of evidence across 151 reviews with updates for primary outcomes (the numbers below the diagonal are those which were upgraded, whereas those above were downgraded)

| GRADE quality of evidence in original sample (2013–2014) | GRADE quality of evidence in updated reviews (sample 2020) | | | | |
|---|---|---|---|---|---|
| | High quality N (%) | Moderate quality N (%) | Low quality N (%) | Very low quality N (%) | Total N (%) |
| High N (%) | 9 (60.0) | 4 (7.1) | 7 (14.9) | 0 (0.0) | 20 (13.2) |
| Moderate N (%) | 4 (26.7) | 40 (71.4) | 8 (17.0) | 3 (9.1) | 54 (35.8) |
| Low N (%) | 2 (13.3) | 8 (14.3) | 30 (63.8) | 6 (18.2) | 47 (31.1) |
| Very low N (%) | 0 (0.0) | 4 (7.2) | 2 (4.3) | 24 (72.7) | 30 (19.9) |
| Total | 15 (100.0) | 56 (100.0) | 47 (100.0) | 33 (100.0) | 151 (100.0) |

Downloaded for Anonymous User (n/a) at RUSH UNIVERSITY from ClinicalKey.com by Elsevier on September 27, 2022. For personal use only. No other uses without permission. Copyright ©2022. Elsevier Inc. All rights reserved.

PLAINTIFFS006763

*J. Howick et al. / Journal of Clinical Epidemiology 126 (2020) 154–159*                                                                 159

## 5. Conclusion

In spite of having additional data, most reviews were not updated over the time period of our assessment with most updates not resulting in a change in evidence quality. To avoid research waste, it should be investigated whether it is possible to decide in advance whether updating a review will result in a change in results. Effects of medical interventions supported by high-quality evidence, statistically significant results, and favorable interpretations of the evidence by review authors remain very rare.

## CRediT authorship contribution statement

**Jeremy Howick:** Conceptualization, Data curation, Formal analysis, Methodology, Project administration, Resources, Supervision, Validation, Writing - original draft, Writing - review & editing. **Despina Koletsi:** Data curation, Formal analysis, Methodology, Resources, Supervision, Validation, Writing - original draft, Writing - review & editing. **Nikolaos Pandis:** Conceptualization, Data curation, Formal analysis, Methodology, Project administration, Resources, Supervision, Validation, Writing - original draft, Writing - review & editing. **Padhraig S. Fleming:** Conceptualization, Methodology, Validation, Writing - review & editing. **Martin Loef:** Data curation, Methodology, Validation, Writing - review & editing. **Harald Walach:** Conceptualization, Data curation, Methodology, Validation, Writing - review & editing. **Stefan Schmidt:** Conceptualization, Data curation, Methodology, Validation, Writing - review & editing. **John P.A. Ioannidis:** Conceptualization, Formal analysis, Methodology, Supervision, Validation, Writing - review & editing.

## References

[1] Ezzo J, Bausell B, Moerman DE, Berman B, Hadhazy V. Reviewing the reviews. How strong is the evidence? How clear are the conclusions? Int J Technol Assess Health Care 2001;17(4):457–66.
[2] Garrow JS. What to do about CAM: how much of orthodox medicine is evidence based? BMJ 2007;335:951.
[3] El Dib RP, Atallah AN, Andriolo RB. Mapping the Cochrane evidence for decision making in health care. J Eval Clin Pract 2007; 13:689–92.
[4] Balshem H, Helfand M, Schunemann HJ, Oxman AD, Kunz R, Brozek J, et al. GRADE guidelines: 3. Rating the quality of evidence. J Clin Epidemiol 2011;64:401–6.
[5] Fleming PS, Koletsi D, Ioannidis JP, Pandis N. High quality of the evidence for medical and other health-related interventions was uncommon in Cochrane systematic reviews. J Clin Epidemiol 2016; 78:34–42.
[6] Chalmers I, Haynes B. Reporting, updating, and correcting systematic reviews of the effects of health care. BMJ 1994;309:862–5.
[7] Garritty C, Tsertsvadze A, Tricco AC, Sampson M, Moher D. Updating systematic reviews: an international survey. PLoS One 2010;5: e9914.
[8] Moher D, Tsertsvadze A. Systematic reviews: when is an update an update? Lancet 2006;367(9514):881–3.
[9] French SD, McDonald S, McKenzie JE, Green SE. Investing in updating: how do conclusions change when Cochrane systematic reviews are updated? BMC Med Res Methodol 2005;5:33.
[10] Higgins JJ, Thomas JC, Chandler J, Cumpston M, Li T, Page MJ, et al. Cochrane Handbook for Systematic Reviews of Interventions version 6.0. Chichester: The Cochrane Collaboration; 2019.
[11] Shojania KG, Sampson M, Ansari MT, Ji J, Doucette S, Moher D. How quickly do systematic reviews go out of date? A survival analysis. Ann Intern Med 2007;147:224–33.
[12] Mattick RP, Breen C, Kimber J, Davoli M. Buprenorphine maintenance versus placebo or methadone maintenance for opioid dependence. Cochrane Database Syst Rev 2014CD002207.
[13] Higgins JJ, Green S. The Cochrane Handbook for Systematic Reviews of Interventions. Version 5.1.0 [updated March 2011]. Chichester: The Cochrane Collaboration; 2011.
[14] Berkman ND, Lohr KN, Morgan LC, Kuo TM, Morton SC. Interrater reliability of grading strength of evidence varies with the complexity of the evidence in systematic reviews. J Clin Epidemiol 2013;66: 1105–1107.e1.
[15] Hartling L, Hamm MP, Milne A, Vandermeer B, Santaguida PL, Ansari M, et al. Testing the risk of bias tool showed low reliability between individual reviewers and across consensus assessments of reviewer pairs. J Clin Epidemiol 2013;66:973–81.
[16] Boardman HM, Hartley L, Eisinga A, Main C, Roqué i Figuls M, Bonfill Cosp X, et al. Hormone therapy for preventing cardiovascular disease in post-menopausal women. Cochrane Database Syst Rev 2015CD002229.
[17] Hakoum MB, Kahale LA, Tsolakian IG, Matar CF, Yosuico VE, Terrenato I, et al. Anticoagulation for the initial treatment of venous thromboembolism in people with cancer. Cochrane Database Syst Rev 2018;1:CD006649.

Downloaded for Anonymous User (n/a) at RUSH UNIVERSITY from ClinicalKey.com by Elsevier on September 27, 2022. For personal use only. No other uses without permission. Copyright ©2022. Elsevier Inc. All rights reserved.

PLAINTIFFS006764