JCEM ONLINE

Brief Report

# Bone Mass in Young Adulthood Following Gonadotropin-Releasing Hormone Analog Treatment and Cross-Sex Hormone Treatment in Adolescents With Gender Dysphoria

Daniel Klink, Martine Caris, Annemieke Heijboer, Michael van Trotsenburg, and Joost Rotteveel

Center of Expertise on Gender Dysphoria (D.K., M.v.T., J.R.); Department of Pediatrics, Division of Endocrinology (D.K., M.C., J.R.); Department of Clinical Chemistry (A.H.); and Department of Obstetrics and Gynaecology (M.v.T.), VU University Medical Center, de Boelelaan 1118 1081 HZ Amsterdam, The Netherlands

**Context:** Sex steroids are important for bone mass accrual. Adolescents with gender dysphoria (GD) treated with gonadotropin-releasing hormone analog (GnRHa) therapy are temporarily sex-steroid deprived until the addition of cross-sex hormones (CSH). The effect of this treatment on bone mineral density (BMD) in later life is not known.

**Objective:** This study aimed to assess BMD development during GnRHa therapy and at age 22 years in young adults with GD who started sex reassignment (SR) during adolescence.

**Design and Setting:** This was a longitudinal observational study at a tertiary referral center.

**Patients:** Young adults diagnosed with gender identity disorder of adolescence (DSM IV-TR) who started SR in puberty and had undergone gonadectomy between June 1998 and August 2012 were included. In 34 subjects BMD development until the age of 22 years was analyzed.

**Intervention:** GnRHa monotherapy (median duration in natal boys with GD [transwomen] and natal girls with GD [transmen] 1.3 and 1.5 y, respectively) followed by CSH (median duration in transwomen and transmen, 5.8 and 5.4 y, respectively) with discontinuation of GnRHa after gonadectomy.

**Major Outcome Measures:** How BMD develops during SR until the age of 22 years.

**Results and Conclusion:** Between the start of GnRHa and age 22 years the lumbar areal BMD z score (for natal sex) in transwomen decreased significantly from −0.8 to −1.4 and in transmen there was a trend for decrease from 0.2 to −0.3. This suggests that the BMD was below their pretreatment potential and either attainment of peak bone mass has been delayed or peak bone mass itself is attenuated. (*J Clin Endocrinol Metab* 100: E270–E275, 2015)

Adolescents with gender dysphoria (GD) can be treated with gonadotropin releasing hormone analog (GnRHa). Pubertal suspension enables them to reflect on their GD without the distress caused by the development of unwanted secondary sexual characteristics of their natal sex. In our center, children with GD can be treated with GnRHa from the age of 12 years (1). If the desire for sex reassignment (SR) persists, at the age of 16 years cross-sex hormones (CSH) are added. The psychological benefits of this treatment protocol have been clearly demonstrated (2). Previously, concerns regarding the long-term effects of GnRHa therapy on bone mass development have been expressed. Children with central precocious puberty treated with GnRHa have normal bone mass at final

ISSN Print 0021-972X   ISSN Online 1945-7197
Printed in U.S.A.
Copyright © 2015 by the Endocrine Society
Received May 22, 2014. Accepted November 21, 2014.
First Published Online November 26, 2014

Abbreviations: aBMD, areal bone mineral density; BMAD, bone mineral apparent density; BMD, bone mineral density; CSH, cross sex hormones; FN, femoral region; GD, gender dysphoria; GnRHa, gonadotropin releasing hormone analog; LS, lumbar spine; PBM, peak bone mass; SR, sex reassignment.

Pl. Trial Ex. 184

PLAINTIFFS006779

Case 4:22-cv-00325-RH-MAF   Document 179-24   Filed 04/27/23   Page 2 of 6

doi: 10.1210/jc.2014-2439    jcem.endojournals.org    E271

height attainment at age 16–17 years (3–5). In contrast, adolescents with GD remain hypogonadal until at least the age of 16 years, when CSH are added. Long-term effects on bone mineral density (BMD) of GnRHa and CSH have not been reported. We assessed peak bone mass (PBM) in young adults with GD that had been treated with GnRHa and CSH during their pubertal years.

