ORIGINAL ARTICLES: FERTILITY PRESERVATION

# Successful oocyte cryopreservation using letrozole as an adjunct to stimulation in a transgender adolescent after GnRH agonist suppression

Caitlin E. Martin, M.D., M.S.,[a] Christopher Lewis, M.D.,[b] and Kenan Omurtag, M.D.[a]

[a] Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, and [b] Division of Endocrinology and Diabetes, Department of Pediatrics, Washington University in Saint Louis, Saint Louis, Missouri

**Objective:** To report a successful case of ovarian hyperstimulation and oocyte cryopreservation in a transgender male adolescent after suppression with a gonadotropin-releasing hormone (GnRH) agonist while using the aromatase inhibitor letrozole to maintain low serum estradiol.
**Design:** Case report.
**Setting:** Division of Reproductive Endocrinology and Infertility, Washington University in St. Louis School of Medicine, St Louis, Missouri.
**Patient(s):** A 15-year-old Tanner II transgender male adolescent with a GnRH agonist implant.
**Intervention(s):** The GnRH agonist implant was removed. The patient was given letrozole (5 mg daily) while undergoing ovarian stimulation with an antagonist protocol. After oocyte retrieval, the patient began taking testosterone.
**Main Outcome Measure(s):** Successful oocyte cryopreservation with minimal changes in breast budding.
**Result(s):** The patient's peak serum estradiol concentration was 510 pg/mL. Twenty-two mature oocytes were cryopreserved. Small increases in breast budding occurred between baseline and the time of oocyte retrieval.
**Conclusion(s):** We successfully used letrozole to maintain low serum estradiol in a transgender male adolescent during ovarian stimulation. Maintaining low estradiol to minimize pubertal development and possibly prevent gender dysphoria symptoms may make oocyte cryopreservation more desirable for transgender male adolescents. (Fertil Steril® 2021;116:522-7. ©2021 by American Society for Reproductive Medicine.)
El resumen está disponible en Español al final del artículo.

**Key Words:** Transgender, transgender male adolescent, oocyte cryopreservation, fertility cryopreservation, letrozole, aromatase inhibitor

**Discuss:** You can discuss this article with its authors and other readers at https://www.fertstertdialog.com/posts/32186

Transgender youth who plan to take gender-affirming hormones before undergoing natal puberty often are first given a gonadotropin-releasing hormone (GnRH) agonist to delay pubertal progression. Some of these patients may desire fertility preservation with sperm or oocyte cryopreservation but may be concerned that puberty will progress during treatment as a result of stopping GnRH agonist treatment and a subsequent increase in endogenous estradiol. For transgender male youth, this concern is based on the fact that the peak serum estradiol concentration can reach 1000–4000 pg/mL during a typical oocyte retrieval cycle. Moreover, in certain patients at risk of hyperstimulation, estradiol concentrations can be even higher if care is not taken to avoid hyperstimulation. Thus, strategies are needed to stimulate the ovaries effectively while maintaining a low estradiol concentration.

One potential strategy is to provide transgender male youth with the nonsteroidal aromatase inhibitor letrozole, which prevents the peripheral conversion of androgens to estradiol. As letrozole can keep estrogen and progesterone concentrations low, it is a

Received January 4, 2021; revised February 8, 2021; accepted February 12, 2021; published online March 29, 2021.
C.E.M. has nothing to disclose. C.L. has nothing to disclose. K.O. has nothing to disclose.
Reprint requests: Caitlin E Martin, M.D., M.S., Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Washington University in Saint Louis, 4444 Forest Park, Suite 3100, Saint Louis, Missouri (E-mail: Caitlin.martin@wustl.edu).

