THE JOURNAL OF
# SEXUAL MEDICINE

ORIGINAL RESEARCH & REVIEWS

TRANSGENDER HEALTH

# Individual Treatment Progress Predicts Satisfaction With Transition-Related Care for Youth With Gender Dysphoria: A Prospective Clinical Cohort Study



T. O. Nieder, PhD,[1,†] T. K. Mayer, MSc,[1,†] S. Hinz, MSc,[2] S. Fahrenkrug, MA,[2] L. Herrmann, MSc,[2] and Inga Becker-Hebly, PhD[2]

## ABSTRACT

**Background:** The number of adolescents presenting with gender dysphoria (GD) in healthcare services has increased significantly, yet specialized services offering transition-related care (TRC) for trans youth is lacking.

**Aim:** To investigate satisfaction with TRC, regret, and reasons for (dis)satisfaction with transition-related medical interventions (TRMIs) in trans adolescents who had presented to the Hamburg Gender Identity Service for children and adolescents (Hamburg GIS).

**Methods:** Data were collected from a clinical cohort sample of 75 adolescents and young adults diagnosed with GD (81% assigned female at birth) aged 11 to 21 years ($M = 17.4$) at baseline and follow-up (on a spectrum of ongoing care, on average 2 years after initial consultation). To determine progress of the youth's medical transitions, an individual treatment progress score (ITPS) was calculated based on number of desired vs received TRMIs.

**Outcomes:** Main outcome measures were satisfaction with TRC at the time of follow-up, ITPS, social support, reasons for regret and termination of TRC, and (dis)satisfaction with TRMIs.

**Results:** Participants underwent different stages of TRMIs, such as gender-affirming hormone treatment or surgeries, and showed overall high satisfaction with TRC received at the Hamburg GIS. Regression analysis indicated that a higher ITPS (an advanced transition treatment stage) was predictive of higher satisfaction with TRC. Sex assigned at birth, age, and time since initial consultation at the clinic showed no significant effects for satisfaction with TRC, while degree of social support showed a trend. No adolescents regretted undergoing treatment at follow-up. Additional analysis of free-text answers highlighted satisfaction mostly with the physical results of TRMI.

**Clinical Implications:** Because youth were more satisfied with TRC when their individual transition (ITPS) was more progressed, treatment should start in a timely manner to avoid distress from puberty or long waiting lists.

**Strengths and Limitations:** This study is one of the first to report on treatment satisfaction among youth with GD from Europe. The ITPS allowed for a more detailed evaluation of TRMI wishes and experiences in relation to satisfaction with TRC and may close a gap in research on these treatments in adolescent populations. However, all participants were from the same clinic, and strict treatment eligibility criteria may have excluded certain trans adolescents from the study. Low identification rates with non-binary identities prevented comparisons between non-binary and binary genders.

**Conclusion:** The study highlights the role of TRMI and individual treatment or transition progress for youth's overall high satisfaction with TRC received at the Hamburg GIS. **Nieder TO, Mayer TK, Hinz S, et al. Individual Treatment Progress Predicts Satisfaction With Transition-Related Care for Youth With Gender Dysphoria: A Prospective Clinical Cohort Study. J Sex Med 2021;18:632−645.**

Copyright © 2021, International Society for Sexual Medicine. Published by Elsevier Inc. All rights reserved.

**Key Words:** Transgender; Gender Dysphoria; Individual Treatment Progress; Health Care; Treatment Satisfaction; Gender-Affirming Treatment

Received July 24, 2020. Accepted December 22, 2020.

[1]Institute For Sex Research, Sexual Medicine, and Forensic Psychiatry, University Medical Center Hamburg-Eppendorf, Hamburg, Germany;

[2]Department of Child and Adolescent Psychiatry, Psychotherapy, and Psychosomatics, University Medical Center Hamburg-Eppendorf, Hamburg, Germany

[†]These authors made equal contributions to the article.

Copyright © 2021, International Society for Sexual Medicine. Published by Elsevier Inc. All rights reserved.
https://doi.org/10.1016/j.jsxm.2020.12.010

J Sex

Pl. Trial Ex. 195

PLAINTIFFS006891

## INTRODUCTION

Transgender (or trans) adolescents, like their adult counterparts, experience an incongruence between their sex assigned at birth and their gender identity.[1,2] This experienced incongruence is often accompanied by psychological distress and a persistent strong desire for social and physical gender changes, at which point they can be diagnosed with gender dysphoria (GD), as per the diagnostic and statistical manual of mental disorders.[3]

Trans youth, being underage, cannot legally consent alone to gender-affirming treatments (transition-related medical interventions [TRMI]), resulting in involvement of parents/guardians, who also have limited decision-making authority.[4] This places unique prerequisites on client self-determination and high demands on health care professionals (HCPs) working in specialized services aiming at reducing GD in children and adolescents,[5] as it must be ensured that youth are cognitively and emotionally capable of understanding decisions regarding transition steps.[6] As such, a 4-step framework for pediatric shared decision-making has been suggested to balance the youth's client autonomy and the parents'/guardians' choices and values[7]; both must work together with HCPs to agree on where the youth's best interests lie.[4] In each step, the HCP weighs treatment options and approaches parents/guardians for decision-making at the point in which there are multiple options or when certain treatments have particular benefits/burdens. As adolescents mature, modifications to the framework can be made to include the youth more actively in shared decision-making. Taking such an approach to health-related decisions in childhood and adolescence can help ensure that biomedical ethical principles are respected for trans youth.[7,8]

Thus, treatment decisions are a staggered process that do not always follow certain strict criteria but rather are age-dependent and influenced by the developmental and psychosocial situation.[9,10] Younger children may undergo social transition, highlighted by use of gender-affirming name, pronoun, and clothing.[10] Adolescents undergoing medical transition often start treatment with hormone blockers gonadotropin-releasing hormone agonists (GnRHa) to suppress secondary sex characteristics at the start of puberty to allow more time for identity development,[9,10] which can minimize risks of false decisions and quell worries of treatment regrets from parents and HCPs.[11,12] Treatment with gender-affirming hormones (GAH; estrogen or testosterone) and surgeries (GAS; usually after reaching legal age) can follow.[9,10,13,14] Adolescents and young adults rarely regret or stop TRMIs, provided they fulfill the criteria for a GD diagnosis and their readiness for treatment is sufficiently assessed.[6,15]

Recent research points to gender affirmation being the appropriate care for youth GD, when indicated by a thorough assessment process, as trans adolescents are likely to experience improvements to general mental well-being through social[16] and/or medical transition.[15,17,18] However, with few specialized centers dedicated to transition-related care (TRC)

existing in Germany[19] and a steady rise of children and adolescents with GD presenting clinically in recent years,[6,20−22] including more diverse gender presentations, variant gender experiences and non-binary youth,[2,23] the specific examination of the quality of TRC for youth becomes increasingly relevant.

