ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/292990978

# Advancing Methods for U.S. Transgender Health Research

**Article** *in* Current Opinion in Endocrinology, Diabetes, and Obesity · February 2016
DOI: 10.1097/MED.0000000000000229

CITATIONS
137

READS
921

**13 authors**, including:

Sari L Reisner
Fenway Institute
**379** PUBLICATIONS **16,231** CITATIONS
SEE PROFILE

Madeline B Deutsch
University of California, San Francisco
**41** PUBLICATIONS **2,504** CITATIONS
SEE PROFILE

Shalender Bhasin
Harvard Medical School
**577** PUBLICATIONS **44,739** CITATIONS
SEE PROFILE

George Richard Brown
East Tennessee State University
**81** PUBLICATIONS **5,840** CITATIONS
SEE PROFILE

**Some of the authors of this publication are also working on these related projects:**

LEGACY Project View project

Neuroimaging studies in transgender individuals View project

All content following this page was uploaded by George Richard Brown on 30 January 2018.

The user has requested enhancement of the downloaded file.

Pl. Trial Ex. 203

# Advancing methods for US transgender health research

*Sari L. Reisner[a,b,c], Madeline B. Deutsch[d], Shalender Bhasin[e], Walter Bockting[f], George R. Brown[g], Jamie Feldman[h], Rob Garofalo[i], Baudewijntje Kreukels[j], Asa Radix[k], Joshua D. Safer[l], Vin Tangpricha[m,n], Guy T'Sjoen[o], and Michael Goodman[p]*

**Purpose of review**

This article describes methodological challenges, gaps, and opportunities in US transgender health research.

**Recent findings**

Lack of large prospective observational studies and intervention trials, limited data on risks and benefits of sex affirmation (e.g., hormones and surgical interventions), and inconsistent use of definitions across studies hinder evidence-based care for transgender people. Systematic high-quality observational and intervention-testing studies may be carried out using several approaches, including general population-based, health systems-based, clinic-based, venue-based, and hybrid designs. Each of these approaches has its strength and limitations; however, harmonization of research efforts is needed. Ongoing development of evidence-based clinical recommendations will benefit from a series of observational and intervention studies aimed at identification, recruitment, and follow-up of transgender people of different ages, from different racial, ethnic, and socioeconomic backgrounds and with diverse gender identities.

**Summary**

Transgender health research faces challenges that include standardization of lexicon, agreed upon population definitions, study design, sampling, measurement, outcome ascertainment, and sample size. Application of existing and new methods is needed to fill existing gaps, increase the scientific rigor and reach of transgender health research, and inform evidence-based prevention and care for this underserved population.

**Keywords**

health disparity, research methods, transgender

[a]The Fenway Institute, Fenway Health, [b]Department of Epidemiology, Harvard T.H. Chan School of Public Health, [c]Division of General Pediatrics, Boston Children's Hospital/Harvard Medical School, Boston, Massachusetts, [d]Department of Family and Community Medicine, University of California, San Francisco, California, [e]Research Program in Men's Health: Aging and Metabolism Brigham and Women's Hospital, Harvard Medical School Boston, Massachusetts, [f]LGBT Health Initiative, New York State Psychiatric Institute/Columbia Psychiatry and the Columbia University School of Nursing, New York City, New York, [g]Quillen College of Medicine, East Tennessee State University, Johnson City, Tennessee, [h]Department of Family Medicine and Community Health, University of Minnesota, School of Medicine, Minneapolis, Minnesota, [i]Department of Pediatrics, Northwestern University/Ann & Robert H. Lurie Children's Hospital of Chicago, Chicago, Illinois, USA, [j]Center of Expertise on Gender Dysphoria, Department of Medical Psychology, VU University Medical Center, Amsterdam, the Netherlands, [k]Callen-Lorde Community Health Center, New York City, New York, [l]Section of Endocrinology, Diabetes, Nutrition, and Weight Management, Boston University School of Medicine, Boston, Massachusetts, [m]Division of Endocrinology, Metabolism and Lipids, Department of Medicine, Emory University School of Medicine, Atlanta, [n]The Atlanta VA Medical Center, Decatur, Georgia, USA, [o]Department of Endocrinology and Center for Sexology and Gender, Ghent University Hospital, Ghent, Belgium and [p]Department of Epidemiology, Rollins School of Public Health, Emory University, Atlanta, Georgia, USA

Correspondence to Sari L. Reisner, ScD, The Fenway Institute, Fenway Health, 1340 Boylston Street, 8th floor, Boston, MA 02215, USA. Tel: +1 617 927 6017; e-mail: sreisner@fenwayhealth.org

**Curr Opin Endocrinol Diabetes Obes** 2015, 22:000–000

DOI:10.1097/MED.0000000000000229

1752-296X Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

PLAINTIFFS006998

## KEY POINTS

- Challenges in transgender health research include standardization of lexicon, agreed-upon population definitions, study design, sampling, measurement, outcome ascertainment, and sample size.
- Ongoing development and refinement of clinical recommendations will benefit from a series of evidence-based observational and intervention studies aimed at identifying, recruiting, and following diverse cohorts of transgender people.
- Applying existing and new methodologies will increase the scientific rigor and reach of transgender health research, and inform evidence-based prevention and care for this underserved patient population.

