ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/233371110

# Regret associated with the decision for breast reconstruction: The association of negative body image, distress and surgery characteristics with decision regret

**Article** *in* Psychology and Health · February 2008

DOI: 10.1080/14768320601124899



CITATIONS
63

READS
1,762

4 authors:

Joanne Sheehan
Macquarie University
3 PUBLICATIONS   295 CITATIONS

SEE PROFILE

Kerry A Sherman
Macquarie University
127 PUBLICATIONS   2,271 CITATIONS

SEE PROFILE

Thomas Lam
Westmead Hospital & University of Sydney, Macquarie University Hospital
54 PUBLICATIONS   1,011 CITATIONS

SEE PROFILE

John Boyages
Macquarie University
221 PUBLICATIONS   6,535 CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Project   Terminology View project

Project   Vitamin d View project

All content following this page was uploaded by Kerry A Sherman on 09 July 2014.

The user has requested enhancement of the downloaded file.

Pl. Trial Ex. 208

PLAINTIFFS007088

Psychology and Health
February 2008; 23(2): 207–219



# Regret associated with the decision for breast reconstruction: The association of negative body image, distress and surgery characteristics with decision regret

JOANNE SHEEHAN[1], KERRY A. SHERMAN[1,2], THOMAS LAM[2], & JOHN BOYAGES[2]

[1]Department of Psychology, Macquarie University 2109, NSW, Australia and
[2]NSW Breast Cancer Institute, Westmead Hospital, Westmead 2145, NSW, Australia

(Received 9 December 2005; in final form 17 November 2006)

## Abstract

This study investigated the influence of psychosocial and surgical factors on decision regret among 123 women diagnosed with breast cancer who had undergone immediate (58%) or delayed (42%) breast reconstruction following mastectomy. The majority of participants (52.8%, $n = 65$) experienced no decision regret, 27.6% experienced mild regret and 19.5% moderate to strong regret. Bivariate analyses indicated that decision regret was associated with negative body image and psychological distress – intrusion and avoidance. There were no differences in decision regret either with respect to methods or timing patterns of reconstructive surgery. Multinominal logistic regression analysis showed that, when controlling for mood state and time since last reconstructive procedure, increases in negative body image were associated with increased likelihood of experiencing decision regret. These findings highlight the need for optimal input from surgeons and therapists in order to promote realistic expectations regarding the outcome of breast reconstruction and to reduce the likelihood of women experiencing decision regret.

**Keywords:** *Breast reconstruction, decision making, decision regret, negative body image, intrusion and avoidance*

Correspondence: Kerry A. Sherman, Department of Psychology, Macquarie University 2109, NSW, Australia. E-mail: Kerry.Sherman@psy.mq.edu.au

ISSN 0887-0446 print/ISSN 1476-8321 online © 2008 Taylor & Francis
DOI: 10.1080/14768320601124899

PLAINTIFFS007089

208   *J. Sheehan et al.*

## Introduction

*Decisional challenges facing women with breast cancer*

Diagnosis of breast cancer is typically associated with elevated levels of psychological distress (Butler, Koopman, Classen, & Spiegel, 1999). The period following diagnosis is particularly challenging, since compounding the shock associated with diagnosis is the necessity to make crucial and complex decisions regarding treatment (Reaby, 1998a). In deference to the fatal threat that cancer poses, many women decide to undergo mastectomy, as opposed to breast-conserving treatment (Al-Refaie et al., 2005). However, the negative association between mastectomy and poor body image and psychological distress is well documented (Arora et al., 2001; Yurek, Farrar, & Andersen, 2000). Hence, the opportunity to restore the appearance of her breasts through reconstructive surgery following mastectomy may serve to enhance the woman's sense of self (Neill, Armstrong, & Burnett, 1998). However, the choice for breast reconstruction is a highly complex one, entailing personal values, priorities and body integrity (Reaby, 1998b).

