# Gender-Affirming Mastectomy Trends and Surgical Outcomes in Adolescents

*Annie Tang, MD,[a] J. Carlo Hojilla, PhD,[b,c] Jordan E. Jackson, MD,[a] Kara A. Rothenberg, MD,[a] Rebecca C. Gologorsky, MD,[a] Douglas A. Stram, MS,[c] Colin M. Mooney, MD,[a] Stephanie L. Hernandez, MA, LMFT,[d] and Karen M. Yokoo, MD[e]*

**Background:** There are more than 150,000 transgender adolescents in the United States, yet research on outcomes after gender-affirming mastectomy in this age group is limited. We evaluated gender-affirming mastectomy incidence and postoperative complications, including regret, in adolescents within our integrated health care system.

**Methods:** Gender-affirming mastectomies performed from January 1, 2013, to July 1, 2020, in adolescents 12 to 17 years of age at the time of referral were identified. The incidence of gender-affirming mastectomy was calculated by dividing the number of patients undergoing these procedures by the number of adolescents assigned female at birth aged 12 to 17 years within our system at the beginning of each year and amount of follow-up time within that year. Demographic information, clinical characteristics (comorbidities, mental health history, testosterone use), surgical technique, and complications, including mention of regret, of patients who underwent surgery were summarized. Patients with and without complications were compared to evaluate for differences in demographic or clinical characteristics using $\chi^2$ tests.

**Results:** The incidence of gender-affirming mastectomy increased 13-fold (3.7–47.7 per 100,000 person-years) during the study period. Of the 209 patients who underwent surgery, the median age at referral was 16 years (range, 12–17 years) and the most common technique was double incision (85%). For patients with greater than 1-year follow-up (n = 137; 65.6%), at least one complication was found in 7.3% (n = 10), which included hematoma (3.6%), infection (2.9%), hypertrophic scars requiring steroid injection (2.9%), seroma (0.7%), and suture granuloma (0.7%); 10.9% underwent revision (n = 15). There were no statistically significant differences in patient demographics and clinical characteristics between those with and without complications ($P > 0.05$). Two patients (0.95%) had documented postoperative regret, but neither underwent reversal surgery at follow-up of 3 and 7 years postoperatively.

**Conclusions:** Between 2013 and 2020, we observed a marked increase in gender-affirming mastectomies in adolescents. The prevalence of surgical complications was low, and of more than 200 adolescents who underwent surgery, only 2 expressed regret, neither of which underwent a reversal operation. Our study provides useful and positive guidance for adolescent patients, their families, and providers regarding favorable outcomes with gender-affirming mastectomy.

**Key Words:** gender affirming, mastectomy, adolescents, complications, regret, revisions, top surgery, incidence

(*Ann Plast Surg* 2022;88: S325–S331)

Received May 19, 2021, and accepted for publication, after revision December 7, 2021.
From the [a]Department of Surgery, University of California San Francisco—East Bay, Oakland; [b]Weill Institute for Neurosciences, Department of Psychiatry, University of California, San Francisco; [c]Division of Research and [d]Multispecialty Transition Department, Kaiser Permanente Northern California, Oakland; and [e]Department of Plastic Surgery, Kaiser Permanente Northern California, Richmond, CA.
Conflicts of interest and sources of funding: The authors have no conflicts of interests. Funding for this study was provided by Kaiser Permanente Northern California Graduate Medical Education, Kaiser Foundation Hospitals, and the National Institutes of Health (T32 DA007250).
Presentation: This study was presented at the 71st California Society of Plastic Surgeons Annual Meeting on May 29, 2021.
Reprints: J. Carlo Hojilla, PhD, Division of Research, Kaiser Permanente, 2000 Broadway, Oakland, CA 94612. E-mail: carlo.hojilla@ucsf.edu.
Copyright © 2022 Wolters Kluwer Health, Inc. All rights reserved.
ISSN: 0148-7043/22/8804–S325
DOI: 10.1097/SAP.0000000000003135

In a 2017 demographic survey, more than 150,000 adolescents (0.7% of youth) aged 13 to 17 years identified as transgender.[1] Many professional organizations currently provide guidelines and support for gender-affirming health care based on existing scientific evidence.[2] These organizations include the World Professional Association for Transgender Health,[3] American Medical Association,[4] Endocrine Society,[5] American Academy of Pediatrics,[6] American Psychiatric Association,[7] American Psychological Association,[8] Society for Adolescent Health and Medicine,[9] and American Academy of Family Physicians.[10] Despite the growing scientific evidence and support by trans-competent medical experts, there has been a recent wave of state legislation seeking to criminalize health care for transgender adolescents.[11]

Gender-affirming mastectomy, also known as "top surgery," is the most prevalent surgery requested when considering all transgender adolescents,[12] whereas "bottom surgery," which affects genitalia and fertility, is relatively more complex and mostly performed after age 18 years. For many transgender adolescents, hormonal therapy and mental health evaluations may be the first steps in their treatment. In a study of adolescents at our center by Handler et al,[12] referrals consisted of requests for cross-sex hormones and/or blockers (34%), gender-affirming surgery (32%), and mental health (27%). Indeed, transmasculine adolescents who start treatment with puberty suppression and/or mental health support may subsequently request surgery at a later time if gender dysphoria persists, as is the case when the blockers are initiated after there has already been some breast development. However, many transgender individuals (including transgender-nonconforming persons, whom we will collectively refer as "transgender") lack affordable care and access to trans-competent gender-affirmative health care.[13–15] The barriers to their health care, such as state legislation, access to transgender health care, limited access to insurance, and difficulty with insurance approval leading to increased costs, are numerous and complicated.[15–17] Transgender adolescents suffer from mental health issues of depression, anxiety, and suicidal ideation.[18–20] They often have poorer health outcomes that stem from factors such as lack of family and community support, homelessness, poverty, discrimination, and negative health care experiences.[21–23] One study reported that 51% of transmasculine adults bind their chest daily despite 97% who experience back pain, chest pain, skin infection, and even rib fractures.[24] Even when hormonal therapy and chest binding are available, gender dysphoria can still lead to self-harm in adolescents.[25]

