ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/324068473

# Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria

Article *in* Archives of Sexual Behavior · November 2018
DOI: 10.1007/s10508-018-1189-4

CITATIONS
29

READS
505

7 authors, including:

Senol Turan
İstanbul University-Cerrahpaşa
82 PUBLICATIONS 415 CITATIONS
SEE PROFILE

Cana Aksoy Poyraz
İstanbul University-Cerrahpaşa
90 PUBLICATIONS 754 CITATIONS
SEE PROFILE

N. Gamze Usta Saglam
İstanbul University-Cerrahpaşa
30 PUBLICATIONS 124 CITATIONS
SEE PROFILE

Ömer Faruk Demirel
İstanbul University-Cerrahpaşa
59 PUBLICATIONS 195 CITATIONS
SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Project   Schizophrenia and Chlamydiaceae View project

Project   just it was research article View project

All content following this page was uploaded by N. Gamze Usta Saglam on 31 December 2018.

The user has requested enhancement of the downloaded file.

Archives of Sexual Behavior
https://doi.org/10.1007/s10508-018-1189-4

**ORIGINAL PAPER**



# Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria

Şenol Turan[1] · Cana Aksoy Poyraz[1] · Nazife Gamze Usta Sağlam[1] · Ömer Faruk Demirel[1] · Özlem Haliloğlu[2] · Pınar Kadıoğlu[2] · Alaattin Duran[1]

Received: 29 January 2016 / Revised: 28 February 2018 / Accepted: 2 March 2018
© Springer Science+Business Media, LLC, part of Springer Nature 2018

**Abstract**
Body dissatisfaction plays an important role in the development of psychiatric problems such as eating disorders as well as gender dysphoria (GD). Cross-sex hormonal treatment (CHT) alleviates the dissatisfaction by making various changes in the body. We examined the alteration of body uneasiness, eating attitudes and behaviors, and psychological symptoms longitudinally in Turkish participants with female-to-male gender dysphoria (FtM GD) after CHT. Thirty-seven participants with FtM GD and 40 female controls were asked to complete the Body Uneasiness Test to explore different areas of body-related psychopathology, the Eating Attitudes Test to assess eating disturbances, and the Symptom Checklist-90 Revised to measure psychological state, both before CHT and after 6 months of CHT administration. The baseline mean body weight, BMI scores, body uneasiness scores, and general psychopathological symptoms of participants with FtM GD were significantly higher than female controls, whereas baseline eating attitudes and behaviors were not significantly different. Over time, FtM GD participants' mean body weight and BMI scores increased, body uneasiness and general psychopathological symptoms decreased, and eating attitudes and behaviors had not changed at 24th weeks following CHT administration compared to baseline. CHT may have a positive impact on body uneasiness and general psychopathological symptoms in participants with FtM GD. However, CHT does not have an impact on eating attitudes and behaviors.

**Keywords** Body image · Body uneasiness · Cross-sex hormonal treatment · Eating attitudes · Gender dysphoria

## Introduction

Gender dysphoria (GD) is characterized by the distress resulting from incongruence between an individual's expressed/experienced gender and their sex as assigned at birth (American Psychiatric Association, 2013). Body image problems and body dissatisfaction are important components of GD (Jones, Haycraft, Murjan, & Arcelus, 2016; Zucker, Lawrence, & Kreukels, 2016), and it has been argued that concerns about the body are the primary source of distress (Bandini et al., 2013). The distress is related to the fact that the physical characteristics of the person are not of the biological sex he/she desires (van de Grift et al., 2016a), and becomes much more salient with the onset of puberty and the emergence of secondary sex characteristics (Zucker et al., 2016). To reduce this distress and to eliminate dysphoria, most people with GD desire to quell their existing primary and/or secondary bodily sex characteristics and instead obtain those of the opposite sex (Fisher et al., 2014; Vocks, Stahn, Loenser, & Legenbauer, 2009), often through the use of cross-sex hormonal treatment (CHT) and/or sex reassignment surgery (SRS; Bandini et al., 2013; Fisher et al., 2014; Gómez-Gil et al., 2012; Kraemer, Delsignore, Schnyder, & Hepp, 2008).

The complex concept of body image involves the perception, imagination, emotion, and behavior with regard to one's physical appearance (Becker et al., 2016; Cash, Ancis, & Strachan, 1997; Cuzzolaro, Vetrone, Marano, & Garfinkel, 2006). It can be examined by assessing body-related

✉ Şenol Turan
senolturan81@yahoo.com.tr

[1] Department of Psychiatry, Cerrahpaşa School of Medicine, Istanbul University, 34303 Kocamustafapaşa-Fatih/Istanbul, Turkey

[2] Department of Endocrinology and Metabolism, Cerrahpaşa School of Medicine, Istanbul University, 34303 Kocamustafapaşa-Fatih/Istanbul, Turkey

Published online: 28 March 2018

˄ Springer

PLAINTIFFS007156

satisfaction, feelings, ideals, and quality of life (van de Grift et al., 2017). Body dissatisfaction has also been depicted as the negative evaluation of one's appearance (Jones et al., 2016). People with GD, compared to those without, evaluate their own bodies more negatively because of the conflict between their current body and their gender identity (Becker et al., 2016; Couturier, Pindiprolu, Findlay, & Johnson, 2015; Jones et al., 2016; van de Grift et al., 2016a; Vocks et al., 2009; Witcomb et al., 2015). Further, in two recent studies, it has been shown that body image problems of people with GD extend beyond sex characteristics (Becker et al., 2016; van de Grift et al., 2016a).

The literature emphasizes that body dissatisfaction plays an important role in the development of disordered eating as well as in GD (Ålgars, Alanko, Santtila, & Sandnabba, 2012; Jones et al., 2016; Khoosal, Langham, Palmer, Terry, & Minajagi, 2009). Negative body image is closely linked with various forms of psychiatric disorders, including eating disorders (Klemchuck, Hutchinson, & Frank, 1990; Tylka, 2004), among both male-to-female (MtF; Couturier et al., 2015; Ewan, Middleman, & Feldmann, 2014; Hepp & Milos, 2002; Hepp, Milos, & Braun-Scharm, 2004; Winston, Acharya, Chaudhuri, & Fellowes, 2004) and female-to-male (FtM; Couturier et al., 2015; Fernández-Aranda et al., 2000; Turan, Aksoy Poyraz, & Duran, 2015a) individuals with GD. Further, research concerning the interaction between GD and eating disorders (Feder, Isserlin, Seale, Hammond, & Norris, 2017; Vocks et al., 2009) has revealed various reasons for the distorted body image and maladaptive eating-related attitudes observed in GD individuals, including MtF individuals wanting to be "super females" (Hepp & Milos, 2002) and equating slimness with attractiveness, and FtM individuals striving to reduce their body weight in order to suppress female sexual characteristics and menstruation (Hepp & Milos, 2002; Turan et al., 2015a).

However, few studies have explored the relationships among GD, body image, and eating disorders. In one such study, Vocks et al. (2009) found that individuals with MtF GD reported higher levels of disturbed eating behavior compared to both male and female controls, although no significant differences were detected between FtM individuals and female controls. In a study of the relationships among gender identity, body dissatisfaction, and eating behaviors, Ålgars, Santtila, and Sandnabba (2010) found that both women and men with a conflicted gender identity were less satisfied with their bodies than control participants. Further, while women with conflicted gender identity showed more disordered eating than female controls, there were no significant differences between men with a conflicted gender identity and male controls. More recently, Witcomb et al. (2015) assessed the risk of the development of disordered eating by comparing persons with GD, persons with eating disorders, and controls. Overall, those with eating disorders were at a higher risk of eating psychopathology than persons with GD or controls, persons with GD had greater body dissatisfaction than controls, and persons with FtM GD and men with eating disorders had similar levels of body dissatisfaction.

CHT is an essential component of the sex reassignment process (Coleman et al., 2012) and has been reported to have positive effects on the mental and sexual health of most GD individuals (Colizzi, Costa, & Todarello, 2014; Gómez-Gil et al., 2012; Heylens, Verroken, De Cock, T'Sjoen, & De Cuypere, 2014b; Klein & Gorzalka, 2009). Further, body uneasiness and concerns about body dissatisfaction have been found to significantly decrease after receipt of CHT (Fisher et al., 2014; Khoosal et al., 2009; Kraemer et al., 2008). Testosterone is a vital male sex hormone that is administered during FtM CHT, and it plays a key role in the development and maintenance of male attributes. It regulates many physiological processes, including protein, lipid, carbohydrate, and bone metabolism (Corona et al., 2013; Gooren, Giltay, & Bunck, 2008; Traish, 2014), and alters body composition by increasing muscle mass and decreasing fat mass (Bassil, Alkaade, & Morley, 2009; Harman & Blackman, 2003; Van Caenegem et al., 2015). However, the impact of testosterone and other forms of CHT on eating attitudes along with body uneasiness has not been investigated in longitudinal studies in the context of persons with GD.

