

**Journal of Sex & Marital Therapy**



Routledge
Taylor & Francis Group

ISSN: 0092-623X (Print) 1521-0715 (Online) Journal homepage: https://www.tandfonline.com/loi/usmt20

# Surgical Satisfaction, Quality of Life, and Their Association After Gender-Affirming Surgery: A Follow-up Study

**Tim C. van de Grift, Els Elaut, Susanne C. Cerwenka, Peggy T. Cohen-Kettenis & Baudewijntje P. C. Kreukels**

**To cite this article:** Tim C. van de Grift, Els Elaut, Susanne C. Cerwenka, Peggy T. Cohen-Kettenis & Baudewijntje P. C. Kreukels (2018) Surgical Satisfaction, Quality of Life, and Their Association After Gender-Affirming Surgery: A Follow-up Study, Journal of Sex & Marital Therapy, 44:2, 138-148, DOI: 10.1080/0092623X.2017.1326190

**To link to this article:** https://doi.org/10.1080/0092623X.2017.1326190

© 2018 The Author(s). Published with license by Taylor & Francis© Tim C. van de Grift, Els Elaut, Susanne C. Cerwenka, Peggy T. Cohen-Kettenis, and Baudewijntje P. C. Kreukels

Published online: 12 Jun 2017.

Submit your article to this journal ☐

Article views: 29477

View related articles ☐

View Crossmark data ☐

Citing articles: 57 View citing articles ☐

PLAINTIFFS007201

JOURNAL OF SEX & MARITAL THERAPY
2018, VOL. 44, NO. 2, 138–148
https://doi.org/10.1080/0092623X.2017.1326190



OPEN ACCESS    Check for updates

# Surgical Satisfaction, Quality of Life, and Their Association After Gender-Affirming Surgery: A Follow-up Study

Tim C. van de Grift[a], Els Elaut[b], Susanne C. Cerwenka[c], Peggy T. Cohen-Kettenis[d], and Baudewijntje P. C. Kreukels[d]

[a]Department of Medical Psychology, Center of Expertise on Gender Dysphoria, and Department of Plastic, Reconstructive & Hand Surgery, VU University Medical Center, Amsterdam, The Netherlands; [b]Center of Sexology and Gender, Ghent University Hospital, Ghent, Belgium; [c]Department of Sex Research and Forensic Psychiatry, University Medical Center Hamburg-Eppendorf, Hamburg, Germany; [d]Department of Medical Psychology, Center of Expertise on Gender Dysphoria, VU University Medical Center, Amsterdam, The Netherlands

## ABSTRACT

We assessed the outcomes of gender-affirming surgery (GAS, or sex-reassignment surgery) 4 to 6 years after first clinical contact, and the associations between postoperative (dis)satisfaction and quality of life (QoL). Our multicenter, cross-sectional follow-up study involved persons diagnosed with gender dysphoria (*DSM-IV-TR*) who applied for medical interventions from 2007 until 2009. Of 546 eligible persons, 201 (37%) responded, of whom 136 had undergone GAS (genital, chest, facial, vocal cord and/or thyroid cartilage surgery). Main outcome measures were procedure performed, self-reported complications, and satisfaction with surgical outcomes (standardized questionnaires), QoL (Satisfaction With Life Scale, Subjective Happiness Scale, Cantril Ladder), gender dysphoria (Utrecht Gender Dysphoria Scale), and psychological symptoms (Symptom Checklist-90). Postoperative satisfaction was 94% to 100%, depending on the type of surgery performed. Eight (6%) of the participants reported dissatisfaction and/or regret, which was associated with preoperative psychological symptoms or self-reported surgical complications (*OR* = 6.07). Satisfied respondents' QoL scores were similar to reference values; dissatisfied or regretful respondents' scores were lower. Therefore, dissatisfaction after GAS may be viewed as indicator of unfavorable psychological and QoL outcomes.

## Introduction

Gender dysphoria refers to the phenomenon where people experience psychological distress resulting from the discrepancy between their sex assigned at birth and gender identity. Within this group, one generally distinguishes assigned males with female gender identity (trans women) and assigned females with male gender identity (trans men). Yet, it is increasingly acknowledged that gender is less binary than this distinction reflects. People desiring the body characteristics of their experienced gender may apply for medical treatments. In addition to cross-sex hormone therapy, gender-affirming surgery (GAS)—formerly known as sex-reassignment surgery (SRS)—aims to surgically align physical characteristics with one's identity. These surgical interventions target sex-specific physical characteristics such as genitals (e.g., vaginoplasty), chest (e.g., mastectomy), face, gonads, voice, and Adam's apple.

CONTACT    Baudewijntje P. C. Kreukels ✉ b.kreukels@vumc.nl ▣ Department of Medical Psychology, VU University Medical Center, P.O. Box 7057, 1007 MB Amsterdam, The Netherlands.

© 2018 Tim C. van de Grift, Els Elaut, Susanne C. Cerwenka, Peggy T. Cohen-Kettenis, and Baudewijntje P. C. Kreukels. Published with license by Taylor & Francis.

This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial-NoDerivatives License (http://creativecommons.org/licenses/by-nc-nd/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited, and is not altered, transformed, or built upon in any way.

PLAINTIFFS007202

In the past decades, (surgical) care for people diagnosed with gender dysphoria is increasingly provided in specialized, interdisciplinary health-care facilities following the Standards of Care (Coleman et al., 2012). A beneficial consequence of the increase in specialized centers is the opportunity to perform prospective follow-up studies on the effectiveness of surgery.

