VRIJE
UNIVERSITEIT
AMSTERDAM

# VU Research Portal

**Bones in balance**

Vlot, M.C.

2020

*document version*
Publisher's PDF, also known as Version of record

Link to publication in VU Research Portal

*citation for published version (APA)*
Vlot, M. C. (2020). *Bones in balance: use of bone turnover markers in clinical practice*. [PhD-Thesis - Research and graduation internal, Vrije Universiteit Amsterdam].

**General rights**
Copyright and moral rights for the publications made accessible in the public portal are retained by the authors and/or other copyright owners and it is a condition of accessing publications that users recognise and abide by the legal requirements associated with these rights.

· Users may download and print one copy of any publication from the public portal for the purpose of private study or research.
· You may not further distribute the material or use it for any profit-making activity or commercial gain
· You may freely distribute the URL identifying the publication in the public portal ?

**Take down policy**
If you believe that this document breaches copyright please contact us providing details, and we will remove access to the work immediately and investigate your claim.

**E-mail address:**
**vuresearchportal.ub@vu.nl**

PLAINTIFFS007220

# BONES IN BALANCE

## Use of bone turnover markers in clinical practice



## Mariska Caroline Vlot

PLAINTIFFS007221

# Bones in balance
## Use of bone turnover markers in clinical practice

Mariska Caroline Vlot

PLAINTIFFS007222

This PhD thesis was embedded within Amsterdam Movement Sciences research institute, at the Department of Internal Medicine and Department of Clinical Chemistry, Amsterdam UMC, Vrije Universiteit Amsterdam, the Netherlands.

Printing of this thesis was kindly supported by Bayer BV, Besins Healthcare Netherlands BV, Bio-Connect Diagnostics BV, Chipsoft BV, DiaSorin SA/NV, Ferring BV, Galephar Netherlands BV, TECOMedical Benelux BV, Tromp Medical BV, Will pharma BV.

Layout and printing: Off Page, Amsterdam

© 2020 M.C.Vlot, Amsterdam, the Netherlands
All rights reserved. No part of this thesis may be reproduced, stored or transmitted in any form or by any means, without prior written permission by the author.

PLAINTIFFS007223

VRIJE UNIVERSITEIT

# Bones in balance
## Use of bone turnover markers in clinical practice

ACADEMISCH PROEFSCHRIFT

ter verkrijging van de graad Doctor of Philosophy aan
de Vrije Universiteit Amsterdam,
op gezag van de rector magnificus
prof.dr. V. Subramaniam,
in het openbaar te verdedigen
ten overstaan van de promotiecommissie
van de Faculteit der Geneeskunde
op maandag 23 maart 2020 om 13.45 uur
in de aula van de universiteit,
De Boelelaan 1105

door

Mariska Caroline Vlot
geboren te Leiden

PLAINTIFFS007224

promotoren:     prof.dr. R. de Jonge
prof.dr. M. den Heijer

copromotor:     dr. A.C. Heijboer

PLAINTIFFS007225

Leescommissie:     prof.dr. M.G. Vervloet
                   prof.dr. M.C. Zillikens
                   prof.dr. E. Cavalier
                   prof.dr. B. Obermayer-Pietsch
                   dr. R.T. de Jongh
                   dr. S.E. Hannema

PLAINTIFFS007226

PLAINTIFFS007227

*"Your bones are for life.*
*Look after them and they will carry you far."*
Susan Hampshire

PLAINTIFFS007228

PLAINTIFFS007229

# Table of Contents

**Part I**  **Introduction**

**Chapter 1**  General introduction  13

**Chapter 2**  Clinical utility of bone markers in various diseases  25

**Part II**  **Effects of sex steroids on bone health in transgender persons**

**Chapter 3**  Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents  57

**Chapter 4**  Bone mineral density increases in trans persons after 1 year of hormonal treatment: a multicenter prospective observational study  77

**Chapter 5**  Gender-affirming hormone treatment decreases bone turnover in trans women and older trans men  95

**Part III**  **Effects of inflammation and auto-immune disease on bone turnover**

**Chapter 6**  Effect of antiretroviral therapy on bone turnover and bone mineral density in men with primary HIV-1 infection  117

**Chapter 7**  Multiple sclerosis patients show lower bioavailable 25(OH)D and 1,25(OH)$_2$D, but no difference in ratio of 25(OH)D/24,25(OH)$_2$D and FGF23 concentrations  131

**Part IV**  **Possible role of FGF23 as tumor marker in malignant disease**

**Chapter 8**  Plasma FGF23 is not elevated in prostate cancer  153

**Part V**  **Summary and discussion**

**Chapter 9**  Summary and discussion (English and Dutch)  163

**Part VI**  **Appendices**

List of publications  185

Contributing authors and affiliations  187

Portfolio  190

About the author  194

List of abbreviations  195

PLAINTIFFS007230

PLAINTIFFS007231

# Part I

## INTRODUCTION

PLAINTIFFS007232

# Chapter 1

PLAINTIFFS007233



General introduction

PLAINTIFFS007234

PLAINTIFFS007235

The overall objective of this thesis is to assess the use of different bone turnover markers in clinical practice and to gain insight in changes of bone turnover in various patient settings. **Chapter 1** of the first part of this thesis consists of a general introduction that provides more background on the anatomy and physiology of bone tissue. Next, bone turnover markers and their clinical utility are addressed. Subsequently, different bone cells and their function are explained in more detail. Last, assessment of bone health by dual-energy X-ray absorptiometry (DXA) is described, followed by several factors affecting bone homeostasis. This chapter ends with an outline of the thesis.

## Bone

During growth and also in adult life, bone is constantly broken down and (re)built, a process known as bone remodeling [1]. Bone remodeling resembles a coupled process that starts with bone resorption and is followed by bone formation [2–5] (see Figure 1). Osteoclasts, osteoblasts and osteocytes are the essential cells controlling this bone remodeling process, which will be explained in more detail in the next paragraphs. These cells produce or release several factors called bone turnover markers (BTMs), when bone is degraded or formed and these BTMs can be measured in blood or urine. As a result these BTMs can be used in clinical practice e.g. to assist in diagnosing (metabolic) bone disease.

The main function of bone is to provide structure and protection of the internal organs by resisting mechanical forces [6]. Furthermore, bone contains bone marrow of which stem cells originate and bone is a dynamic reservoir for calcium and phosphate metabolism. Next to this, bone has several endocrine functions e.g. glucose homeostasis and insulin sensitivity which are partially mediated by the matrix protein osteocalcin (OC) [7]. Lastly, bone acts as a buffer in acid-base imbalances.

Bone can be differentiated in either trabecular or cortical bone. Trabecular bone, also known as spongy or cancellous bone, is predominantly present in the lumbar spine and contains many trabeculae between which bone marrow is located. Cortical bone is found primarily in the shaft of long bones and forms the outer shell around cancellous bone at the end of joints and the vertebrae. Cortical, or compact bone, is mainly present in the hip and represents 80% of the total bone volume of the body [8–10]. Within bone tissue, all bone cells are embedded within a bone matrix, which provide bone its rigidity. The main components of this matrix are the organic type I collagen and anorganic components of which calcium hydroxyapatite is the most abundant. Osteoid, newly formed bone which is not yet mineralized, consists mainly of type I collagen which is composed of triple helix polypeptide chains [6]. This type of collagen is predominantly found in bone, but also in skin and tendons, albeit to a lesser extent [11]. The anorganic calcium hydroxyapatite provides bone its additional rigidity and strength, especially once mineralization of the osteoid is completed [6,10–12].

PLAINTIFFS007236

General introduction



*Image reprinted by courtesy of Encyclopaedia Britannica Inc., copyright 2013, no changes were made.*

**Figure 1.** Overview of bone remodeling

# Bone turnover markers and clinical utility

BTMs are considered indicators of bone remodeling as their release from bone into blood reflects the bone resorption and/or bone formation directly. Figure 2. shows an overview of several BTMs that are addressed in this thesis. Nowadays, the use of BTMs increased substantially as they can be measured more easily, as they are useful either to diagnose bone (related) disease, to follow its natural history, but also to monitor the effects of interventions [13–16]. However, it is challenging to choose the BTM with the best clinical utility in order to optimize patient care as many bone formation and bone resorption markers can be measured in one individual patient.

Throughout this thesis the concept "clinic utility" of BTMs is used. With clinical utility of a BTM we mean that a BTM is suitable either 1) to diagnose bone (related) disease, 2) to assist in making a prognosis of either improvement or deterioration of bone (related) disease, or 3) to define high risk patients e.g. patients with low bone mineral density (BMD) or high fracture risk. Based on these aspects, the clinician can provide medical advice to his/her patients in order to preserve the best possible bone health. This will result in an overall improved health outcome for the patient and also in a reduction of health care costs eventually. In this thesis, we will evaluate whether and when BTMs are of additional value in clinical practice based on this definition of clinical utility.

The best BTM for the clinician to use would be produced in bone tissue only, can be detected by a standardized laboratory assay at low costs with low variability and high diagnostic test accuracy, can be interpreted based on proper reference values and is associated with clinical

16

PLAINTIFFS007237

outcomes related to bone disease such as a decrease of BMD, and/or bone strength or increased fracture risk. As BTM concentrations are affected by several factors such as sex, age, kidney function, hepatic function, recent fracture, fasting state, circadian rhythm and assay variability, the clinician should be aware of possible pitfalls when selecting a BTM and interpreting its concentration. These possible pitfalls will be addressed throughout the next chapters of this thesis.

# Bone cells

## Osteoclast

Osteoclasts originate from the monocyte cell line and are therefore related to macrophage cells. By secreting acid substances and using lysosomal enzymes osteoclasts resorb bone matrix. BTMs carboxy-terminal telopeptide of type I collagen (CTX), cross−linked carboxy-terminal telopeptide of type I collagen (ICTP), amino-terminal telopeptide of type I collagen (NTX), deoxypyridinoline



*Image reprinted with approval of P.B. Hoeber via Copyright Clearance Center, confirmation number 11856615, based on the original article "Bone Turnover Markers in the Diagnosis and Monitoring of Metabolic Bone Disease", Greenblatt MB, Tsai JN and Wein MN, Clin Chem 2017 Feb;63(2):464-474. No changes were made, only a legend was added.*

**Figure 2.** Overview of bone turnover markers either released or produced during bone resorption or bone formation. **Legend:** CTx = carboxy-terminal telopeptide of type I collagen, NTx = amino-terminal telopeptide of type I collagen, PYD = pyridinoline, DPD = deoxypyridinoline , TRAP = TRAP5b = tartrate resistant alkaline phosphatase 5b, PINP = amino-terminal propeptide of type I procollagen, PICP = carboxy-terminal propeptide of type I procollagen, bone ALP = BALP =  bone specific alkaline phosphatase, OC = osteocalcin. Resorption marker cross-linked carboxy-terminal telopeptide of type I collagen (ICTP) is not displayed in Figure 2.

PLAINTIFFS007238



(DPD), and tartrate resistant alkaline phosphatase 5b (TRAP5b) are released during bone resorption. These markers are degradation products of type I collagen or represent enzymes that are present in the osteoclast and can be measured in blood and/or urine samples [11,17].

### Osteoblast

Osteoblasts are bone forming cells and originate from osteoprogenitor cells derived from stem cells. The osteoblasts are essential for synthesizing bone matrix by producing type I collagen and also to mineralize osteoid. Osteoblasts release the BTMs amino-terminal propeptide of type I procollagen (PINP), carboxy-terminal propeptide of type I procollagen (PICP), osteocalcin (OC) and bone specific alkaline phosphatase (BALP) during bone formation. In the process of mineralization of bone especially alkaline phosphatase (ALP) and OC play an important role [11]. Bone formation markers are peptides, proteins or enzymes that are derived from, or are present in the osteoblasts and can be measured in blood and some also in urine samples [11,17].

### Osteocyte

Osteocytes are older inactivated osteoblasts and lie embedded in the bone matrix. Osteocytes are connected to each other by small canaliculi, which allows them to affect bone turnover by producing fibroblast growth factor-23 (FGF23) and sclerostin. FGF23 affects bone metabolism by increasing the activity of the enzyme 24-hydroxylase in the kidney and the phosphate excretion by the kidney. In addition, the activity of the enzyme 1-alpha-hydroxylase and parathormone (PTH) concentration decrease, all resulting in a decrease of the concentration of active vitamin D [18,19]. Sclerostin inhibits the anabolic Wnt-signaling pathway, which results in decreased bone formation [20].

## Assessing bone health by DXA

Currently, BMD measurements by DXA are most commonly used to evaluate bone health in patient care. The two-dimensional DXA measurements display the BMD in grams of mineralized bone per square cm ($g/cm^2$) [21]. However, the DXA does not account for differences in shape and size of the bone which can result in either under- or overestimation of BMD, which is especially relevant in younger persons with growing bones and those who have not reached their peak bone mass yet [22]. To account for these changes in bone size a volumetric assessment of the BMD is required [23]. Also, a DXA scan does not discriminate between trabecular or cortical bone. Furthermore, only mineralized bone can be reliably measured by DXA and complete mineralization of newly formed bone can take up to 1-3 years to be completed [10]. As a result, DXA scans are especially useful to display longer term changes in BMD. This is in contrast to measurements of BTMs as these display the actual bone metabolism. Therefore BTMs can be valuable in early analysis of bone health in clinical patient care. In this thesis, we often relate changes in bone remodeling measured by BTMs to changes in BMD measured by DXA to assess both short and longer term changes in bone metabolism and bone health of our study participants.

PLAINTIFFS007239

Nowadays, DXA is predominantly used in the clinic to diagnose osteoporosis. Osteoporosis is characterized by a deterioration of bone structure and quality resulting in impaired bone strength and increased fracture risk. These fractures are associated with increased mortality, especially in the elderly [2,24] and also result in a great financial burden on the healthcare system. The prevalence of osteoporosis in Europe is estimated at 22 million mainly post-menopausal women and 5.5 million men [24]. Osteoporosis is diagnosed based on calculating T-scores according to WHO criteria [25]. T-scores are calculated by comparing the BMD of the patient to a reference BMD of young healthy women or men with the same ethnicity. Alternatively, in younger patients, a Z-score can be calculated, in which the BMD of the patient is compared to the BMD of a reference BMD of women or men with the same age and ethnicity. A T-score of -1.0 and above is considered normal, osteopenia is classified as a T-score between -1.0 and -2.5 and osteoporosis is present when a T-score of -2.5 or below is calculated. A Z-score of -2.0 or below is considered as osteoporotic [22,25]. Treatment of osteoporosis by antiresorptive therapy such as bisphosphonates results in suppression of bone turnover and therefore an increase in BMD and a reduction of fracture risk. Currently, BTMs do not play a key role in the diagnosis of osteoporosis, because the diagnostic predictive value of BTMs for fractures in the individual patient at baseline in osteoporosis treatment is low [26]. However, the International Osteoporosis Foundation (IOF) and also the International Federation of Clinical Chemistry and Laboratory Medicine (IFCC) guidelines do favor using PINP as formation marker and CTX as resorption marker as BTM of choice to monitor and to evaluate the effect of osteoporosis therapy [2,24,26,27].

## Factors affecting bone turnover and BMD

From childhood until adulthood, several factors are known to affect bone health such as insulin like growth factor (IGF-1), sex steroids, parathyroid hormone (PTH), cortisol, calcium, vitamin D and mechanical loading of the skeleton either by muscle tension and/or body weight [27,28]. Bone growth starts with endosteal growth, implying formation of new bone by osteoblasts at the medullary cavity of the bone, where estrogens play an important role. Later, also periosteal apposition of bone occurs, especially due to the effect of androgens. The longitudinal growth of bones is terminated after closure of the epiphyseal growth plates due to high concentrations of estrogen in both girls and boys towards the end of puberty. In boys aromatization of (a part of) testosterone results in estrogen and thereby exerts its anabolic effect on bone as well. After termination of longitudinal bone growth in puberty, bone mineralization continues and the peak bone mass is reached at an average age of 30 years [1]. In general, adult men have higher BMD than women [29]. During adulthood, bone resorption starts to exceed bone formation, resulting in a gradual decrease of BMD during aging in both men and women [1,10]. Bone loss occurs predominantly in the cortical bone, which is seen especially in post-menopausal women due to loss of estrogen which induces bone resorption [10,30–32]. In addition, the number of trabeculae in the trabecular bone decreases as well. These physiological changes are shown in Figure 3.

Besides physiological changes in bone metabolism, other factors also affect bone metabolism. Drugs affecting sex steroid concentrations (e.g. gender affirming hormone therapy in transgender

PLAINTIFFS007240

persons, aromatase inhibitors or gonadotropin-releasing hormone (GnRH) analogues) can result in changes in bone metabolism [33–35]. Furthermore, inflammatory factors such as interleukin-8 (IL-8) and tumor necrosis factor alpha (TNF-α) in case of inflammation or tumor derived factors such as tumor growth factor beta (TGF-β) in case of malignant disease can negatively affect bone metabolism [36–38]. These factors often result in an increase of bone resorption and therefore exert possible deleterious effects on BMD and bone strength. Consequently, treatment of these inflammatory or malignant diseases resulting in a decrease of inflammation or tumor derived factors may restore bone health in part.

## Objective of this thesis

The overall objective of this thesis is to assess the use of different bone turnover markers in clinical practice and to gain insight in changes in bone turnover in various patient settings. This thesis will provide additional knowledge of the clinical utility of several BTMs. As a result, this thesis consists of five parts in which the effects of sex steroids, inflammation and malignant disease on bone turnover and BTMs are assessed. An overview of the different parts is described below.



*Image reprinted according to Creative Commons Attribution 4.0. International Licence of Springer Nature, based on original article "Bone mineral density in people living with HIV; a narrative review of the literature", Kruger MJ and Nell TA, AIDS Res Ther 2017 Jul 26;14(1):35. No changes were made, only a legend was added.*

**Figure 3.** Bone development in males and females throughout life. **Legend**: BMD = bone mineral density.

20

PLAINTIFFS007241

# Outline

## Part I: Introduction

After the general introduction, **chapter 2** shows a review of the current literature regarding clinical utility of BTMs in various diseases. Also possible pitfalls resulting from either patient or assay characteristics are evaluated when interpreting BTM concentrations.

## Part II: Effects of sex steroids on bone health in transgender persons

**Chapters 3 to 5** all focus on changes in BTMs in transgender persons during treatment with gender-affirming hormonal therapy (HT). Gender dysphoria is defined as incongruence between a persons experienced gender and gender assigned at birth, according to the Diagnostic and Statistical Manual of Mental Disorders (DSM V) [39]. Transgender persons are treated with HT consisting of testosterone in trans men (female-to-males) and with cyproteronacetate and estrogen in trans women (male-to-females) to achieve desired body changes. As a result, these studies are a model to evaluate the effects of sex steroids on bone metabolism in both adolescent and adult transgender persons. The first study, **chapter 3**, contains a study in adolescent transgender persons. As puberty is highly important for accumulation of bone mass, we studied effects of pubertal suppression and use of HT on bone turnover and volumetric bone mineral apparent density (BMAD) of both trans men and trans women. **Chapter 4** evaluates the changes in BMD in adult transgender persons after one year of HT. **Chapter 5** looks into more detail into the changes of BTMs and its relation to BMD changes in adult transgender persons after one year of HT.

## Part III: Effects of inflammation and auto-immune disease on bone turnover

In **chapter 6 and 7** the effects of inflammation on bone turnover caused by either viral inflammation or by auto-immune disease is studied. Human immunodeficiency virus (HIV) infection and also treatment with combination antiretroviral therapy (cART) are known to affect bone turnover. **Chapter 6** evaluates BTMs and BMD in adult men with primary HIV infection, either receiving cART or not. Next, vitamin D metabolism and BMD are known to be negatively affected in patients with the auto-immune disease multiple sclerosis (MS). **Chapter 7** looks into changes in vitamin D-FGF23 axis and bone turnover in patients with MS compared to healthy controls.

## Part IV: Possible role of FGF23 as tumor marker in malignant disease

In **chapter 8**, a pilot study is displayed, which evaluates whether FGF23 could be a promising biomarker in patients with prostate cancer.

## Part V: Discussion and summary

**Chapter 9** includes the most important findings of the thesis, both in English and Dutch. Furthermore, future perspectives are discussed.

PLAINTIFFS007242

General introduction

# References

1. Clarke BL, Khosla S. Female reproductive system and bone. Arch Biochem Biophys. 2010;503(1):118–28.

2. Wheater G, Elshahaly M, Tuck SP, Datta HK, van Laar JM. The clinical utility of bone marker measurements in osteoporosis. J Transl Med. 2013 Jan;11(1):201.

3. Guañabens N, Peris P, Monegal A. Bone Turnover Markers: A Clinical Review. Clin Rev Bone Miner Metab. 2015;13(2):83–97.

4. Vasikaran S, Eastell R, Bruyere O, Foldes a J, Garnero P, Griesmacher A, et al. Markers of bone turnover for the prediction of fracture risk and monitoring of osteoporosis treatment: a need for international reference standards. OsteoporosInt. 2011 Feb ];22(2):391–420.

5. Florencio-Silva R, Sasso GR, Sasso-Cerri E, Simoes MJ, Cerri PS. Biology of Bone Tissue: Structure, Function, and Factors That Influence Bone Cells. Vol. 2015, Biomed.Res.Int. 2015. p. 421746-.

6. Viguet-Carrin S, Garnero P, Delmas PD. The role of collagen in bone strength. Osteoporos Int. 2006;17(3):319–36.

7. Guntur A, Rosen C. Bone as an Endocrine Organ. Endocr Pract. 2012 Sep;18(5):758–62.

8. Syed F, Khosla S. Mechanisms of sex steroid effects on bone. Biochem Biophys Res Commun. 2005 Mar;328(3):688–96.

9. Ott SM. Cortical or Trabecular Bone: What's the Difference? Am J Nephrol. 2018;47(6):373–5.

10. Seeman E. Age- and menopause-related bone loss compromise cortical and trabecular microstructure. Journals Gerontol - Ser A Biol Sci Med Sci. 2013;68(10):1218–25.

11. Naylor K, Eastell R. Bone turnover markers: Use in osteoporosis. Nat Rev Rheumatol . 2012;8(7):379–89.

12. Wallace JM, Erickson B, Les CM, Orr BG, Banaszak Holl MM. Distribution of type I collagen morphologies in bone: relation to estrogen depletion. Bone. 2010 May 24;46(5):1349–54.

13. Chiu L, Wong E, Deangelis C, Chiu N, Lam H, McDonald R, et al. Use of urinary markers in cancer setting: A literature review. J Bone Oncol. 2015;4(1):18–23.

14. Coleman R, Costa L, Saad F, Cook R, Hadji P, Terpos E, et al. Consensus on the utility of bone markers in the malignant bone disease setting. Crit Rev Oncol Hematol. 2011;80(3):411–32.

15. Costa AG, Bilezikian JP. Bone Turnover Markers in Primary Hyperparathyroidism. J Clin Densitom. 2013;16(1):22–7.

16. Drüeke TB, Massy ZA. Changing bone patterns with progression of chronic kidney disease. Kidney Int. 2016;89(2):289–302.

17. Hlaing TT, Compston JE. Biochemical markers of bone turnover - uses and limitations. Ann Clin Biochem. 2014 Mar;51(Pt 2):189–202.

18. Heijboer AC, Levitus M, Vervloet MG, Lips P, ter Wee PM, Dijstelbloem HM, et al. Determination of fibroblast growth factor 23. Ann Clin Biochem. 2009/07/01. 2009;46(Pt 4):338–40.

19. Vervloet MG, Brandenburg VM. Circulating markers of bone turnover. J Nephrol. 2017;0(0):0.

20. Drake MT, Khosla S. Hormonal and systemic regulation of sclerostin. Bone. 2017;96:8–17.

21. Bazzocchi A, Ponti F, Albisinni U, Battista G, Guglielmi G. DXA: Technical aspects and application. Eur J Radiol. 2016;85(8):1481–92.

22. Golden NH, Abrams SA, Daniels SR, Corkins MR, De Ferranti SD, Magge SN, et al. Optimizing bone health in children and adolescents. Pediatrics. 2014;134(4):e1229–43.

23. Messina C, Lastella G, Sorce S, Piodi LP, Rodari G, Giavoli C, et al. Pediatric dual-energy X-ray absorptiometry in clinical practice: What the clinicians need to know. Eur J Radiol . 2018;105(May):153–61.

24. Hernlund E, Svedbom A, Ivergård M, Compston J, Cooper C, Stenmark J, et al. Osteoporosis in the European Union: Medical management, epidemiology and economic burden: A report prepared in collaboration with the International Osteoporosis Foundation (IOF) and the European Federation of Pharmaceutical Industry Associations (EFPIA). Arch Osteoporos . 2013;8(1–2).

25. Looker AC, Melton LJ, Borrud LG, Shepherd JA. Changes in femur neck bone density in US adults between 1988-1994 and 2005-2008: Demographic patterns and possible determinants. Osteoporos Int. 2012;23(2):771–80.

PLAINTIFFS007243

26. Biver E, E. B. Use of bone turnover markers in clinical practice. Curr Opin Endocrinol Diabetes Obes 2012;19(6):468–73.

27. Vasikaran S, Eastell R, Bruyere O, Foldes a J, Garnero P, Griesmacher A, et al. Markers of bone turnover for the prediction of fracture risk and monitoring of osteoporosis treatment: a need for international reference standards. OsteoporosInt. 2011 Feb;22(2):391–420.

28. Liu C-T, Sahni S, Xu H, McLean RR, Broe KE, Hannan MT, et al. Long-Term and Recent Weight Change Are Associated With Reduced Peripheral Bone Density, Deficits in Bone Microarchitecture, and Decreased Bone Strength: The Framingham Osteoporosis Study. J Bone Miner Res 2018;

29. Chahal J, Lee R, Luo J. Loading dose of physical activity is related to muscle strength and bone density in middle-aged women. Bone. 2014;67:41–5.

30. Riggs BL, Melton LJ, Robb RA, Camp JJ, Atkinson EJ, Peterson JM, et al. Population-based study of age and sex differences in bone volumetric density, size, geometry, and structure at different skeletal sites. J Bone Miner Res. 2004;19(12):1945–54.

31. Nakamura T, Imai Y, Matsumoto T, Sato S, Takeuchi K, Igarashi K, et al. Estrogen prevents bone loss via estrogen receptor alpha and induction of Fas ligand in osteoclasts. Cell . 2007 Sep 7;130(S):811–23.

32. Sowers MFR, Zheng H, Greendale GA, Neer RM, Cauley JA, Ellis J, et al. Changes in bone resorption across the menopause transition: Effects of reproductive hormones, body size, and ethnicity. J Clin Endocrinol Metab. 2013;98(7):2854–63.

33. Greendale GA, Sowers M, Han W, Huang M-H, Finkelstein JS, Crandall CJ, et al. Bone mineral density loss in relation to the final menstrual period in a multiethnic cohort: results from the Study of Women's Health Across the Nation (SWAN). J Bone Miner Res. 2012 Jan;27(1):111–8.

34. Van Caenegem E, Wierckx K, Taes Y, Schreiner T, Vandewalle S, Toye K, et al. Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case-controlled study (ENIGI). Eur J Endocrinol. 2015;172(2):163–71.

35. Rachner TD, Coleman R, Hadji P, Hofbauer LC. Bone health during endocrine therapy for cancer. Lancet Diabetes Endocrinol. 2018;6(11):901–10.

36. Handforth C, D'Oronzo S, Coleman R, Brown J. Cancer Treatment and Bone Health. Calcif Tissue Int. 2018;102(2):251–64.

37. Souza PPC, Lerner UH. The role of cytokines in inflammatory bone loss. Immunol Invest. 2013;42(7):555–622.

38. Sterling JA, Guelcher SA. Bone structural components regulating sites of tumor metastasis. Curr Osteoporos Rep. 2011 Jun;9(2):89–95.

39. Buenrostro D, Mulcrone PL, Owens P, Sterling JA. The Bone Microenvironment: a Fertile Soil for Tumor Growth. Curr Osteoporos Rep. 2016 Aug 2;14(4):151–8.

40. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders 5th ed. (DSM-5) Arlington, VA, American Psychiatric Publishing; 2013.

PLAINTIFFS007244

# Chapter 2

PLAINTIFFS007245

# Clinical utility of bone markers in various diseases

M. C. Vlot, M. den Heijer, R. T. de Jongh, M. G. Vervloet,
W. F. Lems , R. de Jonge, B. Obermayer-Pietsch, A. C. Heijboer

*Bone 2018 Sep;114:215-225.*

PLAINTIFFS007246

# Abstract



Measurements of bone markers (BMs) in peripheral blood or urine are a pivotal part of modern clinical medicine. In recent years the use of BMs increased substantially as they can be useful either to diagnose bone (related) disease and to follow its natural history, but also to monitor the effects of interventions. However, the use of BMs is still complicated mainly due to (pre)analytical variability of these substances, limited accessibility of assays, variable cut-off values in different countries and laboratories and heterogeneous results with regard to clinical implications of measuring BMs in several studies. This review will provide the clinician with a practical guide, based on current evidence, in which circumstances to test which bone markers for optimal diagnostic purposes, in order to improve patient care in different areas of bone diseases including Paget's disease, primary osteoporosis, tumor induced osteomalacia, hypophosphatemic rickets, van Buchem disease, chronic kidney disease, rheumatoid arthritis, neoplasma/multiple myeloma, type 2 diabetes mellitus and primary hyperparathyroidism. The clinician should consider fasting state, recent fractures, aging, menopausal status, concomitant liver and kidney disease when ordering and interpreting BM measurements as these factors might result in misleading BM concentrations. We found that BMs are clearly useful in the current diagnosis of tumor induced osteomalacia, van Buchem disease, Paget's disease and hypophosphatemic rickets. In addition, BMs are useful to monitor disease activity in chronic kidney disease, Paget's disease and are useful to monitor treatment adherence in osteoporosis.

PLAINTIFFS007247

# Introduction

Measurements of bone markers (BMs) in peripheral blood or urine are a pivotal part of modern clinical medicine. In recent years the use of BMs increased substantially as they can be useful either to diagnose bone (related) disease and to follow its natural history, but also to monitor the effects of interventions [1–5]. BMs are the only indicators of overall bone turnover and reflectors of the actual bone remodeling, a coupled process that consists of bone resorption which is followed by bone formation [6–8]. The release of BMs from bone into blood reflect the activity of bone formation and/or bone resorption. Key-players in this process are osteoblasts, osteoclasts and osteocytes. We used the term 'bone markers' as a broad term for those factors that are produced by these bone cells or are degradation products of bone. Vitamin D and its metabolites will be addressed very briefly, as this review focuses on true BMs only. The best bone marker of choice for the clinician to use would be produced in bone tissue only, can be detected by a standardized laboratory assay at low costs with low variability and high diagnostic test accuracy, can be interpreted based on proper reference values and is associated with clinical outcomes related to bone disease such as a decrease of bone mineral density (BMD), and/or bone strength or increased fracture risk.

Nevertheless, the use of BMs is still complicated mainly due to (pre)analytical variability of these substances, limited accessibility of assays, variable cut-off values according to the assay used in different countries and laboratories and heterogeneous results with regard to clinical implications of measuring BMs in several studies [8–16]. Therefore, it is challenging for clinicians to select the markers with best clinical utility in daily clinical practice to optimize patient care. Also, clinicians should be aware of several important issues when measuring or interpreting BMs. Some BMs display a circadian rhythm with concentrations generally showing their peak during nighttime and early morning and a nadir in the afternoon. This circadian rhythm is specifically seen in resorption markers such as carboxy-terminal telopeptide of type I collagen (CTX-I), amino-terminal telopeptide of type I collagen (NTX-I) and deoxypyridinoline (DPD) and to a lesser extent in formation markers such as amino-terminal propeptide of type I procollagen (PINP) and osteocalcin (OC) [6,7,11,17]. No circadian variation is seen in bone-related enzymes such as the resorption marker tartrate resistant alkaline phosphatase 5b (TRAP5b) or the formation marker bone specific alkaline phosphatase (BALP). Furthermore, food ingestion is critical with regard to CTX-I measurements as these concentrations drop after food intake resulting in the need of measuring CTX-I in fasting state [18]. CTX-I can undergo post-translational modifications which results in various circulating isomers. Beta CTX-I is measured in most laboratories. Most BMs are cleared by the kidney, with the exception of formation marker trimeric PINP and the enzymes BALP and TRAP5b. This implies that concentrations of CTX-I, NTX-I, resorption marker carboxy-terminal telopeptide of type I collagen (ICTP), OC and monomeric PINP increase when renal function decreases [6,18,19]. Also liver disease affects the hepatic clearance of PINP and PICP and concentrations of ALP and BALP [20]. Furthermore, it is of note that haemolysis result in decreased levels of OC [21] and repetitive freeze/thaw cycli should be avoided due to the instability of this protein [8]. It also has to be kept in mind that, depending on the bone and the surface of consolidation, BMs can be elevated especially within the first 6 months and up to or even more than 1 year after a fracture. In addition,

PLAINTIFFS007248

Clinical utility of bone turn over markers

the biological age of a patients results into different patterns of BM e.g. high levels in children due to growth and higher levels in postmenopausal women compared to premenopausal women. To summarize, when measuring BMs the preferred timing is in the morning after an overnight fast, to limit effects of both circadian rhythm and effect of food on turnover as much as possible and when interpreting the BMs the age, sex, kidney function, liver function and previous fractures should be taken into account. In case of urinary BMs, the use of a second morning void after overnight fast has been advised, although this is often challenging or even inconvenient for patients. The BMs of choice for this review can be categorized in markers involved in bone resorption or bone formation. CTX-I, NTX-I, ICTP ,collagen cross-links pyridinoline (PYD), DPD and hydroxyproline (HOP) are released from the collagen matrix during its degradation by the osteoclasts. The enzymes TRAP5b and cathepsin K are expressed and released by osteoclasts. The osteoblasts produce the BMs bone specific alkaline phosphatase (BALP), OC, osteoblast derived osteoprotegerin (OPG) and receptor activator of nuclear factor kappa-B ligand (RANKL). RANKL is not specific for bone, as it can also be produced in B lymphocytes. PINP and carboxy-terminal propeptide of type I procollagen (PICP) are released during formation of type I collagen. Finally, the osteocyte itself is the main source of other factors derived from bone namely fibroblast growth factor-23 (FGF23) and sclerostin, which inhibits the Wnt- signaling pathway, thereby resulting in decreased bone formation.

Overall, this review will provide an overview of these BMs with regard to their possible clinical use in a selected number of diseases. The order of the diseases is based on the clinical relevance of measuring BMs, ranging from having high to low additional value. Review articles and original studies related to ten diseases or conditions in which bone health is compromised were assessed. Mainly articles that were published between 2005 and 2016 were included in this review. The final aim of this review is to provide the clinician with a practical guide in which circumstances to test which bone markers for optimal diagnostic purposes, in order to improve patient care in different areas of bone (related) diseases, e.g. Paget's disease, osteoporosis, rheumatoid arthritis, malignant disease, diabetes mellitus and chronic kidney disease. Furthermore, an additional aim of this review is to make clinicians aware of possible pitfalls that can be encountered during measurements or interpretation of bone marker assays.

# Results

## Paget's disease

Paget's disease (PD) is a focal bone disorder that results from increased and disorganised bone remodelling in typically one (mono-ostotic disease) or in multiple (poly-ostotic disease) bones. Paget's disease is often treated using bisphosphonates, which results in improvement of bone pain. In addition, bisphosphonates reduce fracture risk after normalisation of bone turnover [22].

### Clinically useful markers in Paget's disease

BMs play a role in both diagnosing and follow-up of Paget's disease, as bone turnover increases during active disease [11]. In general, concentrations of resorption markers urinary NTX-I, HOP and RANKL, and formation markers ALP, BALP, PINP are highly elevated in active Paget's disease,

PLAINTIFFS007249

whereas resorption markers CTX-I, ICTP, uDPD, sclerostin [7,23], and formation markers OC and PICP are elevated to a lesser extent or show heterogeneous results [1,5–10]. In Paget's disease, bone turnover is very rapid and bone is resorbed before substantial beta-isomerization may develop. This results in mainly non-isomerized (i.e. alpha) CTX-I in the blood. Measurements of only beta CTX-I therefore lead to an underestimation of the response to treatment of Paget's disease [11,22,27]. BMs reach higher concentrations in patients with poly-ostotic disease compared to mono-ostotic Paget's disease [27]. The highly elevated BMs, especially formation markers ALP, BALP and PINP can be used next to radiographic imaging of the bones to confirm the diagnosis of Paget's disease and in asymptomatic patients the increased turnover can even be the first clinical feature of the disease. Treatment with bisphosphonates results into normalisation of BM concentrations, starting with a rapid decline in resorption markers first followed by a decrease in formation markers, starting already within the first two months of treatment [22,27]. When more bones are affected in Paget's disease, this will result in higher levels of BMs before starting treatment. As a result, a stronger decrease of BM levels will be seen in patients who are more severely affected compared to patients who have a single affected bone only. Also, if a more potent bisphosphonate is used, the decrease of BMs will be more pronounced [22,28]. Aim of the treatment is to reduce the BMs into the reference intervals or even the lower half of these intervals [22,23,26,29]. Return of bone pain reported by the patient and increasing concentrations of BMs indicate recurrence of disease activity [22,23].

*(Bone) Alkaline phosphatase ((B)ALP)*

Total ALP is general available, cheap and shows low variability [7,11,23,27]. Many studies highlight ALP as the BM of choice in diagnosis and follow up of Paget's disease, as this BM is often highly increased and has a high sensitivity (approximately 70 to 100%) [11,21–24,27,29]. ALP concentrations decrease within 10 days to several weeks after starting bisphosphonate therapy and strongest suppression will occur within 3-6 months [23,26,30]. Measurements of total ALP every 1-2 years is advised after initial treatment with bisphosphonates [21]. Depending on the guidelines adhered to, treatment should be restarted if ALP concentrations increase 25% in comparison to post-treatment concentrations after an initial normalisation upon bisphosphonate treatment [26,27] or if ALP increases up to three times the upper reference range [21]. BALP has an even slightly higher sensitivity than total ALP (approximately 80-100%) [27]. Furthermore, BALP is the preferred markers to monitor disease activity as the least significant change (LSC) of 25% of BALP implies a flare of the disease [7,11,22,23,30] LSC displays the actual physiological change of a BM as it comprehends both the within subject coefficient of variation of the assay and the total analytical imprecision as well. If Paget's disease is suspected in presence of a normal total ALP, then measuring BALP is recommended as sometimes a normal concentration of ALP does not rule out Paget's disease completely as total ALP is not always elevated, especially in mono-ostotic disease [26,30,31]. However, as BALP is more expensive than total ALP and not widely available, this results in more frequent use of total ALP instead of BALP. In case of abnormal function of liver or biliary tract, measurement of total ALP is not possible, as it could consist of a hepatic instead of bone origin [22,25–27,31,32]. In these cases BALP or another BM should be used.

29

PLAINTIFFS007250

Clinical utility of bone turn over markers

*Amino-terminal propeptide of type I procollagen (PINP)*

PINP can be used as alternative to BALP, since this BM has a high sensitivity as well (approximately 75 – 100% ) [27]. Besides total ALP and BALP, PINP is the preferred marker to monitor disease activity as a LSC of 35% of PINP implies a change in activity of the disease [7,11,22,23,30]. Especially in mono-ostotic disease or in case of abnormal kidney function trimeric PINP is a good marker for follow up of disease activity [23]. In severe liver disease, PINP is not the BM of choice as this marker is cleared from the circulation predominantly via the liver [27]. Measurement of PINP is favoured compared to total ALP by some as this marker is showing the greatest changes during relapse, yet it is more expensive than total ALP [32,33].

*Amino-terminal telopeptide of type I collagen (NTX-I)*

Urinary NTX-I also has high sensitivity (approximately 95 – 100%) and can also be used in diagnosis or follow up of Paget's disease in case of normal total ALP or liver disease [7,11,23,26,27,30]. The review of Nofal et al. [27] showed a R of 0.52 between uCTX-I and uNTx-I in Paget's disease before any treatment at baseline. Urine NTX showed the highest correlation with bone scintigraphy in Paget's disease. Furthermore, in this review a study of Garnero et al. [34] was described in which uNTX showed greater decrease compared to uCTX in patients with Paget's who were treated with zoledronate. It should however be noted that urinary NTX-I shows high variability within patients and is more difficult to collect properly, which makes it a less valuable marker compared to measurements of (B)ALP and PINP [22,28,29].

### Conclusion bone markers in Paget's disease

(B)ALP and PINP are the best markers to assist in diagnosis and monitoring of the disease activity and the effect of treatment in Paget's disease. Especially due to the general availability, long half-life, low costs and small variation of the measurement, total ALP is most often used in Paget's disease. BALP and PINP are the markers of choice in case of high clinical suspicion of Page's disease and a normal total ALP and in case of abnormal function of liver or biliary tract.

## Primary osteoporosis

Most patients with osteoporosis have increased concentrations of both formation and resorption BMs due to increased bone turnover [7,9,24,35,36]. However, possible selection bias plays a role in evaluating literature, as there is high amount of variation between previously studied patient groups. Overall, BMs do not play a role in the diagnosis of osteoporosis currently, because the diagnostic predictive value of BMs for fractures in the individual patient at baseline in osteoporosis treatment is very low [9]. After the start of treatment with antiresorptive medication, BMs decrease within several days to 3 months and reach a plateau phase within 3 to 6 months [1,12,15,16,66,67]. Comparing baseline concentrations of BMs with follow-up values can therefore provide information about the amount of bone turnover reduction due to the therapy. BMs change already within months after start of therapy in contrast to BMD, which takes several months to years to change [6,37]. One study showed that BMs can be helpful to provide information regarding the compliance of patients

PLAINTIFFS007251

and also to identify possible non-responders to the prescribed anti-resorptive or osteoanabolic drugs [38]. Several other studies emphasize using BMs to evaluate treatment compliance [6,7,11,39].

## Clinically useful markers in osteoporosis

BMs might also be useful for fracture risk prediction, as several studies found an association between an early decrease in BMs due to anti-resorptive medication and subsequent lower fracture incidence, although not all studies were corrected for drug compliance of the patients [7,11,14,40]. Higher BALP was associated with higher fracture risk and a greater decrease in BALP due to therapy was associated with a greater decrease in the fracture risk [14,41]. Also, high concentrations of beta CTX-I, uPYD, DPYR, TRAP5b, BALP and OC were associated with an increased fracture risk [7,41]. A modest significant association was found between the risk of fracture and elevated PINP and beta CTX levels [12]. These studies all show that the change in bone turnover has an impact on bone strength given the association between the change in BMs and change in fracture risk. The clinical applicability of BMs as risk prediction tool for fractures however is still limited due to their large biologic variability and BMs are not yet recommended to be used for the prediction of an individual fracture risk [6]. Beta CTX-I, PINP, BALP, OC, DPD and TRAP5b decrease upon treatment with antiresorptive therapy and can therefore be used to evaluate adherence [7,9,11,24,35,36,42]. BM concentrations return to initial values after cessation of antiresorptive therapy. This may take several years in case of bisphosphonates use due to the prolonged presence of bisphosphonates in bone and may occur within weeks after cessation of denosumab therapy [6,15,40]. During osteoanabolic treatment, BMs increase within weeks and are markers for the therapy adherence [44]. BMs decrease to normal again within weeks after cessation of osteoanabolic therapy [15,44].

New therapies such as the PTH-related protein peptide analog abaloparatide results in a smaller increase of bone resorption and formation markers compared to teriparatide [45]. Other new therapies are based on sclerostin antibodies, e.g. romosozumab, results in a decrease of bone resorption markers and increase of bone formation markers towards the concentrations close to the re-treatment status already within 3 months of therapy, while these effects diminish after discontinuation of therapy [46].

Currently, the International Osteoporosis Foundation (IOF) and also the International Federation of Clinical Chemistry and Laboratory Medicine (IFCC) guidelines favor using PINP as formation marker and beta CTX-I as resorption marker as the standard markers to monitor and follow-up osteoporosis-therapy [7,9]. Treatment efficacy is displayed as a decrease of BMs towards the concentrations that fit the lower half of reference values of premenopausal women [9].

### Carboxy-terminal telopeptide of type I collagen (CTX-I)

Several studies showed that beta CTX-I concentrations are higher in osteoporotic patients compared to controls [9,24,35]. Beta CTX-I concentrations shows a reduction of 50-70% after 12 weeks of bisphosphonates treatment [11] and decrease already within days or weeks after the start of treatment with intravenous bisphosphonates [9]. A decrease of beta CTX-I below the premenopausal

31

PLAINTIFFS007252



reference interval is seen already within one month of denosumab therapy [7]. The selective estrogen receptor modulator (SERM) raloxifene resulted in a decrease of beta CTX-I within weeks of therapy [47]. After starting teriparatide, beta CTX-I concentrations increases on average 5-15% in the first month of therapy [6,9,11,14]. It has to be kept in mind that beta CTX-I is influenced by feeding status, so measurements should be performed in a fasting sample in the morning as beta CTX–I levels decrease directly after food intake and showing a persistent decrease up to 50% in the hours after having a meal [7,9,48].

*Amino-terminal propeptide of type I procollagen (PINP)*

PINP decreases following bisphosphonate therapy [7,11] and a decline of 45-60% is seen within three months of oral bisphosphonate treatment [39,49]. Teriparatide results in an increase of PINP already after 2 days of treatment [11,15,32], resulting in PINP being the most sensitive (approximately 94%) marker to evaluate this therapy [7,11,14,50]. Furthermore, during abaloparatide treatment, PINP increases as well [51]. The SERM raloxifene resulted in an decrease of PINP within weeks of therapy [47]. In general, PINP is less sensitive to variations during the day and after food intake. To assess therapy success PINP is the marker of choice to monitor osteoporosis therapy. It should be measured before start of therapy and repeated 3-6 months after start of therapy [36,48].

### Conclusion bone markers in osteoporosis

To conclude, the value of BMs to diagnose osteoporosis or predict fracture risk seems to be limited. Fasting beta CTX-I and PINP are currently the recommended BMs to be used in individual monitoring of treatment compliance

## Tumor induced osteomalacia

Tumor induced osteomalacia (TIO) is a rare disorder which is caused by mostly benign and sometimes malign mesenchymal tumors. It is estimated that 50% of these tumors are located in the bones themselves [52] and these tumors produce phosphatonins such as FGF23. Regarding FGF23, both intact and C-terminal fragment FGF23 assays are available. Intact FGF23 is considered as the biologically active form, however as the C-terminal FGF23 displays a less significant diurnal pattern, and requires less pre-analytic precautions this assay is favoured by clinicians [42,53,54]. Treatment of TIO consists of surgically removal of the tumor [52]. After successful treatment, FGF23 and OC concentrations decrease and hypophosphatemia normalizes [52,55,56].

### Clinically useful markers in tumor induced osteomalacia

Increased concentrations of ALP and OC are found in TIO patients [56–58]. The measurement of FGF23 is useful for diagnosis of TIO, revealing inappropriate high concentrations of FGF23 [52,55,57,59,60]. Nuclear imaging techniques and sometimes venous FGF23 sampling [52,57,59] are used to detect the exact location of the tumor which can be challenging due to fluctuating concentrations of plasma FGF23 [59]. Assessment of BMD and evaluation of serum phosphate and 1.25(OH)2 vitamin D are used frequently in follow-up of patients with TIO [58,60], if FGF23

PLAINTIFFS007253

measurements are not available. Furthermore, in the absence of an FGF23 assay, the clinician can use the increase of phosphate and need for calcitriol supplementation for follow-up.

## Conclusion bone markers in tumor induced osteomalacia

To conclude, measurement of FGF23 is the most direct BM to use in the diagnosis and follow up of TIO. Alternatively, the BM ALP combined with serum phosphate and, if available, 1.25(OH)2 vitamin D and 25(OH) vitamin D measurements can be used as follow up parameters for patients when FGF23 measurements are not available. Currently, there is no information about the role of other bone markers.

## Hypophosphatemic rickets

Hypophosphatemic rickets (HR) comprise several hereditary diseases such as X-linked hypophosphatemia (XLH) and autosomal dominant hypophosphatemic rickets (ADHR). FGF23 concentrations have not been related to fracture risk or fracture incidence so far in these patients [61,62]. The therapy of hypophosphatemic rickets consists of active vitamin D analogues and phosphate supplementation [63–66], but will probably change to anti-FGF23 antibodies in the near future which might change the therapeutic landscape of these diseases [64].

## Clinically useful markers in hypophosphatemic rickets

Generally, in all hypophosphatemic rickets, serum ALP concentrations are often increased, yet may return to normal concentrations in adulthood [64,67,68]. Recent studies looking into other bone turnover markers in these heterogeneous conditions are lacking. FGF23 measurements are useful for clinical diagnosis of both XLH and ADHR. Although not in all [55], high concentrations of FGF23 are found in almost two thirds of patients with X-linked hypophosphatemia. The increase of FGF23 range between upper normal and up to 20 times higher than upper normal value [68]. The increased FGF23 concentration is due to a mutation in the PHEX gene, yet the exact mechanism is still unclear [62,64,66–69]. In ADHR FGF23 concentrations fluctuate reflecting disease severity [62]. The daily dose of therapeutic phosphate supplementation is mainly based on the clinical complaints and growth of the patient of the patient and ALP and PTH concentrations as FGF23 assays might not be generally accessible up until now [63]. It is advised to measure ALP, calcium, phosphate, FGF23 if available, PTH and 1.25(OH)2 vitamin D and 25(OH) vitamin D in HR during follow up [67]. If available, next to the clinical complaints of the patient, FGF23 can be used for follow up during supplementation therapy as FGF23 concentrations decrease upon treatment.

## Conclusion bone markers in hypophosphatemic rickets

In the current clinic practice the BM ALP is most often used for follow up of hypophosphatemic rickets patients during treatment. However, if available, FGF23 is the key BM to use for diagnosis of X-linked hypophosphatemia or ADHR and is also appropriate to measure for follow-up. However, the accessibility and costs of the FGF23 assay are limiting its use in hypophosphatemic rickets patients currently.

PLAINTIFFS007254

Clinical utility of bone turn over markers

## Van Buchem disease



Van Buchem disease is an extremely rare autosomal recessive disorder caused by a mutation of the SOST gene resulting in loss of function and low concentration of sclerostin [70]. Sclerostin is produced in osteocytes and normally inhibits the anabolic Wnt-signalling pathway in osteoblasts. Therefore, van Buchem disease is characterised by an increased BMD, hyperostosis and severe osteosclerosis of the skeleton [70–72]. Currently, no treatment is available.

### Clinically useful markers in van Buchem disease

Due to increased bone formation in this disorder, increased ALP, PINP and OC concentrations are found, in presence of low resorption markers (e.g. urinary NTX-I) [73,74]. Low, but detectable concentrations of serum sclerostin are a distinctive feature of van Buchem disease and are used to confirm the diagnosis next to genetic testing [75]. As there is currently no treatment available for this genetic disorder, the sclerostin concentrations will not change and therefore measurements of this marker are not required during follow-up.

### Conclusion bone markers in van Buchem disease

High concentrations of ALP, PINP, or OC can be measured to confirm increased bone formation activity in patients suspected of van Buchem disease based on positive family history and radiographic imaging of the skeleton. The BM sclerostin is crucial in diagnosing van Buchem disease in addition to genetic testing, as low to absent concentrations of this BM are found.

## Chronic kidney disease

A higher fracture incidence of the hip and vertebrae is seen in patients with a glomerular filtration rate (GFR) already below 60 ml/min per 1.73 m$^2$ compared to the general population [76]. This fracture risk increases with the severity of chronic kidney disease (CKD). The collagen derived BMs of bone resorption CTX-I and NTX-I are generally considered not to be useful to predict fractures in patients with chronic kidney disease, according to the KDIGO group of 2017 and several other studies [4,76–78]. In particular in end stage renal disease bone turnover is often low, which can by accompanied with decreased mineralisation and bone volume [79–81]. Reduced renal clearance limits the use of urinary and some serum BMs such as CTX-I and OC in chronic kidney disease patients [23,82,83]. In addition, CTX-I is cleared by dialysis, further limiting its use in patients treated by hemodialysis (HD) or hemofiltration [19].

### Clinically useful markers in chronic kidney disease

To evaluate bone disease, it has been suggested to use BALP or PINP to detect high or low bone turnover state in chronic kidney disease patients as these BMs have low biological variation and low inter- and intra assay coefficient of variation (CV) [19,78,84,85]. Currently, the intact molecule 1-84 PTH, ALP or BALP are used to monitor bone turnover in chronic kidney disease patients [4]. PTH is not a bone-derived BM, and also probably most widely used to estimate bone turnover in clinical nephrology practice, detailed description of its clinical utility lies beyond the scope of this review,

34

PLAINTIFFS007255

and was reviewed recently [19]. (B)ALP, trimeric (intact) PINP, but not monomeric PINP, and TRAP5b are reliable BMs to interpret as they are not affected by kidney or dialytic clearance in chronic kidney disease patients [23,78]. Lower GFR is furthermore associated with increased FGF23, sclerostin and RANKL/OPG concentrations [4,42,52,55,80,86−89].

High BALP, PINP and TRAP5b concentrations were associated with prevalent fractures in all CKD stages [4,90]. BALP and TRAP5b can be used as independent predictors of bone loss in HD and peritoneal dialysis (PD) patients, because they are unaffected by either renal and peritoneal clearance and have low biological variability [4,78,82,91]. With regard to prediction of fractures, studies show heterogeneous results for sclerostin [4,78].

Besides its association with prevalent fractures, two recent studies assessed the ability of biomarkers to discriminate between high and low bone turnover, using bone histomorphometry as gold standard [92,93]. Collectively these studies found that BALP, intact PINP, TRAP5b and CTX (despite its limitations as described above), using C-statistics, had reasonable discriminative ability to classify bone turnover as either high or low. Intact PTH performed equally well to identify high turnover only, while results for intact PTH to detect low turnover were mixed.

## Fibroblast Growth Factor 23 (FGF23)

FGF23 concentrations rise when glomerular filtration rate declines [52,54,55,81,86,88,94,95]. In end stage renal disease such as HD patients, FGF23 concentrations increase up to 1000-fold above normal upper limits [86]. Although FGF23 is associated with a range of clinical outcomes, including CKD progression, cardiovascular events and mortality, these aspects are beyond the scope of this review. With regard to bone disease, FGF23 is a promising marker to detect early chronic kidney disease patients who are at risk for development of bone mineral disorders [86] as FGF23 concentrations increase as one of the first markers in early chronic kidney disease [96]. FGF23 could therefore be used as independent predictor of the loss of bone in HD patients [4,78]. Regarding the FGF23, both intact and C-terminal FGF23 assays can be used to measure FGF23. The C-terminal assay, which detects both intact FGF23 and its C-terminal fragment, is often the assay of choice due to less significant diurnal pattern and also less pre-analytical precautions [97]. However, the intact FGF23 is thought to be the biologically active form [42,53,54]. In severe CKD recent studies showed that both assays can be used reliably [98,99].

## Conclusion bone markers in chronic kidney disease

To conclude, (B)ALP, trimeric PINP and TRAP5b are useful markers to monitor bone turnover in CKD patients, also during progression of their CKD. Importantly, urinary and other BMs that are cleared by the kidneys are not reliable to use in patients with chronic kidney disease. Furthermore, FGF23 is the most promising marker in chronic kidney disease to detect disorders of bone metabolism early and to be able to identify chronic kidney disease patients that are at risk for adverse outcomes such as left ventricular hypertrophy and eventually early mortality. More studies are needed to understand the exact role and the usefulness of this marker for the individual patient.

35

PLAINTIFFS007256



## Rheumatoid arthritis

Rheumatoid arthritis (RA) is an autoimmune disorder resulting in chronic systemic inflammation, pain and erosions of the joints, resulting in deformities and bone loss. In acute destructive RA an uncoupling of bone remodelling is seen [100–103]; elevate bone resorption and inhibited bone formation. In general, active RA patients have higher concentrations of CTX-I, TRAP5b, and PYD concentrations [101,103–105]. OC concentrations were significantly lower in women with RA compared to controls in another study [106,107]. Furthermore, higher RANKL concentrations are seen in acute RA, resulting in higher RANKL/OPG ratio than in healthy controls [101,108]. During high disease activity in RA, specifically in acute RA, a decrease of bone formation markers such as OC and BALP and an increase of bone resorption markers such as CTX-I, ICTP, urinary NTX-I, PYD and TRAP5b was observed [24,106,107,109]. The production of cytokines such as RANKL by B lymphocytes is increased in RA which stimulate bone resorption, also resulting in a higher incidence of generalised osteoporosis in these patients. Consequently, an increased risk for fractures is seen in RA patients compared to healthy controls [110].

### Clinically useful markers in rheumatoid arthritis

To predict radiological progression such as cartilage degradation or erosive joint destruction, the elevated concentrations of ICTP [104,106], PYD [109] and RANKL [106,111] were eligible markers. Heterogeneous results were found with regard to CTX-I and biomarkers in urine, also in chronic RA [122,125,127]. When comparing the effect of different RA treatment regimens on BM, bone formation markers will increase during treatment, while their baseline will be often decreased in acute RA. Methotrexate therapy resulted in a decrease of urinary NTX-I after 6 months of treatment [106]. Anti-TNF therapy e.g. infliximab resulted in an increased ratio between bone formation markers and resorption markers, mainly caused by a decrease of NTX-I, CTX-I, ICTP and RANKL [101,106,107,109], and an increase in osteocalcin [113]. Tocilizumab treatment, an anti- interleukin-6 (IL-6) receptor therapy, resulted in heterogeneous results with either an decrease of CTX-I, ICTP and CTX-I /OC ratio or an increase of OC, PINP and RANKL/OPG ratio [42,101,103,107,109,110]. Treatment with prednisone resulted in a decrease of CTX-I and ICTP, although clinically often bone resorption increases first for a short period of time whereas the ratio of RANKL/OPG remained stable after 24 months treatment [112]. A comparison between  patients treated with and without bisphosphonates  did not reveal significant differences of CTX-I or TRAP5b concentrations [110].

### Carboxy-terminal telopeptide of type I collagen (CTX)

High concentrations of CTX-I in early active RA are associated with a higher risk of articular damage [101] and disease activity [107,109,112]. Therefore, a high concentration of CTX-I is accepted as indication to start early and aggressive treatment with anti-rheumatic drugs [111]. Furthermore, CTX-I can be used as predictor with regard to long-term radiological progression based on data from a RA cohort with 11 years of follow-up [111] with high levels indicating more severe joint destruction.

PLAINTIFFS007257

### Carboxy-terminal telopeptide of type I collagen (ICTP)

ICTP is statistically significantly increased in acute and chronic RA patients compared to healthy controls, is a sensitive BM to detect increased local bone turnover in inflamed joint tissue and correlates with joint inflammation [112]. Furthermore, ICTP is especially suitable to evaluate bone erosions associated with RA and a sensitive marker to reflect periarticular resorption of bone in RA [101].



### Receptor activator of nuclear factor kappa-B ligand / osteoprotegerin (RANKL/OPG) ratio

A high RANKL/OPG ratio is independently associated with joint damage and mandates early and aggressive treatment, as the RANKL/OPG ratio reflects local bone loss surrounding the joints caused by inflammation [111]. RANKL concentrations were positively correlated to the inflammation marker C-reactive peptide (CRP) [101]. Higher levels of CTX-I and RANKL/OPG ratio in active RA patients who did not receive treatment yet are predictors of progression of RA and increasing joint damage [107,111]. Lastly, a decrease in RANKL concentration after starting anti-TNF therapy is a predictor of the response to anti-TNF therapy expressed as lower RA disease activity [101]. Studies regarding RANKL often display various results due to low sensitivity and variable reliability of the immunoassays used the measure RANKL [114–116].

### Amino-terminal propeptide of type I procollagen (PINP)

Almost all treatments of RA result into an increase of PINP [106,110]. However, an unchanged concentration of PINP after 1 year of treatment with infliximab was found [103] and after one year of denosumab therapy PINP concentrations decreased as expected [106]. Daily teriparatide resulted in an increase of PINP already after one month of therapy, which was more clear in RA patients compared to control patients with primary osteoporosis [110]. The increase in PINP between baseline and 3 months of teriparatide therapy was a strong predictor for BMD changes of the LS after 18 months of therapy [110].

### Conclusion bone markers in rheumatoid arthritis

The heterogeneity of the studies with regard to duration of the disease and different treatment protocols in RA limits a robust recommendation of using BMs as standard part of RA patient care. Measuring disease activity by joint-scores (DAS) or simple biochemical markers as ESR or CRP seem to be as valuable as the BMs on an individual level in daily clinical practice in evaluating RA activity and monitoring of radiographic progression of the disease. Nevertheless, CTX-I, ICTP and RANKL/OPG ratio seem to be the most useful markers to evaluate the disease activity in especially acute RA, and they also to predict radiological progression of disease activity of the joints.

## Neoplasms and multiple myeloma

Bone metastases are prevalent in about 1 - 7% of the lung cancer patients and 17 - 37% in breast cancer patients [117]. On average 90% of males who die from prostate carcinoma suffer from bone metastases [118]. Extensive bone metastases result in high concentrations of BMs. Therefore, BMs

PLAINTIFFS007258



may be useful to provide prognostic information in malignant disease [2] as elevated concentrations correlate with pathological fractures, pain, the number of bone metastases and overall survival [119]. However, the specificity and sensitivity of BMs are currently still too low to be used for diagnosing bone metastasis in malignant disease [2,13,120]. In general, several post-hoc studies on zoledronic acid in lung, prostate, breast cancer and multiple myeloma showed a clear association of decrease in NTX-I and BALP after zoledronic acid therapy and prediction of skeletal related events and better survival [121–124].

## Clinically useful markers in neoplasms and multiple myeloma

### Lung

With regard to bone metastases, higher concentrations of ICTP, urinary NTX-I, serum NTX-I, PYD, DPD, TRAP5b and (B)ALP were measured in patients with compared to those without bone metastasis [125–131]. Nevertheless, solely measurements of BMs is not recommended to diagnose metastatic bone disease [120,132]. Treatment with zoledronic acid in patients with bone metastases resulted in a decrease of CTX-I, NTX-I, TRAP5b and RANKL [121,128]. The markers NTX-I, ICTP and TRAP5b can be used in monitoring of lung cancer patients. ICTP, TRAP5b and PINP could be used furthermore in assessing the prognosis in patients with bone metastases [120,128,133]. OC has not been shown as a suitable prognostic tool [128].

### Prostate

Patients with bone metastases in prostate cancer have increased concentrations of CTX-I, serum NTX-I, ICTP, HOP, uPYD, DPD,TRAP5b, sclerostin, (B)ALP, PINP, OC and PICP compared to patients without metastases or controls [2,120,133–138]. However, BALP, PICP and CTX-I display a low diagnostic sensitivity (ranging from 53-65 %) in diagnosis of bone metastases [120]. In contrast, another study showed that BALP, ICTP and TRAP5b concentrations were predictors of bone metastasis [144]. RANKL concentrations were not different between controls and prostate carcinoma patients [122]. Longer survival was seen if NTX-I, ICTP and BALP decreased during treatment with zoledronic acid [136, 153]. In prostate cancer patients heterogeneous results were found with regard to use of NTX-I to monitor the treatment response and predict skeletal related events (SRE). In general, elevated concentrations of NTX-I, CTX-I, DPD and BALP were related to worse survival [133]. In contrast, lower baseline concentration of NTX-I, PINP, ALP and DPD were correlated to a better survival, which was independent of the use of bisphosphonates or prostate specific antigen (PSA) concentrations [140]. Of note, the combination of urinary NTX-I and BALP to predict survival has been advised [141,142] and serial measurements of CTX-I and PINP were useful predictors of survival [120]. A decrease of ICTP and BALP after zoledronic acid was associated with better prognosis [143]. An increased RANKL/OPG ratio and increased RANKL were independent predictors of recurrence of prostate carcinoma in patients who were treated by prostatectomy [144].

### Breast

CTX-I, NTX-I, DPD, TRAP5b, RANKL and BALP increased in patients with breast cancer and were higher in patients with multiple bone metastases compared to patients with solitary bone lesions

PLAINTIFFS007259

[2,119,145–147]. ICTP, DPD, TRAP5b and BALP concentrations were correlated to the extent of the bone lesions [2,148]. Urinary NTX-I, ICTP and PINP decreased after treatment with zoledronic acid and can be used to monitor and predict bone metastases [149]. In breast cancer patients NTX-I, ICTP and PINP are most useful in follow up of patients to detect osteolytic metastases.

*Multiple myeloma*

CTX-I, urinary NTX-I, ICTP, PYD, DPD,TRAP5b and sclerostin concentrations were higher in multiple myeloma patients than in healthy controls [2,16,145,150–154]. Predominantly urinary NTX-I, CTX-I, ICTP, TRAP5b, RANKL/OPG ratio and also BALP can be used to estimate the extent of bone involvement in multiple myeloma, but not BMs such as PYD or DPD [16,152]. Especially ICTP, DPD, TRAP5b and BALP [152] are associated with progression of bone involvement [2,152,154]. Treatment with bortezomib resulted in a decrease of sclerostin, which was followed later by a decrease of CTX-I and an increase of BALP [155]. In patients in remission from MM, CTX-I, sclerostin, RANKL and PINP did not differ between baseline and 6 months of intravenous treatment of bisphosphonates [156].

### Conclusion bone markers in neoplasms and multiple myeloma

In lung, prostate, breast cancer and multiple myeloma BMs are not suitable as a diagnostic tool to detect bone metastases. However, especially the markers NTX-I, CTX-I, ICTP, TRAP5b, the RANKL/OPG ratio and BALP seem to be promising markers to monitor bone metastases, next to conventional radiography and other diagnostic tests. The markers ICTP, NTX-I, CTX-I or BALP can be used as indicators of progression, prognosis and survival or mortality in lung, prostate and breast cancer as well as multiple myeloma patients. The role of TRAP5b is not clear yet. PINP is a suitable marker  to indicate survival in prostate cancer and ICTP and the RANKL/OPG ratio might indicate survival in multiple myeloma patients. Overall, in malignant disease, a large number of studies show heterogeneous results for a number of BM. This can be explained partially by difficulties of choosing correct cut-off points of maximum values, which are mainly based on cut-offs used in osteoporosis management. In addition, decreased kidney function is often seen as co-morbidity in malignant disease, thereby increasing the concentrations of BMs which are cleared by the kidney such as CTX-I, NTX-I and ICTP. Nevertheless, BM assessments might provide useful complementary information in addition to imaging techniques or tumor marker measurements to monitor disease activity, progression of bone metastasis and even mortality risk, especially also after treatment with zoledronic acid. In summary, NTX-I, CTX-I, ICTP, TRAP5b and BALP seem to be the currently most useful BMs to detect bone metastases in various malignancies. However, their ability to predict skeletal related events and overall survival remains to be elucidated and therefore BMs are not advised to use in daily clinic in neoplasms or multiple myeloma management.

## Bone disease in type 2 Diabetes Mellitus

Type 2 diabetes mellitus (T2DM) is defined by increased blood glucose concentrations and insulin resistance. Higher glucose concentrations are thought to lower bone turnover [157] and inhibit osteoclastogenesis which is induced by RANKL [158]. Previous research has also shown that patients with T2DM have a decreased number, and possibly also reduced functioning, of osteoblasts which

PLAINTIFFS007260



results in decreased bone turnover in these patients [158,159]. On the other hand, several studies showed an increase of bone turnover, due to an increase of especially bone resorption [160–162]. The increase of bone turnover is thought to also result from chronic inflammation as a result of adiposity in many T2DM patients [163,164]. Most studies showed an increased fracture risk in patients with T2DM compared to healthy controls [158,165–169]. The increased fracture risk could be the consequence of paradoxically increased mineralisation of the bone matrix and altered bone architecture due to increased cortical porosity, which is accompanied by higher concentrations of BALP in T2DM [102,103,105,110], and probably also by increased fall risk [168]. Higher concentrations of CTX-I, urinary NTX-I, PINP, BALP, and sclerostin have been associated with an increased fracture risk as well in patients with T2DM [159,165,170,171].

## Clinically useful markers in type 2 diabetes mellitus

Bone markers (both formation and resorption markers) are frequently, but not generally decreased in T2DM patients [42,158,159,165,166,170–174]. Depending on the setting even the same BMs can be different in studies on T2DM patients (e.g. (B)ALP [170,172,174], or sclerostin [166,170,171,175]). The only marker that seems to be consistently decreased in T2DM is osteocalcin [158,159,165,166,170–172,174,176,177], which implies a possible future for adding this BM to long-term T2DM management.

### Osteocalcin (OC)

Based on several cross-sectional studies, serum OC showed an inverse relationship with glycaemic control [169], fasting insulin concentrations [171,176,178] and HbA1C [166,168,171,176–178]. A further decrease of OC is associated with more vertebral fractures [170] and a decreased ratio of OC to BALP indicates higher fracture risk, independent of BMD [165]. Also, a positive association of OC with insulin sensitivity was found and it was suggested that OC stimulates insulin secretion, thereby emphasising the positive effect of OC on glucose metabolism as higher concentrations of OC were also associated with improved glucose tolerance [176,178]. The uncarboxylated form of OC is considered to be related to glucose control and general energy metabolism [168].

## Conclusion bone markers in T2DM

The great variation in study populations in T2DM studies limit the possibility to make general recommendations about the utility of BMs in these patients. With regard to fracture risk, there is insufficient evidence to use BMs to distinguish patients with a high fracture risk in T2DM, as many markers showed conflicting results. Therefore, BMs have no additional value in diabetes care yet, but especially OC is a promising BM for the future.

# Primary hyperparathyroidism

Primary hyperparathyroidism (PHPT) is characterized by high PTH concentrations, hypercalcaemia and might be accompanied by nephrolithiasis or bone pains [179]. Bone turnover generally normalizes within one year [180,181] and BMD improves after surgery and drug therapy with a need for  supplementation of calcium and vitamin D as well.

PLAINTIFFS007261

### Clinically useful markers in primary hyperparathyroidism

High concentrations of BMs, both resorption and formation markers (e.g. CTX-I, TRAP5b, PINP, BALP), are observed in primary hyperparathyroidism due to the increased bone turnover [3,5,180,182–185]. In general, higher PTH concentrations are associated with higher BMs [3]. BMs decrease after adenoma extirpation and during treatment with drugs [3,5,190,191,179,180,184–189]. Although bone turnover is clearly affected by primary hyperparathyroidism, no single BM proves to be useful on top of measuring PTH itself, for diagnosing this disease or show additional benefit in clinical follow up of the patients during or after treatment.



### Conclusion bone markers in primary hyperparathyroidism

Despite the abnormalities seen in BMs during primary hyperparathyroidism and the recovery during treatment, BMs do not play an additional role in standard care during diagnosis or follow up of primary hyperparathyroidism, as the PTH measurement itself is widely available.

## Overall conclusion

The clinical utility of BMs in patient care is rather heterogeneous, despite widespread research regarding their use. By all means, adequate standardized sample collection and analysis are the cornerstones of correct interpretation of BMs. In addition, intra- and inter patient variability such as circadian rhythm, fasting state and current pre- and analytical conditions such as different assays used are still limiting factors in daily clinic. Furthermore, the clinician should consider recent fractures, aging, menopausal status, concomitant liver and kidney disease when ordering and interpreting BM measurements as these factors might result in misleading BM concentrations. Also, the knowledge of use of bone-specific or bone-related medications by the patient is of high impact in the interpretation of BM results. Fortunately, an increasing amount of high quality assays are widely available at clinical laboratories, which enables both a more accurate display of concentrations of BMs and a reduction of the costs of the BM analysis as well. Therefore, BMs will be easier to order and results will be quicker accessible to the physician. In conclusion, based on this review BMs are clearly useful in the diagnosis of tumor induced osteomalacia, van Buchem disease, Paget's disease and hypophosphatemic rickets. In addition, BMs are useful to monitor disease activity in chronic kidney disease, Paget's disease and are also useful to monitor treatment effects in osteoporosis. Currently, osteoporosis is one of the few diseases in which CTX-I and PINP are recommended to use to monitor adherence to therapy and therapy success so far [7,9]. A summary of the outcomes mentioned in this review are displayed in Table 1. So far, no single BM has proven to be particularly suitable for prediction of the fracture risk in individual patients. Finally, preferably longitudinal trials and more clinical studies are needed to establish accurate age and sex dependent reference ranges of BMs of the ten bone (related) diseases that were described in this review. As a result, the clinical utility of BMs in patient care will possibly be extended in the near future.

PLAINTIFFS007262

Clinical utility of bone turn over markers



**Table 1.** Diseases and bone markers.

| Disease/BM Suitable for D and/or FU | (B)ALP | OC | PINP | CTX-I | NTX-I | ICTP | TRAP5b | Sclerostin | FGF23 | RANKL |
|---|---|---|---|---|---|---|---|---|---|---|
| Paget's disease | D + FU | - | D + FU | - | | | | | | |
| Primary osteoporosis | FU (only BALP) | | FU | FU | | | | | | |
| Tumor-induced osteomalacia | | | | | | | | | D | |
| Hypophosphatemic rickets | FU | | | | | | | | D | |
| van Buchem disease | | | | | | | | D | | |
| Chronic kidney disease | FU | - | FU (trimeric form) | - | - | | FU | | FU | |
| Rheumatoid arthritis | | | | - | - | | | | | - |
| Neoplasms/ multiple myeloma | | - | | | | - | | | | |
| Type 2 diabetes mellitus | | | | | | | | | | |
| Primary hyperparathyroidism | | | | | | | | | | |

D = useful marker for diagnosis, FU = useful marker for follow-up, - = no useful marker for follow-up, - = no useful marker, empty = no data or insufficient evidence, (B)ALP = (bone specific) alkaline phosphatase, OC = osteocalcin, PINP = amino-terminal propeptide of type I procollagen, CTX-I = carboxy-terminal telopeptide of type I collagen, NTX-I = amino-terminal telopeptide of type I collagen, ICTP = carboxy-terminal telopeptide of type I collagen, TRAP5b = tartrate resistant alkaline phosphatase 5b, FGF23 = fibroblast growth factor 23, RANKL = receptor activator of nuclear factor kappa-B ligand

42

PLAINTIFFS007263

## Acknowledgements and financial disclosures

The authors would like to thank Mr. M. El Sayed, MSc. for his help in drafting the chapter regarding the use of BM in neoplasma and multiple myeloma. This work was supported by an unrestricted grant from Abbott diagnostics (Chicago, IL, United States of America) to MV and AH. The funding source had no involvement in neither the design of the study, nor the collection, analysis and interpretation of the data, nor the writing of the manuscript.



### Authors' role

Study design: MV, AH, Data collection: MV, Data analysis: MV, AH. Drafting manuscript: MV, AH. Revising manuscript content: MV, AH, MH, RTdeJ, MVervloet, WL, RdeJ, BOP and AH. Approving final version of manuscript: AH. AH takes responsibility for the integrity of the data analysis.

PLAINTIFFS007264

Clinical utility of bone turn over markers

# References

1. Chiu L, Wong E, Deangelis C, Chiu N, Lam H, McDonald R, et al. Use of urinary markers in cancer setting: A literature review. J Bone Oncol. 2015;4(1):18–23.

2. Coleman R, Costa L, Saad F, Cook R, Hadji P, Terpos E, et al. Consensus on the utility of bone markers in the malignant bone disease setting. Crit Rev Oncol Hematol. 2011;80(3):411–32.

3. Costa AG, Bilezikian JP. Bone Turnover Markers in Primary Hyperparathyroidism. J Clin Densitom. 2013;16(1):22–7.

4. Drüeke TB, Massy ZA. Changing bone patterns with progression of chronic kidney disease. Kidney Int . 2016;89(2):289–302.

5. Pyram R, Mahajan G, Gliwa A. Primary hyperparathyroidism: Skeletal and non-skeletal effects, diagnosis and management. Maturitas . 2011;70(3):246–55.

6. Wheater G, Elshahaly M, Tuck SP, Datta HK, van Laar JM. The clinical utility of bone marker measurements in osteoporosis. J Transl Med. 2013 Jan ;11(1):201.

7. Guañabens N, Peris P, Monegal A. Bone Turnover Markers: A Clinical Review. Clin Rev Bone Miner Metab. 2015;13(2):83–97.

8. Vasikaran S, Eastell R, Bruyere O, Foldes a J, Garnero P, Griesmacher A, et al. Markers of bone turnover for the prediction of fracture risk and monitoring of osteoporosis treatment: a need for international reference standards. OsteoporosInt. 2011 Feb;22(2):391–420.

9. Biver E, E. B. Use of bone turnover markers in clinical practice. Curr Opin Endocrinol Diabetes Obes. 2012;19(6):468–73.

10. Seibel MJ. Bone: Reference bone turnover markers-just a fairy tale? Nat Rev Endocrinol. 2011;7(9):502–4.

11. Hlaing TT, Compston JE. Biochemical markers of bone turnover - uses and limitations. Ann Clin Biochem. 2014 Mar;51(Pt 2):189–202.

12. Johansson H, Odén A, Kanis JA, McCloskey E V., Morris HA, Cooper C, et al. A meta-analysis of reference markers of bone turnover for prediction of fracture. Calcif Tissue Int. 2014 May;94(5):560–7.

13. Lipton A, Costa L, Coleman RE. Bone turnover markers: tools for prognosis and monitoring response to bisphosphonates? Breast Dis. 2011 Jan;33(2):59–69.

14. Schousboe JT, Bauer DC. Clinical use of bone turnover markers to monitor pharmacologic fracture prevention therapy. Curr Osteoporos Rep . 2012 Mar;10(1):56–63.

15. Szulc P. The role of bone turnover markers in monitoring treatment in postmenopausal osteoporosis. Clin Biochem. 2012 Aug;45(12):907–19.

16. Terpos E, Dimopoulos M a, Sezer O, Roodman D, Abildgaard N, Vescio R, et al. The use of biochemical markers of bone remodeling in multiple myeloma: a report of the International Myeloma Working Group. Leuk 2010;24(10):1700 –12.

17. Naylor K, Eastell R. Bone turnover markers: Use in osteoporosis. Nat Rev Rheumatol. 2012;8(7):379–89.

18. Lee J, Vasikaran S. Current recommendations for laboratory testing and use of bone turnover markers in management of osteoporosis. AnnLab Med. 2012 Mar;32(2):105–12.

19. Vervloet MG, Brandenburg VM. Circulating markers of bone turnover. J Nephrol 2017;0(0):0.

20. Krege JH, Lane NE, Harris JM, Miller PD. PINP as a biological response marker during teriparatide treatment for osteoporosis. OsteoporosInt . 2014 Sep;25(9):2159–71.

21. Lee AJ, Hodges S, Eastell R. Measurement of osteocalcin. Ann Clin Biochem . 2000;37(4):432–46.

22. Singer FR, Bone HG, Hosking DJ, Lyles KW, Hassan Murad M, Reid IR, et al. Paget's Disease of Bone: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab . 2014;99(December):jc20142910.

23. Vasikaran SD, Chubb SAP, Schneider H-G. Towards optimising the provision of laboratory services for bone turnover markers. Pathology . 2014;46(4):267–73.

24. Numan MS, Amiable N, Brown JP, Michou L. Paget's disease of bone: An osteoimmunological disorder? Drug Des Devel Ther . 2015;9:4695–707.

PLAINTIFFS007265

25. Griz L, Fontan D, Mesquita P, Lazaretti-Castro M, Borba VZC, Borges JLC, et al. Diagnosis and management of Paget's disease of bone. Arq Bras Endocrinol Metabol. 2014 Aug;58(6):587–99.

26. Gkouva L, Andrikoula M, Kontogeorgakos V, Papachristou DJ, Tsatsoulis A. Active Paget's disease of bone with normal biomarkers of bone metabolism: A case report and review of the literature. Clin Rheumatol. 2011;30(1):139–44.

27. Al Nofal AA, Altayar O, BenKhadra K, Qasim Agha OQ, Asi N, Nabhan M, et al. Bone turnover markers in Paget's disease of the bone: A Systematic review and meta-analysis. Osteoporos Int . 2015 Jul;26(7):1875–91.

28. Reid IR, Hosking DJ. Bisphosphonates in Paget's disease. Bone. 2011;49(1):89–94.

29. Bolland MJ, Cundy T. Paget's disease of bone: Clinical review and update. J Clin Pathol. 2013;66(11):924–7.

30. Vallet M, Ralston SH. Biology and Treatment of Paget's Disease of Bone. J Cell Biochem . 2016 Feb;117(2):289–99.

31. Ralston SH. Paget's Disease of Bone. N Engl J Med. 2013;368(7):644–50.

32. Koivula M-KK, Risteli L, Risteli J. Measurement of aminoterminal propeptide of type I procollagen (PINP) in serum. Clin Biochem. 2012 Aug;45(12):920–7.

33. Cundy T, Reid IR. Reprint : Paget ' s disease of bone. Clin Biochem . 2012;45(12):970–5.

34. Garnero P, Gineyts E, Schaffer A V, Seaman J, Delmas PD. Measurement of urinary excretion of nonisomerized and beta-isomerized forms of type I collagen breakdown products to monitor the effects of the bisphosphonate zoledronate in Paget's disease. Arthritis Rheum. 1998 Feb;41(2):354–60.

35. Botella S, Restituto P, Monreal I, Colina I, Calleja A, Varo N. Traditional and novel bone remodeling markers in premenopausal and postmenopausal women. J Clin Endocrinol Metab . 2013 Nov ;98(11):E1740–8.

36. Burch J, Rice S, Yang H, Neilson A, Stirk L, Francis R, et al. Systematic review of the use of bone turnover markers for monitoring the response to osteoporosis treatment: The secondary prevention of fractures, and primary prevention of fractures in high-risk groups. Health Technol Assess. 2014 Feb ;18(11):1–180.

37. Eastell R. Treatment of postmenopausal osteoporosis. N Engl J Med . 1998 Mar 12;338(11):736–46.

38. Clowes J a., Peel NF a, Eastell R. The impact of monitoring on adherence and persistence with antiresorptive treatment for postmenopausal osteoporosis: A randomized controlled trial. J Clin Endocrinol Metab. 2004;89(3):1117–23.

39. Eekman D a, Bultink IEM, Heijboer AC, Dijkmans B a C, Lems WF. Bone turnover is adequately suppressed in osteoporotic patients treated with bisphosphonates in daily practice. BMC Musculoskelet Disord. 2011 Jan 12;12(1):167.

40. Funck-Brentano T, Biver E, Chopin F, Bouvard B, Coiffier G, Souberbielle J-CC, et al. Clinical utility of serum bone turnover markers in postmenopausal osteoporosis therapy monitoring: a systematic review. Semin Arthritis Rheum . 2011 Oct;41(1532-866X):157–69.

41. Chopin F, Biver E, Funck-Brentano T, Bouvard B, Coiffier G, Garnero P, et al. Prognostic interest of bone turnover markers in the management of postmenopausal osteoporosis. Jt Bone Spine. 2012;79(1):26–31.

42. Chapurlat RD, Confavreux CB. Novel biological markers of bone: from bone metabolism to bone physiology. Rheumatology. 2016;1–12.

43. Polyzos SA, Terpos E. Clinical vertebral fractures following denosumab discontinuation. Endocrine . 2016;54(1):271–2.

44. Obermayer-Pietsch BM, Marin F, McCloskey E V, Hadji P, Farrerons J, Boonen S, et al. Effects of Two Years of Daily Teriparatide Treatment on BMD in Postmenopausal Women With Severe Osteoporosis With and Without Prior Antiresorptive Treatment. J Bone Miner Res 2008;23(10):1591–600.

45. Leder BZ. Parathyroid Hormone and Parathyroid Hormone-Related Protein Analogs in Osteoporosis Therapy. Curr Osteoporos Rep. 2017;15(2):110–9.

46. Khosla S, Hofbauer LC. Osteoporosis treatment: recent developments and ongoing challenges. Lancet Diabetes Endocrinol 2017;8587(17).

47. Naylor KE, Jacques RM, Peel NFA, Gossiel F, Eastell R. Response of bone turnover markers to

PLAINTIFFS007266

raloxifene treatment in postmenopausal women with osteopenia. Osteoporos Int . 2016;2585–92.

48. Naylor KE, Jacques RM, Paggiosi M, Gossiel F, Peel NFA, McCloskey E V., et al. Response of bone turnover markers to three oral bisphosphonate therapies in postmenopausal osteoporosis: the TRIO study. Osteoporos Int . 2016;27(1):21–31.

49. Olmos JMJMJM, Hernández JL, Llorca J, Nan D, Valero C, González-Macías J, et al. Effects of 25-Hydroxyvitamin D 3 Therapy on Bone Turnover Markers and PTH Levels in Postmenopausal Osteoporotic Women Treated with Alendronate. J Clin Endocrinol Metab. 2012 Dec;97(12):4491–7.

50. Eastell R, Krege JH, Chen P, Glass E V, Reginster J-Y. Development of an algorithm for using PINP to monitor treatment of patients with teriparatide. Vol. 22, Current Medical Research and Opinion. 2006. p. 61–6.

51. Miller PD, Hattersley G, Riis BJ, Williams GC, Lau E, Russo LA, et al. Effect of Abaloparatide vs Placebo on New Vertebral Fractures in Postmenopausal Women With Osteoporosis A Randomized Clinical Trial. 2016;80227.

52. van der Rest C, Cavalier E, Kaux J-FF, Krzesinski J-MM, Hustinx R, Reginster J-YY, et al. Tumor-induced osteomalacia: The tumor may stay hidden! Clin Biochem. 2011 Oct;44(14–15):1264–6.

53. Ramon I, Kleynen P, Body JJ, Karmali R, I. R, P. K, et al. Fibroblast growth factor 23 and its role in phosphate homeostasis. Eur J Endocrinol. 2010;162(1):1–10.

54. Smith ER, McMahon LP, Holt SG. Fibroblast growth factor 23. Ann Clin Biochem. 2014;51(2):203–27.

55. Dupond JL, Mahammedi H, Prié D, Collin F, Gil H, Blagosklonov O, et al. Oncogenic osteomalacia: diagnostic importance of fibroblast growth factor 23 and F-18 fluorodeoxyglucose PET/CT scan for the diagnosis and follow-up in one case. Bone . 2005 Mar 36(3):375–8.

56. Seufert J, Ebert K, Muller J, Eulert J, Hendrich C, Werner E, et al. Octreotide therapy for tumor-induced osteomalacia. N Engl J Med. 2001 Dec;345(26):1883–8.

57. Hautmann AH, Hautmann MG, Kölbl O, Herr W, Fleck M, A.H. H, et al. Tumor-Induced

58. Sun Z, Jin J, Qiu G, Gao P, Liu Y. Surgical treatment of tumor-induced osteomalacia: a retrospective review of 40 cases with extremity tumors. BMC Musculoskelet Disord. 2015 Feb 26;16(1):43.

59. Burckhardt M-A, Schifferli A, Krieg AH, Baumhoer D, Szinnai G, Rudin C. Tumor-associated FGF23-induced hypophosphatemic rickets in children: a case report and review of the literature. Pediatr Nephrol. 2015;30(1):179–82.

60. Fathalla H, Cusimano M, Di Ieva A, Karamchandani J, Fung R, Kovacs K. Osteomalacia-Inducing Tumors of the Brain: A Case Report, Review and a Hypothesis. World Neurosurg. 2015;84(1):189.e1-189.e5.

61. Beck-Nielsen SS, Brixen K, Gram J, Mølgaard C. High bone mineral apparent density in children with X-linked hypophosphatemia. Osteoporos Int . 2013 Aug;24(8):2215–21.

62. Goldsweig BK, Carpenter TO. Hypophosphatemic Rickets: Lessons from Disrupted FGF23 Control of Phosphorus Homeostasis. Curr Osteoporos Rep . 2015;13(2):88–97.

63. Linglart A, Biosse-Duplan M, Briot K, Chaussain C, Esterle L, Guillaume-Czitrom S, et al. Therapeutic management of hypophosphatemic rickets from infancy to adulthood. Endocr Connect 2014;3(1):R13-30.

64. Carpenter TO. The expanding family of hypophosphatemic syndromes. J Bone Miner Metab . 2012;30(1):1–9.

65. Gattineni J. Inherited disorders of calcium and phosphate metabolism. Curr Opin Pediatr. 2014 Apr;26(2):215–22.

66. White KE, Hum JM, Econs MJ, Hypophosphatemic rickets: Revealing novel control points for phosphate homeostasis. Curr Osteoporos Rep. 2014;12(3):252–62.

67. Bastepe M, Jüppner H. Inherited hypophosphatemic disorders in children and the evolving mechanisms of phosphate regulation. Rev Endocr Metab Disord. 2008 Jun;9(2):171–80.

68. Ozono K, Michigami T, Namba N, Nakajima S, Yamamoto T, K. O, et al. Molecular Bases of

46

PLAINTIFFS007267

Diseases Characterized by Hypophosphatemia and Phosphaturia : New Understanding. Clin Pediatr Endocrinol. 2006;15(4):129–35.

69. Manghat P, Sodi R, Swaminathan R. Phosphate homeostasis and disorders. Ann Clin Biochem An Int J Biochem Lab Med . 2014;51(6):631–56.

70. Fijalkowski I, Boudin E, Mortier G, Van Hul W. Sclerosing bone dysplasias: Leads toward novel osteoporosis treatments. Curr Osteoporos Rep . 2014;12(3):243–51.

71. Papapoulos SE. Targeting sclerostin as potential treatment of osteoporosis. Ann Rheum Dis. 2011 Mar;70 Suppl 1:i119–22.

72. Weivoda MM, Oursler MJ, M.M. W, M.J. O. Developments in sclerostin biology: Regulation of gene expression, mechanisms of action, and physiological functions. Curr Osteoporos Rep 2014 Mar;12(1):107–14.

73. Costa AG, Bilezikian JP. Sclerostin: Therapeutic horizons based upon its actions. Curr Osteoporos Rep. 2012 Mar;10(1):64–72.

74. van Bezooijen RL, ten Dijke P, Papapoulos SE, Löwik CWGM. SOST/sclerostin, an osteocyte-derived negative regulator of bone formation. Cytokine Growth Factor Rev . 2005 Jun;16(3):319–27.

75. Lewiecki EM. Role of sclerostin in bone and cartilage and its potential as a therapeutic target in bone diseases. Ther Adv Musculoskelet Dis. 2014;6(2):48–57.

76. Baigent C, Herrington WG, Coresh J, Landray MJ, Levin A, Perkovic V, et al. Challenges in conducting clinical trials in nephrology: conclusions from a Kidney Disease—Improving Global Outcomes (KDIGO) Controversies Conference. Kidney Int 2017;92(2):297–305.

77. Jamal SA, West SL, Miller PD,. Fracture risk assessment in patients with chronic kidney disease. Osteoporos Int . 2012 Apr;23(4):1191–8.

78. West SL, Patel P, Jamal SA. How to predict and treat increased fracture risk in chronic kidney disease. J Intern Med 2015 Jul;278(1):19–28.

79. Malluche HH, Porter DS, Pienkowski D. Evaluating bone quality in patients with chronic kidney disease. Nat Rev Nephrol 2013 Nov;9(11):671–80.

80. Morena M, Jaussent I, Dupuy A-M, Bargnoux A-S, Kuster N, Chenine L, et al. Osteoprotegerin and sclerostin in chronic kidney disease prior to dialysis: potential partners in vascular calcifications. Nephrol Dial Transplant . 2015;30(8):1345–56.

81. Blau JE, Collins MT. The PTH-Vitamin D-FGF23 axis. Rev Endocr Metab Disord . 2015;16(2):165–74.

82. Fujita Y, Iki M, Tamaki J, Kouda K, Yura A, Kadowaki E, et al. Renal function and bone mineral density in community-dwelling elderly Japanese men: The Fujiwara-kyo Osteoporosis Risk in Men (FORMEN) Study. Bone 2013 Sep ;56(1):61–6.

83. Yamashita T, Okano K, Tsuruta Y, Akiba T, Nitta K. Serum osteocalcin levels are useful as a predictor of cardiovascular events in maintenance hemodialysis patients. Int Urol Nephrol. 2013 Feb;45(1):207–14.

84. Sardiwal S, Magnusson P, Goldsmith DJA, Lamb EJ. Bone alkaline phosphatase in CKD-mineral bone disorder. Am J Kidney Dis 2013;62(4):810–22.

85. Kobayashi I, Shidara K, Okuno S, Yamada S, Imanishi Y, Mori K, et al. Higher serum bone alkaline phosphatase as a predictor of mortality in male hemodialysis patients. Life Sci. 2012 Jan;90(5–6):212–8.

86. Wolf M. Update on fibroblast growth factor 23 in chronic kidney disease. Kidney Int . 2012 Oct ;82(7):737–47.

87. Nickolas TL, Cremers S, Zhang A, Thomas V, Stein E, Cohen A, et al. Discriminants of prevalent fractures in chronic kidney disease. J Am Soc Nephrol. 2011 Aug;22(8):1560–72.

88. Alderson H V., Ritchie JP, Green D, Chiu D, Kalra PA. Potential for biomarkers of chronic kidney disease-mineral bone disorder to improve patient care. Nephron - Clin Pract . 2013;124(3–4):141–50.

89. Naumnik B, Klejna K, Koc-Zorawska E, Mysliwiec M. Age and gender predict OPG level and OPG/sRANKL ratio in maintenance hemodialysis patients. Adv Med Sci. 2013;58(2):382–7.

90. Iimori S, Mori Y, Akita W, Kuyama T, Takada S, Asai T, et al. Diagnostic usefulness of bone mineral density and biochemical markers of bone turnover in predicting fracture in CKD stage 5D patients--a single-center cohort study. Nephrol Dial Transplant . 2012 Jan;27(1):345–51.

PLAINTIFFS007268



91.  Yamada S, Tsuruya K, Yoshida H, Taniguchi M, Haruyama N, Tanaka S, et al. The clinical utility of serum tartrate-resistant acid phosphatase 5b in the assessment of bone resorption in patients on peritoneal dialysis. Clin Endocrinol 2013 Jun;78(6):844–51.

92.  Sprague SM, Bellorin-Font E, Jorgetti V, Carvalho AB, Malluche HH, Ferreira A, et al. Diagnostic accuracy of bone turnover markers and bone histology in patients with CKD treated by dialysis. Am J Kidney Dis. 2016;67(4):S59–66.

93.  Salam S, Gallagher O, Gossiel F, Paggiosi M, Khwaja A, Eastell R. Diagnostic Accuracy of Biomarkers and Imaging for Bone Turnover in Renal Osteodystrophy. J Am Soc Nephrol. 2018;ASN.2017050584.

94.  Nakano C, Hamano T, Fujii N, Obi Y, Matsui I, Tomida K, et al. Intact fibroblast growth factor 23 levels predict incident cardiovascular event before but not after the start of dialysis. Bone . 2012;50(6):1266–74.

95.  Damasiewicz MJ, Toussaint ND, Polkinghorne KR. Fibroblast growth factor 23 in chronic kidney disease: New insights and clinical implications. Nephrology. 2011;16(3):261–8.

96.  Kovesdy CP, Quarles LD,. The role of fibroblast growth factor-23 in cardiorenal syndrome. Nephron - Clin Pract. 2013;123(3–4):194–201.

97.  Smith ER, Ford ML, Tomlinson LA, Weaving G, Rocks BF, Rajkumar C, et al. Instability of fibroblast growth factor-23 (FGF-23): Implications for clinical studies. Clin Chim Acta 2011;412(11–12):1008–11.

98.  Shimada T, Urakawa I, Isakova T, Yamazaki Y, Epstein M, Wesseling-Perry K, et al. Circulating Fibroblast Growth Factor 23 in Patients with End-Stage Renal Disease Treated by Peritoneal Dialysis Is Intact and Biologically Active. J Clin Endocrinol Metab . 2010;95(2):578–85.

99.  Orlando M. Gutiérrez, M.D., M.M.Sc., Michael Mannstadt MD, Tamara Isakova, M.D., Jose Alejandro Rauh-Hain, M.D., Hector Tamez MD, Anand Shah, M.D., Kelsey Smith, B.A., Hang Lee PD, Ravi Thadhani, M.D., M.P.H., Harald Jüppner, M.D., and Myles Wolf, M.D. MMS. Fibroblast Growth Factor 23 and Mortality among Patients Undergoing Hemodialysis. N Engl J Med. 2008;359(6):584–92.

100. Garnero P, Jouvenne P, Buchs N, Delmas PD, Miossec P. Uncoupling of bone metabolism in rheumatoid arthritis patients with or without joint destruction: assessment with serum type I collagen breakdown products. Bone. 1999 Apr;24(4):381–5.

101. Fardellone P, Sejourne A, Paccou J, Goeb V, Séjourné A, Paccou J, et al. Bone remodelling markers in rheumatoid arthritis. Mediators Inflamm ;2014:484280.

102. Szentpetery A, McKenna MJ, Murray BF, Ng CT, Brady JJ, Morrin M, et al. Periarticular bone gain at proximal interphalangeal joints and changes in bone turnover markers in response to tumor necrosis factor inhibitors in rheumatoid and psoriatic arthritis. J Rheumatol. 2013;40(5):653–62.

103. Vis M, Güler-Yüksel M, Lems WF. Can bone loss in rheumatoid arthritis be prevented? Osteoporos Int  2013 Oct;24(10):2541–53.

104. Krabben A, Knevel R, Huizinga TWJ, Cavet G, Van Der Helm-Van Mil AHM. Serum pyridinoline levels and prediction of severity of joint destruction in rheumatoid arthritis. J Rheumatol 2013;40(8):1303–6.

105. Iwadate H, Kobayashi H, Kanno T, Asano T, Saito R, Sato S, et al. Plasma osteopontin is correlated with bone resorption markers in rheumatoid arthritis patients. Int J Rheum Dis. 2014 Jan;17(1):50–6.

106. Coiffier G, Bouvard BB, Chopin F, Biver E, Funck-Brentano T, Garnero P, et al. Common bone turnover markers in rheumatoid arthritis and ankylosing spondylitis: a literature review. Joint Bone Spine. 2013 May;80(3):250–7.

107. Karsdal M a, Woodworth T, Henriksen K, Maksymowych WP, Genant H, Vergnaud P, et al. Biochemical markers of ongoing joint damage in rheumatoid arthritis - current and future applications, limitations and opportunities. Arthritis Res Ther  2011;13(2):215.

108. Clayton ES, Hochberg MC. Osteoporosis and osteoarthritis, rheumatoid arthritis and spondylarthropathies. Curr Osteoporos Rep. 2013 Dec;11(4):257–62.

PLAINTIFFS007269

109. Dénarié D, Constant E, Thomas T, Marotte H, Denarie D, Constant E, et al. Could biomarkers of bone, cartilage or synovium turnover be used for relapse prediction in rheumatoid arthritis patients? Mediators Inflamm. 2014;2014:537324.

110. Ebina K, Hashimoto J, Shi K, Kashii M, Hirao M, Yoshikawa H. Comparison of the effect of 18-month daily teriparatide administration on patients with rheumatoid arthritis and postmenopausal osteoporosis patients. Osteoporos Int. 2014 Dec;25(12):2755–65.

111. van Tuyl LHD, Voskuyl AE, Boers M, Geusens P, Landewe RBM, Dijkmans B a C, et al. Baseline RANKL:OPG ratio and markers of bone and cartilage degradation predict annual radiological progression over 11 years in rheumatoid arthritis. Ann Rheum Dis. 2010 Sep;69(9):1623–8.

112. Engvall I-LL, Svensson B, Boonen A, Van der heijde D, Lerner UH, Hafström I, et al. Low-dose prednisolone in early rheumatoid arthritis inhibits collagen type I degradation by matrix metalloproteinases as assessed by serum 1CTP--a possible mechanism for specific inhibition of radiological destruction. Rheumatology. 2013 Apr;52(4):733–42.

113. Vis M, Havaardsholm EA, Haugeberg G, Uhlig T, Voskuyl AE, van de Stadt RJ, et al. Evaluation of bone mineral density, bone metabolism, osteoprotegerin and receptor activator of the NFkappaB ligand serum levels during treatment with infliximab in patients with rheumatoid arthritis. Ann Rheum Dis. 2006 Nov;65(11):1495–9.

114. Lacroix AZ, Jackson RD, Aragaki A, Kooperberg C, Cauley JA, Chen Z, et al. OPG and sRANKL serum levels and incident hip fracture in postmenopausal Caucasian women in the Women's Health Initiative Observational Study. Bone 2013;56(2):474–81.

115. Piatek S, Adolf D, Wex T, Halangk W, Klose S, Westphal S, et al. Multiparameter analysis of serum levels of C-telopeptide crosslaps, bone-specific alkaline phosphatase, cathepsin K, osteoprotegerin and receptor activator of nuclear factor KB ligand in the diagnosis of osteoporosis. Maturitas. 2013 Apr;74(4):363–8.

116. Wagner D, Fahrleitner-Pammer A. Levels of osteoprotegerin (OPG) and receptor activator for nuclear factor kappa B ligand (RANKL) in serum: Are they of any help? Wiener Medizinische Wochenschrift. 2010;160(17–18):452–7.

117. Kuchuk M, Addison CL, Clemons M, Kuchuk I, Wheatley-Price P. Incidence and consequences of bone metastases in lung cancer patients. J Bone Oncol. 2013;2(1):22–9.

118. Gartrell BA, Coleman R, Efstathiou E, Fizazi K, Logothetis CJ, Smith MR, et al. Metastatic Prostate Cancer and the Bone: Significance and Therapeutic Options. Eur Urol. 2015;68(5):850–8.

119. Lyubimova N V., Kozharskaya G V., Portnoi SM, Kushlinskii NE. Biochemical Markers of Bone Metabolism in Breast Cancer. Bull Exp Biol Med. 2014;157(6):769–72.

120. Jung K, Lein M. Bone turnover markers in serum and urine as diagnostic, prognostic and monitoring biomarkers of bone metastasis. Biochim Biophys Acta. 2014 Dec;1846(2):425–38.

121. Coleman RE, Lipton A, Costa L, Cook RJ, Lee K, Saad F, et al. Possible survival benefits from zoledronic acid treatment in patients with bone metastases from solid tumours and poor prognostic features — An exploratory analysis of placebo-controlled trials. J Bone Oncol. 2013;2(2):70–6.

122. Lipton A, Cook R, Saad F, Major P, Garnero P, Terpos E, et al. Normalization of bone markers is associated with improved survival in patients with bone metastases from solid tumors and elevated bone resorption receiving zoledronic acid. Cancer. 2008 Jul;113(1):193–201.

123. Mountzios G, Terpos E, Syrigos K, Papadimitriou C, Papadopoulos G, Bamias A, et al. Markers of bone remodeling and skeletal morbidity in patients with solid tumors metastatic to the skeleton receiving the biphosphonate zoledronic acid. Transl Res. 2010 May;155(5):247–55.

124. Grey A, Bolland MJ, Horne A, Wattie D, House M, Gamble G, et al. Five years of anti-resorptive activity after a single dose of zoledronate--results from a randomized double-blind placebo-controlled trial. Bone. 2012;50(6):1389–93.

PLAINTIFFS007270

Clinical utility of bone turn over markers



125. Tang C, Liu Y, Qin H, Li X, Guo W, Li J, et al. Clinical significance of serum BAP, TRACP 5b and ICTP as bone metabolic markers for bone metastasis screening in lung cancer patients. Clin Chim Acta. 2013;426:102–7.

126. Bayrak SB, Ceylan E, Serter M, Karadağ F, Demir E, Çildağ O. The clinical importance of bone metabolic markers in detecting bone metastasis of lung cancer. Int J Clin Oncol. 2012 Apr;17(2):112–8.

127. Lumachi F, Santeufemia DA, Del CA, Mazza F, Tozzoli R, Chiara GB, et al. Carboxy-terminal telopeptide (CTX) and amino-terminal propeptide (PINP) of type I collagen as markers of bone metastases in patients with non-small cell lung cancer. Anticancer Res. 2013;33(6):2593–6.

128. Mountzios G, Ramfidis V, Terpos E, Syrigos KN. Prognostic significance of bone markers in patients with lung cancer metastatic to the skeleton: a review of published data. Clin Lung Cancer. 2011 Nov;12(6):341–9.

129. Yao NS, Wu YY, Janckila AJ, Ku CH, Hsieh AT, Ho CL, et al. Serum tartrate-resistant acid phosphatase 5b (TRACP5b) activity as a biomarker for bone metastasis in non-small cell lung cancer patients. Clin Chim Acta. 2011 Jan 14 ;412(1–2):181–5.

130. Franjević A, Pavićević R, Bubanović G. ICTP in bone metastases of lung cancer. Coll Antropol 2011 Mar;35(1):43–7.

131. Tamiya M, Tokunaga S, Okada H, Suzuki H, Kobayashi M, Sasada S, et al. Prospective study of urinary and serum cross-linked N-telopeptide of type I collagen (NTx) for diagnosis of bone metastasis in patients with lung cancer. Clin Lung Cancer 2013 Jul;14(4):364–9.

132. Lumachi F, Marino F, Fanti G, Chiara GB, Basso SMM. Serum N-telopeptide of type I collagen and bone alkaline phosphatase and their relationship in patients with non-small cell lung carcinoma and bone metastases. Preliminary results. Anticancer Res 2011 Nov;31(11):3879–81.

133. Huang Q, Ouyang X. Biochemical-markers for the diagnosis of bone metastasis: a clinical review. Cancer Epidemiol 2012 Feb;36(1):94–8.

134. Kamiya N, Suzuki H, Endo T, Takano M, Yano M, Naoi M, et al. Additive effect of zoledronic acid on serum prostate-specific antigen changes for hormone-sensitive prostate cancer patients with bone metastasis treated by combined androgen blockade. Int J Urol 2012 Feb;19(2):169–73.

135. Jablonka F, Alves B da CA, de Oliveira CGB, Wroclawski ML, Szwarc M, Vitória W de O, et al. Serum crosslinked-N-terminal telopeptide of type I collagen (NTx) has prognostic implications for patients with initial prostate carcinoma (PCa): a pilot study. Clin Chim Acta . 2014 Sep 25;436:316–8.

136. Armstrong AJ, Eisenberger MA, Halabi S, Oudard S, Nanus DM, Petrylak DP, et al. Biomarkers in the management and treatment of men with metastatic castration-resistant prostate cancer. Eur Urol 2012 Mar;61(3):549–59.

137. Saad CGS, Ribeiro ACM, Moraes JCB, Takayama L, Goncalves CR, Rodrigues MB, et al. Low sclerostin levels: a predictive marker of persistent inflammation in ankylosing spondylitis during anti-tumor necrosis factor therapy? Arthritis Res Ther. 2012;14(5):R216.

138. Sonpavde G, Pond GR, Berry WR, de Wit R, Armstrong AJ, Eisenberger MA, et al. Serum alkaline phosphatase changes predict survival independent of PSA changes in men with castration-resistant prostate cancer and bone metastasis receiving chemotherapy. Urol Oncol. 2012 Sep;30(5):607–13.

139. Saad F, Eastham JA, Smith MR. Clinical outcomes of serum bone turnover markers in prostate cancer with bone metastasis. J Urol 2012;187(4):e899.

140. Lara PN, Ely B, Quinn DI, Mack PC, Tangen C, Gertz E, et al. Serum biomarkers of bone metabolism in castration-resistant prostate cancer patients with skeletal metastases: results from SWOG 0421. J Natl Cancer Inst 2014;106(4):dju013.

141. Som a, Tu S-M, Liu J, Wang X, Qiao W, Logothetis C, et al. Response in bone turnover markers during therapy predicts overall survival in patients with metastatic prostate cancer: analysis of three clinical trials. Br J Cancer . 2012;107(9):1547–53.

142. Rajpar S, Massard C, Laplanche A, Tournay E, Gross-Goupil M, Loriot Y, et al. Urinary N-telopeptide (uNTx) is an independent

PLAINTIFFS007271

prognostic factor for overall survival in patients with bone metastases from castration-resistant prostate cancer. Ann Oncol. 2010;21(9):1864–9.

143. Izumi K, Mizokami A, Itai S, Shima T, Shigehara K, Miwa S, et al. Increases in bone turnover marker levels at an early phase after starting zoledronic acid predicts skeletal-related events in patients with prostate cancer with bone metastasis. BJU Int . 2012 Feb;109(3):394–400.

144. Todenhöfer T, Hennenlotter J, Leidenberger P, Wald A, Hohneder A, Kühs U, et al. Serum receptor activator of nuclear factor Kb ligand (RANKL) levels predict biochemical recurrence in patients undergoing radical prostatectomy. BJU Int. 2014;113(1):152–9.

145. Chao TY, Wu YY, Janckila AJ. Tartrate-resistant acid phosphatase isoform 5b (TRACP 5b) as a serum maker for cancer with bone metastasis. Clin Chim Acta 2010 Nov 11;411(21–22):1553–64.

146. Barnadas A, Manso L, de la Piedra C, Meseguer C, Crespo C, Gómez P, et al. Bone turnover markers as predictive indicators of outcome in patients with breast cancer and bone metastases treated with bisphosphonates: Results from a 2-year multicentre observational study (ZOMAR study). Bone. 2014 Nov;68:32–40.

147. Weichhaus M, Chung STM, Connelly L. Osteoprotegerin in breast cancer: beyond bone remodeling. Mol Cancer 2015;14(1):117.

148. Lipton A, Chapman J-AWAW, Demers L, Shepherd LE, Han L, Wilson CF, et al. Elevated bone turnover predicts for bone metastasis in postmenopausal breast cancer: results of NCIC CTG MA.14. J Clin Oncol. 2011 Sep;29(27):3605–10.

149. Aktas B, Kasimir-Bauer S, Lehmann N, Kimmig R, Tewes M. Validity of bone marker measurements for monitoring response to bisphosphonate therapy with zoledronic acid in metastatic breast cancer. Oncol Rep. 2013 Jul;30(1):441–7.

150. Terpos E, Kastritis E, Dimopoulos MA. Prevention and treatment of bone marrow disease. Curr Hematol Malig Rep 2012;7(4):249–57.

151. Ting KR, Brady JJ, Hameed A, Le G, Meiller J, Verburgh E, et al. Clinical utility of C-terminal telopeptide of type 1 collagen in multiple myeloma. Br J Haematol. 2016 Jan;

152. Djunic I, Elezovic I, Marinkovic M, Suvajdzic-Vukovic N, Tomin D, Jankovic G, et al. Osteolytic lesions marker in multiple myeloma. Med Oncol. 2011;28(1):237–40.

153. Pecoraro V, Germagnoli L, Roli L. Prognostic and medical relevance of bone turnover markers for multiple myeloma patients: An evidence based approach for clinical laboratory. Clin Chem Lab Med. 2015;53:S574.

154. Kowalska M, Druzd-Sitek A, Fuksiewicz M, Kotowicz B, Chechlinska M, Syczewska M, et al. Procollagen I amino-terminal propeptide as a potential marker for multiple myeloma. Clin Biochem 2010;43(6):604–8.

155. Terpos E, Christoulas D, Katodritou E, Bratengeier C, Gkotzamanidou M, Michalis E, et al. Elevated circulating sclerostin correlates with advanced disease features and abnormal bone remodeling in symptomatic myeloma: reduction post-bortezomib monotherapy. Int J Cancer. 2012 Sep;131(6):1466–71.

156. Patel CG, Yee AJ, Scullen TA, Nemani N, Santo L, Richardson PG, et al. Biomarkers of bone remodeling in multiple myeloma patients to tailor bisphosphonate therapy. Clin Cancer Res 2014 Aug 1;20(15):3955–61.

157. Ogata M, Ide R, Takizawa M, Tanaka M, Tetsuo T, Sato A, et al. Association between basal metabolic function and bone metabolism in postmenopausal women with type 2 diabetes. Nutrition. 2015 Jan;31(11–12):1394–401.

158. Starup-Linde J, Lykkeboe S, Gregersen S, Hauge E-M, Langdahl BL, Handberg A, et al. Differences in biochemical bone markers by diabetes type and the impact of glucose. Bone. 2016 Feb;83:149–55.

159. Gilbert MP, Pratley RE. The Impact of Diabetes Treatments On Bone Health in Patients with Type 2 Diabetes Mellitus. Endocr Rev 2015;36(April):er.2012-1042.

160. Rubin MR, Goldfine AB, McMahon DJ, Donovan DS, Cremers S, Dworakowski E, et al. Effects of the anti-inflammatory drug salsalate on bone turnover in type 2 diabetes mellitus. Endocrine 2015 Nov 1;50(2):504–7.

161. Gennari L, Merlotti D, Valenti R, Ceccarelli E, Ruvio M, Pietrini MG, et al. Circulating

PLAINTIFFS007272



Sclerosin Levels and Bone Turnover in Type 1 and Type 2 Diabetes. J Clin Endocrinol Metab 2012;97(5):1737–44.

162. Stage TB, Christensen MMH, Jørgensen NR, Beck-Nielsen H, Brøsen K, Gram J, et al. Effects of metformin, rosiglitazone and insulin on bone metabolism in patients with type 2 diabetes. Bone. 2018;112(April):35–41.

163. Hough FS, Pierroz DD, Cooper C, Ferrari SL. MECHANISMS IN ENDOCRINOLOGY: Mechanisms and evaluation of bone fragility in type 1 diabetes mellitus. Eur J Endocrinol 2016;174(4):R127–38.

164. Palermo A, Tuccinardi D, Defeudis G, Watanabe M, D'Onofrio L, Lauria AP, et al. BMI and BMD: The potential interplay between obesity and bone fragility. Int J Environ Res Public Health. 2016;13(6).

165. Yamamoto M. Insights into bone fragility in diabetes: the crucial role of bone quality on skeletal strength. Endocr J 2015;62(4):299–308.

166. Chaiban JT, Nicolas KG. Diabetes and Bone: Still a Lot to Learn. Clin Rev Bone Miner Metab . 2015;13(1):20–35.

167. Yeap BB, Alfonso H, Chubb SAP, Gauci R, Byrnes E, Beilby JP, et al. Higher serum undercarboxylated osteocalcin and other bone turnover markers are associated with reduced diabetes risk and lower estradiol concentrations in older men. Vol. 100, The Journal of clinical endocrinology and metabolism. 2015. p. 63–71.

168. Oei L, Rivadeneira F, Zillikens MC, Oei EHG. Diabetes, Diabetic Complications, and Fracture Risk. Curr Osteoporos Rep 2015;13(2):106–15.

169. Li R, Xu W, Luo S, Xu H, Tong G, Zeng L, et al. Effect of exenatide, insulin and pioglitazone on bone metabolism in patients with newly diagnosed type 2 diabetes. Acta Diabetol. 2015 Dec;52(6):1083–91. A

170. Starup-Linde J, Vestergaard P, J. S-L, P. V, Starup-Linde J, Vestergaard P. Biochemical bone turnover markers in diabetes mellitus — A systematic review. Bone. 2015 Feb;82:69–78.

171. Moreira CA, Barreto FC, Dempster DW. New insights on diabetes and bone metabolism. J Bras Nefrol 'orgão Of Soc Bras e Latino-Americana Nefrol . 2015;37(4):490–5.

172. Shu A, Yin MT, Stein E, Cremers S, Dworakowski E, Ives R, et al. Bone structure and turnover in type 2 diabetes mellitus. Osteoporos Int 2012;23(2):635–41.

173. Pérez de Ciriza C, Lawrie A, Varo N. Osteoprotegerin in Cardiometabolic Disorders. Int J Endocrinol . 2015;2015(iii):564934.

174. Chen H, Li X, Yue R, Ren X, Zhang X, Ni A. The effects of diabetes mellitus and diabetic nephropathy on bone and mineral metabolism in T2DM patients. Diabetes Res Clin Pract. 2013 May;100(2):272–6.

175. Meier C, Schwartz A V., Egger A, Lecka-Czernik B. Effects of diabetes drugs on the skeleton. Bone 2015;82:93–100.

176. Díaz-López A, Bulló M, Juanola-Falgarona M, Martínez-González MA, Estruch R, Covas M-I, et al. Reduced serum concentrations of carboxylated and undercarboxylated osteocalcin are associated with risk of developing type 2 diabetes mellitus in a high cardiovascular risk population: a nested case-control study. J Clin Endocrinol Metab. 2013 Nov;98(11):4524–31.

177. Kunutsor SK, Apekey TA, Laukkanen JA. Association of serum total osteocalcin with type 2 diabetes and intermediate metabolic phenotypes: systematic review and meta-analysis of observational evidence. Eur J Epidemiol. 2015 Aug;30(8):599–614.

178. Kanazawa I, Yamaguchi T, Tada Y, Yamauchi M, Yano S, Sugimoto T. Serum osteocalcin level is positively associated with insulin sensitivity and secretion in patients with type 2 diabetes. Vol. 48, Bone. 2011. p. 720–5.

179. Rolighed L, Rejnmark L, Sikjaer T, Heickendorff L, Vestergaard P, Mosekilde L, et al. Vitamin D Treatment in Primary Hyperparathyroidism: a Randomized Placebo Controlled Trial. J Clin Endocrinol Metab. 2014;99(3):jc20133978.

180. Alonso S, Ferrero E, Donat M, Mart??nez G, Vargas C, Hidalgo M, et al. The usefulness of high pre-operative levels of serum type I collagen bone markers for the prediction of changes in bone mineral density after parathyroidectomy. J Endocrinol Invest. 2012;35(7):640–4.

PLAINTIFFS007273

181. Sankaran S, Gamble G, Bolland M, Reid IR, Grey A. Skeletal effects of interventions in mild primary hyperparathyroidism: A meta-analysis. J Clin Endocrinol Metab. 2010;95(4):1653–62.

182. Ardawi M-SM, Al-Sibiany a M, Bakhsh TM, Rouzi A A, Qari MH. Decreased serum sclerostin levels in patients with primary hyperparathyroidism: a cross-sectional and a longitudinal study. Osteoporos Int . 2012;23(6):1789–97.

183. Dy BM, Grant CS, Wermers R a., Kearns AE, Huebner M, Harmsen WS, et al. Changes in bone mineral density after surgical intervention for primary hyperparathyroidism. Surgery . 2012;152(6):1051–8.

184. Szymczak J, Bohdanowicz-Pawlak A. Osteoprotegerin, RANKL, and bone turnover in primary hyperparathyroidism: the effect of parathyroidectomy and treatment with alendronate. Horm Metab Res. 2013 Sep;45(10):759–64.

185. Kerschan-Schindl K. Bone turnover in hyperparathyroidism. Wiener Medizinische Wochenschrift. 2013;163(17–18):391–6.

186. Ardawi M-S, Qari MH, Rouzi AA, Al-Sebiani SA, Al-Senani NS, M.-S.M. A, et al. The relationship between osteoprotegerin, RANKL and bone turnover markers among postmenopausal women with and without osteoporosis: A cross-sectional study. Osteoporos Int 2012;23(3):S310–1.

187. Bollerslev J, Marcocci C, Sosa M, Nordenström J, Bouillon R, Mosekilde L. Current evidence for recommendation of surgery, medical treatment and vitamin D repletion in mild primary hyperparathyroidism. Eur J Endocrinol 2011;165(6):851–64.

188. Pallan S, Rahman MO, Khan AA. Diagnosis and management of primary hyperparathyroidism. BMJ 2012;344(7849):181–92.

189. Witteveen JE, van Thiel S, Romijn JA, Hamdy NA. Hungry bone syndrome: still a challenge in the post-operative management of primary hyperparathyroidism: a systematic review of the literature. Eur J Endocrinol. 2013;168(3):45–53.

190. Marcocci C, Brandi ML, Scillitani A, Corbetta S, Faggiano A, Gianotti L, et al. Italian Society of Endocrinology Consensus Statement: definition, evaluation and management of patients with mild primary hyperparathyroidism. J Endocrinol Invest 2015 May;38(5):577–93.

191. Rossini M, Viapiana O, Kalpakcioglu B, Dhangana R, Gatti D, Braga V, et al. Long-term effects of neridronate and its discontinuation in patients with primary hyperparathyroidism. Calcif Tissue Int. 2011 Jul;89(1):21–8.

PLAINTIFFS007274

PLAINTIFFS007275

# Part II

---

## EFFECTS OF SEX STEROIDS ON BONE HEALTH IN TRANSGENDER PERSONS

PLAINTIFFS007276

# Chapter 3

PLAINTIFFS007277

# Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents

Mariska C. Vlot, Daniel T. Klink, Martin den Heijer,
Marinus A. Blankenstein, Joost Rotteveel, Annemieke C. Heijboer

*Bone 2017 Feb;95:11-19.*

PLAINTIFFS007278

Bone health in transgender adolescents

## Abstract

Puberty is highly important for the accumulation of bone mass. Bone turnover and bone mineral density (BMD) can be affected in transgender adolescents when puberty is suppressed by gonadotropin-releasing hormone analogues (GnRHa), followed by treatment with cross-sex hormone therapy (CSHT). We aimed to investigate the effect of GnRHa and CSHT on bone turnover markers (BTMs) and bone mineral apparent density (BMAD) in transgender adolescents. Gender dysphoria was diagnosed based on diagnostic criteria according to the DSM-IV (TR). Thirty four female-to-male persons (transmen) and 22 male-to-female persons (transwomen) were included. Patients were allocated to a young (bone age of <15 years in transwomen or <14 in transmen) or old group (bone age of ≥15 years in transwomen or ≥ 14 years in transmen). All were treated with GnRHa triptorelin and CSHT was added in incremental doses from the age of 16 years. Transmen received testosterone esters (Sustanon, MSD) and transwomen received 17-β estradiol. P1NP, osteocalcin, ICTP and BMD of lumbar spine (LS) and femoral neck (FN) were measured at three time points. In addition, BMAD and Z-scores were calculated. We found a decrease of P1NP and ICTP during GnRHa treatment, indicating decreased bone turnover (young transmen 95% CI - 74 to - 50% , *p=0.02*, young transwomen 95% CI - 73 to - 43, *p=0.008*). The decrease in bone turnover upon GnRHa treatment was accompanied by an unchanged BMAD of FN and LS, whereas BMAD Z-scores of predominantly the LS decreased especially in the young transwomen. Twenty-four months after CSHT the BTMs P1NP and ICTP were even more decreased in all groups except for the old transmen. During CSHT BMAD increased and Z-scores returned towards normal, especially of the LS (young transwomen CI 95% 0.1 to 0.6, *p=0.01*, old transwomen 95% CI 0.3 to 0.8, *p=0.04*). To conclude, suppressing puberty by GnRHa leads to a decrease of BTMs in both transwomen and transmen transgender adolescents. The increase of BMAD and BMAD Z-scores predominantly in the LS as a result of treatment with CSHT is accompanied by decreasing BTM concentrations after 24 months of CSHT. Therefore, the added value of evaluating BTMs seems to be limited and DXA-scans remain important in follow-up of bone health of transgender adolescents.

PLAINTIFFS007279

# Introduction

Puberty is the most important period in life regarding the accumulation of bone mass. In general, about 85% - 90% of the total bone mass will have been acquired at the end of puberty [1]. Sex steroids reach high concentrations as puberty progresses and play a key role in the augmented bone growth and bone mass accumulation in adolescents. Consequently, the process of bone turnover, bone remodelling and bone mineral apposition increase during puberty as well [2]. In adolescents with gender dysphoria the pubertal development of secondary sex characteristics during puberty can cause psychological distress because this physical maturation belongs to their unwanted sex assigned at birth. When transgender adolescents are treated, the first step of the so-called gender affirming (GA) therapy is the administration of gonadotropin-releasing hormone analogues (GnRHa) to suppress puberty. The GnRHa treatment induces a hypogonadal state, resulting in a developmental arrest of the undesired secondary sex characteristics of the sex assigned at birth [3-5]. Bone metabolism is affected by the GnRHa treatment as well and as a result the BMD as measured by DXA-scan can decrease [6-7]. The second step of the GA therapy of transgender adolescents consists of gender affirming hormones also known as cross-sex hormone therapy (CSHT) from the age of 16 years. The purpose of CSHT is to induce the development of secondary sex characteristics of the desired sex. Until now the effects of CSHT on both BMD and bone turnover in transgender adolescents are not known [6;8;9].

Bone turnover markers (BTMs) can be used to display the actual bone metabolism in transgender adolescents. Several studies show that BTMs reach high concentrations during biological puberty [10-12]. To date, there is little data on the course of BTMs in relation to BMD during pubertal suppression and treatment with CSHT in transgender adolescents. When GA therapy affects the bone quality during puberty this might have an impact on the bone quality in later adult life, especially with regard to a possible lower BMD and the risk of osteoporosis and fractures. Hence, studies are needed to assess both the immediate and the long-term effects of the GA therapy on bone metabolism in transgender adolescents.

The objective of this study is to investigate the course of three bone turnover markers in relation to bone mineral density, in transgender adolescents during gonadal suppression and during CSHT.

# Methods

## Subjects and treatment protocol

Adolescents diagnosed with gender dysphoria who were treated with GnRHa and CSHT were recruited at our clinic the Centre of Expertise on Gender dysphoria at the VU University Medical Centre, Amsterdam, the Netherlands. Gender dysphoria was diagnosed based on diagnostic criteria according to the DSM-IV (TR) [13]. This retrospective study was approved by the Ethical Committee of the VU University Medical Centre and data collection started only after the subjects and their parents or legal representatives provided written consent. Data for this study was collected at three moments in time: (1) D0: at start of GnRHa treatment to suppress puberty, (2) C0: at start of CSHT and (3) C24: at 24 months after C0.

59

PLAINTIFFS007280

Bone health in transgender adolescents

Inclusion criteria of this study were: adolescents with diagnosed gender dysphoria, a serum BTM measurement of P1NP, osteocalcin or carboxy terminal cross linked telopeptide of type I collagen (ICTP) within 90 days before or after time point D0, C0 and C24, and/or a DXA-scan of the lumbar spine (LS) and/or femoral neck (FN) performed within 90 days before or after time point D0, C0 and C24. After applying these criteria to an eligible patient group of 85 transwomen (male-to-female persons) and 130 transmen (female-to-male persons) a cohort of 28 transwomen and 42 transmen were included in the study. The full treatment protocol and all clinical assessments were extensively described previously [6]. Briefly, the GA therapy of transgender adolescents starts with administration of GnRHa triptorelin (Decapeptyl – CR ®, Ferring) 3.75 mg subcutaneously every 4 weeks in order to suppress puberty of the sex assigned at birth (D0). In transmen triptorelin starts from Tanner B stage 2 or more and in transwomen when the testicle volume is at least 6-8 ml or when Tanner G is staged at 2 or 3. CSHT, the second phase of GA therapy, starts from the age of 16 year (C0) transmen receive testosterone esters (Sustanon ®, MSD), with an initial dose of 25 mg/m$^2$ body surface area IM every two weeks and doses are increased every six months until an adult maintenance dosage of 250 mg every 4 weeks is reached. The transwomen are treated with 17-β-estradiol orally, with an initial dose of 5 µg/kg daily with 6-monthly increments until an adult maintenance dosage of 2 mg daily.

All 28 transwomen and 42 transmen which were included in this study started the GA therapy between 2001 and 2011. The patients were categorised into a young and old pubertal group, based on their bone age. The young transmen had a bone age of <14 year and the old transmen had a bone age of ≥ 14 years. The young transwomen group had a bone age of <15 year and the old transwomen group ≥15 years. These groups were created to account for the difference between biological age and pubertal stages of the adolescents as the older patients already partially completed their puberty, resulting in higher bone mass accrual compared to younger patients. Groups were based on the median bone age of the groups and also because the peak height velocity ages were reached earlier and as a result the near-final height was reached at these respective bone ages. The bone age was measured by a X-ray of the left hand and was assessed using the method of Greulich and Pyle [14].

## Measurements

### General

Body weight and height were measured each visit (D0, C0 and C24). A wall-mounted Harpenden Stadiometer was used to measure the standing height and weight without shoes on. The stages of pubertal development were assessed according to Tanner by a paediatrician-endocrinologist each visit.

### Bone turnover markers

The formation markers P1NP and osteocalcin and the resorption marker ICTP were measured in non-fasting state. P1NP was measured using a RIA (Orion Diagnostica, Espoo, Finland) with an intra-assay coefficient of variation (CV) of 4-8% and inter-assay CV of 8%. The lower limit of quantitation (LOQ) was 5 µg/L. Osteocalcin was measured using an immunometric-assay (Biosource, Nivelles,

PLAINTIFFS007281

Belgium) with an intra-assay CV of <5%, inter-assay CV of 8-15% and LOQ of 0.4 nmol/L. ICTP was measured using a RIA (Orion Diagnostica, Espoo, Finland) with an intra-assay CV of 4-6%, inter-assay CV of 7% and LOQ of 1 µg/L.

### Bone densitometry (DXA-scan)

A DXA-scan (Hologic QDR 4500, Hologic Inc., Bedford, MA, USA) with a precision of <1% was used to measure BMD in g/cm$^2$ of the LS and FN of the non-dominant hip. The LS and FN were the anatomical sites of choice as reference values for BMD and BMAD of these regions in adolescents were studied before [15]. To correct for height and height gain the volumetric bone mineral apparent density (BMAD) in g/cm$^3$ for both LS and FN was calculated. BMAD Z-scores were calculated for sex assigned at birth using an UK reference population, due to the lack of consensus with regard to the use of either sex assigned at birth or desired sex reference values in transgender adolescents [15]. The lack of validated reference values of bone age needed to calculate the BMAD and Z-scores limits the use of bone age and therefore the chronological calendar age of the transgender adolescents was used. Furthermore, the reference values of L- M- and S-values of 17 year old biological males and females were used to calculate the BMAD for patients older than 17 year, due to the lack of reference values of adolescents exceeding the age of 17 years [15;16].

### Statistics

Stata/SE 13.0 software (StataCorp, LP) was used for calculations and statistical analysis. Normality was tested by normality plots and by Shapiro-Wilk tests. As described previously patients were categorised in different groups based on sex and bone age resulting in four groups: young transmen, old transmen, young transwomen and old transwomen. Further sub analyses were not possible due to the limited sample size. Wilcoxon signed rank tests were used to analyse the non-normal distributed data. All BTM results and BMAD results were standardized to the measurement performed at D0 which was set at 100 %. Subsequent measurements of BTMs and BMAD at C0 and C24 were expressed as the percentage of the measurement of D0. Changes in percentages of bone turnover markers and BMAD between D0, C0 and C24 were calculated as deltas (Δ) with corresponding 95% CI and $p$-values.

## Results

### Study population

Baseline subject characteristics are shown in Table 1. The categorisation into smaller groups of subjects did not result into different baseline characteristics compared to the total group. The inclusion criteria of BTM measurements implied that these measurements should be performed within 90 days before or after time point D0, C0 and C24. However, almost all samples for BTM measurements were drawn at the same day of start of GnRHa (D0) or CSHT (C0) with the exception of 3 transwomen (range of 11-16 days after D0) and 5 transmen (range of 3-32 days after D0). Likewise, only 1 transwoman had blood drawn for BTM measurements 5 days after C0.

PLAINTIFFS007282

Bone health in transgender adolescents

**Table 1.** Baseline characteristics of transmen and transwomen adolescents receiving GnRHa and CSHT

| Total | Transmen, n = 42 | | | Transwomen, n = 28 | | |
|---|---|---|---|---|---|---|
| | D0 | C0 | C24 | D0 | C0 | C24 |
| Age, years, median (range) | 15.1 (11.7 - 18.6) | 16.3 (15.9 - 19.5) | 18.3 (17.9 - 21.5) | 13.5 (11.5 - 18.3) | 16.0 (14.0 - 18.9) | 18.0 (16.0 - 20.9) |
| Height, cm, median (range) | 164.2 (149.6 - 180.1) | 165.8 (152.6 - 181.2) | 168.6 (155.6 - 183) | 166.9 (153.9 - 185.7) | 176.3 (165.1 - 186.4) | 180.7 (167.4 - 195.0) |
| Weight, kg, median (range) | 57.1 (34 - 85) | 63.7 (44.5 - 84.5) | 68.9 (52.4 - 93.4) | 53.2 (38.5 - 74.2) | 61.5 (44.9 - 87.5) | 66.1 (49.4 - 94.8) |
| Bone age, years, median (range) | 15 (12 - 17) | 16 (12 - 17) | 17 (14 -17) | 13.5 (10 - 17) | 14 (13 - 17) | 16.75 (14.5 - 17) |
| Tanner stage breast, median (range) | 5 (2 - 5) | 5 (1 - 5) | 4 (1 - 5) | N.A. | N.A. | N.A. |
| Tanner stage genital, median (range) | N.A. | N.A. | N.A. | 3 (2 - 5) | 4 (2 - 5) | 4 (2 - 5) |
| Tanner stage pubic hair, median (range) | 5 (3 - 5) | 5 (3 - 5) | 6 (4 - 5) | 3 (2 - 5) | 4 (2 - 5) | (3 - 5) |

PLAINTIFFS007283

Bone health in transgender adolescents

## Bone turnover markers

All BTM and BMAD results can be found as medians and ranges in Table 2, completed with a summary in Table 3.

### P1NP

At baseline, both young transmen and young transwomen showed higher concentrations of P1NP compared to the old transmen (*p=0.02*) and old transwomen (*p=0.03*) respectively. Old transwomen showed borderline higher concentrations of P1NP at baseline than old transmen (*p=0.05*). During GnRHa a decrease of P1NP concentrations was seen in the young transmen, young transwomen

**Table 2.** BTM and BMAD results of transmen and transwomen adolescents at D0, C0 and C24.

|  | D0 | C0 | C24 |
|---|---|---|---|
| **Transmen, young** | | | |
| P1NP median/range, n = 7 | 783 (516-1090) | 324 (194 - 402) | 186 (163 - 334) |
| OC median/range, n = 7 | 5 (2.2 - 11.7) | 6.8 (1.8 - 7.7) | 4.9 (4.2 - 7.8) |
| ICTP median/range, n = 7 | 24 (17 - 29.9) | 11 (7.8 - 12) | 12 (11 - 14) |
| BMAD HIP, n = 10 | 0.31 (0.26 - 0.36) | 0.30 (0.22 - 0.35) | 0.33 (0.23 - 0.37) |
| BMAD Z-score, n = 10 | - 0.01 (- 1.30 - 0.91) | - 0.37 (- 2.28 - 0.47) | - 0.37 (- 2.03 - 0.85) |
| BMAD LS, n = 11 | 0.23 (0.20 - 0.29) | 0.23 (0.19 - 0.28) | 0.25 (0.22 - 0.28) |
| BMAD LS Z-score, n = 11 | - 0.05 (- 0.78 - 2.94) | - 0.84 (- 2.2 - 0.87) | - 0.15 (- 1.38 - 0.94) |
| **Transmen, old** | | | |
| P1NP median/range, n = 15 | 110 (38-471) | 127 (61 - 321) | 101 (44 - 181) |
| OC median/range, n = 18 | 2.4 (0.4 - 4.6) | 3.9 (0.4 - 8.6) | 2.9 (0.8 - 5) |
| ICTP median/range, n = 15 | 7 (5.2 - 15) | 6.9 (4.6 - 14) | 8.2 (4.1 - 16) |
| BMAD HIP, n = 23 | 0.33 (0.25 - 0.39) | 0.30 (0.23 - 0.41) | 0.32 ( 0.23 - 0.41) |
| BMAD Z-score, n= 23 | 0.27 (- 1.39 - 1.32) | - 0.27 (- 1.91 - 1.29) | 0.02 (- 2.1 - 1.35) |
| BMAD LS, n = 23 | 0.26 (0.21 - 0.29) | 0.24 (0.20 - 0.28) | 0.25 (0.21 - 0.30) |
| BMAD LS Z-score, n = 23 | 0.27 (- 1.6 - 1.8) | - 0.29 (- 2.28 - 0.90) | - 0.06 (- 1.76 - 1.61) |
| **Transwomen, young** | | | |
| P1NP median/range, n = 9 | 935 (617 - 1348) | 363 (185 - 643) | 204 (137 - 314) |
| OC median/range , n = 11 | 4.8 (2.6 - 21.9) | 6.4 (0.7 - 12.8) | 5.4 (3.9 - 12.5) |
| ICTP median/range, n = 9 | 23 (15 - 34) | 13 (8.7 - 21) | 10 (8.5 - 13) |
| BMAD HIP, n = 16 | 0.29 (0.20 - 0.33) | 0.27 (0.20 - 0.33) | 0.27 (0.20 - 0.36) |
| BMAD Z-score, n = 16 | - 0.71 (- 3.35 - 0.37) | - 1.32 (- 3.39 - 0.21) | - 1.3 (- 3.51 - 0.92) |
| BMAD LS, n = 15 | 0.21 (0.17 - 0.25) | 0.20 (0.18 - 0.24) | 0.22 (0.19 - 0.27) |
| BMAD LS Z-score, n = 15 | - 0.2 (- 1.82 - 1.18) | - 1.52 (- 2.36 - 0.42) | - 1.10 (- 2.44 - 0.69) |
| **Transwomen, old** | | | |
| P1NP median/range, n = 6 | 191 (96 - 792) | 140 (111 - 467) | 119 (55 - 296) |
| OC median/range, n = 7 | 2.29 (0.8 - 11) | 2.2 (0.5 - 6.1) | 3.3 (1.8 - 6.8) |
| ICTP median/range, n = 5 | 12 (6.9 -21) | 7.4 (6.9 -13) | 6.8 (4.8 - 15) |
| BMAD HIP, n = 6 | 0.30 (0.26 - 0.36) | 0.30 (0.26 - 0.34) | 0.29 (0.24 - 0.38) |
| BMAD Z-score, n = 6 | - 0.44 (- 1.37 - 0.93) | - 0.36 (- 1.5 - 0.46) | - 0.56 (- 2.17 - 1.29) |
| BMAD LS, n = 5 | 0.22 (0.18 - 0.25) | 0.22 (0.19 - 0.24) | 0.23 (0.21 - 0.26) |
| BMAD LS Z-score, n = 5 | - 1.18 (- 1.78 - 1.09) | - 1.15 (- 2.21 - 0.08) | - 0.66 (- 1.66 - 0.54) |

63

PLAINTIFFS007284

Bone health in transgender adolescents

**Table 3.** Overview of BTMs and BMAD and Z-scores of transmen and transwomen adolescents receiving GnRHa and CSHT, including legend.

| | | PINP | | Osteocalcin | | ICTP | | BMAD hip | | Z score hip | | BMAD spine | | Zscore spine | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | D0-C0 | C0-C24 | D0-C0 | C0-C24 | D0-C0 | C0-C24 | D0-C0 | C0-C24 | D0-C0 | C0-C24 | D0-C0 | C0-C24 | D0-C0 | C0-C24 |
| Transmen | young | ↓↓ | ↓ | ↕ | ↑ | ↓↓ | ↑ | ↕ | ↑↑↑ | ↕ | ↑↑↑ | ↕ | ↑↑↑ | ↓↓ | ↑↑↑ |
| | old | ↕ | ↓↓↓ | ↑↑↑ | ↑ | ↕ | ↑ | ↓↓↓ | ↑↑↑ | ↓↓↓ | ↑↑↑ | ↓↓↓ | ↑↑↑ | ↓↓↓ | ↑↑↑ |
| Transwomen | young | ↓↓↓ | ↓↓↓ | ↑ | ↑ | ↓↓↓ | ↑ | ↓ | ↑ | ↓ | ↑ | ↑ | ↑↑ | ↓↓↓ | ↑↑ |
| | old | ↕ | ↓↓ | ↑ | ↕ | ↕ | ↕ | ↕ | ↕ | ↕ | ↕ | ↕ | ↕ | ↕ | ↕ |

| | |
|---|---|
| ↕ | NS |
| ↑/↓ | trend ($p>0.1$) |
| ↑↑/↓↓ | $p<0.05$ |
| ↑↑↑/↓↓↓ | $p<0.01$ |

64

PLAINTIFFS007285

Bone health in transgender adolescents

and old transwomen groups. P1NP concentrations decreased further in all but the young transmen group 24 months after CSHT (*Figure 1*).

## Osteocalcin

At baseline, both young transmen and young transwomen showed higher concentrations of osteocalcin compared to the old transmen (*p=0.02*) and old transwomen (*p=0.03*), respectively. No difference between transmen and transwomen was found. Suppression of puberty and CSHT treatment did not affect osteocalcin concentrations in most groups. Only in the old transmen group the osteocalcin concentration showed an increase after suppression of puberty and a decrease after 24 months of CSHT (*Figure 2*).

## ICTP

At baseline, young transmen showed higher concentrations of ICTP compared to the old transmen (*p=0.02*). No difference between young transwomen and old transwomen was found (*p=0.08*). transmen and transwomen did not differ regarding ICTP concentrations at baseline. During suppression of puberty a decrease of ICTP concentrations was seen in all groups except for the old



**Figure 1.** P1NP measurements per patient, the red star represents the median, D0 = 100%, with mean Δ, 95% CI and corresponding *p*-value.

65

PLAINTIFFS007286

Bone health in transgender adolescents



**Figure 2.** Osteocalcin measurements per patient, the red star represents the median, D0 = 100%, with mean Δ, 95% CI and corresponding *p*-value.

transmen and transwomen. ICTP concentrations decreased especially in the young transmen group twenty four months after CSHT (*Figure 3*).

## BMAD and Z-scores
### FN
BMAD FN did not differ at baseline between young and old transmen (*p=0.7*). Also, no difference between young and old transwomen (*p=0.5*) was found. Furthermore, transmen and transwomen did not differ regarding their BMAD FN at baseline. During GnRHa therapy only the old transmen showed a decrease of the BMAD. In general, in both young and old transwomen the BMAD did not change after CSHT. In contrast, in young and old transmen an increase of BMAD after 24 months of CSHT was found (*Figure 4*).

Regarding the FN BMAD Z-scores, both young and old transwomen groups showed a BMAD Z-score below zero at D0. In old transmen a decrease of the BMAD Z-score during GnRHa was seen (95% CI - 0.548 to - 0.147, *p=0.002*). Young and old transmen showed an increase of the BMAD Z-score during CSHT (95% CI 0.276 to 0.639, *p=0.005* and 95% CI 0.038 to 0.470, *p=0.02*) respectively. In all transwomen the median BMAD Z-score was still below zero after 24 months of CSHT and the transwomen young group showed a lower BMAD-Z score compared to young transmen at C24 (*p=0.02*).

66

PLAINTIFFS007287

Bone health in transgender adolescents



**Figure 3.** ICTP measurements per patient, the red star represents the median, D0 = 100%, with mean Δ, 95% CI and corresponding *p*-value.

## LS

At baseline, the young transwomen had a lower BMAD LS than the young transmen (*p=0.003*). At baseline, there was no difference between young and old transmen, young and old transwomen, or between old transmen and old transwomen. Suppression of puberty resulted in a decrease of BMAD of the old transmen. A substantial increase of BMAD in all groups was seen after 24 months of CSHT *(Figure 5)*.

Regarding the LS BMAD Z-scores, young transmen showed a lower Z-score compared to old transmen (*p=0.02)* at baseline. The median BMAD Z-score of both young and old transwomen was lower compared to the median of young and old transmen at baseline. In both transmen groups a decrease of the BMAD Z-score was seen after suppression of puberty (young transmen 95% CI - 1.304 to - 0.582, *p=0.003*, old transmen 95% CI - 0.973 to - 0.530, p=<*0.0001*) and the LS BMAD Z-score increased after 24 months of CSHT in both transmen groups (young transmen 95% CI 0.252 to 0.926, *p=0.008* and old transmen 95% CI 0.123 to 0.425, *p=0.001*, respectively). Only the BMAD Z-scores of the young transwomen decreased during GnRHa therapy (95% CI - 1.196 to - 0.678, *p=0.001*). The LS BMAD Z-score of both transwomen groups increased after 24 months of CSHT (young transwomen 95% CI= 0.099 to 0.642, *p=0.01* and old transwomen 95% CI 0.316 to 0.753, *p=0.04*), but the BMAD

67

PLAINTIFFS007288

Bone health in transgender adolescents



**Figure 4.** BMAD of the hip (FN) measurements per patient, the red star represents the median, D0 = 100%, with mean Δ, 95% CI and corresponding $p$-value.

Z-score did not reach the zero level. In general, after 24 months of CSHT the median LS BMAD Z-score of the transwomen were still lower than the median BMAD Z-score of the transmen.

## Discussion

This study is the first to explore the effect of suppressing puberty and the administration of CSHT on bone turnover markers in transgender adolescents. We showed that suppression of puberty by GnRHa in young transmen and transwomen led to a decrease in the serum BTMs ICTP and P1NP. The decrease in bone turnover upon GnRHa treatment coincides with a decrease of BMAD Z-scores of predominantly the LS. During CSHT the BTMs further decreased in most adolescents, whereas the BMAD Z-scores improved, especially of the LS. However, pre-treatment Z-scores were not reached in most transgender adolescents after 24 months of treatment with CSHT.

### Effect of suppressed puberty on BTMs and BMAD in young patient groups

Previous studies describe a down regulation of bone turnover reflected by a decrease in BTMs in non-transgender adolescents using GnRHa [17;18]. As expected, our study showed that suppression of puberty by GnRHa resulted in a decrease of P1NP and ICTP in young transmen and transwomen

PLAINTIFFS007289

Bone health in transgender adolescents



**Figure 5.** BMAD of the lumbar spine measurements per patient, the red star represents the median, D0 = 100%, with mean Δ, 95% CI and corresponding *p*-value.

as well. The BTM osteocalcin did not show this decrease nor did it resemble the course of P1NP and ICTP. A previous study in middle-aged adult transwomen also described this aberrant pattern of osteocalcin [19]. The circadian rhythm of osteocalcin, with highest values in the morning, might be one of the causes as our samples were collected at various moments during the day [20;21].

Previous studies show an initial decrease of BMD in different patient groups using GnRHa followed by a normalisation or increase of the BMD [7;22;23]. In our study, the decrease in bone turnover upon GnRHa treatment only coincides with decreased BMAD Z-scores of predominantly the LS. BMAD itself remains stable in both transmen and transwomen, as previously shown [24]. The observed decrease in BMAD Z-scores in our study was expected. Normally, bone mass accumulates under the influence of sex steroids during puberty. However, in our study sex steroid deprivation due to GnRHa treatment results in stable bone mass, which implies a loss of Z-scores in transgender adolescents compared to their peers.

### Effect of CSHT on BTMs and BMAD in young patient groups

After the start of CSHT an increase of BMAD and BMAD Z-score of predominantly the LS is seen in both transmen and transwomen. Previous studies in adult transwomen showed an increase of

69

PLAINTIFFS007290

Bone health in transgender adolescents

the BMD of the LS after one and two years of CSHT as well [19;25]. The difference between changes in LS and FN was seen earlier, also in normal puberty and might be due to several explanations [5;6;24]. First, trabecular bone is more biologically active than cortical bone and the estrogen receptor [ER]-α responds to different stimuli in trabecular versus cortical bone, the regulation of the number of osteoclast seems to be different in trabecular versus cortical bone and, lastly, estrogen seems to slow done bone resorption more in trabecular bone more than in cortical bone [26;27]. In other words, we found that estrogen affects the lumbar spine in particular, which consists predominantly of trabecular bone, whereas  FN consists mainly of cortical bone. The delay in bone mass accrual during gonadal suppression was not annihilated after 24 months of CSHT as Z-scores were still lower despite the stimulating effect of CSHT. Indeed, in our previous study we reported a BMAD Z-score under pre-treatment level at the age of 22 in transgender patients after over 5 year of CSHT as well [6].

In contrast to the increasing BMAD and BMAD Z-scores, we observed a decrease of predominantly P1NP but also of ICTP in both transmen and transwomen after 24 months of CSHT. As we do not have serum BTM measurements between the start of CSHT and 2 years later, we can only speculate that an increase of BTMs took place within this 2 year period. After 2 years of CSHT most patients reached their adult maintenance dosage and therefore BTMs may already have decreased to levels corresponding with end of puberty. A decrease of bone turnover is described as well at the end of physiological puberty [10;28] and BTMs P1NP and CTX showed the highest levels mid puberty in comparison to early and late biological puberty [29]. Furthermore, several studies in adult transwomen showed a general decrease in bone turnover after CSHT as well [25;30]. The bone formation marker osteocalcin did not resemble the course of P1NP or ICTP after induction of puberty with CSHT. When comparing BTMs and BMAD Szulc et al. have shown that levels of bone turnover markers correlate more with linear growth of the bones during puberty than with the accrual of bone mass [20]. Alternatively, it can be postulated that the decrease of bone turnover we found in all our patient groups after 24 months of CSHT was linear and that increase of BMAD continues under influence of sex steroids, IGF-1 and alkaline phosphatase. These factors have been described to stimulate bone mineral accrual still in the post-pubertal years after the longitudinal growth of the bones has stopped and when bone turnover decreased already [20;28;31].

## Differences between young and old groups and between transmen and transwomen

Our study showed several differences between young and old groups and between transmen and transwomen. With regard to bone turnover, we found higher concentrations of P1NP, osteocalcin and ICTP in the young compared to old groups at baseline except for ICTP in the transwomen. This finding is in line with previous studies which showed high BTM concentrations in early and mid-puberty compared to BTM concentrations later in biological puberty [2;32]. As for LS BMAD we found that the transwomen had lower BMAD and median BMAD Z-scores than FtMs at baseline and during GnRHa and CSHT treatment. This difference between transwomen and transmen was shown in previous studies as well [6;33;34] The surprisingly lower median BMAD of the transwomen compared to reference values of biological boys in the study of Ward et al. [15] at baseline could be

PLAINTIFFS007291

explained by the small number of subjects in this group in our study. Alternatively, lower 25OHD levels, reduced mechanical loading of their bones due to a less active lifestyle, less participation in sports and other physical activities of this group could have contributed to this phenomenon. Physical activity is important for periosteal bone formation and also for gain of bone mass and geometry of cortical bones especially during puberty [33;34]. Another possible explanation for the lower median BMAD in transwomen is the lower age of transwomen than transmen in our study. Girls with female sex assigned at birth reach their peak bone mass and thus higher BMAD earlier than boys [35;36]. This difference is also strengthened by the height gain between transmen and transwomen during GnRHa treatment with transwomen showing a more pronounced increase of height due to their earlier pubertal stage at D0 compared to transmen.

The LS BMAD showed more changes compared to the FN BMAD after both GnRHa and CSHT, especially in the transmen in our study, as shown previously [6]. Furthermore it was shown that in adult transwomen estrogen treatment resulted in an increase of BMD of both FN and LS[9;19] whereas in our transwomen groups bone mass predominantly accrued in the LS. This difference can be explained by i] BMD was measured after a longer period of CSHT treatment in the adult group; ii] the administration of higher dose of estrogen in adult transwomen or; iii] the use of anti-androgens instead of GnRHa in the present study. While FN BMAD increased in the transmen it did not in the transwomen. This could be explained by the difference in dosage scheme. The incremental and assumed physiological estrogen dosage in the transwomen group could still be too low to result in an adequate increase of BMAD of the FN in our study group of transwomen, whereas the administration of incremental testosterone dosage could be high enough to result in an increase of BMAD in the transmen in our study. Indeed, the cortical bone in the FN responds less to hormonal stimuli than the trabecular bone in the LS and therefore may require higher dosages [37]. Nevertheless, several studies in adult transwomen and transmen showed that long-term CSHT was able to preserve the BMD at adult age [38;39].

The strengths of this study are the use of a standardised treatment protocol, a standardized modification of BMD to BMAD and the use of the same BTM assays over time in all samples.

Furthermore, the vast majority of BTM measurements were performed at the exact same date of D0 and C0 time points respectively. These measurements therefore reflect the actual BTM changes in true GnRHa and cross-sex-hormone naïve patients. Furthermore, this is the first study in which the relationship between bone turnover and BMAD in transgender adolescents is studied. With regard to overlap of the study of Klink et al. [6] some of the study subjects (n=12) described in their study were part of the current study as well. However, overlap is minimal because the study by Klink et al. [6] focused on long-term effects on bone mass while this study focuses on the short term effects on bone turnover and bone mass. In addition, the other study subjects included in this study were recruited at the same outpatient clinic with the same pediatricians conducting physical and study research. This contributed to a sufficient study population and standardized treatment of the patients. This study also has a number of limitations. First, the sample size of this retrospective study is small and lacks a control group and as a result the effects caused by normal growth during puberty on bone turnover and BMAD cannot be distinguished. Second, serial BTM measurements after the start of CSHT were not available as we presumed that these BTM levels were expected

71

PLAINTIFFS007292

to be high just after starting CSHT. Furthermore, standardized data on possible confounders such as physical activity, smoking, previous fractures and use of medication (especially calcium and colecalciferol) were not available. Lastly, BTMs were   measured in a non-fasting state and at different times during the day and season.

In conclusion, suppressing puberty by GnRHa decreases bone turnover, as evidenced by a decrease of both P1NP and 1CTP in transgender adolescents. This decrease in bone turnover during GnRHa treatment coincides with decreased BMAD Z-scores of predominantly the LS in young transwomen. BTMs further decreased after 24 months of CSHT, except for the old transmen, whereas CSHT resulted in an increase BMAD Z-scores of especially the LS mainly in transwomen. The BMAD Z-scores did not reach baseline levels after 24 months of CSHT. Hence, the course of BTMs is not directly reflected in changes of BMAD and BMAD Z-scores in transgender adolescents. Therefore, based on this study, the added value of evaluating BTMs in transgender adolescents seems to be limited and requires further research. Meanwhile, DXA-scans remain important in follow-up of bone health of transgender adolescents.

## Acknowledgements and financial disclosures

This work was supported by a grant from Abbott diagnostics (Chicago, IL, United States of America) to MV, AH and MB. The funding source had no involvement in the design of the study, data collection, analysis and interpretation of the data or writing of the manuscript. Authors' role: Study design: MV, DK, JR, AH, Data collection: MV, DK, Data analysis: MV, AH, MH. Drafting manuscript: MV, AH. Revising manuscript content: MV, AH, DK, JR, MH and MB. Approving final version of manuscript: AH. AH takes responsibility for the integrity of the data analysis.

PLAINTIFFS007293

# References

1.  van Coeverden SC, Netelenbos JC, Roos JC, de Ridder CM, Delemarre-van de Waal HA. [Reference values for bone mass in Dutch white pubertal children and their relation to pubertal maturation characteristics]. Ned Tijdschr Geneeskd 2001 Sep 22;145[38]:1851-6.

2.  Yilmaz D, Ersoy B, Bilgin E, Gumuser G, Onur E, Pinar ED. Bone mineral density in girls and boys at different pubertal stages: relation with gonadal steroids, bone formation markers, and growth parameters. J Bone Miner Metab 2005;23[6]:476-82.

3.  de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med 2011 Aug;8[8]:2276-83.

4.  Cohen-Kettenis PT, Schagen SE, Steensma TD, de Vries AL, Delemarre-van de Waal HA. Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up. Arch Sex Behav 2011 Aug;40[4]:843-7.

5.  Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. J Clin Endocrinol Metab 2014 Dec;99[12]:4379-89.

6.  Klink D, Caris M, Heijboer AC, Rotteveel J. Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. J Clin Endocrinol Metab 2015 Feb;100[2]:E270-E275.

7.  Antoniazzi F, Zamboni G, Bertoldo G, Lauriola S, Tato L. Bone development during GH and GnRH analog treatment. Eur J Endocrinol 2004 Aug;151 Suppl 1:S47-S54.

8.  Van Caenegem E, Wierckx K, Taes Y, Dedecker D, Van de Peer F, Toye K, et al. Bone mass, bone geometry, and body composition in female-to-male transsexual persons after long-term cross-sex hormonal therapy. J Clin Endocrinol Metab 2012 Jul;97[7]:2503-11.

9.  Van Caenegem E, Wierckx K, Taes Y, Schreiner T, Vandewalle S, Toye K, et al. Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case-controlled study [ENIGI]. Eur J Endocrinol 2015 Feb;172[2]:163-71.

10. Blumsohn A, Hannon RA, Wrate R, Barton J, al-Dehaimi AW, Colwell A, et al. Biochemical markers of bone turnover in girls during puberty. Clin Endocrinol 1994 May;40[5]:663-70.

11. Rauchenzauner M, Schmid A, Heinz-Erian P, Kapelari K, Falkensammer G, Griesmacher A, et al. Sex- and age-specific reference curves for serum markers of bone turnover in healthy children from 2 months to 18 years. J Clin Endocrinol Metab 2007 Feb;92[2]:443-9.

12. Bayer M. Reference values of osteocalcin and procollagen type I N-propeptide plasma levels in a healthy Central European population aged 0-18 years. Osteoporos Int 2014 Feb;25[2]:729-36.

13. American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition. Arlington, VA, American Psychiatric Association. p. 576-581. 2000.

14. Greulich WW, Pyle SI. Radiographic atlas of skeletal development of the hand and wrist. 2nd edn. Stanford: Stanford University Press. 1959.

15. Ward KA, Ashby RL, Roberts SA, Adams JE, Zulf MM. UK reference data for the Hologic QDR Discovery dual-energy x ray absorptiometry scanner in healthy children and young adults aged 6-17 years. Arch Dis Child 2007 Jan;92[1]:53-9.

16. Baroncelli GI, Saggese G. Critical ages and stages of puberty in the accumulation of spinal and femoral bone mass: the validity of bone mass measurements. Horm Res 2000;54 Suppl 1:2-8.

17. Amama EA, Taga M, Hinaguchi M. The effect of gonadotropin-releasing hormone agonist on type I collagen C-telopeptide and N-telopeptide: the predictive value of biochemical markers of bone turnover. J Clin Endocrinol Metab 1998 Feb;83[2]:333-8.

18. van der Sluis IM, Boot AM, Krenning EP, Drop SL, de Muinck Keizer-Schrama SM. Longitudinal follow-up of bone density and body composition in children with precocious or early puberty before, during and after

PLAINTIFFS007294

cessation of GnRH agonist therapy. J Clin Endocrinol Metab 2002 Feb;87[2]:506-12.

19. Mueller A, Dittrich R, Binder H, Kuehnel W, Maltaris T, Hoffmann I, et al. High dose estrogen treatment increases bone mineral density in male-to-female transsexuals receiving gonadotropin-releasing hormone agonist in the absence of testosterone. Eur J Endocrinol 2005 Jul;153[1]:107-13.

20. Szulc P, Seeman E, Delmas PD. Biochemical measurements of bone turnover in children and adolescents. Osteoporos Int 2000;11[4]:281-94.

21. Yang L, Grey V. Pediatric reference intervals for bone markers. Clin Biochem 2006 Jun;39[6]:561-8.

22. Goldray D, Weisman Y, Jaccard N, Merdler D, Chen J, Matzkin H. Decreased bone density in elderly men treated with the gonadotropin-releasing hormone agonist decapeptyl [D-Trp6-GnRH]. J Clin Endocrinol Metab 1993 Feb;76[2]:288-90.

23. Mittan D, Lee S, Miller E, Perez RC, Basler RC, Bruder JM. Bone loss following hypogonadism in men with prostate cancer treated with GnRH analogs. J Clin Endocrinol Metab 2002 Aug;87[8]:3656-61.

24. Delemarre-van de Waal H, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. European Journal of Endocrinology 2006;155:S131-S137.

25. van Kesteren P, Lips P, Gooren LJ, Asscheman H, Megens J. Long-term follow-up of bone mineral density and bone metabolism in transsexuals treated with cross-sex hormones. Clin Endocrinol [Oxf] 1998 Mar;48[3]:347-54.

26. Lehtonen-Veromaa M, Mottonen T, Irjala K, Nuotio I, Leino A, Viikar J. A 1-year prospective study on the relationship between physical activity, markers of bone metabolism, and bone acquisition in peripubertal girls. J Clin Endocrinol Metab 2000 Oct;85[10]:3726-32.

27. Tracz MJ, Sideras K, Bolona ER, Haddad RM, Kennedy CC, Uraga MV, et al. Testosterone use in men and its effects on bone health. A systematic review and meta-analysis of randomized placebo-controlled trials. J Clin Endocrinol Metab 2006 Jun;91[6]:2011-6.

28. van Coeverden SC, Netelenbos JC, de Ridder CM, Roos JC, Popp-Snijders C, Delemarre-van de Waal HA. Bone metabolism markers and bone mass in healthy pubertal boys and girls. Clin Endocrinol 2002 Jul;57[1]:107-16.

29. Russell M, Breggia A, Mendes N, Klibanski A, Misra M. Growth hormone is positively associated with surrogate markers of bone turnover during puberty. Clin Endocrinol 2011 Oct;75[4]:482-8.

30. Lapauw B, Taes Y, Simoens S, Van Caenegem E, Weyers S, Goemaere S, et al. Body composition, volumetric and areal bone parameters in male-to-female transsexual persons. Bone 2008 Dec;43[6]:1016-21.

31. van der Sluis IM, de Ridder MA, Boot AM, Krenning EP, de Muinck Keizer-Schrama SM. Reference data for bone density and body composition measured with dual energy x ray absorptiometry in white children and young adults. Arch Dis Child 2002 Oct;87[4]:341-7.

32. Kikuchi T, Hashimoto N, Kawasaki T, Kataoka S, Takahashi H, Uchiyama M. Plasma levels of carboxy terminal propeptide of type I procollagen and pyridinoline cross-linked telopeptide of type I collagen in healthy school children. Acta Paediatr 1998 Aug;87[8]:825-9.

33. Van Caenegem E, Taes Y, Wierckx K, Vandewalle S, Toye K, Kaufman JM, et al. Low bone mass is prevalent in male-to-female transsexual persons before the start of cross-sex hormonal therapy and gonadectomy. Bone 2013 May;54[1]:92-7.

34. Van Caenegem E, Wierckx K, Taes Y, Schreiner T, Vandewalle S, Toye K, et al. Preservation of volumetric bone density and geometry in trans women during cross-sex hormonal therapy: a prospective observational study. Osteoporos Int 2015 Jan;26[1]:35-47.

35. Shim KS. Pubertal growth and epiphyseal fusion. Ann Pediatr Endocrinol Metab 2015 Mar;20[1]:8-12.

36. Boot AM, de Ridder MA, van der Sluis IM, Krenning EP, Keizer-Schrama SM. Peak bone mineral density, lean body mass and fractures. Bone 2010 Feb;46[2]:336-41.

37. Turner A, Chen TC, Barber TW, Malabanan AO, Holick MF, Vangpricha V. Testosterone increases bone mineral density in female-to-

PLAINTIFFS007295

male transsexuals: a case series of 15 subjects. Clin Endocrinol 2004 Nov;61[5]:560-6.

38.  Ruetsche AG, Kneubuehl R, Birkhaeuser MH, Lippuner K. Cortical and trabecular bone mineral density in transsexuals after long-term cross-sex hormonal treatment: a cross-sectional study. Osteoporos Int 2005 Jul;16[7]:791-8.

39.  Smith KS, Madison CM, Milne NM. Gonadal suppressive and cross-sex hormone therapy for gender dysphoria in adolescents and adults. Pharmacotherapy 2014 Dec;34[12]:1282-97.

PLAINTIFFS007296

# Chapter 4

PLAINTIFFS007297

# Bone mineral density increases in
# trans persons after 1 year of hormonal treatment:
# a multicenter prospective observational study

Chantal M Wiepjes, Mariska C Vlot, Maartje Klaver, Nienke M Nota,
Christel JM de Blok, Renate T de Jongh, Paul Lips,
Annemieke C Heijboer, Alessandra D Fisher, Thomas Schreiner,
Guy T'Sjoen, and Martin den Heijer

*Journal of Bone and Mineral Research 2017 Jun;32(6):1252-1260.*

PLAINTIFFS007298

Bone mineral density in adult transgender persons

## Abstract

Sex steroids are important determinants of bone acquisition and bone homeostasis. Cross-sex hormonal treatment (CHT) in transgender persons can affect bone mineral density (BMD). The aim of this study is to investigate in a prospective observational multicenter study the first-year effects of CHT on BMD in transgender persons. 231 transwomen and 199 transmen were included who completed the first year of CHT. Transwomen were treated with cyproterone acetate and oral or transdermal estradiol, transmen received transdermal or intramuscular testosterone. A dual-energy X-ray absorptiometry was performed to measure lumbar spine (LS), total hip (TH), and femoral neck (FN) BMD before and after one year CHT. In transwomen, an increase in LS (+3.67%, 95% confidence interval (CI) 3.20 to 4.13%, $p<0.001$), TH (+0.97%, 95% CI 0.62 to 1.31%, $p<0.001$), and FN (+1.86%, 95% CI 1.41 to 2.31%, $p<0.001$) BMD was found. In transmen, TH BMD increased after one year CHT (+1.04%, 95% CI 0.64 to 1.44%, $p<0.001$). No changes were observed in FN BMD (-0.46%, 95% CI -1.07 to 0.16%, $p=0.144$). The increase in LS BMD was larger in transmen ≥50 years (+4.32%, 95% CI 2.28 to 6.36%, $p=0.001$) compared with transmen <50 years (+0.68%, 95% CI 0.19 to 1.17%, $p=0.007$). In conclusion, BMD increased in transgender persons after one year CHT. In transmen of postmenopausal age, the LS BMD increased more than in younger transmen, which may lead to the hypothesis that the increase in BMD in transmen is the result of the aromatization of testosterone to estradiol.

PLAINTIFFS007299

# Introduction

Gender dysphoria (GD) is defined as the sufferance related to an incongruence between one's experienced and one's assigned gender of a duration of at least 6 months [1]. Persons who experience gender-related distress might desire gender-affirming treatment with sex steroids. Sex steroids are also important determinants of bone acquisition and bone homeostasis.

In natal men, testosterone stimulates the process of periosteal apposition, leading to a greater cortical bone size and wider bones than in women [2,3]. Men with aromatase deficiency have been found to have lower bone mass, indicating that estrogen is an important regulator of bone acquisition in men [4–6]. However, the effect of testosterone on bone mineral density (BMD) is less clear.

In natal women, estrogen inhibits periosteal apposition but stimulates endosteal bone formation [7]. Loss of estrogen at menopause leads to an increased osteoclastic activity and therefore accelerated bone loss [8,9]. In women with polycystic ovary syndrome with hyperandrogenism, an increased trabecular BMD has been found, even after adjustment for body mass [10]. In addition, women with complete androgen insensitivity syndrome (46,XY karyotype) have been found to have lower BMD [11], which might indicate that testosterone also regulates BMD in women.

Cross-sex hormonal treatment (CHT) in transgender persons causes changes in gonadal hormone levels in order to achieve desired body changes. Transwomen (male-to-female transgenders) receive estrogen and anti-androgens, transmen (female-to-male transgenders) are treated with testosterone. While a few studies have investigated the effects of CHT on BMD, most of these studies were cross-sectional or had small sample sizes with inconclusive or contradictory results [12–19]. The aim of this study is therefore to investigate, in a large multicenter prospective cohort, whether CHT influences BMD in transwomen and transmen during the first year of treatment.

# Materials and Methods

## Study design and population

This study is part of the European Network for Investigation of Gender Incongruence (ENIGI) study, a multicenter prospective observational study performed for its endocrine part in Ghent (Belgium), Oslo (Norway), Florence (Italy), and Amsterdam (the Netherlands) [20,21]. Trans persons of 18 years and older who started CHT between 2010 and April 2016 after a confirmed GD diagnosis [1] were asked to participate in the study. Exclusion criteria were prior cross-sex hormone use, psychological vulnerability, the occurrence of protocol deviations (e.g. the use of gonadotropin-releasing hormone agonist or spironolactone), or insufficient knowledge of the native language. For the present analysis, only persons who completed the first year of CHT were included. Because the participating centers used different types of dual-energy X-ray absorptiometry (DXA) scanners (Ghent and Amsterdam: Hologic Discovery A; Florence: Hologic Delphi A; Oslo: Lunar), non-comparable BMD values were obtained. Consequently, only persons with BMD measurements performed in either Ghent or Amsterdam were included in the analyses. Persons who did not have a baseline DXA scan or had a baseline DXA scan outside the window of three months before or one

79

PLAINTIFFS007300

Bone mineral density in adult transgender persons

month after the start of CHT were excluded. In addition, persons who did not have a follow-up DXA scan or had a follow-up scan before 10 or after 14 months after the start of CHT were excluded.

All trans persons were treated according to the Standards of Care Guidelines of the World Professional Association for Transgender Health (WPATH) [22]. Transwomen received cyproterone acetate (50 to 100 mg daily) combined with oral estradiol valerate (2 to 4 mg daily) or an estradiol patch (50 to 100 µg twice a week). Transmen were treated with testosterone gel (50 mg daily), intramuscular testosterone esters (250 mg every two weeks), or intramuscular testosterone undecanoate (1000 mg every 12 weeks).

This study was conducted in accordance with the Declaration of Helsinki and the overall study protocol was approved by the Ethical Review Board of the Ghent University Hospital, Belgium. In the other participating centers, approval for participation was also obtained of the local ethical committees. Study participants gave informed consent according to institutional guidelines.

## Clinical data collection

During the first year of treatment, trans persons visited the outpatient endocrine unit once every three months, where they reported their medical history, medication use, smoking habits (in cigarettes per day), and alcohol use (in units per week). Physical examination was performed by measuring body weight (in kilograms) and height (in meters) in indoor clothing without shoes.

## Biochemical assessment

Blood samples were drawn at baseline, after three months, and after 12 months of CHT, all after overnight fasting. In Amsterdam, estradiol was measured using a competitive immunoassay (Delfia, PerkinElmer, Finland) with an inter-assay coefficient of variation (CV) of 10-13% and a lower limit of quantitation (LOQ) of 20 pmol/L until July 2014. After July 2014, estradiol was measured using a LC-MS/MS (VUmc, Amsterdam, the Netherlands) with an inter-assay CV of 7% and a LOQ of 20 pmol/L. For conversion of the Delfia values, the formula LC-MS/MS = 1.60*Delfia−29 was used. Testosterone was measured using a radioimmunoassay (RIA) (Coat-A-Count, Siemens, USA) with an inter-assay CV of 7-20% and a LOQ of 1 nmol/L until January 2013. Thereafter, testosterone was measured using competitive immunoassay (Architect, Abbott, USA) with an inter-assay CV of 6-10% and a LOQ of 0.1 nmol/L. The RIA values were converted to the competitive immunoassay values. For testosterone levels below 8 nmol/L, the formula Architect = 1.1*RIA+0.2 was used; for testosterone levels above 8 nmol/L, the formula Architect = 1.34*RIA−1.65 was used. 25-hydroxyvitamin D (25(OH)D) was measured using LC-MS/MS as described previously [23].

In Ghent, estradiol was measured using a E170 Modular (Gen II, Roche Diagnostics, Germany) until 19th March 2015. Thereafter, estradiol was measured using a E170 Modular (Gen III, Roche Diagnostics, Germany), with an inter-assay CV of 3.2% and a LOQ of 25 pg/mL (92 pmol/L). For conversion of estradiol values measured before 19th March 2015, the formula Gen III =6.687940+0.834495*Gen II was used. E170 Modular (Roche Diagnostics, Germany) was used to measure testosterone (Gen II) and 25(OH)D, with an inter-assay CV of 2.6% and a LOQ of 10 ng/dL (0.4 nmol/L) for testosterone, and an inter-assay CV of 6.7% and a LOQ of 5 ng/mL (12.5 nmol/L) for 25(OH)D.

PLAINTIFFS007301

## Bone mineral density

DXA was performed at baseline and after one year CHT. In both Ghent and Amsterdam, a Hologic Discovery A was used (Hologic Inc., Bedford, MA, USA). In Ghent, Software Version 12.7.3.1 was used. In Amsterdam, the Software Version was updated from 13.3 to 13.5.3 in July 2015. The Hologic Statement of Equivalency allowed for comparison of absolute BMD values between the different scan dates and times. Absolute BMD values were obtained for lumbar spine (LS, L1–L4), non-dominant total hip (TH), and femoral neck (FN).

## Statistical analysis

The baseline characteristics of both transwomen and transmen are reported as medians (interquartile range, IQR) or percentages. Differences between included and excluded persons were analyzed using independent t-tests (or Wilcoxon rank-sum test in case of non-normal distribution) or chi-square tests. Difference between BMD values obtained in Amsterdam and Ghent were analyzed using an independent t-test. Data were log-transformed before further analysis in case of non-normal distribution. For all analyses, individuals with missing values were excluded. Percentage changes in LS, TH, and FN BMD after one year of CHT were calculated for every person and as these were normally distributed continuous variables, linear regression analyses were performed to generate the mean percentage changes with corresponding 95% confidence intervals (CI) and p-values.

Analyses were stratified for age groups (18–20, 21–29, 30–49, and ≥50 years) in order to stratify for accrual of peak bone mass, peak bone mass, age-related decrease in bone mass, and, in transmen, for postmenopausal state. Analyses were stratified for the use of vitamin D supplementation, as persons with vitamin D deficiency were treated with vitamin D supplementation. For analyses on different estradiol or testosterone administration routes, only transmen and transwomen who used the same administration route and dose during the entire year were included. Difference between age groups, vitamin D supplementation, or administration routes were analyzed using linear regression analyses with percentage change in BMD as outcome variable and age groups, vitamin D supplementation, or administration routes as categorical independent variable, respectively. In order to adjust for possible mediating factors, linear regression analyses were performed between percentage change in BMD and change in body weight, and between percentage change in BMD and change in cigarette and alcohol use. The change in alcohol or cigarette use was calculated as the percentage difference in number of cigarettes or units of alcohol between baseline and the 12-month visit. To investigate the influence of the serum concentrations of sex steroids on BMD change, linear regression analyses were performed between the change in BMD and the mean serum estradiol or testosterone levels after three to 12 months of CHT, and were analyzed separately for Amsterdam and Ghent, as no conversion formulas were available for the sex steroid assays. Sensitivity analyses were performed by repeating the analyses after exclusion of all persons with comorbidities or medication use with possible influence on BMD. Analyses were performed with STATA Statistical Software (Statacorp, College Station, Texas, USA), version 13.1.

81

PLAINTIFFS007302

Bone mineral density in adult transgender persons

## Results

### General characteristics

The flowchart of the inclusion of participants in both centers is shown in Figure 1. In total, 231 transwomen and 199 transmen were included for analyses. The baseline characteristics are shown in Table 1. Except for a younger age in excluded transmen (median age 22 years, IQR 20 to 27) compared to included transmen (median age 24 years, IQR 21 to 31, difference p=0.004), no baseline differences were found in weight, BMI, ethnicity, smoking habits, alcohol use, estradiol levels, testosterone levels, and vitamin D levels between persons excluded and included for analyses.



**Figure 1.** Flow chart of the inclusion of participants in the present study. Abbreviations: DXA=dual-energy X-ray absorptiometry.

PLAINTIFFS007303

Bone mineral density in adult transgender persons

**Table 1.** Baseline characteristics of transwomen and transmen

|  | Transwomen (n=231) | Transmen (n=199) |
|---|---|---|
| Age, years (IQR) | 28 (23 to 42) | 24 (21 to 31) |
| Ethnicity (% Caucasian) | 97.4 | 94.0 |
| BMI, kg/m² (IQR) | 22.5 (20.5 to 26.1) | 23.9 (21.3 to 28.8) |
| Tobacco use (% yes) | 23.5 | 29.3 |
|    Cigarettes per day (IQR) | 10 (5 to 12) | 10 (5 to 15) |
| Alcohol use (% >7 units per week) | 6.1 | 4.6 |
| Biochemical results Amsterdam (IQR)[a] |  |  |
|    Estradiol levels, pmol/L | 105 (82 to 133) | 169 (61 to 377) |
|    Testosterone levels, nmol/L | 18.5 (14.0 to 23.0) | 1.3 (1.0 to 1.7) |
|    25(OH) vitamin D levels, nmol/L | 38 (24 to 57) | 54 (31 to 77) |
| Biochemical results Ghent (IQR)[b] |  |  |
|    Estradiol levels, pmol/L | 114 (95 to 135) | 155 (114 to 301) |
|    Testosterone levels, nmol/L | 19.0 (13.5 to 22.2) | 1.1 (0.7 to 1.3) |
|    25(OH) vitamin D levels, nmol/L | 34 (22 to 52) | 54 (36 to 72) |



Data are expressed as median (interquartile range) or percentages. [a] Transwomen n=135, transmen n=137; [b] Transwomen n=93, transmen n=41. Abbreviations: IQR=interquartile range; BMI=body mass index.

## Bone mineral density

The mean time between two DXA scans was 12 months (range 10 to 14 months). No differences in baseline BMD and 12 month BMD between the two included centers were found (Table 2).

In transwomen, one year CHT increased BMD of the LS (+3.67%, 95% CI 3.20 to 4.13%, p<0.001), TH (+0.97%, 95% CI 0.62 to 1.31%, p<0.001), and FN (+1.86%, 95% CI 1.41 to 2.31%, p<0.001). In transmen, one year CHT increased LS and TH BMD (+0.86%, 95% CI 0.38 to 1.35%, p=0.001, and +1.04%, 95% CI 0.64 to 1.44%, p<0.001, respectively). No changes were observed in FN BMD (-0.46%, 95% CI -1.07 to 0.16%, p=0.144) (Figure 2).

## Effects of weight change on BMD change

Transwomen had a mean weight increase of 2.4 kg (95% CI 1.5 to 3.2 kg, p<0.001). The gain in LS BMD did not change after adjustment for change in body weight (+3.64%), but an attenuation of TH (+0.65%) and FN (+1.52%) BMD change was found. Transmen had a mean weight increase of 2.0 kg (95% CI 1.2 to 2.8 kg, p<0.001). After adjustment for change in body weight, the mean increase of LS (+0.90%) and FN (-0.87%) BMD did not change, but an attenuation of TH (+0.86%) BMD change was found.

## Effects of change in cigarette or alcohol use on BMD change

A total of 52.1% and 27.5% of the transwomen who either smoked cigarettes or drank alcohol at baseline quit smoking and stopped using alcohol, respectively. Adjusting the analyses for percentage change in cigarette or alcohol use did not change the results of LS (+3.80%), TH (+0.92%), or FN (+1.91%) BMD change. Of the transmen, 45.6% and 28.7% who either smoked cigarettes or drank

PLAINTIFFS007304

Bone mineral density in adult transgender persons

alcohol at baseline quit smoking and stopped using alcohol, respectively. No changes were observed in LS (+0.93%), TH (+1.24%), and FN (-0.50%) BMD change after adjustment for change in cigarette or alcohol use.

## The effect of age on BMD change

As shown in Figure 3, the change in LS, TH, or FN BMD in transwomen did not vary in different age groups, except for a larger increase in LS BMD in transwomen of 18 to 20 year compared to transwomen of 30 to 49 years. In transmen, LS BMD increased more in persons ≥50 years (+4.32%, 95% CI 2.28 to 6.36%, p=0.001) compared to persons below 50 years (+0.68%, 95% CI 0.19 to 1.17%, p=0.007). The geometric mean estradiol levels increased from 14 pmol/L to 150 pmol/L (+949%, 95% CI 304 to 2629%, p<0.001) in persons ≥50 years, compared to no increase in persons below 50 years (158 pmol/L to 194 pmol/L; +22%, 95% CI -2 to 53%, p=0.078).

**Table 2.** Baseline and one-year BMD in lumbar spine, total hip, and femoral neck for transwomen and transmen, stratified per center

| | Transwomen | | | |
| --- | --- | --- | --- | --- |
| | Amsterdam (n=137) | Ghent (n=94) | Total (n=231) | p-values |
| Lumbar spine BMD | | | | |
| Baseline | 0.966 (0.138) | 0.983 (0.143) | 0.972 (0.140) | 0.362 |
| One-year | 1.001 (0.137) | 1.015 (0.143) | 1.007 (0.139) | 0.470 |
| Total hip BMD | | | | |
| Baseline | 0.938 (0.133) | 0.939 (0.135) | 0.938 (0.134) | 0.942 |
| One-year | 0.948 (0.133) | 0.946 (0.138) | 0.947 (0.135) | 0.905 |
| Femoral neck BMD | | | | |
| Baseline | 0.798 (0.124) | 0.799 (0.133) | 0.799 (0.128) | 0.960 |
| One-year | 0.814 (0.127) | 0.811 (0.135) | 0.813 (0.130) | 0.834 |

| | Transmen | | | |
| --- | --- | --- | --- | --- |
| | Amsterdam (n=155) | Ghent (n=44) | Total (n=199) | p-values |
| Lumbar spine BMD | | | | |
| Baseline | 1.030 (0.124) | 1.022 (0.114) | 1.028 (0.121) | 0.705 |
| One-year | 1.039 (0.126) | 1.027 (0.108) | 1.037 (0.122) | 0.554 |
| Total hip BMD | | | | |
| Baseline | 0.954 (0.113) | 0.945 (0.130) | 0.952 (0.116) | 0.646 |
| One-year | 0.963 (0.114) | 0.958 (0.129) | 0.962 (0.117) | 0.815 |
| Femoral neck BMD | | | | |
| Baseline | 0.837 (0.116) | 0.833 (0.112) | 0.836 (0.115) | 0.805 |
| One-year | 0.831 (0.116) | 0.834 (0.117) | 0.832 (0.116) | 0.908 |

BMD=bone mineral density.
Numbers represent absolute bone mineral density in g/cm² (standard deviation). Independent t-tests were performed between the Amsterdam and Ghent data.

PLAINTIFFS007305

Bone mineral density in adult transgender persons





**Figure 2.** Change in bone mineral density (BMD) of the lumbar spine, total hip, and femoral neck in transwomen and transmen after one year cross-sex hormonal treatment. Data represent mean baseline and mean one-year BMD with standard deviation. Percentage changes in BMD were calculated for every person and as these were normally distributed continuous variables, linear regression analyses were performed to generate the mean percentage changes with corresponding 95% confidence intervals (CI), which are shown in the legends on the right. * p≤0.001. BMD=bone mineral density.

## The effect of vitamin D supplements on BMD change

As shown in Figure 4, LS and FN BMD increased more in transwomen who used vitamin D supplements compared to those who did not use supplements. No differences were found in TH BMD change. In transmen, no differences in LS, TH, and FN BMD change were found between persons with or without vitamin D supplementation.

85

PLAINTIFFS007306

Bone mineral density in adult transgender persons

### Correlation of BMD change with sex hormone levels

After 3 to 12 months of CHT, the estradiol levels of transwomen in Amsterdam were correlated with LS (per 100 pmol/L: +0.95%, 95% CI 0.34 to 1.56%, p=0.003), TH (per 100 pmol/L: +0.48%, 95% CI 0.04 to 0.93%, p=0.034), and FN (per 100 pmol/L: +0.83%, 95% CI 0.31 to 1.36%, p=0.002) BMD change. The estradiol levels after 3 to 12 months in transwomen in Ghent were correlated with LS (per 100 pmol/L: +0.87%, 95% CI 0.27 to 1.47%, p=0.005), but not with TH (per 100 pmol/L: +0.40%, 95% CI -0.12 to 0.92%, p=0.126) or FN (per 100 pmol/L: +0.09%, 95% CI -0.67 to 0.85%, p=0.814) BMD change. In transmen in Amsterdam and Ghent, estradiol levels after 3 to 12 months were not correlated with BMD change. As testosterone levels after 3 to 12 months were suppressed in transwomen, no correlation analyses could be performed. In transmen, testosterone levels after 3 to 12 months were not correlated with LS, TH, and FN BMD change.

### The effect of estradiol or testosterone administration routes on BMD change

LS, TH, or FN BMD change did not differ between transdermal estradiol or oral estradiol valerate use in transwomen (Figure 4). Serum estradiol levels were comparable between transdermal estradiol (ref) and oral estradiol valerate (difference -7 pmol/L, 95% CI -50 to 36 pmol/L, p=0.754).

In transmen, no differences in LS and TH BMD change was observed between testosterone gel, testosterone esters, or testosterone undecanoate. FN BMD change was higher in testosterone undecanoate compared to testosterone gel (Figure 4). Testosterone levels were comparable between testosterone gel (ref) and testosterone undecanoate (-3.5 nmol/L, 95% CI -12.9 to 5.9 nmol/L, p=0.459), while testosterone esters provided higher testosterone levels than testosterone gel (+13.0 nmol/L, 95% CI 6.2 to 19.9 nmol/L, p<0.001).

### Sensitivity analyses

Repeating the analyses after exclusion of all persons with bone influencing medication (use of diuretics (n=6), anti-epileptics (n=3), antidepressants (n=58), antipsychotics (n=9), corticosteroids (n=15), or bisphosphonates (n=1)) or comorbidities (eating disorder (n=4), alcohol abuse (n=4), thyroid disease (n=5), diabetes mellitus (n=5), gastro-intestinal disease (n=8), malignancy (n=2)) did not change the effect sizes (data not shown).

## Discussion

This study showed that after one year CHT the mean BMD increased in both transwomen and transmen, especially in lumbar spine and in transwomen. In transmen of postmenopausal age, the LS BMD increased more than in younger transmen. In both transwomen and transmen, the change in BMD could not be completely explained by a change in body weight, a change in cigarette or alcohol use, or by vitamin D supplementation.

The larger increase in BMD in transmen of postmenopausal age as compared to the other age groups may be the result of decreased bone resorption due to higher levels of estradiol after aromatization of testosterone to estradiol, as serum estradiol levels were low at baseline and largely increased during CHT. These findings may lead to the hypothesis that the increase in bone mineral

PLAINTIFFS007307

Bone mineral density in adult transgender persons



**Figure 3.** Change in bone mineral density of lumbar spine, total hip, and femoral neck, in transwomen and transmen, stratified for age groups. Each individual bar represent the mean increase in bone mineral density with 95% confidence interval. The age distribution in transwomen is: 18–20 (n=36), 21–29 (n=88), 30–49 (n=83), and ≥50 (n=24) years; in transmen: 18–20 (n=56), 21–29 (n=87), 30–49 (n=46), and ≥50 (n=10) years. Difference between these age groups were analyzed using linear regression analyses, with percentage change in BMD as outcome variable and age groups as categorical dependent variable. * p≤0.001; ** 0.001<p≤ 0.01; *** 0.01<p≤0.05. LS=lumbar spine; TH=total hip; FN=femoral neck; BMD=bone mineral density.

87

PLAINTIFFS007308

Bone mineral density in adult transgender persons





**Figure 4.** Change in bone mineral density (BMD) of the lumbar spine, total hip, and femoral neck in transwomen and transmen, stratified for vitamin D supplementation or administration routes, respectively. Linear regression analyses with change in BMD as outcome variable and vitamin D supplementation or administration route as independent variable were performed. Only persons using the same dose and administration route during the entire year were included for analyses. * p≤0.001; *** 0.01<p≤0.05. Abbreviations: LS=lumbar spine, TH=total hip, FN=femoral neck, BMD=bone mineral density, T=testosterone.

88

PLAINTIFFS007309

density in older transmen is the result of aromatization of testosterone to estradiol and therefore an increase in estradiol levels, instead of direct effects of testosterone. This is in line with Finkelstein et al.[24] who demonstrated that effects of hypogonadism on bone in men are mainly due to estrogen deficiency and not to testosterone deficiency. In addition, the results are compatible with findings in older natal men, whose BMD is better correlated with bioavailable estradiol levels than with other sex steroid measures [25]. However, it is not known whether these findings can be extrapolated to transmen. The larger increase in LS BMD in transwomen of 18 to 20 years compared to transwomen between 30 to 49 years could be explained by the fact that the youngest group has not reached the peak bone mass yet and therefore the increase in BMD is larger.

In both transwomen and transmen, the TH BMD increase attenuated after adjustment for change in body weight, indicating that the increase in hip BMD is partly mediated by an increase in body weight. No differences in BMD change were observed between administration routes of estradiol or testosterone, except a small difference in FN BMD change between testosterone gel and testosterone undecanoate. However, the groups of testosterone administration routes were small and the analysis might not have enough power to detect small differences. No differences were observed in mean estradiol levels between transdermal estradiol or estradiol valerate. Testosterone esters gave higher testosterone levels compared to testosterone gel and testosterone undecanoate. However, testosterone ester therapy results in highly fluctuating serum testosterone levels and since blood determination was independent of the last injection of testosterone esters, no representative testosterone levels were obtained from persons using testosterone esters. The current using dose of testosterone esters is thought to be similar to the dose of testosterone gel and testosterone undecanoate [26].

Previously, small prospective studies were performed to investigate the change in BMD in transgender persons after one year CHT. For transwomen, our results are comparable to most other studies, as an increase in LS BMD was found in transwomen treated with anti-androgens and estrogens [18,27,28] or treated with estrogens and gonadotropin-releasing hormone agonists [13,29]. One prospective study did not find a change in BMD in 12 transwomen [30]. Although the same results were found in most other studies, our results cannot be generalized to all parts of the world, as the included transwomen used cyproterone acetate and this is not approved for use in the United States.

We found different results for the change in BMD in transmen than described in literature. While previous prospective studies did not find a change in LS BMD after one year CHT [14,19,27,28,30], we found a small increase in the total group, and even a larger increase in the postmenopausal subgroup. This difference might be due to the small sample sizes of other studies and consequently lack of power to allow these studies to detect any differences. In addition, a subgroup analysis of the change in BMD in postmenopausal transmen has not been described before, as transmen included in previously mentioned studies were between 18 to 47 years [19], 16 to 39 years [28], and 20 to 46 years [30] of age.

This study is a large multicenter prospective study, including transwomen and transmen with a wide range of age. All trans persons were treated according to a defined treatment protocol and measurements were performed at baseline and during follow-up. Only a small percentage of

PLAINTIFFS007310

Bone mineral density in adult transgender persons

participants was lost to follow-up (8.5%). There are also some limitations to our study. First, due to the multicenter aspect of this study, the BMD of participants was measured using different DXA devices. In order to compare the baseline values, Oslo and Florence were excluded for the present analyses and only Ghent and Amsterdam were included. Each individual had a baseline and follow-up BMD measurements on the same DXA device and no differences were observed between Ghent and Amsterdam. Between the study centers, different laboratory assays were used and within one study center, the assay was adjusted when more accurate assays became available. Conversion formulas within one center allowed for comparison of the data. However, as no conversion formulas between the centers were available, the analysis had to be stratified by center. The associations found within both centers were similar, which allows for higher generalizability of the results. Second, the study was performed during regular patient care. Data about smoking habits, alcohol use, medication use, and comorbidities were self-reported and were collected during their outpatient clinic visits. It is possible that some medication use or comorbidities were not reported, including the use of additional testosterone or estradiol preparations next to the prescribed sex hormones. Third, no data about physical exercise or calcium intake was available. Persons with low baseline BMD were advised about factors of positive influence on BMD, including exercise, calcium intake, and vitamin D supplements. Therefore, we cannot prove that the increase in BMD is solely a result of CHT. Due to ethical and practical reasons, it is not possible to add a placebo group to this study. Fourth, as this study is only performed in trans persons without a control group, we cannot rule out that passing time is partly an explanation for the change in BMD. However, because most persons had already reached the age of peak bone mass achievement at the time of inclusion in the study, the natural course of BMD is to decrease over time. Lastly, for the present analyses we only assessed BMD using a DXA scan, which does not provide any information about bone geometry. Further research is needed into whether changes in bone geometry can be found after CHT. However, in regular patient care BMD is also assessed using a DXA scan, therefore this study may be valuable for clinical practice.

One study reported a lower BMD in transwomen at the start of CHT compared with age-matched control men [31]. Hormonal treatment may influence the achievement of higher BMD on short term. A healthier lifestyle including more exercise and vitamin D exposure may also contribute to this change in BMD. Therefore, with regard to the clinical practice, monitoring bone quality in trans persons is relevant.

In conclusion, an increase in BMD in both transwomen and transmen after one year CHT was found. For further research, it is desirable to investigate alterations in BMD after long-term CHT, to monitor bone turnover markers, and to add other imaging modalities in order to gain more insight of the actual changes in bone metabolism due to sex steroid therapy.

## Disclosures

All authors state that they have no conflict of interest.

PLAINTIFFS007311

## Acknowledgements

Authors' roles: Study design: AF, TS, GT, and MdH. Study conduct: GT and MdH. Data collection: CW, MV, MK, NN, CdB, AF, TS, GT, and MdH. Data analysis: CW and MV. Data interpretation: CW and MV. Drafting manuscript: CW. Revising manuscript content: CW, MV, MK, NN, CdB, RdJ, PL, GT, and MdH. Approving final version of manuscript: CW, MV, MK, NN, CdB, AH, RdJ, PL, AF, TS, GT, and MdH. MdH takes responsibility for the integrity of the data analysis.



PLAINTIFFS007312

Bone mineral density in adult transgender persons

# References

1. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 5th edition, text revision [DSM-5]. American Psychiatric Publishing, Arlington, VA. 2013

2. Venken K, De Gendt K, Boonen S et al. Relative impact of androgen and estrogen receptor activation in the effects of androgens on trabecular and cortical bone in growing male mice: a study in the androgen receptor knockout mouse model. J Bone Miner Res. 2006;21[4]:576–85.

3. Zamberlan N, Radetti G, Paganini C, Gatti D, Rossine M, Braga V, Adami S. Evaluation of cortical thickness and bone density by roentgen microdensitometry in growing males and females. Eur J Pediatr. 1996;155[5]:377–82.

4. Carani C, Qin K, Simoni M et al. Effect of testosterone and estradiol in a man with aromatase deficiency. N Engl J Med. 1997;337[2].

5. Herrmann BL, Janssen OE, Hahn S, Broecker-Preuss M, Mann K. Effects of Estrogen Replacement Therapy on Bone and Glucose Metabolism in a Male with Congenital Aromatase Deficiency. Horm Metab Res. 2005;37:178-83.

6. Bilezikian JP, Morishima A, Bell J, Grumbach MM. Increased bone mass as a result of estrogen therapy in a man with aromatase deficiency. N Engl J Med. 1998;339[9]:599-603.

7. Kim B, Mosekilde L, Duan Y, Zhang X, Tornvig L, Thomsen J, Seeman E. The Structural and Hormonal Basis of Sex Differences in Peak Appendicular Bone Strength in Rats. J Bone Miner Res. 2003;18[1]:150-5.

8. Greendale GA, Sowers M, Han W et al. Bone mineral density loss in relation to the final menstrual period in a multiethnic cohort: results from the Study of Women's Health Across the Nation [SWAN]. J Bone Miner Res. 2012;27[1]:111-8.

9. Nakamura T, Imai Y, Matsumoto T et al. Estrogen prevents bone loss via estrogen receptor alpha and induction of Fas ligand in osteoclasts. Cell. 2007;130[5]:811-23.

10. Buchanan JR, Hospodar P, Myers C, Leuenberger P, Demers LM. Effect of Excess Endogenous Androgens on Bone Density in Young Women. J Clin Endocrinol Metab. 1988;67[5]:937-43.

11. Bertellonia S, Baroncellia GI, Federicoa G, Cappab M, Lalac R, Saggesea G. Altered Bone Mineral Density in Patients with Complete Androgen Insensitivity Syndrome. Horm Res. 1998;50:309-3014.

12. Dittrich R, Binder H, Cupisti S, Hoffmann I, Beckmann MW, Mueller A. Endocrine treatment of male-to-female transsexuals using gonadotropin-releasing hormone agonist. Exp Clin Endocrinol Diabetes. 2005;113[10]:586-92.

13. Mueller A, Dittrich R, Binder H, Kuehnel W, Maltaris T, Hoffmann I, Beckmann MW. High dose estrogen treatment increases bone mineral density in male-to-female transsexuals receiving gonadotropin-releasing hormone agonist in the absence of testosterone. Eur J Endocrinol. 2005;153[1]:107-13.

14. Mueller A, Haeberle L, Zollver H et al. Effects of intramuscular testosterone undecanoate on body composition and bone mineral density in female-to-male transsexuals. J Sex Med. 2010;7[9]:3190-8.

15. Mueller A, Zollver H, Kronawitter D et al. Body composition and bone mineral density in male-to-female transsexuals during cross-sex hormone therapy using gonadotrophin-releasing hormone agonist. Exp Clin Endocrinol Diabetes. 2011;119[2]:95-100.

16. Wierckx K, Mueller S, Weyers S, Van Caenegem E, Roef G, Heylens G, T'Sjoen G. Long-term evaluation of cross-sex hormone treatment in transsexual persons. J Sex Med. 2012;9[10]:2641-51.

17. Van Caenegem E, Wierckx K, Taes Y et al. Bone mass, bone geometry, and body composition in female-to-male transsexual persons after long-term cross-sex hormonal therapy. J Clin Endocrinol Metab. 2012;97[7]:2503-11.

18. Van Caenegem E, Wierckx K, Taes Y et al. Preservation of volumetric bone density and geometry in trans women during cross-sex hormonal therapy: a prospective observational study. Osteoporos Int. 2015;26[1]:35-47.

PLAINTIFFS007313

19. Van Caenegem E, Wierckx K, Taes Y et al. Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case-controlled study [ENIGI]. Eur J Endocrinol. 2015;172[2]:163-71.

20. Dekker MJHJ, Wierckx K, Van Caenegem E et al. A European Network for the Investigation of Gender Incongruence: Endocrine Part. J Sex Med. 2016;13[6]:994-9.

21. Kreukels BP, Haraldsen IR, De Cuypere G, Richter-Appelt H, Gijs L, Cohen-Kettenis PT. A European network for the investigation of gender incongruence: the ENIGI initiative. Eur Psychiatry. 2012;27[6]:445-50.

22. The World Professional Association for Transgender Health. Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People. 2012.

23. Heijboer AC, Blankenstein MA, Kema IP, Buijs MM. Accuracy of 6 routine 25-hydroxyvitamin D assays: influence of vitamin D binding protein concentration. Clin Chem. 2012;58[3]:543-8.

24. Finkelstein JS, Lee H, Leder BZ et al. Gonadal steroid-dependent effects on bone turnover and bone mineral density in men. J Clin Invest. 2016;126[3]:1114-25.

25. Cauley JA, Ewing SK, Taylor BC et al. Sex steroid hormones in older men: longitudinal associations with 4.5-year change in hip bone mineral density- -the osteoporotic fractures in men study. J Clin Endocrinol Metab. 2010;95[9]:4314-23

26. Shoskes JJ, Wilson MK, Spinner ML. Pharmacology of testosterone replacement therapy preparations. Transl Androl Urol. 2016;5[6]:834-43.

27. Van Kesteren P, Lips P, Deville W, Popp-Snijders C, Asscheman H, Megens J, Gooren, L. The effect of one-year cross-sex hormonal treatment on bone metabolism and serum insulin-like growth factor-1 in transsexuals. J Clin Endocrinol Metab. 1996;81[6]:2227-32.

28. van Kesteren P, Lips P, Gooren LJ, Asscheman H, Megens J. Long-term follow-up of bone mineral density and bone metabolism in transsexuals treated with cross-sex hormones. Clin Endocrinol. 1998;48:347–54.

29. Mueller A, Zollver H, Kronawitter D et al. Body composition and bone mineral density in male-to-female transsexuals during cross-sex hormone therapy using gonadotrophin-releasing hormone agonist. Exp Clin Endocrinol Diabetes. 2011;119[2]:95-100.

30. Haraldsen IR, Haug E, Falch J, Egeland T, Opjordsmoen S. Cross-sex pattern of bone mineral density in early onset gender identity disorder. Horm Behav. 2007;52[3]:334-43.

31. Van Caenegem E, Taes Y, Wierckx K et al. Low bone mass is prevalent in male-to-female transsexual persons before the start of cross-sex hormonal therapy and gonadectomy. Bone. 2013;54[1]:92-7.

PLAINTIFFS007314

# Chapter 5

PLAINTIFFS007315

# Gender-affirming hormone treatment decreases bone turnover in trans women and older trans men

Mariska C Vlot, Chantal M Wiepjes, Renate T de Jongh, Guy T'Sjoen,
Annemieke C Heijboer, and Martin den Heijer

*Journal of Bone and Mineral Research 2019 Oct;34(10):1862-1872.*

PLAINTIFFS007316

Bone turnover in adult transgender persons

## Abstract

Sex steroids play a key role in bone turnover and preserving BMD. Gender-affirming hormonal treatment (HT) in transgender people affects bone metabolism. Most studies looked into the effect of HT on changes in BMD, however this does not provide insights of changes in bone metabolism due to HT. This study investigated changes in bone turnover markers (BTMs), sclerostin and correlations with change in BMD in trans women and trans men during the first year of HT. Trans women received estradiol and anti-androgens, while trans men received testosterone. Sclerostin, P1NP, alkaline phosphatase (ALP), CTx, and BMD of total hip (TH), femoral neck (FN), and lumbar spine (LS) were evaluated at baseline and after 1 year of HT. 121 Trans women (median age 30 years, IQR 24-41) and 132 trans men (median age 24 years, IQR 21-33) were included. In trans women, ALP decreased with 19% (95%CI -21;-16), CTx with 11% (95%CI -18;-4) and sclerostin with 8% (95%CI -13;-4) after 1 year of HT. In contrast, in trans men P1NP, ALP, and sclerostin increased with 33% (95%CI 24;42), 16% (95%CI 12;20), and 15% (95%CI 10;20), respectively after 1 year of HT. No age differences were seen in trans women, whereas in trans men aged ≥50 years a decrease in all BTMs was found in contrast to the other age groups. These trans men had low estrogen concentration at start of HT, due to their postmenopausal state before start of HT, and estradiol concentrations increased during testosterone treatment. Changes in BTMs and BMD were weakly correlated (correlation coefficient all <0.30). To conclude, 1 year of HT resulted in decreased bone turnover in trans women and older trans men, while it increased in younger trans men. The decrease in bone resorption in the older trans men displays the importance of estrogen as key regulator of bone turnover.

96

PLAINTIFFS007317

# Introduction

Sex steroids are considered as pivotal regulators of bone metabolism. Estrogen inhibits the osteoclast function and thereby lowers bone resorption, resulting in a positive effect on BMD in both women and men [1–5]. Furthermore, it is well known that BMD decreases in postmenopausal women due to decreasing estrogen concentrations and consequently increased bone resorption by osteoclasts [6,7]. In men, estrogen is aromatized from testosterone and is also considered as the key sex steroid affecting bone homeostasis [8–10]. Previous research showed that bone metabolism and therefore BMD are affected by gender-affirming hormonal treatment (HT) in people diagnosed with gender dysphoria (GD) [5,11–18]. HT is used to accomplish desired body changes in transgender people. HT in trans men (female-to-male transgender people) consists of testosterone treatment, while trans women (male-to-female transgender people) receive a combination of anti-androgens and estrogens.

An increase in BMD after 1 to 10 years of treatment with HT in transgender people was described before [5,19]. BMD is evaluated by DXA scan, however these scans estimate the amount of mineralized bone only and therefore represent late changes in bone metabolism. In contrast, bone turnover markers (BTMs) represent the actual activity of the osteoblasts and osteoclasts. Consequently, measurements of BTMs display the balance between bone formation and bone resorption directly. Up until now, scarce data is available regarding specifically the effect of HT on bone turnover in transgender people [20–24], while no data on sclerostin is available yet. Clinically, increased bone turnover and lower BMD are risk factors for deterioration of bone quality resulting in possible osteopenia, osteoporosis, and even increased risk of fractures and associated co-morbidities and financial costs. As the transgender population receiving HT increases worldwide [25,26], more transgender people are possibly at risk for lower bone quality and associated problems regarding bone health. Therefore, the aim of this study is to investigate the change in bone turnover markers and to evaluate the correlations with changes in BMD in adult transgender people during their first year of HT.

This study will also look into possible age-related effects on bone turnover markers and BMD during HT by studying transgender people in various age groups. We hypothesize to find a decrease in bone turnover predominantly due to estrogen, as this sex steroid is known to inhibit osteoclast function and therefore exerts an anabolic effect on bone. This study will focus on bone formation markers P1NP and total alkaline phosphatase (ALP) and the bone resorption marker CTx. Furthermore, the glycoprotein sclerostin is studied, which is known to mediate an anti-anabolic effect on bone by promoting apoptosis of osteoblasts, stimulate RANKL production by osteocytes resulting in increased osteoclastogenesis, and inhibition of the activation of the Wnt/$\beta$-catenin pathway, all resulting in negative effects on BMD [27–32]. Sclerostin is mainly produced by osteocytes and can be used as a marker of bone metabolism as well.

PLAINTIFFS007318

Bone turnover in adult transgender persons

# Methods

## Subjects and study protocol

This study is part of the European Network for Investigation of Gender Incongruence (ENIGI) study, which is a prospective multicenter observational study in Ghent (Belgium), Oslo (Norway), Florence (Italy), and Amsterdam (the Netherlands) [33,34]. The current study protocol was approved by the Ethical Committee of the Amsterdam University Medical Center, Vrije Universiteit Amsterdam, Amsterdam, the Netherlands, and data was retrieved only after informed consent. Adults diagnosed with gender dysphoria based on the diagnostic criteria of the DSM-IV or DSM 5 [35,36] were recruited at the Center of Expertise on Gender Dysphoria of the Amsterdam University Medical Center, between June 2012 and April 2016. All transgender people included in this study were treated according to the Standards of Care Guidelines of the World Professional Association for Transgender Health (WPATH) [37]. Summarized, trans women were treated with anti-androgen treatment consisting of cyproterone acetate (50 to 100 mg daily, oral) accompanied by estrogen treatment consisting of either estradiol valerate (2 to 4 mg daily, oral) or estradiol patches (50 - 100 mcg/24 h twice a week, transdermal application). Trans men were treated with either testosterone gel (50 mg daily, dermal application), testosterone esters (250 mg every 2 to 3 weeks, i.m.), or testosterone undecanoate (1000 mg every 12 weeks, i.m.). Some trans men used lynestrenol for a short period of time if menses persisted while using testosterone.

People were not eligible to participate in the study if they had (I) insufficient knowledge of the native language, (II) were psychological vulnerable, (III) used HT earlier in life, or (IV) used other drug therapies which were not part of the standardized treatment protocol (e.g. spironolactone or gonadotropin-releasing hormone agonists). For the current analyses, people were excluded if they (I) did not completed 1 year of HT, (II) had no DXA scan at baseline and/or after 1 year of HT, (III) or had no blood drawn at baseline and after 1 year of HT. In addition, only people from the Amsterdam University Medical Center, Vrije Universiteit Amsterdam center were included, in order to exclude possible changes in BTM concentrations due to use of different BTM assays in the other medical centers.

## Measurements

### General

Participants visited the outpatient clinic every 3 months to evaluate their health and treatment effects. Body weight (kilograms) and height (centimeters) were measured without wearing shoes at baseline and follow-up. Blood samples were collected between 09:00 AM and 12:00 PM at baseline, after 3 months, and after 1 year of HT. Participants were instructed to draw blood in a fasting state.

## Bone turnover markers

### P1NP

The bone formation marker P1NP resembles osteoblast activity [38] and was measured using an immunoassay (Cobas, Roche Diagnostics, Mannheim, Germany), with an inter-assay coefficient of variation (CV) of <8% and lower limit of quantification (LOQ) of 5 µg/L.

98

PLAINTIFFS007319

### Alkaline phosphatase (ALP)

The bone formation marker ALP, also representing osteoblast activity [38] was measured using an immunoassay (Cobas, Roche Diagnostics, Mannheim, Germany), with an inter-assay CV of 2.5% and LOQ of 5 U/L.

### CTx

The bone resorption marker CTx displays osteoclast activity [38]. CTx was measured using an immunoassay (Cobas, Roche Diagnostics, Mannheim, Germany), with an inter-assay CV of <6.5% and LOQ of 10 ng/L.

### Sclerostin

The osteocyte-derived glycoprotein sclerostin [38] was measured using an immunoassay (LiasonXL, Diasorin, Saluggia, Italy), with an inter-assay CV of 7.5% and LOQ of 2.2 pmol/L.

## Other measurements

### 25OHD

An LC-MS/MS method was used to measure 25OHD with an CV of 8% and LOQ of 4.0 nmol/L until 2015 [39]. Since then, another LC-MS/MS method was used [40]. Both methods resulted in comparable concentrations.

### Testosterone

A radio-immunofrequent assay (RIA) (Coat-A-Count, Siemens, USA; inter-assay CV of 7-20 %, LOQ of 1 nmol/L) was used to measure testosterone until January 2013. Since then, a competitive immunoassay was used (Architect, Abbott, USA; inter-assay CV of 6-10 %, LOQ of 0.1 nmol/L). The RIA based concentrations were converted to concentrations of the competitive immunoassay using the formulas Architect=1.1*RIA+0.20 (for testosterone concentrations <8 nmol/L) and Architect=1.34*RIA−1.65 (for testosterone concentrations >8 nmol/L) in order to evaluate and report comparable testosterone concentrations.

### Estradiol

A competitive immunoassay (Delfia, PerkinElmer, Finland; inter-assay CV of 10–13%, LOQ of 20 pmol/L) was used to measure estradiol until July 2014. Subsequently, an LC-MS/MS (Amsterdam University Medical Center, VUmc, Amsterdam, the Netherlands; inter-assay CV of <7%, LOQ of 20 pmol/L) was used. The Delfia concentrations were converted to the LC-MS/MS concentrations by using the formula LC-MS/MS=1.60*Delfia−29.

Creatinine, aspartate transaminase (AST), alanine transaminase (ALT), and gamma-glutamyltransferase (γGT) concentrations were all measured using an immunoassay (Cobas, Roche Diagnostics).

99

PLAINTIFFS007320

Bone turnover in adult transgender persons

## DXA

DXA (Hologic Discovery A, Hologic Inc., Bedford, MA, USA) was used to measure BMD in g/cm2 of the total hip (TH) and femoral neck (FN) of the non-dominant hip and the lumbar spine (LS), measuring the first 4 lumbar vertebrae (L1–L4). The software was updated from version 13.3 to 13.5.3 in July 2015, which did not affect the results of the measurements. Baseline DXA was performed 3 months before to 1 month after start of HT. The follow-up DXA was performed between 10 and 14 months after start of HT.

## Statistics

For statistical analyses Stata/SE 15 (StataCorp, LP) was used. Median with corresponding interquartile range (IQR), percentages, or means with SD were used to describe baseline characteristics. The percentage change was calculated of all BTMs and BMD to evaluate differences between baseline and 1 year HT. As these changes were normally distributed, linear regression analyses were performed to evaluate mean changes in percent with corresponding 95% CI. Next, these percentage difference variables were adjusted for changes in BMI, alcohol and tobacco use, 25OHD, creatinine, AST, ALT, and ·GT concentrations. Participants were stratified for both age and sex steroid concentrations, with the following age groups: 18 to 30 years, 30 to 50 years, and 50 years and older. By using these separate age groups, age related differences in BMD due to decreasing bone mass with increasing age after reaching peak bone mass is accounted for, as it is expected that bone mass decreases throughout time, as described before [5]. Linear regression was performed to evaluate possible differences between the separate age groups. Furthermore, participants were stratified into quartiles based on their mean estradiol and testosterone concentrations during HT, which were calculated by an average of the concentrations after 3 and 12 months of HT. This stratification was applied to detect possible differences between effect of either low or high sex steroid concentrations. Furthermore, a power analysis was performed. The analysis was applied to the study population of 121 trans women and 132 trans men in order to detect mean differences of both BMD and separate bone turnover markers with a power of 80% and alpha of 0.05. This resulted in detection of a mean difference of LS BMD of 0.021 g/cm2 in trans women and 0.022 g/cm 2 in trans men. Regarding bone turnover markers, in trans women a 10% change in CTx, 9% change in P1NP, 4% change in ALP, and 6% change in sclerostin could be detected. In trans men, a change of 10%, 13%, 6%, and 7% could be detected, respectively. Lastly, Pearson correlations were calculated between change in BTMs and BMD and are displayed with corresponding 95% CI.

# Results

## General

A total of 253 people were included in this study (Figure 1), which consisted of 121 trans women with median age of 30 (IQR 24 to 41) years and 132 trans men with median age of 24 (IQR 21 to 33) years. The baseline and follow-up characteristics are displayed in Table 1. In trans women, a median increase in estradiol of 129 pmol/L (IQR 56 to 232) implying a percentage change of estradiol of 128% (IQR 52 to 214) and a median decrease in testosterone of -18 nmol/L (IQR -22 to -14) with

100

PLAINTIFFS007321

a percentage decrease of -96% (IQR -97 to -94) was seen during the first year of HT. In trans men, a median increase in estradiol of 46 pmol/L (IQR -304 to 135) with a percentage change of 26% (IQR -63 to 198), which was accompanied by a median increase in testosterone of 27 nmol/L (IQR 20 to 38) and percentage increase of 2248% (IQR 1311 to 3338) was seen during the first year of HT.

In both groups, the BMI increased and tobacco use decreased during 1 year of HT (Table 1).



**Figure 1.** Flowchart of in- and exclusion of participants. ENIGI = European Network for Investigation of Gender Incongruence.

PLAINTIFFS007322

Bone turnover in adult transgender persons

**Table 1.** Participant characteristics at baseline and after 1 year of HT

| | Trans women (n=121) | | Trans men (n=132) | |
|---|---|---|---|---|
| | Baseline | 1 year of HT | Baseline | 1 year of HT |
| General | | | | |
| Age, yr (median, IQR) | 30 (24 – 41) | | 24 (21 – 33) | |
| Ethnicity (% Caucasian) | 96.7 | | 91.7 | |
| BMI, kg/m$^2$ (median, IQR) | 22.9 (20.8 – 26.1) | 24.1 (21.9 – 26.3) | 24.5 (21.4 – 29.0) | 25.4 (22.5 – 29.2) |
| Tobacco use (% yes) | 24.0 | 14.0 | 29.2 | 20.0 |
| - Cigarettes/day (median, IQR) | 10 (5 – 10) | 6 (4 – 20) | 8 (4 – 15) | 7 (3 – 15) |
| Alcohol use (% yes) | 46.3 | 45.6 | 51.2 | 47.5 |
| - Units/week (median, IQR) | 2 (1 – 5) | 2 (2 – 4) | 2 (1 – 4) | 3 (2 – 5) |
| Biochemical results (median, IQR) | | | | |
| Estradiol, pmol/L | 105 (84 – 133) | 204 (137 – 328) | 187 (67 – 525) | 181 (132 – 261) |
| Testosterone, nmol/L | 19.0 (14.0 – 23.0) | 0.7 (0.5 – 1.0) | 1.3 (1.0 – 1.7) | 29 (20 – 39) |
| LH, U/L | 3.2 (2.3 – 4.3) | 0.1 (0.1 – 0.1) | 5.0 (2.7 – 6.9) | 1.5 (0.2 – 3.6) |
| 25OHD, nmol/L | 39 (25 – 57) | 60 (40 – 76) | 54 (30 – 77) | 57 (41 – 80) |
| Creatinine, μmol/L (mean ± SD) | 77 ± 10 | 73 ± 10 | 66 ± 10 | 79 ± 12 |
| AST, U/L | 24 (20 – 28) | 20 (17 – 23) | 21 (19 – 25) | 24 (20 – 28) |
| ALT, U/L | 22 (16 – 30) | 21 (15 – 27) | 17 (13 – 24) | 22 (17 – 29) |
| γGT, U/L | 20 (15 – 28) | 19 (15 – 26) | 15 (12 – 23) | 17 (12 – 26) |

HT = gender affirming hormonal treatment, IQR = interquartile range, LH = luteinizing hormone, AST = aspartate transaminase, ALT = alanine transaminase, γGT = gamma-glutamyltransferase

## Trans women

ALP, CTx, and sclerostin decreased with 19% (95%CI -21 to -16), 11% (95%CI -18 to -4), and 8% (95%CI -13 to -4), respectively, in the unadjusted model after 1 year of HT (Table 2). Adjusting the percentage changes in all BTMs for changes in BMI, smoking habits, alcohol use, 25OHD, creatinine, AST, ALT, and γGT concentrations did not affect the results (Table 2). No difference between the different age groups in change in BTMs were found (Figure 2). Sclerostin decreased in all but the lowest estradiol quartile (Figure 3).

## Trans men

P1NP, ALP, and sclerostin increased with 33% (95%CI 24 to 42), 16% (95%CI 12 to 20), and 15% (95%CI 10 to 20), respectively, after 1 year of HT (Table 2). Adjusting these percentage changes in BTMs for changes in BMI, smoking, alcohol use, creatinine, 25OHD, AST, ALT, and -GT did not affect the results (Table 2). More detailed analyses based on the earlier specified age groups revealed an opposite effect on bone turnover in the trans men aged ≥50 years after 1 year of HT compared to the younger trans men (Figure 2). In trans men aged ≥50 years, a decrease in P1NP of -19% (95%CI -35 to -4), CTx of -32% (95%CI -50 to -13), and sclerostin of -10% (95%CI -19 to -0) were found. Estradiol concentrations increased more in the trans men aged ≥50 years (median increase of 135 pmol/L, IQR 100 to 164) compared to trans men <50 years (median increase of 30 pmol/L, IQR -336 to 124). Different absolute

PLAINTIFFS007323

Bone turnover in adult transgender persons

**Table 2.** Baseline and 1 year concentrations of bone turnover markers and BMD with corresponding percentage change (mean and 95%CI), for trans women and trans men separately.

| | Baseline | 1 yr HT | Percentage change % | Percentage change % adjusted [a] |
|---|---|---|---|---|
| **Trans women** | | | | |
| Bone turnover markers | | | | |
| P1NP, µg/L (median, IQR) | 50 (42 – 65) | 48 (38 – 62) | -3 (-9 ; 3) | -8 (-17 ; 1) |
| 18-30 years | 61 (49 – 74) | 52 (47 – 75) | -2 (-10 ; 6) | n.a. |
| 30-50 years | 48 (38 – 52) | 46 (35 – 54) | +2 (-10 ; 14) | n.a. |
| ≥50 years | 40 (33 – 43) | 29 (22 – 39) | -15 (-29 ; -1) | n.a. |
| ALP, U/L (mean ± SD) | 70 ± 17 | 57 ± 17 | -19 (-21 ; -16) | -21 (-25 ; 18) |
| 18-30 years | 72 ± 19 | 60 ± 18 | -17 (-21 ; -13) | n.a. |
| 30-50 years | 69 ± 16 | 53 ± 13 | -23 (-27 ; -19) | n.a. |
| ≥50 years | 67 ± 13 | 58 ± 19 | -14 (-24 ; -4) | n.a. |
| CTx, ng/L (median, IQR) | 428 (306 – 538) | 329 (265 – 442) | -11 (-18 ; -4) | -11 (-23 ; 1) |
| 18-30 years | 507 (387 – 658) | 351 (309 – 476) | -17 (-26 ; -9) | n.a. |
| 30-50 years | 371 (275 – 500) | 313 (265 – 452) | -1 (-17 ; 14) | n.a. |
| ≥50 years | 287 (198 – 369) | 224 (165 – 279) | -12 (-32 ; 7) | n.a. |
| Sclerostin, pmol/L (median, IQR) | 10.4 (8.6 – 14.9) | 8.8 (7.3 – 13.5) | -8 (-13 ; -4) | -9 (-16 ; -2) |
| 18-30 years | 8.8 (7.7 – 11.0) | 7.7 (6.6 – 9.4) | -8 (-15 ; -0) | n.a. |
| 30-50 years | 11.4 (9.4 – 15.0) | 11.0 (8.1 – 13.4) | -9 (-15 ; -2) | n.a. |
| ≥50 years | 17.7 (16.0 – 21.9) | 17.9 (14.1 – 18.5) | -10 (-22 ; 2) | n.a. |
| DXA | | | | |
| BMD TH g/cm$^2$ (mean ± SD) | 0.938 ± 0.137 | 0.947 ± 0.137 | +1.0 (0.5 ; 1.5) | +0.8 (0.1 ; 1.6) |
| BMD FN g/cm$^2$ (mean ± SD) | 0.797 ± 0.127 | 0.812 ± 0.129 | +1.9 (1.3 ; 2.5) | +1.6 (0.7 ; 2.5) |
| BMD LS g/cm$^2$ (mean ± SD) | 0.968 ± 0.139 | 1.004 ± 0.138 | +3.8 (3.1 ; 4.6) | +3.2 (2.0 ; 4.4) |
| **Trans men** | | | | |
| Bone turnover markers | | | | |
| P1NP, µg/L (median, IQR) | 56 (43 – 71) | 71 (49 – 100) | +33 (24 ; 42) | +29 (11 ; 48) |
| 18-30 years | 60 (50 – 77) | 85 (67 – 111) | +42 (30 ; 54) | n.a. |
| 30-50 years | 40 (36 – 52) | 53 (37 – 60) | +21 (10 ; 33) | n.a. |
| ≥50 years | 46 (41 – 66) | 41 (29 – 55) | -19 (-35 ; -4) | n.a. |
| ALP, U/L (mean ± SD) | 67 ± 19 | 76 ± 22 | +16 (12 ; 20) | +15 (7 ; 23) |
| 18-30 years | 68 ± 20 | 80 ± 23 | +19 (14 ; 24) | n.a. |
| 30-50 years | 62 ± 18 | 68 ± 17 | +14 (5 ; 24) | n.a. |
| ≥50 years | 72 ± 21 | 65 ± 23 | -12 (-24 ; 1) | n.a. |
| CTx, ng/L (median, IQR) | 423 (323 – 533) | 432 (313 – 529) | +3 (-4 ; 10) | -5 (-19 ; 8) |
| 18-30 years | 448 (384 – 590) | 442 (364 – 586) | +3 (-4 ; 11) | n.a. |
| 30-50 years | 297 (222 – 386) | 313 (215 – 387) | +12 (-6 ; 30) | n.a. |
| ≥50 years | 427 (305 – 547) | 222 (193 – 381) | -32 (-50 ; -13) | n.a. |
| Sclerostin, pmol/L (median, IQR) | 8.7 (6.8 – 13.1) | 10.3 (7.9 – 13.2) | +15 (10 ; 20) | +10 (-0 ; 20) |
| 18-30 years | 7.6 (6.5 – 9.5) | 8.8 (7.4 – 11.3) | +20 (13 ; 26) | n.a. |
| 30-50 years | 13.9 (8.8 – 16.8) | 14.3 (10.8 – 18.1) | +10 (1 ; 19) | n.a. |
| ≥50 years | 15.9 (14.8 – 17.8) | 15.3 (13.2 – 16.3) | -10 (-19 ; -0) | n.a. |

5

PLAINTIFFS007324

Bone turnover in adult transgender persons

**Table 2.** (continued)

|  | Baseline | 1 yr HT | Percentage change % | Percentage change % adjusted [a] |
|---|---|---|---|---|
| **DXA** |  |  |  |  |
| BMD TH g/cm² (mean ± SD) | 0.948 ± 0.113 | 0.956 ± 0.114 | +0.9 (0.4 ; 1.4) | +0.0 (-0.9 ; 0.9) |
| BMD FN g/cm² (mean ± SD) | 0.833 ± 0.116 | 0.825 ± 0.116 | -0.9 (-1.6 ; -0.1) | -2.5 (-3.7 ; -1.2) |
| BMD LS g/cm² (mean ± SD) | 1.026 ± 0.125 | 1.036 ± 0.129 | +1.0 (0.4 ; 1.7) | +2.1 (0.9 ; 3.4) |

HT = gender-affirming hormonal treatment, IQR = interquartile range, ALP = alkaline phosphatase, n.a. = not applicable.
[a] adjusted for changes in BMI, alcohol and tobacco use, 25OHD, creatinine, AST, ALT, and ·GT. Data only shown for the total adjusted group, as separate adjusted age groups resulted in too small groups for multivariable analyses.



**Figure 2.** Percentage change in bone turnover markers in trans women and trans men after 1 year of HT, stratified for age groups. Group 1 = 18 to 30 years (trans women mean age 24 (2.9 SD), n = 61, trans men mean age 23 (3.0 SD), n = 91). Group 2 = 30 to 50 years (trans women mean age 39 (5.2 SD), n = 42, trans men mean age 39 (5.9 SD), n = 32). Group 3 = group ≥50 years (trans women mean age 56 (5.8 SD), n = 18, trans men mean age 54 (4.1 SD), n = 9). ALP = alkaline phosphatase. * p ≤ 0.05.

PLAINTIFFS007325

Bone turnover in adult transgender persons



**Figure 3.** Percentage change in bone turnover markers by quartiles of average estradiol and testosterone concentrations measured at 3 and 12 months after baseline. Testosterone concentrations in trans women were <2 nmol/L, and therefore this group was not further divided into subgroups. ALP = alkaline phosphatase. * p ≤ 0.05.

concentrations of testosterone and estradiol concentrations during HT did not result in different effects in the course of BTMs during 1 year of HT (Figure 3).

## Correlations between BTMs and BMD

Correlations between percentage change in BTM and percentage change in BMD for trans women and trans men are displayed in Table 3. The changes in BMD after 1 year of HT in this transgender population was described extensively in earlier research (5). In trans women, an increase in sclerostin was associated with a decrease in TH BMD. No correlations between change in BTMs and FN BMD were seen. Furthermore, P1NP, ALP, and CTx showed a modest negative correlation with LS BMD after 1 year of HT. In trans men, only P1NP showed a modest negative correlation with TH and FN BMD. Lastly, CTx showed a modest negative correlation with LS BMD in trans men (Table 3). Lastly, subgroup analyses were performed based on the baseline LS BMD data, which we divided into tertiles. This resulted in a mean (± SD) BMD of group 1 (0.817 ± 0.065), group 2 (0.972 ± 0.036), and group 3 (1.120 ± 0.082) in trans women. In trans men, this resulted in a mean BMD (± SD) of group 1 (0.893 ± 0.050), group 2 (1.017 ± 0.029), and group 3 (1.167 ± 0.075). Based on these tertiles, we evaluated changes of bone turnover markers per tertile. This resulted in a decrease of P1NP, CTx, ALP, and sclerostin in trans women, which was similar for all tertiles. In trans men, an increase of all markers except CTx was found, which was similar for the tertiles. In CTx, an increase was found in all but the highest BMD group (group 3).

PLAINTIFFS007326

Bone turnover in adult transgender persons

**Table 3.** Correlation between percentage change in bone turnover markers and percentage change in BMD (mean and 95%CI), separately for trans women and trans men..

| Trans women | TH BMD % | FN BMD % | LS BMD % |
|---|---|---|---|
| P1NP % | -0.10 (-0.27 ; 0.09) | -0.15 (-0.32 ; 0.03) | **-0.28 (-0.44 ; -0.11)** |
| ALP % | -0.02 (-0.19 ; 0.16) | 0.00 (-0.18 ; 0.18) | **-0.22 (-0.38 ; -0.04)** |
| CTx % | -0.08 (-0.25 ; 0.10) | -0.17 (-0.34 ; 0.01) | **-0.27 (-0.43 ; -0.10)** |
| Sclerostin % | **-0.21 (-0.38 ; -0.03)** | -0.02 (-0.20 ; 0.17) | 0.03 (-0.15 ; 0.21) |
| **Trans men** | **TH BMD %** | **FN BMD %** | **LS BMD %** |
| P1NP % | **-0.21 (-0.37 ; -0.04)** | **-0.20 (-0.36 ; -0.02)** | -0.15 (-0.32 ; 0.02) |
| ALP % | -0.12 (-0.29 ; 0.06) | -0.05 (-0.23 ; 0.12) | -0.12 (-0.29 ; 0.05) |
| CTx % | -0.09 (-0.26 ; 0.09) | -0.11 (-0.28 ; 0.06) | **-0.21 (-0.38 ; -0.04)** |
| Sclerostin % | 0.08 (-0.10 ; 0.25) | -0.04 (-0.21 ; 0.14) | -0.08 (-0.25 ; 0.10) |

ALP = alkaline phosphatase
Bold text indicates p ≤ 0.05

## Discussion

This study evaluates changes in a variety of BTMs, sclerostin, and its correlation with changes in BMD in transgender people during the first year of HT. In trans women, a decrease in bone turnover was seen during the first year of HT, irrespective of age. In trans men, bone turnover increased in the younger groups, and decreased in the oldest trans men. No differences were seen between the different estrogen concentrations and percentage change in BTMs. Lastly, BTMs showed some modest negative correlations with predominantly changes in LS BMD of trans women.

### Effects on bone turnover after one year of HT

#### Trans women

This is the first study to evaluate sclerostin concentrations in transgender people. It is known that sclerostin concentrations are higher in men than women and sclerostin increases gradually with age in both sexes [41]. We found that sclerostin decreased in trans women after 1 year of HT. Previous research suggested that estrogen results in a decrease in sclerostin, which is thought to result in an increase in BMD, as sclerostin is an important inhibitor of the anabolic Wnt/−catenin signaling pathway in osteoblasts [28,29]. An earlier study in premenopausal estrogen-sufficient women did not show changes in serum concentrations of sclerostin during their menstrual cycle and also did not show a relationship with estradiol concentrations [42]. Withdrawal of estrogens however, resulted in an increase in sclerostin in both post-menopausal women and elderly men, suggesting an inverse association between sclerostin and estrogen concentrations [43]. A longitudinal study in Japanese women also showed a decrease in estrogen and increase in sclerostin concentrations during menopause, which resulted in increased bone resorption [7]. The current study indeed showed a decrease in sclerostin in trans women after 1 year of HT. This finding provides additional evidence that estrogen treatment results in a decrease in sclerostin concentrations which has beneficial

PLAINTIFFS007327

effects on bone turnover. This finding aligns well with another study showing that treatment of postmenopausal women with the SERM raloxifene suppresses sclerostin [44].

The finding that CTx decreased during HT is also in line with the hypothesis that the increase in estrogen concentrations reduces osteoclast activity and thereby inhibits bone resorption. Although one study found no change in CTx due to HT in trans women [22], two other studies also found a decrease in CTx concentrations within 2 years of HT and lower CTx concentrations compared to control men after 8 years of HT [23,45]. Furthermore, ALP decreased during HT. A decrease in ALP was earlier found within the first year of HT [15] and during longer follow up [12]. Earlier studies also showed a decrease in P1NP within 2 years of HT [45], and lower P1NP concentrations after 8 years of HT compared with control men [23], while one study showed no changes in P1NP after 3 years of HT [22]. Lastly, the lowest estradiol quartile showed opposite or even no changes in BTMs compared to the other three estradiol quartiles in trans women, which implies that the estrogen concentrations in the lowest quartile might be too low to result in a decrease in bone turnover. Overall, the decrease in BTMs in trans women further support the bone preserving role of estrogens.

## Trans men

Sclerostin increased in the younger trans men after 1 year of HT. The effect of androgens on sclerostin concentrations are not fully elucidated yet. An earlier study found a possible direct androgen receptor-mediated effect on the production of sclerostin and negative correlation between sclerostin concentration and testosterone concentrations in birth-assigned men [46]. However, the current study did not show a decrease in sclerostin in trans men who had higher testosterone concentrations after 1 year of HT. On the other hand, another study showed that predominantly estrogen and not testosterone mediated the decrease of sclerostin [43]. However, as both testosterone and estradiol concentrations changed in trans men, we were not able to determine the isolated effect of testosterone. Also, this result can be explained by the use of different sclerostin assays in previous literature with sometimes high variability between various sclerostin assays [47].

With regard to bone formation, an increase in P1NP and ALP was seen after 1 year of HT. An earlier prospective study also showed an increase in P1NP, in respect of no changes in control women [24]. Furthermore, P1NP concentrations in trans men aged 37±8 years were approximately 25% higher compared to control women after 10 years of HT [24], which is comparable to the 21% change reported in our study in this age group. Regarding ALP, earlier studies showed an increase of approximately 13% in ALP within the first year of HT in trans men aged 16-40 years [15], which is also in line with the 13% change reported in our study. A previous study in postmenopausal women showed that ALP concentrations were higher compared to premenopausal women, and that ALP was negatively correlated with the estradiol concentration of the postmenopausal group [48]. The bone specific alkaline phosphatase fraction (BALP) instead of total ALP is a more sensitive parameter to evaluate bone formation, as increased serum ALP can also result from liver or gallbladder disease [38]. However, the trans men did not show signs of liver disease as all liver parameters besides ALP did not change during 1 year of HT, so it is not expected that this affected current results. As muscle

PLAINTIFFS007328

Bone turnover in adult transgender persons

mass increased in trans men, which is resembled by an increase in creatinine after 1 year of HT, mechanical loading on bones increased, which possibly explains the increase in bone formation markers [31]. Concerning bone resorption, current study showed no increase in CTx in trans men after 1 year of HT. Earlier studies in trans men showed an increase in CTx after 1 year HT, compared to no changes in control women [20]. Also, trans men had higher CTx concentrations compared to control women after 10 years of HT [24]. CTx was measured in fasting state, just as in the studies mentioned before. As CTx is cleared by the kidney [38] higher concentrations of CTx can be found in case of impaired kidney function, yet our study population had no impaired kidney function. Alternatively, fasting state was based on self-report of the participants during follow-up. Therefore it is possible that some participants did not apply to the instructions to draw blood in fasting state. This might have masked the increase of CTx as CTx decreases due to food ingestion [38]. Lastly, when comparing age groups, the oldest trans men group showed a decrease in all BTMs and sclerostin in contrast to the younger trans men. The older group of trans men benefited most of HT as they were assumed to be estrogen deficient due their postmenopausal state at baseline (mean age 54 years, SD 4.1). In most studies in trans men, estradiol concentrations either remain stable or decrease slightly. However, two studies investigating the effect of testosterone in combination with an aromatase inhibitor found that estradiol concentrations remained stable in trans men using testosterone only, but decreased to great extent in trans men using both testosterone and aromatase inhibitor [49,50]. This indicates that the estradiol concentrations mainly result from aromatization of testosterone into estradiol. This is also supported by our finding that estradiol concentrations increased in trans men who were postmenopausal and therefore estrogen deficient before the start of HT. The increase in estrogen concentration after aromatization of testosterone resulted in decreased bone resorption, which further strengthens the beneficial role of estrogen on bone health.

## Associations between BTMs and BMD

Modest negative correlations were found between changes in BTMs and changes in BMD during 1 year of HT. This finding is in line with previous research in trans women, where no correlations between CTx and P1NP and volumetric BMD [vBMD] of the radius or tibia where found [22]. In trans men, only an inverse relationship with CTx and P1NP and vBMD at radius and tibia was found [24]. Changes in BTMs were predominantly correlated to the LS BMD of trans women. LS consists mainly of trabecular bone which is more metabolic active compared to the hip, that mainly consists of cortical bone [51,52]. This was not seen in the FN, although this region also contains significant trabecular bone albeit less compared to LS. This finding further emphasize the role of estradiol in maintaining adequate bone homeostasis, which is already studied well in men [53,54]. Also, earlier research about estrogen supplementation therapy in postmenopausal women showed an increase in BMD and a decrease in BMD after discontinuation of estrogen supplementation in a large female cohort [55]. Next to this, a murine model studying ovariectomized mice showed that estrogen therapy had more beneficial effects on bone architecture compared to mice treatment with testosterone alone [56]. Summarized, the increase in BMD after 1 year of HT in both trans women and trans men found in this study emphasizes the beneficial effect of estrogen on bone further.

108

PLAINTIFFS007329

## Strengths and limitations

Data for this study was collected during patient care following a standardized treatment protocol. As a result, this prospective study consisted of a large study population compared to other studies in transgender people, thereby ensuring a study population with a broad variation in age. Other strengths of this study were the use of the same BTM assays, all samples were thawed simultaneously, and all analyses were performed using one lot number. Moreover, this study is the first to evaluate the BTM sclerostin in transgender people. In addition, the same DXA scanner was used both at baseline and during follow-up.

This study also has some limitations. First, no control group was included and therefore changes in time as cause for changes in BTMs or BMD could not be evaluated. However, as the study population consisted of different age groups, almost all participants already had reached their peak bone mass and this would have resulted in decreasing BMD through time and increased bone turnover especially in postmenopausal women. From earlier literature it is known that bone turnover increases with age, after the initial high levels that are reached during puberty [57-59]. As part of standard patient care, participants were advised on healthy lifestyle and maintaining adequate calcium and 25OHD intake and physical activity. This resulted in changes in 25OHD concentrations during 1 year HT, but adjustments for these changes did not affect our results. No full data on earlier dietary calcium intake, weight-bearing exercise, steroid use, fractures, or family history were available. Furthermore, a three month measurement of bone turnover markers was not available. Lastly, due to the observational character of this study, this study was not designed to evaluate possible causal relationships. Nevertheless, this study contributes further to the current hypothesis that sclerostin indeed is a mediating factor in the anabolic effect of estradiol on bone turnover and BMD. Lastly, follow-up data regarding fractures were lacking.

To conclude, this study provides additional knowledge regarding the effect of HT on bone metabolism and BMD in transgender people and emphasizes the importance and beneficial effect of estrogen by decreasing bone turnover and increasing BMD. Summarized, this study shows that 1 year of HT does not result in deleterious effects on bone health in transgender people. Despite these results, effects after multiple years of HT, particularly for younger trans men, are of great interest to study in the future. Given the still increasing incidence and need for treatment of transgender people, additional studies should therefore be performed to evaluate the longer term relationships between change in bone turnover, BMD, and fracture risk during HT in transgender people.

# Disclosures

This work was supported by an unrestricted grant from Abbott diagnostics (Chicago, IL, United States of America) to authors Mariska Vlot (MV) and Annemieke Heijboer (AH). Sclerostin kits were provided by Diasorin, Saluggia, Italy. The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

109

PLAINTIFFS007330

## Acknowledgements

This work was supported by an unrestricted grant from Abbott diagnostics (Chicago, IL, United States of America) to authors Mariska Vlot (MV) and Annemieke Heijboer (AH). Sclerostin kits were provided by Diasorin, Saluggia, Italy. The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

Authors' roles: Study design: MV, CW, GS, AH, MdH. Study conduct: MV, CW. Data collection: MV, CW. Data analysis: MV, CW. Data interpretation: MV, CW. Drafting manuscript: MV, CW. Revising manuscript content: MV, CW, GtS, RdJ, AH, MdH. Approving final version of manuscript: MdH takes responsibility for the integrity of the data analysis.

5

PLAINTIFFS007331

# References

1. Zamberlan N, Radetti G, Paganini C, et al. Evaluation of cortical thickness and bone density by roentgen microdensitometry in growing males and females. Eur J Pediatr. 1996;155(5):377–82.

2. Herrmann BL, Janssen OE, Hahn, et al. Effects of estrogen replacement therapy on bone and glucose metabolism in a male with congenital aromatase deficiency. Horm Metab Res 2005 Mar;37(3):178–83.

3. Bilezikian JP, Morishima A, Bell J, et al. Increased Bone Mass as a Result of Estrogen Therapy in a Man with Aromatase Deficiency. N Engl J Med. 1998 Aug 27;339(9):599–603.

4. Carani C, Qin K, Simoni M, et al. Effect of Testosterone and Estradiol in a Man with Aromatase Deficiency. N Engl J Med. 997 Jul;337(2):91–5.

5. Wiepjes CM, Vlot MC, Klaver M, et al. Bone Mineral Density Increases in Trans Persons After 1 Year of Hormonal Treatment: A Multicenter Prospective Observational Study. J Bone Miner Res. 2017 Jun;32(6):1252–60.

6. Nakamura T, Imai Y, Matsumoto T, et al. Estrogen prevents bone loss via estrogen receptor alpha and induction of Fas ligand in osteoclasts. Cell . 2007 Sep 7;130(5):811–23.

7. Greendale GA, Sowers M, Han W, et al. Bone mineral density loss in relation to the final menstrual period in a multiethnic cohort: results from the Study of Women's Health Across the Nation (SWAN). J Bone Miner Res 2012 Jan;27(1):111–8.

8. Katznelson L, Finkelstein JS, Schoenfeld DA, et al. A. Increase in bone density and lean body mass during testosterone administration in men with acquired hypogonadism. J Clin Endocrinol Metab.1996 Dec;81(12):4358–65.

9. Khosla S, Melton 3rd LJ, Atkinson EJ, et al. Relationship of serum sex steroid levels and bone turnover markers with bone mineral density in men and women: a key role for bioavailable estrogen.   J Clin Endocrinol Metab 1998. p. 2266–74.

10. Kohrt WM, Birge SJ. Differential effects of estrogen treatment on bone mineral density of the spine, hip, wrist and total body in late postmenopausal women. Osteop Int. 1995;5(3):150–5.

11. Dittrich R, Binder H, Cupisti S, et al. Endocrine treatment of male-to-female transsexuals using gonadotropin-releasing hormone agonist. Exp Clin Endocrinol Diab. 2005 Dec;113(10):586–92.

12. van Kesteren P, Lips P, Gooren LJ, et al. Long-term follow-up of bone mineral density and bone metabolism in transsexuals treated with cross-sex hormones. Clin Endocrinol ; 1998 Mar;48(3):347–54.

13. Mueller A, Haeberle L, Zollver H, et al. Effects of Intramuscular Testosterone Undecanoate on Body Composition and Bone Mineral Density in Female-to-Male Transsexuals. J of Sex Med. 2010. p. 3190–8.

14. Lips P, van Kesteren PJ, Asscheman H, et al. The effect of androgen treatment on bone metabolism in female-to-male transsexuals. J Bone Miner Res. 1996 Nov;11(11):1769–73.

15. van Kesteren P, Lips P, Deville W, et al. The effect of one-year cross-sex hormonal treatment on bone metabolism and serum insulin-like growth factor-1 in transsexuals. J Clin Endocrinol Metab 1996. p. 2227–32.

16. Mueller a, Zollver H, Kronawitter D et al. Body composition and bone mineral density in male-to-female transsexuals during cross-sex hormone therapy using gonadotrophin-releasing hormone agonist.   Exp and clin endocr & diab 2011. p. 95–100.

17. Singh-Ospina N, Maraka S, Rodriguez-Gutierrez R, et al. Effect of Sex Steroids on the Bone Health of Transgender Individuals: A Systematic Review and Meta-Analysis. J Clin Endocrinol Metab. 2017;102(11):3904–13.

18. Vlot MC, Klink DT, den Heijer M, et al. Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone. 2017;95.

19. Wiepjes CM, de Jongh RT, de Blok CJM, et al. Bone Safety During the First Ten Years of Gender-Affirming Hormonal Treatment in Transwomen and Transmen. J Bone Miner Res. 2019;34(3):447–54.

PLAINTIFFS007332

Bone turnover in adult transgender persons

20. Van Caenegem E, Wierckx K, Taes Y, et al. Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case-controlled study (ENIGI). Europ J of Endocrinol. 2015. p.163–71.

21. Sosa M, Jodar E, Arbelo E, et al. Bone mass, bone turnover, vitamin D, and estrogen receptor gene polymorphisms in male to female transsexuals: effects of estrogenic treatment on bone metabolism of the male. J.Clin.Densitom. 2003. p. 297–304.

22. T'Sjoen G, Weyers S, Taes Y, et al. Prevalence of Low Bone Mass in Relation to Estrogen Treatment and Body Composition in Male-to-Female Transsexual Persons. J Clin Densitom 2009 Jul;12(3):306–13.

23. Lapauw B, Taes Y, Simoens S, et al. Body composition, volumetric and areal bone parameters in male-to-female transsexual persons. Bone. 2008. p. 1016–21.

24. Van Caenegem E, Wierckx K, Taes Y, et al. Bone mass, bone geometry, and body composition in female-to-male transsexual persons after long-term cross-sex hormonal therapy. J Clin Endocrinol Metab 2012. p. 2503–11.

25. Zucker KJ. Epidemiology of gender dysphoria and transgender identity. Sex Health. 2017;14(5):404–11.

26. Wiepjes CM, Nota NM, de Blok CJM, et al. The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets. J Sex Med 2018;15(4):582–90.

27. Matsui S, Yasui T, Kasai K, et al. Increase in circulating sclerostin at the early stage of menopausal transition in Japanese women. Maturitas ; 2016;83:72–7.

28. Krishnan, Venkatesh; Byrant, H.U.; MacDougald OA. Regulation of bone mass by Wnt signaling. J Clin Invest;116(5):1202–9.

29. Jia HB, Ma JX, Ma XL, et al. Estrogen alone or in combination with parathyroid hormone can decrease vertebral MEF2 and sclerostin expression and increase vertebral bone mass in ovariectomized rats. Osteoporos Int . 2014;25(12):2743–54.

30. Compton JT, Lee FY. A review of osteocyte function and the emerging importance of sclerostin. J Bone Joint Surg Am 2014 Oct;96(19):1659–68.

31. Delgado-Calle J, Tu X, Pacheco-Costa R, McAndrews K, Edwards R, Pellegrini GG, et al. Control of Bone Anabolism in Response to Mechanical Loading and PTH by Distinct Mechanisms Downstream of the PTH Receptor. J Bone Miner Res. 2017 Mar;32(3):522–35.

32. Suen PK, Qin L. Sclerostin , an emerging therapeutic target for treating osteoporosis and osteoporotic fracture : A general review. J Orthop Transl 2016;4:1–13.

33. Dekker MJHJ, Wierckx K, Van Caenegem E, et al. European network for the investigation of gender incongruence: Endocrine part. J Sex Med; 2016;13(6):994–9.

34. Kreukels BPC, Haraldsen IR, De Cuypere G, et al. European network for the investigation of gender incongruence: the ENIGI initiative. Eur Psychiatry; 2012 Aug;27(6):445–50.

35. APSD Arlington 2013, American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 5th edition, text revision (DSM-5). Arlington, VA: American Psychiatric Publishing; 2013.

36. American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disor- ders, fourth ed. American Psychiatric Association, Arlington, VA, 2000 576–581.

37. The World Professional Association for Transgender Health. Standards of care for the health of transsexual, transgender, and gender- nonconforming people. Version 7. Elgin, IL: WPATH; 2012.

38. Vlot MC, den Heijer M, de Jongh RT, et al. Clinical utility of bone markers in various diseases. Bone. 2018 Sep;114:215–25.

39. Heijboer AC, Blankenstein MA, Kema IP, et al. Accuracy of 6 routine 25-hydroxyvitamin D assays: influence of vitamin D binding protein concentration. Clin Chem. 2012 Mar;58(3):543–8.

40. Dirks NF, Vesper HW, van Herwaarden AE, et al. Various calibration procedures result in optimal standardization of routinely used 25(OH)D ID-LC-MS/MS methods. Clin Chim Acta. 2016 Nov;462:49–54.

PLAINTIFFS007333

41. Clarke BL, Drake MT. Clinical utility of serum sclerostin measurements. Bonekey Rep 2013;2(JUNE):361.

42. Liakou CG, Mastorakos G, Makris K, et al. Changes of serum sclerostin and Dickkopf-1 levels during the menstrual cycle . A pilot study. Endocrine 2016;543–51.

43. Modder U Il, Clowes JA, Hoey K, et al. Regulation of circulating sclerostin levels by sex steroids in women and in men. J Bone Miner Res; 2011 Jan;26(1):27–34.

44. Chung YE, Lee SH, Lee SY, et al. Long-term treatment with raloxifene, but not bisphosphonates, reduces circulating sclerostin levels in postmenopausal women. Osteoporos Int.; 2012 Apr;23(4):1235–43.

45. Van Caenegem E, Wierckx K, Taes Y, et al. Preservation of bone mass in trans women during cross-sex hormonal therapy: A prospective observational study . Osteoporos Int. 2014. p. S121.

46. Di Nisio A, De Toni L, Speltra E, et al. Regulation of sclerostin production in human male osteocytes by androgens: Exp clin evid Endocrinology. 2015;156(12):4534–44.

47. Piec I, Washbourne C, Tang J, et al. How Accurate is Your Sclerostin Measurement? Comparison Between Three Commercially Available Sclerostin ELISA Kits. Calcif Tissue Int.; 2016;98(6):546–55.

48. Pardhe BD, Pathak S, Bhetwal A, et al. Effect of age and estrogen on biochemical markers of bone turnover in postmenopausal women: a population-based study from Nepal. Int J Womens Health . 2017;9:781–8.

49. Bunck MC, Toorians AW, Lips P, et al. The effect of the aromatase inhibitor anastrozole on bone metabolism and cardiovascular risk indices in ovariectomized, androgen-treated female-to-male transsexuals. Eur J of Endocrinol 2006 154 569-575.

50. Meriggiola MC, Armillotta F, Costantino A, et al. Effects of testosterone undecanoate administered alone or in combination with letrozole or dutasteride in female to male transsexuals. J Sex Med 2008 Oct;5(10):2442-2453.

51. Lehtonen-Veromaa M, Mottonen T, Irjala K, et al.. A 1-year prospective study on the relationship between physical activity, markers of bone metabolism, and bone acquisition in peripubertal girls. J Clin Endocrinol Metab. 2000;85(10):3726–32.

52. Tracz MJ, Sideras K, Bolona ER, et al. Testosterone use in men and its effects on bone health. A systematic review and meta-analysis of randomized placebo-controlled trials. J Clin Endocrinol Metab; 2006 Jun;91(6):2011–6.

53. Cauley JA, Ewing SK, Taylor BC, et al. Sex Steroid Hormones in Older Men: Longitudinal Associations with 4.5-Year Change in Hip Bone Mineral Density—The Osteoporotic Fractures in Men Study. J Clin Endocrinol Metab. 2010;95(9):4314–23.

54. Finkelstein JS, Lee H, Leder BZ, et al. Gonadal steroid – dependent effects on bone turnover and bone mineral density in men. J Clin Invest. 2016;126(3):1114–25.

55. Skouby SO, Al-Azzawi F, Barlow D, et al. Climacteric medicine: European Menopause and Andropause Society (EMAS) 2004/2005 position statements on peri- and postmenopausal hormone replacement therapy. Maturitas. 2005 May 16;51(1):8–14.

56. Goetz LG, Mamillapalli R, Devlin MJ, et al. Cross-sex testosterone therapy in ovariectomized mice: addition of low-dose estrogen preserves bone architecture. Am J Physiol Endocrinol Metab. 2017;313(5):E540–51.

57. Sone T, Miyake M, Takeda N, et al. Urinary excretion of type I collagen crosslinked N-telopeptides in healthy Japanese adults: age- and sex-related changes and reference limits. Bone. 1995 Oct;17(4):335–9.

58. Blumsohn A, Hannon RA, Wrate R, et al. Biochemical markers of bone turnover in girls during puberty. Clinic Endocrinol. 1994. p. 663–70.

59. Walsh JS, Henry YM, Fatayerji D, et al. Hormonal determinants of bone turnover before and after attainment of peak bone mass. Clin Endocrinol (Oxf). 2010;72(3):320–7.

PLAINTIFFS007334

PLAINTIFFS007335

# Part III

---

## EFFECTS OF INFLAMMATION AND AUTO-IMMUNE DISEASE ON BONE TURNOVER

PLAINTIFFS007336

# Chapter 6

PLAINTIFFS007337

# Effect of antiretroviral therapy on bone turnover and bone mineral density in men with primary HIV-1 infection

Mariska C. Vlot, Marlous M. Grijsen, Jan M. Prins, Renate T. de Jongh, Robert de Jonge, Martin den Heijer, Annemieke C. Heijboer

*PLoS One 2018 Mar 9;13(3):e0193679.*

PLAINTIFFS007338

Bone health in HIV

# Abstract

## Introduction

Previous studies indicate that human immunodeficiency virus (HIV)-infection and combination antiretroviral therapy (cART) can affect bone turnover. Furthermore, HIV-infected patients have lower bone mineral density (BMD) compared to a healthy reference population.

## Objective

To evaluate the longitudinal effect of HIV-infection and cART on bone turnover markers (BTMs) and BMD in men with primary HIV-infection (PHI).



## Design, methods

Thirty-five PHI-men were divided into two groups, those that received cART for the first time (n=26) versus no-cART (n=9). Dual-energy X-ray absorptiometry (DXA) was performed on femoral neck (FN), total hip (TH) and lumbar spine (LS) and BTMs (P1NP, alkaline phosphatase, osteocalcin, ICTP and CTX) were measured at baseline and follow-up.

## Results

At baseline, the median CD4+ T-cell count was 455 cells/mm3 (IQR 320-620) and plasma viral load 5.4 log10 copies/mL (IQR 4.7-6.0) in the cART treated group, compared to 630 (IQR 590-910) and 4.8 (IQR 4.2-5.1) in the untreated group. The median follow-up time was 60.7 weeks (IQR 24.7-96.0). All BTMs, except ICTP, showed a significant increase during cART versus no changes of BTMs in the untreated group. FN and TH BMD showed a significant decrease in both groups. LS BMD did not change in both groups.

## Conclusion

Bone turnover increased in PHI-men treated with cART which was accompanied by a decrease in FN and TH BMD. No increase of bone turnover was seen in untreated PHI-men. Our study suggests that cART results in increased bone turnover and decreased BMD of the hip in PHI-men.

PLAINTIFFS007339

# Introduction

Studies have shown that HIV-infected patients often have a decreased bone mineral density (BMD) compared to NHANES reference groups, with an estimated prevalence of around 67% [1–4]. The accompanying higher risk of osteopenia, osteoporosis and fractures implies that monitoring their BMD is highly important [5–9]. Bone loss in HIV-infected patients seems to result from a combination of several contributing factors such as a lower vitamin D status, lower BMI and higher usage of alcohol and tobacco [7,10–12]. Also, combination antiretroviral therapy (cART) is associated with an even stronger decrease in BMD in HIV-infected patients [3,4,10,13]. A decline of 2-4 % of the total bone mass upon starting cART is known to occur within the first 2 years of cART [14,15]. Furthermore, a recent review showed that patients on cART were up to 2.5 times more prone to have T-scores <1 compared to untreated HIV-patients [11].

BMD measurements are assessed by a dual energy X-ray absorptiometry (DXA) scan. However, this method allows to estimate changes in bone mineral content which occur over years. In contrast, bone turnover markers (BTMs) reflect dynamic and short-term changes in bone remodeling. Therefore, the actual bone turnover is best reflected by measurements of BTMs as bone remodelling is a continuous and variable process. Bone resorption is displayed by resorption markers such as c-telopeptide crosslink of type 1 collagen (CTX) that is produced by osteoclasts and bone formation is reflected by formation markers such as procollagen type 1 N-terminal propeptide (P1NP) that is produced by osteoblasts. With regard to bone turnover, inflammatory cytokines and possibly viral HIV-proteins are thought to increase the activity of osteoclasts resulting in increased bone resorption [2,16,17]. Simultaneously, osteoblast activity is negatively influenced by HIV-proteins [18] and treatment with cART may result in increased bone turnover [4,9,14,19–21]. Altogether, these factors contribute to a lower BMD in HIV-infected persons.

A previous study in therapy-naïve primary HIV-infected (PHI) men, showed that bone turnover did not differ between those with a normal or a reduced BMD [10]. However, most other studies show higher BTMs in PHI-men [3,4,6,10,22–24]. These heterogeneous data might be caused by the choice of BTM, pre-analytical differences (for instance time of the blood withdrawal, fasting sample or not), the applicable reference interval of the BTM, or differences in patient characteristics (for instance males versus females). To date, the course and duration of the increase of BTMs during cART is not fully elucidated [20,25]. Therefore, the aim of this study is to assess the course of bone turnover and BMD in treated and untreated PHI-men.

# Methods

## Subjects and treatment protocol

Patients were selected from the PRIMO-SHM trial, a prospective multicenter cohort study in PHI-men from the Amsterdam Medical Center (AMC) in Amsterdam, the Netherlands, between February 2008 and October 2009, trial number ISRCTN59497461 [10,26]. The main inclusion criteria of this trial were age over 18 years and laboratory evidence of PHI, defined as having detectable plasma HIV-1 RNA with a negative or indeterminate Western blot, or in case of a positive Western blot, a documented negative HIV-RNA test within the previous 180 days [10,26]. The study was approved by the Ethical Committee of the AMC. All patients provided written informed consent.

119

PLAINTIFFS007340

Bone health in HIV

For the current study, patients were selected if they had (i) measurement of the BTMs P1NP, alkaline phosphatase (ALP), osteocalcin (OC), and/or cross-linked carboxyterminal telopeptide of type I collagen (ICTP), CTX, at baseline and/or follow-up, and (ii) DXA-scan performed at baseline and/or follow-up. Patients were excluded in case they (A) suffered from medical conditions that possibly affected bone metabolism such as hypercalcaemia or recent corticosteroid therapy for at least three months, (B) reported earlier use of cART before entering the study or (C) if they needed to (re)start cART during the study because of decreasing CD4+ T-cell counts. Of the total of 43 patients, 35 eligible patients were included in this study.

The patients were divided into two groups, those who had initiated cART during PHI and those who remained untreated. Patients were treated with cART in case of confirmed CD4+ T-cell count < 350 cells/mm$^3$ or symptomatic HIV-disease. Twenty-six patients received early cART and nine patients remained untreated. Patients whom received cART were treated according to the PRIMO-SHM trial protocol [26]. Briefly, patients received a combination of emtricitabine (FTC), a nucleoside-analogue reverse transcriptase inhibitor (NRTI), tenofovirdisoproxil (TDF), a nucleotide-analogue transcriptase inhibitor, efavirenz (EFV) a non-nucleoside reverse-transcriptase inhibitor, and a combination of lopinavir and ritonavir, both protease inhibitors (PI). Lopinavir and ritonavir were discontinued when plasma viral load reached <50 log$_{10}$copies/mL. In case of drug resistance or side effects an adjusted cART combination was prescribed.

## Measurements

### General

Body weight and height were measured when performing the DXA-scan. Viral load and CD4+ T-cell count were measured at baseline. Fractures, calcium or vitamin D supplementation, smoking and alcohol use were also evaluated at baseline.

### Bone turnover markers

The formation markers P1NP, ALP and OC and resorption ICTP and CTX and were measured in serum after an overnight fast. P1NP and ICTP were measured using a radioimmunoassay (RIA) (both from Orion Diagnostica, Espoo, Finland) with an intra-assay coefficient of variation (CV) of 4-8% and 4-6%, respectively, and a lower limit of quantitation (LOQ) of 5 µgram/L and 1 µgram/L, respectively. CTX was measured using an electro-chemiluminescence immunoassay (ECLIA) (Roche diagnostics, Almere, the Netherlands) with a CV of <8% and LOQ of 10 ng/L. OC was measured using an immunometric assay (Biosource, Nivelles, Belgium) with an intra-assay CV of <5% and LOQ of 0.4 nmol/L. ALP was measured using a spectrophotometric assay (Roche Diagnostics, Almere, the Netherlands) with an interassay CV of 3% and LOQ of 5 IU/L.

### Bone densitometry (DXA-scan)

A DXA-scan (Hologic QDR 4500W, Hologic Inc, Bedford, MA, USA) was used to measure BMD of the lumbar spine (L1-L4) (LS), femoral neck (FN) and total hip (TH) of the non-dominant hip. Follow-up data on DXA-scans were available until December 2011. To evaluate osteopenia or osteoporosis status, T-scores and Z-scores were calculated based on the NHANES reference database. Based on

PLAINTIFFS007341

WHO criteria a T-score between minus 1 and 2.5 SD reflects osteopenia and minus 2.5 SD or less reflects osteoporosis. As this study comprehends generally younger patients who are supposed to have reached BMD values around the peak bone mass the Z-score is also displayed. The Z-score reflects the BMD SD of the patient compared to healthy age-matched controls with a Z-score of minus 2 SD or less reflecting osteoporosis.

## Statistics

Stata/SE 14.0 software (StataCorp, LP) was used for statistical analysis. Normality was tested by normality plots. Wilcoxon, Mann-Whitney U, Kruskall-Wallis or T-tests were used based on whether parametric or nonparametric tests were applicable. The median and interquartile range (IQR) were described, unless otherwise specified. Correlations were performed using a Spearman model. Furthermore, a regression model based on linear regression was used. Changes in absolute values between baseline and follow-up of BMD and BTM values were calculated as deltas ($\Delta$) with corresponding 95% confidence intervals (CI) and $p$-values. A $p$-value of $\leq 0.05$ was regarded as significant.



# Results

## Study population

The baseline characteristics of the 35 included patients are displayed in Table 1. The CD4+ T-cell count at baseline was lower in the treated versus the untreated group (95% CI 38 – 433, $p$ = 0.02). To adjust for the difference in CD4+ levels between the two groups separate linear regression analyses were performed containing the outcome measures BMD, T- and Z-scores and all bone turnover markers. These analyses however did not affect the results (all $p$-values > 0.05, therefore data not shown). Only one patient in the treated group used vitamin D supplementation. All treated patients received a regimen containing TDF; 76.9% (n=20) received the triple-class drug regimen according to the study protocol. The total median follow-up time of our study was 60.7 weeks (IQR 24.7 – 96.0), with a longer follow-up time of the untreated group (median 96.6 weeks (IQR 37.7 – 97.4)) compared to the treated group. No hip or vertebral fractures were reported in both groups and no bisphosphonates were used. In the treated group an increase in median BMI was seen from 22.4 (IQR 21.3 – 25.6) to 23.4 (IQR 21.9 – 26.5) ($p$ = 0.02), during follow-up. The untreated group showed a slight but not significant increase of BMI during follow-up.

## Bone turnover markers

All BTMs except ICTP increased during cART. P1NP had a mean increase of 22 µg/L (95% CI 9.9 – 33.3, $p$ = 0.0003), ALP of 13.7 U/L (95% CI 5.3 – 22.1, $p$ = 0.0006), OC of 6.9 nmol/L (95% CI 2.2 – 11.6, $p$ = 0.0022), and lastly, CTX showed a mean increase of 225 ng/L (95% CI 113.6 – 337, $p$ = 0.0012). Only the CTX concentration was significantly higher in the treated group compared to the untreated group at follow-up ($p$ = 0.02). In the untreated group no changes in the BTMs were found. All changes between baseline and follow-up of BTMs are displayed in Fig 1 and 2.

121

PLAINTIFFS007342

Bone health in HIV

**Table 1.** Baseline results of PHI-men.

| Total n = 35 | cART treated, n = 26 | Untreated, n = 9 | p-value |
|---|---|---|---|
| **General** | | | |
| Age (y) mean/SD | 39.0 (9.9) | 39.5 (9.1) | 0.97 |
| BMI | 22.4 (21.3 – 25.6) | 23.4 (21.2 – 24.0) | 0.94 |
| Ethnicity (%) Caucasian | 84.6 | 100 | 0.22 |
| MSM (%) | 88.5 | 100 | 0.29 |
| Current smoking (%) | 38.5 | 44.4 | 0.76 |
| Excessive alcohol use* (%)* defined as using ≥ 3 U/day | 11.5 | 0 | 0.24 |
| Vitamin D deficiency (≤50 nmol/L)(%) | 30.8 | 44.4 | 0.46 |
| Vitamin D supplementation use (%) | 3.9 | 0 | 0.56 |
| **HIV parameters** | | | |
| CD4+ T-cell count (cells/mm$^3$) | 455 (320 – 620) | 630 (590 – 910) | 0.02* |
| Plasma HIV-RNA (log$_{10}$ copies/mL) | 5.4 (4.7 – 6.0) | 4.8 (4.2 – 5.1) | 0.40 |
| Duration of cART therapy (weeks) | 60.3 (24.4 – 90.9) | N.A. | N.A. |
| **Bone turnover markers** | | | |
| P1NP (µg/L) | 37 (28 – 46) | 41 (38 – 53) | 0.27 |
| ALP (U/L) | 66 (60 – 72) | 71 (59 – 88) | 0.85 |
| OC (nmol/L) | 7.3 (4.3 – 10.3) | 8.8 (2.7 – 11.2) | 0.76 |
| ICTP (µg/L) | 3 (2.6 – 4.2) | 3 (2.7 – 3.1) | 0.52 |
| CTX (ng/L) | 304.5 (146 – 384) | 191 (124 – 358) | 0.57 |
| **Bone mineral density** | | | |
| BMD Femoral neck (g/cm$^2$) | 0.840 (0.771 – 0.941) | 0.806 (0.736 – 0.879) | 0.48 |
| BMD Total hip (g/cm$^2$) | 0.968 (0.886 – 1.068) | 1.00 (0.904 – 1.074) | 0.61 |
| BMD Lumbar spine (g/cm$^2$) | 0.962 (0.872 – 1.111) | 0.995 (0.931 – 1.023) | 0.73 |
| T-score Femoral neck | - 0.7 ( - 1.2 to 0.1) | -1.0 ( - 1.5 to 0.4) | 0.48 |
| Z-score Femoral neck | - 0.3 ( - 0.9 to 0.3) | - 0.4 ( -1.0 to 0.1) | 0.70 |
| T-score Total hip | - 0.4 ( - 1.0 to 0.2) | - 0.3 ( - 0.9 to 0.3) | 0.64 |
| Z-score Total hip | - 0.2 ( - 0.8 to 0.3) | - 0.1 ( - 0.5 to 0.5) | 0.49 |
| T-score Lumbar spine | - 1.2 ( - 2.0 to 0.2) | - 0.9 ( - 1.5 to 0.6) | 0.81 |
| Z-score Lumbar spine | - 1.1 ( - 1.9 to 0.3) | - 0.8 ( - 1.4 to - 0.6) | 0.73 |
| Osteopenia (%)**in either hip or spine | 38.5 | 44.4 | 0.63 |
| Osteoporosis (%)**in either hip or spine | 15.4 | 11.1 | 0.76 |

Data are expressed as median/IQR, or percentages unless specified otherwise. Abbreviations: PHI = Primary HIV Infection, cART = combination anti-retroviral therapy, N.A. = not applicable, BMI = body mass index, MSM = men who have sex with men, BMD = bone mineral density, P1NP = procollagen type I propeptide, ALP = alkaline phosphatase, OC = osteocalcin, ICTP = cross-linked carboxyterminal telopeptide of type I collagen, CTX = C-terminal telopeptide of type I collagen,
* = p < 0.05

## BMD measurements

53.9 % of the patients in both treated and untreated group had either osteopenia or osteoporosis of the hip or spine at baseline. Osteopenia was more prevalent than osteoporosis in both groups. At baseline, no differences were observed between the different anatomical BMD sites in the treated verses untreated group. During treatment FN and TH BMD decreased with - 0.044 g/cm2 (95% CI - 0.067 to - 0.020, $p$ = 0.002) and - 0.042 (95% CI - 0.067 to - 0.020, $p$ = 0.0003). In the untreated group a decrease of FN of - 0.019 (95% CI - 0.038 to 0.000, $p$ = 0.05) and decrease of TH of - 0.039

PLAINTIFFS007343

Bone health in HIV



**Figure 1.** Bone formation markers in PHI-men, * = significant difference p ≤ 0.05 of follow-up versus baseline, ● = cART treated group, ♦ = untreated group, B = baseline, median and IQR, FU = follow-up, median and IQR.



**Figure 2.** Bone resorption markers in PHI-men, * = significant difference p ≤ 0.05 of follow-up versus baseline, ● = cART treated group, ♦ = untreated group, B = baseline, median and IQR, FU = follow-up, median and IQR.

(95% CI - 0.063 to - 0.014, *p* = 0.03) was seen. LS BMD did not change in both groups. In line with the BMD, also T- and Z-scores changed during follow-up. T-scores of FN and TH decreased with - 0.32 (95% CI - 0.50 to - 0.15, *p* = 0.002) and - 0.28 (95% CI - 0.38 to - 0.18, *p* = 0.0002) in the treated group. The Z-score of FN decreased with - 0.28 (95% CI - 0.45 to - 0.10, *p* = 0.006) and the Z-score of TH decreased with - 0.25 (95% CI - 0.36 to - 0.14, *p* = 0.0003) in the treated group.  In the untreated group T-scores decreased as well in the FN with - 0.15 (95% CI - 0.31 to 0.01, *p* = 0.05) and in the TH with - 0.23 (CI 95% - 0.42 to 0.05, *p* = 0.04). Only the Z-score of TH decreased with - 0.25 (95% CI - 0.41 to - 0.09, *p* = 0.03) Again, LS T- and Z-scores did not change in both groups. No significant differences between treated and untreated group were found at follow-up. All  measurements at baseline and follow-up of BMD, T- and Z-scores are displayed in Table 2. Only TH Z-score and OC at baseline displayed a negative association (rho - 0.36, *p* =  0.04).  No other significant correlations were found between any of the BTMs and BMD measurements or T-scores in the treated and untreated PHI-men.

## Discussion

Our study explored the effect of HIV-infection and the use of cART on bone turnover and BMD in PHI-men. In men treated with cART, bone turnover increased accompanied by a decrease in BMD of the FN and TH. In the untreated group a slight decrease in FN and TH BMD was observed as well. Nevertheless, bone turnover did not change.

123

PLAINTIFFS007344

Bone health in HIV

**Table 2.** Bone mineral density in PHI-men, median and IQR

| | cART treated group | | Untreated group | |
|---|---|---|---|---|
| | baseline | follow-up | baseline | follow-up |
| **Femoral neck** | | | | |
| BMD (g/cm$^2$) | 0.840 (0.771 - 0.941) | 0.781 (0.727 - 0.902)* | 0.806 (0.736 - 0.879) | 0.785 (0.688 - 0.892)* |
| Z-score | - 0.3 (- 0.9 - 0.3) | - 0.5 (- 1.0 - 0.3)* | - 0.4 (- 1.0 - 0.1) | - 0.4 (- 1.1 - 0.1) |
| T-score | - 0.7 (- 1.2 - 0.1) | - 1.1 (- 1.5 to - 0.2)* | - 1.0 (- 1.5 - 0.4) | - 1.1 (- 1.8 to - 0.3)* |
| **Total hip** | | | | |
| BMD (g/cm$^2$) | 0.968 (0.886 - 1.068) | 0.936 (0.839 - 1.017)* | 1.0 (0.904 - 1.074) | 1.0 (0.884 - 1.042)* |
| Z-score | - 0.2 (- 0.8 - 0.3) | - 0.5 (- 1.2 - 0.1)* | - 0.1 (0.5 to - 0.5) | - 0.1 (- 0.7 - 0.2)* |
| T-score | - 0.4 (- 1.0 - 0.2) | - 0.6 (- 1.3 to - 0.1)* | - 0.3 (- 0.9 - 0.3) | - 0.3 (- 1.0 - 0.1)* |
| **Lumbar spine** | | | | |
| BMD (g/cm$^2$) | 0.962 (0.872 - 1.111) | 0.959 (0.876 - 1.012) | 0.995 (0.931 - 1.023) | 0.970 (0.915 - 1.031) |
| Z-score | - 1.1 (- 1.9 - 0.3) | - 1.2 (- 2.0 to - 0.2) | - 0.8 (- 1.4 to - 0.6) | - 1.1 (- 1.3 to - 0.5) |
| T-score | - 1.2 (- 2.0 - 0.2) | - 1.2 (- 2.0 to - 0.6) | - 0.9 (- 1.5 to - 0.6) | - 1.1 (- 1.6 to - 0.5) |



* = significant difference p ≤ 0.05 of follow-up versus baseline.

## Bone turnover in PHI-men

P1NP, ALP, OC and CTX levels increased in the treatment group, only ICTP did not change. ICTP is also secreted by other tissues than bone which have masked the effect of cART. Literature reports that the same [7,14,19,21,22,27] and also other BTMs such as bone specific alkaline phosphatase (BALP), pyridoline and deoxypyridinoline crosslinks, may increase during cART [9,24,28]. A decrease of CTX was also described in one study [28], although CTX measurements were performed after several years of cART treatment in this study. Peak levels of BTMs are generally seen with 12-48 weeks after initiation of cART therapy, followed by a plateau phase, which persists for several years during ongoing cART therapy [4,19,20,24,25,27]. In our study, both bone resorption and formation markers increased within the median treatment period of 60 months of cART. The increased bone turnover in the treated group could result from TDF containing cART which is known to mediate mitochondrial dysfunction resulting in cytokine production that stimulate osteoclast maturation and therefore promotes bone resorption [16,18,23]. TDF containing cART is associated with higher levels of CTX, P1NP and OC and BALP compared to cART without TDF [18,20,]. Furthermore, it is known that the activity of osteoclasts can increase while osteoblastogenesis decreases due to PI containing cART, resulting in higher concentrations of pyridoline and deoxypyridinoline crosslinks, which resembles a state of increased bone turnover [28]. On the other hand, PHI itself is thought to limit the function of osteoblasts and stimulate the osteoclasts which may have influenced the bone turnover and BMD as well [17,26]. However, our study questions this direct effect of chronic inflammation due to HIV itself on bone turnover, since we found no changes in BTMs during follow-up in the untreated PHI group.

PLAINTIFFS007345

### Bone mineral density in PHI-men

At baseline, BMD and T-scores were lower in treated and untreated PHI-men compared to the reference group of NHANES, which is in line with a previous study [11]. The lower BMD can result from several risk factors that are known to attribute to lower BMD such as decreased physical activity, drug use, smoking and alcohol consumption, which were described more prevalent in men who have sex with men (MSM) than hetero-sexual men, and dispose high prevalence in our study population as well [11,18,26,29]. Interestingly, Grijsen et al. described a lower BMD in both HIV-positive, but also HIV-negative MSM, indicating that the lower BMD could be pre-existent in MSM and therefore be unrelated to PHI itself [10,30].

During follow-up BMD and T-scores of the hip decreased significantly in both groups. This raises concern as baseline BMD and T-scores were already low. The hip BMD decreased less in the untreated group compared to the treated group. Several underlying mechanisms could result in the further decrease of BMD such as persistent vitamin D deficiency, continued immune activation and cytokine release induced by the HIV-infection itself, and cART effects in the treated group [6,10,12,20,23,26, 28,31]. Currently, the European HIV guidelines indicate to screen only persons who are at risk for vitamin D deficiency and not all PHI-patients [32]. Nevertheless, almost 40% of our total study population had a vitamin D deficiency at baseline. With regard to the effect of HIV-infection itself on bone, high levels of viral load which are often seen in PHI, are known to decrease osteoblast activity and increase osteoclast function, both resulting in decrease of BMD [10,23,33,34]. This mechanism could explain the decreased BMD in both the treated and untreated group of PHI-men. In contrast, other studies argue that inflammation cannot be seen as a key mediator of decreasing BMD in a group of cART receiving HIV-men [7]. Interestingly, the decrease of BMD in the treated group was more pronounced in hip region compared to the LS, where only a slight but not significant decrease of BMD was found. Several other studies reported a similar pattern of decrease in BMD, even after several years of cART therapy [17,19,20,28]. Other studies, however, describe a decrease of both FN and LS BMD [4,8,16,22,30] or did not report a reduction in BMD after start of cART [23,28]. The timing of the DXA-scan might play a role in explaining these differences as a decrease of BMD is seen especially after 24 weeks and up to 96 weeks after start of cART [9,24,35]. The decrease of BMD is generally attenuated between week 48 and 96 [4,8,11,15]. This stabilization or even slight increase of BMD is thought to result mainly from a recovered balance in bone turnover during continuous long-term cART use [27]. Therefore, in our study the maximum effect of cART on the hormonal active trabecular bone of the LS might have not been detected yet as the follow-up DXA-scan was repeated relatively early after start of cART and furthermore the number of included patients might have been too small to be able to detect changes.

Finally, with regard to the impact of cART on BMD, it is known that TDF is associated with a up to 1-3% stronger decrease of BMD compared to other NRTI containing cART, both in already treated and untreated PHI-men [8,11,35,36]. In our study, all patients in the treated group received a TDF containing cART regime. TDF is thought to cause proximal tubulopathy in the kidneys which results in renal phosphate wasting, osteomalacia and is therefore considered as mediator of the detrimental effect on BMD in HIV [13,15,28,36]. This is reinforced by the fact that TDF is also thought to change vitamin D homeostasis by increasing vitamin D binding protein and decreasing 1.25diOHD levels

6

PLAINTIFFS007346

and osteoblast function [15,18,36], both resulting in increased bone turnover and lower BMD as well. Recently, tenofovir alafenamide (TAF) containing cART, which is the successor of TDF, was shown to display less bone toxicity and result in a smaller decrease of BMD in HIV-patients resulting in better long-term bone safety [37,38,39]. Based on these findings we suggest to be cautious starting TDF containing cART in HIV-patients particularly in those patients who already have osteopenia, osteoporosis or high fracture risk due to other causes.

Currently almost all PHI-patients start cART therapy directly in accordance with recent guidelines [32]. Therefore, this study offers an unique overview of the effect of HIV-infection and cART on bone turnover and BMD as our study shows data of both treated but also non-treated PHI-men. Other strengths of this study are the use of a wide panel of both bone resorption and formation markers, all measured in fasting samples with a standardized method, and a homogenous study population of patients who were all included from a highly specialized academic medical center. This study also has several limitations: data is lacking about the physical activity or possible sedentary lifestyle of our patients. In addition, follow-up data of vitamin D supplementation use or smoking was not available. We describe a relatively small group of almost all Caucasian men, which limits the extrapolation of findings to women or older MSM, in which osteopenia, osteoporosis and increased fracture risk might be even more prevalent. Lastly, the study design did not allow testing for possible causality of HIV itself with regard to bone turnover and BMD, as a control group of MSM with equal behavioral risk factors but who were HIV-negative was lacking.

In conclusion, bone turnover increases and FN and TH BMD decreases in PHI-men during treatment with TDF containing cART. These findings reinforce the matter to strongly consider alternatives for TDF containing cART in men with PHI who already have osteopenia or osteoporosis at time of diagnosis of HIV. In addition, this research stresses the need of evaluation of vitamin D levels and consideration of calcium and vitamin D supplementation to ensure the best possible bone health during TDF containing cART in PHI-men. Finally, as the incidence of HIV and need of cART are still increasing, this will result in more patients with osteopenia and osteoporosis and therefore studies regarding the effect of HIV and its treatment on bone turnover, BMD and fracture risk are warranted.

## Author contributions

Conceptualization: Mariska C. Vlot, Marlous L. Grijsen, Jan M. Prins, Annemieke C. Heijboer. Data curation: Mariska C. Vlot, Marlous L. Grijsen. Formal analysis: Mariska C. Vlot, Annemieke C. Heijboer. Investigation: Mariska C. Vlot, Marlous L. Grijsen. Methodology: Mariska C. Vlot, Marlous L. Grijsen, Jan M. Prins, Annemieke C. Heijboer. Project administration: Marlous L. Grijsen, Jan M. Prins. Resources: Jan M. Prins, Annemieke C. Heijboer. Software: Mariska C. Vlot. Supervision: Marlous L. Grijsen, Jan M. Prins, Renate T. de Jongh, Robert de Jonge, Martin den Heijer, Annemieke C. Heijboer. Visualization: Mariska C. Vlot. Writing – original draft: Mariska C. Vlot. Writing – review & editing: Mariska C. Vlot, Marlous L. Grijsen, Jan M. Prins, Renate T. de Jongh, Robert de Jonge, Martin den Heijer, Annemieke C. Heijboer.

PLAINTIFFS007347

# References

1. Walker Harris V, Brown TT. Bone loss in the HIV-infected patient: Evidence, clinical implications, and treatment strategies. J Infect Dis; 2012;205(SUPPL. 3):S391–8.

2. Mondy K, Yarasheski K, Powderly WG, Whyte M, Claxton S, DeMarco D, et al. Longitudinal evolution of bone mineral density and bone markers in human immunodeficiency virus-infected individuals. Clin Infect Dis. 2003 Feb 15;36(4):482–90.

3. Cotter AG, Sabin CA, Simelane S, Macken A, Kavanagh E, Brady JJ, et al. Relative contribution of HIV infection, demographics and body mass index to bone mineral density. AIDS. 2014;28(14):2051–60.

4. Zhang L, Su Y, Hsieh E, Xia W, Xie J, Han Y, et al. Bone turnover and bone mineral density in HIV-1 infected Chinese taking highly active antiretroviral therapy --a prospective observational study. BMC Musculoskelet Disord 2013 Jan;14(1):224.

5. Brown TT, Qaqish RB. Antiretroviral therapy and the prevalence of osteopenia and osteoporosis: a meta-analytic review. AIDS. 2006;20(17):2165–74.

6. Almansouri AY, Abdulfatah ME, Baaqil OH, Bakheet AA, Turki SA, Kotb MM, et al. Serum Sclerostin Levels in Patients with Human Immunodeficiency Virus Infection and Their Association with Bone Turnover Markers and Bone Mineral Densitometry. J bone Metab. 2016;23(1):16–22.

7. Bedimo R, Cutrell J, Zhang S, Drechsler H, Gao A, Brown G, et al. Mechanisms of bone disease in HIV and hepatitis C virus: impact of bone turnover, tenofovir exposure, sex steroids and severity of liver disease. AIDS. 2016;30(4):601–8.

8. Grant PM, Kitch D, McComsey GA, Collier AC, Koletar SL, Erlandson KM, et al. Long-term bone mineral density changes in antiretroviral-treated HIV-infected individuals. J Infect Dis. 2016;214(4):607–11.

9. Piso RJ, Rothen M, Rothen JP, Stahl M. Markers of bone turnover are elevated in patients with antiretroviral treatment independent of the substance used. J Acquir Immune Defic Syndr. Apr;56(4):320–4.

10. Grijsen ML, Vrouenraets SME, Steingrover R, Lips P, Reiss P, Wit FWNM, et al. High prevalence of reduced bone mineral density in primary HIV-1-infected men. AIDS. 2010 Sep 10;24(14):2233–8.

11. Bolland MJ, Grey A, Reid IR. Skeletal health in adults with HIV infection. Lancet Diabetes Endocrinol 2015;3(1):63–74.

12. Cotter AG, Mallon PWG. The effects of untreated and treated HIV infection on bone disease. Curr Opin HIV AIDS 2014;9(1):17–26.

13. Grace A. McComsey Pablo Tebas ESMTYETOJSHGMASWCJLSTTB. Bone Disease in HIV Infection: A Practical Review and Recommendations for HIV Care Providers. Clin Infect Dis. 2010;51(8):937–46.

14. Brown TT, Ross AC, Storer N, Labbato D, McComsey GA. Bone turnover, osteoprotegerin/RANKL and inflammation with antiretroviral initiation: Tenofovir versus non-tenofovir regimens. Antivir Ther. 2011;16(7):1063–72.

15. Overton ET, Chan ES, Brown TT, Tebas P, McComsey GA, Melbourne KM, et al. Vitamin D and Calcium attenuate bone loss with antiretroviral therapy initiation: A Randomized Trial. Ann Intern Med, 2015 Jun 16;162(12):815–24.

16. Gohda J, Ma Y, Huang Y, Zhang Y, Gu L, Han Y, et al. HIV-1 replicates in human osteoclasts and enhances their differentiation in vitro. Retrovirology. 2015;12(1):12.

17. Hileman CO, Labbato DE, Storer NJ, Tangpricha V, McComsey GA. Is bone loss linked to chronic inflammation in antiretroviral-naive HIV-infected adults? A 48-week matched cohort study. AIDS . 2014;28(12):1759–67.

18. de Menezes EGM, Machado AA, Barbosa F, de Paula FJA, Navarro AM. Bone metabolism dysfunction mediated by the increase of proinflammatory cytokines in chronic HIV infection. J Bone Miner Metab. 2017 Mar;35(2):234–42.

19. Haskelberg H, Hoy JF, Amin J, Ebeling PR, Emery S, Carr A, et al. Changes in bone turnover and bone loss in HIV-infected patients changing treatment to tenofovir-

PLAINTIFFS007348

emtricitabine or abacavir-lamivudine. PLoS One; 2012;7(6):e38377.

20. Stellbrink H-J, Orkin C, Arribas JR, Compston J, Gerstoft J, Van Wijngaerden E, et al. Comparison of changes in bone density and turnover with abacavir-lamivudine versus tenofovir-emtricitabine in HIV-infected adults: 48-week results from the ASSERT study. Clin Infect Dis. 2010;51(8):963–72.

21. Ofotokun I, Titanji K, Vunnava A, Roser-Page S, Vikulina T, Villinger F, et al. Antiretroviral therapy induces a rapid increase in bone resorption that is positively associated with the magnitude of immune reconstitution in HIV infection. AIDS. 2016;30(3):405–14.

22. Amiel C, Ostertag A, Slama L, Baudoin C, N'Guyen T, Lajeunie E, et al. BMD Is Reduced in HIV-Infected Men Irrespective of Treatment. J Bone Miner Res. 2003 Mar;19(3):402–9.

23. de Menezes Barbosa EGM, de Paula FJA, Machado AA, de Assis Pereira F, Barbosa F, Navarro AM. Impact of antiretroviral therapy on bone metabolism markers in HIV-seropositive patients. Bone. 2013 Nov;57(1):62–7.

24. Tebas P, Kumar P, Hicks C, Granier C, Wynne B, Min S, et al. Greater change in bone turnover markers for efavirenz/emtricitabine/tenofovir disoproxil fumarate versus dolutegravir + abacavir/lamivudine in antiretroviral therapy-naive adults over 144 weeks. AIDS 2015 Nov 28;29(April):1

25. Focà E, Motta D, Borderi M, Gotti D, Albini L, Calabresi A, et al. Prospective evaluation of bone markers, parathormone and 1,25-(OH)₂ vitamin D in HIV-positive patients after the initiation of tenofovir/emtricitabine with atazanavir/ritonavir or efavirenz. BMC Infect Dis. 2012;12(1):38.

26. Grijsen ML, Steingrover R, Wit FWNM, Jurriaans S, Verbon A, Brinkman K, et al. No treatment versus 24 or 60 weeks of antiretroviral treatment during primary HIV infection: The randomized primo-SHM trial. PLoS Med 2012;9(3).

27. Rey D, Treger M, Sibilia J, Priester M, Bernard-Henry C, Cheneau C, et al. Bone mineral density changes after 2 years of ARV treatment, compared to naive HIV-1-infected patients not on HAART. Infect Dis 2015 Feb;47(2):88–95.

28. Madeddu G, Spanu A, Solinas P, Babudieri S, Calia GM, Lovigu C, et al. Different impact of NNRTI and PI-including HAART on bone mineral density loss in HIV-infected patients. Eur Rev Med Pharmacol Sci. 2015;19(23):4576–89.

29. Samarawickrama A, Jose S, Sabin C, Walker-Bone K, Fisher M, Gilleece Y. No association between vitamin D deficiency and parathyroid hormone, bone density and bone turnover in a large cohort of HIV-infected men on tenofovir. J Int AIDS Soc 2014;17(4 Suppl 3):19568.

30. Bolland MJ, Grey AB, Horne AM, Briggs SE, Thomas MG, Ellis-Pegler RB, et al. Bone mineral density remains stable in HAART-treated HIV-infected men over 2 years. Clin Endocrinol (Oxf). 2007;67(2):270–5.

31. Grijsen ML, Vrouenraets SME, Wit FWNM, Stolte IG, Prins M, Lips P, et al. Low bone mineral density, regardless of HIV status, in men who have sex with men. J Infect Dis. 2013;207:386–91.

32. Alvarez E, Belloso WH, Boyd MA, Inkaya AÇ, Hsieh E, Kambugu A, et al. Which HIV patients should be screened for osteoporosis: an international perspective. Curr Opin HIV AIDS. 2016;11(3):268–76.

33. European AIDS Clinical Society. EACS HIV guidelines 8.1. 2016;(October):96.

34. Cotter EJ, Malizia AP, Chew N, Powderly WG, Doran PP. HIV proteins regulate bone marker secretion and transcription factor activity in cultured human osteoblasts with consequent potential implications for osteoblast function and development. AIDS Res Hum Retroviruses. 2007 Dec;23(12):1521–9.

35. Madeddu G, Spanu A, Solinas P, Calia GM, Lovigu C, Chessa F, et al. Bone mass loss and vitamin D metabolism impairment in HIV patients receiving highly active antiretroviral therapy. Q J Nucl Med Mol Imaging. 2004 Mar;48(1):39–48.

36. Bedimo R, Rosenblatt L, Myers J. Systematic review of renal and bone safety of the antiretroviral regimen efavirenz, emtricitabine, and tenofovir disoproxil fumarate in patients with HIV infection. HIV Clin Trials. Taylor & Francis; 2016;17(6):246–66.

37. Grant PM, Cotter AG. Tenofovir and bone health. Curr Opin HIV AIDS. 2016;11(3):326–32.

PLAINTIFFS007349

38. De Clercq E. Tenofovir alafenamide (TAF) as the successor of tenofovir disoproxil fumarate (TDF). Biochem Pharmacol; 2016 Nov 1;119:1–7.

39. Ray AS, Fordyce MW, Hitchcock MJM. Tenofovir alafenamide: A novel prodrug of tenofovir for the treatment of Human Immunodeficiency Virus. Antiviral Res 2016;125:63–70.



PLAINTIFFS007350

# Chapter 7

PLAINTIFFS007351

# Multiple sclerosis patients show lower bioavailable 25(OH)D and 1,25(OH)$_2$D, but no difference in ratio of 25(OH)D/24,25(OH)$_2$D and FGF23 concentrations

Mariska C. Vlot*, Laura Boekel*, Jolijn Kragt, Joep Killestein,
Barbara M. van Amerongen, Robert de Jonge,
Martin den Heijer, Annemieke C. Heijboer
* these authors contributed equally

Nutrients, 2019 Nov 15;11(11).

PLAINTIFFS007352

Bone health in multiple sclerosis

## Abstract

Vitamin D (VitD) insufficiency is common in multiple sclerosis (MS). VitD has possible anti-inflammatory effects on the immune system. The ratio between VitD metabolites in MS patients and severity of the disease are suggested to be related. However, the exact effect of the bone derived hormone fibroblast-growth-factor-23 (FGF23) and VitD binding protein (VDBP) on this ratio is not fully elucidated yet. Therefore, the aim is to study differences in total, free and bioavailable VD metabolites and FGF23 between MS patients and healthy controls (HC). FGF23, vitD (25(OH)D), active vitD (1,25(OH)$_2$D), inactive 24,25(OH)D and VDBP were measured in 91 MS patients and 92 HC. Bioavailable and free concentrations were calculated. No difference in FGF23 ($p$=0.65) and 25(OH)D/24.25(OH)$_2$D ratio ($p$=0.21) between MS patients and HC was observed. Bioavailable 25(OH)D and bioavailable 1.25(OH)$_2$D were lower ($p$<0.01), while VDBP concentrations were higher in MS patients ($p$=0.02) compared with HCs, specifically in male MS patients ($p$=0.01). In conclusion, FGF23 and 25(OH)D/24.25(OH)$_2$D did not differ between MS patients and HC, yet bioavailable VitD concentrations are of potential clinical relevance in MS patients. The possible immunomodulating role of VDBP and gender-related differences in the VD-FGF23 axis in MS need further study.



132

PLAINTIFFS007353

# Introduction

Multiple sclerosis (MS) is a chronic, progressive disease of the central nervous system characterized by an inflammatory, demyelinating and neurodegenerative process which can result in varying levels of disability. Consequently, MS has a negative effect on the daily life of patients, resulting from fatigue, muscle weakness and imbalance to immobility, which all negatively affect bone health [1-4]. Earlier studies showed that decreased bone mineral density (BMD) is prevalent already shortly after clinical onset even in physically active patients with MS [2, 4-6]. Lower BMD combined with impaired mobility can result in an increased fracture risk in MS patients and accompanying disability and economic burden [7]. The specific aetiology of MS is still unknown, but strong evidence exists regarding viral, genetic and immunological causes of the disease [8, 9].

Vitamin D is thought to play a role in the pathogenesis of MS, as it is known that the prevalence of MS increases with latitude, which in turn is associated with lower serum concentrations of vitamin D (25(OH)D) [10, 11]. Vitamin D possibly modulates T-lymphocyte subset differentiation and therefore a lower concentration is thought to lead to an increased risk of MS [12]. In line with this, associations between lower serum concentrations 25(OH)D and an increased risk of MS are shown in several studies [13-15]. As a result, vitamin D supplementation is often advised to MS patients, although contra-dictionary effects regarding the beneficial effects of increased 25(OH)D concentrations on for example, the recurrence rate of relapses, deterioration of number of brain laesions, and improvement of disability are described [16-20]. Because of the potential role of vitamin D in MS, other vitamin D metabolites have been studied in MS patients. 25(OH)D needs to be metabolized to the biologically active $1.25(OH)_2D$, and both metabolites are predominantly bound to their carrier vitamin D binding protein (VDBP). Previous research showed a higher plasma VDBP concentration in MS patients compared with healthy controls [21]. VDBP is known to play an important role in the intracellular actin scavenging system by removing actin derived from damaged tissue and also promotes inflammation [22-26]. Polymorphisms of both VDBP and also of the vitamin D receptor (VDR) can result in a changed equilibrium between active and inactive vitamin D metabolites [24, 27, 28]. Interestingly, lower concentrations of the vitamin D metabolite $24.25(OH)_2D$ were associated with a higher grade of disability based on the Expanded Disability Status Scale (EDSS) score in MS patients [29]. Moreover, the ratio of $25(OH)D/24.25(OH)_2D$ was strongly inversely associated with brain parenchymal function [29].

A key player in vitamin D metabolism is the bone-derived hormone fibroblast growth factor 23 (FGF23) as it inhibits the enzyme 1-alpha hydroxylase and stimulates the enzyme 24-hydroxylase resulting in the conversion of 25(OH)D into $24.25(OH)_2D$ instead of into $1.25(OH)_2D$. We thus hypothesize that plasma FGF23 concentrations differ between MS patients and healthy controls.

The primary aim of this study is to further elucidate the vitamin D-FGF23 axis by measuring multiple D metabolites and FGF23 using accurate state-of-the art analytical methods in a well-defined cohort of MS patients and healthy controls. The second aim of our study is to assess bone turnover markers (BTMs) in our cohort MS patients and healthy controls and to study the possible associations of BTMs with vitamin D metabolites as vitamin D deficiency is associated with increased bone turnover and lower bone mineral density [30-32]. Lastly, it is known that MS affects more



PLAINTIFFS007354

women than men and that women have higher VDBP concentrations compared with men [13, 21, 33-36]. Therefore, possible gender-related differences of vitamin D metabolites and BTMs between MS patients and healthy controls will be studied.

# Materials and Methods

## Subjects and study protocol

The subjects and study protocol were described earlier by Kragt et al. [13].Patients were eligible to participate in the study if they provided informed consent and were between 18 and 75 years of age. Three subtypes of MS were identified: relapsing-remitting MS (RRMS), secondary progressive MS (SPMS) and primary progressive MS (PPMS). Patients with all subtypes of MS were eligible to participate. In addition patients with clinically isolated syndrome (CIS) were also included, which refers to a single episode of symptoms that are suggestive for MS. Patients were recruited between July and September 2003, to ensure that all blood samples were drawn during summer season. Patients were asked to bring a healthy control with them to the outpatient clinic if possible, preferably their partner in order to match the patients based on age and environmental factors. If a healthy control was lacking, hospital personnel volunteered to participate as controls. Patients were excluded if they were diagnosed with osteomalacia, hyperparathyroidism, hyperthyroidism or hypercortisolism, or if they had been receiving glucocorticoid treatment in the previous three weeks (daily oral treatment or intravenous methylprednisolone treatment), anti-epileptic drugs or vitamin D supplementation of more than 200 IU/day. The controls were excluded if they had MS or had a first-degree family member with MS. In addition, study participants were excluded in the case of suspicion of concomitant bone disease based on their laboratory results. All subjects gave their informed consent for inclusion before they participated in the study. The study was conducted in accordance with the Declaration of Helsinki, and the protocol was approved by the Medical Ethical Committee of the Amsterdam UMC, location VU University Medical Center (code 2003.029).

## Measurements

### General

The functional disability of MS patients was evaluated using the Expanded Disability Status Scale (EDSS) [37]. EDSS quantifies disability in MS patients, which ranges from 0 to 10 with higher scores representing higher levels of disability. Blood samples were collected before noon and after an overnight fast. Samples were collected in 2003 and stored (both as serum and EDTA plasma in several aliquots) in minus 80 degrees Celsius. Analyses were performed in 2011 (parathyroid hormone (PTH), alkaline phosphatase (ALP), albumin, calcium, phosphate, estimated glomerular filtration rate (eGFR)) and in 2017 (25(OH)D, 24.25(OH)$_2$D, 1.25(OH)$_2$D, VDBP, FGF23, c-terminal telopeptide (CTX), osteocalcin, procollagen type 1 N-terminal propeptide (P1NP) in the various aliquots.

### Vitamin D metabolites

In the current study, 25(OH)D and 24.25(OH)$_2$D were measured in serum using a dedicated isotope dilution liquid chromatography-tandem mass spectrometry (ID-LC-MS/MS) [38]. Total serum

PLAINTIFFS007355

concentrations of 25(OH)D were calculated by the sum of $25(OH)D_2$ and $25(OH)D_3$. For $25(OH)D_2$ the lower limit of quantitation (LLOQ) was 0.36 nmol/L and the inter-assay coefficient of variation (CV) was 6%. For $25(OH)D_3$, LLOQ was 1.19 nmol/L and the inter-assay CV was 6%. For $24.25(OH)_2D$, LLOQ was 0.12 nmol/L and the inter-assay CV was 5% [37, 39]. A two-dimensional isotope dilution ultra-pressure liquid chromatography tandem mass spectrometry (2D ID-UPLC-MS/MS) was used to measure serum $1.25(OH)_2D$ with an LLOQ of 3.4 pmol/L and inter-assay CV of 11% [40]. It is of note that, in the earlier study of Kragt et al., a radioimmunoassay was used for the measurement of 25(OH)D and $1.25(OH)_2D$ [13], but the concentrations shown in the current study are obtained using an LC-MS/MS method. VDBP was measured using a polyclonal ELISA (Immundiagnostik AG) with a LLOQ of 2.2 µg/L and an inter-assay CV of <13%.

### Free and bioavailable vitamin D metabolites

Vitamin D metabolites bound to protein are not biologically active, whereas the unbound hormones are. Free 25(OH)D was calculated using equations and affinity constants according to Malmstroem et al. [41] and free $1.25(OH)_2D$ was calculated using equations and affinity constants according to Bikle et al. [42]. Bioavailable 25(OH)D and $1.25(OH)_2D$ were calculated using equations adapted from Vermeulen et al. [43] and the supplement of Powe et al. [44].

### Bone turnover markers (BTMs)

FGF23 was measured in EDTA plasma using a c-terminal immunoassay (Immutopics) with a LLOQ of 20 RU/mL and inter-assay CV of <10% [45]. CTX and P1NP were measured in EDTA plasma using an immunoassay (Cobas, Roche Diagnostics, Almere, The Netherlands), with a LLOQ of 10 ng/L and inter-assay CV of <6.5% for CTX and a LLOQ of 5 µg/L and inter-assay CV of <8% for P1NP respectively. Osteocalcin was measured in EDTA plasma using an immunometric-assay (Biosource, Nivelles, Belgium) with an LLOQ of 0.4 nmol/L and inter-assay CV of 8%-15%.

### Other measurements

PTH was measured in EDTA plasma using an immunoassay (Architect, Abbott Diagnostics, Chicago, IL, USA) with an LLOQ 0.5 pmol/L and  inter-assay CV of <9%. ALP, eGFR, calcium, phosphate and albumin were measured in heparin plasma using the chemistry module of the Cobas (Roche Diagnostics).

## Statistical analysis

Baseline characteristics between MS patients and healthy controls were compared using a Student's t-test or chi-square test. The Mann-Whitney U test was used in the case of non-parametric variables. To detect differences between patients and controls in biochemical indices of the vitamin D metabolites and BTMs, the Mann-Whitney U test was used as well. In addition, separate analyses for men and women were performed. Lastly, correlations between serum vitamin D metabolites, BTMs, and EDSS were calculated using Spearman correlations owing to non-parametric variables. All statistical analyses were carried out using SPSS software, version 23.0.

135

PLAINTIFFS007356

# Results

## General

A total of 213 participants were eligible to be included in this study. After applying the in- and exclusion criteria, a total of 30 participants were excluded: see Figure 1. The final study population that was included in the analyses consisted of 183 participants based on 91 MS patients and 92 healthy controls. Table 1 summarizes the baseline characteristics of all participants. In total, 61% of the MS patients were female. Relapsing remitting MS was the most predominant subtype of MS (57%).

## Vitamin D metabolites, FGF23, and bone turnover markers

Biochemical indices of vitamin D metabolism and bone turnover of the study population are displayed in Table 1. Again, it is of note that, in contrast to the earlier study of Kragt et al., current 25(OH)D and 1.25(OH)$_2$D measurements are reported based on the ID-LC-MS/MS measurements [13]. Overall, no significant difference between total serum concentrations of 25(OH)D ($p$ = 0.06) was found between MS patients and the healthy controls. MS patients had significant lower serum concentrations of free, albumin bound, and bioavailable 25(OH)D and 1.25(OH)$_2$D compared with healthy controls ($p$ < 0.01). In addition, MS patients had higher concentrations of phosphate and VDBP compared with controls, whereas no significant differences in BTMs were found. Plasma FGF23 concentrations did not differ between MS patient and the healthy controls ($p$ = 0.65) (Figure 2).

Table 2 shows the significant results of separate analyses for men and women. In contrast to male patients, female MS patients had lower serum concentrations of total 25(OH)D, 25(OH)D$_3$, 24.25(OH)$_2$D, free 25(OH)D, and free 1.25(OH)$_2$D compared with healthy female controls ($p$ = 0.04). Male MS patients had higher serum concentrations of VDBP compared with male controls ($p$ = 0.01). No other significant differences were found between male MS patients and healthy male



**Figure 1.** Flow chart of study population selection. PTH = parathyroid hormone, ALP = alkaline phosphatase, eGFR = estimated glomerular filtration rate, FGF23 = fibroblast growth factor 23

PLAINTIFFS007357

Bone health in multiple sclerosis

**Table 1.** Baseline characteristics, vitamin D metabolites, FGF23 and bone turnover markers of multiple sclerosis (MS) patients and controls displayed as median with corresponding interquartile range (IQR), unless specified otherwise, of MS patients and controls.

| | Patients ($n$ = 91) | Controls ($n$ = 92) | $p$ value [a] | Reference range |
|---|---|---|---|---|
| Age, yr (mean ± SD) | 45 ± 11 | 42 ± 11 | 0.30 | |
| Female of total population (%) | 67 | 41 | **<0.01*** | |
| Postmenopausal of total population (%) | 34 | 16 | **0.04*** | |
| Caucasian (%) | 98 | 95 | 0.44 | |
| eGFR, mL/min/1.73m$^2$ (median, IQR) | 71 (66 – 81) | 71 (67 – 78) | 0.42 | >60 |
| MS subtype (%) | | n.a. | | |
|     RRMS | 57 | | | |
|     SPMS | 24 | | | |
|     PPMS | 14 | | | |
|     CIS | 1 | | | |
| Disease duration, yr (median, IQR) | 10 (5 – 16) | n.a. | | |
| EDSS (median, IQR) | 4 (3 – 6) | n.a. | | |
| Use of vitamin D supplements [b], (%) | 40 | 14 | **<0.01*** | |
| Use of using disease modifying therapy, (%) | 32 | n.a. | | |
| Total 25(OH)D, nmol/L | 75 (59 – 93) | 77 (67 – 98) | 0.06 # | >50 |
| Total 1.25(OH)$_2$D, pmol/L | 105 (74 – 143) | 99 (79 – 133) | 0.57 | 59 – 159 |
| 25(OH)D$_2$, nmol/L | 1.1 (0.8 – 1.5) | 1.2 (0.9 – 1.5) | 0.66 | |
| 25(OH)D$_3$, nmol/L | 73 (58 – 92) | 76 (66 – 96) | 0.05 # | |
| 24.25(OH)D, nmol/L | 6.5 (4.4 – 9.0) | 7.1 (5.4 – 9.6) | 0.08 # | 0.4 – 8.9 |
| Free 25(OH)D (*10$^{-2}$), nmol/L | 1.2 (1.0 – 1.5) | 1.4 (1.2 – 1.7) | **<0.01*** | |
| Albumin bound 25(OH)D, nmol/L | 4.5 (3.5 – 5.6) | 5.1 (4.1 – 6.1) | **<0.01*** | |
| Bioavailable 25(OH)D, nmol/L | 4.5 (3.5 – 5.6) | 5.1 (4.1 – 6.1) | **<0.01*** | |
| Free 1.25(OH)$_2$D (*10$^{-1}$), pmol/L | 2.0 (2.2 – 2.8) | 2.5 (0.2 – 3.1) | **<0.01 * #** | |
| Albumin bound 1.25(OH)$_2$D, pmol/L | 7.3 (5.7 – 9.1) | 8.4 (6.7 – 9.9) | **<0.01*** | |
| Bioavailable 1.25(OH)$_2$D, pmol/L | 7.5 (5.9 – 9.4) | 8.6 (7.0 – 10.2) | **<0.01*** | |
| Ratio total 25(OH)D/24.25(OH)$_2$D | 11.2 (9.9 – 13.6) | 11.4 (9.5 – 12.9) | 0.21 | 10 – 33 |
| VDBP, µg/L | 408 (374 – 445) | 388 (361 – 427) | **0.02 * #** | 200 – 550 |
| Albumin, g/L | 42 (39 – 44) | 42 (40 – 43) | 0.86 | 35 – 52 |
| Calcium, mmol/L | 2.4 (2.3 – 2.4) | 2.4 (2.3 – 2.4) | 0.73 | 2.2 – 2.6 |
| Corrected calcium, mmol/L | 2.3 (2.3 – 2.4) | 2.3 (2.3 – 2.4) | 0.81 | |
| FGF23, RU/mL | 88 (72 – 113) | 89 (69 – 106) | 0.65 | <125 |
| PTH, pmol/L | 5.2 (4.0 – 6.6) | 5.3 (3.8 – 6.7) | 0.94 | <10 |
| Phosphate, mmol/L | 1.0 (0.9 – 1.1) | 0.8 (0.8 – 0.9) | **<0.01*** | 0.7 – 1.4 |
| CTX, ng/L | 256 (183 – 379) | 307 (212 – 418) | 0.10 | <580 |
| PINP, µg/L | 37 (27 – 54) | 39 (29 – 56) | 0.37 | 22 – 87 |
| ALP, U/L | 74 (53 – 89) | 67 (56 – 79) | 0.14 | <115 |
| Osteocalcin, nmol/L | 1.5 (1.1 – 2.1) | 1.5 (1.1 – 2.0) | 0.99 | 0.4 – 4.0 |

eGFR = estimated glomerular filtration rate, RRMS = relapsing remitting MS, SPMS = secondary progressive MS, PPMS = primary progressive MS, CIS = clinically isolated syndrome, SP + R = secondary progressive + remitting, EDSS = Expanded Disability Status Scale. VDBP = vitamin D binding protein, PTH = parathyroid hormone, ALP = alkaline phosphatase, FGF23 = fibroblast growth factor 23, CTX = c-terminal telopeptide, PINP = procollagen type 1 N-terminal propeptide. [a] $p$ values of Student's t-test, chi-square test or Mann-Whitney U test. [b] Maximum allowed dose of vitamin D supplements was 200 IU/day. * Bald, significance level $p \le 0.05$. # Significant difference between male and female, details can be found in detail in Table 2.

137

PLAINTIFFS007358

Bone health in multiple sclerosis

**Table 2.** Vitamin D metabolites of MS patients and controls stratified for gender, only shown in the case of significant differences between male and females, displayed as median with corresponding interquartile range (IQR).

| | Men (n = 84) | | | Women (n = 99) | | |
|---|---|---|---|---|---|---|
| | Patients (n = 30) | Controls (n = 54) | p values[a] | Patients (n = 61) | Controls (n = 38) | p values[a] |
| Total 25(OH)D, nmol/L | 74 (56–97) | 75 (66–90) | 0.62 | 77 (60–90) | 88 (68–106) | 0.02 * |
| 25(OH)D$_3$, nmol/L | 73 (55–96) | 74 (64–89) | 0.64 | 75 (58–89) | 86 (67–104) | 0.01 * |
| 24,25(OH)$_2$D, nmol/L | 6.5 (4.5–8.8) | 6.9 (5.4–8.7) | 0.48 | 6.5 (4.4–91) | 7.1 (5.6–11.0) | 0.04 * |
| Free 25(OH)D (*10$^{-3}$), nmol/L | 0.013 (0.010–0.017) | 0.014 (0.012–0.017) | 0.17 | 0.012 (0.010–0.015) | 0.013 (0.011–0.017) | 0.03 * |
| Free 1.25(OH)$_2$D (*10$^{-3}$), pmol/L | 0.23 (0.17–0.30) | 0.25 (0.22–0.31) | 0.18 | 0.21 (0.17–0.27) | 0.24 (0.21–0.31) | 0.03 * |
| Phosphate, mmol/L | 1.0 (0.9–1.0) | 0.8 (0.8–0.9) | <0.01 * | 1.0 (0.9–11) | 0.8 (0.8–0.9) | <0.01 * |

VDBP = vitamin D binding protein, PTH = parathyroid hormone. a p values of Mann-Whitney U test are shown as medians with interquartile ranges in parentheses. * significance level $p \leq 0.05$.

138

PLAINTIFFS007359

Bone health in multiple sclerosis

controls. Regarding BTMs, no significant differences were found between males and females (data not shown). Lastly, EDSS scores did not differ between male and female MS patients ($p = 0.77$, data not shown).

## Associations

### Associations between vitamin D metabolites, FGF23, bone turnover markers and EDSS in MS patients

In MS patients, all vitamin D metabolites correlated strongly with each other (all $r > 0.77$; $p < 0.01$, data not shown). EDSS showed negative correlations with bioavailable $1.25(OH)_2D$, bioavailable $25(OH)D$ and $24.25(OH)_2D$ ($r$ -0.30; $p < 0.01$, $r$ -0.30; $p < 0.01$ and $r$ -0.23; $p = 0.03$ respectively). No correlations between EDSS and FGF23 or BTMs in MS patients were found (data not shown).

As shown in Table 3, FGF23 correlated positively with serum $25(OH)D$ and serum $24.25(OH)_2D$ ($r$ 0.22; $p = 0.04$ and $r$ 0.22; $p = 0.04$ respectively), and CTX correlated negatively with serum $24.25(OH)_2D$ and $25(OH)D$ ($r$ -0.31; $p < 0.01$ and $r$ -0.23; $p = 0.03$ respectively) in MS patients. Phosphate showed a positive correlation with osteocalcin ($r$ 0.22; $p$ 0.04). Negative correlations for osteocalcin with $1.25(OH)_2D$, and P1NP with $24.25(OH)_2D$ were observed in MS patients only ($r$ -0.24; $p = 0.02$ and $r$ -0.25; $p = 0.02$ respectively), as were positive correlations of the ratio between total serum $25(OH)D$ and $24.25(OH)_2D$ with P1NP and CTX ($r$ 0.27; $p = 0.01$ and $r$ 0.31; $p < 0.01$ respectively). In addition, in MS patients ALP showed a positive correlation with osteocalcin, CTX and P1NP ($r$ 0.36; $p < 0.01$; $r$ 0.44; $p < 0.01$ and $r$ 0.43; $p < 0.01$, respectively), P1NP showed a positive correlation with osteocalcin and CTX ($r$ 0.75; $p < 0.01$ and $r$ 0.74 and $p < 0.01$ respectively), and CTX correlated positively with osteocalcin ($r$ 0.67; $p < 0.01$).



**Figure 2.** Vitamin D metabolites and FGF23 in MS patients versus healthy controls, * = p ≤ 0.05

139

Bone health in multiple sclerosis

### Associations based on gender of MS patients

Looking at gender differences, in female MS patients, the same correlations were found as described above, except for the correlations of FGF23 with serum 25(OH)D and 24.25(OH)$_2$D ($r$ 0.12; $p$ = 0.37 and $r$ 0.10; $p$ = 0.44 respectively). In male MS patients however, FGF23 correlated positively with total ($r$ 0.50; $p$ < 0.01), free ($r$ 0.43; $p$ = 0.02), bioavailable 25(OH)D ($r$ 0.43; $p$ = 0.02), free ($r$ 0.43; $p$ 0.02) and bioavailable 1.25(OH)$_2$D ($r$ 0.43; $p$ 0.02) and 24.25(OH)$_2$D ($r$ 0.46; $p$ = 0.01), respectively. Furthermore, EDSS showed negative correlations with CTX ($r$ -0.53; $p$ < 0.01), P1NP ($r$ -0.48; $p$ < 0.01 ) and osteocalcin ($r$ -0.40; $p$ 0.03) in male MS patients only.

### Associations in healthy controls

Lastly, in healthy controls, similar correlations of osteocalcin, CTX and P1NP were found (data not shown). FGF23 correlated significantly with serum 1.25(OH)$_2$D ($r$ -0.35; $p$ < 0.01, data not shown), and CTX correlated significantly with serum 25(OH)D ($r$ -0.24; $p$ = 0.05, data not shown). In addition, PTH showed a positive correlation with ALP ($r$ 0.21; $p$ 0.04, data not shown) and phosphate showed a negative correlation with P1NP ($r$ -0.27; $p$ 0.03, data not shown) in the healthy control group.





**Table 3.** Correlation between vitamin D metabolites, bone turnover markers (BTMs), and EDSS in MS patients.

| $N$ = 90 | ALP | FGF23 | Osteocalcin | CTX | P1NP | EDSS |
|---|---|---|---|---|---|---|
| Free 1.25(OH)$_2$D | $r$ −0.03 | $r$ 0.10 | $r$ 0.01 | $r$ −0.10 | $r$ −0.07 | **$r$ −0.28** |
| | $p$ 0.78 | $p$ 0.33 | $p$ 0.95 | $p$ 0.33 | $p$ 0.54 | **$p$ 0.01** |
| Bioavailable 1.25(OH)$_2$D | $r$ −0.04 | $r$ 0.10 | $r$ 0.04 | $r$ −0.06 | $r$ −0.03 | **$r$ −0.30** |
| | $p$ 0.71 | $p$ 0.33 | $p$ 0.72 | $p$ 0.59 | $p$ 0.77 | **$p$ < 0.01** |
| Total 1.25(OH)$_2$D | $r$ −0.12 | $r$ −0.05 | **$r$ −0.24** | $r$ −0.09 | $r$ −0.19 | $r$ −0.08 |
| | $p$ 0.25 | $p$ 0.65 | **$p$ 0.02** | $p$ 0.41 | $p$ 0.08 | $p$ 0.47 |
| Free 25(OH)D | $r$ −0.02 | $r$ 0.10 | $r$ 0.01 | $r$ −0.10 | $r$ −0.06 | **$r$ −0.28** |
| | $p$ 0.82 | $p$ 0.34 | $p$ 0.93 | $p$ 0.36 | $p$ 0.57 | **$p$ 0.01** |
| Bioavailable 25(OH)D | $r$ −0.03 | $r$ 0.11 | $r$ 0.05 | $r$ −0.05 | $r$ −0.02 | **$r$ −0.30** |
| | $p$ 0.77 | $p$ 0.33 | $p$ 0.66 | $p$ 0.67 | $p$ 0.84 | **$p$ < 0.01** |
| Total 25(OH)D | $r$ −0.16 | **$r$ 0.22** | $r$ −0.12 | **$a$ −0.23** | $r$ −0.19 | **$r$ −0.23** |
| | $p$ 0.14 | **$p$ 0.04** | $p$ 0.28 | **$p$ 0.03** | $p$ 0.08 | **$p$ 0.03** |
| 24.25(OH)D | $r$ −0.20 | **$r$ 0.22** | $r$ −0.16 | **$r$ −0.31** | **$r$ −0.25** | **$r$ −0.22** |
| | $p$ 0.06 | **$p$ 0.04** | $p$ 0.14 | **$p$ < 0.01** | **$p$ 0.02** | **$p$ 0.04** |
| Ratio 25(OH)D/ 24.25(OH)$_2$D | $r$ 0.18 | $r$ −0.13 | $r$ 0.16 | **$r$ 0.31** | **$r$ 0.27** | $r$ 0.10 |
| | $p$ 0.09 | $p$ 0.23 | $p$ 0.13 | **$p$ <0.01** | **$p$ 0.01** | $p$ 0.34 |
| PTH | $r$ 0.09 | $r$ −0.04 | $r$ −0.04 | $r$ 0.04 | $r$ −0.08 | $r$ 0.16 |
| | $p$ 0.40 | $p$ 0.69 | $p$ 0.97 | $p$ 0.69 | $p$ 0.46 | $p$ 0.13 |
| Phosphate | $r$ 0.10 | $r$ 0.03 | **$r$ 0.22** | $r$ 0.13 | $r$ 0.16 | $r$ −0.03 |
| | $p$ 0.35 | $p$ 0.78 | **$p$ 0.04** | $p$ 0.24 | $p$ 0.15 | $p$ 0.76 |

ALP = alkaline phosphatase, FGF23 = fibroblast growth factor 23, CTX = c-terminal telopeptide, P1NP = procollagen type 1 N-terminal propeptide, EDSS = Expanded Disability Status Scale, PTH = parathyroid hormone. Bold text indicates a significance level of p ≤ 0.05. $r$: Spearman correlation coefficient.

PLAINTIFFS007361

## Discussion

This study examined differences in total, free and bioavailable vitamin D, FGF23 and bone turnover markers in patients with MS compared with healthy controls and possible gender differences. Although positive correlations between FGF23 and total 25(OH)D and 24.25(OH)$_2$D in MS patients were seen, no differences in plasma FGF23 concentrations between MS patients and healthy controls were observed. No differences between serum concentrations of BTMs in MS patients and healthy controls were found. Yet we did observe a negative correlation between CTX and total 25(OH)D and 24.25(OH)$_2$D. EDSS showed negative correlations with bioavailable 1.25(OH)2D, bioavailable 25(OH)D, and 24.25(OH)2D. We found gender differences in vitamin D metabolism: serum concentrations of total 25(OH)D, 25(OH)D$_3$, 24.25(OH)$_2$D, free 25(OH)D and free 1.25(OH)$_2$D were lower in female MS patients compared with female healthy controls. Serum concentrations of VDBP were higher in male MS patients compared with healthy male controls.



The main aim of this study was to further elucidate the vitamin D-FGF23 axis by measuring multiple D metabolites and FGF23 using accurate state-of-the art analytical methods in a well-defined cohort of MS patients versus healthy controls. We confirmed the finding of an earlier study that the serum 24.25(OH)$_2$D concentration is negatively correlated with EDSS [29]. Although we found a significant positive correlation between FGF23 and 25(OH)D and 24.25(OH)$_2$D, we did not observe a difference in FGF23 concentration between MS patients and healthy controls. A previous study described comparable plasma concentrations of FGF23 in MS patients compared with healthy controls as well [46], although two other studies found higher serum concentrations of FGF23 in MS patients compared with healthy controls [47, 48]. However, the latter study was performed in patients with RRMS only and these differences were found during autumn (September-November) and winter time, respectively. Therefore, seasonal effects or the use of different FGF23 assays measuring either intact or c-term FGF23 could have resulted in these different findings. We found a higher phosphate concentration in MS patients; nevertheless, no differences in PTH or eGFR compared with healthy controls were found. Lastly, no correlations between FGF23 and 1.25(OH)$_2$D or EDSS were found in MS patients, which is in line with two other recent studies [46, 48]. Summarized, these findings do not support our hypothesis that FGF23 differs between MS patients and healthy controls.

Regarding the various vitamin D metabolites, we found similar concentrations of 25(OH)D and 1.25(OH)$_2$D between MS patients and healthy controls, as some showed earlier [13, 49, 50], whereas others found lower serum concentrations of 25(OH)D or 1.25(OH)$_2$D in MS patients compared with HCs, respectively [15, 51-57]. These differences between studies might be caused by differences in sample size, analysis of both male and female participants in different seasons of the year, use of different assays to measure vitamin D and its metabolites and possible VDBP polymorphisms [24, 27, 28]. In addition, a number of studies did report a relationship between lower serum concentrations of 1,25(OH)$_2$D and an increased risk of MS [51, 52]. Furthermore, our study showed that MS patients were using supplementation of vitamin D more often compared with their healthy controls. However, the maximal supplementation dosage was <200 IU of vitamin D per day, of which no clinical relevant effect on the vitamin D metabolites is expected, as a higher supplementation dosage is normally advised [18, 19, 29]. Moreover, controls had similar baseline concentrations of 25(OH)D.

PLAINTIFFS007362

Bone health in multiple sclerosis

As suggested in recent studies, bioavailable 25(OH)D might be preferred above total 25(OH)D as marker for vitamin D status, and might thus be a better marker of mineral metabolism [58-62]. The sum of the albumin bound fraction of 25(OH)D plus the freely circulating 25(OH)D results in the bioavailable 25(OH)D, which can be calculated similarly for bio-available 1.25(OH)$_2$D respectively [58, 60]. In the circulation, VDBP and albumin bind over 99% of the 25(OH)D and 1.25(OH)$_2$D [60], whereas the binding affinity of vitamin D to albumin is much lower than the binding affinity to VDBP [63]. We found lower serum concentrations of both free and bioavailable 25(OH)D and 1.25(OH)$_2$D, respectively, in MS patients compared with healthy controls, in contrast to comparable serum concentrations of total 25(OH)D and 1.25(OH)$_2$D between MS patients and healthy controls. In contrast to our findings, Behrens et al. found no difference in free and bioavailable 25(OH)D between MS patients and controls, yet 1.25(OH)$_2$D was not measured in this study [64]. However, their study included patients with CIS only (not yet diagnosed with MS), used non-parametrical statistical tests, and a de-seasonalized concentration of vitamin D was calculated afterwards. Our study measured summer concentrations of vitamin D only and included all subtypes of MS, which may explain the different findings.

The second aim of our study was to assess BTMs in MS patients versus healthy controls and to study the possible associations of BTMs with vitamin D metabolites as vitamin D deficiency is associated with increased bone turnover [32]. Our study did not show any differences between BTMs and FGF23 in MS patients and their healthy controls. This finding is in line with earlier studies, where similar serum concentrations of CTX, P1NP, or osteocalcin between MS patients and healthy controls were found, and similar concentrations of cross-linked N terminal telopeptide type 1 collagen (NTX) and bone ALP in newly diagnosed MS patients and healthy controls were found [18, 32, 65-67]. The current study shows that despite differences in vitamin D metabolites, bone turnover in MS patients seems to not be affected compared with healthy controls.

Lastly, possible gender-related differences of vitamin D metabolites and BTMs between MS patients and healthy controls were studied; as known, MS affects more women than men and, that in general, women have higher VDBP concentrations compared with men [13, 21, 33-36]. Indeed, our study showed more female MS patients of which the largest part was post-menopausal. Further analyses based on pre- or postmenopausal status was not possible because of small groups. Our study showed lower total and free 25(OH)D, free 1.25(OH)$_2$D and 24.25(OH)$_2$D only in female MS patients compared with healthy female controls, but no difference in this respect between male MS patients compared with healthy men. No differences between FGF23 in male and female MS patients were found. Interestingly, in our study VDBP was higher in MS patients compared with controls, but after further analysis this difference was found in male MS patients only. An earlier study found that serum VDBP concentrations were higher in MS patients compared with healthy controls as well, however, this study included both female and males [21]. In contrast, other studies showed no difference in VDBP concentrations between MS patients and controls [64, 68]. The differences between VDBP concentrations in the various studies could be the result of variation between numbers of male and female patients and controls included in these studies or by using either a polyclonal or monoclonal assay. It is known that VDBP can affect inflammatory processes [22, 23, 25, 26, 61, 69, 70]. As we found higher VDBP in male MS patients, in the presence of a similar

7

142

PLAINTIFFS007363

EDSS score as in female MS patients, this suggests a possible modulating effect of VDBP in male MS patients. It was shown before that higher concentrations of VDBP restrict the uptake of free vitamin D metabolites and reduce anti-inflammatory responses of immune cells [71-74]. Moreover, VDBP can act as a chemotactic cofactor which enhances chemotaxis of neutrophils and macrophages by complement factor C5a [23]. These macrophages are known to contribute to laesion formation and axonal damage [22, 26]. Previous experimental studies showed that T-lymphocytes, glia cells and neurons express 1-α-hydroxylase and VDR, which enables them to convert 25(OH)D to 1.25(OH) [75-77]. Normally, in the central nervous system, focal inflammation is initiated by auto-reactive T-helper cells type 1 (Th 1) and T-helper cells type 17 (Th 17) [78]. The activated vitamin D is thought to induce anti-inflammatory effects in glia cells and neurons and affects vitamin D responsive genes in T-helper cells [76, 79-82], thereby inhibiting pro-inflammatory T-helper cell activity (Th1 and Th 17) and promoting anti-inflammatory T-helper cell activity (Th2 and regulatory T-cells) [51, 83]. However, whether vitamin D affects the T-cell response also depends on concentrations of VDBP [84, 85]. On the basis of these studies, the elevated concentrations of VDBP found in our study strengthen the pro-inflammatory role of VDBP in enhancing neuronal damage in MS.

Lastly, EDSS scores were comparable between male and female MS patients, which is consistent with previous research [86, 87]. In female MS patients, however, EDSS showed negative correlations with free and bioavailable 1.25(OH)$_2$D, free, bioavailable, and total 25(OH)D and 24.25(OH)$_2$D, which is in line with earlier studies which reported a negative correlation between EDSS and 1.25(OH)$_2$D or 25(OH)D respectively [46, 88]. In contrast, in male MS patients, negative correlations between EDSS and CTX, P1NP, and osteocalcin were observed, which differs from previous studies, which found no correlations between EDSS and BTMs or only a positive correlation between EDSS and CTX [67, 89].

The strengths of this study are the relative large study population and the broad spectrum of vitamin D metabolites, FGF23 and BTMs that was measured. Accurate and well-standardized LC-MS/MS assays were used to measure vitamin D metabolites. In addition, to minimize seasonal changes known to affect vitamin D metabolism [48], only blood samples drawn during summertime were used. There are also some possible limitations of this study. First, owing to the cross-sectional study design, the described differences between MS patients and controls in serum concentrations of vitamin D metabolites are not necessarily causal. In addition, 97% of our study population is Caucasian, which reduces the generalizability of the results, as it is known that vitamin D metabolism differs between races [53]. Moreover, our study was not primarily designed to study gender difference, so the differences we found in this respect should be studied further in other cohorts. No data on fractures were available. Lastly, dual energy X-ray absorptiometry (DXA) scans were not available to compare vitamin D metabolites and bone turnover markers with BMD.

## Conclusion

In conclusion, this study provides additional knowledge of vitamin D-FGF 23 axis and bone turnover markers in MS patients compared with healthy controls as well as gender-related differences. Similar serum concentrations of total 25(OH)D and 1.25(OH)$_2$D in MS patients and healthy controls were found. Furthermore, no differences in plasma FGF23 concentrations and other bone turnover

PLAINTIFFS007364

Bone health in multiple sclerosis

markers between MS patients and healthy controls were observed. The ratio total 25(OH) D/ 24.25(OH)$_2$D did not differ between MS patients and healthy controls. However, this study suggested a relevant gender difference as serum concentrations of total 25(OH)D, 24.25(OH)$_2$D, free 25(OH)D and free 1.25(OH)$_2$D were lower in female MS patients compared with female healthy controls, while serum concentrations of VDBP were higher in male MS patients compared with male controls. This study thus shows that only a total 25(OH)D measurement probably does not reflect all changes in vitamin D metabolism in MS patients. The exact role of VDBP and its polymorphisms in MS needs further studies. Finally, given the high incidence of reduced bone mineral density and the still partially unknown mechanisms that affect bone turnover in MS patients [66], further studies should be performed to evaluate the relationship between change in the vitamin D-FGF23 axis, BMD, and fracture risk in both male and female MS patients.



## Author contributions

Authors' role: Study design: MV, LB, JKragt, MdH, and AH, Data collection: MV, LB, and JKragt, Data analysis: MV, and LB. Drafting manuscript: MV, and LB. Revising manuscript content: MV, LB, JKragt, JK, BvA, RdJ, MdH, and AH. Approving final version of manuscript: AH. AH takes responsibility for the integrity of the data analysis. Funding: This research received no external funding. Conflicts of Interest: The authors declare no conflict of interest.

PLAINTIFFS007365

# References

1.  Gupta S, Ahsan I, Mahfooz N, Abdelhamid N, Ramanathan M, Weinstock-Guttman B. Osteoporosis and multiple sclerosis: risk factors, pathophysiology, and therapeutic interventions. CNS drugs. 2014;28(8):731-42.

2.  Holmoy T, Kampman MT, Smolders J. Vitamin D in multiple sclerosis: implications for assessment and treatment. Expert review of neurotherapeutics. 2012;12(9):1101-12.

3.  Huang Z, Qi Y, Du S, Chen G, Yan W. BMI levels with MS Bone mineral density levels in adults with multiple sclerosis: a meta-analysis. The International journal of neuroscience. 2015;125(12):904-12.

4.  Nieves J, Cosman F, Herbert J, Shen V, Lindsay R. High prevalence of vitamin D deficiency and reduced bone mass in multiple sclerosis. Neurology. 1994;44(9):1687-92.

5.  Moen SM, Celius EG, Sandvik L, Nordsletten L, Eriksen EF, Holmoy T. Low bone mass in newly diagnosed multiple sclerosis and clinically isolated syndrome. Neurology. 2011;77(2):151-7.

6.  Steffensen LH, Mellgren SI, Kampman MT. Predictors and prevalence of low bone mineral density in fully ambulatory persons with multiple sclerosis. Journal of neurology. 2010;257(3):410-8.

7.  Bazelier MT, van Staa TP, Uitdehaag BM, Cooper C, Leufkens HG, Vestergaard P, et al. Risk of fractures in patients with multiple sclerosis: a population-based cohort study. Neurology. 2012;78(24):1967-73.

8.  Thompson AJ, Baranzini SE, Geurts J, Hemmer B, Ciccarelli O. Multiple sclerosis. Lancet (London, England). 2018;391(10130):1622-36.

9.  Tobore TO. Towards a Comprehensive Etiopathogenetic and Pathophysiological Theory of Multiple Sclerosis. The International journal of neuroscience. 2019:1-41.

10. Acheson ED, Bachrach CA, Wright FM. Some comments on the relationship of the distribution of multiple sclerosis to latitude, solar radiation, and other variables. Acta psychiatrica Scandinavica Supplementum. 1960;35(147):132-47.

11. Kurtzke JF. Geography in multiple sclerosis. Journal of neurology. 1977;215(1):1-26.

12. Hemmer B, Kerschensteiner M, Korn T. Role of the innate and adaptive immune responses in the course of multiple sclerosis. The Lancet Neurology. 2015;14(4):406-19.

13. Kragt J, van Amerongen B, Killestein J, Dijkstra C, Uitdehaag B, Polman C, et al. Higher levels of 25-hydroxyvitamin D are associated with a lower incidence of multiple sclerosis only in women. Multiple sclerosis (Houndmills, Basingstoke, England). 2009;15(1):9-15.

14. Munger KL, Levin LI, Hollis BW, Howard NS, Ascherio A. Serum 25-hydroxyvitamin D levels and risk of multiple sclerosis. Jama. 2006;296(23):2832-8.

15. Soilu-Hanninen M, Airas L, Mononen I, Heikkila A, Viljanen M, Hanninen A. 25-Hydroxyvitamin D levels in serum at the onset of multiple sclerosis. Multiple sclerosis (Houndmills, Basingstoke, England). 2005;11(3):266-71.

16. Berezowska M, Coe S, Dawes H. Effectiveness of Vitamin D Supplementation in the Management of Multiple Sclerosis: A Systematic Review. International journal of molecular sciences. 2019;20(6).

17. Fitzgerald KC, Munger KL, Kochert K, Arnason BG, Comi G, Cook S, et al. Association of Vitamin D Levels With Multiple Sclerosis Activity and Progression in Patients Receiving Interferon Beta-1b. JAMA neurology. 2015;72(12):1458-65.

18. Holmoy T, Lindstrom JC, Eriksen EF, Steffensen LH, Kampman MT. High dose vitamin D supplementation does not affect biochemical bone markers in multiple sclerosis - a randomized controlled trial. BMC neurology. 2017;17(1):67.

19. Jagannath VA, Filippini G, Di Pietrantonj C, Asokan GV, Robak EW, Whamond L, et al. Vitamin D for the management of multiple sclerosis. The Cochrane database of systematic reviews. 2018;9:Cd008422.

20. Sintzel MB, Rametta M, Reder AT. Vitamin D and Multiple Sclerosis: A Comprehensive Review. Neurology and therapy. 2018;7(1):59-85.

21. Rinaldi AO, Sanseverino I, Purificato C, Cortese A, Mechelli R, Francisci S, et al. Increased circulating levels of vitamin D binding protein in MS patients. Toxins. 2015;7(1):129-37.

22. Abdul-Majid KB, Stefferl A, Bourquin C, Lassmann H, Linington C, Olsson T, et al. Fc receptors are critical for autoimmune

PLAINTIFFS007366

inflammatory damage to the central nervous system in experimental autoimmune encephalomyelitis. Scandinavian journal of immunology. 2002;55(1):70-81.

23. Binder R, Kress A, Kan G, Herrmann K, Kirschfink M. Neutrophil priming by cytokines and vitamin D binding protein (Gc-globulin): impact on C5a-mediated chemotaxis, degranulation and respiratory burst. Molecular immunology. 1999;36(13-14):885-92.

24. Gauzzi MC. Vitamin D-binding protein and multiple sclerosis: Evidence, controversies, and needs. Multiple sclerosis (Houndmills, Basingstoke, England). 2018;24(12):1526-35.

25. Vasconcellos CA, Lind SE. Coordinated inhibition of actin-induced platelet aggregation by plasma gelsolin and vitamin D-binding protein. Blood. 1993;82(12):3648-57.

26. Vogel DY, Vereyken EJ, Glim JE, Heijnen PD, Moeton M, van der Valk P, et al. Macrophages in inflammatory multiple sclerosis lesions have an intermediate activation status. Journal of neuroinflammation. 2013;10:35.

27. Bermudez-Morales VH, Fierros G, Lopez RL, Martinez-Nava G, Flores-Aldana M, Flores-Rivera J, et al. Vitamin D receptor gene polymorphisms are associated with multiple sclerosis in Mexican adults. Journal of neuroimmunology. 2017;306:20-4.

28. Langer-Gould A, Lucas RM, Xiang AH, Wu J, Chen LH, Gonzales E, et al. Vitamin D-Binding Protein Polymorphisms, 25-Hydroxyvitamin D, Sunshine and Multiple Sclerosis. Nutrients. 2018;10(2).

29. Weinstock-Guttman B, Zivadinov R, Qu J, Cookfair D, Duan X, Bang E, et al. Vitamin D metabolites are associated with clinical and MRI outcomes in multiple sclerosis patients. Journal of neurology, neurosurgery, and psychiatry. 2011;82(2):189-95.

30. Bischoff-Ferrari HA, Dietrich T, Orav EJ, Dawson-Hughes B. Positive association between 25-hydroxy vitamin D levels and bone mineral density: a population-based study of younger and older adults. The American journal of medicine. 2004;116(9):634-9.

31. Holick MF. Vitamin D deficiency. The New England journal of medicine. 2007;357(3):266-81.

32. Jorde R, Stunes AK, Kubiak J, Joakimsen R, Grimnes G, Thorsby PM, et al. Effects of vitamin D supplementation on bone turnover markers and other bone-related substances in subjects with vitamin D deficiency. Bone. 2019;124:7-13.

33. Bolland MJ, Grey AB, Ames RW, Horne AM, Mason BH, Wattie DJ, et al. Age-, gender-, and weight-related effects on levels of 25-hydroxyvitamin D are not mediated by vitamin D binding protein. Clinical endocrinology. 2007;67(2):259-64.

34. Spach KM, Hayes CE. Vitamin D3 confers protection from autoimmune encephalomyelitis only in female mice. Journal of immunology (Baltimore, Md : 1950). 2005;175(6):4119-26.

35. Woolmore JA, Stone M, Pye EM, Partridge JM, Boggild M, Young C, et al. Studies of associations between disability in multiple sclerosis, skin type, gender and ultraviolet radiation. Multiple sclerosis (Houndmills, Basingstoke, England). 2007;13(3):369-75.

36. Yang M, Qin Z, Zhu Y, Li Y, Qin Y, Jing Y, et al. Vitamin D-binding protein in cerebrospinal fluid is associated with multiple sclerosis progression. Molecular neurobiology. 2013;47(3):946-56.

37. Meyer-Moock S, Feng YS, Maeurer M, Dippel FW, Kohlmann T. Systematic literature review and validity evaluation of the Expanded Disability Status Scale (EDSS) and the Multiple Sclerosis Functional Composite (MSFC) in patients with multiple sclerosis. BMC neurology. 2014;14:58.

38. Dirks NF, Vesper HW, van Herwaarden AE, van den Ouweland JM, Kema IP, Krabbe JG, et al. Various calibration procedures result in optimal standardization of routinely used 25(OH)D ID-LC-MS/MS methods. Clinica chimica acta; international journal of clinical chemistry. 2016;462:49-54.

39. Dirks NF, Ackermans MT, de Jonge R, Heijboer AC. Reference values for 24,25-dihydroxyvitamin D and the 25-hydroxyvitamin D/24,25-dihydroxyvitamin D ratio. Clinical chemistry and laboratory medicine. 2019.

40. Dirks NF, Martens F, Vanderschueren D, Billen J, Pauwels S, Ackermans MT, et al. Determination of human reference values for serum total 1,25-dihydroxyvitamin D using an extensively validated 2D ID-UPLC-MS/MS method. The Journal of steroid biochemistry and molecular biology. 2016;164:127-33.

PLAINTIFFS007367

41. Malmstroem S, Rejnmark L, Imboden JB, Shoback DM, Bikle DD. Current Assays to Determine Free 25-Hydroxyvitamin D in Serum. Journal of AOAC International. 2017;100(5):1323-7.

42. Bikle DD, Siiteri PK, Ryzen E, Haddad JG. Serum protein binding of 1,25-dihydroxyvitamin D: a reevaluation by direct measurement of free metabolite levels. The Journal of clinical endocrinology and metabolism. 1985;61(5):969-75.

43. Vermeulen A, Verdonck L, Kaufman JM. A critical evaluation of simple methods for the estimation of free testosterone in serum. The Journal of clinical endocrinology and metabolism. 1999;84(10):3666-72.

44. Powe CE, Ricciardi C, Berg AH, Erdenesanaa D, Collerone G, Ankers E, et al. Vitamin D-binding protein modifies the vitamin D-bone mineral density relationship. Journal of bone and mineral research : the official journal of the American Society for Bone and Mineral Research. 2011;26(7):1609-16.

45. Heijboer AC, Levitus M, Vervloet MG, Lips P, ter Wee PM, Dijstelbloem HM, et al. Determination of fibroblast growth factor 23. Annals of clinical biochemistry. 2009;46(Pt 4):338-40.

46. Emami Aleagha MS, Siroos B, Allameh A, Shakiba S, Ranji-Burachaloo S, Harirchian MH. Calcitriol, but not FGF23, increases in CSF and serum of MS patients. Journal of neuroimmunology. 2018;328:89-93.

47. Ellidag HY, Yilmaz N, Kurtulus F, Aydin O, Eren E, Inci A, et al. The Three Sisters of Fate in Multiple Sclerosis: Klotho (Clotho), Fibroblast Growth Factor-23 (Lachesis), and Vitamin D (Atropos). Annals of neurosciences. 2016;23(3):155-61.

48. Stein MS, Ward GJ, Butzkueven H, Kilpatrick TJ, Harrison LC. Dysequilibrium of the PTH-FGF23-vitamin D axis in relapsing remitting multiple sclerosis; a longitudinal study. Molecular medicine (Cambridge, Mass). 2018;24(1):27.

49. Barnes MS, Bonham MP, Robson PJ, Strain JJ, Lowe-Strong AS, Eaton-Evans J, et al. Assessment of 25-hydroxyvitamin D and 1,25-dihydroxyvitamin D3 concentrations in male and female multiple sclerosis patients and control volunteers. Multiple sclerosis (Houndmills, Basingstoke, England). 2007;13(5):670-2.

50. Soilu-Hanninen M, Laaksonen M, Laitinen I, Eralinna JP, Lilius EM, Mononen I. A longitudinal study of serum 25-hydroxyvitamin D and intact parathyroid hormone levels indicate the importance of vitamin D and calcium homeostasis regulation in multiple sclerosis. Journal of neurology, neurosurgery, and psychiatry. 2008;79(2):152-7.

51. Correale J, Ysrraelit MC, Gaitan MI. Immunomodulatory effects of Vitamin D in multiple sclerosis. Brain : a journal of neurology. 2009;132(Pt 5):1146-60.

52. Duan X, Weinstock-Guttman B, Wang H, Bang E, Li J, Ramanathan M, et al. Ultrasensitive quantification of serum vitamin D metabolites using selective solid-phase extraction coupled to microflow liquid chromatography and isotope-dilution mass spectrometry. Analytical chemistry. 2010;82(6):2488-97.

53. Gelfand JM, Cree BA, McElroy J, Oksenberg J, Green R, Mowry EM, et al. Vitamin D in African Americans with multiple sclerosis. Neurology. 2011;76(21):1824-30.

54. Lucas RM, Ponsonby AL, Dear K, Valery PC, Pender MP, Taylor BV, et al. Sun exposure and vitamin D are independent risk factors for CNS demyelination. Neurology. 2011;76(6):540-8.

55. Ozgocmen S, Bulut S, Ilhan N, Gulkesen A, Ardicoglu O, Ozkan Y. Vitamin D deficiency and reduced bone mineral density in multiple sclerosis: effect of ambulatory status and functional capacity. Journal of bone and mineral metabolism. 2005;23(4):309-13.

56. Shaygannejad V, Golabchi K, Haghighi S, Dehghan H, Moshayedi A. A Comparative Study of 25 (OH) Vitamin D Serum Levels in Patients with Multiple Sclerosis and Control Group in Isfahan, Iran. International journal of preventive medicine. 2010;1(3):195-201.

57. van der Mei IA, Ponsonby AL, Dwyer T, Blizzard L, Taylor BV, Kilpatrick T, et al. Vitamin D levels in people with multiple sclerosis and community controls in Tasmania, Australia. Journal of neurology. 2007;254(5):581-90.

58. Bhan I, Powe CE, Berg AH, Ankers E, Wenger JB, Karumanchi SA, et al. Bioavailable vitamin D is more tightly linked to mineral metabolism

PLAINTIFFS007368

Bone health in multiple sclerosis

than total vitamin D in incident hemodialysis patients. Kidney international. 2012;82(1):84-9.

59. Bikle DD, Gee E, Halloran B, Haddad JG. Free 1,25-dihydroxyvitamin D levels in serum from normal subjects, pregnant subjects, and subjects with liver disease. The Journal of clinical investigation. 1984;74(6):1966-71.

60. Bikle DD, Gee E, Halloran B, Kowalski MA, Ryzen E, Haddad JG. Assessment of the free fraction of 25-hydroxyvitamin D in serum and its regulation by albumin and the vitamin D-binding protein. The Journal of clinical endocrinology and metabolism. 1986;63(4):954-9.

61. Jassil NK, Sharma A, Bikle D, Wang X. Vitamin D binding protein and 25-hydroxyvitamine D levels: Emerging clinical applications. Endocrine practice : official journal of the American College of Endocrinology and the American Association of Clinical Endocrinologists. 2017;23(5):605-13.

62. Kim HJ, Ji M, Song J, Moon HW, Hur M, Yun YM. Clinical Utility of Measurement of Vitamin D-Binding Protein and Calculation of Bioavailable Vitamin D in Assessment of Vitamin D Status. Annals of laboratory medicine. 2017;37(1):34-8.

63. Mendel CM. Rates of dissociation of sex steroid hormones from human sex hormone-binding globulin: a reassessment. The Journal of steroid biochemistry and molecular biology. 1990;37(2):251-5.

64. Behrens JR, Rasche L, Giess RM, Pfuhl C, Wakonig K, Freitag E, et al. Low 25-hydroxyvitamin D, but not the bioavailable fraction of 25-hydroxyvitamin D, is a risk factor for multiple sclerosis. European journal of neurology. 2016;23(1):62-7.

65. McKenna MJ, Murray B, Lonergan R, Segurado R, Tubridy N, Kilbane MT. Analysing the effect of multiple sclerosis on vitamin D related biochemical markers of bone remodelling. The Journal of steroid biochemistry and molecular biology. 2018;177:91-5.

66. Moen SM, Celius EG, Sandvik L, Brustad M, Nordsletten L, Eriksen EF, et al. Bone turnover and metabolism in patients with early multiple sclerosis and prevalent bone mass deficit: a population-based case-control study. PloS one. 2012;7(9):e45703.

67. Stepan JJ, Havrdova E, Tyblova M, Horakova D, Ticha V, Novakova I, et al. Markers of bone remodeling predict rate of bone loss in multiple sclerosis patients treated with low dose glucocorticoids. Clinica chimica acta; international journal of clinical chemistry. 2004;348(1-2):147-54.

68. Niino M, Sato S, Fukazawa T, Masaki K, Miyazaki Y, Matsuse D, et al. Decreased serum vitamin D levels in Japanese patients with multiple sclerosis. Journal of neuroimmunology. 2015;279:40-5.

69. Disanto G, Ramagopalan SV, Para AE, Handunnetthi L. The emerging role of vitamin D binding protein in multiple sclerosis. Journal of neurology. 2011;258(3):353-8.

70. Kulakowska A, Tarasiuk J, Kapica-Topczewska K, Chorazy M, Pogorzelski R, Kulczynska-Przybik A, et al. Pathophysiological implications of actin-free Gc-globulin concentration changes in blood plasma and cerebrospinal fluid collected from patients with Alzheimer's disease and other neurological disorders. Advances in clinical and experimental medicine : official organ Wroclaw Medical University. 2018;27(8):1075-80.

71. Adams JS, Ren S, Liu PT, Chun RF, Lagishetty V, Gombart AF, et al. Vitamin d-directed rheostatic regulation of monocyte antibacterial responses. Journal of immunology (Baltimore, Md : 1950). 2009;182(7):4289-95.

72. Chun RF, Lauridsen AL, Suon L, Zella LA, Pike JW, Modlin RL, et al. Vitamin D-binding protein directs monocyte responses to 25-hydroxy- and 1,25-dihydroxyvitamin D. The Journal of clinical endocrinology and metabolism. 2010;95(7):3368-76.

73. Liu PT, Stenger S, Li H, Wenzel L, Tan BH, Krutzik SR, et al. Toll-like receptor triggering of a vitamin D-mediated human antimicrobial response. Science (New York, NY). 2006;311(5768):1770-3.

74. Zella LA, Shevde NK, Hollis BW, Cooke NE, Pike JW. Vitamin D-binding protein influences total circulating levels of 1,25-dihydroxyvitamin D3 but does not directly modulate the bioactive levels of the hormone in vivo. Endocrinology. 2008;149(7):3656-67.

75. de la Fuente AG, Errea O, van Wijngaarden P, Gonzalez GA, Kerninon C, Jarjour AA, et al. Vitamin D receptor-retinoid X receptor heterodimer signaling regulates

148

PLAINTIFFS007369

oligodendrocyte progenitor cell differentiation. The Journal of cell biology. 2015;211(5):975-85.

76. Kongsbak M, von Essen MR, Levring TB, Schjerling P, Woetmann A, Odum N, et al. Vitamin D-binding protein controls T cell responses to vitamin D. BMC immunology. 2014;15:35.

77. Yamamoto E, Jorgensen TN. Immunological effects of vitamin D and their relations to autoimmunity. Journal of autoimmunity. 2019;100:7-16.

78. Bar-Or A. The immunology of multiple sclerosis. Seminars in neurology. 2008;28(1):29-45.

79. Brown J, Bianco JI, McGrath JJ, Eyles DW. 1,25-dihydroxyvitamin D3 induces nerve growth factor, promotes neurite outgrowth and inhibits mitosis in embryonic rat hippocampal neurons. Neuroscience letters. 2003;343(2):139-43.

80. Neveu I, Naveilhan P, Baudet C, Brachet P, Metsis M. 1,25-dihydroxyvitamin D3 regulates NT-3, NT-4 but not BDNF mRNA in astrocytes. Neuroreport. 1994;6(1):124-6.

81. Neveu I, Naveilhan P, Jehan F, Baudet C, Wion D, De Luca HF, et al. 1,25-dihydroxyvitamin D3 regulates the synthesis of nerve growth factor in primary cultures of glial cells. Brain research Molecular brain research. 1994;24(1-4):70-6.

82. Smolders J, Schuurman KG, van Strien ME, Melief J, Hendrickx D, Hol EM, et al. Expression of vitamin D receptor and metabolizing enzymes in multiple sclerosis-affected brain tissue. Journal of neuropathology and experimental neurology. 2013;72(2):91-105.

83. Smolders J, Damoiseaux J. Vitamin D as a T-cell modulator in multiple sclerosis. Vitamins and hormones. 2011;86:401-28.

84. Chun RF, Peercy BE, Orwoll ES, Nielson CM, Adams JS, Hewison M. Vitamin D and DBP: the free hormone hypothesis revisited. The Journal of steroid biochemistry and molecular biology. 2014;144 Pt A:132-7.

85. Delanghe JR, Speeckaert R, Speeckaert MM. Behind the scenes of vitamin D binding protein: more than vitamin D binding. Best practice & research Clinical endocrinology & metabolism. 2015;29(5):773-86.

86. Casetta I, Riise T, Wamme Nortvedt M, Economou NT, De Gennaro R, Fazio P, et al. Gender differences in health-related quality of life in multiple sclerosis. Multiple sclerosis (Houndmills, Basingstoke, England). 2009;15(11):1339-46.

87. Rojas JI, Sanchez F, Patrucco L, Miguez J, Funes J, Cristiano E. Structural sex differences at disease onset in multiple sclerosis patients. The neuroradiology journal. 2016;29(5):368-71.

88. Niedziela N, Pierzchala K, Zalejska-Fiolka J, Niedziela JT, Romuk E, Torbus-Paluszczak M, et al. Assessment of Biochemical and Densitometric Markers of Calcium-Phosphate Metabolism in the Groups of Patients with Multiple Sclerosis Selected due to the Serum Level of Vitamin D3. BioMed research international. 2018;2018:9329123.

89. Terzi T, Terzi M, Tander B, Canturk F, Onar M. Changes in bone mineral density and bone metabolism markers in premenopausal women with multiple sclerosis and the relationship to clinical variables. Journal of clinical neuroscience: official journal of the Neurosurgical Society of Australasia. 2010;17(10):1260-4.



PLAINTIFFS007370

PLAINTIFFS007371

# Part IV

---

## POSSIBLE ROLE OF FGF23 AS TUMOR MARKER IN MALIGNANT DISEASE

PLAINTIFFS007372

# Chapter 8

PLAINTIFFS007373

# Plasma FGF23 is not elevated in prostate cancer

Mariska C. Vlot, Irene Bijnsdorp, Martin den Heijer,
Robert de Jonge, R. Jeroen A. van Moorselaar,
Annemieke C. Heijboer

*Clinica Chimica Acta 2018 Mar; 478:129-131.*

PLAINTIFFS007374

PLAINTIFFS007375

# Letter to the editor

## Dear editor

Prostate cancer (PCa) is the most frequently diagnosed cancer in men in developed countries, with increasing incidence and mortality rate worldwide [1,2]. The diagnosis of PCa is based on measurement of serum prostate specific antigen (PSA) in blood, digital rectal examination (DRE) and prostate biopsies. Currently, no accurate non-invasive biomarker is available to differentiate between benign prostate conditions such as benign prostate hyperplasia and PCa. Recently, the protein fibroblast growth factor 23 (FGF23) was found to play a role in PCa development and possible progression [3–6]. FGF23 is secreted predominantly by osteocytes and displays hormonal activity in regulating phosphate and vitamin D metabolism [3–5]. FGF23 exerts its function via the FGF receptor and the membrane-bound protein klotho [4,5].

Earlier studies show that FGF23 might have autocrine, paracrine and endocrine effects in PCa [3–7] and that FGF23 increases growth factor activity in PCa [3,4,7]. Furthermore, it was postulated that FGF23 stimulates proliferation of PCa cells and can increase the formation of bone metastases [3,4]. Recently, it was suggested that high dietary intake of phosphorus possibly increases the risk of aggressive PCa due to increased FGF23 production, while no association was seen in low risk PCa [3]. These studies all point towards a role for FGF23 in PCa diagnosis and prognosis. However, little information is available on the actual FGF23 concentration in plasma of PCa patients up to now. Therefore, the aim of this case-control study was to compare the plasma FGF23 concentrations in men with biopsy proven PCa to men without prostate cancer (confirmed by negative biopsy (BN)) and to age-matched controls.

This study was performed with approval of the Local Medical Ethical Committee of the VU University Medical Center and samples were collected after signed informed consent. Three groups were included: (i) PCa patients (n=19), (ii) BN patients (n=7) and (iii) control men (n=17). The PCa group consisted of intermediate risk (Gleason-score 7, n=13) or high risk (Gleason-score 8-10, n=6) patients. The men in the intermediate risk group had a mean prostate volume of 42.8 cc (SD 15.4). Furthermore, within this group 7 patients had stage T2 and 6 patients stage T1 PCa. A mean prostate volume of 47.8 cc (SD 7.8) applied to the men in the high risk group which included 1 patient with stage T1, 1 patient with stage T2 and 4 patients with a T3 stage PCa, respectively. The BN group consisted of patients with normal or elevated PSA without the detection of cancerous tissue in the biopsies. It should be noted, that despite multiple biopsies, the presence of malignant cells in the prostate cannot be ruled out completely as biopsies only provide information of the specific biopsy locations in the prostate. The control group consisted of a random group of males ≥55 years, without self-reported history of prostate problems, malignant disease, use of bisphosphonates, or decreased kidney function and who needed a venipuncture for other reasons. PSA, FGF23, phosphate and creatinine concentrations were measured in serum or plasma and glomerular filtration rate (GFR) was calculated using the Modification of Diet in Renal Disease (MDRD) formula in all subjects. Serum PSA was measured using the Architect 2000 SR immunoanalyser (Abbott Diagnostics, Hoofddorp, the Netherlands), plasma FGF23 using a c-terminal immunoassay (Immutopics) in one run with an intra-assay coefficient of variation of <5 % [8], and serum phosphate and creatinine were measured using a Cobas 8000 modular analyser series (Roche Diagnostics, Almere, the Netherlands).

PLAINTIFFS007376

FGF23 in prostate cancer

Statistical analyses were performed with Mann-Whitney U tests, T-tests, Kruskal-Wallis tests and Spearman correlations and were displayed with corresponding $p$-values. The mean age of the total group (n= 43) was 67.1 (SD 6.6) years and the median GFR was 76 (IQR 68 - 90) ml/min/1.73m². Age ($p$=0.71) and GFR ($p$=0.75) did not differ between the groups. Serum PSA concentrations were higher in the PCa group (mean 25.6 ng/mL, SD 39.7, $p$=0.0001), compared to the BN group (mean 8.8 ng/mL, SD 6.1) and control group (mean 2.1 ng/mL, SD 1.5). The median phosphate concentration was lower in the BN group (median 0.6 mmol/L, IQR 0.6 – 0.8, $p$=0.0017) compared to the PCa group (median 0.9 mmol/L, IQR 0.8–1.0) and control group (median 1.1 mmol/L, IQR 1.0–1.2). With regard to phosphate, the BN group in our study had statistically lower phosphate levels, which we cannot explain. Since the differences between the phosphate levels were very small and the FGF23 concentration was not significantly higher in the BN group, this measurement should be repeated in another study as our study contained a low number of patient in each group. The median plasma FGF23 concentration was 72 RU/mL (IQR 64 – 90) in the PCa group, 72 RU/mL (IQR 69 – 88) in the BN group and 83 RU/mL (IQR 73 – 113) control group, respectively. Plasma FGF23 concentrations did not differ between the groups (Figure 1.). Also after merging the BN group and control group, the PCa negative and PCa group did not differ in plasma FGF23 concentrations. A negative correlation between plasma FGF23 and GFR was found (rho – 0.33, $p$=0.04, n=43), which was consistent throughout all three groups that were included in the study (Figure 2.).

In our study, plasma FGF23 concentrations were not increased in PCa patients, even in spite of inclusion of patients with high Gleason-scores. Previous research showed that PCa cells have higher FGF23 mRNA levels compared to normal prostate cells [4]. Furthermore, higher mRNA levels of FGF23 in tissues were associated with worse prognosis of PCa [6]. We observed similar plasma FGF23 concentrations in PCa patients compared to a recent study [9]. In that study, no control groups were included. Furthermore, plasma FGF23 concentrations of PCa patients were compared to patients with other types of cancer only and found no significant differences [9]. Therefore, despite indications of the relation between cellular and mRNA level that FGF23 to PCa, plasma FGF23 was not increased in patients with PCa, other types of cancer [9], negative prostate biopsies nor random aged matched males. This implies that plasma FGF23 is not a promising biomarker to detect PCa. The higher FGF23 levels in the control group were found in presence of normal GFR and PSA levels in this group. As the controls were assessed anonymously, no further clinical background information was available which limits further elaboration on the this finding. We also showed a significant association between the GFR and the plasma FGF23 concentration, even in a group with a GFR>60 ml/min. This is in agreement with previous study that demonstrated that the kidneys filter FGF23 [10]. New studies investigating plasma FGF23 should therefore take into account the kidney function, which is strengthened by the negative correlation between FGF23 and GFR in our study.

To conclude, our study does not show differences in plasma FGF23 concentrations between patients with prostate cancer, biopsy negative patients and age matched controls. Therefore, plasma FGF23 is not a promising biomarker for prostate cancer in vivo.

PLAINTIFFS007377



**Figure 1.** Plasma FGF23 concentrations in men with prostate cancer (PCa) (n = 19), men with a negative biopsy (BN) (n = 7) and control group (n = 17), no significant differences



**Figure 2.** Correlation between plasma FGF23 concentrations and GFR (rho − 0.33, p = 0.04, n = 43).

# Acknowledgments

### Conflict of interest and author contributions

Author contributions: All the authors have accepted responsibility for the entire content of this submitted manuscript and approved submission. Research funding: This work was supported by an unrestricted grant from Abbott diagnostics (Chicago, IL, United States of America) to MV and AH. The funding source had no involvement in the design of the study, data collection, analysis and interpretation of the data or writing of the manuscript. Employment or leadership: n.a., Honorarium: n.a.  Competing interests: The funding organization(s) played no role in the study design; in the collection, analysis, and interpretation of data; in the writing of the report; or in the decision to submit the report for publication.

PLAINTIFFS007378

FGF23 in prostate cancer

# References

1. Dy GW, Gore JL, Forouzanfar MH, Naghavi M, Fitzmaurice C, Catto J, Global Burden of Urologic Cancers , 1990 – 2013, Eur. Urol. 71 (2017) 437–446.

2. Fitzmaurice C, Global, Regional, and National Cancer Incidence, Mortality, Years of Life Lost, Years Lived With Disability, and Disability-Adjusted Life-years for 32 Cancer Groups, 1990 to 2015 A Systematic Analysis for the Global Burden of Disease Study, 98121 (2017) 524–548.

3. McCarty MF, Plant-based diets relatively low in bioavailable phosphate and calcium may aid prevention and control of prostate cancer by lessening production of fibroblast growth factor 23., Med. Hypotheses. 99 (2017) 68–72.

4. Feng S, Wang J, Zhang Y, Creighton CJ, FGF23 promotes prostate cancer progression, Oncotarget. 6 (2015) 17291–301.

5. Kim HJ, Kim K-H, Lee J, Oh JJ, Cheong HS, Wong EL, Yang B-S, Byun SS, Myung SC, Single nucleotide polymorphisms in fibroblast growth factor 23 gene, FGF23, are associated with prostate cancer risk., BJU Int. 114 (2014) 303–10.

6. Lee EK, Martinez MCR, Blakely K, Santos KD, Hoang VC, Chow A, Emmenegger U, FGF23: Mediator of poor prognosis in a sizeable subgroup of patients with castration-resistant prostate cancer presenting with severe hypophosphatemia?, Med. Hypotheses. 83 (2014) 482–487.

7. Kwabi-Addo B, Ozen B, Ittmann M, The role of fibroblast growth factors and their receptors in prostate cancer, Endocr. Relat. Cancer. 11 (2004) 709–724.

8. Heijboer AC, Levitus M, Vervloet MG, Lips P, Wee PM, Dijstelbloem HM, Blankenstein MA, Short Report Determination of fibroblast growth factor 23, 23 (n.d.) 3–5.

9. Minisola F, Cipriani C, Colangelo L, Cilli M, Sciarra A, Von Heland M, Nieddu L, Anastasi E, Pascone R, Fassino V, Diacinti D, Longo F, Minisola S, Pepe J, Mineral metabolism abnormalities in patients with prostate cancer: a systematic case controlled study, Endocrine. (2017) 1–6.

10. Komaba H, Goto S, Fujii H, Hamada Y, Kobayashi A, Shibuya K, Tominaga Y, Otsuki N, Nibu N, Nakagawa K, Tsugawa N, Okano T, Kitazawa R, Fukagawa M, Depressed expression of Klotho and FGF receptor 1 in hyperplastic parathyroid glands from uremic patients, Kidney Int. 77 (2010) 232–238.

158

PLAINTIFFS007379

PLAINTIFFS007380

PLAINTIFFS007381

# Part V

## SUMMARY AND DISCUSSION

PLAINTIFFS007382

# Chapter 9

PLAINTIFFS007383



Summary and discussion (English and Dutch)

PLAINTIFFS007384

PLAINTIFFS007385

This part of the thesis summarizes the main findings of the studies of this thesis and discusses these results. In addition, strengths and limitations of our studies and future perspectives are provided.

# Part I: Introduction

The clinical utility of BTMs in various diseases is assessed in our review (**chapter 2**). Regarding the definition of clinical utility of BTMs, as described in the Introduction section of this thesis, our review shows that: several BTMs are of use in clinical practice in 1) diagnosing bone (related) disease in case of tumor induced osteomalacia (FGF23, ALP), van Buchem disease (sclerostin, ALP, P1NP, osteocalcin), Paget's disease ((B)ALP, and P1NP), and hypophosphatemic rickets (ALP, FGF23). Next, we show that BTMs are of use in clinical practice in 2) assisting in making a prognosis of either improvement or deterioration of bone (related) disease in chronic kidney disease ((B)ALP, trimeric P1NP, TRAP5B, FGF23), Paget's disease ((B)ALP, P1NP) and that in osteoporotic patients the treatment effects can be monitored based on BTMs (CTX, P1NP), which is in line with current IOF and IFCC guidelines [1–4]. Last, we show that in case of 3) definition of high risk patients e.g. patients with low BMD or high fracture risk, no single BTM has proven to be suitable for prediction of fracture risk in individual patients up until now.

Our review further emphasizes that (pre)analytical variability, use of different assays with variable cut-off values and heterogeneous study results are still challenging the clinician in requesting and interpreting BTM measurements. We also discuss that, especially in bone resorption markers, except for TRAP5B, the circadian rhythm is important to keep in mind, with higher concentrations at nighttime and early morning. Furthermore, CTX needs to be measured in fasting state as concentrations decrease after food intake. In case of decreased kidney function, trimeric P1NP, BALP and TRAP5B are BTMS can be reliably interpreted. BTMs can be elevated 6 months to 1 year after a fracture. Last, age and sex are important to keep in mind when interpreting BTMs as concentrations are higher in men and at younger age.

# Part II: Effects of sex steroids on bone health in transgender persons

In **chapter 3 to 5** of this thesis, changes of BTMs and bone mineral density (BMD) during gender affirming hormone treatment (HT) in transgender persons are evaluated. **Chapter 3** shows a decrease of P1NP and ICTP and volumetric bone mineral apparent density (BMAD) Z-score of the lumbar spine (LS) during gonadotrophin releasing hormone antagonist (GnRHa) treatment in adolescent transgender persons. 24 months after HT was started, P1NP and ICTP concentrations were even lower, whereas the BMAD and Z-scores returned to normal. In **chapter 4** it is shown that BMD increases in both trans women and trans men after 1 year of HT. In trans women, an increase of BMD in LS, total hip (TH) and femoral neck (FN) was found. In trans men a smaller increase of TH BMD was seen, whereas no changes were observed in FN BMD. In **chapter 5**, bone turnover decreased in trans women and increased in trans men after 1 year of HT. In addition, a striking age difference was seen looking into more detail into the trans men aged > 50 years, as they all showed a decrease of all BTMs, which was opposite to the trans men group aged <50 years which showed an increase of BTMs.

PLAINTIFFS007386

In adolescent transgender persons, a deleterious effect of GnRHa on bone health was seen in **chapter 3,** which was also shown in other patient groups receiving GnRHa such as patients with prostate cancer [5,6]. **Chapter 3 to 5** all show the beneficial effect of estradiol on bone as a decrease of BTMs and increase of BMD are described during HT treatment in transgender persons.  Estradiol exerts its anabolic effect on bone either direct or indirect after the aromatization of testosterone into estradiol [7–9]. Estradiol reduces osteoclast activity, shown by a decrease in BTMs (**chapter 3 and 5**) and thereby results in less bone resorption and an increase of BMD **(chapter 4).** Testosterone itself does not decrease BTMs as shown in **chapter 5**. Testosterone concentrations are positively associated with muscle mass [10–12] leading to higher mechanical loading which is thought to result in higher BMD [13]. In contrast, a recent study showed that hand grip strength in adult trans men increased, but that this change was not associated with changes in BMD after 1 year of HT [14]. The studies in **chapter 3, 4 and 5** show more differences between bone health in trans women and trans men, with lower BMD before and during HT and vitamin D deficiency being more prevalent in trans women.

As the three chapters show only short term results on bone health, it is important to ensure that bone health of transgender persons is preserved on long term as well. A recent study from Wiepjes et al. [15] shows that mean estradiol concentrations are associated with changes of LS BMD in adult trans women, where the highest estradiol concentration tertile shows an increase, the middle tertile shows no change and lowest estradiol tertile shows a decrease of LS BMD respectively during 10 years of HT. This study also emphasizes the anabolic effect of estradiol on bone and concluded that there is no negative effect of long-term HT on BMD after 10 years of HT in transgender persons, when using adequate HT continuously [15]. Compared to our short-term results, it is reassuring that this large prospective study did not show deleterious effects on BMD in adult transgender persons.

Summarized, our three studies (**chapter 3, 4, and 5**) show that, at least on the short term, HT is not harmful for bone health. Furthermore, our studies show no additional value of BTM measurements in transgender persons in clinical practice, as on the short term BTMs decreased and BMD increased, so no clinical consequences can be based on these results. To monitor bone health, we therefore do not advice that BTMs should be embedded as a standard part of the adolescent or adult transgender persons patient care. In addition, it is important for the clinician to provide lifestyle advices regarding physical activity (to increase mechanical loading of bones), cessation of smoking and adequate calcium and vitamin D intake [16,17] in transgender persons to ensure adequate bone health.

# Part III: Effects of inflammation and auto-immune disease on bone turnover

Our study in **chapter 6** shows that combined antiretroviral therapy (cART) results in increased bone turnover and decreased BMD of the hip in adult men with primary human immuno-deficiency virus (HIV) infection. All BTMs, except ICTP, showed a significant increase versus no changes of BTMs in an untreated group of men with primary HIV infection. DXA revealed a significant decrease of FN and TH BMD in both groups, however LS BMD did not change in both groups. Previous studies also

PLAINTIFFS007387

showed that HIV-infected persons have a lower BMD compared to a healthy reference population [18,19]. Inflammatory factors such as interleukin-8 (IL-8) and tumor necrosis factor alpha (TNF-$\alpha$) are known to negatively affect bone health [20] and this study emphasizes the deleterious effects of both HIV and cART on bone health. We feel that the outline of this study has become even more interesting as nowadays, patients infected with HIV start cART therapy directly after the diagnosis has been made and therefore studies in cART naïve primary HIV infected men are scarce.

Based on our study we suggest that BTMs should not be routinely incorporated in bone health assessments of male HIV patients. We suggest that DXA scans should be performed routinely given the high prevalence of a lower BMD in HIV-infected persons. In addition, patients require lifestyle advice on physical activity to improve mechanical loading on bones and to stop using cigarettes and alcohol and need to ensure adequate calcium and vitamin D intake [21]. Furthermore, especially tenofovir containing cART should be reconsidered in men with HIV who already have osteopenia or osteoporosis, due to the phosphaturic effects of this drug [21,22]. In this case, BTMs can be of additional value to evaluate if bone turnover decreases after the cART regimen is changed from a tenofovir containing cART regimen to another cART regimen.

Next to viral inflammation, also auto-immune diseases are known to affect bone metabolism. In case of the auto-immune disease multiple sclerosis (MS), both vitamin D insufficiency and lower BMD are common [23,24]. Vitamin D deficiency is associated with increased bone turnover and FGF23 is known to play a key role in vitamin D metabolism. However, **chapter 7** shows that no differences in plasma FGF23 concentrations, ratio of 25(OH)D/24.25(OH)$_2$D or BTMs between MS patients and healthy controls were observed. MS patients had lower bioavailable 25(OH)D and 1.25(OH)$_2$D concentrations compared to healthy controls. In addition, serum concentrations of total 25(OH)D, 25(OH)D$_3$, 24.25(OH)$_2$D, free 25(OH)D and free 1.25(OH)$_2$D were lower in female MS patients compared to female healthy controls, while serum concentrations of vitamin D binding protein (VDBP) were higher in male MS patients compared to male controls. Our study therefore shows that a single 25(OH)D measurement probably does not reflect all changes occurring in vitamin D metabolism in MS patients.

Based on our study, BTM measurements are not indicated in MS patients to evaluate bone health. MS patients should receive lifestyle advice on physical activity to increase mechanical loading of the bone, vitamin D supplementation to ensure adequate 25(OH)D concentrations and quit smoking, as the latter is associated with worse bone health especially in elderly people [16]. Last, the exact role of VDBP in MS and the clinical relevance of the gender related differences in vitamin D metabolites in MS patients need to be assessed further in future studies.

## Part IV: Possible role of FGF23 as tumor marker in malignant disease

In **chapter 8** plasma FGF23 concentrations in prostate cancer (Pca) were evaluated. In case of malignant disease, tumor derived factors such as tumor growth factor beta (TGF-$\beta$) can negatively affect bone metabolism [5,6]. These factors often result in an increase of bone resorption and lead to possible deleterious effects on BMD and bone strength. FGF23 is thought to have autocrine, paracrine and

PLAINTIFFS007388

endocrine effects in PCa and to increase growth factor activity in PCa [25–27]. However, in our study in PCa patients, FGF23 was not increased, even in spite of inclusion of patients with high Gleason-scores. We did show a significant association between the glomerular filtration rate (GFR) and the plasma FGF23 concentration, even in a group with a GFR > 60 mL/min, which was also seen in previous studies [28–30].

We showed that plasma FGF23 is not a promising biomarker in prostate cancer. We emphasize the importance of keeping the kidney function in mind when interpreting FGF23 concentrations as these increase when kidney function declines. Future studies are needed to evaluate whether BTMs are of additional clinical value to monitor malignant disease with risk of bone metastases, as discussed earlier in our review in **chapter 2.**

## Strengths and limitations

### Strengths

The studies in this thesis investigated various factors affecting bone health such as changes in sex steroids, presence of prostate cancer, infectious disease or auto-immune disease. Most of the studies contain large study groups, which allowed us to perform sub group analyses e.g. based on bone age or pre- and postmenopausal state. We were also able to include large cohorts of rare patient groups such as adolescent transgender persons and male primary HIV patients who were not treated with cART yet. The measurements of BTMs were all performed using state-of-the-art analytical methods using the same assays in the same laboratory throughout the different studies in this thesis. BTMs were measured in all studies in fasting state, except for the study in **chapter 3**. For this reason the marker CTX was not included in this study, as CTX concentrations are highly affected by food intake. Last, several studies of this thesis contained both BTM and DXA measurements, which allowed us to compare both short- and longer term effects of therapy or disease on bone health. DXA scans were included in the studies only if they were performed on the same DXA machine, to ensure that BMD data were comparable.



### Limitations

This thesis contains both longitudinal and cross-sectional studies. The cross-sectional aspect of some studies limits us to discuss causality of the associations we found. In addition, the natural course through time of changes in BTMs or BMD could not be evaluated in the cross-sectional studies. A possible bias due to confounding can be expected as all studies are observational studies. Not all studies contained a control group, especially in the studies in transgender persons as a control group was not ethical to include. In the transgender person studies it can be questioned which sex is the appropriate sex to us as reference sex when evaluating BTMs and BMD; we used the reference ranges of sex assigned at birth, but this needs further study. In the transgender studies, progestagens were also used by some trans women, which results in a decrease of testosterone itself [31]. This might have had a small effect on the changes in BMD and BTMs that we described as being a estradiol effect alone. Furthermore, the effects of lifestyle advice in the transgender studies during HT, but also in the HIV and MS studies were not possible to evaluate. In general, no data on

168

fractures, bone histomorphometry or bone geometry (such as Trabecular Bone Score (TBS)) were available. Last, most studies had a relatively short follow-up time.

## Summary and conclusion

We show that BTMs are useful in clinical practice to diagnose tumor induced osteomalacia, van Buchem disease, Paget's disease, or hypophosphatemic rickets. In addition, BTMs are useful to monitor disease activity in chronic kidney disease and Paget's disease which assists the clinician to assess the prognosis of his/her patient. Moreover, although measuring BTMs is not useful to predict the fracture risk of the individual patient, BTMs are useful to monitor treatment effects in patients with osteoporosis. Based upon the results of the studies of this thesis we can further conclude that there is no need to routinely measure BTMs in transgender persons, HIV patients and MS patients. FGF23 is not recommended to measure as biomarker in prostate cancer patients. However to assess bone health in these patient groups, DXA can be performed in case of low vitamin D status, suspicion of high fracture risk, or previous lower BMD.

The studies in this thesis attribute to the knowledge of BTMs from both clinical and biochemical perspective. As it remains a clinical challenge to choose the best BTMs to use and to interpret them with all possible (pre)analytical pitfalls, we underline the need for the clinician to inform oneself about these pitfalls one can come across when measuring BTMs. For clinical practice, it would be of great help if the clinicians and clinical chemists collaborate when requesting BTM measurement(s), in order to choose the right BTM and assay for the patient and to minimize the possibility of interpreting BTM concentrations falsely. Keeping in mind these challenges, we have shown that BTMs can contribute to a direct evaluation of bone health compared to longer term evaluation by DXA.

By all means, adequate standardized sample collection and analysis are the cornerstones of correct interpretation of BTMs. When measuring BTMs, the preferred timing is in the morning after an overnight fast, to limit effects of both circadian rhythm and food intake on bone turnover as much as possible. In addition, the age, sex, kidney function, liver function and previous fractures of the patient should all be taken into account when interpreting BTM concentrations.

For future research, it would be of great interest if changes in BTMs in large patient groups would be studied combined with additional information on bone health such as bone histomorphometry, fracture risk and rates and trabecular bone score as outcome measures. We also stress the urge to improve assay standardization, due to the high variety of different assays used, often with their own standardization. In addition, we emphasize the need for well described reference ranges for BTMs, preferably linked to sex and age of the patient.

To conclude, BTMs are useful to diagnose and to monitor primary bone disease. The additional value of BTM measurements in other diseases are limited, despite the effects these diseases may have on bone tissue. Further research is needed, with standardized assays, under standardized (pre-analytical) conditions, using also newer bone related proteins such as FGF23 and sclerostin, to show whether there are more possibilities to use BTMs in clinical care to improve the bone health of our patients.

169

PLAINTIFFS007390

Summary and discussion (English)

# References

1. Wheater G, Elshahaly M, Tuck SP, Datta HK, van Laar JM. The clinical utility of bone marker measurements in osteoporosis. J Transl Med. 2013 Jan;11(1):201.

2. Hernlund E, Svedbom A, Ivergård M, Compston J, Cooper C, Stenmark J, et al. Osteoporosis in the European Union: Medical management, epidemiology and economic burden: A report prepared in collaboration with the International Osteoporosis Foundation (IOF) and the European Federation of Pharmaceutical Industry Associations (EFPIA). Arch Osteoporos. 2013;8(1–2).

3. Biver E, E. B. Use of bone turnover markers in clinical practice. Curr Opin Endocrinol Diabetes Obes. 2012;19(6):468–73.

4. Vasikaran S, Cooper C, Eastell R, Griesmacher A, Morris HA, Trenti T, et al. International Osteoporosis Foundation and International Federation of Clinical Chemistry and Laboratory Medicine position on bone marker standards in osteoporosis. Clin Chem Lab Med. 2011 Aug 1;49(8):1271–4.

5. Sterling JA, Edwards JR, Martin TJ, Mundy GR. Advances in the biology of bone metastasis: How the skeleton affects tumor behavior. Bone. 2011;48(1):6–15.

6. Buenrostro D, Mulcrone PL, Owens P, Sterling JA. The Bone Microenvironment: a Fertile Soil for Tumor Growth. Curr Osteoporos Rep. 2016 Aug 2;14(4):151–8.

7. Syed F, Khosla S. Mechanisms of sex steroid effects on bone. Biochem Biophys Res Commun 2005 Mar;328(3):688–96.

8. Nakamura T, Imai Y, Matsumoto T, Sato S, Takeuchi K, Igarashi K, et al. Estrogen prevents bone loss via estrogen receptor alpha and induction of Fas ligand in osteoclasts. Cell. 2007 Sep 7;130(5):811–23.

9. Khosla S, Oursler MJ, Monroe DG. Estrogen and the skeleton. Trends Endocrinol Metab . 2012;23(11):576–81.

10. Bhasin S, Storer TW, Berman N, Yarasheski KE, Clevenger B, Phillips J, et al. Testosterone replacement increases fat-free mass and muscle size in hypogonadal men. J Clin Endocrinol Metab. 1997;82(2):407–13.

11. Bhasin S, Woodhouse L, Casaburi R, Singh AB, Bhasin D, Berman N, et al. Testosterone dose-response relationships in healthy young men. Am J Physiol - Endocrinol Metab. 2001;281(6 44-6):1172–81.

12. Brown M. Skeletal muscle and bone: Effect of sex steroids and aging. Am J Physiol - Adv Physiol Educ. 2008;32(2):120–6.

13. Fricke O, Beccard R, Semler O, Schoenau E. Analyses of muscular mass and function: The impact on bone mineral density and peak muscle mass. Pediatr Nephrol. 2010;25(12):2393–400.

14. Scharff M, Wiepjes CM, Klaver M, Schreiner T, T'Sjoen G, den Heijer M. Change in grip strength in trans people and its association with lean body mass and bone density. Endocr Connect. 2019;8(7):1020–8.

15. Wiepjes CM, de Jongh RT, de Blok CJM, Vlot MC, Lips P, Twisk JWR, et al. Bone Safety During the First Ten Years of Gender-Affirming Hormonal Treatment in Transwomen and Transmen. J Bone Miner Res. 2019;34(3):447–54.

16. Ghadimi R, Hosseini S, Asefi S, Bijani A, Heidari B, Babaei M. Influence of smoking on bone mineral density in elderly men. Int J Prev Med . 2018;9(1):111.

17. Rothman MS, Iwamoto SJ. Bone Health in the Transgender Population. Clin Rev Bone Miner Metab. 2019 Jun 2;17(2):77–85.

18. Goh SSL, Lai PSM, Tan ATB, Ponnampalavanar S. Reduced bone mineral density in human immunodeficiency virus-infected individuals: a meta-analysis of its prevalence and risk factors: supplementary presentation. Osteoporos Int. 2018;29(7):1683.

19. Kwak MK, Lee EJ, Park JW, Park SY, Kim BJ, Kim TH, et al. CD4 T cell count is inversely associated with lumbar spine bone mass in HIV-infected men under the age of 50 years. Osteoporos Int. 2019;30(7):1501–10.

20. Souza PPC, Lerner UH. The role of cytokines in inflammatory bone loss. Immunol Invest. 2013;42(7):555–622.

21. Biver E, Calmy A, Aubry-Rozier B, Birkhäuser M, Bischoff-Ferrari HA, Ferrari S, et al. Diagnosis, prevention, and treatment of bone fragility in people living with HIV: a position statement from

170

PLAINTIFFS007391

the Swiss Association against Osteoporosis. Osteoporos Int. 2019;30(5):1125–35.

22. Casado JL. Renal and bone toxicity with the use of tenofovir: Understanding at the end. AIDS Rev. 2016;18(2):59–68.

23. Simonsen CS, Celius EG, Brunborg C, Tallaksen C, Eriksen EF, Holmøy T, et al. Bone mineral density in patients with multiple sclerosis, hereditary ataxia or hereditary spastic paraplegia after at least 10 years of disease - a case control study. BMC Neurol.2016;16(1):1–8.

24. Ascherio A, Munger KL, White R, Köchert K, Simon KC, Polman CH, et al. Vitamin D as an early predictor of multiple sclerosis activity and progression. JAMA Neurol. 2014 Mar;71(3):306–14.

25. Feng S, Wang J, Zhang Y, Creighton CJ. FGF23 promotes prostate cancer progression. Oncotarget 2015;6(19):17291–301.

26. Kim HJ, Kim K-H, Lee J, Oh JJ, Cheong HS, Wong EL, et al. Single nucleotide polymorphisms in fibroblast growth factor 23 gene, FGF23, are associated with prostate cancer risk. BJU Int . 2014;114(2):303–10.

27. McCarty MF. Plant-based diets relatively low in bioavailable phosphate and calcium may aid prevention and control of prostate cancer by lessening production of fibroblast growth factor 23. Med Hypotheses. 2017 Feb;99:68–72.

28. Edmonston D, Wojdyla D, Mehta R, Cai X, Lora C, Cohen D, et al. Single Measurements of Carboxy-Terminal Fibroblast Growth Factor 23 and Clinical Risk Prediction of Adverse Outcomes in CKD. Am J Kidney Dis. 2019;23.

29. Wolf M. Update on fibroblast growth factor 23 in chronic kidney disease. Kidney Int. 2012 Oct 82(7):737–47.

30. Vervloet M. Renal and extrarenal effects of fibroblast growth factor 23. Nat Rev Nephrol . 2019;15(2):109–20.

31. Prior JC. Progesterone is important for transgender women's therapy-applying evidence for the benefits of progesterone in ciswomen. J Clin Endocrinol Metab. 2019;104(4):1181–6.



171

PLAINTIFFS007392

PLAINTIFFS007393

# Nederlandse samenvatting (Dutch summary)

## Botmarkers

Gedurende het gehele leven wordt oud en beschadigd bot afgebroken en nieuw bot gevormd. Dit continue gekoppelde proces wordt botremodellering genoemd. Osteoclasten, osteoblasten en osteocyten zijn de regulerende cellen van dit proces, waarbij de eerste stap botafbraak is, gevolgd door botaanmaak. De zogenaamde bot turnover markers (BTMs) zijn factoren die door de eerder genoemde cellen zelf geproduceerd worden of die vrijkomen bij bot aanmaak en bot afbraak. Deze BTMs kunnen vervolgens in bloed of urine gemeten worden. Aangezien BTMs een afspiegeling zijn van de botafbraak en botaanmaak in het lichaam geven zij het actuele bot metabolisme weer.

In de kliniek worden BTMs gemeten om botziekten en ziekten die effect hebben op bot vast te kunnen stellen, het beloop van een bot (gerelateerde) ziekte te evalueren of het effect van een behandeling te kunnen monitoren. Het is voor de clinicus echter vaak lastig om de meest geschikte BTM voor zijn/haar patiënt te kiezen. In de eerste plaats vanwege de grote verscheidenheid aan BTMs die gemeten kunnen worden. Ten tweede zijn bij het bepalen en interpreteren van een BTM vele factoren van belang om rekening mee te houden; onder andere geslacht, nierfunctie, leverfunctie, recente botbreuk en voedingsstatus van de patiënt, het dag-nacht ritme van sommige BTMs en de (pre) analytische variabiliteit van de gekozen assay waarmee de BTM gemeten wordt. Al deze punten dienen daarom te worden meegenomen bij de aanvraag en interpretatie van een BTM. Voor de clinicus is idealiter de beste BTM om te meten een marker die:

- alleen in botweefsel zelf geproduceerd wordt;
- via een gestandaardiseerde laboratorium methode tegen lage kosten, met lage variabiliteit en hoge nauwkeurigheid gemeten kan worden;
- vaststaande referentiewaardes heeft;
- die geassocieerd is met uitkomstmaten die van belang zijn voor de botgezondheid zoals de botsterkte, weergegeven als botmineraaldichtheid (BMD) of het risico op een botbreuk.

In dit proefschrift wordt het begrip "clinical utility" oftewel klinische toepasbaarheid van BTMs gebruikt. Hierbij wordt bedoeld dat een BTM geschikt is voor:

1. het stellen van een diagnose van een bot (gerelateerde) ziekte;
2. het maken van een prognose t.a.v. verbetering of verslechtering van een bot (gerelateerde) ziekte of
3. het classificeren van hoog risico patiënten ten aanzien van bijvoorbeeld hun risico op een botbreuk.

Alle genoemde punten kunnen de clinicus helpen de patiënt te adviseren en hierdoor een optimale botgezondheid te waarborgen. Dit resulteert in een algeheel betere gezondheid voor de patiënt en uiteindelijk ook in een reductie van gezondheidszorgkosten. Dit proefschrift zal daarom onder andere ingaan op de vraag wanneer en welke BTM toegevoegde waarde heeft in de dagelijkse kliniek.

173

PLAINTIFFS007394

## Bot en botcellen

De voornaamste functie van bot is om de interne organen te beschermen en om structuur aan het lichaam te geven. Verder bevat bot beenmerg, waaruit stamcellen worden gevormd, is bot een reservoir voor calcium en fosfaat, functioneert bot als een buffer voor zuur-base evenwichten en is het betrokken bij meerdere hormonale processen zoals de glucose huishouding in het lichaam.

Qua anatomie is bot in te delen in trabeculair en corticaal bot. Trabeculair bot bevindt zich voornamelijk in de wervelkolom en bevat vele botbalkjes waartussen beenmerg aanwezig is. Corticaal bot is compact bot, wat 80% van het totale botvolume inneemt en zich vooral in de heup bevindt. Botweefsel zelf bestaat uit een botmatrix, waarin zich de bot afbrekende en bot vormende cellen bevinden. Deze botmatrix zorgt voor de rigiditeit van bot en bestaat vooral uit anorganisch calcium hydroxyapatiet en type I collageen. Dit type collageen is het hoofdbestanddeel van osteoid, waarmee nieuw gevormd ongemineraliseerd bot wordt bedoeld. Type I collageen zit vooral in botweefsel, maar in mindere mate ook in de huid en pezen.

De volgende cellen zijn van belang bij het botmetabolisme:

1. Osteoclasten: bot afbrekende cellen die afkomstig zijn van de monocyt-cel reeks en daardoor qua functie lijken op macrofagen. Osteoclasten resorberen de botmatrix enerzijds door zure substanties uit te scheiden en anderzijds door gebruik te maken van bepaalde enzymen, waardoor collageen type I wordt geresorbeerd. Carboxy-terminaal telopeptide van type I collageen (CTX), amino-terminaal telopeptide van type I collageen (NTX), deoxypyridinoline (DPD), tartrate resistant alkaline phosphatase 5b (TRAP5b) en carboxy-terminaal telopeptide van type I collageen (ICTP) zijn voorbeelden van BTMs die de mate van botafbraak weergeven.

2. Osteoblasten: bot aanmakende cellen die afkomstig zijn van osteoprogenitor cellen van stamcellen. Osteoblasten vormen de botmatrix door type I collageen te maken en daarnaast mineraliseren zij het osteoid. Amino-terminaal propeptide van type I procollageen (PINP), osteocalcine (OC) en bot specifiek alkalische phosphatase (BALP) zijn hier voorbeelden van. Bij mineralisatie van het osteoid spelen vooral BALP en OC een belangrijke rol.

3. Osteocyten: oudere, geïnactiveerde osteoblasten, die liggen ingebed in de botmatrix. Deze cellen staan via kleine kanaaltjes met elkaar in verbinding, waardoor de osteocyten het botmetabolisme reguleren via onder andere stoffen als fibroblast growth factor-23 (FGF23) en sclerostine die zij produceren. FGF23 resulteert onder andere in fosfaat uitscheiding via de nier door het parathormoon (PTH) te verlagen en door het enzym 1-alpha-hydryxolase in de nier te remmen. Sclerostine remt de Wnt-signalling cascade in de cel, hetgeen resulteert in verminderde botaanmaak.

## Factoren van invloed op botmetabolisme en botmineraaldichtheid

Het botmetabolisme wordt onder andere beïnvloed door geslachtshormonen, insuline-like growth factor (IGF-1), PTH, cortisol, calcium, vitamine D en mechanische belasting van het skelet via spierkracht en door gewicht. De geslachtshormonen (met name oestrogeen) spelen een prominente rol in de botontwikkeling. Oestrogenen zorgen voor remming van de osteoclasten en dus remming

PLAINTIFFS007395

van de afbraak van bot. Bij mannen vindt omzetting van het testosteron naar oestrogeen plaats, door een enzymatisch proces dat aromatisatie genoemd wordt. In de puberteit groeien de botten in de lengte en dikte. Nadat aan het einde van de puberteit de lengte groei van bot stopt, gaat het proces van botmineralisatie door, waardoor de piek bot massa rond de leeftijd van 30 jaar bereikt wordt; deze is bij mannen hoger dan bij vrouwen. Op volwassen leeftijd neemt vervolgens de bot afbraak meer toe dan de bot aanmaak, waardoor er een afname van BMD plaatsvindt. Het verlies van botmassa vindt vooral plaats in het corticale bot en wordt bij vrouwen grotendeels veroorzaakt door afname van de eigen lichaamseigen oestrogeen productie als gevolg van de menopauze. Andere factoren die het botmetabolisme beïnvloeden en in dit proefschrift worden beschreven zijn bijvoorbeeld medicatie, zoals geslachtshormoontherapie of puberteitsremmers (gonadal trophin releasing hormone analoog (GnRHa)) in transgender personen. Verder zijn ontstekingsfactoren bij auto-immuun of infectieuze ziekten of van tumor afkomstige factoren van negatieve invloed op het botmetabolisme. Al deze stoffen resulteren vaak in toegenomen botafbraak, waardoor de BMD en dus botsterkte afnemen en de patiënt een groter risico op een botbreuk heeft.

## Evaluatie botdichtheid middels DXA

In de huidige klinische praktijk wordt bot gezondheid vooral geëvalueerd door het verrichten van een twee-dimensionele X-ray absorptiometrie (DXA) scan waarbij BMD wordt weergegeven in gram per vierkante centimeter ($g/cm^2$). DXA wordt vooral gebruikt om de botziekte osteoporose te diagnosticeren. Osteoporose wordt gekarakteriseerd door een achteruitgang van de botstructuur en botkwaliteit, hetgeen resulteert in verminderde botsterkte en hierdoor hoger risico op botbreuken. De DXA houdt echter geen rekening met vorm en grootte van het bot, waardoor de werkelijke BMD kan worden onder- of overschat, wat vooral in jonge, groeiende personen die hun piek bot massa nog niet bereikt hebben van belang is. Verder onderscheid DXA geen trabeculair bot van corticaal bot en wordt alleen het gemineraliseerde bot weergegeven, waarbij het van belang is dat nieuw gevormd bot 1-3 jaar nodig heeft om uiteindelijk volledig gemineraliseerd te worden.

Door genoemde punten is een DXA waardevol om lange termijn veranderingen van BMD weer te geven, echter geeft een DXA geen informatie over het actuele botmetabolisme. BTMs geven wel het actuele botmetabolisme weer en kunnen dus gebruikt worden om korte termijn veranderingen in bot weer te geven. In dit proefschrift worden daarom indien mogelijk veranderingen van zowel BTMs als DXA uitslagen aan elkaar gerelateerd om zowel korte- als lange termijn veranderingen van het botmetabolisme te onderzoeken in verschillende patiëntengroepen.

## Doel van het proefschrift

Het doel van dit proefschrift is om inzicht te verkrijgen in het gebruik van verschillende BTMs in de dagelijkse praktijk, om hun beperkingen in het gebruik te kwantificeren en om veranderingen van BTM concentraties door ziekte of medicatie gebruik in verschillende patiënt groepen te bestuderen. Dit proefschrift draagt hierdoor bij aan extra kennis over de:

- klinische toepasbaarheid en aandachtspunten bij de bepaling van verschillende BTMs;

PLAINTIFFS007396

Summary and discussion (Dutch)

- effecten van geslachtsaanpassende hormoontherapie op het botmetabolisme van adolescente en volwassen transgender personen;
- effecten van inflammatie met het humaan immuno deficiëntie virus (HIV-1) op het botmetabolisme in volwassen mannen;
- effecten van de auto-immuun aandoening multiple sclerose (MS) op het vitamine D – en botmetabolisme in volwassen patiënten versus hun gezonde controles;
- potentiële rol van FGF23 als tumor marker bij patiënten met prostaatkanker.

Om bovenstaande punten te onderzoeken hebben wij in dit proefschrift veelal grote studiegroepen kunnen includeren waardoor subgroep analyses mogelijk waren. Ook van zeldzamere patiëntengroepen (adolescente transgender personen en HIV patiënten die nog niet met medicatie behandeld zijn) hebben wij aanzienlijke groepen kunnen bestuderen. Verder hebben wij gebruik gemaakt van state-of-the-art laboratorium technieken voor de bepaling van BTMs in hetzelfde laboratorium.

## Hoofdbevindingen

**Hoofdstuk 2** bevat een review waarin een overzicht van recente literatuur wordt weergegeven met betrekking tot de klinische toepasbaarheid van BTMs in verschillende ziekten. Tevens worden hierin de potentiële valkuilen bij het aanvragen en interpreteren van BTMs beschreven. Met betrekking tot klinische toepasbaarheid zijn BTMs geschikt voor:

1. het stellen van de diagnose van een bot (gerelateerde) ziekte in geval van tumor geïnduceerde osteomalacie (FGF23, ALP), ziekte van Van Buchem (sclerostine, ALP, P1NP, osteocalcine), ziekte van Paget ((B)ALP en P1NP) en hypofosfatemische rachitis (ALP, FGF23).
2. het maken van een prognose t.a.v. verbetering of verslechtering van een bot (gerelateerde) ziekte in het geval van chronische nierziekten ((B)ALP, trimerisch P1NP, TRAP5B en FGF23), ziekte van Paget ((B)ALP, P1NP). In geval van osteoporose kunnen behandeleffecten worden geëvalueerd door het meten van CTX en P1NP.

Verder zijn BTMs niet geschikt voor

1. het classificeren van individuele patiënten met een hoog risico op een botbreuk.

Verder toont ons review dat met name bij bot afbraakmarkers (behalve TRAP5B) het dag-nacht ritme van belang is, waarbij hogere concentraties 's nachts en 's ochtends vroeg gemeten worden. De resorptie marker CTX dient in nuchtere staat te worden bepaald, aangezien concentraties dalen na voedselinname. In het geval van verminderde nierfunctie kunnen trimerisch P1NP, BALP en TRAP5B betrouwbaar geïnterpreteerd worden. Het is verder van belang dat BTMs 6 maanden tot een jaar na een botbreuk verhoogd kunnen blijven en tenslotte zijn leeftijd en geslacht van de patiënt relevant, aangezien BTMs bij mannen en op jongere leeftijd hogere concentraties bereiken.

**Hoofdstuk 3 tot en met 5** beschrijven studies naar het botmetabolisme en de BMD van transgender personen. Er is sprake van genderdysforie als er een verschil bestaat tussen het geboortegeslacht en het geslacht waarmee iemand zich identificeert, wat gepaard gaat met lijdensdruk. Een trans vrouw (man naar vrouw) identificeert zich als vrouw, maar krijgt bij de geboorte het mannelijk geslacht toegewezen. Hormoontherapie (HT) bestaat bij een trans vrouw uit anti

PLAINTIFFS007397

androgenen (onderdrukken de mannelijke testosteron productie) plus oestrogenen (vrouwelijk geslachtshormoon) om de gewenste lichaamsverandering te realiseren. Een trans man (vrouw naar man) identificeert zich als man, maar heeft bij de geboorte het vrouwelijk geslacht toegewezen gekregen. HT bij een trans man bestaat uit testosteron om het lichaam naar het gewenste geslacht aan te passen. Behalve HT kunnen er ook geslachtsaanpassende operaties worden uitgevoerd. Onderstaande studies werden uitgevoerd om het effect van veranderingen in geslachtshormonen en puberteitsremming op het botmetabolisme en BMD te kunnen evalueren.

In **hoofdstuk 3** hebben wij onderzocht wat het effect is van puberteitsremming en HT op het botmetabolisme van adolescente transgender personen. In deze studie werden adolescente transgender personen bestudeerd en hebben wij zowel afbraak als aanmaak BTMs (ICTP, P1NP en osteocalcine) gemeten en de volumetrische bot mineraal dichtheid (BMAD) berekend op drie verschillende momenten. De BTMs daalden tijdens puberteitsremming en de BMD van met name de wervelkolom nam ook af. Deze studie toont het negatieve effect van lage concentraties geslachtshormonen (met name oestrogenen), veroorzaakt door puberteitsremmers (GnRH-analogen), op het botmetabolisme. Twee jaar na start van de hormoontherapie zagen wij een verdere daling van de BTMs, behalve bij oudere trans mannen. Verder zagen wij in alle groepen een normalisatie van de BMD. Deze uitkomsten passen bij het positieve effect van geslachtshormonen (met name oestrogenen) op bot, waardoor de osteoclasten en dus de botafbraak wordt geremd. Deze remming gebeurt enerzijds direct, dan wel na de enzymatische omzetting van testosteron in oestrogenen.

**Hoofdstuk 4** beschrijft een studie naar de veranderingen in BMD bij volwassen transgender personen gedurende 1 jaar HT. In zowel trans vrouwen als trans mannen neemt de BMD van de wervelkolom toe na 1 jaar HT. In trans vrouwen werd verder een toename van de BMD in de totale heup regio en heup nek regio gevonden, waarbij in trans mannen een kleinere toename van de totale heup regio en geen verschil in de heup nek regio werd gezien. Trans vrouwen hadden vaker een lager vitamine D concentratie en indien zij vitamine D suppletie gebruikten tijdens HT werd bij hen een grote toename van de BMD gevonden in vergelijking met trans vrouwen die dit niet gebruikten.

In **hoofdstuk 5** hebben wij gekeken naar het verschil in botmetabolisme gedurende 1 jaar HT in volwassen transgender personen en associaties hiervan met veranderingen in BMD. In trans vrouwen namen de BTMs af. Trans vrouwen met hogere oestrogeen concentraties hadden een grotere daling van de BTMs en een grotere toename van BMD, hetgeen komt doordat oestrogenen de botafbraak remmen. In trans mannen stegen de BTMs, waarbij de BMD ook toenam. Dit komt waarschijnlijk doordat de bot aanmaak markers naar verhouding meer toe namen dan de bot afbraak markers. De groep trans mannen > 50 jaar had een grotere daling van BTMs en toename van BMD in vergelijking met jongere trans mannen. Dit verschil wordt waarschijnlijk veroorzaakt door het feit dat de oudere transmannen een sterkere stijging in de oestrogenen concentraties hadden door HT bij een lage uitgangs-oestrogenen concentratie doordat zij postmenopauzaal waren voor de start van HT. Het verschil in oestrogenen concentraties was namelijk een stuk kleiner in de jonge trans mannen groep. Overigens verschilden de veranderingen in testosteron concentraties tussen

PLAINTIFFS007398

Summary and discussion (Dutch)

beide groepen evenveel, waardoor dit ook past bij het feit van de geslachtshormonen vooral oestrogenen een positief effect hebben op bot.

**Hoofdstuk 6 en 7** beschrijven studies die effecten van inflammatie en auto-immuun ziekte op het botmetabolisme hebben onderzocht. Hiertoe zijn een mannelijke HIV populatie en MS populatie met hun controles bestudeerd.

In **hoofdstuk 6** hebben wij onderzocht hoe BTMs en BMD in volwassen mannen met een recent vastgestelde HIV-infectie worden beïnvloed. Hiertoe werden twee groepen bestudeerd waarin de ene groep wel behandeling met gecombineerde anti retrovirale therapie (cART) kreeg en de andere groep nog niet met cART behandeld werd. De groep mannen die wel werden behandeld met cART hadden toegenomen BTMs in vergelijking met de onbehandelde mannen. In beide groepen bleef de wervelkolom BMD stabiel en nam de BMD van de heup af. Dit verschil kan verklaard worden door actievere ziekte in de behandelde groep en anderzijds ook door het effect van cART zelf (met name het middel tenofovir) op bot. Dit medicijn zorgt dat er meer fosfaat wordt uitgescheiden via de urine, hetgeen een negatief effect heeft op de botkwaliteit. Tegenwoordig worden HIV patiënten direct na diagnose stelling met cART behandeld, dit maakt dat deze studie een schaarse patiënten groep beschrijft.

**Hoofdstuk 7** bevat een studie waarin wij hebben gekeken naar verschillen in vitamine D metabolieten, FGF23 en BTMs in patiënten met MS in vergelijking met hun gezonde controles. Aangezien vitamine D deels gekoppeld zit aan eiwitten hebben wij ook deze eiwitten gemeten (onder andere vitamin D binding protein (VDBP)) en vervolgens de vrije en biologisch beschikbare fractie van de verschillende vitamine D metabolieten berekend. Wij vonden geen verschil tussen FGF23 concentraties, de ratio $25(OH)D/24.25(OH)_2D$ of BTMs in MS patiënten en hun controles. MS patiënten hadden echter wel lagere biologisch beschikbare $25(OH)D$ en $1.25(OH)_2D$ concentraties vergeleken met de controles. Er was verder een verschil tussen mannelijke en vrouwelijke patiënten, waarbij VDBP hoger was in mannelijke MS patiënten. Deze studie toont aldus een verschil in vitamine D metabolisme tussen MS en gezonde controles.

Ten slotte bevat **hoofdstuk 8** een pilot studie waarin wij hebben uitgezocht of FGF23 een potentiele biomarker kan zijn in patiënten met prostaatkanker. Eerdere literatuur suggereerde dat op cel niveau de groeifactor activiteit in prostaatkanker cellen toenam onder invloed van FGF23. Echter in onze klinische studie zagen wij dat niet terug, aangezien FGF23 niet verhoogd was in de prostaatkanker groep in vergelijking met gezonde mannen en mannen met een vergrote prostaat zonder dat hierin kanker aanwezig was. Wij toonden in deze studie aan dat de nierfunctie van belang is bij de interpretatie van FGF23 concentraties, aangezien deze concentratie toeneemt bij afnemende nierfunctie. Concluderend vinden wij FGF23 geen geschikte biomarker in prostaatkanker.

## Klinische implicaties van dit proefschrift

Ten eerste hebben wij middels **hoofdstuk 2** uit dit proefschrift kennis bij elkaar gebracht over het nut en de beperkingen van BTM bepalingen in de kliniek. Clinici hebben nu meer handvatten welke BTM wanneer kan worden aangevraagd en hebben wij inzicht verschaft over de potentiele valkuilen per bepaling en bij de interpretatie van de uitslagen.

PLAINTIFFS007399

Ten tweede, op basis van hoofdstuk **3 tot en met 5** zien wij geen meerwaarde van het bepalen van BTMs als onderdeel van standaard transgender zorg, noch in adolescenten noch in volwassenen. Het is voor met name trans vrouwen van belang een eventueel vitamine D tekort na te gaan en indien nodig suppletie te starten. Verder dienen leefstijladviezen zoals voldoende lichaamsbeweging, zonlichtexpositie, calcium inname en het staken van roken en liefst ook alcohol besproken te worden. Aangezien vooral trans vrouwen lagere BMD hebben, dient in deze groep laagdrempelig een DXA verricht te worden, bijvoorbeeld in geval van botbreuken op jonge leeftijd. In de adolescenten studie **(hoofdstuk 3)** illustreren wij de nadelige effecten van puberteitsremmers op de botkwaliteit. Concluderend zien wij in zowel adolescenten als volwassenen transgender personen geen nadelige effecten van HT op de botgezondheid in deze korte-termijn studies. Tenslotte is het van groot belang dat de therapietrouw ten aanzien van de hormoontherapie wordt nagegaan, gezien de positieve rol van oestrogenen op de botgezondheid, die uit al onze studies naar voren komt.

Als derde punt noemen wij dat op grond van **hoofdstuk 6** er geen noodzaak is tot routinematig bepalen van BTMs tijdens behandeling van mannelijke HIV patiënten. BTMs kunnen wel gemeten worden na wisselen van cART tenofovir voor een andere vorm van cART, om zodoende het effect op de botgezondheid te evalueren, aangezien dit via een DXA scan pas op veel later moment betrouwbaar kan worden bekeken. Aangezien er in deze patiëntgroep vaker een lage BMD wordt gevonden met een hoger risico op botbreuken, raden wij ook bij deze patiëntgroep leefstijladviezen ten aanzien van lichaamsbeweging, zonlicht, calcium, vitamine D, staken van roken en alcohol aan. Een DXA scan dient laagdrempelig verricht te worden in deze groep, bijvoorbeeld in geval van meerdere botbreuken.

Als vierde punt zien wij in MS patiënten geen redenen om BTMs te meten als onderdeel van hun periodieke controles. Op basis van **hoofdstuk 7** zien wij wel meerwaarde van het bestuderen van andere vitamine D metabolieten in patiënten met MS in toekomstige studies. Ook in deze patiëntgroep raden wij de eerder genoemde leefstijladviezen aan, met specifieke aandacht voor vitamine D suppletie indien nodig. Ook dient bij deze patiënten laagdrempelig een DXA scan verricht te worden om de botkwaliteit te evalueren.

Tenslotte zien wij op grond van **hoofdstuk 8** geen rol voor FGF23 als biomarker weggelegd in prostaatkanker patiënten. In deze studie komt verdere noodzaak van de interpretatie van FGF23 in het licht van de nierfunctie van de patiënt duidelijk naar voren.

## Toekomstperspectieven

In de studies beschreven in dit proefschrift hebben wij de BTMs zoveel mogelijk gerelateerd aan uitslagen van DXA. Er zijn echter ook grote studies nodig die naast vergelijking met DXA ook specifiek naar het risico op botbreuken in relatie tot de BTMs en veranderingen hiervan kijken, aangezien botbreuken een klinische uiting (kunnen) zijn van verminderde botkwaliteit. Verder dienen studies te worden verricht waarin bothistomorphometrie en geometrische verschillen in bot bijvoorbeeld door middel van het berekenen van trabecular bone score (TBS) via DXA worden meegenomen als uitkomstmaten om zodoende een beter beeld van de totale botgezondheid te verkrijgen.

179

PLAINTIFFS007400

Ten aanzien van de studies in de transgender personen, zijn er grote studies nodig om na te gaan of het bij geboorte toegewezen geslacht als referentie geslacht moet worden blijven gebruikt. In MS patiënten lijkt er een immuun systeem modulerende rol van vitamine D en VDBP te bestaan, welke nog verder bestudeerd dienen te worden. Tevens dienen de gevonden geslachtsverschillen ten aanzien van het vitamine D-FGF23 metabolisme in deze patiëntgroep verder uitgezocht te worden. Ten aanzien van prostaatkanker, maar ook bij andere vormen van kanker is het wenselijk dat er studies gedaan worden om na te gaan of andere BTMs kunnen worden gebruikt ter monitoring van kanker met risico op botuitzaaiingen.

Tenslotte is er op klinisch chemisch gebied noodzaak om de standaardisatie van de BTM te verbeteren vanwege de grote variatie tussen verschillende assays die per BTM worden gebruikt in de verscheidene laboratoria wereldwijd. Hierdoor blijft het vergelijken van studie uitkomsten tot op heden nog moeizaam. Verder dienen er adequate referentiewaardes per leeftijd en geslacht per BTM worden vastgesteld. Naar verwachting zullen alle bovenstaande punten verder bijdragen aan de verbetering van de bot gezondheid van onze patiënten.

## Conclusie

Studies in dit proefschrift dragen bij aan kennis over BTMs vanuit zowel klinisch als klinisch chemisch perspectief. Wij hebben in dit proefschrift onderzocht wanneer BTMs van klinisch toegevoegde waarde zijn. BTMs zijn te gebruiken als diagnosticum van tumor geïnduceerde osteomalacie, ziekte van Van Buchem, ziekte van Paget en hypofosfatemische rachitis. Verder zijn zij te gebruiken ter monitoring van de ziekte activiteit in chronische nierziekte en ziekte van Paget. Tenslotte zijn BTMs geschikt ter evaluatie van het behandeleffect in patiënten met osteoporose. Momenteel zijn de BTMs (nog niet) geschikt als indicator van het risico op botbreuken in de individuele patiënt.

Op grond van de resultaten uit de studies in dit proefschrift achten wij het niet nodig om BTMs te meten als onderdeel van standaard patiëntenzorg in transgender personen (adolescenten en volwassenen), HIV, MS of prostaatkanker patiënten. Het verdient aanbeveling in deze groepen een DXA te verrichten in geval van botbreuken en/of hoog risico op een botbreuk, lage vitamine D concentraties en ter evaluatie van eerder bekende lage BMD. Al met al hebben wij wel aangetoond dat BTMs geschikt zijn voor een directe evaluatie van het botmetabolisme ten opzichte van de langere termijn DXA meting.

Gezien de verscheidene kanttekeningen bij de bepaling en interpretatie van een BTM blijft het een uitdaging voor de clinicus welke BTM de beste keuze is. Wij benadrukken op grond van onze studies de noodzaak voor de clinicus zich te informeren over de potentiele valkuilen per BTM. Wij adviseren daarom om laagdrempelig met een klinisch chemicus te overleggen om zodoende de meest geschikte BTM aan te kunnen vragen en onjuiste interpretatie te voorkomen. Ten aanzien van de bepaling van een BTM zijn een gestandaardiseerde sample afname, verzameling en analyse de hoeksteen van iedere BTM meting. Verder dient een BTM meting liefst in de ochtend na een nacht vasten te worden afgenomen, om zo de invloed van het dag-nacht ritme en voedselinname op de BTM concentratie te reduceren. Bij de interpretatie dient ten slotte altijd rekening gehouden te worden met het geslacht, de leeftijd van patiënt, recente botbreuken en de lever- en nierfunctie.

180

PLAINTIFFS007401

Concluderend draagt het meten van BTMs bij in de diagnostiek en monitoring van primaire botziekten. Er is weinig toegevoegde waarde voor het meten van BTMs bij andere ziekten, ook al hebben die effect op het bot. Nieuw onderzoek naar BTMs met gestandaardiseerde assays onder gestandaardiseerde afname condities, met speciale aandacht voor nieuwe bot gerelateerde markers zoals FGF23 en sclerostine, is nodig. Hierdoor kan worden onderzocht of deze markers toegevoegde waarde hebben in andere klinische situaties.



PLAINTIFFS007402

PLAINTIFFS007403

# Part VI

## APPENDICES

PLAINTIFFS007404

PLAINTIFFS007405

## List of publications

**Mariska C Vlot\***, Laura Boekel\*, Jolijn Kragt, Joep Killestein, Barbara M. van Amerongen, Robert de Jonge, Martin den Heijer and Annemieke C. Heijboer. *Multiple Sclerosis Patients Show Lower Bioavailable 25(OH)D and 1,25(OH)$_2$D, but No Difference in Ratio of 25(OH)D/24,25(OH)$_2$D and FGF23 Concentrations*, Nutrients 2019 (nov) 15;11(11) \*these authors contributed equally

Chantal M Wiepjes, **Mariska C Vlot**, Christel J M de Blok, Nienke M Nota, Renate T de Jongh, M den Heijer, *Bone geometry and trabecular bone score in transgender people before and after short- and long-term hormonal treatment,* Bone 2019 Oct;127:280-286

C.M. Wiepjes, C.J.M. de Blok, A.S. Staphorsius, N.M. Nota, **M.C. Vlot**, R.T. de Jongh, M. den Heijer, *Fracture risk in trans women and trans men using long-term gender-affirming hormonal treatment: a nationwide cohort study,* J Bone Miner Res 2019 Sep 5

**Mariska C Vlot**, Chantal M Wiepjes, Renate T de Jongh, Guy T'Sjoen, Annemieke C Heijboer, Martin den Heijer, *Gender-affirming hormonal treatment decreases bone turnover in transwomen and older transmen,* J Bone Miner Res 2019 May 17

van Raalte DH, van der Palen E, Idema P, Wong L, Keet SWM, **Vlot M**, Tukkie R, van Vlies B, Serné EH, Ten Kate RW. *Peripheral Insulin Extraction in Non-Diabetic Subjects and Type 2 Diabetes Mellitus Patients.* Exp Clin Endocrinol Diabetes. 2018 Dec 17



Wiepjes CM, de Jongh RT, de Blok CJ, **Vlot MC**, Lips P, Twisk JW, den Heijer M, *Bone Safety During the First Ten Years of Gender-Affirming Hormonal Treatment in Transwomen and Transmen.* J Bone Miner Res. 2018 Dec 7

**Vlot M.C.**, M. den Heijer, de Jongh R.T., Vervloet, M.G., Lems W.F., de Jonge R., Obermayer Pietsch B., Heijboer A.C., *Clinical utility of bone markers in various diseases,* Bone 2018 Sep;114:215-225

van Nieuwpoort, I.C., **Vlot, M.C.,** Schaap, L.A., Lips, P., Drent, M.L., *The relationship between serum IGF-1, handgrip strength, physical performance and falls in elderly men and women,* Eur J Endocrinol 2018 Aug; 179(2);73-84

**Vlot, M.C.,** Grijsen, M.L., Prins, J.M., de Jongh, R.T., de Jonge, R, den Heijer, M, Heijboer, A.C., *Effect of antiretroviral therapy on bone turnover and bone mineral density in men with primary HIV-1 infection*, PLoS ONE 2018 Mar 9;13(3):e0193679

**Vlot, M.C.,** Bijnsdorp, L., den Heijer, M, de Jonge, R, van Moorselaar, R.J.A. & Heijboer, A.C., *Plasma FGF23 is not elevated in prostate cancer*, Clin Chim Acta 2018 Mar;478:129-131

PLAINTIFFS007406

Appendices

Wiepjes, C.M., **Vlot, M.C.**, Klaver M., Nota, N.M., de Blok, C.J.M., de Jongh, R.T., Lips, P, Heijboer, A.C., Fisher A.D., Schreiner, T., T'Sjoen, G., den Heijer M. *Bone mineral density increases in trans persons after one year hormonal treatment: a multicenter prospective observational study*, Journal of Bone and Mineral Research, 2017(6);1252-1260

**Vlot, M.C.**, Klink, D.T., den Heijer, M., Blankenstein, M.A., Rotteveel, J., Heijboer, A.C., *Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents.* Bone 2017 Feb;95:11-19

van Raalte, D.H., **Vlot, M.C.**, Zwijnenburg A., ten Kate, R.W., *F18-Choline PET/CT: a novel tool to localize parathyreoid adenoma?* Clin Endocrinol 2015 Jun;82(6)910-2

**Vlot M**., De Jong M., De Ronde P., Tukkie R., *A surprising cause of reversible dilated cardiomyopathy*, BMJ Case Rep 2014; May;30



186

## Contributing authors and affiliations

van Amerongen BM, PhD
Department of Molecular Cell Biology and Immunology, Amsterdam University Medical Center, Vrije Universiteit Amsterdam, Amsterdam, the Netherlands

Bijnsdorp IV, PhD
Department of Urology, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

Blankenstein MA, PhD
Department of Clinical Chemistry, Endocrine Laboratory, Amsterdam University Medical Center, the Netherlands

De Blok CJ, MD
Department of Endocrinology and Center of Expertise on gender Dysphoria, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

Boekel L
Department of Clinical Chemistry, Endocrine Laboratory, Amsterdam University Medical Center, Amsterdam, the Netherlands

Fisher AD, MD PhD
Sexual Medicine and Andrology Unit, Department of Experimental, Clinical, and Biomedical Sciences, University of Florence, Florence, Italy

Grijsen ML, MD PhD
- Department of Internal Medicine, Infectious Diseases, Center for Infection and Immunity, Amsterdam University Medical Center, location AMC, Amsterdam, Amsterdam, the Netherlands
- Department of Dermatology, Leiden University Medical Center, Leiden, the Netherlands

Heijboer AC, PhD
Department of Clinical Chemistry, Endocrine Laboratory, Amsterdam University Medical Center, Amsterdam, the Netherlands

den Heijer M, MD PhD
Department of Endocrinology and Center of Expertise on gender Dysphoria, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands



PLAINTIFFS007408

Appendices

de Jonge R, PhD
Department of Clinical Chemistry, Amsterdam University Medical Center, Amsterdam, The Netherlands

de Jongh RT, MD PhD
Department of Internal Medicine, division of Endocrinology, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

Killestein J, MD PhD
Department of Neurology, Amsterdam Neuroscience, MS Center Amsterdam, Amsterdam University Medical Center, location VUmc, the Netherlands

Klaver M, MD PhD
Department of Endocrinology and Center of Expertise on gender Dysphoria, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

Klink DT, MD PhD
Department of Pediatrics, Division of Pediatric Endocrinology, Ghent University Hospital, Ghent, Belgium



Kragt J, MD PhD
Department of Neurology, Reinier de Graaf Gasthuis, Delft, the Netherlands

Lems WF, MD PhD
Department of Rheumatology, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

Lips P, MD PhD
Department of Internal Medicine and Center of Expertise on Gender Dysphoria, Amsterdam University Medical Center, location Vumc, Amsterdam, the Netherlands

Van Moorselaar RJA, MD PhD
Department of Urology, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

Nota NM, MD PhD
Department of Endocrinology and Center of Expertise on gender Dysphoria, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

PLAINTIFFS007409

Obermayer – Pietsch B, MD PhD
Department of Internal Medicine, Endocrinology and Diabetology, Medical University of Graz, Graz, Austria

Prins JM, MD PhD
Department of Internal Medicine, Amsterdam University Medical Center, Amsterdam, the Netherlands

Rotteveel J, MD PhD
Department of Pediatrics, Division of Endocrinology, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

Schreiner T, MD
Department of Endocrinology, Oslo University Hospital, Oslo, Norway

T'Sjoen G, MD PhD
Department of Endocrinology & Center for Sexuology and Gender, Ghent  University Hospital, Ghent, Belgium

Vervloet MG, MD PhD
Department of Nephrology, Amsterdam Cardiovascular Sciences (ACS), Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

Wiepjes CM, MD
Department of Endocrinology and Center of Expertise on gender Dysphoria, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands



PLAINTIFFS007410

Appendices

# Portfolio

## Presentations at (inter)national conferences and symposia

2020

*Multiple sclerosis patients show lower bioavailable 25(OH)D and 1,25(OH)$_2$D, but no difference in ratio of 25(OH)D/24,25(OH)$_2$D and FGF23 concentrations,* Dutch Endocrine Meeting, Noordwijkerhout, the Netherlands, poster pitch

2019

*Gender-affirming hormonal treatment decreases bone turnover in transwomen and older transmen,* Dutch Endocrine Meeting, Noordwijkerhout, the Netherlands, oral presentation

2018

*Bone turnover markers and bone mineral density in transgender people treated with gender-affirming hormones: a prospective study,* World Professional Association for Transgender Health (WPATH), Buenos Aires, Argentina, oral presentation



*Estrogen Decreases Bone Turnover and Increases Bone Mineral Density in Transwomen: a Prospective Study,* American Society for Bone and Mineral Research (ASBMR), Quebec, Canada, poster presentation

2017

*Effect of HIV status and antiretroviral therapy on bone turnover and bone mineral density in HIV positive men,* Dutch Endocrine Meeting, Noordwijkerhout, the Netherlands, poster pitch

*Effect of HIV status and antiretroviral therapy on bone turnover and bone mineral density in HIV positive men,* yearly conference of the Netherlands Society for Clinical Chemistry and Laboratory Medicine (NVKC), Scheveningen, the Netherlands, poster pitch

2016

*Effect of postponing puberty and cross-sex hormone therapy on bone turnover markers (and BMAD) in transgender adolescents,* Dutch Endocrine Meeting, Noordwijkerhout, the Netherlands, oral presentation

*Effect of postponing puberty and cross-sex hormone therapy on bone turnover markers (and BMAD) in transgender adolescents,* yearly conference of the NVKC, Papendal, the Netherlands, oral poster presentation

*Effect of postponing puberty and cross-sex hormone therapy on bone turnover markers (and BMAD) in transgender adolescents,* World Professional Association for Transgender Health (WPATH), Amsterdam, the Netherlands, oral presentation

PLAINTIFFS007411

*Effect of postponing puberty and cross-sex hormone therapy on bone turnover markers (and BMAD) in transgender adolescents*, Science exchange day, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands, poster presentation

*Effect of postponing puberty and cross-sex hormone therapy on bone turnover markers (and BMAD) in transgender adolescents*, European Young Endocrine Scientist meeting (EYES), Moscow, Russia, oral presentation

*Effect of postponing puberty and cross-sex hormone therapy on bone turnover markers and BMAD in transgender adolescents*, European Calcified Tissue Society (ECTS), Rome, Italy, poster pitch

## 2015

*Effect of one year cross-sex hormonal treatment on bone mineral density of lumbar spine and hip in transgender patients*, European Calcified Tissue Society (ECTS), Rotterdam, the Netherlands, poster presentation

*Effect of one year cross-sex hormonal treatment on bone mineral density of the lumbar spine in transgender patients,* European Society for Endocrinology (ESE) Summerschool, Bregenz, Austria, poster presentation



*Effect of postponing puberty and cross-sex hormone therapy on bone turnover markers (and BMAD) in transgender adolescents,* European Society for Endocrinology (ESE) Summerschool, Bregenz, Austria, poster presentation

*Effect of one year cross-sex hormonal treatment on bone mineral density of lumbar spine and hip in transgender patients*, European Congress of Endocrinology (ECE), Dublin, Ireland, guided poster presentation

*Effect of postponing puberty and cross-sex hormone therapy on bone turnover markers (and BMAD) in transgender adolescents*, young Dutch Endocrine Society (JNVE), Leiden, the Netherlands, oral presentation

*Effect of postponing puberty and cross-sex hormone therapy on bone turnover markers (and BMAD) in transgender adolescents*, Dutch Society for Calcium and Bone Metabolism (NVCB), Zeist, the Netherlands, oral presentation

*Effect of one year cross-sex hormonal treatment on bone mineral density of lumbar spine and hip in transgender patients*, European Network for the Investigation of Gender Incongruence (ENIGI) meeting, Amsterdam, the Netherlands, poster pitch

PLAINTIFFS007412

Appendices

*Effect of one year cross-sex hormonal treatment on bone mineral density of the lumbar spine in transgender patients*, Science exchange day, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands, poster presentation

## Invited presentations
### 2020
*Hypogonadism in adult men,* presentation of Dutch guideline, on behalf of the Gonadal Endocrinology network group of the Dutch Endocrinology Society (NVE), Dutch Endocrine Meeting, Noordwijkerhout, the Netherlands

### 2019
*Bone in balance: the clinical utility of bone turnover markers,* Dutch Endocrine Meeting, Noordwijkerhout, the Netherlands

*Additional options of using DXA-scans,* Dutch course on bone health, Amsterdam University Medical Center, location VUmc, Amsterdam, the Netherlands

### 2018
*Bone health in transgender persons,* European Society for Endocrinology (ESE), Summerschool, Berlin, Germany



### 2017
*Secondary osteoporosis,* European Society for Endocrinology (ESE) post-graduate course, Lviv, Ukrain

*Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers (and BMAD) in transgender adolescents,* European Society for Endocrinology (ESE) post-graduate course, Moscow, Russia

*Auto-immune related infertility?* European Society for Sexual Medicine (ESSM), Nice, France

## Awards and grants
### 2016
RYES award (Russian Young Endocrinologist Society) at European Young Endocrine Scientist meeting (EYES), Moscow, Russia, best oral presentation

Travel grant European Society of Endocrinology (ESE)

### 2015
Travel grant European Society of Endocrinology (ESE)

PLAINTIFFS007413

### Extracurricular activities

| | |
|---|---|
| 2018 – current | Member of the Gonadal Endocrinology network group, part of Dutch Endocrine Society (NVE), one of main authors of Dutch guideline "Hypogonadism in adult men". |
| 2014 - 2019 | Board member of the Young Dutch Endocrine Society (JNVE), treasurer and conference organization |
| 2014 – 2019 | Supervisor of several students e.g. research minor students and honour programme students |
| 2018 | Co-organizer of the track Endocrinology within the minor of the study of Medicine, Amsterdam University Medical Center, location VUmc, the Netherlands |
| 2017 | Mellanby Center training course: Clinical use of bone turnover markers, Salzburg, Austria |
| 2014 – 2016 | Chair and organizer of the monthly interdisciplinary bone research meeting, Amsterdam University Medical Center, location VUmc, the Netherlands |
| 2015 | Course Clinical Epidemiology, EpidM, Rolduc, the Netherlands "Epidemiological research, design and interpretation", EpidM Vrije Universiteit, Kerkrade, the Netherlands |
| 2015 | Course Scientific Writing, Vrije Universiteit, Amsterdam, the Netherlands |
| 2014 | Course Biostatistics, Amsterdam University Medical Center, location VUmc, the Netherlands |
| 2013 – 2014 | SPSS and SPSS advanced course, Linnaeus Institute, Spaarne Gasthuis, location Haarlem, the Netherlands |



PLAINTIFFS007414

Appendices

## About the author

Mariska Caroline Vlot was born in Leiden, the Netherlands, on the 12th of December 1984. She completed her pre-university education (gymnasium) at the Herbert Vissers College in Nieuw-Vennep, the Netherlands in 2003. In 2003, she started studying medicine at the Vrije Universiteit (VU) in Amsterdam, the Netherlands, after successfully completing a selection procedure for medical students. During her studies she finished a scientific internship at the andrology department of the Concord Repatriation General Hospital of Sydney, Australia. Her interest in endocrinology was raised further by completing several endocrine based teaching classes and by a voluntary internship at the endocrinology department of the Leiden University Medical Center (LUMC), the Netherlands.

In 2010, Mariska graduated Cum Laude after which she directly proceeded with her further career as resident Internal Medicine being supervised by prof. dr. R.T. ten Kate and dr. W.de Ronde in the Kennemer Gasthuis hospital (currently named Spaarne Gasthuis), Haarlem, the Netherlands, from 2010 to 2014. She travelled to Bonaire, the Netherlands Antilles, in the last year of her residency to complete a facultative junior-internist supervision internship. She finished the first four years of her residency Internal Medicine in 2014. Mariska then temporarily discontinued her residency to perform PhD research.



From 2014 to 2017, Mariska worked at the Endocrine laboratory and Endocrinology department of the Amsterdam University Medical Center (Amsterdam UMC), location VUmc, the Netherlands, where she was supervised by prof. dr. M. den Heijer, prof. dr. M.A. Blankenstein (until he became professor emeritus), prof. dr. R. de Jonge and dr. A.C. Heijboer. During her PhD research, she was board member of the young Dutch Endocrine Society (JNVE) as treasurer and conference organizer from 2015 until 2019.

In 2017 Mariska resumed her residency Internal Medicine and started her specialty in Endocrinology at the Amsterdam University Medical Center, location VUmc, the Netherlands. She continued her PhD research in the same period. She became a member of the Gonadal Endocrinology network group of the Dutch Endocrine Society (NVE) in 2018. She completed her specialization in Endocrinology at the end of 2019. Mariska is currently working as internist-endocrinologist at the St Jansdal hospital, Harderwijk and Lelystad, the Netherlands.

PLAINTIFFS007415

# List of abbreviations

| | |
|---|---|
| ALP | alkaline phosphatase |
| ALT | alanine transaminase |
| AST | aspartate transaminase |
| BALP | (bone specific) alkaline phosphatase |
| BMAD | bone mineral apparent density |
| BMD | bone mineral density |
| BMI | body mass index |
| BTM | bone turnover marker |
| cART | combination antiretroviral therapy |
| CI | confidence interval |
| CIS | clinically isolated syndrome |
| CHT | cross-sex hormonal treatment = gender-affirming hormonal treatment |
| CSHT | cross-sex hormone therapy = gender-affirming hormonal treatment |
| CTX | carboxy-terminal telopeptide of type I collagen |
| DPD | deoxypyridinoline |
| DXA | dual-energy X-ray absorptiometry |
| EDSS | expanded disability status scale |
| eGFR | estimated glomerular filtration rate |
| ENIGI | European network for investigation of gender incongruence |
| FGF23 | fibroblast growth factor-23 |
| FN | femoral neck |
| FtM | female to male = trans men |
| γGT | gamma-glutamyltransferase |
| GnRHa | gonadotropin-releasing hormone analogue |
| HIV | human immunodeficiency virus |
| HT | hormone therapy = gender-affirming hormonal treatment |
| ICTP | cross-linked carboxy-terminal telopeptide of type I collagen |
| IQR | interquartile range |
| LH | luteinizing hormone |
| LS | lumbar spine |
| MS | multiple sclerosis |
| MSM | men who have sex with men |
| MtF | male to female = trans women |
| NTX | amino-terminal telopeptide of type I collagen |
| OC | osteocalcin |
| PCa | prostate cancer |
| PHI | primary HIV-infection |
| PICP | carboxy-terminal propeptide of type I procollagen |
| PINP | amino-terminal propeptide of type I procollagen |



PLAINTIFFS007416

Appendices

| | |
|---|---|
| PPMS | primary progressive MS |
| PSA | prostate specific antigen |
| PTH | parathyroid hormone |
| PYD | pyridinoline |
| RANKL | receptor activator of nuclear factor kappa-B ligand |
| RRMS | relapsing remitting MS |
| SPMS | secondary progressive MS |
| SP + R | secondary progressive + remitting |
| T | testosterone |
| Trans men | assigned with female gender at birth, but identifying himself as male |
| Trans women | assigned with male gender at birth, but identifying herself as female |
| TRAP5b | tartrate resistant alkaline phosphatase 5b |
| VDBP | vitamin D binding protein |



196

PLAINTIFFS007417

 

Amsterdam Movement Sciences conducts scientific research to optimize physical performance in health and disease based on a fundamental understanding of human movement in order to contribute to the fulfillment of a meaningful life.

PLAINTIFFS007418