Human Reproduction, Vol.36, No.10, pp. 2753–2760, 2021
Advance Access Publication on August 19, 2021   doi:10.1093/humrep/deab169

**human reproduction**

**ORIGINAL ARTICLE  Reproductive endocrinology**

# Functional ovarian reserve in transgender men receiving testosterone therapy: evidence for preserved anti-Müllerian hormone and antral follicle count under prolonged treatment

I. Yaish [1,2], K. Tordjman [1,2], H. Amir [2,3], G. Malinger [2,3], Y. Salemnick [2,3], G. Shefer [1,2], M. Serebro [1], F. Azem [2,3], N. Golani [1], Y. Sofer [1], N. Stern [1,2], and Y. Greenman [1,2,*]

[1] Institute of Endocrinology, Diabetes, Metabolism and Hypertension, Tel Aviv-Sourasky Medical Center, Tel Aviv, Israel  [2] Sackler Faculty of Medicine, Tel Aviv University, Tel Aviv, Israel  [3] Lis Maternity Hospital, Tel Aviv-Sourasky Medical Center, Tel Aviv, Israel

*Correspondence address. Institute of Endocrinology, Diabetes, Metabolism and Hypertension, Tel Aviv-Sourasky Medical Center, 6 Weizmann Street, Tel Aviv 64239, Israel. Tel: +972-3-6973732; E-mail: Yonagr@tlvmc.gov.il. https://orcid.org/0000-0003-4923-488x

Submitted on March 2, 2021; resubmitted on June 19, 2021; editorial decision on June 25, 2021

**STUDY QUESTION:** Is the functional ovarian reserve in transgender men affected by testosterone therapy?

**SUMMARY ANSWER:** Serum anti-Müllerian Hormone (AMH) levels slightly decrease during testosterone treatment but remain within the normal range, suggesting preserved follicular ovarian reserve.

**WHAT IS KNOWN ALREADY:** Few small studies have investigated the impact of gender-affirming treatment on reproduction in transgender men. Conflicting results were reached concerning ovarian morphology and AMH levels in this context.

**STUDY DESIGN, SIZE, DURATION:** The study consisted of two arms. The first arm was a prospective pilot study, which enrolled 56 transgender men (median age 22.5 [interquartile range (IQR)—19–27.7] years), 27 of whom had polycystic ovary syndrome (PCOS), prior to the initiation of gender-affirming testosterone therapy. A structured assessment was conducted prior to, and at 3 and 12 months after treatment initiation. The second arm was a cross-sectional study that comprised 47 transgender men (median age 24 [IQR—20–31] years) who received testosterone for a median duration of 35 [IQR 13–62] months. The main outcome measures were serum AMH and antral follicle count (AFC) as indices of ovarian follicular reserve.

**PARTICIPANTS/MATERIALS, SETTING, METHODS:** The study was conducted at a tertiary center for transgender health. Gender-affirming therapy was administered according to standard practice. AFC was determined by pelvic (abdominal or transvaginal) ultrasound and blood collection for measurements of AMH, testosterone, estradiol, LH and FSH was performed at the designated time-points.

**MAIN RESULTS AND THE ROLE OF CHANCE:** Prospective arm for the entire group we observed a decrease of 0.71 ng/ml in AMH levels between baseline and 12 months ($P = 0.01$). When expressed in age-specific percentiles, AMH went from the 47.37th to the 40.25th percentile at 12 months ($P < 0.001$). In a sub-group analysis, a decline of 9.52 points in age-specific percentile was seen in subjects with PCOS ($P < 0.001$), while no changes were detected in the non-PCOS group. Testosterone treatment did not affect AFC over time in the entire cohort. In the sub-group analysis, a mean decrease of 5.0 follicles was detected between baseline and the 12 months assessment ($P = 0.047$) only in subjects with PCOS. In the cross-sectional study, AMH inversely correlated with age but not with treatment duration. Notably AMH did not deviate from the 50th age-specific percentile. Finally, four men fathered biological children after being under testosterone treatment for up to 12 years.

© The Author(s) 2021. Published by Oxford University Press on behalf of European Society of Human Reproduction and Embryology. All rights reserved.
For permissions, please email: journals.permissions@oup.com

Downloaded from https://academic.oup.com/humrep/article/36/10/2753/6355169 by guest on 16 April 2023

**LIMITATIONS, REASONS FOR CAUTION:** The limited sample size of the pilot study should be kept in mind. An additional limitation is the lack of a control group in the prospective study, as each participant served as his own control. Also, roughly 40% of the ultrasound examinations were performed transabdominally, potentially affecting the accuracy of the AFC measurements.
As study participants were quite young, our reassuring data may not apply to older transgender men, either because of an age-related decline in ovarian reserve or to possible long-term effects of testosterone therapy. Furthermore, the chances for fertility preservation may be more limited in subjects with PCOS.
**WIDER IMPLICATIONS OF THE FINDINGS:** This is an additional contribution to the emerging evidence that prolonged testosterone treatment may not be a major obstacle to later fertility potential in transgender men desirous of having children. Larger confirmatory studies, and particularly more with reproductive outcome data, are needed for evidence-based fertility counseling prior to treatment initiation in these subjects.
**STUDY FUNDING/COMPETING INTEREST(S):** This study received no funding. The authors have no competing interests to declare.
**TRIAL REGISTRATION NUMBER:** N/A.

