This is historical material "frozen in time". The website is no longer updated and links to external websites and some internal pages may not work.



PRESIDENTIAL MEMORANDA

# Presidential Memorandum for the Secretary of Defense and the Secretary of Homeland Security Regarding Military Service by Transgender Individuals

NATIONAL SECURITY & DEFENSE

Issued on: March 23, 2018

★ ★ ★

Pursuant to my memorandum of August 25, 2017, "Military Service by Transgender Individuals," the Secretary of Defense, in consultation with the Secretary of Homeland Security, submitted to me a memorandum and report concerning military service by transgender individuals.

These documents set forth the policies on this issue that the Secretary of Defense, in the exercise of his independent judgment, has concluded should be adopted by the Department of Defense. The Secretary of Homeland Security concurs with these policies with respect to the U.S. Coast Guard.

Among other things, the policies set forth by the Secretary of Defense state that transgender persons with a history or diagnosis of gender dysphoria — individuals who the policies state may require substantial medical treatment, including medications and surgery — are disqualified from military service except under certain limited circumstances.

By the authority vested in me as President by the Constitution and the laws of the United States of America, I hereby order as follows:

Section 1. I hereby revoke my memorandum of August 25, 2017, "Military Service by Transgender Individuals," and any other directive I may have made with respect to military service by

PLAINTIFFS001128

transgender individuals.

Sec. 2.  The Secretary of Defense, and the Secretary of Homeland Security, with respect to the U.S. Coast Guard, may exercise their authority to implement any appropriate policies concerning military service by transgender individuals.

Sec. 3.  (a)  Nothing in this memorandum shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This memorandum shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This memorandum is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d)  The Secretary of Defense is authorized and directed to publish this memorandum in the *Federal Register*.

DONALD J. TRUMP



The White House

President Donald J. Trump

Vice President Mike Pence

First Lady Melania Trump

4/18/23, 2:26 PM                Presidential Memorandum for the Secretary of Defense and the Secretary of Homeland Security Regarding Military Service by Tra…

Case 4:22-cv-00325-RH-MAF   Document 180-27   Filed 04/27/23   Page 3 of 4

Mrs. Karen Pence

The Cabinet

Administration Accomplishments

News

Remarks

Articles

Presidential Actions

Briefings & Statements

About The White House

Economy & Jobs

Budget & Spending

Education

Immigration

National Security & Defense

Healthcare

Council of Economic Advisers

Council of Environmental Quality

National Security Council

Office of Management and Budget

Office of National Drug Control Policy

Office of Science and Technology Policy

4/18/23, 2:26 PM    Presidential Memorandum for the Secretary of Defense and the Secretary of Homeland Security Regarding Military Service by Tra…

Case 4:22-cv-00325-RH-MAF    Document 180-27    Filed 04/27/23    Page 4 of 4

Copyright    Privacy Policy

PLAINTIFFS001131