*August Dekker, et al. v. Jason Weida, et al.*

Case No. 4:22-cv-00325-RH-MAF

# EXHIBIT 234A – Medical records of Brit Rothstein
# PENDING REQUEST TO FILE UNDER SEAL (DOC. 174)