Document ID: 0.7.322.13245-000001

# GAPMS Decision Tree Checklist

*If any item on the list is "yes" discuss with your manager for the potential to move towards a coverage determination (decision point) instead of a GAPMS report.*

*This checklist should be used for each GAPMS request received through the [HealthServiceResearch@ahca.myflorida.com](mailto:HealthServiceResearch@ahca.myflorida.com) inbox.*

GAPMS Topic:
Requestor Name:
Requestor Email Address:
Date of Initial Request:

| Item | Yes/No | Additional Information |
|---|---|---|
| 1. Does the item have FDA approval? | | *If yes, provide a link to FDA's website for the approval.* |
| 2. Does the device/service have a unique procedure code? | | *If yes, list the code.* <br> *If not, list the unlisted code.* |
| 3. Is there a National Coverage Determination (NCD) from Medicare? | | *If yes, provide a link to CMS's website for the NCD.* |
| 4. Is there a Local Coverage Determination (LCD) from Medicare? | | *If yes, provide a link to CMS's website for the LCD.* |
| 5. Does any Medicaid state cover the service? | | *If yes, provide the state programs and reimbursement rates. This includes the use of policy reporter, a google search, and perhaps an individual review of each state's service-specific coverage policy.* |
| 6. Does any private insurance cover the service? | | *If yes, provide the private insurance companies that cover the service and their reimbursement rates. This includes the use of policy reporter, a google search, and perhaps an individual review of each insurer's service-specific coverage policy.* |
| 7. Does the Agency cover a similar device, service, or product? | | *If yes, how does it relate to the ask?* |
| 8. Are there NICE guidelines (or similar research determinations) made regarding the device as not experimental/investigational? | | *If yes, which and what did they determine? Include links.* |

AHCA0178412
Def_000174290