

RICK SCOTT
GOVERNOR

ELIZABETH DUDEK
SECRETARY

# HORMONE SUPPRESSION THERAPY IN CHILDREN
# GAPMS DETERMINATION REPORT WITH RECOMMENDATION

**Date:**     {DATE}

**To:**     Justin Senior, Deputy Secretary for Medicaid

**From:**     Bureau of Medicaid Policy

**Subject:**     **Reproductive Hormone Suppression Therapy in Children**

## PURPOSE

In order for the use of Hormone suppression therapy in children to be covered under the Florida Medicaid program, must meet medical necessity criteria as defined in 59G-1.010, Florida Administrative Code. (F.A.C.), and be funded through the General Appropriations Act of Chapter 216, Florida Statutes (F.S.).

Pursuant to the criteria set forth in 59G-1.010, F.A.C., the use of hormone suppression therapy in children must be consistent with generally accepted professional medical standards (GAPMS) as determined by the Medicaid program, and not experimental or investigational.

In accordance with the determination process established in rule 59G-1.035, F.A.C., the Deputy Secretary for Medicaid will make the final determination as to whether the use of hormone suppression therapy in children is consistent with generally accepted professional medical standards and not experimental or investigational.

## REPORT WITH RECOMMENDATION

This report with recommendation is presented as the summary assessment considering the factors identified in 59G-1.035 F.A.C. based on the collection of information from credible sources of reliable evidence-based information. The intent is to provide a brief analysis with justification in support of the final recommendation.

The analysis described in this report includes:
- A high level review of relevant disease processes
- An overview of the health service information
- Confirmation of clearance from the government regulatory body
- Evidence based clinical practice guidelines
- A review of the literature considered by the relevant medical community or practitioner specialty associations from credible scientific evidence-based literature published in peer reviewed journals, and consensus of coverage policy from commercial and other state Medicaid insurers.

2727 Mahan Drive • Mail Stop # 20
Tallahassee, FL  32308
AHCA.MyFlorida.com



Facebook.com/AHCAFlorida
Youtube.com/AHCAFlorida
Twitter.com/AHCA_FL
SlideShare.net/AHCAFlorida

Def_000286939

**HEALTH SERVICE SUMMARY**

**Hormones**

Hormones are important chemical messengers in the body that effectively transfer signals and instructions from one set of cells to another. Hormones are secreted into the bloodstream by a collection of glands inside the body referred to as the endocrine system. A gland is a group of cells that produces and secretes chemicals into the body. The major glands that make up the endocrine system include the hypothalamus, pituitary gland, thyroid and parathyroid, adrenals, pineal body, and the ovaries and testes.

In a laboratory setting hormones are produced synthetically and are prescribed by physicians to treat disease or hormone deficiencies. An instance where synthetic hormones may be needed is when an individual has their thyroid gland surgical removed, a practitioner may prescribe synthetic thyroid hormones to replace those that their body can no longer produce.

Over fifty different hormones have been identified in the human body, and more are still being discovered. Hormones influence and regulate practically every cell, tissue, organ, and function of the body, including growth, development, metabolism, homeostasis, and sexual and reproductive function.[16]

**Reproductive Hormones**

The hormones commonly considered as reproductive hormones in the body are testosterone, estrogen, and progesterone. Testosterone is often referred to as a male hormone, and estrogen and progesterone are often referred to as female hormones. However, there are no exclusively male or female hormones that have been identified. All hormones characterized to date are present in all people regardless of sex, as are the receptor mechanisms that respond to those hormones. The physical manifestations of gender result from differences in the amounts of individual hormones in the body and differences in their patterns of secretion, first in utero and then again during puberty. In other words, testosterone, estrogen, and progesterone are produced by men and women, but in differing amounts and in different patterns[16]

**Reproductive Hormone Suppression Therapy**

There are many disease processes in which increased levels of reproductive hormones are released. They include, but are not limited to, prostate cancer, breast cancer, severe endometriosis, and central precocious puberty. To address this over secretion of reproductive hormones several medications have been design to aide in limiting hormone levels. There are a number of medications used to suppress puberty, which all use the same mechanism of action, gonadotropin-releasing hormone (GnRH) agonists. Agonists by definition function to stop receptors from meeting up with the appropriate transmitter. For a hormone to perform it's primary function in the brain and body, it must find the correct receptor to transmit its response; the GnRH agonists prevent this natural cycle.[16]

