

RICK SCOTT
GOVERNOR

JUSTIN M. SENIOR
SECRETARY

### Gender Confirmation Surgery
## GENERALLY ACCEPTED PROFESSIONAL MEDICAL STANDARDS (GAPMS) DETERMINATION REPORT WITH RECOMMENDATION

**Date:**     July 19, 2017

**To:**       Beth Kidder, Deputy Secretary for Medicaid

**From:**     Bureau of Medicaid Policy

**Subject:**  **Gender Confirmation Surgery**

---

### PURPOSE

In order for the use of gender confirmation surgery to be covered under the Florida Medicaid program, it must meet medical necessity criteria as defined in Rule 59G-1.010, Florida Administrative Code. (F.A.C.), and be funded through the General Appropriations Act of Chapter 216, Florida Statutes (F.S.).

Pursuant to the criteria set forth in 59G-1.010, F.A.C., the use of gender confirmation surgery must be consistent with generally accepted professional medical standards (GAPMS) as determined by the Medicaid program, and not experimental or investigational.

In accordance with the determination process established in rule 59G-1.035, F.A.C., the Deputy Secretary for Medicaid will make the final determination as to whether gender confirmation surgery is consistent with generally accepted professional medical standards and not experimental or investigational.

If it is determined that gender confirmation surgery is consistent with generally accepted professional medical standards, this report will be supplemented with an addendum which analyzes additional factors to determine whether this health service should be covered under the Florida Medicaid program.

### REPORT WITH RECOMMENDATION

This report with recommendation is presented as the summary assessment considering the factors identified in 59G-1.035, F.A.C. based on the collection of information from credible sources of reliable evidence-based information. The intent is to provide a brief analysis with justification in support of the final recommendation.

The analysis described in this report includes:
- A high-level review of relevant disease processes
- An overview of the health service information
- Clearance from the government regulatory body (e.g. U.S. Food and Drug Administration)

2727 Mahan Drive • Mail Stop # 20
Tallahassee, FL 32308
AHCA.MyFlorida.com



Facebook.com/AHCAFlorida
Youtube.com/AHCAFlorida
Twitter.com/AHCA_FL
SlideShare.net/AHCAFlorida

Def_000295586

Transgender people are frequently victims of discrimination, including mistreatment by health care professionals, rejection, and harassment in places of public accommodation. Discrimination can occur when accessing housing, health care, employment, education, public assistance, and other social services. These negative experiences worsen health disparities, such as depression, anxiety, exposure to violence, and HIV infection, which are already disproportionately high in this population. For example, a transgender individual facing homelessness or employment discrimination may engage in survival sex (exchanging sex for food, clothing, shelter, or other basic needs), increasing their risk for exposure to violence and HIV infection. Transgender individuals who are also low income, of color, or members of other marginalized communities face even higher rates of discrimination and disparities (Baker, 2017; American Psychological Association, 2015; American College of Obstetricians and Gynecologists, 2011; World Health Organization, 2017). The transgender population also experiences an extremely high prevalence of suicidal ideation and suicide attempts. Across the United States, Europe, and Canada, studies have shown prevalence rates of suicide attempts among transgender individuals to range from 22-43% over a lifetime and 9-10% in the previous year. In comparison, just 0.6% of the general Canadian population reported a previous year attempt (Bauer, Scheim, Pyne, Travers, & Hammond, 2015).

