| | |
|---|---|
| **From:** | Elliott, Arlene |
| **Sent:** | Monday, July 25, 2016 10:01 AM EDT |
| **To:** | \"\"Craig\"\,\"\" Sara; \" \"Williams\"\,\"\" Susan C.; Sara.Craig@ahca.myflorida.com; Susan.Williams@ahca.myflorida.com |
| **Subject:** | FW: Hormone Research |
| **Attachments:** | Article_TG Youth_Endocrine Considerations.pdf, Transgender-PGACG-6-17-16.pdf, Clinical management of gender identity disorder in adolescents_ a protoc....html, image002.png, image003.jpg, image004.png |

I sent the 3 attachments as the 3 you will summarize.  Please discuss which one each of you will work with or you can work together.  Please summarize the main points of each article using bullets.  Thanks.

 **Arlene Elliott** - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES 

Bldg. 3, Rm. 2332A - BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
412-4152 (Office)
Arlene.Elliott@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Elliott, Arlene
**Sent:** Monday, July 25, 2016 9:59 AM
**To:** Johnson, Monique <Monique.Johnson@ahca.myflorida.com>; Allman, Heather <Heather.Allman@ahca.myflorida.com>; McGillen, Charles <Charles.McGillen@ahca.myflorida.com>; Craig, Sara <Sara.Craig@ahca.myflorida.com>; Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Clayton, Natasha <Natasha.Clayton@ahca.myflorida.com>; Williams, Susan C. <Susan.Williams@ahca.myflorida.com>
**Subject:** RE: Hormone Research

 **Arlene Elliott** - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES 

Bldg. 3, Rm. 2332A - BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
412-4152 (Office)
Arlene.Elliott@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Johnson, Monique
**Sent:** Monday, July 25, 2016 9:35 AM

**To:** Allman, Heather <Heather.Allman@ahca.myflorida.com>; McGillen, Charles <Charles.McGillen@ahca.myflorida.com>; Elliott, Arlene <Arlene.Elliott@ahca.myflorida.com>; Craig, Sara <Sara.Craig@ahca.myflorida.com>; Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Clayton, Natasha <Natasha.Clayton@ahca.myflorida.com>
**Subject:** Hormone Research

Good Morning Everyone,
There has been a desire expressed to know what articles other people are reviewing and summarizing so that people are not working on the same article. If you could just shoot a quick note about what articles you have worked on, are currently working on, and have in your cue to review next that would be much appreciated.

Monique:
- Endocrine society guidelines
- NAMD guidance
- Case law from Iowa
- Case law from Medicare
- Case law from NY
- Empirical study on medical treatment of GD in children and adolescents.

Heather:
Chuck:
Devon:
Natasha:

Arlene:

https://www.apa.org/practice/guidelines/transgender.pdf

http://www.autism.com/dysphoria

Sara/Susan:
Three attached


Thank you,

**Monique Johnson, RN, BSN, CPN**
**Program Administrator**
**Bureau of Medicaid Policy**
Agency for Health Care Administration
2727 Mahan Drive, MS 20
Tallahassee, Florida 32308
Phone: 850.412.4212
Fax: 850.414.1721

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.



Def_000351683