|  |  |
|---|---|
| **From:** | Floyd, Erica |
| **Sent:** | Wednesday, August 17, 2016 4:31 PM EDT |
| **To:** | \"\"Floyd\"\",\"\" Erica; Erica.Floyd@ahca.myflorida.com |
| **Subject:** | FW: Assistance is needed for a time sensitive project |
| **Attachments:** | image001.png, image002.jpg |

**From:** Elliott, Arlene
**Sent:** Wednesday, August 17, 2016 4:07 PM
**To:** Floyd, Erica <Erica.Floyd@ahca.myflorida.com>
**Cc:** Johnson, Monique <Monique.Johnson@ahca.myflorida.com>
**Subject:** RE: Assistance is needed for a time sensitive project

Criteria:

In Colorado, Services for Medicaid clients who have a diagnosis of gender dysphoria (GD) or a history of a diagnosis of GD include: behavioral health care, gonadotropin-releasing hormone (GnRH) analogs/agonists, cross-sex hormone therapy, gender confirmation surgery, and pre- and post-operative care.  Maryland approves GnRH treatment at the pharmacy point of sale if the recipient has GD diagnosis.  Rhode Island covered services for members diagnosed with GD and less than 18 years of age include: behavioral and medical heath, pharmacological and hormonal therapy to delay physical changes of puberty (requires prior authorization), and pharmacological and hormonal therapy that is non-reversible and produces masculinization or feminization (requires prior authorization).  In June 2015, Washington State expanded its GD treatment services to include: mental health services, puberty-blocking therapy for youths, hormonal therapy and gender reassignment surgery.



**Arlene Elliott** - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES

Bldg. 3, Rm. 2332A - BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
412-4152 (Office)



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Elliott, Arlene
**Sent:** Wednesday, August 17, 2016 3:08 PM
**To:** Floyd, Erica <Erica.Floyd@ahca.myflorida.com>
**Cc:** Johnson, Monique <Monique.Johnson@ahca.myflorida.com>
**Subject:** RE: Assistance is needed for a time sensitive project

**Lupron Depot Ped** (leuprolide acetate, a gonadotropin releasing hormone)

Def_000356616

Dosages:     7.5mg, 11.25mg or 15mg intramuscular once a month
11.25mg or 30mg intramuscular every 3 months

**Supprelin LA** (histrelin acetate, a gonadotropin releasing hormone)

Dosage: 50mg subcutaneous implant every 12 months

Sentence for page 7 :

However, four states reported they cover treatment for pre-puberty suppression with gonadotropin releasing hormone agents for pre-puberty suppression.  These states are Colorado, Maryland, Washington State, and Rhode Island.



**Arlene Elliott** - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES

Bldg. 3, Rm. 2332A - BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
412-4152 (Office)
Arlene.Elliott@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Floyd, Erica
**Sent:** Wednesday, August 17, 2016 2:26 PM
**To:** Elliott, Arlene <Arlene.Elliott@ahca.myflorida.com>
**Cc:** Harris, Shevaun <Shevaun.Harris@ahca.myflorida.com>; Johnson, Monique <Monique.Johnson@ahca.myflorida.com>
**Subject:** Assistance is needed for a time sensitive project

Good afternoon Arlene,

Would you please assist us with completing a time sensitive GAPMS report. Your clinical expertise is needed to be able to finalize the report. There are two sections of the report that have been tabbed for your review. Thank you for your help
Erica