| | |
|---|---|
| **From:** | Elliott, Arlene |
| **Sent:** | Thursday, July 28, 2016 9:30 AM EDT |
| **To:** | \"\"Torning\"\",\"\"\" Kate; Kate.Torning@ahca.myflorida.com |
| **Subject:** | GD |
| **Attachments:** | Re ADURS Gender Dysphoria.eml, RE ADURS Gender Dysphoria.eml, RE ADURS Gender Dysphoria.eml, RE ADURS Gender Dysphoria.eml, RE ADURS Gender Dysphoria.eml, RE ADURS Gender Dysphoria.eml |

Thank you!

Mainly list the services they pay for (or not).  (i.e. puberty suppression, hormone therapy, surgery, etc)

Def_000352791