| | |
|---|---|
| **From:** | Reid, Catherine (DHHS) |
| **Sent:** | Thursday, July 28, 2016 8:43 AM EDT |
| **To:** | Elliott, Arlene; Paul Holly -DHMH-; Littlejohn Newman, Kelli; clemice.hurst@medicaid.alabama.gov; Narus, Erin Y (HSS); Wall, Rebecca M (HSS); Berman, Suzanne; Pauline.Chan@dhcs.ca.gov; Lodge, Robert; Robert.page@ucdenver.edu; NILOUFAR.MAHYARI@UCDENVER.EDU; gina.moore@ucdenver.edu; Gott, Jason T.; Heather Kissinger (heather.kissinger@hidesigns.com); Herman.Kranc@ct.gov; Fecondo, Fury; Fairfax, Charlene (DHCF); Emily Baker; D'Alba, Peter; Gray, Gilletta; Afzal Mistry; Kang-Kaulupali, Kathleen; Gennrich, Jane - Medicaid; Tami Eide; Johnson, Chris K.; Patty.Steward@illinois.gov; Christina.Petrykiw@illinois.gov; John.Ross@fssa.IN.gov; Parker, Susan; Smith, Pamela; Liane Larson; Ariane Casey; Samantha McKinley; Gilbert, Julie; Melwyn Wendt; humble@ulm.edu; jan.yorks-wright@maine.gov; Ouellette, Michael; rachel.boyer@hidesigns.com; Dixit Shah -DHMH-; Palumbo, Vincent; Reinke, Mary Beth (DHS); Sara L. Noble; Benjamin F. Banahan; Shannon Hardwick; Terri R. Kirby; Calloway, Stephen; Rhonda Driver; Dave Campana; Lisa Sather; Marcia Mueting; Minchow, Jenny; Mary Griffith; margaret.clifford@dhhs.state.nh.us; Holmes, Raquel; LFarrand@dhhs.state.nh.us; Gene Azoia; Diana Moya; ADURSNY@health.state.ny.us; krista.kness@dhhs.nc.gov; Brendan Joyce; amurphy@nd.gov; Candace Rieth; Griffith, Jill; Patricia.Nussle@medicaid.ohio.gov; Margaret Scott; Nancy.Nesser@okhca.org; burl.beasley@okhca.org; Rhonda Cothran; American Drug Utilization Review Society ADURS; Jacobs, Elgene W.; Shellie-Keast@ouhsc.edu; bethany-holderread@ouhsc.edu; CITRON Roger A; Engen David; ted.d.williams@state.or.us; c-tcathers@pa.gov; c-khoover@pa.gov; Mariano, Karen; Matthew Waldrop; Bryan Amick; Correll, Lisa B.; Mike Jockheck; Helgeland, Dave; jgjohnson@magellanhealth.com; Raymond McIntire; Assadi,Nahid (HHSC); Chad Hope; Robyn Seely; Hogue, Nancy; Cain, Rachel (DMAS); Donna Sullivan; Thompson, Brian M; Julia Rollins; lynn.radmer@wisconsin.gov; Jacqueline Nash; Aimee L. Lewis; Cori Cooper; Pamela Ford-Bowen |
| **Subject:** | RE: ADURS: Gender Dysphoria |
| **Attachments:** | image001.png, image002.jpg |

Michigan is trying to establish some. We basically modelled ours on WPATH criteria (World Professional Association for Transgender Health), it seems to be what everyone uses. Aetna has pretty good guidelines and they follow WPATH.

We've had things ready for months but can't get upper administration approval to move forward yet (this is still a politically sensitive issue).

As you probably know, Medicare is covering transgender services now but are a little cagey about the absolute compliance deadline. It's listed as January 2017 but on a CMS SOTA call last week they seem to expect Medicaid programs to start adopting it now.

I don't think I can share our unapproved criteria but I'd be happy to answer any questions. We've spent a lot of time on this.

Catherine Reid, MD
Office of Medical Affairs
Michigan Dept. of Health and Human Services
(517) -335-5181

**From:** Elliott, Arlene [mailto:Arlene.Elliott@ahca.myflorida.com]
**Sent:** Wednesday, July 27, 2016 4:30 PM
**To:** Paul Holly -DHMH- <paul.holly@maryland.gov>; Littlejohn Newman, Kelli <kelli.littlejohn@medicaid.alabama.gov>; clemice.hurst@medicaid.alabama.gov; Narus, Erin Y (HSS) <erin.narus@alaska.gov>; Wall, Rebecca M (HSS) <rebecca.wall@alaska.gov>; Berman, Suzanne <suzanne.berman@azahcccs.gov>; Pauline.Chan@dhcs.ca.gov; Lodge, Robert <robert.lodge@state.co.us>; Robert.page@ucdenver.edu; NILOUFAR.MAHYARI@UCDENVER.EDU; gina.moore@ucdenver.edu; Gott, Jason T. <Jason.Gott@ct.gov>; Heather Kissinger

