| | |
|---|---|
| **From:** | Elliott, Arlene |
| **Sent:** | Thursday, August 4, 2016 4:11 PM EDT |
| **To:** | \"\"Johnson\"\",\"\" Monique; Monique.Johnson@ahca.myflorida.com |
| **CC:** | Torning, Kate; Williams, Susan C. |
| **Subject:** | Fwd: Gender Dysphoria |
| **Attachments:** | genderdys.xlsx, ATT00001.htm |

I found the email Kate had sent me. Kate was already gone when I sent the email.

Sent from my iPhone

Begin forwarded message:

> **From:** "Torning, Kate" <Kate.Torning@ahca.myflorida.com>
> **Date:** July 28, 2016 at 3:39:27 PM EDT
> **To:** "Elliott, Arlene" <Arlene.Elliott@ahca.myflorida.com>
> **Subject: Gender Dysphoria**
>
> Arlene –
> Attached is what I have so far, but if I'm going to include Colorado which you just sent me, I won't get this done today.  Let me know if you want Colorado added in the spreadsheet.
>
> **Kate Torning**
> *Pharmacy Services*
> *Government Analyst II*
> *Room 2358*
> *850 412 4158*