| | MARYLAND | GEORGIA | MICHIGAN | RHODE ISLAND | DISTRICT OF COLUMBIA | MASSACHUSETTS |
|---|---|---|---|---|---|---|
| Outpatient psychotherapy/mental health services for gender dysphoria | X | No set policy for gender dysphoria. Reviewed on a case by case basis and requires Prior Authorization | X | | Utilizes medical necessity criteria and standards of care as outlined in WPATH (World Professional Association for Transgender Health) | X |
| Continuous hormone replacement therapy | X | | X | X | | X |
| Outpatient laboratory testing to monitor hormone therapy | X | | | X | | |
| Orchiectomy | X | | X | X | | X |
| Penectomy | X | | | X | | X |
| Clitoroplasty | X | | X | X | | X |
| Labiaplasty | X | | | | | X |
| Vaginoplasty | X | | X | X | | X |
| Thyroid chondroplasty | X | | | X | | |
| Vaginectomy | X | | X | X | | X |
| Hysterectomy | X | | X | X | | X |
| Mastectomy | X | | X | X | | X |
| Salpingo-oophorectomy | X | | X | X | | X |
| Ovariectomy | X | | | | | |
| Metoidioplasy | X | | | X | | |
| Phalloplasty | X | | | X | | X |
| Scrotoplasty | X | | X | | | X |
| Placement of testicular protheses | X | | X | X | | X |
| Urethroplasty | X | | X | X | | X |
| Penile prosthesis | | | X | | | |
| Vulvectomy | | | X | | | |
| Plastic repair introitus | | | X | | | |
| Perineoplasty | | | X | | | |
| Construction artificial vagina | | | X | | | |
| Laparoscopy | | | X | | | |
| Penile prosthesis | | | X | | | X |
| Vulvoplasty | | | | X | | X |
| Colovaginectomy | | | | X | | |
| Breast aumentation | | | | X | | X |

General statements:  More than one state cites WPATH standard of care as a guideline.  There is a cost associated in obtaining that, so it is not included.  Most states also list reversal of gender reassignment surgery as not covered as well as thyroid reduction and voice modification procedures.
Additionally, just because a procedure is NOT checked does not necessarily mean it is NOT covered in that state.  This spreadsheet is the best interpretation of the information found for each state listed.

Worksheet: Sheet1