| Article# | Name/Article Identifier | Link to Article | Assigned to | Notes |
|---|---|---|---|---|
| 1 | Medscape-Care of the Child with the Desire to Change Gender– Part I | http://www.medscape.com/viewarticle/718619 | Sara | |
| 2 | fallonhealth: Transgender Services Clinical Coverage Criteria | http://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=20&ved=0ahUKEwjeharT6ubOAhVH5iYKHZYfAIg4ChAWCF8wCQ&url=http%3A%2F%2Fwww.fchp.org%2Fproviders%2Fmedical-management%2F~%2Fmedia%2FFiles%2FProviderPDFs%2FMedicalPolicies%2FTransgenderServices.ashx&usg=AFQjCNHGumXLS82ivBfVGHDP6bXEeJOdbQ | Sara | |
| ~~3~~ | ~~Aetna – Gender Reassignment Surgery~~ | ~~http://www.aetna.com/cpb/medical/data/600_699/0615.html~~ | | |
| 4 | Blue Regence – Transgender Services - Policy | http://blue.regence.com/trgmedpol/medicine/med153.pdf | ~~Arlene~~ Sara | Reassigned |
| 5 | **The Journal of Clinical Endocrinology & Metabolism** | http://press.endocrine.org/doi/full/10.1210/jc.20090345 | Arlene | |
| 6 | **TransYouth Family Allies Puberty Inhibitors** | http://www.imatyfa.org/permanent_files/pubertyblockers101.html | Arlene | |
| 7 | **Moda Health Plan, Inc. - Gender Reassignment Medically Necessity Criteria** | https://www.modahealth.com/pdfs/med_criteria/GenderReassignment.pdf | Susan | |
| 8 | Oregon Health Plan Coverage of Gender Dysphoria– FAQs | http://www.basicrights.org/wp-content/uploads/2015/09/OHP_FAQ_for_CommunityPartners_Mar_2016.pdf | Kym | |
| 9 | Boston Medical Center Health Net Plan– Well Sense Health Plan – Gender Reassignment Surgery | http://www.bmchp.org/~/media/d86fcbe8c97f4312834b4975caf64c6f.pdf | Kym | |
| 10 | Washington Apple Health Transgender Health Coverage- FAQs | http://www.genderjusticeleague.org/wp-content/uploads/2015/08/Apple-Health-FAQ-Final.pdf | Kym | |
| 11 | AAAP Gateway Psychological and Medical Care of Gender Nonconforming Youth | http://pediatrics.aappublications.org/content/134/6/1184 | Susan | |
| 12 | AAAP Gateway- Office-Based Care for Lesbian, Gay, Bisexual, Transgender, and Questioning Youth | http://pediatrics.aappublications.org/content/132/1/e297 | Susan | |
| 13 | Cross-Sex Hormone Therapy for Transgender Male-to-Female (MtF) Patients Criteria for Use VA Pharmacy Benefits Management Services | http://www.pbm.va.gov/PBM/clinicalguidance/criteriaforuse/Transgender_Cross_Sex_Hormone_Therapy_in_MtF_Male_to_Female_CFU.pdf | Sara | |
| 14 | Testosterone Replacement Therapy in Adult Men Criteria for Use VA Pharmacy Benefits Management Services, | http://www.pbm.va.gov/clinicalguidance/criteriaforuse/Testosterone_Replacement_in_Adult_Males_Criteria_for_Use.pdf | Susan | |

Generally Accepted Professional Medical Standard (GAPMS) - Agents Used to Suppress Puberty in Transgender Children
LISTING OF RESEARCH ARTICLES
Case 4:22-cv-00325-RH-MAF   Document 181-26   Filed 04/27/23   Page 2 of 3

