2/2/23, 11:58 AM  Case 4:22-cv-00325-RH-MAF  Document 181-27  Filed 04/27/23  Page 1 of 1
ART Archive 2016/2017 - Cross-Sex Hormone Therapy GAPMS

FL Agency for Health Care Administration       Newsfeed   OneDrive   Sites   Brackett, Matt

# Medicaid Policy Routing and Tracking Form

| | |
|---|---|
| Date: | 11/2/2016 |
| Assignment Title: | Cross-Sex Hormone Therapy GAPMS |
| Assignment Type: | GAPMS |
| Final Due Date: | 11/20/2016 |
| Assignment Summary (brief): | Cross-Sex Hormone Therapy GAPMS |
| Attachment(s): | GAPMS II (004) to SH.docx |
| Section: | Pharmacy Policy |
| Prepared By: | Sara Craig |
| Position: | Senior Pharmacist |
| Preparer Phone: | 4157 |
| Preparer Room Number: | 4157 |

**Reviewed by and Routing Timeline(s):**

| Name | Title | Start Date | End Date | Date Received | Todays Date and Initial | | Approval |
|---|---|---|---|---|---|---|---|
| Arlene Elliott | AHC Administrator | | | 10/31/2016 | 11/2/2016 | AE | ☑ |
| Erica Floyd-Thomas | Interim Deputy Secretary fo | | | 11/2/2016 | 2/1/2018 | | ☐ |
| | | | | | | | ☐ |
| | | | | | | | ☐ |
| | | | | | | | ☐ |
| | | | | | | | ☐ |
| | | | | | | | ☐ |
| | | | | | | | ☐ |
| | | | | | | | ☐ |
| | | | | | | | ☐ |
| | | | | | | | ☐ |

| | |
|---|---|
| Notes: | 2/1/2018 received for Erica's review. JB |

Def_000295599