| | |
|---|---|
| **From:** | Bouquio, Rebecca |
| **Sent:** | Tuesday, June 12, 2018 4:02 PM EDT |
| **To:** | Anthony-Davis, Claire |
| **Subject:** | Helpful info |

Hi Claire,

Here is a snippet from the report I completed last year.  After our discussion, I forgot to mention you may want to check any pertinent policies to make sure they have not been updated since July 2017, which is when I completed my report.  There may be changes I'm not aware of.

**Florida Medicaid**

Florida Medicaid does not expressly cover or deny coverage for gender confirmation surgery but does reimburse for procedures typically performed during gender confirmation surgeries, such as tissue transfer or rearrangement, autologous fat transfer, blepharoplasty, lipectomy, mastectomy, mastopexy, mammoplasty, nipple/areola reconstruction, genioplasty, facial reconstruction, rhinoplasty, urethroplasty, penectomy, orchiectomy, scrotoplasty, prostatectomy, metoidioplasty, phalloplasty, vulvectomy, clitoroplasty, vaginectomy, colpectomy, vaginoplasty, hysterectomy, and salpingo-oophorectomy.  Some procedures require prior authorization.

Please let me know if you need more information on this topic.

Thanks,
Rebecca