# Medicaid Policy Routing and Tracking Form

| Field | Value |
|---|---|
| Date: | 6/12/2018 |
| Assignment Title: | 313644 Gender Reassignment |
| Assignment Type: | Policy Inbox |
| Final Due Date: | 6/22/2018 |
| Assignment Summary (brief): | Adult Member wanting to know if Gender Reassignment is covered by Medicaid |
| Attachment(s): | CorrFlow Folder 313644 re Leeanne Peoples.msg<br>RE Gender Reassignment CorrFlow Folder 313644 re_Leeanne Peoples.msg |
| Section: | Medical and Behavioral Health Coverage Policy |
| Prepared By: | Claire Anthony-Davis |
| Position: | Registered Nurse Consultant |
| Preparer Phone: | 4-4266 |
| Preparer Room Number: | 2369 |

### Reviewed by and Routing Timeline(s):

| Name | Title | Start Date | End Date | Date Received | Todays Date and Initial | | Approval |
|---|---|---|---|---|---|---|---|
| Jessica Kenny | Acting Program Administrat | 6/18/2018 | 6/19/2018 | 6/13/2018 | 6/13/2018 | JK/... | ✓ |
| Christina Vracar | AHC Administrator | 6/19/2018 | 6/20/2018 | 6/13/2018 | 6/14/2018 | M... | ✓ |
| Erica Floyd-Thomas | Bureau Chief | 6/20/2018 | 6/21/2018 | 7/11/2018 | | | ☐ |

Def_000825001