| | |
|---|---|
| **From:** | Vracar, Christina |
| **Sent:** | Friday, July 20, 2018 4:40 PM EDT |
| **To:** | Boatwright, Lakeysha |
| **CC:** | Anthony-Davis, Claire; Richardson, Katuria; Phinazee, Lisa (Kim); Uddin, Abm; Peoples, Leeanne |
| **Subject:** | 313644 RE: CorrFlow/Medicaid Policy inbox assignments |

Hi Lakeysha,

Please close this assignment. The contract manager and I called the plan to discuss Medicaid coverage on Wednesday, July 18, 2018 at 2:55pm. The inquirer was satisfied with the response.

Thank you,

Christina M. Vracar, DA, MPH, CPC-A

Agency for Health Care Administrator

Medical and Behavioral Health Section

Medicaid Policy

Agency for Health Care Administration

2727 Mahan Drive, MS #20

Tallahassee, Florida 32308

E:  <mailto:Christina.Vracar@ahca.myflorida.com> Christina.Vracar@ahca.myflorida.com

O: (850) 412-4212

F: (850) 414-1721

<file:///C:/Windows/ahcalogo614.PNG>          <file:///C:/Windows/ReportFraud.jpg>

Privacy Statement: This email may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this email is not the intended recipient or his/her authorized agent, the reader is hereby notified that any dissemination, distribution, or copying of this email is prohibited. If you receive this in error, please reply to the sender and delete immediately.

From: Boatwright, Lakeysha
Sent: Tuesday, July 10, 2018 10:29 AM
To: Anthony-Davis, Claire <Claire.Davis@ahca.myflorida.com <mailto:Claire.Davis@ahca.myflorida.com> >

Subject: CorrFlow/Medicaid Policy inbox assignments

Good morning,

Can you please provide me with an update on the following assignment(s):

6/12/18

Policy Inbox

313644

Gender Reassignment

Leanne Peoples

Claire Anthony-Davis

6/22/18

28

P

6.15.18 w/Erica

Thank you,

  <file:///C:/Windows/ahcalogo614.PNG>

Lakeysha Boatwright, M.B.A., F.C.C.M.

Program Administrator

Florida Certified Contract Manager

  _____

BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
850-412-4210 (Office)

850-228-9895 (Cell)

Lakeysha.Boatwright@ahca.myflorida.com <mailto:Lakeysha.Boatwright@ahca.myflorida.com>

<http://ahca.myflorida.com/Executive/Inspector_General/complaints.shtml>

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**Def_000825004**