| | |
|---|---|
| **From:** | Kumar, Theresa |
| **Sent:** | Tuesday, October 27, 2020 8:16 AM EDT |
| **To:** | \"\"Bottcher\"\",\"\" Jesse; Jesse.Bottcher@ahca.myflorida.com |
| **Subject:** | Gender Reassignment Surgery Codes to be PA'd |
| **Attachments:** | CG-SURG-27 Gender Reassignment Surgery.pdf, GENDER REASSIGNMENT SURGERY MODEL NCD.pdf, Gender Dysphoria Treatment – Commercial Medical Policy.pdf |

Hi Jesse,
Do you want to discuss incorporating more codes to be PA'd for gender reassignment surgery?
Thanks,
Terrie

https://www.unicare.com/dam/medpolicies/unicare/active/guidelines/gl_pw_a051166.html

https://www.cms.gov/medicare/coverage/determinationProcess/downloads/Kalra_comment_01022016.pdf
https://www.uhcprovider.com/content/dam/provider/docs/public/policies/comm-medical-drug/gender-dysphoria-treatment.pdf

**For example, for male-to-female surgery the following may be coded:**
- Orchiectomy (54520, 54690)
- Penectomy (54125)
- Vaginoplasty (57335)
- Colovaginoplasty (57291-57292.
- Clitoroplasty (56805)
- Labiaplast(58999)
- Breast augmentation (19324-19325)
- Tracea shave/reduction thyroid chondroplasty (31899)



**Theresa Kumar** - REGISTERED NURSING CONSULTANT

Bldg 3 Rm 2364 - BUREAU OF MEDICAID POLICY
2727 MAHAN DR., TALLAHASSEE, FL. 32308
+1 850-412-4232 (Office) - (850) 922-7303 (Fax)
Theresa.Kumar@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.