| | |
|---|---|
| **From:** | Pickle, Devona |
| **Sent:** | Wednesday, January 5, 2022 1:03 PM EST |
| **To:** | \"\"Sokoloski\"\",\"\" Kristin; Kristin.Sokoloski@ahca.myflorida.com |
| **Subject:** | |

Matt recalls that Rebecca did a GAPMS on that issue. He recalled that she found it is an evidence-based treatment for gender dysphoria, but Medicaid does not cover it. I found an ARTS assignment that Erica personally handled, and it was only covered under EPSDT.

**D.D. Pickle,** Program Director
Canadian Prescription Drug Importation Program
Agency for Health Care Administration
Office - ***850-412-4646***
Medicaid Helpline - ***1-877-254-1055***

Def_001463652