| | |
|---|---|
| **From:** | Peoples, Leeanne |
| **Subject:** | RE: Attention : A New Collateral Received for Filing: SFL-PM-0019-21 Simply CHA PM Annual Review |
| **To:** | ""Gomez"","" Daralice; dgomez1@simplyhealthcareplans.com |
| **Cc:** | dl-FL Regulatory Collaterals |
| **Sent:** | February 14, 2022 9:02 AM (UTC-05:00) |
| **Attached:** | Agency Comments_021422_SFL-PM-0019-21 Simply CHA PM Annual Review STATE.docx |

Good morning,

Please see the attached document with Agency comments.

Thank you,
Leeanne

---

**From:** Gomez, Daralice <dgomez1@simplyhealthcareplans.com>
**Sent:** Tuesday, January 18, 2022 5:25 PM
**To:** Peoples, Leeanne <Leeanne.Peoples@ahca.myflorida.com>
**Cc:** dl-FL Regulatory Collaterals <dl-FLRegulatoryCollaterals@anthem.com>
**Subject:** FW: Attention : A New Collateral Received for Filing: SFL-PM-0019-21 Simply CHA PM Annual Review

Hi Leeanne,

Please find the attached updated Provider Manual for your review. The TC and previous acknowledgement have been attached.

| Material Name | SFL-PM-0019-21 Simply CHA PM Annual Review |
|---|---|
| Job Number ID | SFL-PM-0019-21 |
| Description and Objective | This is the annual update for the Simply CHA Provider Manual. This is a revision of document SFL-PM-0017-21 |

Sincerely,

**Simply Healthcare Plans, Inc.**

**Daralice Gomez,** *FL Medicaid Compliance Consultant*
9250 W. Flagler St. Suite 600, Miami, FL 33174
O: (561) 669-3216
Dgomez1@simplyhealthcareplans.com

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.