| | |
|---|---|
| **From:** | Ring, Peter |
| **Sent:** | Thursday, April 7, 2022 3:03 PM EDT |
| **To:** | Wallace, Thomas J.; Sokoloski, Kristin |
| **Subject:** | RE: Updated Report |
| **Attachments:** | K Sokoloski Req_4354 Updated 04-06-2022.xlsx, image001.png, image002.png |

Tom- This version has two additional tabs displaying the top 10 for children and adult, in addition to the overall combined top 10 tab.

---

**From:** Ring, Peter
**Sent:** Thursday, April 7, 2022 2:40 PM
**To:** Wallace, Thomas J. <Thomas.Wallace@ahca.myflorida.com>; Sokoloski, Kristin <Kristin.Sokoloski@ahca.myflorida.com>
**Subject:** RE: Updated Report

The summary tab only displays the total (combined children and adult). The detail tabs have the breakout by children and adult separately (columns AR through AU).

---

**From:** Wallace, Thomas J. <Thomas.Wallace@ahca.myflorida.com>
**Sent:** Thursday, April 7, 2022 2:24 PM
**To:** Ring, Peter <Peter.Ring@ahca.myflorida.com>; Sokoloski, Kristin <Kristin.Sokoloski@ahca.myflorida.com>
**Subject:** RE: Updated Report

So you don t have a breakout of the top 10 by child and adult? It is just total?

---

**From:** Ring, Peter <Peter.Ring@ahca.myflorida.com>
**Sent:** Thursday, April 7, 2022 2:09 PM
**To:** Sokoloski, Kristin <Kristin.Sokoloski@ahca.myflorida.com>; Wallace, Thomas J. <Thomas.Wallace@ahca.myflorida.com>
**Subject:** RE: Updated Report

Tom- The attached version has the added tab with the top 10 expenditures for each of the three detail tabs. The detail tabs are also sorted by expenditure so the same top 10 procedures are at the top of each list.

Talked with Kristin and decided to hold off on the second item related to adding subtotals on the detail tabs.

---

**From:** Sokoloski, Kristin <Kristin.Sokoloski@ahca.myflorida.com>
**Sent:** Thursday, April 7, 2022 1:15 PM
**To:** Ring, Peter <Peter.Ring@ahca.myflorida.com>; Wallace, Thomas J. <Thomas.Wallace@ahca.myflorida.com>
**Subject:** FW: Updated Report

Thanks Peter! Two things:

I thought we discussed adding a summary table to the top of each detailed tab (Diag 1, Diag 1-3, Diasg 1-25) that showed the top 10 procedure codes for that cut , in the aggregate across recipient (children and adults) and across the 5 year period. I may be missing it, but I don t see that. I think the information is there, just a bit hard to access. Maybe pull out at the top of the sheet as follows?

Thanks!

Pl. Trial Ex. 271

 | Procedure Code | Procedure Code Description | Total | |
|---|---|---|---|
| | | Recipients | Expenditures |
| H2019 | Ther Behav Svc, Per 15 Min | 391 | $ 287,779 |
| ###### | Various Revenue Codes (includes Room and Board, ICU, Pharmacy, IV Therapy, Laboratory, CT Scan, Radiology) | 81 | $ 229,852 |
| 99214 | Office/Outpatient Visit Est | 824 | $ 113,334 |
| 90837 | Psytx Pt&/Family 60 Minutes | 105 | $ 62,769 |
| T1017 | Targeted Case Management | 34 | $ 46,399 |
| 99213 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least two of these three key components: an expanded problem focused history -- an expanded problem focused examination -- medical decision mak | 766 | $ 44,213 |
| 19303 | Mast Simple Complete | 12 | $ 41,286 |
| 19304 | Mast Subq | 11 | $ 34,489 |
| 99215 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least two of these three key components: a comprehensive history -- a comprehensive examination -- medical decision making of high complexity.. | 202 | $ 34,009 |
| H0032 | MH Svc Plan Dev By Non-Md | 263 | $ 30,509 |
| 99204 | Office/Outpatient Visit New | 240 | $ 28,152 |

Also- on the detailed tabs, could you add colums for each year with the total recip and total expenditures, like below?

**Florida Medicaid**

**FFS and Encounter recipient counts and expenditures for F64, F64.0, F64.1, F64.2,F64.8, F64.9 diagnosis codes in first slot (Diag1 only) by age group**
F64=Gender identity disorders, F640=Transsexualism, F641=Dual role transvestism, F642=Gender identity disorder of childhood, F648=Other gender identity disorders, F649=Gender identity disorder, unspecified.
**(Date of service from July 01, 2016 to June 30, 2021)**

| Procedure Code | Procedure Code Description | FY1617 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Children Under 21 | | Adults 21 or above | | Total Reip | Total Expen | Children Unde | |
| | | Recipients | Expenditu | Recipients | Expenditures | | | Recipients | Exp |
| H2019 | Ther Behav Svc, Per 15 Min | | | | | | | | |
| ###### | Various Revenue Codes (includes Room and Board, ICU, Pharmacy, IV Therapy, Laboratory, CT Scan, Radiology) | | | 3 | $ 15 | | | 1 | $ |
| 99214 | Office/Outpatient Visit Est | | | | | | | | |

**From:** Ring, Peter <Peter.Ring@ahca.myflorida.com>
**Sent:** Tuesday, April 5, 2022 4:22 PM
**To:** Sokoloski, Kristin <Kristin.Sokoloski@ahca.myflorida.com>
**Subject:** RE: Updated Report

Here is the updated version.

**From:** Sokoloski, Kristin <Kristin.Sokoloski@ahca.myflorida.com>
**Sent:** Tuesday, April 5, 2022 4:15 PM
**To:** Ring, Peter <Peter.Ring@ahca.myflorida.com>
**Subject:** RE: Updated Report

Looks good.  DO you want to clean up the formatting and send back?

---

**From:** Ring, Peter <Peter.Ring@ahca.myflorida.com>
**Sent:** Tuesday, April 5, 2022 3:52 PM
**To:** Sokoloski, Kristin <Kristin.Sokoloski@ahca.myflorida.com>
**Subject:** Updated Report