| | |
|---|---|
| **From:** | Sheeran, Andrew |
| **Subject:** | FW: Conference with Dr. Cantor |
| **To:** | ""Weida"","" Jason; Jason.Weida@ahca.myflorida.com |
| **Sent:** | April 18, 2022 11:14 AM (UTC-04:00) |
| **Attached:** | Cantor (2020) Transgender and Gender Diverse Children and Adolescents Fact Checking of AAP Policy.pdf |

**From:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Sent:** Monday, April 18, 2022 11:11 AM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** FW: Conference with Dr. Cantor

Hi Andrew, FYI, Dr. Cantor forwarded me the attached article that he recently published.

Thanks,
Ashley

**Ashley Hoffman Lukis**
Shareholder

T  850.577.9090
F  850.577.3311

GrayRobinson, P.A. · 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301

---

**From:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Sent:** Wednesday, April 13, 2022 5:22 PM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Cc:** Andy Bardos <Andy.Bardos@gray-robinson.com>
**Subject:** Conference with Dr. Cantor

Hi Andrew, Dr. Cantor is available on Monday at 1pm to talk—would that time work for you as well (and anyone else who might join on your end)?

Thanks,
Ashley

**Ashley Hoffman Lukis**
Shareholder

T  850.577.9090
F  850.577.3311

GrayRobinson, P.A. · 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301

---

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we

apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

AHCA0087371
**Def_000290280**