**Re: Expert Assistance for Florida Medicaid**

miriam grossman <████████████████████>

Thu 4/14/2022 2:06 PM

To: Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>

Hi Andrew,
Thanks for the email. I could do it tomorrow Friday at 9:30am or 1:15 pm.
My phone is ████████.
Looking forward,
Dr Grossman

Sent from my iPad

On Apr 14, 2022, at 11:12 AM, Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com> wrote:

Dr. Grossman,

I represent the state government agency that administers the Medicaid program in Florida. We are interested in talking to you about a project the agency is undertaking which will require assistance from experts in your field.

Do you have time for a brief call today, tomorrow, or early next week?

Thanks,

*Andrew T. Sheeran*
*Chief Litigation Counsel*
*Agency for Health Care Administration*
*Office of the General Counsel*
*2727 Mahan Drive, Building 3, MS #3*
*Tallahassee, FL 32308*
*Telephone: (850) 412-3670*
*Fax: (850) 922-6484*
*Email:* Andrew.Sheeran@ahca.myflorida.com

GROSSMAN0029