|                  |                                                                                   |
|------------------|-----------------------------------------------------------------------------------|
| **From:**        | Williams, Susan C.                                                                |
| **Sent:**        | Wednesday, April 20, 2022 11:39 AM EDT                                            |
| **To:**          | \"\"Greene\",\"\" Shantrice; ShantriceR.Greene@ahca.myflorida.com                  |
| **CC:**          | Peterson, Ashley; Rubin, Kelly; Forbes, Jesseka                                   |
| **Subject:**     | FW: GAPMS Cross-Sex Hormone Therapy110116.docx                                    |
| **Attachments:** | GAPMS Cross-Sex Hormone Therapy110116.docx                                        |

Shantrice,

Please review the drug listed in the attached document for current indications and update the document as needed.

**From:** Williams, Susan C.
**Sent:** Tuesday, April 19, 2022 12:42 PM
**To:** Chen, Nai <Nai.Chen@ahca.myflorida.com>; Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>
**Subject:** GAPMS Cross-Sex Hormone Therapy110116.docx