| | |
|---|---|
| **From:** | Weida, Jason |
| **Sent:** | Wednesday, April 20, 2022 1:57 PM EDT |
| **To:** | \"\"Meyer\"\,\"\" Brian; Brian.Meyer@ahca.myflorida.com |
| **Subject:** | Fwd: Treatment of Gender Dysphoria for Children and Adolescents |

Brian,

FYSA.  I am handling with Cody and Brock.  If you or Pam become aware of any such inquires, please let me know and I will handle.

Jason

Get [Outlook for iOS](#)

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Wednesday, April 20, 2022 1:53 PM
**To:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>; Dalton, Ann <Ann.Dalton@ahca.myflorida.com>; Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>
**Cc:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>; Forbes, Jesseka <Jesseka.Forbes@ahca.myflorida.com>; Greene, Shantrice <ShantriceR.Greene@ahca.myflorida.com>; Hamilton, Vern <Vern.Hamilton@ahca.myflorida.com>; Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Juarez, Brock <Brock.Juarez@ahca.myflorida.com>
**Subject:** Re: Treatment of Gender Dysphoria for Children and Adolescents

Hi Susan,

Thanks for your email.  I will handle with Cody and Brock (copied).  Please take no further action until you hear back from one of us.

If you receive any additional related inquiries, please send to me, Cody, and Brock.

Thanks,

Jason

Get [Outlook for iOS](#)

**From:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>
**Sent:** Wednesday, April 20, 2022 1:46 PM
**To:** Dalton, Ann <Ann.Dalton@ahca.myflorida.com>; Weida, Jason <Jason.Weida@ahca.myflorida.com>; Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>
**Cc:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>; Forbes, Jesseka <Jesseka.Forbes@ahca.myflorida.com>; Greene, Shantrice <ShantriceR.Greene@ahca.myflorida.com>; Hamilton, Vern <Vern.Hamilton@ahca.myflorida.com>
**Subject:** FW: Treatment of Gender Dysphoria for Children and Adolescents

Hi Ann and Jason,

We are being asked by the plans how the DOH's fact sheet on Gender Dysphoria will affect Florida Medicaid recipients.  Should this be discussed with CMS?

Please provide guidance as to the response you would like sent to the plans.

==Proposed response:==

This is under review by the administration at the Agency.  Additional guidance will be provided later.

Thanks,



Susan Williams – Senior Pharmacist

Bldg 3 Rm 2302 - BUREAU OF MEDICAID POLICY
2727 MAHAN DR., TALLAHASSEE, FL. 32308
850-350-6263
Susan.Williams@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Hamilton, Vern <Vern.Hamilton@ahca.myflorida.com>
**Sent:** Wednesday, April 20, 2022 12:36 PM
**To:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>; Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>; Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>; Forbes, Jesseka <Jesseka.Forbes@ahca.myflorida.com>
**Cc:** Greene, Shantrice <ShantriceR.Greene@ahca.myflorida.com>
**Subject:** FW: Treatment of Gender Dysphoria for Children and Adolescents

This inquiry was received from one of our DUR Board members this afternoon, I'm forwarding so everyone can follow.

Is this something we need to share with our Bureau Chief and Director of Medicaid??  I am assuming there needs to be an Agency wide response, as this may come up from other sources as well.

Susan, you may want to respond to Dr. Zitiello that "this is in review and/or we will provide guidance later?"
FYI
Vern

**From:** Amy Zitiello <azitiello@tampabay.rr.com>
**Sent:** Wednesday, April 20, 2022 1:22 PM
**To:** Hamilton, Vern <Vern.Hamilton@ahca.myflorida.com>
**Subject:** Fwd: Treatment of Gender Dysphoria for Children and Adolescents

==What does this mean for Medicaid coverage, are the kids previously approved now required to pay out of pocket.  How do we take a stance.==

Amy Zitiello

Begin forwarded message:

> **From:** Amy Zitiello <azitiello@tampabay.rr.com>
> **Date:** April 20, 2022 at 12:21:33 PM EDT
> **To:** amy.zitiello@optum.com
> **Subject: Fwd: Treatment of Gender Dysphoria for Children and Adolescents**
>
>
> Amy Zitiello
>
> Begin forwarded message:
>
>> **From:** Florida Department of Health <Floridahealth@public.govdelivery.com>
>> **Date:** April 20, 2022 at 9:34:37 AM EDT
>> **To:** azitiello@tampabay.rr.com
>> **Subject: Treatment of Gender Dysphoria for Children and Adolescents**
>> **Reply-To:** Floridahealth@public.govdelivery.com



View as a webpage  /  Share

**Treatment of Gender Dysphoria for Children and Adolescents**

April 20, 2022

The Florida Department of Health wants to clarify evidence recently cited on a  fact sheet  released by the US Department of

Health and Human Services and provide guidance on treating gender dysphoria for children and adolescents.

Systematic reviews on hormonal treatment for young people show a trend of low-quality evidence, small sample sizes, and medium to high risk of bias. A paper published in the International Review of Psychiatry states that 80% of those seeking clinical care will lose their desire to identify with the non-birth sex. One review concludes that "hormonal treatments for transgender adolescents can achieve their intended physical effects, but **evidence regarding their psychosocial and cognitive impact is generally lacking**."

According to the Merck Manual, "gender dysphoria is characterized by a strong, persistent cross-gender identification associated with anxiety, depression, irritability, and often a wish to live as a gender different from the one associated with the sex assigned at birth."

Due to the lack of conclusive evidence, and the potential for long-term, irreversible effects, the Department's guidelines are as follows:

- Social gender transition should not be a treatment option for children or adolescents.

- Anyone under 18 should not be prescribed puberty blockers or hormone therapy.

- Gender reassignment surgery should not be a treatment option for children or adolescents.

- Based on the currently available evidence, "encouraging mastectomy, ovariectomy, uterine extirpation, penile disablement, tracheal shave, the prescription of hormones which are out of line with the genetic make-up of the child, or puberty blockers, are all clinical practices which run an **unacceptably high risk of doing harm**."

- Children and adolescents should be provided social support by peers and family and seek counseling from a licensed provider.

These guidelines do not apply to procedures or treatments for children or adolescents born with a genetically or biochemically verifiable disorder of sex development (DSD). These disorders include, but are not limited to, 46, XX DSD; 46, XY DSD; sex chromosome DSDs; XX or XY sex reversal; and ovotesticular disorder.

The Department's guidelines are consistent with the federal Centers for Medicare and Medicaid Services age requirement for surgical and non-surgical treatment. These guidelines are also in line with the guidance, reviews, and recommendations from Sweden, Finland, the United Kingdom, and France.

Parents are encouraged to reach out to their child's health care provider for more information.

**About the Florida Department of Health**

The Florida Department of Health, nationally accredited by the Public Health Accreditation Board, works to protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.

Follow us on Facebook, Instagram and Twitter at @HealthyFla. For more information, please visit www.FloridaHealth.gov.

Stay Connected with Florida Department of Health:



SUBSCRIBER SERVICES:
Manage Subscriptions  |  Unsubscribe All  |  Help

---

This email was sent to azitiello@tampabay.rr.com using govDelivery Communications Cloud on behalf of: Florida Department of Health ·4052 Bald Cypress Way, Tallahassee, FL 32399



**Def_001490895**