| | |
|---|---|
| **From:** | Romina Brignardello Petersen |
| **Sent:** | Monday, April 25, 2022 2:48 PM EDT |
| **To:** | \"\"Weida\"\,\"\" Jason; Jason.Weida@ahca.myflorida.com; Andrew.Sheeran@ahca.myflorida.com |
| **CC:** | Sheeran, Andrew |
| **Subject:** | Re: Academic CV [ATTORNEY WORK PRODUCT] |

Hi Jason,

Just following up on this. Does the second person need to register separately?

Also, after doing the searches and some screening of articles this weekend, I wanted to check with you that it is OK to focus on the major gender-affirming surgeries (phalloplasty, vaginoplasty, chest surgery) and leave out other surgical procedures like surgeries to change the pitch of the voice, hair transplants, and plastic surgery of the face and hands. Considering the time constraints, it would be very difficult to include those.

Thank you

Romina

**From:** "Weida, Jason" <Jason.Weida@ahca.myflorida.com>
**Date:** Friday, April 22, 2022 at 12:49 PM
**To:** "rominabp@gmail.com" <rominabp@gmail.com>
**Cc:** "Sheeran, Andrew" <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** RE: Academic CV [ATTORNEY WORK PRODUCT]

Romina,

I spoke too soon.  We may not have to have the second person register separately.  Let me double check and get back to you.  Either way – it's OK.  It's just a matter of whether that second person has to register or not.  I'll back with you ASAP.

Jason

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Weida, Jason
**Sent:** Friday, April 22, 2022 12:44 PM

**To:** Romina Brignardello Petersen <rominabp@gmail.com>
**Cc:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** RE: Academic CV [ATTORNEY WORK PRODUCT]

Hi Romina,

Yes, two people would be fine.  Each would need to go through the registration and contracting process.  As long as that is OK, the answer is yes!  I agree that having the highest methodological standards is important, so I fully support this approach.

Thanks,
Jason



**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

---

**From:** Romina Brignardello Petersen <rominabp@gmail.com>
**Sent:** Friday, April 22, 2022 12:41 PM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Cc:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Re: Academic CV [ATTORNEY WORK PRODUCT]

Thank you for this information, Jason and Andrew

One last question. I am thinking that I would like to approach this report using the highest possible methodological standards. This requires that- even with a pragmatic approach- some of the stages of evidence evaluation are done by 2 independent people. Would it be possible for me to get help from a second person for some specific tasks and include their hourly fees? If not, that is ok too, but it does decrease the trustworthiness of the process and I would acknowledge this explicitly in the report.

Best,

Romina

---

**From:** "Sheeran, Andrew" <Andrew.Sheeran@ahca.myflorida.com>
**Date:** Friday, April 22, 2022 at 10:37 AM
**To:** "rominabp@gmail.com" <rominabp@gmail.com>
**Cc:** "Weida, Jason" <Jason.Weida@ahca.myflorida.com>
**Subject:** RE: Academic CV [ATTORNEY WORK PRODUCT]

On a related point, I noted below that the agency is still exploring the best mechanism for retaining experts. One of the options the agency is looking at is using a purchase order rather than a traditional bilateral contract. This method would require the experts to register as vendors in the MyFloridaMarketplace online system (MFMP).

The current MFMP purchase order Terms and Conditions are attached. These are currently being updated, but the update will only add a few new clauses and will not be a substantial overhaul.

In addition, I have attached a vendor information document that AHCA attaches to purchase orders. This provides helpful links and other information.

Thanks,

*Andrew T. Sheeran*
*Chief Litigation Counsel*
*Agency for Health Care Administration*
*Office of the General Counsel*
*2727 Mahan Drive, Building 3, MS #3*
*Tallahassee, FL 32308*
*Telephone: (850) 412-3670*
*Fax: (850) 922-6484*
*Email:* Andrew.Sheeran@ahca.myflorida.com

---

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Friday, April 22, 2022 10:15 AM
**To:** Romina Brignardello Petersen <rominabp@gmail.com>
**Cc:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** RE: Academic CV [ATTORNEY WORK PRODUCT]

Hi Romina,

I can respond to that question. It's up to you to set an hourly rate. For purpose of this project, we'd like to keep each expert below $35,000 US for budgetary purposes. Happy to discuss in further detail.

