| | |
|---|---|
| **From:** | Weida, Jason |
| **Sent:** | Thursday, May 5, 2022 1:19 PM EDT |
| **To:** | \"\"Pickle\",\"\" Devona; \" \"Brackett\",\"\" Matt; \" \"Chen\",\"\" Nai; Matt.Brackett@ahca.myflorida.com; Devona.Pickle@ahca.myflorida.com; Nai.Chen@ahca.myflorida.com |
| **CC:** | Sheeran, Andrew |
| **Subject:** | Fwd: Evidence evaluation draft reports |
| **Attachments:** | 1. Main report.pdf, 2. Methods.pdf, 2. Methods appendix 1- Search Strategies.pdf, 3. Results.pdf, 3. Results appendix 1-Reasons for exclusion.pdf |

Get Outlook for iOS

**From:** Romina Brignardello Petersen <rominabp@gmail.com>
**Sent:** Thursday, May 5, 2022 12:22:00 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** Evidence evaluation draft reports

Hi Jason,

Please find attached a draft of my report.

Please let me know if you have any questions.

Thank you!

Romina.