Search Strategies

**Questions Covered:**

PICO questions:

1. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **puberty blockers (gonadotrophin releasing hormone (GnRH) analogues)** compared to no puberty blockers?

2. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **cross-sex hormones** compared to no cross-sex hormones?

3. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of **gender-affirming surgeries** compared to no surgery?

**Search Strategies:**

Note: Population, puberty blocker, cross-sex hormones search blocks adapted from NICE (2020) evidence reviews. Gender-affirming search block adapted from Wernick *et al.* 2019. Systematic reviews filter adapted from McMaster University Health Information Research Unit (HIRU).

Databases: Medline, Epistemonikos
Grey Literature: CADTH, AHRQ, SEGM, NICE

*Medline*

| OVERVIEW | |
|---|---|
| Interface: | Ovid |
| Databases: | OVID Medline Epub Ahead of Print, In-Process & Other Non-Indexed Citations, Ovid MEDLINE(R) Daily and Ovid MEDLINE(R) 1946 to Present |
| Study Types: | Systematic Reviews |
| Search Run: | April 23, 2022 |
| **Search Strategy: search terms [number of results]** | |

*Population*

```
1    exp "Sexual and Gender Minorities"/      12385
2    Gender Dysphoria/       774
3    Gender Identity/        20481
4    Gender Role/    197
5    "Sexual and Gender Disorders"/ 81
6    Transsexualism/         4236
7    Transgender Persons/    5303
8    Health Services for Transgender Persons/    186
```

Def_001553166

```
9    exp Sex Reassignment Procedures/       1208
10   gender identity disorder.mp.    492
11   non-binary.mp.  566
12   transgender.mp.          9989
13   (gender* adj3 (dysphori* or disorder* or distress or nonconform* or non-conform* or
     atypical or incongru* or identi* or disorder* or confus* or minorit* or queer* or variant or
     diverse or creative or explor* or question* or expan* or fluid)).tw.    16428
14   ((sex or gender*) adj3 (reassign* or chang* or transform* or transition* or
     expression*)).tw.    13749
15   (transgend* or transex* or transsex* or transfem* or transwom* or transma* or
     transmen* or transperson* or transpeopl*).tw.       19665
16   (genderfluid or genderqueer or agender).mp.    130
17   ((correct or chosen) adj3 name).mp.    591
18   (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw.
     135313
19   ((sex or gender*) adj3 (reassign* or chang* or transform* or transition* or
     expression*)).tw.    13749
20   (male-to-female or m2f or female-to-male or f2m).tw.    148579
21   or/1-20 342948
```

*Cross-Sex Hormones*

```
22   Hormones/ad, tu, th     4676
23   exp Progesterone/ad, tu, th      11265
24   exp Estrogens/ad, tu, th 29635
25   exp Gonadal Steroid Hormones/ad, tu, th        35375
26   (progesteron* or oestrogen* or estrogen*).tw.   223307
27   ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or
     treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw.  1488
28   exp Estradiol/ad, tu, th  11197
29   exp Testosterone/ad, tu, th      8710
30   (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or
     testocaps* or nebido or testavan).tw.       86509
31   (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova
     or zumenon or bedol or femseven or nuvelle).tw.    100252
32   or/22-31         345895
```

*Puberty Blockers*

```
33   Gonadotropin-Releasing Hormone/       28809
34   (pubert* adj3 block*).ti,ab.    141
35   ((gonadotrophin or gonadotropin) and releasing).ti,ab.   20121
36   (GnRH adj2 analog*).ti,ab.         2878
37   GnRH*.ti,ab.    24390
38   "GnRH agonist*".ti,ab.   4749
39   Triptorelin Pamoate/    1981
40   triptorelin.ti,ab. 821
41   arvekap.ti,ab.    1
```

