| ID | Study | Reason |
|---|---|---|
| #534 | Abu-Ghname 2020 | Wrong population: non transgender men |
| #434 | Aires 2022 | Wrong interventions: Other type of surgery: glottoplasty |
| #514 | Angus 2021 | Wrong outcomes: It does not include any outcome of interest. Includes: serum total testosterone concentration, body fat redistribution, breast development, and facial/body hair reduction |
| #318 | Baddredine 2022 | Wrong intervention. Continuing vs stopping estrogen during perioperative period of vaginoplasty |
| #40 | Baram 2019 | Wrong outcomes: only clinical outcomes are sperm count, testicular histology, hormone levels, etc. |
| #145 | Barcelos 2022 | Wrong outcomes: sexual satisfaction, desire, and function outcomes only |
| #60 | Boczar 2021 | No outcome data |
| #386 | Bouman 2014 | Wrong population: unclear that more than 80% are transgender |
| #208 | Bustos 2021 | Wrong intervention: niple areola reconstruction |
| #54 | Connelly 2021 | Wrong outcomes: Blood pressure |
| #43 | Coon 2022 | Wrong intervention: facial gender surgery |
| #34 | D'Angelo 2018 | Wrong design: narrative review |
| #165 | Delgado-Ruiz 2019 | Wrong outcomes: bone density |
| #355 | Escandon 2022 | Other type of surgery: facial surgery |
| #129 | Fighera 2019 | Wrong outcomes: bone mass |
| #597 | Hembree 2017 | Practice guideline, does not report the methods/ results of the systematic review in details |
| #120 | Kakadekar 2021 | Wrong outcomes: histological findings |
| #451 | Kennedy 2021 | Wrong intervention: self administered hormones |
| #375 | Kloer 2021 | Wrong outcomes: sexual health and satisfaction outcomes only |
| #439 | Kovar 2019 | More than 20% participants did not have gender dysphoria |
| #297 | Kristensen 2021 | Wrong outcomes: agression and hostility |
| #637 | Leclere 2015 | Wrong design: commentary of a systematic review |
| #293 | Miranda 2021 | Published in abstract format only |
| #624 | Morrison 2016 | Wrong intervention: facial feminization surgery |
| #270 | Narayan 2021 | Wrong design: narrative review |
| #119 | Nolan 2019 | Wrong intervention: phonosurgery |
| #167 | Patel 2021 | Wrong intervention: facial hair transplantation |
| #287 | Ray 2020 | Wrong population: cisgender is the population of interest, transgender included as indirect evidence and not in a systematic manner |
| #518 | Rozga 2020 | Published in abstract format only |
| #265 | Sariyaka 2017 | Wrong population: More than 20% participants did not have gender dysphoria |
| #35 | Sayegh 2019 | Wrong intervention: facial masculinization surgery |
| #124 | Schwarz 2017 | Wrong intervention: laryngeal surgery |

| | | |
|---|---|---|
| #97 | Siringo 2021 | Wrong intervention: facial feminization surgery |
| #253 | Song 2016 | Wrong intervention: phonosurgery |
| #250 | Song 2017 | Wrong intervention: phonosurgery |
| #104 | Spanos 2020 | Wrong outcomes: lean mass, fat mass or insulin resistance |
| #257 | Therattil 2017 | Wrong intervention: thyroid chartilage reduction surgery |
| #328 | Tirrell 2022 | Wrong intervention: facial feminization surgery |
| #676 | Traish 2010 | Wrong design: narrative review |
| #279 | VanDamme 2017 | Wrong intervention: voice pitch raising surgery |
| #171 | Vellho 2017 | Wrong outcomes: BMI, blood pressure, hematocrit, hemoglobin, lipid profile, and liver enzymes |
| #112 | Wilson 2020 | Wrong outcomes: prolactine related outcomes (levels, hyperprolactinemia, prolactinoma) |
| #245 | Worth 2018 | Unable to access full text |
| #122 | Ziegler 2018 | Wrong outcomes: voice parameters and satisfaction with voice |
| #499 | Zucker 2021 | Unable to access full text |

Def_001553175