**Results**

**Search results and eligible reviews:** After screening 647 records found though our searches, we found 61 eligible systematic reviews. From these, 27 were published between 2020 and 2022 (Figure 1). Overall, 4% (1/27) of the reviews were judged to be of high methodological quality, 15% (4/27) were moderate methodological quality, 37% (10/27) were low methodological quality, and 44% (12/27) were critically low methodological quality.

We  provide reasons for excluding systematic reviews in appendix 1.



1

**Def_001553125**



**Figure 1:** PRISMA flow diagram. *From:* Page MJ, McKenzie JE, Bossuyt PM, Boutron I, Hoffmann TC, Mulrow CD, et al. The PRISMA 2020 statement: an updated guideline for reporting systematic

2

Def_001553126

reviews. BMJ 2021;372:n71. doi: 10.1136/bmj.n71. For more information, visit: http://www.prisma-statement.org/



3

Def_001553127

**Outcomes:**

1. **Puberty blockers:** We found 4 systematic reviews assessing the effects of puberty blockers published between 2020 and 2022.[1-4] From these, we judged 2 as having moderate methodological quality, and 2 as having critically low methodological quality. Details of the assessment are provided in Figure 2.

   Table 1 summarizes the evidence about the effects of puberty blockers on the outcomes of interest. We used information from 2 systematic reviews.[2,3] For most outcomes (except suicidality), there is no evidence about the effect of puberty blockers compared to not using puberty blockers. In other words, no studies compared the outcomes between a group of people with gender dysphoria using puberty blockers and another not using them. Therefore, it is unknown whether people with gender dysphoria who use puberty blockers experience more improvement in gender dysphoria, depression, anxiety, and quality of life than those with gender dysphoria who do not use them. There is very low certainty about the effects of puberty blockers on suicidal ideation (see details in Table 1).

   Studies, however, reported outcomes among a group of people with gender dysphoria after receiving puberty blockers. The findings are:
   - There is low certainty evidence suggesting that treatment with puberty hormones may slightly increase gender dysphoria severity (mean change score in the Utrecht Gender Dysphoria scale, 0.7 points [95% CI, -4.2 to 5.6], range 12-60, with higher scores reflecting more severe gender dysphoria)
   - There is low certainty evidence suggesting that treatment with puberty blockers may decrease depression (mean change score in the Beck Depression Inventory, -3.4 [95% CI, -5.7 to -1.0], range 0-63, with higher scores reflecting more severe depression)
   - There is low certainty evidence suggesting that treatment with puberty blockers may decrease anxiety (mean change score in the Trait Anxiety Scale, trait subscale, -1.5 [95% CI, -4.7 to -1.8], range 0-80, with higher scores reflecting more severe anxiety)
   - There is low certainty evidence suggesting a moderate percentage of patients reporting adverse events after treatment with puberty blockers (see Table 1 for details)
   - There is very low certainty evidence about how puberty blockers affect suicidality

Def_001553128

**Figure 2:** AMSTAR assessment judgements for systematic reviews addressing puberty blockers



| Review ID | Item 1 | Item 2 | Item 3 | Item 4 | Item 5 | Item 6 | Item 7 | Item 8 | Item 9 | Item 10 | Item 11 | Item 12 | Item 13 | Item 14 | Item 15 | Item 16 | Methodological quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHRQ 2021 | | | | | | | | | | | | | | | | | MODERATE |
| NICE 2020a | | | | | | | | | | | | | | | | | MODERATE |
| Ramos 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Rew 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |

Figure legend:



Yes
Probably yes
Probably no
No
Not applicable

Def_001553129

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison:** no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | Nº of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |
| **Gender dysphoria** assessed with: difference (effect) in gender dysphoria proportion or severity | Not reported | | | | | The effects of puberty blockers on gender dysphoria are unknown |
| **Gender dysphoria** assessed with: mean change score in the Utrecht Gender Dysphoria Scale (12-60, higher scores reflect more gender dysphoria, 40 points or more indicate a diagnosis of gender dysphoria) (NICE, 2020a) Follow up: mean 1.9 years (range 0.4 to 5.1 years) | NA | 0.7 (-4.2 to 5.6) | NA | 41 (1 study) | ⊕⊕◯◯ LOW[1] | The mean gender dysphoria score may increase by 0.7 points after puberty blockers |
| **Depression** assessed with: difference (effect) in depression proportion or severity | Not reported | | | | | The effects of puberty blockers on depression are unknown |

Def_001553130

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison:** no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |
| **Depression** assessed with: mean change score in Beck Depression Inventory-II scale (0-63, higher scores represent more severe depression) (NICE, 2020a) Follow up: mean 1.9 years (range 0.4 to 5.1 years) | NA | -3.4 (-5.7 to -1.0) | NA | 41 (1 study) | ⊕⊕◯◯ LOW[1] | The mean depression score may decrease by 3.4 points after puberty blockers |
| **Anxiety** assessed with: difference (effect) in anxiety proportion or severity | Not reported | | | | | The effects of puberty blockers on anxiety are unknown |
| **Anxiety** assessed with: mean change score in STAI-Trait scale (0-80, higher scores represent more severe anxiety) (NICE, 2020a) Follow up: mean 1.9 years (range 0.4 to 5.1 years) | NA | -1.5 (-4.7 to 1.8) | NA | 41 (1 study) | ⊕⊕◯◯ LOW[1] | The mean anxiety score may decrease by 1.5 points after puberty blockers |

