| | |
|---|---|
| **From:** | Weida, Jason |
| **Sent:** | Friday, May 6, 2022 12:15 PM EDT |
| **To:** | \"\"Pickle\"\,\"\" Devona; \" \"Brackett\"\,\"\" Matt; \" \"Chen\"\,\"\" Nai; Matt.Brackett@ahca.myflorida.com; Devona.Pickle@ahca.myflorida.com; Nai.Chen@ahca.myflorida.com |
| **CC:** | Sheeran, Andrew |
| **Subject:** | FW: Pharma info |

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Andre Van Mol <95andrev@gmail.com>
**Sent:** Friday, May 6, 2022 12:07 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Pharma info

Hi, Jason.

Thanks for allowing me to help with this project. I enjoyed our team time this morning. Here are the articles I spoke of today.

**Financing the movement and its tactics**:

- Jennifer Bilek, **The Billionaires Behind the LGBT Movement**, firththings.com, Jan. 21, 2020. https://www.firstthings.com/web-exclusives/2020/01/the-billionaires-behind-the-lgbt-movement
- Jennifer Bilek, "**Who Are the Rich, White Men Institutionalizing Transgender Ideology?**" the federalist.com, Feb. 20, 2018. https://thefederalist.com/2018/02/20/rich-white-men-institutionalizing-transgender-ideology/

- **James Kirkup** details a **handbook** attributed to the **Dentons law firm, Thomas Reuters Foundation**, and the International Lesbian, Gay, Bisexual, Transgender, Queer and Intersex Youth & Student Organisation (**IGLYO**), outlining the tactics by which trans lobbies influenced public bodies, politicians, officials, education and even police forces so fast and well. "The document that reveals the remarkable tactics of trans lobbyists," blogs.spectator.co.uk, 2 Dec 2019. https://blogs.spectator.co.uk/2019/12/the-document-that-reveals-the-remarkable-tactics-of-trans-lobbyists/   **The Dentons.Reuters.IGLYO document**: https://www.iglyo.com/wp-content/uploads/2019/11/IGLYO_v3-1.pdf

Andre

**Def_002174114**