| | |
|---|---|
| **From:** | Andre Van Mol |
| **Sent:** | Saturday, May 7, 2022 8:04 PM EDT |
| **To:** | Weida Jason; Matt.Brackett@ahca.myflorida.com; Devona.Pickle@ahca.myflorida.com |
| **Subject:** | Articles |
| **Attachments:** | LGBTQ+_ A Front For The Techno-Medical Complex.pdf, Stryker Corporation and the Global Drive for Medical Identities.pdf, The ACLU Gets Fat on Pharma and Tech Funding_Part II.pdf, Martine Rothblatt A Founding Father of the Transgender Empire.pdf, ATT00005.txt |

Hi, Jason, Devona, and Matt.

Besides the 3 article links already sent on who the financiers are for the trans movement, I've read through several more today and think these 4 are the best of that lot for establishing the connection to big pharma/biotech/philanthropy profiteering in the clothes of being rights advocates.

Def_001497585