**From:** Andre Van Mol <95andrev@gmail.com>
**Subject:** Corrections to Draft
**Sent:** 2022-05-13T16:33:31Z
**To:** Weida Jason <Jason.Weida@ahca.myflorida.com>, Matt.Brackett@ahca.myflorida.com, Devona.Pickle@ahca.myflorida.com

Corrections to FL Draft.docx
FLORIDA MEDICAID & G:TAT.docx

Good morning, Jason, Devona, and Matt.

Please find attached the draft corrections promised, hopeful arranged for ease of use.

Please also find attached the original informational document I prepared on this topic. The Table of contents should help with swift retrieval of possibly useful information.


Thanks, Team!
Andre