4:22 



Jason



Mon, May 16 at 3:59 PM

eknes-tucker-ruling-on-pi-5-13-22.pdf
PDF Document · 208 KB

Mon, May 16 at 5:43 PM

The judge isn't very nice to our friend James Cantor

EOG_008126