| | |
|---|---|
| **From:** | Williams, Susan C. |
| **Sent:** | Monday, May 23, 2022 11:29 AM EDT |
| **To:** | \"\"Rubin\"\,\"\" Kelly; \" \"Forbes\"\,\"\" Jesseka; Kelly.Rubin@ahca.myflorida.com; Jesseka.Forbes@ahca.myflorida.com |
| **Subject:** | RE: Document |
| **Attachments:** | image001.png |

Not at this time.

**From:** Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>
**Sent:** Monday, May 23, 2022 10:23 AM
**To:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>; Forbes, Jesseka <Jesseka.Forbes@ahca.myflorida.com>
**Subject:** RE: Document

Nai has been in here multiple times talking about this issue and looking for federal statute to clarify if we must pay or not pay for this.

Do you think it would help to let him review this?

Cole just said he wants draft responses on the SPA letter so we can discuss tomorrow, so I'm not going to read this right now.


Kelly D. Rubin, R.Ph.
Senior Pharmacist
Medicaid Policy Bureau
Agency for Health Care Administration
Phone: 850-412-4163
Fax: 850-410-3309

REPORT MEDICAID FRAUD
Online or 866-966-7226
REPORTAR FRAUDE

**From:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>
**Sent:** Monday, May 23, 2022 9:35 AM
**To:** Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>; Forbes, Jesseka <Jesseka.Forbes@ahca.myflorida.com>
**Subject:** Document

Please review the updated from Shantrice.

**From:** Greene, Shantrice <ShantriceR.Greene@ahca.myflorida.com>
**Sent:** Friday, May 20, 2022 3:47 PM
**To:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>; Forbes, Jesseka

<Jesseka.Forbes@ahca.myflorida.com>
**Subject:** Gender Dysphoria Document

Greetings,

Attached is the revised Cross-Sex Hormone Therapy Document for your review.

Thank you,

**Shantrice R. Greene** – Senior Pharmacist
+1 850-412-4232 (Office)

AHCA Bldg 3 Rm 2325A – Bureau of Medicaid Policy
2727 Mahan Drive Tallahassee, FL 32308
ShantriceR.Greene@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

Def_001968265