**From:** Weida, Jason
**Subject:** Fwd: Charges
**To:** ""Pickle"","" Devona; Devona.Pickle@ahca.myflorida.com
**Cc:** Andre Van Mol
**Sent:** May 21, 2022 8:19 PM (UTC-04:00)

Forwarding to DD.

Get [Outlook for iOS](#)

---

**From:** Andre Van Mol <95andrev@gmail.com>
**Sent:** Saturday, May 21, 2022 1:10:58 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Charges

Hi, Jason.

As my services in collaboration with the Florida Dept. of Medicaid have come to completion, in my understanding, I was advised it is time to submit charges.
May I ask your guidance at this point?
Here is what the itemization looks like. Do these seem to be in order and appropriate according to our agreement?

Thanks,
Andre Van Mol, MD

**Andre Van Mol, MD**
12860 Yanot Drive
Redding, CA 96003
Tel. 530-604-9370
95andrev@gmail.com

Jason Weida
Florida Dept of Medicaid
Bldg 3 Room 2413
2727 Mahan Dr.
Tallahassee, FL. 32308

RE: Itemized charges for consulting

May 21, 2022

Dear Mr. Weida,

Thank you and your team for the privilege of serving as a consultant on your Florida Medicaid policy project regarding payment of services related to gender dysphoria. Please find below a listing of hours spent on the project and why.

| Date | Hours | Description |
|---|---|---|
| 4/28/2022 | 3 hours | Research and drafting of master background document |
| 4/29/2022 | 4 hours | Research and drafting of master background document |
| 4/30/2022 | 2 hours | Completion of master background document |
| 5/06/2022 | 1 hour | Teleconference with FL Medicaid Quality team |
| 5/11/2022 | 2 hours | Read and critique FL Medicaid proposed policy draft |
| 5/12/2022 | 3 hours | Read and critique FL Medicaid proposed policy draft |
| 5/13/2022 | 1.5 hours | Teleconference with FL Medicaid Quality team followed by |

                                research and provision of further data
5/17/2022   1 hours     Read and edit final Medicaid policy draft
5/18/2022
  10 min    Final consultation via telephone with FL team member.  No charge.

Total hours = 17.5 hours  at $350 per hour

Total charges = $6,125.00

Andre Van Mol, MD

AHCA0128584
Def_000291699