| | |
|---|---|
| **From:** | Romina Brignardello Petersen |
| **Sent:** | Tuesday, May 24, 2022 11:47 AM EDT |
| **To:** | Nai.Chen@ahca.myflorida.com; Devona.Pickle@ahca.myflorida.com |
| **CC:** | Pickle, Devona |
| **Subject:** | Invoice for evidence evaluation |
| **Attachments:** | Invoice FL RBP.pdf |

Dear Nai,

Please see attached my invoice

Please let me know if there is anything else you need from me

Best,

Romina

Def_002885062