# INVOICE

*Romina Brignardello-Petersen*
*SIN 589814391*

38 Kipling Rd
Hamilton, ON, L8S 3X3, Canada
Phone +1 905 5317013
rominabp@gmail.com

**DATE** May 24, 2022

**TO**
AHCA- Medicaid Policy
MS20
2727 Mahan Drive
Tallahassee, FL, 32308
United States

Invoice 1/1
Requisition No. PR12152548

| Description | Amount |
|---|---|

**Consulting:** *Evidence evaluation (systematic review of the literature to identify and summarize the best available evidence regarding the effects of gender affirming therapies in people with gender dysphoria), April 20- May 17, 2022, total: 116 hours ($300 USD per hour)*

*Details:*

| | | | |
|---|---|---|---|
| - | Search and selection of reviews | 33 hours | $9900 |
| - | Reviews appraisal and synthesis | 38 hours | $11400 |
| - | Preparation of reports | 24 hours | $7200 |
| - | Meetings | 5 hours | $1500 |
| - | Search and synthesis of new studies | 16 hours | $4800 |

| Total | $34800 USD |
|---|---|

Deposits should be made to the following bank account:

ABA number: 026009593
Bank of America Swift code: BOFAUS3NXXX
Canada swift code: TDOMCATTTOR
Institution number: 004
Branch transit number: 25362
Account number: 7127161
Bank name: TD Canada Trust
Bank address: 194 James St S, Hamilton, Ontario, L8P 3A7, Canada
Account holder: Romina Brignardello Petersen
Account holder address: 38 Kipling Rd, Hamilton, ON, L8S 3X3, Canada

Cheques can be mailed to
    Romina Brignardello Petersen
    38 Kipling Rd, Hamilton, ON, L8S 3X3, Canada

I certify that all costs and fees claimed for payment are accurate and were performed in furtherance of the Agreement between Romina Brignardello Petersen and the Agency for Health Care Administration

If you have any questions concerning this invoice, please contact Romina Brignardello-Petersen (rominabp@gmail.com)