

RON DESANTIS
GOVERNOR

SIMONE MARSTILLER
SECRETARY

June [Date], 2022

[Name], [Title, if applicable]
[Entity]
[Mailing Address]

Dear [Mr.][Ms.][Mx.] [Surname]:

Thank you for your request for a workshop regarding Rule 59G-1.050, Florida Administrative Code (F.A.C.) General Medicaid Policy. On June 2, 2022, the Agency issued Generally Accepted Professional Medical Standards (GAPMS) report *[GAPMS report name (will be a hyperlink to the website)]*. Based on the findings and recommendations contained therein, the Agency for Health Care Administration finds it unnecessary to hold a public workshop and your request is denied in accordance with section 120.54(2)(c) Florida Statutes (F.S.).

The Agency encourages you to submit written comment electronically to MedicaidRuleComments@ahca.myflorida.com.

Sincerely,

Simone Marstiller
Secretary, Agency for Health Care Administration



2727 Mahan Drive • Mail Stop #8
Tallahassee, FL  32308
AHCA.MyFlorida.com

Facebook.com/AHCAFlorida
Youtube.com/AHCAFlorida
Twitter.com/AHCA_FL

Def_000286991