ATTORNEY WORK PRODUCT CONFIDENTIAL -
PURSUANT TO §119.071(1)(d)1., F.S.

## Projected Rulemaking Timeline

| June 3 | June 16 | June 17 | July 8 | July 11 | July 12 | July 19 | August 8 |
|---|---|---|---|---|---|---|---|
| NORD published in FAR | Issue Response Letter | NOPR & Hearing information publishes in the FAR | Rulemaking Hearing | Hearing Comment Period | Adoption Package submitted to JAPC | File the rule for Adoption with DoS | Rule is Effective |
| Received Request for Workshop | Send NOPR to OFARR & FAR | Send Notice of Proposed Rule to JAPC | | | | | |

| Acronym Key | |
|---|---|
| GAPMS | Generally Accepted Professional Medical Standards |
| FAR | Florida Administrative Register |
| NORD | Notice of Rule Development |
| NOPR | Notice of Proposed Rule |
| JAPC | Joint Administrative Procedures Committee |
| DoS | Department of State |

DRAFT



ATTORNEY WORK PRODUCT CONFIDENTIAL - PURSUANT §119.07(n), F.S. (1993)

EOG_008239