## Gender Dysphoria/Transgender Health Care Non-Legislative Pathway



Surgeon General issues guidance on Gender Dysphoria → AHCA Secretary requests Medicaid Director to initiate GAPMS Process → AHCA GAPMS Process (Include Medical Experts) → Medicaid Director transmits signed report to AHCA Secretary → AHCA Rulemaking Process → AHCA Contract Amendments/ Care Effectively Banned

EOG_008240