# Gender Dysphoria/Transgender Health Care Policy Pathway



^ GAPMS: Determining Generally Accepted Professional Medical Standards

EOG_008241