## Medicaid Policy Routing and Tracking Form

| | |
|---|---|
| Date: | 6/1/2022 |
| Assignment Title: | GAPMS Report |
| Assignment Type: | GAPMS |
| Final Due Date: | 6/2/2022 |
| Extensions: | No |
| Reassigned: | No |
| Reassigned to: | |
| Reassigned from: | |
| Date of Completion: | |
| Assignment Summary (brief): | GAPMS review for services |
| Attachment(s): | Attachment Document.docx<br>Please upload your draft documents/responses |
| Section: | Canadian Prescription Drug Importation Program |
| Prepared By: | Brackett, Matt |
| Position: | Other |
| Preparer Phone: | 850-412-4151 |
| Preparer Room Number: | 2249 |

**Reviewed by and Routing Timeline(s):**

| Name | Title | Start Date | End Date | Date Received | Todays Date and Initial | Approval |
|---|---|---|---|---|---|---|
| Devona (D.D.) Pickle | AHC Administrator | 6/1/2022 | 6/1/2022 | | | ☐ |
| Ann Dalton | Bureau Chief | 6/1/2022 | 6/1/2022 | | | ☐ |
| Jason Weida | ADS Policy/Quality | 6/1/2022 | 6/1/2022 | | | ☐ |
| Tom Wallace | Deputy Secretary for Medicaid | 6/2/2022 | 6/2/2022 | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |

**Notes:**

| Edits | Edits |
|---|---|
| Edit 1 | Edit 2 |
| Edit 3 | Edit 4 |
| Edit 5 | Edit 6 |

| Edit 5 | Edit 6 |
|---|---|
| Edit 7 | Edit 8 |
| Edit 9 | Edit 10 |

Def_000295609