| | |
|---|---|
| **From:** | Peterson, Ashley |
| **Sent:** | Friday, June 3, 2022 12:50 PM EDT |
| **To:** | \"\"Weida\"\",\"\" Jason; Jason.Weida@ahca.myflorida.com |
| **CC:** | Dalton, Ann |
| **Subject:** | Materials |
| **Attachments:** | Gender Dysphoria Prescribed Therapies.pdf |

These are being printed for in person attendees at 1PM.

**Ashley Peterson** - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES



Bldg 3 Room 2314B - BUREAU OF MEDICAID POLICY
2727 MAHAN DR., TALLAHASSEE, FL. 32308
+1 850-412-4235 (Office) - (Fax)
Ashley.Peterson@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.