| GD DRUG CLASS | TRANSITION STATUS | PREFERRED DRUG STATUS | DRUG | ROUT OF ADMINISTRATION | COMMENTS | MECHANISM OF ACTION |
|---|---|---|---|---|---|---|
| ESTROGENS | MTF | GENERIC PREFERRED FOR BOTH SEXES | ESTRADIOL | ORAL TRANSDERMAL | MIN AGE 12 | Increases estrogen and progesterone in the body, leading to feminization of the patient while also reducing some testosterone in the body. |
| | | | ESTRADIOL VALERATE | SUBCUTANEOUS INTRMUSCULAR | | |
| | | | PROGESTERONE | ORAL | | |
| | | | MEDROXYPROGESTERONE | TRANSDERMAL | | |
| GONADOTROPIN RELELASING HORMONE (GnRH) AGONIST | MTF | AUTO-PA - LOOKS FOR VARIOUS DIAGNOSIS. GENDER DYSPHORIA IS NOT A DIAGNOSIS AND CLAIM WILL DENY. DOCTOR WILL HAVE TO USE OFF-LABEL CRITERIA AND PROVIDE DOCUMENTATION. | LEUPROLIDE | INTRAMUSCULAR | MIN AGE 18 | Reduces testosterone release – slows puberty and visible secondary sex characteristics such as enlarged breasts and widened hips of females, facial hair and Adam's apples on males, and pubic hair on both. |
| | | | LUPRON | INTRAMUSCULAR | MIN AGE 18 | |
| | | | LUPRON DEPOT | INTRAMUSCULAR | MIN AGE 18 | |
| | | | LUPANETA PACK | INTRAMUSCULAR | MIN AGE 18 | |
| | | | TRIPTODUR | INJECTABLE | MIN AGE 2 YEARS MAX AGE 12 YEARS | |
| | | | ZOLADEX | IMPLANT | MIN AGE 18 | |
| | | | VIADUR | IMPLANT | MIN AGE 18 | |
| | | | SYNAREL | NASAL SPRAY | | |
| ANTIHYPERTENSIVE | MTF | GENERIC PREFERRED FOR BOTH SEXES | SPIRONOLACTONE | ORAL | | Directly inhibits testosterone secretion and androgen binding to the androgen receptor |
| 5-ALPHA REDUCTASE INHIBITOR | MTF | GENERIC PREFERRED FOR BOTH SEXES | FINASTERIDE | ORAL | | Blocks the conversion of testosterone to its active agent which affects scalp hair loss and body hair growth. |
| TESTOSTERONES | FTM | THE ONLY TESTOSTERONES THAT CAN BE RECEIVED WITHOUT A PA ARE INJECTABLES. THE REMAINING PRODUCTS REQUIRE A CLINICAL PA WITH A REQUIREMENT OF MALE AND DIAGNOSIS OF PRIMARY OR SECONDARY HYPOGONADISM AND THE PATIENT DOES NOT HAVE A HISTORY OF PROSTATE CARCINOMA OR MALE BREAST CARCINOMA. IF A DOCTOR IS WANTING TO USE THE DRUG FOR GD, THE OFF-LABEL CRITERIA WOULD HAVE TO BE USED AND DOCUMENTATION PROVIDED. | TESTOSTERONE UNDECANOATE | ORAL | MIN AGE 18 | Increases testosterone in the body to suppress feminine characteristics and increase male characteristics such as a deeper voice, facial hair, etc. while also decreasing some estrogen in the body. |
| | | | TESTOPEL | IMPLANT | MIN AGE 18 | |
| | | | TESTOSTERONE GEL | TRANSDERMAL | MIN AGE 18 | |
| | | | TESTOSTERONE PATCH | TRANSDERMAL | MIN AGE 18 | |

Def_002873412

| CODE | PREFERRED DRUG STATUS | HCPCS/FMMIS DESCRIPTION | * | QRG DESCRIPTION | HIC3 | REVIEW CLASS NAME | MAX QTY | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| J1071 | GENERIC PREFERRED | TESTOSTERONE CYPIONATE 1MG | | TESTOSTERONE CYPIONATE 1MG | F1A | ANDROGENIC AGENTS | 400 | |
| J3121 | GENERIC PREFERRED | TESTOSTERONE ENANTHATE 1MG | | TESTOSTERONE ENANTHATE 1MG | F1A | ANDROGENIC AGENTS | 400 | |
| J9217 | BRAND PREFERRED | LEUPROLIDE ACETATE FOR DEPOT | | LEUPROLIDE ACETATE FOR DEPOT SUSPENSION 7.5MG (LUPRON DEPOT) | V1O | ANTINEOPLASTIC; PITUITARY SUPPRESSIVE AGENTS, LHRH | 6 | |
| J9218 | GENERIC PREFERRED | LEUPROLIDE ACETATE 1MG | | LEUPROLIDE ACETATE 1MG | V1O | ANTINEOPLASTIC; PITUITARY SUPPRESSIVE AGENTS, LHRH | 1 | |
| J1050 | GENERIC PREFERRED | MEDROXYPROGESTERONE ACETATE 1MG | | MEDROXYPROGESTERONE ACETATE 1MG | G8C | CONTRACEPTIVES | 1000 | MIN AGE 12 YEARS |
| J1000 | NON-PREFERRED | DEPO-ESTRADIOL CYPIONATE UP TO 5MG | | DEPO-ESTRADIOL CYPIONATE UP TO 5MG | G1A | ESTROGEN AGENTS, INJECTABLE | 1 | |
| J1380 | GENERIC PREFERRED | ESTRADIOL VALERATE UP TO 10MG | | ESTRADIOL VALERATE UP TO 10MG | G1A | ESTROGEN AGENTS, INJECTABLE | 4 | |
| J1950 | BRAND PREFERRED | LEUPROLIDE ACETATE PER 3.75MG DEPOT | | LEUPROLIDE ACETATE PER 3.75MG DEPOT SUSPENSION (LUPANETA, LUPRON DEPOT) | P1M | PITUITARY SUPPRESSIVE AGENTS, LHRH | 12 | MIN AGE 18 YEARS |
| J3316 | BRAND PREFERRED | TRIPTORELIN XR 3.75MG | | TRIPTORELIN XR 3.75MG (TRIPTODUR) | P1P | PITUITARY SUPPRESSIVE AGENTS, LHRH | 6 | MIN AGE 2 YEARS |
| J9202 | BRAND PREFERRED | GOSERELIN ACETATE IMPLANT PER 3.6MG | | GOSERELIN ACETATE IMPLANT PER 3.6MG (ZOLADEX) | V1O | PITUITARY SUPPRESSIVE AGENTS, LHRH | 3 | MIN AGE 18 YEARS |
| J9225 | NON-PREFERRED | HISTRELIN IMPLANT (VANTAS) 50MG | | HISTRELIN IMPLANT (VANTAS) 50MG | V1O | PITUITARY SUPPRESSIVE AGENTS, LHRH | 1 | DX: C61-C61; MIN AGE 18 |
| J9226 | NON-PREFERRED | HISTRELIN (SUPPRELIN LA) IMPLANT 50MG | | HISTRELIN (SUPPRELIN LA) IMPLANT 50MG | P1P | PITUITARY SUPPRESSIVE AGENTS, LHRH | 1 | MIN AGE 2 YEARS |

Def_002873413