| | |
|---|---|
| From: | Moore-Simons, Leslie N. |
| Subject: | Secured1: Treatment of Gender Dysphoria for Children and Adolescents |
| To: | ""McGriff"","" Stephanie M.; Ashley.Peterson@ahca.myflorida.com; susan.williams@ahca.myflorida.com |
| Sent: | June 3, 2022 4:23 PM (UTC-04:00) |
| Attached: | ▮▮▮▮▮ CMS approval notice_Lupron Depot Ped 30mg.tif, ▮▮▮▮▮ Notice of PA Determination_Lupron Depot Ped 30mg.tif, ▮▮▮▮▮_PA Request_9.18.17.tif, ▮▮▮▮▮_MMA provider response_1.24.17.tif, ▮▮▮▮▮_MMA provider response _5.3.17.tif, ▮▮▮▮▮_MMA provider response (SG)_4.12.17.tif, ▮▮▮▮▮_MMA provider response_4.12.17.tif, ▮▮▮▮▮_MMA provider response_3.21.17.tif, ▮▮▮▮▮_MMA provider response_2.21.17.tif, ▮▮▮▮▮_PA Request_05.01.17.tif, ▮▮▮▮▮_Treatment Consent Forms_03.17.tif, ▮▮▮▮▮_PA Request_05.03.17.tif, RE▮▮▮▮▮tif, ▮▮▮▮▮ Parental consent form.tif, ▮▮▮▮▮_PA Request_4.11.17.tif, ▮▮▮▮▮r_PA Request_2.17.17.tif, PA Review Notes_Supprelin LA_1.18.17.doc, PA Review Notes_Supprelin LA_2.17.17.doc, PA Review Notes_Supprelin LA_9.19.2017.doc, GENDER DYSPHORIA criteria Final Approved Language.docx, 1N_Note-for-▮▮▮▮▮-3-9-2017.pdf, Re_Secured1_▮▮▮▮▮_Supprelin LA.eml |

Good afternoon Ashley and Susan,

Attached are all the exhibits, review criteria and notes associated with the Fair Hearing request received for this diagnosis. Please let me know if anything additional is needed.

Thank you, Leslie.

---

**From:** McGriff, Stephanie M. <SMMcGriff@magellanhealth.com>
**Sent:** Friday, June 3, 2022 3:49 PM
**To:** Ashley.peterson@ahca.myflorida.com; Susan Williams (susan.williams@ahca.myflorida.com) <susan.williams@ahca.myflorida.com>
**Cc:** Moore-Simons, Leslie N. <LNMooreSimons@magellanhealth.com>
**Subject:** FW: Treatment of Gender Dysphoria for Children and Adolescents

Hi Ashely/Susan,

Attached are the internal criteria "not publicly posted", CCM that implemented all meds with a gender code = B (Both), and the subsequent updated denial letter that includes the nondiscriminatory verbiage. Leslie is actively working to provide the exhibits associated with the fair hearing regarding this topic. Please review and let us know if any additional information is needed.

---

**GENDER CODE**

Elliott, Arlene <Arlene.Elliott@ahca.myflorida.com>
To: ● Glover, Timothy D.
Cc: ● McGriff, Stephanie M.; ○ Moore, Elboni A.; ● Moore-Simons, Leslie N.; ● Fleischacker, Michael D.; ○ Craig, Sara; ○ Williams, Susan C.; ○ Rubin, Kelly

Red Category

ⓘ You replied to this message on 8/21/2017 11:55 AM.

Please prepare a CCM to remove gender code from all the NDCs that have it hard coded. Thanks.

Arlene Elliott - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES
Bldg. 3, Rm. 2332A - BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
412-4152 (Office)
Arlene.Elliott@ahca.myflorida.com

REPORT MEDICAID FRAUD
Online or 866-966-7226
REPORTE FRAUDE DE MEDICAID

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

---

Revised denial letter with nondiscrimination language added for tomorrow's meeting. Thanks.

Elliott, Arlene <Arlene.Elliott@ahca.myflorida.com>
To: ○ Moore, Elboni A.; ● Rubin, Kelly; ● McGriff, Stephanie M.; ● Burkhart, Makala H.; ○ Craig, Sara; ○ Williams, Susan C.; ● Moore-Simons, Leslie N.; ● Fleischacker, Michael D.

