| | |
|---|---|
| **From:** | Peterson, Ashley |
| **Sent:** | Friday, June 10, 2022 12:04 PM EDT |
| **To:** | \"\"McGriff\"\",\"\" Stephanie M. |
| **CC:** | Dalton, Ann; Weida, Jason |
| **Subject:** | Special Services Criteria |

Dear Stephanie,

On June 2, 2022, the Agency for Health Care Administration (Agency) released a Generally Accepted Professional Medical Standards report related to the treatment of gender dysphoria. The report and its attachments can be found at the following link: Report Overview (myflorida.com). In light of the findings in the report, and in particular its findings regarding the lack of quality evidence regarding the safety and efficacy of puberty blockers for the treatment of gender dysphoria, the Agency hereby rescinds the Special Services Criteria regarding Pubertal Suppression with Gonadotropin-Releasing Hormone Analog Agent for Gender Dysphoria, dated September 18, 2017 (as revised on November 17, 2017). That Special Services Criteria is rescinded effective as of the date of the report, that is, June 2, 2022.

Please do not hesitate to contact me if you have any questions.

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY



Bldg 3 Room 2413 - DIVISION OF MEDICAID
2727 MAHAN DR., TALLAHASSEE, FL. 32308
+1 850-412-4118 (Office) - (Fax)
Jason.Weida@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.