Re: AHCA - Preparation with Dr. Grossman

miriam grossman <█████████████████>

Thu 6/30/2022 4:03 PM

To: Mohammad O. Jazil <mjazil@holtzmanvogel.com>

Cc: Weida, Jason <Jason.Weida@ahca.myflorida.com>;Zack Bennington <zbennington@holtzmanvogel.com>;Gary V. Perko <gperko@holtzmanvogel.com>

Quick question - is it ok if while answering a question I say something like,
"This rule will protect young people in Florida, the same way similar kids are now
Protected in Sweden, Finland etc...I applaud the state of Florida and hope many others will follow."

Also, is Florida the first to take this route in limiting medical interventions, as opposed to the legislative route? I haven't heard of another state doing this.

Thanks
Sent from my iPad


On Jun 30, 2022, at 1:55 PM, Mohammad O. Jazil <mjazil@holtzmanvogel.com> wrote:


**Rescheduled**

**Platform changed from Teams to Zoom**

Please join the zoom meeting on 6/30/22

Zack Bennington is inviting you to a scheduled Zoom meeting.

Topic: Preparation with Dr. Grossman
Time: Jun 30, 2022 02:00 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://zoom.us/j/96098319890?pwd=dnVIYTVHZDBiU29MUTVpQ1NUUDYzdz09

Meeting ID: 960 9831 9890
Passcode: 700535
One tap mobile
+13126266799,,96098319890#,,,,*700535# US (Chicago)
+19294362866,,96098319890#,,,,*700535# US (New York)

Dial by your location
    +1 312 626 6799 US (Chicago)
    +1 929 436 2866 US (New York)
    +1 301 715 8592 US (Washington DC)
    +1 346 248 7799 US (Houston)
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
Meeting ID: 960 9831 9890
Passcode: 700535

Find your local number: https://zoom.us/u/acxEo1zFWT

**From:** miriam grossman <███████████████████████>
**Sent:** Thursday, June 30, 2022 1:51 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Zack Bennington <zbennington@HoltzmanVogel.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Gary V. Perko <gperko@HoltzmanVogel.com>; Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Andre Van Mol <95andrev@gmail.com>
**Subject:** Re: AHCA - Preparation with Dr. Grossman

Hi I don't see a link for today

Sent from my iPad

On Jun 28, 2022, at 5:34 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:

Perfect.  Thank you.

**From:** Zack Bennington <zbennington@HoltzmanVogel.com>
**Sent:** Tuesday, June 28, 2022 3:59 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>; miriam grossman <███████████████████████>
**Cc:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Gary V. Perko <gperko@HoltzmanVogel.com>; Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Andre Van Mol <95andrev@gmail.com>
**Subject:** RE: AHCA - Preparation with Dr. Grossman

Team,

It seems the consensus is to begin at 2 for introductions, with Jason joining at 2:30. Please let me know if anyone's availability changes.  Thank you!

**Zack Bennington**
**Mobile: (762) 585-0490**
zbennington@HoltzmanVogel.com // www.HoltzmanVogel.com

PRIVILEGED AND CONFIDENTIAL

This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.  Thank you.

DISCLAIMER

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis

of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  If desired, Holtzman Vogel, PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis.  Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Tuesday, June 28, 2022 3:11 PM
**To:** miriam grossman <███████████████████>
**Cc:** Zack Bennington <zbennington@HoltzmanVogel.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Gary V. Perko <gperko@HoltzmanVogel.com>; Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Andre Van Mol <95andrev@gmail.com>
**Subject:** RE: AHCA - Preparation with Dr. Grossman

So I'm fine with the group starting at 2:00 if anyone wants to start before I get on – I'm completely fine with that.  That may be better so we can knock out introduction and begin some basic prep.  I just can't join until 2:30.

**From:** miriam grossman <███████████████████>
**Sent:** Tuesday, June 28, 2022 3:08 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Zack Bennington <zbennington@holtzmanvogel.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Gary V. Perko <gperko@holtzmanvogel.com>; Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>; Michael Beato <mbeato@holtzmanvogel.com>; Andre Van Mol <95andrev@gmail.com>
**Subject:** Re: AHCA - Preparation with Dr. Grossman

I can do 2:30 as long as we're finished by 3:30

Sent from my iPhone

> On Jun 28, 2022, at 3:03 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
>
> Can we do 2:30 instead?
>
> -----Original Appointment-----
> **From:** Zack Bennington <zbennington@HoltzmanVogel.com>
> **Sent:** Tuesday, June 28, 2022 2:50 PM
> **To:** miriam grossman; Mohammad O. Jazil; Gary V. Perko
> **Cc:** Sheeran, Andrew; Weida, Jason; Michael Beato; Andre Van Mol
> **Subject:** AHCA - Preparation with Dr. Grossman
> **When:** Thursday, June 30, 2022 2:00 PM-3:30 PM (UTC-05:00) Eastern Time (US & Canada).
> **Where:** zoom
>
> *Rescheduled*
>
> *Platform changed from Teams to Zoom*
>
> Please join the zoom meeting on 6/30/22

GROSSMAN0097

Zack Bennington is inviting you to a scheduled Zoom meeting.

Topic: Preparation with Dr. Grossman
Time: Jun 30, 2022 02:00 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://zoom.us/j/96098319890?pwd=dnVIYTVHZDBiU29MUTVpQ1NUUDYzdz09

Meeting ID: 960 9831 9890
Passcode: 700535
One tap mobile
+13126266799,,96098319890#,,,,*700535# US (Chicago)
+19294362866,,96098319890#,,,,*700535# US (New York)

Dial by your location
　　　+1 312 626 6799 US (Chicago)
　　　+1 929 436 2866 US (New York)
　　　+1 301 715 8592 US (Washington DC)
　　　+1 346 248 7799 US (Houston)
　　　+1 669 900 6833 US (San Jose)
　　　+1 253 215 8782 US (Tacoma)
Meeting ID: 960 9831 9890
Passcode: 700535
Find your local number: https://zoom.us/u/acxEo1zFWT