Document ID: 0.7.322.10804-000001

1

2

3

4

5

6

7

8

9

10                    TAPED PROCEEDINGS
           IN RE:  PROPOSED RULE 59G-1.050
11               HELD ON JULY 8, 2022

12

13

14

15

16

17                    Transcribed by:

18                  CLARA C. ROTRUCK

19                  Court Reporter

20

21

22

23

24

25

           FOR THE RECORD REPORTING, INC. 850.222.5491

1

AHCA0204990
Def_000296244

Document ID: 0.7.322.10804-000001

1              TAPED PROCEEDINGS

2          MS. COLE:  My name is Chloe Cole, and I am a

3      17-year-old detransitioner from the Central Valley

4      of California.  I was medically transitioned from

5      ages 13 to 16.  My parents took me to a therapist

6      to affirm my male identity.  The therapist did not

7      care about causality or encourage me to learn to be

8      comfortable in my body because of -- partially due

9      to California's conversion therapy bans.  He

10     brushed off my parents' concerns about that because

11     he had hormones, puberty blockers, and surgeries.

12     My parents were given a suicide threat as a reason

13     to move me forward in my transition.

14         My endocrinologist, after two or three

15     appointments, put me on puberty blockers and

16     injectable testosterone.  At age 15, I asked to

17     remove my breasts.

18         My therapist continued to affirm my

19     transition.  I went to a top surgery class that was

20     filled with around 12 girls that thought they were

21     men -- I thought that they were men.  Most were my

22     age or younger.  None of us were going to be men.

23     We were just fleeing from the uncomfortable feeling

24     of becoming women.

25          I was unknowingly physically cutting off my

       FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0204991
Def_000296245

Document ID: 0.7.322.10804-000001

1    true self from my body, irreversibly and painfully.

2    Our transidentities were not questioned.

3        I went through with the surgery.  Despite

4    having therapists and attending the top surgery

5    class, I really didn't understand all of the

6    ramifications of any of the medical decisions I was

7    making.  I wasn't capable of understanding it, and

8    it was downplayed consistently.

9        My parents, on the other hand, were pressured

10    to continue my so-called gender journey with the

11    suicide threat.

12        I have been forced to realize that I will

13    never be able to breastfeed a child, despite my

14    increasing desire to as I mature.  I have blood

15    clots in my urine.  I am unable to fully empty my

16    bladder.  I do not yet know if I am capable of

17    carrying a child to full term.  In fact, even the

18    doctors who put me on puberty blockers and

19    testosterone do not know.

20        No child should have to experience what I

21    have.  My consent was not informed and I was filled

22    by (inaudible).

23        A VOICE:  Thank you for your comment.

24        (Applause.)

25        A VOICE:  The next speaker will be Sophia

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0204992
Def_000296246

Document ID: 0.7.322.10804-000001

1    Galvin.

2        MS. GALVIN:  My name is Sophia Galvin.  I am a

3    detransitioner.  I began detransitioning at 17 and

4    a half socially.  At 18 was when I began

5    detrans- -- I mean transitioning medically.

6        I had a history of mental illness.  I had

7    suicidal ideation and I would self-harm.  And my

8    wanting to transition was all in an effort to

9    escape the fear of being a woman in this society

10   and because of traumas that I had been through in

11   my life.

12       So I continued down the process, and then I

13   ended up removing my breasts at 19 years old

14   because I was trapped, afraid to go back to my

15   original ideo- -- to my original sex, and basically

16   look crazy to the people around me.

17       When I detransitioned -- after I

18   detransitioned, it was very difficult because I

19   didn't have any support.  The doctor basically just

20   told me to stop the hormones.  I didn't have anyone

21   to speak to about it, I didn't go to a mental

22   health counselor, and I didn't prepare anything.  I

23   just really want to say that this is not good for

24   children.  I was harmed by this, and it should not

25   be covered under Medicaid.

     FOR THE RECORD REPORTING, INC. 850.222.5491

                                                    4

Document ID: 0.7.322.10804-000001

1          A VOICE:  Thank you for your comments.

2          (Applause.)

3          A VOICE:  The next speaker is Katie Caterbury.

4          MS. CATERBURY:  At the age of 14, my once

5     healthy and happy daughter was convinced by the

6     Gay-Straight Alliance at school that she was my

7     son.  At the age of 16, a physician injected her

8     with testosterone without my consent and without my

9     knowledge.  At the age of 17, Medicaid paid

10    surgeons to perform a double mastectomy and a

11    hysterectomy as an outpatient.  At age 19, Medicaid

12    paid for her to undergo a phalloplasty.

13          She had and still has private insurance that

14    was bypassed.  I fought against what happened to my

15    daughter every step of the way, but to no avail.

16          How can any rational adult, much less a

17    physician, not know that it is impossible to change

18    one's biological sex?  Why are there doctors

19    convincing trusting parents to affirm the lie that

20    biological sex is changeable?  They prescribe

21    irreversible puberty-blocking drugs and powerful

22    wrong-sex hormones and amputate healthy breasts and

23    remove reproductive organs from children against

24    the protests of their parents.

25          Affirming the false notion to a child that it

      FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0204994
Def_000296248

1   is possible to change one's sex is child abuse.

2   Administering powerful hormones that cause

3   irreversible changes to their bodies and their

4   brains is child abuse.  Amputating the healthy body

5   parts of a child whose brain has not reached full

6   decision-making maturity is simply criminal.

7        Why are these doctors not criminally charged?

8   Why is this being funded with taxpayer dollars?

9   This must be stopped.

10       Three years ago, I traveled to Washington,

11   DC -- Washington, DC, to speak to federal

12   lawmakers.  I begged their staff to do something.

13   Democrats and Republicans, no one seemed to care.

14   But I will not give up trying until this medical

15   experiment on children is over.

16       To every single person fighting for the health

17   and lives of our children, I am profoundly

18   grateful.  Thank you.

19       (Applause.)

20       A VOICE:  Just so we get through all the

21   speakers, we'd ask that you hold your applause

22   until the end of the program.

23       Next speaker will be Jeanette Cooper.

24       MS. COOPER:  My name is Jeanette Cooper, and I

25   am here on behalf of Partners for Ethical Care, a

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0204995

Def_000296249

Document ID: 0.7.322.10804-000001

1    nonpartisan, nonprofit organization that has no

2    paid staff.

3         No therapy is better than bad therapy, and

4    children are suffering because parents cannot find

5    professionals to serve the psychological needs of

6    their families and children, and they are being met

7    with a medical treatment for a psychological

8    condition.  We need to make space in the public

9    sphere for ethical therapists by removing the

10   medical treatment option.

11        Nearly every therapist who publicly speaks is

12   a cheerleader for gender identity affirmation,

13   gluing that poisoned bandage on the skin of

14   children, causing permanent psychological and

15   physical harm by solidifying an idea that maybe you

16   were born in the wrong body.

17        We are here to state the obvious.  No child

18   can or ever will be born in the wrong body.

19   Everyone knows what a woman is, but some people are

20   afraid to say it.  We are not afraid.

21        Our organization was founded by a handful of

22   mothers who realized that no one was coming to

23   protect these children.  We could not wait any

24   longer for help to arrive.

25        Families are desperate to find actual support.

FOR THE RECORD REPORTING, INC. 850.222.5491

7

AHCA0204996
Def_000296250

1   They do not want a poisoned bandage that

2   cosmetically covers a wound that grows deeper when

3   covered and left untreated.  Affirmation is a

4   poisoned bandage that does not help to heal, but

5   hides a deep need that will not be helped by

6   injections and surgeries.

7        The state has no business using taxpayer

8   funding to turn children into permanent medical

9   patients.  The state has no business assisting

10   doctors in selling disabilities to vulnerable,

11   suffering children by prescribing puberty blockers,

12   cross-sex hormones, and extreme cosmetic body

13   modification.  These so-called treatments are not

14   real health care.

15        The state should, however, fund legitimate and

16   proven care.  For many children, a transidentity is

17   a crutch.  It is a placeholder that stands in for

18   real suffering that hasn't been named.  If they can

19   find a pediatrician, family therapist, or other

20   professionals who will address their actual needs,

21   children discard their transidentity and move

22   forward with self-actualization, rather than

23   staying in a state of stunted psychological and

24   physical growth, surviving with superficial,

25   short-term validation like a street drug that needs

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0204997
Def_000296251

1    to be injected every day.  Our job is to protect

2    children, and we have to step in because the

3    medical field is failing these families.

4        Thank you for stepping in now before it costs

5    the State of Florida much more than dollars.  Thank

6    you for this proposed rule.  We support you.

7        (Applause.)

8        A VOICE:  Thank you for your comments.

9        Next speaker, Donna Lambart.

10        MS. LAMBART:  Hello.  My name is Donna

11    Lambart.  I am here on behalf of concerned parents

12    to speak in support of the rule to stop allowing

13    Medicaid to pay medical transition of children in

14    Florida.

15        Today I appeal to you on behalf of over 2,600

16    parents in our group.  As parents, we know our

17    kids.  As people, we know right from wrong.  But

18    the health care professionals are presenting many

19    of us with a false and painful choice:  Accept what

20    we know will permanently harm our children or lose

21    them to suicide.  These false ideas are being

22    stated in the presence of children.  This is not

23    only cruel, it's simply not true.  There is no data

24    to prove that medically transitioning minors

25    prevents suicide.

     FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0204998
**Def_000296252**

Document ID: 0.7.322.10804-000001

1        Society, the Internet, media, schools, and

2    government convince kids that their parents que- --

3    if their parents question -- if their parents

4    question their identity, it is because their

5    parents hate them.  Parents who are unwilling to

6    drop all rational thinking and surrender to the

7    affirmation-only model of care pay a social,

8    emotional, and custodial price no parent should

9    ever have to pay.

10       Parents lose their children every day to

11    people who help them transition, leading them down

12    a dangerous medical path that permanently --

13    permanently harming their healthy bodies with

14    off-label drugs and experimental surgeries.

15       I interact with parents on a -- every day

16    whose children are instantly derailed as a result

17    of adopting a transgender identity.  These children

18    become angry and hostile and resentful.  They begin

19    lashing out at anyone who will not agree with their

20    new-found identity.  Parents are left -- have been

21    forced to rely on each other to figure out how best

22    to navigate this destructive social phenomenon.

23       The current one-size-fits-all affirmation

24    model cuts parents out of the equation, charging

25    forward with a rigid, transition-only course of

AHCA0204999

Def_000296253

Document ID: 0.7.322.10804-000001

1   action.

2   A VOICE:  Ma'am, excuse me, your time is up.

3   Could you please wrap it up?

4   MS. LAMBART:  Yes.

5   I would just like to say that on behalf of

6   thousands of loving parents, we ask Florida -- the

7   health -- to stand up for the protection of

8   children and teens who are under -- who are being

9   offered a magic fix.  Parents deserve support and

10  children deserve sound care.

11  Thank you for your support and your time.

12  (Applause.)

13  A VOICE:  Thank you for your comments.

14  The next speaker is Gerald Buston.

15  MR. BUSTON:  Ladies and gentlemen, I am here

16  as a Christian pastor.  71 years ago, I gave my

17  life to Jesus Christ and chose to live my life

18  according to the Word of God, the Bible.  The Bible

19  teaches that God makes people male and female, and

20  it says that repeatedly.  Jesus said that himself.

21  And for us to try to transition people away from

22  what God did should be -- well, it definitely is a

23  sin, but it should be a criminal abuse of children,

24  especially when they're not at the age where they

25  can properly process what they're doing to

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205000
Def_000296254

Document ID: 0.7.322.10804-000001

1    themselves or allowing to be done to themselves.

2        I urge Medicaid don't support this.  I urge

3    the State of Florida to pass laws against it and

4    not allow our children to be abused the way they

5    are being abused by people that have one goal in

6    mind, and that is depopulating the world by cutting

7    back on the birth rate and by cutting back on the

8    population we have in our world right now.

9        So I support the bill that we do not pay for

10   this kind of stuff, and I would say let's go

11   further and pass laws against it and make that

12   extreme child abuse to do that to children that

13   don't have the right to know.

14       (Applause.)

15       A VOICE:  The next speaker is -- I believe

16   it's Brady or perhaps Brandy Andrews.

17       MS. ANDREWS:  Hey there, Brandy Andrews.  I'm

18   here to speak in support of banning Medicaid

19   funding for transgender surgeries and treatments.

20       Transgender surgeries, puberty blockers, and

21   cross-sex hormone treatments have been shown to be

22   extremely harmful, especially to minors, causing

23   sterility and irreversible physical and

24   psychological damage.

