Received 6/13/2022
PR12154138



13 June, 2022

Invoice # 101

In the matter of supplying information for the Florida AHCA Generally Accepted Professional Medical Standard on Gender Dysphoria

Vendor- Van Meter Pediatric Endocrinology, P.C.  TIN- 81-0618945

Dates of service- 5/1/2022- 5/17/2022

**Itemization for Services Provided**

| Date | Description | Hours |
|---|---|---|
| 5/1/2022 | teleconference with AHCA staff | 0.75 h |
| 5/8/2022 | creation of initial draft report | 1.0 h |
| 5/12/2022 | rewriting of draft report | 3.5 h |
| 5/16/2022 | revision of draft report vetting references | 2.5 h |
| 5/17/2022 | review of final draft report | 0.75 h |
| | Total hours | 8.5 h @$350.00/h |
| | **Total compensation due** | **$2,975.00** |

I certify that all costs and fees claimed for payment are accurate and were performed in furtherance of the Agreement between Van Meter Pediatric Endocrinology, P.C. and the Agency for Health Care Administration


Quentin L. Van Meter, M.D.
Pediatric Endocrinologist

AHCA0245094
Def_000237607