

Jason

Wed, Aug 10 at 9:14 AM

From Quentin:

"Tom Benton of Gainesville has agreed to speak at the Friday meeting. He should be calling you.  His email address is notneb@bellsouth.com."

Nonresponsive



EOG_008127