**Andre Van Mol, MD**
12860 Yanot Drive
Redding, CA 96003
Tel. 530-604-9370
95andrev@gmail.com
SSN 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

Jason Weida
Florida Dept of Medicaid
Bldg 3 Room 2413
2727 Mahan Dr.
Tallahassee, FL. 32308

RE: Itemized charges for consulting, July 2022, Invoice # FL003A

August 11, 2022

Dear Mr. Weida,

Thank you and your team for the invitation to serve as a consultant for the state of Florida's Medicaid rules hearing regarding the Medicaid GAPMS document for gender dysphoria treatment. Please find below a listing of hours spent on the project for July 2022.

| Date | Hours | Description |
|---|---|---|
| 7/02/2022 | (*2 hours* | *Reading and prep for rules hearing*) (*no charge*) |
| 7/03/2022 | 3 hours | Reading and prep for rules hearing |
| 7/04/2022 | 3 hours | Reading and prep for rules hearing |
| 7/06/2022 | 1 hour | Teleconference with FL Medicaid team |
| 7/07/2022 | 3 hours | Prep, e-consulting, evaluating and rebutting opposition letters |
| 7/08/2022 | 7 hours | Group prep for rules hearing and rules hearing panel (Tallahassee) |
| 7/19/2022 | 2.5 hours | Review/critique of Alstott letter contra Medicaid GAPMS report |
| 7/21/2022 | 1 hour | Review/critique FL Medicaid Comment Summary for Rule & Responses |
| 7/22/2022 | 0.5 hours | Teleconference with FL Medicaid team RE Rules, Comments, Responses |

Total hours = 21 hours at $350 per hour

Total charges = $7,350


Andre Van Mol, MD