| | |
|---|---|
| **From:** | Pickle, Devona |
| **Sent:** | Monday, August 22, 2022 11:31 AM EDT |
| **To:** | \"\"Weida\"\",\"\" Jason; Jason.Weida@ahca.myflorida.com |
| **CC:** | Dalton, Ann |
| **Subject:** | GD Policy Transmittal |
| **Attachments:** | Provider Alert GD Treatment 7-25-22_dp.docx - MB edits.docx, PT_2022-07_Non-Coverage_of_Gender_Dysphoria_08.22.2022.docx |
| **Importance:** | High |

Jason,

Here are the updated PT and provider alert for your review.

D.D. Pickle
(office) 850-412-4646

---

**From:** Dalton, Ann <Ann.Dalton@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:26 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Cc:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>; Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>
**Subject:** Re: GD Policy Transmittal

Thanks. These look good.  Please finalize and send to Jason for routing and approval.

Get [Outlook for iOS](#)

**From:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:14:10 AM
**To:** Dalton, Ann <Ann.Dalton@ahca.myflorida.com>
**Cc:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>; Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>
**Subject:** FW: GD Policy Transmittal

Ann,

Here is the revised alert. I reattached the PT just to keep the two together. Nothing has changed in the PT.

D.D. Pickle
(office) 850-412-4646

---

**From:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:11 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

Are these changes sufficient.

---

**From:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:10 AM
**To:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

That's what I was hoping Ashley would update.

D.D. Pickle
(office) 850-412-4646

---

**From:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:10 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

You're right, just realized that.

---

**From:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:09 AM
**To:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

No. But why eQ? Doesn't Magellan PBM authorize drugs?

D.D. Pickle
(office) 850-412-4646

---

**From:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:08 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

Did eQHealth change its name?

---

**From:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:07 AM
**To:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

Yep, I see I missed a plan and so did Ashley.

D.D. Pickle
(office) 850-412-4646

---

**From:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:06 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** FW: GD Policy Transmittal

Hi, D.D.
Hold off on sending this to Ann. It needs some tweaking.

---

**From:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 11:04 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Cc:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal


Hi D.D. – my edits attached.

---

**From:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 10:54 AM
**To:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>
**Cc:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

Ashley - Ann wants to include the 60-day language in the alert. Would you edit what I've added so it fits?

D.D. Pickle
(office) 850-412-4646

---

**From:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 10:37 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Cc:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

Thanks, that is the only edit I have and nothing for the PA.

---

**From:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 10:36 AM

**To:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>
**Cc:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

Good catch!


D.D. Pickle
(office) 850-412-4646

---

**From:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 10:35 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Cc:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Subject:** RE: GD Policy Transmittal

I added one thing to help clarify that these drugs will still be provided, just not for GD. Please let me know if you think this is unnecessary or adds confusion.

---

**From:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Sent:** Monday, August 22, 2022 9:28 AM
**To:** Peterson, Ashley <Ashley.Peterson@ahca.myflorida.com>
**Cc:** Brackett, Matt <Matt.Brackett@ahca.myflorida.com>
**Subject:** GD Policy Transmittal

Good morning, Ashley,

Ann asked that I share the attached the policy transmittal with you to use in development of the provider alert. Matt had earlier drafted a PT that he will forward to you.

**D.D. Pickle,** Program Director
Canadian Prescription Drug Importation Program
Agency for Health Care Administration
Office - *850-412-4646*
Medicaid Helpline - *1-877-254-1055*