Document ID: 0.7.322.9238-000002

Case 4:22-cv-00325-RH-MAF   Document 183-20   Filed 04/27/23   Page 1 of 3

**Florida Medicaid**

| Estrogen | | |
|---|---|---|
| **Children** | | |
| FY | Recipient Count | No.of prescriptions |
| FY2017-18 | 72 | 185 |
| FY2018-19 | 87 | 212 |
| FY2019-20 | 89 | 224 |
| FY2020-21 | 151 | 391 |
| **Total** | **399** | **1,012** |

| Estrogen | | |
|---|---|---|
| **Adults** | | |
| FY | Recipient Count | No.of prescriptions |
| FY2017-18 | 148 | 392 |
| FY2018-19 | 168 | 486 |
| FY2019-20 | 174 | 484 |
| FY2020-21 | 223 | 688 |
| **Total** | **713** | **2,050** |

| Puberty Blockers | | |
|---|---|---|
| **Children** | | |
| FY | Recipient Count | No.of prescriptions |
| FY2017-18 | 15 | 59 |
| FY2018-19 | 23 | 58 |
| FY2019-20 | 37 | 108 |
| FY2020-21 | 55 | 180 |
| **Total** | **130** | **405** |

| Testosterone | | |
|---|---|---|
| **Children** | | |
| FY | Recipient Count | No.of prescriptions |
| FY2017-18 | 130 | 330 |
| FY2018-19 | 191 | 434 |
| FY2019-20 | 248 | 615 |
| FY2020-21 | 346 | 925 |
| **Total** | **915** | **2,304** |

| Testosterone | | |
|---|---|---|
| **Adults** | | |
| FY | Recipient Count | No.of prescriptions |
| FY2017-18 | 63 | 174 |
| FY2018-19 | 84 | 190 |
| FY2019-20 | 87 | 210 |
| FY2020-21 | 143 | 373 |
| **Total** | **377** | **947** |

AHCA0283312

**Def_000274811**

**Florida Medicaid**

### Children

| Procedure Code | FY1718 | | FY1819 | | FY1920 | | FY2021 | |
|---|---|---|---|---|---|---|---|---|
| | Recipient Count | Procedure Code count | Recipient Count | Procedure Code count | Recipient Count | Procedure Code count | Recipient Count | Procedure Code count |
| 19303-Mastectomy Simple Complete | | | | | 2 | 4 | 3 | 6 |
| 19325-Breast Augmentation W/IMPLT | | | | | | | | |
| 53430-Reconstruction Of Urethra | | | | | | | 1 | 1 |
| 54125-Amputation of penis; complete. | | | | | | | 1 | 1 |
| 54520-Removal Of Testis | 1 | 2 | | | | | 2 | 2 |
| 55180-Scrotoplasty; complicated. | | | | | | | 1 | 1 |
| 55980-Sex Transformation F To M | | | | | | | | |
| 56805-Clitoroplasty | | | | | | | 1 | 1 |
| 57110-Remove Vagina Wall Complete | | | | | | | 1 | 1 |
| 57292-Construction of artificial vagina; with graft. | | | | | | | 1 | 1 |
| 57335-Vaginoplasty | | | | | | | 1 | 1 |
| 58571-Tlh W/T/O 250 G Or Less | | | | | | | | |
| Total | 1 | 2 | | | 2 | 4 | 12 | 15 |

### Adults

| Procedure Code | FY1718 | | FY1819 | | FY1920 | | FY2021 | |
|---|---|---|---|---|---|---|---|---|
| | Recipient Count | Procedure Code count | Recipient Count | Procedure Code count | Recipient Count | Procedure Code count | Recipient Count | Procedure Code count |
| 19303-Mastectomy Simple Complete | 1 | 1 | 1 | 1 | 1 | 3 | 6 | 10 |
| 19325-Breast Augmentation W/IMPLT | 1 | 1 | 1 | 2 | | | | |
| 53430-Reconstruction Of Urethra | | | | | | | 1 | 1 |
| 54125-Amputation of penis; complete. | 1 | 1 | | | 1 | 1 | 1 | 1 |
| 54520-Removal Of Testis | 1 | 1 | 1 | 1 | 5 | 7 | 2 | 3 |
| 55180-Scrotoplasty; complicated. | | | | | | | | |
| 55980-Sex Transformation F To M | | | | | 1 | 1 | | |
| 56805-Clitoroplasty | 1 | 1 | | | | | 1 | 1 |
| 57110-Remove Vagina Wall Complete | | | 1 | 1 | | | | |
| 57292-Construction of artificial vagina; with graft. | | | 1 | 1 | 2 | 2 | 1 | 1 |
| 57335-Vaginoplasty | 1 | 1 | | | | | | |
| 58571-Tlh W/T/O 250 G Or Less | | | | | 1 | 1 | 1 | 2 |
| Total | 6 | 6 | 5 | 6 | 11 | 15 | 13 | 19 |

**Florida Medicaid**

| FY | H2019-Ther Behav Svc | |
|---|---|---|
| | **Children** | |
| | Recipient Count | No.of prescriptions |
| FY2017-18 | 143 | 1,024 |
| FY2018-19 | 192 | 1,467 |
| FY2019-20 | 183 | 1,440 |
| FY2020-21 | 233 | 1,775 |
| **Total** | **751** | **5,706** |
| | **Adults** | |
| FY | Recipient Count | No.of prescriptions |
| FY2017-18 | 15 | 69 |
| FY2018-19 | 20 | 128 |
| FY2019-20 | 19 | 140 |
| FY2020-21 | 33 | 320 |
| **Total** | **87** | **657** |

AHCA0283314
**Def_000274813**