Case 4:22-cv-00325-RH-MAF Document 183-21 Filed 04/27/23 Page of

| LOB | Complaint ID | Form Type | LOB State | Secondary Classification Disp | Classification Code | Classification Sub Code | Initial Received Date Time | Synopsis 1 | Synopsis 4 | Resolution |
|---|---|---|---|---|---|---|---|---|---|---|
| CW | MSHPFL-28349 | FLMedicaid-Appeals | MedicaidFL | Pre-Service Appeal | Pharmacy Denial | RX - Does Not Meet Exception Guidelines | 6/8/2022 7:55:00 AM | Request for SUPPRELIN LA 50MG Kit | Given the additional information about the member's medical status, the original denial for Supprelin LA Kit 50 MILLIGRAMS (injected milligrams under the skin once every 365 days ) is Overturned and approved as medically necessary. Approval One implant | Overturn |
| MMA | MSHPFL-28688 | FLMedicaid-Appeals | MedicaidFL | Expedited Appeal | Pharmacy Denial | RX - Does Not Meet Exception Guidelines | 6/10/2022 3:07:00 PM | Request for SUPPRELIN LA Kit 50MG Kit | OVERTURN DENIAL AND APPROVE request for SUPPRELIN LA Kit 50MG Kit. Apply under the skin, one implant every 365 days | Overturn |
| MMA | MSHPFL-30587 | FLMedicaid-Appeals | MedicaidFL | Pre-Service Appeal | Pharmacy Denial | RX - Does Not Meet Prior Auth Guidelines | 6/29/2022 8:16:00 AM | Request for SUPPRELIN LA Kit 50MG Kit | OVERTURN the DENIAL AND APPROVE the request for Supprelin LA Kit 50 milligram Kit; Insert one implant under the skin every 12 months | Overturn |
| CMS XIX | MSHPFL-34152 | FLMedicaid-RXAppeals | MedicaidFL | Pre-Service Appeal | Pharmacy Denial | RX - Does Not Meet Exception Guidelines | 7/29/2022 7:37:00 AM | Request for SUPPRELIN LA Kit 50MG Kit | Supprelin LA Kit 50 milligrams 1 implant (50 milligrams of histrelin acetate) inserted under the skin in the inner aspect of the upper arm every 12 months | Overturn |
| MMA | MSHPFL-39712 | FLMedicaid-RXAppeals | MedicaidFL | Pre-Service Appeal | Pharmacy Denial | RX - Does Not Meet Exception Guidelines | 8/19/2022 6:58:00 AM | Request for SUPPRELIN LA Kit 50MG Kit | The appeal request for SUPPRELIN LA Kit 50MG is denied, due to Off-Label Drug Use for Dx: GENDER IDENTITY DISORDER UNSPECIFIED. Per Appeal study located on page 5 of 14 Initial Request Clinical Notes packet: This is not considered a Phase III clinical studies published in peer review journals to support the non-FDA approved use. EPSDT was taken into consideration for this review. Sunshine Health Off Label Use Prior Authorization Criteria was used in making this determination. | Uphold |
| MMA | MSHPFL-23357 | FLMedicaid-Appeals | MedicaidFL | Pre-Service Appeal | Pharmacy Denial | RX - Does Not Meet Exception Guidelines | 4/19/2022 1:04:00 PM | Requested Drug for ESTRADIOL Patch Weekly 0.1MG/24HR Patch | OVERTURN DENIAL. The member meets the Sunshine Health Plan Summary of Drug Limitations (SDL) limits Criteria for medical necessity. The request for Estradiol patch Weekly 0.1 milligrams per 24 hour patch, place two patches onto skin in male to female transgender person has supporting literature provided for the dose and diagnosis requested. Determination: Per Sunshine Health Plan Summary of Drug Limitations (SDL) limits Criteria the member meets criteria for approval. Approval directions: Estradiol patch Weekly 0.1 milligrams per 24 hour patch, place two patches onto skin in male to female transgender person Approval duration: 12 months | Overturn |
| CW | MSHPFL-6624 | FLMedicaid-Appeals | MedicaidFL | Pre-Service Appeal | Pharmacy Denial | RX - Does Not Meet Exception Guidelines | 9/8/2021 3:19:00 PM | Request for SUPPRELIN LA Kit 50MG Kit | Given this additional information and the member's medical status, the original denial for SUPPRELIN LA (Histrelin Acetate Implant Kit 50 MILLIGRAMS), Inject one implant (50 milligrams) is Overturned and approved as medically necessary. Approval is granted for Supprelin LA (Histrelin Acetate Implant Kit 50 MILLIGRAMS), Inject 1 Implant under the Skin Once For 1 Implant. | Overturn |
| MMA | MSHPFL-11588 | FLMedicaid-Appeals | MedicaidFL | Pre-Service Appeal | Pharmacy Denial | RX - Does Not Meet Exception Guidelines | 12/6/2021 12:07:00 PM | Request for SUPPRELIN LA Kit 50MG Kit | Advisor Review Completed by Medical Director Ernest Bertha, MD on 12/17/2021 at 10:09am. Request for treatment with SUPPRELIN LA Kit 50MG Kit is APPROVED as medically necessary. Approval is granted to inject 50 milligrams under the skin yearly... Approval is granted for a treatment duration of 1 year. | Overturn |

Worksheet: Sheet1