**AGENCY FOR HEALTH CARE ADMINISTRATION**
**After the Fact Request Form Under 35K**

| Requestor Name: | Devona Pickle | Date: | 05/26/2022 |
|---|---|---|---|
| Division/Bureau: | Medicaid/Medicaid Policy | Vendor Name: | Andre Van Mol |
| Phone: | 850-412-4646 | Dollar Amount: | $6,125.00 |
| E-mail address: | Devona.Pickle@ahca.myflorida.com | Dates of Service: | 4/15/22-6/30/22 |

| Reason for Occurrence (brief explanation): |
|---|
| On April 20, 2022, the Bureau of Medicaid Policy received a request for a time-sensitive analysis for service coverage. While such requests typically are for a single service or good, this particular request called for a simultaneous analysis of three distinct services. Per the Agency's promulgated rule, the Agency must consider multiple factors, including recommendations or assessments by clinical or technical experts on the subject or field. Due to the enhanced scope of the project, the Agency sought subject matter expertise from outside of the Agency. Due to the need to start work quickly, all of the purchase order elements were not available until May 6, 2022, which was after the start of work. Verification of the availability of funding and approval from executive leadership was obtained prior to any work being conducted for this project. |

| Why it was in the best interest of the State to Proceed: |
|---|
| Consultant services were used prior to issuance of the purchase requisition in order to ensure the time-sensitive analysis was comprehensive and complete by May 5, 2022. |

| Actions to be taken to Prevent Reoccurrence: |
|---|
| Consider whether the Agency's policy (4007) can be utilized to avoid an ATF request. We will continue to work with consultants to promptly enroll them in advance of receipt of services. |

| Division/Office Approval | |
|---|---|
| Supervisor's Name: (Required) | Ann Dalton |
| Signature: (Physical or email approval) | Approved via email |

| Purchasing Office Approval |
|---|
| Approved:  YES ☒  NO: ☐ |
| Comments: |
| Purchasing Office Approver: *Ashley Balkcom* 6/6/22 |

**Invoice must be sent with ATF form.  Supervisor approval is required, but may be in electronic form (email).**

AHCA FORM 2100-0037, Revised: July 2014

**AGENCY FOR HEALTH CARE ADMINISTRATION**
**After the Fact Request Form Under 35K**

*Submit all requests by email to:* ***MFMP_Help@ahca.myflorida.com***

AHCA FORM 2100-0037, Revised: July 2014

AHCA0249601
Def_000241593