| | |
|---|---|
| **From:** | Andre Van Mol <95andrev@gmail.com> |
| **Subject:** | Re: Florida Consulting [Priv/Confi/Atty WP] |
| **Sent:** | 2022-05-01T18:50:48Z |
| **Cc:** | "Sheeran, Andrew" <Andrew.Sheeran@ahca.myflorida.com>, "Pickle, Devona" <Devona.Pickle@ahca.myflorida.com> |
| **To:** | Weida Jason <Jason.Weida@ahca.myflorida.com> |

FLORIDA MEDICAID & G:TAT.docx

Hi, Jason and team.

Please find attached my initial document for you all regarding the requested information on GAT/TAT for minors. Please note the page 1 table of contents for ease of use. One might consider starting with the center "MAJOR BULLET POINTS" section to get a feel of things. Most of what was requested follows the bullet section. However, the background information preceding this is vital to understand, and our presuming either prior knowledge or ability to skip steps could lead to trouble -- trouble easily averted by overdelivering rather than under, so I did.  I left out a section demonstrating that the very high probability of mental health problems and adverse childhood experiences in transgender identified minors precedes the finding of gender dysphoria (not the other way around), as you already have an expert in child psychiatry working on that, but I can provide it if desired. The final section on the poor but oft quoted studies should be useful as well.

---

There is more in the document, at 55 pages and over 200 citations (partly due to repetition), than you might need, but my attorney friends revel in detail prior to distillation.
I look forward to our talking together this Friday.  I can provide further information according to your requests.

Thank you,
Andre

PS  Jason, you mentioned DD, and I didn't catch who that was. May I ask you for forward this document to whomever requires it?  Thanks again.