

RICK SCOTT
GOVERNOR

JUSTIN M. SENIOR
SECRETARY

# SPECIALLY MODIFIED LOW-PROTEIN FOODS
# GENERALLY ACCEPTED PROFESSIONAL MEDICAL STANDARDS (GAPMS)
# DETERMINATION REPORT WITH RECOMMENDATION

**Date:** {DATE}

**To:** Beth Kidder, Deputy Secretary for Medicaid

**From:** Bureau of Medicaid Policy

**Subject:** **Specially Modified Low-Protein Foods**

## PURPOSE

In order for the use of specially modified low-protein foods (SMLPF) to be covered under the Florida Medicaid program, it must meet the medical necessity criteria as defined in Rule 59G-1.010, Florida Administrative Code. (F.A.C.), and be funded through the General Appropriations Act of Chapter 216, Florida Statutes (F.S.).

Pursuant to the criteria set forth in 59G-1.010, F.A.C., the use of SMLPFs must be consistent with generally accepted professional medical standards (GAPMS) as determined by the Medicaid program, and not experimental or investigational.

In accordance with the determination process established in rule 59G-1.035, F.A.C., the Deputy Secretary for Medicaid will make the final determination as to whether SMLPFs are consistent with generally accepted professional medical standards and are not experimental or investigational.

If it is determined that SMLPFs are consistent with generally accepted professional medical standards, this report will be supplemented with an addendum which analyzes additional factors to determine whether this health service should be covered under the Florida Medicaid program.

## REPORT WITH RECOMMENDATION

This report with recommendation is presented as the summary assessment considering the factors identified in 59G-1.035, F.A.C. based on the collection of information from credible sources of reliable evidence-based information. The intent is to provide a brief analysis with justification in support of the final recommendation.

The analysis described in this report includes:
- A high-level review of relevant disease processes.
- An overview of the health service information.
- Clearance from the government regulatory body (e.g. U.S. Food and Drug Administration).

2727 Mahan Drive • Mail Stop # 20
Tallahassee, FL  32308
AHCA.MyFlorida.com



Facebook.com/AHCAFlorida
Youtube.com/AHCAFlorida
Twitter.com/AHCA_FL
SlideShare.net/AHCAFlorida

Def_000292258

- Evidence based clinical practice guidelines.
- A review of the literature considered by the relevant medical community or practitioner specialty associations from credible scientific evidence-based literature published in peer reviewed journals and consensus of coverage policy from commercial and other state Medicaid insurers.

**HEALTH SERVICE SUMMARY**

**Phenylketonuria (PKU)**

Classified as an inborn error of metabolism (IEM), PKU is a genetic condition present from birth that prohibits the body from metabolizing the protein phenylalanine.  When the body cannot break phenylalanine down, the protein accumulates in the bloodstream affecting development of the central nervous system.  If left untreated, PKU results in intellectual disability, seizures, and behavior disorders.  The condition affects approximately 1 out of every 15,000 newborns in the U.S. (Camp et al, 2012) and 206 Florida Medicaid recipients.

**Treatment**

PKU is a genetic defect and has no cure.  However, early diagnosis immediately following birth and diligent dietary management can prevent the disease's effects.  Patients diagnosed with PKU must avoid foods that contain phenylalanine.  These consist of those generally high in protein such as poultry, beef, pork, dairy, fish, seafood, legumes, and nuts.  Patients should also avoid other staples like bread, pasta, and starches (corn and potatoes) but can eat them in small quantities.  This results in the primary components of a PKU patient's diet consisting of fruits and vegetables.  Given these restrictions, patients are unable to consume adequate protein to sustain healthy development and nutrition and must use special formulas (medical foods) rich in protein but absent of phenylalanine to meet their needs.  When combined with a low-protein diet, the formulas enable PKU patients to lead full, healthy lives.  To prevent complications, patients diagnosed with PKU must adhere to this diet for life (Vockley et al, 2014).

**Medical Foods**

Medical food is a broad term that can lead to confusion and misuse.  In 2012, Camp et al used PKU as an example of how to better define the term. In regards to the disease, medical food consists of two categories, products that provide protein along with other essential nutrients and foods that are low in protein.  This includes foods such as single amino acids and specific vitamins.

