

RICK SCOTT
GOVERNOR

JUSTIN M. SENIOR
SECRETARY

# SCLERAL CONTACT LENS
# COVERAGE DETERMINATION REPORT WITH RECOMMENDATION

**Date:** November 14, 2017

**To:** Beth Kidder, Deputy Secretary for Medicaid

**From:** Bureau of Medicaid Policy

**Subject:** **Scleral Contact Lenses**

## PURPOSE

The purpose of this report is to determine whether scleral contact lenses should be covered under the Florida Medicaid program under CPT code V2531.

## REPORT WITH RECOMMENDATION

This report represents a summary of information and reliable evidence considered when making the coverage recommendation. The intent is to provide a brief analysis with justification in support of the final recommendation.

The analysis described in this report includes:
- Background on the coverage request
- A review of the literature considered by the relevant medical community or practitioner specialty associations from credible scientific evidence-based literature published in peer reviewed journals
- A review of existing coverage policies for similar health services under the Florida Medicaid program
- A summary of coverage policy from other state Medicaid and commercial insurers
- A fiscal analysis

## BACKGROUND

The Agency for Health Care Administration received a request for coverage of scleral contact lenses. This product was determined to be a generally accepted professional medical standard (GAPMS), not requiring a complete GAPMS review. Scleral contact lenses were evaluated for a coverage determination.

Scleral contact lenses are a type of rigid gas permeable lens that rest completely on the sclera and do not touch the cornea. They are composed of three portions: the scleral (haptic) portion that rests on the sclera; the vault, which is responsible for corneal and limbal clearance of the lens; and the optical portion of the lens. When properly fitted, the lenses are stable and do not move on the eye. The diameter of the lenses is 15 mm or larger. Mini-scleral contact lenses

2727 Mahan Drive • Mail Stop # 20
Tallahassee, FL  32308
AHCA.MyFlorida.com



Facebook.com/AHCAFlorida
Youtube.com/AHCAFlorida
Twitter.com/AHCA_FL
SlideShare.net/AHCAFlorida

Def_000286961

have diameters between 15 mm – 18 mm, and true scleral contact lenses have diameters greater than 18 mm. The lenses are filled with either unpreserved saline or normal saline fluid before being inserted in the eye (Rathi, Mandathara, Taneja, Dumpati, & Sangwan, 2015). This fluid reservoir masks corneal surface irregularities, thereby improving visual acuity for patients with corneal surface irregularities. The fluid reservoir also serves as a liquid bandage, which can be used to treat ocular surface disorders (Schornack & Patel, 2010).

**Sclera and Cornea**

The sclera is the white, outer coating of the eye and is made of tough, fibrous tissue that extends from the cornea to the optic nerve at the back of the eye. The cornea is the clear, dome-shaped, outermost layer of the eye. It serves as a barrier to protect the eye from germs, dust, and other harmful matter (Medline Plus, 2017). The cornea also helps the eye focus and accounts for two-thirds of the eye's refractive power (Katzman & Jeng, 2014). Many types of disease processes and irregularities can affect the cornea.

**Diseases and Irregularities of the Cornea**

Corneal damage is a leading cause of blindness worldwide, with causes including injuries to the outermost layer of the cornea, damage or scars from other eye surgeries, infections, hereditary corneal defects, and inflammation from chronic dry eye (Research to Prevent Blindness, 2017). Corneal diseases and irregularities are also prevalent, occurring in young and old populations alike. In their 2009 report, Shepard, Razavi, Stason, Jacobs, Suaya, Cohen, et al. found that corneal disease ranked fifth among major eye diseases among Medicare recipients in terms of frequency and physical and economic burden. Keratoconus is the most common degenerative disease affecting the cornea and the most common corneal dystrophy in the United States. Keratoconus is a progressive thinning of the cornea that causes the middle of the cornea to thin, bulge outward, and form a rounded cone shape. The abnormal curvature can result in double or blurred vision, nearsightedness, astigmatism, and increased sensitivity to light. Most prevalent among teenagers and adults in their 20's, keratoconus affects one in 2000 Americans (National Eye Institute, 2016).

