| | |
|---|---|
| **From:** | Fenske, Taryn M. |
| **Sent:** | Monday, August 29, 2022 1:28 PM EDT |
| **To:** | Juarez, Brock; Strickland, Katie |
| **Cc:** | Smith, Bailey A. |
| **Subject:** | Re: Medicaid Data Response |

I'm good with this!
Get [Outlook for iOS](#)
**From:** Juarez, Brock <Brock.Juarez@ahca.myflorida.com>
**Sent:** Friday, August 26, 2022 2:33:45 PM
**To:** Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>; Strickland, Katie <Katie.Strickland@eog.myflorida.com>
**Cc:** Smith, Bailey A. <Bailey.A.Smith@eog.myflorida.com>
**Subject:** Medicaid Data Response

**Proposed Response:**

Good Afternoon,

Please see the attached data on the treatment of gender dysphoria within Florida's Medicaid population over the last four years. Please note, this data only includes those receiving treatment for gender dysphoria and would not include any other categories for treatment such as intersex, cancer, etc. This data is also limited to only our Medicaid population and is not reflective of the total numbers statewide across all forms of healthcare.

The Agency is providing the number of recipients and procedures for a variety of surgeries for the treatment of gender dysphoria along with the number of recipients and prescriptions for estrogen, testosterone, and puberty blockers for the treatment of gender dysphoria.

As a baseline for comparing data trends we have also included the number of behavioral health therapy visits by recipients and procedures.

**What You Should Know**
- **From 2017 to 2021 Florida Medicaid saw a 1100% increase in children, even as young as the age of 16, receiving irreversible surgical procedures amongst the Medicaid population compared to only a 63% increase in children receiving therapy for the treatment of gender dysphoria.**
- **From 2017 to 2021 Florida Medicaid saw a 270% increase in children receiving puberty blockers amongst the Medicaid population compared to only a 63% increase in children receiving therapy for the treatment of gender dysphoria.**
- **From 2017 to 2021 Florida Medicaid saw a 110% increase in children receiving estrogen compared to only a 63% increase in children receiving therapy for the treatment of gender dysphoria.**
- **From 2017 to 2021 Florida Medicaid saw a 166% increase in children receiving testosterone amongst the Medicaid population compared to only a 63% increase in children receiving therapy for the treatment of gender dysphoria.**

As you can see, the alarming increase in children receiving pharmaceutical and surgical treatments for gender dysphoria was vastly greater than children receiving behavioral health treatments for gender

dysphoria. This is a concerning statistic and potentially indicative of a medical community increasingly focused on promoting treatments found to be experimental and investigational with the potential for harmful long term effects.

Brock Juarez | Communications Director
Agency for Health Care Administration
850.412.3614 (office) | 850.567.2133 (mobile)