IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, *et al.*,

        *Plaintiffs*,

        v.

JASON WEIDA, *et al.*,

        *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS

Pursuant to the Court's November 15, 2022 Scheduling Order, Doc. 67, Plaintiffs hereby submit this Notice of Filing Trial Exhibits, [1] with copies of each exhibit Plaintiffs expect to or may offer at trial listed on the Exhibit List below and appended hereto. [2] Plaintiffs reserve the right to use additional documents for purposes of impeachment, and to offer any exhibit identified by Defendants.

---

[1] Due to the extensive number of documents, Plaintiffs are filing multiple, identical copies of this Notice on the case docket, each attaching a separate set of the below-listed exhibits.

[2] Plaintiffs have filed a separate Motion to Seal (Doc. 174) regarding the following exhibits: 232, 234, 234A, 235, 235A, 236, 236A, 236B, 236C, 237, 237A, and 299. Copies of Exhibits 232 through 237A are not attached to this filing with placeholder documents attached instead; Plaintiffs are filing a redacted version of Exhibit 299. Plaintiffs will transmit original copies to the Court when such Motion to Seal is granted, pursuant to Local Rule 5.5.

## PLAINTIFFS' TRIAL EXHIBIT LIST

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 1 | PLAINTIFF S002191 | Defendants' Response to Pls' First Set of Request for Admissions | X | | |
| Pls' Trial Ex. 2 | PLAINTIFF S002223 | Defendants' Response to Pls' First Set of Interrogatories | X | | |
| Pls' Trial Ex. 3 | PLAINTIFF S002211 | Defendants' Response to Pls' Second Set of Interrogatories | | X | |
| Pls' Trial Ex. 4 | PLAINTIFF S004943 | Pls' First Set of Request for Admissions | X | | |
| Pls' Trial Ex. 5 | PLAINTIFF S002567 | Expert report of Dr. Armand H. Antommaria – 2/16/2023 | | X | |
| Pls' Trial Ex. 6 | PLAINTIFF S002922 | Expert report of Kellan E. Baker, M.A., M.P.H., PhD – 2/17/2023 | | X | |
| Pls' Trial Ex. 7 | PLAINTIFF S002638 | Expert report of Dr. Dan H. Karasic – 2/15/2023 | | X | |
| Pls' Trial Ex. 8 | PLAINTIFF S002706 | Expert report of Dr. Johanna Olson-Kennedy – 2/16/2023 | | X | |
| Pls' Trial Ex. 9 | PLAINTIFF S007480 | Expert report of Dr. Daniel Shumer – 2/16/2023 | | X | |
| Pls' Trial Ex. 10 | PLAINTIFF S002811 | Expert report of Dr. Loren S. Schecter – 2/16/2023 | | X | |
| Pls' Trial Ex. 11 | PLAINTIFF S002293 | Expert rebuttal report of Dr. Dan H. Karasic – 3/9/2023 | | X | |
| Pls' Trial Ex. 12 | PLAINTIFF S002332 | Expert rebuttal report of Dr. Johanna Olson-Kennedy – 3/9/2023 | | X | |
| Pls' Trial Ex. 13 | PLAINTIFF S002389 | Expert rebuttal report of Dr. Loren S. Schechter – 3/9/2023 | | X | |

