| | |
|---|---|
| From: | Sheeran, Andrew |
| Sent: | Thursday, April 14, 2022 9:06 AM EDT |
| To: | \"\"Roberts\"\",\"\" William; William.Roberts@ahca.myflorida.com |
| CC: | Tamayo, Josefina |
| Subject: | FW: Van Meter CV [ATTORNEY WORK PRODUCT PRIVILEGED AND EXEMPT] |
| Attachments: | VanMeter (6).doc, Customary charges for medical legal review.docx |

Bill,

We would like to go ahead and retain Dr. Van Meter to assist us with the GAPMS / expert witness project. I don't know the process for this (or what kind of budget we are working with).

We are going to need retain other experts as well.

*Andrew T. Sheeran*
*Chief Litigation Counsel*
*Agency for Health Care Administration*
*Office of the General Counsel*
*2727 Mahan Drive, Building 3, MS #3*
*Tallahassee, FL 32308*
*Telephone: (850) 412-3670*
*Fax: (850) 922-6484*
*Email:* Andrew.Sheeran@ahca.myflorida.com

---

**From:** QUENTIN VAN METER <kidendo@comcast.net>
**Sent:** Wednesday, April 13, 2022 3:02 PM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** Van Meter CV

Here is my C.V. and customary fee schedule.

Quentin

Def_001593749