**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Rule Litigation |
| **Location:** | Secretary's Conference Room |
| | |
| **Start:** | Wed 7/20/2022 2:30 PM |
| **End:** | Wed 7/20/2022 3:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Tamayo, Josefina |
| **Required Attendees:** | Tamayo, Josefina; Marstiller, Simone; Weida, Jason; Brackett, Matt; Grantham, Shena; Sheeran, Andrew; Kellum, Kim; Giering, Cole |
| **Optional Attendees:** | Dalton, Ann |

1

## Brackett, Matt

| | |
|---|---|
| **Subject:** | Daily Meeting |
| **Location:** | Jason's Office |
| **Start:** | Fri 7/8/2022 10:00 AM |
| **End:** | Fri 7/8/2022 10:30 AM |
| **Recurrence:** | Daily |
| **Recurrence Pattern:** | every weekday from 10:00 AM to 10:30 AM |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Brackett, Matt; Chen, Nai; Giering, Cole |

Def_000288264

## Brackett, Matt

| | |
|---|---|
| **Subject:** | Hearing Walkthrough @DOT |
| **Location:** | FDOT Auditorium |
| | |
| **Start:** | Thu 7/7/2022 1:00 PM |
| **End:** | Thu 7/7/2022 2:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Giering, Cole |
| **Required Attendees:** | Giering, Cole; Weida, Jason; Juarez, Brock; McLaughlin, Kayla; Steele, Patrick; Farrill, Cody; Tamayo, Josefina; Grantham, Shena; Sheeran, Andrew; Kellum, Kim |
| **Optional Attendees:** | Pickle, Devona; Brackett, Matt; Chen, Nai; Zander, Lindsey |

Share with necessary personnel

`1

Def_000288265

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Daily Meeting |
| **Location:** | Jason's Office |
| | |
| **Start:** | Thu 7/7/2022 11:00 AM |
| **End:** | Thu 7/7/2022 11:30 AM |
| | |
| **Recurrence:** | Daily |
| **Recurrence Pattern:** | every weekday from 10:00 AM to 10:30 AM |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Brackett, Matt; Chen, Nai; Giering, Cole |

1

Def_000288266

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Daily Meeting |
| **Location:** | Jason's Office |
| **Start:** | Wed 7/6/2022 3:30 PM |
| **End:** | Wed 7/6/2022 4:00 PM |
| **Recurrence:** | Daily |
| **Recurrence Pattern:** | every weekday from 10:00 AM to 10:30 AM |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Brackett, Matt; Chen, Nai; Giering, Cole |

1

## Brackett, Matt

| | |
|---|---|
| **Subject:** | Comments |
| **Location:** | Medicaid Policy Conf Room 2316 |
| **Start:** | Tue 7/5/2022 12:30 PM |
| **End:** | Tue 7/5/2022 2:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Giering, Cole |
| **Required Attendees:** | Chen, Nai; Brackett, Matt |
| **Optional Attendees:** | Pickle, Devona |
| **Resources:** | Medicaid Policy Conf Room 2316 |

1

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Daily Meeting |
| **Location:** | Jason's Office |
| **Start:** | Tue 7/5/2022 10:30 AM |
| **End:** | Tue 7/5/2022 11:00 AM |
| **Recurrence:** | Daily |
| **Recurrence Pattern:** | every weekday from 10:00 AM to 10:30 AM |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Brackett, Matt; Chen, Nai; Giering, Cole |

1

Def_000288269

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Daily Meeting |
| **Location:** | Jason's Office |
| | |
| **Start:** | Wed 6/29/2022 10:00 AM |
| **End:** | Wed 6/29/2022 10:30 AM |
| | |
| **Recurrence:** | Daily |
| **Recurrence Pattern:** | every weekday from 10:00 AM to 10:30 AM |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Brackett, Matt; Chen, Nai; Giering, Cole |

Def_000288270

## Brackett, Matt

| | |
|---|---|
| **Subject:** | Meeting |
| **Location:** | Medicaid Director Conference Room |
| **Start:** | Tue 6/14/2022 1:30 PM |
| **End:** | Tue 6/14/2022 2:30 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Weida, Jason |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Chen, Nai; Dalton, Ann; Bottcher, Jesse; Giering, Cole; Sheeran, Andrew; Kellum, Kim; Grantham, Shena |
| **Resources:** | Medicaid Director Conference Room |

