**From:** Pickle, Devona
**Subject:** RE: FW: Travel for 7/8/22 Hearing
**To:** QUENTIN VAN METER
**Sent:** August 11, 2022 5:05 PM (UTC-04:00)
**Attached:** Invoice Florida AHCA.docx

Dr. Van Meter,

Would you please create an invoice for your services similar to your first invoice? You do not need to include the travel; there is a separate form that I complete for that to be processed. If your hours cross June and July, please submit those a separate invoices. They fall in different fiscal years and must be processed separately.

Thank you,

D.D. Pickle
(office) 850-412-4646

---

**From:** QUENTIN VAN METER <kidendo@comcast.net>
**Sent:** Saturday, July 9, 2022 8:52 AM
**To:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Re: FW: Travel for 7/8/22 Hearing

Attached are receipts for the dinner meal and the Atlanta airport parking. I will forward the email confirmation of the Delta flight receipt. I account for the reimbursable costs as follows:

time-related expenses:

| | | |
|---|---|---|
| 2 hours of phone conferences @350.00/h | 700.00 | |
| 1 day out of office 7/8/2022 | 3500.00 | |
| Atlanta Airport parking | 16.00 | dinner meal at Tallahassee airport 30.15 |
| Uber from airport to AHCA office | 14.91 | |
| Delta round trip economy coach fare | 817.20 | |
| **Total reimbursement** | **$5,078.26** | |

Thank you.

Quentin Van Meter

> On 07/01/2022 1:24 PM Pickle, Devona <devona.pickle@ahca.myflorida.com> wrote:
>
>
> Good afternoon, Dr. Van Meter,
>
> Thank you for agreeing to participate in the upcoming rule hearing in Tallahassee, Florida, on July 8, 2022. I have pre-filled your travel authorization request and will take care of getting it approved on the AHCA side.
>
> You are subject to the same travel rules and regulations as a regular Agency for Health Care Administration (Agency) employee. (Section 112.061, Florida Statutes (F.S.)) It is the responsibility of each traveler to plan travel arrangements in advance, where possible, to ensure that the travel is within budget and that *the most economical and efficient methods are*

AHCA0247795
Def_000239790

***utilized***. The State will cover up to the statutorily-allowed amounts. If you decide to upgrade any of your travel arrangements, the State will reimburse for the most economical cost.

I wrote your travel as if you would be able to use same-day travel. If that is not the case, here are a few suggestions for nearby lodging. All of these are very near the hearing location.

- AC Hotel Tallahassee Universities at the Capitol –right next to the hearing location.
- Aloft Tallahassee Downtown – about 1 mile from the hearing location.
- DoubleTree by Hilton Hotel Tallahassee – less than 1 mile from the hearing location.

The hearing is at: Florida Department of Transportation, 605 Suwannee St, Tallahassee, FL 32399

The Agency is at: Agency for Health Care Administration, Building 3, 2727 Mahan Drive, Tallahassee, FL 32308

Please let me know if you have any questions!

**D.D. Pickle,** Program Director
Canadian Prescription Drug Importation Program
Agency for Health Care Administration
Office - ***850-412-4646***
Medicaid Helpline - ***1-877-254-1055***