**From:** QUENTIN VAN METER
**Subject:** Re: Yale (Privileged & Confidential)
**To:** Andre Van Mol; Weida Jason; jason.weida@ahca.myflorida.com
**Cc:** Grossman Miriam; Tamayo, Josefina; mjazil@holtzmanvogel.com; gperko@holtzmanvogel.com
**Sent:** July 20, 2022 10:30 AM (UTC-04:00)

What He said!

The information in my report is so consistent over time that when it is restated, it is some how cut and paste. These physicians have a complete conflict of interest in that their pediatric endocrine divisions are now running in the black and that makes ped endos very important. Fewer fellows are entering ped endo training because it is now a big-buck sub-specialty. Now that it is a really woke idea to have a trans program, the universities are recruiting all the endo fellows to stay on staff. Academic physicians are salaried- they certainly do have a conflict of interest when they are hired on to run the trans mills at their university programs. I do believe I included my compensation in my statement. How high and mighty they are to claim such purity on their end. As for the claim about being kicked out as an expert, you all know that sad story, and it had nothing to do with a lack of knowledge or experience. I get back to Atlanta on Saturday afternoon from Budapest. Andre- please take some time away and cherish your family (like you need to be told!).

Quentin

Quentin
> On 07/20/2022 12:35 AM Andre Van Mol <95andrev@gmail.com> wrote:
>
>
> Hi, Jason and team
>
> Here's what I came away with reading through the primary section of the Alstott letter, my document attached below. If we had more time to fine comb Alstott, it crumbles like an old biscuit. But giving it that kind of attention honors it too greatly. Ditto the AAP and Endocrine Society letters, many of the points of which are in the Alstott letter and get shot down the same way. Better for you to tell us what your primary concerns are and let us have at them. Also, many of the Alstott arguments are legal, and that is your domain, so I left those out here.
>
> Again, I think I can swing meeting with you Friday morning somewhere between 7-8 am PST (10-11 am EST) start time, if that suits you. If it needs to wait until next Friday the 29th for more to attend, I can do that too. My oldest, Luke, marries this Saturday, big family stuff the day before, of, and after, then I'm away on vacation M-W.
>
>
>
> Andre
>
> > On Jul 19, 2022, at 12:33 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
> >
> > <Alstott et al FULL comment proposed rule re gender dysphoria ACCESSIBLE.pdf>

AHCA0201198
Def_000292237