| | |
|---|---|
| **Subject:** | AHCA Meeting |
| **Start:** | Wednesday, August 3, 2022 10:00 AM EDT |
| **End:** | Wednesday, August 3, 2022 11:00 AM EDT |
| **Location:** | Microsoft Teams Meeting (AHCA Staff please meet in the GC's Conference Room) |
| **Show Time As:** | Tentative |
| **Organizer:** | Tamayo, Josefina |
| **Attendees:** | QUENTIN VAN METER <kidendo@comcast.net>, Weida, Jason, Wilson, John, Grantham, Shena, Sheeran, Andrew, Furino, Maureen |

# Microsoft Teams meeting

