| | |
|---|---|
| **Subject:** | AHCA Meeting |
| **Start:** | Wednesday, August 3, 2022 7:00 PM EDT |
| **End:** | Wednesday, August 3, 2022 7:45 PM EDT |
| **Location:** | Microsoft Teams Meeting |
| **Show Time As:** | Tentative |
| **Organizer:** | Sheeran, Andrew |
| **Attendees:** | Wilson, John, Gary V. Perko, Mohammad O. Jazil, Furino, Maureen, Weida, Jason, QUENTIN VAN METER <kidendo@comcast.net>, Grantham, Shena |

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

