**My question**

miriam grossman <>

Fri 7/8/2022 10:16 AM

To: Andre Van Mol <95andrev@gmail.com>

Cc: Weida Jason <Jason.Weida@ahca.myflorida.com>;Van Meter Quentin <kidendo@comcast.net>;Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>

Good morning all,
I hope to hear from you about my concerns about what Cantor wrote
About successful adult transition. Thanks
Miriam

Sent from my iPad

> On Jul 8, 2022, at 12:29 AM, Andre Van Mol <95andrev@gmail.com> wrote:
>
> Late morning sounds good.  BTW, I got from Paul Hruz his classic takedown of the p.10 AAP letter slogan that randomized controlled trials may be unethical in GAT.
>
> "It is often argued that conducting randomized controlled trials in the field of gender medicine would be unethical. This is based upon the false premise that the control group would receive no specific therapy.  However, in scientific investigation all variables except the independent variable being tested are kept constant in both experimental and control groups.  Thus, although members of the control group do not receive the intervention being studied, they are provided with all other aspects of treatment indicated for the condition; that is, they receive standard care. There are numerous means of psychological support for anxiety, depression, and other comorbidities associated with gender dysphoria. Coping skills can be developed in both treatment arms."
>
> Andre
>
>> On Jul 7, 2022, at 8:13 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
>>
>> Got it.  Thanks.  We can discuss tomorrow.  I got a conference room at the Agency for us if you want to come over before we head out to the hearing.  Come at your leisure.  Perhaps mid to late morning? We'll be heading over the hearing in the same vehicle (rental van) around 2:20.
>>
>> Get Outlook for iOS
>>
>> **From:** Andre Van Mol <95andrev@gmail.com>
>> **Sent:** Thursday, July 7, 2022 10:23:28 PM
>> **To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>; Van Meter Quentin

<[kidendo@comcast.net](kidendo@comcast.net)>; Grossman Miriam <███████████████>; Sheeran, Andrew <[Andrew.Sheeran@ahca.myflorida.com](Andrew.Sheeran@ahca.myflorida.com)>

**Subject:** Re: AAP-FCAAP Comment Letter: Medicaid Coverage for Gender Affirming Care (Privileged & Confidential)

Here is my rebuttal of the AAP statement. Yellow highlights and usually embedded comments. I'm doing this from inside a plane on the tarmac using my iPhone hot spot, so I hope it works. :)

Andre

> On Jul 7, 2022, at 3:10 PM, miriam grossman <███████████████> wrote:
>
> Hi Jason
> Thanks for forwarding. I skimmed through and don't see any surprises. Please refer audience questions about standards of care to the other docs who are more articulate on this subject than I.
> Miriam
>
> Sent from my iPhone
>
>> On Jul 7, 2022, at 5:25 PM, Weida, Jason <[Jason.Weida@ahca.myflorida.com](Jason.Weida@ahca.myflorida.com)> wrote:
>>
>> **PRIVILEGED & CONFIDENTIAL**
>> **ATTORNEY WORK PRODUCT PROTECTED**
>>
>> Andre, Quentin, and Miriam,
>>
>> Please see the below and attached. Today, the American Academy of Pediatrics and its Florida Chapter have submitted this white paper responding to the GAPMS report and the proposal rule. I encourage you to read it.
>>
>> Thanks,
>> Jason
>>
>> ---
>>
>> **From:** MEDICAID RULE COMMENTS <[MEDICAIDRULECOMMENTS@ahca.myflorida.com](MEDICAIDRULECOMMENTS@ahca.myflorida.com)>
>> **Sent:** Thursday, July 7, 2022 5:11 PM
>> **To:** Weida, Jason <[Jason.Weida@ahca.myflorida.com](Jason.Weida@ahca.myflorida.com)>
>> **Subject:** FW: AAP-FCAAP Comment Letter: Medicaid Coverage for Gender Affirming Care

**From:** Scott Van Deman <communications@fcaap.org>
**Sent:** Thursday, July 7, 2022 1:59 PM
**To:** MEDICAID RULE COMMENTS <MEDICAIDRULECOMMENTS@ahca.myflorida.com>
**Cc:** Hudson, Jeff <JHudson@aap.org>; Alicia E. Adams, Esq. <master@fcaap.org>
**Subject:** AAP-FCAAP Comment Letter: Medicaid Coverage for Gender Affirming Care

To whom it may concern:

Thank you for the opportunity to provide commentary to the Agency for Healthcare Administration on Medicaid rules currently being considered.

Attached is a joint letter from The American Academy of Pediatrics and the Florida Chapter of the American Academy of Pediatrics pertaining to the proposed rule concerning Medicaid's coverage of gender affirming care. This letter also has been submitted electronically through the feedback form at the Florida Department of State public notice number 25979915.

I am requesting that you please acknowledge receipt of this communication via return email.

Thank you once again, and please let me know if you have any questions.

Sincerely,

**Scott VanDeman**
**Communications Coordinator**
Florida Chapter of American Academy of Pediatrics, Inc.
Call: 850-224-3939, ext. 1005 |Text: 850-772-0654| Fax: 912-452-9050
Email: svandeman@fcaap.org  | Website: fcaap.org
Mail: 1400 Village Square Blvd., #3-87786, Tallahassee, FL 32312

&lt;image004.png&gt;&lt;image003.png&gt;&lt;image002.png&gt;
&lt;image007.png&gt;&lt;image001.png&gt;&lt;image005.png&gt;
&lt;image006.png&gt;&lt;image001.png&gt;&lt;image002.png&gt;
&lt;image003.png&gt;&lt;image004.png&gt;&lt;image005.png&gt;
&lt;image006.png&gt;&lt;image007.png&gt;&lt;AAP-FCAAP Comment Letter_Medicaid Coverage for Gender-Affirming Care (FINAL).pdf&gt;