| | |
|---|---|
| **From:** | Sheeran, Andrew |
| **Sent:** | Thursday, April 21, 2022 6:05 PM EDT |
| **To:** | Romina Brignardello Petersen |
| **CC:** | Weida, Jason |
| **Subject:** | RE: Academic CV [ATTORNEY WORK PRODUCT] |
| **Attachments:** | Expert Declaration of Dr Stephen Levine (filed version) (Tingley v Ferguson).pdf |

Romina,

It was a pleasure speaking with you this morning. Attached is a sample expert declaration that was used in another case which might serve as a model for reports in our matter.

We are still exploring the best mechanism for retaining experts, but we hope to have either contract or purchase order language for your review in the next few days.

Thanks,

*Andrew T. Sheeran*
*Chief Litigation Counsel*
*Agency for Health Care Administration*
*Office of the General Counsel*
*2727 Mahan Drive, Building 3, MS #3*
*Tallahassee, FL 32308*
*Telephone: (850) 412-3670*
*Fax: (850) 922-6484*
*Email:* Andrew.Sheeran@ahca.myflorida.com

---

**From:** Sheeran, Andrew
**Sent:** Tuesday, April 19, 2022 11:25 AM
**To:** 'Romina Brignardello Petersen' <rominabp@gmail.com>
**Cc:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** RE: Academic CV [ATTORNEY WORK PRODUCT]

Let's do Thursday at 9 AM. I will send a meeting invite.

---

**From:** Romina Brignardello Petersen <rominabp@gmail.com>
**Sent:** Tuesday, April 19, 2022 9:16 AM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Cc:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Subject:** Re: Academic CV [ATTORNEY WORK PRODUCT]

Hi Andrew,

Would Thursday or Friday at 9 am EST work for you?

Thank you,

Romina

---

**From:** "Sheeran, Andrew" <Andrew.Sheeran@ahca.myflorida.com>
**Date:** Monday, April 18, 2022 at 5:12 PM
**To:** "rominabp@gmail.com" <rominabp@gmail.com>
**Cc:** "Weida, Jason" <Jason.Weida@ahca.myflorida.com>
**Subject:** RE: Academic CV [ATTORNEY WORK PRODUCT]

Good afternoon Dr. Brignardello Petersen,

It was a pleasure speaking with you today. I am copying Jason Weida, AHCA's Assistant Deputy Secretary for Medicaid Policy and Quality.

AHCA's rule regarding the determination of generally accepted professional medical standards (GAPMS) is attached.

What is your availability this week for a call with me and Jason to discuss the role you could play in the GAPMS process?

Thanks,

*Andrew T. Sheeran*
*Chief Litigation Counsel*
*Agency for Health Care Administration*
*Office of the General Counsel*
*2727 Mahan Drive, Building 3, MS #3*
*Tallahassee, FL 32308*
*Telephone: (850) 412-3670*
*Fax: (850) 922-6484*
*Email:* Andrew.Sheeran@ahca.myflorida.com

---

**From:** Romina Brignardello Petersen <rominabp@gmail.com>
**Sent:** Monday, April 18, 2022 3:45 PM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** Academic CV

Hi Andrew,

It was nice meeting you. Thank you for taking the time to provide more details about this.

Please find attached my academic CV. The sections that may be more relevant to you are Degrees, Publications, and Clinical Practice Guidelines

Best,

Romina

Def_001572841