**From:** Andre Van Mol <95andrev@gmail.com>
**Subject:** Re: Yale (Privileged & Confidential)
**Sent:** 2022-07-21T03:23:50Z
**Cc:** "Tamayo, Josefina" <Josefina.Tamayo@ahca.myflorida.com>, "mjazil@holtzmanvogel.com" <mjazil@holtzmanvogel.com>, "gperko@holtzmanvogel.com" <gperko@holtzmanvogel.com>, Zack Bennington <zbennington@HoltzmanVogel.com>
**To:** Weida Jason <Jason.Weida@ahca.myflorida.com>

This could be handy. Something in the general press about AAP Resol. 27 Quentin was telling us about.
https://www.breitbart.com/health/2022/07/20/american-academy-of-pediatrics-faces-calls-to-rethink-pro-trans-policies/

Andre

> On Jul 20, 2022, at 12:24 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
>
> Hi Andre, yes, let's schedule a call for 7-8 am PST (10-11 am EST). I'll reach out to Quentin and Miriam to set up separate times.
>
> Zack: if this time works for the HV team, can you please schedule and send a link for the teleconference?
>
> Thanks,
> Jason
>
> **From:** Andre Van Mol <95andrev@gmail.com>

**Sent:** Wednesday, July 20, 2022 12:36 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Van Meter Quentin <kidendo@comcast.net>; Grossman Miriam <miriamgrossmanmd@hotmail.com>; Tamayo, Josefina <Josefina.Tamayo@ahca.myflorida.com>; mjazil@holtzmanvogel.com; gperko@holtzmanvogel.com
**Subject:** Re: Yale (Privileged & Confidential)
**Importance:** High

> Hi, Jason and team.

Here's what I came away with reading through the primary section of the Alstott letter, my document attached below. If we had more time to fine comb Alstott, it crumbles like an old biscuit. But giving it that kind of attention honors it too greatly. Ditto the AAP and Endocrine Society letters, many of the points of which are in the Alstott letter and get shot down the same way. Better for you to tell us what your primary concerns are and let us have at them. Also, many of the Alstott arguments are legal, and that is your domain, so I left those out here.

Again, I think I can swing meeting with you Friday morning somewhere between 7-8 am PST (10-

11 am EST) start time, if that suits you. If it needs to wait until next Friday the 29th for more to attend, I can do that too. My oldest, Luke, marries this Saturday, big family stuff the day before, of, and after, then I'm away on vacation M-W.

Andre

> On Jul 19, 2022, at 12:33 PM, Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:
>
> <Alstott et al FULL comment proposed rule re gender dysphoria ACCESSIBLE.pdf>