**From:** "Dr. James Cantor" <jamescantorphd@gmail.com>
**Sent:** 2022-05-16T17:44:02Z
**Subject:** Re: Florida
**To:** "\"\"Weida\"\",\"\" Jason" <Jason.Weida@ahca.myflorida.com>, Devona.Pickle@ahca.myflorida.com
**Cc:** "Pickle, Devona" <Devona.Pickle@ahca.myflorida.com>, Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>

[Cantor Report for Florida.pdf](Cantor Report for Florida.pdf)
[Cantor CV.pdf](Cantor CV.pdf)
[Prospective follow-up studies.pdf](Prospective follow-up studies.pdf)
[Cantor (2020) Transgender and Gender Diverse Children and Adolescents Fact Checking of AAP Policy.pdf](Cantor (2020) Transgender and Gender Diverse Children and Adolescents Fact Checking of AAP Policy.pdf)

I'm now by passing Outlook altogether and sending this from gmail directly. Any success?

On Mon, May 16, 2022 at 1:40 PM Weida, Jason <Jason.Weida@ahca.myflorida.com> wrote:

I don't see an attachment on this email either, sadly.

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** James Cantor <jamescantorphd@gmail.com>
**Sent:** Monday, May 16, 2022 1:40 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Subject:** Re: Florida

Sorry: Microsoft has recently decided not to send everything I tell it to…And it only took a month for me to realize I wasn't the one making the mistake.

Let me know if this one doesn't work…

- James

> **From:** James Cantor <jamescantorphd@gmail.com>
> **Date:** Monday, May 16, 2022 at 1:36 PM
> **To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
> **Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
> **Subject:** Re: Florida
>
>> Hi, Jason.
>>
>> Attached is my report and its 3 appendices.  Let me know if anything doesn't come through!
>>
>> - James Cantor
>>
>>> **From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
>>> **Date:** Thursday, May 12, 2022 at 10:42 AM
>>> **To:** James Cantor <jamescantorphd@gmail.com>
>>> **Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
>>> **Subject:** RE: Florida
>>>
>>>> Excellent.  DD will coordinate a date/time and send you a link.  Let's shoot for Tuesday, if possible.  Thanks all.

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

---

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) -
Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity

---

**From:** James Cantor <jamescantorphd@gmail.com>
**Sent:** Thursday, May 12, 2022 10:41 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Re: Florida

Yes, I'm happy to.

---

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Date:** Thursday, May 12, 2022 at 10:37 AM
**To:** James Cantor <jamescantorphd@gmail.com>
**Cc:** Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Florida

Hi Dr. Cantor,

Quick question for you. Once you are done with the heavy lifting on your report, would you be amenable to doing a short (2-3 minute) recording where you introduce yourself and provide a summary of

your opinions?  The recording would be posted on the Agency's website along with a copy of the Agency's GAPMS report and other resources on this topic.  If you are amenable to that, we can schedule a Teams meeting where someone from our tech team will record you (no camera crews or anything like that).  Please let me know your thoughts when you have time.

Thanks!

Jason

**Jason Weida** - ADS FOR
MEDICAID POLICY & QUALITY

Bldg 3 Room 2413 - DIVISION OF
MEDICAID
2727 MAHAN DR.,
TALLAHASSEE, FL. 32308
+1 850-412-4118 (Office) - (Fax)
Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity