*Psychological Medicine*

**cambridge.org/psm**

**Original Article**

**Cite this article:** van Heesewijk J, Steenwijk MD, Kreukels BPC, Veltman DJ, Bakker J, Burke SM (2022). Alterations in the inferior fronto-occipital fasciculus – a specific neural correlate of gender incongruence? *Psychological Medicine* 1–10. https://doi.org/10.1017/S0033291721005547

Received: 18 February 2021
Revised: 6 November 2021
Accepted: 28 December 2021

**Keywords:**
Fractional anisotropy; gender incongruence; gender; gonadotropin-releasing hormone analogs; inferior fronto-occipital fasciculus; puberty; sex

**Authors for correspondence:**
Jason van Heesewijk,
E-mail: jason@l3q.nl;
Sarah M. Burke,
E-mail: sarahburke82@gmail.com

© The Author(s), 2022. Published by Cambridge University Press. This is an Open Access article, distributed under the terms of the Creative Commons Attribution licence (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted re-use, distribution and reproduction, provided the original article is properly cited.

CAMBRIDGE
UNIVERSITY PRESS

# Alterations in the inferior fronto-occipital fasciculus – a specific neural correlate of gender incongruence?

Jason van Heesewijk, Martijn D. Steenwijk, Baudewijntje P. C. Kreukels, Dick J. Veltman, Julie Bakker and Sarah M. Burke

Center of Expertise on Gender Dysphoria, Amsterdam University Medical Centers, location VUmc, De Boelelaan 1131, Amsterdam, Noord-Holland, Netherlands

## Abstract

**Background.** Increasing numbers of adolescents seek help for gender-identity questions. Consequently, requests for medical treatments, such as puberty suppression, are growing. However, studies investigating the neurobiological substrate of gender incongruence (when birth-assigned sex and gender identity do not align) are scarce, and knowledge about the effects of puberty suppression on the developing brain of transgender youth is limited.

**Methods.** Here we cross-sectionally investigated sex and gender differences in regional fractional anisotropy (FA) as measured by diffusion MR imaging, and the impact of puberty on alterations in the white-matter organization of 35 treatment-naive prepubertal children and 41 adolescents with gender incongruence, receiving puberty suppression. The transgender groups were compared with 79 age-matched, treatment-naive cisgender (when sex and gender align) peers.

**Results.** We found that transgender adolescents had lower FA in the bilateral inferior fronto-occipital fasciculus (IFOF), forceps major and corpus callosum than cisgender peers. In addition, average FA values of the right IFOF correlated negatively with adolescents' cumulative dosage of puberty suppressants received. Of note, prepubertal children also showed significant FA group differences in, again, the right IFOF and left cortico-spinal tract, but with the reverse pattern (transgender > cisgender) than was seen in adolescents.

**Conclusions.** Importantly, our results of lower FA (indexing less longitudinal organization, fiber coherence, and myelination) in the IFOF of gender-incongruent adolescents replicate prior findings in transgender adults, suggesting a salient neural correlate of gender incongruence. Findings highlight the complexity with which (pubertal) sex hormones impact white-matter development and add important insight into the neurobiological substrate associated with gender incongruence.

## Introduction

Gender identity (e.g. male, female, non-binary, genderqueer) is a uniquely human trait that develops during childhood (Halim & Ruble, 2010). Biological and sociocultural factors (family, peers, society) are thought to shape individual differences in the subjective experience of a child's gender (Fausto-Sterling, 2019). Gender identity is refined further during adolescence, a period of significant (physical, cognitive, and social-emotional) developmental changes. Within the context of the dramatic rise of pubertal sex hormone levels impacting an adolescent's body in a sex-specific way, and in relation to the emerging, yet not clearly formed sexual identity, gender identity is further differentiated (Ruble, Martin, & Berenbaum, 2006). For most individuals, birth-assigned sex and gender identity are overall congruent (i.e. cisgender). However, for individuals identifying as transgender, sex and gender do not align. Transgender individuals may meet the diagnostic criteria for gender incongruence (World Health Organization, 2018), which is defined as a marked feeling of incongruence between one's sex assigned at birth and one's experienced gender.

In recent years, exponential increases in referrals of adolescents to specialized gender identity services have been reported worldwide (Pang et al., 2020; Zucker, 2019). The ongoing increase in requests for medical treatments (such as puberty suppression and gender-affirming hormone treatment) of transgender youth asks for further examination of the development of gender identity and knowledge about the effects of puberty suppression on the developing brain.

A prominent hypothesis on the etiology of gender incongruence proposes that divergent early sexual differentiation mediates sex-atypical organization of the brain, and thereby the development of a gender identity not aligning with one's sex (Dörner, 1988; Swaab & Hofman, 1995; Zhou, Hofman, Gooren, & Swaab, 1995). Partial support for the sexual



Pl. Trial Ex. 354



differentiation hypothesis, which was recently refined (Guillamon, Junque, & Gómez-Gil, 2016; Uribe et al., 2020), has since been provided by several magnetic resonance imaging (MRI) studies (Manzouri & Savic, 2019; also see reviews by Kreukels & Guillamon, 2016; Nguyen et al., 2019). One of these MRI measures, used to characterize white-matter microstructure by means of Diffusion Tensor Imaging (DTI), is fractional anisotropy (FA). Relatively higher overall, as well as region-specific FA values have been found in cisgender men compared to cisgender women (Bava et al., 2011; Cox et al., 2016; Den Braber et al., 2013; Hsu et al., 2008; Inano, Takao, Hayashi, Abe, & Ohtomo, 2011; Menzler et al., 2011; van Hemmen et al., 2016), indexing relatively more longitudinal organization, fiber coherence, and myelination in males, [but see Kochunov et al. (2015), who found higher FA values in females than males].

Comparing transgender individuals with cisgender controls, higher, thus masculinized FA values in a group of 18 transgender men (female sex assigned at birth, identifying as male) were found, whereas 18 transgender women (male sex assigned at birth, identifying as female) had intermediate FA values not showing significant differences from either of the cisgender groups (Rametti et al., 2011a; 2011b). Similarly, a study by Kranz et al. (2014) reported that transgender women and transgender men had parameters in between those of the two cisgender-control groups, thus diverging from their birth-assigned sex. More recently, sex by gender identity interaction in FA values was found specifically in the right inferior fronto-occipital fasciculus (IFOF, see Fig. 1 for an anatomical representation of the bilateral IFOF; Burke, Manzouri, & Savic, 2017). This tract connects occipital with frontal brain regions, carrying visual perceptual information to higher-order cognitive brain regions of the prefrontal cortex (Catani, 2006, 2007). The interaction effect revealed lower, thus sex-atypical FA values, in 27 transgender women compared with 29 homosexual and 40 heterosexual cisgender men (Burke et al., 2017). Interestingly, the effect was, thus, irrespective of sexual orientation. Therefore, the alterations in white-matter microstructure were specifically related to group differences in gender identity. However, in contrast to prior studies (Kranz et al., 2014; Rametti et al., 2011a, 2011b), no group differences were found in the birth-assigned females. Overall, the trans- *v.* cisgender group differences in earlier studies were found prior to any hormonal treatment, suggesting *a priori* sex-atypical differentiation of brain structures in adult individuals with gender incongruence.

In addition, pubertal development (Bava et al., 2011; Chahal et al., 2018; Genc et al., 2017; Schmithorst, Holland, & Dardzinski, 2008), as well as sex hormones (Herting, Maxwell, Irvine, & Nagel, 2012; Ho et al., 2020; Pangelinan et al., 2016; Peper et al., 2013; Peper, de Reus, van den Heuvel, & Schutter, 2015) have been differentially associated with white-matter diffusion characteristics in male and female adolescents. A 2-year longitudinal study in adolescents (two visits, age at first visit 10–18 years) showed FA *in*creases in cisgender boys and *de*creases in cisgender girls that were predicted by adrenal- and gonadal hormone-based changes (Herting et al., 2017). This suggests that puberty, independently of chronological age, influences brain development in a sex-specific way.

