**Florida Medicaid**

**FFS**

| Procedure Code | FY1516 Recipient Count | FY1516 Procedure Code count | FY1516 Total Expenditures | FY1617 Recipient Count | FY1617 Procedure Code count | FY1617 Total Expenditures | FY1718 Recipient Count | FY1718 Procedure Code count | FY1718 Total Expenditures | FY1819 Recipient Count | FY1819 Procedure Code count | FY1819 Total Expenditures | FY2021 Recipient Count | FY2021 Procedure Code count | FY2021 Total Expenditures | FY2223 Recipient Count | FY2223 Procedure Code count | FY2223 Total Expenditures | Grand Total Recipient Count | Grand Total Procedure Code count | Grand Total Total Expenditures |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19303-Mast Simple Complete | 1 | 1 | $ - | | | | | | | | | | 1 | 1 | $ - | 1 | 2 | 4,386 | 3 | 4 | $ 4,386 |
| 19325-Mammaplasty, augmentation; with prosthetic implant. | | | | 1 | 1 | $ - | | | | | | | | | | | | | 1 | 1 | $ - |
| 54125-Amputation of penis; complete. | | | | 1 | 1 | $ 55 | | | | | | | | | | | | | 1 | 1 | $ 55 |
| 54520-Removal Of Testis | | | | 1 | 1 | $ 33 | 1 | 2 | $ 2,374 | | | | | | | | | | 2 | 3 | $ 2,407 |
| 57292-Construction of artificial vagina; with graft. | | | | 1 | 1 | $ 86 | | | | 1 | 1 | $ - | | | | | | | 2 | 2 | $ 86 |
| 58571-Tlh W/T/O 250 G Or Less | | | | 1 | 1 | $ - | | | | | | | | | | | | | 1 | 1 | $ - |
| **Total** | 1 | 1 | $ - | 5 | 5 | $ 174 | 1 | 2 | $ 2,374 | 1 | 1 | $ - | 1 | 1 | $ - | 1 | 2 | $ 4,386 | 10 | 12 | $ 6,933 |

**Encounters**

| Procedure Code | FY1516 Recipient Count | FY1516 Procedure Code count | FY1516 Total Expenditures | FY1617 Recipient Count | FY1617 Procedure Code count | FY1617 Total Expenditures | FY1718 Recipient Count | FY1718 Procedure Code count | FY1718 Total Expenditures | FY1819 Recipient Count | FY1819 Procedure Code count | FY1819 Total Expenditures | FY1920 Recipient Count | FY1920 Procedure Code count | FY1920 Total Expenditures | FY2021 Recipient Count | FY2021 Procedure Code count | FY2021 Total Expenditures | FY2122 Recipient Count | FY2122 Procedure Code count | FY2122 Total Expenditures | FY2223 Recipient Count | FY2223 Procedure Code count | FY2223 Total Expenditures | Grand Total Recipient Count | Grand Total Procedure Code count | Grand Total Total Expenditures |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19303-Mast Simple Complete | | | | | | | 1 | 1 | $ 967 | 1 | 1 | $ 2,447 | 3 | 7 | $ 13,372 | 8 | 15 | $ 31,405 | 11 | 22 | $ 45,034 | 14 | 19 | $ 46,110 | 38 | 65 | $ 139,335 |
| 19325-Mammaplasty, augmentation; with prosthetic implant. | 1 | 1 | $ 1,288 | | | | 1 | 1 | $ 2,357 | 1 | 2 | $ 3,290 | | | | | | | | | | 1 | 2 | $ 4,585 | 4 | 6 | $ 11,519 |
| 53430-Reconstruction Of Urethra | | | | | | | | | | | | | | | | 2 | 2 | $ 3,195 | | | | | | | 2 | 2 | $ 3,195 |
| 54125-Amputation of penis; complete. | | | | 1 | 1 | $ - | 1 | 1 | $ 243 | | | | 1 | 1 | $ 270 | 2 | 2 | $ 3,330 | | | | | | | 5 | 5 | $ 3,843 |
| 54520-Removal Of Testis | | | | 1 | 1 | $ 57 | 1 | 1 | $ 299 | 1 | 1 | $ 313 | 5 | 7 | $ 7,218 | 4 | 5 | $ 4,625 | 2 | 3 | $ 4,948 | | | | 14 | 18 | $ 17,459 |
| 55180-Scrotoplasty; complicated. | | | | | | | | | | | | | | | | 1 | 1 | $ 406 | | | | | | | 1 | 1 | $ 406 |
| 55980-Sex Transformation F To M | | | | | | | | | | | | | 1 | 1 | $ 400 | | | | | | | | | | 1 | 1 | $ 400 |
| 56805-Clitoroplasty for intersex state. | | | | | | | 1 | 1 | $ 472 | | | | | | | 2 | 2 | $ 3,403 | | | | | | | 3 | 3 | $ 3,875 |
| 57110-Remove Vagina Wall Complete | | | | | | | | | | 1 | 1 | $ 593 | | | | 1 | 1 | $ 646 | | | | | | | 2 | 2 | $ 1,239 |
| 57292-Construction of artificial vagina; with graft. | | | | | | | | | | | | | 2 | 2 | $ 2,913 | 2 | 2 | $ 2,542 | | | | | | | 4 | 4 | $ 5,454 |
| 57335-Vaginoplasty for intersex state. | | | | | | | 1 | 1 | $ 360 | | | | | | | 1 | 1 | $ 708 | | | | | | | 2 | 2 | $ 1,068 |
| 58571-Tlh W/T/O 250 G Or Less | 1 | 1 | $ 500 | | | | | | | | | | 1 | 1 | $ 3,076 | 1 | 2 | $ 4,648 | | | | 1 | 2 | $ 5,234 | 4 | 6 | $ 13,458 |
| **Total** | 2 | 2 | $ 1,788 | 2 | 2 | $ 57 | 6 | 6 | $ 4,698 | 4 | 5 | $ 6,643 | 13 | 19 | $ 27,248 | 24 | 33 | $ 54,909 | 13 | 25 | $ 49,981 | 16 | 23 | $ 55,928 | 80 | 115 | $ 201,252 |

