# EXHIBIT 1



### The State Bar
*of California*

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

April 18, 2023

Maritza DeJesus
Cooley LLP
10265 Science Center Dr
San Diego, CA 92121

Re: State Bar Number 318539 – Barrett James Anderson

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1        Standard

Delivery Method: Regular Mail
PH: 858-550-6213



The State Bar
*of California*

**OFFICE OF ATTORNEY REGULATION &
CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

April 18, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BARRETT JAMES ANDERSON, #318539 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records