IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                      CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER ON CONDUCT OF PRETRIAL CONFERENCE

This case is set for pretrial conference on May 4 and for trial on May 9, 2023. The parties should expect the pending motions for summary judgment and to exclude witnesses to be denied without a hearing. The pretrial conference will be conducted by videoconference or telephone unless all parties agree it should be conducted in person. The parties should coordinate logistics with the courtroom deputy clerk.

    SO ORDERED on April 28, 2023.

                                       s/Robert L. Hinkle
                                       United States District Judge