IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,                    Case No.: 4:22-CV-00325-RH-MAF

     Plaintiff,

v.

JASON WEIDA, et al.,

     Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*

Attorney Ming Chuang of the law firm of MCDERMOTT WILL & EMERY LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206, telephone (310) 788-6056, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of *Amici Curiae* Florida Policy Institute & Florida Voices for Health and states the following:

1.    Ming Chuang so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Standing Order Regarding *Pro Hac Vice* Admission dated May 19, 2004.

2.    Ming Chuang does not maintain a regular practice of law in the State of Florida.

3.     Ming Chuang has successfully completed the online Attorney Admission Tutorial of the Local Rules for the Northern District of Florida on April 25, 2023.  Confirmation Number FLND1682441565437.

4.     Ming Chuang has reviewed and is familiar with the online CM/ECF Attorney User's Guide. Further, Ming Chuang maintains an upgraded PACER account.

5.     Ming Chuang is paying the required admission fee of $208.00 for this case at the time of filing.

6.     Ming Chuang represents that, to his knowledge, he has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

7.     Ming Chuang is an attorney in good standing with the State of California (CA Bar No. 304339; admitted to practice in California), as evidenced by the Certificate of Good Standing, dated April 25, 2023, from the Bar of the State of California, which is attached hereto as **Exhibit A** and incorporated herein by express reference.

**WHEREFORE**, Ming Chuang respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of *Amici Curiae* Florida Policy Institute & Florida Voices for Health

2

Dated:      April 28, 2023          **MCDERMOTT WILL & EMERY LLP**

By:    /s/ Ming Chuang
       Ming Chuang
       California Bar No.: 304339
       mchuang@mwe.com
       2049 Century Park East, Suite 3200,
       Los Angeles, CA 90067-3206
       T. 310.788.6056

*Counsel for Amici Curiae, Florida Policy Institute & Florida Voices for Health*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on **April 28, 2023**, I electronically filed the foregoing document with the Clerk of Court via CM/ECF, which will send a Notice of Electronic Filing to counsel or parties authorized to receive electronic filings in this case.

/s/ Ming Chuang
Ming Chuang

DM_US 195741251-4.099848.0030