UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

    v.                        Case No. 4:22-CV-00325-RH-MAF

JASON WEIDA, et al.,

    Defendants.

_____/

**AMICI CURIAE'S MOTION FOR LEAVE TO FILE
AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT**

Florida Policy Institute ("FPI") and Florida Voices for Health ("FVH", and together with FPI, the "Amici Curiae") respectfully request leave to appear as amici curiae and file the attached proposed brief of amici curiae in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

**IDENTITY OF AMICI CURIAE**

FPI is an independent, non-partisan, and non-profit organization dedicated to advancing policies and budgets that improve the economic mobility and quality of life for all Floridians. FPI conducts research, strategic outreach, coalition building, and policy advocacy relating to the state policies affecting Floridians' economic opportunity.

FVH is a non-profit organization coalition of community organizations, businesses, and individuals working to create a health care system that works for every Floridian.

## INTERESTS OF AMICI CURIAE

The Amici Curiae assist the most vulnerable Floridians to access limited, critical resources, including Medicaid coverage. And the Amici Curiae seek to ensure such vulnerable population will continue to receive the medically necessary healthcare that they desperately need and cannot obtain without Medicaid.

## ARGUMENT

This Court "possess[es] the inherent authority to appoint 'friends of the court' to assist in their proceedings." *Bayshore Ford Trucks Sales, Inc. v. Ford Motor Co. (In re Ford Motor Co.)*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006). "The traditional function of an amicus curiae is to assist in cases of general public interest by supplementing the efforts of private counsel and by drawing the court's attention to [information] that might otherwise escape consideration." *Shoemaker v. City of Howell*, 795 F.3d 553, 562 (6th Cir. 2015) (internal quotations omitted). Accordingly, the Amici Curiae submit the accompanying brief to assist this Court to understand the struggles of the most vulnerable Floridians as they try to access medically necessary healthcare through Medicaid in Florida and the impact of this litigation outcome on them.

The Amici Curiae submit this motion and the accompanying brief of amici curiae within the deadline for the filing of Plaintiff's Opposition to Defendants' Motion for Summary Judgment in compliance with this Court's prior order directing "any further proposed amicus brief [to] be submitted by not later than the deadline for the corresponding filing of the party whose position the amicus seeks to support." *See* ECF No. 43.

## CONCLUSION

In consideration of the important legal issues in this case, the unique interests and experiences of the proposed amici curiae, and the relevance of the proposed amicus brief, FPI and FVH respectfully request leave to file a joint amicus brief in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

Dated: April 28, 2023      Respectfully submitted,

/s Robert M. Kline
Robert M. Kline (Fla Bar No. 46363)
McDermott Will & Emery LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
305-347-6537
rkline@mwe.com

Ming H. Chuang (*Pro Hac Vice pending*)
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
310-788-6056
mchuang@mwe.com

*Counsel for Amici Curiae*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(C), the counsel for Amici Curiae certifies that it conferred with counsel for Plaintiffs and counsel for Defendants on April 19, 2023 regarding filing this motion. Counsel for all parties indicated that they do not object to the relief sought herein.

Dated: April 28, 2023                              Respectfully submitted,

                                                 */s Robert M. Kline*
                                                 Robert M. Kline
                                                 McDermott Will & Emery LLP
                                                 333 SE 2nd Avenue, Suite 4500
                                                 Miami, FL 33131-2184
                                                 305-347-6537
                                                 rkline@mwe.com

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.1(F), the counsel for Amici Curiae certifies that this motion contains 418 words.

Dated: April 28, 2023                              Respectfully submitted,

                                                 */s Robert M. Kline*
                                                 Robert M. Kline
                                                 McDermott Will & Emery LLP
                                                 333 SE 2nd Avenue, Suite 4500
                                                 Miami, FL 33131-2184
                                                 305-347-6537
                                                 rkline@mwe.com