IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

     Plaintiffs,

v.                                 Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.,

     Defendants.
_____/

## CONSENT MOTION TO SEAL INADVERTENTLY FILED TRIAL EXHIBIT

Pursuant to 5.5 of the Local Rules of the Northern District of Florida, Plaintiffs respectfully request that the Court seal Plaintiffs' Trial Exhibit 319 (Doc. 183-22). Exhibit 319 contains sensitive medical and patient-identifying information, but was inadvertently filed publicly, without redaction, along with Plaintiffs' other trial exhibits. Plaintiffs have already filed a corrected, redacted version of Exhibit 319 on the docket (Doc. 186), in compliance with Local Rule 5.5(D)-(E).

Accordingly, Plaintiffs respectfully request that the Court seal the unredacted version of Exhibit 319 (Doc. 183-22) and remove it from the public docket.

## CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1(B)

Pursuant to 7.1(B) of the Local Rules of the Northern District of Florida, the undersigned certifies that counsel for Plaintiffs have conferred with counsel representing Defendant and they have consented to the requested relief.


Dated: April 28, 2023                                    Respectfully Submitted,


                                                         /s/William C. Miller


**PILLSBURY WINTHROP SHAW**                              **LAMBDA LEGAL DEFENSE**
**PITTMAN, LLP**                                         **AND EDUCATION FUND, INC.**

**Jennifer Altman** (Fl. Bar No. 881384)                **Omar Gonzalez-Pagan**\*
**Shani Rivaux** (Fl. Bar No. 42095)                     120 Wall Street, 19th Floor
600 Brickell Avenue, Suite 3100                          New York, NY 10005
Miami, FL 33131                                          (212) 809-8585
(786) 913-4900                                           ogonzalez-pagan@lambdalegal.org
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

                                                         **Carl S. Charles**\*
                                                         1 West Court Square, Suite 105
**William C. Miller**\*                                  Decatur, GA 30030
**Gary J. Shaw**\*                                       (404) 897-1880
1200 17th Street N.W.                                    ccharles@lambdalegal.org
Washington, D.C. 20036
(202) 663-8000                                           **SOUTHERN LEGAL COUNSEL, INC.**
william.c.miller@pillsburylaw.com
gary.shaw@pillsburylaw.com                               **Simone Chriss** (Fl. Bar No. 124062)
                                                         **Chelsea Dunn** (Fl. Bar No. 1013541)
**Joe Little**\*                                         1229 NW 12th Avenue
500 Capitol Mall, Suite 1800                             Gainesville, FL 32601
Sacramento, CA 95814                                     (352) 271-8890
(916) 329-4700                                           Simone.Chriss@southernlegal.org
joe.little@pillsburylaw.com                              Chelsea.Dunn@southernlegal.org

NATIONAL HEALTH LAW PROGRAM

**Abigail Coursolle***
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

**Catherine McKee***
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
mckee@healthlaw.org

FLORIDA HEALTH JUSTICE PROJECT

**Katy DeBriere** (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

* *Admitted pro hac vice*
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2023, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to counsel of record for all parties in this matter registered with the Court for this purpose.

/s/ William C. Miller
William C. Miller

**Attorney for Plaintiffs**

3