## Patients and Methods

### Treatment protocol

(See also Supplemental Data.) Patients were treated as previously described (1). Briefly, triptorelin (Decapeptyl-CR, Ferring) 3.75 mg every 4 weeks sc was started in patients diagnosed with gender identity disorder (DMS IV-TR) in the age range from 11.4–18.3 years. In the age range from 15.6–19 years transwomen were prescribed incremental dosing of 17-βestradiol orally and transmen were given im mixed T esters (Sustanon 250 mg/ml, MSD) every 2–4 weeks in incremental dosages. At a minimum age of 18 years, after gonadectomy, GnRHa treatment was terminated and CSH therapy continued. During the entire treatment patients were advised on calcium intake and weight-bearing physical exercise.

### Study subjects

Study subjects were included when they were at least 21 years of age, gonadectomy had taken place in the period from June 1998 to August 2012, and data on BMD at start of GnRHa treatment, at start of CSH therapy, and at the age of 22 years were available. The 34 eligible subjects and their parents or legal representatives gave written consent for followup at start of treatment.

### Bone densitometry

Areal bone mineral density (aBMD, g/cm$^2$) of the lumbar spine (LS) and femoral region (nondominant side) (FN) was measured at the aforementioned time points by dual energy x-ray absorptiometry (Hologic QDR 4500, Hologic). During the study period, the Hologic apparatus was updated in July 2004 and

**Table 1.** Patient Characteristics During Sex-Reassignment Treatment

| Characteristic | Start GnRHa | Start CSH | 22 y | P-Value[a] | P-Value[b] |
|---|---|---|---|---|---|
| Transwomen (n = 15) | | | | | |
| Age, y | 14.9 ± 1.9 | 16.6 ± 1.4 | 22.1 ± 0.9 | — | — |
| Height, cm | 174.6 ± 8.9 | 179.9 [17.1] | 181.0 ± 9.3 | .01 | .001 |
| Height SDS[c] | 0.14 ± 1.3 | −0.97 ± 1.3 | −0.42 ± 1.3 | .001 | ns |
| Weight, kg | 64.8 ± 10.4 | 67.0 ± 10.2 | 74.6 ± 14.5 | .004 | .01 |
| BMI, kg/m$^2$ | 20.3 ± 2.3 | 21.2 ± 2.8 | 22.7 ± 4.4 | .01 | ns |
| BMI-SDS[c] | 0.17 ± 0.90 | 0.07 ± 1.11 | 0.62 ± 2.1 | ns | ns |
| Bone age[c], y | 15.5 ± 1.9 | 15.9 ± 1.8 | — | ns | |
| LH, mU/L | 1.7 [1.6] | 0.5 [1.0] | — | .02 | — |
| FSH, mU/L | 2.7 [2.2] | <0.5 [0.7] | — | .03 | — |
| T, nmol/L | 6.7 [18.0] | <0.1 [1.6] | — | .04 | — |
| Estradiol, pmol/L | 46 ± 24.6 | 25.0 [18.5] | — | .03 | — |
| Androstenedion, nmol/L | 4.9 ± 1.9 | 3.9 ± 1.2 | — | ns | — |
| DHEAS, μmol/L | 5.6 ± 3.1 | 5.3 ± 2.5 | — | ns | — |
| Tanner P | 5 [2] | 4 [2] | — | — | — |
| Tanner G | 5 [1] | 5 [1] | — | — | — |
| Testicular volume, ml | 20 [14] | 12 [11] | — | .01 | — |
| Transmen (n = 19) | | | | | |
| Age, y | 15.0 ± 2.0 | 16.4 [2.3] | 21.9 ± 0.5 | — | — |
| Height, cm | 165.2 ± 9.1 | 168.4 ± 8.3 | 170.6 ± 7.9 | .03 | <.0001 |
| Height-SDS[c] | −0.06 ± 1.2 | −0.1 ± 1.3 | −0.1 ± 1.2 | ns | ns |
| Weight, kg | 57.6 ± 12.1 | 64.1 ± 11.5 | 68.2 ± 9.8 | .01 | ns |
| BMI, kg/m$^2$ | 20.9 ± 3.2 | 22.9 ± 3.7 | 23.4 ± 2.6 | .02 | ns |
| BMI-SDS[c] | 0.3 ± 1.0 | 0.5 ± 1.2 | 0.96 ± 1.2 | ns | ns |
| Bone age[c], y | 15.0 [4.4] | 16.3 [3.25] | — | .002 | — |
| LH, mU/L | 3.5 [3.0] | 0.3 [0.8] | — | .002 | — |
| FSH, mU/L | 4.3 [2.1] | 1.9 [1.3] | — | .02 | — |
| T, nmol/L | <1.0 [1.4] | <1.0 [0] | — | — | — |
| Estradiol, pmol/L | 96.5 [250.5] | <20.0 [0.] | — | .001 | — |
| Androstenedion, nmol/L | 5.9 [4.8] | 4.8 [2.4] | — | ns | — |
| DHEAS, μmol/L | 3.8 [2.5] | 4.4 [3.0] | — | .008 | — |
| Tanner B | 4 [1] | 5 [2] | — | ns | — |
| Tanner P | 5 [1] | 5 [0] | — | ns | — |