Fertility and Sterility® Vol. 116, No. 2, August 2021 0015-0282/$36.00
Copyright ©2021 American Society for Reproductive Medicine, Published by Elsevier Inc.
https://doi.org/10.1016/j.fertnstert.2021.02.025

### TABLE 1

Timeline of events before, during, and after ovarian stimulation.

| | |
|---|---|
| December 2019 | Removal of histrelin implant. |
| March 2020 | Planned stimulation start; delayed because of COVID19. |
| April 2020 | Leuprolide acetate (3.75 mg IM) administered to suppress pubertal progression. |
| May 2020 | Leuprolide acetate (3.75 mg IM) administered to suppress pubertal progression. |
| June–July 2020 | Controlled ovarian stimulation and retrieval. Letrozole (5 mg) administered during controlled ovarian stimulation. Testosterone therapy initiated and first menses occurred. |
| August 2020 | Additional vaginal bleeding occurred. Depo-Provera (150 mg IM) administered for menstrual suppression. Letrozole (2.5 mg daily orally) restarted to delay epiphyseal plate closure while on testosterone. |

Note: IM = intramuscular.

Martin. Transgender male adolescent egg freezing after GnRH agonist use. Fertil Steril 2021.

standard part of ovarian hyperstimulation protocols in patients with breast cancer who have estrogen or progesterone-receptor positive disease. In breast cancer patients, letrozole has not been shown to reduce mature oocyte yield (1). Although a case series described the use of letrozole in adults (2), we found no publications in the PubMed database describing the use of letrozole in ovarian stimulation cycles in transgender male youth.

In this case report, we describe our experience using letrozole to maintain low serum estrogen during controlled ovarian hyperstimulation in an adolescent transgender male presenting for fertility preservation.

### CASE REPORT

The patient is a 15-year-old transgender male who had been on pubertal blockers since age 10. At age 12, he received a histrelin implant, which contains a GnRH agonist (Vantas; Endo Pharmaceuticals Solutions, Inc., Wilmington, DE). At age 14, the patient was referred by his pediatric endocrinologist to reproductive endocrinology and infertility for fertility preservation. He and his mother presented to investigate the option of cryopreserving oocyte, but were concerned that the patient might progress through female puberty if his histrelin implant was removed and his estrogen concentration were to elevate during ovarian stimulation. A previous case report described stimulation with the GnRH agonist implant in place (3). Histrelin implants are approved for one year of use, but typically are effective for up to two years. Since the patient had his implant in for two years already and was planning on having his implant removed before starting testosterone therapy, the decision was made to undergo stimulation after the removal of the implant. Once the patient decided to proceed with ovarian stimulation, a multidisciplinary team including specialists in pediatric endocrinology, reproductive endocrinology, social work, and psychiatry met several times to discuss logistics and choose the best approach. Written consent was obtained from the patient and his mother to write this case report.

The patient's histrelin implant was removed in December 2019 (Table 1) and 2 months later his antimüllerian hormone concentration was 2.62 ng/mL, follicle-stimulating hormone was 3.6 mIU/mL, estradiol was 23 pg/mL, and luteinizing hormone (LH) was 1.3 mIU/mL (Table 2). At this time, his antral follicle count measured by transabdominal ultrasound was 25 and his breasts were Tanner Stage II with atrophic tissue.

Although ovarian stimulation was planned to begin in March 2020, stimulation was delayed because of COVID19-related closures. In April 2020 and May 2020, the patient received monthly injections of depot leuprolide (3.75 mg). In June 2020, he began a controlled ovarian stimulation protocol using a GnRH antagonist as described elsewhere (4). At this time, he began taking letrozole orally (5 mg daily). At stimulation baseline, his estradiol concentration was undetectable, transabdominal antral follicle count was 25, and breasts were Tanner Stage III with 3.5 × 3.5 cm of tissue on the right and 3.5 × 3.0 cm on the left. After 5 days of stimulation, the patient's estradiol concentration still was undetectable and no follicular growth was noted, so his gonadotropin dose was increased. He received a total of 2550 IU recombinant follicle-stimulating hormone (rFSH) and 2175 IU human menopausal gonadotropin (HMG) over 12 days. His peak estradiol concentration was 510.4 pg/mL. When the lead follicle was ≥ 20 mm (Table 2 and Fig. 1), an injection of 5000 IU human chorionic gonadotropin (hCG) was given to trigger follicular maturation and resumption of meiosis. Human chorionic gonadotropin was chosen instead of leuprolide acetate because the patient had been on depot leuprolide acetate before stimulation, raising the concern that he might not make enough endogenous LH to trigger final oocyte maturation. A low dose of hCG was used to reduce the risk of severe ovarian hyperstimulation syndrome. Oocytes were retrieved 36 hours later. Of the 36 oocytes obtained, 22 were mature and were cryopreserved. During the procedure, the patient had a small hymenal ring abrasion that did not require suturing.