In the German health system, health insurances largely cover TRMIs, such as hormone treatment and most surgical interventions being relevant to TRC.[24] However, with the exception of hormone treatment, each cost reimbursement is based on an individual case decision by the medical service of the insurance companies.[25] In general, physicians working for the medical services of the insurance companies are not specialized in TRC but decide on reimbursement based on various requirements (eg, to undergo psychotherapy of at least 6 months before starting hormone treatment). However, with regard to the reduction of GD, the effectiveness of these requirements is not evidence-based. To increase the quality of TRC in Germany, an evidence-based guideline for adults was developed by the German Society for Sex Research (Deutsche Gesellschaft für Sexualforschung, DGfS) in collaboration with related professional societies following methodologies proposed by the Association of the Scientific Medical Societies in Germany (Arbeitsgemeinschaft der Wissenschaftlichen Medizinischen Fachgesellschaften e.V., AWMF). The treatment recommendations of this guideline are evidence-based, researched, and evaluated systematically. In a structured consensus process, the guideline development group, representative of the target group, and a stakeholder group of trans people in Germany agreed on 100 recommendations.[24] The guideline aims to individualize and deregulate TRC in Germany. Based on empirical and clinical evidence, a procedure is recommended that is tailored to the individual conditions of treatment and encompasses the full range of TRC. However, the guideline is aimed at trans adults, a comparable guideline for children and adolescents is still being developed.[26]

Satisfaction with received health care is often used as an indicator of health care quality and a springboard for identifying potential areas of improvement.[27] The few studies investigating adolescents' experiences with TRC from specialized gender clinics or doctors specializing in transgender health care (THC) generally show high levels of satisfaction. Specifically, receiving care from respectful, affirming HCPs with specialized knowledge on THC and open client-clinician communication were identified as key elements for satisfaction,[28,29] as well as the effects of TRMI (GAH).[28,30] These findings are encouraging, as youth may not seek out or continue treatment relevant to their transitions[31−33] owing to poor treatment experiences. However, long wait times[34] or treatment delays, especially to start GAH treatment,[28−30] as well as low frequency of appointments[34] and lengthy assessment processes[30] or gatekeeping,[29] may lead to decreased satisfaction with TRC. Negative experiences or barriers to TRC are more common among non-binary youth,[31,35,36] as many clinicians approach THC from a binary understanding.

Studies examining treatment regret or effects on mental well-being also hint at further potential factors for satisfaction with TRC in trans adolescents. Age may play a role; in one prospective follow-up study exploring puberty suppression in 70 youth gender clinic clients, younger individuals were more likely to react negatively to long wait times, while older youth started treatment feeling more dissatisfied with their bodies.[15] Studies of (young) trans adults determined social support[37] and being further along in transition[15,37] predicted improved mental well-being after receiving TRMI. Finally, trans individuals may also undergo different pathways of medical procedures based on the sex assigned at birth/gender identity,[10,38,39] therefore having different encounters with TRC. Thus, experiences of slow treatment or transition progress, social support, age, and birth sex may influence experiences of, and satisfaction with, the process of TRC and it's results.

Use of transition measurement tools such as the Individual Treatment Progress Score (ITPS)[37,38] may help to assess and compare individual treatment progress across trans individuals, without assuming a fixed end of a medical transition. By dividing the number of received interventions by the number of planned and received interventions for each participant, the ITPS emphasizes the individual approach in TRC. Because of the variability as a coherent part of adolescence in general, this approach appears to be particularly relevant for adolescents with GD.

Longitudinal data on the impact of TRC in youth are lacking.[40] To close a gap in the research on health care for GD received in Germany during adolescence, the present study aims to investigate satisfaction with TRC and the relationships with the individual transition process.

## MATERIAL AND METHODS

### Study Design

The present study was based on the first cross-sectional evaluation of a clinical cohort sample from the Hamburg Gender Identity Service for children and adolescents (Hamburg GIS) at the Department of Child and Adolescent Psychiatry, which is part of the Interdisciplinary Transgender Health Care Centre at the University Medical Center Hamburg-Eppendorf (UKE). Participants were assessed individually at 2 time points: at intake/initial consultation (baseline) and at follow-up (at least 6 months after initial consultation and up to 4 years later, with an average of 2 years). At baseline, none of the participants had received TRC. Follow-up refers to a second measurement point in which participants found themselves on a spectrum of care; all had received some form of TRC (including mental health care) and were considered eligible for TRMI. However, while some had not yet undergone any kind of TRMI, others had reached their transition goals or were at a later stage of their transition at the Hamburg GIS.

Adolescents and young adults who had participated in the baseline data collection (between September 2013 and June 2017) and who were considered eligible for further TRMI were invited by the principal investigator (IBH) to participate in the follow-up study. Participation in both studies was voluntary and independent of the care received at the Hamburg GIS, but the follow-up was rewarded with a 20 € voucher. Participants who did not respond after 1 month were sent a reminder. Informed consent from the adolescents (and their guardians) was obtained at both time points. Follow-up data collection took place between November 2017 and March 2018 using a similar set of standardized self-report questionnaires as used at baseline. Only the social support scale and satisfaction with TRC scales were added to an adjusted version of the baseline questionnaire at follow-up. The study was approved by the local ethics committee.[17]

The specialized Hamburg GIS provides TRC for children and adolescents questioning their gender or sex, including referral to a specialized pediatric endocrinologist for GAH.[17,19,41] The diagnostic procedures and further treatments are oriented on the 7th version of standards of care, published by the World Professional Association for Transgender Health (WPATH).[10] After a comprehensive diagnostic evaluation over multiple sessions, TRC is currently recommended at the Hamburg GIS if adolescents present the following criteria: (i) maintaining persistent GD over at least 6 months (without strict onset criteria of first GD presentation) and first attempts at living in the preferred gender role; (ii) increased distress because of the incongruent body characteristics (after the onset of first pubertal changes) and a request for TRC; (iii) a mental health assessment revealing the absence of severe mental health problems that may interfere with the diagnostic workup (such as acute suicidality, psychosis, or other severe mental health problems that need to be addressed through psychotherapy first); (iv) adequate local mental health care (close to home) and social support (via the family or others) during the course of TRMI; and (v) a demonstration of thorough understanding and knowledge about the effects of puberty suppression (via GnRHa), GAH, GAS, and the social impacts of a transition.[10,13,14,42] This entails that in some cases, diagnostics may take longer as treatment referral follows individual developmental pathways instead of strict criteria checklists. For more details regarding the sample, study design, and treatment approaches, refer to Becker-Hebly et al. (2020).[17]

### Sample Characteristics

The original study sample consisted of 434 children and adolescents with gender-variant behaviors and/or experiences who presented at the Hamburg GIS. Of these 434 children and adolescents, 230 individuals had to be excluded from the study for various reasons (see Figure 1),[17] resulting in 204 adolescents whose responses in the baseline study were viable and who were then contacted to complete the follow-up survey. The follow-up response rate was 37%, resulting in a final sample size of 75 adolescents and young adults. Responders did not significantly differ in their sociodemographic characteristics from non-responders.[17]

J Sex Med 2021;18:632−645

PLAINTIFFS006893



**Figure 1.** Referrals, participants during baseline and follow-up, and sex ratios.

Within the final sample, 64 (85%) participants were assigned female sex at birth (AFAB) and 11(15%) were assigned male sex at birth (AMAB). When asked at follow-up, all 11 AMAB participants identified as female/trans girl, while 59 AFAB participants identified as male/trans boy. The remaining 5 AFAB participants identified with non-binary identities at follow-up ("in between," "non-binary," or "other"). Their ages ranged from 12 to 21 years ($M = 17.4$, $SD = 1.7$) at the time of follow-up. Youth were in treatment at the Hamburg GIS for a length between seven and 47 months ($M = 21.4$, $SD = 12.2$).

Of the 75 adolescents and young adults at follow-up, 54 participants had already received TRMI. A smaller group of 21 participants had not yet undergone any medical interventions; this group was either still in the diagnostic/psychosocial treatment phase, was assessed as eligible for these interventions, or was receiving mental health support without GnRHa or GAH.