## INTRODUCTION

Expansion of the evidence base to inform transgender clinical care requires rich systematically collected data that at present are scarce or lacking in the USA [1]. The available data pertaining to transgender health are often based on convenience samples and the majority of published studies in the USA are cross-sectional [2,3,4▪,5–7] or retrospective [8,9,10▪]. The few published prospective follow-up studies are small and have examined a limited number of outcomes [11,12]. Most US studies evaluating transgender health focus on substance use and abuse, sexual health, and mental health issues (Fig. 1). Relatively little emphasis has been placed on other relevant issues such as healthcare access and utilization patterns over time, determinants of hormonal and surgical treatment complications, and rates of chronic age-related conditions thought to be affected by hormone exposures [13,14▪].

An important methodological issue specific to transgender health research is identification, measurement, and operationalization of 'transgender' [15]. Additional challenges facing transgender health research include heterogeneity of settings, limited numbers of trained physicians and researchers with a specific focus in transgender medicine, lack of uniform data collection, and potential problems of nonparticipation, retention, and dropout.

Important unanswered questions in transgender health research may be placed into two broad categories: those that deal with estimating population parameters and those concerned with evaluating causal effects of exposures on health outcomes [16]. Both categories of research are needed in transgender health. An essential methodological requirement of studies aimed at answering questions in the first category is a representative sample of the population of interest. By contrast, for the second category, representativeness is of a lesser concern [17]; the main issue is whether a particular sample allows testing a causal hypothesis through comparability of exposed and nonexposed groups [18]. Studies that most often meet this criterion are randomized placebo-controlled clinical trials; however, in transgender clinical research individual randomized controlled trials may not always be feasible or ethically acceptable [19,20]. For example, randomizing transgender people to receive or not receive hormone therapy would violate the principle of equipoise, given guidelines recommending hormonal treatment to alleviate gender dysphoria [21,22]. In those circumstances, observational comparative effectiveness research is needed. Other research questions do lend themselves to

FIGURE 1. Distribution of health outcomes in US Transgender Research, 2008–2014.

Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

randomized controlled trials; for example, comparing different hormone regimens, or giving some transgender women aspirin and some placebo to see if rates of deep vein thrombosis or coronary artery disease differ.

The acquisition of high-quality study samples to examine transgender health may be carried out via four main systematic approaches: general population based, health systems based, clinic based, and venue based. Although in some circumstances other approaches such as respondent-driven sampling or Internet-based recruitment may offer useful alternatives, those are considered a form of convenience sampling [23] and remain beyond the scope of this review.

In the next sections of this communication, we describe each of the four main sampling approaches, discuss their advantages and disadvantages, and provide illustrative examples of completed or ongoing studies. We then address additional methodological challenges facing transgender health research and propose paths forward toward the goal of identifying and filling current methods' gaps through various observational and interventional studies.

## GENERAL POPULATION-BASED APPROACH

A population-based study is feasible if the members of a given population can be enumerated to enable drawing of random samples or even inclusion of the entire population of interest [24]. Common sources of data for population-based studies include the Department of Motor Vehicles records, voter registration lists, and various commercial population directories [25]. For population-based transgender health research, these data sources would only be useable if they systematically collected information on gender beyond binary natal 'sex' categories [26,27]. A number of recent publications urge expansion of existing data capture to identify transgender individuals in a systematic fashion, including use of the two-step method [28▪,29,30]; however, to date these efforts have not translated into standard practice in population-level research.

TransPOP is an example of an ongoing federally funded population-based study [31]. Conducted at the Williams Institute in collaboration with Gallup, Inc., the study's primary goal is to collect a national probability-based sample to examine sociodemographic characteristics and health status of the US transgender population.

A well designed and executed population-based study maximizes external validity and offers accurate estimation of frequency and distribution of various health-related measures, such as incidence of disease or prevalence of risks [32]. On the other hand, this approach may be inefficient, if the goal is to assemble a cohort of sufficient power to examine relatively rare events, or to assess clinically relevant exposure–outcome associations.

## HEALTH SYSTEMS-BASED APPROACH

Electronic medical records offer a number of research opportunities, especially in integrated healthcare systems. The most notable examples of integrated systems are the Veterans Health Administration (VHA) and health maintenance organizations (HMOs).

Several studies examined transgender health within the VHA using International Classification of Diseases Ninth edition (ICD-9) codes. Kauth and colleagues examined all VHA encounters 2006–2013 for the following three ICD-9 codes: 302.85 (gender identity disorder in adolescent or adult), 302.6 (gender identity disorder not otherwise specified), and 302.5 (transsexualism) [33]. Additional VHA-based studies examined incidence of breast cancer [10▪] and lifetime prevalence of various health conditions [9,33] among veterans with and without transgender-related diagnoses.

Another possible source of integrated health systems data are HMOs, which often collaborate via the Healthcare Systems Research Network [34]. HMO data make it possible to construct historical and prospective multicenter cohorts, and track the enrollment and healthcare utilization histories over extended periods of time [35].