*Factors affecting the breast reconstruction decision*

Coincident with the decision to accept breast reconstruction is the necessity to choose between alternative methods and alternative timing patterns. The methods of reconstructive surgery currently practised comprise flap reconstruction, implant reconstruction and a combination of these procedures (Nano et al., 2005). Flap reconstruction involves transferring sections of a woman's own muscle tissue from a remote site in the body to the breast area; procedural risks include loss of blood circulation to the transplanted muscle tissue, infection and abdominal bulges (Clayton & Waller, 1996). Unfortunately, such sensations are likely to negatively affect body image and to act as a constant reminder of the reconstructive procedure and its association with breast cancer (Harcourt & Rumsey, 2004). Implant reconstruction involves placing a silicone-gel or saline-filled breast prosthesis either behind or in front of the chest muscle. Unsatisfactory outcomes may be associated with implant displacement, incorrect sizing and scarring (Andrade, Baxter, & Semple, 2001). Additional corrective surgeries may be necessary should post-surgical complications such as rupturing of the breast implant, tightening of scar tissue and infection arise (Roberts, Wells, & Walden, 1999). Hence, the choice for breast reconstruction is inherently complex with uncertainty in the outcomes of such surgery evident. The present study will assess whether any differences are evident in decision outcomes for women electing to undergo flap, versus implant, reconstructive surgery.

Reconstructive procedures may be carried out at the time of mastectomy (immediate), or delayed for many months or years (delayed); however, it is unclear which approach yields greater benefit in terms of outcome satisfaction (Andrade et al., 2001). Some evidence points to the superior benefits of immediate breast reconstruction in terms of enhanced body image

PLAINTIFFS007090

(Al-Ghazal, Sully, Fallowfield, & Blamey, 2000) and less psychological distress (Schain, Wellisch, Pasnau, & Landsverk, 1985), while other studies report similar benefits and overall satisfaction resulting from delayed breast reconstruction (e.g., Wilkins et al., 2000). This study will assess whether any differences are evident in decision outcomes for women electing to undergo immediate, versus delayed, reconstructive surgery.

The challenge for women facing the choice of breast reconstruction is the lack of clear evidence that the procedure will lead to a beneficial outcome (Keith et al., 2003). The reported benefits of breast reconstruction include restoration of femininity and a sense of feeling whole (Andrade et al., 2001) and positive psychosexual adjustment (Rowland, Dioso, Holland, Chaglassian, & Kinne, 1995). However, some studies report that reconstructive surgery may neither restore a woman's body image (Harcourt et al., 2003), nor increase her social adaptability (Rowland et al., 2000), or sexual functioning (Corsten, Suduikis, & Donegan, 1992).

### Decision making and decision regret associated with breast reconstruction

With the emphasis on the patient's role in medical decision making, health decisions resulting in adverse or unfavourable outcomes may lead to the individual experiencing decision regret (Davison & Goldenberg, 2003; Sheehan, Sherman, Lam, & Boyages, in press). The extent to which an individual has participated in the decision-making process is arguably a more appropriate method for measuring one's sense of responsibility for the decision (Brehaut et al., 2003). Thus, the present study investigates participants' levels of influence over the decision for breast reconstruction.

In the context of prophylactic mastectomy, decision regret has largely been experienced in association with body-image disturbance, diminished sexual satisfaction, and procedural complications (Montgomery et al., 1999; Payne, Biggs, Tran, Borgen, & Massie, 2000). In terms of breast reconstruction, there is a paucity of research in the area of regret. Little is known of the extent to which women experience regret following breast reconstruction (Winer et al., 1993), or the psychosocial factors associated with regret (Yurek et al., 2000). The present study aims to characterise the extent to which women undergoing breast reconstruction experience decision regret and to identify individual differences in psychological factors and surgery characteristics associated with regret. It was hypothesised that negative body image and greater psychological distress, namely intrusion and avoidance, will be associated with increased decision regret.

## Method

### Participants and procedure

Potential participants were identified through the NSW Breast Cancer Institute (BCI) situated at Westmead Hospital, Sydney. Eligibility criteria for study inclusion were (a) breast cancer diagnosis and, (b) already undergone immediate

PLAINTIFFS007091

or delayed breast reconstruction following mastectomy. Study invitation letters were sent to 247 women, along with an information sheet and consent form. Following signed consent, participants were mailed a self-report questionnaire which they completed and returned. Eight invitation letters were returned undelivered, and three women were deceased. Out of 236 women, 140 agreed to participate (59.32%): 140 questionnaires were sent out, and of these, 123 were returned completed, giving a response rate of 52.12%. All participants had undergone breast reconstruction at various hospitals by the plastic surgeon associated with the BCI (T.L.).

## Measures

*Decision regret.*   Current experience of regret over the decision to undergo breast reconstruction was measured by the valid and reliable Decision Regret Scale (Brehaut et al., 2003), utilising a five-point Likert scale ($1 =$ strongly agree to $5 =$ strongly disagree). Mean scores were converted by subtracting 1 and multiplying by 25. Scores ranged from 0 to 100, with a high score indicating greater regret. Cronbach's alpha was 0.90 in the present study.