Compared with adults, research on gender-affirming surgery in adolescents is more limited. The incidence of referrals or requests for gender-affirming mastectomy in adolescents has risen exponentially over the past decade.[12,26,27] Although studies have evaluated the increase in gender-affirming surgery in adults,[28,29] we know of none that report the incidence of gender-affirming mastectomy in adolescents. Similarly, complications of gender-affirming mastectomy have been described in adults,[30–32] whereas studies in adolescents are limited to self-reported outcomes.[33,34] A few small case series indicated that adolescents who underwent gender-affirming surgeries, including mastectomy, have improvement in their gender dysphoria, which resulted in improved psychological well-being comparable with that of the general population.[33–38] We sought to confirm our favorable clinical experience and hypothesized that the incidence of gender-affirming mastectomies

Copyright © 2022 Wolters Kluwer Health, Inc. All rights reserved.

PLAINTIFFS007114

in our adolescent population increased over time and that the prevalence of postoperative complications, including regret, was low.

## METHODS

We conducted a retrospective cohort study of adolescents who underwent gender-affirming mastectomy within Kaiser Permanente Northern California (KPNC), a large integrated health care system. This study was approved, and informed consent was waived by the Institutional Review Board at KPNC. Clinicians at KPNC provide care in accordance with the World Professional Association for Transgender Health guidelines,[3] which state that gender-affirming mastectomy may be advised for patients younger than 18 years preferably after living in the desired gender role for at least 1 year without hormone therapy as an absolute requirement. Adolescents with gender dysphoria can be referred to the KPNC Multi-specialty Transitions (MST) Department by their pediatrician, endocrinologist, therapist, parents, or self, if 13 years or older. The MST Department comprises a multidisciplinary team of gender specialists in the fields of primary care, mental health, nursing, social work, gynecology, and surgical specialties. Transgender patients are tracked and followed through the MST Department.

Puberty suppression with hormones is complex and is managed through a multidisciplinary pediatric clinic for transgender care within the MST Department: The Proud Clinic. Patients seeking pubertal blockers or hormones are evaluated and treated by this multidisciplinary clinic. If gender dysphoria persists after puberty blockers and/or hormone therapy, adolescent patients seeking gender-affirming chest surgery are triaged and scheduled for an evaluation with a gender therapist who is a licensed mental health provider (psychologist, marriage and family therapist, or clinical social worker) with a specialization in gender health. One of the roles of the gender therapist is to assess the patient for clinically significant gender dysphoria. The therapist works with the family to develop an understanding and acceptance of the youth's gender identity and helps facilitate family communication to enable appropriate informed consent for treatment. They discuss treatment goals and assess patient and family readiness for a referral to a plastic surgeon. During the plastic surgery consultation, both the adolescent and legal guardian meet with the surgeon and readiness for surgery is determined. Surgical techniques are explained, and informed consent is thoroughly reviewed.

We identified all patients younger than 18 years at the time of referral who underwent gender-affirming mastectomy from January 1, 2013, to July 31, 2020, using our institutional database in the MST department. Demographic and clinical characteristics were extracted from the electronic health record (EHR; Epic, Verona, Wisconsin). Demographic variables included age at the time of referral, gender identity (ie, male, nonbinary, other), and race/ethnicity. Clinical variables at the time of surgery included body mass index (BMI), American Society of Anesthesiologists (ASA) physical status classification, mental health history (depression, anxiety, and eating disorder), and social history (tobacco, alcohol, and drug use). Because smoking cessation was a requirement before surgery, tobacco use was classified as "no" or "quit." Testosterone use within 30 days before and after surgery was determined from the medication list in the EHR. All surgeries were performed on an outpatient basis by KPNC plastic surgeons. Operative notes were reviewed, and surgical techniques were categorized into 4 types: double incision, keyhole/infra-areolar, circumareolar/periareolar, and buttonhole.[39] The double-incision technique is ideal for candidates who present with large breast volume, skin excess, and/or poor skin elasticity, and involves elliptical excision of skin excess above the inframammary crease, wide exposure for removal of breast tissue, and nipple-areolar skin graft. In contrast, the keyhole/infra-areolar technique with minimal incisions is suitable for candidates with small breast volumes, good skin elasticity, and no skin excess. It uses a semicircular infra-areolar incision with no skin removal, preserving a small amount of breast tissue deep to the nipple-areolar complex; tissue is removed using liposuction and direct excision with assistance of a lighted retractor. Also suitable for smaller breast volume candidates, the circumareolar/periareolar technique uses 2 concentric, circular incisions through which breast tissue may be removed, and some skin excess may be reduced. The buttonhole technique involves incision design that is similar to the double-incision technique, but the nipple-areolar complex is preserved on an inferior dermal pedicle. The pedicle size must be small in relation to the chest size to avoid chest fullness.