To fill this gap, the present study investigated longitudinally the short-term impact of how body uneasiness, eating attitudes, and psychopathology change in persons with FtM GD after CHT administration. We hypothesized that body-related uneasiness would diminish, eating attitudes would improve, and psychological symptoms would improve among this group after CHT administration.

## Method

### Participants and Procedure

A total of 41 persons with FtM GD who had applied for sex reassignment at the Istanbul University Cerrahpaşa Medical Faculty were enrolled. Criteria for inclusion were as follows: (1) aged over 18 years; (2) diagnosis of GD according to the *Diagnostic and Statistical Manual of Mental Disorders* (*DSM-5*; American Psychiatric Association, 2013), and confirmed after several sessions with two different mental health professionals specializing in GD. The exclusion criteria were as follows: (1) the presence of any neurological, metabolic, endocrinological, or intersexual pathology; (2) had previously received CHT or any kind of sex reassignment surgery (SRS); (3) an intellectual disability; and (4) illiteracy.

During initial screening for compliance with the exclusion criteria, one person was excluded because of detection of 5-alpha-reductase deficiency syndrome. All 40 participants

were initially considered eligible for CHT after a multidisciplinary assessment, but two of them were excluded because they had mastectomies and one participant chose not to continue with the process. None of the patients had any intellectual disability according to the diagnostic criteria of *DSM-5*. Consequently, the study protocol was completed by 37 eligible participants, with data collected before CHT began (baseline) and at the 24th week of CHT administration. Clinical diagnostic assessments were conducted over 24 weeks by psychiatrists, psychologists, endocrinologists, and medical geneticists, in accordance with the legal requirements defined for CHT in Turkey. The process of sex reassignment in Turkey is determined by article 40 of the Turkish Civil Code. According to the article, permission can only be given if the person is older than 18 years of age, not married, and has official medical board reports to prove that the operation is psychologically needed and that the ability to reproduce is permanently lost.

The control group comprised 40 age and educational status-matched female volunteers. This was composed of nursing students, hospital staff, and their family members. Informed consent was obtained from all participants included in the study.

The CHT administration practices followed by the Cerrahpaşa Medical Faculty are largely based on the standards of care guidelines of the World Professional Association for Transgender Health (7th version; Coleman et al., 2012). Hormonal treatment for FtM GD persons involves the administration of intramuscular injections of either 250 mg of testosterone esters depot (30 mg testosterone propionate, 60 mg testosterone phenylpropionate, 60 mg testosterone isocaproate, and 100 mg testosterone decanoate) every 3–4 weeks, or 1000 mg of testosterone undecanoate every 12–14 weeks.

## Measures

Sociodemographical and clinical variables such as age, level of education, employment status, relationship status, and sexual orientation were collected via a semi-structured sociodemographical and clinical data form. Sexual orientation was assessed by asking participants the following question: "How would you describe your sexual orientation?," with the response choices of "only members of the same biological sex are sexually attractive to me," "only members of the opposite biological sex are sexually attractive to me," "both members of the same biological sex and members of the opposite biological sex are attractive to me," "neither members of the same biological sex nor members of the opposite biological sex are attractive to me," and "others." Body weight and height were measured while participants were wearing lightweight clothing and no shoes.

### Body Uneasiness Test

The Body Uneasiness Test (BUT; Cuzzolaro et al., 2006) is a 71-item self-report questionnaire that is used to assess body image disturbances, with responses rated on a 6-point Likert-type scale (1 = *never* to 6 = *always*). It consists of two parts: BUT*A (consisting of 34 items) measures present body uneasiness through calculating a Global Severity Index (GSI). BUT*B (consisting of 37 items) measures the focus of attention on a specific body part or function. BUT*A investigates five factors: weight phobia, body image concerns, avoidance, compulsive self-monitoring, and depersonalization, and a GSI score over 1.2 indicates a high risk of discomfort with one's body. BUT*B scores are combined to form two global measures: the positive symptom total (PST) and the positive symptom distress index (PSDI), with higher scores indicating greater body uneasiness. The BUT has been validated in large samples of both nonclinical and clinical (suffering from eating disorders) participants and shows good psychometric properties (Cuzzolaro et al., 2006). Cronbach's alpha for internal consistency was .72 in the present study.

### Eating Attitudes Test

Eating disturbances were assessed using the 40-item Eating Attitudes Test (EAT-40; Garner & Garfinkel, 1979), which is a multidimensional self-report questionnaire that is used to identify abnormal eating attitudes, behaviors, and traits. Responses are scored on a 6-point Likert-type scale (1 = *never* to 6 = *always*). Items 1, 18, 19, 23, and 39 are scored as follows: 6 = 3 points; 5 = 2 points; 4 = 1 point; 3, 2, or 1 = 0 points. The other items are scored as follows: 1 = 3 points; 2 = 2 points; 3 = 1 point; 4, 5, or 6 = 0 points. Total scores ranged from 0 to 120, and higher scores indicate more disordered eating attitudes and behaviors. A score of 30 or above indicates that the respondent is at risk of an eating disorder (Garner, Olmsted, Bohr, & Garfinkel, 1982). The Turkish adaptation of the EAT-40 was developed by Savaşır and Erol (1989).

### Symptom Checklist-90-Revised

The Symptom Checklist-90-Revised (SCL-90-R; Derogatis, Rickels, & Rock, 1976) is a 90-item self-report inventory that is designed to measure ten symptoms of psychopathology (Somatization, Obsessive–Compulsive, Interpersonal Sensitivity, Depression, Anxiety, Hostility, Phobic Anxiety, Paranoid Ideation, Psychoticism, and Additional) over a 1-week interval. Responses are made on a 5-point Likert-type scale (0 = *not at all* to 4 = *extremely*). The Global Severity Index (GSI) is the mean of all of the subscale scores and indicates overall psychological distress. The validity and reliability of the Turkish version of the SCL-90-R were assessed by

Dağ (1991), who stated that a GSI score higher than 1.00 is considered to indicate that symptoms exist at a psychopathology level.

## Statistical Analysis

Statistical analysis was conducted using SPSS 21 (SPSS Inc., Chicago, IL). We calculated percentages for categorical variables and means and SD for quantitative variables. Initially, the differences in the demographic variables between participants with FtM GD and female controls were evaluated using independent *t* tests. Participants' weight, BMI, EAT-40, adjusted mean scores of the SCL-90-R dimensions, and BUT scores were compared before and after CHT treatment with female controls using independent samples *t* tests. Comparison of the same variables in participants with FtM GD before and after CHT treatment exposition was performed using paired *t* tests. To avoid inflation of the risk of false-positive results by multiple comparisons, alpha levels were adjusted using the conservative Bonferroni method which applies an adjusted alpha level that is calculated based on the number of scales in each questionnaire. Effect sizes were calculated for each variable using Cohen's *d*. The significance level was set at $p < .05$.

The association between the scales (EAT-40, SCL-90-R, and BUT) and biodemographic characteristics (age, level of education, weight, and BMI), and between the scales (EAT-40, SCL-90-R, and BUT) were explored using Spearman rank-order correlations.

## Results

### Sample Characteristics

The data from 37 participants with FtM GD and 40 female controls were analyzed. Age, level of education, employment status, relationship status, and sexual orientation of the participants included in the study are summarized in Table 1. Participants with FtM GD and female controls did not show any significant differences in their sociodemographical characteristics.

### Body Uneasiness

FtM GD participants' baseline scores on all BUT*A subscales (Global Severity Index, Body Image Concern, Avoidance, Compulsive Self-Monitoring, and Depersonalization; all $p < .001$), except for Weight Phobia, were significantly higher than those of female controls. With regard to BUT*B subscales, the baseline scores of participants with FtM GD for BUT*B–II (shape of the head and face, forehead, ears, chin, neck), BUT*B–III (stomach, abdomen, hips, thighs, knees), BUT*B–IV (stature, legs, ankles, feet, hands), BUT*B–V (arms, shoulders, chest, breasts, genitals), BUT*B–VIII (sweating, blushing, noises, odors, buttocks), and PSDI were significantly higher than female controls (all $p < .001$).