On the measures of this outcome research, Kuiper and Cohen-Kettenis (1988) stated, "In our opinion an evaluation of SRS can be made only on the basis of subjective data, because SRS is intended to solve a problem that cannot be determined objectively" (p. 441). Quality of life (QoL) reflects one's perceived well-being and functioning, and often includes physical, psychological, and social parameters. Ultimately, knowledge of treatment outcomes may result in a reciprocal relation between quality of care and QoL (van den Bos & Triemstra, 1999). Individuals diagnosed with gender dysphoria report a lower QoL compared to the general population, although this difference was not always statistically significant or found in both sexes (de Vries et al., 2014; Motmans, Meier, Ponnet, & T'Sjoen, 2012; Newfield, Hart, Dibble, & Kohler, 2006). In their 2010 review, Murad and colleagues (2010) conclude, albeit based on low-quality evidence, that cross-sex hormone therapy improves various domains of QoL of people diagnosed with gender dysphoria. For various GAS procedures, QoL improvement is reported as well. Although many studies have methodological limitations, trans women rate their QoL after vaginoplasty higher than before surgery (Horbach et al., 2015). Similarly, QoL is also higher in trans women who have undergone facial feminization surgery, compared to trans women without surgery (Ainsworth & Spiegel, 2010). Regarding trans men, Newfield and colleagues (2006) report higher scores in multiple QoL domains after mastectomy when compared to trans men who did not receive this intervention. All these studies indicate the positive impact on QoL of having received surgery aligning physique and identity. In an explorative Belgian study, however, no significant differences in QoL were found between the groups who did and did not undergo GAS procedures (Motmans et al., 2012). The authors explain that the majority of the no-GAS group was receiving psychological counseling and planning surgical procedures in the (near) future. A less positive picture comes from a study by Kuhn et al. (2009); compared to matched controls, transgender people report a lower QoL 15 years after GAS, mostly relating to social and sexual domains. Despite the positive effects of surgery, the average QoL of people who received GAS may thus still be lower than the general population.

Dissatisfaction and/or regret regarding the outcomes of GAS may be a source of impaired postoperative QoL. In the context of gender-affirming medical treatments, Pfäfflin (1993) distinguishes between minor and major regret. Major regret (the wish to detransition) is rare and associated with psychological morbidity and poor social support (Gijs & Brewaeys, 2007). Minor regret is considered as disappointment and can overlap with dissatisfaction. In general, the literature gives high percentages of satisfaction with GAS procedures: breast augmentation 87% to 100% (De Cuypere et al., 2005; Smith, van Goozen, Kuiper, & Cohen-Kettenis, 2005; Weigert, Frison, Sessiecq, Al Mutairi, & Casoli, 2013), vaginoplasty 83% to 100% (De Cuypere et al., 2005; Horbach et al., 2015; Lawrence, 2003; Rehman, Lazer, Benet, Schaefer, & Melman, 1999; Smith et al., 2005), subcutaneous mastectomy 92% to 100% (De Cuypere et al., 2005; Nelson, Whallett, & McGregor, 2009; Smith et al., 2005), and phalloplasty 100% (De Cuypere et al., 2005). Clinical evaluation studies show positive appraisal of both genital functionality and aesthetics after surgery, whereas sexual outcomes were found to be less positive (Bouman et al., 2016; Buncamper et al., 2015). In a cohort of 232 operated trans women, Lawrence (2003) examined the effect of three categories of characteristics on (dis)satisfaction with genital GAS, namely personal characteristics (e.g., age), therapy characteristics (e.g., psychotherapy provided), and psychosocial characteristics. The factor contributing most to satisfaction with GAS was the self-reported physical and functional result of surgery. Experienced complications were associated with less positive evaluation of the postoperative result (Lawrence, 2006).

Overall, the current evidence suggests that postoperative QoL of people surgically treated for gender dysphoria may be influenced by feelings of (minor) regret and dissatisfaction with GAS. Although individuals generally report high satisfaction rates with their GAS, little is known on dissatisfaction/regret and its impact on psychological and QoL outcomes. We believe that gaining insight into the influence of experienced complications and disappointing results after GAS (including genital, chest, facial, and voice/thyroid cartilage surgery) on these measures will help improve preoperative information and

PLAINTIFFS007203

identify and support people at risk for disappointing outcomes. More insight into the technical and psychological results of GAS, and their interrelationship of these aspects may improve our understanding of the overall outcomes of these treatments, and improve the effectiveness of care.

### Aims

Therefore, the objectives of the current study are to:
- describe satisfaction with and complications after any of the aforementioned GAS procedures in a cohort of people surgically treated for gender dysphoria five years after first contact with a gender clinic;
- explore the frequency and reported reasons of unsatisfactory and/or regretted outcomes;
- assess the association of dissatisfaction and/or (minor) regret with preoperative psychological symptoms, life satisfaction, and expectations regarding GAS, as well as with experienced complications at follow-up;
- assess differences in postoperative QoL, gender dysphoria, and psychological symptoms amongst satisfied and dissatisfied participants, and compare their scores to reference values.

## Method

### Procedure and participants

This follow-up study was conducted within the European Network on the Investigation of Gender Incongruence (ENIGI). All individuals diagnosed with gender dysphoria applying for gender-affirming interventions in Amsterdam (the Netherlands), Ghent (Belgium), Hamburg (Germany), and Oslo (Norway) filled out a battery of questionnaires during their diagnostic procedure (Kreukels et al., 2012).