**Key words:** transgender men / fertility preservation / gender-affirming therapy / anti-Müllerian hormone / antral follicle count

## Introduction

A growing number of people worldwide identify themselves as transgender. In the USA alone, the estimated number of transgender adults is 1.4 million, or 0.6% of the population, and this figure may reach 1.3% among adolescents (Shields *et al.*, 2013; Flores *et al.*, 2016). There has been a common belief that transgender people may not desire to have biological children. Until recently, several legislations even mandated proof of incapacity to reproduce as a requisite for legal gender reassignment (Dunne, 2017). Since then, several studies have documented an earnest desire for reproduction among many transgender individuals about to undergo a gender-affirming process, and the general attitude in this respect is rapidly evolving (Auer *et al.*, 2018; Persky *et al.*, 2020).

Gender-affirming therapy in transgender men (those assigned female gender at birth but who self-identify as male) commonly consists of various testosterone preparations. Although successful pregnancies carried by transgender men have been reported (Light *et al.*, 2018), the long-term effects of testosterone therapy on fertility remain largely unknown. Consequently, several international medical organizations have recommend fertility counseling and consideration of fertility preservation before starting hormonal therapy (Coleman *et al.*, 2012; Ethics Committee of the American Society for Reproductive Medicine, 2015; Hembree *et al.*, 2017; Mayhew and Gomez-Lobo, 2020).

Despite the desire to have children, the majority of transgender men do not go through the process of preserving oocytes or embryos. A multitude of obstacles, including the high cost of the procedure, the emotional stress, the potential exacerbation of gender dysphoria caused by the ovarian stimulation required for oocyte retrieval, unwillingness to carry a pregnancy in the future and the difficulties involved in achieving a surrogate pregnancy, all significantly decrease the willingness to postpone the much-desired gender-affirming treatment initiation (T'sjoen *et al.*, 2013). Some of those who choose not to perform fertility preservation end up regretting their choice later in life and seek consultation concerning available options, but data concerning fertility at this stage, even if testosterone is withheld, are scarce.

Fertility preservation in transgender men is recommended prior to gender-affirming therapy in part for fear that testosterone might be deleterious to ovarian reserve. Some preclinical experience, particularly in primates, suggested that exogenously administered testosterone is a driver of follicular growth, leading to a polycystic ovary syndrome (PCOS)-like phenotype (Vendola *et al.*, 1998). At the same time, early investigations of transgender men yielded conflicting results on this matter, with some reporting the presence of prominent atretic follicles and others polycystic ovary (PCO) morphology as a result of testosterone treatment (Moravek *et al.*, 2020).

Among the available tests that may predict ovarian reserve (as indirect markers for fertility potential) are serum levels of FSH, estradiol, inhibin-$\beta$, and anti-Müllerian hormone (AMH). Additionally, ultrasonographic features of antral follicle count (AFC) and ovarian volume are also used for that aim (Grynnerup *et al.*, 2012).

AMH is a dimeric glycoprotein of the transforming growth factor $\beta$ superfamily that is involved in growth and differentiation (Massagué, 1990). It is released from ovarian granulosa cells from birth until menopause, resulting in serum levels that are proportional to the number of early developing follicles, with small antral follicles (5–8 mm) making the greatest contribution to AMH blood level (Rajpert-De Meyts *et al.*, 1999; Jeppesen *et al.*, 2013). Very few studies using different treatment protocols have looked at AMH levels under testosterone treatment in transgender men, and these have had conflicting results, from dramatic suppression to almost no impact (Caanen *et al.*, 2015; Tack *et al.*, 2016; Taub *et al.*, 2020).

Given the scant and inconclusive information in the literature along with anecdotal reports of successful pregnancies in transgender men after transitioning, we hypothesized that testosterone treatment would significantly affect ovarian reserve without obliterating it altogether. Under this premise, we conducted this single-center prospective and cross-sectional study to assess the effect of testosterone treatment on ovarian reserve, using AMH and AFC as indices of future fertility potential in transgender men.

## Materials and methods

### Subjects and inclusion criteria

All subjects were recruited from the Transgender Health Center within the Institute of Endocrinology, Diabetes, Metabolism and

Hypertension at Sourasky-Tel Aviv Medical Center between 06/2014 and 07/2018. The study included transgender men (gender dysphoria diagnosed by qualified psychiatrist/psychologist/social worker) aged 16 years and older. None of the participants had undergone hysterectomy, salpingo-oophorectomy or gender-confirming surgery before or during the study. None of the subjects in the prospective study had borne children.

## Study setting, design, sample size, and protocol

The study consisted of two arms. The first arm was a prospective study, which enrolled transgender men prior to the initiation of gender-affirming testosterone therapy, thus, allowing for a pre-treatment evaluation, and a structured assessment over the ensuing 12 months. Although data from the literature were conflicting, we assumed that testosterone treatment would result in a significant AMH decrease of at least 1 ng/ml over the course of a year, five times the average expected annual decrease (Seifer et al., 2011). To demonstrate such an effect, a sample size of 28 was needed. However, as the nature of this pilot study was exploratory, we set out to augment enrollment, to up to double this number. The second arm was a cross-sectional, one time point study of a convenience cohort of transgender men who had already been under testosterone therapy at our center for varying amounts of time. Reproductive outcomes of subjects in this cohort, after initiation of treatment and until the latest clinic visit, were also documented.

For the prospective study, all subjects underwent a baseline assessment that consisted of anthropometric measurements, sex hormone and AMH determinations, and ultrasound assessment of endometrial thickness and AFC. Subjects were then requested to return for the same evaluation at 3 and 12 months after beginning treatment. The presence of PCOS at baseline was determined using the Rotterdam criteria (Rotterdam ESHRE/ASRM-Sponsored PCOS Consensus Workshop Group, 2004).