**Government Regulatory Body Approval**

The Food and Drug Administration (FDA) has approved seven drugs for the purpose of hormone suppression, three (indicated by an "*") of which are approved for use under 18 years of age. They are Lupron, Zoladex, Trelstar, Vantas, Eligard, Synarel, and Supprelin. Each of these drugs has specific indications for use and dosing information. They are as follows:

- Lupron*:
    - Indications for use- palliative treatment of advanced prostatic cancer and central precocious puberty.
    - Pediatric use: LUPRON DEPOT formulations are not indicated for use in children. LUPRON DEPOT PED® is indicated for use in children with central precocious puberty.
    - Dosage: 7.5mg, 11.25mg or 15mg intramuscular once a month.  11.25mg or 30mg intramuscular every 3 months [38]
- Zoladex:
    - Indications for use-Prostate cancer, endometriosis, endometrial-thinning prior to endometrial ablation for dysfunctional uterine bleeding, palliative treatment for advanced breast cancer in pre and peri-menopausal women.
    - Pediatric use: No information available for use in Pediatric Patients.[43]
- Trelstar:
    - Indications for use- palliative treatment of advanced prostate cancer.
    - Pediatric use: Safety and effectiveness in pediatric patients have not been established.[39]
- Vantas:
    - Indications for use- palliative treatment of advanced prostate cancer.
    - Pediatric use: Vantas is not indicated for use in pediatric patients.[42]
- Eligard:
    - Indications for use- palliative treatment of advanced prostate cancer.
    - Pediatric use: Safety and effectiveness in pediatric patients have not been established.[37]
- Synarel*:
    - Indications for use- central precocious puberty (CPP) (gonadotropin-dependent precocious puberty) in children of both sexes and endometriosis.
    - Pediatric use: Safety and effectiveness of SYNAREL for endometriosis in patients younger than 18 years have not been established.[41]
- Supprelin*:
    - Indications for use- central precocious puberty in males and females
    - Dosage and administration- 50mg subcutaneous implant every 12 months. Discontinuation of Supprelin should be considered at the appropriate time point for the onset of puberty (approximately 11 years for females and 12 years for males).
    - Pediatric use: Safety and effectiveness in pediatric patients below the age of 2 years have not been established.  The use of Supprelin in children under 2 years is not recommended.[40]

Additionally, these medications have approved off label uses.  This permits usage in other than the approved FDA indications.  These approved off label uses are compiled in three compendia: American Hospital Formulary Service Drug Information (AHFS), United States Pharmacopeia-Drug Information (or its successor publications), and DRUGDEX Information System.[6]  The

three drugs that are approved for use under the age of 18 have the following compendia authorizations:

- Lupron:
    - Breast Cancer
    - In vitro fertilization
    - Ovarian Cancer
    - Premenstrual syndrome
    - Prostate cancer
    - Prostate cancer, Neoadjuvant treatment
    - Uterine leiomyoma
- Synarel:
    - Benign prostatic hyperplasia
    - Contraception, Female; prophylaxis
    - Contraception, Male; prophylaxis
    - Crohn's disease
    - Hirsutism
    - In vitro fertilization
    - Uterine leiomyoma
- Supprelin:
    - Acute intermittent porphyria
    - Endometriosis
    - Female infertility; Adjunct
    - Polycystic ovary syndrome
    - Uterine leiomyoma

**LITERATURE REVIEW**

This analysis summarizes information obtained from scientific literature published in credible peer-reviewed journals related to the use of reproductive hormone suppression therapy in children. This section also briefly cites the positions from the relevant medical societies, and summarizes the key articles referenced in support of their positions.

**Reproductive Cancer**

Research shows that suppression of reproductive hormones in treatment of cancers such as prostate, breast, and ovarian can decrease the recurrence rate or tumor size.  The use of reproductive hormone suppression therapy has been the standard of care in the treatment of these cancers for 15-20 years.  While there are significant health risks such as sterilization, it has long been established that the benefits outweigh the risks.