**Treatment**

Treatment, according to the WPATH (2016), can include legal name and sex or gender change on identity documents, medically necessary hormone treatment, counseling, psychotherapy, and other medical procedures required to effectively address an individual's gender dysphoria. The WPATH emphasize that not every patient will have a medical need for identical procedures and clinically appropriate treatments must be determined on an individualized and contextual basis in consultation with the patient's medical providers. For adolescents, treatment may also include pubertal delay (de Vries, McGuire, Steensman, Wagenaar, Doreleijers, & Cohen-Kettenis, 2014). This report will focus on individuals age 18 and older. It is important to note that not all transgender individuals pursue medical or surgical treatment (American Academy of Family Physicians, 2016; American Academy of Pediatrics, 2013), as not everyone with gender nonconforming behavior experiences distress or suffering (Selvaggi et al., 2012). Some people are able to realize their gender identity without surgery, but for others, gender confirmation surgery is an essential, medically necessary step to treat their gender dysphoria (Hess et al., 2014). In 2015, the prevalence of gender confirmation surgery was reported to be 1 in 100,000 (or approximately 3,000-9,000) in the United States (Padula, Heru, & Campbell, 2015), though the transgender population is estimated at 1.4 million adults (Baker, 2017). Genital surgery for FtM patients is performed in only about a third of transgender males (Barrett, 2014). For those who do seek treatment, access to affordable, culturally competent, and reliable health care has been shown to reduce negative health outcomes, such as psychological distress, substance use, HIV vulnerability, suicidal ideation, suicide attempt, suicide, and homicide (American Public Health Association, 2016).

Hormone Therapy

Cross-sex hormones for male-to-female (MtF) individuals include estrogen alone or in combination with spironolactone. Female-to-male (FtM) individuals are prescribed testosterone. The Endocrine Society published guidelines for initiating and monitoring transgender hormone therapy in 2009. Risks associated with hormone therapy include cancer, hypertension, thrombosis, weight changes, hyperkalemia, and polycythemia. The risks are the same for transgender individuals and for biological males and females receiving hormone therapy for other purposes. However, the risks of cross-sex hormone therapy stem from and are worsened by inadvertent or intentional use of excessive doses of sex hormones or inadequate doses to

notification procedures prior to commercial distribution, supplying information pertaining to safety and effectiveness through a 510(k) summary (FDA, 2016).

## LITERATURE REVIEW

This analysis summarizes information obtained from scientific literature published in credible peer-reviewed journals related to gender confirmation surgery. This section also briefly cites the positions from the relevant medical societies.

<u>Psychological Outcomes</u>
Much research has evaluated psychological outcomes and quality of life following gender confirmation surgery. Duišin, Batinić, Barišić, Djordjevic, Vujović, and Bizic (2014) stated gender confirmation surgery has proven to be an effective intervention for people with gender dysphoria, as confirmed by multiple follow-up studies reporting high levels of postsurgical satisfaction and improvements in quality of life and general functioning. After analyzing surgical outcomes and reviewing available literature, Rossi Neto, Hintz, Krege, Rübben, and vom Dorp (2012) concluded surgical outcomes have a positive impact on patient quality of life due to improved social relationships and psychological/psychiatric functioning, and that gender confirmation surgery is the best treatment option for gender dysphoria. Costa and Colizzi (2016) report the literature has shown gender confirmation procedures appear to be beneficial in reducing mental distress. The Endocrine Society (2009) indicates the mental health of individuals undergoing these surgeries seems to be improved by participating in a treatment program that includes hormones and surgery. Meriggiola et al. (2010) state medical and surgical sex reassignments represent effective treatment. Early and prompt treatment of gender dysphoria seems to be associated with better outcomes (Barrett, 2014; de Vries et al., 2014). Lowenberg, Lax, Rossi Neto, and Krege (2010), as reported in Hess et al. (2014) found that even though just 69% of patients were satisfied with their overall life situation following gender confirmation surgery, 96% would opt for surgery again. Rotondi et al. (2013) state medical and social transitioning is important and necessary in order to maximize health, personal safety, psychological well-being, and self-fulfillment, as non-treatment of transgender patients is associated with worsening psychological outcomes. Barriers to transition-related health care can result in the use of nonprescribed hormones and "do-it-yourself" surgeries, such as removal of testes or breasts.