(heather.kissinger@hidesigns.com) <heather.kissinger@hidesigns.com>; Herman.Kranc@ct.gov; Fecondo, Fury <fury.fecondo@hpe.com>; Fairfax, Charlene (DHCF) <charlene.fairfax@dc.gov>; Emily Baker <emily.baker@nhc-llc.com>; D'Alba, Peter <peter.dalba@dch.ga.gov>; Gray, Gilletta <ggray@dch.ga.gov>; Afzal Mistry <Afzal.Mistry@nhc-llc.com>; Kang-Kaulupali, Kathleen <kkang-kaulupali@dhs.hawaii.gov>; Gennrich, Jane - Medicaid <gennricj@dhw.idaho.gov>; Tami Eide <eidet@dhw.idaho.gov>; Johnson, Chris K. <JohnsonC4@dhw.idaho.gov>; Patty.Steward@illinois.gov; Christina.Petrykiw@illinois.gov; John.Ross@fssa.IN.gov; Parker, Susan <sparker2@dhs.state.ia.us>; Smith, Pamela <pasmith@ghsinc.com>; Liane Larson <llarson@kdheks.gov>; Ariane Casey <ariane.casey@hidesigns.com>; Samantha McKinley <Samantha.mckinley@ky.gov>; Gilbert, Julie <jagilbert@magellanhealth.com>; Melwyn Wendt <melwyn.wendt@la.gov>; humble@ulm.edu; jan.yorks-wright@maine.gov; Ouellette, Michael <mouellette@ghsinc.com>; rachel.boyer@hidesigns.com; Dixit Shah -DHMH- <dixit.shah@maryland.gov>; Palumbo, Vincent <vincent.palumbo@umassmed.edu>; Reid, Catherine (DHHS) <ReidC2@michigan.gov>; Reinke, Mary Beth (DHS) <mary.beth.reinke@state.mn.us>; Sara L. Noble <sara.noble@medicaid.ms.gov>; Benjamin F. Banahan <benb3@olemiss.edu>; Shannon Hardwick <sphardwi@olemiss.edu>; Terri R. Kirby <Terri.Kirby@medicaid.ms.gov>; Calloway, Stephen <Stephen.Calloway@dss.mo.gov>; Rhonda Driver <driverr@ohsu.edu>; Dave Campana <dcampana@mt.gov>; Lisa Sather <lsather@mpqhf.org>; Marcia Mueting <marcia@npharm.org>; Minchow, Jenny <jenny.minchow@nebraska.gov>; Mary Griffith <mary.griffith@dhcfp.nv.gov>; margaret.clifford@dhhs.state.nh.us; Holmes, Raquel <rholmes@magellanhealth.com>; LFarrand@dhhs.state.nh.us; Gene Azoia <Eugene.M.Azoia@dhs.state.nj.us>; Diana Moya <DianaJ.Moya@state.nm.us>; ADURSNY@health.state.ny.us; krista.kness@dhhs.nc.gov; Brendan Joyce <bjoyce@nd.gov>; amurphy@nd.gov; Candace Rieth <candace.rieth@hidinc.com>; Griffith, Jill <jgriffith@ghsinc.com>; Patricia.Nussle@medicaid.ohio.gov; Margaret Scott <MARGARET.SCOTT@medicaid.ohio.gov>; Nancy.Nesser@okhca.org; burl.beasley@okhca.org; Rhonda Cothran <terry-cothran@ouhsc.edu>; American Drug Utilization Review Society ADURS <adurs.inc@gmail.com>; Jacobs, Elgene W. <elgenejacobs@yahoo.com>; Shellie-Keast@ouhsc.edu; bethany-holderread@ouhsc.edu; CITRON Roger A <roger.a.citron@state.or.us>; Engen David <david.engen@state.or.us>; ted.d.williams@state.or.us; c-tcathers@pa.gov; c-khoover@pa.gov; Mariano, Karen <karen.mariano@hpe.com>; Matthew Waldrop <matthew.waldrop@hidesigns.com>; Bryan Amick <Bryan.Amick@scdhhs.gov>; Correll, Lisa B. <LBCorrell@magellanhealth.com>; Mike Jockheck <mike.jockheck@state.sd.us>; Helgeland, Dave <dave.helgeland@sdstate.edu>; jgjohnson@magellanhealth.com; Raymond McIntire <raymond.mcintire@tn.gov>; Assadi,Nahid (HHSC) <nahid.assadi@hhsc.state.tx.us>; Chad Hope <chope@utah.gov>; Robyn Seely <rmseely@utah.gov>; Hogue, Nancy <nancy.hogue@vermont.gov>; Cain, Rachel (DMAS) <rachel.cain@dmas.virginia.gov>; Donna Sullivan <Donna.Sullivan@hca.wa.gov>; Thompson, Brian M <Brian.M.Thompson@wv.gov>; Julia Rollins <julia.rollins@molinahealthcare.com>; lynn.radmer@wisconsin.gov; Jacqueline Nash <Jacqueline.Nash@hidesigns.com>; Aimee L. Lewis <alewis13@uwyo.edu>; Cori Cooper <cori.cooper@wyo.gov>; Pamela Ford-Bowen <pamela.ford-bowen@dhs.arkansas.gov>
**Subject:** ADURS: Gender Dysphoria

Hi all,

Do any states have criteria/policy on gender dysphoria?  Any info will be greatly appreciated.

Def_000352793

 **Arlene Elliott** - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES

Bldg. 3, Rm. 2332A - BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
412-4152 (Office)
Arlene.Elliott@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

Def_000352794