| # | Title | Link | Assigned | Notes |
|---|---|---|---|---|
| 15 | Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People | http://transhealth.ucsf.edu/protocols | Arlene | |
| 16 | Cross-Sex Hormone Therapy | http://www.lgbthealtheducation.org/wp-content/uploads/Cross-Sex-Hormone-Therapy1.pdf | Arlene | |
| 17 | Pediatric Growth Hormone Deficiency Treatment & Management | http://emedicine.medscape.com/article/923688-treatment | Arlene | |
| 18 | When Transgender Kids Transition, Medical Risks are Both Known and Unknown | http://www.pbs.org/wgbh/frontline/article/when-transgender-kids-transition-medical-risks-are-both-known-and-unknown/ | Kym | |
| 19 | US NATIONAL LIBRARY OF MEDICINE - Consecutive lynestrenol and cross-sex hormone treatment in biological female adolescents with gender dysphoria: a retrospective analysis. | http://www.ncbi.nlm.nih.gov/pubmed/26885361 | Tiffany | |
| 20 | Gender dysphoria – Treatment - NHS Choices information Gov.UK | http://www.nhs.uk/Conditions/Gender-dysphoria/Pages/Treatment.aspx | ~~Tiffany~~ Susan | |
| ~~21~~ | ~~SUMMARY OF CLINICAL EVIDENCE FOR GENDER REASSIGNMENT SURGERIES -CMS~~ | ~~https://www.cms.gov/Medicare/Coverage/DeterminationProcess/Downloads/Kalra_comment_01022016_b.pdf~~ | ~~EVERYONE – CMS REPORT~~ | **Listed Wrong Article – disregard** |
| 22 | US NATIONAL LIBRARY OF MEDICINE ` The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review | http://www.ncbi.nlm.nih.gov/pmc/articles/PMC4977075/ | ~~Tiffany~~ Kym | Reassigned |
| 23 | Supporting Transgender Children: What Does The Evidence Say? - University of Alberta | https://inclusivehealthconference.files.wordpress.com/2016/05/supportingtransgenderchildren.pdf | Sara | |
| 24 | AMERICAN FAMILY PHYSICIAN - Updated Recommendations from the World Professional Association for Transgender Health Standards of Care | http://www.aafp.org/afp/2013/0115/p89.html | Susan | |
| 25 | Largest Study to Date: Transgender Hormone Treatment Safe | http://www.medscape.com/viewarticle/827713 | Arlene | |
| 26 | Hormone treatment of gender identity disorder in a cohort of children and adolescents  THE MEDICAL JOURNAL OF AUSTRIA | https://www.mja.com.au/journal/2012/196/9/hormone-treatment-gender-identity-disorder-cohort-children-and-adolescents | Sara | |
| 27 | Hormone Therapy is Lifesaving — But Why is No One Studying Its Long-Term Effects? OUT - By Diana Tourjee Tue, 2016-09-20 09:38 | http://www.out.com/out-exclusives/2016/9/20/hormone-therapy-lifesaving-why-no-one-studying-its-long-term-effects | Arlene | |
| 28 | University of California, San Francisco Overview of feminizing hormone therapy | http://transhealth.ucsf.edu/trans?page=guidelines-feminizing-therapy | Tiffany | |
| 29 | BOSTON UNIVERSITY – SCHOOL OF MEDICIN ENDOCRINOLOGY, DIABETES & NUTRITION Practical Guidelines for Transgender Hormone Treatment | http://www.bumc.bu.edu/endo/clinics/transgender-medicine/guidelines/ | Sara | |

Def_000368874

Generally Accepted Professional Medical Standard (GAPMS) - Agents Used to Suppress Puberty in Transgender Children
LISTING OF RESEARCH ARTICLES
Case 4:22-cv-00325-RH-MAF   Document 181-26   Filed 04/27/23   Page 3 of 3

| # | Article | Link | Reviewer | |
|---|---------|------|----------|---|
| 30 | Clinical Study Prevalence of cardiovascular disease and cancer during cross-sex hormone therapy in a large cohort of trans persons: a case-control study | http://www.eje-online.org/content/169/4/471.long | Tiffany | |
| 31 | International Journal of Transgenderism, 13:165–232, 2011 Copyright C World Professional Association for Transgender Health ISSN: 1553-2739 print / 1434-4599 online Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version | https://www.academia.edu/13190717/Standards_of_Care_for_the_Health_of_Transsexual_Transgender_and_Gender-Nonconforming_People_Version_7 | Susan | |
| 32 | A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones | http://www.eje-online.org/content/164/4/635.full | Tiffany | |
| 33 | HAYES- Hormone Therapy for the Treatment of Gender Dysphoria | https://www.hayesinc.com/subscribers/displaySubscriberArticle.do?articleId=16619&searchStore=%24search_type%3Dall%24icd%3D%24keywords%3Dcross-sex%2Chormones%24status%3Dall%24page%3D1%24from_date%3D%24to_date%3D%24report_type_options%3D%24technology_type_options%3D%24organ_system_options%3D%24specialty_options%3D%24order%3DasearchRelevance | Kym | |

Def_000368875