Jason

---

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Romina Brignardello Petersen <rominabp@gmail.com>
**Sent:** Friday, April 22, 2022 9:50 AM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Cc:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Re: Academic CV [ATTORNEY WORK PRODUCT]

Thank you for sending this, Andrew

May I ask how much experts are paid? I remember Jason mentioned that there was some sort of regulation around that

Best,

Romina

**From:** "Sheeran, Andrew" <Andrew.Sheeran@ahca.myflorida.com>
**Date:** Thursday, April 21, 2022 at 6:05 PM
**To:** "rominabp@gmail.com" <rominabp@gmail.com>
**Cc:** "Weida, Jason" <Jason.Weida@ahca.myflorida.com>
**Subject:** RE: Academic CV [ATTORNEY WORK PRODUCT]

Romina,

It was a pleasure speaking with you this morning. Attached is a sample expert declaration that was used in another case which might serve as a model for reports in our matter.

We are still exploring the best mechanism for retaining experts, but we hope to have either contract or purchase order language for your review in the next few days.

Thanks,

*Andrew T. Sheeran*
*Chief Litigation Counsel*
*Agency for Health Care Administration*
*Office of the General Counsel*
*2727 Mahan Drive, Building 3, MS #3*
*Tallahassee, FL 32308*
*Telephone: (850) 412-3670*
*Fax: (850) 922-6484*
*Email:* Andrew.Sheeran@ahca.myflorida.com

**From:** Sheeran, Andrew
**Sent:** Tuesday, April 19, 2022 11:25 AM
**To:** 'Romina Brignardello Petersen' <rominabp@gmail.com>

Def_001899941

**Cc:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** RE: Academic CV [ATTORNEY WORK PRODUCT]

Let's do Thursday at 9 AM. I will send a meeting invite.

---

**From:** Romina Brignardello Petersen <rominabp@gmail.com>
**Sent:** Tuesday, April 19, 2022 9:16 AM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Cc:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Re: Academic CV [ATTORNEY WORK PRODUCT]

Hi Andrew,

Would Thursday or Friday at 9 am EST work for you?

Thank you,

Romina

---

**From:** "Sheeran, Andrew" <Andrew.Sheeran@ahca.myflorida.com>
**Date:** Monday, April 18, 2022 at 5:12 PM
**To:** "rominabp@gmail.com" <rominabp@gmail.com>
**Cc:** "Weida, Jason" <Jason.Weida@ahca.myflorida.com>
**Subject:** RE: Academic CV [ATTORNEY WORK PRODUCT]

Good afternoon Dr. Brignardello Petersen,

It was a pleasure speaking with you today. I am copying Jason Weida, AHCA's Assistant Deputy Secretary for Medicaid Policy and Quality.

AHCA's rule regarding the determination of generally accepted professional medical standards (GAPMS) is attached.

What is your availability this week for a call with me and Jason to discuss the role you could play in the GAPMS process?

Thanks,

*Andrew T. Sheeran*
*Chief Litigation Counsel*
*Agency for Health Care Administration*
*Office of the General Counsel*
*2727 Mahan Drive, Building 3, MS #3*
*Tallahassee, FL 32308*
*Telephone: (850) 412-3670*
*Fax: (850) 922-6484*
*Email:* Andrew.Sheeran@ahca.myflorida.com

**From:** Romina Brignardello Petersen <rominabp@gmail.com>
**Sent:** Monday, April 18, 2022 3:45 PM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** Academic CV

Hi Andrew,

It was nice meeting you. Thank you for taking the time to provide more details about this.

Please find attached my academic CV. The sections that may be more relevant to you are Degrees, Publications, and Clinical Practice Guidelines

Best,

Romina

Def_001899943