2

Def_001553167

```
42  ("AY 25650" or AY25650).ti,ab.   1
43  ("BIM 21003" or BIM21003).ti,ab.        0
44  ("BN 52014" or BN52014).ti,ab.  0
45  ("CL 118532" or CL118532).ti,ab.        0
46  Debio.ti,ab.    119
47  diphereline.ti,ab.      28
48  moapar.ti,ab.   0
49  pamorelin.ti,ab. 1
50  trelstar.ti,ab. 3
51  triptodur.ti,ab. 1
52  ("WY 42422" or WY42422).ti,ab.  0
53  ("WY 42462" or WY42462).ti,ab.  0
54  gonapeptyl.ti,ab.       0
55  decapeptyl.ti,ab.       225
56  salvacyl.ti,ab. 0
57  Buserelin/      2137
58  buserelin.ti,ab. 1395
59  onist.ti,ab.    0
60  ("hoe 766" or hoe-766 or hoe766).ti,ab. 72
61  profact.ti,ab.  2
62  receptal.ti,ab. 31
63  suprecur.ti,ab. 5
64  suprefact.ti,ab. 25
65  tiloryth.ti,ab. 0
66  histrelin.ti,ab. 78
67  "LHRH-hydrogel implant".ti,ab.  1
68  ("RL 0903" or RL0903).ti,ab.    1
69  ("SPD 424" or SPD424).ti,ab.    1
70  goserelin.ti,ab. 1016
71  Goserelin/      1643
72  ("ici 118630" or ici118630).ti,ab.      51
73  ("ZD-9393" or ZD9393).ti,ab.    0
74  zoladex.ti,ab.  388
75  leuprorelin.ti,ab.      525
76  carcinil.ti,ab. 0
77  enanton*.ti,ab. 26
78  ginecrin.ti,ab. 0
79  leuplin.ti,ab.  15
80  Leuprolide/     3018
81  leuprolide.ti,ab. 2004
82  lucrin.ti,ab.   16
83  lupron.ti,ab.   183
84  provren.ti,ab.  0
85  procrin.ti,ab.  3
86  ("tap 144" or tap144).ti,ab.    41
87  (a-43818 or a43818).ti,ab.      3
88  Trenantone.ti,ab.       2
89  staladex.ti,ab. 0
```

Def_001553168

```
 90  prostap.ti,ab.    6
 91  Nafarelin/        327
 92  nafarelin.ti,ab.  263
 93  ("76932-56-4" or "76932564").ti,ab.    0
 94  ("76932-60-0" or "76932600").ti,ab.    0
 95  ("86220-42-0" or "86220420").ti,ab.    0
 96  ("rs 94991 298" or rs94991298).ti,ab.  0
 97  synarel.ti,ab.    13
 98  deslorelin.ti,ab. 306
 99  gonadorelin.ti,ab.       237
100 ("33515-09-2" or "33515092").ti,ab.    0
101 ("51952-41-1" or "51952411").ti,ab.    0
102 ("52699-48-6" or "52699486").ti,ab.    0
103 cetrorelix.ti,ab. 520
104 cetrotide.ti,ab.  52
105 ("NS 75A" or NS75A).ti,ab.       0
106 ("NS 75B" or NS75B).ti,ab.       0
107 ("SB 075" or SB075).ti,ab.       1
108 ("SB 75" or SB75).ti,ab.  67
109 gonadoliberin.ti,ab.     151
110 kryptocur.ti,ab.  7
111 cetrorelix.ti,ab. 520
112 cetrotide.ti,ab.  52
113 antagon.ti,ab.    18
114 ganirelix.ti,ab.  160
115 ("ORG 37462" or ORG37462).ti,ab.       3
116 orgalutran.ti,ab.        26
117 ("RS 26306" or RS26306).ti,ab.   5
118 ("AY 24031" or AY24031).ti,ab.   0
119 factrel.ti,ab.    13
120 fertagyl.ti,ab.   12
121 lutrelef.ti,ab.   5
122 lutrepulse.ti,ab. 3
123 relefact.ti,ab.   10
124 fertiral.ti,ab.   0
125 (hoe471 or "hoe 471").ti,ab.     6
126 relisorm.ti,ab.   4
127 cystorelin.ti,ab. 19
128 dirigestran.ti,ab.       5
129 or/33-128         47108
```

*Gender-affirming Surgeries*

```
130 virilization/     2309
131 (virilism or virili?ation or masculini?ation).mp.   5657
132 feminization/     797
133 femini?ation.mp.         3420
134 (vaginoplasty or vaginoplasties).mp.   1022
```