7

Def_001553131

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison:** no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |
| **Quality of life** assessed with: any measure | Not reported | | | | | The effects of puberty blockers on quality of life are unknown |
| **Suicidal ideation** difference (effect) in suicidal ideation (Rew, 2020) Follow-up: cross-sectional survey | The authors report that "compared to youth who did not receive pubertal suppression, those who did showed lower lifetime rates of suicidal ideation". | | | 89 (1 study) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the effect of puberty blockers on suicidal ideation |
| **Adverse effects** assessed with: proportion of patients reporting adverse effects (NICE, 2020a) Follow up: mean 2.3 years (range 0.0 to 11.3 years) | NA | 11%[3] (2% to 29%) | NA | 27 (1 study) | ⊕⊕◯◯ LOW[4] | The proportion of patients reporting adverse effects after treatment with puberty blockers may be 11% |

**STAI-Trait:** Trait Anxiety Scale. Range: 0-80
**CI:** Confidence interval
**NA:** Not applicable

8

Def_001553132

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison:** no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |

GRADE Working Group grades of evidence
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Mean change rated down due to risk of bias and imprecision. According to the systematic review authors, the study had poor methodological quality. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size).
2. The authors of Rew 2020 narratively summarized the outcome of Turban *et al.* 2020; a cross-sectional online survey study. According to the systematic review authors, Turban et al. did not describe the study participants and the setting in detail and it was unclear whether outcomes were measured in a valid and reliable way. We therefore, downgraded the certainty of evidence by one level from low to very low due to high risk of bias.
3. The authors reported 3/27 (11%) participants treated with GnRHa developed side effects: 1 participant developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, 1 participant developed leg pains and headaches, which eventually resolved without treatment, 1 participant gained 19 kg within 9 months of initiating GnRH analogues.
4. Proportion of adverse effects rated down due to risk of bias and imprecision. According to the systematic review authors, the cohort study Khatchadourian *et al.* 2014 was assessed at high risk of bias due to incomplete reporting of its cohort. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size).

Def_001553133

2. **Cross-sex hormones:** We found 9 systematic reviews assessing the effects of cross-sex hormones published between 2020 and 2022.[4-12] One of these, however, included both puberty blockers and cross-sex hormones combined in their evidence synthesis as was not prioritized.[5] From the 8 remaining reviews, we judged 1 as having high methodological quality, 2 as having moderate methodological quality, 2 as having low methodological quality, and 3 as having critically low methodological quality. Details of the assessment are provided in Figure 3. Because of its eligibility criteria related to study design, the systematic review judged at high methodological quality[7] did not include any studies and therefore we could not use it to inform any outcome.

Table 2 summarizes the evidence about the effects of cross-sex hormones on the outcomes of interest. We used information from 4 systematic reviews.[6 9 11 12] For most outcomes (all except risk of breast cancer), there is no evidence about the effect of cross-sex hormones compared to not using cross-sex hormones. In other words, no studies compared the outcomes between a group of people with gender dysphoria using cross-sex hormones and another not using it. Therefore, it is unknown whether people with gender dysphoria who use cross-sex hormones experience more improvement in gender dysphoria, depression, anxiety, quality of life, and suicidality than those with gender dysphoria who do not use them. There is low certainty evidence suggesting that cross-sex hormones may not increase or decrease the risk of breast cancer (see details in Table 2).

Studies, however, reported outcomes among a group of people with gender dysphoria after receiving cross-sex hormones. The findings are:
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease gender dysphoria severity (mean change score in the Utrecht Gender Dysphoria scale, -42.4 points [95% CI, -44.1 to -40.1], range 12-60, with higher scores reflecting more severe gender dysphoria)
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease depression (measured with different scales, see Table 4 for details) and the need for treatment for depression (change in percentage, -39%)
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease anxiety (measured with different scales, see Table 4 for details) and the need for treatment for anxiety (change in percentage, -32%)
- There is very low certainty about the change in quality of life after treatment with cross-sex hormones.
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease suicidality degree (mean change score in the Ask Suicide-Screening questions scale, -0.84 points [95% CI, -1.30 to -0.44], range 0-4, with higher scores reflecting more severe suicidality) and the percentage of patients with need for treatment due to suicidality/self-harm (change in percentage, -31%). There is very low certainty evidence about the percentage of people with suicidal ideation and suicide attempts after treatment with cross-sex hormones.