[📎 Pharmacy Denial Notice clean copy_Nondiscrimination language 8.8.17 (005).docx
.docx File]

Arlene Elliott - AGENCY FOR HEALTH CARE ADMINISTRATOR-SES
Bldg. 3, Rm. 2332A - BUREAU OF MEDICAID POLICY
2727 MAHAN DR TALLAHASSEE, FL 32308
412-4152 (Office)
Arlene.Elliott@ahca.myflorida.com

REPORT MEDICAID FRAUD
Online or 866-966-7226
REPORTE FRAUDE DE MEDICAID

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

---

| Ticket # | Create Date | Summary | Target Date | Status | CO# |
|---|---|---|---|---|---|
| 81339-T2M8H4 | 9/1/2017 | FL_2017_096_PD_Various Products. To update the FMT of Citranatal Assure, Citranatal 90 DHA, Faslodex, and Tysabri to ensure consistency throughout the drug file. In addition to updating the min age to zero for Prilosec suspension products and updating the valid sex code for all products to B = both. | 9/5/2017 | complete | **127350** |

Thanks,

*Stephanie M. McGriff, Pharm D*
Dir, Florida Clinical Account Services
Magellan Rx Management
2671 Executive Center Circle West, Suite 300, Tallahassee, FL 32317

AHCA0147795
Def_000288753

**O** 850-815-3929 | **C** 850-264-7098 | **F** 850-298-7161 | **E** smmcgriff@magellanhealth.com



***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health Services that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH SERVICES EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us by telephone at (800)603-1714. Thank you.

---

**From:** King-Wilson, Elicia <EKingWilson@magellanhealth.com>
**Sent:** Wednesday, April 20, 2022 3:18 PM
**To:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>; Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>; Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>; Forbes, Jesseka <Jesseka.Forbes@ahca.myflorida.com>; Greene, Shantrice <ShantriceR.Greene@ahca.myflorida.com>
**Cc:** Burkhart, Makala H. <MHBurkhart@magellanhealth.com>; McGriff, Stephanie M. <SMMcGriff@magellanhealth.com>; Flagg, LaQuanda <LFlagg@magellanhealth.com>; Moore-Simons, Leslie N. <LNMooreSimons@magellanhealth.com>
**Subject:** RE: Treatment of Gender Dysphoria for Children and Adolescents

Awesome! Let us know if you need anything else 😊.

---

**From:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>
**Sent:** Wednesday, April 20, 2022 3:10 PM
**To:** King-Wilson, Elicia <EKingWilson@magellanhealth.com>; Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>; Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>; Forbes, Jesseka <Jesseka.Forbes@ahca.myflorida.com>; Greene, Shantrice <ShantriceR.Greene@ahca.myflorida.com>
**Cc:** Burkhart, Makala H. <MHBurkhart@magellanhealth.com>; McGriff, Stephanie M. <SMMcGriff@magellanhealth.com>; Flagg, LaQuanda <LFlagg@magellanhealth.com>; Moore-Simons, Leslie N. <LNMooreSimons@magellanhealth.com>
**Subject:** RE: Treatment of Gender Dysphoria for Children and Adolescents

**EXTERNAL:** This email originated from outside of the organization. Do not click on any links or open any attachments unless you trust the sender and know the content is safe.

Thank for the historical information. We will share it with administration.

---

**From:** King-Wilson, Elicia <EKingWilson@magellanhealth.com>
**Sent:** Wednesday, April 20, 2022 2:04 PM
**To:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>; Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>; Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>; Forbes, Jesseka <Jesseka.Forbes@ahca.myflorida.com>; Greene, Shantrice <ShantriceR.Greene@ahca.myflorida.com>
**Cc:** Burkhart, Makala H. <MHBurkhart@magellanhealth.com>; McGriff, Stephanie M. <SMMcGriff@magellanhealth.com>; Flagg, LaQuanda <LFlagg@magellanhealth.com>; Moore-Simons, Leslie N. <LNMooreSimons@magellanhealth.com>
**Subject:** RE: Treatment of Gender Dysphoria for Children and Adolescents

Hi Susan,

Great timing on this email! The clinical team + Leslie (Contact Center Manager) discussed this internally this morning, as we also received the notification from DOH and in the process of drafting a notification to Pharmacy Policy.