25       Physically healthy, gender-confused girls are

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205001
Def_000296255

1    being given double mastectomies at 13 and

2    hysterectomies at 16, while males are referred for

3    surgical castration and penectomies at 16 and 17,

4    respectively.

5        How have we reached this point in life where

6    we're allowing this at such a young age, but yet

7    you have to be 16 to drive a car, 18 to buy a pack

8    of cigarettes, where we're allowing children to

9    change their genders before they've even reached

10   puberty or shortly after?

11       Pharmaceutical companies are unethically

12   enriching themselves off the destruction of

13   countless young lives that are being fed puberty

14   blockers, which these companies are advertising

15   children.  It's just straight-up child abuse, and

16   it's preying on our society's most vulnerable

17   youth.

18       Let kids be kids.  I am asking Medicaid to

19   stop funding experimental medical treatments on

20   minors.  Thank you.

21       (Applause.)

22       A VOICE:  If I could remind folks to please

23   state your name before you start your comments.

24       Next speaker is Sabrina Hartsfield.

25       MS. HARTSFIELD:  Good afternoon.  My name is

AHCA0205002
Def_000296256

Document ID: 0.7.322.10804-000001

1   Sabrina Hartsfield, and I am speaking just from my

2   own opinions.  I am an alumni of Florida State

3   University and I am a born-again Christian.

4       Because of this conviction, I believe we as

5   human beings have an obligation to ensure poor and

6   marginalized people of all ages have adequate

7   medical care through the Medicaid program.

8       Without gender-affirming health care,

9   transgender and gender nonconforming individuals

10  will die.  According to every major legitimate

11  medical organization, gender affirming care is the

12  treatment for gender dysphoria.

13      I am here today to speak against Rule

14  59G-1.050, the Florida Medicaid trans and medical

15  care ban, from being put into place.

16      Gender-affirming care is medically necessary

17  and life-saving treatment that should be decided

18  between a patient, their caregivers, and a health

19  care professional, not big government.

20      Florida is about freedom from big government

21  overreach.  Medicaid should cover all

22  medically-necessary treatment, and under the right

23  to privacy found in Florida's constitution, this

24  is, again, a decision that should be hands -- in

25  the hands of the patient and their health care

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205003
Def_000296257

Document ID: 0.7.322.10804-000001

1    providers.

2           This rule also violates the nondiscrimination

3    protections for people of all gender identities

4    found in the Affordable Care Act and the Medicaid

5    Act.

6           Transgender and gender nonconforming people

7    who have gender dysphoria are already at increased

8    risk for negative health outcomes, such as being

9    diagnosed with anxiety or depression, battling a

10   substance use disorder, and attempting suicide.

11   Denying medical care that has been determined to be

12   the best practice by every major medical

13   association from the American Psychological

14   Association to the American Medical Association to

15   the Endocrine Society will be life-threatening.

16   Denying transgender and gender nonconforming people

17   medical care can lead to depression, self-harming,

18   social rejection, and suicidal behavior.

19          If the trans medical care ban is enacted, it

20   will be putting the lives of over 9,000 transgender

21   Floridians in danger.

22          Please block proposed Rule 59G-1.050.

23          (Applause.)

24          A VOICE:  The next speaker is Simone Chris.

25          MS. CHRIS:  Good afternoon.  My name is Simone

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205004

Def_000296258

Document ID: 0.7.322.10804-000001

1    Chris and I'm an attorney.  I'm the director of the

2    Transgender Rights Initiative Southern Legal

3    Council.  We are a statewide, not-for-profit,

4    public interest civil rights law firm that utilizes

5    federal impact litigation policy reform and

6    individual advocacy to ensure communities that we

7    serve have access to justice and freedom from

8    discrimination.

9        We vehemently oppose the proposed rule based

10   both on the science and evidence supporting the

11   medical necessity of treatment for gender dysphoria

12   and our own extensive experience working with

13   hundreds of transgender adults and minors and

14   witnessing the tremendous benefits that access to

15   such care provides.

16       In effect, the proposed rule creates a blanket

17   exclusion for coverage of medically-necessary

18   health care for one of the most vulnerable

19   populations in our state, eliminating the right of

20   all transgender Floridians with Medicaid to even

21   have their health care needs subjected to a

22   medical-necessity analysis.  The insidiousness of

23   this rule is exacerbated by the fact that it places

24   in its cross-hairs the individuals in our state who

25   are already disproportionately likely to experience

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205005
Def_000296259

Document ID: 0.7.322.10804-000001

1    poverty, homelessness, unemployment, poor mental

2    and physical health outcomes, and to have the least

3    access to resources in health care as it is.

4        We urge AHCA to reject these proposed changes

5    to the rule excluding the coverage for all

6    medically-necessary gender-affirming care because

7    it directly contravenes the widely accepted,

8    authoritative standards of care and the consensus

9    of every major medical association in our country.

10   It will cause significant harm to the individuals

11   that we serve by depriving them of critical,

12   life-saving medical care.  It interferes with and

13   substitutes the state's judgment in place of the

14   doctor/patient relationship, the rights of the

15   individual, and the fundamental rights of a parent

16   to determine appropriate medical treatment for

17   their own child, and it is a shameful waste of

18   state resources.

19       Similar exclusions have been enjoined or

20   struck down by courts across the country as

21   inconsistent with the rights guarantee to Medicaid

22   recipients under the Medicaid Act, under the equal

23   protection clause of the 14th Amendment, the

24   Affordable Care Act.  And this litigation that the

25   state will certainly find itself embroiled in is

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205006
Def_000296260

Document ID: 0.7.322.10804-000001

1    wasting valuable state resources that could be

2    better utilized enhancing the lives of Floridians

3    rather than attacking them.

4         Thank you.

5         (Applause.)

6         A VOICE:  Matthew Benson.

7         DR. BENSON:  My name is Matthew Benson.  I'm a

8    board-certified pediatrician and pediatric

9    endocrinologist in the state, and I agree with this

10   rule.  I think the data on which the gender

11   affirmative model is based is not scientific.

12        The National Board of Health and Welfare of

13   Sweden has recently enacted in that country pretty

14   significant restrictions.  And if we're going to do

15   this type of care, it needs to be under an

16   IRB-approved protocol and it needs to be based on

17   the best data.

18        I'm used to prescribing these medications in

19   the sense of puberty blockers.  And one of the

20   largest studies that came from Sweden was published

21   around 2016, and basically what they showed is that

22   in those individuals who are transgender and

23   receive these types of procedures, the rates of

24   overall mortality compared to the general

25   population was three times that of the general

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205007

Def_000296261

1    population; completed suicide, 19 times that of the

2    general population; five times suicide attempts of

3    the general population.  Similarly, in Denmark, out

4    of a 20-year period, by the time a similar study

5    was done, 10 percent of the population had died.

6        We need better data.  We need long-term

7    perspective trials where we can look at adverse

8    effects.  We need much more robust data to justify

9    these kinds of very aggressive therapies.  And

10   we've already seen two individuals, Chloe and

11   Sophia, testify here today about how they were

12   harmed by these procedures.

13       Thank you for your time.

14       (Applause.)

15       A VOICE:  Next speaker, Karen Shoen.

16       MS. SHOEN:  My name is Karen Shoen.  I'm with

17   the Florida Citizens Alliance and I'm a former

18   teacher.

19       I would like to know why .03 percent of the

20   population is dictating to 99.97 percent of the

21   population to accept and pay for an elective

22   surgery.  Kids change their minds.  I can tell you

23   as a teacher, one day they want to be a fireman,

24   the next day they want to be an engineer, and then

25   they go into being something else.

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205008
Def_000296262

Document ID: 0.7.322.10804-000001

1           The problem is we are not explaining the

2       wonders of what it is to be comfortable in your

3       body with both our parents and in our biology and

4       hygiene glasses.  So kids become fearful.  It's our

5       job to take that fear away as a teacher, not to

6       force them into something else.

7           The children may be afraid of maturing, they

8       may be afraid of a lot of things, but we're not

9       looking for the root cause, we are now suggesting

10      and implanting in their brains that they're not

11      comfortable in their body.

12          I'd like to leave you with this thought:  Can

13      I drive a car?  No, you're 13.  Can I have a drink?

14      No, you're 13.  Can I shoot a gun?  No, you're 13.

15      Can I change my gender?  Yes, you're in charge.

16      How is that possible?

17          (Applause.)

18          A VOICE:  Next speaker, Bill Snyder.

19          MR. SNYDER:  Thank you.  Bill Snyder.  I

20      (inaudible) Monticello.

21          I want to talk about a disease that has

22      infected society today called reality disease.

23      Charlie had reality disease.  He woke up one

24      morning and wouldn't get out of bed and go to work.

25      His wife said, "Charlie, you've got to get up,

        FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205009

Def_000296263

Document ID: 0.7.322.10804-000001

1    you've got to go to work." He said, "I can't, I'm

2    dead." His wife said, "You're not dead, you're

3    talking to me. I can see you breathing." Charlie

4    says, "I can't get up and go to work, I'm dead."

5    The wife called in a psychologist. Psychologist

6    gave Charlie a lengthy interview. At the end of

7    the interview, the psychologist said, "Charlie,

8    come on, we're going to go downtown." They went

9    downtown to the morgue. The psychologist opened a

10   locker, (inaudible) out a cadaver on a tray, pulled

11   the sheet back over the feet of the cadaver, said,

12   "Charlie, dead people's hearts don't beat, they

13   don't have circulation, they do not bleed." He

14   took the toe of the cadaver, stuck a pin in it. No

15   blood came out. The psychologist said, "See,

16   Charlie, dead people don't bleed. Now, give me

17   your thumb." Took Charlie's thumb, stuck a pin in

18   it, out came bright, red blood. The psychologist

19   said, "See, Charlie, you're not dead. That's

20   blood." Charlie said, "What do you know? Dead

21   people do bleed."

22       The further we live from reality, the further

23   we move from morality, the further we move from

24   virtue, the more secular we become. The more

25   secular we become, the less freedom we have.

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205010
Def_000296264

1    Please approve this proposed rule change.   Thank

2    you.

3            (Applause.)

4            A VOICE:   Next speaker, Ingrid Ford.

5            MS. FORD:   Yes.   Good afternoon.   I'm Ingrid

6    Ford.   Thank you for the opportunity.   I'm with

7    Christian Family Coalition.   I've been a college

8    counselor 15 years, and I'm here in support -- I'm

9    to speak in support of Rule 59G-1.050 to ban

10   Medicaid funding from transgender surgeries and

11   treatments.

12           This rule will protect Florida residents,

13   especially minors, from harmful transgender

14   surgeries, harmful blockers, and other unnatural

15   therapies being promoted by radical gender ideals

16   and with no basis in science.

17           This rule also will protect taxpayers from

18   being forced to subsidize these highly unethical

19   and dangerous procedures, which can cost upwards of

20   $300,000.

21           Thank you.

22           (Applause.)

23           A VOICE:   Next speaker, Richard Carlins.

24           MR. CARLINS:   Hello, my name is Richard

25   Carlins and I am in support of the rule and I'm

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205011
Def_000296265

1       just going to speak from the heart a little bit.  I

2       feel like I'm walking in a house of mirrors or

3       something or it's just -- it's surreal, the world

4       that I live in today from the world that I grew up

5       in.

6              I had a traditional family, a mother and

7       father.  We're saying the Pledge of Allegiance in

8       schools and having prayer in schools.  We were

9       founded upon Biblical principles.  Our constitution

10      goes hand in hand with that.  We're battling with

11      each other right now, you know, over things that

12      were clearly right and wrong before.

13             Seriously, a kid has no idea.  They're being

14      indoctrinated.  They're being indoctrinated even

15      through commercials, Disney World, Coca-Cola

16      commercials, the restaurants they go to.  And then

17      when they want to be what it is that they were

18      pushed to be, we mutilate their bodies and it's

19      irreversible.  It's horrendous.  It's a horrendous

20      evil.

21             And with that, I go.  I just can't believe

22      where we're at.  And we're -- God raises up nations

23      and he brings down nations, and we are in judgment

24      right now.  This is wrong, we need to be able to

25      admit that it is wrong and to help the children to

        FOR THE RECORD REPORTING, INC. 850.222.5491

                                                            23

AHCA0205012
**Def_000296266**

1    have wholesome lives that history prior to us --

2    this is just recent this -- what we're battling

3    with right now.  I'm just -- you know, not

4    well-studied or anything, but I think it's 1,500

5    years that we've been living in Judeo-Christian

6    principles, you know, and it's just recently that

7    we're throwing any mention of God, the Bible, under

8    the bus.  They're not allowed to hear it.  They're

9    not allowed to know it.  If you feel like you want

10   to have pleasure this way or that way, with this,

11   with that, you can and we're going to support it

12   and do whatever it is so that you can never change

13   your mind again and give you nothing wholesome to

14   hold onto.  That's all.