The term "medical foods" is an umbrella label that includes a variety of products used to treat and manage numerous medical or health conditions.  According to the Orphan Drug Act of 1988, medical foods are those "formulated to be consumed or administered enterally under the supervision of a physician and which are intended for the specific management of a disease or condition."  The U.S. Food and Drug Administration (FDA) further states that "medical foods are foods that are specially formulated and processed for a patient who requires use of the product as a major component of a disease or condition's specific dietary management." (FDA, 2016)

These broad definitions allow for multiple product types to share the classification of medical foods including formulas, supplements, and anything processed specifically for disease management.  The label alone is insufficient to determine purpose and medical necessity.  One

product categorized as a medical food can be an enteral formula vital to treating a disease, while another is an ordinary food item designed without an ingredient that can be harmful for patients with certain diagnoses or conditions.  Understanding the purpose for each medical food requires in-depth investigation beyond the label.

**Formulas**

Formulas are nutritional drinks designed to provide nutrients for patients who are unable to obtain them from their diet.  Depending on the disease, formulas can contain specific proteins and vitamins specially processed to sustain a patient's nutrition while not exacerbating the disease.  For example, formulas for PKU patients contain amino acids absent of phenylalanine and serve as a primary source of protein (Van Calcar et al, 2012).

**Specially Modified Low-Protein Foods**

Used as an adjunct to manage PKU, SMLPFs resemble conventional items such as hamburgers, bread, cheese, and hot dogs but contain ingredients free of phenylalanine.  Based on wheat starch recipes, these products' intent is not to provide core nutrients but rather to promote more normal appearing diets and give satiety to patients.

Unlike formulas, SMLPFs are not necessary to treat PKU.  They do not provide proteins free of phenylalanine and cannot act as substitutes for formulas.  Instead, these foods help to increase dietary variety and normalize the appearance of a low protein diet (Vockley et al, 2013).

Due to the rarity of PKU, patients wishing to acquire these foods must do so directly from the manufacturers as they are not commercially available in local grocery stores.  This makes the products more difficult to access due to higher costs and shipping (Camp et al, 2012).  The products may cost two to eight times as much as similar (unmodified) products in grocery stores.  Additionally, given that some of these items are soft (bread) or frozen (microwaveable entrees), shipping costs can be more expensive (Camp et al 2012).

Intended for use in addition to formula, these products range from basic staples such as low-protein flour to frozen microwaveable dishes.  Product examples and their ingredients are listed below (Cambrooke, 2017):

- Baking Mix, 2 lb. bag, $15.49. Ingredients: wheat starch, sugar, canola oil, fully hydrogenated cottonseed oil, and xanthan gum
- Blueberry Scones, 16 oz. package, $12.99. Ingredients: wheat starch, non-dairy creamer, blueberries, tapioca starch, butter, sugar, powdered sugar, xanthan gum, canola oil, fully hydrogenated cottonseed oil, baking powder, cinnamon, and malic acid
- American Cheese Singles, 32 slice package, $12.99. Ingredients: water, food starch, partially hydrogenated soybean oil, modified food starch, milk protein concentrate, salt, natural flavor, sodium phosphate, stabilizers (xanthan, locust bean, guar gums), sorbic acid, lactic acid, and artificial color

**Government Regulatory Body Approval**

The FDA does not subject medical foods to the same regulatory process as drugs.  However, they must meet and follow certain guidelines and are exempt from the nutrient content labeling rule mandated by the Nutrition Labeling and Education Act of 1990.  The FDA requires all medical foods to adhere to the following criteria:

- Be specially formulated and processed products
- Be intended for the dietary management of a patient that is unable to digest nutrients
- Provide nutrition specifically for the unique needs caused by a disease or condition
- Be used under a medical professional's supervision

Obtaining medical food does not require a prescription because the FDA does not regulate them as drugs.

**LITERATURE REVIEW**

This analysis summarizes information obtained from scientific literature published in credible peer-reviewed journals related to SMLPFs. This section also briefly cites the positions from the relevant medical societies, and summarizes the key articles referenced in support of their positions.

**Dietary Management of PKU**

The medical community agrees that the best treatment for PKU is through dietary management and that controlling phenylalanine levels with a combination of formula and low protein foods is the ideal method (Camp et al, 2012). However, available scholarship does not indicate a medical necessity for SMLPFs as opposed to fruits, vegetables, and sugars, as patients are still required to obtain essential nutrients from formulas (Vockley et al, 2014).