Ocular surface diseases include severe dry eye syndromes of various etiologies (Alipour, Kheirkhah, & Behrouz, 2012); corneal ectasia disorders such as keratoconus and pellucid marginal degeneration (Rathi, Mandathara, Vaddavalli, Srikanth, & Sangwan, 2012); and persistent epithelial defects (Katzman & Jeng, 2014). These diseases can result in poor visual acuity, ocular discomfort, and decreased quality of life. In addition to ocular surface disease, corneal irregularities also lead to poor visual acuity despite conservative treatment with eyeglasses or conventional soft or rigid gas permeable contact lenses. Irregularities can result from disease processes, can occur after various types corneal surgeries, or can be due to corneal trauma (Romero-Jiménez & Flores-Rodriguez, 2012; Steele & Davidson, 2007; Ye, Sun, & Weissman, 2006).

Mild forms or early stages of corneal diseases can be treated with topical and systemic medications, bandage soft contact lenses, and various other types of contact lenses (such as soft, rigid gas permeable, Rose K, piggy back, or hybrid), depending on the particular disease. Advanced ocular surface diseases and corneal irregularities are quite challenging to treat because of distortions to the corneal shape. Conventional treatments become less and less tolerated and effective as these diseases progress (Shepard et al., 2009; Stason, et al., 2009).

**Treatment**

**Conventional Lenses**

There are two common types of contact lenses: soft and standard rigid gas permeable. Soft contact lenses are small in diameter and conform to the shape of the cornea. Certain conditions of the eye may cause the cornea to become warped or severely damaged (e.g., keratoconus, corneal surgery, trauma) and cannot be managed with soft contact lenses due to the fit of the lens on the eye.

Standard rigid gas permeable lenses float on a layer of tears on top of the cornea; because they are rigid, they do not conform to the shape of the cornea like soft contact lenses. The tears accumulated under a standard rigid gas permeable lens fill in the damaged areas, providing greatly improved visual acuity. While results with standard rigid gas permeable lenses may be satisfactory, there are cases in which standard rigid gas permeable lenses are still unable to provide acceptable vision or a comfortable fit. For example, as keratoconus advances and the cornea becomes more irregular in shape, the ocular surface could be damaged if an optimal fit cannot be achieved (Rathi et al., 2013).

**Scleral Contact Lenses**

If soft contact lenses or standard rigid gas permeable contact lenses are not therapeutically successful, cannot be tolerated, or are otherwise contraindicated, scleral contact lenses may then be evaluated for use. The large diameter of scleral contact lenses (15.5-23 mm) allows them to be supported entirely by the sclera and completely vault the cornea, which creates a fluid-filled space (Rosenthal & Croteau, 2005). The large diameter of these lenses also improves centration, comfort, and corneal health (Romero-Jimenez & Flores-Rodriguez, 2012). Steele and Davidson (2007) reported that scleral contact lenses completely neutralize an irregular corneal surface, making the fitting of such eyes much easier. Scleral contact lenses can also be used to improve vision in patients who have corneal transplants (Schornack & Patel, 2010).

**Surgical Interventions**

Keratectomies (excising damaged parts of the cornea) and keratoplasty procedures (corneal transplants) are performed on deformed, damaged, and scarred corneas (Blackmore, 2010; Baran, Bradley, Alipour, Rosenthal, Le, & Jacobs, 2012). Surgical options, including repeat keratoplasty, may be delayed or avoided if scleral contact lenses can be effectively utilized (Schornack & Patel, 2010). Furthermore, Rathi et al. (2015) reported the use of scleral contact lenses can reduce the rate of keratoplasty for patients with keratoconus, which in turn reduces the cost, effort, and other issues related to maintaining corneal grafts.

Various surgical interventions, such as punctal occlusion and amniotic membrane transplantation, have been proposed for managing severe dry eye disease refractory to other treatment methods. The use of scleral contact lenses has been shown to be safe and effective in managing dry eye symptoms, which may result in regression of the disease and negate the need for surgical intervention (Alipour et al., 2012). The use of scleral contact lenses for persistent epithelial defects, if successful, can lead to a decreased need for surgical options, such as anterior stromal puncture, diamond burr debridement, and phototherapeutic keratectomy (Blackmore 2010).

Def_000286963

**Government Regulatory Body Approval**

The Food and Drug Administration (FDA), under Subchapter H, Part 886 – Ophthalmic Devices, Subpart D – Prosthetic Devices, identifies a scleral shell as a device "made of glass or plastic that is intended to be inserted for short time periods over the cornea and proximal-cornea sclera for cosmetic or reconstructive purposes. An artificial eye is usually painted on the device. The device is not intended to be implanted."

The device is exempt from the Premarket Notification requirements as a Class II device under special controls.