2

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 14 | PLAINTIFF S002406 | Expert rebuttal report of Dr. Armand H. Antommaria – 3/10/2023 | | X | |
| Pls' Trial Ex. 15 | PLAINTIFF S002245 | Corrected expert rebuttal report of Dr. E. Kale Edmiston – 3/22/2023 | | X | |
| Pls' Trial Ex. 16 | PLAINTIFF S002518 | Expert rebuttal report of Dr. Daniel Shumer – 3/10/2023 | | X | |
| Pls' Trial Ex. 17 | PLAINTIFF S002446 | Expert rebuttal report of Dr. Aron Janssen – 3/9/2023 | | X | |
| Pls' Trial Ex. 18 | PLAINTIFF S001297 | AHCA GAPMS June 2022 | X | | |
| Pls' Trial Ex. 19 | PLAINTIFF S004646 | Marstiller Letter to Wallace re AHCA June 2022 GAPMS | X | | |
| Pls' Trial Ex. 20 | PLAINTIFF S001171 | Fla. Admin. Code R. 59G-1.050 | X | | |
| Pls' Trial Ex. 21 | PLAINTIFF S001157 | Fla. Admin. Code R. 59G-1.010 | | X | |
| Pls' Trial Ex. 22 | PLAINTIFF S001158 | Florida Medicaid Definitions Policy (Aug. 2017) | | X | |
| Pls' Trial Ex. 23 | PLAINTIFF S001170 | Fla. Admin. Code R. 59G-1.035 | X | | |
| | | AHCA's Preferred Drug List, accessible at: https://ahca.myflorida.com/content/download/8681/file/PDL.pdf (online only); including but not limited to the criteria for testosterone: https://ahca.myflorida.com/content/download/6451/file/Testosterone_Criteria.pdf | X | | |
| | | AHCA's Drug Criteria, accessible at: | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | https://ahca.myflorida.com/ medicaid/prescribed- drugs/drug-criteria (online only) | | | |
| Pls' Trial Ex. 24 | PLAINTIFF S001347 | AHCA's Automated Prior Authorizations and Bypass Lists 01-2023 | X | | |
| Pls' Trial Ex. 25 | PLAINTIFF S003653 | DRUGDEX listing for Testosterone | X | | |
| Pls' Trial Ex. 26 | PLAINTIFF S003383 | DRUGDEX listing for Estradiol | X | | |
| Pls' Trial Ex. 27 | PLAINTIFF S001155 | Prior Authorization Criteria - Testosterone | | X | |
| Pls' Trial Ex. 28 | PLAINTIFF S001283 | Agency Responses to Plaintiffs' Questions: March 1, 2023 | X | | |
| Pls' Trial Ex. 29 | PLAINTIFF S001134 | 2020-2021 Performance Plan for Jeffrey English | | X | |
| Pls' Trial Ex. 30 | PLAINTIFF S003843 | Email communication between Jeffrey English and Devona Pickle – 3/22/22 | X | | |
| Pls' Trial Ex. 31 | PLAINTIFF S001296 | AHCA Analysis of Other States' Medicaid Coverage | X | | |
| Pls' Trial Ex. 32 | PLAINTIFF S004219 | Miriam Grossman biography | X | | |
| Pls' Trial Ex. 33 | PLAINTIFF S003821 | DSM 5 Gender Dysphoria | X | | |
| Pls' Trial Ex. 34 | PLAINTIFF S006019 | WPATH Standards of Care for the Health of Transgender and Gender Diverse People, Version 8 | X | | |
| Pls' Trial Ex. 35 | PLAINTIFF S005308 | WPATH Standards of Care for the Health of Transsexual, Transgender, | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | and Gender Nonconforming People, Version 7 | | | |
| Pls' Trial Ex. 36 | PLAINTIFF S001203 | AACAP Statement Responding to Efforts to Ban Care (Nov. 8, 2019) | | X | |
| Pls' Trial Ex. 37 | PLAINTIFF S001464 | AAFP – Care for Transgender Patients | | X | |
| Pls' Trial Ex. 38 | PLAINTIFF S001208 | AAP – Ensuring Comprehensive Care and Support | | X | |
| Pls' Trial Ex. 39 | PLAINTIFF S001222 | ACOG Committee Opinion on Health Care for Transgender Individuals (March 2021) | | X | |
| Pls' Trial Ex. 40 | PLAINTIFF S001278 | ACP – Attacks on Gender-Affirming and Transgender Health Care (May 3, 2022) | | X | |
| Pls' Trial Ex. 41 | PLAINTIFF S001236 | LGBT Health Disparities Policy, ACOP | | X | |
| Pls' Trial Ex. 42 | PLAINTIFF S001456 | AMA Letter to Nat'l Gov. Assoc. (April 26, 2021) | | X | |
| Pls' Trial Ex. 43 | PLAINTIFF S001459 | AMA/GLMA Issue Brief on health insurance coverage for gender-affirming care | | X | |
| Pls' Trial Ex. 44 | PLAINTIFF S001458 | AMA Resolution H-185.950 | | X | |
| Pls' Trial Ex. 45 | PLAINTIFF S001466 | APA, Guidelines for Psychological Practice with Transgender and Gender Non-conforming People | | X | |
| Pls' Trial Ex. 46 | PLAINTIFF S001503 | APA Resolution on Gender Identity Change Efforts (Feb. 2021) | | X | |
| Pls' Trial Ex. 47 | PLAINTIFF S001501 | APA Position Statement Trans and Gender Diverse Youth (July 2020) | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 48 | PLAINTIFF S001499 | APA Position Statement on Access to Care (July 2018) | | X | |
| Pls' Trial Ex. 49 | PLAINTIFF S003880 | Endocrine Society Transgender Health Position Statement | | X | |
| Pls' Trial Ex. 50 | PLAINTIFF S004931 | Pediatric Endocrine Society Opposition to Bills that Harm Transgender Youth (April 2021) | | X | |
| Pls' Trial Ex. 51 | PLAINTIFF S005052 | SAHM Statement in Opposition of State Legislation Barring Evidence Based Treatment | | X | |
| Pls' Trial Ex. 52 | PLAINTIFF S006014 | WMA Statement on Transgender People (Oct. 2015) | | X | |
| Pls' Trial Ex. 53 | PLAINTIFF S005978 | Van Meter Pediatric Endocrinology Excerpt | X | | |
| Pls' Trial Ex. 54 | PLAINTIFF S004283 | Humana Pharmacy Coverage Policy, commercial insurance coverage policy for testosterone – 5/18/2022 | | X | |
| Pls' Trial Ex. 55 | PLAINTIFF S004970 | Aetna Clinical Policy Bulletin, coverage of Progestins – 4/27/2023 | | X | |
| Pls' Trial Ex. 56 | PLAINTIFF S003985 | Aetna, Clinical Policy Bulletin, gender affirming surgery – 6/22/2023 | | X | |
| Pls' Trial Ex. 57 | PLAINTIFF S004068 | Aetna, Clinical Policy Bulletin, GnRHa – 2/23/2023 | | X | |
| Pls' Trial Ex. 58 | PLAINTIFF S004255 | Humana, Medical Coverage Policy, cover of gender affirmation surgery – 9/22/2022 | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 59 | PLAINTIFF S004671 | Molina Healthcare, Coverage criteria for Gender Dysphoria Hormone Therapy – July 2023 | | X | |
| Pls' Trial Ex. 60 | PLAINTIFF S004648 | Molina Clinical Policy, Gender Affirmation Treatment and Procedures (Marketplace) - 2/8/2023 | | X | |
| Pls' Trial Ex. 61 | PLAINTIFF S005897 | UHC Gender Dysphoria Treatment (commercial), 4/1/2023 | | X | |
| Pls' Trial Ex. 62 | PLAINTIFF S001533 | Ctrs. for Medicare & Medicaid Servs., EPSDT – A Guide for States: Coverage in the Medicaid Benefit for Children and Adolescents | X | | |
| Pls' Trial Ex. 63 | PLAINTIFF S001149 | Ctrs. for Medicare & Medicaid Servs., CMCS Informational Bulletin (July 21, 2022), https://www.medicaid.gov/federal-policy-guidance/downloads/cib07212022.pdf | | X | |
| Pls' Trial Ex. 64 | PLAINTIFF S001034 | Ctrs. for Medicare & Medicaid Servs., Decision Memo for Gender Dysphoria and Surgery (Aug. 20, 2016) | | X | |
| Pls' Trial Ex. 65 | PLAINTIFF S007539 | Office of the Press Secretary, Presidential Memo (Aug. 25, 2017) | | X | |
| Pls' Trial Ex. 66 | PLAINTIFF S003931 | FDA, *Indications and Usage Section of Labeling for Human Prescription* | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | *Drug and Biological Products* (Draft Guidance) (2018), https://www.fda.gov/files/drugs/published/Indications-and-Usage-Section-of-Labeling-for-Human-Prescription-Drug-and-Biological-Products-%E2%80%94-Content-and-Format-Guidance-for-Industry.pdf | | | |