Def_000288271

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Call |
| **Start:** | Mon 6/13/2022 11:00 AM |
| **End:** | Mon 6/13/2022 12:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Brackett, Matt; Chen, Nai; miriamgrossmanmd@hotmail.com |

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 850-792-4898,,593662820#   United States, Tallahassee
Phone Conference ID: 593 662 820#
Find a local number | Reset PIN

Learn More | Meeting options

Def_000288272

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Call |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Fri 6/10/2022 9:30 AM |
| **End:** | Fri 6/10/2022 10:30 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Brackett, Matt; Chen, Nai; 95andrev@gmail.com |

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 850-792-4898,,518893291#   United States, Tallahassee
Phone Conference ID: 518 893 291#
Find a local number | Reset PIN

Learn More | Meeting options

1

**Def_000288273**

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Drug Criteria |
| **Location:** | General Counsel Conference Room and Teams |
| **Start:** | Fri 6/3/2022 1:00 PM |
| **End:** | Fri 6/3/2022 1:30 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Kellum, Kim |
| **Required Attendees:** | Weida, Jason; Peterson, Ashley; Dalton, Ann |
| **Optional Attendees:** | Sheeran, Andrew; Tamayo, Josefina; Forbes, Jesseka; Brackett, Matt; Chen, Nai |
| **Resources:** | General Counsel Conference Room |

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

**Or call in (audio only)**
[+1 850-792-4898,,784073811#](#)   United States, Tallahassee
Phone Conference ID: 784 073 811#
[Find a local number](#) | [Reset PIN](#)

[Learn More](#) | [Meeting options](#)

Def_000288274

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Meeting |
| **Location:** | Jason's Office |
| **Start:** | Wed 6/1/2022 8:30 AM |
| **End:** | Wed 6/1/2022 8:45 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Weida, Jason |
| **Required Attendees:** | Brackett, Matt; Chen, Nai |

1

Def_000288275

## Brackett, Matt

| | |
|---|---|
| **Subject:** | GAPMS - Biweekly Part 1 |
| **Location:** | Jason's Office |
| | |
| **Start:** | Tue 5/31/2022 10:00 AM |
| **End:** | Tue 5/31/2022 11:00 AM |
| | |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Tuesday from 10:00 AM to 11:00 AM |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Weida, Jason; Dalton, Ann; Chen, Nai |
| **Optional Attendees:** | Sheeran, Andrew |

1

Def_000288276

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | GAPMS - Biweekly Part 1 |
| **Location:** | Jason's Office |
| **Start:** | Tue 5/24/2022 10:00 AM |
| **End:** | Tue 5/24/2022 11:00 AM |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Tuesday from 10:00 AM to 11:00 AM |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Weida, Jason; Dalton, Ann; Chen, Nai |
| **Optional Attendees:** | Sheeran, Andrew |

1

Def_000288277

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Meeting |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Mon 5/23/2022 1:30 PM |
| **End:** | Mon 5/23/2022 2:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Chen, Nai |
| **Required Attendees:** | Weida, Jason; Kellum, Kim |
| **Optional Attendees:** | Pickle, Devona; Brackett, Matt |

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

Learn More | Meeting options

---

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Friday, May 20, 2022 4:42 PM
**To:** Kellum, Kim <Kim.Kellum@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Brackett, Matt <Matt.Brackett@ahca.myflorida.com>; Chen, Nai <Nai.Chen@ahca.myflorida.com>
**Subject:** Meeting

Kim,

I think it makes sense for the whole team to meet with you on Monday.  Can you do afternoon?

Thanks,
Jason

1

Def_000288278

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | GAPMS - Biweekly Part 2 |
| **Location:** | Jason's Office |
| **Start:** | Thu 5/19/2022 3:00 PM |
| **End:** | Thu 5/19/2022 4:00 PM |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Thursday from 3:00 PM to 4:00 PM |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Chen, Nai; Dalton, Ann; Weida, Jason |
| **Optional Attendees:** | Sheeran, Andrew |

1

Def_000288279

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Call - 2:30 EST |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Thu 5/19/2022 2:30 PM |
| **End:** | Thu 5/19/2022 3:30 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | miriamgrossmanmd@hotmail.com; Matt Brackett; Chen, Nai; Weida, Jason |
| **Optional Attendees:** | Ann Dalton |

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

**Or call in (audio only)**
[+1 850-792-4898,,568563678#](#)   United States, Tallahassee
Phone Conference ID: 568 563 678#
[Find a local number](#) | [Reset PIN](#)