Lastly, a prospective case study of an 11-year-old transgender girl who received puberty suppression treatment, showed that the typical, testosterone-related white-matter maturation (i.e. increase in FA with older age) was not observed (Schneider et al., 2017). In addition, performance intelligence quotient and memory deteriorated over a period of 28 months. These single-case findings warrant further study of the effects of the puberty suppression treatment in transgender adolescents on white-matter development and cognitive functioning in larger samples.




**Fig. 1.** Anatomical representation of the Inferior Frontal Occipital Fasciculus in (*a*) sagittal and (*b*) transverse radiological display orientation. The bilateral IFOF was selected from the JHU white-matter tractography atlas (Mori, Wakana, van Zijl, & Nagae-Poetscher, 2005) and overlayed on the FMRIB58_FA_1 mm standard space image. The figure was created using FSL image viewer FSLeyes.

In the current study, we investigated the hypothesized sex-atypical (Burke et al., 2017; Kranz et al., 2014; Rametti et al., 2011a, 2011b), and transgender-specific (Burke et al., 2017) differences in white-matter microstructure in relation to pubertal status, using a targeted region-of-interest approach. We included a sample of pre-pubertal children and adolescents who were referred to a gender-identity clinic, and applied identical analysis settings as in Burke et al. (2017) to ensure the highest possible comparability and to replicate previous findings in a younger, independent sample.

## Methods

### *Participants*

In a total of 82 children and 82 adolescents DTI data, among other (f)MRI paradigms (see Burke, Cohen-Kettenis, Veltman, Klink, & Bakker, 2014; Nota et al., 2017) were acquired. Due to insufficient data quality (because of e.g. artefacts, reconstruction errors; $N = 4$), insufficient data quality due to head motion (determined by visual inspection; $N = 4$), and lack of time to finish the MRI session[†1] ($N = 1$), data of nine children had to be excluded, leaving datasets of 73 children and 82 adolescents for further analysis (see below for acquisition parameters).

Twenty prepubertal transgender girls ($M_{age} = 10.4$, s.d. = 0.8), 15 prepubertal transgender boys ($M_{age} = 9.6$, s.d. = 1.2), 20 adolescent transgender girls ($M_{age} = 15.4$, s.d. = 1.1), and 21 adolescent transgender boys ($M_{age} = 16.1$, s.d. = 0.8) were all diagnosed with gender incongruence-related diagnosis (at the time of inclusion the DSM-IV-TR criteria applied) and recruited via the Center of Expertise on Gender Dysphoria at the Amsterdam University Medical Centers, location VUmc in Amsterdam, the Netherlands. The prepubertal groups were treatment-naive at the time of the study. All adolescent participants with gender incongruence had been treated with monthly 3.75 mg Triptorelin (Decapeptyl-CR®, Ferring, Hoofddorp, the Netherlands) injections for, on average, 22.7 months (range 2–48 months) resulting in complete suppression of gonadal hormone production (Kreukels & Cohen-Kettenis, 2011).

[†]The notes appear after the main text.

https://doi.org/10.1017/S0033291721005547 Published online by Cambridge University Press

The control groups, 18 prepubertal cisgender boys ($M_{age} = 9.5$, S.D. = 1.0), 20 prepubertal cisgender girls ($M_{age} = 9.8$, S.D. = 0.9), 20 adolescent cisgender boys ($M_{age} = 15.9$, S.D. = 0.6) and 21 adolescent cisgender girls ($M_{age} = 16.3$, S.D. = 1.0), were recruited via several secondary schools in the Netherlands, and by inviting friends of the participants with gender incongruence.

Details of the assessments of puberty stage, hormone analyses, MR image acquisition and preprocessing steps are described in the Supplementary Materials.

## Statistical analyses

### Sample characteristics

Using the Statistical Package for the Social Sciences, version 25.0 (SPSS Inc., Chicago, IL, USA), we compared age between groups by means of one-way ANOVAs and Tanner stage between groups by means of chi-square tests. FA-residual distributions were tested for normality by means of Kolmogorov–Smirnov tests and residual histograms and Q-Q plots. All results were considered significant at $p < 0.05$ and/ or $\eta^2 > 0.13$ (medium effect size; Field, 2013) unless otherwise stated.

### FA in relation to sex, gender, and pubertal status

To assess main and interaction effects of and between Sex, Gender and/or Pubertal status, we conducted a factorial multivariate analysis of variance (factorial MANOVA) with average FA values of all ($N = 13$) tracts as dependent variables, and Sex, Gender and Pubertal status (prepubertal; adolescent) as independent variables. Similar effects per tract were analyzed using separate univariate ANOVAs and *Post-hoc* one-way ANOVAs with planned contrasts were conducted to compare individual tract average FA values of transgender boys and girls with those of their birth-assigned-sex cisgender control group.

### Covarying individual differences in pubertal stage

Pubertal stages (according to Marshall & Tanner, 1969, 1970) were added to the model as covariates in secondary analyses using Sex by Gender factorial MANOVA among the prepubertal and adolescent sub-sample separately. Univariate ANOVAs and *Post-hoc* independent factorial ANOVAs were again used to differentiate between tracts and sex/gender groups, respectively.

### FA in relation to puberty suppression

Lastly, we conducted exploratory correlation analyses between average FA values (of those tracts that showed effects in the main analyses) and the cumulative doses of GnRHa received by the adolescent transgender girls and boys. Results were Bonferroni corrected for multiple testing (adjusted $\alpha = 0.05/4$ tracts tested = 0.0125).

## Results

### Sample characteristics

Demographic information, including age, hormone levels, and Tanner stages for all groups is provided in Table 1. Among the children as well as the adolescents, significant age differences were found between groups, $F$ (3, 68) = 3.0, $p = 0.038$, and $F$ (3, 78) = 4.2, $p = 0.008$, respectively. However, *post-hoc* Bonferroni-corrected comparisons did not reveal significant age differences between groups of the same birth-assigned sex. By design, the groups differed in terms of Pubertal status. Almost all children were prepubertal and thus had Tanner stages of 1 for pubic hair and breast/genital development (see Table 1). Six children had Tanner stage 2 for pubic hair (three cisgender girls) *or* breast/genitals (one cisgender girl, one transgender girl, and one transgender boy), but were nevertheless included in the prepubertal group. All adolescents were pubertal [Tanner stages ranged from 2 to 6, except one transgender girl who had received GnRHa early on and had no pubic hair (Tanner P = 1)] and Tanner stages differed significantly between the groups for pubic hair ($\chi^2$ (15) = 36.9, $p = 0.001$) and breasts/genitals ($\chi^2$ (9) = 24.4, $p = 0.004$); transgender girls had significantly lower Tanner stages than the other adolescent groups.

### FA in relation to sex, gender, and pubertal status

FA values per group and tract are provided in the supplementary materials – Table S2. Assumptions for normality of FA-residual distributions were met. The Sex (birth-assigned female; male) by Gender (female; male) by Pubertal status (prepubertal; adolescent) factorial MANOVA revealed, using Wilks' Lambda, an overall (across all tracts) significant main effect of Pubertal status, $\wedge = 0.10$, $F$ (13, 135) = 98.2, $p < 0.001$. An interaction effect of Sex and Gender ($\wedge = 0.82$, $F$ (13, 135) = 2.1, $p = 0.012$) showed that, across all tracts examined and in both age groups, cisgender and transgender individuals differed in the white-matter organization. An additional three-way interaction effect of Pubertal status, Sex and Gender ($\wedge = 0.83$, $F$ (13, 135) = 2.1, $p = 0.018$) indicated that the pattern of cis- *v.* transgender group differences was different for the prepubertal *v.* adolescent groups. No overall main effects of Sex or Gender, and no interaction effect between Pubertal status and Sex, or Pubertal status and Gender were found.