**Florida Medicaid**

**No FFS data available for Procedure code and modifier H2019HQ or H2019HR**

| Encounters | | FY1415 | | | FY1516 | | | FY1617 | | | FY1718 | | | FY1819 | | | FY1920 | | | FY2021 | | | FY2122 | | | FY2223 | | | Gran Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Procedure Code | Modifier1 | Recipient Count | Procedure Code count | Total Expenditures | Recipient Count | Procedure Code count | Total Expenditures | Recipient Count | Procedure Code count | Total Expenditures | Recipient Count | Procedure Code count | Total Expenditures | Recipient Count | Procedure Code count | Total Expenditures | Recipient Count | Procedure Code count | Total Expenditures | Recipient Count | Procedure Code count | Total Expenditures | Recipient Count | Procedure Code count | Total Expenditures | Recipient Count | Procedure Code count | Total Expenditures | Recipient Count | Procedure Code count | Total Expenditures |
| H2019-Ther Behav Svc, Per 15 Min | HQ | | | | 1 | 1 | $ 27 | 2 | 7 | $ 187 | 8 | 42 | $ 1,153 | 8 | 54 | $ 2,535 | 7 | 42 | $ 1,331 | 3 | 18 | $ 633 | 6 | 36 | $ 891 | 3 | 3 | $ 47 | 38 | 203 | $ 6,803 |
| H2019-Ther Behav Svc, Per 15 Min | HR | 17 | 105 | $ 7,592 | 92 | 606 | $ 41,122 | 106 | 698 | $ 46,426 | 149 | 1,051 | $ 63,126 | 204 | 1,541 | $ 103,703 | 194 | 1,538 | $ 106,071 | 262 | 2,079 | $ 142,404 | 419 | 3,255 | $ 221,091 | 248 | 1,346 | $ 94,442 | 1,691 | 12,219 | $ 825,976 |
| Total | | 17 | 105 | $ 7,592 | 93 | 607 | $ 41,149 | 108 | 705 | $ 46,613 | 157 | 1,093 | $ 64,279 | 212 | 1,595 | $ 106,238 | 201 | 1,580 | $ 107,402 | 265 | 2,097 | $ 143,037 | 425 | 3,291 | $ 221,982 | 251 | 1,349 | $ 94,489 | 1,729 | 12,422 | $ 832,779 |