Abbreviations: ns, not significant; BMI, Body Mass Index; DHEAS, dehydroepiandrosterone sulfate; SDS, standard deviation score.
Data are presented as median [interquartile range] or as mean ± SD.
[a] Start GnRHa vs start CSH.
[b] Start CSH vs at the age of 22 years.
[c] In reference to natal sex.

Downloaded from https://academic.oup.com/jcem/article/100/2/E270/2814818 by guest on 15 April 2023

PLAINTIFFS006780

Case 4:22-cv-00325-RH-MAF   Document 179-24   Filed 04/27/23   Page 3 of 6

E272   Klink et al   Bone Mass in Adolescents with Gender Dysphoria   J Clin Endocrinol Metab, February 2015, 100(2):E270–E275

replaced in February 2011. Phantom calibration allowed for comparison of absolute BMD values. aBMD $z$-scores according to natal sex, age, and ethnicity were based on the National Health and Nutrition Examination Survey reference (6), which did not change during the study period. LS $z$ scores were available from the start of the study but FN $z$ scores became available in 2003, 5 years after the start of the study. Volumetric BMD (bone mineral apparent density [BMAD]) of the LS and FN were calculated as previously described and $z$ scores were determined using a UK reference population (7). Reference values of BMAD in young adulthood are not available. In females lumbar PBM expressed as BMAD is attained at age 18–20 years and in males between 18 and 23 years (8). Therefore, to calculate the $z$ score of the LS BMAD at age 22 years, the reference of LS BMAD of 17 years was used. Anthropometry, bone age, and hormonal levels are described in Supplemental Data.

### Statistical analyses

For the statistical analysis SPSS Version 22 (IBM) was used. Normally distributed data were expressed as mean ± SD and compared with the paired sample $T$ test with post-hoc Bonferroni correction. Data that were not normally distributed were expressed as median and interquartile range and the Wilcoxon Signed Rank test was used for comparison. For correlation analyses, the Pearson's correlation coefficient ($\rho$) was calculated for normally distributed data. When data were not normally distributed the Spearman's rank correlation coefficient was calculated. $P < .05$ was considered statistically significant.

## Results

### Study population

Clinical characteristics are summarized in Table 1. Median duration of GnRHa monotherapy in transwomen and transmen was 1.3 years (range, 0.5–3.8) and 1.5 years (range, 0.25–5.2), respectively. The median duration of CSH therapy was 5.8 years (range, 3.0–8.0) and 5.4 years (range, 2.8–7.8), respectively. The median duration of combined GnRHa and CSH therapies was 3.1 years (range, 2.1–4.5) and 2.2 years (range, 1.4–3.1), respectively.