When evaluated on the day of retrieval, breast development remained at Tanner Stage III, though breast tissue had increased to 4.5 × 5 cm on the right and 4.5 × 4.5 cm on the left. The patient started testosterone therapy 3 days after oocyte retrieval. He was to take letrozole orally (2.5 mg daily) for growth optimization by delaying epiphyseal plate closure. However, because of a miscommunication, he stopped the

### TABLE 2

Medication dosing, lab values, and ultrasound findings before, during, and after stimulation.

| Cycle Day | Medication Dosing ||||| Serum Testing |||| Ultrasound Findings ||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | rFSH (IU) | HMG (IU) | GnRH Antagonist (mcg) | Letrozole (mg) | hCG (IU) | AMH (ng/mL) | FSH (mIU/mL) | E2 (pg/mL) | Uterine lining (mm) | Right ovarian follicles (mm) | Left ovarian follicles (mm) |
| 21 weeks prior | | | | | | 2.62 | 3.6 | 26 | 1.8 | Right ovary: 12 × 9 × 8  AFC 10 < 10 | Let ovary: 18 × 11 × 18  AFC 15 < 10 |
| 1–5 | 150 | 150 | | 5 | | | | <5 | 2.1 | 15 < 10 | 10 < 10 |
| 6 | 225 | 150 | | 5 | | | | <5 | 3.1 | 8 < 10 | 8 < 10 |
| 7–9 | 225 | 150 | | 5 | | | | | | | |
| 10 | 225 | 150 | | 5 | | | | 108.6 | | 13.5, 12.5, 12.5, 12, 12, 11.5, 10, 9.5 | 12.5, 10.5, 10.5, 9.5, 9 |
| 11 | 225 | 225 | 250 | 5 | | | | | | | |
| 12 | 225 | 225 | 250 | 5 | | | | 345.5 (3.2x) | | 15, 14.5, 13, 13, 12, 10.5, 10.5 | 14, 14, 13, 12, 11.5, 11, 10.5, 10 |
| 13 | 225 | 225 | 250 | 5 | | | | 510.4 | 7 | 20, 18, 16, 16, 15.5, 15, 14, 14, 13.5, 13, 11, 11, 10.5, 10.5, 10 | 19, 18.5, 18.5, 15, 14.5, 14, 12, 11.5, 11, 10.5 |
| 14 | | | | 5 | 5000 | | | | | | |
| 15 | | | | 5 | | | | | | | |
| 16 | | | | 5 | Oocyte retrieval | | | | | | |

Note: AMH = antimüllerian hormone; E2 = estradiol; FSH = follicle-stimulating hormone; GnRH = gonadotropin-releasing hormone; hCG = human chorionic gonadotropin; HMG = human menopausal gonadotropin; rFSH = recombinant follicle-stimulating hormone.

Martin. Transgender male adolescent egg freezing after GnRH agonist use. Fertil Steril 2021.

PLAINTIFFS006854



**FIGURE 1**

Transabdominal ultrasound on cycle day 12 with both ovaries in transverse view.

Martin. Transgender male adolescent egg freezing after GnRH agonist use. Fertil Steril 2021.

letrozole. One week after stimulation, his estradiol concentration was 97.8 pg/mL.

The morning after the patient received the hCG trigger, he experienced shortness of breath and sudden cramping abdominal pain without nausea. The symptoms resolved <30 minutes after onset. His mother reported that, in the past, he occasionally experienced anxiety that presented as shortness of breath. The abdominal pain was localized to the right lower quadrant and was likely because of enlarged ovaries. Because this pain resolved spontaneously and almost immediately, our concern for ovarian torsion was diminished.