At baseline, 99% of the adolescents had indicated a desire for GAH hormone treatment. At follow-up, 11 youth had received GnRHa and 32 adolescents had received GAH, while the other 32 (43% of sample) had desired GAH but had not yet begun this form of treatment. Furthermore, 91% of the adolescents had indicated a desire for GAS at baseline. At follow-up, 11 adolescents and young adults had received both GAH and (at least 1) GAS,

while the other 72 youth (96% of sample) desired GAS but had not received this form of treatment (or additional desired surgeries). Table 1 provides a detailed description of each treatment groups, including sex assigned at birth, age, time since initial consultation and average ITPS scores.

## Measures and Operationalization

### Sociodemographic and Clinical Data (Diagnosis, TRMI History, Treatment Desires, Reasons for Regret or Termination of TRC, and [Dis]satisfaction with TRMI).

Sociodemographic data (age, sex assigned at birth) and self-report data regarding completed TRMI history, (further) treatment desires, reasons for treatment regrets or termination, and (dis)satisfaction with TRMI were collected with the help of (freetext) survey questions. Data regarding diagnosis and time since initial consultation were added from the adolescents' clinical records provided by HCPs working at the Hamburg GIS.

### Satisfaction with TRC

Youth's satisfaction with TRC received at the Hamburg GIS was measured using the Client Satisfaction Questionnaire[43] (ZUF-8). The ZUF-8 captures the general satisfaction at the

PLAINTIFFS006894

**Table 1.** Sample characteristics based on treatment group

| Treatment group | n (%) | Sex assigned at birth[a] n (%) | Age at follow-up (y) M (SD) Range | Treatment length[b] (mo) M (SD) Range | ITPS[c] M (SD) Range |
|---|---|---|---|---|---|
| No TRMI | 21 (18) | 18 (85.7) AFAB 3 (14.3) AMAB | 16.7 (1.5) 14.6–20.9 | 13.9 (6.9) 7–35 | .25 (.00) .25–.25 |
| GnRHa | 11 (14.7) | 8 (72.7) AFAB 3 (27.3) AMAB | 16.6 (2.0) 11.9–18.8 | 12.6 (4.8) 8–23 | .52 (.05) .50–.67 |
| GAH | 32 (42.7) | 28 (87.5) AFAB 4 (12.5) AMAB | 17.5 (1.2) 14.6–20.4 | 23.5 (10.3) 7–47 | .75 (.00) .75–.75 |
| GAH + GAS | 11 (14.7) | 10 (90.9) AFAB 1 (9.1) AMAB | 19.2 (1.5) 16.2–21.0 | 38.0 (11.2) 23–49 | .84 (.08) .80–1.0 |
| Total | 75 (100) | 75 (100) | 17.4 (1.7) | 21.4 (12.2) | .59 (.23) .25–1.0 |

[a]AFAB = sex assigned female at birth; AMAB = sex assigned male at birth
[b]Treatment length = time in months since initial consultation at the GIS.
[c]Individual Treatment Progress Score, sum of received treatments divided by sum of received and desired treatments, M-values also as percentage.[38]
GAH = gender-affirming hormone treatment; GAS = gender-affirming surgery; TRMI = transition-related medical intervention.

end of a clinical treatment. The questionnaire consists of 8 items rated on a four-point scale (with 4 representing the highest degree of satisfaction).[44] Adding the scores of the 8 questions together, a final sum score with a range between 8 and 32 can be reached. A cutoff value of < 24 was used to classify treatment experiences as (un)satisfactory.[45] Table 2 presents the questionnaire items and corresponding scores.

### Individual Treatment Progress

The individual progress with regard to completion of a medical transition with the help of TRMIs was calculated using the ITPS.[38] The ITPS is a metric score with a continuous value between 0% and 100%, calculated for each adolescent based on the number of received treatments divided by the number of received treatments plus treatments still desired (but not yet received) at follow-up. For the participant group without TRMI, the desires for hormonal treatment (GnRHa and GAH) were doubled when calculating the ITPS because both types of hormonal treatment were considered individual steps in the care of adolescents with GD on a spectrum toward a "complete" transition at the Hamburg GIS. For more information on the ITPS, see Koehler et al.[38]

### Social Support

The adolescents' perceived social support was measured using the short-form version of the Perceived Social Support Questionnaire (F-SozU). The F-SozU consists of 14 items on a five-point scale that captures the degree of agreement to various aspects of perceived support in one's social environment.[46]

### Statistical Analysis

Data on received and desired treatments at both baseline and follow-up were analyzed descriptively. Four treatment groups were created (see Table 1), to which participants were assigned

based on their received TRC at follow-up: no TRMI, GnRHa, GAH, and GAH *and* GAS. The treatment groups were also used along with their treatment desires at follow-up to calculate their ITPS[38] as well as to examine treatment satisfaction (global satisfaction based on ZUF-8 scores).[45]

**Table 2.** ZUF-8 items

1. How would you rate the quality of the care/consultation you received?
   Excellent (4)/good (3)/satisfactory (2)/bad (1)
2. Did you receive the type of care/consultation that you wanted? Definitely not (1)/no, not really (2)/yes, in general (3)/yes, definitely (4)
3. To what extent did our clinic meet your needs? Almost all my needs (4)/most of my needs (3)/only a few of my needs (2)/none of my needs (1)
4. Would you recommend our clinic to a friend if s/he requires similar help? Definitely not (1)/no, I don't think so (2)/yes, I think so (3)/yes, definitely (4)
5. How satisfied are you with the extent of the help which you received here? Very unsatisfied (1)/unsatisfied (2)/satisfied (3)/very satisfied (4)
6. Did the care that you received here help you to deal more appropriately with your problems/questions? Yes, it helped a lot (4)/yes, it helped a bit (3)/no, it did not help (2)/no, it made things worse (1)
7. How satisfied are you overall with the care you received? Very satisfied (4)/satisfied (3)/unsatisfied (2)/very unsatisfied (1)
8. Would you come to our clinic again if you needed help? Definitely not (1)/no, I don't think so (2)/yes, I think so (3)/yes, definitely (4)

Values in brackets refer to the number of points awarded to each answer to calculate final ZUF-8 score.[44,45]

PLAINTIFFS006895

In the second part of analysis, a multiple linear regression with block-wise factor inclusion was performed to analyze the relationship between treatment-dependent factors (such as time since initial consultation and ITPS), treatment-independent factors (such as age, sex assigned at birth, and social support) and the outcome, satisfaction with TRC. For the analysis of the role of social support on satisfaction with TRC in the multiple linear regression, the total sum score in the F-SozU was calculated for each participant and then divided by the number of completed items. SPSS 22 was used for all analyses.

Finally, free-text answers addressing reasons for termination/suspension of TRC and/or possible treatment regrets, as well as (dis)satisfaction with TRMI, were used to add individual qualitative insights to the quantitative findings.

## RESULTS

### Individual Treatment Progress Score

The ITPS showed that the sample of adolescents and young adults had completed 59% of their desired TRMIs on average at the time of follow-up, although ITPS values varied between treatment groups. For example, youth who had not yet received any TRMI at follow-up had completed on average only 25% of their treatment, while those who had received GAH and GAS were of course further along in transition, with an average ITPS of 84%. Table 1 describes the ITPS across treatment groups in detail.

### Satisfaction with TRC

Based on the scores on the ZUF-8, 75% of all participants indicated that they were overall satisfied with the TRC received at the Hamburg GIS and thus scored higher than the cutoff score of < 24.[45] Analysis of the ZUF-8 mean scores also indicated that

youth were generally satisfied with the care received ($M = 3.29$ of a possible score of $M = 4.00$). The mean scores further show a tendency of increased satisfaction with TRC with advanced treatment stages. However, the differences in mean scores across groups were not statistically significant ($F[3,71] = 1.76$, $p = .16$). Table 3 shows the ZUF-8 scores for all treatment groups.