The research infrastructure available through HMOs is used in the ongoing federally funded study 'Comparative risk and benefits of gender confirmation therapies' [35]. The study is designed as a mixed historic/prospective cohort of transgender people enrolled in Kaiser Permanente plans at three sites (Atlanta Georgia, Northern California, and the Greater Los Angeles area) (Fig. 2). Cohort candidates are identified based on relevant ICD-9 codes or presence of free-text keywords in the medical notes [36].

The advantages of a health systems-based approach include its relative efficiency in identifying eligible study participants, availability of cisgender (nontransgender) controls who can be matched to transgender participants, and ability to involve multiple sites. On the other hand, this approach may miss key hard-to-reach (e.g., uninsured or not engaged in healthcare) transgender population subgroups. Additionally, if data collection procedures are limited to electronic medical records, the resulting information may lack detail.

1752-296X Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved. 

Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.



FIGURE 2. A flow diagram depicting data collection and design of a mixed retrospective/prospective health systems-based study.

## CLINIC-BASED APPROACH

A clinic-based approach uses institutions that provide care to the patient population of interest. An example of successful implementation of this approach is the European Network for the Investigation of Gender Incongruence (ENIGI). ENIGI is a collaboration of several Western European gender identity clinics [37,38▪,39,40]. The project recruits and prospectively follows people that apply at these gender identity clinic of ages 17 years or older from clinical entry (before initiation of hormonal therapy or surgical gender affirmation) onward. Data collection procedures include periodic administration of survey instruments, systematic abstraction of medical records, and acquisition and storage of biospecimens [39].

Clinic-based studies of US transgender patients will also benefit from the experience of other US clinic-based multicenter projects such as the Centers for AIDS Research [41]. One approach would be to establish a multisite cohort study of transgender patients by joining federally qualified health centers (FQHCs), also known as community health centers [42]. For example, Fenway Health in Boston, Massachusetts is a FQHC that served more than 1700 unique transgender patients in 2014 [43]. Other FQHCs with large transgender patient populations are located in most major cities, including Callen-Lorde Community Health Center in New York and similar centers in Philadelphia, Washington, Chicago, Los Angeles, and San Francisco.

A clinic-based approach offers excellent opportunities for in-depth data collection, biospecimen acquisition, and both patient and provider-reported information. Many clinics, particularly community health centers, also serve underserved transgender subgroups such as uninsured or underinsured individuals, racial/ethnic minorities, patients with nonbinary gender identities, and HIV-infected patients. Putting together a large clinic-based cohort requires multiple study sites, and per participant cost and effort is relatively high; however, scientific knowledge to be gained is high.

## VENUE-BASED APPROACH

Developed in the mid-1990s, venue-based sampling combines outreach activities with standard methods of sampling to study hard-to-reach groups [44]. Following success of this approach in several cities [45], venue-based sampling was adapted for the National HIV Behavioral Surveillance studies of MSM [46].

Venue-based methods are currently applied in the ongoing federally funded multisite study ‘Identity Development, Risk, and Resilience among Gender Diverse Populations.’ The study uses purposive, venue-based sampling to recruit transgender

Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

PLAINTIFFS007001

**Table 1.** Data need and research priorities

| |
|---|
| Data need in transgender health research: |
| Implementation of uniform collection of gender identity data, using the two-step method (Table 2). Uniform collection of sexual orientation and sexual behavior data will also allow improved resolution when defining cohorts |
| Reliable and valid measures to examine health disparities by transgender status, and reliably assess exposures (e.g., gender affirmation and treatment) and health outcomes for transgender people |
| Standardization of terminology to allow direct comparisons between studies |
| Involvement of community and care provider stakeholders in every stage of research design, implementation and evaluation to provide appropriate context and insure that research methods are relevant, adaptable, and culturally appropriate |
| Large sample size to enable well powered statistical analyses (statistical conclusion validity) |
| Longitudinal prospective data to allow follow-up over time (opportunity for nested and ancillary studies) |
| Representation of hard-to-reach subgroups and diverse transgender people in terms of age, race/ethnicity, socioeconomic status, gender identities (examine health disparities and identify mediators for future interventional studies) |
| Methodological needs in transgender health research: |
| Measures and data collection – identifying transgender people, standardized data collection in clinical settings (implement the two-step method), skip patterns for trans-specific data (anatomy inventory) |
| Prospective longitudinal cohort – design engine (supports nested and ancillary studies) |
| Interventional studies – Sequential, Multiple Assignment, Randomized Trials designs, cluster randomized clinical trials, implementation science (alternative models to individual-level randomized trials) |
| Treatment outcomes – gender affirmation, hormones, surgical interventions, and health |
| Fit methodology to study population – acceptability and ethnics of research with transgender people (observational vs experimental designs) |

people in three US cities (New York, San Francisco, and Atlanta). Venues include commercial establishments (e.g., bars, coffee shops, and beauty salons) and outdoor spaces (e.g., streets and parks); groups (e.g., community organizations and groups organized around culture, sports, and seniors); and events (e.g., Lesbian, Gay, Bisexual, Transgender Pride). Sampling is stratified by age and gender identity, while maximizing ethnic and racial diversity. The goal of the study is to test an adaptation of the minority stress model to investigate vulnerability, risk, and resilience in the context of transgender identity development across the lifespan [47].