*Body image.*   Participants' current perceptions of their physical appearance resulting from breast reconstruction were measured by the valid and reliable 10-item Body Image Scale (BIS: Hopwood, Fletcher, Lee, & Al-Ghazal, 2001). Participants utilised a four-point Likert scale ($0 =$ not at all to $3 =$ very much). Scores ranged from 0 to 30; high scores denote more negative perceptions of body image ($\alpha = 0.89$ for the present sample).

*Distress: Intrusion and avoidance.*   The 15-item Impact of Event Scale (IES: Horowitz, Wilner, & Alvarez, 1979) was used to measure participants' current subjective distress related to their decision to undergo breast reconstruction. Participants utilised a four-point Likert scale ($0 =$ not at all; $1 =$ rarely; $3 =$ sometimes; $5 =$ often), with scores ranging from 0–35 (intrusion scale) and 0–40 (avoidance scale). High scores indicate high levels of intrusive and avoidant responses, respectively. Due to high intercorrelations between the subscales ($r = 0.81$, $p < 0.0005$), a total distress score (i.e., summing the subscale scores) was used in all analyses. A 'subclinical' range of total scores is 0–8, 'mild' 9–25, 'moderate' 26–43 and 'severe' 44 and over. Cronbach's alpha was 0.93 in the present study.

*Method and timing of breast reconstruction.*   Information was obtained regarding the method (implant vs. flap) and timing patterns (immediate vs. delayed) of breast reconstruction that participants underwent.

*Demographic and medical history variables.*   Age, country of birth, highest level of education achieved and marital status were documented. Medical history comprised time interval since breast cancer diagnosis; breast cancer stage; time interval since mastectomy; treatment prior to mastectomy; treatment

PLAINTIFFS007092

post-mastectomy and/or reconstruction; and time interval since the last reconstructive procedure.

*Social support.* The valid and reliable 6-item Social Support Questionnaire (SSQ-6: Sarason, Sarason, Shearin, & Pierce, 1987) assessed 'available' social support and 'satisfaction' with support, a potential covariate in the present study. Participants utilised a six-point Likert scale ($1 =$ very dissatisfied to $6 =$ very satisfied). Scores are averaged (range 1–6), with a high score indicating greater satisfaction. Cronbach's alpha was 0.85 (Availability) and 0.97 (Satisfaction) in the present study.

*Mood.* The Positive and Negative Affect Schedule (PANAS: Watson, Clark, & Tellegen, 1988) assessed current mood state. The PANAS comprises two 10-item scales of positive-affect (PA) and negative-affect (NA) rated on a 5-point Likert scale ($1 =$ not at all to $5 =$ extremely). Scores for each subscale range from 10 to 50. Cronbach's alpha of the PA and NA subscales were 0.88 and 0.85, respectively. Mood was investigated as a potential covariate.

*Decision influence.* Participants were asked to choose one of the five following options that coincided with their level of influence over the decision for breast reconstruction: (a) it was totally my decision; (b) I was more influential in that decision; (c) the doctor and I equally shared the decision; (d) the doctor was more influential; and, (e) it was totally the doctor's decision. Decision influence was investigated as a potential covariate.

### Data analyses

The Statistical Package for the Social Sciences (SPSS, version 11.5) was used for all statistical analyses. Bivariate analyses using the non-parametric statistical tests of Spearman's rank correlations (for continuous variables) and Pearson's chi-square tests (for categorical variables) explored the associations between outcome and all other variables. Non-parametric tests were utilised due to skewness of the decision regret variable and the large number of zero values preventing normalization using transformations. Decision regret was recoded into an ordinal variable with three levels (No regret, Mild regret, Moderate to Strong Regret) and multinominal logistic regression analyses were then conducted to determine the variables with which regret was most strongly associated. Variables correlating with decision regret $p \leq 0.1$ were fitted into the regression model. To reduce Type 1 error rate, the critical $p$-value for the multinominal logistic regression was $p \leq 0.025$.