Outcomes included the incidence of gender-affirming mastectomy and the prevalence of complications after it. Surgical complications and revisions were evaluated through chart review. Because most plastic surgeons at our institution offer major revisions 1 year after surgery, we only included patients who had follow-up of at least 1 year for the evaluation of complications and revisions. Complications were defined as hematoma, wound infection, seroma, hypertrophic scar requiring steroid injection, or suture granuloma. The types of revisions were documented and included minor procedures performed under local anesthesia and surgery under general anesthesia. For the entire cohort of 209 patients, manual chart review was performed to search for satisfaction versus regret/dissatisfaction within both postoperative surgical and mental health provider records. After review of notes, an additional search function of key words within the chart was completed to identify notes that may express patient regret not captured with initial review of notes. The key words used were "regret" and multiple synonyms captured by the EHR including "dissatisfaction," "dissatisfied," "unsatisfied," and "unhappy" versus "satisfaction," "satisfied," and "happy." Outcomes were then categorized as satisfaction, regret, or not documented.

The incidence of gender-affirming mastectomy was estimated by dividing the number of patients receiving gender-affirming mastectomies in a year by the product of the number of patients assigned female at birth aged 12 to 17 years who had Kaiser membership at the beginning of each year times the amount of time within that year. Between 2013 and 2019, there was a full 1-year period, whereas for 2020, the time period was 7 months. Because of the COVID-19 pandemic in 2020, elective surgeries were limited from mid-March to mid-May to conserve resources and limit exposure. Postoperative follow-up was censored at the last clinical encounter or KPNC health plan discontinuation. For the overall cohort and among patients with and without complications, frequencies and proportions were calculated for each categorical clinical and demographic variable and mean and SD for normally distributed continuous variables and median and interquartile range (IQR) for nonnormally distributed continuous variables. Associations between clinical and demographic characteristics and complications were assessed using $\chi^2$ tests. Hypothesis tests were 2-sided and considered significant at $P < 0.05$. All statistical analyses were performed with SAS software version 9.4 for Windows (Cary, North Carolina).

## RESULTS

A total of 209 patients underwent gender-affirming mastectomy between January 1, 2013, and July 31, 2020. The incidence increased 13-fold (3.7–47.7 per 100,000 person-years; Fig. 1).

The median age at the time of referral was 16 years (IQR, 2 years) and ranged from 12 to 17 years (Fig. 2). Patients had a median postoperative follow-up length of 2.1 years (IQR, 1.69 years). Most patients were White (68%) followed by Hispanic/Latinx (15%), Asian/Pacific Islander (5%), Black (3%), and other (8%). Twelve percent (n = 23) had MediCal insurance. The majority of patients identified as male (87%), and the remaining were nonbinary (10%) or other/questioning (3%). Fifty-two percent of patients had a normal or underweight BMI, whereas the remaining were overweight or obese (BMI >25 kg/m$^2$). The mean weight of breast tissue removed was 445 ± 338 g for the left breast and 448 ± 358 g for the right breast. The weight of breast tissue removed increased with increasing BMI class ($P < 0.001$). Many patients

Downloaded from http://journals.lww.com/annalsplasticsurgery by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i3D0OdRyi7TvSFl4Cf3VC4/OAVpDDa8KKGKV0Ymy+78= on 04/20/2023

Copyright © 2022 Wolters Kluwer Health, Inc. All rights reserved.

PLAINTIFFS007115



FIGURE 1. Incidence of gender-affirming mastectomy between 2013 and 2020 estimated by dividing the number of gender-affirming mastectomies performed in a year by the product of the number of patients assigned female at birth aged 13 to 17 years who had Kaiser membership at the beginning of each year times the amount of follow-up time in that year. In 2020, elective surgeries were limited to conserve resources and limit exposure during the COVID-19 pandemic, and data were only available through July. full color online

experienced mental health issues preoperatively including depression (60%), anxiety (61%), or an eating disorder (5%). A small number of patients reported substance use: drugs (8%), former tobacco use (4%), or alcohol (2%). The majority of patients received testosterone preoperatively (88%) and postoperatively (84%). Most surgeries (85%) were completed using the double-incision technique, whereas 1% used buttonhole and 14% used limited-incision techniques, keyhole/infra-areolar (8%), and circumareolar/periareolar (6%; Table 1).

For patients with at least 1-year postoperative follow-up (n = 137), the overall prevalence was 7.3% (n = 10) for complications and 10.9% (n = 15) for revisions. Some patients had more than one complication and/or revision. Complications included hematoma (3.6%), wound infection (2.9%), hypertrophic scars requiring steroid injection (2.9%), seroma (0.7%), and suture granuloma (0.7%; Fig. 3). The types of revisions consisted of scar (52%), contour (18%), nipple-areolar complex (18%), combination of areas (12%), and axillary (6%; Fig. 4). Patients with complications did not differ significantly from patients without complications in terms of demographics and clinical characteristics ($P > 0.05$; Table 2).

After a median follow-up of 2.1 years, no adolescents underwent a reversal operation within our system, but 2 adolescents (0.95%) expressed regret. One adolescent identified as nonbinary and underwent



FIGURE 2. Histogram distribution of the age of adolescents at the time of referral who underwent gender-affirming mastectomy between January 2013 and July 2020. full color online

TABLE 1. Demographic and Clinical Characteristics of Adolescents Who Underwent Gender-Affirming Mastectomy From January 2013 to July 2020