FtM GD participants' scores on all BUT*A subscales after CHT (Global Severity Index, Body Image Concern,

Table 1 Sociodemographic characteristics of participants with female-to-male gender dysphoria and female controls

| Characteristic | FtM GD participants $n = 37$ | Female controls $n = 40$ |
|---|---|---|
|  | $M \pm SD$ | |
| Age (years) | 24.59 ± 4.90 | 22.70 ± 3.50 |
| Level of education (years) | 12.30 ± 3.10 | 12.23 ± 1.31 |
|  | Number (%) | |
| Employment status | | |
|   Employed | 14 (37.8%) | 13 (32.5%) |
|   Student | 19 (51.4%) | 23 (57.5%) |
|   Unemployed | 4 (10.8%) | 4 (10.0%) |
| Relationship status | | |
|   Single | 17 (45.9%) | 19 (47.5%) |
|   In a relationship | 20 (54.1%) | 21 (52.5%) |
| Sexual orientation | | |
|   Same biological sex | 37 (100%) | 0 (0%) |
|   Opposite biological sex | 0 (0%) | 40 (100%) |
|   Bisexual | 0 (0%) | 0 (0%) |
|   Asexual | 0 (0%) | 0 (0%) |
|   Others | 0 (0%) | 0 (0%) |

*FtM GD* female-to-male gender dysphoria

 Springer

Avoidance, Compulsive Self-Monitoring, and Depersonalization; $p = .001$ for Compulsive Self-Monitoring; $p < .001$ for other subscales), except for Weight Phobia, were significantly higher than female controls as well as the baseline (pre-CHT) scores. The scores of BUT*B subscales after CHT for participants with FtM GD for BUT*B–III ($p < .001$), BUT*B–V ($p < .001$), BUT*B–VIII ($p = .001$), and PSDI ($p < .001$) were significantly higher than those of female controls.

The BUT*A-Global Severity Index ($p = .002$), BUT*A-Body Image Concern ($p = .001$), and BUT*A-Depersonalization ($p = .002$) scores decreased significantly after CHT compared to baseline in participants with FtM GD. With regard to scores for all BUT*B subscales, there were no significant changes after CHT compared with baseline in FtM GD participants' scores. The differences between the groups in relation to BUT*A and BUT*B scores are shown in Table 2.

### Weight, BMI, and Eating Attitudes

The baseline mean body weight of participants with FtM GD was higher than that of female controls, and it increased significantly after CHT ($p < .001$). Similarly, in terms of the baseline values for BMI, participants with FtM GD had a higher BMI than female controls, and BMI significantly increased after CHT ($p < .001$). Neither participants with FtM GD nor female controls met the required score for eating disorders (> 30 points) as measured by the EAT-40, and there was no significant change in FtM GD participants' EAT-40 scores after CHT. With regard to EAT-40, there was no significant difference between FtM GD (both who use hormonal treatment and who do not use) and female controls. Comparisons of the groups (baseline, after CHT, and female controls) in terms of EAT-40 are shown in Table 3.

### Psychopathology

FtM GD participants' baseline scores for all SCL-90-R subscales (Somatization, Obsessive–Compulsive, Interpersonal Sensitivity, Depression, Anxiety, Hostility, Paranoid Ideation, Psychoticism, and Additional Symptoms; all $p < .0045$), except for Phobic Anxiety, were significantly higher than those of female controls. After CHT in participants with FtM GD, there were no significant differences for Obsessive–Compulsive, Interpersonal Sensitivity, Depression, and Additional Symptoms subscales compared to female controls. For participants with FtM GD, there was a significant decrease in Interpersonal Sensitivity and Psychoticism scores from before to after CHT. The results concerning the comparisons of the SCL-90-R at baseline of participants with FtM GD to after CHT, and compared to the female controls are presented in Table 4.

No significant correlation was found between age, level of education, weight, BMI, and body uneasiness, eating attitudes and psychopathology. Results of correlation are presented in Table 5.

## Discussion

In this short-term longitudinal study, we investigated alterations in body uneasiness, eating attitudes, and psychopathology after the use of CHT in a sample of participants with FtM GD. The main results were as follows: (1) the baseline mean body weight, BMI scores, body uneasiness scores, and general psychopathological symptoms of participants with FtM GD were higher than female controls, but baseline eating attitudes and behaviors were not; (2) compared to baseline, at the 24th week of CHT administration, participants' mean body weight and BMI scores had increased, body uneasiness and general psychopathological symptoms decreased, but eating attitudes and behaviors had not changed.

Previous studies on body image have determined that people with GD are dissatisfied with their bodies and are particularly likely to develop body image disturbances (Ålgars et al., 2010; Becker et al., 2016; Jones et al., 2016; Lindgren & Pauly, 1975; van de Grift et al., 2016a; Vocks et al., 2009). CHT or SRS can help to address this (Bandini et al., 2013; Fisher et al., 2014; Fisher et al., 2016; Khoosal et al., 2009; Kraemer et al., 2008; Kuiper & Cohen-Kettenis, 1988; Pauly & Lindgren, 1976–1977; van de Grift et al., 2016b, 2017). However, as not all body parts are affected by the treatment for GD, it is uncertain whether medical interventions can completely alleviate body dissatisfaction (van de Grift et al., 2017). In their investigation of body uneasiness, Fisher et al. (2014) found that participants with MtF GD who used CHT reported less body uneasiness compared with participants with MtF GD who did not use CHT; however, contrary to their expectations, no significant differences were observed between CHT and no-CHT participants with FtM GD. In a more recent longitudinal study by Fisher et al. (2016), participants with GD were reported to have significantly lower subjective levels of GD and body uneasiness after CHT as compared to those without. In the present study, we found that the body uneasiness of participants with FtM GD was higher than that of female controls at baseline, and this uneasiness was reduced after the CHT administration. This may be because the effects of CHT promote acceptance and appreciation of individuals' ideal body shape by relieving body-related distress through modifying secondary sex characteristics (Fisher et al., 2014).

In our study, Body Image Concern, Avoidance, Compulsive Self-Monitoring, and Depersonalization scores were significantly higher for participants with FtM GD than those for female controls, but Body Image Concern and Depersonalization scores were significantly lower after CHT. The alleviation of Body Image Concern after CHT suggests that

 Springer

**Table 2** Body Uneasiness Test scores at baseline and after cross-sex hormonal treatment for participants with female-to-male gender dysphoria compared with female controls

| BUT Scale | FtM GD participants: baseline n=37 | | FtM GD participants: after CHT n=37 | | | Female controls n=40 | | Group comparison 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | SD | M | SD | Effect size (Cohen's d) | M | SD | df/t | p* | Effect size (Cohen's d) |
| BUT*A | | | | | | | | | | |
| Global severity index[a] | 2.52 | .84 | 2.00 | .95 | 1.61 | .65 | .71 | 75/10.61 | <.001 | 2.40 |
| Weight phobia[a] | 2.75 | 1.04 | 2.31 | 1.20 | −.18 | .86 | .94 | 75/−.70 | ns | −.16 |
| Body image concern[a] | 3.28 | 1.10 | 2.52 | 1.20 | 1.70 | .75 | .85 | 75/11.32 | <.001 | 2.57 |
| Avoidance[a] | 2.11 | 1.19 | 1.63 | 1.10 | 1.36 | .42 | .62 | 53.15/7.72 | <.001 | 1.78 |
| Compulsive self-monitoring[a] | 1.60 | .95 | 1.32 | .97 | .79 | .65 | .71 | 66.18/4.93 | <.001 | 1.13 |
| Depersonalization[a] | 2.27 | .97 | 1.74 | 1.08 | 1.50 | .45 | .56 | 56.70/9.97 | <.001 | 2.30 |
| BUT*B | | | | | | | | | | |
| BUT*B-I[a] (eyebrows, eyes, nose, mouth, lips, teeth) | .40 | .51 | .63 | 1.39 | .29 | .34 | .36 | 64.15/.62 | ns | .14 |
| BUT*B-II[a] (shape of the head and face, forehead, ears, chin, neck) | .56 | .56 | .79 | 1.81 | .50 | .15 | .22 | 46.39/4.21 | <.001 | .96 |
| BUT*B-III[a] (stomach, abdomen, hips, thighs, knees) | 1.76 | 1.31 | 1.85 | 2.45 | .83 | .37 | .58 | 48.67/5.95 | <.001 | 1.37 |
| BUT*B-IV[a] (stature, legs, ankles, feet, hands) | .83 | 1.03 | 1.10 | 2.69 | .51 | .12 | .22 | 39.06/4.14 | <.001 | .95 |
| BUT*B-V[a] (arms, shoulders, chest, breasts, genitals) | 3.00 | .96 | 2.74 | 2.41 | 1.45 | .24 | .40 | 47.63/16.3 | <.001 | 3.75 |
| BUT*B-VI[a] (mustache, beard, facial hair) | .75 | 1.67 | .33 | .97 | .06 | .28 | .76 | 49.47/1.55 | ns | .36 |
| BUT*B-VII[a] (hair, skin) | .77 | 1.13 | .88 | 1.31 | | .39 | .80 | 75/1.72 | ns | .39 |
| BUT*B-VIII[a] (sweating, blushing, noises, odors, buttocks) | 1.89 | .94 | 1.68 | 2.33 | | .28 | .45 | 50.48/9.47 | <.001 | 2.19 |
| PST[b] | 14.89 | 7.65 | 13.81 | 8.17 | | 9.45 | 11.35 | 75/2.45 | ns | .56 |
| PSDI[a] | 3.29 | .77 | 2.96 | 1.00 | | .34 | .41 | 53.52/20.8 | <.001 | 4.78 |