Between July 2013 and February 2014, the cohort that had their first contact with the clinics in Amsterdam, Ghent, and Hamburg during 2007, 2008, and 2009 was invited to fill out an online survey. Because the Oslo clinic did not get ethical approval to contact Norwegian applicants again, the current article includes only three clinics. Institutional review board approval was obtained in the participating centers. Based on sex assigned at birth and treatments received, participants were automatically routed throughout the survey. Information on surgical procedures was retrieved from medical records or the responsible psychologist. More information on the procedures of the current study can be found in van de Grift et al. (2017). Finishing the survey typically took around 60 minutes.

In total, 546 people were invited to participate. At the end of the recruitment period, 201 (37%) people filled out the survey (Figure 1). Twenty-nine did not receive medical interventions and 36 received hormonal therapy. The remaining 136 (67%), who had received both hormonal therapy and GAS (genital, chest, facial, vocal cord, and/or thyroid cartilage surgery), were included for analysis. The majority of trans women had undergone a vaginoplasty, and some also received mamma augmentation. Other feminizing procedures included thyroid cartilage reduction, facial feminization surgery, and vocal cord surgery. The vast majority of trans men had undergone mastectomy and/or uterus extirpation and ovariectomy, and a minority received penis construction (phalloplasty or metoidioplasty).

The background characteristics of the study population are displayed in Table 1. Except for education level, none of the descriptive measures differed significantly between responders and nonresponders. Applicants with lower education were underrepresented in the present sample (12%) in comparison to the group of individuals who did not participate (21%).

### Main outcome measures

### Baseline information

Demographic and diagnostic information were collected at admission (Kreukels et al., 2012). At the end of the diagnostic phase, the diagnostic criteria of gender identity disorder (currently referred to as *gender*

PLAINTIFFS007204



GAS = gender affirming surgery, HTx = hormone therapy

Figure 1. Flowchart of study participants.

*dysphoria* in the *DSM-5*) (American Psychiatric Association, 2013) were scored by the clinician on a self-constructed form based on the *DSM-IV-TR* criteria (American Psychiatric Association, 2000; Paap et al., 2011). With regard to the medical treatment, participants were asked if they were aware of the risks of treatments (*yes/no*) and how sure they were of receiving medical treatments (*sure/pretty sure/unsure*; both self-constructed). Also, people were asked to rate overall feelings with regard to their life (*good/fair/not good*) (Bradburn, 1969).

### Treatment evaluation

At follow-up, transition status and the wish to undergo additional GAS procedures were surveyed via questionnaires constructed by the researchers. For each surgical procedure received, participants were surveyed on experienced complications (*yes/no*) and to specify each complication. Satisfaction with the outcome of GAS procedures was assessed on a 5-point Likert scale (*very dissatisfied* to *very satisfied*). For each surgical procedure received, participants were asked whether they regretted having undergone the procedure and to comment on this. For each country, language-specific versions of all measures were used.

### Gender dysphoria and psychological symptoms

*Utrecht Gender Dysphoria Scale (UGDS).* This 12-item scale assesses the level of experienced gender dysphoria. Respondents rated each item on a 5-point Likert scale. The sum score ranges from 12 (minimal dysphoria) to 60 (maximal dysphoria) (Cohen-Kettenis & van Goozen, 1997). At follow-up, participants received the UGDS version of the gender they currently lived in.

PLAINTIFFS007205

Table 1. Sample characteristics and baseline scores of the study participants (*n* = 136).

| | n (%) |
|---|---|
| Sex | |
| Trans woman | 81 (61) |
| Trans man | 51 (39) |
| Age (M, range)* | 36.3 (17–63) |
| Education* | |
| Lower | 16 (12) |
| Intermediate | 56 (42) |
| Higher | 63 (47) |
| Expecting risks of gender-affirming medical treatments*^ | |
| Yes | 76 (64) |
| No | 43 (36) |
| Sure of gender-affirming medical treatments*# | |
| Sure | 100 (80) |
| Pretty sure | 22 (18) |
| Unsure | 3 (2) |
| SCL-90, GSI (M, SD)* | .48 (.44) |
| Overall feelings about life*$ | |
| Good | 41 (33) |
| Fair | 55 (44) |
| Not good | 29 (23) |
| Social transition | |
| Yes | 134 (99) |
| No transition/retransition to assigned gender | 1 (1) |
| Future medical treatments& | |
| Yes | 51 (38) |
| Unsure | 27 (20) |
| No | 55 (41) |
| Clinic | |
| Amsterdam, The Netherlands | 60 (46) |
| Ghent, Belgium | 50 (38) |
| Hamburg, Germany | 22 (17) |

*Note.* SCL-90, GSI = Symptoms Checklist-90, Global Severity Index. Sums of percentages may not equal 100 due to rounding of decimals.
*baseline data. ^"Do you expect risks related to your gender-affirming medical treatments?" #"How sure are you with regard to undergoing gender-affirming medical treatments?" $"How do you feel when considering your life as a whole?" &"Are there any additional medical treatments you wish to receive?"

*Symptom Checklist 90-R (SCL-90).* The SCL-90 is a 90-item self-report questionnaire assessing psychological symptoms on a 5-point Likert scale, ranging from zero (*no symptoms*) to four (*severe symptoms*). The Global Severity Index (GSI) is the average of all items and indicates overall experienced psychological symptoms (Derogatis, 1992). The measure was administered both at baseline and at follow-up.

### Quality of life
*Satisfaction With Life Scale (SWLS).* In this scale, satisfaction with life is measured through the agreement with five statements on a 7-point Likert scale. The sum score represents an overall measure of satisfaction—from low (5), to neutral (20), and high (35) (Diener, Emmons, Larsen, & Griffin, 1985).