Treatment initiation consisted of either injectable testosterone enanthate (Testoviron Depot, Bayer, Germany) at doses ranging from 100 to 250 mg every 2 or 3 weeks, or applications of transdermal testosterone gel (Testomax, Perrigo, Israel) in daily doses of either 25 or 50 mg. For the cross-sectional study, all subjects underwent all of the above determinations at a single time point while receiving either testosterone enanthate, testosterone gel, or injections of testosterone undecanoate (Nebido, Bayer, Germany) 1000 mg every 12 weeks, for varying lengths of time.

The study received the approval of the local human studies ethical committee (approval number 496-14), and all participants gave written informed consent.

## Serum hormone determinations

For baseline assessments, early follicular phase blood samples were taken in the morning after an overnight fast. After separation, serum was kept at $-20^\circ C$ until assayed. AMH was measured by an electro chemiluminescent immunoassay using the Elecsys Cobas e411 analyzer system (Roche Diagnostics, GmbH, Mannheim, Germany) with a lower limit of detection of 0.007 ng/ml (inter- and intra-assay variation 3.69% and 1.2%, respectively). AMH concentrations were expressed both in absolute values, and as age-specific percentiles derived from a total of 2226 healthy menstruating women, between the ages of 17 and 54 years (Anckaert et al., 2016; Racoubian et al., 2020). Under treatment, serum total testosterone concentration at trough level was determined using the Roche Elecsys Testosterone II assay for the Cobas e411 analyzer, with a lower limit of detection of 0.69–2.08 nmol/l (inter- and intra-assay variation 11.46% and 1.5%, respectively). Serum estradiol (inter- and intra-assay variation 8.58% and 2.4%, respectively), LH (inter- and intra-assay variation 6.77% and 13.1%, respectively, and FSH (inter- and intra-assay variation 4.5% and 4.2%, respectively) concentrations were measured by electro chemiluminescent immunoassays using the Immulite 2000 system (Siemens Healthineers Diagnostics, GmbH, Erlangen, Germany).

## Sonographic parameters

Endometrial thickness (ET) and AFC (i.e. follicles 2–10 mm diameter) were determined by pelvic (transvaginal or transabdominal, according to the subject's preference) ultrasound (US), using the GE Voluson E6 Ultrasound Machine (General Electric Healthcare, Boston, MA, USA). In the prospective group, 30 exams were transvaginal and 26 were transabdominal. In the cross-sectional group, pelvic US was performed in 29 of the 47 participants, of which 20 were trans-vaginal and 9 were transabdominal. All examinations were conducted by two experienced gynecologists, with the same device, using a consistent protocol and the same image-processing software.

## Statistical methods

Continuous variables were evaluated for normal distribution using histogram and QQ plot and reported as mean $\pm$SD or as median and interquartile range (IQR), as appropriate. Categorical variables were expressed as frequencies and percentages. Univariate and multivariate generalized estimating equations models were used for repeated measures analysis.

The two-sample Student's $t$-test or the Mann–Whitney test was used for the comparison of continuous variables between transgender subjects with and without PCOS, as appropriate. As previously indicated, to fully adjust for the known decrease of AMH with age, AMH concentrations were also expressed as age-specific percentiles. To compute those, we used the published values for the 5–25, 25–50, 50–75, and 75–90 year, age-specific percentile brackets (Racoubian et al., 2020). Assuming a linear progression of AMH values within any bracket, we then estimated the subject's percentile within his age-relevant bracket (the detailed computation can be found in the Supplementary data). Following this transformation, the one-sample Wilcoxon test was used to assess deviation from the age-specific 50th percentile. Correlations between age, duration of treatment, and AMH and AFC were performed through Spearman's correlation.

All statistical tests were two sided and $P < 0.05$ was considered as statistically significant. SPSS software (IBM SPSS Statistics for windows, version 25, IBM Corp., Armonk, NY, USA, 2017), and GraphPad Prism (version 8.0.0 for Windows, GraphPad Software, San Diego, CA USA) were used for statistical analyses and graph production.

Downloaded from https://academic.oup.com/humrep/article/36/10/2753/6355169 by guest on 16 April 2023

PLAINTIFFS007472

# Results

## Prospective study

### Baseline data

Fifty-six subjects enrolled in the prospective study, 27 of which fulfilled the criteria for PCOS. Five transgender men had the frank PCOS phenotype (oligomenorrhea, hyperandrogenism, and ultra-sonographic PCO), while the ovulatory (hyperandrogenism, PCO and regular menstrual cycles) and the non-PCO PCOS (oligomenorrhea, hyperandrogenism, and normal appearing ovaries on US) phenotypes were present in three and 19 subjects, respectively. The baseline clinical and biochemical data are presented in Table I. With the exception of AFC that was higher in subjects with PCOS, there were no differences in any of the variables between the two groups.

### Effect of testosterone treatment on indices of ovarian reserve: AMH and AFC

As a reflection of treatment, testosterone concentrations rose to a median of 20 [12–24] nmol/l at 3 months, and 23 [13.8–37] nmol/l at 12 months, with no difference between subjects with PCOS and no PCOS. As a result of treatment, for the entire group, there was a significant ($P = 0.034$) decrease in AMH concentration over time in the generalized linear model, consisting of a non-significant decrease of 0.33 ng/ml between baseline and 3 months ($P = 0.158$), and a significant decrease of 0.71 ng/ml between baseline and 12 months ($P = 0.01$). This decrease in AMH over time corresponded to a change in age-specific percentiles of 7.12 points ($P < 0.001$), from a mean of 47.37 at baseline to a mean of 40.25 at 12 months. Again, at 3 months the decline in AMH, expressed as age-specific percentile, was only of 4.6 percentile points ($P = 0.135$). Considering older subjects, only two were 35 years of age or above. None of them had PCOS. AMH levels for the 35 year-old subject were 6.2 ng/ml (89th age-specific percentile) and 9.3 ng/ml (97.5th percentile) at baseline and after 12 months of treatment, respectively. The second subject was 40 years old at the beginning of the study, with a baseline AMH concentration of 1.9 ng/ml (53rd age-specific percentile), which went down to 1.1 ng/ml 1 year later (28th percentile for the age of 41 years).