Jain, S., et al (July 2015) published a literature review on the role of ovarian suppression in premenopausal women that concluded that numerous prior studies have convincingly shown a clear benefit from adjuvant endocrine therapy; however, the additional toxicities of ovarian suppression should be considered.[19, 9, 49]

Liu, J., et al (March 2015) conducted a population-based study evaluating whether breast cancer patients with an estrogen receptor (ER) or progesterone receptor (PR) status had an increased risk of developing endometrial cancer secondary to the use of hormone suppression therapy. The study concluded that regardless of type, patients with previous history of invasive breast cancer have higher risk of developing a subsequent endometrial cancer, indicating the risk was not increased due to hormone suppression therapy.[22]

**Central Precocious Puberty**

Central precocious puberty (CPP) develops due to premature pubertal changes and rapid bone development. CPP is associated with lower adult height and increased risk for development of psychological problems.

Fuqua, J.S. (March 2013) stated that the standard treatment for CPP is GnRH analogs. Although there are many different analogs with different routes of administration, the primary agent in the United States for many years was depot intramuscular injections administered every four weeks, but in the last ten years, a subdermal or under the skin implant has been developed, which has been shown to be effective for up to two years.[13, 33, 35]

Wojniusz, S., et al (July 2016) researchers explored the difference in cognitive function, behavior, emotional reactivity, and psychosocial problems between young females treated with GnRH and age-matched controls. They concluded that young females treated with GnRH do not differ in their cognitive functioning, behavioral, and social problems from their same age peers in settings that do not involve emotional processing. However, they did find a significant difference in heart rate that increased with treatment duration and suggested a follow-up study with an emphasis on cardiac health.[48]

Reproductive hormone suppression therapy has been the standard of care for CPP for 15-20 years; as such most research is not current.

**Gender Dysphoria**

The Diagnostic and Statistical Manual of Mental Disorders (2013) describes gender dysphoria (GD) as an individual's affective or cognitive discontent with their assigned gender (gender at birth). GD refers to the distress that may accompany the incongruence between the individual's experienced or expressed gender and their assigned gender. Evidence of this distress is the hallmark of the disorder. The diagnostic criteria are divided into a category for children and a category for adolescents and adults. The disorder is manifested differently as an individual ages' or enters different developmental stages. Both categories require marked incongruence between the individual's experienced or expressed gender and their assigned gender of a least a six months' duration and clinically significant distress or impairment in social, school (occupation for adults), or other important areas of functioning.

Diagnostic criteria in children include: a strong desire to be the other gender or an insistence that they are the other gender; a preference for wearing clothing associated with the other gender; preference for cross gender roles in simulated play; preference for toys games, or activities usually associated with the other gender; preference for playmates of the other gender; and the dislike of their sexual anatomy.

In adults and adolescents, diagnostic criteria include: a strong desire to be and to be treated as the other gender; a strong desire to have the sex characteristics of the other gender (or for

adolescents the wish to prevent the development of them); and a conviction that they have the typical feelings and reactions of the other gender.[11]

Vrouenrarts, L.J., et al (April 2015) conducted a qualitative study to identify considerations from proponents and opponents of early treatment of children and adolescents with gender dysphoria (GD).  The article states that although the Endocrine Society and the World Professional Association for Transgender Health published guidelines for the treatment of adolescents diagnosed with GD in actual practice there is no consensus on whether to use these early medical interventions.  The article concluded that more systematic interdisciplinary and (worldwide) multicenter research is required.[45, 17, 20, 21, 24, 44]

Kreukels, B.P. and Cohen-Kettenis, P.T. (August 2011) conducted research on puberty suppression in gender identity disorder (currently known as GD) and compared the views of the proponents of early treatment verse the concerns expressed by physicians.  The concerns of physicians include risk of misdiagnosis, long-term physical consequences such as sterilization, effects on bone-mass development, height, body segment disproportion, metabolism, and brain development.  Proponents argued misdiagnosis risk reduces if treatment is delayed until reaching the initiation of puberty, the risk of poor decision making in adolescence is worse when they act out in despair, the effects on bone development are neutralized when cross-sex hormones are initiated, there is no proof of negative effects on brain development, and the overwhelming opinion that early intervention is viewed as harm reduction secondary to prevention of an appearance that could provoke abuse and stigmatization.  The review concluded that more systematic research in this area is needed to determine the safety of the approach.[18, 14, 17, 20, 21, 24, 27, 44]