Research shows that gender confirmation surgeries reduce psychological distress and improve quality of life. Birkett, Newcomb, and Mustanski (2015) conducted a longitudinal study among LGBTQ youth to characterize trajectories of psychological distress and victimization. Results were consistent with minority stress theory, which suggests that increased victimization and other stigma-related stressors might influence chronic stress and coping. Social support was significantly associated with lower levels of psychological distress, but prior social support did not have a significant impact on later levels of psychological distress, indicating supportive relationships might not be enough to buffer psychological distress if experiences of victimization continue. De Vries et al. (2014) reported on young adult psychological outcomes after puberty suppression and gender confirmation surgery performed between 2008-2012. The authors found that not only was gender dysphoria resolved, but well-being was comparable to peers in many respects. After gender confirmation surgery, psychological functioning improved steadily over time, with rates of clinical problems comparable to that seen in the general population. Quality of life, satisfaction with life, and subjective happiness were comparable to same-aged peers. All of the young adults in their study were generally satisfied with their physical appearance and none regretted treatment. Puberty suppression had caused their bodies to not further develop contrary to their experienced gender. The authors believe a treatment protocol

*may delete*

Def_000295588

attempts, 55% who attempted suicide reported depressive symptoms compared to only 33% who reported depressive symptoms and no history of attempts.

Hess et al. (2014) assessed satisfaction following MtF gender confirmation surgery among 254 patients from 2004-2010.  Results indicated 61.2% of patients were "satisfied" and an additional 26.2% were "very satisfied" with their outward appearance as women.  Regarding the gender confirmation surgery process, 45.5% were "very satisfied," 30% were "satisfied," 22.7% were "mostly satisfied," and only 1.8% were "dissatisfied." Overall, approximately 75% of patients reported being "satisfied" or "very satisfied" with the aesthetic outcome, and an additional 22.3% were "mostly satisfied." Seventy-two percent of patients were "satisfied" or "very satisfied" with the functional outcome of surgery, and an additional 19.4% of patients were "mostly satisfied." Most participants (68.4%) felt their lives had "definitely" become easier since surgery, 14.7% found life to be "somewhat easier," 9.5% found life to be "somewhat harder," and 7.4% felt their lives were "harder." Expectations of life as female were "completely fulfilled" for 50% of respondents, "mostly fulfilled" for 40.2%, "mostly not fulfilled" for 5.9%, and "not fulfilled at all" for 3.9%.  There was a correlation between how respondents saw themselves and whether they felt life had become easier or their expectations of life as female had been fulfilled.  Those who saw themselves completely as women had higher scores for current life satisfaction than those who only saw themselves as more female than male.  The authors found their results comparable to other studies assessing outcomes among similarly sized populations.  Subjective satisfaction rates in the other studies ranged from 80-94%.

Surgical Outcomes
Multiple studies have been conducted on physical health outcomes following gender confirmation surgery.  Results indicate outcomes are mostly successful in helping patients reach their treatment goals and in alleviating gender dysphoria.  The overwhelming majority of research supports gender confirmation surgery as a safe and effective treatment.  Bogliolo, Cassani, Babilonti, Gardella, Zanellini, Dominoni, et al. (2014) stated cross-sex surgery should be offered to all transgender individuals who do not desire fertility because surgery can result in improved quality of life in multiple areas (socioprofessional, relationship, psychological), improved social and sexual functioning, and reduced risks of hormone-dependent cancers related to long-term hormone exposure.  They found that transgender patients undergoing hysterectomies experienced low rates of complications, none of which were because the patients were transgender.  Selvaggi et al. (2012) stated follow-up studies have shown surgery has positive effects on postoperative outcomes, such as subjective well-being, cosmetics, and sexual functioning.  They stress the importance of an in-depth consultation between surgeons and patients to discuss extensively the different techniques available and the advantages and disadvantages of each, the limitations of a procedure to achieve "ideal" results, and the inherent risks and complications of the various techniques.  Surgeons must be sure that patients have realistic expectations of the outcomes, and that the achievable result would alleviate the patient's gender dysphoria.