4

Def_001553169

```
135 exp Vagina/ or *Reconstructive Surgical Procedures/     78841
136 (vaginoplasty or vaginoplasties).mp.      1022
137 (phalloplasty or phalloplasties).mp.      561
138 exp Penile Prosthesis/   1636
139 "penile reconstruction".mp.      292
140 (vagina reconstruction or vaginal reconstruction).mp.    549
141 (genitoplasty or genitoplasties).mp.      263
142 transsexualism/su [Surgery]      1007
143 sex reassignment.mp.    1668
144 sex transformation.mp.  42
145 or/130-144       91560
```

*Systematic Review Filter*

```
147 meta-analysis/   158633
148 (meta anal* or meta-anal* or metaanal*).ti,ab.   231876
149 ((systematic or evidence) adj2 (review* or overview*)).ti,ab.      279806
150 ((pool* or combined) adj2 (data or trials or studies or results)).ab.      65411
151 (search strategy or search criteria or systematic search or study selection or data extraction).ab.      70886
152 (search* adj4 literature).ab.      84593
153 or/146-152       521554
```

*Combine Interventions and Population*

```
154 32 or 129 or 145        459771
155 21 and 154       17838
```

*Limit to Systematic Reviews in English Language*

```
156 153 and 155      295
157 limit 156 to english language      288
```

Def_001553170

*Epistemonikos*

| OVERVIEW | |
|---|---|
| Interface: | https://www.epistemonikos.org/ |
| Database: | Epistemonikos |
| Study Types: | Systematic Reviews |
| Search Run: | April 23, 2022 |
| **Search Strategy: search terms [number of results]** | |

*Population*

(title:((title:(gender dysphoria) OR abstract:(gender dysphoria)) OR (title:(gender identity disorder) OR abstract:(gender identity disorder)) OR (title:(transgender) OR abstract:(transgender))) OR abstract:((title:(gender dysphoria) OR abstract:(gender dysphoria)) OR (title:(gender identity disorder) OR abstract:(gender identity disorder)) OR (title:(transgender) OR abstract:(transgender))))

*Limit to Systematic Reviews*

*Limited by publication type "systematic review" [425]

Canadian Agency for Drugs and Technologies in Health (CADTH)

| OVERVIEW | |
|---|---|
| Interface: | https://www.cadth.ca/ |
| Database: | CADTH |
| Study Types: | Systematic Reviews, Health Technology Reviews |
| Search Run: | April 27, 2022 |
| **Search Strategy: search terms [number of results]** | |

"gender dysphoria" [10]
*Limit to Health Technology Review* [2]

"transgender" [9]
*Limit to Health Technology Review* [5]

"gender identity disorder" [1]

6

Def_001553171

Agency for Healthcare Research and Quality (AHRQ)

| OVERVIEW | |
|---|---|
| Interface: | https://search.ahrq.gov/ |
| Database: | AHRQ |
| Study Types: | Evidence Based Practice (EPC) Centre Reports, Full Research Reports, Health Technology Assessments |
| Search Run: | April 29, 2022 |
| **Search Strategy: search terms [number of results]** | |
| *Search titles only:* "gender identity disorder" "gender dysphoria" "transgender" [7] | |

Society for Evidence-based Gender Medicine (SEGM)

| OVERVIEW | |
|---|---|
| Interface: | https://segm.org/news |
| Database: | SEGM News |
| Study Types: | Systematic Reviews |
| Search Run: | April 30, 2022 |
| **Search Strategy: search terms [number of results]** | |
| *Find in page:* "systematic" [5] | |

National Institute for Health and Care Excellence (NICE)

| OVERVIEW | |
|---|---|
| Interface: | https://www.nice.org.uk/ |
| Database: | NICE |
| Study Types: | Systematic Reviews, Guidelines with Systematic Reviews |
| Search Run: | April 30, 2022 |
| **Search Strategy: search terms [number of results]** | |
| gender dysphoria [1]<br>*Limit to Guidance* [1]<br><br>transgender [10]<br>*Limit to Guidance* [7] | |

Def_001553172

gender identity disorder [9]
*Limit to Guidance* [8]

8

Def_001553173