Def_001553134

- There is low certainty evidence suggesting a low prevalence of venous thromboembolism after treatment with cross-sex hormones (see Table 2 for details)



Def_001553135

**Figure 3:** AMSTAR assessment judgements for systematic reviews addressing cross-sex hormones

| Review ID | Item 1 | Item 2 | Item 3 | Item 4 | Item 5 | Item 6 | Item 7 | Item 8 | Item 9 | Item 10 | Item 11 | Item 12 | Item 13 | Item 14 | Item 15 | Item 16 | Methodological quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHRQ 2021 | | | | | | | | | | | | | | | | | MODERATE |
| Baker 2021 | | | | | | | | | | | | | | | | | MODERATE |
| Fledderus 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Haupt 2020 | | | | | | | | | | | | | | | | | HIGH |
| Karalexi 2020 | | | | | | | | | | | | | | | | | LOW |
| Kotamarti 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Mattawanon 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| NICE 2021b | | | | | | | | | | | | | | | | | MODERATE |
| Totaro 2021 | | | | | | | | | | | | | | | | | LOW |

Figure legend:



Yes
Probably yes
Probably no
No
Not applicable

Def_001553136

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| **Gender dysphoria** assessed with: difference (effect) in gender dysphoria percentage or severity | Not reported | | | | | The effects of cross-sex hormones on gender dysphoria are unknown |
| **Gender dysphoria** assessed with: mean change score in the Utrecht Gender Dysphoria Scale (12-60, higher scores reflect more gender dysphoria, 40 points or more indicate a diagnosis of gender dysphoria) (NICE, 2020b) Follow up: 1 year | NA | -42.4 (-44.1 to -40.1) | NA | 23 (1 study) | ⊕⊕◯◯ LOW[1] | The mean gender dysphoria score may decrease by 42 points after cross-sex hormones |
| **Depression** assessed with: difference (effect) in depression percentage or severity | Not reported | | | | | The effects of cross-sex hormones on depression are unknown |

Def_001553137

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk / mean with cross-sex hormones | | | | |
| **Depression** assessed with: mean change score in depression scales (higher scores represent more severe depression) (NICE, 2020b) Follow up: 1 year | NA | The mean depression score reduction was 9.6 points when using the BDI-II scale (n=23) and 7.5 when using the CESD-R scale (n=50). The authors report that both reductions were statistically significant[2] | NA | 73 (2 studies) | ⊕⊕◯◯ LOW[1] | The mean depression score may decrease after cross-sex hormones |
| **Depression** assessed with: change in percentage of patients with need for treatment (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants requiring treatment was reduced by 39% (from 54% at baseline), which was statistically significant | NA | 52 (1 study) | ⊕⊕◯◯ LOW[1] | The percentage of participants requiring treatment may be reduced by 39% after cross-sex hormones |
| **Anxiety** assessed with: difference (effect) in anxiety percentage or severity | Not reported | | | | | The effects of cross-sex hormones on anxiety are unknown |

Def_001553138

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | Nº of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| **Anxiety** assessed with: mean change score in anxiety scales (higher scores represent more severe anxiety) (NICE, 2020b) Follow up: 1 year | NA | The mean anxiety score reduction was 16.5 points when using the STAI-State scale and 14.5 when using the STAI-Trait scale. The authors report that both reductions were statistically significant | NA | 23 (1 study) | ⊕⊕◯◯ LOW[1] | The mean anxiety score may decrease after cross-sex hormones |
| **Anxiety** assessed with: change in percentage of patients with need for treatment (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants requiring treatment was reduced by 32% (from 48% at baseline), which was statistically significant | NA | 52 (1 study) | ⊕⊕◯◯ LOW[1] | The percentage of participants requiring treatment may be reduced by 32% after cross-sex hormones |
| **Quality of life** assessed with: difference (effect) in quality of life improvement | Not reported | | | | | The effects of cross-sex hormones on quality of life are unknown |

Def_001553139

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| **Quality of life** assessed with: mean change score in QLES-Q-SF score (higher scores represent better quality of life) (NICE, 2020b) Follow up: 1 year | NA | The mean quality of life score improved, but the differences were not statistically significant. The magnitudes were not reported | NA | 50 (1 study) | ⊕◯◯◯ VERY LOW[1] | We are very uncertain about the quality of life change after cross-sex hormones |
| **Suicide/ suicidal ideation** assessed with: difference (effect) in anxiety percentage or severity | Not reported | | | | | The effects of cross-sex hormones on suicide/ suicidal ideation are unknown |
| **Suicidality** assessed with: change in score from ASQ instrument (higher scores represent greater degree of suicidality) (NICE, 2020b) Mean follow up: 1 year | NA | -0.84 (-1.30 to -0.44) | NA | 39 (1 study) | ⊕⊕◯◯ LOW[2] | Suicidality scores may decrease by 0.84 points after cross-sex hormones |

Def_001553140

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| **Suicidal ideation** assessed with: percentage of participants with suicidal ideation measured with PHQ-9 (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants with suicidal ideation decreased by 6% (from 10% at baseline). The authors did not conduct a statistical analysis | NA | 50 (1 study) | ⊕◯◯◯ VERY LOW[1] | We are very uncertain about the change in percentage of patients in suicidal ideation after cross-sex hormones |
| **Suicide attempts** assessed with: not reported (NICE, 2020b) Follow up: not reported | NA | The percentage of people with lifetime suicide attempts was 15%, those with attempts 3 months before treatment was 2%, and those with attempts at follow up was 5% | NA | 130 (1 study) | ⊕◯◯◯ VERY LOW[1] | We are very uncertain about the percentage of people with suicide attempts after cross-sex hormones |
| **Suicidality/ self-harm** assessed with: change in percentage of patients with need for treatment (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants requiring treatment was reduced by 31% (from 35% at baseline), which was statistically significant | NA | 52 (1 study) | ⊕⊕◯◯ LOW[1] | The percentage of participants requiring treatment may be reduced by 31% after cross-sex hormones |
| **Venous thromboembolism** assessed with: Risk of VTE | Not reported | | | | | The effects of cross-sex hormones on the risk of VTE are unknown |