Leslie noted MMA does have an *internal* Gender Dysphoria criteria, which is attached. This internal document serves for GnRH analog use to delay puberty in adolescents with Gender Dysphoria, but it does not speak to the use of hormone therapy (i.e. anastrozole, etc.). This document was provided by the Agency due to a fair hearing request received for Lupron for a recipient with this diagnosis. <u>All requests required vetting by AHCA before a final determination is made, and MMA will continue to do so as instructed.</u>

As a reminder, all gender codes were removed from programming as directed by the Agency in 2017. All products within the database are currently coded MEDICAID_STATE_VALID_SEX_CD = **B-Both.**

Thank you,

*Elicia D. King-Wilson, PharmD*
Florida Clinical Account Manager, Clinical Services
Magellan Rx Management
2671 Executive Circle West, Suite 300, Tallahassee, FL 32301
(E) ekingwilson@magellanhealth.com

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us by telephone at 877-553-7481. Thank you.

---

**From:** Williams, Susan C. <Susan.Williams@ahca.myflorida.com>
**Sent:** Wednesday, April 20, 2022 2:14 PM
**To:** McGriff, Stephanie M. <SMMcGriff@magellanhealth.com>; King-Wilson, Elicia <EKingWilson@magellanhealth.com>; Flagg, LaQuanda <LFlagg@magellanhealth.com>; Moore-Simons, Leslie N. <LNMooreSimons@magellanhealth.com>
**Cc:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>; Rubin, Kelly <Kelly.Rubin@ahca.myflorida.com>; Forbes, Jesseka <Jesseka.Forbes@ahca.myflorida.com>; Greene, Shantrice <ShantriceR.Greene@ahca.myflorida.com>
**Subject:** Treatment of Gender Dysphoria for Children and Adolescents

**EXTERNAL:** This email originated from outside of the organization. Do not click on any links or open any attachments unless you trust the sender and know the content is safe.

Hi Stephanie and team,

Please forward all inquires regarding Gender Dysphoria to the pharmacy team for response. These inquiries will be sent to administration.

AHCA0147796
Def_000288754

Thanks,

Susan

View as a webpage / Share



.

### Treatment of Gender Dysphoria for Children and Adolescents

April 20, 2022

The Florida Department of Health wants to clarify evidence recently cited on a fact sheet released by the US Department of Health and Human Services and provide guidance on treating gender dysphoria for children and adolescents.

Systematic reviews on hormonal treatment for young people show a trend of low-quality evidence, small sample sizes, and medium to high risk of bias. A paper published in the International Review of Psychiatry states that 80% of those seeking clinical care will lose their desire to identify with the non-birth sex. One review concludes that "hormonal treatments for transgender adolescents can achieve their intended physical effects, but **evidence regarding their psychosocial and cognitive impact is generally lacking**."

According to the Merck Manual, "gender dysphoria is characterized by a strong, persistent cross-gender identification associated with anxiety, depression, irritability, and often a wish to live as a gender different from the one associated with the sex assigned at birth."

Due to the lack of conclusive evidence, and the potential for long-term, irreversible effects, the Department's guidelines are as follows:

- Social gender transition should not be a treatment option for children or adolescents.
- Anyone under 18 should not be prescribed puberty blockers or hormone therapy.
- Gender reassignment surgery should not be a treatment option for children or adolescents.
- Based on the currently available evidence, "encouraging mastectomy, ovariectomy, uterine extirpation, penile disablement, tracheal shave, the prescription of hormones which are out of line with the genetic make-up of the child, or puberty blockers, are all clinical practices which run an **unacceptably high risk of doing harm**."
- Children and adolescents should be provided social support by peers and family and seek counseling from a licensed provider.

These guidelines do not apply to procedures or treatments for children or adolescents born with a genetically or biochemically verifiable disorder of sex development (DSD). These disorders include, but are not limited to, 46, XX DSD; 46, XY DSD; sex chromosome DSDs; XX or XY sex reversal; and ovotesticular disorder.

The Department's guidelines are consistent with the federal Centers for Medicare and Medicaid Services age requirement for surgical and non-surgical treatment. These guidelines are also in line with the guidance, reviews, and recommendations from Sweden, Finland, the United Kingdom, and France.

Parents are encouraged to reach out to their child's health care provider for more information.

**About the Florida Department of Health**

The Florida Department of Health, nationally accredited by the Public Health Accreditation Board, works to protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.

Follow us on Facebook, Instagram and Twitter at @HealthyFla. For more information, please visit www.FloridaHealth.gov.

AHCA0147797
Def_000288755

Stay Connected with Florida Department of Health:

SUBSCRIBER SERVICES:
Manage Subscriptions  |  Unsubscribe All  |  Help

This email was sent to azitiello@tampabay.rr.com using govDelivery Communications Cloud on behalf of: Florida Department of Health ·4052 Bald Cypress Way, Tallahassee, FL 32399

AHCA0147798

Def_000288756