15        (Applause.)

16        A VOICE:  Amber Hand.  Amber Hand.

17        MS. HAND:  Hi, I'm Amber Hand and I am just

18   with the body of Christ.

19        So I come today because I represent -- well, I

20   come from a family, my mom was gay and my dad was

21   gay.  He struggled with his identity his whole

22   life, but he fought against it because he was a

23   Christian.  And I was taught by my dad I was a

24   little girl, and by mom, I was a little boy.  And

25   so I got real confused, you know what I mean, and

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205013

Def_000296267

Document ID: 0.7.322.10804-000001

1    I'm 36 today and I just realized -- last year I was

2    thinking about getting a sex change still.  I've

3    always thought about it.  And when I was a kid, I

4    was like, "When I get boobs, I'm going to cut them

5    off with a butter knife," you know what I mean?

6         And when we're kids, we're so impressionable.

7    I remember my sister going and seeing my dad use

8    the bathroom, and she went to use the bathroom like

9    him, but he corrected her, you know, because we

10   have to teach these kids right from wrong.  And

11   it's wrong to take kids and teach them, "Hey, you

12   can make whatever decision you want and you don't

13   even know mentally what you're really going through

14   as a child."  We need to take Medicaid and treat

15   people for psychiatric problems and depression and

16   teach them like you can be a female, it's okay to

17   be a female today and say that you're a woman, you

18   know, like -- and I just realized now at 36 that I

19   want to have a baby, and if I had done that, I

20   would have never been able to have a child.

21        And I just have to say that the Bible says,

22   "Beloved, I wish above all things that thou mayest

23   prosper and be in health even as thy soul

24   prospers."  And when we struggle with identity, our

25   souls are in turmoil.  And if we just begin to

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205014
Def_000296268

Document ID: 0.7.322.10804-000001

1    realize that we just need to teach these kids right

2    from wrong and that it's not okay to change your

3    identity when God made you a male or a female, and

4    when a little boy puts on a high heel because he

5    sees his mother wearing a high heel, it's just

6    play, like it's okay, but that's not what you wear,

7    and teach him what to wear.  We just don't

8    understand as kids what's going on until somebody

9    teaches us.  We have learned behavior.  We're

10   programming kids these days with everything --

11       A VOICE:  Time's up.  Please wrap it up.

12       MS. HAND:  -- (inaudible) around us to be

13   somebody we're not.  God bless.

14       (Applause.)

15       A VOICE:  Shauna Peace.

16       MS. PEACE:  Hi, my name is Shauna Peace, and I

17   am just am here to speak in support of Rule

18   59G-1.050 to ban Medicaid funding on transgender

19   surgery and treatment.

20       Children are being pressured and socialized at

21   a very young age to identify as transgender.  Much

22   of the pressure is coming from on-line social

23   networking sites that celebrate and encourage

24   transgenderism while denying normal heterosexual

25   behaviors.  It accounts for much of the metric rise

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205015
Def_000296269

Document ID: 0.7.322.10804-000001

1       in the children's identifying as transgender in the

2       recent years.  It has doubled since 2017, according

3       to the news sensors for the Centers for Disease

4       Control and Prevention.

5           The most thorough followup of sex reassignment

6       people, which was conducted in Sweden, documented

7       that 10 to 15 years after surgical reassignment,

8       the suicide rate is twenty times to comparable

9       peers.  The alarmingly high suicide rate among

10      post-operative transgender demonstrates the deep

11      regret that may feel after irreversible mutilating

12      their bodies with these barbaric procedures.

13          I am here today because I have had children

14      that have battled with identity and sexual

15      identity, and that my stepson is now identified as

16      female.  He wanted to when he was younger in years,

17      to change, but now that he has gotten into his 20s,

18      he has now decided that he wants to have children,

19      and if you mutilate these children's bodies at an

20      early age, they don't understand that they will

21      never be able to procreate ever again.  Whether you

22      go female or male or male or female, neither sex

23      will be able to procreate ever again.  And I just

24      think it's mutilating and it's not right.

25          Thank you very much.

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205016
Def_000296270

Document ID: 0.7.322.10804-000001

1          (Applause.)

2          A VOICE:  The next speaker, Leonard Lord.

3          MR. LORD:  My name is Leonard Lord.  I am much

4     in favor of the bill.

5          Even as a boy, I wasn't comfortable in my body

6     because I didn't know why I was here.  So when I

7     got the age to say, "I want to find out why I'm

8     here," I spent three days fasting, praying, seeking

9     God.  He brought me to his Word, and I found out

10    that the only way I got comfortable in my body was

11    to know what I was created for.

12          And so what I found, either we're playing

13    games, or if we really believe there's a God and

14    the Bible is true, we find out this whole problem

15    happens because we do not retain the knowledge of

16    God in our conscience and are given over onto our

17    own deception.

18          And now I hear all of the mental problems

19    we're having.  Well, it's real simple.  God's

20    spirit is the answer to what's missing in our

21    lives.  We're only complete in Jesus Christ.  And

22    the scripture says in Timothy 1:7, God has not

23    given us a spirit of fear, we ought to fear man or

24    woman, but he's given us power, love, and a sound

25    mind.  You take the Bible out of school, you take

      FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205017
Def_000296271

Document ID: 0.7.322.10804-000001

1      God out of school, you take prayer out of school,

2      and what have you got?  You have no power, you have

3      no love, and you have no sound mind.

4          So I'm just saying let's go back to getting

5      mentally right is the only way I can at 75 is to

6      know God created me, his Word is true, live in

7      supernatural peace and joy and know where you'll

8      spend eternity and don't live confused.

9          A VOICE:  Thirty seconds.

10         MR. LORD:  The devil is the author of

11     confusion.  Get a pure heart and live in peace and

12     joy and enjoy things.  If you spend your life

13     trying to find out if you're a man or a woman,

14     you'll never know why you're here.

15         All I can say, God bless you, I'm in support

16     of the bill, and hopefully America will wake up and

17     be a shining city on a hill for all the nations one

18     more time.  Lord bless you.

19         (Applause.)

20         A VOICE:  Pam Olsen.  Pam Olsen.

21         A VOICE:  Dan or Pam?

22         A VOICE:  Pam.

23         MS. OLSEN:  It's me, Pam Olsen.

24         Thank you for this proposal.  I've read all

25     the pages.  It's excellent.  I am for stopping

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205018
Def_000296272

1    Medicaid from paying for children and teenagers to

2    have sex changes.

3        I've talked to a lot of kids that are

4    confused, and they are confused.  That's what's

5    going on today.  There is so much onslaught against

6    these kids, and you've got kids saying, "I'm a boy,

7    I'm a girl; no, I'm a girl, I'm a boy."  You have

8    kids today saying, "I'm a furry animal."  Are we

9    going to start paying for them to have furry animal

10   body parts put into them?  I mean, where does this

11   stop?

12       And I am so thankful that this has been

13   proposed, that we will stop the madness in Florida

14   and we will not do this.  I hope that you guys do

15   approve this today because it matters for the sake

16   of the children.  You know, I've got 12 grandkids

17   and I'm going to fight tenaciously, not only for my

18   grandkids, but for their friends and for all the

19   children across our state, our nation.  We need to

20   say stop the nonsense and let's do what is right.

21   There are boys, there are girls, there are men,

22   there are women.

23       Thank you so much for approving this.  I

24   believe you will do that.  Thank you.

25       (Applause.)

FOR THE RECORD REPORTING, INC. 850.222.5491

30

AHCA0205019

Def_000296273

Document ID: 0.7.322.10804-000001

1           A VOICE:  Jon Harris Maurer.

2           MR. MAURER:  Good afternoon.  My name is Jon

3      Harris Maurer and I'm the public policy director

4      for Equality Florida, the state's largest civil

5      rights organization based on securing full equality

6      for Florida's LGBTQ community.

7           The proposed change to Rule 59G-1.050 is

8      without sound scientific basis, it is without legal

9      basis, and it is clearly discriminatory.  The

10     agency should reject it.

11          The proposed rule is about politics, not

12     public health.  We urge you to listen to the

13     numerous medical professionals opposed to the rule.

14     Experts from the country's and the world's leading

15     health organizations disagree with the fundamental

16     premise of the proposed rule.  They endorse

17     gender-afforming [sic] care.  These organizations

18     represent millions of medical professionals, and

19     they recommend gender-affirming care.  We're

20     talking about the American Academy of Pediatrics

21     and its Florida chapter, the American Medical

22     Association, the American College of Obstetricians

23     and Gynecologists, the American College of

24     Physicians, the American Psychiatric Association,

25     the American Psychological Association, the

       FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205020
Def_000296274

Document ID: 0.7.322.10804-000001

1      American Academy of Family Physicians, the American

2      Academy of Child and Adolescent Psychiatry, the

3      Endocrine Society, the Society for Adolescent

4      Health and Medicine, the Pediatric Endocrine

5      Society, the World Professional Health Association

6      for Transgender Health, and others; again,

7      representing millions of medical professionals.

8          Furthermore, AHCA lacks the specific delegated

9      rulemaking authority to adopt the proposed rule.

10     The statutes that AHCA names as its authority to

11     make this proposed rule --

12         A VOICE:  Thirty seconds.

13         MR. MAURER:  -- grant no authority for

14     (inaudible) patient of the individual role for

15     health care practitioners to make decisions with

16     their patients.

17         The rule is simply discriminatory, it

18     undeniably targets the transgender community.  You

19     may not understand what it's like to be

20     transgender --

21         A VOICE:  Fifteen seconds.

22         MR. MAURER:  -- or to be a parent of a

23     transgender kid just trying to find the best care

24     for your kid, but transgender Floridians are here

25     in this audience and they're telling you about how

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205021
Def_000296275

1    harmful this rule would be to the more than 9,000

2    transgender Floridians on Medicaid.  We know these

3    therapies are safe because the agency is not

4    opposing them for all Floridians.

5         A VOICE:  Sir, please wrap it up.  Your time

6    is up.

7         MR. MAURER:  In conjunction with the state

8    willingly ignoring the body of scientific evidence

9    that supports gender-affirming care, there's no

10   question of the politically-calculated animus

11   behind this proposed rule.  Please reject the

12   proposed rule.

13        (Applause.)

14        A VOICE:  I appreciate your comments.  I would

15   just ask for decorum in the crowd.  We want to give

16   everybody equal opportunity to speak.

17        A VOICE:  Next speaker, Anthony Verdugo.

18        MR. VERDUGO:  Thank you.  Good afternoon.  I

19   want to start off by thanking all of you for being

20   here today and for your public service.

21        My name is Anthony Verdugo.  I am the founder

22   and executive director of the Christian Family

23   Coalition.  We are a leading human rights and

24   social justice advocacy organization of Florida,

25   and we're here to strongly support Rule 59G-1.050

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205022

Def_000296276

Document ID: 0.7.322.10804-000001

1     to ban Medicaid funding for transgender surgeries

2     and treatment.

3         They call it gender-affirming care.  They

4     don't care and it's not affirming.  Let's get that

5     straight.  And we know that because of heroes who

6     are among us here today, folks like Chloe Cole and

7     Sophia Galvin.  They are heroes because they've had

8     the courage to come out and speak the truth in

9     love.

10        And everyone needs to be respected and treated

11     with dignity, but this is a war on children.  These

12     are crimes against humanity.  Groomers are using

13     their authority as adults to pressure children and

14     ruin their lives.

15        I'm going to share with you about a brand, the

16     No. 1 prescribed puberty blocker in America.  It's

17     called Lupron.  And they themselves list on their

18     package that "Emotional instability is a side

19     effect and warrants prescribers to monitor for

20     development or worsening of psychiatric symptoms

21     during treatment."

22        These so-called medical organizations which

23     were just listed --

24        A VOICE:  Thirty seconds.

25        MR. VERDUGO:  -- have been discredited.

FOR THE RECORD REPORTING, INC. 850.222.5491

34

AHCA0205023

Def_000296277

Document ID: 0.7.322.10804-000001

1    World-renowned organizations such as the Royal

2    College of General Practitioners in the United

3    Kingdom, Australian College of Physicians, and the

4    American College of Pediatricians -- and I will end

5    with their quote -- say, "Americans are being led

6    astray by a medical establishment driven by a

7    dangerous ideology and economic opportunity, not

8    science and the Hippocratic oath."  The suppression

9    of normal puberty, the use of disease-causing

10   cross-sex hormones, and the surgical mutilation and

11   sterilization of children constitute atrocities to

12   be banned, not health care.  Let kids be kids.