To treat PKU, the primary method of controlling dietary intake presents problems such as adherence, malnutrition, and effects on quality of life (Ho et al, 2014). Research notes that 60-80% of patients begin failing to maintain their diets by adolescence and those that do still show impaired cognitive function. Much of the reason why patients struggle with adherence is due to the palatability of a PKU diet. They must avoid all foods high in protein and can only eat starches, fruits, and vegetables in limited quantities. In addition, the phenylalanine-free amino acid formulas have large quantity servings and poor flavor (Santos et al, 2006).

Adding glycomacropeptide (GMP) to PKU patients' diets has improved nutrition and quality of life. Based on a natural by-product of cheese production, GMP has a high protein concentration and contains little phenylalanine. Replacing synthetic amino acids with GMP in formulas results in more satiety, better nutrition, and higher compliance with PKU diets (Strisciuglio et al, 2014). Although GMP is present in formulas, it is not an ingredient in SMLPFs.

Van Calcar et al (2012) provided an analysis evaluating how alternatives were needed for amino acid-based formulas to help patients stay compliant with a PKU diet. They emphasized that persistent hunger was one of the main challenges with PKU diets and that GMP could serve as a better alternative. The analysis noted that GMP provided improved satiety and better taste over amino acid formulas.

MacLeod et al (2010) conducted a study with 11 PKU patients completed over an eight-day period. During the first four days, participants consumed a diet using a synthetic amino acid formula as their primary source of protein. In the last four days, the researchers switched the formula to food containing GMP. Participants gave daily blood samples throughout the study. The conclusions noted that the participants had lower levels of the hunger hormone, ghrelin,

when they consumed a GMP-based diet. This indicated higher rates of satiety because increased ghrelin levels occur when the body is hungry.

When determining the best method for improving satiety while providing essential proteins, research indicates that using foods and formulas with GMP offers an ideal strategy. Van Calcar et al (2012) states "protein is the most satiating nutrient." Low-protein foods based on starches do not have amino acids or GMP and cannot provide basic nutrition (Vockley et al, 2014).

**Current Research on PKU Treatments**

New research focuses on reinforcing the PKU diet by making it more palatable and satisfying. This includes introducing formulas based on glycomacropeptide but also exploring large neutral amino acids (LNAA). In 2016, Concolino et al conducted a study that evaluated LNAA efficacy and concluded that this method is effective in lowering blood phenylalanine levels. They based this on the findings from 12 participants who also reported that the LNAA based foods tasted better than their traditional formulas. Concolino et al also noted that this method provided an effective means of delivery for other essential vitamins and nutrients. Although LNAAs appear promising, more studies with larger groups are needed to determine their full potential. If LNAAs become a mainstay in treating PKU, they will function as part of the dietary management strategy (Ney et al, 2014).

Another option gaining support is through pharmaceuticals. In 2007, the FDA approved Kuvan (sapropterin dihydrochloride), which can enhance tolerance of phenylalanine in PKU patients. Muntau et al published the results of a trial in 2017 showing that the drug raised acceptable levels but that it should be taken in conjunction with a traditional PKU diet. To reach these conclusions, the researchers placed 27 participants on Kuvan for a 26-week regimen and compared phenylalanine tolerance with a control group that only used the diet. Despite findings like these and those of similar trials, Kuvan cannot become the new mainstay of PKU treatment. The drug's efficacy varies depending on the severity of each patient's condition and is not recommended for cases that are difficult to manage (Ho et al, 2014).

Advancing research for PKU treatment is highly challenging due to the rarity of the disease. The small number of patients and their geographic dispersion do not allow for adequate sample sizes when conducting studies. Because of this, demonstrating effectiveness is difficult and slows progress in comparison to common diseases (Agency for Healthcare Research and Quality, 2012).

**Research on Specially Modified Low-Protein Foods**

Current research on treating PKU continues to focus on managing the condition through diet with formula as the primary means of obtaining vital nutrients. However, these studies do not examine the efficacy of SMLPFs. Without research and trials, questions remain as to whether these products promote dietary adherence, can be consumed in quantities adequate to achieve satiety, and are necessary to provide complete nutrition in addition to formula.

**Evidence-Based Clinical Practice Guidelines**

The American College of Medical Genetics and Genomics (ACMG) released a guideline for the management of PKU in 2014. It stated that "dietary therapy with restriction of phenylalanine intake remains the mainstay" of PKU therapy and that without medical foods the disease "will result in inadequate protein to support normal growth and health." However, the ACMG

differentiates between medical foods that are formulas containing glycomacropeptide or amino acids from those that are SMLPFs.  In regards to formulas, it asserts that they are the main factor in a PKU diet and are needed to "meet established dietary requirements."  The ACMG also considers SMLPFs to be necessary because they "mimic higher protein foods" and increase variety.  The guidelines further state that formulas and SMLPFs "should be regarded as medications." Aside from these statements, the ACMG issues no further opinion or guidelines on the use of SMLPFs.