The Boston Scleral Lens received approval via the premarket approval process on November 30, 1987. The FDA approved the Boston Scleral Lens for managing corneal disorders on March 1, 1994 (Hayes, 2006). The FDA has since approved two additional scleral contact lenses. On February 9, 2016, BostonSight IC Scleral Lens, sold by Boston Foundation for Sight, was approved. On April 27, 2016, the EYEPRINTPRO Scleral GP Lenses, sold by Advanced Vision Technologies, were approved (FDA, 2017).

## LITERATURE REVIEW

This analysis summarizes information obtained from scientific literature published in credible peer-reviewed journals related to scleral contact lenses. This section also briefly cites the positions from the relevant medical societies and summarizes the key articles referenced in support of their positions.

**Clinical Indications**

Pullum (1999) identified the clinical indications for scleral contact lenses as irregular corneal topography, high refractive errors, iris encapsulation, therapeutic or protective applications, and "other" applications (e.g., working in dusty environments, intolerance to corneal or hydrogel lens wear).

In their research, Rosenthal and Croteau (2005) studied two primary clinical indications for scleral contact lenses: management of severe ocular disease and improvement of optical function. Scleral contact lenses serve as a liquid bandage in the management of various types of severe ocular diseases (e.g., persistent epithelial defects, severe dry eye disease, chronic graft-versus-host disease). The lenses provide a fluid-filled reservoir that bathes the cornea, provides an adequate supply of oxygen, and protects the cornea from friction/shearing from the eyelid, which occurs during blinking. In addition to restoring or maintaining the integrity of the corneal surface, the use of these lenses to manage severe ocular disease has been shown to reduce ocular pain and photophobia and improve visual acuity. Scleral contact lenses can also be utilized to deliver prophylactic and therapeutic topical medications to the cornea (Rosenthal, Cotter, & Baum, 2000).

**Clinical Outcomes**

To describe the therapeutic benefits of scleral contact lenses in the management of ocular surface diseases, Romero-Rangel et al. (2000) reviewed the medical charts of 49 patients (76 eyes) with a diagnosed ocular surface disease, ages 3 to 87 years. Their diagnosed diseases included Stevens-Johnson syndrome, ocular cicatricial pemphigoid, toxic epidermal necrolysis, several types of keratitis, a congenital deficiency, Sjogren syndrome, and inflammatory corneal

degeneration. In 25 of 76 eyes, other types of contact lenses had been tried unsuccessfully. Visual acuity improved in 40 eyes (53%). Defects were healed in eight of 15 eyes with a corneal epithelial defect at time of lens insertion. Of the eyes with a history of recurrent or persistent epithelial defects, 48% did not experience a recurrence of epithelial defects after lens fitting. Thirty-seven of 49 patients (75%) reported a marked decrease in photophobia. Forty-five of the 49 patients (92%) reported improvement in their quality of life due to a reduction of photophobia and ocular discomfort. Forty-seven of 49 patients (72 of 76 eyes) were able to maintain or improve their visual acuity. The authors concluded gas permeable scleral contact lenses provide an additional effective strategy in the surface management and visual rehabilitation of patients with severe ocular disease.

Rosenthal et al. (2000) conducted a retrospective study of treatment outcomes in 13 patients (14 eyes), ages 16 to 74 years, with persistent epithelial defects fitted with scleral contact lenses. Re-epithelization of the cornea requires a combination of oxygenation, moisture, and protection of the epithelium. The design of scleral contact lenses allows them to avoid suction through a fluid-filled tear interchange. This creates a unique environment for the corneal epithelium, consisting of an adequate oxygen supply, a constant aqueous interface, and the absence of friction, negating the need for surgery. The authors concluded scleral contact lenses were effective in promoting healing in the eyes of eight patients that failed to heal after other therapeutic measures were tried. Healing time varied from 36 hours to 36 days. The lenses used in the study also served as a vehicle for delivering prophylactic and therapeutic topical ocular medications (an antibiotic and a steroid) to the cornea.