| Pls' Trial Ex. 67 | PLAINTIFFS003951 | FDA, *Understanding Unapproved Use of Approved Drugs "Off Label*," (2018), https://www.fda.gov/patients/learn-about-expanded-access-and-other-treatment-options/understanding-unapproved-use-approved-drugs-label. | X | | |
| Pls' Trial Ex. 68 | PLAINTIFFS005967 | U.S. Drug Enforcement Administration, Drug Scheduling, July 10, 2018, https://www.dea.gov/drug-information/drug-scheduling | X | | |
| Pls' Trial Ex. 69 | PLAINTIFFS005973 | U.S. Comm. on Civil Rights Statement on State Laws Targeting LGBTQ Community, (April 18, 2016) | | X | |
| Pls' Trial Ex. 70 | PLAINTIFFS001132 | U.S. Comm. on Civil Rights Statement on Military Ban (Aug. 18, 2017) | | X | |
| Pls' Trial Ex. 71 | PLAINTIFFS001006 | Dep't of Health & Human Servs., Departmental | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | Appeals Bd., Appellate Div., Decision No. 2576 (May 30, 2014), hhs.gov/sites/default/files/static/dab/decisions/boarddecisions/2014/dab2576.pdf | | | |
| Pls' Trial Ex. 72 | PLAINTIFFS004813 | OASH, Gender-Affirming Care and Young People | | X | |
| Pls' Trial Ex. 73 | PLAINTIFFS005055 | SAMHSA, Ending Conversion Therapy (Oct. 2015) | | X | |
| Pls' Trial Ex. 74 | PLAINTIFFS005131 | SAMHSA, Moving Beyond Change Efforts (2023) | | X | |
| Pls' Trial Ex. 75 | PLAINTIFFS004794 | NCTSN, Gender-Affirming Care is Trauma-Informed Care | | X | |
| Pls' Trial Ex. 76 | PLAINTIFFS004968 | U.S. Presidential Proclamation, Transgender Day of Visibility, 2022 | | X | |
| Pls' Trial Ex. 77 | PLAINTIFFS004966 | U.S. Presidential Proclamation, Transgender Day of Visibility, 2023 | | X | |
| Pls' Trial Ex.78 | PLAINTIFFS003887 | Executive Order, Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation (Jan. 20, 2021) | X | | |
| Pls' Trial Ex. 79 | PLAINTIFFS005990 | Medicaid Coverage for Gender-Affirming Care, Williams Institute (Dec. 2022) | | X | |
| Pls' Trial Ex. 80 | PLAINTIFFS004432 | Excerpts from trial transcript – Vol. 5 (Levine), *Brandt v. Rutledge*, 4:21-CV-00450-JM (E.D. Ark.) | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 81 | PLAINTIFF S004312 | Excerpts from trial transcript – Vol. 6 (Lappert), *Brandt v. Rutledge*, 4:21-CV-00450-JM (E.D. Ark.) | | X | |
| Pls' Trial Ex. 82 | PLAINTIFF S005895 | Trial Transcript, *Soneeya v. Turco*, No. 07:12325-DPW (U.S.D.C. Ma.) | | X | |
| Pls' Trial Ex. 83 | PLAINTIFF S001511 | Deposition of Stephen Levine, *B.P.J. v. W. VA*, 2:21-CV-00316 (W.D. W.V.) | | X | |
| Pls' Trial Ex. 84 | PLAINTIFF S005841 | Transcript of Preliminary Injunction Hearing_Vol. 2, *Eknes-Tucker v. Ivey*, 2:22-cv-00184 (M.D. Ala.) | | X | |
| Pls' Trial Ex. 85 | PLAINTIFF S003214 | Deposition of Stephen Levine, *Claire v. D.M.S.*, 4:20-cv-00020 (N.D. Fla.) | | X | |
| Pls' Trial Ex. 86 | PLAINTIFF S003225 | Deposition of Stephen Levine, *Fain v. Crouch*, 3:20-cv-00740 (S.D. W. Va.) | | X | |
| Pls' Trial Ex. 87 | PLAINTIFF S003280 | Deposition of Stephen Levine, *Kadel v. Folwell*, 1:19-cv-272 (M.D. N.C.) | | X | |
| Pls' Trial Ex. 88 | PLAINTIFF S003153 | Deposition of Kim G. Hutton, *Adams v. St. Johns*, No. 3:17-cv-00739 (M.D. Fla.) | | X | |
| Pls' Trial Ex. 89 | PLAINTIFF S003890 | Expert Declaration of Paul W. Hruz, *Adams v. St. Johns*, No. 3:17-cv-00739 (M.D. Fla.) | | X | |
| Pls' Trial Ex. 90 | PLAINTIFF S002980 | Deposition of Paul W. Hruz, *Adams v. St. Johns*, No. 3:17-cv-00739 (M.D. Fla.) | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 91 | PLAINTIFF S003032 | Deposition of Paul W. Hruz, Bruce v. South Dakota, No. 17-5080 (USDC SD) | | X | |
| Pls' Trial Ex. 92 | PLAINTIFF S002158 | Declaration of Norman P. Spack, *Adams v. St. Johns*, No. 3:17-cv-00739 (M.D. Fla.) | | X | |
| Pls' Trial Ex. 93 | PLAINTIFF S002162 | Expert Declaration of Paul W. Hruz, *Whitaker v. Kenos*ha, 2:16-cv-00943 (E.D. Wis.) | | X | |
| Pls' Trial Ex. 94 | PLAINTIFF S003042 | Deposition of Paul W. Hruz, *Kadel v. Folwell*, 1:19-cv-00272 (M.D. N.C.) | | X | |
| Pls' Trial Ex. 95 | PLAINTIFF S001582; | Deposition of Patrick Lappert, *Kadel v. Folwell*, 1:19-cv-00272 (M.D. N.C.) | | X | |
| Pls' Trial Ex. 96 | PLAINTIFF S003168 | Deposition of Michael Laidlaw, *C.P. v. Blue Cross*, 3:20-cv-066145 (W.D. Wa.) | X | | |
| Pls' Trial Ex. 97 | PLAINTIFF S003323 | Deposition of Van Meter, *Grimm v. Gloucester County School Bd.* (3/18/2019) | X | | |
| Pls' Trial Ex. 98 | PLAINTIFF S004235 | Hearing on Motion for Temporary Injunction, *PFLAG v. Abbott*, No. D-1-GN-22-002569 (Tex. Dist. Ct., Travis Cnty.) | | X | |
| Pls' Trial Ex. 99 | PLAINTIFF S003841 | Email communication between Gonzalez-Pagan and Lisa Tetrault (4/4/2023) | | X | |
| Pls' Trial Ex. 100 | PLAINTIFF S005301 | Shupe email (3/30/2020) | X | | |
| Pls' Trial Ex. 101 | PLAINTIFF S001526 | Clark email (3/19/2020) | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 102 | PLAINTIFF S001521 | Broyles email (10/30/2019) | X | | |
| Pls' Trial Ex. 103 | PLAINTIFF S005975 | Van Meter email (2/4/2020) | X | | |
| Pls' Trial Ex. 104 | PLAINTIFF S007478 | *A Texas judge ruled this doctor was not an expert*, Pennsylvania Capital-Star (Sept. 15, 2020) | X | | |
| Pls' Trial Ex. 105 | PLAINTIFF S003965; | *First, do no harm: thinking through transgender issues*, Zanga (Aug. 1, 2018) | X | | |
| Pls' Trial Ex. 106 | PLAINTIFF S003968 | *First, do no harm*, Zanga, AHCA Production | X | | |
| Pls' Trial Ex. 107 | PLAINTIFF S005436 | The Bulletin, Vol. 63, No. 6 (June 2018) – *First, do no harm* | X | | |
| Pls' Trial Ex. 108 | PLAINTIFF S004799 | *Neurobiology of gender identity and sexual orientation*, 2018 Roselli | X | | |
| Pls' Trial Ex. 109 | PLAINTIFF S001577 | Correction to Littman (March 19, 2019) | | X | |
| Pls' Trial Ex. 110 | PLAINTIFF S001574 | Comment on Littman, Costa 2019 | X | | |
| Pls' Trial Ex. 111 | PLAINTIFF S005026 | *Psychotherapy for Unwanted Homosexual Attraction*, ACOP (Jan 2016) | X | | |
| Pls' Trial Ex. 112 | PLAINTIFF S004250 | *Homosexual Parenting*, ACOP (May 2019) | X | | |
| Pls' Trial Ex. 113 | PLAINTIFF S004029 | *Gender Dysphoria in Children*, ACOP (Nov. 2018) | X | | |
| Pls' Trial Ex. 114 | PLAINTIFF S005986 | *Why We Stand Up for Transgender Children and Teens*, AAP (Aug. 10, 2022) | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 115 | PLAINTIFF S001205 | *AAP continues to support care of transgender youths*, AAP (Jan. 6, 2022) | X | | |
| Pls' Trial Ex. 116 | PLAINTIFF S003924 | *Facts, not flattery, about same-sex attraction*, MERCATOR (May 22, 2007) | X | | |
| Pls' Trial Ex. 117 | PLAINTIFF S004932 | *Pediatricians' Groups Differ On Attitudes Toward Homosexual Parenting*, Waller and Nicolosi (July 17, 2003) | X | | |
| Pls' Trial Ex. 118 | PLAINTIFF S003838 | *Elect Candidates Who Support the Best for Children*, ACOP (Oct. 2018) | X | | |
| Pls' Trial Ex. 119 | PLAINTIFF S004291 | *International clinical practice guidelines for gender minority/trans people*, 2021 Dahlen et al. | | X | |
| Pls' Trial Ex. 120 | PLAINTIFF S005832 | The Journal of the Amer. Acad. Of Psychiatry and the Law | X | | |
| Pls' Trial Ex. 121 | PLAINTIFF S004815 | *On Gender Dysphoria*, 2017 Dhejne | | X | |