[Learn More](#) | [Meeting options](#)

Def_000288280

## Brackett, Matt

| | |
|---|---|
| **Subject:** | Meeting |
| **Location:** | Secretary's Conf Rm |
| **Start:** | Wed 5/18/2022 1:00 PM |
| **End:** | Wed 5/18/2022 1:30 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Marstiller, Simone |
| **Required Attendees:** | Farrill, Cody; Wallace, Thomas J.; Weida, Jason; Pickle, Devona; Brackett, Matt; Chen, Nai |

1

Def_000288281

## Brackett, Matt

| | |
|---|---|
| **Subject:** | Introductions. https://zoom.us/j/7237728939 |
| **Location:** | https://zoom.us/j/7237728939 |
| | |
| **Start:** | Tue 5/17/2022 1:00 PM |
| **End:** | Tue 5/17/2022 2:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | emasyrulnik@gmail.com |

-----Original Appointment-----
**From:** emasyrulnik@gmail.com <emasyrulnik@gmail.com>
**Sent:** Friday, May 13, 2022 12:57 PM
**To:** emasyrulnik@gmail.com; Sheeran, Andrew; Weida, Jason; zhenyapdx@gmail.com
**Subject:** RE: Introductions. https://zoom.us/j/7237728939
**When:** Tuesday, May 17, 2022 1:00 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://zoom.us/j/7237728939

---

**This event has been changed.**

**Changed: RE: Introductions. https://zoom.us/j/7237728939**

| | |
|---|---|
| When | Tue May 17, 2022 10am – 11am Pacific Time - Los Angeles |
| Where | **Changed:** https://zoom.us/j/7237728939 (map) |
| Calendar | andrew.sheeran@ahca.myflorida.com |
| Who | • emasyrulnik@gmail.com - organizer |
| | • andrew.sheeran@ahca.myflorida.com |
| | • jason.weida@ahca.myflorida.com |
| | • zhenyapdx@gmail.com |

**more details »**
Hi Ema,


How about Tuesday, May 17 at 1 PM (EST)? (Sorry, I can't remember which time zone you are in)


Andrew T. Sheeran

Chief Litigation Counsel

---

Def_000288282

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Call |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Tue 5/17/2022 12:00 PM |
| **End:** | Tue 5/17/2022 1:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Dalton, Ann; Brackett, Matt; Chen, Nai; Weida, Jason; miriamgrossmanmd@hotmail.com; Sheeran, Andrew |

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 850-792-4898,,272482780#   United States, Tallahassee
Phone Conference ID: 272 482 780#
Find a local number | Reset PIN

Learn More | Meeting options

Def_000288283

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | GAPMS - Biweekly Part 1 |
| **Location:** | Jason's Office |
| **Start:** | Tue 5/17/2022 10:00 AM |
| **End:** | Tue 5/17/2022 11:00 AM |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Tuesday from 10:00 AM to 11:00 AM |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Weida, Jason; Dalton, Ann; Chen, Nai |
| **Optional Attendees:** | Sheeran, Andrew |

1

Def_000288284

## Brackett, Matt

| | |
|---|---|
| **Subject:** | Meeting |
| **Location:** | Jason't Office |
| **Start:** | Mon 5/16/2022 10:00 AM |
| **End:** | Mon 5/16/2022 10:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Brackett, Matt; Chen, Nai |
| **Optional Attendees:** | Sheeran, Andrew |

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Monday, May 16, 2022 8:36 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Brackett, Matt <Matt.Brackett@ahca.myflorida.com>; Chen, Nai <Nai.Chen@ahca.myflorida.com>
**Cc:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** Meeting

Can we meet at 10am?

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

Bldg 3 Room 2413 - DIVISION OF MEDICAID
2727 MAHAN DR., TALLAHASSEE, FL. 32308
+1 850-412-4118 (Office) - (Fax)
Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

Def_000288285

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Call |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Fri 5/13/2022 12:00 PM |
| **End:** | Fri 5/13/2022 1:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Dalton, Ann; Brackett, Matt; Chen, Nai; Weida, Jason; miriamgrossmanmd@hotmail.com |

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

**Or call in (audio only)**
[+1 850-792-4898,,357592724#](#)   United States, Tallahassee
Phone Conference ID: 357 592 724#
[Find a local number](#) | [Reset PIN](#)

[Learn More](#) | [Meeting options](#)