Separate univariate ANOVAs on the tracts showed effects of Pubertal status in all tracts, with higher FA values in adolescents than in children. In contrast to the overall effects, no interaction effect between Sex and Gender was revealed in any of the tracts separately, and a main effect of Sex was shown for two major long white-matter tracts; right superior longitudinal fasciculus (RSLF), $F$ (1, 147) = 4.2, $p = 0.042$, $\eta^2 = 0.03$, and left corticospinal tract (LCST), $F$ (1, 147) = 6.1, $p = 0.015$, $\eta^2 = 0.04$, with higher FA values in birth-assigned boys compared to birth-assigned girls. No effect of Gender was revealed, nor an interaction effect of Sex and Gender, Pubertal status and Sex, or Pubertal status and Gender (see Fig. 2*a*–*f*).

Interestingly, a three-way interaction of Pubertal status, Sex and Gender was significant for the left IFOF (LIFOF), $F$ (1, 147) = 7.4, $p = 0.007$, $\eta^2 = 0.05$, right IFOF (RIFOF), $F$ (1, 147) = 4.5, $p = 0.036$, $\eta 2 = 0.03$, and forceps major, $F$ (1, 147) = 4.6, $p = 0.033$, $\eta^2 = 0.03$. As displayed in Fig. 2*b* and 2*d*, adolescent cisgender individuals had higher FA values than their transgender peers, whereas the opposite pattern -relatively higher FA in trans- *v.* cisgender was observed in the prepubertal children. *Post-hoc* one-way ANOVAs with planned contrasts showed significantly higher average FA values in LIFOF in the adolescent cisgender boys than transgender girls, $t$ (147) = 2.7, $p = 0.008$ (Fig. 2*d*). This pattern of FA value group differences (adolescent cisgender boys > transgender girls) was not observed in RIFOF and forceps major. No differences were found between the prepubertal cisgender boys and transgender girls, $t$ (147) = −1.2, $p = 0.215$ (Fig. 2*d*), thus the difference between the cis- and transgender birth-assigned males was significant only in adolescence. Also, neither the prepubertal, nor adolescent birth-assigned females showed any significant group differences (Fig. 2*b* + *d*).

https://doi.org/10.1017/S0033291721005547 Published online by Cambridge University Press

**Table 1.** Subject characteristics per group

| Children | Cisgender boys | Transgender girls | Transgender boys | Cisgender girls | $F/\chi^2$ | *p* |
|---|---|---|---|---|---|---|
| *N* | 18 | 20 | 15 | 20 | | |
| Age (years) | 9.6 (1.0) | 10.4 (0.8) | 9.6 (1.2) | 9.7 (0.9) | 3.0 | 0.**038*** |
| Age range | 7.8–11.4 | 8.3–12.0 | 7.8–11.3 | 8.1–11.8 | | |
| LH (IU/mmol) | 0.01 (0.01) | 0.04 (0.11) | 0.00 (0.02) | 0.01 (0.03) | | |
| FSH (IU/mmol) | 0.16 (0.08) | 0.37 (0.25) | 0.32 (0.23) | 0.44 (0.34) | | |
| DHEA ($\mu$mol/mmol) | 0.00 (0.02) | 0.01 (0.02) | 0.01 (0.02) | 0.00 (0.01) | | |
| Tanner P | 1 (1–1) | 1 (1–1) | 1 (1-1) | 1 (1–2)$ | 8.1 | 0.**043** |
| Tanner M or G | 1 (1–1) | 1 (1–2)$ | 1 (1-2)$ | 1 (1–2)$ | 1.1 | 0.775 |
| Adolescents | Cisgender boys | Transgender girls | Transgender boys | Cisgender girls | | |
| *N* | 20 | 20 | 21 | 21 | | |
| Age (years) | 15.9 (0.6) | 15.6 (1.1) | 15.9 (0.8) | 16.3 (1.0) | 4.2 | 0.**008*** |
| Age range | 14.9–17.3 | 12.8–18.2 | 15.1–18.0 | 14.5–19.3 | | |
| Testosterone (pmol/l) | 307.0 (106.5) | – | – | 40.5 (60.4) | | |
| Estradiol (pmol/mmol) | 245.3 (183.1) | – | – | 529.6 (643.3) | | |
| Cumulative GnRHa dose (mg) | – | 88.1 (46.2) | 78.8 (60.8) | – | | |
| Tanner P | 5 (3–6) | 3 (1–5) | 5 (3–6) | 4 (3–5) | 36.9 | 0.**001** |
| Tanner M or G | 4 (2–5) | 3 (2–5) | 5 (2–5) | 4 (3–5) | 24.4 | 0.**004** |

Continuous data are presented as median (S.D.), Tanner stages as median (range). Luteinizing hormone (LH), follicle-stimulating hormone (FSH), dehydroepiandrosterone (DHEA), and Estradiol are corrected for creatinine. Tanner P = pubic hair stage, Tanner M or G = breast or genital stage, **Post-hoc* Bonferroni corrected comparisons revealed no age differences between the same birth-assigned sex groups (i.e. cisgender boys v. transgender girls, and cisgender girls v. transgender boys), only adolescent transgender girls were significantly younger than adolescent cisgender girls. $Six children had Tanner stage 2 for pubic hair (three cisgender girls) *or* breast/genitals (one cisgender girl, transgender girl, and transgender boy). Bold typeface = *p* <0.05.

### *Covarying individual differences in pubertal stage*

Tanner stages for pubic hair growth differed significantly among the **prepubertal children** (see Table 1). Therefore, we conducted an additional Sex by Gender factorial MANOVA among the prepubertal sub-sample, adding Tanner P stages as a covariate. We found an interaction effect across tracts, indicating that transgender children had overall *higher* FA values than the cisgender boys and girls, $\wedge = 0.62$, $F\ (13,\ 55) = 2.6$, $p = 0.008$, $\eta^2 = 0.38$, when accounting for Pubertal status. The overall main effects of Sex and Gender were not significant, but had medium effect sizes; $\eta 2 = 0.16$ and $\eta^2 = 0.14$, respectively. Separate univariate ANOVAs confirmed interactions between Sex and Gender in specifically the RIFOF, $F\ (1, 67) = 5.7$, $p = 0.019$, $\eta^2 = 0.08$ and LCST, $F\ (1, 67) = 4.3$, $p = 0.042$, $\eta^2 = 0.06$. A main effect of Sex was significant for the RSLF, $F\ (1,\ 67) = 4.9$, $p = 0.030$, $\eta^2 = 0.07$, with birth-assigned males having higher FA values than birth-assigned females. There was no significant main effect of Gender for any of the tracts. *Post-hoc* independent factorial ANOVAs with planned contrasts showed no difference in average FA values for RIFOF or LCST between transgender girls and cisgender boys, or transgender boys and cisgender girls.

Similar as for the children, Tanner stages differed significantly among the **adolescent groups**. Therefore, we conducted an additional Sex by Gender factorial MANOVA with adolescents only and both Tanner stages (P and M/G) as covariates (these were missing for three transgender girls). This analysis revealed an overall main effect of Sex, $\wedge = 0.64$, $F\ (13,\ 61) = 2.7$, $p = 0.005$, $\eta^2 = 0.36$, with higher FA values in birth-assigned males than females. No significance, but medium and large effect sizes were found for an overall (across all tracts) main effect of Gender, $\eta^2 = 0.16$, and an overall interaction effect of Sex and Gender, $\eta^2 = 0.27$, respectively. Separate univariate ANOVAs on the tracts revealed a significant main effect of Sex in left CST, $F\ (1,\ 73) = 7.8$, $p = 0.032$, $\eta^2 = 0.06$. No main effect of Gender was found. However, now an interaction effect of Sex and Gender reached significance in the body of the corpus callosum, $F\ (1, 73) = 5.2$, $p = 0.026$, $\eta^2 = 0.07$, indicating that, when accounting for pubertal maturation differences, adolescent cisgender boys and girls had higher FA values than adolescent transgender boys and girls in this tract. *Post-hoc* independent factorial ANOVAs with planned contrasts showed an FA value difference in the body of the corpus callosum of 0.017, $p = 0.031$, 95% CI 0.002–0.032 between cisgender girls and transgender boys with higher values in cisgender girls. No difference was found between cisgender boys and transgender girls.