**Florida Medicaid**

| Estrogen | | | |
|---|---|---|---|
| FFS | | | |
| FY | Recipient Count | No.of prescriptions | Expenditures |
| FY2014-15 | 3 | 3 | $ 28 |
| FY2015-16 | 10 | 25 | $ 319 |
| FY2016-17 | 4 | 12 | $ 310 |
| FY2017-18 | 9 | 61 | $ 1,866 |
| FY2018-19 | 10 | 37 | $ 749 |
| FY2019-20 | 9 | 45 | $ 1,034 |
| FY2020-21 | 7 | 19 | $ 714 |
| FY2021-22 | 5 | 24 | $ 820 |
| FY2022-23 | 5 | 32 | $ 1,092 |
| Total | 62 | 258 | $ 6,932 |
| Encounters | | | |
| FY | Recipient Count | No.of prescriptions | Expenditures |
| FY2014-15 | 66 | 288 | $ 15,702 |
| FY2015-16 | 122 | 712 | $ 44,567 |
| FY2016-17 | 177 | 978 | $ 67,323 |
| FY2017-18 | 219 | 1,288 | $ 78,416 |
| FY2018-19 | 249 | 1,588 | $ 89,364 |
| FY2019-20 | 257 | 1,706 | $ 77,729 |
| FY2020-21 | 373 | 2,332 | $ 110,751 |
| FY2021-22 | 501 | 3,168 | $ 149,542 |
| FY2022-23 | 486 | 2,085 | $ 101,295 |
| Total | 2,450 | 14,145 | 734,687 |

| Testosterone | | | |
|---|---|---|---|
| FFS | | | |
| FY | Recipient Count | No.of prescriptions | Expenditures |
| FY2014-15 | 2 | 13 | $ 425 |
| FY2015-16 | 6 | 29 | $ 1,158 |
| FY2016-17 | 7 | 40 | $ 1,445 |
| FY2017-18 | 12 | 43 | $ 636 |
| FY2018-19 | 15 | 48 | $ 843 |
| FY2019-20 | 5 | 14 | $ 303 |
| FY2020-21 | 8 | 34 | $ 729 |
| FY2021-22 | 9 | 50 | $ 2,271 |
| FY2022-23 | 7 | 40 | $ 1,512 |
| Total | 71 | 311 | 9,322 |
| Encounters | | | |
| FY | Recipient Count | No.of prescriptions | Expenditures |
| FY2014-15 | 16 | 69 | $ 10,334 |
| FY2015-16 | 48 | 214 | $ 18,350 |
| FY2016-17 | 103 | 485 | $ 35,802 |
| FY2017-18 | 183 | 979 | $ 47,744 |
| FY2018-19 | 261 | 1,284 | $ 48,222 |
| FY2019-20 | 325 | 1,745 | $ 68,968 |
| FY2020-21 | 471 | 2,726 | $ 154,823 |
| FY2021-22 | 650 | 3,539 | $ 186,299 |
| FY2022-23 | 590 | 2,416 | $ 100,021 |
| Total | 2,647 | 13,457 | $ 670,564 |

| Puberty Blockers | | | |
|---|---|---|---|
| FFS | | | |
| FY | Recipient Count | No.of prescriptions | Expenditures |
| FY2015-16 | 2 | 2 | $ 10,370 |
| FY2016-17 | 1 | 1 | $ 561 |
| FY2017-18 | 2 | 13 | $ 17,837 |
| FY2018-19 | 2 | 12 | $ 17,850 |
| FY2019-20 | 1 | 1 | $ 13 |
| FY2020-21 | 1 | 1 | $ 13 |
| Total | 9 | 30 | $ 46,644 |
| Encounters | | | |
| FY | Recipient Count | No.of prescriptions | Expenditures |
| FY2014-15 | 14 | 63 | $ 54,427 |
| FY2015-16 | 19 | 108 | $ 85,824 |
| FY2016 -17 | 27 | 157 | $ 225,066 |
| FY2017-18 | 33 | 174 | $ 245,986 |
| FY2018-19 | 44 | 180 | $ 364,279 |
| FY2019-20 | 61 | 239 | $ 655,821 |
| FY2020-21 | 93 | 361 | $ 1,016,760 |
| FY2021-22 | 96 | 458 | $ 1,100,770 |
| FY2022-23 | 80 | 283 | $ 521,658 |
| Total | 467 | 2,023 | $ 4,270,590 |