**Table 2.** Bone Mineral Density During Sex Reassignment Treatment of Adolescents with Gender Dysphoria

|  | Start GnRHa | (n) | Start CSH | (n) | Age 22 y | (n) | $P^a$ (n) | $P^b$ (n) | $P^c$ (n) |
|---|---|---|---|---|---|---|---|---|---|
| **Transwomen** | | | | | | | | | |
| LS | | | | | | | | | |
| BMAD, g/cm³ | 0.22 ± 0.03 | 11 | 0.22 ± 0.02 | 13 | 0.23 ± 0.03 | 13 | ns (11) | .003 (13) | ns (11) |
| BMAD $z$ score | −0.44 ± 1.10 | 12 | −0.90 ± 0.80 | 14 | −0.78 ± 1.03 | 14 | ns (12) | ns (14) | ns (12) |
| Range | — | | — | | −2.76–1.18 | 14 | — | — | — |
| aBMD, g/cm² | 0.84 ± 0.13 | 12 | 0.84 ± 0.11 | 15 | 0.93 ± 0.10 | 15 | ns (12) | <.001 (15) | .006 (12) |
| aBMD $z$ score | −0.77 ± 0.89 | 12 | −1.01 ± 0.98 | 13 | −1.36 ± 0.83 | 13 | ns (11) | ns (13) | .003 (12) |
| Range | — | | — | | −3.1–0.30 | 13 | — | — | — |
| T-score | — | | — | | −1.5 ± 1.10 | 15 | — | — | — |
| Range | — | | — | | −3.1–0.40 | 15 | — | — | — |
| FN | | | | | | | | | |
| BMAD, g/cm³ | 0.28 ± 0.04 | 12 | 0.26 ± 0.04 | 14 | 0.28 ± 0.05 | 14 | ns (12) | ns (14) | ns (14) |
| BMAD $z$ score | −0.93 ± 1.22 | 11 | −1.57 ± 1.74 | 10 | — | — | ns (10) | — | — |
| aBMD, g/cm² | 0.88 ± 0.12 | 14 | 0.87 ± 0.08 | 15 | 0.94 ± 0.11 | 15 | ns (14) | .009 (15) | ns (14) |
| aBMD $z$ score | −0.66 ± 0.77 | 7 | −0.95 ± 0.63 | 11 | −0.69 ± 0.74 | 11 | ns (6) | ns (11) | ns (7) |
| Range | — | | — | | −2.0–0.5 | 11 | — | — | — |
| T-score | — | | — | | −0.75 ± 0.78 | 15 | — | — | — |
| Range | — | | — | | −2.0–0.10 | 15 | — | — | — |
| **Transmen** | | | | | | | | | |
| LS | | | | | | | | | |
| BMAD, g/cm³ | 0.25 ± 0.03 | 18 | 0.24 ± 0.02 | 19 | 0.25 ± 0.28 | 19 | ns (18) | .001 (19) | ns (18) |
| BMAD $z$ score | 0.28 ± 0.90 | 18 | −0.50 ± 0.81 | 19 | −0.033 ± 0.95 | 19 | .004 (18) | .002 (19) | ns (18) |
| Range | — | | — | | −1.8–2.03 | 19 | — | — | — |
| aBMD, g/cm² | 0.95 ± 0.12 | 18 | 0.91 ± 0.10 | 19 | 0.99 ± 0.13 | 19 | .006 (18) | <.001 (19) | ns (18) |
| aBMD $z$ score | 0.17 ± 1.18 | 18 | −0.72 ± 0.99 | 19 | −0.33 ± 1.12 | 19 | <.001 (18) | ns (19) | .02 (19) |
| Range | — | | — | | −2.3–2.5 | 19 | — | — | — |
| T-score | — | | — | | −0.43 ± 1.2 | 19 | — | — | — |
| Range | — | | — | | −2.5–0.8 | 19 | — | — | — |
| FN | | | | | | | | | |
| BMAD, g/cm³ | 0.32 ± 0.04 | 18 | 0.31 ± 0.04 | 19 | 0.33 ± 0.05 | 19 | ns (18) | .010 (19) | ns (18) |
| BMAD $z$ score | 0.01 ± 0.70 | 18 | −0.28 ± 0.74 | 18 | — | — | ns (18) | — | — |
| aBMD, g/cm² | 0.92 ± 0.10 | 18 | 0.88 ± 0.09 | 19 | 0.95 ± 0.10 | 19 | .005 (18) | <.001 (19) | ns (18) |
| aBMD $z$ score | 0.36 ± 0.88 | 13 | −0.35 ± 0.79 | 16 | −0.35 ± 0.74 | 16 | .001 (13) | .006 (16) | ns (13) |
| Range | — | | — | | −1.80–0.80 | | — | — | — |
| T-score | — | | — | | 0.005 ± 0.87 | 19 | — | — | — |
| Range | — | | — | | −1.90–1.10 | 19 | — | — | — |

Abbreviaton: ns, not significant.
Data are expressed as mean ± SD and compared with paired $t$ test, significance $P < .017$.
$z$- and T-scores were calculated to natal sex.
[a] Start GnRHa vs Start CSH.
[b] Start CSH vs age 22 years.
[c] Start GnRHa vs age 22 years.