Approximately 4 days after retrieval, the patient experienced a menstrual period lasting 6 to 7 days with 3 days of moderate flow. He felt cramping and fatigue for approximately 1 week. His mother noted that he would not have been able to attend school if it had been in session. The patient experienced an additional episode of vaginal bleeding 1 month after this initial period. At that time, the estradiol concentration was undetectable, FSH was 10 mIU/mL, LH was 5.5 mIU/mL, testosterone was 228 ng/dL, and free testosterone was 22.7 ng/dL. These values were consistent with male puberty. In addition, the estradiol was likely low because of the letrozole use, which he restarted a few days before the blood tests. The patient was counseled on menstrual suppression regimens and opted for 150 mg intramuscular Depo-Provera. Menstrual bleeding has stopped. After being on testosterone for 3 months, his breast tissue was atrophic.

During the stimulation, the patient had support from his family, a case manager, his pediatric endocrinologist, and the reproductive endocrinology and infertility team. Since starting testosterone, the patient has been feeling very positive. Overall, he and his family were satisfied with their decision to cryopreserve oocytes.

## DISCUSSION

In the United States in 2017, 0.7% of those aged 13–17 years (approximately 150,000 individuals) identified as transgender (5). The Endocrine Society and the World Professional Association for Transgender Health have provided clear guidelines and recommendations surrounding the use of GnRH agonist therapy and gender-affirming hormonal therapy for transgender individuals (6, 7). Additionally, both of these societies recommend counseling on fertility preservation before initiating testosterone or estrogen therapy. However, those working in the field of reproductive endocrinology and infertility need to learn more about how to apply our treatments safely and effectively and to set expectations adequately about the process to transgender youth and adults.

To our knowledge, this is the first case report describing the use of an aromatase inhibitor to maintain low estrogen concentrations during ovarian stimulation of a transgender male adolescent who had been on GnRH agonist therapy to prevent pubertal progression. Moravek (8) describes rising levels of estradiol during stimulation as concerning for transgender men and suggests using letrozole to reduce this concern. In a qualitative study, transgender youth expressed feelings of dysphoria when considering oocyte cryopreservation (9). Armuand et al. (2) described using letrozole during ovarian stimulation in transgender men ages 19–35 years. Despite using letrozole, Armuand et al. (2) report that these men experienced gender dysphoria, but were able to cope with these feelings effectively. The investigators point out that the procedure itself was not distressing to patients, but the experiences leading up to retrieval that linked transgender men to their incongruent sex assigned at birth, such as breast tenderness and transvaginal ultrasounds, were distressing (2). Our patient found the minimal degree of breast progression and menstruation distressing; however, he did not report gender dysphoria or suicidal ideation during the stimulation. In a systematic review, Baram et al. (10) also suggest using letrozole to maintain low levels of estrogen. Letrozole has been used effectively in patients with estrogen- and progesterone-receptor positive breast cancers undergoing ovarian stimulation. Letrozole appears not to reduce mature oocyte yield (1) and generally is a well-tolerated oral medication. To further minimize estrogen rise, a GnRH agonist can be used instead of hCG to trigger oocyte maturation (11).

A prior case report described ovarian stimulation in a transgender male adolescent who retained his histrelin implant (3). Although that team considered removing the histrelin implant, the family was concerned about the psychologic effects of removal and opted to keep the implant in place (3). During the stimulation, a "low slow" approach was used in providing rFSH and HMG. Although the stimulation was successful, only four mature oocytes were obtained. After speaking with that team about their experience, we decided to start with a higher dose of rFSH and HMG. We obtained 22 mature oocytes. This robust response may have been because we removed the histrelin implant and started at a higher dose of rFSH and HMG. Histrelin implants can be left in place while testosterone therapy is started. Our patient had his implant removed in December 2019, two years after placement. The histrelin implant is approved for one year; however, it may be effective for up to two years if left in place. The implant often is not covered by insurance and can cost approximately $5400 if paid for out of pocket (12).