### Factors Influencing Satisfaction with TRC

The final model 2 of the multiple linear regression, with all factors included, explained approximately 11% of the variance. The ITPS was the only factor with a statistically significant impact on satisfaction with TRC ($P = .012$ in model 2). The factor social support showed a trend towards predicting satisfaction with TRC ($P = .055$). Model 2 had an adjusted $R^2$ of 0.114 and as such, a weak goodness of fit (see Table 4). The Durbin-Watson test for potential autocorrelation had a value of 1.614 and therefore showed a trend of positive correlation. Multicollinearity could be ruled out (variance inflation factor values between 1.043 and 2.516). In a multiple regression with a final sample size of $n = 75$ (valid completed study questionnaires) and 5 predictors, a moderate effect ($f^2 = 0.15$; $\alpha$-error $= 0.05$) with a power of 95% (0.951) could be tested (power analysis using G*Power program; $\delta = 3.33$; critical $t$-value $= 1.67$; $df = 68$).

### Reasons for Termination of TRC, Regret, and (Dis) Satisfaction with TRMI

Table 5 provides details of the $n = 9$ free-text responses on reasons for termination of TRC or regret. At follow-up, none of the adolescents and young adults in the sample indicated that they regretted transition so far. In total, 13 participants (of which 4 were AMAB) indicated at follow-up that they had either

**Table 3.** ZUF-8 scores

| Treatment group | ZUF-8 cutoff score[a] < 24 | | ZUF-8 mean scores[b] | | ZUF-8 total scores[c] |
| | Dissatisfied n (%) | Satisfied n (%) | M (SD) Range | 95% CI | M (SD) Range |
| --- | --- | --- | --- | --- | --- |
| No TRMI | 9 (12) | 12 (16) | 3.08 (.63) 1.88–4.00 | 2.79–3.37 | 24.67 (5.06) 15–32 |
| GnRHa | 3 (4) | 8 (11) | 3.17 (.85) 1.25*–4.00 | 2.59–3.74 | 25.36 (6.83) 10–32 |
| GAH | 6 (8) | 26 (35) | 3.41 (.57) 1.88–4.00 | 3.21–3.62 | 27.31 (4.55) 15–32 |
| GAH + GAS | 1 (1) | 10 (13) | 3.49 (.37) 2.75–4.00 | 3.24–3.74 | 27.37 (2.95) 22–32 |
| Total | 19 (25) | 56 (75) | 3.29 (.62) 1.25–4.00 | 3.15–3.44 | 26.37 (4.98) 10–32 |

[a]Cutoff Score by Hannöver et al.[45] A score higher than 24 indicates satisfaction with treatment.
[b]ZUF-8 mean score value between 0 and 4.
[c]ZUF-8 total score value between 0 and 32.
GAH = gender-affirming hormone treatment; GAS = gender-affirming surgery; TRMI = transition-related medical intervention.
*One adolescent's treatment satisfaction score of M = 1.25 was an outlier. However, this data point was kept in all following calculations as its removal did not indicate any significant changes in test results.

PLAINTIFFS006896

**Table 4.** Multiple linear regression (model 2)

| | Non-standardized coefficients | | Standardized coefficients | | |
|---|---|---|---|---|---|
| | B | SE | β | t | p |
| (Constants) | 3.771 | .991 | | 4.141 | .000 |
| ITPS[a] | .918 | .356 | .346 | 2.582 | .012[a] |
| Treatment Length [b] | −.007 | .009 | −.138 | −.797 | .428 |
| Age | −.043 | .058 | −.118 | −.747 | .458 |
| Assigned sex at birth | .211 | .198 | .121 | 1.068 | .289 |
| Social Support | −.201 | .103 | −.218 | −1.950 | .055 |

[a]Individual Treatment Progress Score.
[b]Time in months since initial consultation at GIS.
**$P < .05$; adjusted $R^2$ = 0.114.

suspended or terminated their TRC at the Hamburg GIS. Nine participants did so while in the no-TRMI group, while three individuals did so at the GAH stage. One AFAB individual in the GAH group indicated that treatment was terminated after successful GAH administration; however, this individual had previously indicated desire for mastectomy and potentially other surgical procedures. Only one participant terminated/suspended treatment at the GAS stage. Reasons related to mental health issues were most often listed as a cause for suspension/termination, followed by reasons unrelated to direct treatment experience (eg, long distance to Hamburg). Only one participant (trans boy in the no-TRMI group) indicated poor TRC experience (subjective lack of understanding from HCPs) as cause for treatment termination.

Table 6 provides details of the free-text responses on (dis)satisfaction specifically with TRMI for the three treatment groups that had received TRMI. The free-text responses of the 21 adolescents and young adults who had not yet undergone TRMI were excluded from analysis as these participants could not yet evaluate medical treatment experiences and/or results. Of the 54 youth who had received TRMI, 38 individuals (33 AFAB and 5 AMAB participants) provided free-text responses. The positive and negative physical effects of TRMI were highlighted by participants as reasons for both treatment satisfaction (eg, praised suppression of primary sex characteristics or surgery results) and dissatisfaction (eg, criticism of GAH side effects or slow physical changes).

## DISCUSSION

The present prospective clinical cohort study following up 75 adolescents and young adults with GD aged 12 to 21 years aimed to assess satisfaction with TRC received at the Hamburg GIS, individual treatment progress (ITPS), regret, and reasons for (dis)satisfaction with TRMI. Most youth had desired TRMIs at baseline and had undergone GAH treatment at follow-up, as well as some surgical procedure(s). However, the treatment pathways, including time since initial consultation and number/order of procedures, varied; therefore, the ITPS in the sample also ranged

from 25 to 100%. The sample reported overall high satisfaction with TRC. Considering that trans youth are still an underserved population and specialized clinics for GD are rare, not only in Germany,[5,19] participants may have simply been happy to (be able to) receive any TRC at all, thus explaining the determined overall high satisfaction with TRC. More likely, however, is that the high satisfaction rates reflected the high quality of TRC offered, as the results mirror findings of other studies investigating treatment satisfaction.[28,30,34]

**Table 5.** Free-text responses of reasons for TRC termination/suspension

| Reason | n (%) |
|---|---|
| Mental Health Issues | 5 (38) |
| "I should first get my depression treated" | |
| "Clinic stay and therapy pause" | |
| "I have to go to a clinic, but I'm back at the GIS since summer 2017" | |
| "Personal reasons (psychological), desire for re-admission [to the Hamburg GIS]" | |
| "Psychological treatment" | |
| Long Distance to GIS | 3 (23) |
| "Moving away" | |
| "Distance from Nuremberg to Hamburg too big, too expensive long term" | |
| "Save the way to Hamburg (from Hannover), appointments when needed" | |
| Other Reasons | 1 (8) |
| "I did not feel understood"[a] | |

[a]Listed as reason by 1 trans boy in the no-TRMI group.
GIS = Gender Identity Service; TRC = transition-related care; TRMI = transition-related medical intervention.