Access to hard-to-reach participants identified via venue-based recruitment can improve generalizability and allow correcting selection biases [48]. This approach enables a single study team to cover an entire city or geographic area. Limitations include difficulty of maintaining high response and retention rates, and problems with recruiting large numbers of participants.

## OTHER METHODOLOGICAL ISSUES IN TRANSGENDER HEALTH RESEARCH

In addition to selecting an appropriate sampling strategy, additional methodological issues that need to be considered in transgender health studies include defining the target population, using optimal study design for the research question, routinely collecting gender identity data, identifying and recruiting transgender people for participation in research, developing accurate measures and efficient data collection protocols, and using consistent terminology. A summary of these issues is presented in Table 1.

Routine collection of gender identity data is critical for transgender health clinical practice and research. The two-step method is recommended [15,49▪], including by the World Professional Association for Transgender Health [50]. The two-step method asks questions about current gender identity and assigned sex at birth (Table 2) [50]. Cross-tabulating these items allows for different sex and gender combinations to identify transgender patients. Such an approach has been found to identify twice as many transgender people as a single-question method [51].

Enrollment of a large multisite cohort of US transgender patients has not yet been executed. Such a cohort could act as a vehicle and infrastructure for multiple analyses and ancillary studies. A series of protocols for identification, recruitment, and follow-up of diverse transgender people in age, racial, ethnic, and socioeconomic backgrounds, and with diverse gender identities could be developed. It is conceivable that such a multisite research project could enroll a cohort study with as many as 10 000–25 000 participants (Fig. 3). Sample size considerations for such a multisite cohort study are summarized in Table 3 [52–54].

1752-296X Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

**Table 2.** Routine data collection using the two-step method

About the Two-Step Method

Standardization of data collection is critical for transgender health clinical practice and research. The two-step method is recommended, including by the World Professional Association for Transgender Health (WPATH). The two-step method asks questions about both assigned sex at birth and current gender identity. Cross-tabulating these questions allows for different sex and gender combinations to assess transgender health.

Recommended Two-Step Method [50]

Question 1: How do you describe your gender identity? (check one)
- ❑ Male
- ❑ Female
- ❑ Transmale/ Trans Man/ Female-to-male (FTM)
- ❑ Transfemale/ Trans Woman/ Male-to-female (MTF)
- ❑ Genderqueer/ Gender Nonconforming
- ❑ Different Identity: Please State: ___________

Question 2: What sex were you assigned at birth, on your original birth certificate?
- ❑ Male
- ❑ Female

Cross-tabulating these questions gives a two by six (2x6) contingency table with 12 cells demonstrating different sex and gender combinations.

| | Assigned sex at birth | |
|---|---|---|
| **Current gender identity** | Male | Female |
| Male | Cisgender | Transgender* |
| Female | Transgender* | Cisgender |
| Transmale/ Trans Man/ Female-to-male (FTM) | -- | Transgender* |
| Transfemale/ Trans Woman/ Male-to-female (MTF) | Transgender* | -- |
| Genderqueer/ Gender Nonconforming | Transgender* | Transgender* |
| Different Identity: Please State: ______________ | Transgender* | Transgender* |

Cisgender = Nontransgender.

Cisgender = nontransgender. *Adding these cells results in overall prevalence of transgender.

In addition to supporting within-cohort analyses, the study could also identify comparable reference groups of cisgender males and females to conduct comparative studies, including nested case-cohort designs.

In a longitudinal cohort study of transgender patients, additional data can be obtained through a variety of methods during follow-up. Linkages with external data sources such as the National Death Index, cancer registries, and Medicare and Medicaid may offer an efficient way of assessing morbidity and mortality. In addition, new diagnoses and changes in medications, procedures, and test results can be obtained from periodic reviews of medical records, using electronic data searches and abstraction methods [35,55]. A number of important outcomes, such as quality of life and satisfaction with care, can only be obtained by self-report (in-person, or via mailed or online surveys) as commonly done in other areas of comparative effectiveness research [56–58]. Rich data can also be obtained through collection of biological specimens, a *sine qua non* for contemporary cohort studies [59–61]. Availability of a biorepository in a multisite cohort study would offer a variety of opportunities for case-cohort and nested case-control studies.

A priority in transgender health research is evaluation of risk and benefits of gender affirmation therapies, such as hormones and surgical interventions. Although randomized clinical trials of gender affirmation are not always possible or ethical, multiple areas of equipoise remain. For example, one could design and implement clinical trials comparing different delivery modes and schedules for hormonal therapy. Another area that lends itself to interventional studies is patient management. Practice-level randomized studies could test various patient navigation methods or physician-decision algorithms aimed at standardizing and optimizing gender affirmation including referrals, hormonal treatment, and postsurgery management and follow-up.

In the absence of randomized studies, some of the questions in transgender health can be answered

Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

PLAINTIFFS007003



FIGURE 3. A concept of a multisite US national transgender cohort study.