## Results

### Descriptive data

Demographic and clinical characteristics for the sample are shown in Table I. The mean number of persons listed as supports was 4.48 ($SD = 2.88$, range 0–15)

PLAINTIFFS007093

212   *J. Sheehan et al.*

Table I.   Demographic and clinical characteristics of participants.

| Variable | |
| --- | --- |
| Region of origin (%) | |
| Australia | 67.5 |
| Europe | 17.2 |
| North America | 4.0 |
| Middle East | 3.3 |
| New Zealand | 2.4 |
| East Asia | 2.4 |
| India | 0.8 |
| Pacific Islands | 0.8 |
| South Africa | 0.8 |
| Education (%) | |
| Less than 8 years of schooling | 1.6 |
| School certificate | 37.4 |
| Higher school certificate | 15.4 |
| Vocational/TAFE qualifications | 20.3 |
| University qualifications | 24.4 |
| Married or partnered (%) | 74.0 |
| Age (years) | |
| $M$ | 52.2 |
| SD | 9.7 |
| Range | 24.0–84.0 |
| Time since breast cancer diagnosis (months) | |
| $M$ | 52.7 |
| SD | 48.5 |
| Range | 1.0–336.0 |
| Clinical stage at diagnosis (%) | |
| 0 | 6.5 |
| I | 13.8 |
| II | 21.1 |
| III | 7.3 |
| IV | 4.9 |
| Could not report | 45.5 |
| Time since mastectomy (months) | |
| $M$ | 45.3 |
| SD | 43.2 |
| Range | 1.0–336.0 |
| Breast-conserving treatment prior to mastectomy (%) | 10.6 |
| Adjuvant treatment prior to mastectomy | 11.3 |
| Adjuvant treatment post mastectomy and/or breast reconstruction (%) | 62.6 |
| Time since last reconstruction procedure (months) | |
| $M$ | 20.2 |
| SD | 15.5 |
| Range | 1.0–72.0 |
| Reconstruction type (%) | |
| Implant | 74.8 |
| Flap | 25.2 |
| Reconstruction timing (%) | |
| Immediate | 58.5 |
| Delayed | 41.5 |

PLAINTIFFS007094

and the mean satisfaction with support was 4.93 (SD = 1.22, range 1–6). The mean positive affect (PA) score was 32.19 (SD = 8.42, range 11–50), and the mean negative affect (NA) score was 14.10 (SD = 5.14, range 10–41). All women, except one, actively participated in the decision-making process to some degree. The majority (50.4%) reported that it was totally their decision to undergo breast reconstruction, while 48.7% participated in shared decision-making.

*Decision regret.*   The average score on the Decision Regret Scale was 13.76 (SD = 20.40, range 0–95), comparable with Brehaut et al. (2003) (mean = 15.3). The majority of participants (52.8%) indicated no decision regret regarding their choice for reconstructive surgery. Of the remaining women, 27.6% indicated mild regret (score between 1 and 25) and 19.5% indicated moderate to strong regret (score of 26 or higher).

*Body image.*   The majority of participants (55.3%) reported nil or 'little' negative perceptions of body image (i.e., indicated either 0 or 1 on each item of the BIS scale). The BIS mean score was 6.32 (SD = 6.23, range 0–28), comparable with Hopwood et al. (2001) (mean = 5.14). Of current participants reporting negative body image, the most frequently reported perceptions were feeling less sexually (23.6%) and physically (21.1%) attractive.

*Total distress: Intrusion and avoidance.*   The mean IES total distress score was 8.86 (SD = 12.92, range 0–57), comparable to data of Tjemsland, Soreide and Malt (1998) for women with breast cancer 1 year post-operatively (mean = 8.8). The majority of participants (68.3%) reported a subclinical response to the impact of breast reconstruction. A mild-moderate distress response was indicated by 22.5%, while 8.8% indicated a moderate-severe distress response.

*Method and timing of breast reconstruction.*   Of all participants, 92 (74.8%) had undergone implant reconstruction, and 31 had undergone flap reconstruction (23.6% TRAM flap, 1.6% latissimus dorsi flap). The majority of participants had immediate breast reconstruction (58.5%) as opposed to delayed reconstruction (41.5%).

### Correlations with decision regret

Bivariate correlations among decision regret and other variables are shown in Table II. Decision regret was most strongly correlated with negative body image ($r = 0.40$, $p < 0.0005$) followed by total distress ($r = 0.33$, $p < 0.0005$). There were no discernible associations between levels of decision regret when comparing either the two methods of reconstructive surgery (implant vs. flap: $\chi^2(2) = 0.62$, $p = 0.74$) or the different timing patterns of reconstructive surgery (immediate vs. delayed: $\chi^2(2) = 1.20$, $p = 0.58$). Only two potential covariates correlated with decision regret, current mood state (PA) ($r = -0.18$, $p = 0.05$) and time interval

PLAINTIFFS007095

214   *J. Sheehan et al.*

Table II.   Bivariate correlations among decision regret and other variables.

| Variable | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| (1) Regret | – | | | | |
| (2) PA | −0.18* | – | | | |
| (3) Recon. | 0.17* | −0.01 | – | | |
| (4) Body im. | 0.40** | −0.37** | −0.06 | – | |
| (5) Distress | 0.36** | −0.13 | −0.13 | 0.57** | – |

Notes: PA = PANAS positive affect; Recon. = months since last reconstruction procedure; Body im. = body image; Distress = total distress. *$p < 0.1$; **$p < 0.01$.