| | All (n = 209) |
|---|---|
| Age at referral, median (IQR), y | 16 (2) |
| Gender identity, no. (%) | |
|   Male | 182 (87) |
|   Nonbinary | 21 (10) |
|   Other | 6 (3) |
| Race/ethnicity, no. (%) | |
|   White | 143 (68) |
|   Hispanic/Latino | 32 (15) |
|   Asian/Pacific Islander | 11 (5) |
|   Black | 7 (3) |
|   Other | 16 (8) |
| BMI, no. (%) | |
|   <20 kg/m$^2$ | 23 (11) |
|   20–24.9 kg/m$^2$ | 86 (41) |
|   25–29.9 kg/m$^2$ | 71 (34) |
|   ≥30 kg/m$^2$ | 29 (14) |
| ASA classification, no. (%) | |
|   1 | 107 (51) |
|   2 | 102 (49) |
| History of depression, no. (%) | 126 (60) |
| History of anxiety, no. (%) | 128 (61) |
| History of eating disorder, no. (%) | 11 (5) |
| Tobacco use, no. (%) | |
|   No | 200 (96) |
|   Quit | 9 (4) |
| Alcohol use, no. (%) | |
|   No | 111 (53) |
|   Yes | 4 (2) |
|   Missing | 94 (45) |
| Illicit drug use, no. (%) | |
|   No | 105 (50) |
|   Yes | 16 (8) |
|   Missing | 88 (42) |
| Testosterone use in 30 d before surgery, no. (%) | 183 (88) |
| Testosterone use in 30 d after surgery, no. (%) | 175 (84) |
| Surgery technique, no. (%) | |
|   Double Incision | 177 (85) |
|   Keyhole | 17 (8) |
|   Circumareolar/periareolar | 13 (6) |
|   Buttonhole | 2 (1) |
| Weight of breast tissue removed, mean (SD), g | |
|   Left | 445 (338) |
|   Right | 448 (358) |
| Satisfaction/regret, no. (%) | |
|   Satisfaction | 190 (91) |
|   Regret | 2 (1) |
|   Not documented | 17 (8) |

surgery at age 16 years. Seven months postoperatively, the patient questioned the timing of their surgery and expressed regret at 1.5 years throughout a follow-up period of 3.7 years. Postoperatively, the patient was in an un-affirming and unsupportive home and social environment.

© 2022 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2022 Wolters Kluwer Health, Inc. All rights reserved.

PLAINTIFFS007116



FIGURE 3. Distribution of complications types among patients who underwent gender-affirming mastectomy and had at least one complication between 2013 and 2020. A total of 10 patients experienced 15 complications. full color online

The second adolescent identified as nonbinary and underwent surgery at age 16 years. The patient mentioned regret 11 months after surgery and expressed interest for reversal with the mental health provider but ultimately did not pursue reversal surgery (ie, breast reconstruction) throughout a follow-up period of 6.5 years within our system. Both patients had normal BMI, had well-managed psychiatric anxiety and depression, and underwent the double-incision technique, and neither had a complication or desire for revision.

## DISCUSSION

In this retrospective cohort study evaluating gender-affirming surgery in adolescents within a large integrated health care system, we found that the incidence of gender-affirming mastectomy increased 13-fold from January 1, 2013, to July 31, 2020. The overall prevalence of any postoperative complication was 7.3%, and the revision rate was 10.9% for those with at least 1-year postoperative follow-up. No patients underwent a reversal surgery with a median follow-up of 2.1 years. Among the 209 adolescents who underwent gender-affirming mastectomy, only 2 expressed regret. To our knowledge, our study is the largest cohort evaluation of gender-affirming mastectomies in the adolescent population.

Several studies have discussed methods for preoperative evaluation and multidisciplinary care programs for gender-affirming surgical treatment, which are similar to ours in terms of a multidisciplinary team



FIGURE 4. Distribution of revisions among patients who underwent gender-affirming mastectomy and had at least one revision between 2013 and 2020 with at least 1-year follow-up. A total of 15 patients experienced 17 revisions. full color online

TABLE 2. Clinical and Demographic Characteristics and Complications of Adolescents Who Underwent Gender-Affirming Mastectomy Between January 2013 to July 2020 With at Least 1-Year Follow-Up

| | All ($n = 137$), No. (%) | No Complications ($n = 127$), No. (%) | Complications ($n = 10$), No. (%) | $P^*$ |
|---|---|---|---|---|
| Age at referral, y | | | | 0.918 |
| 12 | 2 (1) | 2 (2) | 0 (0) | |
| 13 | 6 (4) | 6 (5) | 0 (0) | |
| 14 | 12 (9) | 11 (9) | 1 (10) | |
| 15 | 35 (26) | 33 (25) | 3 (30) | |
| 16 | 41 (30) | 37 (29) | 4 (40) | |
| 17 | 41 (30) | 39 (31) | 2 (20) | |
| Gender identity | | | | 0.068 |
| Male | 121 (88) | 114 (90) | 7 (70) | |
| Nonbinary | 14 (10) | 12 (9) | 2 (20) | |
| Other/questioning | 2 (1) | 1 (1) | 1 (10) | |
| Race/ethnicity | | | | 0.798 |
| White | 88 (64) | 82 (65) | 6 (60) | |
| Hispanic/Latino | 24 (18) | 22 (17) | 2 (20) | |
| Asian/Pacific Islander | 9 (7) | 9 (7) | 0 (0) | |
| African American | 6 (4) | 5 (4) | 1 (10) | |
| Other | 10 (7) | 9 (7) | 1 (10) | |
| BMI, kg/m$^2$ | | | | 0.739 |
| <20 | 17 (12) | 16 (13) | 1 (10) | |
| 20–24.9 | 52 (38) | 47 (37) | 5 (50) | |
| 25–29.9 | 47 (34) | 45 (35) | 2 (20) | |
| ≥30 | 21 (15) | 19 (15) | 2 (20) | |
| Surgery ASA rating | | | | 0.468 |
| 1 | 81 (59) | 74 (58) | 7 (70) | |
| 2 | 56 (41) | 53 (42) | 3 (30) | |
| History of depression | 83 (61) | 76 (60) | 7 (70) | 0.527 |
| History of anxiety | 80 (58) | 74 (58) | 6 (60) | 0.915 |
| History of eating disorder | 6 (4) | 6 (5) | 0 (0) | 0.482 |
| Tobacco use | | | | 0.482 |
| No | 131 (96) | 121 (95) | 10 (100) | |
| Quit | 6 (4) | 6 (5) | 0 (0) | |
| Alcohol use | | | | 0.748 |
| No | 96 (70) | 88 (69) | 8 (80) | |
| Yes | 2 (1) | 2 (2) | 0 (0) | |
| Missing | 39 (28) | 37 (29) | 2 (20) | |
| Illicit drug use | | | | 0.237 |
| No | 90 (66) | 81 (64) | 9 (90) | |
| Yes | 7 (5) | 7 (6) | 0 (0) | |
| Missing | 40 (29) | 39 (31) | 1 (10) | |
| Testosterone use before surgery | 120 (88) | 113 (89) | 7 (70) | 0.080 |
| Testosterone use after surgery | 126 (92) | 118 (93) | 8 (80) | 0.148 |
| Surgery technique | | | | 0.850 |