| BUT Scale | Group comparison 2 | | Group comparison 3 | | |
|---|---|---|---|---|---|
| | df/t | p* | df/t | p* | Effect size (Cohen's d) |
| BUT*A | | | | | |
| Global severity index[a] | 75/7.1 | <.001 | 37/3.42 | .002 | .58 |
| Weight phobia[a] | 75/−.76 | ns | 37/2.46 | ns | .39 |
| Body image concern[a] | 64.16/7.37 | <.001 | 37/3.70 | .001 | .66 |
| Avoidance[a] | 55.82/5.88 | <.001 | 37/2.32 | ns | .42 |
| Compulsive self-monitoring[a] | 75/3.47 | .001 | 37/1.57 | ns | .29 |
| Depersonalization[a] | 53.19/6.49 | <.001 | 37/3.27 | .002 | .52 |
| BUT*B | | | | | |
| BUT*B-I[a] (eyebrows, eyes, nose, mouth, lips, teeth) | 40.47/1.24 | ns | 37/−1.18 | ns | −.22 |
| BUT*B-II[a] (shape of the head and face, forehead, ears, chin, neck) | 37.02/2.15 | ns | 37/−.79 | ns | −.17 |
| BUT*B-III[a] (stomach, abdomen, hips, thighs, knees) | 39.67/3.58 | .001 | 37/−.24 | ns | −.05 |
| BUT*B-IV[a] (stature, legs, ankles, feet, hands) | 36.45/2.23 | ns | 37/−.78 | ns | −.13 |
| BUT*B-V[a] (arms, shoulders, chest, breasts, genitals) | 37.86/6.21 | <.001 | 37/.72 | ns | .14 |
| BUT*B-VI[a] (mustache, beard, facial hair) | 75/.25 | ns | 37/1.58 | ns | .31 |

**Table 2** continued

| BUT Scale | Group comparison 2 | | | Group comparison 3 | | |
|---|---|---|---|---|---|---|
| | df/t | p* | Effect size (Cohen's d) | df/t | p* | Effect size (Cohen's d) |
| BUT*B–VII[a] (hair, skin) | 58.76/1.96 | ns | .45 | 37/−.58 | ns | −.09 |
| BUT*B–VIII[a] (sweating, blushing, noises, odors, buttocks) | 38.44/3.61 | .001 | .83 | 37/.59 | ns | .12 |
| PST[b] | 75/1.92 | ns | .44 | 37/.87 | ns | .14 |
| PSDI[a] | 46.73/14.8 | <.001 | 3.43 | 37/2.10 | ns | .37 |

Group comparison 1: FtM GD participant's baseline scores versus female controls' scores; Group comparison 2: FtM GD participant's scores after CHT versus female controls; Group comparison 3: FtM GD participant's baseline scores versus FtM GD participant's scores after CHT

*BUT* Body Uneasiness Test, *FtM GD* female-to-male gender dysphoria, *CHT* cross-sex hormonal treatment, *PST* positive symptom total, *PSDI* positive symptom distress index, *ns* nonsignificant

*$p < .003$ (Bonferroni corrected $p$ value)

[a]Absolute range, 0–5

[b]Absolute range, 0–37

**Table 3** Eating Attitudes Test Scores at baseline and after cross-sex hormonal treatment for participants with female-to-male gender dysphoria compared with female controls

| FtM GD participants EAT-40[a] Score: baseline n=37 | | FtM GD participants EAT-40 Score: after CHT n=37 | | Female controls EAT-40 Score n=40 | | Group comparison 1 | | | Group comparison 2 | | | Group comparison 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | SD | M | SD | M | SD | df/t | p | Effect size (Cohen's d) | df/t | p | Effect size (Cohen's d) | df/t | p | Effect size (Cohen's d) |
| 20.00 | 10.57 | 17.59 | 10.57 | 19.20 | 15.14 | 69.92/.27 | ns | .61 | 75/−.54 | ns | .12 | 36/1.95 | ns | .23 |

Group comparison 1: FtM GD participant's baseline scores versus female controls' scores; Group comparison 2: FtM GD participant's scores after CHT versus female controls; Group comparison 3: FtM GD participant's baseline scores versus FtM GD participant's scores after CHT

*EAT-40* Eating Attitudes Test, *FtM GD* female-to-male gender dysphoria, *CHT* cross-sex hormonal treatment, *ns* nonsignificant

[a]Absolute range, 0–120

**Table 4** Symptom Checklist-90-Revised Scores at baseline and after cross-sex hormonal treatment for participants with female-to-male gender dysphoria compared with female controls

| SCL-90-R Scale | FtM GD participants: baseline n=37 | | FtM GD participants: After CHT n=37 | | Female controls n=40 | | Group comparison 1 | | | Group comparison 2 | | | Group comparison 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | SD | M | SD | M | SD | df/t | p | Effect size (Cohen's d) | df/t | p | Effect size (Cohen's d) | df/t | p | Effect size (Cohen's d) |
| Somatization[a] | 46.60 | 7.50 | 46.53 | 10.95 | 40.01 | 5.01 | 75.00/4.60 | <.001 | −1.04 | 49.46/3.34 | .002 | −.77 | 37/.046 | ns | .01 |
| Obsessive–compulsive[a] | 48.35 | 11.68 | 44.64 | 13.83 | 39.42 | 6.63 | 55.85/4.10 | <.001 | −.94 | 50.65/2.10 | ns | −.48 | 37/2.02 | ns | .29 |
| Interpersonal sensitivity[a] | 51.29 | 14.02 | 46.46 | 11.52 | 41.92 | 6.22 | 48.90/3.70 | <.001 | −.62 | 54.52/2.08 | ns | −.49 | 37/3.35 | .002 | .38 |
| Depression[a] | 47.69 | 12.04 | 43.86 | 10.48 | 40.12 | 6.09 | 52.38/3.43 | .001 | −.80 | 56.92/1.88 | ns | −.44 | 37/2.17 | ns | .35 |
| Anxiety[a] | 44.79 | 8.52 | 43.81 | 8.01 | 39.27 | 4.18 | 51.32/3.53 | .001 | −.82 | 52.99/3.05 | .004 | −2.65 | 37/.69 | ns | 1.38 |
| Hostility[a] | 49.19 | 11.75 | 47.08 | 11.46 | 39.68 | 4.34 | 44.87/4.61 | <.001 | −.57 | 45.32/3.66 | .001 | −.85 | 37/1.14 | ns | .18 |
| Phobic anxiety[a] | 49.16 | 13.49 | 45.43 | 7.21 | 43.22 | 4.02 | 41.70/2.60 | ns | −.12 | 54.84/1.69 | ns | −.38 | 37/2.14 | ns | .35 |
| Paranoid ideation[a] | 50.64 | 14.91 | 47.21 | 13.01 | 38.70 | 6.06 | 47.04/4.52 | <.001 | −.94 | 50.31/3.62 | .001 | −.84 | 37/1.73 | ns | .24 |
| Psychoticism[a] | 50.18 | 9.46 | 45.36 | 8.46 | 39.56 | 5.22 | 55.23/6.02 | <.001 | −1.33 | 59.19/3.58 | .001 | −.82 | 37/3.90 | <.001 | .53 |
| Additional Sypmtoms[a] | 46.43 | 9.15 | 43.83 | 8.22 | 40.48 | 5.13 | 55.30/3.45 | <.001 | −.80 | 59.09/2.09 | ns | −.48 | 37/2.12 | ns | .30 |
| Global Severity Index[a] | 47.97 | 11.03 | 44.33 | 11.05 | 38.12 | 5.02 | 49.31/4.97 | <.001 | −1.16 | 49.27/3.13 | .003 | −.72 | 37/2.40 | ns | .88 |