*Subjective Happiness Scale (SHS).* This scale assesses the level of experienced happiness. The participant reports the agreement with four statements regarding happiness on a 7-point Likert scale. Higher scores represent a higher degree of happiness (Lyubomirsky & Lepper, 1999).

*Cantril Ladder (CL).* In this one-item self-anchoring scale, the participant rates how well one overall feels at that moment, ranging from 0 (*extremely bad*) to 10 (*extremely good*) (Cantrill, 1965).

PLAINTIFFS007206

### Statistical analysis

Sex, education level, attitudes toward surgery, feelings about life, transition status, and planned GAS were reported as frequencies. Means and standard deviations were calculated for age and baseline SCL-90 GSI score. For all surgical procedures, the number of recipients and percentage per assigned sex were calculated, as well as self-reported complications and satisfaction. For participants indicating dissatisfaction and/or regret, the reported complications and comments were reviewed manually. Individuals who answered "dissatisfied" or "very dissatisfied" were considered dissatisfied, and individuals answering "yes" to the question about regretting a specific surgery were considered to have a (minor) regret. Associations of the following factors with GAS dissatisfaction/regret (*yes/no*) were calculated via odds ratios or chi-square calculations: "aware of risks of medical therapy," "sure of medical therapy," "overall feelings about life," and "experienced complications" and "planning additional surgery," or via correlation: baseline SCL-90 GSI. The relationship between dissatisfaction and QoL was assessed by comparing the dissatisfied and satisfied participants with regard to UGDS, follow-up SCL-90 GSI, SWLS, SHS, and CL scores. Because the test assumptions of normality were violated in the group with negative outcomes, nonparametric Mann-Whitney U tests were performed to compare the satisfied and dissatisfied groups. Values of the satisfied group were compared with control samples (nonclinical and general population samples including cisgender males and females) (Arrindell & Ettema, 2005; Arrindell, Heeskink, & Feij, 1999; Kahneman & Deaton, 2010; Lyubomirsky & Lepper, 1999; Steensma, 2013) using one-sample *t* tests and Cohen's *d* values of effect size. All analyses were performed using SPSS 22.0.

## Results

### Surgical procedures, complications, and postoperative satisfaction

Table 2 displays GAS procedures, self-reported complications, and satisfaction rates. Overall, complications included both medical (e.g., thrombosis), functional (e.g., voiding problems), and aesthetic issues (e.g., tissue necrosis). For trans women, complications were reported after vaginoplasty, mamma augmentation, and vocal cord surgery. The satisfaction with feminizing surgeries was 96% to 100%, except for a single person receiving vocal cord surgery who was not satisfied. For trans men, complication rates were highest for penis construction and mastectomy procedures. Satisfaction with the surgeries ranged from 94% (mastectomy) to 100% (penis construction), although some procedures were provided to only a few participants.

Table 2. Gender-affirming surgery received and self-reported complications and satisfaction.

| | | Medical Record Data* Received n (%) | Self-Reported Data^ | | |
| --- | --- | --- | --- | --- | --- |
| | | | Complications n (%) | Satisfied n (%) | Missing Data& n (%) |
| Feminizing surgery | Vaginoplasty | 71 (88) | 21 (38) | 53 (96) | 16 (23) |
| | Mamma augmentation | 33 (41) | 6 (22) | 25 (96) | 7 (21) |
| | Thyroid cartilage reduction | 9 (11) | 0 (0) | 6 (100) | 3 (33) |
| | Facial surgery | 7 (9) | 0 (0) | 7 (100) | 0 (0) |
| | Vocal cord surgery | 3 (4) | 1 (100) | 0 (0) | 2 (67) |
| Masculinizing surgery | Mastectomy | 49 (96) | 19 (53) | 34 (94) | 13 (27) |
| | Uterus extirpation | 48 (94) | 5 (14) | 34 (97) | 13 (27) |
| | Phalloplasty | 15 (29) | 4 (44) | 9 (100) | 6 (40) |
| | Metoidioplasty | 3 (6) | 2 (100) | 2 (100) | 1 (33) |

*Note.* *Data on the frequency of surgical procedures were collected from medical records. Percentages are calculated per sex: 81 trans women and 51 trans men; ^Data on complications and satisfaction were participant-reported. As some participants did not fill out some measures, percentages are calculated over the available data per procedure; &Numbers apply to participants who had received a surgical procedure but did not answer the questions on postoperative complications and/or satisfaction.

PLAINTIFFS007207

Table 3. Respondents reporting dissatisfaction after gender-affirming surgery.

| | Reported | Characteristics (incl. surgical procedures) | Complications | Reasons for Dissatisfaction |
|---|---|---|---|---|
| 1. | Dissatisfaction | 46 y/o trans woman breast augmentation; vaginoplasty; vocal cord surgery | Labia correction; no effect of vocal cord surgery | Vocal cord surgery had poor outcome |
| 2. | Minor regret | 42 y/o trans woman vaginoplasty | None | My body does not meet the feminine ideal |
| 3. | Dissatisfaction | 47 y/o trans woman vaginoplasty | None | Unspecified, dissatisfied with hormone therapy as well |
| 4. | Minor regret & dissatisfaction | 19 y/o trans man mastectomy; uterus extirpation | Hematoma; skin numbness of the chest; abdominal adhesions | Recurring abdominal pains, dependence on exogenous hormones |
| 5. | Dissatisfaction | 20 y/o trans woman breast augmentation; vaginoplasty | Capsule formation; vaginal fistula | Dissatisfied with the result of the breast augmentation |
| 6. | Dissatisfaction | 20 y/o trans man mastectomy | Infection; excessive scar tissue | Dissatisfied with the cosmetic outcome of the mastectomy |
| 7. | Dissatisfaction | 35 y/o trans woman vaginoplasty | Pain | Experiences technically poor outcome (chronic pain and poor cosmetic outcome) |
| 8. | Dissatisfaction | 19 y/o trans man mastectomy; uterus extirpation | Skin surplus | Dissatisfied with the cosmetic outcome of the mastectomy |

Dissatisfaction: "How do you feel about [surgical procedure] you have received?" Regret: "Do you regret your [surgical procedure] treatment?" See method section.