When the analysis was repeated separately for subjects with or without PCOS (Fig. 1), it can be appreciated that the effect seen for the entire group was actually accounted for by a 9.52 AMH age-specific percentile decline between baseline and 12 months in subjects with PCOS ($P < 0.001$), while AMH did not change at all in subjects with no PCOS over the course of the study period.

We next analyzed the effect of testosterone treatment on the AFC over time. In contrast to AMH, the generalized linear model for the entire group did not indicate a significant reduction in the number of follicles over the course of a year ($P = 0.693$). When the analysis was run separately by PCOS status, although the model effect for this subgroup was not significant ($P = 0.115$), in subjects with PCOS a mean decrease of 5.0 follicles (from 17 to 12) was detected between baseline and the 12 months assessment ($P = 0.047$). In contrast, no such signal was present in subjects without PCOS, in whom a non-significant increase was seen, from 11.7 follicles at baseline to 13.4 at 12 months ($P = 0.312$ for the model effect and $P = 0.37$ for the baseline to 1 year comparison).

### Effect of testosterone treatment on other variables

Endometrial thickness decreased by a mean of 1.41 mm by 12 months compared to pretreatment, from a mean of $6.76 \pm 3.2$ mm to $5.39 \pm 2.9$ mm ($P = 0.032$). Notably, by 12 months, 47% of subjects had an ET of $\geq 5.0$ mm. Over the entire observation period, serum estradiol decreased by a mean of 120.78 pmol/L ($P < 0.001$). LH decreased also significantly by 3.0 IU/l ($P < 0.001$), while FSH remained unchanged.

## Cross-sectional study

### Demographic and clinical data

For this study, 47 subjects were recruited. The median age was 24 years [IQR 20–31]. By design, all subjects were under ongoing testosterone treatment. The median duration of treatment was

### Table I Baseline characteristics of participants in the prospective study.

| Variable | All<br>n = 56 | No PCOS<br>n = 27 | PCOS<br>n = 27 | P |
|---|---|---|---|---|
| **Age** (y) | 22.5 [19–27.75] | 21.0 [18–27] | 23 [21.3–31.2] | 0.41 |
| **BMI** (kg/m$^2$) | 24.05 [21.3–31.2] (54) | 23.0 [20.95–26.75] (25) | 26.7 [21.8–32.4] (27) | 0.1 |
| **Testosterone** (nmol/l) | 1.3 [1–2.5] (55) | 1.2 [1–1.9] (27) | 1.4 [1–4] (26) | 0.52 |
| **Estradiol** (pmol/l) | 289 [198–429] (55) | 326 [198–532] (27) | 260 [191–384] (26) | 0.24 |
| **LH** (IU/L) | 4.75 [1.99–6.46] (55) | 7.19 [3.2–11.9] (27) | 6.32 [5.0–8.96] (26) | 0.5 |
| **FSH** (IU/L) | 5.08 [3.58–7.1] (55) | 6.0 [3.69–7.35] (27) | 4.8 [3.12–6.79] (26) | 0.34 |
| **AMH** (ng/ml) | 4.99 [2.8–6.53] (56) | 5.02 [2.3–6.5] (27) | 5.0 [2.8–7.5] (27) | 0.62 |
| **AMH** percentile | 49.5 [17.5–37.75] (56) | 34.0 [17–75.0] (27) | 57.0 [16–75.0] (27) | 0.5 |
| **AFC** (n) | 15.0 [10.0–20.0] (51) | 11.0 [6.5–20.0] (25) | 20.0 [11.0–20.0] (25) | 0.047 |
| **ET** (mm) | 6.0 [4.45–8.5] (50) | 6.0 [4.5–9.18] (25) | 5.85 [4.15–6.95] (24) | 0.4 |

PCOS, polycystic ovary syndrome; AMH, anti-Müllerian hormone; AFC, antral follicle count; ET, endometrial thickness.
Data are presented as median and [interquartile range] with the exception of FSH, which had a normal distribution and is expressed as mean ($\pm$SD). Comparisons were carried out between the subjects with PCOS and no PCOS by Mann–Whitney test, and a 2 sample *t*-test in the case of FSH. The number of actual values for each variable is indicated in parentheses.

Downloaded from https://academic.oup.com/humrep/article/36/10/2753/6355169 by guest on 16 April 2023

PLAINTIFFS007473



**Figure 1. Anti-Müllerian hormone percentile under testosterone treatment in the prospective study.** Data are shown for the entire group (n = 56, solid boxes), subjects without polycystic ovary syndrome (PCOS: n = 27, dotted boxes), and those with PCOS (n = 27, hatched boxes). For each group, baseline data are shown on the left and data at 12 months are shown on the right. The upper and lower limits of the boxes represent the 75th and 25th percentiles, respectively, the horizontal bars inside the boxes indicate median and the cross stands for the mean, while the whiskers indicate minimum and maximum. Pairwise comparisons were done on estimated marginal means from generalized linear models for repeated measures *** $P<0.001$. AMH, anti-Müllerian hormone.

35 months [IQR 13–62], with a range of 7–219 months. Thirty-six of them (77%) were treated for over 1 year.

The data are given in detail in Table II. Stratification by PCOS status was performed by reviewing data that preceded treatment, yielding a 30% rate of PCOS in this cohort. There were no significant differences in any of the continuous or categorical variables between the two sub-groups.