**Evidence-Based Clinical Practice Guidelines**

The American Academy of Pediatrics put out a consensus statement on the use of GnRH analogs in children (March 2009).  They concluded that GnRH use was undisputed in the treatment of CPP early-onset (<6 years old).  However, the use of GnRH for conditions other than CPP requires additional investigation and cannot be suggested routinely.[3]

The Endocrine Society published guidelines for the endocrine treatment of transsexual persons (September 2009).  The society concluded that transsexual persons seeking to develop the physical characteristics of the desired gender require safe, effective hormone regimen that will 1) suppress endogenous hormone secretion determined by the person's genetic/biological sex and 2) maintain sex hormone levels within the normal range for the person's desired gender.  They recommend that a mental health professional make the referral and participate in ongoing care and an endocrinologist must confirm the diagnostic criteria.  They do not recommend endocrine treatment of prepubertal children.  The recommendations are as follows:
- Treatment of transsexual adolescents (Tanner stage 2, generally achieved around 12 years) by suppressing puberty with GnRH analogues until age 16 years.
- Initiation of cross-sex hormones at age 16 years with continued suppression of biological sex hormones.
- Maintaining physiologic levels of gender-appropriate sex hormones and monitoring for known risks throughout adulthood.[15, 14, 27]

**COVERAGE POLICY**

**Florida Medicaid Program**

Florida Medicaid covers hormone suppression for all FDA approved use.  Florida Medicaid has an off label use criteria for the authorization of drugs.  The policy has three criteria that must all be met for authorization.
1. Documentation submitted with trial and failure or intolerance to all FDA- approved medications for the indication **AND**
2. Phase III clinical studies published in peer review journals to support the non-FDA approved use **AND**
3. Usage supported by publications in peer reviewed medical literature **and** one or more citations in at least one of the following compendia:
    a. American Hospital Formulary Service Drug Information (AHFS)
    b. United States Pharmacopeia-Drug Information (or its successor publications)
    c. DRUGDEX Information System[1]

**Medicare**

Medicare covers hormone suppression for all FDA approved use.  *The Medicare Benefit Policy Manual*, chapter 15, page 15, subsection 50.4.2, discusses the unlabeled use of a drug.  The policy states that "FDA approved drugs used for indications other than what is indicated on the official label may be covered under Medicare if the carrier determines the use to be medically accepted, taking into consideration the major drug compendia, authoritative medical literature and/or accepted standards of medical practice."[5]

**State Medicaid Programs**

All state Medicaid programs cover hormone suppression therapy for the approved FDA indications and when the criteria for off label use is met.  However, only four states have expressly stated they cover hormone suppression for use in the treatment of gender dysphoria.  These states are Colorado, Maryland, Rhode Island and Washington.

In Colorado, services for Medicaid recipients who have a diagnosis of gender dysphoria (GD) or a history of a diagnosis of GD include: behavioral health care, gonadotropin-releasing hormone (GnRH) analogs/agonists, cross-sex hormone therapy, gender confirmation surgery, and pre- and post-operative care.

In Maryland, GnRH treatment is approved at the pharmacy point of sale if the recipient has GD diagnosis.

In, Rhode Island covered services for recipients less than 18 years of age include: behavioral and medical heath, pharmacological and hormonal therapy to delay physical changes of puberty (requires prior authorization), and pharmacological and hormonal therapy that is non-reversible and produces masculinization or feminization (requires prior authorization).

Washington State expanded services in June 2015 for its GD treatment to include: mental health services, puberty-blocking therapy for youths, hormonal therapy, and gender reassignment surgery.

**GENERALLY ACCEPTED PROFESSIONAL MEDICAL STANDARDS RECOMMENDATION**

This report recommends the use of hormone suppression therapy in children as a health service that is consistent with generally accepted professional medical standards for the approved FDA indications, as well as the off label use when the criteria has been met. Hormone suppression therapy has been demonstrated to be an effective treatment option for central precocious puberty and reproductive cancers.

**____Concur          ____Do not Concur**

**Comments:**

_____

_____

_____

_____                    _____
*Deputy Secretary for Medicaid (or designee)*                           *date*