Across studies, rates of serious complications are generally low and most are typical of any surgical procedure (such as wound healing difficulties and bleeding).  Some complications are specific to individual procedures, others can be attributed to patient noncompliance (such as vaginal prolapse due to not using vaginal dilators as instructed after surgery) and smoking (Monstrey et al., 2011).  Complications associated with either MtF or FtM gender confirmation surgery include:
- Well leg compartment syndrome (Masumori & Tsukamoto, 2013)
- Hematoma

Bucci et al. (2014) evaluated neovaginal prolapse among MtF individuals by studying two different surgical techniques. With the first technique, which used two sutures, 1.53% of patients experienced total prolapse and 10.76% experienced partial prolapse. With the second technique, which used four sutures, no instances of total prolapse occurred and only 4.14% of patients experienced partial prolapse. Most patients reported the prolapse occurred following prolonged sexual intercourse in "uncomfortable places" without the use of any lubricant. The authors concluded that the use of four stitches results in a lower risk of prolapse. Specifically, two sutures in one area reduces the risk of total prolapse and two additional sutures in another substantially reduces the risk of partial prolapse. They also strongly recommend the regular use of vaginal stents after surgery to maintain adequate depth and diameter, ensure the skin cylinder adheres to the cavity, facilitate recovery, reduce the risk of stenosis, and reduce the risk of infection. ~~by assuring adequate drainage of fluids collected inside the neovagina.~~

De Stefani et al. (2004) recommended using microlaparoscopy in MtF surgery to reduce the risk of rectal injury. With microlaparoscopy, the dissection of the rectovesical space to create the neovaginal cavity can be directly guided, reducing risk of injury to the surrounding structures. It also allows complementary maneuvers, such as suturing the apex of the neovagina to the bottom of the perineal cavity. It is simple to perform and only adds about 15 minutes to the total operation time.

Garaffa et al. (2010) studied the radial artery-based forearm free flap (RAFFF) in FtM transitions among 27 patients who had previously undergone pre-fashioned pedicled pubic phalloplasty. The revisions were carried out in two stages. At the time of follow-up, 19 patients had completed both stages. Among all patients at the time of follow-up, 93% had a neourethra that reached the tip of the phallus and were fully satisfied with cosmetic and functional results. All 19 patients who completed both stages were able to void from the tip of the phallus while standing with no irritative or obstructive urinary symptoms and with minimal residual bladder urine (as assessed by ultrasonography). Complications occurring after stage one included complete necrosis of the RAFFF urethroplasty (2 patients), abscess formation in the phallus (1 patient), urethral stricture (1 patient), and incomplete graft take (3 patients). Complications occurring after stage two were hematoma (1 patient), abscess (1 patient), and urinary fistula (both patients). Aside from the two patients who experienced necrosis, only three developed complications requiring further revision surgery.

Cost Effectiveness
Padula et al. (2015) analyzed the cost-effectiveness of health insurance coverage for medically necessary and preventive services compared to no coverage in the U.S. adult transgender population using data collected from a review of over 30 randomized controlled trials, observational data, and case series. Effectiveness was measured as quality-adjusted life years (QALYs) in both groups. Those without benefits had less favorable outcomes, including depression, HIV, and death. For those with provider coverage, there was an annual cost of $2175 associated with medically necessary services and preventive care. Provider coverage was cost-effective relative to no health benefits at 5 and 10 years from a willingness-to-pay threshold of $100,000/QALY. The 5-year incremental cost-effectiveness was greater than that at 10 years, as upfront costs of transitional therapy were not yet offset by costly long-term outcomes associated with lack of coverage (HIV, drug abuse). The 5-year budget impact analysis indicated a cost of $0.016 per member per month. The incremental cost effectiveness ratio of provider coverage for medically necessary services and preventive care at 10 years was estimated at $9,3000/QALY, suggesting that coverage would be relatively efficient on a per-patient basis. Probabilistic sensitivity analysis showed that coverage was cost-effective compared to no coverage in 8,477 out of 10,000 simulations. The authors point out that the

Def_000295590

is cost-effective, and is the only treatment option for individuals whose gender dysphoria is not relieved by hormone therapy or other treatments.