Def_001553141

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | Nº of participants (studies) | Certainty of the evidence (GRADE) | What happens |
| --- | --- | --- | --- | --- | --- | --- |
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| Venous thromboembolism assessed with: Prevalence among assigned males at birth (Totaro, 2021) Mean follow up: 4.1 years | NA | 20 per 1,000 (10 to 30) | NA | 11,542 (18 studies) | ⊕⊕⊕◯ MODERATE[4] | The prevalence of VTE among assigned males at birth is probably 2% after cross-sex hormones |
| Venous thromboembolism assessed with: Prevalence among assigned females at birth (Kotamarti, 2021) Mean follow up: 5.7 years | NA | 6 per 1,000 (CI not reported)[5] | NA | 4,218 (8 studies) | ⊕⊕⊕◯ MODERATE[6] | The prevalence of VTE among assigned females at birth is probably 0.6% after cross-sex hormones |
| Breast cancer assessed with: Risk of breast cancer (Fledderus, 2020) Follow up: not reported | Two studies compare the risk of breast cancer between assigned females at birth using versus not using testosterone, and found no differences [0 vs 1 case (total n= 130], and 1 vs 6 [total n=1579]). A third study compared assigned females at birth with non transgender women and found a lower risk in the former (magnitude not reported) | | NA | 2,938 (3 studies) | ⊕⊕◯◯ LOW[7] | The risk of breast cancer may not increase or decrease due to the use of cross-sex hormones |

18

Def_001553142

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |

**ASQ**: Ask Suicide-Screening Questions. Range 0-4
**BDI-II**: Beck Depression Inventory. Range: 0-63
**CESD-R**: Center for Epidemiological Studies Depression Scale. Range: 0-60
**CI**: Confidence interval
**NA**: Not applicable
**PHQ-9**: Patient Health Questionnaire (PHQ) Modified for Teens. For suicidal ideation, it is a single question (yes/no)
**QLES-Q-SF**: Quality of Life Enjoyment and Satisfaction Questionnaire. Range: 15-75
**STAI**: State-Trait Anxiety Inventory. Range: 0-80

**GRADE Working Group grades of evidence**
**High certainty**: We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty**: We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty**: Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty**: We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Mean change rated down due to risk of bias and imprecision. According to the systematic review authors, the studies had poor methodological quality. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size)
2. Similar results when this outcome was measured using the Patient Health Questionnaire (PHQ) Modified for Teens in one of the same studies
3. Rated down due to risk of bias, imprecision, and indirectness. According to the systematic review authors, the studies had poor methodological quality. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size). Finally, 30% of the participants did not have a diagnosis of gender dysphoria.
4. Prevalence rated down due to risk of bias. According to the systematic review authors, only 6 out of the 18 studies (representing 16.5% of the weight of the studies) were at low risk of bias.

Def_001553143

5.  A meta-analysis of independent studies reported in this systematic review suggested that the prevalence of VTE in non-transgender females at birth was 1.7% (based on 7 studies and 18,748 persons)
6.  Prevalence rated down doe to risk of bias. According to the systematic review authors, all studies had at least one domain judged as problematic.
7.  Risk rated down 2 levels because of risk of bias. The researchers did not account for confounding in any of the studies.

Def_001553144

3. **Surgeries:** We found 15 systematic reviews assessing the effects of gender-affirming surgeries published between 2020 and 2022. We judged 8 as having low methodological quality and 7 as having critically low methodological quality. Details of the assessment are provided in Figure 4. We present the results regarding the effects of surgeries in three parts. First, we describe the effects of all surgeries on mental health outcomes in all patients. Second, we describe the effects of all surgeries on surgical outcomes in assigned females at birth (transgender males). Finally, we describe the effects of all surgeries on surgical outcomes in assigned males at birth (transgender females).

3.1 **Effects of surgeries on mental health outcomes:** Table 3 summarizes the evidence about the effects of all surgeries on mental health outcomes in all patients. We used information from 2 systematic reviews.[13] [14] There were no systematic reviews and studies reporting on gender dysphoria, depression, anxiety, and suicidality. Therefore, the effects of surgeries on these outcomes (when compared to a group of patients with gender dysphoria who do not undergo surgery), or the changes in these outcomes (improvements or deterioration) among patients who undergo surgeries is unknown.

The systematic reviews addressed quality of life and depression, but none of the included studies included a comparison group. Thus, it is unknown whether people with gender dysphoria who undergo surgeries experience more improvement in quality of life or less regret than those with gender dysphoria who do not undergo surgeries.