13        Thank you.

14        (Applause.)

15        A VOICE:  Next speaker, Roberto Rodriguez.

16        MR. RODRIDGUEZ:  Thank you very much for this

17   opportunity.  I love America as a veteran,

18   ex-police officer, father, grandfather -- let me

19   see what else, you know, and a father of a veteran

20   who is serving in the Navy today as a pilot.  And

21   first of all, I wanted to thank you.  You guys made

22   me cry.  Why?  Because, you know, I have a

23   question.  Has -- you know, anybody can answer it.

24   Has a doctor ever been wrong?  You know, has a

25   parent ever been wrong?  Has teachers ever been

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205024
Def_000296278

1    wrong?  Have scientists ever been wrong?  But,

2    then, why are we listening and waiting for

3    scientists and doctors to talk different to what we

4    have evidence here today?

5        We have the evidence right here today.  They

6    came walking in this place and we're being blind to

7    them, and I want to recognize you and I want you to

8    let you know that the true dream is interwoven in

9    every atom of your existence.  God will fulfill his

10   true dream to you, no matter what man try to do to

11   you.  You have a purpose, you have a reason, and

12   today proves it.

13       And I'm here to tell you that this rule, we

14   need to go ahead, I support it.  We need to stop

15   being ignorant to what faces us and listening to

16   people.

17       I am from the Centers of God and I have

18   multiple churches that will stand here today.  So

19   I'll tell you what, we're bigger than any

20   organization there is right now and represent that

21   we are for this rule.

22       God bless you and thank you.  We love you guys

23   for serving.  Thank you.

24       (Applause.)

25       A VOICE:  Next speaker, Michael Haller, M.D.

FOR THE RECORD REPORTING, INC. 850.222.5491

36

Document ID: 0.7.322.10804-000001

1     All right.  Michael Haller, M.D.

2          DR. HALLER:  Good afternoon, everyone.  My

3     name is Michael Haller and I am a graduate of the

4     University of Florida's College of Medicine,

5     pediatric residency, and the pediatric

6     endocrinology fellowship.  I hold a Master's in

7     clinical investigation and I am the professor and

8     chief of the Pediatric Endocrinology Division at

9     the University of Florida.  The views expressed

10    here are, however, my own.

11         I have trained thousands of medical providers,

12    participated in the development of national

13    guidelines, and have treated tens of thousands of

14    children, including many transgender youth.

15         I provide this background with full humility,

16    but also to establish myself as an actual expert,

17    both in the management of gender-diverse youth and

18    as one who can review and analyze relevant

19    literature.

20         The Gapums document and proposed rule change

21    seeking to remove Medicare -- medical -- Medicaid

22    coverage for gender dysphoria makes numerous false

23    claims, uses a biased review of the literature, and

24    relies on more so-called experts who actually lack

25    actual expertise in the care of children with

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205026

Def_000296280

Document ID: 0.7.322.10804-000001

1    dysphoria.

2         While there are a number of flaws, the state's

3    plan following deserves specific commentary.

4         First, the state's primary assertion that

5    gender-affirming therapy has not demonstrated

6    efficacy and safety is patently false.  Nearly

7    every major medical organization that provides care

8    for children, as you heard previously, have

9    provided well-evidenced guidelines supporting

10   gender-affirming care as the standard of care.  The

11   assertion from the state, the data included in

12   those guidelines, are not as robust as the state

13   would like them to be --

14        A VOICE:  Thirty seconds.

15        DR. HALLER:  -- is at best a double standard,

16   and is at worst discriminary [sic] political fear.

17   The state is either unwilling or willfully chooses

18   to ignore the totality of evidence in support of

19   gender-affirming care, and the latter seems most

20   likely.

21        Second, the state's use of --

22        A VOICE:  Fifteen seconds.

23        DR. HALLER:  -- (inaudible) experts as

24   (inaudible) advisers seeking to discredit evidence

25   used (inaudible) of care is laughable.  Several of

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205027
Def_000296281

Document ID: 0.7.322.10804-000001

1       the state's own experts have been legally

2       discredited from testifying as such in cases

3       regarding gender-affirming care, while others have

4       acknowledged publicly that they have never provided

5       gender-related care to children.

6           A VOICE:  Wrap it up.

7           DR. HALLER:  The proposal to limit

8       gender-affirming care to those dependent on

9       Medicaid is poorly conceived, is likely to cause

10      significant harm to Floridians dependent on

11      Medicaid, and should be rejected.  Thank you.

12          (Applause.)

13          A VOICE:  Next speaker, Robert Yules.

14          Jason, did you want to comment?

15          A VOICE:  I'm sorry, we have -- the panel has

16      one comment to that.  I'm going to refer this to

17      Dr. Van.

18          DR. V:  So just some insight into the support

19      of gender-affirming care by the large societies,

20      medical societies in the United States.  The

21      American Academy of Pediatrics has actually made a

22      statement against this -- this, and the Florida

23      chapter as well.

24          These are not standards of care.  Standards of

25      care by definition are an arduous process of

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205028
Def_000296282

Document ID: 0.7.322.10804-000001

1    listening to all input from every side, every

2    aspect, of a medical condition, and these

3    individuals get together and they agree on

4    someplace in the middle that they can all live with

5    as a then standard of care.

6        These are merely guidelines.  The guidelines

7    from the Endocrine Society specifically state they

8    are not standards of care.  They're just

9    guidelines.  They are the opinions of the

10   individuals who wrote the guidelines.  The

11   Endocrine Society guidelines were written by nine

12   people in the first go-round and ten in the second

13   go-round, all of which were ideologues from the

14   World Professional Association of Transgender

15   health.

16       That group -- that interest group excluded

17   world renowned experts in the field and did not

18   listen to their input, didn't include their input

19   on purpose.  And so it's not surprising that you

20   come up with one view that does not really

21   represent any kind of standards of care.

22       So we have to stop using the term "standards

23   of care" when there are absolutely no standards of

24   care in this instance that have been addressed.

25       (Applause.)

FOR THE RECORD REPORTING, INC. 850.222.5491

40

Document ID: 0.7.322.10804-000001

1          A VOICE:  Mr. Yules.  Mr. Yules.

2          DR. HALLER:  I would also --

3          A VOICE:  Sir, you've spoken already.  If you

4    have further comments, please submit them in

5    writing.

6          A VOICE:  No, I'm sorry, Dr. Haller.  If you

7    have further comments, you can -- you can refer

8    them in writing.  You can refer them in writing,

9    Doctor.

10         A VOICE:  Robert Yules.

11         MR. YULES:  Yes, my name is Robert Yules.

12    It's an honor and privilege to be here.  I was born

13    and raised in St. Petersburg, Florida, and my, how

14    things have changed.  Forty-three years ago, my

15    senior high school class came here to view the

16    legislature, and the topic of the day was about

17    dog-catching rules in the state of Florida.  My,

18    how far we've come.

19         This was not even in the purview of anyone at

20    that time.  This was not in the purview of anyone

21    ten years ago.  This was not in the purview really

22    of anyone five years ago to bring it to the state

23    level, the city level, the classroom level, to be

24    driven by the teachers' unions with all of their

25    ideology, and really it begins and ends when man

    FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205030
Def_000296284

1       proclaims himself as God.  The truth begins with me

2       and it ends with me.  And our country is in a lot

3       of trouble because people aren't willing to say

4       "No, that's not your truth."  There is a truth.

5       That might be your perspective of the truth, but

6       there is not your truth, your truth, your truth, my

7       truth, his truth.  It's not the way it works, and

8       we're going down -- just even philosophically and

9       morally, we're going down a very, very slippery

10      road when we start delving into these things.

11          It's interesting to me also how a child cannot

12      own this or own that or own this, and the thing

13      we've been told for the last ten years, "Well,

14      their brain's not fully developed until around 25."

15      Everybody says that, right?  Their brains aren't

16      developed until they're 25, and now our governor

17      caught such flack because he said don't teach

18      kindergarteners --

19          A VOICE:  Thirty seconds.

20          MR. YULES:  -- about transgendering, leave it

21      out till third grade.  I think they should leave it

22      out till 12th grade and let parents have those

23      conversations with people.  Put it back where

24      parents talk to their own kids, and let's -- let's

25      make school about science, technology,

FOR THE RECORD REPORTING, INC. 850.222.5491

42

```
 1        engineering --
 2            A VOICE:  Fifteen seconds.
 3            MR. YULES:  -- and mathematics and get back
 4        where we need to be.
 5            Thank you so much for your time.  Thank you.
 6            (Applause.)
 7            A VOICE:  At this time, we would like to
 8        remind everyone that they can submit comments in
 9        writing to medicaidrulecomments@ahca.myflorida.com.
10        Information is provided on cards at the exit when
11        we are finished, as well as up on the screen.
12        We'll continue with the speakers.
13            A VOICE:  Flaugh.  Keith Flaugh.
14            MR. FLAUGH:  Good afternoon.  My name is Keith
15        Flaugh.  I am one of the founders of an
16        organization called Florida Citizens Alliance,
17        which is a not-for-profit organization of almost
18        200,000 parents and grandparents, and we focus on K
19        through 12 education.
20            We have recently completed a detailed study in
21        all 67 county school districts based on 58 novels
22        that we found throughout.  I've left a copy with
23        Cole.  I would encourage you to read it.
24            Twenty of those are LGBTQ and gender --
25        promoting gender dysphoria.  Some of these
```

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205032

Def_000296286

Document ID: 0.7.322.10804-000001

1     materials are actually designed for pre-K.

2           Children in our public schools are being

3     purposefully confused, desensitized, and even

4     pressured into abnormal sexual behavior.  Gender

5     idealogues are coaching kids to be into this

6     dysphoria, and even telling them to threaten

7     suicide.

8           There is a considerable debate in the

9     psychiatric and medical circles about whether the

10    transgender condition is biological or

11    psychological.  In numerous public schools, staffs

12    and even teachers are aiding this dysphoria and

13    purposely hiding what they're doing from the

14    parents.  Further, taxpayers shouldn't have to pay

15    for this.

16          Florida Citizens Alliance strongly supports

17    the rule of 59G-1.050, especially to protect minors

18    from the harmful transgender surgeries, hormone

19    blockers, and other unnatural therapies.  Thank

20    you.

21          (Applause.)

22          A VOICE:  Robert Roper.

23          MR. ROPER:  Hi, my name is Robert Roper.  I'm

24    here to speak in support of the rule to ban

25    Medicaid funding for transgender surgeries and

      FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205033
Def_000296287

Document ID: 0.7.322.10804-000001

1      treatments.  The most important aspect of this rule

2      is that it serves to protect the children of the

3      state of Florida.

4          Gender confusion is the only disorder that

5      comes with a false assertion that a child can

6      actually be born in the wrong body.  They are led

7      to believe that some day they'll actually become a

8      member of the opposite sex.  That's impossible.

9      Maybe that's why they call it "transgender."  You

10     never actually arrive at the desired outcome.

11         Gender confusion is the only disorder that the

12     body is mangled to conform to the thoughts of the

13     mind.

14         Gender confusion is the only disorder that the

15     child actually dictates his or her medical care to

16     medical and -- medical professionals and

17     counselors, instead of the other way around.

18         Gender confusion is the only disorder that the

19     parent can be completely excluded from determining

20     what is best for their own child.

21         Gender confusion is the only disorder that the

22     treatment takes the child down a dead-end road

23     literally.  What we are seeing in Florida and

24     across the nation is a social media-driven epidemic

25     manufactured by social media influencers making a

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205034
Def_000296288

Document ID: 0.7.322.10804-000001

1    lot of money off the very vulnerable element of our

2    society -- that's our children.

3        While most counselors somehow have been

4    convinced that affirmation is the only way, even

5    the APA would be the first to affirm that a child

6    simply does not have the capacity to make these

7    kinds of long-range decisions.  In fact, you don't

8    need to be a doctor --

9        A VOICE:  Thirty seconds.

10       MR. ROPER:  -- of psychology to know this.

11   Ask any parent.  They will tell you that a child

12   wants what they want, and they want it now.

13       What some -- some will call on their faith,

14   some will call on a counselor, but all do so to be

15   delivered from the disorder, not to be sent deeper

16   into it.