**COVERAGE POLICY**

This section provides a summary of coverage and policy information from Medicaid, Medicare, and private insurers.

**Medicare**

Medicare does not cover SMLPFs. The Centers for Medicare and Medicaid Services (CMS) have not issued a national coverage determination and none of its contracted insurers have issued a local coverage determination (CMS, 2017).

**Medicaid**

Florida Medicaid covers PKU formulas such as Glytactin for patients under 21.  These products consist of glycomacropeptide and/or other phenylalanine-free ingredients that provide essential protein and nutrients while improving satiety.

Connecticut offers coverage for SMLPFs only with prior authorization (Connecticut Husky Health, 2015).

Georgia's coverage policy for SMLPFs must have prior authorization and are only available to enrollees age 21 and under (Georgia Department of Community Health, 2017).

Idaho covers SMLPFs but requires prior authorization (Idaho Department of Health and Welfare, 2017).

Indiana covers SMLPFs and reimburses $5.33 per unit (Indiana Medicaid, 2016).

Iowa covers SMLPFs only with prior authorization and for those products that have a National Drug Classification number (Iowa Department of Human Services, 2014).

Maine does not offer coverage for SMLPFs (Maine Department of Health and Human Services, 2017)

Minnesota's Health Care Program covers SMLPFs for up to $525 per month (Minnesota Department of Human Services, 2017).

Kentucky covers SMLPFs, requiring prior authorization and certificate of medical necessity (Kentucky Department of Public Health, 2016).

Nevada covers SMLPFs only with prior authorization and for a six-month period.  Patients must acquire their SMLPFs through a pharmacy or durable medical equipment provider (Nevada Department of Health and Human Services, 2015).

New Jersey covers SMLPFs when prescribed by a practitioner (New Jersey Department of Human Services, 2015).

West Virginia does not cover SMLPFs (West Virginia Department of Health and Human Resources, 2016).

Wyoming and Texas cover SMLPFs only with prior authorization and will not reimburse for foods traditionally classified as low in nutritional value such as cakes, cookies, and onion rings (Wyoming Department of Health, 2016 and Texas Department of Health and Human Services, 2016).

**Other Insurers**

Aetna does not cover specially modified low-protein foods except when state law mandates it.

United Healthcare lists low-protein foods among its coverage exclusions for oral and enteral nutrition and does not cover it unless state law requires it.

Blue Cross Blue Shield (BCBS) of Rhode Island and BCBS of Massachusetts cover low-protein foods when ordered by a physician.

Florida Blue (BCBS) does not cover low-protein foods.

Oregon statutorily requires private insurers to cover low-protein foods using code S9435 (Huntington et al, 2009).

**GENERALLY ACCEPTED PROFESSIONAL MEDICAL STANDARDS RECOMMENDATION**

This report does not recommend specially modified low-protein foods as a health service that is consistent with generally accepted professional medical standards. Such foods are not demonstrated to be an effective treatment option for PKU.

**Rationale**

The medical profession notes that SMLPFs can assist in the management of PKU by increasing dietary variety and satiety. However, it does not indicate that these foods are necessary for sustaining the health and nutrition of patients. SMLPFs do not provide essential nutrients and can only be used to supplement formula. Using them to treat PKU alone would result in complications and developmental issues for patients. The clinical practice guidelines also do not indicate necessity, noting that SMLPFs help create the appearance of a normal diet.

While research has demonstrated the vitality of formulas for managing PKU, it does not do the same for SMLPFs. The available literature does not cite any studies to support necessity, causing the statement supporting their use to appear as opinion rather than fact. In order for SMLPFs to share the same medically necessary status of formula, research needs to show that PKU patients cannot manage the disease without it. Stating that such food provides "dietary variety" is insufficient to consider it as medication.

Considering the lack of essential nutrition and the limited research supporting its efficacy, specially modified low-protein foods are not consistent with the generally accepted professional medical standards pursuant to Rule 59G-1.035, F.A.C.

**____Concur               ____Do not Concur**

**Comments:**

_____

_____

_____


_____        _____
*Deputy Secretary for Medicaid (or designee)*                                                  *date*

Def_000292265