Rosenthal and Croteau (2005) conducted a retrospective study involving the record review of 538 patients (875 eyes) fitted for gas permeable scleral contact lenses for whom rigid gas permeable lenses either were not tolerated or were contraindicated in all eyes. Of note, patient age was not indicated. They studied the impact of scleral contact lenses on optical function (501 eyes) and management of severe ocular surface disease (374 eyes). Of the eyes fitted primarily to improve visual functioning, most had corneal ectasia (including keratoconus), abnormal astigmatism after penetrating keratoplasty, or other failed surgical interventions, and eyeglasses were inadequate in correcting their vision. In many of those cases, the scleral contact lenses were effective in providing excellent vision correction. Of the eyes fitted to manage various ocular surface diseases, the scleral contact lenses were used as a corneal bandage. The use of the lenses significantly mitigated ocular pain and disabling photophobia, helped heal persistent epithelial defects and prevent recurrence, and improved vision. This study identified scleral contact lenses as an important palliative and therapeutic tool, especially in regards to relief of pain and photophobia in patients with primary severe dry eye. Scleral contact lenses were also a superior alternative to tarsorrhaphy in managing exposure keratitis. The study did note extended scleral contact lens wear and dry eye disease were risk factors for developing bacterial keratitis, especially when epithelial defects were present. However, this complication did not occur when the fluid reservoir was inoculated with moxifloxacin. Overall, scleral contact lenses were reported to be an important tool for managing many corneal disorders that have not responded to other treatment measures.

E-S. Visser, R. Visser, van Lier, and Otten (2007) published two studies using the same population data, drawn from the authors' practices. One study pertained to the clinical features of modern scleral lenses and the second study examined patient satisfaction. Their study recruited 178 patients (284 eyes), ages 18 to 80 years. Among these patients, 106 were wearing scleral contact lenses in both eyes and 72 were wearing scleral contact lenses in only one eye. These patients were fitted with scleral contact lenses due to failure with other lens types. Among the 284 eyes, 87 eyes were uncorrected with contact lenses prior to their fitting

for scleral contact lenses; 142 eyes were using a standard rigid gas permeable lens; and 55 eyes were using other types of lenses (such as eyeglasses and corneal, piggyback, and soft lenses). The patients were divided into six main groups based on their diagnoses: keratoconus (143 eyes), post-penetrating keratoplasty (56 eyes), primary or secondary irregular astigmatism (36 eyes), keratitis sicca (15 eyes), corneal dystrophy (10 eyes), and "multiple diagnoses" (24 eyes). The authors found significant increases in visual acuity with scleral contact lenses in comparison to best-corrected visual acuity without scleral contact lenses. The highest median increase was seen in eyes with keratoconus. With regards to patient satisfaction, 78.9% of patients reported increased ocular comfort, 78.2% reported improved visual quality, and 87.7% reported overall satisfaction with their scleral contact lenses.

Scleral contact lenses have been shown to provide significant improvements in visual acuity and visual functioning for patients with corneal ectasia, irregular astigmatism, and ocular surface disease for whom other correction methods failed (Baran et al., 2012). In 59 patients (118 eyes) with corneal ectasia, ages 18 to 89 years, 93% were able to achieve visual acuity of 20/40 or better even though 53 of those patients had failed attempts with other correction methods.

**Advantages and Disadvantages**

Scleral contact lenses can effectively treat a variety of ocular surface diseases and corneal aberrations where other lens types have been unsuccessful. Their large diameter makes them easier to fit over irregular corneas and they provide good centration on the eye. They can also be used to deliver topical medications to the cornea. Noted advantages of scleral contact lenses include improvements in corneal health, improvements in visual acuity and visual functioning, decreases in ocular pain and photophobia, decreased need for surgical interventions, and improvements in quality of life. Developments in lens materials and designs, the use of new technology for making the lenses, and improvements in lens-fitting techniques have resulted in wider acceptance for using scleral contact lenses. Scleral contact lenses are relatively easy to fit. The number of fitting sessions required to successfully fit these lenses is comparable to fitting other rigid gas permeable lenses, and the initial fitting is often times successful. In many instances, standard design lenses can provide an acceptable fit (Schornack, Baratz, Patel, & Maguire, 2008), which reduces cost in comparison to customized lenses.

Shepard et al. (2009) conducted an economic appraisal of the Boston Ocular Surface Prosthesis (a particular brand of scleral contact lenses). They compared the costs of dispensing (manufacturing and professional services) to the benefits of improvements in visual acuity and visual functioning, which, in combination with other information, was converted to quality adjusted life years. The authors determined that the lenses were a cost-effective technology in terms of improving quality adjusted life years. The cost-effectiveness ratio was similar in patients with ectasia/astigmatism and ocular surface disease.