| Pls' Trial Ex. 122 | PLAINTIFF S004629 | *Long-Term Follow-up of Transsexual Persons Undergoing Sex Reassignment Surgery*, 2011 Dhejne | | X | |
| Pls' Trial Ex. 123 | PLAINTIFF S003882 | *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*, 2017 Hembree et al. | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 124 | PLAINTIFF S004302 | *Interrogating Gender-Exploratory Therapy*, 2023 Ashley | | X | |
| Pls' Trial Ex. 125 | PLAINTIFF S004819 | *Transgender Surgery & Christian Anthropology*, Presentation by Patrick W. Lappert | | X | |
| Pls' Trial Ex. 126 | PLAINTIFF S005980 | *What is Psychiatry*, American Psychiatric Association | | X | |
| Pls' Trial Ex. 127 | PLAINTIFF S004222 | Lewis's Child and Adolescent Psychiatry, Fifth Edition, 2018 | | X | |
| Pls' Trial Ex. 128 | PLAINTIFF S003970 | *Memo Outlining Evidence for Change for Gender Identity Disorder in the DSM-5*, 2013 Zucker, et al. | | X | |
| Pls' Trial Ex. 129 | PLAINTIFF S001173 | *A Developmental, Biopsychosocial Model for the Treatment of Children with Gender Identity Disorder*, 2012 Zucker | X | | |
| Pls' Trial Ex. 130 | PLAINTIFF S001510 | APA Statement on Zucker (2008) | X | | |
| Pls' Trial Ex. 131 | PLAINTIFF S004475 | Working for Inclusion: Time for Congress to Enact Federal Legislation to Address Workplace Discrimination Against Lesbian, Gay, Bisexual, and Transgender Americans, Briefing Report | | X | |
| Pls' Trial Ex. 132 | PLAINTIFF S004963 | Position Statement on Conversion Therapy, APA (Dec. 2018) | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 133 | PLAINTIFF S005046 | *Do Clinical Data from Transgender Adolescents Support the Phenomenon of Rapid Onset Gender Dysphoria*, 2022 Bauer et al. | | X | |
| Pls' Trial Ex. 134 | PLAINTIFF S003921 | American Society of Plastic Surgeons, *State Focus on Gender Affirmation Intensifies*, Feb. 25, 2021, https://www.plasticsurgery.org/for-medical-professionals/advocacy/advocacy-news/state-focus-on-gender-affirmation-intensifies. | | X | |
| Pls' Trial Ex. 135 | PLAINTIFF S004934 | *Plastic surgeon: Sex-change operation 'utterly unacceptable' and a form of 'child abuse,'* Sept. 9, 2019, https://www.lifesitenews.com/news/plastic-surgeon-sex-change-operation-utterly-unacceptable-and-a-form-of-child-abuse/. | | X | |
| Pls' Trial Ex. 136 | PLAINTIFF S005870 | *Transphobic tweets linked to Oxford sociology professor*, The Oxford Student (Oct. 26, 2018) | | X | |
| Pls' Trial Ex. 137 | PLAINTIFF S004637 | *Long-term outcomes of the treatment of central precocious puberty*, 2016 Guaraldi, et al. | | X | |
| Pls' Trial Ex. 138 | PLAINTIFF S003955 | *Fertility of Women Treated during Childhood with Triptorelin (Depot* | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | *Formulation) for Central Precocious Puberty*, 2021 Martinerie, et al. | | | |
| Pls' Trial Ex. 139 | PLAINTIFF S004021 | *Gender dysphoria in childhood*, 2016 Ristori & Steensman | | X | |
| Pls' Trial Ex. 140 | PLAINTIFF S004049; | *Gender Identity 5 Years After Social Transition*, 2022 Olson et al. | | X | |
| Pls' Trial Ex. 141 | PLAINTIFF S006594 | *Puberty Suppression in Adolescents With Gender Identity Disorder*, 2011 de Vries, et al. | | X | |
| Pls' Trial Ex. 142 | PLAINTIFF S005914 | *Understanding the Well-Being of LGBTQI+ Populations*, 2020 Nat'l Academies of Sciences, Engineering, and Medicine | | X | |
| Pls' Trial Ex. 143 | PLAINTIFF S005465 | *The Health of Lesbian, Gay, Bisexual and Transgender People*, 2011 Nat'l Academies of Sciences, Engineering, and Medicine | | X | |
| Pls' Trial Ex. 144 | PLAINTIFF S005837 | *The Right to the Best Care for Children Does Not Include the Right to Medical Transition*, 2019 Laidlaw, et al. | | X | |
| Pls' Trial Ex. 145 | PLAINTIFF S005428 | *Strangers in a Strange Land*, 2020 Donovan & Sotomayor | | X | |
| Pls' Trial Ex. 146 | PLAINTIFF S003830 | *Effect of antidepressant medications on semen parameters and male fertility*, 2020 Beeder & Samplaski | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 147 | PLAINTIFF S005460 | *The effect of antidepressants on fertility*, 2016 Casilla-Lennon, et al. | | X | |
| Pls' Trial Ex. 148 | PLAINTIFF S005888 | *Trends in Gender-affirming Surgery in Insured Patients in the U.S.*, 2018 Lane et al. | | X | |
| | | UCSF Ctr. For Excellence in Transgender Care Guidelines, https://transcare.ucsf.edu/guidelines (online only) | X | | |
| Pls' Trial Ex. 149 | PLAINTIFF S004056 | *Gender-Affirming Treatment of Gender Dysphoria in Youth*, 2022 Clayton et al. | | X | |
| Pls' Trial Ex. 150 | PLAINTIFF S006279 | AAP News, *Risk of Pseudotumor Cerebri added to Labeling for Gonadotropin-Releasing Hormone Agonists*, (2022) | | X | |
| Pls' Trial Ex. 151 | PLAINTIFF S006281 | *Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths*, 2020 Achille et al. | | X | |
| Pls' Trial Ex. 152 | PLAINTIFF S006286 | *Long-Term Effect of Gender-Affirming Hormone Treatment on Depression and Anxiety Symptoms in Transgender People,* 2020 Aldridge et al. | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | | | | |
| Pls' Trial Ex. 153 | PLAINTIFF S006295 | *Off-Label Medication use in Children, More Common than We Think: A Systematic Review of the Literature,* 2018 Allen et al. | | X | |
| Pls' Trial Ex. 154 | PLAINTIFF S006314 | *Association Between Gender-Affirming Surgeries and Mental Health Outcomes,* 2021 Almazan et al. | | X | |
| Pls' Trial Ex. 155 | PLAINTIFF S006322 | *Top Surgery and Chest Dysphoria Among Transmasculine and Nonbinary Adolescents and Young Adults,* 2022 Ascha et al. | | X | |
| Pls' Trial Ex. 156 | PLAINTIFF S006330 | *Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review,* 2021 Baker et al. | | X | |
| Pls' Trial Ex. 157 | PLAINTIFF S006346 | *GRADE Guidelines: 3 Rating the Quality of Evidence,* 2011 Balshem et al. | | X | |
| Pls' Trial Ex. 158 | PLAINTIFF S006352 | Harry Benjamin, *The Transsexual Phenomenon* (1966) | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 159 | PLAINTIFF S006492 | *Anabolic Steroid Abuse and Dependence*, 2002 Brower et al. | | X | |
| Pls' Trial Ex. 160 | PLAINTIFF S006516 | *Transgender and Gender-Nonbinary Patient Satisfaction after Transmasculine Chest Surgery*, 2021 Bustos et al. | | X | |
| Pls' Trial Ex. 161 | PLAINTIFF S006503 | *Regret after Gender-affirmation Surgery: A Systematic Review and Metaanalysis of Prevalence*, 2021 Bustos et al. | | X | |
| Pls' Trial Ex. 162 | PLAINTIFF S006526 | *Effects of Long-Term Exogenous Testosterone Administration on Ovarian Morphology, Determined by Transvaginal (3D) Ultrasound in Female-to-Male Transsexuals*, 2017 Caanen et al. | | X | |
| Pls' Trial Ex. 163 | PLAINTIFF S006534 | *Short-term Outcomes of Pubertal Suppression in a Selected Cohort of 12 to 15 Year Old Young People with Persistent Gender Dysphoria in the UK*, 2021 Carmichael at al. | | X | |
| Pls' Trial Ex. 164 | PLAINTIFF S006560 | *Psychosocial Functioning in Transgender Youth after 2 Years of Hormones*, 2023 Chen et al. | | X | |