Def_000288286

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Call |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Fri 5/13/2022 11:00 AM |
| **End:** | Fri 5/13/2022 12:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Brackett, Matt; Chen, Nai; Weida, Jason; 95andrev@gmail.com |
| **Optional Attendees:** | Andrew Sheeran |

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 850-792-4898,,529007177#   United States, Tallahassee
Phone Conference ID: 529 007 177#
Find a local number | Reset PIN

Learn More | Meeting options

1

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Draft Report |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Thu 5/12/2022 3:00 PM |
| **End:** | Thu 5/12/2022 4:00 PM |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Thursday from 3:00 PM to 4:00 PM |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Brackett, Matt; Chen, Nai; Dalton, Ann; Weida, Jason; Romina Brignardello Petersen |
| **Optional Attendees:** | Sheeran, Andrew |

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 850-792-4898,,201526414#   United States, Tallahassee
Phone Conference ID: 201 526 414#
Find a local number | Reset PIN

Learn More | Meeting options

Def_000288288

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Report Review |
| **Location:** | Jason's Office |
| | |
| **Start:** | Wed 5/11/2022 3:00 PM |
| **End:** | Wed 5/11/2022 3:30 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Chen, Nai; Matt Brackett |
| **Optional Attendees:** | Andrew Sheeran |

1

Def_000288289

## Brackett, Matt

| | |
|---|---|
| **Subject:** | Report Review |
| **Location:** | Jason's Office |
| | |
| **Start:** | Wed 5/11/2022 3:00 PM |
| **End:** | Wed 5/11/2022 3:30 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Weida, Jason; Chen, Nai; Matt Brackett |
| **Optional Attendees:** | Andrew Sheeran |

1

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | GAPMS - Biweekly Part 1 |
| **Location:** | Jason's Office |
| | |
| **Start:** | Tue 5/10/2022 10:00 AM |
| **End:** | Tue 5/10/2022 11:00 AM |
| | |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Tuesday from 10:00 AM to 11:00 AM |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Weida, Jason; Dalton, Ann; Chen, Nai |
| **Optional Attendees:** | Sheeran, Andrew |

1

Def_000288291

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Weekly with Jason |
| **Location:** | Tom's office   (If needed -Microsoft Teams Meeting) |
| | |
| **Start:** | Fri 5/6/2022 1:15 PM |
| **End:** | Fri 5/6/2022 2:00 PM |
| | |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | Occurs every Friday from 10:00 AM to 11:00 AM effective 2/4/2022 until 12/30/2022. |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Wallace, Thomas J. |
| **Required Attendees:** | Weida, Jason |
| **Optional Attendees:** | Pickle, Devona; Brackett, Matt; Chen, Nai |

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 850-792-4898,,566612448#   United States, Tallahassee
Phone Conference ID: 566 612 448#
Find a local number | Reset PIN

Learn More | Meeting options

---

1

Def_000288292

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Call |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Fri 5/6/2022 12:00 PM |
| **End:** | Fri 5/6/2022 1:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | miriamgrossmanmd@hotmail.com; Weida, Jason; Ann Dalton; Matt Brackett; Chen, Nai; Andrew Sheeran |

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 850-792-4898,,3196621#   United States, Tallahassee
Phone Conference ID: 319 662 1#
Find a local number | Reset PIN

Learn More | Meeting options

1

Def_000288293

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | GAPMS - Biweekly Part 2 |
| **Location:** | Jason's Office |
| **Start:** | Thu 5/5/2022 3:00 PM |
| **End:** | Thu 5/5/2022 4:00 PM |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Thursday from 3:00 PM to 4:00 PM |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Chen, Nai; Dalton, Ann; Weida, Jason |
| **Optional Attendees:** | Sheeran, Andrew |

1

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Meeting -- 11:00am to 12:00pm, EST |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Tue 5/3/2022 11:00 AM |
| **End:** | Tue 5/3/2022 12:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Romina Brignardello Petersen; g.kevin.donovan@georgetown.edu; Weida, Jason; Dalton, Ann; Sheeran, Andrew; Brackett, Matt; Chen, Nai |
| **Optional Attendees:** | donovangk@georgetown.edu |

***If you haven't used Teams before, the link gives you the option to download the application or use Teams via web browser.**

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

**Or call in (audio only)**
[+1 850-792-4898,,334892787#](#)   United States, Tallahassee
Phone Conference ID: 334 892 787#
[Find a local number](#) | [Reset PIN](#)