### *FA in relation to puberty suppression*

The adolescent participants with gender incongruence (transgender boys and transgender girls) were the only two groups that had received GnRHa for suppression of endogenous puberty, while the cisgender control groups and the prepubertal children were all treatment-naive. In order to explore whether our findings of relatively lower FA in the adolescent transgender groups might be explained by the GnRHa treatment, we conducted correlation analyses between FA values and the cumulative doses of GnRHa received. These analyses revealed a negative association between FA values and the cumulative doses of GnRHa for the RIFOF; the more GnRHa received, the lower FA values were ($r = -0.322$, two-sided, uncorrected $p = 0.040$, $N = 41$; see Fig. 3).

https://doi.org/10.1017/S0033291721005547 Published online by Cambridge University Press

https://doi.org/10.1017/S0033291721005547 Published online by Cambridge University Press




**Fig. 2.** Boxplots showing fractional anisotropy (FA) values per tract (*a–f*). Group differences were analyzed with: (1) Sex (birth-assigned female/male) by Gender identity (female/male) by Pubertal status (prepubertal/adolescent) factorial MANOVA including all cisgender and transgender groups *without* covariates. Here *** denotes significant three-way interaction effects of Sex, Gender and Pubertal status** (LIFOF, $F$ (1, 147) = 7.4, $p = 0.007$, $\eta^2 = 0.05$; RIFOF, $F$ (1, 147) = 4.5, $p = 0.036$, $\eta^2 = 0.03$; forceps major, $F$ (1, 147) = 4.6, $p = 0.033$, $\eta^2 = 0.03$), **** main effects of Pubertal status** (LCST, $F$ (1, 147) = 106.3, $\eta^2 = 0.42$; RCST, $F$ (1, 147) = 51.9, $\eta^2 = 0.26$; Forceps major, $F$ (1, 147) = 150.8, $\eta^2 = 0.51$; Forceps minor, $F$ (1, 147) = 183.9, $\eta^2 = 0.56$; LIFOF, $F$ (1, 147) = 371.4, $\eta^2 = 0.72$; RIFOF, $F$ (1, 147) = 150.3, $\eta^2 = 0.51$; LILF, $F$ (1, 147) = 412.7, $\eta^2 = 0.74$; RILF, $F$ (1, 147) = 136.9, $\eta^2 = 0.48$; LSLF, $F$ (1, 147) = 280.7, $\eta^2 = 0.66$; RSLF, $F$ (1, 147) = 149.9, $\eta^2 = 0.51$; Genu of CC, $F$ (1, 147) = 13.6, $\eta^2 = 0.09$; Body of CC, $F$ (1, 147) = 68.4, $\eta^2 = 0.32$; Splenium of CC, $F$ (1, 147) = 271.0, $\eta^2 = 0.65$. All $p < 0.001$), and ***** main effects of Sex** (LCST, $F$ (1, 147) = 6.1, $p = 0.015$, $\eta^2 = 0.04$; RSLF, $F$ (1, 147) = 4.2, $p = 0.042$, $\eta^2 = 0.03$). (2) *Post-hoc* one-way ANOVA comparing groups of same birth-assigned sex for children and adolescents separately with denoting a significant difference between indicated groups (LIFOF, $t$ (147) = 2.7, $p = 0.008$). (3) Sex (birth-assigned female/male) by Gender (female/male) factorial MANOVA including adolescents only with Tanner stages (pubic hair growth, breast and genital development) as covariates. Here **# denotes an interaction effect of Sex and Gender** (Body of CC, $F$ (1, 73) = 5.2, $p = 0.026$, $\eta^2 = 0.07$), and **## a main effect of Sex** (LCST, $F$ (1, 73) = 7.8, $p = 0.032$, $\eta^2 = 0.06$). All results were considered significant at $p < 0.05$ and/or $\eta^2 > 0.13$, + denotes mean FA per group. C-, child; A-, adolescent; CB, cisgender boy; TG, transgender girl; TB, transgender boy; CG, cisgender girl; L, left; R, right; CST, cortico-spinal tract; CC, corpus callosum; IFOF, inferior fronto-occipital fasciculus; ILF, inferior longitudinal fasciculus; SLF, superior longitudinal fasciculus. For illustrative purposes, $Y$-axis range is different for *a–c* and *d–f*.




**Fig. 3.** Correlation between of fractional anisotropy (FA) values of the RIFOF and cumulative doses of GnRHa received by the adolescent transgender boys and girls. Data are presented with 95% confidence bands. Correlation analysis including all transgender adolescents revealed a negative association between FA values and the cumulative doses of GnRHa (mg), $r = -0.322$, two-sided, uncorrected $p = 0.040$, $N = 41$. For illustrative purposes, data points for transgender boys and girls are shown in different gray shades.

This effect, however, did not survive Bonferroni correction for multiple testing (adjusted $\alpha = 0.05/4$ tracts tested = 0.0125). For the body of the corpus callosum, the LIFOF, and the forceps major no correlations between FA and the cumulative doses of GnRHa received were found.

## Discussion

The present study investigated potential sex-atypical (Burke et al., 2017; Kranz et al., 2014; Rametti et al., 2011a, 2011b) and transgender-specific (Burke et al., 2017) differences in white-matter microstructure in relation to pubertal status. By using the same analytical approach as Burke et al. (2017); comparing average FA values in white-matter tracts of interest across groups, the present study aimed to replicate and compare (as much as possible) the current findings in younger samples with those of the prior study in adults. Including both prepubertal and adolescent samples further enabled us to highlight the importance of puberty and adolescence in sex- and gender-specific white-matter microstructure.

In line with several previous studies (Bava et al., 2011; Cox et al., 2016; Den Braber et al., 2013; Hsu et al., 2008; Inano et al., 2011; Menzler et al., 2011; van Hemmen et al., 2016), we found significant sex effects on FA group differences across age groups, with birth-assigned males showing higher FA values than birth-assigned females in the left CST and right SLF (see Fig. 4 for a summary of all main results). Though not significant for individual tracts, there was an overall significant interaction effect of Sex and Gender, suggesting general differences between trans- and cisgender groups and across both age groups. Interestingly, a significant three-way interaction effect of pubertal status, gender, and sex indicated that specific trans- *v.* cisgender group differences in FA were dependent on participants' sex *and* pubertal status; in the body of the corpus callosum both adolescent transgender groups had significantly reduced FA, and in the left IFOF adolescent transgender girls had significantly lower, thus *sex-atypical*, FA compared with the adolescent cisgender boys. Note however, that effect sizes were small.

Strikingly, these latter results are highly similar to those of Burke et al. (2017). In that study, six groups of adult participants were compared; cisgender homosexual and cisgender heterosexual men and women, as well as transgender men and women with diverse sexual orientations (total $N = 206$). It was found that both the transgender and the cisgender *homosexual* (reference for both is the sex assigned at birth) groups had sex-atypical average FA values in several white-matter tracts, indicating less pronounced sexual differentiation. Interestingly, when individual differences in sexual orientation were controlled for (by adding scores on the sexual orientation questionnaire as a covariate), significantly lower FA in the right IFOF was specifically found in the transgender women, compared with the cisgender -heterosexual *and* homosexual- men. Thus, a transgender girl/ woman *v.* cisgender boy/ man difference in FA was found to be confined to the IFOF, both in the current study and that by Burke et al. (2017).