Downloaded from https://academic.oup.com/jcem/article/100/2/E270/2814818 by guest on 15 April 2023

PLAINTIFFS006781

doi: 10.1210/jc.2014-2439

jcem.endojournals.org    E273



**Figure 1.** Longitudinal z-score (mean ± SD) development of the LS from start medical treatment until the age of 22 years in transmen and transwomen.

## BMD development

Bone mass development is summarized in Table 2 and in Figure 1.

In transwomen absolute aBMD and BMAD did not change during GnRHa monotherapy and the respective $z$ scores decreased but not significantly. During CSH absolute LS aBMD increased but the $z$ score at age 22 years was lower than at start of treatment.

In transmen both absolute LS and FN aBMD and the respective $z$ scores decreased during GnRHa monotherapy and subsequently increased between start of CSH therapy and age 22 years. At age 22 years, LS aBMD $z$ scores were lower compared with start GnRHa but this was not significant.

The duration of GnRHa monotherapy in both transwomen and transmen was not correlated with BMD, BMAD, and the respective $z$ scores at the age of 22 years.

At age 22 years, six transwomen (40%) had an LS aBMD $z$ score $<-2$. In addition, five transwomen (33%) had a T-score $<-1$ and $>-2.5$ and three subjects (20%) a T-score $< 2.5$. In transmen these numbers were 1 (5%), 5 (26%), and 0, respectively.

BMD development during GnRHa monotherapy in these subjects, and in 44 additional subjects in which dual energy x-ray absorptiometry measurements in young adulthood were not available, is described in Supplemental Data.

## Discussion

The main finding of this study is that young adult transwomen treated with GnRHa during adolescence have decreased LS aBMD $z$ scores compared with the pretreatment level. In transmen, this loss of $z$ score is also observed as a trend. In addition, in both groups absolute bone mass of the LS and FN decreases during GnRHa monotherapy, followed by an increase after the start of CSH.

According to the World Health Organization classification, both groups had individuals that would classify as osteopenic according to their T-score (6). However, T-scores are mainly relevant for middle-age patients and in this study it is more appropriate to use $z$ scores that normalize for age, ethnicity, and sex. We used natal sex as a reference for aBMD $z$ scores because the size and quality of cortex of the bone is determined during puberty and adolescence (9, 10), in line with recent studies on bone mass in transgender adults (11, 12). In adults, comparison of absolute values for BMD over time may be preferred, but in our subjects, the comparison of absolute values is less meaningful because BMD normally advances over time and therefore comparison of $z$ scores is more appropriate. When using $z$ scores of natal sex it should be taken into consideration that androgens and estrogens affect bone differently (13) and it was shown that bone properties in transgender population differ from their age- and natal sex—matched controls (11, 12, 14).

In transwomen, LS aBMD $z$ score was below the population mean at the start of treatment. This finding is consistent with previous reports in transwomen populations (15, 16). It is conceivable that young transwomen may not feel comfortable engaging in sports activities typical for their natal sex. LS aBMD $z$ score did not increase during CSH treatment, which may be explained by the relative initial low dose of estrogens. Indeed, a need for higher dosages has been reported (17, 18).

In the transmen, absolute LS aBMD and $z$ score were normal at the start of treatment but decreased during GnRHa monotherapy. This may reflect the advanced pubertal state and increased dependence on sex steroids for bone mass maintenance at the start of treatment. In contrast with transwomen, in transmen the LS aBMD $z$ scores improved under CSH, which may be due to the CSH scheme that allowed rapid dose increments. However pretreatment $z$ scores were not reached at age 22 years. This is consistent with previous studies in adult transgender population, which reported loss of bone mass after 2–3 years on T maintenance therapy (19).