The hypothalamic-pituitary-gonadal axis typically resumes function 3 and 6 months after implant removal. If within two years of implant placement, some patients choose to keep the implant in place while starting testosterone. In the initially planned timeline, stimulation was to begin in March 2020; however, this was delayed because of the COVID19 pandemic. The patient took GnRH agonist injections while waiting for our clinic to resume nonemergent procedures.

There are other fertility preservation options for transgender males apart from oocyte cryopreservation. Data show that transgender male adults desire biological children (13). One study reported 35.9% of surveyed transgender adolescents desired biological children and 26.3% were unsure if they wanted biological children (14). Although oocyte cryopreservation before testosterone therapy as an adolescent is one option, some patients may choose to delay oocyte cryopreservation until adulthood. Stimulation is typically performed after stopping testosterone for 3–6 months (15, 16), however, a recent case report described successful stimulation immediately after testosterone cessation (17). For those not interested in undergoing oocyte cryopreservation, ovarian tissue cryopreservation is another option that could be performed during gender-affirming surgery, however, there is not much data regarding outcomes after testosterone use (8).

We encountered a few minor challenges during this case. First, we used an abdominal probe instead of a transvaginal probe for sonographic monitoring to assess follicular development. Second, we had a low level of concern for not being able to access the patient's ovaries on the day of retrieval given his low body mass index. However, we had discussed this possibility with the family ahead of time. We also discussed with the patient and his family ahead of the retrieval that the probe could cause a vaginal laceration at the time of oocyte retrieval. Although the patient did have a small hymenal ring abrasion, which was likely caused during the vaginal preparation with normal saline and a speculum, we did not need to suture it.

## CONCLUSION

Specialists should consider using letrozole as an adjunct to the controlled ovarian hyperstimulation protocol when stimulating ovaries for fertility preservation in transgender male adolescents. We were successful in stimulating this patient who was transitioning from using a GnRH agonist implant to testosterone therapy. This case report catalogs the unique needs of each of the four phases of the oocyte cryopreservation process (prestimulation, stimulation, procedural, and postprocedural) that are necessary for preparing these patients. Although we demonstrate the utility of using letrozole in a transgender adolescent, letrozole could also be used in transgender male adults. We note the importance of including a multidisciplinary team to ensure the patient's well-being during a stressful time. Finally, we note that a strategy to keep estradiol low may make the oocyte cryopreservation process more appealing to transgender male youth, allowing them the opportunity to preserve their fertility.

Acknowledgments: The authors thank Deborah J. Frank, Ph.D., for editing the manuscript.