PLAINTIFFS006897

**Table 6.** Free-text responses of reasons for TRMI (dis)satisfaction

| Treatment group | Satisfied with: | n (%) | Unsatisfied with: | n (%) |
|---|---|---|---|---|
| Hormone blockers, GnRHa (n = 14) | Menstruation suppression | 7 (50.0) | Insufficient menstruation suppression | 3 (21.4) |
| | "lack of period" | | "that I have spotting" | |
| | "living without my period!" | | "menstruation did not stop" | |
| | "that I don't have my period anymore" | | "menstruation returned" | |
| | "good suppression" | | | |
| | "no period" | | | |
| | "end of menstruation" | | | |
| | "suppression, especially of menstruation" | | | |
| | Breast tissue shrinkage | 2 (14.3) | Hot flashes | 4 (28.6) |
| | "chest becoming smaller" | | "hot flashes" | |
| | "breasts getting smaller" | | "temperature fluctuations/hot flashes" | |
| | Improved skin | 1 (7.1) | Libido suppression | 2 (14.3) |
| | "less acne" | | "decrease in sex drive" | |
| | | | "less libido" | |
| | Libido suppression | 1 (7.1) | | |
| | "reduced libido" | | | |
| | Other responses | 4 (28.6) | Other responses | 2 (14.3) |
| | "the effects" | | "mood swings" | |
| | "everything (especially my beard growth)" | | "voice cannot be undone" | |
| | "no male puberty" | | | |
| Gender-affirming hormones (n = 31) | Voice change | 11 (35.5) | Skin appearance | 5 (16.1) |
| | "voice" | | "acne" | |
| | "voice breaking" | | "pimples" | |
| | "change in voice" | | "side effects (such as acne and so on)" | |
| | "changes in body (voice, and so on.)" | | | |
| | Hair growth | 7 (22.6) | Mood swings | 2 (6.5) |
| | "…, hair,…" | | "mood swings sometimes" | |
| | "body hair (especially beard)" | | "irritability" | |
| | "body hair" | | | |
| | "hair coverage" | | | |
| Treatment group | Satisfied with: | n (%) | Unsatisfied with: | n (%) |
| Gender-affirming hormones (n = 31) | Other physical changes | 8 (25.8) | Too slow/little changes | 9 (29.0) |
| | "breast growth, skin,…,facial features" | | "takes a long time, I take hormones as gel for almost 5 months and notice little" | |

(continued)

PLAINTIFFS006898

**Table 6.** Continued

| Treatment group | Satisfied with: | n (%) | Unsatisfied with: | n (%) |
|---|---|---|---|---|
| | "light breast growth" | | "through the low dosage (25 mg) it takes a bit too long" | |
| | "more weight, small breasts" | | "could be more" | |
| | "face" | | "long wait for change" | |
| | "fat distribution, muscle growth" | | "the hormones take effect very slowly" | |
| | "muscle mass" | | "otherwise little effect" | |
| | "changes, body" | | "too little beard growth, change in physique" | |
| | "body changes" | | "too little change to genitals" | |
| | | | "too little change" | |
| | Other responses | 17 (54.8) | Other responses | 2 (6.5) |
| | "everything" | | "libido,…" | |
| | "the onset of the proper puberty" | | "…, that the hormones have not completely suppressed my period" | |
| | "the changes" | | | |
| | "the effects" | | | |
| | "total treatment" | | | |
| | "complete change" | | | |
| | "otherwise everything" | | | |
| | "Testosterone gel" | | | |
| | "Testosterone" | | | |
| Gender-affirming surgery (n = 8) | Breast reduction | 4 (50.0) | Scars | 2 (25.0) |
| | "the flat chest" | | "the scars don't heal that well" | |
| | "the right breast" | | "big, thick scars" | |
| | "mastectomy" | | | |
| | "abovementioned operations" | | | |
| | Other responses | 3 (37.5) | General result | 2 (25.0) |
| | "entire picture" | | "Form (a little bit)" | |
| | "small scars, natural appearance" | | "the left…a lot of tissue is still inside" | |
| | "scars, result" | | | |

GnRHa = gonadotropin-releasing hormone agonists; TRMI = transition-related medical intervention.

The study also showed that overall satisfaction with TRC for adolescents in the GnRHa group, although still quite high, was slightly lower than satisfaction with care found in the GAH and GAS groups. While studies show favorable results for GnRHa to treat GD in adolescents,[6,42] another recent study from Germany only reported moderately better scores at follow-up.[17] As satisfaction with psychiatric treatment has been shown to be influenced by intrapersonal factors such as trust in treatment or prior treatment experiences,[47] it is unclear if the satisfaction rates between groups is influenced by expectations based on previous treatment experiences or subjective perception of GnRHa effectiveness, for example.

PLAINTIFFS006899

A higher ITPS (advanced individual medical transition stage or more desired TRMIs) predicted higher satisfaction with care outcomes. This finding, that advanced individual treatment progress proved significant for overall satisfaction with TRC, mirrors findings that show many trans individuals do not feel like their transition has fully begun with mental health care/psychotherapy,[48] which was captured in a lower ITPS score/earlier transition stages. Rather, it is at the earliest with GAH and/or GAS, that trans individuals feel like their identified gender and feel like they are recognized by others as such[49] and report sufficiently diminished GD.[6,50]

The significance of the ITPS emphasizes the importance of integrating individual desires and individual treatment pathways into TRC plans.[10−12,17] Although most adolescents came to their initial consultation with the goal to receive most types of TRMI, some had individual desires for specific medical interventions. Results showed that satisfaction with TRC was higher when more of these desires were fulfilled, even for those still within the treatment process. This result has also been found in non-trans populations: a similar study determined an effect between the implementation of individual desires and expectations of psychiatric clients and their experienced treatment.[51] In general, it is recommended to consider individual treatment desires instead of following criteria-based checklists, if decisions must be made in which several equivalent and ideally evidence-based treatment options are available (so-called equipoise), if decisions on how to deal with life-changing situations are preference-sensitive, and if the consequences of the decision are potentially significant for the further life of the person concerned.[52]

In addition, this individualized approach ensures client autonomy, as reflected in pediatric shared decision-making[4,7]; input from adolescents themselves can reduce the gatekeeping function of the HCPs, improving the client and HCP relationship[53] and increasing treatment satisfaction.[29,54] As such, participants further along in their transition (higher ITPS) had more subjective positive experiences of receiving TRC which reflected and respected their treatment desires.

Although previous studies found effects for age on psychiatric treatment satisfaction,[55] for example, or that younger adolescents reacted particularly frustrated to waiting for TRC,[6] no influence of age on satisfaction with TRC was found in this study. This finding is not only relevant as it contradicts previous research, it indicates that younger trans adolescents do not react significantly differently to TRC than older youth, demonstrating they may possess (cognitive and emotional) maturity needed for treatment. However, the present sample was relatively "old" on average. Even though there were no strict age criteria for the start of TRMI, youth received TRMIs at approximately age 16 on average, with the youngest participants being 11.8 years old at the start of GnRHa administration and 14.5 years at the start of GAH.

Similarly, time since initial consultation did not prove significant. However, this could be owing to the operationalization; the often long waiting period up until the initial consultation was not incorporated, and many studies show it to be criticized by trans youth.[6,34] Social support only demonstrated a slight trend ($P = .055$), which may be owing to low variance in the sample; most adolescents from the same baseline sample reported high levels of support from family.[41] As adolescents are dependent on guardians for accessing TRC and subsequent decision-making, this factor may be particularly important, and further research is needed.