**Table 3.** Anticipated sample sizes required for risk ratios of various magnitude assuming binary outcomes, statistical power of 80%, and a range of outcome occurrence estimates among the nonexposed ($P_0$)[a]

| $P_0$** | RR = 1.5 | RR = 1.75 | RR = 2.0 |
|---|---|---|---|
| **Two-sided α-error = 0.05, exposed-to-unexposed ratio = 1 : 10** | | | |
| 0.005 | 7290 | 3688 | 1874 |
| 0.01 | 3541 | 1639 | 933 |
| 0.05 | 686 | 312 | 179 |
| **Two-sided α-error = 0.01, exposed-to-unexposed ratio = 1 : 10** | | | |
| 0.005 | 10847 | 4812 | 2789 |
| 0.01 | 5268 | 2435 | 1388 |
| 0.05 | 1021 | 464 | 266 |
| **Two-sided α-error = 0.05, exposed-to-unexposed ratio = 1 : 1** | | | |
| 0.005 | 15813 | 7396 | 4678 |
| 0.01 | 7686 | 3814 | 2321 |
| 0.05 | 1475 | 718 | 437 |
| **Two-sided α-error = 0.01, exposed-to-unexposed ratio = 1 : 1** | | | |
| 0.005 | 23528 | 11004 | 6956 |
| 0.01 | 11437 | 5674 | 3454 |
| 0.05 | 2194 | 1068 | 650 |

[a]Each cell shows number of exposed study participants.
**A $P_0$ of 0.5% corresponds to an approximate annual incidence of prostate cancer among natal men over 50 years of age or a 15-year risk of ovarian cancer in natal women over 40 years of age [52]. A $P_0$ of just under 1% is an estimate of all-cause mortality in the United States [53], and a $P_0$ of about 10% is prevalence of diabetes mellitus in US adults [54].

1752-296X Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

**Table 4.** Recommended terminology for various descriptors, based on identified or affirmed sex[a]

| Sex identity | Sex assigned at birth | Term | Androphilic[b] orientation identity | Gynephilic orientation identity | Mixed sexual orientation identity |
|---|---|---|---|---|---|
| Female | Female | Cisgender woman | Heterosexual/straight | Homosexual/lesbian | Bisexual/pansexual/queer |
| Male | Male | Cisgender man | Homosexual/gay | Heterosexual/straight | Bisexual/pansexual/queer |
| Female | Male | Trans(gender) woman | Heterosexual/straight | Homosexual/lesbian | Bisexual/pansexual/queer |
| Transgender female/transfemale/male-to-female | Male | Trans(gender) woman | Heterosexual/straight | Homosexual/lesbian | Bisexual/Pansexual/queer |
| Male | Female | Trans(gender) man | Homosexual/gay | Heterosexual/straight | Bisexual/pansexual/queer |
| Transgender male/transmale/female-to-male | Female | Trans(gender) man | Homosexual/gay | Heterosexual/straight | Bisexual/pansexual/queer |
| Nonbinary/fluid/genderqueer | Male | Trans feminine spectrum individual | Varies by individual | Varies by individual | Varies by individual |
| Nonbinary/fluid/genderqueer | Female | Trans masculine spectrum individual | Varies by individual | Varies by individual | Varies by individual |
| Gender identity not listed here (avoid using the word 'other') | Either | Varies by individual | Varies by individual | Varies by individual | Varies by individual |

[a]An increasing proportion of transgender people have an identity and sexual orientation identity outside of historical binaries. The term 'queer' describes a range of fluid and nonbinary gender and sexual identities and may be used in combination with the terms listed to describe particular subpopulations.
[b]Note: Transgender men and women may identify only as 'male/female' or as 'transgender male/female.' Androphilic and gynephilic are terms used to describe sexual orientation identity. Androphilic describes sexual attraction to men or masculinity. Gynephilic describes sexual attraction to women or femininity. The terms are used to identify a person's attraction without attributing gender identity or sex assignment to the individual. Cisgender refers to being nontransgender. This table refers to sexual orientation identity – additional questions regarding sexual behaviors and sexual organs involved in the sexual practices are recommended in clinical settings.

through observational comparative effectiveness research or implementation science methods [62]. To achieve this goal, data capture should include a full history of hormonal exposures and surgical procedures, therapy received both within and outside of professional care settings, and gender-affirming treatments both in the USA and abroad. Validated tools are needed to standardize collection of these patient data elements.

Regardless of study design or research question, there is a need for standardized terminology to describe transgender identity and history. Demographic groupings by gender identity should be grounded in current best practices to ensure appropriate comparisons across genotypic, phenotypic, and identity categories. Table 4 contains specific identity terminology recommendations, taking into consideration the increasing proportion of transgender people who have an identity and sexual orientation outside of historical binaries. Terminology for gender-affirming treatments should also be consistent and descriptive.

A critical feature of research with transgender people is patient centeredness [63]. Engaging local transgender community members from the start will ensure that study design and data collection methods are feasible and acceptable to participants [35]. Moreover, in longitudinal studies, for example, in a prospective cohort, long-term follow-up and ability to recontact participants are keys to success given attrition is the primary threat to validity [64]. Ways of maximizing retention and protocol adherence should be explored though formative qualitative and pilot studies, as in other areas of research with hard-to-reach populations [65,66]. Transgender health studies will likely benefit from applying community-based research principles to work 'with' not 'on' transgender people [67] in the design, implementation, and dissemination of research and to foster trust and synergy between researchers and local communities [68,69].