Table III.   Multinominal logistic regression summary table for decision regret.

| Variable | $\beta$ | SE | Wald $\chi^2$ | df | $p$ | OR |
|---|---|---|---|---|---|---|
| Mild regret | | | | | | |
| PANAS_PA | −0.05 | 0.03 | 2.70 | 1 | 0.10 | 0.95 |
| Recon. | 0.02 | 0.02 | 2.38 | 1 | 0.12 | 1.02 |
| Body image | 0.02 | 0.05 | 0.14 | 1 | 0.71 | 1.02 |
| Total distress | 0.04 | 0.03 | 2.09 | 1 | 0.15 | 1.04 |
| Moderate to strong regret | | | | | | |
| PANAS_PA | −0.01 | 0.04 | 0.05 | 1 | 0.82 | 0.99 |
| Recon. | 0.03 | 0.02 | 3.32 | 1 | 0.07 | 1.03 |
| Body image | 0.14 | 0.06 | 6.16 | 1 | 0.01 | 1.15 |
| Total distress | 0.05 | 0.03 | 3.23 | 1 | 0.07 | 1.05 |

Notes: PANAS_PA = positive affect; Recon. = months since last reconstruction procedure. SE = Standard error; OR = Odds ratio. Overall model $\chi^2(8) = 31.27$, $p < 0.0005$.

since participants' last reconstruction procedure ($r = 0.17$, $p = 0.06$), which were controlled for in subsequent analyses.

*Analysis of variables associated with decision regret*

Multinomial logistic regression analysis was conducted with the four variables that significantly correlated with decision regret, namely negative body image, total distress, PA and time since last reconstructive procedure (Table III). Overall, negative body image was significantly associated with decision regret ($\chi^2(2) = 7.15$, $p = 0.03$). As negative body image increased, the likelihood of experiencing moderate to strong regret, compared to no regret, increased ($\beta = 0.14$, OR = 1.15, $p = 0.01$). Total distress overall was not significantly associated with decision regret ($\chi^2(2) = 3.80$, $p = 0.15$), hence no further analyses were carried out to ascertain specific effects of total distress on the categories of regret examined. However, negative body image and total distress were significantly correlated ($r = 0.57$, $p \leq 0.01$), therefore total distress may have mediated the association between negative body image and decision regret.

PLAINTIFFS007096

Unfortunately, the restricted sample size prevented any mediational analyses being conducted on these data.

## Discussion

Regret is increasingly being regarded as an important construct for evaluating health states and in respect of decision making in health care (Smith, 1996). Several studies have documented the impact that anticipation of regret can have on the process of decision making (e.g., Steginga, Occhipinti, Gardiner, Yaxley, & Heathcote, 2002), but less is known about the factors associated with regret following a medical decision such as surgical options for cancer (Brehaut et al., 2003). The present research sought to determine the association of negative body image and distress in relation to the experience of decision regret with respect to breast reconstruction. As hypothesised, women with negative body image were more likely to experience moderate to strong regret compared to those experiencing no regret. Decision regret is likely to reduce one's self-confidence and self-efficacy and instil feelings of remorse, guilt and shame. Greater regret may impede quality of life and contribute to poorer physical and psychological wellbeing (Clark, Wray, & Ashton, 2001). Hence, for women faced with a decision regarding breast reconstruction, the experience of regret has the potential to contribute to psychosocial dysfunction.

Whilst the present findings are in broad agreement with previous findings, demonstrating that heightened positive body image is associated with greater decision satisfaction (Baker et al., 2002), satisfaction/dissatisfaction are considered to be theoretically different constructs to decision regret. Dissatisfaction/disappointment has been found to result from unfulfilled expectations and causation by circumstances beyond anyone's control (Zeelenberg et al., 1998). In contrast, the present study is unique since it investigates the experience of decision regret, which arguably derives from two distinct theories: the first is in response to knowing or imagining that a more favourable outcome was attainable under the choice of an alternative action; the second derives from feeling responsible for making a poor decision and incurring self-blame (Connolly & Reb, 2005).