*Continued next page*

Copyright © 2022 Wolters Kluwer Health, Inc. All rights reserved.

PLAINTIFFS007117

TABLE 2. (Continued)

|  | All ($n = 137$), No. (%) | No Complications ($n = 127$), No. (%) | Complications ($n = 10$), No. (%) | P* |
|---|---|---|---|---|
| Double incision | 116 (85) | 107 (84) | 9 (90) |  |
| Circumareolar/Periareolar | 12 (9) | 11 (8) | 1 (10) |  |
| Keyhole | 9 (7) | 9 (7) | 0 (0) |  |
| Satisfaction/regret |  |  |  | 0.132 |
| Satisfaction | 127 (93) | 119 (94) | 8 (80) |  |
| Regret | 2 (1) | 2 (2) | 0 (0) |  |
| Not documented | 8 (6) | 6 (5) | 2 (20) |  |

*P values from $\chi^2$ test for the association between each variable and complications. Some patients had more than one complication.

approach.[25,27,40,41] At our center, before meeting with a member of the plastic surgery team, adolescents and their families were well-informed and received extensive education about the risks, benefits, and outcomes. In a case series by Sood et al,[25] they recommended "multiple preoperative consults, as needed, and support from trusted, transcompetent mental health professionals to ensure readiness and facilitate informed consent within a comprehensive care-team model." Importantly, the authors described the case of a 16 year-old patient who presented to the emergency department after attempting to remove his own breasts, thus highlighting the risks when care is not achieved in a timely manner.[25] Similarly, we believe that a multidisciplinary approach helps support adolescents and their families as they consider risks, benefits, and timing of gender-affirming mastectomy.

Although there have been studies reporting the increasing incidence of gender-affirming surgeries in adults[28,29] and referrals in adolescents,[12,26,27] the incidence of gender-affirming mastectomy surgeries performed within the adolescent population has not been reported, to our knowledge. We found a 13-fold increase in the incidence among our adolescent population, which is a greater increase than what was previously reported in the adult population.[28,29] In 2013, the California Department of Managed Health Care banned insurance discrimination against transgender adolescents.[42] After the end of a ban on Medicare coverage for transgender surgery in 2014, there was a marked increase in 2016 to 2017 corresponding to the establishment of a more robust top surgery program within our system.[43] The decline in mastectomies in January to July 2020 was secondary to the COVID-19 pandemic, whereby nonemergent surgeries were not performed to conserve resources and limit the spread of COVID-19. In a large study with nearly 38,000 adult transgender patients in the National Inpatient Sample, Canner et al[28] found a 3-fold increase in patients who were seeking any gender-affirming surgery from 2000 to 2014. However, because the study was limited to inpatient gender-affirming surgeries, it may not be inclusive of all chest and breast surgeries, which are frequently performed on an outpatient basis. Lane et al[29] found a 5-fold increase in mastectomies from 2009 to 2015 among adult transgender patients identified from an administrative claims database. Within the pediatric population, Handler et al[12] evaluated referral trends to our MST Department from 2015 to 2018 and found a 5-fold increase in average monthly referrals for gender-affirming mastectomy. Spack et al[44] also documented an increase in referrals after the expansion of a Gender Management Service clinic in Boston to include pediatric and adolescent patients, with a 4-fold annual increase in referrals. We believe that greater understanding and acceptance of transgender adolescents in our society, along with growing awareness of timely care for this population, has contributed to the increase in requests for gender-affirming mastectomy. We anticipate that the number of adolescents seeking gender-affirming mastectomy may continue to increase until it reaches a steady state, at which time patients seeking surgical care, including those who have not undergone treatment with puberty blockers before the development of breast tissue, would ideally have reasonable and timely access to treatment. On the other hand, if puberty suppression is initiated earlier during adolescence than what our cohort has experienced, breast growth may be successfully suppressed such that fewer patients may experience gender dysphoria, and thus, the requests for mastectomies could decline.