Group comparison 1: FtM baseline versus female controls; Group comparison 2: FtM after CHT versus female controls; Group comparison 3: FtM baseline versus FtM after CHT

*SCL-90-R* Symptom Checklist-90 Revised, *FtM GD* female-to-male gender dysphoria, *CHT* cross-sex hormonal treatment

[a]Absolute range, 0–100

Table 5 Correlations between measures of body uneasiness, eating attitudes and psychopathology and age, level of education, weight and Body Mass Index

| Variable | Age | | Level of education | | Weight | | BMI | |
|---|---|---|---|---|---|---|---|---|
| | FtM GD participants: baseline $n=37$ | FtM GD participants: after CHT $n=37$ | FtM GD participants: baseline $n=37$ | FtM GD participants: after CHT $n=37$ | FtM GD participants: baseline $n=37$ | FtM GD participants: after CHT $n=37$ | FtM GD participants: baseline $n=37$ | FtM GD participants: after CHT $n=37$ |
| BUT Scale | | | | | | | | |
| BUT*A | | | | | | | | |
| Global Severity Index | | | | | | | | |
| r | −.73 | −.5 | −.07 | −.31 | .25 | .27 | .30 | .25 |
| p | ns | ns | ns | ns | Ns | ns | ns | ns |
| BUT*B | | | | | | | | |
| PST | | | | | | | | |
| r | −.18 | −.21 | .10 | .32 | .21 | .25 | .23 | .25 |
| p | ns | ns | ns | ns | Ns | ns | ns | ns |
| PSDI | | | | | | | | |
| r | −.07 | .07 | −.8 | −.31 | −.12 | .00 | −.08 | .01 |
| p | ns | ns | ns | ns | ns | ns | ns | ns |
| EAT-40 Scale | | | | | | | | |
| r | .65 | .06 | −.03 | .19 | .04 | .20 | .04 | .14 |
| p | ns | ns | ns | ns | ns | ns | ns | ns |
| SCL-90-R Scale | | | | | | | | |
| Global Severity Index | | | | | | | | |
| r | −.27 | −.32 | .05 | −.01 | .08 | .15 | .08 | .14 |
| p | ns | ns | ns | ns | ns | ns | ns | ns |

*BUT* Body Uneasiness Test, *PST* positive symptom total, *PSDI* positive symptom distress index, *EAT-40* Eating Attitudes Test, *SCL-90-R* Symptom Checklist-90 Revised, *BMI* Body Mass Index, *FtM GD* female-to-male gender dysphoria, *CHT* cross-sex hormonal treatment

CHT induces physical changes that are more congruent with GD individuals' gender identity (Fisher et al., 2016; van de Grift et al., 2016a), as our participants' negative body image regarding these factors decreased. Moreover, it has been reported by clinicians to be relatively easier for participants with FtM GD than with MtF GD to make social transitions and develop a more congruent assessment of physical appearance (Fisher et al., 2016; van de Grift et al., 2016a). In society, an individual with FtM GD displaying masculine features is generally more accepted than an individual with MtF GD displaying feminine features (Turan et al., 2015b; van de Grift et al., 2016a). Some studies have reported that persons with GD have higher depersonalization scores (Bandini et al., 2013; Fisher et al., 2013) and that depersonalization scores decrease after CHT administration (Colizzi, Costa, & Todarello, 2015a) and SRS (Kersting et al., 2003; Wolfradt & Neumann, 2001). Further, in their longitudinal study, Colizzi et al. (2015a) reported no significant differences in depersonalization/derealization scores between GD individuals who had received CHT and those who had undergone SRS. Our finding regarding a decrease in depersonalization scores after CHT may be associated with the psychological effects of CHT, in that it helps to reduce feelings of alienation from their own body among persons with GD. However, the lack of change in Compulsive Self-Monitoring and Avoidance after CHT in our study might be attributed to the absence of SRS such as mastectomy or other surgical interventions. In a recent study, it was reported that persons with GD who received both CHT and SRS had more favorable body satisfaction scores compared with persons with GD who used only (van de Grift et al., 2017).

Becker et al. (2016) concluded that the body image concerns of participants with GD are composed of both genital and non-genital body part issues. In addition to this, they found that participants with FtM GD reported dissatisfaction regarding all female body features, unlike participants with MtF GD in which they were dissatisfied with sex-specific body features. Another study has shown that the most central subscales in network analysis are muscularity and posture in individuals with FtM GD (van de Grift et al., 2016c). In accordance with these studies, when participants with FtM GD were compared to female controls, we found that they were also dissatisfied with the body parts outside the sex-specific body parts. Although there were no significant differences in the comparisons between baseline and after CHT in FtM GD participant's scores, the dissatisfaction of shape

🖄 Springer

of the head and face, forehead, ears, chin, neck (BUT*B–II), stature, legs, ankles, feet, and hands (BUT*B–IV), which differed significantly from female controls before CHT, did not show any significant difference when compared to female controls after CHT. Having a male muscular structure is important to be an ideal male for individuals with FtM GD (Wickman, 2003). In a network analysis of body satisfaction of individuals with FtM GD, it has been reported that the most central body features were arms, figure, and appearance (van de Grift et al., 2016c). Additionally, testosterone therapy induces physical changes that are more congruent with GD individuals' gender identity, such as development of male muscular build and growth in facial and body hair (Coleman et al., 2012). These changes in the shape of the head and face and muscular build that were obtained after CHT might have reduced body dissatisfaction.

A number of studies have demonstrated that testosterone administration in participants with GD results in a marked increase in weight and BMI (Colizzi et al., 2015b; Elbers, Asscheman, Seidell, Megens, & Gooren, 1997; Fisher et al., 2016; Gooren, 2005; Gooren, Wierckx, & Giltay, 2014; Hembree et al., 2009; Quirós et al., 2015), which is supported by our findings of weight gain and higher BMI scores after CHT administration. This may have occurred because all androgens cause some degree of sodium retention and expansion of extracellular fluid volume (Wilson, 1988). Women are more likely to develop subcutaneous fat, whereas men tend to have more visceral fat (Blaak, 2001; Shi, Seeley, & Clegg, 2009; Wajchenberg, 2000), and thus testosterone administration reduces recipients' subcutaneous fat tissue and increases visceral fat (i.e., lean body mass; Elbers, Asscheman, Seidell, & Gooren, 1999; Gooren, 2005). In our study, the increases observed in weight and BMI may be associated with such changes in body composition. On the other hand, we found that the baseline mean body weight and BMI scores of participants with FtM GD were higher than those of female controls. Vocks et al. (2009) reported that participants with FtM GD reported more weight and shape concerns than male controls, and suggested that this group may be unwilling to lose weight, as being overweight makes breasts and hips look smaller relative to abdominal size.

Studies have found higher rates of disturbed eating behaviors and attitudes in participants with GD compared with controls (Ålgars et al., 2010; 2012; Cella, Iannaccone, & Cotrufo, 2013; Diemer, Grant, Munn-Chernoff, Patterson, & Duncan, 2015; Vocks et al., 2009). In our study, eating attitudes scores of participants with FtM GD at baseline did not meet the required score for eating disorders (> 30 points), and there was no significant change in FtM GD participants' EAT-40 scores after CHT. Similarly, Vocks et al. reported that participants with MtF GD show higher levels of disturbed eating attitudes than both male and female controls, although no significant differences were detected between participants with FtM GD and female controls. In a recent study of disordered eating encompassing 200 participants with GD, 200 participants with eating disorders, and 200 controls, there were no significant differences between GD patients and controls (Witcomb et al., 2015). Probably, female controls may still be affected by such sociocultural slimness ideal for females, which may diminish the differences in eating attitudes scores between participants with FtM GD and female controls (Vocks et al., 2009; Witcomb et al., 2015). However, another study reported that biological females with conflicted gender identity reported more disordered eating than female controls, whereas no significant differences were detected between men with conflicted gender identity and male controls (Ålgars et al., 2010). Further, several case reports show that GD is associated with an increased risk of eating disorders among both biological males (Couturier et al., 2015; Ewan et al., 2014; Hepp & Milos, 2002; Hepp et al., 2004; Winston et al., 2004) and females (Couturier et al., 2015; Fernández-Aranda et al., 2000; Turan et al., 2015a).