### Respondents reporting postoperative dissatisfaction

None of the respondents reported major regret. Eight respondents reported minor regrets (disappointment) or/and dissatisfaction with the outcomes of surgery (Table 3). The group included five trans women and three trans men who represented all three clinics. Three participants reported dissatisfaction after vaginoplasty, two after mastectomy, one after vocal cord surgery, one after uterus extirpation, and one after breast augmentation. One person (no. 3) was more generally dissatisfied; she was also dissatisfied with the hormonal treatment. Two participants reported dissatisfaction related to long-term complications, mostly pain (no. 4 and no. 7). The remaining five reported dissatisfaction with other outcomes, both functional (no. 1: no effect of vocal cord surgery) and aesthetic (nos. 2, 5, 6, and 8).

Reporting dissatisfaction and/or regret at follow-up was associated with less positive feelings about life, $\chi^2(2) = 7.47$, $p = .02$, and a higher SCL-90 GSI score at baseline, $r(127) = .24$, $p = .006$, and with reporting complications at follow-up ($OR = 6.07$, 95% CI: 1.18–31.38). Awareness of the risks and being sure about medical interventions at baseline were not significantly associated with dissatisfaction at follow-up, nor were the wishes for obtaining additional medical interventions at follow-up.

### Relationship between postoperative satisfaction and quality of life

Table 4 shows the mean QoL, gender dysphoria, and psychological symptom scores of the groups reporting dissatisfaction/regret and satisfaction with the outcomes of GAS, as well as control values retrieved from the literature. Satisfied participants had lower SCL-90 scores compared to the dissatisfied group; a trend toward a difference was seen for gender dysphoria (the UGDS score of the dissatisfied group was higher, but still low compared to the levels at baseline). For the other measures, a significant difference was seen for the Subjective Happiness Scale, with the satisfied group reporting a higher level of happiness; a trend in the same direction was seen for the Cantril Ladder.

When comparing the satisfied group with the normative control samples, significantly more psychological symptoms (SCL-90; $d = .22$) and lower satisfaction with life (SWLS; $d = .21$) were reported in our study sample. No significant differences were found for the levels of gender dysphoria, subjective happiness, and overall feelings about life when compared to control males and females, and to adolescents and young adults after GAS (de Vries et al., 2014).

PLAINTIFFS007208

Table 4. (Dis)satisfaction with surgery; differences in gender dysphoria, psychological symptoms, and quality of life, and the relationship with reference values.

| | Dissatisfied $n = 8$ M (SD) | Satisfied $n = 127$ M (SD) | Reference M | Test statistics, Satisfied vs. | |
| --- | --- | --- | --- | --- | --- |
| | | | | Dissatisfied | Reference |
| Gender Dysphoria | | | | | |
| UGDS | 19.0 (6.2) | 15.9 (4.3) | 15.8[1] | $U = 303, p = .08$ | $t = .13, p = .90$ |
| Psychological Symptoms | | | | | |
| SCL-90 (GSI) | .808 (.73) | .410 (.47) | .31[2] | **$U = 300, p = .05$** | **$t = 2.42, p = .02$** |
| Satisfaction With Life | | | | | |
| SWLS | 20.1 (7.6) | 24.2 (7.0) | 26.2[3] | $U = 294, p = .16$ | **$t = -3.19, p = .002$** |
| SHS | 3.57 (1.6) | 4.87 (1.4) | 4.89[4] | **$U = 233, p = .04$** | $t = -.17, p = .86$ |
| CL | 5.29 (2.7) | 7.07 (2.2) | 6.76[5] | $U = 267, p = .08$ | $t = 1.60, p = .11$ |

*Note.* One person had missing data on this measure, n = 135. CL = Cantril Ladder; SCL-90, GSI = Symptom Checklist-90, Global Severity Index; SHS = Subjective Happiness Scale; SWLS = Satisfaction With Life Scale; UGDS = Utrecht Gender Dysphoria Scale. Reference data includes data from both male and female cisgender controls, reported in the literature. Significant differences in bold.
[1]Steensma, 2013 (sample of 219 nonclinical heterosexual males and females). [2]Arrindell & Ettema, 2005 (general population sample of 2,368 males and females). [3]Arrindell, Heesink, & Feij, 1999 (general population of 1,700 young males and females). [4]Lyubomirsky & Lepper, 1999 (college sample of 551 males and females). [5]Kahneman & Deaton, 2010 (general population of 450,000 males and females).