*Ovarian reserve indices with prolonged testosterone treatment*

In the entire cohort, AMH concentration correlated inversely with age $r_s$ −0.33 ($P=0.02$), but not with duration of treatment, in spite of the fact that age and duration of treatment were positively correlated, $r_s$ 0.46 ($P=0.001$). In fact, the median AMH age-specific percentile for the entire group did not significantly deviate from the 50th percentile (by one-sample Wilcoxon test).

When this cohort was analyzed by PCOS status, an inverse correlation between serum AMH and treatment duration did emerge, only in subjects with a history of PCOS, $r_s$ −0.81 ($P<0.001$).

AFC was by and large preserved, and was neither associated with age nor with treatment duration.

*Reproductive outcomes*

Four men fathered seven biological children (one actually had four children) after being treated with testosterone for between 3 and 12 years. None of them had PCOS. Three of them conceived spontaneously after discontinuing testosterone, and carried the pregnancies themselves. One subject, who had been under treatment since the age of 25 years, resorted to induction of ovulation and oocyte retrieval at the age of 36 years. In this case, a surrogate mother carried the pregnancy and delivered the baby. When he took part in the study, at the age of 34 years, his AMH concentration had been 0.79 ng/ml.

There were five men, aged 35 years or older at the time of the study, who had been under treatment for at least 3 years to above 10 years. None had fathered children. Three of them had a history of PCOS, and all three had age-specific AMH concentrations above the 50th percentile.

## Discussion

Growing numbers of transgender individuals are now seeking gender-affirming therapy (Wiepjes et al., 2018). This trend is particularly remarkable in youths (Zucker, 2017). Furthermore, among adolescents and young adults, there has been a well-documented reversal of assigned-at-birth-sex ratio, with young transgender males now representing a majority of youths presenting for gender-affirming therapy (Zucker, 2017; Segev-Becker et al., 2020). Even though a vast majority of adolescents and young adults who request treatment do so long before parenthood becomes relevant, when questioned, many (~50%) express an earnest desire to have children, including a yearning for biological children (Auer et al., 2018; Chen et al., 2018; Baram et al., 2019; Defreyne et al., 2020). The rates of fertility preservation procedures are rising, even among young subjects (Defreyne et al., 2020; Segev-Becker et al., 2020), however, only a minority of them actually preserve gametes before initiating treatment. Among those who do, there is a clear and understandable preponderance of transgender women (Amir et al., 2020; Pang et al., 2020). Preserving fertility in transgender men is a major multifaceted challenge, hence, the interest in the potential ovarian reserve in subjects after chronic testosterone exposure.

Using serum AMH as an established proxy of follicular ovarian reserve (Dewailly et al., 2014; Moolhuijsen and Visser, 2020), we show in a prospective study of testosterone treatment in a limited sample of transgender men, a significant decline over the course of 1 year both in absolute AMH concentrations, and as expressed in age-specific percentiles. However, this effect was entirely accounted for and restricted to subjects with PCOS in whom there was also an indication for a mean decrease of five follicles in the AFC over the same period. In subjects without PCOS, both AMH and AFC were unaffected by testosterone treatment over the course of 1 year.

These results are corroborated by the findings in the cross-sectional study. In this arm of the study, subjects who were under testosterone treatment for up to 219 months (median 35 and mean 48.2) had AMH concentrations that did not deviate from the 50th age-specific percentile. Furthermore, there was no correlation between the duration of treatment and prevalent AMH concentrations, which were determined by age only. Remarkably, a sizeable sample of this cohort fathered children after being under testosterone treatment for up to 12 years.

These findings for the entire cohort should be qualified for subjects with a previous history of PCOS, in whom a prolonged treatment duration was associated with lower AMH concentrations. At the present we do not offer a robust explanation for this dichotomous behavior. According to well-established evidence (Cook et al., 2002; Pigny et al., 2003), women with PCOS have higher serum AMH concentrations,

Downloaded from https://academic.oup.com/humrep/article/36/10/2753/6355169 by guest on 16 April 2023

Table II Data for the subjects in the cross-sectional study.

|  | Age (years) | Treatment duration (m) | AMH (ng/ml) | AMH (percentile) | AFC (n) | Endometrial Thickness (mm) | Estradiol (pmol/l) | Testosterone (nmol/l) | LH (IU/l) | FSH (IU/l) |
|---|---|---|---|---|---|---|---|---|---|---|
| **N** | 47 | 47 | 47 | 47 | 40 | 39 | 44 | 45 | 44 | 45 |
| **Mean** | 25.9 | 48.2 | 4.2 | 42 | 9.6 | 4.6 | 252 | 23.6 | 5.2 | 4.2 |
| **Median** | 24 | 35 | 3.1 | 33 | 10 | 4.5 | 198 | 21.3 | 3.7 | 3.9 |
| **SD** | 7.07 | 48.5 | 3.5 | 31.3 | 6.8 | 2.3 | 160 | 16 | 6.2 | 2.8 |
| **Minimum** | 16 | 7 | 0.14 | 2.5 | 0 | 0 | 73 | 1.9 | 0.1 | 0.3 |
| **Maximum** | 47 | 219 | 16.2 | 97.5 | 20 | 11 | 855 | 71.4 | 29.2 | 11.9 |
| Interquartile range | 20–31 | 13–62 | 1.8–6.1 | 12–69 | 2.5–14.0 | 2.6–6.0 | 149–323 | 10.5–71.4 | 1.1–7.1 | 1.7–6.0 |