## Evidence-Based Clinical Practice Guidelines
*available*

The World Professional Association for Transgender Health (WPATH) was founded in 1979 and is an international, interdisciplinary, professional association devoted to the understanding and treatment of individuals with gender dysphoria. Members come from medical, mental health, social science, and legal backgrounds. They have developed the WPATH Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (SOC), first issued in 1979 and periodically revised to reflect advances in evidence-based clinical practice and scientific research. The standards were last updated in 2012 (Version 7). The SOC articulate the "professional consensus about the psychiatric, psychological, medical and surgical management of GD" [gender dysphoria]. *and* ~~The SOC~~ reflect the WPATH's conclusion that treatment is medically necessary. The board of directors' opinion, based on clinical and peer reviewed evidence, is that gender affirming/confirming treatments and surgical procedures, properly indicated and performed according to the SOC, have proven beneficial and effective in the treatment of individuals with transsexualism or gender dysphoria. Furthermore, they state gender confirmation surgery plays an undisputed role in contributing toward favorable outcomes. Multiple professional societies have issued statements in support of the SOC, such as the American Medical Association, the Endocrine Society, the American Psychiatric Association, the American Psychological Association, the American Academy of Family Physicians, the National Commission of Correctional Health Care, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and Gynecology, the American Society of Plastic Surgeons, and the World Health Organization (WPATH, 2016).

The Endocrine Society's Clinical Practice Guideline, published in 2009, frequently references the WPATH SOC and peer-reviewed research. The guideline recommends hormonal therapy and surgery for sex reassignment for transsexual adults as a treatment for transsexualism or gender identity disorder [known as gender dysphoria in the DSM-5]. Surgery is recommended only after both the physician responsible for endocrine transition therapy and the mental health professional find surgery advisable, and the individual has completed at least one of year of consistent and compliant hormone treatment. It is further recommended that the physician responsible for endocrine treatment medically clear the individual for sex reassignment surgery and collaborate with the surgeon regarding hormone use during and after surgery. The Endocrine Society recommends deferring surgery until an individual is at least 18 years old.

In 2005, the American Psychological Association (APA) Council of Representatives authorized the creation of the Task Force on Gender Identity and Gender Variance. In 2009, the APA Council of Representatives adopted the Resolution on Transgender, Gender Identity, & Gender Expression Non-Discrimination, which, among other endeavors, supports the provision of adequate and necessary mental and medical health care; recognizes the efficacy, benefit, and medical necessity of gender transition; and supports access to appropriate treatment in institutional settings. The APA published the Guidelines for Psychological Practice with Transgender and Gender Nonconforming People (TGNC) in 2015 to assist psychologists in the provision of culturally competent, developmentally appropriate, and trans-affirmative psychological practice with TGNC people. The APA indicate the Guidelines are intended to complement other treatment guidelines, such as those set forth by the WPATH SOC and the Endocrine Society.

Def_000295591



The World Health Organization (2017) states transgender people share many of the same health needs as the general population, but they may also have other specialist health care needs, such as gender-affirming hormone therapy and surgery. The WHO also discusses barriers to treatment and outlines best practices in the public provision of gender-affirming health care.

The American Academy of Family Physicians (2016) published recommended curriculum guidelines for family medicine residents regarding lesbian, gay, bisexual, and transgender (LGBT) health. The guidelines recommend: basic understanding of surgical options for transitioning, including common post-operative complications and follow-up issues; familiarity with various treatment recommendations (e.g., the Endocrine Society Clinical Practice Guidelines, the WPATH SOC); referring appropriately to support services for patients needing additional care for gender transition, mental health, sexual health, social services, or other services related to LGBT identity; and managing the transition-related health care of transgender patients of all ages through either hormone administration (and/or puberty-blocking medications) or appropriate referral, as well as referral to any necessary mental health services and/or gender affirmation surgeries and related follow-up care.