Studies, however, reported the following outcomes among a group of people with gender dysphoria after undergoing surgeries. The findings are:
- There is low certainty evidence suggesting that the percentage of people who experience regret after surgery is low (1%)
- There is very low certainty evidence about how surgeries affect quality of life (see Table 3 for details)

21

Def_001553145

**Figure 4:** AMSTAR assessment judgements for systematic reviews addressing gender-affirming surgery

| Review ID | Item 1 | Item 2 | Item 3 | Item 4 | Item 5 | Item 6 | Item 7 | Item 8 | Item 9 | Item 10 | Item 11 | Item 12 | Item 13 | Item 14 | Item 15 | Item 16 | Methodological quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bustos SS 2021 | | | | | | | | | | | | | | | | | LOW |
| Bustos VP 2021 | | | | | | | | | | | | | | | | | LOW |
| Bustos VP 2021b | | | | | | | | | | | | | | | | | LOW |
| Dunford 2021 | | | | | | | | | | | | | | | | | LOW |
| Eftekhar, 2020 | | | | | | | | | | | | | | | | | LOW |
| Falcone 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Hu, 2022 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Huayllani 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Jolly 2021 | | | | | | | | | | | | | | | | | LOW |
| Nassiri 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Oles 2022 | | | | | | | | | | | | | | | | | LOW |
| Oles 2022b | | | | | | | | | | | | | | | | | LOW |
| Salibian 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Sijben 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Tay 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |

Figure legend:



Yes
Probably yes
Probably no
No
Not applicable

Def_001553146

**Table 3: All surgeries compared to no surgeries in young people (<21 years old) with gender dysphoria**

**Patient or population:** young people (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries
**Outcomes:** Mental health and regret

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Gender dysphoria** assessed with: any measure | Not reported | | | | | The effects of surgery on gender dysphoria, the changes in gender dysphoria severity after surgery, and the prevalence of gender dysphoria after surgery are unknown |
| **Depression** assessed with: any measure | Not reported | | | | | The effects of surgery on depression, the changes in depression severity after surgery, and the prevalence of depression after surgery are unknown |
| **Anxiety** assessed with: any measure | Not reported | | | | | The effects of surgery on anxiety, the changes in anxiety severity after surgery, and the prevalence of anxiety after surgery are unknown |
| **Suicidality** assessed with: any measure | Not reported | | | | | The effects of surgery on suicidality, the changes in anxiety severity after surgery, and the prevalence of anxiety after surgery are unknown |
| **Quality of life** assessed with: difference (effect) in quality of life | Not reported | | | | | The effects of surgery on quality of life are unknown |
| **Quality of life** assessed with: change in quality of life | Not reported | | | | | The change in quality of life after surgery is unknown |

Def_001553147

| Quality of life assessed with: mean score in the Short Form-36 Scale (0-100, higher scores reflect better quality of life) (Eftekhar Ardebili, 2020) Follow up: cross-sectional | NA | 59.17 (48.59 to 69.74)[1] | NA | 633 (5 studies) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the quality of life after surgeries |
| Regret assessed with: difference (effect) in percentage of people with regret | | Not reported | | | | The effects of surgery on regret are unknown |
| Regret assessed with: percentage of people with regret (Bustos, 2021) Mean follow up: 4 years | NA | 1% (0 to 2%)[3] | NA | 7928 (27 studies) | ⊕⊕◯◯ LOW[4] | The percentage of people who experience regret is low |

CI: Confidence interval
NA: Not applicable

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Similar scores for assigned males at birth and assigned females at birth.
2. Mean score rated down for risk of bias and inconsistency. According to the systematic review authors, all studies had concerns related to risk of bias. in addition, the smaller studies showed better quality of life than the larger study.
3. Similar percentage for assigned males at birth and assigned females at birth, and for different types of surgeries (all pooled percentages below 2%).
4. Percentage rated down due to risk of bias and indirectness. According to the authors, many of the studies had moderate or high risk of bias. The mean age of the participants at the time of surgery was higher than the target population. Because it was considered to not have an important effect on the pooled estimate, we did not rate down for statistical heterogeneity

24

3.2 **Effects of surgeries on assigned females at birth:** Table 4 summarizes the evidence about the effects of all surgeries on surgical outcomes among assigned at birth females. We used information from 3 systematic reviews.[13-17] Due to the nature of the outcomes (i.e. they can only be experienced by people who undergo surgeries), there cannot be studies comparing the outcomes between a group of people with gender dysphoria who undergo surgeries and another who does not.

Studies, therefore, assessed the outcomes among a group of people with gender dysphoria after surgery. The findings are:
- There is low certainty evidence suggesting that the percentage of people who are satisfied after chest surgery is high (92%)
- There is very low certainty evidence about the rate of surgical complications after chest surgery
- There is very low certainty evidence about the percentage of people who are satisfied, and the rate of surgical complications after bottom surgeries (see Table 4 for details)

Def_001553149

**Table 4: All surgeries compared to no surgeries in assigned females at birth (<21 years old) with gender dysphoria**

**Patient or population:** assigned females at birth (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Chest surgery** | | | | | | |
| **Satisfaction** assessed with: percentage of people who reported being satisfied (Bustos VP, 2020b) Range of follow up: 6 weeks to 46 months[1] | NA | 92% (88% to 96%)[2] | NA | 733 (14 studies) | ⊕⊕◯◯ LOW[3] | The percentage of people who reports being satisfied may be 92% |
| **Surgical complications** assessed with: rate of complications across patients (Oles, 2022) Range of follow up: 8 weeks to 1 year | NA | 16.8% Range (5.5% to 80.0%) | NA | 1255 (7 studies) | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the rate of surgical complications |
| **Reoperation** assessed with: rate of reoperation across patients (Oles, 2022) Range of follow up: 8 weeks to 1 year | NA | 6.2% Range (0.7% to 11.2%) | NA | 1214 (6 studies) | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the rate of reoperation |
| **Bottom surgery** | | | | | | |