17       A VOICE:  Fifteen seconds.

18       A VOICE:  You don't give drugs to a drug

19   addict, alcohol to an alcoholic, porn to someone

20   addicted to pornography.  This is not a form of

21   treatment.

22       In closing, transgender regret is among the

23   fastest-growing movements on social media today --

24       A VOICE:  (Inaudible).

25       MR. ROPER:  -- on Reddit this morning.  I

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205035
Def_000296289

1     found a thread with 35,600 entries of people

2     regretting their transgenderism.  It increased to a

3     hundred more while I drove here today.

4          Watchful waiting from loving parents yields an

5     exponentially higher success rate of resolving

6     gender disorders than any prescription drugs or

7     surgery, 90 plus percent.  This rule will protect

8     Florida residents.

9          (Applause.)

10          A VOICE:  Carl Charles.

11          MR. CHARLES:  Good afternoon.  My name is Carl

12     Charles and I'm a senior attorney in the Atlanta,

13     Georgia, office of Lambda Legal, the nation's

14     oldest and largest legal organization fighting for

15     the rights of LGBT people and everyone living with

16     HIV.

17          We are here today to share that we strongly

18     oppose and are deeply disturbed by AHCA's notice of

19     proposed rule, which if approved will remove

20     coverage of medically-necessary care for

21     transgender youth and adults from the Florida

22     Medicaid program.  This essential and in some cases

23     life-saving care is clinically effective, evidence

24     based, and widely accepted and used by medical

25     professionals across the country to treat gender

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205036

Def_000296290

Document ID: 0.7.322.10804-000001

1   dysphoria.

2       Unlawful exclusions of this kind cause

3   significant harm to a state's most vulnerable

4   residents.  Indeed, should this proposed rule be

5   adopted, it will cause serious, immediate, and

6   irreparable harm to transgender Medicaid

7   participants in Florida who already experience

8   well-documented and pervasive stigma,

9   discrimination in their day-to-day lives, including

10  significant challenges, if not all-out barriers to

11  accessing competent health care services.

12      We are especially concerned by the

13  administration's characterization of this care as

14  experimental and ineffective.  This is contrary to

15  all available medical evidence and relies on

16  misrepresentations of the findings of various

17  studies, as well as reports by so-called experts,

18  one of whom is on this panel, who have been

19  discredited and notably do not treat transgender

20  people --

21      A VOICE:  Thirty seconds.

22      MR. CHARLES:  -- in their medical practice.

23      Finally, I would like to note for the record

24  as to whether or not this was a negotiated

25  rulemaking process and who on the panel is a

FOR THE RECORD REPORTING, INC. 850.222.5491

48

AHCA0205037
Def_000296291

Document ID: 0.7.322.10804-000001

1        transgender Medicaid recipient in Florida.  Okay,

2        there's no one.

3             Finally, singling out transgender Medicaid

4        participants for unequal treatment by denying them

5        coverage for services that non-trans Medicaid

6        participants access plainly violates the equal

7        protection clause of the U.S. Constitution and

8        federal law.

9             A VOICE:  Time.  Please wrap up your comment.

10            A VOICE:  Furthermore, Section 15-57 of the

11       Affordable Care Act prohibits discrimination on the

12       basis of sex by any health program or activity

13       receiving federal financial assistance.

14            Finally, shame on you all for proposing this

15       rule.

16            (Applause.)

17            A VOICE:  Jason, did you want to comment?

18            A VOICE:  Just quickly, I would like to refer

19       everyone to the Gapums report, in particular the

20       numerous appendices that we attached to that

21       report.  There have been references to the numerous

22       clinical organizations that have endorsed these

23       procedures, and in particular, I would refer you to

24       Dr. Canter's report, pages 27 through 28 -- I'm

25       sorry, pages 32 through 42, which go through each

         FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205038

Def_000296292

Document ID: 0.7.322.10804-000001

1       one of those organizations.  Thank you.

2               A VOICE:  Speaker Ed Wilson.

3               MR. WILSON:  Ed Wilson.  I've traveled here

4       today to speak in support of Rule 59G-1.050 to ban

5       Medicare funding from being used for transgender

6       treatments and surgeries.

7               This rule will protect children who are not

8       mature enough to be comfortable in their own body

9       or to have sexual desires that they have not gone

10      through puberty yet from making mistakes that will

11      destroy their lives.

12              Children are being misguided into believing

13      that they're transgender.  Taxpayer money should

14      never be used to destroy innocent lives.

15              Transgender treatments and surgeries never

16      actually succeed in changing someone to the

17      opposite sex, but do cause permanent harm to the

18      people who undergo such treatments.

19              Health care professionals need to focus on

20      healing the mind of confused and/or abused people,

21      not mutilating their bodies.  As Anthony already

22      quoted, I'm going to skip part of the quote from

23      the American College of Pediatrics, but it ends

24      with, "The suppression of normal puberty, the use

25      of disease-causing cross-sex hormones, and the

        FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205039

Def_000296293

Document ID: 0.7.322.10804-000001

1       surgical mutilation and sterilization of children

2       constitute atrocities to be banned, not health

3       care.

4           Please take their advice.  Ban these

5       atrocities --

6           A VOICE:   Thirty seconds.

7           MR. WILSON:   -- and keep Medicaid about health

8       care.   Thank you very much.

9           (Applause.)

10          A VOICE:   Speaker Suzanne Zimmerman.

11          MS. ZIMMERMAN:   I'm Suzanne Zimmerman, and I

12      am merely a mother, grandmother, great-grandmother,

13      aunt, great-aunt, and specifically great great-aunt

14      of a young child who is going through the throes of

15      gender dysphoria from the age -- a young age.  He

16      is now 8 years old, and I pray that our state

17      doesn't make it easy for her parents to be

18      dissuaded toward gender change.

19          I listened to the young people here who have

20      gone through this, and I think they speak volumes

21      more than any of the rest of us could say because

22      they've been through the difficulties and they've

23      learned through the difficulties.

24          And my bottom line is God doesn't make

25      mistakes.  We're all created equal and different,

FOR THE RECORD REPORTING, INC. 850.222.5491

51

AHCA0205040
Def_000296294

Document ID: 0.7.322.10804-000001

1       each in His image, and there are many, many

2       different people in this world and we are to love

3       them all.  It's a commandment, it's God

4       commandment, and He loves us all.

5           I urge you to support this ban to make it easy

6       through Medicaid to have --

7           A VOICE:  Thirty seconds.

8           MS. ZIMMERMAN:  -- the surgery for children

9       who are children with very young brains.  Have a

10      heart and please pass this ban.  Thank you.

11          (Applause.)

12          A VOICE:  Judy Hollerza, H-o-l-l-e-r-z-a.

13          MS. HOLLERIN:  I'm Judy Hollerin, poor work --

14      poor penmanship apparently.

15          I support -- I support that we ban -- that we

16      ban this.  I -- every day, of course, we wake up

17      seeing new things that we can't believe are

18      happening to us today.  And I support everything

19      that's been said -- everything in support of that

20      has been said today.

21          The idea that Medicaid should be doing --

22      should be supporting this or paying for it --

23      again, this expansion of us paying for these kinds

24      of critical things without further thought.  My,

25      I -- I would like to look 20 years younger, but I

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205041
Def_000296295

1        do not expect Medicaid to be paying for it.  Enough

2        said.

3                (Applause.)

4                A VOICE:  Next speaker, Ezra Stone.

5                MR. STONE:  Good afternoon.  My name is Ezra

6        Stone and I'm a licensed clinical social worker.

7                Social work is a profession with a long

8        history of valuing human dignity and autonomy, and

9        according to the values of my profession, I have an

10       ethical obligation to support my clients in

11       reaching their fullest potential, problem-solving

12       barriers to treatment with them, and collaborating

13       with other professionals.

14               Additionally, we have a professional

15       obligation to provide evidence-based treatment, and

16       there is significant research that medical

17       transition is safe, effective at relieving symptoms

18       of dysphoria, and improves mental health.

19               In my private therapy practice, my clients

20       express tremendous relief at being able to access

21       medical care, which decreases their anxiety and

22       depression and increases their feelings of safety,

23       comfort, and joy as their bodies and minds become

24       more congruent.  Understanding and being seen as

25       their true selves creates a sense of belonging,

AHCA0205042

Def_000296296

Document ID: 0.7.322.10804-000001

1    which is a fundamental human need.

2         On the other hand, the current political

3    climate in the state is causing significant harm to

4    transgender, nonbinary questioning and gender

5    diverse Floridians.  My clients report increases in

6    anxiety with each proposed anti-LGBT measure the

7    state takes, fear violence in their daily lives,

8    and worry about their continued access to medical

9    care.

10        These observations from my clinical practice

11   support the research on the minority stress model,

12   which demonstrates that expecting experiences of

13   harm, marginalization, and rejection have a

14   negative impact on people's mental health and

15   overall well-being.

16        Passing this change to Medicaid --

17        A VOICE:   Thirty seconds.

18        MR. STONE:   -- will not only take away

19   medically-necessary care from several thousand of

20   the most vulnerable Floridians, but it will also

21   further create a climate of fear for LGBT people

22   and their health care providers across the state.

23        (Applause.)

24        A VOICE:  Jason.  Speaker Peggy Joseph.

25        MS. JOSEPH:  Hello.  I'm Peggy Joseph, and I

AHCA0205043
Def_000296297

Document ID: 0.7.322.10804-000001

1    would just like to share some thoughts from an

2    author and doctor, Ryan T. Anderson, who wrote

3    about -- a book called, "When Harry Became Sally."

4         So in 2016, the Obama administration and the

5    Center for Medicare and Medicaid Services revisited

6    the question of whether sex reassignment surgery

7    would have to be covered by Medicare plans.  It

8    refused on the grounds that we lack evidence that

9    it benefits patients.  They stated, "Based on a

10   thorough review of the clinical evidence available,

11   there is not enough evidence to determine whether

12   gender reassignment surgery improves health

13   outcomes."

14        There were conflicting study results, and the

15   quality and strength of evidence were low.  Many

16   studies that reported positive outcomes were

17   exploratory-type studies with no confirming

18   follow-up.  The author says, "The lack -- the lost

19   of follow-up could be pointing to suicide."

20        The largest and most robust study, a study

21   from Sweden, found a 19 times greater likelihood of

22   death by suicide and a host of other poor outcomes.

23        To provide the best possible care serving the

24   patient's interest requires an understanding of

25   human --

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205044

Def_000296298

Document ID: 0.7.322.10804-000001

1          A VOICE:   Thirty seconds.

2          MS. JOSEPH:   -- wholeness and well-being.   The

3     minimal standard of care should be with a standard

4     of normality.   Our brains and senses are designed

5     to bring us into contact with reality.   Thoughts

6     that distort --

7          A VOICE:   Fifteen seconds.

8          MS. JOSEPH:   -- (inaudible) are misguided and

9     cause harm.   Okay.

10         (Applause.)

11         A VOICE:   Next speaker, Jack Barton.

12         A VOICE:   Actually, I have one comment with

13    respect to that, so as a partial addendum to my

14    earlier answer focusing on some of the clinical

15    organizations in the United States, but I wanted to

16    also mention because it has come up a couple times

17    here, that the Gamus report on pages 35 and 36 also

18    talks about international consensus as also talked

19    about in Dr. James Canter's report on pages 42

20    through 45.   So I would encourage people to look at

21    that as well.

22         A VOICE:   Go ahead.

23         MR. BARTON:   My name is Jack Barton.   I'm here

24    with the Christian Family Coalition.   I'm an

25    Assembly of God pastor.   The 37 years I have

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205045
Def_000296299

1      counseled, among them I've counseled lesbians,

2      gays, and bisexuals.  I believe in First

3      Corinthians 6:9, that people can escape from that

4      life.  Unfortunately for the transgender, they

5      suffer.  These young people have made that clear.

6          I believe that gender dysphoria should be

7      labeled as child abuse, it is not something that

8      should be happening to our children, and with the

9      doctors that will participate in this, it's not so

10     unlike the doctor who tears a child apart in

11     abortion and calls it health care.

12         These are the issues:  The puberty blockers,

13     the hormone manipulations, that's not science.  The

14     only name that was left out before was Anthony

15     Fauci.  I kept waiting to hear them to say that.

16         Every -- any procedure like this should be

17     labeled criminal.  You have a child that at that

18     age doesn't know if they like vanilla ice cream or

19     if they like chocolate ice cream, and yet they're

20     going to let them march in and either make that

21     decision to be led down that path.  Nearly

22     90 percent of those that escape from that life do

23     it by the time they reach the end of puberty

24     because they come back to their senses that they

25     were created male and female by God.

       FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205046

Def_000296300

Document ID: 0.7.322.10804-000001

1          Suicide that we talk about so much comes when

2     a person has followed up on these things, has done

3     it, and now they are confused because they still

4     don't find the completion that they thought they

5     felt.

6          Among those that go through these processes,

7     many of it comes from child abuse that happened

8     when they were kids, some who have wanted to have

9     acceptance by others and were rejected.  One man,

10    his grandmother wanted a granddaughter.  She

11    dressed him like that, and so he adopted that life.

12          A VOICE:  Thirty seconds.

13          MR. BARTON:  I'll close with this.  There are

14    two genders, male and female.  Women bear children,

15    women breastfeed, women have menstrual cycles.  Men

16    do not.  I would not provide the anorexic with food

17    and I would not say give money to do something that

18    would harm a child.

19          A VOICE:  Fifteen seconds.

20          MR. BARTON:  It's a terrible thing to do and I

21    ask you to stand your ground.

22          (Applause.)

23          A VOICE:  Jose Martin.

24          MR. MARTIN:  Good afternoon.  Thank you for

25    letting me speak.  I'm also with the Christian

AHCA0205047

Def_000296301

Document ID: 0.7.322.10804-000001

1    Coalition, and I'm here to speak in support of Rule

2    59G-1.050.  I am a father and a grandfather, and I

3    am here to stand against mutilation that we all are

4    asked to fund.  The people we are talking about

5    need counseling, not promotion to a destructive

6    choice.

7         I also want to remind that one day we will all

8    stand before a living God and give account for

9    where we stand on this and other issues.  And I

10   also want to thank you brave people, who I think

11   are more qualified than all the other experts that

12   came up, because you are living and you lived

13   through it and you know the results of that, and I

14   thank you.  Thank you very much.

15        (Applause.)

16        A VOICE:  Folks, we have a number of speakers

17   coming up from the same organization.  We just ask

18   that you be respectful of others' time.  We've got

19   a number of speakers to get through before 5:00

20   p.m., so if you could just be brief and support

21   comments of others, if possible.  Thank you.

22        Next speaker, Bob Johnson.

23        MR. JOHNSON:  Good afternoon, Bob Johnson.  I

24   am a retired and recovering attorney, but I am --

25   and I'll be very brief.

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205048
Def_000296302

Document ID: 0.7.322.10804-000001

1        I say thank you to the Florida Division of

2    Medicaid for putting together this report.  I've

3    read the whole report.  It's not my area of

4    expertise, but I've had significant experience

5    working with the development of agency rules,

6    statements of need, and reasonableness as we call

7    them in the state that I come from, and I just want

8    to compliment the agency.  I've read through it.  I

9    think the case is compelling for the rule change.

10   I strongly support the rule change.

11       There is specifics in there again that's not

12   an area that I studied, but in reading the report

13   and looking how thorough that it was put together,

14   the case has been made for the need to adopt this

15   rule change, the case has been made for the

16   reasonableness of what you're proposing.  I just

17   found it compelling the fact that the FDA does not

18   approve any medication as clinically indicated for

19   gender dysphoria.  The fact that there's no

20   randomized, controlled trials for the use of these

21   puberty suppression, that's the gold standard, I

22   know, in medical studies, and there are no

23   randomized, controlled trials, and the fact that

24   there's no long-term data.  I just think there is

25   so much concrete, substantial evidence that totally

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205049
Def_000296303

Document ID: 0.7.322.10804-000001

1      justifies it, and I would just echo many of the

2      others that have testified here today.  I urge you

3      to go forward, adopt these rules, changes --

4           A VOICE:  Thirty seconds.

5           MR. JOHNSON:  -- (inaudible) we need them, we

6      need them in the state of Florida.  Thank you.

7           (Applause.)

8           A VOICE:  Next speaker, Sandy Westad,

9      W-e-s-t-a-d, I believe.

10          MS. WESTAD:  My name is Sandy Westad and I'm

11     also here with CFC, Christian Family Coalition.

12          I -- I want to speak from the heart.  I'm a

13     mother, I'm a grandmother, I'm a sister, whatever,

14     and my heart is breaking for what these kids are

15     going through.  It just seems to me that if the

16     parents -- the parents need to stay in control.

17     They need to stay in the authority of their

18     children.  They need to be able to speak to their

19     kids about the sex and the transgender.

20          Kids play house.  They pretend.  You know,

21     they do things in a play world, but they don't want

22     to be or understand or even know what it is to

23     change from one sex to another.  They pretend.  I

24     remember my sons playing and pretending they were

25     girls and sometimes they would pretend they were

       FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205050
Def_000296304

Document ID: 0.7.322.10804-000001

1    boys, but they were boys and they grew up to be

2    boys.  They didn't want to be girls.  They felt

3    that that was what they were supposed to be.  Jesus

4    made them boys, and they were going to stay boys.

5    But the thing is we -- we need to understand that

6    children cannot make those kinds of decisions.

7    They cannot --

8        A VOICE:  Thirty seconds.

9        A VOICE:  -- decide who they are.  The parents

10   need to be their guide, and the parents -- God gave

11   children parents for a reason.

12       So I just support this bill, this rule, and I

13   thank you so much for everyone that's here.

14       (Applause.)

15       A VOICE:  Gail Carlins.

16       MS. CARLINS:  Good afternoon.  I'm Gail

17   Carlins and I'm with CFC also.  And I am in favor,

18   I support this rule change here with not having the

19   funds -- the Medicaid funds go to supporting these.

20       My beliefs are based on the Bible, and the

21   Bible, I believe, is the only truth that there is.

22   And the Bible says, as was mentioned a couple

23   times, God created male and female.  If you want to

24   bring science into it, females have two X

25   chromosomes, males have an X and a Y chromosome.

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205051
Def_000296305

Document ID: 0.7.322.10804-000001

1    It's an impossibility to change from one to the

2    other.  That cannot be done.  And so no matter what

3    kind of mutilation or anything is done to a person,

4    they can't change it.

5        So, again, I am in support of this bill and I

6    thank you for your time.

7        (Applause.)

8        A VOICE:  Dorothy Berring.

9        MS. BERRING:  Good afternoon.  My name is

10   Dorothy Berring, also with the Christian Family

11   Coalition.  I also live in The Villages, Florida.

12       First of all, I would like to thank our brave

13   governor once again for bringing this to the

14   forefront.  We are -- Florida definitely is going

15   to make change, and thank you to these brave people

16   and to Amber for not going along with what you were

17   trying to be brainwashed into believing.

18       Again, it's strange, you know, they're

19   definitely targeting our -- our youngest.  We can't

20   seem to find baby formula anywhere, but yet

21   Medicaid can fund this nonsense.

22       Again, this has to be left up to the parents.

23   Whatever you choose to practice in the privacy of

24   your own home is your business.  I'm not

25   discriminating against any genders or whatever.  I

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205052
Def_000296306

1          just -- it needs to be taken out of the schools,

2          and this doctor that was from UF or USF or

3          whatever, it's shameful, shameful what you are

4          trying to teach our students, and that's why we are

5          in this bloody mess right now.  Okay?  And this

6          needs to be changed --

7              A VOICE:  Thirty seconds.

8              MS. BERRING:  -- and you all need to listen.

9              And thank you, doctors, for being here and for

10         giving us this forum.  Thank you.

11             (Applause.)

12             A VOICE:  We would ask that the comments be

13         focused on the rule and be respectful of other

14         speakers, please.

15             Troy Peterson.

16             MR. PETERSON:  Good afternoon, Troy Peterson.

17         I come supporting Anthony and Christian Family

18         Coalition.  I'm also the President of Warriors of

19         Faith here in Florida.  We brought a few people

20         with us from the Tampa Bay area, and really we come

21         representing thousands that stand in agreement with

22         this rule.

23             And I want to thank you, doctors.  I read the

24         40-page report.  I'm not a doctor, I'm a pastor.

25         But when I saw the evidence, I could clearly see

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205053

Def_000296307

Document ID: 0.7.322.10804-000001

1      that we need this rule.

2            In the book of Genesis, in the beginning God

3      created man in his own image, male and female, and

4      then he said, "Be fruitful and multiply the earth."

5      So that's why I'm here is because I'm opposed to

6      even that doctor back there.  And I appreciate you

7      said that because if I had any authority in the

8      medical field, I would have his license revoked.

9            The most thorough follow-up of sex reassigning

10     people, which was conducted in Sweden, documented

11     that 10 to 15 years --

12           A VOICE:  Thirty seconds.

13           MR. PETERSON:  -- of surgical reassessment,

14     that the suicide rate is 20 times that of the

15     comparable peers.

16           I also read in the medical evidence that

17     50 percent --

18           A VOICE:  Fifteen seconds.

19           MR. PETERSON:  -- of the gender

20     identity-confused children have thoughts of

21     suicide.

22           Thank you for your time.

23           (Applause.)

24           A VOICE:  Janet Rath.

25           MS. RATH:  Hi, my name is Janet Rath.  I'm a

AHCA0205054

Def_000296308

1       mother, a grandmother, and a new great-grandmother.

2       And I think 50 years ago as parents, we were

3       smarter than what is going on today.  Parents are

4       left out of their children's lives.  Some of it is

5       the parents' fault, and some of it's the teachers'

6       faults.

7            I have a granddaughter that's a teacher who

8       has said that if she has a child that comes in and

9       identifies as a cat, she must have a litter box

10      there and a bowl of water.

11           We are as a country going absolutely insane,

12      absolutely insane.  We all bought into Dr. Fauci,

13      who was nothing but a money-grabbing liar -- pardon

14      my French -- and we have been hoodwinked ever

15      since.  We have got to stop this.

16           Chinese children in third grade are learning

17      advanced calculus.  Our third graders are learning

18      which bathroom to use.  I'm sorry, but I do not

19      want my great granddaughter growing up in this

20      world if this is what it's going to turn into.  We

21      have got to change, and we had best do it now.

22      Thank you.

23           (Applause.)

24           A VOICE:  Gerald Loomer, L-o-o-m-e-r, Gerald.

25           MR. LOOMER:  Good afternoon.  My name is

        FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205055

Def_000296309

Document ID: 0.7.322.10804-000001

1      Gerald Loomer.  I drove three and a half hours from

2      Lady Lake, Florida, to be here because I want to

3      support Rule 59G-1.050.  Especially I want to

4      support the best governor in the United States, Ron

5      DeSantis who also supports this.

6           (Applause.)

7           MR. LOOMER:  But I'd like to share three quick

8      stories with you.  The first is the little girl who

9      saw her brothers go fishing with their dad, out in

10     the backyard playing catch with a football, says,

11     "You know, I'd like to spend more time with Dad.

12     If I were a boy, I could spend more time with Dad."

13          Or the boy who said, "You know, those girls,

14     they're in the kitchen cooking with Mom, they go

15     shopping with Mom, they're doing makeup with Mom.

16     I want to spend more time with Mom.  I think I

17     should be a girl, then I can spend more time with

18     Mom."  Well, those things passed.

19          Remember the child who said, "Can I drive the

20     car?"  "Of course not, you're 13 years old."

21     "Well, can I drink a beer?"  "Of course not, you're

22     13 years old."  "Can I smoke a cigarette?"

23          A VOICE:  Thirty seconds.

24          MR. LOOMER:  "Of course not, you're 13 years

25     old."  "Can I take hormones to block puberty?"

       FOR THE RECORD REPORTING, INC. 850.222.5491

                                                    67

AHCA0205056
Def_000296310

1    "No, you're 13 years old.  Of course, you can.  You

2    know what you want."  "Can I take cross-sex

3    hormones?"

4          A VOICE:  Fifteen seconds.

5          MR. LOOMER:  "You're 13 years old.  Of course,

6    you can.  You know what you want."  "Can I have

7    gender sterilizing surgery?"  "You're 13 years old.

8    Of course, you can, you know what you want."  "Can

9    I have body-mutilating surgery" --

10          A VOICE:  Time.  Please wrap up your comment.

11          MR. LOOMER:  -- "that's going to alter my

12    sex?"  "Of course, you can, you's are 13 years old,

13    you know what you want."

14          A VOICE:  Sir, your time is up.  Please wrap

15    it up.

16          MR. LOOMER:  How absurd is all of this?

17    Continue to keep this resolution.

18          Thank you.

19          (Applause.)