Regarding disadvantages, some studies have shown a risk of keratitis (infection) with the use of scleral contact lenses. Rosenthal et al. (2000) found the risk of bacterial keratitis was high in patients who wore the lenses for an extended period of time, especially if an epithelial defect was present. Rosenthal and Croteau (2005) indicated that dry eye and extended contact lens wear were risk factors for developing bacterial keratitis, but the risk was mitigated when the fluid reservoir was inoculated with moxifloxacin. The risk of keratitis has been shown to be rare in patients with keratoconus. The risk of infection can be reduced by following standard hygiene protocols for scleral contact lenses. Additional contraindications for use of scleral contact lenses include corneal edema, acute hydrops, and post filtration surgery; however, scleral

contact lenses may be resumed after the hydrops heals (Rathi et al., 2013). Corneal vascularization due to hypoxia is a known complication in all forms of contact lens wear, though the cause of hypoxia varies with different lens types. Because of the design of scleral contact lenses, they can be utilized in patients who develop corneal vascularization associated with wearing other types of contact lenses. The design of scleral contact lenses also provides an oxygenated environment for the cornea. The handling and care regimen can be a challenge for some individuals, as there are different insertion and removal techniques utilizing miniature plungers, frequent changing of saline bottles, and the use of multiple solution types for cleaning and disinfecting. However, Vreugdenhil, Geerards, and Vervaet (1998) found that even patients with low visual acuity did not have difficulty handling the lenses. The cost of the specialized equipment to manufacture these lenses is high, which increases manufacturing costs. As noted above, not all patients require custom-made lenses, which should lower overall costs.

### Limitations

Studies pertaining to the clinical aspects of scleral contact lenses tend to be retrospective and uncontrolled with small sample sizes and a lack of long-term follow up. Some studies were supported by the Boston Foundation for Sight (the company that manufactures the scleral contact lens evaluated in numerous studies) and/or Bausch & Lomb, or were conducted by authors who are salaried employees of the Boston Foundation for Sight. The articles noted neither Bausch & Lomb nor the authors of the studies had personal financial interest in the scleral contact lens.

### Evidence-Based Clinical Practice Guidelines

The American Academy of Ophthalmology (2014) published a retrospective study of patients, ages 6 to 92 years, who utilized scleral contact lenses for a wide range of ocular problems, including undifferentiated dry eye syndrome, neurotrophic keratopathy, exposure keratopathy, chronic graft-versus-host disease, limbal stem cell deficiency, post-refractive surgery dry eye, and Sjogren's syndrome. The findings from this report indicated:
- Commercially available scleral lenses can be successfully used in the management of moderate to severe ocular surface disease
- The scleral lens fitting process can be completed efficiently for most eyes by using diagnostic trial lenses
- In addition to protecting the ocular surface, scleral lenses improve visual acuity in patients whose surface disease has compromised vision
- Therapeutic goals (improved comfort, ocular surface protection, or resolution of keratopathy) were achieved in 113 of 115 patients

## COVERAGE POLICY

### Medicare

According to the National Coverage Determination (Section 80.1), payment may be made under Section 1861(s)(2) of the Social Security Act for some FDA-approved contact lenses in certain situations. Specifically:

> Some hydrophilic contact lenses are used as moist corneal bandages for the treatment of acute or chronic corneal pathology and for other therapeutic reasons.

The National Coverage Determination (Section 80.4) also states payment may be made under the prosthetic device benefit for hydrophilic contact lenses when prescribed for an aphakic patient.

Additionally, the National Coverage Determination (Section 80.5), pertaining to scleral shells, indicates payment may be made under Section 1861(s)(8) of the Social Security Act under certain circumstances. Specifically:

> Scleral shell (or shield) is a catchall term for different types of hard scleral contact lenses. A scleral shell fits over the entire exposed surface of the eye as opposed to a corneal contact lens, which covers only the central non-white area encompassing the pupil and iris. Where an eye has been rendered sightless and shrunken by inflammatory disease, a scleral shell may, among other things, obviate the need for surgical enucleation and prosthetic implant and act to support the surrounding orbital tissue. In such a case, the device serves essentially as an artificial eye. In this situation, payment may be made for a scleral shell under §1861(s)(8) of the Act.

Scleral shells are occasionally used in combination with artificial tears in the treatment of "dry eye" of diverse etiology. Tears ordinarily dry at a rapid rate, and are continually replaced by the lacrimal gland. When the lacrimal gland fails, the half-life of artificial tears may be greatly prolonged by the use of the scleral contact lens as a protective barrier against the drying action of the atmosphere. Thus, the difficult and sometimes hazardous process of frequent installation of artificial tears may be avoided. The lens acts in this instance to substitute, in part, for the functioning of the diseased lacrimal gland and would be covered as a prosthetic device in the rare case when it is used in the treatment of "dry eye."