19

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | | | | |
| Pls' Trial Ex. 165 | PLAINTIFF S006571 | *Pubertal Delay as an Aid in Diagnosis and Treatment of a Transsexual Adolescent*, 1998 Cohen-Kettenis & van Goozen | | X | |
| Pls' Trial Ex. 166 | PLAINTIFF S006574 | *Hormonal Treatment Reduces Psychobiological Distress in Gender Identity Disorder, Independently of the Attachment Style*, 2013 Colizzi et al. | | X | |
| Pls' Trial Ex. 167 | PLAINTIFF S006585 | *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*, 2015 Costa et al. | | X | |
| Pls' Trial Ex. 168 | PLAINTIFF S006602 | *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 2014 de Vries et al. | | X | |
| Pls' Trial Ex. 169 | PLAINTIFF S006611 | *An Analysis of All Applications for Sex Reassignment Surgery in Sweden, 1960-2010: Prevalence, Incidence, and Regrets*, 2014 Dhejne et al. | | X | |
| Pls' Trial Ex. 170 | PLAINTIFF S006623 | *Gender Nonconforming Youth: Current Perspectives*, 2017 Ehrensaft | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | | | | |
| Pls' Trial Ex. 171 | PLAINTIFF S006634 | *What makes clinical research ethical?*, 2000 Emanuel et al. | | X | |
| Pls' Trial Ex. 172 | PLAINTIFF S006645 | *Treatment of Central Precocious Puberty*, 2019 Eugster | | X | |
| Pls' Trial Ex. 173 | PLAINTIFF S006653 | *Cross-Sex Hormone Treatment and Psychobiological Changes in Transsexual Persons: Two-Year Follow-Up Data*, 2016 Fisher et al. | | X | |
| Pls' Trial Ex. 174 | PLAINTIFF S006663 | *Chest Surgery in Female to Male Transgender Individuals*, 2017 Frederick et al. | | X | |
| Pls' Trial Ex. 175 | PLAINTIFF S006668 | *Off-Label Use of Drugs in Children*, 2014 Galinkin et al. | | X | |
| Pls' Trial Ex. 176 | PLAINTIFF S006676 | *Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, 2022 Green | | X | |
| Pls' Trial Ex. 177 | PLAINTIFF S006693 | *Feminizing Genital Gender-Confirmation Surgery*, 2018 Hadj-Moussa et al. | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 178 | PLAINTIFF S006707 | *Satisfaction with Male-to-Female Gender Reassignment Surgery*, 2014 Hess et al. | | X | |
| Pls' Trial Ex. 179 | PLAINTIFF S006717 | *Effects of Different Steps in Gender Reassignment Therapy on Psychopathology*, 2014 Heylens, et al. | | X | |
| Pls' Trial Ex. 180 | PLAINTIFF S006725 | *Supporting Sexuality and Improving Sexual Function in Transgender Persons*, 2019 Holmberg et al. | | X | |
| Pls' Trial Ex. 181 | PLAINTIFF S006744 | *Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques*, 2015 Horbach et al. | | X | |
| Pls' Trial Ex. 182 | PLAINTIFF S006759 | *The Quality of Evidence for Medical Interventions Does Not Improve or Worsen: A Metaepidemiological Study of Cochrane Reviews*, 2020 Howick et al. | | X | |
| Pls' Trial Ex. 183 | PLAINTIFF S006765 | *Testosterone Treatment and MMPI–2 Improvement in Transgender Men*, 2015 Keo-Meier et al. | | X | |
| Pls' Trial Ex. 184 | PLAINTIFF S006779 | *Bone Mass in Young Adulthood Following* | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | *Gonadotropin-Releasing Hormone Analog Treatment and Cross-Sex Hormone Treatment in Adolescents with Gender Dysphoria*, 2015 Klink et al. | | | |
| Pls' Trial Ex. 185 | PLAINTIFFS006785 | *Fertility Options in Transgender and Gender Diverse Adolescents*, 2017 Knudson & De Sutter | | X | |
| Pls' Trial Ex. 186 | PLAINTIFFS006789 | *Australian Children and Adolescents with Gender Dysphoria*, 2021 Kozlowska et al. | | X | |
| Pls' Trial Ex. 187 | PLAINTIFFS006815 | *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 2020 Kuper et al. | | X | |
| Pls' Trial Ex. 188 | PLAINTIFFS006824 | *Transgender Men Who Experienced Pregnancy After Female-to-Male Gender Transitioning*, 2014 Light, et al. | | X | |
| Pls' Trial Ex. 189 | PLAINTIFFS006833 | *Psychosocial Assessment in Transgender Adolescents*, 2020 Lopez de Lara. | | X | |
| Pls' Trial Ex. 190 | PLAINTIFFS006841 | Christy Mallory et al., *Conversion Therapy and LGBT Youth* 2 (2019 ed.) | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 191 | PLAINTIFFS006852 | *Successful Oocyte Cryopreservation Using Letrozole as an Adjunct to Stimulation in a Transgender Adolescent after GnRH Agonist Suppression*, 2021 Martin et al. | | X | |
| Pls' Trial Ex. 192 | PLAINTIFFS006858 | *Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth*, 2021 Mehringer et al. | | X | |
| Pls' Trial Ex. 193 | PLAINTIFFS006867 | *Breast Augmentation in Male-to-Female Transgender Patients: Technical Considerations and Outcomes*, 2019 Miller et al. | | X | |
| Pls' Trial Ex. 194 | PLAINTIFFS006879 | *Guiding the Conversation— Types of Regret after Gender-Affirming Surgery and Their Associated Etiologies*, 2021 Narayan et al. | | X | |
| Pls' Trial Ex. 195 | PLAINTIFFS006891 | *Individual Treatment Progress Predicts Satisfaction with Transition-Related Care for Youth with Gender Dysphoria*, 2021 Nieder et al. | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 196 | PLAINTIFF S006905 | *Sexual Experiences in Transgender People*, 2018 Nikkelen & Baudewijntje. | | X | |
| Pls' Trial Ex. 197 | PLAINTIFF S006918 | *Quality of Life of Treatment-Seeking Transgender Adults*, 2018 Nobili et al. | | X | |
| Pls' Trial Ex. 198 | PLAINTIFF S006955 | *Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts*, 2018 Olson-Kennedy et al. | | X | |
| Pls' Trial Ex. 199 | PLAINTIFF S006940 | *Mental Health of Transgender Children Who Are Supported in Their Identities*, 2016 Olson, et al. | | X | |
| Pls' Trial Ex. 200 | PLAINTIFF S006961 | *Association Between Gender Confirmation Treatments and Perceived Gender Congruence, Body Image Satisfaction, and Mental Health in a Cohort of Transgender Individuals*, 2018 Owen-Smith, et al. | | X | |
| Pls' Trial Ex. 201 | PLAINTIFF S006981 | *Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increased Quality of Life in a Prospective Study*, 2017 Papadopulos et al. | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | | | | |
| Pls' Trial Ex. 202 | PLAINTIFF S006990 | *Sex Reassignment. Thirty Years of International Follow-up Studies After Sex Reassignment Surgery: A Comprehensive Review, 1961-1991*, 1998 Pfafflin & Junge | | X | |
| Pls' Trial Ex. 203 | PLAINTIFF S006997 | *Advancing Methods for U.S. Transgender Health Research*, 2015 Reisner | | X | |
| Pls' Trial Ex. 204 | PLAINTIFF S007008 | *Approach to the Patient: Transgender Youth: Endocrine Considerations*, 2014 Rosenthal | | X | |
| Pls' Trial Ex. 205 | PLAINTIFF S007019 | *Oocyte Cryopreservation in a Transgender Male Adolescent*, 2019 Rothenberg et al. | | X | |
| Pls' Trial Ex. 206 | PLAINTIFF S007021 | Royal College of Psychiatrists, *Good Practice Guidelines for the Assessment and Treatment of Adults with Gender Dysphoria* (2013). | | X | |
| Pls' Trial Ex. 207 | PLAINTIFF S007083 | *Transgender Associations and Possible Etiology:A Literature Review*, 2017 Saleem & Rizvi | | X | |