[Learn More](#) | [Meeting options](#)

---

1

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | GAPMS - Biweekly Part 1 |
| **Location:** | Jason's Office |
| | |
| **Start:** | Tue 5/3/2022 10:00 AM |
| **End:** | Tue 5/3/2022 11:00 AM |
| | |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Tuesday from 10:00 AM to 11:00 AM |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Weida, Jason; Dalton, Ann; Chen, Nai |
| **Optional Attendees:** | Sheeran, Andrew |

1

Def_000288296

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Call |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Mon 5/2/2022 1:00 PM |
| **End:** | Mon 5/2/2022 2:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | miriamgrossmanmd@hotmail.com; Weida, Jason; Matt Brackett; Chen, Nai; Ann Dalton; Andrew Sheeran |

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 850-792-4898,,105719378#   United States, Tallahassee
Phone Conference ID: 105 719 378#
Find a local number | Reset PIN

Learn More | Meeting options

1

Def_000288297

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Florida Call |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Mon 5/2/2022 12:00 PM |
| **End:** | Mon 5/2/2022 1:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | kidendo@comcast.net; jamescantorphd@gmail.com; patrick@lappertplasticsurgery.com; Weida, Jason; Chen, Nai; Matt Brackett; Ann Dalton; Andrew Sheeran |

*\*\*If you haven't used Teams before, the link gives you the option to download the application or use Teams via web browser.*

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

**Or call in (audio only)**
[+1 850-792-4898,,335188302#](#)   United States, Tallahassee
Phone Conference ID: 335 188 302#
[Find a local number](#) | [Reset PIN](#)

[Learn More](#) | [Meeting options](#)

1

**Def_000288298**

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | Consultation with Florida |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Fri 4/29/2022 12:00 PM |
| **End:** | Fri 4/29/2022 1:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | miriamgrossmanmd@hotmail.com; Matt Brackett; Chen, Nai; Ann Dalton; Weida, Jason |
| **Optional Attendees:** | Andrew Sheeran |

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

**Or call in (audio only)**
[+1 850-792-4898,,983462022#](#)   United States, Tallahassee
Phone Conference ID: 983 462 022#
[Find a local number](#) | [Reset PIN](#)

[Learn More](#) | [Meeting options](#)

1

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | GAPMS - Biweekly Part 2 |
| **Location:** | Jason's Office |
| | |
| **Start:** | Thu 4/28/2022 3:00 PM |
| **End:** | Thu 4/28/2022 4:00 PM |
| | |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Thursday from 3:00 PM to 4:00 PM |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Chen, Nai; Dalton, Ann; Weida, Jason |
| **Optional Attendees:** | Sheeran, Andrew |

1

Def_000288300

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | GAPMS - Biweekly Part 1 |
| **Location:** | Jason's Office |
| | |
| **Start:** | Tue 4/26/2022 2:00 PM |
| **End:** | Tue 4/26/2022 3:00 PM |
| | |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Tuesday from 10:00 AM to 11:00 AM |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Weida, Jason; Dalton, Ann; Chen, Nai |
| **Optional Attendees:** | Sheeran, Andrew |

1

Def_000288301

**Brackett, Matt**

| | |
|---|---|
| **Subject:** | GAPMS – Biweekly Part 2 |
| **Location:** | Jason's Office |
| **Start:** | Thu 4/21/2022 3:00 PM |
| **End:** | Thu 4/21/2022 4:00 PM |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every Thursday from 3:00 PM to 4:00 PM |
| **Meeting Status:** | Accepted |
| **Organizer:** | Pickle, Devona |
| **Required Attendees:** | Pickle, Devona; Brackett, Matt; Chen, Nai; Dalton, Ann; Weida, Jason |
| **Optional Attendees:** | Sheeran, Andrew |

1

## Brackett, Matt

| | |
|---|---|
| **Subject:** | Meeting |
| **Location:** | Medicaid Director's Confrence Room |
| | |
| **Start:** | Tue 4/12/2022 2:30 PM |
| **End:** | Tue 4/12/2022 3:30 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Weida, Jason |
| **Required Attendees:** | Weida, Jason; Sheeran, Andrew; Dalton, Ann; Pickle, Devona; Brackett, Matt |
| **Optional Attendees:** | Chen, Nai |
| **Resources:** | Medicaid Director Conference Room |

Def_000288303