### *The interplay of pubertal status, gender incongruence, and alterations in FA*

Interestingly, in the prepubertal sample, we observed higher FA in children with gender incongruence compared with their age-matched cisgender peers. This novel observation is difficult to interpret, due to the lack of comparison literature. Therefore, future longitudinal research investigating how this reversed pattern in childhood can be explained is warranted.

Even though our cross-sectional data limit any conclusions regarding brain *development,* this study suggests that the years between childhood and mid adolescence, hence early adolescence, represent a highly important period in which puberty-related factors influence white-matter development in both a sex- and gender identity-specific way. Our findings are complementary to previous longitudinal studies in cisgender adolescent samples, which found sex differences in FA to be associated with puberty and increasing gonadal hormone levels (Herting et al., 2012, 2017), particularly of testosterone (Ho et al., 2020).

According to clinical treatment protocols (Coleman et al., 2012; Hembree et al., 2017), puberty suppression treatment is recommended for adolescents who have reached or are beyond the early stages of puberty (Tanner II-III). Thus, our 16-year-old participants had been exposed to endogenous sex hormones for at least some time, before they had started puberty-suppression treatment. Adult participants in the study by Burke et al. (2017) were treatment-naive, thus they had not received GnRHa and also had been exposed to endogenous sex steroids for several years. Therefore, we speculate that the post-pubescent cis- *v.* transgender group differences may be due to activational effects, of in particular testosterone. Early pubertal changes in testosterone levels, already before the start of puberty suppression treatment, might thus differently affect white-matter development in trans- *v.* cisgender youth. Future longitudinal studies should address the question how hormonal changes during puberty affect the development of gender identity and whether (variations in) gender identity, rather than sex *per se*, might interact with these associations of pubertal and brain development. In particular, the role of testosterone should be examined since this was impossible in the current study, because such data were not available in the transgender groups.

### *Puberty and puberty suppression in relation to FA*

A marked result of the present study was the significant pubertal-status effect in all tracts. Of note, while all adolescents showed

https://doi.org/10.1017/S0033291721005547 Published online by Cambridge University Press

Case 4:22-cv-00325-RH-MAF Document 184-19 Filed 04/27/23 Page 7 of 10






**Fig. 4.** Infographic summarizing all main results (from upper left to lower right side): (1) Interaction effect of Sex and Gender (Body of corpus callosum, $F$ (1, 73) = 5.2, $p$ = 0.026, $\eta^2$ = 0.07), (2) three-way interaction effects of Sex, Gender and Pubertal status (L IFOF, $F$ (1, 147) = 7.4, $p$ = 0.007, $\eta^2$ = 0.05; R IFOF, $F$ (1, 147) = 4.5, $p$ = 0.036, $\eta^2$ = 0.03; forceps major, $F$ (1, 147) = 4.6, $p$ = 0.033, $\eta^2$ = 0.03), (3) main effects of Sex (R SLF, $F$ (1, 147) = 4.2, $p$ = 0.042, $\eta^2$ = 0.03; L CST, $F$ (1, 147) = 6.1, $p$ = 0.015, $\eta^2$ = 0.04), (4) main effects of Pubertal status (L CST, $F$ (1, 147) = 106.3, $\eta^2$ = 0.42; R CST, $F$ (1, 147) = 51.9, $\eta^2$ = 0.26; Forceps major, $F$ (1, 147) = 150.8, $\eta^2$ = 0.51; Forceps minor, $F$ (1, 147) = 183.9, $\eta^2$ = 0.56; L IFOF, $F$ (1, 147) = 371.4, $\eta^2$ = 0.72; R IFOF, $F$ (1, 147) = 150.3, $\eta^2$ = 0.51; L ILF, $F$ (1, 147) = 412.7, $\eta^2$ = 0.74; R ILF, $F$ (1, 147) = 136.9, $\eta^2$ = 0.48; L SLF, $F$ (1, 147) = 280.7, $\eta^2$ = 0.66; R SLF, $F$ (1, 147) = 149.9, $\eta^2$ = 0.51; Genu of CC, $F$ (1, 147) = 13.6, $\eta^2$ = 0.09; Body of CC, $F$ (1, 147) = 68.4, $\eta^2$ = 0.32; Splenium of CC, $F$ (1, 147) = 271.0, $\eta^2$ = 0.65. All $p$ < 0.001). FA, fractional anisotropy; cis, cisgender; trans, transgender; L, left, R, right; CST, cortico-spinal tract; IFOF, inferior fronto-occipital fasciculus; ILF, inferior longitudinal fasciculus; SLF, superior longitudinal fasciculus.

higher FA compared to the children, patterns of average FA differences between cisgender and transgender groups reversed across development. More specifically, the cisgender individuals seemed to show a steeper 'increase' in FA, resulting in the pattern of adolescent cisgender > transgender group differences.

Suppression of puberty with GnRHa has become the treatment of choice for gender incongruence in youth (Coleman et al., 2012; Hembree et al., 2017). Its aim is to halt the development of the secondary sex characteristics, and it has been shown to significantly improve adolescents' mental health and well-being (Costa et al., 2015; van der Miesen, Steensma, de Vries, Bos, & Popma, 2020). However, there have been concerns that long-term delay of puberty with GnRHa, and thus prevention of exposure to sex hormones during the early adolescent years could interfere with significant neuro-developmental changes, particularly within the prefrontal cortex, which underlie adolescence-specific changes in behavior (e.g. in behavioral control and social cognition; Chen et al., 2020; Griffin, Clyde, Byng, & Bewley, 2020). Both pubertal stage and timing of pubertal onset have been found to influence brain development (Herting & Sowell, 2017; Juraska & Willing, 2017). Therefore, the effects of puberty suppression on the brain and cognitive development of youth with gender incongruence should be examined. Indeed, a recent study in mice suggested sex-specific adverse effects of GnRHa on stress-processing, mood and cognition (in females) and locomotion and social behavior (in males; Anacker et al., 2020). Similarly, preliminary evidence from a longitudinal case study suggested adverse effects of GnRHa on the brain and cognition in humans (Schneider et al., 2017). However, in our cross-sectional dataset of transgender adolescents, we did not find significant associations between FA and cumulative doses of GnRHa received. In addition, a study by Staphorsius et al. (2015) showed no effect of GnRHa treatment on executive functioning, measured with the Tower of London task, in 20 transgender adolescents. Systematic, well-powered studies, testing the long-term effects of puberty suppression on the brain and behavior should further investigate these early findings and whether gender-affirming hormone treatment restores potential alterations. Importantly, without puberty suppression, socio-emotional consequences of increased feelings of gender incongruence could also elicit alterations.

### *The IFOF – neural correlate of gender incongruence?*

Relatively lower FA in specifically the IFOF has been linked to gender incongruence in both adolescents (this study) and adults (Burke et al., 2017). In addition, in a longitudinal study of adult transgender men, testosterone treatment was associated with an *increase* of FA in specifically the IFOF (Burke et al., 2018). How is this particular white-matter tract, in interaction with sex-hormone changes, associated with gender incongruence?

https://doi.org/10.1017/S0033291721005547 Published online by Cambridge University Press

PLAINTIFFS007566

The IFOF (among other tracts) has been suggested to be involved in social-emotional stimuli processing, emotional face recognition, emotion regulation, and attention (Catani & Thiebaut de Schotten, 2008; Doricchi, Thiebaut de Schotten, Tomaiuolo, & Bartolomeo, 2008; Philippi, Mehta, Grabowski, Adolphs, & Rudrauf, 2009; Taddei, Tettamanti, Zanoni, Cappa, & Battaglia, 2012). A longitudinal study showed that poor performance during an emotional face perception task at 7–9 years of age, was predictive of reduced FA of this 'ventral-limbic white-matter pathway' at age 14–15 years (Taddei et al., 2012). Prior studies have provided preliminary evidence of adult transgender men being less accurate than cisgender females in a visual face processing task (Feusner et al., 2016), but could not directly link this behavioral finding to neurobiological group differences.