The relevance of these findings with respect to fracture risk is not clear. At present, as for transgender populations who had sex reassignment as adults (16), in adolescents with GD it is unknown whether medical intervention leads to an increased risk of fractures later in life. Furthermore, several limitations must be considered.

Downloaded from https://academic.oup.com/jcem/article/100/2/E270/2814818 by guest on 15 April 2023

Case 4:22-cv-00325-RH-MAF   Document 179-24   Filed 04/27/23   Page 5 of 6

E274   Klink et al   Bone Mass in Adolescents with Gender Dysphoria   J Clin Endocrinol Metab, February 2015, 100(2):E270–E275

First, the findings of the present study should be interpreted cautiously because the primary outcome was bone mass at age 22 years and there were only 34 subjects available with complete data at 22 years. Second, it could not be determined whether the loss of bone mass at age 22 years can be attributed to the duration of GnRHa, initial low CSH dosage scheme, or the pharmacodynamic characteristics of CSH. Most patients were late pubertal at start and therefore part of their bone mass development had already occurred and GnRHa monotherapy therapy was relatively short before start of CSH therapy. The latter may explain why a correlation between duration of GnRHa monotherapy and bone mass at age 22 years was not found. The contribution of GnRHa treatment is at best tentative. Third, the data on $z$ scores were limited. At the time of start of the study FN aBMD $z$ scores were not available and only a small number of subjects could be compared from pretreatment to age 22 years. BMAD $z$ scores are not available for adults (7) but since it was demonstrated that LS BMAD PBM is attained at the end of the second decade the reference at 17 years was used as a proxy. Given that females reach PBM earlier, around 18 years (8), this was more appropriate for the transmen. In males PBM is reached later (8) and therefore the LS BMAD $z$ score may be overestimated. Fourth, our study lacked information on other factors influencing bone mass accrual, such as dietary calcium intake, vitamin D level, and weight-bearing exercise (20). Although patients were strongly advised on dairy intake and physical exercise, these factors were not recorded. Future studies should include serial measurement of vitamin D level and assessment of dairy intake and strenuous activities using standardized questionnaires (12).

Despite these limitations, our findings are relevant given that most the patients currently treated in our clinic is late pubertal at start of GnRHa treatment, as is observed in other transgender populations (21, 22). If CSH is postponed beyond the age of 16 years it should be taken into account that these subjects may be particularly prone for loss of bone mass. In addition, concerns for possible long-term deficits in bone health may be amplified in subjects who present at a more "ideal" pubertal stage, ie, Tanner stage 2–3.

In conclusion, this is the first study on the effects of early medical intervention of adolescents with GD regarding bone mass and demonstrates a loss of LS BMD $z$ score at age 22 years. This decrease may reflect either a delay in PBM attainment or loss of PBM potential and may be attributed to the GnRHa-induced hypogonadal state, the relative low hormone dosage during the initial period of CSH therapy, or the pharmacodynamics characteristics of CSH. Continuous monitoring of the bone mass development in this population is warranted, preferably by a specialist endocrinologist with experience in transgender healthcare and knowledge of the adolescent treatment protocol.

## Acknowledgments

Address all correspondence and requests for reprints to: Daniel Klink, MD, PhD, Department of Pediatrics, Division of Endocrinology, VU University Medical Center, De Boelelaan 1118 1081 HZ Amsterdam, The Netherlands. E-mail: klink@vumc.nl.

Disclosure Summary: The authors have nothing to disclose.