## REFERENCES

1. Cakmak H, Rosen MP. Ovarian stimulation in cancer patients. Fertil Steril 2013;99:1476–84.
2. Armuand G, Dhejne C, Olofsson JI, Rodriguez-Wallberg KA. Transgender men's experiences of fertility preservation: a qualitative study. Hum Reprod 2017;32:383–90.
3. Rothenberg SS, Witchel SF, Menke MN. Oocyte cryopreservation in a transgender male adolescent. N Engl J Med 2019;380:886–7.
4. Jungheim ES, Meyer MF, Broughton DE. Best practices for controlled ovarian stimulation in in vitro fertilization. Semin Reprod Med 2015;33:77–82.
5. Herman JL, Flores AR, Brown TNT, Wilson BDM, Conron KJ. Age of individuals who identify as transgender in the United States. The Williams Institute. Available at: https://williamsinstitute.law.ucla.edu/publications/age-trans-individuals-us/. Accessed November 23, 2020.
6. Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. J Clin Endocrinol Metab 2017;102:3869–903.
7. Standards of care for the health of transsexual, transgender, and gender nonconforming people. East Dundee, IL: World Professional Association for Transgender Health; 2012:120.
8. Moravek MB. Fertility preservation options for transgender and gender-nonconforming individuals. Curr Opin Obstet Gynecol 2019;31:170–6.
9. Chen D, Kyweluk MA, Sajwani A, Gordon E, Johnson E, Finlayson CA, et al. Factors affecting fertility decision-making among transgender adolescents and young adults. LGBT Health 2019;6:107–15.
10. Baram S, Myers SA, Yee S, Librach CL. Fertility preservation for transgender adolescents and young adults: a systematic review. Hum Reprod Update 2019;25:694–716.
11. Oktay K, Türkçüoğlu I, Rodriguez-Wallberg KA. GnRH agonist trigger for women with breast cancer undergoing fertility preservation by aromatase inhibitor/FSH stimulation. Reprod Biomed Online 2010;20:783–8.
12. Olson-Kennedy J, Streeter LH, Garofalo R, Chan Y-M, Rosenthal SM. Histrelin implants for suppression of puberty in youth with gender dysphoria: a comparison of 50 mcg/day (Vantas) and 65 mcg/day (SupprelinLA). Transgend Health 2020;6:36–42.
13. Wierckx K, Van Caenegem E, Pennings G, Elaut E, Dedecker D, Van De Peer F, et al. Reproductive wish in transsexual men. Hum Reprod 2012;27:483–7.
14. Chen D, Matson M, Macapagal K, Johnson EK, Rosoklija I, Finlayson C, et al. Attitudes toward fertility and reproductive health among transgender and gender-nonconforming adolescents. J Adolesc Health 2018;63:62–8.
15. Leung A, Sakkas D, Pang S, Thornton N, Resetkova N. Assisted reproductive technology outcomes in female-to-male transgender patients compared with cisgender patients: a new frontier in reproductive medicine. Fertil Steril 2019;112:858–65.
16. Broughton D, Omurtag K. Care of the transgender or gender-nonconforming patient undergoing in vitro fertilization. Int J Transgend 2017;18:372–5.
17. Cho K, Harjee R, Roberts J, Dunne C. Fertility preservation in a transgender man without prolonged discontinuation of testosterone: a case report and literature review. F&S Rep 2020;1:43–7.

**Criopreservación satisfactoria de ovocitos utilizando Letrozol como adyuvante para la estimulación ovárica en un adolescente transgénero tras supresión con agonista de GnRH.**

**Objetivo:** Comunicar un caso exitoso de hiperestimulación ovárica y criopreservación de ovocitos en un varón adolescente transgénero tras supresión con agonista de homona liberadora de gonadotrpinas (GnRH-a) con utilización concomitante del inhibidor de aromatasa Letrozol para mantener el estradiol sérico bajo.

**Diseño:** Comunicación de un caso.

**Entorno:** División de Endocrinología Reproductiva e Infertilidad, Universidad de Washington en la escuela de medicina de St Louis, St Louis, Missouri.

**Paciente(s):** Varón adolescente transgénero de 15 años, Tanner II con un implante de GnRH-a.

**Intervención(es):** Se retiró el implante de GnRH-a. El paciente recibió Letrozol (5 mg diarios) mientras se realizaba estimulación ovárica con un protocolo de antagonistas. Después de la recuperación de ovocitos, el varón empezó a tomar Testosterona.

**Medida(s) del resultado(s) principal(es):** ovocitos criopreservados con éxito con cambios mínimos em el desarrollo mamario.

**Resultado(s):** El pico de estradiol sérico del paciente fue de 510 pg/mL. Se criopreservaron 22 ovocitos maduros. Se observó un pequeño incremento en el desarrollo mamario entre el inicio del tratamiento y la recuperación de ovocitos.

**Conclusión(es):** Se utilizó Letrozol con éxito para mantener bajo el nivel de estradiol sérico en un varón adolescente transgénero durante la estimulación ovárica. Mantener el estradiol sérico bajo para minimizar el desarrollo puberal y probablemente prevenir síntomas de disforia de género podría hacer más deseable la criopreservación de ovocitos para los varones adolescentes transgénero.

**Palabras clave:** Transgénero, varón adolescente transgénero, criopreservación de ovocitos, criopreservación de fertilidad, letrozol, inhibidor de aromatasa.

PLAINTIFFS006857