When it comes to satisfaction with TRMI, the physical effects, particularly as a result of GAH or GAS, seemed to be of paramount importance for adolescents. This is in line with studies showing that medical transition has positive effects on young trans individuals who began transition in adolescence, including decreases in GD and improvements in psychosocial functioning (ie, decrease in depression and anxiety).[6,15,17,42]

Results indicate that adolescents have high expectations and specific visions for (the outcomes of) TRMI. Youth desire their body to physically reflect their experienced gender identity[23] and, as such, may be disappointed by less than ideal treatment results. Indeed, treatment side effects (such as scarring) or slow progress/lack of physical changes were most often listed as reasons for dissatisfaction with TRMIs, which is in line with other studies revealing that cosmetic outcomes of (surgical) TRMI in adulthood were criticized,[56] including the results of mastectomy.[57] With this in mind, the high satisfaction rates should be weighed against the overall low rate (14.7%) of surgical interventions undergone in the sample.

With respect to prevailing uncertainties when it comes to treatment of trans youth and desires of HCPs to avoid misdiagnoses,[5,11,12] an important finding is that no adolescents and young adults in the present study regretted TRC at the time of follow-up, mirroring other studies that determined no regret of GnRHa administration[6] or GAH and GAS.[15,18,58] It can be assumed that the sample selection (of only adolescents who were considered generally eligible for further TRMI) and value placed on the individual treatment desires played a role in this outcome.

However, a small percentage of youth indicated they had terminated or delayed treatment, among others, because of mental health concerns. Good mental health and psychosocial functioning is an important aspect for consideration with TRC.[6,9,10,13−15,17,19] While many adolescents may have mental health concerns which do not interfere with TRC when they are stable in treatment or on medication, it is in the interest of the adolescents and young adults to receive mental health care first for issues which may put successful TRC at jeopardy (ie, acute suicidality) followed by − if needed − a medical transition. While this may seem sensible, it does have its drawbacks (eg, a delay in transition because of mental health care in line with increased frustration).[6] Other participants indicated treatment termination

PLAINTIFFS006900

owing to long distance to the Hamburg GIS. This result is not surprising given the poor THC provider situation for trans youth in Germany.[19] For many individuals, a specialized clinic such as the Hamburg GIS is too far away, and they must rely on local (potentially unspecialized) HCPs. It is therefore essential that more clinics provide specialized care for youth with GD, including in rural or suburban areas or offer e-health approaches.

## Clinical Implications

HCPs should get bidirectional feedback from adolescents/guardians throughout the TRC process to ensure treatment desires and needs are adequately captured and integrated into TRC. As changes in desires can occur throughout the treatment process,[59] this may also help not to ignore changing transition pathways.

Treatment expectations and what TRMI can accomplish, side effects (eg, acne), cosmetic outcomes (eg, scarring), complications, and so on should be discussed to avoid dissatisfaction with physical outcomes or side effects of TRMI, as much emphasis is placed on these aspects by youth. As also recommended by the WPATH,[10] this can help empower adolescents in making fully informed decisions on what TRMI are right for them. Satisfaction may thereby increase because treatments will best suit transition goals[10] and youth could be mentally prepared for potentially less-than-ideal side effects or outcomes.

Since youth were more satisfied with TRC when their transition was more progressed and effects of puberty were "paused" or "reversed," TRC should start in a timely fashion and HCPs should mind the distress that some of the puberty-related changes of the body may cause for adolescents.[3,60]

Mental HCPs can help young people deal with feelings of impatience during the process toward a medical transition (ie, with slow physical changes). In addition, HCPs should expect treatment satisfaction to increase as adolescents and young adults get closer to their individual transition goals; dissatisfaction with TRC in earlier stages should not necessarily be interpreted as a sign that the treatment is wrong or will be regretted.

## Limitations and Future Research Directions

Results must be interpreted cautiously as participants came from the same clinic, and there was no randomized control group owing to ethical considerations. The strict internal diagnostic requirements for the selection of the follow-up sample as well as treatment eligibility criteria at the Hamburg GIS for children and adolescents may have led to a biased sample selection; while all study participants had been deemed eligible for further TRMI, individuals presenting with certain gender expressions or experiences (eg, non-binary) may have been excluded from the data collection.

Furthermore, the high level of desired/underwent TRMI may not be representative for the total sample of referred adolescents or all trans youth who do not consult with a specialized service such as the Hamburg GIS. Many adult trans individuals report satisfactory decreases in GD with only social transition,[10,61] with some explicitly refusing TRMI.[62] These individuals would most likely not seek TRC from a specialized service, and thus, their treatment desires are not included in clinical cohort samples.

The low number of adolescents and young adults who participated in the follow-up survey (37%) could indicate that the survey had low priority for those finished transitioning or that only those who experienced positive course of treatment were motivated to participate. In addition, the large number of participants in the GAH group could indicate that youth currently in treatment were worried a lack of participation could have negative consequences for their further treatment and may have even rated treatment more positively than actually experienced. However, this can be considered unlikely, as participants were aware that their HCPs had no access to study data.

The low follow-up participation may have also increased the already disproportionate sex ratio, with only 15% of the participants who were AMAB; however, non-responder analysis determined no significant differences in sex assigned at birth between the follow-up group and those who only participated in baseline.[17] This sex ratio also reflects findings in other studies on prevalence rates of gender-incongruent experiences and behaviors.[2,21,41] Nonetheless, the sex ratio meant analyses of the 'GAH + GAS' group could only explore satisfaction with mastectomy for AFAB participants.

Finally, only 5 participants identified with non-binary identities at follow-up. This is particularly relevant, as previous studies show that between 11%[23] and 41%[63] of youth and young adults under the age of 25 years identify with non-binary gender identities, meaning the percentage (7%) of non-binary youth in the current sample is lower than average prevalence rates. However, all non-binary participants in the sample were AFAB, mirroring results of other studies showing non-binary youth[35] and adults[38] more likely to be AFAB. Recent studies showed that non-binary youth are less likely to undergo GAH to reach transition goals[35] and may face barriers regarding access to hormones when they do desire this type of TRMI,[31,35] making it essential to critically examine the lack of non-binary participants in the present study. Nonetheless, the small sample size means additional analyses based on gender binarity would have most likely been severely limited anyway.

In sum, sampling limitations imply that the results cannot be transferable to all other trans populations, particularly non-Western countries or people of color, or youth identifying with non-binary genders, but also to AMAB youth or those undergoing other types of TRMI, such as genital surgeries. Future research should thus explicitly capture the TRC experiences of non-binary and racially diverse adolescents, in particular. Furthermore, while the present study was performed over a period of several years, this early data regarding satisfaction with TRC cannot be extrapolated to assume long-term TRC success as many adolescents continue to grow and

PLAINTIFFS006901

evolve their identities throughout the years. Future research should aim to follow up the developmental pathways of trans youth long term into their adult years.

On a different note, results provide suggestions for improvement in measurement tools to be used with trans adolescents. The ITPS was an interesting measurement tool for capturing individual transition progress in the present adolescent population and future research should consider its application, as existing tools for understanding GD and transition needs have limitations.[40] With regard to measuring satisfaction using the ZUF-8, high satisfaction must be interpreted cautiously as it may simply be caused by a ceiling effect.[45,47] To make a valid assessment of treatment satisfaction, high satisfaction values should be classified with the help of further information, such as free-text answers. Furthermore, the ZUF-8 only reflected overall satisfaction with general health care instead of satisfaction with the specialized nature of TRC. Analysis of the free-text responses suggest that future research should also include specific questionnaires to capture aspects that other studies have shown to be relevant to satisfaction with TRC: wait times, TRMI side effects and outcomes, relationships with HCPs, psychotherapy and assessment requirements, and so on.[6,30,34,57]

## CONCLUSION

This study was one of the first in Germany to assess satisfaction with TRC within a prospective sample of clinically referred trans adolescents and young adults. It builds on the few studies in this[28,30,34] and related areas, such as effects of TRC on adolescent mental well-being.[15,17,42] Overall, satisfaction with TRC was high in this population of trans youth, and no participants regretted treatment, reflecting high quality of care at the Hamburg GIS. Participants' focus on physical results of treatment as reason for (dis) satisfaction with TRMI adds to the literature supporting the use of TRMI on adolescent populations. A progressed transition (higher ITPS) significantly predicted higher satisfaction with TRC, providing insight into the usefulness of measuring individual treatment progress and incorporating individual desires in TRC in younger populations.