## CONCLUSION

Transgender health research would benefit from methodological advances that ensure adequately powered statistical analyses, representation of hard-to-reach subgroups, a consistent agreed upon shared lexicon, unified protocols across studies for collecting data on treatment and health outcomes over time,

Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

ability to pool data across sites, and ample opportunities for ancillary and nested studies, including clinical trials. Based on the strengths and limitations of different approaches discussed in the previous sections, some transgender health studies should be health systems-based, some clinic-based, some should conduct venue-based sampling, and some should deploy hybrid designs. It is expected that studies will have different methodological strengths and address diverse aspects of the transgender health research agenda. Broadening methodologies used in transgender health research represents a key next step to further scientific and clinical knowledge and advance health equity for transgender people.

## Acknowledgements

*None.*

## Financial support and sponsorship

*This work was supported in part by the Eunice Kennedy Shriver National Institute of Child Health and Human Development of the National Institutes of Health (R13HD084267), the Endocrine Society, the Tawani Foundation, the World Professional Association for Transgender Health (WPATH), and the Program in Human Sexuality at the University of Minnesota Medical School. The content is solely the responsibility of the authors and does not represent the official views of the National Institutes of Health, the Endocrine Society, WPATH, or the Department of Veterans Affairs.*

*Dr Reisner was partially supported through a Patient-Centered Outcomes Research Institute (PCORI) Award (CER-1403-12625). Dr Goodman was partially supported through a PCORI Award (AD-12-11-4532) and by the Eunice Kennedy Shriver National Institute of Child Health and Human Development of the National Institutes of Health under award number R21HD076387. All statements in this report, including its findings and conclusions, are solely those of the authors and do not necessarily represent the views of PCORI, its Board of Governors, or Methodology Committee. Likewise, the content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health.*

## Conflicts of interest

*There are no conflicts of interest.*

## REFERENCES AND RECOMMENDED READING

Papers of particular interest, published within the annual period of review, have been highlighted as:
- ■ of special interest
- ■■ of outstanding interest

1. Institute of Medicine. The health of lesbian, gay, bisexual, and transgender people: building a foundation for better understanding. Washington, DC: The National Academies Press; 2011.
2. Bockting WO, Miner MH, Swinburne Romine RE, *et al.* Stigma, mental health, and resilience in an online sample of the us transgender population. Am J Public Health 2013; 103:943–951.
3. Budge SL, Adelson JL, Howard KA. Anxiety and depression in transgender individuals: the roles of transition status, loss, social support, and coping. J Consult Clin Psychol 2013; 81:545–557.
4. ■ Habarta N, Wang G, Mulatu MS, Larish N. HIV testing by transgender status at centers for disease control and prevention-funded sites in the united states, puerto rico, and us virgin islands. Am J Public Health 2015; 105:1917–1925.
Article describing trends in HIV testing data from the Centers for Disease Control and Prevention by transgender status.
5. Coulter RW, Blosnich JR, Bukowski LA, *et al.* Differences in alcohol use and alcohol-related problems between transgender- and nontransgender-identified young adults. Drug Alcohol Depend 2015; 33:287–295.
6. Feldman J, Romine RS, Bockting WO. HIV risk behaviors in the U.S. Transgender population: prevalence and predictors in a large internet sample. J Homosex 2014; 61:1558–1588.
7. Reisner SL, Bailey Z, Sevelius J. Racial/ethnic disparities in history of incarceration, experiences of victimization, and associated health indicators among transgender women in the U.S. Women Health 2014; 54:750–767.
8. Blosnich JR, Brown GR, Shipherd Phd JC, *et al.* Prevalence of gender identity disorder and suicide risk among transgender veterans utilizing veterans health administration care. Am J Public Health 2013; 103:e27–e32.
9. Brown GR, Jones KT. Health correlates of criminal justice involvement in 4793 transgender veterans. LGBT Health 2015; 2:297–305.
10. ■ Brown GR, Jones KT. Incidence of breast cancer in a cohort of 5135 transgender veterans. Breast Cancer Res Treat 2015; 149:191–198.
This article presents breast cancer incidence and risk data from a large cohort of transgender veterans.
11. Nuttbrock L, Bockting W, Rosenblum A, *et al.* Gender abuse and major depression among transgender women: a prospective study of vulnerability and resilience. Am J Public Health 2014; 104:2191–2198.
12. Keo-Meier CL, Herman LI, Reisner SL, *et al.* Testosterone treatment and mmpi-2 improvement in transgender men: a prospective controlled study. J Consult Clin Psychol 2015; 83:143–156.
13. MacCarthy S, Reisner SL, Nunn A, *et al.* The time is now: attention increases to transgender health in the United States but scientific knowledge gaps remain. LGBT Health 2015; 2:287–291.
14. ■ Reisner SL, Poteat T, Keatley J, *et al.* Global health burden and needs of transgender populations: a systematic review. Lancet 2015. (In press).
Epidemiologic review of global transgender health research.
15. Reisner S, Conron K, Scout N, *et al.* 'Counting' transgender and gender nonconforming adults in health research: recommendations from the gender identity in U.S. Surveillance group. TSQ 2015; 2:34–57.
16. Keyes KM, Galea S. Epidemiology matters. New York: Oxford University Press; 2014.
17. Rothman KJ, Gallacher JE, Hatch EE. Why representativeness should be avoided. Int J Epidemiol 2013; 42:1012–1014.
18. Hernan MA. A definition of causal effect for epidemiological research. J Epidemiol Community Health 2004; 58:265–271.
19. Emanuel EJ, Wendler D, Grady C. What makes clinical research ethical? JAMA 2000; 283:2701–2711.
20. Lilford RJ, Jackson J. Equipoise and the ethics of randomization. J R Soc Med 1995; 88:552–559.
21. Coleman E, Bockting WO, Botzer M, *et al.* Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism 2012; 13:165–232.
22. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, *et al.* Endocrine treatment of transsexual persons: an endocrine society clinical practice guideline. J Clin Endocrinol Metab 2009; 94:3132–3154.
23. McCreesh N, Frost SD, Seeley J, *et al.* Evaluation of respondent-driven sampling. Epidemiology 2012; 23:138–147.
24. Rothman KJ. Epidemiology: an introduction. New York: Oxford University Press; 2002.
25. Chintapalli S, Goodman M, Allen M, *et al.* Assessment of a commercial searchable population directory as a means of selecting controls for case-control studies. Public Health Rep 2009; 124:378–383.
26. Conron KJ, Landers SJ, Reisner SL, Sell RL. Sex and gender in the us health surveillance system: a call to action. Am J Public Health 2014; 104:970–976.
27. Conron KJ, Scott G, Stowell GS, Landers SJ. Transgender health in massachusetts: results from a household probability sample of adults. Am J Public Health 2012; 102:118–122.
28. ■ Deutsch MB, Buchholz D. Electronic health records and transgender patients: practical recommendations for the collection of gender identity data. J Gen Intern Med 2015; 30:843–847.
Practical recommendations for working with electronic health records for transgender patient care.
29. Deutsch MB, Feldman JL. Updated recommendations from the world professional association for transgender health standards of care. Am Fam Physician 2013; 87:89–93.
30. Reisner SL, Conron KJ, Tardiff LA, *et al.* Monitoring the health of transgender and other gender minority populations: validity of natal sex and gender identity survey items in a U.S. National cohort of young adults. BMC Public Health 2014; 14:1224.

Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

PLAINTIFFS007006

31. Williams institute launches first-of-its-kind study of U.S.. Transgender population. Los Angeles: The Williams Institute UCLA School of Law; 2015 http://williamsinstitutelawuclaedu/press/press-releases/transpop-announcement-march-2015/#sthashTgQmKHHCdpuf. [Accessed 15 December 2015]
32. Szklo M. Population-based cohort studies. Epidemiol Rev 1998; 20:81–90.
33. Kauth MR, Shipherd JC, Lindsay J, *et al.* Access to care for transgender veterans in the veterans health administration. Am J Public Health 2014; 104:S532–S534.
34. Lieu TA, Hinrichsen VL, Moreira A, Platt R. Collaborations in population-based health research: the 17th annual HMO Research Network Conference, March 23–25, 2011, Boston, Massachusetts, USA. Clin Med Res 2011; 9:137–140.
35. Goodman M, Fletcher RH, Doria-Rose VP, *et al.* Observational methods to assess the effectiveness of screening colonoscopy in reducing right colon cancer mortality risk: SCOLAR. J Comp Eff Res 2015; 4:541–551.
36. Quinn V, Becerra T, Gillespie T, *et al.* Embedding patients, providers, and community stakeholders in research to improve transgender health. J Patient-Centered Res Rev 2015; 2:114–115.
37. Van Caenegem E, Wierckx K, Taes Y, *et al.* Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case-controlled study (enigi). Eur J Endocrinol 2015; 172:163–171.
38. ▪ Wierckx K, Van Caenegem E, Schreiner T, *et al.* Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the european network for the investigation of gender incongruence. J Sex Med 2014; 11:1999–2011.

Evidence from a European cohort of safety and effectiveness of cross-sex hormone therapy for transgender people.