It is conceivable that women in the present study may have experienced decision regret as the result of unrealistic expectations concerning the aesthetic outcome of reconstructive surgery. Thereby, the provision to women of realistic information regarding outcome expectations and side effects of breast reconstruction may help reduce the subsequent experience of decision regret (Montgomery et al., 1999). To address this issue, surgeons in the clinical situation could intervene prior to decision making, by informing the patients and elaborating upon the contents of a decision aid, to detail the potential benefits and possible adverse outcomes associated with reconstructive surgery. This process could further involve visual inspection in picture format of women with and without breast reconstruction following mastectomy. Additionally, women could be given the opportunity to physically handle saline and silicone implants,

PLAINTIFFS007097

allowing them to feel the differences in texture and weight. This process requires that guidelines be in place to assist surgeons in the utilisation of proficient and consistent communication skills in order to effectively convey preparatory information.

In conjunction with the surgeons' educative input, psychotherapeutic intervention both prior to, and following, making a decision for or against breast reconstruction, may be of benefit. Prior to the decision, psychotherapeutic approaches could be used to recognise unrealistic expectations of breast reconstruction outcomes, allowing a woman to explore existing beliefs about self-image and the value she places on her breasts. In addition, therapeutic approaches may benefit women following the decision to undergo reconstruction. For women in the present study, negative body image was related to the experience of intrusion and avoidance. Participants frequently reported the use of avoidance mechanisms to try to deny unwanted thoughts and to minimise emotional distress. Consequently, allowing the woman to explore her thoughts and concerns regarding her body-reality, as well as her sense of wholeness and sexual identity, with a therapist may minimise the experience of negative self-perceptions post-reconstruction (Cohen, Kahn, & Steeves, 1998). Cognitive behavioural techniques may be particularly helpful post-reconstruction to restructure malfunctioning thoughts, perceptions, and ideals that a woman holds regarding the dimensions of her body (White, 2000). Future research is required to explore the efficacy of both surgeon-initiated and therapist-initiated interventions in minimising decision regret.

## Limitations of the study

Although this research has implications for increasing our awareness of the possible reasons for decision regret, methodological shortcomings of the research approach exist. Due to the utilisation of a cross-sectional study design, information about causality cannot be obtained and determination of how regret status changes over time is not possible. The ability for the present findings to be generalised may be limited, since participants were recruited from one institution in Sydney, Australia, specialising in multidisciplinary breast cancer care, operated on by the same plastic surgeon, and were predominantly married. A degree of caution in interpreting the present findings is warranted since not all eligible women volunteered to participate in this study, which may have introduced the possibility of flawed data caused by a self-selection bias. Whilst the present study assessed the extent to which women experienced regret over their decision to undergo breast reconstruction, a limitation of clinical significance is the absence of an appropriately matched comparison sample of post-mastectomy women in order to assess regret resulting from their decision to not proceed with breast reconstruction. Such a comparison would have indicated the benefits or otherwise of reconstructive surgery, as reported by post-reconstruction women.

PLAINTIFFS007098

Future research is required to explore the contribution of other psychological factors that may influence decision regret, for example, outcome expectations and perceptions of sexuality pre-breast reconstruction. The importance such women place on physical and sexual aspects within existing or desired relationships may be associated with post-decision regret. Furthermore, post-reconstruction research concerning sexual adjustment and the impact that breast reconstruction has on dyadic relationships are considered worthwhile. In the context of prophylactic breast reconstruction, Lloyd et al. (2000) found that reconstructive surgery impacted male partners by way of increased stress, disruptions to family life, and conflicts between commitments to work, family and provision of support. Medical factors such as post-operative complications and physical side effects are also expected to be associated with decision regret; however, the investigation of such variables was beyond the scope of this study. The undertaking of collaborative studies incorporating researchers from psychological and medical backgrounds deserves attention.

## Conclusions

Current results acknowledge occurrences of women experiencing regret that is associated with their decision for breast reconstruction, and demonstrate that negative body image is associated with decision regret. It is hoped that the present results will encourage surgeons and therapists to utilise optimal communication skill guidelines and techniques in order to provide women with comprehensive and realistic information concerning the benefits and limitations of breast reconstruction in order to dispel potentially unrealistic expectations regarding surgical outcomes.

## Acknowledgement

The authors thank Dr Alan Taylor, Department of Psychology, Macquarie University, for his assistance and advice with respect to statistical analyses of the present data.

## References

Al-Ghazal, S. K., Sully, L., Fallowfield, L., & Blamey, R. W. (2000). The psychological impact of immediate rather than delayed breast reconstruction. *European Journal of Surgical Oncology*, *26*, 17–19.