The prevalences of complications (7.3%) and revisions (10.9%) within our adolescent cohort were comparable with those reported in the literature for adults.[30–32,45–49] Complication rates for gender-affirming mastectomy in adults range widely from 5% to 29% and are difficult to compare because of variable definitions of complications, varying lengths of follow-ups, and a variety of techniques.[30–32,45–49] In our adolescent cohort, for those with a follow-up of at least 1 year, the overall prevalence of complications including all major and minor complications was 7.3%, with hematoma (3.6%) as the most common. In a review of 948 adults from our center, with a mean age of 29 years and follow-up of >30 days, Rothenberg et al[31] found a complication rate of 9%, with 2% requiring surgical evacuation for a hematoma and 1% requiring antibiotics for wound infection. Bluebond-Langner et al[32] evaluated complications in 295 transgender adults who underwent mastectomy, using either double-incision (63%) or circumareolar (37%) techniques. They found a complication rate of 18%, consisting of hematoma (6.8%), seroma (5.1%), infection (1.7%), and partial nipple necrosis (3.1%).[32] We attribute our low rate of complications to our use of the double-incision technique, which is most suitable for larger breast sizes with excess skin and has been shown to have the fewest complications and revisions.[31,32,50,51] The prevalence of revision in our study (10.9%) was lower than that of transmasculine adults reported by both Rothenberg et al (19.7%; mean follow-up, 1.9 years) and Bluebond-Langner et al (39.1%; mean follow-up, 0.81 years). In one study evaluating chest dysphoria in 68 transmasculine youth aged 13 to 25 years, Olson-Kennedy et al[34] described the self-reported complications of loss of nipple sensation (59%), postoperative hematoma (10%), and anesthetic complications (7%) in their postsurgical cohort.

Experienced gender surgeons report that "regret after gender-affirming surgery is considered a rare outcome."[52] Danker et al used an anonymous survey to plastic surgeons to study how frequently they were confronted with patients seeking reversal surgery. Of an estimated number of 22,725 patients, they reported 62 patients who expressed regret or sought detransition care, with the most common reason being a change in gender identity. In a survey of 68 patients aged 13 to 25 years who underwent gender-affirming mastectomy with a median follow-up of 2 years, Olson-Kennedy et al[34] reported a regret rate of 1.5% (n = 1) in which one patient answered "sometimes" to the survey statement, "It was a good decision to undergo chest reconstruction." Dhejne et al[53] examined the incidence and prevalence of all requests for adult surgical sex reassignment in Sweden from 1960 to 2010. They defined a regret rate as the number of sex reassigned for reversal to the original sex. In 681 patients, they found 5 female-to-male individuals corresponding to an overall regret rate of 2%.[53] Van de Grift et al[54] assessed satisfaction after any gender-affirming surgery with standardized questionnaires in 201 adult patients. They found that postoperative satisfaction was high, ranging from 94% to 100%, and that only 6% reported dissatisfaction or regret after 5 years from the first gender clinic contact. In our cohort, 2 patients (0.95%) expressed regret; one inquired about reversal surgery, but neither had undergone reversal surgery within follow-up periods of 3.7 and 6.5 years. Among adult transgender patients, common reasons identified for regret were reported as a change in gender identity, rejection or alienation from support system, or difficulty in romantic relationships.[52] Further studies are needed to improve insight into adolescent

© 2022 Wolters Kluwer Health, Inc. All rights reserved.      www.annalsplasticsurgery.com | S329

Copyright © 2022 Wolters Kluwer Health, Inc. All rights reserved.

PLAINTIFFS007118

experiences and other potential contributors to regret, including but not limited to the un-affirming environment, minority stress, and discrimination.

Our study has several limitations. First, its retrospective design meant we were unable to measure patient satisfaction and quality-of-life outcomes. Complications and any mention of regret were obtained from provider notes, which may be variable, and thus, both may be underreported. In addition, although an integrated health care system allows for continuity of care, some members may have transferred care or changed their insurance status, and thus, subsequent complications, or reversal operations, would not have been captured. Next, our study was conducted at KPNC in an insured cohort of individuals with access to gender-affirming medical and surgical care. Therefore, our outcomes may not be representative of the general population, many of whom lack similar access to care. Finally, the time to develop postoperative regret and/or dissatisfaction remains unknown and may be difficult to discern given that regret is quite rare. Currently, validated patient-reported-outcomes for transgender patients are lacking.[55] Therefore, future studies on patient-reported-outcome and prospective studies evaluating long-term surgical and mental health outcomes are necessary. Continuing to monitor for overall well-being, including patient satisfaction and/or regret, is especially imperative in this adolescent population as they continue to age.

In conclusion, our study demonstrates the rising rate of gender-affirming mastectomy in the adolescent population within our integrated health care system. We found a low prevalence of complications and minimal short-term regret in adolescents after gender-affirming mastectomy. State legislative attempts, which do not take into account the existing guidelines for transgender care, could potentially create additional barriers to gender-affirming surgery in adolescents. However, our study provides additional guidance that gender-affirming mastectomy in adolescents is safe, successful, and increasing in need.

## ACKNOWLEDGMENTS

*The authors would like to thank Pamela Derish in the UCSF Department of Surgery; Dr Winne Tong in the KPNC Department of Plastic Surgery; Terri Hupfer, RN, and Susanne Watson, PhD, in the MST Department for editorial assistance; and Michelle Chen for data interpretation.*