Some studies have shown that psychiatric problems are more common in patients with GD (a Campo, Nijman, Merckelbach, & Evers, 2003; Hepp, Kraemer, Schnyder, Miller, & Delsignore, 2005; Heylens et al., 2014a). Not surprisingly, we found that FtM GD participants' baseline scores for all SCL-90-R subscales (except for Phobic Anxiety) were significantly higher than female controls. Participants with GD experience high stress due to social rejection and the incongruence between their biological sex and gender identity (Simon, Zsolt, Fogd, & Czobor, 2011), and can develop psychopathological problems in reaction to their incongruent body image (Colizzi et al., 2014). In previous studies, the positive effects of CHT on the mental health of individuals with GD have been highlighted (Colizzi, Costa, Pace, & Todarello, 2013; Colizzi et al., 2014; Costantino et al., 2013; Gómez-Gil et al., 2012; Gorin-Lazard et al., 2013; Heylens et al., 2014a; Turan et al., 2015b). In our study, we observed that in addition to Phobic Anxiety there were no significant differences after CHT in Obsessive–Compulsive, Interpersonal Sensitivity, Depression, and Additional Symptoms in participants with FtM GD compared to female controls. Additionally, one of the most important results of this study is that Interpersonal Sensitivity and Psychoticism scores significantly reduced after CHT. CHT provides desired changes in terms of body and shape for participants with GD, which can reduce self-reported distress (Colizzi et al., 2013; Gómez-Gil et al., 2012). Beginning a new life as one's desired sex may also have positive effects on mood among GD individuals (Costantino et al., 2013); further, some clinical evidence suggests that testosterone has antidepressant effects (McHenry, Carrier, Hull, & Kabbaj, 2014). Depressive symptoms, fatigue, and irritability have been found to be greatly reduced during testosterone replacement therapy (Kanayama, Amiaz, Seidman, & Pope, 2007; Pope, Cohane,

Kanayama, Siegel, & Hudson, 2003; Wang et al., 1996). In our cohort, testosterone may have acted as an antidepressant by reducing general psychopathological symptoms. As noted above, participants with FtM GD have a relatively easier social transition (Fisher et al., 2016; van de Grift et al., 2016a) and are reported to have a more congruent assessment of physical appearance compared to MtF GD (van de Grift et al., 2016a), and these factors may have reduced Interpersonal Sensitivity and Psychoticism in our study.

This study had several limitations. First, the sample size was relatively small, although it can be difficult to recruit large numbers of participants in this field of research. Second, the female controls were only assessed at baseline. The reassessment of the female controls after 24 weeks could have increased the value of the study. Third, we did not examine the long-term effects of CHT. Although the physical impact is better understood, the impact on the outcomes explored here should be investigated in more detail. Further, we used self-report measures that may have been affected by social desirability bias. Collecting data from family members or medical professionals in addition to the participants' reports could counteract the potential bias that is inherent to self-report measures to some extent. However, despite these limitations, the current study provides important information about both the relationships among eating attitudes, body uneasiness, and GD, and alterations in eating attitudes and body uneasiness in persons with FtM GD after CHT administration. In the future, studies with a larger sample size and long-term follow-up are required to better understand the relationships among eating attitudes, body satisfaction, and GD.

**Acknowledgements** We would like to thank all the people who volunteered to participate in this study.

## Compliance with Ethical Standards

**Conflict of interest** The authors declare that they have no conflict of interest.

**Ethical Approval** All procedures performed in studies involving human participants were in accordance with the ethical standards of the institutional and/or national research committee and with the 1964 Declaration of Helsinki and its later amendments or comparable ethical standards. This study was approved by the ethics committee of the Cerrahpaşa Medical Faculty at Istanbul University.

**Informed Consent** Informed consent was obtained from all individual participants included in the study.

## References

a Campo, J., Nijman, H., Merckelbach, H., & Evers, C. (2003). Psychiatric comorbidity of gender identity disorders: A survey among Dutch psychiatrists. *American Journal of Psychiatry, 160,* 1332–1336. https://doi.org/10.1176/appi.ajp.160.7.1332.

Ålgars, M., Alanko, K., Santtila, P., & Sandnabba, N. K. (2012). Disordered eating and gender identity disorder: A qualitative study. *Eating Disorders: The Journal of Treatment & Prevention, 20,* 300–311. https://doi.org/10.1080/10640266.2012.668482.

Ålgars, M., Santtila, P., & Sandnabba, N. K. (2010). Conflicted gender identity, body dissatisfaction, and disordered eating in adult men and women. *Sex Roles, 63,* 118–125. https://doi.org/10.1007/s11199-010-9758-6.

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders* (5th ed.). Arlington, VA: American Psychiatric Publishing.

Bandini, E., Fisher, A. D., Castellini, G., Lo Sauro, C., Lelli, L., Meriggiola, M. C., … Ricca, V. (2013). Gender identity disorder and eating disorders: Similarities and differences in terms of body uneasiness. *Journal of Sexual Medicine, 10,* 1012–1023. https://doi.org/10.1111/jsm.12062.

Bassil, N., Alkaade, S., & Morley, J. E. (2009). The benefits and risks of testosterone replacement therapy: A review. *Therapeutics and Clinical Risk Management, 5,* 427–448.

Becker, I., Nieder, T. O., Cerwenka, S., Briken, P., Kreukels, B. P. C., Cohen-Kettenis, P. T., … Richter-Appelt, H. (2016). Body image in young gender dysphoric adults: A European multi-center study. *Archives of Sexual Behavior, 45,* 559–574. https://doi.org/10.1007/s10508-015-0527-z.

Blaak, E. (2001). Gender differences in fat metabolism. *Current Opinion in Clinical Nutrition and Metabolic Care, 4,* 499–502.

Cash, T. F., Ancis, J. R., & Strachan, M. D. (1997). Gender attitudes, feminist identity, and body images among college women. *Sex Roles, 36,* 433–447. https://doi.org/10.1007/BF02766682.

Cella, S., Iannaccone, M., & Cotrufo, P. (2013). Influence of gender role orientation (masculinity versus femininity) on body satisfaction and eating attitudes in homosexuals, heterosexuals and transsexuals. *Eating and Weight Disorders: Studies on Anorexia, Bulimia and Obesity, 18,* 115–124. https://doi.org/10.1007/s40519-013-0017-z.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., … Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism, 13,* 165–232. https://doi.org/10.1080/15532739.2011.700873.

Colizzi, M., Costa, R., Pace, V., & Todarello, O. (2013). Hormonal treatment reduces psychobiological distress in gender identity disorder, independently of the attachment style. *Journal of Sexual Medicine, 10,* 3049–3058. https://doi.org/10.1111/jsm.12155.

Colizzi, M., Costa, R., Scaramuzzi, F., Palumbo, C., Tyropani, M., Pace, V., … Todarello, O. (2015a). Concomitant psychiatric problems and hormonal treatment induced metabolic syndrome in gender dysphoria individuals: A 2 year follow-up study. *Journal of Psychosomatic Research, 78,* 399–406. https://doi.org/10.1016/j.jpsychores.2015.02.001.

Colizzi, M., Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: Results from a longitudinal study. *Psychoneuroendocrinology, 39,* 65–73. https://doi.org/10.1016/j.psyneuen.2013.09.029.

Colizzi, M., Costa, R., & Todarello, O. (2015b). Dissociative symptoms in individuals with gender dysphoria: Is the elevated prevalence real? *Psychiatry Research, 226,* 173–180. https://doi.org/10.1016/j.psychres.2014.12.045.

Corona, G., Rastrelli, G., Monami, M., Saad, F., Luconi, M., Lucchese, M., … Maggi, M. (2013). Body weight loss reverts obesity associated hypogonadotropic hypogonadism: A systematic review and metaanalysis. *European Journal of Endocrinology, 168,* 829–843. https://doi.org/10.1530/EJE-12-0955.

Costantino, A., Cerpolini, S., Alvisi, S., Morselli, P. G., Venturoli, S., & Meriggiola, M. C. (2013). A prospective study on sexual function



and mood in female-to-male transsexuals during testosterone administration and after sex reassignment surgery. *Journal of Sex and Marital Therapy, 39,* 321–335. https://doi.org/10.1080/0092623X.2012.736920.

Couturier, J., Pindiprolu, B., Findlay, S., & Johnson, N. (2015). Anorexia nervosa and gender dysphoria in two adolescents. *International Journal of Eating Disorders, 48,* 151–155. https://doi.org/10.1002/eat.22368.