## Discussion

Gender-affirming surgeries form an important part of medical treatment of gender dysphoria. In our study, participants reported high surgical satisfaction rates despite considerable numbers of postoperative complications. From the literature it is clear that complication rates differ per GAS procedure and depend on how data are being collected. Most studies point out the substantial risks of these surgeries (Horbach et al., 2015), whereas data collection via surveys obtained similarly high self-reported complication rates (Lawrence, 2006). The high number of satisfied respondents found in the present study is comparable to earlier studies (Bouman et al., 2016; Buncamper et al., 2015; De Cuypere et al., 2005; Horbach et al., 2015; Lawrence, 2003; Lawrence, 2006; Nelson, Whallett, & McGregor, 2009; Rehman et al., 1999; Smith et al., 2005; Weigert et al., 2013) and emphasizes the effectiveness of gender-affirming procedures. Yet, most treatment evaluation studies have collected data in a clinical setting, whereas the present study reports on a cohort that was surveyed in their home environment with limited dependence on clinicians (although the participants were invited through the clinics).

With regard to regret, similar to other studies (De Cuypere et al., 2005; Lawrence, 2006; Smith et al., 2005), only a few study participants reported feelings of regret, which was exclusively related to disappointment and not to the wish to detransition. Amongst the eight people who reported dissatisfaction or/and regret with GAS, both genders and most surgical procedures were represented.

Unlike many previous evaluation studies, we have looked into the background of this (dis)satisfaction. Smith and colleagues (2005) did not find an association between dissatisfaction with surgery and sex assigned at birth. Lawrence (2006), who only studied trans women, reported that self-reported complications and less favorable physical functioning (mostly pain) were negatively associated with satisfaction with GAS. Comments of our dissatisfied group showed that dissatisfaction was related to great treatment dissatisfaction, long-term complications, and disappointing (functional/aesthetic) outcomes. With respect to the last group, the surgical outcomes were mostly regarded as disappointing in relation to the feminizing or masculinizing aim (e.g., limited change in voice pitch after vocal cord surgery, or skin surplus after mastectomy that kept the chest's appearance feminine). Some reasons of dissatisfaction could be considered the direct result of postoperative complications, resulting in a six-fold increased risk of dissatisfaction amongst people who reported complications. The influence of perceived surgical outcomes on satisfaction has been described earlier (Landén, Wålinder, Hambert, & Lundström, 1998; Lawrence, 2003; Lawrence, 2006; Peyrot & Rubin, 2009). However, not all dissatisfied respondents reported complications with surgery, indicating that psychological characteristics may also have played a role.

Psychological symptoms and life dissatisfaction at baseline were associated with treatment dissatisfaction at follow-up. These findings emphasize the importance of paying attention to psychological mechanisms in addition to technical outcomes. Some may relate to psychological characteristics already present

PLAINTIFFS007209

before medical transition. Participants experiencing more psychological problems at clinical entry (along with and/or resulting from gender dysphoria) seem to differ from those with fewer psychological problems with regard to treatment evaluation. Earlier studies pointed out that pretreatment psychological functioning influences evaluation of the outcomes of medical transition (de Vries et al., 2014; Smith et al., 2005). Psychological symptoms, mostly depression, are associated with impaired treatment outcomes (Mayou et al., 2000), but also with disappointment (Saisto, Salmela-Aro, Nurmi, & Halmesmaki, 2001) and poor coping behavior (Kelly, Tyrka, Price, & Carpenter, 2008), albeit these studies did not include surgical samples. In the light of our findings, this could imply that individuals with more psychological symptoms at baseline may be at risk for poorer experienced outcomes of GAS. Although technical outcomes are important, psychological characteristics can influence how individuals cope once disappointing situations occur. Interestingly, participants were most satisfied with the procedure that had the highest prevalence of reported complications: penis construction. One explanation may be that these participants received more or better preoperative attention than was the case in other types of surgery. Their motivations and expectations concerning surgery were not only discussed with the responsible surgeon, but frequently also with a psychologist-sexologist. Additionally, only highly motivated people probably choose to undergo a procedure with a high risk of complications, after which disappointment may be more difficult to admit.

The relationship between (dis)satisfaction and QoL measures shows that treatment satisfaction can be viewed as an indicator for other experienced outcomes. Compared to the satisfied group, participants reporting dissatisfaction with any of their GAS procedures scored less favorably on psychological symptoms and QoL measures; they also displayed a nonsignificant trend toward less favorable gender dysphoria scores. Our study is the first assessing this relationship between treatment satisfaction, psychological well-being, and QoL in a large prospectively followed cohort. Lawrence (2006) has described the associations between postoperative satisfaction and improvement in QoL, but did not objectify the latter by using standardized measures. The dissatisfied participants no longer scored in the clinical gender dysphoria range at follow-up (Steensma, 2013), and no statistically significant differences were found with the satisfied group. Among dissatisfied respondents, less favorable scores on psychological symptoms and life satisfaction may relate to the higher number of self-reported complications (e.g., chronic pain), suggesting lower physical well-being.

Compared to other studies reporting on values of operated and norm groups (de Vries et al., 2014; Motmans et al., 2012; Newfield et al., 2006), our results show that satisfied respondents reported a relatively positive QoL. This confirms that medical transition alleviates feelings of gender dysphoria and improves life satisfaction to normative levels. This "normalization" of QoL most likely results from affirming one's gender identity by making physical characteristics more congruent to one's experienced gender and all its positive consequences on life. Remaining issues on some QoL measures could be explained by the fact that a number of people did not undergo all GAS desired procedures or by issues faced in their social life.

This study's main limitation was the sample representativeness. With a response rate of 37%, similar to the attrition rates of most follow-up studies (Gijs & Brewaeys, 2007), our study has probably suffered from a selection bias. Particularly individuals with lower education were underrepresented. In the future, this might be improved by decreasing the effort to participate, by reducing the length and complexity of the questionnaire, or finding alternatives for questionnaire evaluation only. Potentially, less satisfied individuals may have been underrepresented as well, although, the contrary cannot be ruled out either.