and we were, thus, surprised not to find a difference at baseline between subjects with and without PCOS. This could obviously be due to the limited sample size of the study. However, upon reviewing the more recent literature on the topic, the relation between serum AMH and PCOS appears to be complex, and subject to modification by numerous factors such as BMI, fertility status, hyperandrogenism, and variations in the AMH and AMH Receptor 2 genes (Moslehi et al., 2018; Gorsic et al., 2019; Moolhuijsen and Visser, 2020). Nonetheless, as expected, subjects with PCOS did have a significantly higher baseline AFC, consistent with the nature of their condition. A larger decline in AMH, with a suggestion for some decline in AFC, while both remaining in the normal range, could simply indicate that chronic testosterone treatment levels off these baseline differences. Alternatively, although there were no differences in testosterone, estradiol, and gonadotrophin levels under treatment between the two groups, it could be hypothesized that the dysregulated gonadotrophin axis and its interaction with AMH secretion at baseline in subjects with PCOS could respond differentially to testosterone treatment. Taken together, these results suggest that testosterone treatment has limited impact on AMH secretion and AFC count, regardless of treatment duration.

Given the low rates of pre-treatment fertility preservation, along with the expressed desire for biological children, the issue of assessing the effect of testosterone treatment on ovarian integrity in transmasculine persons is of paramount interest.

Histopathologic studies of ovaries retrieved during oophorectomy of transgender men at the time of gender-confirming surgery have yielded conflicting findings. A frequent finding of a multi/polycystic histology was deemed, in several earlier reports, to be consistent with PCO morphology. In some studies, the presence of atretic follicles was also noted. In addition, a thickening of the tunica albuginea and stromal hyperplasia were also reported (Moravek et al., 2020). More recently, however, three studies, that collectively included 145 transgender men under testosterone treatment for over 1 year, have revealed a fairly consistent picture of preserved ovarian follicular activity, along with a normal distribution of cortical follicles, mostly primordial, that had retained vital characteristics (De Roo et al., 2017; Grimstad et al., 2020; Marschalek et al., 2020). In all three studies, no association between the number of follicles and the duration of testosterone treatment was noted. Remarkably, in one study, a substantial number of cumulus–oocyte complexes (COCs) retrieved were shown to have normal structural characteristics, and preserved IVM potential for cryo-preservation. Notably, the number of these COCs was significantly correlated with serum AMH levels (De Roo et al., 2017). Contrary to an earlier rather bleak picture, these recent findings suggest that testosterone treatment has a limited impact on ovarian morphology and follicular activity, and that there might exist a potential for fertility preservation, even at the time of oophorectomy.

Given the correlation between serum AMH and functional ovarian reserve, other studies have looked at this hormone as a highly reproducible, non-invasive, and convenient means to assess such a reserve in testosterone-treated transgender men. In a first prospective study of 22 subjects, which employed a complex protocol of pituitary suppression with a GnRH analog for 8 weeks followed by testosterone administered together with an aromatase inhibitor for 16 weeks, there was a potent suppression of AMH compared to baseline (Caanen et al., 2015). However, this study has been criticized for its unconventional protocol and its short duration. In another prospective study of 32 transgender men, that included both new users and subjects who were already under treatment, weekly injections of testosterone cypionate for 12 weeks had no effect on serum AMH concentrations (Taub et al., 2020). Finally, in a retrospective study of 38 adolescents treated with incremental doses of testosterone for at least 6 months, there was no change in AMH between baseline and 1 year (Tack et al., 2016).

A potential limitation of the current investigation, other than the limited sizes of the samples, is that it comprised a high percentage of subjects with PCOS, in whom the impact of testosterone treatment may be more substantial. Although not all studies go into this consideration, the rate of subjects with a history of PCOS in series of transgender men has been reported to be significantly higher than in the general population (Becerra-Fernández et al., 2014). An additional limitation is the lack of a control group in the prospective study, as each participant served as his own control. Although the rate of decline in AMH concentrations over the course of 1 year is fairly well established (Seifer et al., 2011), this was not directly documented in an untreated control group in our study. However, the fact that both AMH and AFC remained within the normal range in the cross-sectional subgroup confers further confidence that even in these subjects, the follicular ovarian reserve may still be clinically significant. Although the results of our study are reassuring, they were obtained from a fairly young population and may not be generalized to older transgender men. An

Downloaded from https://academic.oup.com/humrep/article/36/10/2753/6355169 by guest on 16 April 2023

PLAINTIFFS007475

additional limitation is the fact that roughly 40% of the US examinations were performed transabdominally, potentially affecting the accuracy of the AFC measurements recorded for these subjects.

The strength of the study lies in the fact that it is the largest and most prolonged prospective study to date, and also the only one that comprises a separate cross-sectional observation of subjects already under treatment for prolonged periods of time, together with some positive reproductive outcomes. We believe our findings lend credence to the fairly novel notion that chronic testosterone administration does not obliterate follicular ovarian reserve in transgender men, and that the potential for fertility remains, even after years of treatment. Furthermore, this growing body of evidence provides the physiologic basis for the reports of pregnancies achieved by transgender men after prolonged testosterone treatment.

In conclusion, we contributed a new installment to the emerging evidence that prolonged testosterone treatment may not be a major obstacle to later fertility potential in transgender men desirous of having children. Further larger confirmatory studies, and particularly more studies including reproductive outcome, are needed for evidence-based fertility counseling prior to treatment initiation in these subjects.

## Supplementary data

Supplementary data are available at *Human Reproduction* online.

## Data availability

All data are incorporated into the article.

## Acknowledgements

The authors are indebted to Dr Tomer Ziv-Baran for his help in the statistical analysis of the data, and to the fabulous technicians of the Endocrine Core laboratory for their skillful analysis of the various hormones.