The American Public Health Association (2016) encourages public health and health care practices that are inclusive of transgender and gender nonconforming people.

The National Association of Social Workers (2008) "supports the rights of all individuals to receive health insurance and other health coverage without discrimination on the basis of gender identity, and specifically without exclusion of services related to transgender or transsexual transition…which may include hormone replacement therapy, surgical interventions, prosthetic devices, and other medical procedures" (Lambda Legal, 2016).

The National Commission on Correctional Health Care published a position statement regarding transgender, transsexual, and gender nonconforming health care in correctional settings in 2009, which was updated in April 2015. The statement indicates correctional health staff should manage transgender patients in a manner that respects their biomedical and psychological needs. There are 25 principles, including the following:

- Management of medical or surgical transgender care should follow accepted standards developed by professionals with expertise in transgender health (such as WPATH SOC), and treatment decisions should be made on a case-by-case basis
- There should be no blanket administrative or other policies that restrict specific medical treatments; policies that make treatments available only to those who received them prior to incarceration or that limit transition and/or maintenance are inappropriate, out of step with medical standards, and should be avoided
- Accepted treatments for gender dysphoria should be made available to people with gender dysphoria; providing mental health care, while necessary, is not sufficient
- Psychotherapy such as "reparative" or "conversion" therapy or attempts to alter gender identity should never be employed
- Sex reassignment surgery should be considered on a case-by-case basis and provided when determined to be medically necessary for a patient
- Treatment for genital self-harm or for complications arising from self-treatment should be provided when medically necessary

Def_000295592

California, Colorado, Connecticut, the District of Columbia, Massachusetts, Minnesota, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have specific policies regarding gender confirmation surgery. Overall, the states have similar prerequisite criteria for surgery, which are largely consistent with the WPATH standards of care, though Vermont has more stringent criteria. In general, the following criteria are required, with minor variations from state to state:

- Must be at least 18 years of age and have the capacity to provide fully informed consent (Vermont requires individuals to be at least 21)
- Must have completed 12 months of continuous cross-sex hormone treatment unless hormone therapy is contraindicated (Vermont requires 24 months)
- Must provide two signed letters of referral from licensed providers who have independently assessed the individual and are recommending surgery
  - ➤ Some states indicate both letters must be from licensed mental health providers and some states indicate the letters can be from a licensed mental health provider, a licensed medical provider, or a combination of both
  - ➤ Referral letters must indicate a diagnosis of gender dysphoria and medical necessity
- Must live full-time in a gender role congruent with gender identity for 12 consecutive months
- Significant medical or mental health concerns, if present, must be optimally managed and reasonably well-controlled

All states cover the basic genital reconstruction procedures, mastectomy, and hysterectomy. All states also cover augmentation mammoplasty, though most require that the individual have insufficient breast growth after at least two years of hormone therapy before covering the procedure. Five states (Connecticut, District of Columbia, New York, Pennsylvania, and Washington) also cover other transition procedures that are typically considered cosmetic, such as facial feminization procedures, electrolysis, or voice surgery and/or speech therapy. Connecticut allows mastectomy and creation of a male chest in adolescent FtM transgender individuals reassignment, preferably after ample time of living in the desired gender role and after one year of testosterone treatment.

## Commercial Insurers

The following is a sampling of some of the commercial insurance providers who cover gender confirmation surgery for the treatment of gender dysphoria:

- Capital Health Plan
- Florida Blue
- BlueCross/BlueShield of California
- BlueCross/BlueShield of Texas
- BlueCross/BlueShield of Arizona
- BlueCross/BlueShield of Tennessee
- BlueCross/BlueShield of South Carolina
- Aetna
- Humana
- Cigna
- United HealthCare
- Tufts Health Plan
- Regence

Def_000295593