Def_001553150

**Table 4: All surgeries compared to no surgeries in assigned females at birth (<21 years old) with gender dysphoria**

**Patient or population**: assigned females at birth (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Satisfaction** assessed with: percentage of people who reported being satisfied (Oles, 2022b) Range of follow up: 6 weeks to 46 months | NA | 89.6% (45% to 100%)ᵇ | NA | 1458 (27 studies) | ⊕○○○ VERY LOWᵃ | We are very uncertain about the percentage of people who reports being satisfied |
| **Surgical complications- Major** assessed with: percentage of people experiencing major complications (Oles, 2022b) follow up: not reported | NA | The percentage was - 2.3% (range 0 to 20%) experiencing total flap loss - 19.5% (range 0 to 72%) experiencing prosthesis issues - 24.5% (range 0 to 86%) experiencing urethral issues | NA | 3177 (42 studies)ᵈ | ⊕○○○ VERY LOWᵃ | We are very uncertain about the percentage of people who experience major surgical complications |
| **Surgical complications- Minor** assessed with: percentage of people experiencing major complications (Oles, 2022b) follow up: not reported | NA | The percentage varied from 9.3% (range 0% to 45.5%) experiencing donor site issues, to 24% (range 10 to 93%) experiencing urethral issuesᶠ | NA | 4466 (52 studies)ᵉ | ⊕○○○ VERY LOWᵃ | We are very uncertain about the percentage of people who experience minor surgical complications |

Def_001553151

**Table 4: All surgeries compared to no surgeries in assigned females at birth (<21 years old) with gender dysphoria**

**Patient or population:** assigned females at birth (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Reoperation** assessed with: rate of reoperation across patients (Oles, 2022b) follow up: not reported | NA | 27.6% Range (2.5% to 40%) | NA | 1624 (15 studies) | ⊕○○○ VERY LOW[d] | We are very uncertain about the percentage of people who undergo reoperations |

**CI:** Confidence interval
**NA:** Not applicable

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited. The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Studies used different scales to assess satisfaction
2. The percentage was similar when the analysis was done by type of surgery and by follow up time (< 1 year vs 1 year or more). Another systematic review (Oles, 2022) also investigated this outcome, and reported a very similar percentage of satisfaction (91.8%, range 73% to 100%)
3. Percentage of patients satisfied rated down due to risk of bias and indirectness. According to the systematic review authors, several studies were judged at moderate and high risk of bias. In addition, the median of the mean age of patients included in the studies was 28 years
4. Rated down due to risk of bias, inconsistency/ imprecision, and indirectness. Even though the review authors did not assess risk of bias, these studies were included in other systematic reviews in which the authors judged several of them at high risk of bias. The studies report inconsistent results (some high and other low rates). The patients are older than the target population.
5. Results for phalloplasty. Similar results for metoidioplasty (91.3%).
6. People and studies for urethral complications. 2671 people (37 studies) for prosthesis issues, and 1548 people (22 studies) for total flap loss.

Def_001553152



7. Percentage of wound dehiscence 9.8% (range, 2.9% to 75%), percentage of infection/ partial necrosis 10.3% (range, 0 to 45.8%), percentage of prosthesis issues 14.2% (range, 1.6 to 41.9%), percentage of incontinence 15.3% (range, 5.4% to 59.1%)
8. People and studies for infection/ partial necrosis. 2389 people (31 studies) for urethral issues, 1736 people (17 studies) for wound dehiscence, 1080 (10 studies) for prosthesis issues, 1053 people (8 studies) for donor site issues, 131 people (3 studies) for incontinence

Def_001553153

3.3 **Effects of surgeries on assigned males at birth**: Table 5 summarizes the evidence about the effects of all surgeries on surgical outcomes among assigned at birth males. We used information from 3 systematic reviews.[16][18][19] Due to the nature of the outcomes (i.e. they can only be experienced by people who undergo surgeries), there cannot be studies comparing the outcomes between a group of people with gender dysphoria who undergo surgeries and another who does not.