20          A VOICE:  Pastor Marta Marcano.

21          MS. MARCANO:  Good afternoon.  I'm Pastor

22    Marta Marcano from (inaudible) Jacksonville,

23    Florida.  I'm a director of Protect our Children

24    Project, Duval County chapter, and an organizer of

25    the Christian Family Coalition in Jacksonville too.

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205057
Def_000296311

1          I'm here to let you know that I'm support of

2     the Rule 59G-1.050 to ban Medicaid funding for

3     transgenders, surgeries, (inaudible) blockers, and

4     other unnatural therapies.

5          Also, this rule protect taxpayers from being

6     forced to subsidize the (inaudible) is driving by

7     unethical pharmaceutical companies enriching

8     themselves with the puberty blockers.  That is an

9     atrocity of children abuse.

10         World-renowned Swedish psychiatric,

11    Dr. Christopher Gilbert, has said that pediatric

12    confusion is possibly one of the greater --

13         A VOICE:  Thirty seconds.

14         MS. MARCANO:  -- scandal in medical history

15    and call for an immediate moratorium.

16         As a pastor --

17         A VOICE:  Fifteen seconds.

18         MS. MARCANO:  -- I want to remind you that doc

19    do not been a stumbling block for the little one,

20    because Hebrews 10:31 said --

21         A VOICE:  Time.  Please complete your comment.

22         MS. MARCANO:  -- "It's a fearful thing to fall

23    into the hands of the living God."

24         Please protect our children.  Thank you very

25    much for this time.

     FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205058

Def_000296312

Document ID: 0.7.322.10804-000001

1        (Applause.)

2        A VOICE:  Paul Arrans.

3        MR. ARRANS:  Good afternoon.  My name is Paul

4    Arrans.  I'm a physician.  In practice, I've had

5    transgender patients, and I have transgender

6    personal friends with whom I discuss their medical

7    care at length.

8        With profound respect for the young people who

9    testified earlier, I still oppose this amendment

10   (inaudible) the preponderance of medical science

11   and practice when we do irreparable harm to the

12   health and well-being of thousands of transgender

13   Floridians of all ages and their families.

14       The American Academy of Pediatrics and its

15   Florida chapter representing thousands of

16   board-certified pediatricians have directly

17   reviewed many controversial assertions in your

18   publication on gender dysphoria, and the Florida

19   Department of Health's statement responded.

20       Contrary to an earlier comment, the Endocrine

21   Society has stated, "Both medical intervention for

22   transgender youth and adults, including puberty

23   suppression, hormone therapy, and

24   medically-indicated surgery has been established as

25   the standard of care.  Federal and private

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205059
Def_000296313

Document ID: 0.7.322.10804-000001

1       insurance should cover such interventions as

2       prescribed by a physician," end quote.

3           Gender dysphoria is very real.  You can learn

4       this for yourselves by meeting with transgender

5       people.  You will then realize that denial of

6       appropriate gender-affirming care at any age would

7       be inhumane and a violation of human rights.  These

8       medically-necessary treatments are the generally

9       accepted professional medical standards,

10      (inaudible) authoritative opposition to the

11      proposed rule.

12          A VOICE:  Thirty seconds.

13          MR. ARRANS:  (Inaudible) to just rush this

14      through, thereby putting the health and lives of

15      trans people in danger.

16          It feels like Medicaid is crossing into a

17      political lane by seeking to preempt

18      provider/patient/family decision-making here, and I

19      urge you to withdraw this proposal.

20          A VOICE:  Fifteen seconds.

21          MR. ARRANS:  This represents knowledge and

22      practice regarding gender-affirming care.  If you

23      are still determined to address this topic, at

24      least convene (inaudible) panels of experts,

25      including transgender community members, who inform

        FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205060

Def_000296314

1    yourselves and the public about the overwhelming

2    evidence --

3         A VOICE:  Time.

4         MR. ARRANS -- against denying coverage for

5    gender-affirming care.

6         Thank you for the opportunity to testify.

7         (Applause.)

8         A VOICE:  Thank you for that comment.  I'm

9    going to refer for further comment to Dr. Van.

10   VANMOLE, VANMO, VENMO?

11        DR. V:  I would encourage everybody just to

12   read the Gaplins report, and particularly the

13   attachment to it.  A great deal of attention has

14   been put in there into evaluating the science.  And

15   some of the studies that have been brought up, both

16   pro and con, are involved -- they're specifically

17   the flaws that are in so many of these studies.

18   Specifically --

19        A VOICE:  Hold on.

20        A VOICE:  (Inaudible) while Dr. Vanmo speaks.

21        DR. V:  Yeah, and by the way, I like the idea

22   that everybody lets everybody speak.  So it kinds

23   of bothers me when I'm hearing speakers shout it

24   down because they're saying something you don't

25   like.  How we treat other people with whom we

     FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205061
Def_000296315

1    disagree is a reflection of our own character, not

2    theirs.  So, please, let -- due decorum.

3        First of all, the Endocrine Society's 2017

4    guidelines are guidelines, just that.  And it

5    states specifically page 3895 that they do not

6    guarantee an outcome and they do not establish a

7    standard of care.  It's in black and white there.

8        I would refer you also, as is mentioned in the

9    Gaplins report, the histories in the United

10    Kingdom, Sweden, Finland, France, four nations that

11    were leading this from quite some time, they did

12    national-level reviews involving scientific

13    organizations, divisions of governments, medical

14    professionals.  And mind you, these are nations

15    that were leading it.  And after review, they all

16    came to the same conclusion, this should not be

17    going on in minors at all under 16, and only

18    between 16 and 18 under tightly-regulated studies,

19    the kind of which we really don't see happening.

20        And they also came to the conclusion that

21    strong psychological support is what's needed when

22    we talk about evaluating kids for this.  We have

23    four decades of literature showing the overwhelming

24    probability of mental health problems, adverse

25    childhood events, neuropsychological problems like

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205062

Def_000296316

Document ID: 0.7.322.10804-000001

1        autism spectrum disorder, and other things that

2        need to be addressed.  And, in fact, also for these

3        nations, somebody strongly demonstrating

4        psychologic instability -- quite specifically, you

5        say you're suicidal -- blocks you from the

6        transition pathway.  They insist that those things

7        be taken care of first because transition simply

8        won't fix them.  The underlying problems of a

9        transgender youth become the underlying problems of

10       an adult who identifies as transgender.  That's

11       what is going on here.

12            So, again, I'd refer you to the report and

13       some of the other letter, complaints, that I've

14       seen come in in the past 24 hours from the AAP, as

15       well as from the Endocrine Society, what they're

16       complaining about is actually addressed here,

17       including some of the studies they bring up, and

18       there too, it's a very well-researched document.

19       The State of Florida put a lot of effort into this.

20            You're free to disagree, but please make sure

21       you've read it and understand it before you do.

22            A VOICE:  Just to be a little bit more

23       specific with respect to the report, I'd refer you

24       to Dr. Rigner (inaudible) Peterson's report, which

25       is Attachment C to the Gaplins report, and also a

FOR THE RECORD REPORTING, INC. 850.222.5491

74

Document ID: 0.7.322.10804-000001

1    doctor named Paul Hruz, H-r-u-z.  Title of his

2    publication is, "Deficiencies in Scientific

3    Evidence for Medical Management of Gender

4    Dysphoria."  He did not provide an expert report

5    for purposes of this report, but he is published in

6    medically reviewed literature, and I would

7    encourage you to read that as well.

8         Thank you.

9         (Applause.)

10        A VOICE:  January Littlejohn.

11        MS. LITTLEJOHN:  My name is January

12   Littlejohn.  I am a mother of three children and a

13   licensed mental health counselor.

14        In the spring of 2020, our 13-year-old

15   daughter told us that she was experiencing distress

16   over her sex and that she didn't feel like a girl.

17   She had expressed no previous signs of gender

18   confusion, and three of her friends at school had

19   recently started identifying as transgender.

20        As we tried to understand our own observations

21   and seek professional help, we discovered that her

22   middle school had socially transitioned her without

23   our knowledge or consent.  Her mental health

24   spiraled.  We worked with a psychologist to help

25   our daughter explore and resolve co-occurring

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205064
Def_000296318

Document ID: 0.7.322.10804-000001

1    issues, including low self-esteem and anxiety.  We

2    also gave her more one-on-one time, in-person

3    activities away from trans influences, limited her

4    Internet use, and declined to affirm her

5    newly-chosen name and pronouns.  We set appropriate

6    boundaries and allowed her to choose her hair style

7    and clothing, but denied harmful requests such as

8    breast binders, puberty blockers, cross-sex

9    hormones, and surgeries.

10        It was clear from our conversations that our

11    daughter was uncomfortable with her developing body

12    and had an intense fear of being sexualized.  She

13    was filled with self-loathing and was in true

14    emotional pain, but had been led by peers and

15    influencers to believe that gender was the source

16    of her pain.

17        What she really needed was for us to help her

18    make sense of her confusion and remind her that

19    hormones and surgeries could never change her sex

20    or resolve her issues.

21        A VOICE:  Thirty seconds.

22        MS. LITTLEJOHN:  I shudder to think what could

23    have happened if we had affirmed her false identity

24    and consented to medical treatment as opposed to

25    what we did, which was to lovingly affirm her as

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205065
Def_000296319

Document ID: 0.7.322.10804-000001

1    she is:  Beautifully unique and irreplaceable and

2    undeniably female.

3        A VOICE:  Fifteen seconds.

4        MS. LITTLEJOHN:  Our daughter has desisted and

5    is on a path to self-love, but, unfortunately,

6    gender-dysphoric children are being encouraged

7    through activism and peer pressure to disassociate

8    from their bodies and to believe their body parts

9    can be simply removed --

10       A VOICE:  Time.  Please finish your comment.

11       MS. LITTLEJOHN:  -- modified, or replaced.

12       The irreversible consequences of medically

13   transitioning, including loss of sexual and

14   reproductive function, cannot be fully understood

15   by children or teens who lack the necessary

16   maturity or experience.  These children need love

17   and therapy, not hormones or surgery.

18       Thank you.

19       (Applause.)

20       A VOICE:  Next up, Kendra Paris.

21       MS. PARIS:  Hi there, my name is Kendra Paris.

22   I still suffer from being an attorney.  I'm a

23   mental health attorney, and I wanted to follow up

24   on the comment about the lack of peer-reviewed

25   standards of care, because as an attorney, the lack

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205066
Def_000296320

Document ID: 0.7.322.10804-000001

1       of peer-reviewed standards of care mean that a lot

2       of people who are harmed or experience bad outcomes

3       from these surgeries or other interventions have no

4       ability to sue, and I find that problematic as an

5       attorney.  They've had decades to create

6       peer-reviewed standards of care, and they have not.

7       And I suspect some people don't want those

8       standards of care because it would open them up to

9       lawsuits for bad outcomes, which is not happening

10      right now and it really frustrates me.

11          You all are so brave.  I'm so proud of you for

12      coming and telling your stories.

13          We just don't know, and I want to talk about a

14      particularized thing that we don't know yet.  When

15      you put a female on testosterone, within about five

16      years, she's going to have to have a hysterectomy,

17      though you passed most recent standards of care,

18      recommend hormone -- cross-sex hormone therapy for

19      females at 14.  So we're talking about a potential

20      hysterectomy before she turns 20.  We have known

21      for a very long time that hysterectomies correlated

22      with negative mental health outcomes and cognitive

23      decline.  And we know that the earlier a

24      hysterectomy is performed, the worse mental health

25      and cognitive decline is.  Essentially, the earlier

        FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205067
Def_000296321

Document ID: 0.7.322.10804-000001

1      you do the hysterectomy, the earlier the onset of

2      dementia.

3          And so what I am very concerned about is in, I

4      don't know, 10, 20, 30 years, we're going to have

5      an absolute wave of young females, 40, 50 years

6      old, with early-onset cognitive decline --

7          A VOICE:  Thirty seconds.

8          MS. PARIS:  -- or dementia in our assisted

9      living facilities.

10         And in surveys and anecdotal experience is

11     starting to indicate that some individuals who are

12     trans and have dementia forget that they're trans.

13     In a state like Florida, we have substituted

14     judgment.

15         A VOICE:  Fifteen seconds.

16         MS. PARIS:  So if they don't have written

17     documentation allowing for their medical proxy to

18     allow for detransition, they might be cut off.  And

19     I really worry that we have not considered all of

20     the implications of this.

21         So I appreciate the rulemaking and I thank

22     you --

23         A VOICE:  Time.

24         MS. PARIS:  -- for your time.  Thank you.

25         (Applause.)