Procedure code V2531 was added to Florida's Medicare contractor, First Coast, Part A Medicare fee-for-service Durable Medical Equipment, Prosthetics, Orthotics, and Supplies (DMEPOS) fee schedule for dates of service on or after January 1, 2015. The code is considered a DME, prosthetic device, and the maximum reimbursement rate is $522.08 (First Coast Service Options, Inc., 2017).

**Florida Medicaid**

Florida Medicaid currently covers 33 different procedure/treatment options for management and treatment of ocular issues, including keratectomies, corneal transplant/keratoplasty, implantation of intrastromal corneal ring segments, removal of eye lesions, correction of astigmatism, closure of eyelid by suture, conjunctivoplasty procedures, and contact lens fitting and contact lens prescriptions for the treatment of ocular surface disease.

**State Medicaid Programs**

Thirty Medicaid programs include coverage for scleral contact lenses on their fee schedules, as outlined in the following table:

Def_000286968

| State | Fee Schedule |
|---|---|
| Arizona | $417.07 |
| Colorado | $330.88 |
| Delaware | $421.66 |
| District of Columbia | $405.47 |
| Idaho | $150.00 |
| Illinois | Unspecified |
| Indiana | $506.52 |
| Iowa | Manual |
| Kansas | Unspecified |
| Maine | $201.17 |
| Massachusetts | Individual Consideration |
| Michigan | Manual |
| Minnesota | $211.03 |
| Mississippi | $53.45 |
| Missouri | $78.28 |
| Nebraska (V2530 only) | Individual Consideration |
| New Hampshire | $309.14 |
| New Jersey | By Report |
| New Mexico | $177.30 |
| Oklahoma | Manual |
| Oregon | $160.84 |
| Rhode Island | $239.57 |
| South Dakota | $479.80 |
| Texas | $236.58 |
| Vermont | Unspecified |
| Virginia | Individual Consideration |
| West Virginia | $406.67 |
| Wisconsin | Manual |
| Wyoming | By Report |

Missouri, Vermont, and Wyoming Medicaid programs cover scleral contact lenses for recipients 0-20 years of age. Medical necessity documentation and invoice of cost are required. Minnesota manually covers scleral contact lenses without prior authorization for bandage lenses and patients with diagnoses of aphakia, keratoconus, or aniseikonia; all other diagnoses or conditions require authorization for lens services and supplies. Texas covers scleral contact lenses for any age as long as there is no other option to correct visual defect; however, replacement lenses are only covered for recipients 0-20 years of age. Illinois covers scleral contact lenses with prior authorization.

### Commercial Insurers

Aetna (2016) considers scleral contact lenses medically necessary for any one of the following indications:
- For the treatment of severe dry eyes (keratoconjunctivitis sicca), such as from Sjogren's syndrome, chronic graft-versus-host disease, radiation, surgery, Meibomian gland deficiency
- Corneal disorders associated with systemic autoimmune diseases
- Congenital etiologies

Replacement lenses are considered medically necessary under medical plans if required because of a change in the member's physical condition (not including refractive changes).

Blue Cross and Blue Shield of Florida (2017) indicates scleral contact lenses meet the definition of medical necessity for patients who have not responded to topical medications or standard spectacle or contact lens fitting for the following conditions:
- Corneal ectatic disorders (e.g., keratoconus, keratoglobus, pellucid marginal degeneration, Terrien's marginal degeneration, Fuchs' superficial marginal keratitis, postsurgical ectasia)
- Corneal scarring and/or vascularization
- Irregular corneal astigmatism (e.g., after keratoplasty or other corneal surgery)
- Ocular surface disease (e.g., severe dry eye, persistent epithelial defects, neurotrophic keratopathy, exposure keratopathy, graft-versus-host disease, sequelae of Stevens

Def_000286969

Johnson syndrome, mucus membrane pemphigoid, post ocular surface tumor excision, post-glaucoma filtering surgery) with pain and/or decreased visual acuity

Blue Cross/Blue Shield of Mississippi (no date) considers scleral contact lenses medically necessary when a patient has not responded to topical medications or standard spectacle or contact lens fitting for the following conditions:
- Corneal ectatic disorders (e.g., keratoconus, pellucid marginal degeneration)
- Corneal scarring and/or vascularization
- Irregular corneal astigmatism (e.g., after keratoplasty or other corneal surgery)
- Ocular surface disease (e.g., severe dry eye, graft-versus-host disease, sequelae of Stevens Johnson syndrome)

Blue Cross/Blue Shield of Texas (2016) considers scleral contact lenses medically necessary when the eye has been rendered sightless, shrunken or deformed, or when people are not candidates for corneal transplant. Premature babies or children who did not develop properly or completely may be candidates for medical necessity.