26

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 208 | PLAINTIFF S007088 | *Regret Associated with the Decision for Breast Reconstruction*, 2008 Sheehan et al. | | X | |
| Pls' Trial Ex. 209 | PLAINTIFF S007103 | *Sex Reassignment: Outcomes and Predictors of Treatment for Adolescent and Adult Transsexuals*, 2005 Smith, et al. | | X | |
| Pls' Trial Ex. 210 | PLAINTIFF S007114 | *Gender-Affirming Mastectomy Trends and Surgical Outcomes in Adolescents*, 2022 Tang et al. | | X | |
| Pls' Trial Ex. 211 | PLAINTIFF S007121 | *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care*, 2022 Tordoff et al. | | X | |
| Pls' Trial Ex. 212 | PLAINTIFF S007134 | *Endocrinology of Transgender Medicine*, 2018 Guy T'Sjoen et al. | | X | |
| Pls' Trial Ex. 213 | PLAINTIFF S007155 | *Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria*, 2018 Turan et al. | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 214 | PLAINTIFF S007169 | *Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults*, 2020 Turban et al. | | X | |
| Pls' Trial Ex. 215 | PLAINTIFF S007186 | *Access to Gender-Affirming Hormones during Adolescence and Mental Health Outcomes Among Transgender Adults*, 2022 Turban et al. | | X | |
| Pls' Trial Ex. 216 | PLAINTIFF S007178 | *Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation*, 2020 Turban et al. | | X | |
| Pls' Trial Ex. 217 | PLAINTIFF S007201 | *Surgical Satisfaction, Quality of Life, and Their Association After Gender-Affirming Surgery: A Follow-up Study*, 2018 van de Grift et al. | | X | |
| Pls' Trial Ex. 218 | PLAINTIFF S007213 | *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers*, 2020 R. van der Miesen | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 219 | PLAINTIFF S007220 | *Effect of Pubertal Suppression and Cross-Sex Hormone Therapy on Bone Turnover Markers and Bone Mineral Apparent Density (BMAD) in Transgender Adolescents, in Bone in Balance* 2020 Vlot | | X | |
| Pls' Trial Ex. 220 | PLAINTIFF S007419 | *Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals*, 2013 Weigert et al. | | X | |
| Pls' Trial Ex. 221 | PLAINTIFF S007428 | *Cross-Sex Hormone Therapy in Trans Persons Is Safe and Effective at Short-Time Follow-Up*, 2014 Wierckx et al. | | X | |
| Pls' Trial Ex. 222 | PLAINTIFF S007441 | *Ten Common Questions (and Their Answers) About Off-label Drug Use*, 2012 Wittich et al. | | X | |
| Pls' Trial Ex. 223 | PLAINTIFF S007450 | *Cognitive, Emotional, and Psychosocial Functioning of Girls Treated with Pharmacological Puberty Blockage for Idiopathic Central Precocious Puberty*, 2016 Wojniusz et al. | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 224 | PLAINTIFFS007462 | *Off-label Medication Prescribing Patterns in Pediatrics: An Update*, 2019 Yackey et al. | | X | |
| Pls' Trial Ex. 225 | PLAINTIFFS007470 | *Functional Ovarian Reserve in Transgender Men Receiving Testosterone Therapy*, 2021 Yaish et al. | | X | |
| Pls' Trial Ex. 226 | PLAINTIFFS006683 | *Management of Endocrine Disease: Long term outcome of central precocious puberty* | | X | |
| Pls' Trial Ex. 227 | PLAINTIFFS001128 | Presidential Memorandum for the Secretary of Defense and the Secretary of Homeland Security Regarding Military Service by Transgender Individuals (March 23, 2018) | | X | |
| Pls' Trial Ex. 228 | Intentionally Left Blank | | | | |
| Pls' Trial Ex. 229 | PLAINTIFFS001343 | Template Notice of Adverse Benefit Determination | X | | |
| Pls' Trial Ex. 230 | PLAINTIFFS001294 | Template Notice of Plan Appeal Resolution | X | | |
| Pls' Trial Ex. 231 | PLAINTIFFS001286 | Sample AHCA Final Order – 20-FH0855 | | X | |
| Pls' Trial Ex. 232 | PLAINTIFFS000818 - PLAINTIFFS000838 | Medical records of August Dekker | X | | |
| Pls' Trial Ex. 233 | Intentionally Left Blank | | | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 234 | PLAINTIFF S000168 thru PLAINTIFF S000182 | Medical records of Brit Rothstein | X | | |
| Pls' Trial Ex. 234A | PLAINTIFF S000839 thru PLAINTIFF S000998 | Medical records of Brit Rothstein | X | | |
| Pls' Trial Ex. 235 | PLAINTIFF S000041 thru PLAINTIFF S000167 | Medical records of K.F. | X | | |
| Pls' Trial Ex. 235A | PLAINTIFF S000200 thru PLAINTIFF S000647 | Medical records of K.F. | X | | |
| Pls' Trial Ex. 236 | PLAINTIFF S000001 thru PLAINTIFF S000040 | Medical records of S.D. | X | | |
| Pls' Trial Ex. 236A | PLAINTIFF S000183 thru PLAINTIFF S000199 | Medical records of S.D. | X | | |
| Pls' Trial Ex. 236B | PLAINTIFF S000648 thru | Medical records of S.D. | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | PLAINTIFF S000817 | | | | |
| Pls' Trial Ex. 236C | PLAINTIFF S000999 thru PLAINTIFF S001005 | Medical records of S.D. | X | | |
| Pls' Trial Ex. 237 | Def_001562 290 | Dekker medical records | X | | |
| Pls' Trial Ex. 237A | Def_001557 555 | Dekker medical records | X | | |
| Pls' Trial Ex. 238 | Def_000174 290 | GAPMS Decision Tree Checklist | X | | |
| Pls' Trial Ex. 239 | Def_000286 939 | GAPMS – GnRH for treatment of gender dysphoria | X | | |
| Pls' Trial Ex. 240 | Def_000288 776 | GAPMS – GnRH for treatment of gender dysphoria | X | | |
| Pls' Trial Ex. 241 | Def_000126 105 | GAPMS – Cross Sex Hormone Therapy – 5/20/2022 | X | | |
| Pls' Trial Ex. 242 | Def_000086 666 | GAPMS – Cross Sex Hormone Therapy Report (edited) - 5/20/2022 | X | | |
| Pls' Trial Ex. 243 | Def_000293 866 | GAPMS – Cross Sex Hormone Therapy – 11/2/2016 | X | | |
| Pls' Trial Ex. 244 | Def_000295 586 | GAPMS – Gender Confirmation Surgery (incomplete) – 7/19/2017 | | X | |
| Pls' Trial Ex. 245 | Def_000322 520 | DUR Meeting Transcript – 9/26/2015 | | X | |
| Pls' Trial Ex. 246 | Def_000320 588 | DUR Quarterly Report - 2015 | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 247 | Def_000331 626 | DUR Meeting Minutes – 1/16/2016 | | X | |
| Pls' Trial Ex. 248 | Def_000364 680 | DUR Meeting Minutes – 9/24/2016 | | X | |
| Pls' Trial Ex. 249 | Def_000344 341 | Pharmacy log – 5/31/2016 | | X | |
| Pls' Trial Ex. 250 | Def_000351 681 | AHCA review of research – 7/25/2016 | | X | |
| Pls' Trial Ex. 251 | Def_000356 616 | AHCA review of state practice – 8/17/2016 | | X | |
| Pls' Trial Ex. 252 | Def_000352 792 | Arlene Elliot research regarding Medicaid coverage of care in other states – July 27, 2016 | X | | |
| Pls' Trial Ex. 252A | Def_000352 793 | Arlene Elliot research regarding Medicaid coverage of care in other states – July 27, 2016 | X | | |
| Pls' Trial Ex. 252B | Def_000355 079 | Arlene Elliot research regarding Medicaid coverage of care in other states – July 27, 2016 | X | | |
| Pls' Trial Ex. 252C | Def_000355 079-1 | Arlene Elliot research regarding Medicaid coverage of care in other states – July 27, 2016 | X | | |
| Pls' Trial Ex. 253 | Def_000360 646 | Aetna clinical criteria for cross-sex hormone therapy – 8/18/2016 | | X | |
| Pls' Trial Ex. 254 | Def_000369 549 | Arlene Elliot email re GnRH coverage – 8/29/2016 | X | | |
| Pls' Trial Ex. 255 | Def_000366 785 | Rebecca Borgert email regarding Endocrine Society guidelines – 8/29/2016 | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 256 | Def_000289 927 | AHCA GAPMS routing and tracking form for puberty suppression therapy – 8/31/2016 | X | | |
| Pls' Trial Ex. 257 | Def_000148 820 | Special services criteria re GnRH coverage – 9/20/2016 (updated 11/17/17) | X | | |
| Pls' Trial Ex. 258 | Def_000363 625 | AHCA letter to Children's Medical Services re drug criteria and coverage – 10/6/2016 | | X | |
| Pls' Trial Ex. 259 | Def_000368 873 | AHCA tracking form for GAPMS research re puberty suppression – 9/26/2016 | | X | |
| Pls' Trial Ex. 260 | Def_000295 599 | AHCA GAPMS routing and tracking form for cross-sex hormone therapy – 11/2/2016 | X | | |
| Pls' Trial Ex. 261 | Def_000374 025 | FL House letter to AHCA re drug treatment for gender dysphoria – 11/22/2016 | | X | |
| Pls' Trial Ex. 262 | Def_000434 874 | DUR transcript – 3/23/2017 | X | | |
| Pls' Trial Ex. 263 | Def_000289 947 | Draft GAPMS re gender-affirming surgery – 7/19/2017 | X | | |
| Pls' Trial Ex. 264 | Def_000824 992 | Email exchange re Medicaid coverage of gender affirming surgery – June 2018 | X | | |
| Pls' Trial Ex. 264A | Def_000824 996 | Email exchange re Medicaid coverage of gender affirming surgery – June 2018 | X | | |
| Pls' Trial Ex. 265 | Def_000825 001 | AHCA routing form tracking response to MCO | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | question about Medicaid coverage of surgery – June 2018 | | | |
| Pls' Trial Ex. 266 | Def_000825 002 | AHCA document closing the project re responding to MCO question about Medicaid coverage of surgery – June 2018 | X | | |
| Pls' Trial Ex. 267 | Def_001291 353 | Email from Theresa Kumar to Jesse Botcher – 10/18/2019 | X | | |
| Pls' Trial Ex. 268 | Def_001463 652 | Email from DD Pickle to Krisin Sokoloski – 1/5/2022 | | X | |
| Pls' Trial Ex. 269 | Def_000075 977 | AHCA approval of Simply Healthcare's provider manual – 3/24/2022 | X | | |
| Pls' Trial Ex. 269A | Def_000075 979 | AHCA approval of Simply Healthcare's provider manual – 3/24/2022 | X | | |
| Pls' Trial Ex. 269B | Def_000023 694 | AHCA approval of Simply Healthcare's provider manual – 3/24/2022 | X | | |
| Pls' Trial Ex. 269C | Def_000055 220 | AHCA approval of Simply Healthcare's provider manual – 3/24/2022 | X | | |
| Pls' Trial Ex. 270 | Def_000076 888 | Email re commercial plan coverage – 3/24/2022 | X | | |
| Pls' Trial Ex. 271 | Def_001490 062 | Communication from Peter Ring re procedures billed to treat gender dysphoria – 4/7/2022 | X | | |
| Pls' Trial Ex. 272 | Def_000290 175 | Email from Andy Bardos to Andrew Sheeran re Cantor and legal research – 4/11/2022 | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 273 | Def_000290 279 | Email forwarded by Andrew Sheeran from Ashley Lukis scheduling a call with James Cantor – 4/13/2022 | X | | |
| Pls' Trial Ex. 274 | GROSSMA N0029 | Email from Andrew Sheeran to Miriam Grossman – 4/14/2022 | X | | |
| Pls' Trial Ex. 275 | Def_000290 289 | Email exchange between Andrew Sheeran and Romina Brignardello Petersen – 4/18/2022 | X | | |
| Pls' Trial Ex. 276 | Def_001490 846 | Email from Susan Williams to Shantrice Green re GAPMS on cross-sex hormone therapy – 4/20/2022 | X | | |