Several studies have suggested an association between reduced FA in the IFOF and psychiatric conditions, such as generalized anxiety disorder (Liao et al., 2014), obsessive-compulsive disorder (Garibotto et al., 2010), and body dysmorphic disorder (Buchanan et al., 2013). Furthermore, lower FA in the IFOF has been linked to non-clinical anxious personality traits (Lu, Yang, Chu, & Wu, 2018) and was recently proposed to reflect a more 'general psychopathology marker' (Riem et al., 2019). Important to note, gender incongruence is not pathological. However, experiencing gender incongruence may come with disadvantages leading to an increased risk of mental health problems. These include, among others, minority stress, societal inequities, and barriers to healthcare, e.g., due to long waiting lists for transgender-specific healthcare, lack of physicians' knowledge, or discrimination in healthcare encounters (Braun, Garcia-Grossman, Quinones-Rivera, & Deutsch, 2017; Koehler, Strauss, Briken, Szuecs, & Nieder, 2021; Lo & Horton, 2016). In line with this, gender diversity in the general population has been associated with adolescent psychopathology (Burke, 2020; Potter et al., 2020) and young individuals with gender incongruence show elevated rates of diverse mental health problems and psychiatric comorbidity, especially before the start of treatment (Aitken, VanderLaan, Wasserman, Stojanovski, & Zucker, 2016; de Vries, Doreleijers, Steensma, & Cohen-Kettenis, 2011; Griffin et al., 2020; Holt, Skagerberg, & Dunsford, 2016; Kaltiala-Heino, Sumia, Työläjärvi, & Lindberg, 2015).

Thus, brain structural alterations in the IFOF seem to be a common neurobiological denominator of (vulnerability toward) psychopathology and sex-gender incongruence. Future longitudinal studies should further investigate which neurobiological, psycho-developmental, and societal context-related factors are predictive of adolescent mental health problems, also gender incongruence.

### *Strengths and limitations*

A strength of the present study is the inclusion of the unique sample of prepubertal children and adolescents with gender incongruence and the hypothesis-driven analysis approach. However, because of the relatively small sample sizes and effect sizes in some analyses, generalizability of results may be limited. Also, our cross-sectional design prohibits any conclusions regarding causality. Therefore, cautious interpretation and longitudinal replication of these findings are warranted. In addition, when averaging FA values, we did not apply masking, therefore, it is not certain that only white matter was taken into account during this process. Lastly, all FA results in frontal areas might have been influenced by the lack of top up and down epi-distortion correction.

## Conclusion

Taken together, in the present study we replicated the finding of lower FA in the IFOF of post-pubescent transgender girls and women, which suggests this to be a salient neural correlate of gender incongruence. In addition, we demonstrate that these adolescence-specific trans- *v.* cisgender group differences in FA show the reverse pattern in childhood. This highlights the complexity with which sex hormones, during different phases of human development, interact with and impact psychological and brain development, including the gendered perception of self. Our findings add important insights into the neurobiological substrate associated with gender incongruence.

**Supplementary material.** The supplementary material for this article can be found at https://doi.org/10.1017/S0033291721005547.

## Note

[1] Diffusion tensor imaging data acquisition was scheduled at the end of the scanning protocol and the MR session already exceeded the time allotted.

## References


Aitken, M., VanderLaan, D. P., Wasserman, L., Stojanovski, S., & Zucker, K. J. (2016). Self-harm and suicidality in children referred for gender dysphoria. *Journal of the American Academy of Child and Adolescent Psychiatry*, *55*, 513–520. doi: 10.1016/j.jaac.2016.04.001

Anacker, C., Sydnor, E., Chen, B. K., LaGamma, C. C., McGowan, J. C., Mastrodonato, A., & …Denny, C. A. (2020). Behavioral and neurobiological effects of GnRH agonist treatment in mice—potential implications for puberty suppression in transgender individuals. *Neuropsychopharmacology*, *46*, 882–890. doi: 10.1038/s41386-020-00826-1

Bava, S., Boucquey, V., Goldenberg, D., Thayer, R. E., Ward, M., Jacobus, J., & Tapert, S. F. (2011). Sex differences in adolescent white matter architecture. *Brain Research*, *1375*, 41–48. doi: 10.1016/j.brainres.2010.12.051

Braun, H. M., Garcia-Grossman, I. R., Quinones-Rivera, A., & Deutsch, M. B. (2017). Outcome and impact evaluation of a transgender health course for health profession students. *LGBT Health*, *4*(1), 55–61. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28075699. doi:10.1089/lgbt.2016.0119.

Buchanan, B. G., Rossell, S. L., Maller, J. J., Toh, W. L., Brennan, S., & Castle, D. J. (2013). Brain connectivity in body dysmorphic disorder compared with controls: A diffusion tensor imaging study. *Psychological Medicine*, *43*, 2513–2521. doi: 10.1017/S0033291713000421

Burke, S. M. (2020). Commentary: Gender diversity and adolescent mental health – a reflection on potter *et al.* 2020. *Journal of Child Psychology and Psychiatry*, *62*, 180–183. doi: 10.1111/JCPP.13309

Burke, S. M., Cohen-Kettenis, P. T., Veltman, D. J., Klink, D. T., & Bakker, J. (2014). Hypothalamic response to the chemo-signal androstadienone in gender dysphoric children and adolescents. *Frontiers in Endocrinology*, *5*, 1–10. doi: 10.3389/fendo.2014.00060

Burke, S. M., Manzouri, A. H., Dhejne, C., Bergstrom, K., Arver, S., Feusner, J. D., & Savic-Berglund, I. (2018). Testosterone effects on the brain in transgender Men. *Cerebral Cortex*, *28*, 1582–1596. doi: 10.1093/cercor/bhx054

Burke, S. M., Manzouri, A. H., & Savic, I. (2017). Structural connections in the brain in relation to gender identity and sexual orientation. *Scientific Reports*, *7*, 17954. doi: 10.1038/s41598-017-17352-8

Catani, M. (2006). Diffusion tensor magnetic resonance imaging tractography in cognitive disorders. *Current Opinion in Neurology*, *19*, 599–606. doi: 10.1097/01.wco.0000247610.44106.3f

Catani, M. (2007). From hodology to function. *Brain*, *130*, 602–605. doi: 10.1093/brain/awm008

Catani, M., & Thiebaut de Schotten, M. (2008). A diffusion tensor imaging tractography atlas for virtual *in vivo* dissections. *Cortex; A Journal Devoted to The Study of the Nervous System and Behavior*, *44*, 1105–1132. doi: 10.1016/j.cortex.2008.05.004

Chahal, R., Vilgis, V., Grimm, K. J., Hipwell, A. E., Forbes, E. E., Keenan, K., & Guyer, A. E. (2018). Girls' pubertal development is associated with white matter microstructure in late adolescence. *Neuroimage*, *181*, 659–669. doi: 10.1016/J.NEUROIMAGE.2018.07.050

Chen, D., Strang, J. F., Kolbuck, V. D., Rosenthal, S. M., Waber, D. P., Steinberg, L., & … Garofalo, R. (2020). Consensus parameter: Research methodologies to evaluate neurodevelopmental effects of pubertal suppression in transgender youth. *Transgender Health*, *5*, 246–257.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., & … Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, *13*, 165–232. doi: 10.1080/15532739.2011.700873

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *The Journal of Sexual Medicine*, *12*, 2206–2214. doi: 10.1111/jsm.13034

Cox, S. R., Ritchie, S. J., Tucker-Drob, E. M., Liewald, D. C., Hagenaars, S. P., Davies, G., & … Deary, I. J. (2016). Ageing and brain white matter structure in 3513 UK biobank participants. *Nature Communications*, *7*, 1–13. doi: 10.1038/ncomms13629

Den Braber, A., Van't Ent, D., Stoffers, D., Linkenkaer-Hansen, K., Boomsma, D. I., & De Geus, E. J. C. (2013). Sex differences in gray and white matter structure in age-matched unrelated males and females and opposite-sex siblings. *International Journal of Psychological Research*, *6*, 7–21. doi: 10.21500/20112084.712

de Vries, A. L. C., Doreleijers, T. A. H., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric adolescents. *Journal of Child Psychology and Psychiatry, and Allied Disciplines*, *52*, 1195–1202. doi: 10.1111/j.1469-7610.2011.02426.x

Doricchi, F., Thiebaut de Schotten, M., Tomaiuolo, F., & Bartolomeo, P. (2008). White matter (dis)connections and gray matter (dys)functions in visual neglect: Gaining insights into the brain networks of spatial awareness. *Cortex*, *44*, 983–995. doi: 10.1016/j.cortex.2008.03.006

Dörner, G. (1988). Neuroendocrine response to estrogen and brain differentiation in heterosexuals, homosexuals, and transsexuals. *Archives of Sexual Behavior*, *17*, 57–75.