## References

1. Delemarre-van de Waal H, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. *Eur J Endocrinology*. 2006;155(Suppl1):S131–S137.
2. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *J Sex Med*. 2011;8(8):2276–2283.
3. Alessandri SB, Pereira Fde A, Villela RA, et al. Bone mineral density and body composition in girls with idiopathic central precocious puberty before and after treatment with a gonadotropin-releasing hormone agonist. *Clinics (Sao Paulo)*. 2012;67(6):591–596.
4. Antoniazzi F, Zamboni G, Bertoldo F, et al. Bone mass at final height in precocious puberty after gonadotropin-releasing hormone agonist with and without calcium supplementation. *J Clin Endocrinol Metab*. 2003;88(3):1096–1101.
5. Heger S, Partsch CJ, Sippell WG. Long-term outcome after depot gonadotropin-releasing hormone agonist treatment of central precocious puberty: final height, body proportions, body composition, bone mineral density, and reproductive function. *J Clin Endocrinol Metab*. 1999;84(12):4583–4590.
6. Leslie WD, Majumdar SR. Treatment implications for men when switching from male to female bone mineral density reference data: The Manitoba Bone Density Program. *J Clin Densitom*. 2013;16(4): 537–542.
7. Ward KA, Ashby RL, Roberts SA, Adams JE, Zulf Mughal M. UK reference data for the Hologic QDR Discovery dual-energy x ray absorptiometry scanner in healthy children and young adults aged 6–17 years. *Arch Dis Child*. 2007;92(1):53–59.
8. Boot AM, de Ridder MA, van der Sluis IM, van Slobbe I, Krenning EP, Keizer-Schrama SM. Peak bone mineral density, lean body mass and fractures. *Bone*. 2010;46(2):336–341.
9. Van Coeverden SC, De Ridder CM, Roos JC, et al. Pubertal maturation characteristics and the rate of bone mass development longitudinally toward menarche. *J Bone Miner Res*. 2001;16(4):774–781.
10. van Coeverden SC, Netelenbos JC, ve Ridder CM, et al. Bone metabolism markers and bone mass in healthy pubertal boys and girls. *Clin Endocrinol (Oxf)*. 2002;57(1):107–116.
11. Van Caenegem E, Wierckx K, Taes Y, et al. Bone mass, bone geometry, and body composition in female-to-male transsexual persons after long-term cross-sex hormonal therapy. *J Clin Endocrinol Metab*. 2012;97(7):2503–2511.
12. Lapauw B, Taes Y, Simoens S, et al. Body composition, volumetric and areal bone parameters in male-to-female transsexual persons. *Bone*. 2008;43(6):1016–1021.
13. Wang Q, Alén M, Nicholson PHF, et al. Differential effects of sex

Downloaded from https://academic.oup.com/jcem/article/100/2/E270/2814818 by guest on 15 April 2023

PLAINTIFFS006783

doi: 10.1210/jc.2014-2439

jcem.endojournals.org   **E275**

hormones on peri- and endocortical bone surfaces in pubertal girls. *J Clin Endocrinol Metab*. 2006;91(1):277–282.
14. Lips P, Asscheman H, Uitewaal P, Netelenbos JC, Gooren L. The effect of cross-gender hormonal treatment on bone metabolism in male-to-female transsexuals. *J Bone Miner Res*. 1989;4(5):657–662.
15. Van Caenegem E, Taes Y, Wierckx K, et al. Low bone mass is prevalent in male-to-female transsexual persons before the start of cross-sex hormonal therapy and gonadectomy. *Bone*. 2013;54(1):92–97.
16. Haraldsen IR, Haug E, Falch J, Egeland T, Opjordsmoen S. Cross-sex pattern of bone mineral density in early onset gender identity disorder. *Horm Behav*. 2007;52(3):334–343.
17. Mueller A, Dittrich R, Binder H, et al. High dose estrogen treatment increases bone mineral density in male-to-female transsexuals receiving gonadotropin-releasing hormone agonist in the absence of testosterone. *Eur J Endocrinol*. 2005;153(1):107–113.
18. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2009;94(9):3132–3154.
19. van Kesteren P, Lips P, Gooren LJ, Asscheman H, Megens J. Long-term follow-up of bone mineral density and bone metabolism in transsexuals treated with cross-sex hormones. *Clin Endocrinol (Oxf)*. 1998;48(3):347–354.
20. Mughal MZ, Khadilkar AV. The accrual of bone mass during childhood and puberty. *Curr Opin Endocrinol Diabetes Obes*. 2011;18(1):28–32.
21. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*. 2012;129(3):418–425.
22. Hewitt JK, Paul C, Kasiannan P, Grover SR, Newman LK, Warne GL. Hormone treatment of gender identity disorder in a cohort of children and adolescents. *Med J Aust*. 2012;196(9):578–581.

Downloaded from https://academic.oup.com/jcem/article/100/2/E270/2814818 by guest on 15 April 2023

PLAINTIFFS006784