## ACKNOWLEDGMENTS

The authors thank all youth and their families for providing important personal data for this study as well as the colleagues and students involved in the data collection process for their valuable work.

**Corresponding Author:** Inga Becker-Hebly, PhD, Department of Child and Adolescent Psychiatry, Psychotherapy, and Psychosomatics, University Medical Center Hamburg-Eppendorf, W29, Martinistraße 52, 20246 Hamburg, Germany. Tel.: +49-40-7410-52243; Fax: 49-40-7410-55105; E-mail: i.becker@uke.de

*Conflict of Interest:* The authors report no conflicts of interest.

*Funding:* The research was funded by the Research Fund of the Faculty of Medicine, University of Hamburg (Forschungsförderungsfonds der Medizinischen Fakultät, Universität Hamburg). The funding was awarded to Inga Becker-Hebly. The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

## STATEMENT OF AUTHORSHIP

T.O. Nieder: Conceptualization, Writing - Original Draft, Review & Editing; T.K. Mayer: Conceptualization, Writing - Original Draft, Review & Editing; S. Hinz: Conceptualization, Methodology, Formal Analysis, Writing - Original Draft; S .Fahrenkrug: Investigation, Resources, Writing - Review & Editing; L. Herrmann: Formal Analysis, Project Administration, Writing - Review & Editing; Inga Becker-Hebly: Conceptualization, Methodology, Investigation, Formal Analysis, Resources, Project Administration, Funding Acquisition, Writing - Original Draft, Review & Editing.

## REFERENCES

1. Nieder TO, Briken P, Richter-Appelt H. Transgender, Transsexualität und Geschlechtsdysphorie: Aktuelle Entwicklungen in Diagnostik und Therapie. Psychother Psych Med 2014; 64:232-245.

2. Becker I, Ravens-Sieberer U, Ottová-Jordan V, et al. Prevalence of Adolescent Gender Experiences and Gender Expression in Germany. J Adolesc Health 2017;61:83-90.

3. American Psychiatric Association *Diagnostic and statistical manual of mental disorders*, 5th ed. 5th ed. Washington, DC: American Psychiatric Association; 2013.

4. Birchley G. Deciding Together? Best Interests and Shared Decision-Making in Paediatric Intensive Care. Health Care Anal 2014;22:203-222.

5. Möller B, Güldenring A, Wiesemann C, et al. Geschlechtsdysphorie im Kindes- und Jugendalter: Behandlung und Entwicklungsförderung im Spannungsfeld von gesellschaftlichen Kontroversen. Wertewandel und Kindeswohl 2018;26:228-263.

6. de Vries ALC, Steensma TD, Doreleijers TAH, et al. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med 2011;8:2276-2283.

7. Opel DJ. A 4-Step Framework for Shared Decision-making in Pediatrics. Pediatrics 2018;142:S149-S156.

8. Nieder TO, Güldenring A, Woellert K, et al. Ethical Aspects of Mental Health Care for Lesbian, Gay, Bi-, Pan-, Asexual, and Transgender People: A Case-based Approach. The Yale J Biol Med 2020;93:593-602.

9. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 2017;102:3869-3903.

PLAINTIFFS006902

10. Coleman E, Bockting W, Botzer M, et al. Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7. Int J Transgenderism 2012;13:165-232.

11. Viner RM, Brain C, Carmichael P, et al. Sex on the brain: Dilemmas in the endocrine management of children and adolescents with gender identity disorder. Arch Dis Child 2005; 90:A78.

12. Nieder TO, Richter-Appelt H. Tertium non datur - either/or reactions to transsexualism amongst health care professionals: The situation past and present, and its relevance to the future. Psychol Sex 2011;2:224-243.

13. Mahfouda S, Moore JK, Siafarikas A, et al. Puberty suppression in transgender children and adolescents. The Lancet Diabetes Endocrinol 2017;5:816-826.

14. Mahfouda S, Moore JK, Siafarikas A, et al. Gender-affirming hormones and surgery in transgender children and adolescents. The Lancet Diabetes Endocrinol 2019;7:484-498.

15. de Vries ALC, McGuire JK, Steensma TD, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014;134:696-704.

16. Olson KR, Durwood L, DeMeules M, et al. Mental Health of Transgender Children Who Are Supported in Their Identities. Pediatrics 2016;137:e20153223.

17. Becker-Hebly I, Fahrenkrug S, Campion F, et al. Psychosocial Health in Adolescents and Young Adults with Gender Dysphoria before and after Gender-Affirming Medical Interventions: A Descriptive Study from the Hamburg Gender Identity Service. Eur Child Adolesc Psychiatry; 2020. https://doi.org/10.1007/s00787-020-01640-2; Accessed January 27, 2021.

18. Olson-Kennedy J, Warus J, Okonta V, et al. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. JAMA Pediatr 2018;172:431-436.

19. Möller B, Nieder TO, Preuss W, et al. Versorgung von Kindern und Jugendlichen mit Geschlechtsdysphorie im Rahmen einer interdisziplinären Spezialsprechstunde. [Care of Children and Adolescents with Gender Dysphoria in the Context of an Interdisciplinary Special Consultation Service. Praxis der Kinderpsychologie und Kinderpsychiatrie 2014;63:465-485.

20. Arnoldussen M, Steensma TD, Popma A, et al. Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals? Eur Child Adolesc Psychiatry 2019;29:803-811.

21. de Graaf NM, Carmichael P, Steensma TD, et al. Evidence for a Change in the Sex Ratio of Children Referred for Gender Dysphoria: Data From the Gender Identity Development Service in London (2000-2017). J Sex Med 2018;15:1381-1383.

22. Chen M, Fuqua J, Eugster EA. Characteristics of Referrals for Gender Dysphoria Over a 13-Year Period. J Adolesc Health 2016;58:369-371.

23. Twist J, de Graaf NM. Gender diversity and non-binary presentations in young people attending the United Kingdom's

24. National Gender Identity Development Service. Clin Child Psychol Psychiatry 2019;24:277-290.

24. Nieder TO, Strauss B. Transgender health care in Germany: Participatory approaches and the development of a guideline. Int Rev Psychiatry 2015;27:416-426.

25. MDS [Medizinischer Dienst des Spitzenverbandes Bund der Krankenkassen]. Begutachtungsanleitung - Richtlinie des GKV-Spitzenverbandes nach § 282 SGB V: Geschlechtsangleichende Maßnahmen bei Transsexualismus (ICD-10, F64.0) [Guideline by the medical review board of the statutory health insurance funds. Essen: Medizinischer Dienst des Spitzenverbandes Bund der Krankenkassen. MDS; 2020.

26. Romer G, Möller B. Geschlechtsinkongruenz und Geschlechtsdysphorie im Jugendalter. aep 2020;15:87-94.

27. Natsui S, Aaronson EL, Joseph TA, et al. Calling on the Patient's Perspective in Emergency Medicine: Analysis of 1 Year of a Patient Callback Program. J Patient Exp 2019;6:318-324.