39. Kreukels BP, Haraldsen IR, De Cuypere G, *et al.* A European network for the investigation of gender incongruence: the ENIGI initiative. Eur Psychiatry 2012; 27:445–450.
40. Fuss J, Hellweg R, Van Caenegem E, *et al.* Cross-sex hormone treatment in male-to-female transsexual persons reduces serum brain-derived neurotrophic factor (BDNF). Eur Neuropsychopharmacol 2015; 25:95–99.
41. Kitahata MM, Rodriguez B, Haubrich R, *et al.* Cohort profile: the centers for aids research network of integrated clinical systems. Int J Epidemiol 2008; 37:948–955.
42. What are federally qualified health centers (fqhcs)? 2015. http://www.hrsa.gov/healthit/toolbox/RuralHealthITtoolbox/Introduction/qualified.html. [Accessed 1 December 2015]
43. Reisner SL, Bradford J, Hopwood R, *et al.* Comprehensive transgender healthcare: the gender affirming clinical and public health model of fenway health. J Urban Health 2015; 92:584–592.
44. MacKellar D, Valleroy L, Karon J, *et al.* The Young Men's Survey: methods for estimating HIV seroprevalence and risk factors among young men who have sex with men. Public Health Rep 1996; 111 (Suppl 1):138–144.
45. Muhib FB, Lin LS, Stueve A, *et al.* Community Intervention Trial for Youth Study T: a venue-based method for sampling hard-to-reach populations. Public Health Rep 2001; 116 (Suppl 1):216–222.
46. MacKellar DA, Gallagher KM, Finlayson T, *et al.* Surveillance of HIV risk and prevention behaviors of men who have sex with men: a national application of venue-based, time-space sampling. Public Health Rep 2007; 122 (Suppl 1):39–47.
47. Identity development, risk, and resilience among gender diverse populations. 2014. https://www.collectiveip.com/grants/NIH:8815604. [Accessed 15 December 2015]
48. Magnani R, Sabin K, Saidel T, Heckathorn D. Review of sampling hard-to-reach and hidden populations for HIV surveillance. AIDS 2005; 19 (Suppl 2):S67–S72.
49. ▪ Cahill S, Singal R, Grasso C, *et al.* Do ask, do tell: High levels of acceptability by patients of routine collection of sexual orientation and gender identity data in four diverse american community health centers. PLoS One 2014; 9:e107104.

Study of community health centers showing high levels of acceptability in collecting patient data on gender identity and sexual orienation.

50. Deutsch MB, Green J, Keatley J, *et al.* Electronic medical records and the transgender patient: Recommendations from the world professional association for transgender health emr working group. J Am Med Inform Assoc 2013; 20:700–703.
51. Tate CC, Ledbetter JN, Youssef CP. A two-question method for assessing gender categories in the social and medical sciences. J Sex Res 2013; 50:767–776.
52. Surveillance Epidemiology and End Results Program, National Cancer Institute: Seer∗stat database: Incidence – seer 18 regs research data + hurricane katrina impacted louisiana cases, Nov 2013 sub (1973–2011 varying) – linked to county attributes – total U.S., 1969–2012 counties, based on the November 2013 submission. 2014.
53. National Center for Health Statistics: Death in the United States, 2011, Press Release, 2013
54. U.S. Department of Health and Human Services: National diabetes statistics report: Estimates of diabetes and its burden in the united states, 2014, Press Release, 2014
55. Guy GP Jr, Lipscomb J, Gillespie TW, *et al.* Variations in guideline-concordant breast cancer adjuvant therapy in rural georgia. Health Serv Res 2015; 50:1088–1108.
56. Barocas DA, Chen V, Cooperberg M, *et al.* Using a population-based observational cohort study to address difficult comparative effectiveness research questions: the ceasar study. J Comp Eff Res 2013; 2:445–460.
57. Grant MD, Marbella A, Wang AT, *et al.* Menopausal symptoms: comparative effectiveness of therapies. Rockville, MD: Agency for Healthcare Research and Quality; 2015.
58. Boulet LP, Coeytaux RR, McCrory DC, *et al.* Tools for assessing outcomes in studies of chronic cough: CHEST guideline and expert panel report. Chest 2015; 147:804–814.
59. Howard VJ, Cushman M, Pulley L, *et al.* The reasons for geographic and racial differences in stroke study: objectives and design. Neuroepidemiology 2005; 25:135–143.
60. Frank B, Ariza L, Lamparter H, *et al.* Rationale and design of three observational, prospective cohort studies including biobanking to evaluate and improve diagnostics, management strategies and risk stratification in venous thromboembolism: the vteval project. BMJ Open 2015; 5:e008157.
61. Riboli E, Kaaks R. The epic project: Rationale and study design. European prospective investigation into cancer and nutrition. Int J Epidemiol 1997; 26 (Suppl 1):S6–S14.
62. Madon T, Hofman KJ, Kupfer L, Glass RI. Public health. Implementation science. Science 2007; 318:1728–1729.
63. Gabriel SE, Normand SL. Getting the methods right: the foundation of patient-centered outcomes research. N Engl J Med 2012; 367:787–790.
64. Rothman KJ, Greenland S. Cohort studies. In: Rothman KJ, Greenland S, Lash TL, editors. Modern epidemiology.. Lippincott Williams and Wilkins; 2008.
65. Ofstedal MB, Weir DR. Recruitment and retention of minority participants in the health and retirement study. Gerontologist 2011; 51 (Suppl 1):S8–S20.
66. Wallace DC, Bartlett R. Recruitment and retention of african american and hispanic girls and women in research. Public Health Nurs 2013; 30:159–166.
67. Leung MW, Yen IH, Minkler M. Community based participatory research: a promising approach for increasing epidemiology's relevance in the 21st century. Int J Epidemiol 2004; 33:499–506.
68. Radix AE, Lelutiu-Weinberger C, Gamarel KE. Satisfaction and healthcare utilization of transgender and gender nonconforming individuals in nyc: a community-based participatory study. LGBT Health 2014; 1:302–308.
69. Reisner SL, Gamarel KE, Dunham E, *et al.* Female-to-male transmasculine adult health: a mixed-methods community-based needs assessment. J Am Psychiatr Nurses Assoc 2013; 19:293–303.




Copyright © 2015 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

PLAINTIFFS007007