Al-Refaie, W., Kuerer, H. M., Khuwaja, A., Perry, A., Hunt, K. K., Feig, B., et al. (2005). Determinates of mastectomy in breast conservation therapy candidates. *American Journal of Surgery*, *190*, 602–605.

Andrade, W. N., Baxter, N., & Semple, J. L. (2001). Clinical determinants of patient satisfaction with breast reconstruction. *Plastic and Reconstructive Surgery*, *107*, 46–54.

Arora, N. K., Gustafson, D. H., Hawkins, R. P., McTavish, F., Cella, D. F., Pingree, S., et al. (2001). Impact of surgery and chemotherapy on the quality of life in younger women with breast carcinoma: A prospective study. *Cancer*, *92*, 1288–1298.

PLAINTIFFS007099

218   *J. Sheehan et al.*

Baker, C., Johnson, N., Nelson, J., Homer, L., Walts, D., Waldorf, K., et al. (2002). Perspective on reconstruction after mastectomy. *American Journal of Surgery*, *183*, 562–565.

Brehaut, J. C., O'Connor, A. M., Wood, T. J., Hack, T. F., Siminoff, L., Gordon, E., et al. (2003). Validation of a decision regret scale. *Medical Decision Making*, *23*, 281–292.

Butler, L. D., Koopman, C., Classen, C., & Spiegel, D. (1999). Traumatic stress, life events, and emotional support in women with metastatic breast cancer: Cancer-related traumatic stress symptoms associated with past and current stressors. *Health Psychology*, *18*, 555–560.

Clark, J. A., Wray, N. P., & Ashton, C. M. (2001). Living with treatment decisions: Regrets and quality of life among men treated for metastatic prostate cancer. *Journal of Clinical Oncology*, *19*, 72–80.

Clayton, B. J., & Waller, A. L. (1996). The TRAM flap in breast reconstruction. *Plastic Surgical Nursing*, *16*, 133–138.

Cohen, M.Z., Kahn, D. L., & Steeves, R. H. (1998). Beyond body image: The experience of breast cancer. *Oncology Nursing Forum*, *25*, 835–841.

Connolly, T., & Reb, J. (2005). Regret in cancer-related decisions. *Health Psychology*, *24*, S29–S34.

Corsten, L. A., Suduikis, S. V., & Donegan, W. L. (1992). Patients' satisfaction with breast reconstruction. *Wisconsin Medical Journal*, *91*, 125–129.

Davison, B. J., & Goldenberg, S. L. (2003). Decisional regret and quality of life after participating in medical decision-making for early-stage prostate cancer. *BJU International*, *91*, 14–17.

Harcourt, D., & Rumsey, N. (2004). Mastectomy patients' decision-making for or against immediate breast reconstruction. *Psycho-Oncology*, *13*, 106–115.

Harcourt, D., Rumsey, N., Ambler, N. R., Cawthorn, S. J., Reid, C. D., Maddox, P. R., et al. (2003). The psychological effect of mastectomy with or without breast reconstruction: A prospective, multicenter study. *Plastic and Reconstructive Surgery*, *111*, 1060–1068.

Hopwood, P., Fletcher, I., Lee, A., & Al-Ghazal, S. K. (2001). A body image scale for use with cancer patients. *European Journal of Cancer*, *37*, 189–197.

Horowitz, M., Wilner, N., & Alvarez, W. (1979). Impact of event scale: A measure of subjective stress. *Psychosomatic Medicine*, *14*, 209–218.

Keith, D., Walker, M., Walker, L., Heys, S., Sarkar, Y., Hutcheon, A., et al. (2003). Women who wish breast reconstruction: Characteristics, fears and hopes. *Plastic and Reconstructive Surgery*, *111*, 1051–1056.

Lloyd, S. M., Watson, M., Oaker, G., Sacks, N., Querci Della Rovere, U., & Gui, G. (2000). Understanding the experience of prophylactic bilateral mastectomy: A qualitative study of ten women. *Psycho-Oncology*, *9*, 473–485.

Montgomery, L. L., Tran, K. N., Heelan, M. C., Van Zee, K. J., Massie, M. J., Payne, D. K., et al. (1999). Issues of regret in women with contralateral prophylactic mastectomies. *Annals of Surgical Oncology*, *6*, 546–552.

Nano, M. T., Gill, P. G., Kollias, J., Bochner, M. A., Carter, N., & Winefield, H. R. (2005). Qualitative assessment of breast reconstruction in a specialist breast unit. *ANZ Journal of Surgery*, *75*, 445–453.