## REFERENCES

1. Herman JL, Flores AR, Brown TNT, et al. Age of individuals who identify as transgender in the United States [Internet]. 2017. Available at: https://williamsinstitute.law.ucla.edu/wp-content/uploads/Age-Trans-Individuals-Jan-2017.pdf. Accessed March 2, 2021.
2. Baker KE: The Future of Transgender Coverage [Internet]. 2017. Available at: https://doi-org.ucsf.idm.oclc.org/101056/NEJMp1702427, https://www-nejm-org.ucsf.idm.oclc.org/doi/10.1056/NEJMp1702427. Accessed March 26, 2021.
3. World Professional Association for Transgender Health: Standards of Care for the Health of Transsexual, Transgender, and Gender-Conforming People [7th Version] [Internet]. 2012. Available at: https://www.wpath.org/publications/soc. Accessed December 22, 2020.
4. American Medical Association: H-185.950 Removing Financial Barriers to Care for Transgender P | AMA [Internet]. 2016. Available at: https://policysearch.ama-assn.org/policyfinder/detail/financial%20barriers%20transgender?uri=%2FAMADoc%2FHOD.xml-0-1128.xml. Accessed March 26, 2021.
5. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab*. 2017;102:3869–3903.
6. Rafferty J, Committee on Psychosocial Aspects of Child and Family Health; Committee on Adolescence; Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*. 2018;142:e20182162. Available at: https://pediatrics.aappublications.org/content/142/4/e20182162. Accessed March 26, 2021.
7. American Psychiatric Association: Position Statement on Discrimination Against Transgender and Gender Diverse Individuals [Internet]. 2018. Available at: https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2018-Discrimination-Against-Transgender-and-Gender-Diverse-Individuals.pdf. Accessed March 26, 2021.
8. American Psychological Association. Guidelines for psychological practice with transgender and gender nonconforming people. *Am Psychol*. 2015;70:832–864.
9. Society for Adolescent Health and Medicine. Recommendations for promoting the health and well-being of lesbian, gay, bisexual, and transgender adolescents: a position paper of the Society for Adolescent Health and Medicine. *J Adolesc Health*. 2013;52:506–510.
10. American Academy of Family Physicians: 2012 Agenda for the Reference Committee on Advocacy [Internet]. 2012. Available at: https://www.aafp.org/dam/AAFP/documents/about_us/special_constituencies/2012RCAR_Advocacy.pdf. Accessed March 2, 2021.
11. United States Professional Association for Transgender Health: USPATH Statement on the Surge of Anti-Trans Legislation Occurring Within the US [Internet]. 2021. Available at: https://www.wpath.org/media/cms/Documents/USPATH/2021/FINAL%20USPATH%20Statement%20re%20Anti%20Trans%20Leg%20Mar%2017%202021.pdf?_t=1616007800. Accessed March 26, 2021.
12. Handler T, Hojilla JC, Varghese R, et al. Trends in referrals to a pediatric transgender clinic. *Pediatrics*. 2019;144.
13. Ranji U, Beamesderfer A. 2018: Health and Access to Care and Coverage for Lesbian, Gay, Bisexual, and Transgender (LGBT) Individuals in the U.S. [Internet]. KFF. 2018. Available at: https://www.kff.org/racial-equity-and-health-policy/issue-brief/health-and-access-to-care-and-coverage-for-lesbian-gay-and-transgender-individuals-in-the-u-s/. Accessed March 26, 2021.
14. Ngaage LM, Knighton BJ, McGlone KL, et al. Health insurance coverage of gender-affirming top surgery in the United States. *Plast Reconstr Surg*. 2019;144:824–833.
15. Dagi AF, Boskey ER, Nuzzi LC, et al. Legislation, market size, and access to gender-affirming genital surgery in the United States [Internet]. *Plast Reconstr Surg Glob Open*. 2021;9:e3828. Available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7929723/. Accessed March 21, 2021.
16. Gridley SJ, Crouch JM, Evans Y, et al. Youth and caregiver perspectives on barriers to gender-affirming health care for transgender youth. *J Adolesc Health*. 2016;59:254–261.
17. Tabaac AR, Jolly D, Boskey ER, et al. Barriers to gender-affirming surgery consultations in a sample of transmasculine patients in Boston, Mass. *Plast Reconstr Surg Glob Open*. 2020;8:e3008.
18. de Vries AL, Doreleijers TA, Steensma TD, et al. Psychiatric comorbidity in gender dysphoric adolescents. *J Child Psychol Psychiatry*. 2011;52:1195–1202.
19. Thoma BC, Salk RH, Choukas-Bradley S, et al. Suicidality disparities between transgender and cisgender adolescents. *Pediatrics*. 2019;144:e20191183.
20. Becerra-Culqui TA, Liu Y, Nash R, et al. Mental health of transgender and gender nonconforming youth compared with their peers. *Pediatrics*. 2018;141:e20173845.
21. Jaffee KD, Shires DA, Stroumsa D. Discrimination and delayed health care among transgender women and men: implications for improving medical education and health care delivery. *Med Care*. 2016;54:1010–1016.
22. Bradford J, Reisner SL, Honnold JA, et al. Experiences of transgender-related discrimination and implications for health: results from the Virginia Transgender Health Initiative Study. *Am J Public Health*. 2013;103:1820–1829.
23. Reisner SL, Vetters R, Leclerc M, et al. Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *J Adolesc Health*. 2015;56:274–279.
24. Peitzmeier S, Gardner I, Weinand J, et al. Health impact of chest binding among transgender adults: a community-engaged, cross-sectional study. *Cult Health Sex*. 2017;19:64–75.
25. Sood R, Jordan SW, Chen D, et al. Mastectomy and chest masculinization in transmasculine minors: a case series and analysis by ethical principles. *Ann Plast Surg*. 2021;86:142–145.
26. Arnoldussen M, Steensma TD, Popma A, et al. Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals? *Eur Child Adolesc Psychiatry*. 2020;29:803–811.
27. Skordis N, Butler G, de Vries MC, et al. ESPE and PES international survey of centers and clinicians delivering specialist care for children and adolescents with gender dysphoria. *Horm Res Paediatr*. 2018;90:326–331.
28. Canner JK, Harfouch O, Kodadek LM, et al. Temporal trends in gender-affirming surgery among transgender patients in the United States. *JAMA Surg*. 2018;153:609–616.
29. Lane M, Ives GC, Sluiter EC, et al. Trends in gender-affirming surgery in insured patients in the United States. *Plast Reconstr Surg Glob Open*. 2018;6:e1738.
30. Cuccolo NG, Kang CO, Boskey ER, et al. Mastectomy in transgender and cisgender patients: a comparative analysis of epidemiology and postoperative outcomes. *Plast Reconstr Surg Glob Open*. 2019;7:e2316. Available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6635198/. Accessed March 3, 2021.
31. Rothenberg KA, Gologorsky RC, Hojilla JC, et al. Gender-affirming mastectomy in transmasculine patients: does obesity increase complications or revisions? *Ann Plast Surg*. 2021;87:24–30.