Cuzzolaro, M., Vetrone, G., Marano, G., & Garfinkel, P. E. (2006). The Body Uneasiness Test (BUT): Development and validation of a new body image assessment scale. *Eating and Weight Disorders: Studies on Anorexia, Bulimia and Obesity, 11,* 1–13. https://doi.org/10.1007/BF03327738.

Dağ, İ. (1991). Belirti Tarama Listesi (SCL-90-R)'nin üniversite öğrencileri için güvenirliği ve geçerliği [Symptom Check List (SCL 90-R): A reliability and validity study]. *Turkish Journal of Psychiatry, 2,* 5–12.

Derogatis, L. R., Rickels, K., & Rock, A. F. (1976). The SCL-90 and the MMPI: A step in the validation of a new self-report scale. *British Journal of Psychiatry, 128,* 280–289. https://doi.org/10.1192/bjp.128.3.280.

Diemer, E. W., Grant, J. D., Munn-Chernoff, M. A., Patterson, D. A., & Duncan, A. E. (2015). Gender identity, sexual orientation, and eating-related pathology in a national sample of college students. *Journal of Adolescent Health, 57,* 144–149. https://doi.org/10.1016/j.jadohealth.2015.03.003.

Elbers, J. M. H., Asscheman, H., Seidell, J. C., & Gooren, L. J. G. (1999). Effects of sex steroid hormones on regional fat depots as assessed by magnetic resonance imaging in transsexuals. *American Journal of Physiology-Endocrinology and Metabolism, 276,* E317–E325.

Elbers, J. M. H., Asscheman, H., Seidell, J. C., Megens, J. A. J., & Gooren, L. J. G. (1997). Long-term testosterone administration increases visceral fat in female to male transsexuals. *Journal of Clinical Endocrinology and Metabolism, 82,* 2044–2047. https://doi.org/10.1210/jcem.82.7.4078.

Ewan, L. A., Middleman, A. B., & Feldmann, J. (2014). Treatment of anorexia nervosa in the context of transsexuality: A case report. *International Journal of Eating Disorders, 47,* 112–115. https://doi.org/10.1002/eat.22209.

Feder, S., Isserlin, L., Seale, E., Hammond, N., & Norris, M. L. (2017). Exploring the association between eating disorders and gender dysphoria in youth. *Eating Disorders, 25,* 310–317. https://doi.org/10.1080/10640266.2017.1297112.

Fernández-Aranda, F., Peri, J. M., Navarro, V., Badia-Casanovas, A., Turón-Gil, V., & Vallejo-Ruiloba, J. (2000). Transsexualism and anorexia nervosa: A case report. *Eating Disorders: The Journal of Treatment & Prevention, 8,* 63–66. https://doi.org/10.1080/10640260008251212.

Fisher, A. D., Bandini, E., Casale, H., Ferruccio, N., Meriggiola, M. C., Gualerzi, A., ... Maggi, M. (2013). Sociodemographic and clinical features of gender identity disorder: An Italian multicentric evaluation. *Journal of Sexual Medicine, 10,* 408–419. https://doi.org/10.1111/j.1743-6109.2012.03006.x.

Fisher, A. D., Castellini, G., Bandini, E., Casale, H., Fanni, E., Benni, L., ... Rellini, A. H. (2014). Cross-sex hormonal treatment and body uneasiness in individuals with gender dysphoria. *Journal of Sexual Medicine, 11,* 709–719. https://doi.org/10.1111/jsm.12413.

Fisher, A. D., Castellini, G., Ristori, J., Casale, H., Cassioli, E., Sensi, C., ... Maggi, M. (2016). Cross-sex hormone treatment and psychobiological changes in transsexual persons: Two-year follow-up data. *Journal of Clinical Endocrinology and Metabolism, 101,* 4260–4269. https://doi.org/10.1210/jc.2016-1276.

Garner, D. M., & Garfinkel, P. E. (1979). The Eating Attitudes Test: An index of the symptoms of anorexia nervosa. *Psychological Medicine, 9,* 273–279.

Garner, D. M., Olmsted, M. P., Bohr, Y., & Garfinkel, P. E. (1982). The Eating Attitudes Test: Psychometric features and clinical correlates. *Psychological Medicine, 12,* 871–878. https://doi.org/10.1017/S0033291700049163.

Gómez-Gil, E., Zubiaurre-Elorza, L., Esteva, I., Guillamon, A., Godás, T., Almaraz, M. C., ... Salamero, M. (2012). Hormone-treated transsexuals report less social distress, anxiety and depression. *Psychoneuroendocrinology, 37,* 662–670. https://doi.org/10.1016/j.psyneuen.2011.08.010.

Gooren, L. J. (2005). Hormone treatment of the adult transsexual patient. *Hormone Research in Paediatrics, 64,* 31–36. https://doi.org/10.1159/000087751.

Gooren, L. J., Giltay, E. J., & Bunck, M. C. (2008). Long-term treatment of transsexuals with cross-sex hormones: Extensive personal experience. *Journal of Clinical Endocrinology and Metabolism, 93,* 19–25. https://doi.org/10.1210/jc.2007-1809.

Gooren, L. J., Wierckx, K., & Giltay, E. J. (2014). Cardiovascular disease in transsexual persons treated with cross-sex hormones: Reversal of the traditional sex difference in cardiovascular disease pattern. *European Journal of Endocrinology, 170,* 809–819. https://doi.org/10.1530/EJE-14-0011.

Gorin-Lazard, A., Baumstarck, K., Boyer, L., Maquigneau, A., Penochet, J.-C., Pringuey, D., ... Auquier, P. (2013). Hormonal therapy is associated with better self-esteem, mood, and quality of life in transsexuals. *Journal of Nervous and Mental Disease, 201,* 996–1000. https://doi.org/10.1097/NMD.0000000000000046.

Harman, S. M., & Blackman, M. R. (2003). The effects of growth hormone and sex steroid on lean body mass, fat mass, muscle strength, cardiovascular endurance and adverse events in healthy elderly women and men. *Hormone Research in Paediatrics, 60,* 121–124. https://doi.org/10.1159/000071236.

Hembree, W. C., Cohen-Kettenis, P., Delemarre-van de Waal, H. A., Gooren, L. J., Meyer, W. J., Spack, N. P., III, ... Montori, W. M. (2009). Endocrine treatment of transsexual persons: An Endocrine Society clinical practice guideline. *Journal of Clinical Endocrinology and Metabolism, 94,* 3132–3154. https://doi.org/10.1210/jc.2009-0345.

Hepp, U., Kraemer, B., Schnyder, U., Miller, N., & Delsignore, A. (2005). Psychiatric comorbidity in gender identity disorder. *Journal of Psychosomatic Research, 58,* 259–261. https://doi.org/10.1016/j.jpsychores.2004.08.010.

Hepp, U., & Milos, G. (2002). Gender identity disorder and eating disorders. *International Journal of Eating Disorders, 32,* 473–478. https://doi.org/10.1002/eat.10090.

Hepp, U., Milos, G., & Braun-Scharm, H. (2004). Gender identity disorder and anorexia nervosa in male monozygotic twins. *International Journal of Eating Disorders, 35,* 239–243. https://doi.org/10.1002/eat.10247.

Heylens, G., Elaut, E., Kreukels, B. P., Paap, M. C. S., Cerwenka, S., Richter-Appelt, H., ... De Cuypere, G. (2014a). Psychiatric characteristics in transsexual individuals: Multicentre study in four European countries. *British Journal of Psychiatry, 204,* 151–156. https://doi.org/10.1192/bjp.bp.112.121954.

Heylens, G., Verroken, C., De Cock, S., T'Sjoen, G., & De Cuypere, G. (2014b). Effects of different steps in gender reassignment therapy on psychopathology: A prospective study of persons with a gender identity disorder. *Journal of Sexual Medicine, 11,* 119–126. https://doi.org/10.1111/jsm.12363.

Jones, B. A., Haycraft, E., Murjan, S., & Arcelus, J. (2016). Body dissatisfaction and disordered eating in trans people: A systematic review of the literature. *International Review of Psychiatry, 28,* 81–94. https://doi.org/10.3109/09540261.2015.1089217.

Kanayama, G., Amiaz, R., Seidman, S., & Pope, H. G. (2007). Testosterone supplementation for depressed men: Current research and suggested treatment guidelines. *Experimental and Clinical Psychopharmacology, 15,* 529–538. https://doi.org/10.1037/1064-1297.15.6.529.

 Springer

Kersting, A., Reutemann, M., Gast, U., Ohrmann, P., Suslow, T., Michael, N., & Arolt, V. (2003). Dissociative disorders and traumatic childhood experiences in transsexuals. *Journal of Nervous and Mental Disease, 191,* 182–189.