For surgeons it is important to know what type of "objective" results are considered desirable. In order to gain more insight into the relation between "objective" and "subjective" outcomes (Haid et al., 2016; Nordenstrom et al., 2010), future studies may collect both self-reported outcomes as well as objective measures (e.g., photography). Preferably, questionnaires should be used that are valid in this population and enable pre- and postintervention comparisons. The UGDS, which we used to assess postoperative gender dysphoria, was not originally developed for use in this setting, possibly reducing its sensitivity. Also, our study objective was to follow up all people five years after clinical entry, irrespective of their treatment phase. Therefore not all respondents were in the same postsurgical phase, lumping individuals with different postoperative follow-up lengths into single groups. Lastly, it should be mentioned that

PLAINTIFFS007210

treatment satisfaction and quality of life are more dynamic concepts than we most likely have been able to detect. Overall feelings of well-being may change over time, partly in response to external events. Therefore, it would be valuable to survey the participants of the present study again after five more years to see how these indicators further develop.

## Conclusions

The results of our study suggest that satisfaction with gender-affirming surgery is related to a variety of factors; although dissatisfaction may not be very prevalent, it can be viewed as an indicator of more impaired outcomes. Predicting dissatisfaction with postoperative outcomes is difficult, but the present data suggest associations with preoperative psychological symptoms and life satisfaction, as well as with self-reported complications at follow-up. Satisfaction with the relatively complicated phalloplasty procedure, before which participants are mostly thoroughly counseled by both the surgeon and the psychologist, was high. This may suggest that a concerted effort by specialized clinicians of both specialties may improve experienced outcomes.

## Acknowledgments

The authors would like to thank all study participants as well as Hertha Richter-Appelt, Griet De Cuypere, Timo Nieder, Inga Becker, and Gunter Heylens for their contribution to the establishment of the ENIGI protocol and to the follow-up data collection.

## References

Ainsworth, T. A., & Spiegel, J. H. (2010). Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery. *Quality of Life Research, 19*, 1019–1024.

American Psychiatric Association. (2000). *Diagnostic and statistical manual of mental disorders* (4th ed., text rev.). Washington, DC: Author.

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders* (5th ed.). Washington, DC: Author.

Arrindell, W. A., & Ettema, J. H. M. (2005). *Symptom checklist: handleiding bij multidimensionale psychopathologie-indicator* [Symptom checklist: manual of the multidimensional psychopathology indicator]. Amsterdam, The Netherlands: Pearson Assessment and Information B.V.

Arrindell, W. A., Heesink, J., & Feij, J. A. (1999). The Satisfaction With Life Scale (SWLS): Appraisal with 1700 healthy young adults in The Netherlands. *Personality and Individual Differences, 26*, 815–826.

Bouman, M. B., van der Sluis, W. B., van Woudenberg Hamstra, L. E., Buncamper, M. E., Kreukels, B. P. C., Meijerink, W. J., & Mullender, M. G. (2016). Patient-reported esthetic and functional outcomes of primary total laparoscopic intestinal vaginoplasty in transgender women with penoscrotal hypoplasia. *Journal of Sexual Medicine, 13*, 1438–1444.

Bradburn, N. M. (1969). *The structure of psychological well-being*. Chicago, IL: Aldine.

Buncamper, M. E., Honselaar, J. S., Bouman, M. B., Özer, M., Kreukels, B. P., & Mullender, M. G. (2015). Aesthetic and functional outcomes of neovaginoplasty using penile skin in male-to-female transsexuals. *Journal of Sexual Medicine, 12*, 1626–1634.

Cantril, H. (1965). *The pattern of human concerns*. New Brunswick, NJ: Rutgers University.

Cohen-Kettenis, P. T., & Van Goozen, S. H. M. (1997). Sex reassignment of adolescent transsexuals: A follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 36*, 263–271.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., De Cuypere, G., Feldman, J., … Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism, 13*, 165–232.

De Cuypere, G., T'Sjoen, G., Beerten, R., Selvaggi, G., De Sutter, P., Hoebeke, P., … Rubens, R. (2005). Sexual and physical health after sex reassignment surgery. *Archives of Sexual Behavior, 34*, 679–690.

De Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134*(4), 696–704.

Derogatis, L. R. (1992). *SCL-90-R, administration, scoring and procedures manual-II for the R(evised) version and other instruments of the psychopathology rating scale series*. Towson, MD: Clinical Psychometric Research.

Diener, E., Emmons, R. A., Larsen, R. J., & Griffin, S. (1985). The Satisfaction With Life Scale. *Journal of Personality Assessment, 49*, 71–75.

Gijs, L., & Brewaeys, A. (2007). Surgical treatment of gender dysphoria in adults and adolescents: Recent developments, effectiveness, and challenges. *Annual Review of Sex Research, 18*, 178–224.

PLAINTIFFS007211



Haid, B., Becker, T., Koen, M., Berger, C., Strasser, C., Roesch, J., … Oswald, J. (2016). Penile appearance after hypospadias correction from a parent's point of view: Comparison of the hypospadias objective penile evaluation score and parents penile perception score. *Journal of Pediatric Urology*, *12*, 33.e1–33.e7.

Horbach, S. E. R., Bouman, M. B., Smit, J. M., Özer, M., Buncamper, M. E., & Mullender, M. G. (2015). Outcome of vaginoplasty in male-to-female transgenders: A systematic review of surgical techniques. *Journal of Sexual Medicine*, *12*, 1499–1512.