Last but not least, the authors are infinitely grateful to the many patients who gracefully agreed to participate in the study.

## Authors' roles

I.Y., K.T., M.S., Y.S., N.G., and Y.G. examined the patients and conducted all the clinical aspects of the treatment. G.M. and Y.S. conducted and interpreted the pelvic US exams. G.S. conducted the AMH measurements. I.Y. and K.T. collected the data and performed the statistical analyses. I.Y., K.T., and Y.G were responsible for primary study oversight and design, data analysis and interpretation, and primary writing of the manuscript. All the authors made substantial contributions in critically revising the manuscript. All the authors approved the final manuscript for submission.

## Funding

This study received no funding.

## Conflict of interest

The authors have no conflicts of interest to declare.

## References

Amir H, Yaish I, Oren A, Groutz A, Greenman Y, Azem F. Fertility preservation rates among transgender women compared with transgender men receiving comprehensive fertility counselling. *Reprod Biomed Online* 2020;**41**:546–554.

Anckaert E, Öktem M, Thies A, Cohen-Bacrie M, Daan NMP, Schiettecatte J, Müller C, Topcu D, Gröning A, Ternaux F. et al. Multicenter analytical performance evaluation of a fully automated anti-Müllerian hormone assay and reference interval determination. *Clin Biochem* 2016;**49**:260–267.

Auer MK, Fuss J, Nieder TO, Briken P, Biedermann SV, Stalla GK, Beckmann MW, Hildebrandt T. Desire to have children among transgender people in Germany: a cross-sectional multi-center study. *J Sex Med* 2018;**15**:757–767.

Baram S, Myers SA, Yee S, Librach CL. Fertility preservation for transgender adolescents and young adults: a systematic review. *Hum Reprod Update* 2019;**25**:694–716.

Becerra-Fernández A, Pérez-López G, Román MM, Martín-Lazaro JF, Lucio Pérez MJ, Asenjo Araque N, Rodríguez-Molina JM, Berrocal Sertucha MC, Aguilar Vilas MV. Prevalence of hyperandrogenism and polycystic ovary syndrome in female to male transsexuals. *Endocrinol Nutr* 2014;**61**:351–358.

Caanen MR, Soleman RS, Kuijper EAM, Kreukels BPC, De Roo C, Tilleman K, De Sutter P, van Trotsenburg MAA, Broekmans FJ, Lambalk CB. Antimüllerian hormone levels decrease in female-to-male transsexuals using testosterone as cross-sex therapy. *Fertil Steril* 2015;**103**:1340–1345.

Chen D, Matson M, Macapagal K, Johnson EK, Rosoklija I, Finlayson C, Fisher CB, Mustanski B. Attitudes toward fertility and reproductive health among transgender and gender-nonconforming adolescents. *J Adolesc Health* 2018;**63**:62–68.

Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, Fraser L, Green J, Knudson G, Meyer WJ. et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgenderism* 2012;**13**:165–232.

Cook CL, Siow Y, Brenner AG, Fallat ME. Relationship between serum müllerian-inhibiting substance and other reproductive hormones in untreated women with polycystic ovary syndrome and normal women. *Fertil Steril* 2002;**77**:141–146.

Defreyne J, Van Schuylenbergh J, Motmans J, Tilleman KL, T'Sjoen GGR. Parental desire and fertility preservation in assigned female at birth transgender people living in Belgium. *Fertil Steril* 2020;**113**: 149–157.e2.

Dewailly D, Andersen CY, Balen A, Broekmans F, Dilaver N, Fanchin R, Griesinger G, Kelsey TW, La Marca A, Lambalk C. et al. The physiology and clinical utility of anti-Mullerian hormone in women. *Hum Reprod Update* 2014;**20**:370–385.

Dunne P. Transgender sterilisation requirements in Europe. *Med Law Rev* 2017;**25**:554–581.

Downloaded from https://academic.oup.com/humrep/article/36/10/2753/6355169 by guest on 16 April 2023

PLAINTIFFS007476

Ethics Committee of the American Society for Reproductive Medicine. Access to fertility services by transgender persons: an Ethics Committee opinion. *Fertil Steril* 2015;**104**:1111–1115.

Flores AR, Herman JL, Gates GJ, Brown TNT. *How Many Adults Identify as Transgender in the United States?* Los Angeles, CA: Williams Institute; 2016. Available from: https://williamsinstitute.law.ucla.edu/publications/trans-adults-united-states/.

Gorsic LK, Dapas M, Legro RS, Hayes MG, Urbanek M. Functional Genetic Variation in the Anti-Müllerian Hormone Pathway in Women With Polycystic Ovary Syndrome. *J Clin Endocrinol Metab* 2019;**104**:2855–2874.

Grimstad FW, Fowler KG, New EP, Ferrando CA, Pollard RR, Chapman G, Gray M, Gomez Lobo V. Ovarian histopathology in transmasculine persons on testosterone: a multicenter case series. *J Sex Med* 2020;**17**:1807–1818.

Grynnerup AG-A, Lindhard A, Sørensen S. The role of anti-Müllerian hormone in female fertility and infertility – an overview. *Acta Obstet Gynecol Scand* 2012;**91**:1252–1260.

Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, Rosenthal SM, Safer JD, Tangpricha V, T'Sjoen GG. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab* 2017;**102**:3869–3903.

Jeppesen JV, Anderson RA, Kelsey TW, Christiansen SL, Kristensen SG, Jayaprakasan K, Raine-Fenning N, Campbell BK, Yding Andersen C. Which follicles make the most anti-Mullerian hormone in humans? Evidence for an abrupt decline in AMH production at the time of follicle selection. *Mol Hum Reprod* 2013;**19**:519–527.