Studies, therefore, assessed the outcomes among a group of people with gender dysphoria after surgery. The findings are:

- There is low certainty evidence suggesting that the percentage of people who are satisfied after vaginoplasty is high (91%)
- There is very low certainty evidence about the percentage of people who are satisfied, the rate of complications, and the rate of reoperations after chest surgery (see Table 5 for details)
- There is low certainty evidence suggesting that the percentage of people who have regret after vaginoplasty is low (2%)
- There is very low certainty evidence about the rate of complications and the rate of reoperations after vaginoplasty (see Table 5 for details)

30

Def_001553154

**Table 5: All surgeries compared to no surgeries in assigned males at birth (<21 years old) with gender dysphoria**

**Patient or population**: assigned males at birth (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Chest surgery** | | | | | | |
| **Satisfaction** assessed with: percentage of people who reported being satisfied (Oles 2022) Range of follow up: 12 months to 17 years | NA | Range 75% (80/107) to 95% (33/35)[1] | NA | 142 (2 studies) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the percentage of people who report being satisfied |
| **Surgical complications** assessed with: rate of complications across patients (Oles 2022) Range of follow up: 2 weeks to 16 years | NA | The complication rates were: - 3.8% (range 0% to 5.5%) of capsular contracture - 2.2% of major hematoma - 2.2% of implant extrusion[3] | NA | 432 (5 studies) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the rate of surgical complications |
| **Reoperation** assessed with: rate of reoperation across patients (Oles 2022) Range of follow up: Not reported | NA | 8.6% Range (4.4% to 10.4%) | NA | 291 (2 studies) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the rate of reoperation |
| **Bottom surgery** | | | | | | |

Def_001553155

**Table 5: All surgeries compared to no surgeries in assigned males at birth (<21 years old) with gender dysphoria**

**Patient or population**: assigned males at birth (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Satisfaction** assessed with: percentage of people who reported being satisfied for overall outcomes (Bustos SS, 2021) Range of follow up: 1 week to 11.3 years | NA | 91% (81% to 98%)⁴ | NA | 1230 (12 studies) | ⊕⊕◯◯ LOW⁵ | The percentage of people who report being satisfied with overall outcomes may be 91% |
| **Regret** assessed with: percentage of people who reported regret (Bustos SS, 2021) Range of follow up: 2 months to 24.1 years | NA | 2% (1% to 3%) | NA | 1137 (15 studies) | ⊕⊕◯◯ LOW⁶ | The percentage of people who report regret may be 2% |
| **Surgical complications** assessed with: rate of complications across patients (Bustos SS, 2021) Range of follow up: 3 weeks to 24.1 years | NA | The complication rates were: – 1% (95% CI, <0.1% to 2%) of fistula – 11% (95% CI, 8% to 14%) of stenosis and/or strictures – 4% (95% CI, 1% to 9%) of tissue necrosis – 3% (95% CI, 1% to 4%) of prolapse⁷ | NA | 4196 (42 studies)³ | ⊕◯◯◯ VERY LOW⁸ | We are very uncertain about the rate of surgical complications |

Def_001553156

**Table 5: All surgeries compared to no surgeries in assigned males at birth (<21 years old) with gender dysphoria**

**Patient or population**: assigned males at birth (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Reoperation** assessed with: rate of reoperation across patients (Tay, 2021) Range of follow up: 6 weeks to 14.8 months | NA | One study reported a surgical revision rate of 9% (1/11 patients), and a second study reported that 13% (19/145) patients required repeat surgery due to complications. | NA | 156 (2 studies) | ⊕◯◯◯ VERY LOW² | We are very uncertain about the percentage of people who undergo reoperations |

**CI:** Confidence interval
**NA:** Not applicable

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Another systematic review, Sijben 2021, reported satisfaction from 3 additional studies: 82% (113/138) were satisfied or very satisfied, 93% (32/34) were happier and more satisfied with their chest, and 79% (28/36) were very satisfied with the overall cosmetic result (very low certainty of evidence due to risk of bias, imprecision, and indirectness).
2. Rated down due to risk of bias, indirectness (the included studies were not restricted to youth or young adults), and imprecision (too few participants included, not meeting optimal information size).

Def_001553157

3. Another systematic review, Sijben 2021, reported similar ranges for rates of complication requiring reoperation from 7 studies (835 patients): capsular contraction (range 0.0-5.6%), asymmetry (3.6%), hematoma (range 0.0-2.9%), infection (range 0.0-0.9%), striae distensae (0.7%), implant rupture (0.7%), abscess (0.4%), scarring (0.0%), hypersensitivity (0.0%), and numbness (0.0%) (very low certainty of evidence due to risk of bias, imprecision, and indirectness)

4. Bustos SS *et al.* 2021 additionally reported on satisfaction for functional (87%, 95% CI 77% to 94%) and aesthetic (90%, 95% CI 84% to 94%) outcomes. Another systematic review and meta-analysis, Oles 2022b, similarly reported that 92.3% (range 23.1% to 100%) of patients (2410/2601) were satisfied after vaginoplasty (very low certainty of evidence due to risk of bias, imprecision, and indirectness).

5. Rated down due to risk of bias (the systematic review authors reported the quality of the included studies to be low to moderate using the New Castle Ottawa scale), and indirectness as the included studies were not restricted to youth or young adults. We did not rate down for imprecision or inconsistency despite high $I^2$ values as a satisfaction rate of 80% or above was deemed as a minimum threshold for clinical importance.

6. Rated down due to risk of bias (the systematic review authors reported the quality of the included studies to be low to moderate using the New Castle Ottawa scale), and indirectness as the included studies were not restricted to youth or young adults.

7. Another systematic review, Oles 2022b, similarly reported the percentage of patients experiencing complications from 51 studies, ranging from 2.4% to 12.0% (range 0% to 88%) for minor complications (intraoperative injury, wound dehiscence, superficial necrosis, infection, urinary issues, vaginal prolapse, stenosis, and bleeding) and 1.6% to 2.1% (range 0% to 31%) for major complications (flap/graft necrosis and infection) after genitoplasty (very low certainty of evidence due to risk of bias, imprecision, and indirectness).