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205068
Def_000296322

Document ID: 0.7.322.10804-000001

1          A VOICE:  Nathan (inaudible).

2          MR. BRUMER:  My name is Nathan Brumer.  I am

3     Florida's LGBTQ consumer advocate as appointed by

4     Commissioner of Agriculture Nikki Fried.  One of

5     FDACS' many critical roles here in the state

6     includes serving as Florida's consumer protection

7     agency.

8          On behalf of health care consumers, I provide

9     the following comments in opposition to the

10    proposed changes to Rule 59G-1.050:  As a state

11    agency, FDACS encourages all consumers to remain

12    aware, vigilant, and act when necessary, but to do

13    so, we know consumers must be provided with

14    accurate information, education, choice, safety,

15    representation, and redress.

16         Documented, well-researched standards of care

17    have been established, are based on a wide range of

18    evidence, and conclude gender-affirming medical

19    care is medically necessary and safe and effective.

20    In other words, gender-affirming care is the

21    standard of care, and the proposed rule as it

22    stands would deny health care consumers in the

23    state of Florida access to the standard of care.

24         State agencies must serve and advocate for all

25    Floridians.  We should not deny any Floridian the

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205069
Def_000296323

Document ID: 0.7.322.10804-000001

1       ability to thrive.  We serve the public good and we

2       must defend the rights of every Floridian,

3       including transgender Floridians, and this includes

4       the right to nondiscriminatory health care

5       coverage.  We must work to increase access to

6       health care, not lessen it or remove it all

7       together.

8            A VOICE:  Thirty seconds.

9            MR. BRUMER:  On a personal note, Florida is my

10      home state.  I am one of thousands, tens of

11      thousands of transgender Floridians here in our

12      state who have had the privilege to have access to

13      gender-affirming health care --

14           A VOICE:  Fifteen seconds.

15           MR. BRUMER -- for decades who are happy and

16      successful and thriving.  I'm an attorney, I'm an

17      advocate, and I work for and very hard and I'm

18      proud to serve the State of Florida.  We are part

19      of the fabric of this nation --

20           A VOICE:  Time.  Please wrap up your comment.

21           MR. BRUMER -- and of this great state, and we

22      deserve the rights and benefits afforded to all.

23           (Applause.)

24           A VOICE:  Nathan Bremmer.

25           MR. NEWELL:  Hi, I'm Nathan Newell.  I think

AHCA0205070
Def_000296324

1    we got the Nathans mixed up.  Here (inaudible) for

2    support.  Tell you a little bit, I have a son, I

3    have four children.  My son, 15, is -- doing

4    everything we can to keep him straight.  He doesn't

5    make good decisions.  One of the things lately, you

6    know those little things on the side of the road

7    that flashes and tells you your speed?  Well, we

8    had one of those near our house.  So he decides to

9    take his dirt bike in pitch black and with his

10    friends out there and go 80 miles per hour down the

11    road.  We know this because of the ring.  He was

12    bragging to his friends, so we watched the ring and

13    saw that.

14        Then a couple days ago, he was upset with us

15    and said he was leaving.  So we said, "Where are

16    you going to go, Hunter?"  He goes, "I'm going to

17    St. Teresa, I got friends down there."  "How are

18    you going to get there, Hunter?"  "I'm going to

19    ride my bike."  I said, "It's going to take you

20    forever," and he goes, "It's going to take me four

21    hours."

22        So, anyways, this 15-year-old, he's not making

23    good decisions.  And to sit here and to even think

24    that these kids can make a decision on what they

25    want that's going to be with them for the rest of

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205071

Def_000296325

Document ID: 0.7.322.10804-000001

1    life is child abuse.  These doctors are despicable.

2    They need to have their license taken away.  They

3    are a disgrace to the human race.  It's just

4    despicable to think that these people are taking

5    care of us and taking care of our children, and I

6    appreciate what y'all are doing.

7         (Applause.)

8         A VOICE:  We'd ask that you please be

9    respectful to the other speakers.

10        A VOICE:  Thank you for your comments.  We

11   respect your comment, we respect everybody's

12   comments, including the doctors that you

13   referenced.

14        A VOICE:  Nathan Brumer.

15        Dotty McPherson.

16        MS. MCPHERSON:  Hi there, I'm Dotty McPherson.

17   I'm speaking as the District 2 representative for

18   the Florida Federation of Republican Women.

19        The age of majority is 18, but even at 18,

20   children don't have the maturity to handle certain

21   responsibilities given them, like driving, alcohol.

22   Even older adults don't.

23        Your agency's safety net programs include

24   programs for abused and neglected children, but not

25   gender decisions.  Please prevent funding the

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205072
Def_000296326

1    destruction of children's genitalia and hormonal

2    balance.

3         Please consider unintended consequences of,

4    No. 1, is taxpayer money that will need to be used

5    for lawsuits by those whose lives are ruined from

6    surgeries that got -- that they got while they were

7    immature or too young to understand, also by

8    parents whose parental rights were denied to

9    protect their children's future.

10        I grew up in a low-income neighborhood on the

11   low-income side of town.  When I got to junior high

12   school, I saw how rich kids were, and a lot of them

13   were just real brainiacs, and I felt so inadequate.

14   I had a terrible inferiority complex, but I got

15   over it.  I graduated with honors from FSU.  I had

16   a good job and made a good life for myself and my

17   four children.  Life isn't fair.  We've got to stop

18   giving in to the poor, pitiful me syndrome.  People

19   need to get their brains right and --

20        A VOICE:  Thirty seconds.

21        MS. MCPHERSON:  -- get straight.  Government

22   has no business funding these things.  Our elected

23   governor has authority to make this rule, which

24   should be upheld.  Please support our governor's

25   rule.  Thank you.

     FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205073
Def_000296327

Document ID: 0.7.322.10804-000001

1          (Applause.)

2          A VOICE:  I'm going to get this first name

3    wrong, but I think it's Marjorie Caulkins.

4          MS. CAULKINS:  Hello, my name is (inaudible)

5    Caulkins and I am from Milton, Florida, and I came

6    in support of the ban of Medicaid funding for

7    transgender surgeries and treatments.

8          I believe that Floridians do not need our

9    taxpayers' money to be spent in this funding of

10   surgeries that are both unnecessarily and

11   tremendously harmful.

12         As a mother of two, I believe there is a war

13   on our children and we need to stand on the right

14   side of this war and protect our children, support

15   our Governor DeSantis.  We are blessed with our

16   governor, and I think we should be on the right

17   side and support this rule and ban Medicaid funding

18   for transgender surgeries.

19         Thank you so much, and thank you for your

20   service.

21         (Applause.)

22         A VOICE:  James Caulkins.

23         MR. CAULKINS:  Hi.  I'm James Caulkins from

24   Milton, Florida, and I just want to say we really

25   need this rule passed to support Rule 59G-1.050 to

     FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205074
Def_000296328

Document ID: 0.7.322.10804-000001

1    ban Medicaid funding for transgender surgery and

2    treatment.

3        We are in a battle in this country, and I'd

4    like to thank all the people who showed up today,

5    because your voice matters.  Our state -- the

6    people have spoken.  They elected the greatest

7    governor in the United States, Ron DeSantis.  They

8    put Republicans in office in this state to stand

9    for what's right, and this rule change is what's

10   right.

11       We don't need this stuff, this evil, this

12   Medicaid funding for transgender surgery.  We don't

13   need this in our state of Florida.  We need to lead

14   in Florida, we need to lead the other states in

15   Florida against this evil transgender surgeries.

16       So please pass this rule.  Thank you all so

17   much for your public service and God bless the

18   state of Florida.  Thank you.

19       (Applause.)

20       A VOICE:  Tuana Aman.

21       MS. AMAN:  Thank you for the opportunity for

22   us to be here.  I am in support of the ban to the

23   Medicaid funding for transgender surgeries and

24   treatments.  And let me say that years ago, I was

25   told that I needed to go on hormone therapy, and I

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205075

Def_000296329

Document ID: 0.7.322.10804-000001

1      had one doctor tell me that it was the right thing

2      to do, but as I did more and more surg- -- more and

3      more study and research, I saw the risks involved

4      to hormonal therapy.  And when someone tries to

5      tell you there isn't any risk to these kinds of

6      procedures and these kinds of things that are

7      happening to young people, to young kids -- I mean,

8      I'm an adult who's fully developed, right, as a

9      human being now, right, and they say 25 generally,

10     look at these kids and their development, the

11     process.

12         And what I think is even more sad is that

13     they're born like the young girl with a certain

14     amount of eggs that will be released every month

15     from the time she starts puberty, and here we're

16     trying to prevent those natural things from

17     occurring and expect it not to have any problems.

18         I was watching Bill Mayer, which he's not a

19     favorite of conservatives, right?  And he came out

20     a couple of weeks ago and was slammed by the LGBT

21     community because he said, "Isn't it

22     interesting" -- and this is him, right -- "Isn't it

23     interesting that if you look at Los Angeles and New

24     York and Miami and all these different hubs, that's

25     where this transgender service -- these surgeries

AHCA0205076

Def_000296330

Document ID: 0.7.322.10804-000001

1    are going on, the focus," and he got slammed.  They

2    said they wanted him off the air, and, I mean, he

3    had -- they had a campaign against him --

4          A VOICE:  Thirty seconds.

5          MS. AMAN:  -- because it was focused on the

6    fact that he was just saying, "Isn't there

7    something ironic about the fact that you look at

8    the rest of the country and these things aren't

9    going on, and then you look at these hubs where

10   social engineering is happening and where people

11   are being influenced that I" --

12         A VOICE:  Fifteen seconds.

13         MS. AMAN:  -- "can't go out into the media and

14   say anything against transgender, because what will

15   happen? I will be criticized and condemned."  It

16   isn't fair.  I think it's right to be here and have

17   the opportunity to give our voices, but I believe

18   that the government should not be involved in

19   supporting any --

20         A VOICE:  Time.  Please wrap up your comment.

21         MS. AMAN:  -- kind of procedure for these

22   young kids.  Thank you.  Amen.

23         (Applause.)

24         A VOICE:  Jason, do you have a follow up?

25         A VOICE:  Just very quickly.  We appreciate

AHCA0205077
Def_000296331

Document ID: 0.7.322.10804-000001

1    your comments, just like we appreciate the comments

2    of everyone in this room and all the people that

3    have made comments on-line and otherwise.

4        I just wanted to make sure -- clear, just so

5    we're crystal-clear about the purpose of this rule

6    is that we're not talking about a ban of treatment

7    for gender dysphoria.  We're talking about not

8    covering through reimbursement in the Florida

9    Medicaid program for the services that are

10   enumerated in the rule itself.

11       I also want to make clear that there are other

12   comprehensive coverage of services for gender

13   dysphoria currently in the Florida Medicaid

14   program, and I just want to read a couple of those:

15   "Community-based health services provided by an

16   array of provider types; psychiatric services

17   provided by a physician or other qualified health

18   care practitioner in office settings, clinics, and

19   hospitals; emergency services and inpatient

20   services in hospital settings; behavioral health

21   services provided in schools and by school

22   districts."

23       So I just wanted to make sure that everyone

24   was crystal-clear about the purpose of this rule.

25   I very much appreciate your comment and the

FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205078

Def_000296332

Document ID: 0.7.322.10804-000001

1    comments of everybody else.

2          A VOICE:   Thank you, everyone, for your

3    participation in this hearing.   We will accept

4    written material or comments until 5:00 p.m. on

5    Monday, July 11, 2022.   Comments may be submitted

6    by e-mail to

7    medicaidrulecomments@ahca.myflorida.com.

8          That being our time, this hearing is now

9    closed.   Thank you.

10          (Whereupon, the hearing was concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

          FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205079

Def_000296333

1                    C E R T I F I C A T E

2    STATE OF FLORIDA    )

3    COUNTY OF LEON      )

4              I hereby certify that the foregoing transcript

5    is of a tape-recording taken down by the undersigned,

6    and the contents thereof were reduced to typewriting

7    under my direction;

8              That the foregoing pages 02 through 91

9    represent a true, correct, and complete transcript of

10   the tape-recording;

11             And I further certify that I am not of kin or

12   counsel to the parties in the case; am not in the

13   regular employ of counsel for any of said parties; nor

14   am I in anywise interested in the result of said case.

15             Dated this 19th day of July, 2022.

16

17

18             *Clara C. Rotruck*

19                    CLARA C. ROTRUCK

20                    Notary Public

21                    State of Florida at Large

22                    Commission Expires:

23                    November 13, 2022

24                    Commission NO.: GG 272880

25

         FOR THE RECORD REPORTING, INC. 850.222.5491

AHCA0205080

**Def_000296334**