Fallon Health (2016) covers scleral contact lenses for certain medically necessary diagnoses. Prior authorization is required, as defined below:

Corneal contact lenses:
- Post-cataract surgery with insertion of intraocular lenses
- Treatment of aphakia (absent natural lens)
- Treatment of keratoconus (irregular protrusion of cornea)
- As moist bandages for treatment of acute or chronic corneal pathology

Scleral contact lenses:
- To treat eyes rendered sightless and shrunken by inflammatory disease. A scleral shell may obviate the need for surgical enucleation and prosthetic implant and act to support the surrounding orbital tissue.

**Fiscal Analysis**

During Fiscal Year 2015/2016 (FY15/16), there were 44,463 unique recipients with an associated diagnosed eye disease (see Attachment 1 for a list of diagnosed eye diseases and total number of recipients per disease). When recipients with more than one associated diagnosed eye disease are included, the number of recipients increases to 46,202. The age of diagnosed recipients ranged from 0 – 109 years.

For the purpose of this fiscal analysis, 33 procedure codes (see Attachment 2) currently covered by Florida Medicaid related to the management and treatment of multiple ocular issues were utilized (Agency for Health Care Administration, 2017). The Bureau of Medicaid Data Analytics provided information for fee-for-service claims and managed care encounter data. It should be noted the managed care encounters are low projections because the amount paid listed on the encounter was $0. During FY15/16, the total cost of claims for all analyzed treatment codes under fee-for-service transactions was $255,544.05. The total cost of claims for the same treatment codes under managed care encounters was $1,397,067.28. Combined, these costs totaled $1,652,611.33.

Removal of eye lesions (including keratectomy with grafts) was the costliest treatment during FY15/16, at a combined cost of $698,654.44. Corneal transplant procedures (keratoplasty) were performed at a combined cost of $292,928.01. Ocular surface reconstruction/amniotic membrane transplantations were performed at a combined cost of $231,237.84.

If covered, the Bureau of Medicaid Program Finance recommends that scleral contact lenses be reimbursed at $279.39. These lenses should last approximately 1-3 years.

According to Dalton and Sorbara (2011), 12-26% of patients with keratoconus need surgical intervention, and penetrating keratoplasty is the most commonly performed surgery. Baran et al. (2012) indicate penetrating keratoplasty corrects opacity but often results in post-operative astigmatism or anisometropia, which still requires correction with contact lenses. Contact lens fitting after keratoplasty is difficult. Schornack and Patel (2010) also report that despite a high initial success rate of penetrating keratoplasty, many patients still require rigid contact lenses to achieve their best vision. Additionally, complications such as graft rejection and graft failure occur in approximately 20% and 10% of eyes, respectively, and ectasia can recur in 6-11% of eyes receiving a penetrating keratoplasty for keratoconus. This frequently results in repeat keratoplasty procedures. Consequently, costs associated with treating corneal disorders increase.

During FY15/16, the total combined cost of penetrating keratoplasty (CPT code 65730) for Florida Medicaid was $133,413.88. If 12% of those individuals (using the low end of estimates provided by Dalton and Sorbara, 2012) had been prescribed scleral contact lenses, the cost of lenses would have been $4,392.01. By comparison, the cost of 12% of surgeries was $16,009.67. The use of scleral contact lenses instead of surgery for just 12% of cases would have resulted in a savings of $11,617.26. As mentioned previously, penetrating keratoplasty is not always successful in restoring vision and lenses are still needed. However, the use of scleral contact lenses prior to considering penetrating keratoplasty could result in some patients not requiring surgery, which would reduce the overall cost of treatment over the recipient's lifetime. Research indicates the use of scleral contact lenses can delay or avoid initial or repeat keratoplasty, which in turn reduces the cost, effort, and other issues related to maintaining corneal grafts (Schornack & Patel, 2010; Rathi et al., 2015). Savings would further increase with the use of scleral contact lenses in place of other corneal surgical procedures, such as keratectomy and ocular surface reconstruction. Also of note, scleral contact lens use may not be required throughout a recipient's life, thereby reducing costs associated with replacement lenses. Schornack, Pyle, and Patel (2014) conducted a retrospective study regarding scleral contact lens use in the management of ocular surface disease. Among 83 patients who had 12 or more months of follow-up after scleral contact lens therapy, 9 patients discontinued using the lenses because they found adequate relief with less aggressive intervention. For four patients, their conditions resolved and the lenses were no longer needed.