| Pls' Trial Ex. 277 | Def_001490 891 | Email from Amy Zitiello to Vern Hamilton regarding FDOH guidance – 4/20/2022 | X | | |
| Pls' Trial Ex. 277A | Def_001490 903 | Email from Amy Zitiello to Vern Hamilton regarding FDOH guidance – 4/20/2022 | X | | |
| Pls' Trial Ex. 278 | Def_000087 135 | Email from Cody Farill regarding data from Magellan about drug coverage - 4/20/2022 | X | | |
| Pls' Trial Ex. 279 | Def_001709 796 | Communication between Jason Weida and Dr. Michelle Cretella – 4/21/2025 | X | | |
| Pls' Trial Ex. 280 | Def_001899 938 | Communication between Romina Brignardello-Petersen and Jason Weida regarding types of surgeries | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | on which to focus – 4/25/2022 | | | |
| Pls' Trial Ex. 281 | Def_001496 338 | Communication between Jason Weida and Vern Hamilton regarding planned response to Dr. Zitiello's question about FDOH guidance – 4/29/2022 | X | | |
| Pls' Trial Ex. 282 | AHCA EXP_00571 6 | Draft GAPMS on gender affirming surgery (with handwritten notes) - May 2022 | X | | |
| Pls' Trial Ex. 283 | Def_001553 119 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | | |
| Pls' Trial Ex. 283A | Def_001553 161 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | | |
| Pls' Trial Ex. 283B | Def_001553 120 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | | |
| Pls' Trial Ex. 283C | Def_001553 166 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | | |
| Pls' Trial Ex. 283D | Def_001553 174 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | | |
| Pls' Trial Ex. 283E | Def_001553 125 | Jason Weida communication regarding report from | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | Romina Brignardello-Petersen – 5/5/2022 | | | |
| Pls' Trial Ex. 284 | Def_002174 114 | Jason Weida communication regarding articles provided to him by Dr. Van Mol – 5/6/2022 | X | | |
| Pls' Trial Ex. 285 | Def_001497 585 | Dr. Van Mol communication with Jason Weida and Matthew Brackett about gender affirming care – 5/7/022 | X | | |
| Pls' Trial Ex. 286 | Def_000296 902 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 | X | | |
| Pls' Trial Ex. 286A | Def_000296 902-1 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 | X | | |
| Pls' Trial Ex. 286B | Def_000296 902-2 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 | X | | |
| Pls' Trial Ex. 287 | EOG_00812 6 | Text message from Jason Weida regarding Eknes-Tucker and James Cantor – 5/17/2022 | X | | |
| Pls' Trial Ex. 288 | Def_001968 264 | Email from Shantrice Green to Susan Williams and Kelly Rubin regarding the GAPMS memo on cross-sex hormone therapy – 5/20/2022 | X | | |
| Pls' Trial Ex. 289 | Def_002878 820 | Draft of GAPMS cross-sex hormone therapy memo – 5/20/2022 | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 290 | AHCA EXP_004762 | Jason Weida asks Dr. Van Mol for assistance locating specific witnesses – 5/21/2022 | X | | |
| Pls' Trial Ex. 291 | Def_000291698 | Email between Dr. Van Mol and Jason Weida regarding reimbursement – 5/21/2022 | X | | |
| Pls' Trial Ex. 292 | Def_002885062 | Invoices from Romina Brignardello-Petersen – 5/24/2022 | X | | |
| Pls' Trial Ex. 292A | Def_002885063 | Invoices from Romina Brignardello-Petersen – 5/24/2022 | X | | |
| Pls' Trial Ex. 293 | Def_000286991 | Template denial for requesting rule workshop – June 2022 | | X | |
| Pls' Trial Ex. 294 | EOG_008239 | Projected Rulemaking Timeline – June 2022 | X | | |
| Pls' Trial Ex. 295 | EOG_008240 | Gender Dysphoria/Transgender Health Care Non-Legislative Pathway – June 2022 | X | | |
| Pls' Trial Ex. 296 | EOG_008241 | Gender Dysphoria/Transgender Health Care Policy Pathway – June 2022 | X | | |
| Pls' Trial Ex. 297 | Def_000295608 | AHCA GAPMS routing and tracking form for June 2022 GAPMS – 6/1/2022 | X | | |
| Pls' Trial Ex. 297A | Def_000288171 | AHCA GAPMS routing and tracking form for June 2022 GAPMS – 6/1/2022 | X | | |
| Pls' Trial Ex. 298 | Def_002873411 | Communication between Ashley Peterson and Jason | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | Weida regarding an inventory of gender affirming care – 6/3/2022 | | | |
| Pls' Trial Ex. 298A | Def_002873 412 | Communication between Ashley Peterson and Jason Weida regarding an inventory of gender affirming care – 6/3/2022 | | X | |
| Pls' Trial Ex. 299 | Def_000288 753 | Email communication between AHCA and Magellan regarding coverage of GnRH to treat gender dysphoria | X | | |
| Pls' Trial Ex. 300 | Def_001900 110 | AHCA communication regarding the Special Services Criteria for puberty blockers – 6/10/2022 | X | | |
| Pls' Trial Ex. 301 | Def_001900 113 | Communication between Jason Weida and Dr. Van Mol about a witness for the July 8th hearing – 6/14/2022 | X | | |
| Pls' Trial Ex. 302 | Def_000174 299 | Email communication between Dr. Christopher Cogle and Jeffrey English – 6/27/2022 | X | | |
| Pls' Trial Ex. 303 | GROSSMA N0095 | Communication regarding meeting between Miriam Grossman, Dr. Van Mol, Jason Weida, Andrew Sheeran, and Holtzman Vogel regarding July 8th hearing – 6/30/2022 | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 304 | Def_000296 975 | Communication between Dr. Van Mol and AHCA - 7/2/2022 | X | | |
| Pls' Trial Ex. 305 | FDOH_0000 04873 | Brief of the July 8th rule hearing – 7/8/2022 | X | | |
| Pls' Trial Ex. 306 | Def_000296 244 | Transcript from July 8th rule hearing – 7/8/2022 | X | | |
| Pls' Trial Ex. 307 | Def_000296 949 | Email from Miriam Grossman – 7/10/2022 | X | | |
| Pls' Trial Ex. 308 | Def_000291 900 | Email communications with Jason Weida and Dr. Van Mol – 7/14/2022 | X | | |
| Pls' Trial Ex. 309 | GROSSMA N0067 | Communications regarding AHCA's development of public comment binder provided to the consultants – 7/19/2022 | X | | |
| Pls' Trial Ex. 310 | Def_000237 607 | Invoice from Dr. Van Meter – 8/4/2022 | X | | |
| Pls' Trial Ex. 311 | EOG_00812 7 | Communication to Jason Weida regarding witnesses for a hearing – 8/10/2022 | X | | |
| Pls' Trial Ex. 312 | Def_000239 820 | Invoices from Dr. Van Mol – 8/11/2022 | X | | |
| Pls' Trial Ex. 313 | Def_001892 888 | Email communications regarding implementation of 59G-1.050(7) - 8/22/2022 | | X | |
| Pls' Trial Ex. 313A | Def_001892 894 | Email communications regarding implementation of 59G-1.050(7) - 8/22/2022 | | X | |
| Pls' Trial Ex. 314 | Def_000258 835 | Communication between AHCA and EOG regarding planned communications | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| | | about June 2022 GAPMS and 59G-1.050(7) - 8/22/2022 | | | |
| Pls' Trial Ex. 315 | Def_000258 833 | SMMC Policy Transmittal draft regarding non-coverage of gender dysphoria treatments – August 22, 2022 | X | | |
| Pls' Trial Ex. 316 | Def_000258 839 | AHCA Medicaid Health Care Alert regarding prohibition on coverage for gender affirming care | X | | |
| Pls' Trial Ex. 317 | Def_000274 811 | AHCA draft response to media regarding gender affirming care – 9/1/2022 | X | | |
| Pls' Trial Ex. 318 | Def_000289 978 | List of appeals for denials of hormone therapy – 12/19/2022 | X | | |
| Pls' Trial Ex. 319 | Def_000290 022 | List of requests for surgery to treat gender dysphoria – 12/19/2022 | X | | |
| Pls' Trial Ex. 320 | Def_000272 295 | AHCA After the Fact Request form for Quentin Van Meter – 6/13/2022 | X | | |
| Pls' Trial Ex. 321 | Def_000241 592 | AHCA After the Fact Request form for Andre Van Mol – 5/26/2022 | X | | |
| Pls' Trial Ex. 322 | Def_001551 590 | Draft of welcome/opening remarks for July 8th rule hearing | | X | |
| Pls' Trial Ex. 323 | Def_001511 705 | Endocrine Society public comment | X | | |
| Pls' Trial Ex. 324 | Def_001514 249 | Yale public comment | X | | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Pls' Trial Ex. 325 | Def_001511 606 | American Academy of Pediatrics public comment | X |  |  |
| Pls' Trial Ex. 326 | Def_001551 644 | Florida Medicaid, Comment Summary for Rule 59G-1.050 (20 pages) |  | X |  |
| Pls' Trial Ex. 327 | Def_001551 664 | Florida Medicaid, Comment Summary for Rule 59G-1.050 (17 pages) | X |  |  |
| Pls' Trial Ex. 328 | Def_000296 892 | Email communication between Van Mol and Weida and attachment | X |  |  |
| Pls' Trial Ex. 328A | Def_000296 892-1 | Email communication between Van Mol and Weida and attachment | X |  |  |
| Pls' Trial Ex. 329 | Def_000290 414 | Florida Medicaid & G/TAT, Andrea Van Mol – May 2022 | X |  |  |
| Pls' Trial Ex. 330 | Def_000286 954 | GAPMS – Specially Modified Foods | X |  |  |
| Pls' Trial Ex. 331 | Def_000286 961 | GAPMS – Scleral Contact Lenses | X |  |  |
| Pls' Trial Ex. 332 | Def_000286 947 | GAPMS – Fractional Exhaled Nitric Oxide | X |  |  |
| Pls' Trial Ex. 333 | Def_000286 931 | GAPMS – Breast Pump | X |  |  |
| Pls' Trial Ex. 334 | Def_000291 815 | Email from Miriam Grossman – July 7, 2022 | X |  |  |
| Pls' Trial Ex. 335 | EOG_00252 2 | Proposed media response from Brock Juarez to Taryn Fenske – 8/29/2022 | X |  |  |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 336 | Def_000178 126 | Order striking Van Meter | X | | |
| Pls' Trial Ex. 337 | Def_001593 749 | Email communication between Van Meter and AHCA Counsel | X | | |
| Pls' Trial Ex. 338 | Def_000288 298 | AHCA Microsoft Teams Meeting Invite | X | | |
| Pls' Trial Ex. 339 | Def_002883 110 | Email communication between Van Meter and Jason Weida | X | | |
| Pls' Trial Ex. 340 | Def_000237 603 | AHCA Van Meter Invoice | X | | |
| Pls' Trial Ex. 341 | FDOH_0000 20148 | HCA Hearing on General Medicaid Policy | X | | |
| Pls' Trial Ex. 342 | Def_000239 790 | Email communication between Devona Pickle and Van Meter | X | | |
| Pls' Trial Ex. 343 | Def_000292 237 | Email communication between consultants, counsel, and Van Meter | X | | |
| Pls' Trial Ex. 344 | EOG_00223 4 | AHCA Teams Meeting Invites | X | | |
| Pls' Trial Ex. 344A | EOG_00228 1 | AHCA Teams Meeting Invites | X | | |
| Pls' Trial Ex. 345 | GROSSMA N_0058 | Email communication between AHCA and consultants | X | | |
| Pls' Trial Ex. 346 | Def_001572 839 | Email communication between Sheeran and Brignardello-Petersen | | X | |
| Pls' Trial Ex. 347 | Def_000296 980 | Email communication between Van Mol and Weida | | X | |