Fausto-Sterling, A. (2019). Gender/Sex, sexual orientation, and identity are in the body: How did they Get there? *Journal of Sex Research*, *56*, 529–555. doi: 10.1080/00224499.2019.1581883

Feusner, J. D., Dervisic, J., Kosidou, K., Dhejne, C., Bookheimer, S., & Savic, I. (2016). Female-to-Male transsexual individuals demonstrate different Own body identification. *Archives of Sexual Behavior*, *45*, 525–536. doi: 10.1007/s10508-015-0596-z

Field, A. (2013). *Discovering statistics using IBM SPSS statistics* (4th ed.). London: Sage.

Garibotto, V., Scifo, P., Gorini, A., Alonso, C. R., Brambati, S., Bellodi, L., & Perani, D. (2010). Disorganization of anatomical connectivity in obsessive-compulsive disorder: A multi-parameter diffusion tensor imaging study in a subpopulation of patients. *Neurobiology of Disease*, *37*, 468–476. doi: 10.1016/j.nbd.2009.11.003

Genc, S., Seal, M. L., Dhollander, T., Malpas, C. B., Hazell, P., & Silk, T. J. (2017). White matter alterations at pubertal onset. *Neuroimage*, *156*, 286–292. doi: 10.1016/j.neuroimage.2017.05.017

Griffin, L., Clyde, K., Byng, R., & Bewley, S. (2020). Sex, gender and gender identity: A re-evaluation of the evidence. *BJPsych Bulletin*, *45*, 1–9. doi: 10.1192/bjb.2020.73

Guillamon, A., Junque, C., & Gómez-Gil, E. (2016). A review of the status of brain structure research in transsexualism. *Archives of Sexual Behavior*, *45*, 1615–1648. doi: 10.1007/s10508-016-0768-5

Halim, M. L., & Ruble, D. (2010). *Gender identity and stereotyping in early and middle childhood*. New York: Springer, pp. 495–525.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., & … T'Sjoen, G. G. (2017). Endocrine treatment of gender-dysphoric/ gender-incongruent persons: An endocrine society × clinical practice guideline. *Journal of Clinical Endocrinology and Metabolism*, *102*, 3869–3903. doi: 10.1210/jc.2017-01658

Herting, M. M., Kim, R., Uban, K. A., Kan, E., Binley, A., & Sowell, E. R. (2017). Longitudinal changes in pubertal maturation and white matter microstructure. *Psychoneuroendocrinology*, *81*, 70–79. doi: 10.1016/j.psyneuen.2017.03.017

Herting, M. M., Maxwell, E. C., Irvine, C., & Nagel, B. J. (2012). The impact of sex, puberty, and hormones on white matter microstructure in adolescents. *Cerebral Cortex*, *22*, 1979–1992. doi: 10.1093/cercor/bhr246

Herting, M. M., & Sowell, E. R. (2017). Puberty and structural brain development in humans. *Frontiers in Neuroendocrinology*, *44*, 122–137. doi: 10.1016/j.yfrne.2016.12.003

Ho, T. C., Colich, N. L., Sisk, L. M., Oskirko, K., Jo, B., & Gotlib, I. H. (2020). Sex differences in the effects of gonadal hormones on white matter microstructure development in adolescence. *Developmental Cognitive Neuroscience*, *42*, 100773. doi: 10.1016/j.dcn.2020.100773

Holt, V., Skagerberg, E., & Dunsford, M. (2016). Young people with features of gender dysphoria: Demographics and associated difficulties. *Clinical Child Psychology and Psychiatry*, *21*, 108–118. doi: 10.1177/1359104514558431

Hsu, J.-L. L., Leemans, A., Bai, C.-H. H., Lee, C.-H. H., Tsai, Y.-F. F., Chiu, H.-C. C., & Chen, W.-H. H. (2008). Gender differences and age-related white matter changes of the human brain: A diffusion tensor imaging study. *NeuroImage*, *39*, 566–577. doi: 10.1016/j.neuroimage.2007.09.017

Inano, S., Takao, H., Hayashi, N., Abe, O., & Ohtomo, K. (2011). Effects of Age and gender on white matter integrity. *American Journal of Neuroradiology*, *32*, 2103–2109.

Juraska, J. M., & Willing, J. (2017). Pubertal onset as a critical transition for neural development and cognition. *Brain Research*, *1654*, 87–94. doi: 10.1016/j.brainres.2016.04.012

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health*, *9*, 9. doi: 10.1186/s13034-015-0042-y

Kochunov, P., Jahanshad, N., Marcus, D., Winkler, A., Sprooten, E., Nichols, T. E., & … Van Essen, D. C. (2015). Heritability of fractional anisotropy in human white matter: A comparison of human connectome project and ENIGMA-DTI data. *Neuroimage*, *111*, 300–311. doi: 10.1016/j.neuroimage.2015.02.050

Koehler, A., Strauss, B., Briken, P., Szuecs, D., & Nieder, T. O. (2021). Centralized and decentralized delivery of transgender health care services: A systematic review and a global expert survey in 39 countries. *Front Endocrinol (Lausanne)*, *12*, 717914. doi: 10.3389/fendo.2021.717914, Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/34630327.

Kranz, G. S., Hahn, A., Kaufmann, U., Küblböck, M., Hummer, A., Ganger, S., & … Lanzenberger, R. (2014). White matter microstructure in transsexuals and controls investigated by diffusion tensor imaging. *The Journal of Neuroscience: The Official Journal of the Society for Neuroscience*, *34*, 15466–15475. doi: 10.1523/JNEUROSCI.2488-14.2014

Kreukels, B. P. C., & Cohen-Kettenis, P. T. (2011). Puberty suppression in gender identity disorder: The Amsterdam experience. *Nature Reviews, Endocrinology*, *7*, 466–472. doi: 10.1038/nrendo.2011.78

Kreukels, B. P. C., & Guillamon, A. (2016). Neuroimaging studies in people with gender incongruence. *International Review of Psychiatry*, *28*, 120–128. doi: 10.3109/09540261.2015.1113163

Liao, M., Yang, F., Zhang, Y., He, Z., Su, L., & Li, L. (2014). White matter abnormalities in adolescents with generalized anxiety disorder: A diffusion tensor imaging study. *BMC Psychiatry*, *14*, 41. doi: 10.1186/1471-244X-14-41

Lo, S., & Horton, R. (2016). Transgender health: An opportunity for global health equity. *Lancet*, *388*(10042), 316–318. doi: 10.1016/S0140-6736(16)30675-4, Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/27323923.