28. Corliss HL, Belzer M, Forbes C, et al. An evaluation of service utilization among male to female transgender youth: qualitative study of a clinic-based sample. J LGBT Health Res 2007; 3:49-61.

29. Gridley SJ, Crouch JM, Evans Y, et al. Youth and Caregiver Perspectives on Barriers to Gender-Affirming Health Care for Transgender Youth. J Adolesc Health 2016;59:254-261.

30. Inwards-Breland DJ, DiVall S, Salehi P, et al. Youth and Parent Experiences in a Multidisciplinary Gender Clinic. Transgender Health 2019;4:100-106.

31. Lykens JE, LeBlanc AJ, Bockting WO. Healthcare Experiences Among Young Adults Who Identify as Genderqueer or Nonbinary. LGBT Health 2018;5:191-196.

32. Rider GN, McMorris BJ, Gower AL, et al. Health and Care Utilization of Transgender and Gender Nonconforming Youth: A Population-Based Study. Pediatrics 2018;141:e20171683.

33. Nahata L, Tishelman AC, Caltabellotta NM, et al. Low Fertility Preservation Utilization Among Transgender Youth. J Adolesc Health 2017;61:40-44.

34. Tollit MA, Feldman D, McKie G, et al. Patient and Parent Experiences of Care at a Pediatric Gender Service. Transgender Health 2018;3:251-256.

35. Clark BA, Veale JF, Townsend M, et al. Non-binary youth: Access to gender-affirming primary health care. Int J Transgenderism 2018;19:158-169.

36. Goldberg AE, Kuvalanka KA, Budge SL, et al. Health Care Experiences of Transgender Binary and Nonbinary University Students. The Couns Psychol 2019;47:59-97.

37. Köhler A, Becker-Hebly I, Richter-Appelt H, et al. Behandlungserfahrungen und soziale Unterstützung bei Personen mit Geschlechtsinkongruenz/Geschlechtsdysphorie: Eine ENIGI 5-Jahres-Follow-Up-Studie in drei europäischen Ländern. [Treatment Experiences and Social Support in Individuals with Gender Incongruence/Gender Dysphoria - A ENIGI 5 Year Follow-Up Study in Three European Countries]. PPmP - Psychotherapie · Psychosomatik · Medizinische Psychol 2019;69:339-347.

PLAINTIFFS006903

38. Koehler A, Eyssel J, Nieder TO. Genders and Individual Treatment Progress in (Non-)Binary Trans Individuals. The J Sex Med 2018;15:102-113.

39. Beek TF, Kreukels BPC, Cohen-Kettenis PT, et al. Partial Treatment Requests and Underlying Motives of Applicants for Gender Affirming Interventions. The J Sex Med 2015;12:2201-2205.

40. Olson-Kennedy J, Cohen-Kettenis PT, Kreukels BPC, et al. Research Priorities for Gender Nonconforming/Transgender Youth: Gender Identity Development and Biopsychosocial Outcomes. Curr Opin Endocrinol Diabetes Obes 2016; 23:172-179.

41. Levitan N, Barkmann C, Richter-Appelt H, et al. Risk factors for psychological functioning in German adolescents with gender dysphoria: poor peer relations and general family functioning. Eur Child Adolesc Psychiatry 2019;28:1487-1498.

42. Costa R, Dunsford M, Skagerberg E, et al. Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. The J Sex Med 2015; 12:2206-2214.

43. Attkisson CC, Zwick R. The client satisfaction questionnaire. Psychometric properties and correlations with service utilization and psychotherapy outcome. Eval Program Plann 1982; 5:233-237.

44. Schmidt J, Lamprecht F, Wittmann WW. Zufriedenheit mit der stationären Versorgung. Entwicklung eines Fragebogens und erste Validitätsuntersuchungen. [Satisfaction with inpatient care: Development of a questionnaire and first validity assessments.]. PPmP: Psychotherapie Psychosomatik Medizinische Psychol 1989;39:248-255.

45. Hannöver W, Dogs C, Kordy H. Patientenzufriedenheit – ein Maß für Behandlungserfolg? Psychotherapeut 2000; 45:292-300.

46. Fydich T, Sommer G, Brähler E. F-SOZU: Fragebogen zur sozialen Unterstützung. Göttingen: Hogrefe; 2007.

47. Möller-Leimkühler A, Dunkel R, Müller P. Determinanten der Patientenzufriedenheit: behandlungsbezogene und klinische Variablen, subjektives Krankheitskonzept und Lebensqualität. Fortschritte Der Neurologie Psychiatrie - Fortschr Neurol Psychiat 2002;70:410-417.

48. Bockting W, Robinson B, Benner A, et al. Patient Satisfaction with Transgender Health Services. J Sex Marital Ther 2004; 30:277-294.

49. van de Grift TC, Elaut E, Cerwenka SC, et al. Effects of Medical Interventions on Gender Dysphoria and Body Image: A Follow-Up Study. Psychosom Med 2017;79:815-823.

50. Hess J, Neto RR, Panic L, et al. Satisfaction With Male-to-Female Gender Reassignment Surgery- Results of a Retrospective Analysis. Dtsch Arztebl Int 2014;111:795-801.

51. Kingman S. Users criticise psychiatric care. BMJ 1993; 306:1225-1226.

52. Joosten EaG, DeFuentes-Merillas L, de Weert GH, et al. Systematic review of the effects of shared decision-making on patient satisfaction, treatment adherence and health status. Psychother Psychosom 2008;77:219-226.

53. Budge S. Psychotherapists as Gatekeepers: An Evidence-Based Case Study Highlighting the Role and Process of Letter Writing for Transgender Clients. Psychotherapy (Chicago, Ill.) 2015;52:287-297.

54. Ross KAE, Law MP, Bell A. Exploring Healthcare Experiences of Transgender Individuals. Transgender Health 2016;1:238-249.

55. Spießl H, Krischker S, Spindler P, et al. Patienten-zufriedenheit im psychiatrischen Krankenhaus. Krankenhauspsychiatrie 1996;7:1-5.

56. Lawrence AA. Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav 2003;32:299-315.

57. Nelson L, Whallett EJ, McGregor JC. Transgender patient satisfaction following reduction mammaplasty. J Plast Reconstr Aesthet Surg 2009;62:331-334.

58. Cohen-Kettenis PT, Goozen SHMV. Sex Reassignment of Adolescent Transsexuals: A Follow-up Study. J Am Acad Child Adolesc Psychiatry 1997;36:263-271.

59. Mayer TK, Koehler A, Eyssel J, et al. How Gender Identity and Treatment Progress Impact Decision-Making, Psychotherapy and Aftercare Desires of Trans Persons. J Clin Med 2019; 8:749.

60. Ristori J, Steensma TD. Gender dysphoria in childhood. Int Rev Psychiatry 2016;28:13-20.

61. Scheim AI, Bauer GR. Sex and gender diversity among transgender persons in Ontario, Canada: results from a respondent-driven sampling survey. J Sex Res 2015;52:1-14.

62. Nieder TO, Eyssel J, Köhler A. Being Trans Without Medical Transition: Exploring Characteristics of Trans Individuals from Germany Not Seeking Gender-Affirmative Medical Interventions. Arch Sex Behav 2019;49:2661-2672.

63. Veale J, Saewyc E, Frohard-Dourlent H, et al. Being Safe, Being Me: Results of the Canadian Trans Youth Health Survey; Stigma and Resilience Among Vulnerable Youth Centre, School of Nursing, University of British Columbia: Vancouver, B.C.; 2015.

PLAINTIFFS006904