Neill, K. M., Armstrong, N., & Burnett, C. B. (1998). Choosing reconstruction after mastectomy: A qualitative analysis. *Oncology Nursing Forum*, *25*, 743–750.

Payne, D., Biggs, C., Tran, K., Borgen, P., & Massie, M. J. (2000). Women's regrets after bilateral prophylactic mastectomy. *Annals of Surgical Oncology*, *7*, 150–154.

Reaby, L. L. (1998a). The quality and coping patterns of women's decision-making regarding breast cancer surgery. *Psycho-Oncology*, *7*, 252–262.

Reaby, L. L. (1998b). Reasons why women who have mastectomy decided to have or not to have breast reconstruction. *Plastic and Reconstructive Surgery*, *101*, 1810–1818.

Roberts, C. S., Wells, K. E., & Walden, K. (1999). Toward understanding women who request removal of silicone breast implants. *The Breast Journal*, *5*, 246–251.

Rowland, J. H., Dioso, J., Holland, J. C., Chaglassian, T., & Kinne, D. (1995). Breast reconstruction after mastectomy: Who seeks it, who refuses? *Plastic and Reconstructive Surgery*, *95*, 812–822.

PLAINTIFFS007100

Rowland, J. H., Desmond, K. A., Meyerowitz, B. E., Belin, T. R., Wyatt, G. E., & Ganz, P. A. (2000). Role of breast reconstructive surgery in physical and emotional outcomes among breast cancer survivors. *Journal of the National Cancer Institute*, *92*, 1442–1428.

Sarason, I. G., Sarason, B. R., Shearin, E. N., & Pierce, G. R. (1987). A brief measure of social support: Practical and theoretical implications. *Journal of Social and Personal Relationships*, *4*, 497–510.

Schain, W. S., Wellisch, D. K., Pasnau, R. O., & Landsverk, J. (1985). The sooner the better: A study of psychological factors in women undergoing immediate versus delayed breast reconstruction. *American Journal of Psychiatry*, *142*, 40–46.

Sheehan, J., Sherman, K. A., Lam, T., & Boyages, J. Association of information satisfaction, psychological distress and monitoring coping style with post-decision regret following breast reconstruction. *Psycho-Oncology* (in press) DOI: 10.1002/pon.1067.

Smith, R. D. (1996). Is regret theory an alternative basis for estimating the value of healthcare interventions? *Health Policy*, *37*, 105–115.

Steginga, S. K., Occhipinti, S., Gardiner, R. A., Yaxley, J., & Heathcote, P. (2002). Making decisions about treatment for localized prostate cancer. *BJU International*, *89*, 255–260.

Tjemsland, L., Soreide, J. A., & Malt, U. F. (1998). Posttraumatic distress symptoms in operable breast cancer III. *Breast Cancer Research and Treatment*, *47*, 141–151.

Watson, D., Clark, L. A., & Tellegen, A. (1988). Development and validation of brief measures of positive and negative affect: The PANAS scales. *Journal of Personality and Social Psychology*, *54*, 1063–1070.

White, C. (2000). Body image dimensions and cancer: A heuristic cognitive behavioural model. *Psycho-Oncology*, *9*, 183–192.

Wilkins, E. G., Cederna, P. S., Lowery, J. C., Davis, J. A., Kim, H. M., Roth, R. S., et al. (2000). Prospective analysis of psychosocial outcomes in breast reconstruction: One year prospective results from the Michigan breast reconstruction outcome study. *Plastic and Reconstructive Surgery*, *106*, 1014–1025.

Winer, E. P., Fee-Fulkerson, K., Fulkerson, C. C., Georgiade, G., Catoe, K. E., Conaway, M., et al. (1993). Silicone controversy: A survey of women with breast cancer and silicone implants. *Journal of the National Cancer Institute*, *85*, 1407–1411.

Yurek, D., Farrar, W., & Andersen, B. L. (2000). Breast cancer surgery: Comparing surgical groups and determining individual differences in postoperative sexuality and body change stress. *Journal of Consulting and Clinical Psychology*, *68*, 697–709.

Zeelenberg, M., van Dijk, W. W., van der Pligt, J., Manstead, S. R., van Empelen, P., & Reinderman, D. (1998). Emotional reactions to the outcomes of decisions: The role of counterfactual thought in the experience of regret and disappointment. *Organisational Behaviour and Human Decision Processes*, *75*, 117–141.

PLAINTIFFS007101

Copyright of Psychology & Health is the property of Routledge and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

PLAINTIFFS007102