© 2022 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2022 Wolters Kluwer Health, Inc. All rights reserved.

PLAINTIFFS007119

32. Bluebond-Langner R, Berli JU, Sabino J, et al. Top surgery in transgender men: how far can you push the envelope? *Plast Reconstr Surg*. 2017;139:873e–882e.
33. Marinkovic M, Newfield RS. Chest reconstructive surgeries in transmasculine youth: experience from one pediatric center. *Int J Transgend*. 2017;18:376–381.
34. Olson-Kennedy J, Warus J, Okonta V, et al. Chest reconstruction and chest dysphoria in transmasculine minors and young adults: comparisons of nonsurgical and postsurgical cohorts. *JAMA Pediatr*. 2018;172:431–436.
35. de Vries AL, McGuire JK, Steensma TD, et al. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*. 2014;134:696–704.
36. Mahfouda S, Moore JK, Siafarikas A, et al. Gender-affirming hormones and surgery in transgender children and adolescents. *Lancet Diabetes Endocrinol*. 2019; 7:484–498.
37. Smith YL, van Goozen SH, Cohen-Kettenis PT. Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. *J Am Acad Child Adolesc Psychiatry*. 2001;40:472–481.
38. Mehringer JE, Harrison JB, Quain KM, et al. Experience of chest dysphoria and masculinizing chest surgery in transmasculine youth [Internet]. *Pediatrics*. 2021; 147:e2020013300. Available at: https://pediatrics.aappublications.org/content/147/3/e2020013300. Accessed March 21, 2021.
39. Safa B, Lin WC, Salim AM, et al. Current concepts in masculinizing gender surgery. *Plast Reconstr Surg*. 2019;143:857e–871e.
40. Chen D, Hidalgo MA, Leibowitz S, et al. Multidisciplinary care for gender-diverse youth: a narrative review and unique model of gender-affirming care. *Transgend Health*. 2016;1:117–123.
41. Edwards-Leeper L, Spack NP. Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center. *J Homosex*. 2012;59:321–336.
42. Barnhart BA. *Gender Nondiscrimination Requirements [Internet]*. State of California California Health and Human Services Agency Department of Managed Health Care; 2013: Available at: https://www.dmhc.ca.gov/Portals/0/LawsAndRegulations/DirectorsLettersAndOpinions/dl12k.pdf. Accessed April 26, 2021.
43. Cha AE. Ban lifted on Medicare coverage for sex change surgery [Internet]. 2014. *Washington Post. May 30, 2014*. Available at: https://www.washingtonpost.com/national/health-science/ban-lifted-on-medicare-coverage-for-sex-change-surgery/2014/05/30/28bcd122-e818-11e3-a86b-362fd5443d19_story.html. Accessed April 26, 2021.
44. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*. 2012; 129:418–425.
45. Cregten-Escobar P, Bouman MB, Buncamper ME, et al. Subcutaneous mastectomy in female-to-male transsexuals: a retrospective cohort-analysis of 202 patients. *J Sex Med*. 2012;9:3148–3153.
46. Nelson L, Whallett EJ, McGregor JC. Transgender patient satisfaction following reduction mammaplasty. *J Plast Reconstr Aesthet Surg*. 2009;62:331–334.
47. Berry MG, Curtis R, Davies D. Female-to-male transgender chest reconstruction: a large consecutive, single-surgeon experience. *J Plast Reconstr Aesthet Surg*. 2012;65:711–719.
48. Takayanagi S, Nakagawa C. Chest wall contouring for female-to-male transsexuals. *Aesth Plast Surg*. 2006;30:206–212.
49. McEvenue G, Xu FZ, Cai R, et al. Female-to-male gender affirming top surgery: a single surgeon's 15-year retrospective review and treatment algorithm. *Aesthet Surg J*. 2017;38:49–57.
50. Ammari T, Sluiter EC, Gast K, et al. Female-to-male gender-affirming chest reconstruction surgery. *Aesthet Surg J*. 2019;39:150–163.
51. Kääriäinen M, Salonen K, Helminen M, et al. Chest-wall contouring surgery in female-to-male transgender patients: a one-center retrospective analysis of applied surgical techniques and results. *Scand J Surg*. 2017;106:74–79.
52. Danker S, Narayan SK, Bluebond-Langner R, et al. Abstract: a survey study of surgeons' experience with regret and/or reversal of gender-confirmation surgeries [Internet]. *Plast Reconstr Surg Glob Open*. 2018;6: Available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6212091/. Accessed March 1, 2021.
53. Dhejne C, Öberg K, Arver S, et al. An analysis of all applications for sex reassignment surgery in Sweden, 1960–2010: prevalence, incidence, and regrets. *Arch Sex Behav*. 2014;43:1535–1545.
54. van de Grift TC, Elaut E, Cerwenka SC, et al. Surgical satisfaction, quality of life, and their association after gender-affirming surgery: a follow-up study. *J Sex Marital Ther*. 2018;44:138–148.
55. Andréasson M, Georgas K, Elander A, et al. Patient-reported outcome measures used in gender confirmation surgery: a systematic review. *Plast Reconstr Surg*. 2018;141:1026–1039.

© 2022 Wolters Kluwer Health, Inc. All rights reserved.　　　　　　　　　　　　　　　　　　　　　　　　　　www.annalsplasticsurgery.com | S331

Copyright © 2022 Wolters Kluwer Health, Inc. All rights reserved.

PLAINTIFFS007120