Khoosal, D., Langham, C., Palmer, B., Terry, T., & Minajagi, M. (2009). Features of eating disorder among male-to-female transsexuals. *Sexual and Relationship Therapy, 24,* 217–229. https://doi.org/10.1080/14681990903082161.

Klein, C., & Gorzalka, B. B. (2009). Sexual functioning in transsexuals following hormone therapy and genital surgery: A review. *Journal of Sexual Medicine, 6,* 2922–2939. https://doi.org/10.1111/j.1743-6109.2009.01370.x.

Klemchuck, H. P., Hutchinson, C. B., & Frank, R. I. (1990). Body dissatisfaction and eating-related problems on the college campus: Usefulness of the Eating Disorder Inventory with a nonclinical population. *Journal of Counseling Psychology, 37,* 297–305. https://doi.org/10.1037/0022-0167.37.3.297.

Kraemer, B., Delsignore, A., Schnyder, U., & Hepp, U. (2008). Body image and transsexualism. *Psychopathology, 41,* 96–100. https://doi.org/10.1159/000111554.

Kuiper, B., & Cohen-Kettenis, P. (1988). Sex reassignment surgery: A study of 141 Dutch transsexuals. *Archives of Sexual Behavior, 17,* 439–457. https://doi.org/10.1007/BF01542484.

Lindgren, T. W., & Pauly, I. B. (1975). A body image scale for evaluating transsexuals. *Archives of Sexual Behavior, 4,* 639–656.

McHenry, J., Carrier, N., Hull, E., & Kabbaj, M. (2014). Sex differences in anxiety and depression: Role of testosterone. *Frontiers in Neuroendocrinology, 35,* 42–57. https://doi.org/10.1016/j.yfrne.2013.09.001.

Pauly, I. B., & Lindgren, T. W. (1976–1977). Body image and gender identity. *Journal of Homosexuality, 2,* 133–142.

Pope, H. G., Jr., Cohane, G. H., Kanayama, G., Siegel, A. J., & Hudson, J. I. (2003). Testosterone gel supplementation for men with refractory depression: A randomized, placebo-controlled trial. *American Journal of Psychiatry, 160,* 105–111. https://doi.org/10.1176/appi.ajp.160.1.105.

Quirós, C., Patrascioiu, I., Mora, M., Aranda, G. B., Hanzu, F. A., Gómez-Gil, E., … Halperin, I. (2015). Effect of cross-sex hormone treatment on cardiovascular risk factors in transsexual individuals: Experience in a specialized unit in Catalonia. *Endocrinología y Nutrición, 62,* 210–216. https://doi.org/10.1016/j.endonu.2015.02.001.

Savaşır, I., & Erol, N. (1989). Eating attitude test: Anorexia nervosa symptoms index. *Journal of Psychology, 7,* 19–25.

Shi, H., Seeley, R. J., & Clegg, D. J. (2009). Sexual differences in the control of energy homeostasis. *Frontiers in Neuroendocrinology, 30,* 396–404. https://doi.org/10.1016/j.yfrne.2009.03.004.

Simon, L., Zsolt, U., Fogd, D., & Czobor, P. (2011). Dysfunctional core beliefs, perceived parenting behavior and psychopathology in gender identity disorder: A comparison of male-to-female, female-to-male transsexual and nontranssexual control subjects. *Journal of Behavior Therapy and Experimental Psychiatry, 42,* 38–45. https://doi.org/10.1016/j.jbtep.2010.08.004.

Traish, A. M. (2014). Testosterone and weight loss: The evidence. *Current opinion in Endocrinology, Diabetes, and Obesity, 21,* 313–322. https://doi.org/10.1097/MED.0000000000000086.

Turan, Ş., Aksoy Poyraz, C., & Duran, A. (2015a). Prolonged anorexia nervosa associated with female-to-male gender dysphoria: A case report. *Eating Behaviors, 18,* 54–56. https://doi.org/10.1016/j.eatbeh.2015.03.012.

Turan, Ş., Aksoy Poyraz, C., İnce, E., Sakallı Kani, A., Emül, H. M., & Duran, A. (2015b). Sociodemographic and clinical characteristics of transsexual individuals who presented to a psychiatry clinic for sex reassignment surgery. *Turkish Journal of Psychiatry, 26,* 153–160.

Tylka, T. L. (2004). The relation between body dissatisfaction and eating disorder symptomatology: An analysis of moderating variables. *Journal of Counseling Psychology, 51,* 178–191. https://doi.org/10.1037/0022-0167.51.2.178.

Van Caenegem, E., Wierckx, K., Taes, Y., Schreiner, T., Vandewalle, S., Toye, K., … T'Sjoen, G. (2015). Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case–controlled study (ENIGI). *European Journal of Endocrinology, 172,* 163–171. https://doi.org/10.1530/EJE-14-0586.

van de Grift, T. C., Cohen-Kettenis, P. T., Elaut, E., De Cuypere, G., Richter-Appelt, H., Haraldsen, I. R., & Kreukels, B. P. (2016a). A network analysis of body satisfaction of people with gender dysphoria. *Body Image, 17,* 184–190. https://doi.org/10.1016/j.bodyim.2016.04.002.

van de Grift, T. C., Cohen-Kettenis, P. T., Steensma, T. D., De Cuypere, G., Richter-Appelt, H., Haraldsen, I. R. H., … Kreukels, B. P. C. (2016b). Body satisfaction and physical appearance in gender dysphoria. *Archives of Sexual Behavior, 45,* 575–585. https://doi.org/10.1007/s10508-015-0614-1.

van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., De Cuypere, G., Richter-Appelt, H., … Kreukels, B. P. C. (2017). Effects of medical interventions on gender dysphoria and body image: A follow-up study. *Psychosomatic Medicine, 79,* 815–823. https://doi.org/10.1097/PSY.0000000000000465.

van de Grift, T. C., Kreukels, B. P., Elfering, L., Özer, M., Bouman, M. B., Buncamper, M. E., … Mullender, M. G. (2016c). Body image in transmen: Multidimensional measurement and the effects of mastectomy. *Journal of Sexual Medicine, 13,* 1778–1786. https://doi.org/10.1016/j.jsxm.2016.09.003.

Vocks, S., Stahn, C., Loenser, K., & Legenbauer, T. (2009). Eating and body image disturbances in male-to-female and female-to-male transsexuals. *Archives of Sexual Behavior, 38,* 364–377. https://doi.org/10.1007/s10508-008-9424-z.

Wajchenberg, B. L. (2000). Subcutaneous and visceral adipose tissue: Their relation to the metabolic syndrome. *Endocrine Reviews, 21,* 697–738.

Wang, C., Alexander, G., Berman, N., Salehian, B., Davidson, T., McDonald, V., … Swerdloff, R. S. (1996). Testosterone replacement therapy improves mood in hypogonadal men—A clinical research center study. *Journal of Clinical Endocrinology and Metabolism, 81,* 3578–3583. https://doi.org/10.1210/jcem.81.10.8855804#sthash.Wtu6qVce.dpuf.

Wickman, J. (2003). Masculinity and female bodies. *NORA: Nordic Journal of Women's Studies, 11,* 40–54. https://doi.org/10.1080/08038740307272.

Wilson, J. D. (1988). Androgen abuse by athletes. *Endocrine Reviews, 9,* 181–199. https://doi.org/10.1210/edrv-9-2-181#sthash.EqXrOXgu.dpuf.

Winston, A. P., Acharya, S., Chaudhuri, S., & Fellowes, L. (2004). Anorexia nervosa and gender identity disorder in biologic males: A report of two cases. *International Journal of Eating Disorders, 36,* 109–113. https://doi.org/10.1002/eat.20013.

Witcomb, G. L., Bouman, W. P., Brewin, N., Richards, C., Fernandez-Aranda, F., & Arcelus, J. (2015). Body image dissatisfaction and eating-related psychopathology in trans individuals: A matched control study. *European Eating Disorders Review, 23,* 287–293. https://doi.org/10.1002/erv.2362.

Wolfradt, U., & Neumann, K. (2001). Depersonalization, self-esteem and body image in male-to-female transsexuals compared to male and female controls. *Archives of Sexual Behavior, 30,* 301–310. https://doi.org/10.1023/A:1002752214526.

Zucker, K. J., Lawrence, A. A., & Kreukels, B. P. C. (2016). Gender dysphoria in adults. *Annual Review of Clinical Psychology, 12,* 217–247. https://doi.org/10.1146/annurev-clinpsy-021815-093034.