Kahneman, D., & Deaton, A. (2010). High income improves evaluation of life but not emotional well-being. *Proceedings of the National Academy of Sciences USA*, *107*, 16489–16493.

Kelly, M. M., Tyrka, A. R., Price, L. H., & Carpenter, L. L. (2008). Sex differences in the use of coping strategies: Predictors of anxiety and depressive symptoms. *Depression and Anxiety*, *25*, 839–846.

Kreukels, B. P. C., Haraldsen, I. R., De Cuypere, G., Richter-Appelt, H., Gijs, L., & Cohen-Kettenis, P. T. (2012). A European network for the investigation of gender incongruence: The ENIGI initiative. *European Psychiatry*, *27*, 445–450.

Kuhn, A., Bodmer, C., Stadlmayr, W., Kuhn, P., Mueller, M. D., & Birkhäuser, M. (2009). Quality of life 15 sources after sex reassignment surgery for transsexualism. *Fertility and Sterility*, *92*, 1685–1689.

Kuiper, B., & Cohen-Kettenis, P. T. (1988). Sex reassignment surgery: A study of 141 Dutch transsexuals. *Archives of Sexual Behavior*, *17*, 439–457.

Landén, M., Wålinder, J., Hambert, G., & Lundström, B. (1998). Factors predictive of regret in sex reassignment. *Acta Psychiatrica Scandinavica*, *97*, 284–289.

Lawrence, A. A. (2003). Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. *Archives of Sexual Behavior*, *32*, 299–315.

Lawrence, A. A. (2006). Patient-reported complications and functional outcomes of male-to-female sex reassignment surgery. *Archives of Sexual Behavior*, *35*, 717–727.

Lyubomirsky, S., & Lepper, H. S. (1999). A measure of subjective happiness: Preliminary reliability and construct validation. *Social Indicators Research*, *46*, 137–155.

Mayou, R. A., Gill, D., Thompson, D. R., Day, A., Hicks, N., Volmink, J., & Neil, A. (2000). Depression and anxiety as predictors of outcome after myocardial infarction. *Psychosomatic Medicine*, *62*, 212–219.

Motmans, J., Meier, P., Ponnet, K., & T'Sjoen, G. (2012). Female and male transgender quality of life: Socioeconomic and medical differences. *Journal of Sexual Medicine*, *9*, 743–750.

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology*, *72*, 214–231.

Nelson, L., Whallett, E. J., & McGregor, J. C. (2009). Transgender patient satisfaction following reduction mammaplasty. *Journal of Plastic, Reconstructive & Aesthetic Surgery*, *62*, 331–334.

Newfield, E., Hart, S., Dibble, S., & Kohler, L. (2006). Female-to-male transgender quality of life. *Quality of Life Research*, *15*, 1447–1457.

Nordenstrom, A., Frisen, L., Falhammar, H., Filipsson, H., Holmdahl, G., Janson, P. O., … Nordenskjöld, A. (2010). Sexual function and surgical outcome in women with congenital adrenal hyperplasia due to CYP21A2 deficiency: Clinical perspective and the patients' perception. *Journal of Clinical Endocrinology & Metabolism*, *95*, 3633–3640.

Paap, M., Kreukels, B. P. C., Cohen-Kettenis, P. T., Richter-Appelt, H., De Cuypere, G., & Haraldsen, I. R. (2011). Assessing the utility of diagnostic criteria: A multisite study on gender identity disorder. *Journal of Sexual Medicine*, *8*, 180–190.

Peyrot, M., & Rubin, R. R. (2009). How does treatment satisfaction work? Modeling determinants of treatment satisfaction and preference. *Diabetes Care*, *32*, 1411–1417.

Pfäfflin, F. (1993). Regrets after sex reassignment surgery. *Journal of Psychology & Human Sexuality*, *5*, 69–85.

Rehman, J., Lazer, S., Benet, A. E., Schaefer, L. C., & Melman, A. (1999). The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. *Archives of Sexual Behavior*, *28*, 71–89.

Saisto, T., Salmela-Aro, K., Nurmi, J. E., & Halmesmäki, E. (2001). Psychosocial predictors of disappointment with delivery and puerperal depression. *Acta Obstetricia et Gynecologica Scandinavica*, *80*, 39–45.

Smith, Y. L., Van Goozen, S. H. M., Kuiper, A. J., & Cohen-Kettenis, P. T. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine*, *35*, 89–99.

Steensma, T. D. (2013). *From gender variance to gender dysphoria: Psychosexual development of gender atypical children and adolescents* (Doctoral dissertation). Vrije Universiteit, Amsterdam, The Netherlands.

Van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., De Cuypere, G., Richter-Appelt, H., & Kreukels, B. P. (2017). Effects of medical interventions on gender dysphoria and body image: A follow-up study. *Psychosomatic Medicine*. Advance online publication. doi:10.1097/PSY.0000000000000465.

Van den Bos, G. A. M., & Triemstra, A. H. M. (1999). Quality of life as an instrument for need assessment and outcome assessment of health care in chronic patients. *Quality in Health Care*, *8*, 247–252.

Weigert, R., Frison, E., Sessiecq, Q., Al Mutairi, K., & Casoli, V. (2013). Patient satisfaction with breasts and psychosocial, sexual, and physical well-being after breast augmentation in male-to-female transsexuals. *Plastic and Reconstructive Surgery*, *132*, 1421–1429.

PLAINTIFFS007212