Light A, Wang L-F, Zeymo A, Gomez-Lobo V. Family planning and contraception use in transgender men. *Contraception* 2018;**98**: 266–269.

Marschalek J, Pietrowski D, Dekan S, Marschalek M-L, Brandstetter M, Ott J. Markers of vitality in ovaries of transmen after long-term androgen treatment: a prospective cohort study. *Mol Med* 2020;**26**:83.

Massagué J. The transforming growth factor-beta family. *Annu Rev Cell Biol* 1990;**6**:597–641.

Mayhew AC, Gomez-Lobo V. Fertility options for the transgender and gender nonbinary patient. *J Clin Endocrinol Metab* 2020;**105**: 3335–3345.

Moolhuijsen LME, Visser JA. Anti-Müllerian hormone and ovarian reserve: update on assessing ovarian function. *J Clin Endocrinol Metab* 2020;**105**: 3361–3373.

Moravek MB, Kinnear HM, George J, Batchelor J, Shikanov A, Padmanabhan V, Randolph JF. Impact of exogenous testosterone on reproduction in transgender men. *Endocrinology* 2020;**161**:bqaa014.

Moslehi N, Shab-Bidar S, Ramezani Tehrani F, Mirmiran P, Azizi F. Is ovarian reserve associated with body mass index and obesity in reproductive aged women? A meta-analysis. *Menopause* 2018;**25**:1046–1055

Pang KC, Peri AJS, Chung HE, Telfer M, Elder CV, Grover S, Jayasinghe Y. Rates of fertility preservation use among transgender adolescents. *JAMA Pediatr* 2020;**174**:890–891.

Persky RW, Gruschow SM, Sinaii N, Carlson C, Ginsberg JP, Dowshen NL. Attitudes toward fertility preservation among transgender youth and their parents. *J Adolesc Health* 2020;**67**:583–589.

Pigny P, Merlen E, Robert Y, Cortet-Rudelli C, Decanter C, Jonard S, Dewailly D. Elevated serum level of anti-Müllerian hormone in patients with polycystic ovary syndrome: relationship to the ovarian follicle excess and to the follicular arrest. *J Clin Endocrinol Metab* 2003;**88**:5957–5962.

Racoubian E, Aimagambetova G, Finan RR, Almawi WY. Age-dependent changes in anti-Müllerian hormone levels in Lebanese females: correlation with basal FSH and LH levels and LH/FSH ratio: a cross-sectional study. *BMC Womens Health* 2020;**20**:134.

Rajpert-De Meyts E, Jørgensen N, Graem N, Müller J, Cate RL, Skakkebaek NE. Expression of anti-Müllerian hormone during normal and pathological gonadal development: association with differentiation of Sertoli and granulosa cells. *J Clin Endocrinol Metab* 1999;**84**:3836–3844.

De Roo C, Lierman S, Tilleman K, Peynshaert K, Braeckmans K, Caanen M, Lambalk CB, Weyers S, T'Sjoen G, Cornelissen R. et al. Ovarian tissue cryopreservation in female-to-male transgender people: insights into ovarian histology and physiology after prolonged androgen treatment. *Reprod Biomed Online* 2017;**34**: 557–566.

Rotterdam ESHRE/ASRM-Sponsored PCOS Consensus Workshop Group. Revised 2003 consensus on diagnostic criteria and long-term health risks related to polycystic ovary syndrome. *Fertil Steril* 2004;**81**:19–25.

Seifer DB, Baker VL, Leader B. Age-specific serum anti-Müllerian hormone values for 17,120 women presenting to fertility centers within the United States. *Fertil Steril* 2011;**95**:747–750.

Segev-Becker A, Israeli G, Elkon-Tamir E, Perl L, Sekler O, Amir H, Interator H, Dayan SC, Chorna E, Weintrob N. et al. Children and adolescents with gender dysphoria in Israel: increasing referral and fertility preservation rates. *Endocr Pract* 2020;**26**:423–428.

Shields JP, Cohen R, Glassman JR, Whitaker K, Franks H, Bertolini I. Estimating population size and demographic characteristics of lesbian, gay, bisexual, and transgender youth in middle school. *J Adolesc Health* 2013;**52**:248–250.

Tack LJW, Craen M, Dhondt K, Vanden Bossche H, Laridaen J, Cools M. Consecutive lynestrenol and cross-sex hormone treatment in biological female adolescents with gender dysphoria: a retrospective analysis. *Biol Sex Differ* 2016;**7**:14.

Taub RL, Ellis SA, Neal-Perry G, Magaret AS, Prager SW, Micks EA. The effect of testosterone on ovulatory function in transmasculine individuals. *Am J Obstet Gynecol* 2020;**223**:229.e1–229.e8.

T'sjoen G, Van Caenegem E, Wierckx K. Transgenderism and reproduction. *Curr Opin Endocrinol Diabetes Obes* 2013;**20**:575–579.

Vendola KA, Zhou J, Adesanya OO, Weil SJ, Bondy CA. Androgens stimulate early stages of follicular growth in the primate ovary. *J Clin Invest* 1998;**101**:2622–2629.

Wiepjes CM, Nota NM, de Blok CJM, Klaver M, de Vries ALC, Wensing-Kruger SA, de Jongh RT, Bouman M-B, Steensma TD, Cohen-Kettenis P. et al. The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): trends in prevalence, treatment, and regrets. *J Sex Med* 2018;**15**:582–590.

Zucker KJ. Epidemiology of gender dysphoria and transgender identity. *Sex Health* 2017;**14**:404–411.

Downloaded from https://academic.oup.com/humrep/article/36/10/2753/6355169 by guest on 16 April 2023

PLAINTIFFS007477