8. Rated down due to risk of bias (the systematic review authors reported the quality of the included studies to be low to moderate using the New Castle Ottawa scale), imprecision and inconsistency, with wide confidence intervals and $I^2$ values ranging from 65.8% to 94.3%, and indirectness as the included studies were not restricted to youth or young adults.

9. Rated down due to risk of bias, indirectness (the age range of patients in the included studies was 24 to 39 years; the studies included were restricted to those that investigated the use of peritoneum in neovagina construction), and imprecision (too few participants included, not meeting optimal information size).



Def_001553158

References

1. Ramos GGF, Mengai ACS, Daltro CAT, et al. Systematic Review: Puberty suppression with GnRH analogues in adolescents with gender incongruity. *Journal of endocrinological investigation* 2021;44(6):1151-58. doi: https://dx.doi.org/10.1007/s40618-020-01449-5

2. Rew L, Young CC, Monge M, et al. Review: Puberty blockers for transgender and gender diverse youth-a critical review of the literature. *Child and adolescent mental health* 2021;26(1):3-14. doi: https://dx.doi.org/10.1111/camh.12437

3. Excellence NIfHaC. Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria, 2020.

4. Quality AfHRa. Topic Brief: Treatments for Gender Dysphoria in Transgender Youth, 2021.

5. Baker KE, Wilson LM, Sharma R, et al. Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review. *Journal of the Endocrine Society* 2021;5(4):bvab011. doi: 10.1210/jendso/bvab011

6. Fledderus AC, Gout HA, Ogilvie AC, et al. Breast malignancy in female-to-male transsexuals: systematic review, case report, and recommendations for screening. *Breast (Edinburgh, Scotland)* 2020;53(9213011):92-100. doi: https://dx.doi.org/10.1016/j.breast.2020.06.008

7. Haupt C, Henke M, Kutschmar A, et al. Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women. *The Cochrane database of systematic reviews* 2020;11:CD013138. doi: 10.1002/14651858.CD013138.pub2

8. Karalexi MA, Georgakis MK, Dimitriou NG, et al. Gender-affirming hormone treatment and cognitive function in transgender young adults: a systematic review and meta-analysis. *Psychoneuroendocrinology* 2020;119:104721. doi: 10.1016/j.psyneuen.2020.104721

9. Kotamarti VS, Greige N, Heiman AJ, et al. Risk for Venous Thromboembolism in Transgender Patients Undergoing Cross-Sex Hormone Treatment: A Systematic Review. *The journal of sexual medicine* 2021 doi: 10.1016/j.jsxm.2021.04.006

10. Mattawanon N, Charoenkwan K, Tangpricha V. Sexual Dysfunction in Transgender People: A Systematic Review. *The Urologic clinics of North America* 2021;48(4):437-60. doi: 10.1016/j.ucl.2021.06.004

11. Totaro M, Palazzi S, Castellini C, et al. Risk of Venous Thromboembolism in Transgender People Undergoing Hormone Feminizing Therapy: A Prevalence Meta-Analysis and Meta-Regression Study. *Frontiers in endocrinology* 2021;12:741866. doi: 10.3389/fendo.2021.741866

12. Excellence NIfHaC. Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria., 2020.

13. Eftekhar Ardebili M, Janani L, Khazaei Z, et al. Quality of life in people with transsexuality after surgery: a systematic review and meta-analysis. *Health and quality of life outcomes* 2020;18(1):264. doi: 10.1186/s12955-020-01510-0

14. Bustos VP, Bustos SS, Mascaro A, et al. Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery Global open* 2021;9(3):e3477. doi: 10.1097/GOX.0000000000003477

15. Oles N, Darrach H, Landford W, et al. Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-reviewed Literature and Methods of Assessing Patient-centered Outcomes (Part 2: Genital Reconstruction). *Annals of surgery* 2022;275(1):e67-e74. doi: 10.1097/SLA.0000000000004717

16. Oles N, Darrach H, Landford W, et al. Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-Reviewed Literature and Methods of Assessing Patient-Centered Outcomes (Part 1: Breast/Chest, Face, and Voice). *Annals of surgery* 2020 doi: 10.1097/SLA.0000000000004728

17. Bustos VP, Bustos SS, Mascaro A, et al. Transgender and Gender-nonbinary Patient Satisfaction after Transmasculine Chest Surgery. *Plastic and reconstructive surgery Global open* 2021;9(3):e3479. doi: 10.1097/GOX.0000000000003479

18. Bustos SS, Bustos VP, Mascaro A, et al. Complications and Patient-reported Outcomes in Transfemale Vaginoplasty: An Updated Systematic Review and Meta-analysis. *Plastic and reconstructive surgery Global open* 2021;9(3):e3510. doi: 10.1097/GOX.0000000000003510

19. Tay YT, Lo CH. Use of peritoneum in neovagina construction in gender-affirming surgery: A systematic review. *ANZ journal of surgery* 2021 doi: 10.1111/ans.17147

Def_001553159



Def_001553160