**GENERALLY ACCEPTED PROFESSIONAL MEDICAL STANDARDS RECOMMENDATION**

This report recommends scleral contact lenses as a health service that has been demonstrated to be an effective treatment option for certain advanced diseases of the cornea whereby no other types of contact lenses have been successful. If scleral contact lenses become a covered service under the Florida Medicaid program, it is recommended that they be prior authorized. Supporting medical documentation must include the recipient's diagnosis, the symptoms associated with the condition, the prescription for each eye, and documentation of all prior treatments attempted.

**Rationale**

__✓__ Concur     ____ Do not Concur

**Comments:**

_____

_____

_____

_____     11/17/17
Deputy Secretary for Medicaid (or designee)           Date

Def_000286972

Attachment 1

**Recipient Count per Diagnosis**

| Diagnosis Category | Unique Recipient Count | Percentage |
|---|---|---|
| Dry Eye Syndrome | 32,131 | 69.5% |
| Keratoconjunctivitis | 4,417 | 9.6% |
| Irregular Astigmatism | 4,241 | 9.2% |
| Ulcer | 2,043 | 4.4% |
| Keratoconus | 1,286 | 2.8% |
| Aphakia | 1,216 | 2.6% |
| Bullous Keratopathy | 427 | 0.9% |
| Recurrent Cornea Erosion | 324 | 0.7% |
| Corneal Ectasia | 88 | 0.2% |
| Keratopathy (Bullous aphakic) | 29 | 0.1% |

Def_000286973

Attachment 2

**Procedure Codes Reimbursed by Florida Medicaid**

Excision
65400 – Excision of Lesion, cornea (keratectomy, lamellar, partial), except pterygium
65420 – Excision or transposition of pterygium, without graft
65426 –      with graft

Removal or Destruction
65450 – Destruction of lesion of cornea by cryotherapy, photocoagulation, or
        thermocauterization

Keratoplasty
65710 – Keratoplasty (corneal transplant); anterior lamellar
65730 –        penetrating (except in aphakia or pseudoaphakia)
65750 –        penetrating (in aphakia)
65755 –        penetrating (in pseduoaphakia)
65756 –        endothelial

Other Corneal Procedures of the Anterior Segment
65770 – Keratoprosthesis
65772 – Corneal relaxing incision for correction of surgically induced astigmatism
65775 – Corneal wedge resection for correction of surgically induced astigmatism
65778 – Placement of amniotic membrane on the ocular surface; without sutures
65779 –        single layer, sutured
65780 – Ocular surface reconstruction; amniotic membrane transplantation, multiple layers
65782 –        limbal conjunctival autograft (includes obtaining graft)
65785 – Implantation of intrastromal corneal ring segments
66999 – Unlisted procedure, anterior segment of eye

Posterior Sclera, Repair
67250 – Scleral reinforcement, without graft
67255 –      with graft

Tarsorrhaphy
67875 – Temporary closure of eyelids by suture

Conjunctivoplasty
68320 – Conjunctivoplasty; with conjunctival graft or extensive rearrangement
68325 –        with buccal mucous membrane graft (includes obtaining graft)
68326 – Conjunctivoplasty, reconstruction cul-de-sac; with conjunctival graft or extensive
        rearrangement
68328 –        with buccal mucous membrane graft (includes obtaining graft)
68330 – Repair of symblepharon; conjunctivoplasty, without graft
68335 –        with free graft conjunctiva or buccal mucous membrane (includes obtaining graft)

Special Ophthalmological Services
92025 – Computerized corneal topography, unilateral or bilateral, with interpretation and report
92071 – Fitting of contact lens for treatment of ocular surface disease

Contact Lenses
V2511 – Contact lens, gas permeable, toric (maximum fee for bilateral fitting = $280; each replacement lens = $59)
V2513 – Contact lens, gas permeable, extended wear (maximum fee for bilateral fitting = $278; each replacement lens = $58.50)
V2521 – Contact lens, hydrophilic, toric (maximum fee for bilateral fitting = $284; each replacement lens = $60)
V2523 – Contact lens, hydrophilic, gas permeable (maximum fee for bilateral fitting = $266; each replacement lens = $55.50)