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| Pls' Trial Ex. 348 | Def_002883 392 | Van Mol comments to Alstott letter | | X | |
| Pls' Trial Ex. 349 | Def_000296 946 | Email communication between Weida Van Meter, Van Mol and Grossman | | X | |
| Pls' Trial Ex. 350 | Def_000296 905 | Email communication between Cantor and Weida | | X | |
| Pls' Trial Ex. 351 | PLAINTIFF S007541 | *Sex Differences in Verbal Fluency during Adolescence*, 2013 Soleman | | X | |
| Pls' Trial Ex. 352 | PLAINTIFF S007550 | Oestrogens are Not Related to Emotional Processing, Soleman 2016 | | X | |
| Pls' Trial Ex. 353 | PLAINTIFF S007557 | *Puberty suppression and executive functioning*, 2015 Staphorsius | | X | |
| Pls' Trial Ex. 354 | PLAINTIFF S007560 | *Alterations in the inferior fronto-occipital fasciculus*, van Heesewijk | | X | |
| Pls' Trial Ex. 355 | PLAINTIFF S005435 | Spreadsheet summarizing Florida Medicaid coverage | X | | |
| Pls' Trial Ex. 356 | PLAINTIFF S003379 | DOJ, Dear State Attorneys General Letter re Transgender Youth (March 31, 2022) | | X | |

Dated: April 27, 2023

Respectfully Submitted,

*/s/William C. Miller*

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**
**Jennifer Altman** (Fl. Bar No. 881384)
**Shani Rivaux** (Fl. Bar No. 42095)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

**William C. Miller**\*
**Gary J. Shaw**\*
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com
gary.shaw@pillsburylaw.com

**Joe Little**\*
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4700
joe.little@pillsburylaw.com

**NATIONAL HEALTH LAW PROGRAM**
**Abigail Coursolle**\*
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

**Catherine McKee**\*
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
mckee@healthlaw.org

**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**
**Omar Gonzalez-Pagan**\*
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

**Carl S. Charles**\*
1 West Court Square, Suite 105
Decatur, GA 30030
(404) 897-1880
ccharles@lambdalegal.org

**SOUTHERN LEGAL COUNSEL, INC.**
**Simone Chriss** (Fl. Bar No. 124062)
**Chelsea Dunn** (Fl. Bar No. 1013541)
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**FLORIDA HEALTH JUSTICE PROJECT**
**Katy DeBriere** (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

\* *Admitted pro hac vice*
*Counsel for Plaintiffs*

46

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of April, 2023, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to counsel of record for all parties in this matter registered with the Court for this purpose.

*/s/ William C. Miller*
William C. Miller

**Attorney for Plaintiffs**