Lu, M., Yang, C., Chu, T., & Wu, S. (2018). Cerebral white matter changes in young healthy individuals with high trait anxiety: A tract-based spatial statistics study. *Frontiers in Neurology*, *9*, 1–8. doi: 10.3389/fneur.2018.00704

Manzouri, A. H., & Savic, I. (2019). Possible neurobiological underpinnings of homosexuality and gender dysphoria. *Cerebral Cortex*, *29*, 2084–2101. doi: 10.1093/cercor/bhy090

Marshall, W. A., & Tanner, J. M. (1969). Variations in pattern of pubertal changes in girls. *Archives of Disease in Childhood*, *44*, 291–303. doi: 10.1136/adc.44.235.291

https://doi.org/10.1017/S0033291721005547 Published online by Cambridge University Press

Marshall, W. A., & Tanner, J. M. (1970). Variations in the pattern of pubertal changes in boys. *Archives of Disease in Children, 45*, 13–23. doi: 10.1136/adc.45.239.13

Menzler, K., Belke, M., Wehrmann, E., Krakow, K., Lengler, U., Jansen, A., & … Knake, S. (2011). Men and women are different: Diffusion tensor imaging reveals sexual dimorphism in the microstructure of the thalamus, corpus callosum and cingulum. *Neuroimage, 54*, 2557–2562. doi: 10.1016/j.neuroimage.2010.11.029

Mori, S., Wakana, S., Nagae-Poetsche, L. M., & van Zijl, P. C. M. (2005). *MRI Atlas of Human White Matter* (1st ed.). Amsterdam: Elsevier.

Nguyen, H. B., Loughead, J., Lipner, E., Hantsoo, L., Kornfield, S. L., & Epperson, C. N. (2019). What has sex got to do with it? The role of hormones in the transgender brain. *Neuropsychopharmacology, 44*, 22–37. doi: 10.1038/s41386-018-0140-7

Nota, N. M., Kreukels, B. P. C., den Heijer, M., Veltman, D. J., Cohen-Kettenis, P. T., Burke, S. M., & Bakker, J. (2017). Brain functional connectivity patterns in children and adolescents with gender dysphoria: Sex-atypical or not? *Psychoneuroendocrinology, 86*, 187–195. doi: 10.1016/j.psyneuen.2017.09.014

Pang, K. C., de Graaf, N. M., Chew, D., Hoq, M., Keith, D. R., Carmichael, P., & Steensma, T. D. (2020). Association of media coverage of transgender and gender diverse issues with rates of referral of transgender children and adolescents to specialist gender clinics in the UK and Australia. *JAMA Network Open, 3*, 1–10. doi: 10.1001/jamanetworkopen.2020.11161

Pangelinan, M. M., Leonard, G., Perron, M., Pike, G. B., Richer, L., Veillette, S., & … Paus, T. (2016). Puberty and testosterone shape the corticospinal tract during male adolescence. *Brain Structure and Function, 221*, 1083–1094. doi: 10.1007/s00429-014-0956-9

Peper, J. S., de Reus, M. A., van den Heuvel, M. P., & Schutter, D. J. L. G. (2015). Short fused? Associations between white matter connections, sex steroids, and aggression across adolescence. *Human brain mapping, 36*, 1043–1052. doi: 10.1002/hbm.22684

Peper, J. S., Mandl, R. C. W., Braams, B. R., de Water, E., Heijboer, A. C., Koolschijn, P. C. M. P., & Crone, E. A. (2013). Delay discounting and frontostriatal fiber tracts: A combined DTI and MTR study on impulsive choices in healthy young adults. *Cerebral Cortex, 23*, 1695–1702. doi: 10.1093/cercor/bhs163

Philippi, C. L., Mehta, S., Grabowski, T., Adolphs, R., & Rudrauf, D. (2009). Damage to association fiber tracts impairs recognition of the facial expression of emotion. *Journal of Neuroscience, 29*, 15089–15099. doi: 10.1523/JNEUROSCI.0796-09.2009

Potter, A., Dube, S., Allgaier, N., Loso, H., Ivanova, M., Barrios, L. C., & Johns, M. M. (2020). Early adolescent gender diversity and mental health in the adolescent brain cognitive development study. *Journal of Child Psychology and Psychiatry, 62*, 171–179. doi: 10.1111/jcpp.13248

Rametti, G., Carrillo, B., Gomez-Gil, E., Junque, C., Segovia, S., Gomez, A., & Guillamon, A. (2011a). White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. *Journal of Psychiatric Research, 45*, 199–204. doi: 10.1016/j.jpsychires.2010.05.006

Rametti, G., Carrillo, B., Gomez-Gil, E., Junque, C., Zubiarre-Elorza, L., Segovia, S., & … Guillamon, A. (2011b). The microstructure of white matter in male to female transsexuals before cross-sex hormonal treatment. A DTI study. *Journal of Psychiatric Research, 45*, 949–954. doi: 10.1016/j.jpsychires.2010.11.007

Riem, M. M. E., van Hoof, M. J., Garrett, A. S., Rombouts, S. A. R. B., van der Wee, N. J. A., van IJzendoorn, M. H., & Vermeiren, R. R. J. M. (2019). General psychopathology factor and unresolved-disorganized attachment uniquely correlated to white matter integrity using diffusion tensor imaging. *Behavioural Brain Research, 359*, 1–8. doi: 10.1016/j.bbr.2018.10.014

Ruble, D. N., Martin, C. L., & Berenbaum, S. A. (2006). *Gender development.* John Wiley & Sons Inc., pp. 858–932.

Schmithorst, V. J., Holland, S. K., & Dardzinski, B. J. (2008). Developmental differences in white matter architecture between boys and girls. *Human Brain Mapping, 29*, 696–710. doi: 10.1002/hbm.20431

Schneider, M. A., Spritzer, P. M., Soll, B. M. B., Fontanari, A. M. V., Carneiro, M., Tovar-Moll, F., & … Lobato, M. I. R. (2017). Brain maturation, cognition and voice pattern in a gender dysphoria case under pubertal suppression. *Frontiers in Human Neuroscience, 11*, 1–9. doi: 10.3389/fnhum.2017.00528

Staphorsius, A. S., Kreukels, B. P., Cohen-Kettenis, P. T., Veltman, D. J., Burke, S. M., Schagen, S. E., & … Bakker, J. (2015). Puberty suppression and executive functioning: An fMRI-study in adolescents with gender dysphoria. *Psychoneuroendocrinology, 56*, 190–199. doi: 10.1016/j.psyneuen.2015.03.007

Swaab, D. F., & Hofman, M. A. (1995). Sexual differentiation of the human hypothalamus in relation to gender and sexual orientation. *Trends in Neurosciences, 18*, 264–270. doi: 10.1016/0166-2236(95)80007-O

Taddei, M., Tettamanti, M., Zanoni, A., Cappa, S., & Battaglia, M. (2012). Brain white matter organisation in adolescence is related to childhood cerebral responses to facial expressions and harm avoidance. *Neuroimage, 61*, 1394–1401. doi: 10.1016/j.neuroimage.2012.03.062

Uribe, C., Junque, C., Gómez-Gil, E., Abos, A., Mueller, S. C., & Guillamon, A. (2020). Brain network interactions in transgender individuals with gender incongruence. *Neuroimage, 211*, 116613. doi: 10.1016/j.neuroimage.2020.116613

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., & Popma, A. (2020). Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. *Journal of Adolescent Health, 66*, 699–704. doi: 10.1016/j.jadohealth.2019.12.018

van Hemmen, J., Saris, I. M. J., Cohen-Kettenis, P. T., Veltman, D. J., Pouwels, P. J. W., & Bakker, J. (2016). Sex differences in white matter microstructure in the human brain predominantly reflect differences in sex hormone exposure. *Cerebral Cortex, 27*, 2994–3001. doi: 10.1093/cercor/bhw156

World Health Organization (2018). *International classification of diseases.* WHO.

Zhou, J.-N., Hofman, M. A., Gooren, L. J. G., & Swaab, D. F. (1995). A sex difference in the human brain and its relation to transsexuality. *Nature, 378*, 68–70. doi: 10.1038/378068a0

Zucker, K. J. (2019). Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. *Archives of Sexual Behavior, 48*, 1983–1992. doi: 10.1007/s10508-019-01518-8


https://doi.org/10.1017/S0033291721005547 Published online by Cambridge University Press