# Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria

This document will help inform Dr Hilary Cass' independent review into gender identity services for children and young people. It was commissioned by NHS England and Improvement who commissioned the Cass review. It aims to assess the evidence for the clinical effectiveness, safety and cost-effectiveness of gender-affirming hormones for children and adolescents aged 18 years or under with gender dysphoria.

The document was prepared by NICE in October 2020.

The content of this evidence review was up to date on 21 October 2020. See summaries of product characteristics (SPCs), British National Formulary (BNF) or the Medicines and Healthcare products Regulatory Agency (MHRA) or NICE websites for up-to-date information.

DX 12

# Contents

1. Introduction ................................................................................................................. 3

2. Executive summary of the review ............................................................................. 4

    Critical outcomes ........................................................................................................ 4

    Important outcomes .................................................................................................... 6

    Important outcomes .................................................................................................... 7

    Discussion ................................................................................................................. 13

    Conclusion ................................................................................................................ 14

3. Methodology ............................................................................................................ 14

    Review questions ...................................................................................................... 14

    Review process ......................................................................................................... 15

4. Summary of included studies .................................................................................. 15

5. Results .................................................................................................................... 21

6. Discussion ............................................................................................................... 47

7. Conclusion .............................................................................................................. 50

Appendix A PICO ........................................................................................................ 51

Appendix B Search strategy ....................................................................................... 55

Appendix C Evidence selection .................................................................................. 70

Appendix D Excluded studies table ............................................................................ 70

Appendix E Evidence tables ....................................................................................... 77

Appendix F Quality appraisal checklists ................................................................... 107

Appendix G Grade profiles ........................................................................................ 109

Glossary .................................................................................................................... 153

References ................................................................................................................ 155

## 1. Introduction

This review aims to assess the evidence for the clinical effectiveness, safety and cost-effectiveness of gender-affirming hormones for children and adolescents aged 18 years or under with gender dysphoria. The review follows the NHS England Specialised Commissioning process and template and is based on the criteria outlined in the PICO framework (see appendix A). This document will help inform Dr Hilary Cass' independent review into gender identity services for children and young people.

Gender dysphoria in children, also known as gender identity disorder or gender incongruence of childhood (World Health Organisation 2020), refers to discomfort or distress that is caused by a discrepancy between a person's gender identity (how they see themselves[1] regarding their gender) and that person's sex assigned at birth and the associated gender role, and/or primary and secondary sex characteristics (Diagnostic and Statistical Manual of Mental Disorders 2013).

Gender-affirming hormones are oestradiol for sex assigned at birth males (transfemales) and testosterone for sex assigned at birth females (transmales). The aim of gender-affirming hormones is to induce the development of the physical sex characteristics congruent with the individual's gender expression while aiming to improve mental health and quality of life outcomes.

No oestradiol-containing products are licensed for gender dysphoria and therefore any use for children and adolescents with gender dysphoria is off-label.

The only testosterone-containing product licensed for gender dysphoria is Sustanon 250 mg/ml solution for injection, which is indicated as supportive therapy for transmales, use of all other testosterone-containing products for children and adolescents with gender dysphoria is off-label.

For children and adolescents with gender dysphoria it is recommended that management plans are tailored to the needs of the individual and aim to ameliorate the potentially negative impact of gender dysphoria on general developmental processes, to support young people and their families in managing the uncertainties inherent in gender identity development and to provide ongoing opportunities for exploration of gender identity. The plans may also include psychological support and exploration and, for some individuals, the use of gonadotrophin releasing hormone (GnRH) analogues in adolescence to suppress puberty; this may be followed later with gender-affirming hormones of the desired sex (NHS England 2013).

Currently NHS England, as part of the Gender Identity Development Service for Children and Adolescents, routinely commissions gender-affirming hormones for young people with continuing gender dysphoria from around their 16th birthday subject to individuals meeting the eligibility and readiness criteria (Clinical Commissioning Policy 2016).

---

[1] Gender refers to the roles, behaviours, activities, attributes and opportunities that any society considers appropriate for girls and boys, and women and men (World Health Organisation, Health Topics: Gender).

## 2. Executive summary of the review

Ten observational studies were included in the evidence review. Seven studies were retrospective observational studies (Allen et al. 2019, Kaltiala et al. 2020, Khatchadourian et al. 2014, Klaver et Al. 2020, Klink et al. 2015, Stoffers et al. 2019, Vlot et al. 2017) and 3 studies were prospective longitudinal observational studies (Achille et al. 2020, Kuper et al. 2020, Lopez de Lara et al. 2020). No studies directly compared gender-affirming hormones to a control group (either placebo or active comparator). Follow-up was relatively short across all studies, with an average duration of treatment with gender-affirming hormones between around 1 year and 5.8 years.

The terminology used in this topic area is continually evolving and is different depending on stakeholder perspectives. In this evidence review we have used the phrase 'people's assigned sex at birth' rather than saying natal or biological sex and 'cross sex hormones' are now referred to as 'gender-affirming hormones'. The research studies may use historical terms which are no longer considered appropriate.

**In children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

### Critical outcomes

The critical outcomes for decision making are impact on gender dysphoria, impact on mental health and quality of life. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

**Impact on gender dysphoria**
The study by Lopez de Lara et al. 2020 in 23 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, gender dysphoria (measured using the Utrecht Gender Dysphoria Scale [UGDS]) was statistically significantly reduced (improved) from a mean [±SD] score of 57.1 (±4.1) points at baseline to 14.7 (±3.2) points at 12 months, which is below the threshold (40 points) for gender dysphoria (p<0.001).

**Impact on mental health**
*Depression*
The study by Lopez de Lara et al. 2020 in 23 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, depression (measured using the Beck Depression Inventory-II [BDI-II]) was statistically significantly reduced from a mean [±SD] score of 19.3 (±5.5) points at baseline to 9.7 (±3.9) points at 12 months (p<0.001).

The study by Achille et al. 2020 in 50 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, depression was statistically significantly reduced from baseline to about 12 months follow-up:

- The Center for Epidemiologic Studies Depression (CESD-R) improved from a mean score of 21.4 points at baseline to 13.9 points (p<0.001).
- The Patient Health Questionnaire (PHQ 9) Modified for Teens improved, although absolute scores were not reported numerically (p<0.001).

The study by Kuper et al. 2020 in 148 adolescents with gender dysphoria (of whom 123 received gender-affirming hormones) found that during treatment with gender-affirming hormones for an average of 10.9 months, the impact on depression (measured using the Quick Inventory of Depressive Symptoms [QIDS]) was unclear as no statistical analysis was reported. The mean (±SD) self-reported score was 9.6 points (±5.0) at baseline and 7.4 (±4.5) at follow-up. The mean (±SD) clinician-reported score was 5.9 points (±4.1) at baseline and 6.0 (±3.8).

The study by Kaltiala et al. 2020 in 52 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, statistically significantly fewer participants needed treatment for depression (54% at initial assessment compared with 15% at 12-month follow-up, p<0.001). No details of the treatments for depression are reported.

### Anxiety

The study by Lopez de Lara et al. 2020 in 23 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, state anxiety (measured using the State-Trait Anxiety Inventory [STAI] – State subscale) was statistically significantly reduced from a mean (±SD) score of 33.3 points (±9.1) at baseline to 16.8 points (±8.1) at 12 months (p<0.001). Trait anxiety (measured using STAI – Trait subscale) was also statistically significantly reduced from a mean (±SD) score of 33.0 (±7.2) points at baseline to 18.5 (±8.4) points at 12 months (p<0.001).

The study by Kuper et al. 2020 in 148 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, small reductions were seen in anxiety, panic, generalised anxiety, social anxiety and separation anxiety symptoms and school avoidance (measured using the Screen for Child Anxiety Related Emotional Disorders [SCARED] questionnaire) from baseline to follow-up (mean duration of treatment 10.9 months). The statistical significance of these findings are unknown as no statistical analyses were reported.

The study by Kaltiala et al. 2020 in 52 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, statistically significantly fewer participants needed treatment for anxiety (48% at initial assessment compared with 15% at 12-month follow-up, p<0.001). No details of treatments for anxiety are reported.

### Suicidality and self-injury

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, suicide risk (measured using the Ask Suicide-Screening Questions [ASQ]) was statistically significantly reduced from an adjusted mean (±SE) score of 1.11 points (±0.22) at baseline to 0.27 points (±0.12) after about 12 months (p<0.001).

The study by Achille et al. 2020 in 50 adolescents with gender dysphoria (of whom 35 received gender-affirming hormones at follow-up) found that during treatment with gender-affirming hormones, the impact on suicidal ideation was unclear (measured using the PHQ 9_Modified for Teens with additional questions for suicidal ideation). At baseline 10% of participants had suicidal ideation and 6% had suicidal ideation after about 12 months, but it is unclear if these participants received gender-affirming hormones. No statistical analyses were reported.

The study by Kuper et al. 2020 in 148 adolescents with gender dysphoria reported the impact on suicidal ideation, suicide attempts and non-suicidal self-injury during treatment with gender-affirming hormones, after mean 10.9 months follow-up . The statistical significance of these findings are unknown as no statistical analyses were reported:

- Suicidal ideation was reported in 25% of participants 1 month before the initial assessment and in 38% of participants during follow-up.
- Suicide attempts were reported in 2% of participants at 3 months before the initial assessment and in 5% during follow-up.
- Self-injury was reported in 10% of participants at 3 months before the initial assessment and in 17% during follow-up.

The study by Kaltiala et al. 2020 in 52 adolescents with gender dysphoria reported that during treatment with gender-affirming hormones, statistically significantly fewer participants needed treatment for suicidal ideation or self-harm (35% at initial assessment compared with 4% at 12-month follow-up, p<0.001). No details of treatments for suicidal ideation or self-harm are reported.

***Other related symptoms***

The study by Kaltiala et al. 2020 in 52 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, there was no statistically significant difference in the number of people needing treatment for either psychotic symptoms or psychosis, conduct problems or antisocial behaviour, substance abuse, autism, attention deficit hyperactivity disorder (ADHD) or eating disorders during the 12-month 'real life' phase compared with before or during the assessment. No details of the treatments received are reported.

**Impact on quality of life**

The study by Achille et al. 2020 in 50 adolescents with gender dysphoria (of whom 35 were receiving gender-affirming hormones at follow-up) found that during treatment with gender-affirming hormones, quality of life (measured using the Quality of Life Enjoyment and Satisfaction Questionnaire [QLES-Q-SF]) was statistically significantly improved from baseline to about 12 months, but absolute scores were not reported numerically (p<0.001).

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, quality of life (measured using the General Well-Being Scale [GWBS] of the Paediatric Quality of Life Inventory) was statistically significantly improved from an adjusted mean (±SE) score of 61.70 (±2.43) points at baseline to 70.23 (±2.15) points at about 12 months (p<0.002).

## Important outcomes

The important outcomes for decision making are impact on body image, psychosocial impact, engagement with healthcare services, impact on extent of and satisfaction with surgery and de-transition. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

**Impact on body image**

The study by Kuper et al. 2020 in 148 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, the impact on body image is unclear (measured using the Body Image Scale [BIS]). The mean (±SD) BIS score was 70.7 points (±15.2) at baseline and 51.4 points (±18.3) at follow-up (mean duration of treatment 10.9 months; no statistical analysis was reported).

**Psychosocial impact**
The study by Lopez de Lara et al. 2020 in 23 adolescents with gender dysphoria found that during treatment with gender affirming hormones, family functioning is unchanged (measured using the Family Adaptability, Partnership, Growth, Affection and Resolve [APGAR] test). The mean score was 17.9 points at baseline and 18.0 points at 12-month follow-up (no statistical analysis was reported).

The study by Lopez de Lara et al. 2020 in 23 adolescents with gender dysphoria found that during treatment with gender affirming hormones, behavioural problems (measured using the Strengths and Difficulties Questionnaire [SDQ]) were statistically significantly improved from a mean (±SD) of 14.7 (±3.3) points at baseline to 10.3 points (±2.9) at 12-month follow-up (p<0.001).

The study by Kaltiala et al. 2020 in 52 adolescents with gender dysphoria found that about 12-months after starting treatment with gender-affirming hormones:

- Statistically significantly fewer participants were living with parents or guardians (73% versus 40%, p=0.001) and statistically significantly fewer participants had normal peer contacts (89% versus 81%, p<0.001).
- There were no statistically significant differences in:
  - progress in school or work (64% versus 60%, p=0.69),
  - the number of participants who had been dating or in steady relationships (62% versus 58%, p=0.51)
  - the ability to cope with matters outside of the home (for example, shopping and travelling alone on local public transport; 81% versus 81%, p=1.0)

**Engagement with health care services**
No evidence was identified.

**Impact on extent of and satisfaction with surgery**
No evidence was identified.

**De-transition**
No evidence was identified.

**In children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

## Important outcomes

The important outcomes for decision making are short- and long-term safety outcomes and adverse effects. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

**Bone density**

The study by Klink et al. 2015 in 34 adolescents with gender dysphoria (who were previously treated with a GnRH analogue) found that gender-affirming hormones may increase lumbar spine and femoral neck bone density. However, not all results are statistically significant (particularly in transfemales). Z-scores suggest the average bone density at the end of follow-up was generally lower than in the equivalent cisgender population (transfemales compared with cis-males and transmales compared with cis-females). From starting gender-affirming hormones to age 22 years:

- There was no statistically significant difference in lumbar spine bone mineral apparent density (BMAD) z-score in transfemales, but this was statistically significantly higher in transmales (z-score [±SD]: start of hormones -0.50 [±0.81], age 22 years -0.033 [±0.95], p=0.002).
- There was no statistically significant difference in lumbar spine bone mineral density (BMD) z-score in transfemales or transmales.
- Actual lumbar spine BMAD and BMD values were statistically significantly higher in transfemales and transmales.
- There was no statistically significant difference in femoral neck BMD z-score in transfemales, but this was statistically significantly higher in transmales (z-score [SD]: start of hormones -0.35 [0.79], age 22 years -0.35 [0.74], p=0.006).
- There was no statistically significant difference in actual femoral neck BMAD values in transfemales, but this was statistically significantly higher in transmales.
- Actual femoral neck BMD values were statistically significantly higher in transfemales and transmales.

The study by Vlot et al. 2017 in 70 adolescents with gender dysphoria (who were previously treated with a GnRH analogue) found that gender-affirming hormones may increase lumbar spine and femoral neck bone density. However, not all results are statistically significant. Z-scores suggest the average bone density at the end of follow-up was generally lower than the equivalent cisgender population (transfemales compared with cis-males and transmales compared with cis-females). From starting gender-affirming hormones to 24-month follow-up:

- The z-score for lumbar spine BMAD was statistically significantly higher in transfemales with a bone age of less than 15 years (z-score [range]: start of hormones -1.52 [-2.36 to 0.42], 24-month follow-up -1.10 [-2.44 to 0.69], p≤ 0.05) and 15 years and older (z-score [range]: start of hormones -1.15 [-2.21 to 0.08], 24-month follow-up -0.66 [-1.66 to 0.54], p≤ 0.05).
- The z-score for lumbar spine BMAD was statistically significantly higher in transmales with a bone age of less than 14 years (z-score [range]: start of hormones -0.84 [-2.2 to 0.87], 24-month follow-up -0.15 [-1.38 to 0.94], p≤ 0.01) and 14 years and older (z-score [range]: start of hormones -0.29 [-2.28 to 0.90], 24-month follow-up -0.06 [-1.75 to 1.61], p≤ 0.01).
- Actual lumbar spine BMAD values were statistically significantly higher in transfemales and transmales of all bone ages.
- There was no statistically significant difference in femoral neck BMAD z-score in transfemales (all bone ages).
- The z-score for femoral neck BMAD was statistically significantly higher in transmales with a bone age of less than 14 years (z-score [range]: start of hormones

-0.37 [-2.28 to 0.47], 24-month follow-up -0.37 [-2.03 to 0.85], p≤ 0.01) and 14 years and older (z-score [range]: start of hormones -0.27 [-1.91 to 1.29], 24-month follow-up 0.02 [-2.1 to 1.35], p≤0.05).
- There was no statistically significant difference in actual femoral neck BMAD values in transfemales (all bone ages), but this was statistically significantly higher in transmales (all bone ages).

The study by Stoffers et al. 2019 in 62 sex assigned at birth females (transmales) with gender dysphoria (who were previously treated with a GnRH analogue) found that during treatment with gender-affirming hormones there was no statistically significant difference in lumbar spine or femoral neck bone density (measured as BMD z-scores or actual values) from starting gender-affirming hormones to any timepoint (6, 12 and 24 months).

**Change in clinical parameters**
The study by Klaver et al. 2020 in 192 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, from starting treatment to age 22 years:

- Glucose levels, insulin levels and insulin resistance were largely unchanged in transfemales and transmales.
- Total cholesterol, HDL cholesterol and LDL cholesterol levels were unchanged in transfemales, and there was a statistically significant improvement in triglyceride levels.
- Total cholesterol, HDL cholesterol, LDL cholesterol and triglyceride levels significantly worsened in transmales, but mean levels were within the UK reference range at the end of treatment.
- Diastolic blood pressure was statistically significantly increased in transfemales and transmales. Systolic blood pressure was also statistically significantly increased in transmales, but not in transfemales. The absolute increases in blood pressure were small.
- Body mass index was statistically significantly increased in transfemales and transmales, although most participants were within the healthy weight range (18.5 to 24.9 kg/m).

The study by Stoffers et al. 2019 in 62 sex assigned at birth females (transmales) with gender dysphoria found that during treatment with gender affirming hormones, from starting treatment to 24-month follow-up:

- There was no statistically significant change in glycosylated haemoglobin (HbA1c).
- There was no statistically significant change in aspartate aminotransferase (AST), alanine aminotransferase (ALT) and gamma-glutamyltransferase (GCT).
- There was a statistically significant increase in alkaline phosphatase (ALP) at some timepoints, but the difference was not statistically significant by 24-months.
- There was a statistically significant increase in serum creatinine levels at all timepoints up to 24 months, but these were within the UK reference range. Serum urea levels were unchanged (follow-up duration not reported).

**Treatment discontinuation and adverse effects**
The study by Khatchadourian et al. 2014 in 63 adolescents (24 transfemales and 39 transmales) with gender dysphoria found that during treatment with gender affirming hormones (duration of treatment not reported):

This document was prepared in October 2020                    Page 9 of 156

- No participants permanently discontinued treatment.
- No transfemales temporarily discontinued treatment, but 3 transmales temporarily discontinued treatment due to mental health comorbidities (n=2) and androgenic alopecia (n=1). All 3 participants eventually resumed treatment, although timescales were not reported
- No severe complications were reported.
- No transfemales reported minor complications, but 12 transmales developed minor complications which were: severe acne (n=7), androgenic alopecia (n=1), mild dyslipidaemia (n=3) and significant mood swings (n=1).

**In children and adolescents with gender dysphoria, what is the cost-effectiveness of gender-affirming hormones compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

No cost-effectiveness evidence was found for gender-affirming hormones for children and adolescents with gender dysphoria.

**From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria?**

Some studies reported data separately for the following subgroups of children and adolescents with gender dysphoria:

- Sex assigned at birth males (transfemales).
- Sex assigned at birth females (transmales).
- Tanner stage at which GnRH analogue or gender-affirming hormones started.
- Diagnosis of a mental health condition.

Some direct comparisons of transfemales and transmales were included. No evidence was found for other specified subgroups.

**Sex assigned at birth males (transfemales)**
*Impact on mental health*
In the study by Kuper et al. 2020 in 33 to 45 (number varies by outcome) sex assigned at birth males (transfemales) with gender dysphoria found that during treatment with gender-affirming hormones changes were seen in depression, anxiety and anxiety-related symptoms from baseline to follow-up (mean duration of treatment 10.9 months). The authors did not report any statistical analyses, so it is unclear if any changes were statistically significant.

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, suicide risk (measured using the ASQ) is not statistically significant different in transfemales compared with transmales, between baseline and the final assessment at about 12 months (p=0.79).

The study by Achille et al. 2020 in 17 transfemales with gender dysphoria found that during treatment with gender-affirming hormones, suicidal ideation (measured using the PHQ 9_Modified for Teens with additional questions for suicidal ideation) was reported in 11.8%

(2/17) of transfemales at baseline compared with 5.9% (1/17) at about 12-months follow-up (no statistical analysis was reported).

***Impact on quality of life***

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, quality of life (measured using the GWBS of the Paediatric Quality of Life Inventory) was not statistically significant different in transfemales compared with transmales, between baseline and the final assessment at about 12 months (p=0.32).

***Bone density***

The studies by Klink et al. 2015 and Vlot et al. 2017 provided evidence on bone density in transfemales; see above for details.

***Change in clinical parameters***

The study by Klaver et al. 2020 provided evidence on the following clinical parameters in transfemales:

- Glucose levels, insulin levels and insulin resistance.
- Total cholesterol, HDL cholesterol and LDL cholesterol and triglycerides.
- Blood pressure.
- Body mass index.

See above for details.

***Treatment discontinuation and adverse effects***

The study by Khatchadourian et al. 2014 provided evidence on treatment discontinuation and adverse effects in transfemales; see above for details.

**Sex assigned at birth females (transmales)**
***Impact on mental health***

In the study by Kuper et al. 2020 in 65 to 78 (number varies by outcome) sex assigned at birth females (transmales) with gender dysphoria found that during treatment with gender-affirming hormones, changes were seen in depression, anxiety and anxiety-related symptoms from baseline to 10.9 month follow-up. The authors did not report any statistical analyses, so it is unclear if any changes were statistically significant.

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, suicide risk (measured using the ASQ) is not statistically significantly different in transmales compared with transfemales, between baseline and the final assessment (p=0.79).

The study by Achille et al. 2020 in 33 transmales with gender dysphoria found that during treatment with gender-affirming hormones, suicidal ideation (measured using the PHQ 9_Modified for Teens with additional questions for suicidal ideation) was reported in 9.1% (3/33) of transmales at baseline compared with 6.1% (2/33) at about 12-months follow-up (no statistical analysis reported).

***Impact on quality of life***

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, quality of life (measured using the GWBS of the

Paediatric Quality of Life Inventory) was not statistically significantly different in transmales compared with transfemales, between baseline and the final assessment at about 12 months (p=0.32).

***Bone density***

The studies by Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017 provided evidence on bone density in transmales; see above for details.

***Change in clinical parameters***

The study by Klaver et al. 2020 provided evidence on the following clinical parameters in transmales:

- Glucose levels, insulin levels and insulin resistance.
- Total cholesterol, HDL cholesterol and LDL cholesterol and triglycerides.
- Blood pressure.
- Body mass index.

See above for details.

The study by Stoffers et al. 2019 provided evidence on HbA1c, liver enzymes and renal function in transmales; see above for details.

***Treatment discontinuation and adverse effects***

The study by Khatchadourian et al. 2014 provided evidence on treatment discontinuation and adverse effects in transmales; see above for details.

**Tanner stage at which GnRH analogues or gender-affirming hormones started**

The study by Kuper et al. 2020 stated that the impact of Tanner stage on outcomes was considered, but it is unclear if this refers to Tanner stage at the initial assessment, at the start of GnRH analogue treatment or another timepoint. No results were reported.

**Diagnosis of a mental health condition**
***Impact on mental health***

The study by Achille et al. 2020 in 50 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, there was no statistically significant difference in depression (measured using the CESD-R and PHQ 9_Modified for Teens) when the results were adjusted for engagement in counselling and medicines for mental health problems, from baseline to about 12-months follow-up.

***Impact on quality of life***

The study by Achille et al. 2020 in 50 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, there was no statistically significant difference in quality of life (measured using the QLES-Q-SF) when the results were adjusted for engagement in counselling and medicines for mental health problems, from baseline to about 12-months follow-up.

**From the evidence selected,**
**(a)    what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?**
**(b)    what were the ages at which participants commenced treatment with gender-affirming hormones?**

**(c)     what was the duration of treatment with GnRH analogues?**

The most commonly reported diagnostic criteria for gender dysphoria was the DSM criteria in use at the time (5/10 studies). In 3 studies (Klaver et al. 2020, Klink et al. 2015 and Vlot et al. 2017) DSM-IV-TR criteria was used. In 2 studies (Kuper et al. 2020 and Stoffers et al. 2019) DSM-V criteria was used. One study from Finland (Kaltiala et al. 2020) used the ICD-10 diagnosis of 'transexualism'. It was not reported how gender dysphoria was defined in the remaining 4 studies.

In the studies, treatment with gender-affirming hormones started at about 16 to 17 years, with a range of about 14 to 19 years. Most studies did not report the duration of treatment with GnRH analogues, but where this was reported there was a wide variation ranging from a few months up to about 5 years (Klaver et al. 2020, Klink et al. 2015 and Stoffers et al. 2019).

## Discussion

The key limitation to identifying the effectiveness and safety of gender-affirming hormones for children and adolescents with gender dysphoria is the lack of reliable comparative studies.

All the studies included in the evidence review are uncontrolled observational studies, which are subject to bias and confounding and were of very low certainty using modified GRADE. A fundamental limitation of all the uncontrolled studies included in this review is that any changes in scores from baseline to follow-up could be attributed to a regression-to-the-mean.

The included studies have relatively short follow-up, with an average duration of treatment with gender-affirming hormones between around 1 year and 5.8 years. Further studies with a longer follow-up are needed to determine the long-term effect of gender-affirming hormones for children and adolescents with gender dysphoria.

Most studies included in this review did not report comorbidities (physical or mental health) and no study reported concomitant treatments in detail. Because of this it is not clear whether any changes seen were due to gender-affirming hormones or other treatments the participants may have received.

There is a degree of indirectness in some studies, with some participants included that fall outside of the population of this evidence review. Furthermore, participant numbers are poorly reported in some studies, with high numbers lost to follow-up or outcomes not reported for some participants. The authors provide no explanation for this incomplete reporting.

Details of the gender-affirming hormone treatment regimen are poorly reported in most of the included studies, with limited information provided about the medicines, doses and routes of administration used. It is not clear whether the interventions used in the studies are reflective of current UK practice for children and adolescents with gender dysphoria.

It is difficult to draw firm conclusions for many of the effectiveness and safety outcomes reported in the included studies because many different scoring tools and methods were used to assess the same outcome, often with conflicting results. In addition to this, most

outcomes reported across the included studies do not have an accepted minimal clinically important difference (MCID), making it difficult the determine whether any statistically significant changes seen are clinically meaningful. However, the authors of some studies report thresholds to interpret the results of the scoring tools (for example, by linking scores to symptom severity), so some conclusions can be made.

## Conclusion

Any potential benefits of gender-affirming hormones must be weighed against the largely unknown long-term safety profile of these treatments in children and adolescents with gender dysphoria.

Results from 5 uncontrolled, observational studies suggest that, in children and adolescents with gender dysphoria, gender-affirming hormones are likely to improve symptoms of gender dysphoria, and may also improve depression, anxiety, quality of life, suicidality, and psychosocial functioning. The impact of treatment on body image is unclear. All results were of very low certainty using modified GRADE.

Safety outcomes were reported in 5 observational studies. Statistically significant increases in some measures of bone density were seen following treatment with gender-affirming hormones, although results varied by bone region (lumber spine versus femoral neck) and by population (transfemales versus transmales). However, z-scores suggest that bone density remained lower in transfemales and transmales compared with an equivalent cisgender population. Results from 1 study of gender-affirming hormones started during adolescence reported statistically significant increases in blood pressure and body mass index, and worsening of the lipid profile (in transmales) at age 22 years, although longer term studies that report on cardiovascular event rates are required. Adverse events and discontinuation rates associated with gender-affirming hormones were only reported in 1 study, and no conclusions can be made on these outcomes.

This review did not identify sub-groups of patients who may benefit more from gender-affirming hormones.

No cost-effectiveness evidence was found to determine whether gender-affirming hormones are a cost-effective treatment for children and adolescents with gender dysphoria.

## 3. Methodology

### Review questions

The review question(s) for this evidence review are:

1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
2. For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

3.  For children and adolescents with gender dysphoria, what is the cost-effectiveness of gender-affirming hormones compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?
4.  From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria?
5.  From the evidence selected,
    (a)  what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?
    (b)  what were the ages at which participants commenced treatment with gender-affirming hormones?
    (c)  what was the duration of GnRH analogues treatment?

See appendix A for the full review protocol.

## Review process

The methodology to undertake this review is specified by NHS England in their 'Guidance on conducting evidence reviews for Specialised Services Commissioning Products' (2020).

The searches for evidence were informed by the PICO and were conducted on 21 July 2020.

See appendix B for details of the search strategy.

Results from the literature searches were screened using their titles and abstracts for relevance against the criteria in the PICO framework. Full text references of potentially relevant evidence were obtained and reviewed to determine whether they met the inclusion criteria for this evidence review.

See appendix C for evidence selection details and appendix D for the list of studies excluded from the review and the reasons for their exclusion.

Relevant details and outcomes were extracted from the included studies and were critically appraised using a checklist appropriate to the study design. See appendix E and appendix F for individual study and checklist details.

The available evidence was assessed by outcome for certainty using modified GRADE. See appendix G for GRADE Profiles.

## 4. Summary of included studies

Ten observational studies were included in the evidence review. Seven studies were retrospective observational studies (Allen et al. 2019, Kaltiala et al. 2020, Khatchadourian et al. 2014, Klaver et Al. 2020, Klink et al. 2015, Stoffers et al. 2019, Vlot et al. 2017) and three

studies were prospective longitudinal observational studies (Achille et al. 2020, Kuper et al. 2020, Lopez de Lara et al. 2020).

The terminology used in this topic area is continually evolving and is different depending on stakeholder perspectives. In this evidence review we have used the phrase 'people's assigned sex at birth' rather than saying natal or biological sex and 'cross sex hormones' are now referred to as 'gender-affirming hormones'. The research studies may use historical terms which are no longer considered appropriate.

Table 1 provides a summary of these included studies and full details are given in appendix E.

## Table 1 Summary of included studies

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Achille et al. 2020<br><br>Prospective longitudinal study<br><br>Single centre, New York, United States | 50 children, adolescents and young adults with gender dysphoria;<br>17 transfemales and 33 transmales<br><br>Mean age at baseline was 16.2 years (SD 2.2) | **Intervention**<br>Endocrine interventions (the collective term used for puberty suppression and gender-affirming hormones) were introduced as per Endocrine Society and the World Professional Association for Transgender Health (WPATH) guidelines<br><br>Puberty suppression was:<br>• GnRH analogue and/or anti-androgens (transfemales)<br>• GnRH analogue or medroxyprogester one (transmales)<br><br>Once eligible, gender-affirming hormones were offered, these were:<br>• Oestradiol (transfemales)<br>• Testosterone (transmales)<br>Doses and formulations not reported | **Critical Outcomes**<br>*Impact on mental health*<br>• Depression- The Center for Epidemiologic Studies Depression Scale (CESD-R)<br>• Depression- The Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens)<br><br>*Impact on quality of life*<br>• Quality of Life Enjoyment and Satisfaction Questionnaire (QLES-Q-SF)<br><br>**Important Outcomes**<br>*None reported* |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| | | After about 12-months treatment ('wave 3'):<br><br>• 24 people (48%) were on gender-affirming hormones alone<br><br>• 12 people (24%) were on puberty suppression alone<br><br>• 11 people (22%) were on both gender-affirming hormones and puberty suppression<br><br>• 3 people (6%) were on no endocrine intervention<br><br>**Comparison**<br>No comparison group. Change over time reported | |
| Allen et al. 2019<br><br>Retrospective longitudinal study<br><br>Single centre, Kansas City, USA | 47 adolescents and young adults with gender dysphoria: 14 transfemales and 33 transmales<br><br>Mean age at administration (start of treatment) 16.5 years | **Intervention**<br>39 participants received gender-affirming hormones only<br>8 participants received hormones and a GnRH analogue<br><br>Mean duration of treatment with gender-affirming hormones was 349 days (range 113 to 1,016)<br><br>**Comparison**<br>No comparison group. Comparison over time reported | **Critical Outcomes**<br>*Impact on mental health*<br>• Suicidality- Ask Suicide-Screening Questions (ASQ) instrument<br><br>*Impact on quality of life*<br>• General Well-Being Scale (GWBS) of the Pediatric Quality of Life Inventory<br><br>**Important Outcomes**<br>*None reported* |
| Kaltiala et al. 2020<br><br>Retrospective chart review<br><br>Single centre, Tampere, Finland | 52 adolescents with gender dysphoria: 11 transfemales and 41 transmales.<br><br>Mean age at diagnosis 18.1 years (range 15.2 to 19.9) | **Intervention**<br>Hormonal sex assignment treatment – details of intervention not reported, although all patients received gender-affirming hormones. | **Critical Outcomes**<br>*Impact on mental health*<br>• Need for mental health treatment<br><br>**Important Outcomes**<br>*Psychosocial Impact*<br>Measure of functioning in different domains of |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| | | **Comparison**<br>No comparison group. Comparison over time reported | adolescent development, which were:<br>• Living with parent(s)/ guardians<br>• Normative peer contacts<br>• Progresses normatively in school/ work<br>• Has been dating or had steady relationships<br>• Is age-appropriately able to deal with matters outside of the home |
| Khatchadourian et al. 2014<br><br>Retrospective chart review<br><br>Single centre, Vancouver, Canada | 84 young people with gender dysphoria, of whom 63 received gender-affirming hormones.<br><br>Median age at start of gender-affirming hormones was:<br>• 17.3 years (range 13.7-19.8) for testosterone<br>• 17.9 years (range 13.3-22.3) for oestrogen | **Intervention**<br>Transfemales: Oestrogen (oral micronized 17β-oestradiol)<br>Transmales: Testosterone (injectable testosterone enanthate and/or cypionate)<br><br>19 participants (30%) had previously received a GnRH analogue<br><br>**Comparison**<br>No comparison group. Comparison over time reported. | **Critical Outcomes**<br>*None reported*<br><br>**Important Outcomes**<br>*Safety:*<br>• Adverse events<br>• Discontinuation rates |
| Klaver et al. 2020<br><br>Retrospective chart review<br><br>Single centre, Amsterdam, Netherlands | 192 people with gender dysphoria who started GnRH analogues before the age of 18 years, and started gender-affirming hormones within 1.5 years of their 22nd birthday.<br><br>Mean age at start of gender-affirming hormones:<br>• Transfemale – 16.4 years (SD 1.1)<br>• Transmale – 16.9 years (SD 1.9) | **Intervention**<br>Oral oestrogen or intramuscular (IM) testosterone<br><br>**Comparison**<br>No comparison group. Comparison over time reported | **Critical Outcomes**<br>*None reported*<br><br>**Important Outcomes**<br>*Safety*<br>• Body mass index (BMI)<br>• Systolic blood pressure<br>• Diastolic blood pressure<br>• Glucose<br>• Insulin<br>• HOMA-IR |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| | | | • Total cholesterol<br>• HDL cholesterol<br>• LDL cholesterol<br>• Triglycerides |
| Klink et al. 2015<br><br>Retrospective longitudinal study<br><br>Single centre, Amsterdam, Netherlands | 34 young people with gender dysphoria who had received GnRH analogues, gender-affirming hormones and gonadectomy.<br><br>The study included 15 transfemales and 19 transmales; mean age at start of gender-affirming hormones was 16.6 years (SD 1.4) and 16.4 years (SD 2.3) respectively.<br><br>At the start of gender-affirming hormone treatment, in the transfemale subgroup the median Tanner P was 4 (IQR 2) and the median Tanner G was 12 (IQR 11)<br><br>In the transmale subgroup the median Tanner B was 5 (IQR 2) and the median Tanner P was 5 (IQR 0) | **Intervention**<br>Transfemales – oral 17-β oestradiol (incremental dosing)<br><br>Transmales – IM testosterone (Sustanon 250 mg/ml; incremental dosing)<br><br>Median duration of treatment with gender-affirming hormones for transfemales was 5.8 years (range 3.0 to 8.0) and for transmales was 5.4 years (range 2.8 to 7.8)<br><br>The GnRH analogue was subcutaneous (SC) triptorelin 3.75 mg every 4 weeks<br><br>No details of gonadectomy reported<br><br>**Comparison**<br>No comparison group. Comparison over time reported. | **Critical Outcomes**<br>None<br><br>**Important Outcomes**<br>*Safety*<br>• Bone mineral apparent density (BMAD)<br>• Bone mineral density (BMD)<br>Measures reported at 3 timepoints: start of GnRH analogue treatment, start of gender-affirming hormone treatment and age 22 years. |
| Kuper et al. 2020<br><br>Prospective longitudinal study<br><br>Single centre, Texas, USA | Children and adolescents with gender dysphoria (9 to18 years), n=148, of whom:<br>• 25 received puberty suppression only<br>• 93 received gender-affirming hormone therapy only<br>• 30 received both<br><br>Mean age 14.9 years | **Intervention**<br>Gender-affirming hormones, guided by Endocrine Society Clinical Practice Guidelines<br><br>**Comparison**<br>No comparison group. Comparison over time reported. | **Critical Outcomes**<br>*Impact on mental health*<br>• Depression- Quick Inventory of Depressive Symptoms (QIDS), self-reported<br>• Depression- QIDS, clinician-reported<br>• Anxiety- Screen for Child Anxiety Related Emotional Disorders (SCARED) |

| Study | Population | Intervention and comparison | Outcomes reported |
|-------|-----------|----------------------------|-------------------|
| | | | • Panic- specific questions from SCARED<br><br>• Generalised anxiety-specific questions from SCARED<br><br>• Social anxiety - specific questions from SCARED<br><br>• Separation anxiety-specific questions from SCARED<br><br>• School avoidance-specific questions from SCARED<br><br>**Important Outcomes**<br>*Impact on body image*<br>• Body Image Scale (BIS) |
| Lopez de Lara et al. 2020<br><br>Prospective analytical study<br><br>Single centre, Madrid, Spain | 23 adolescents with gender dysphoria: 7 transfemales and 16 transmales.<br><br>Mean age at baseline was 16 years (range 14 to 18) | **Intervention**<br>Gender-affirming hormones:<br>• Oral oestradiol<br>• Intramuscular testosterone<br><br>Participants had previously received GnRH analogues in the intermediate pubertal stages (Tanner 2 to 3).<br><br>Participants were assessed twice:<br>• pre-treatment (T0),<br>• after 12 months treatment with gender-affirming hormones (T1)<br><br>**Comparison**<br>No comparison group. Comparison over time reported. | **Critical Outcomes**<br>*Impact on gender dysphoria*<br>• Utrecht Gender Dysphoria Scale (UGDS)<br>*Impact on mental health*<br>• Depression- Beck Depression Inventory II (BDI-II)<br>• Anxiety- State-Trait Anxiety Inventory<br><br>**Important Outcomes**<br>*Psychosocial Impact*<br>• Family functioning- Family APGAR test<br>• Patient strengths and difficulties- Strengths and Difficulties Questionnaire, Spanish Version (SDQ-Cas). |
| Stoffers et al. 2019<br><br>Retrospective chart review | 62 transmales with gender dysphoria.<br><br>Patients had received a GnRH analogue and more than 6 months of testosterone treatment. | **Intervention**<br>Testosterone intramuscular injections (Sustanon 250 mg). Dose was titrated to a | **Critical Outcomes**<br>None<br><br>**Important Outcomes**<br>*Safety* |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Single centre, Leiden, Netherlands | Median age at start of testosterone was 17.23 years (range 14.9 to 18.4) Median treatment duration was 12 months (range 5 to 33) Change over time | maintenance dose of 125 mg every 2 weeks. Participants who started GnRH analogues at 16 years or older had their dose increased more rapidly. Some participants chose to receive testosterone every 3-4 weeks, and participants could switch to transdermal preparations if needed. **Comparison** No comparison group. Comparison over time reported. | <ul><li>Body mass index (BMI)</li><li>Blood pressure</li><li>BMD</li><li>Acne</li><li>Liver enzymes</li><li>Creatinine</li><li>Urea</li><li>HbA1c</li></ul> |
| Vlot et al. 2017 Retrospective chart review Single centre, Amsterdam, Netherlands | 70 children and adolescents with gender dysphoria Median age at baseline – <ul><li>13.5 years (11.5-18.3) for transfemales</li><li>15.1 years (range 11.7-18.6) for transmales</li></ul> Comparison is change over time. 24 month follow-up. | **Intervention** Oestrogen or testosterone (had previously received triptorelin for puberty suppression) **Comparison** No comparison group. Comparison over time reported. | **Critical Outcomes** None **Important Outcomes** *Safety* <ul><li>Bone mineral apparent density (BMAD)</li></ul> |

## 5. Results

**In children and adolescents with gender dysphoria, what is the clinical effectiveness of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

| Outcome | Evidence statement |
|---|---|
| **Clinical Effectiveness** | |
| **Critical outcomes** | |
| **Impact on gender dysphoria** **Certainty of evidence: very low** | This is a critical outcome because gender dysphoria in children and adolescents is associated with significant distress and problems with functioning. One uncontrolled, prospective, observational study (Lopez de Lara et al. 2020) provided evidence relating to the impact on gender dysphoria, measured using the Utrecht Gender Dysphoria Scale (UGDS) score |

| | |
|---|---|
| | during the first year of treatment with gender-affirming hormones. The UGDS is a validated, screening tool for both adolescents and adults, used to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. The authors state that the cut-off point to identify gender dysphoria is 40 points. The higher the UGDS score the greater the gender dysphoria.<br><br>In this study (n=23), the mean (±SD) UGDS score was statistically significantly reduced (improved) from 57.1 (±4.1) points at baseline to 14.7 points (±3.2) at 12 months (p<0.001). A UGDS score below 40 suggests an absence of gender dysphoria **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly improve gender dysphoria from baseline to 12 months follow-up. The mean UGDS score was below the threshold for gender dysphoria at follow-up.** |
| **Impact on mental health: depression**<br><br>**Certainty of evidence: very low** | This is a critical outcome because depression may impact on social, occupational, or other areas of functioning in children and adolescents.<br><br>Four observational studies (Achille et al. 2020; Kaltiala et al. 2020; Kuper et al. 2020; Lopez de Lara et al. 2020) provided evidence relating to the impact on depression in children and adolescents with gender dysphoria, with follow-up of around 12 months. Five different outcome measures for depression were reported.<br><br>**Beck Depression Inventory (BDI-II)**<br>One uncontrolled, prospective, analytical study (Lopez de Lara et al. 2020) reported the change in BDI-II. The BDI-II is a valid, reliable, and widely used tool for assessing depressive symptoms. There are no specific scores to categorise depression severity, but it is suggested that 0 to 13 is minimal symptoms, 14 to 19 is mild depression, 20 to 28 is moderate depression, and severe depression is 29 to 63.<br><br>In Lopez de Lara et al. 2020 (n=23) the mean (±SD) BDI-II score was statistically significantly reduced (improved) from 19.3 (±5.5) points at baseline to 9.7 (±3.9) points at 12 months (p<0.001) **(VERY LOW)**.<br><br>**Center for Epidemiologic Studies Depression (CESD-R)**<br>One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in CESD-R scale. The CESD-R is a valid, widely used tool to assess depressive symptoms. Total score ranges from 0 to 60, with higher scores indicating more depressive symptoms. There are no specific scores to categorise depression severity, although the authors of the study suggest that a total CESD-R score less than 16 suggests no clinical depression.<br><br>In Achille et al. 2020 (n=50), the mean CESD-R score statistically significantly reduced (improved) from 21.4 points at baseline to 13.9 points at about 12 months follow-up (p<0.001; standard deviation not reported) **(VERY LOW)**.<br><br>**Patient Health Questionnaire (PHQ 9) Modified for Teens**<br>One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in PHQ 9_Modified for Teens score. The PHQ |

9_Modified for Teens is a validated tool to assess depression, dysthymia and suicide risk. The tool consists of 9 questions scored from 0 to 3 (total score 0 to 27), plus an additional 4 questions that are not scored. A score of 0 to 4 suggests no or minimal depressive symptoms, 5 to 9 mild, 10 to 14 moderate, 15 to 19 moderately severe, and 20-27 severe symptoms.

In Achille et al. 2020 (n=50), the mean PHQ 9_Modified for Teens score statistically significantly reduced (improved) from baseline to around 12 months follow-up, although absolute scores were not reported numerically (p<0.001). From the visual representation of results, the PHQ-9_Modified for Teens score is about 9 at baseline and about 5 at final follow-up **(VERY LOW)**.

**Quick Inventory of Depressive Symptoms (QIDS)**
One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported the change in QIDS, clinician-reported and self-reported. Both the clinician-reported and self-reported QIDS are validated tools to assess depressive symptoms. The tool consists of 16 items, with the highest score for 9 domains (sleep, weight, psychomotor changes, depressed mood, decreased interest, fatigue, guilt, concentration, and suicidal ideation) added to give a total score ranging from 0 to 27. A score of 0 to 5 suggests no depression, 6 to 10 mild symptoms, 11 to 15 moderate symptoms, 16 to 20 severe symptoms, and 21 to 27 very severe symptoms.

In Kuper et al. 2020 (n=105), the mean (±SD) QIDS self-reported score was 9.6 points (±5.0) at baseline and 7.4 (±4.5) after 10.9 months of treatment with gender-affirming hormones (no statistical analysis reported). The mean (±SD) QIDS clinician-reported score was 5.9 points (±4.1) at baseline and 6.0 (±3.8) after 10.9 months of treatment with gender-affirming hormones (no statistical analysis was reported) **(VERY LOW)**.

**Participants needing treatment for depression**
One observational study (Kaltiala et al. 2020) reported the proportion of participants needing treatment for depression before or during the initial assessment and during the 12-month follow-up period after starting gender-affirming hormones.

In Kaltiala et al. 2020 (n=52), statistically significantly fewer participants needed treatment for depression during the 12-month 'real life' phase (15%, 8/52) compared with before or during the assessment (54%, 28/52; p<0.001). No details of what treatments for depression the participants received are reported **(VERY LOW)**.

**These studies provide very low certainty evidence that during treatment with gender-affirming hormones depression is reduced from baseline to about 12 months follow-up. However, most participants had mild symptoms at the start of treatment.**

| | |
|---|---|
| **Impact on mental health: anxiety** | This is a critical outcome because anxiety may impact on social, occupational, or other areas of functioning in children and adolescents. |

| | |
|---|---|
| **Certainty of evidence: very low** | Three observational studies (Kaltiala et al. 2020; Kuper et al. 2020; Lopez de Lara et al. 2020) provided evidence relating to the impact on anxiety in children and adolescents with gender dysphoria.<br><br>**State-Trait Anxiety Inventory (STAI)**<br>One uncontrolled, prospective, analytical study (Lopez de Lara et al. 2020) reported the change in STAI scores. STAI is a validated and commonly used measure of trait and state anxiety. It has 20 items and can be used in clinical settings to diagnose anxiety and to distinguish it from depressive illness. Higher scores indicate greater anxiety.<br><br>In Lopez de Lara et al. 2020 (n=23), the mean (±SD) STAI-State subscale was statistically significantly reduced (improved) with gender-affirming hormones from 33.3 points (±9.1) at baseline to 16.8 points (±8.1) at 12 months (p<0.001). The mean STAI-Trait subscale scores also statistically significantly reduced (improved) from 33.0 points (±7.2) at baseline to 18.5 points (±8.4) at 12 months (p<0.001) **(VERY LOW)**.<br><br>**Screen for Child Anxiety Related Emotional Disorders (SCARED)**<br>One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported anxiety symptoms using the SCARED questionnaire. Other anxiety-related symptoms using specific questions from the SCARED questionnaire were also reported: panic, generalised anxiety, social anxiety, separation anxiety and school avoidance. SCARED is a validated, 41-point questionnaire, with each item scored 0 to 2. A total score of 25 or more is suggestive of anxiety disorder, with scores above 30 being more specific. Certain scores for specific questions may indicate the presence of other anxiety-related disorders:<br>  • A score of 7 or more in questions related to panic disorder or significant somatic symptoms may indicate the presence of these.<br>  • A score of 9 or more in questions related to generalised anxiety disorder may indicate the presence of this.<br>  • A score of 5 or more in questions related to separation anxiety may indicate the presence of this.<br>  • A score of 8 or more in questions related to social anxiety disorder may indicate the presence of this.<br>  • A score of 3 or more in questions related to significant school avoidance may indicate the presence of this.<br><br>In Kuper et al. 2020 (n=80 to 82, varies by outcome), small reductions were seen in anxiety, panic, generalised anxiety, social anxiety and separation anxiety and school avoidance symptoms (measured using the SCARED questionnaire) from baseline to follow-up (mean duration of treatment 10.9 months). The statistical significance of these findings are unknown as no statistical analyses were reported **(VERY LOW)**.<br><br>**Participants needing treatment for anxiety**<br>One observational study (Kaltiala et al. 2020) reported the proportion of participants needing treatment for anxiety before or during initial assessment and during the 12-month follow-up period after starting gender-affirming hormones. |

| | |
|---|---|
| | In Kaltiala et al. 2020 (n=52), statistically significantly fewer participants needed treatment for anxiety during the 12-month 'real life' phase (15%, 8/52) compared with before or during the assessment (48%, 25/52; p<0.001). No details of what treatments for anxiety the participants received are reported **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that during treatment with gender-affirming hormones anxiety symptoms may be reduced from baseline to around 12 months follow-up.** |
| **Impact on mental health: suicidality and self-injury**<br><br>**Certainty of evidence: very low** | These are critical outcomes because self-harm and thoughts of suicide have the potential to result in significant physical harm and, for completed suicides, the death of the young person.<br><br>Four observational studies (Achille et al. 2020; Allen et al. 2019; Kaltiala et al. 2020; Kuper et al. 2020) provided evidence relating to suicidal ideation in children and adolescents with gender dysphoria, with an average follow-up of around 12 months.<br><br>**Ask Suicide-Screening Questions (ASQ)**<br>One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in ASQ. This is a 4-item dichotomous (yes/no) response measure designed to identify risk of suicide. The authors of Allen et al. 2019 amended 1 question in the ASQ ("*Have you ever tried to kill yourself?*") by prefacing it with "*In the past few weeks . . .*" as they were not investigating lifetime incidence. A response of 'no' is scored as 0 and a response of 'yes' is scored as 1; each item is summed to give an overall score for suicidal ideation ranging from 0 to 4. A person is considered to have screened positive if they answer 'yes' to any item with higher scores indicating higher levels of suicidal ideation.<br><br>In Allen et al. 2019 (n=39), the adjusted mean (±SE) ASQ score statistically significantly reduced from 1.11 points (±0.22) at baseline to 0.27 points (±0.12) after a mean duration of treatment of about 12 months (p<0.001) **(VERY LOW)**.<br><br>**PHQ 9_Modified for Teens (additional questions for suicidal ideation)**<br>One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in suicidal ideation measured using additional questions from the PHQ 9_Modified for Teens. This is a validated tool to assess depression, dysthymia and suicide risk (see above for detailed description). In addition to the 9 scored questions, the PHQ 9_Modified Teens asked 4 additional questions relating to suicidal ideation and difficulty dealing with problems of life. Responses to the PHQ 9_Modified for Teens were used to determine if the participant had suicidal ideation or not, but specific details of how this was determined are not reported.<br><br>In Achille et al. 2020 (n=50), 10% (5/50) of participants had suicidal ideation at baseline and 6% (3/50) had suicidal ideation after about 12 months treatment with gender-affirming hormones (no statistical analysis reported) **(VERY LOW)**.<br><br>**Suicidality and non-suicidal self-injury** |

| | |
|---|---|
| | One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported on suicidal ideation, suicide attempts and non-suicidal self-injury, although it was unclear how and when this outcome was measured.<br><br>In Kuper et al. 2020 (n=130), 25% of participants reported suicidal ideation 1 month before the initial assessment and 38% reported this during the follow-up period (no statistical analysis reported). Suicide attempts were reported in 2% of participants at 3 months before the initial assessment and 5% during follow-up. Self-injury was reported in 10% of participants at 3 months before the initial assessment and 17% during follow-up. No statistical analysis was reported for any outcomes. Mean duration of gender-affirming hormone treatment was 10.9 months **(VERY LOW)**.<br><br>**Participants needing treatment for suicidality or self-harm**<br>One observational study (Kaltiala et al. 2020) reported the proportion of participants requiring treatment for suicidality or self-harm before or during initial assessment and during the 12-month follow-up period after starting gender-affirming hormones.<br><br>In Kaltiala et al. 2020 (n=52) statistically significantly fewer participants needed treatment for suicidality or self-harm during the 12-month 'real life' phase (4%, 2/52) compared with before or during the assessment (35%, 18/52; p<0.001). No details of what treatments for suicidal ideation or self-harm the participants received are reported **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that gender-affirming hormones may reduce suicidality from baseline to about 12 months follow-up. However, results are inconsistent and it is difficult to draw conclusions.** |
| **Impact on mental health: other**<br><br>**Certainty of evidence: very low** | This is a critical outcome because mental health problems may impact on social, occupational, or other areas of functioning in children and adolescents.<br><br>One observational study (Kaltiala et al. 2020) reported the proportion of participants needing treatment for either psychotic symptoms or psychosis, substance abuse, autism, attention deficit hyperactivity disorder (ADHD) or eating disorders before or during initial assessment and during the 12-month follow-up period after starting gender-affirming hormones.<br><br>In Kaltiala et al. 2020 (n=52) there was no statistically significant difference in the number of people needing treatment for either psychotic symptoms / psychosis, substance abuse, autism, attention deficit hyperactivity disorder (ADHD) or eating disorders during the 12-month 'real life' phase compared with before or during the assessment. No details of which specific treatments the participants received are reported **(VERY LOW)**.<br><br>**This study provides very low certainty evidence on the need for treatment for either psychotic symptoms or psychosis, conduct problems or antisocial behaviour, substance abuse, autism, attention deficit hyperactivity disorder (ADHD) or eating disorders** |

| | during treatment with gender-affirming hormones. No conclusions could be drawn. |
|---|---|
| **Impact on quality of life score**<br><br>**Certainty of evidence: very low** | This is a critical outcome because gender dysphoria in children and adolescents may be associated with a significant reduction in health-related quality of life.<br><br>Two uncontrolled longitudinal studies Achille et al. 2020; Allen et al. 2019) provided evidence relating to quality of life in children and adolescents with gender dysphoria.<br><br>**Quality of Life Enjoyment and Satisfaction Questionnaire (QLES-Q-SF)**<br>One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in QLES-Q-SF scores from baseline to about 12 months of treatment with gender-affirming hormones. QLES-Q-SF is a validated questionnaire, consisting of 15 questions that rate quality of life on a scale of 1 (poor) to 5 (very good).<br><br>In Achille et al. 2020 (n=50), the mean QLES-Q-SF score was statistically significantly reduced from baseline to about 12 months (p<0.001). However, absolute scores are not reported numerically **(VERY LOW)**.<br><br>**General Well-Being Scale (GWBS) of the Paediatric Quality of Life Inventory**<br>One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in adjusted mean GWBS of the Paediatric Quality of Life Inventory score from baseline to about 12 months of treatment with gender-affirming hormones. The GWBS of the Paediatric Quality of Life Inventory contains 7 items that measure two dimensions: general wellbeing (6 items) and general health (1 item). Each item is scored from 0 to 4, and the total score is linearly transformed to a 0 to 100 scale. Higher scores reflect fewer perceived problems and greater well-being.<br><br>In Allen et al. 2019 (n=47), the adjusted mean (±SE) GWBS of the Paediatric Quality of Life Inventory score was statistically significantly increased (improved) from 61.70 (±2.43) points at baseline to 70.23 (±2.15) points at about 12 months (p<0.002) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly improve quality of life and well-being from baseline to 12 months follow-up.** |
| **Important outcomes** | |
| **Impact on body image**<br><br>**Certainty of evidence: very low** | This is an important outcome because some children and adolescents with gender dysphoria may want to take steps to suppress features of their physical appearance associated with their sex assigned at birth or accentuate physical features of their desired gender.<br><br>One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) provided evidence relating to the impact on body image in children and adolescents with gender dysphoria who started treatment with gender-affirming hormones (median duration 10.9 months; range 1 to 18), measured by the change in Body Image Scale (BIS) score. BIS is a |

| | validated 30-item scale covering 3 aspects: primary, secondary and neutral body characteristics. Higher scores represent a higher degree of body dissatisfaction. |
|---|---|
| | In Kuper et al. 2020 (n=86), the mean (±SD) BIS score was 70.7 points (±15.2) at baseline and 51.4 points (±18.3) at follow-up (no statistical analysis reported) **(VERY LOW)**. |
| | **This study provides very low certainty evidence on the effects of gender-affirming hormones on body image during treatment with gender-affirming hormones (mean duration of treatment 10.9 months). No conclusions could be drawn.** |
| **Psychosocial impact**<br><br>**Certainty of evidence: very low** | This is an important outcome because gender dysphoria in children and adolescents is associated with internalising and externalising behaviours, and emotional and behavioural problems which may impact on social and occupational functioning.<br><br>Two uncontrolled, observational studies (Kaltiala et al. 2020; Lopez de Lara et al. 2020) provided evidence related to psychosocial impact in children and adolescents with gender dysphoria.<br><br>**Family APGAR (Adaptability, Partnership, Growth, Affection and Resolve) test**<br>One uncontrolled, prospective, analytical study (Lopez de Lara et al. 2020) reported the Family APGAR test. The Family APGAR test is a 5-item questionnaire, with higher scores indicating better family functioning. The authors reported the following interpretation of the test: functional, 17 to 20 points; mildly dysfunctional, 16 to 13 points; moderately dysfunctional, 12 to 10 points; severely dysfunctional, <9 points.<br><br>In Lopez de Lara et al. 2020 (n=23), the mean Family APGAR test score was unchanged from baseline (17.9 points) to 12-month follow-up (18.0 points; no statistical analysis or standard deviations reported) **(VERY LOW)**.<br><br>**Strengths and Difficulties Questionnaire (SDQ)**<br>One uncontrolled, prospective, analytical study (Lopez de Lara et al. 2020) reported on behaviour using the Strengths and Difficulties Questionnaire (SDQ, Spanish version). The SDQ includes 25-items covering emotional symptoms, conduct problems, hyperactivity/inattention, peer relationship problems and prosocial behaviour. The authors state that a score of more than 20 suggests having a behavioural disorder (normal 0 to 15, borderline 16 to 19, abnormal 20 to 40).<br><br>In Lopez de Lara et al. 2020 (n=23), the mean (±SD) SDQ score was statistically significantly reduced (improved) from 14.7 points (±3.3) at baseline to 10.3 points (±2.9) at 12-month follow-up (p<0.001) **(VERY LOW)**.<br><br>**Psychosocial functioning**<br>One uncontrolled, retrospective chart review (Kaltiala et al. 2020) reported various markers of functioning in adolescent development, covering living arrangements, peer contacts, school or work progress, |

|  | relationships, and ability to cope with matters outside the home. These measures were reported during the gender identity assessment and at about 12 months after starting gender-affirming hormones (referred to as the 'real-life phase').<br><br>In Kaltiala et al. 2020 (n=52), from the gender identity assessment to the 12-month follow-up period:<br>• statistically significantly fewer participants were living with parents or guardians (73% versus 40%, p=0.001)<br>• statistically significantly fewer participants had normal peer contacts (89% versus 81%, p<0.001)<br>• there was no statistically significant difference in progress in school or work (64% versus 60%, p=0.69)<br>• there was no statistically significant difference in the number of participants who had been dating or in steady relationships (62% versus 58%, p=0.51)<br>• there was no statistically significant difference in the participant's ability to cope with matters outside of the home (81% versus 81%, p=1.00) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that gender-affirming hormones statistically significantly improve behavioural problems (measured by SDQ score). However, the SDQ score was in the 'normal' range at baseline and at 12-month follow up. There was no significant impact on other measures of psychosocial functioning.** |
|---|---|
| **Engagement with health care services** | This is an important outcome because patient engagement with health care services will impact on their clinical outcomes.<br><br>No evidence was identified. |
| **Impact on extent of and satisfaction with surgery** | This is an important outcome because some children and adolescents with gender dysphoria may proceed to transitioning surgery.<br><br>No evidence was identified. |
| **De-transition** | This is an important outcome because there is uncertainty about the short- and long-term safety and adverse effects of gender-affirming hormones in children and adolescents with gender dysphoria<br><br>No evidence was identified. |

**Abbreviations:** APGAR: Adaptability, Partnership, Growth, Affection and Resolve; ASQ: Ask Suicide-Screening Questions; BDI-II: Beck Depression Inventory II; BIS: Body Image Scale; CESD-R: Center for Epidemiologic Studies Depression; GWBS: General Well-Being Scale; p: p-value; PHQ 9_Modified for Teens: Patient Health Questionnaire Modified for Teens; QIDS: Quick Inventory of Depressive Symptoms; QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire; SCARED: Screen for Child Anxiety Related Emotional Disorders; SD: standard deviation; SE: standard error; SDQ: Strengths and Difficulties Questionnaire; STAI: State-Trait Anxiety Inventory; UGDS: Utrecht Gender Dysphoria Scale.

**In children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

| Outcome | Evidence statement |
|---------|-------------------|
| **Safety** | |
| **Change in bone density: lumbar spine**<br><br>**Certainty of evidence: very low** | This is an important outcome because childhood and adolescence is a key time for bone development and gender-affirming hormones may affect bone development, as shown by changes in lumbar spine bone density.<br><br>Three uncontrolled, observational studies (2 retrospective and 1 prospective) provided evidence related to bone density: lumbar spine in children and adolescents with gender dysphoria. This was reported as either bone mineral density (BMD), bone mineral apparent density (BMAD), or both. One study reported change in bone density from start of treatment with gender-affirming hormones to age 22 years (Klink et al. 2015). Two studies reported change in bone density from start of gender-affirming hormones up to 24-month follow-up (Stoffers et al. 2019 and Vlot et al. 2017). All participants had previously been treated with a GnRH analogue. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>**Bone mineral apparent density (BMAD)**<br>Two uncontrolled, observational studies reported change in lumbar BMAD (Klink et al. 2015; Vlot et al. 2017). BMAD is a size adjusted value of BMD, incorporating bone size measurements using a UK reference population of growing cis-gender adolescents (up to age 17 years). BMAD is used to correct for height and height gain and may provide a more accurate estimate of bone density in growing adolescents. BMAD was reported as $g/cm^3$ and as z-scores. Z-scores report how many standard deviations from the mean a measurement sits. A z-score of 0 is equal to the mean, a z-score of -1 is equal to 1 standard deviation below the mean, and a z-score of +1 is equal to 1 standard deviation above the mean. A cis-gender population was used to calculate the bone density z-score, meaning transfemales were compared with cis-males and transmales were compared with cis-females.<br><br>In Klink et al. 2015 (n=34):<br>• There was no statistically significant difference in lumbar spine BMAD z-score from starting gender-affirming hormones to age 22 years in transfemales.<br>• The z-score for lumbar spine BMAD was statistically significantly higher at age 22 years compared with the start of gender-affirming hormones in transmales (z-score [±SD]: start of hormones -0.50 [±0.81], age 22 years -0.033 [±0.95], p=0.002).<br>• Actual lumbar spine BMAD values in $g/cm^3$ were statistically significantly higher at age 22 years compared with the start of gender-affirming hormones in transfemales and transmales **(VERY LOW)**.<br><br>In Vlot et al. 2017 (n=70):<br>• The z-score for lumbar spine BMAD in transfemales with a bone age of <15 years was statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones (z-score [range]: start of hormones -1.52 [-2.36 to |

0.42], 24-month follow-up -1.10 [-2.44 to 0.69], p≤ 0.05). Statistically significant improvements in z-score for lumbar spine BMAD in transfemales with a bone age of ≥15 years were also seen (z-score [range]: start of hormones -1.15 [-2.21 to 0.08], 24-month follow-up -0.66 [-1.66 to 0.54], p≤ 0.05).

- The z-score for lumbar spine BMAD in transmales with a bone age of <14 years was statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones (z-score [range]: start of hormones -0.84 [-2.2 to 0.87], 24-month follow-up -0.15 [-1.38 to 0.94], p≤ 0.01). Statistically significant improvements in z-score for lumbar spine BMAD in transmales with a bone age of ≥14 years were also seen (z-score [range]: start of hormones -0.29 [-2.28 to 0.90], 24-month follow-up -0.06 [-1.75 to 1.61], p≤ 0.01).
- Actual lumbar spine BMAD values in $g/cm^3$ were statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones in transfemales and transmales of all bone ages **(VERY LOW)**.

**Bone mineral density (BMD)**
Two uncontrolled, observational studies reported change in lumbar BMD (Klink et al. 2015; Stoffers et al. 2019). BMD was determined using dual energy x-ray absorptiometry (DXA-scan; HologicQDR4500, Hologic). BMD was reported as $g/cm^2$ and as z-scores – see BMAD above for more details).

In Klink et al. 2015 (n=34):
- There was no statistically significant difference in lumbar spine BMD z-score from starting gender-affirming hormones to age 22 years in transfemales or transmales.
- Actual lumbar spine BMD values in $g/cm^2$ were statistically significantly higher at age 22 years compared with the start of gender-affirming hormones in transfemales and transmales **(VERY LOW)**.

In Stoffers et al. 2019 (n=62 at 6-month follow-up; n=15 at 24-month follow-up):
- There was no statistically significant difference in lumbar spine BMD z-score in transmales from starting gender-affirming hormones to any timepoint (6, 12 and 24 months).
- There was also no statistically significant difference in actual lumbar spine BMD values in $g/cm^2$ from starting gender-affirming hormones to any timepoint (6, 12 and 24 months) **(VERY LOW)**.

**These studies provide very low certainty evidence that lumber spine bone density (measured by BMAD) increases during treatment with gender-affirming hormones (from baseline to follow-up of 2 to 5 years). Z-scores at the end of follow-up suggest the average lumbar spine bone density was generally lower than the equivalent cisgender population (transfemales compared with cis-males and transmales compared with cis-females). The results for bone density (measured by BMD) were inconsistent.**

| Change in bone density: femoral neck<br><br>Certainty of evidence: very low | This is an important outcome because childhood and adolescence is a key time for bone development and gender-affirming hormones may affect bone development, as shown by changes in femoral neck bone density.<br><br>Three uncontrolled, observational studies (2 retrospective and 1 prospective) provided evidence related to bone density: femoral neck in children and adolescents with gender dysphoria. This was reported as either bone mineral density (BMD), bone mineral apparent density (BMAD), or both. One study reported change in bone density from start of gender-affirming hormones to age 22 years (Klink et al. 2015). Two studies reported change in bone density from start of gender-affirming hormones up to 24-month follow-up (Stoffers et al. 2019 and Vlot et al. 2017). All participants had previously been treated with a GnRH analogue. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>**Bone mineral apparent density (BMAD)**<br>Two uncontrolled, observational studies reported change in femoral neck BMAD (Klink et al. 2015; Vlot et al. 2017). See above for more details on BMAD.<br><br>In Klink et al. 2015 (n=34):<br>• The z-score for femoral neck BMAD was reported for the start of gender-affirming hormones but not at age 22 years in transfemales or transmales. No statistical analysis reported.<br>• In transfemales there was no statistically significant difference in actual femoral neck BMAD values in g/cm$^3$ at age 22 years compared with start of gender-affirming hormones. In transmales actual lumbar spine BMAD values in g/cm$^3$ were statistically significantly higher at age 22 years compared with start of gender-affirming hormones (mean [±SD]: start of hormones 0.31 [±0.04], age 22 years 0.33 [±0.05], p=0.010) **(VERY LOW)**.<br><br>In Vlot et al. 2017 (n=70):<br>• In transfemales (all bone ages), there was no statistically significant difference in femoral neck BMAD z-score from start of gender-affirming hormones to 24-month follow-up.<br>• The z-score for femoral neck BMAD in transmales with a bone age of <14 years was statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones (z-score [range]: start of hormones -0.37 [-2.28 to 0.47], 24-month follow-up -0.37 [-2.03 to 0.85], p≤0.01). Statistically significant improvements in z-score for lumbar spine BMAD in transmales with a bone age of ≥14 years were also seen (z-score [range]: start of hormones -0.27 [-1.91 to 1.29], 24-month follow-up 0.02 [-2.1 to 1.35], p≤0.05).<br>• In transfemales of all bone ages, there was no statistically significant change in actual femoral neck BMAD values in g/cm$^3$ from start of gender-affirming hormones to 24-month follow-up. In transmales of all bone ages, actual femoral neck BMAD values in g/cm$^3$ were statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones **(VERY LOW)**. |

| | |
|---|---|
| | **Bone mineral density (BMD)**<br>Two uncontrolled, observational studies reported change in femoral neck BMD (Klink et al. 2015; Stoffers et al. 2019). See above for more details on BMD.<br><br>In Klink et al. 2015 (n=34):<br>• In transfemales, there was no statistically significant difference in femoral neck BMD z-score from start of gender-affirming hormones to age 22 years. In transmales, femoral neck BMD z-score was statistically significantly higher at age 22 years compared with start of gender-affirming hormones (z-score [SD]: start of hormones -0.35 [0.79], age 22 years -0.35 [0.74], p=0.006).<br>• Actual femoral neck BMD values in g/cm$^2$ were statistically significantly higher at age 22 years compared with start of gender-affirming hormones in transfemales and transmales **(VERY LOW)**.<br><br>In Stoffers et al. 2019 (n=62 at 6-month follow-up; n=15 at 24-month follow-up):<br>• there was no statistically significant difference in right or left femoral neck BMD z-score in transmales, from the start of gender-affirming hormones to any timepoint (6, 12 and 24 months).<br>• There was also no statistically significant difference in transmales in right or left actual femoral neck BMD values in g/cm$^2$ from start of gender-affirming hormones to any timepoint (6, 12 and 24 months) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that during treatment with gender-affirming hormones from baseline to follow-up of 2 to 5 years, femoral neck bone density (measured by BMAD) was unchanged in transfemales but was statistically significantly increased in transmales (although the absolute change was small). Z-scores at the end of follow-up suggest that average femoral neck bone density was lower in both transfemales and transmales than in the equivalent cisgender population (transfemales compared with cis-males and transmales compared with cis-females). The results for bone density (measured by BMD) were inconsistent.** |
| **Change in clinical parameters: glucose, insulin and HbA1c**<br><br>**Certainty of evidence: very low** | This is an important outcome because the effect of gender-affirming hormones on insulin sensitivity and cardiovascular risk in children and adolescents with gender dysphoria is unknown.<br><br>Two uncontrolled, retrospective chart reviews (Klaver et al. 2020; Stoffers et al. 2019) provided evidence on glucose, insulin and HbA1c. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>**Glucose levels, insulin levels and insulin resistance**<br>One retrospective chart review (Klaver et al. 2020) reported non-comparative evidence on the change in glucose levels, insulin levels and insulin resistance (measured using Homeostatic Model |

<table>
<tr><td></td><td>Assessment of Insulin Resistance [HOMA-IR]) between starting gender-affirming hormones and age 22 years.

In Klaver et al. 2020 (n=192):
<ul>
<li>There was no statistically significant change in glucose levels, insulin levels and insulin resistance in transfemales.</li>
<li>There was no statistically significant change in glucose levels in transmales.</li>
<li>There was a statistically significant decrease in insulin levels in transmales (mean change [95% CI] -2.1 mU/L [-3.9 to -0.3], p<0.05; mean insulin level at 22 years [95% CI] 8.6 mU/L [6.9 to 10.2]).</li>
<li>There was a statistically significant decrease in insulin resistance in transmales (HOMA-IR; mean change [95% CI] -0.5 [-1.0 to -0.1], p<0.05; mean HOMA-IR at 22 years [95% CI] 1.8 [1.4 to 2.2]) **(VERY LOW)**.</li>
</ul>

**HbA1c**
One retrospective chart review (Stoffers et al. 2019; n=62) reported non-comparative evidence on the change in HbA1c in transmales between starting gender-affirming hormones and 24-month follow-up. There was no statistically significant change in HbA1c **(VERY LOW)**.

**These studies provide very low certainty evidence that gender-affirming hormones do not affect HbA1c, glucose levels, insulin levels and insulin resistance.**</td></tr>
<tr><td>**Change in clinical parameters: lipids**

**Certainty of evidence: very low**</td><td>This is an important outcome because the effect of gender-affirming hormones on lipid profiles and cardiovascular risk in children and adolescents with gender dysphoria is unknown.

One retrospective chart review (Klaver et al. 2020) provided non-comparative evidence on the change in lipids (total cholesterol, HDL cholesterol, LDL cholesterol and triglycerides) between starting gender-affirming hormones and age 22 years. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.

In Klaver et al. 2020 (n=192):
<ul>
<li>There was no statistically significant change in total cholesterol, HDL cholesterol and LDL cholesterol in transfemales.</li>
<li>There was a statistically significant decrease (improvement) in triglycerides in transfemales (mean change [95% CI] +0.2 mmol/L [0.0 to 0.5], p<0.05; mean triglyceride level at 22 years [95% CI] 1.1 mmol/L [0.9 to 1.4]).</li>
<li>There was a statistically significant increase in total cholesterol in transmales (mean change [95% CI] +0.4 mmol/L [0.2 to 0.6], p<0.001; mean total cholesterol at 22 years [95% CI] 4.6 mmol/L [4.3 to 4.8]).</li>
<li>There was a statistically significant decrease (worsening) in HDL cholesterol (mean change in transmales [95% CI] -0.3 mmol/L [-0.4 to -0.1], p<0.001; mean HDL cholesterol at 22 years [95% CI] 1.3 mmol/L [1.2 to 1.3]).</li>
<li>There was a statistically significant increase (worsening) in LDL cholesterol in transmales (mean change [95% CI]</li>
</ul></td></tr>
</table>

<table>
<tr><td></td><td>

+0.4 mmol/L [0.2 to 0.6], p<0.001; mean LDL cholesterol at 22 years [95% CI] 2.6 mmol/L [2.4 to 2.8]).
- There was a statistically significant increase (worsening) in triglycerides in transmales (mean change [95% CI] +0.5 mmol/L [0.3 to 0.7], p<0.001; mean triglyceride level at 22 years [95% CI] 1.3 mmol/L [1.1 to 1.5]) **(VERY LOW)**.

**This study provides very low certainty evidence that gender-affirming hormones do not affect lipid profiles in transfemales. In transmales, there was a small but statistically significant worsening in cholesterol levels from start of gender-affirming hormone treatment to age 22 years, but mean cholesterol and triglyceride levels were within the UK reference range at the end of treatment.**

</td></tr>
</table>

| Change in clinical parameters: blood pressure<br><br>Certainty of evidence: very low | This is an important outcome because the effect of gender-affirming hormones on blood pressure and cardiovascular risk in children and adolescents with gender dysphoria is unknown.<br><br>One retrospective chart review (Klaver et al. 2020) provided non-comparative evidence on the change in blood pressure between starting gender-affirming hormones and at age 22 years. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>In Klaver et al. 2020 (n=192):<br>• There was no statistically significant change in systolic blood pressure (SBP) in transfemales. However, there was a statistically significant increase in diastolic blood pressure (DBP) in transfemales (mean change [95% CI] +6 mmHg [3 to 10], p<0.001; mean DBP at 22 years [95% CI] 75 [72 to 78]).<br>• In transmales, there was a statistically significant increase in SBP (mean change [95% CI] +5 mmHg [1 to 9], p<0.05; mean SBP at 22 years [95% CI] 126 [122 to 130]), and DBP (mean change [95% CI] +6 mmHg [4 to 9], p<0.001; mean DBP at 22 years [95% CI] 74 [72 to 77]) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase blood pressure from start of treatment to age 22 years, although the absolute increase was small.** |
|---|---|
| Change in clinical parameters: body mass index (BMI)<br><br>Certainty of evidence: very low | This is an important outcome because the effect of gender-affirming hormones on weight gain and cardiovascular risk in children and adolescents with gender dysphoria is unknown.<br><br>One retrospective chart review (Klaver et al. 2020) provided non-comparative evidence on the change in body mass index (BMI) between starting gender-affirming hormones and age 22 years. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>In Klaver et al. 2020 (n=192):<br>• There was a statistically significant increase in BMI in transfemales from the start of gender-affirming hormones to age 22 years (mean change [95% CI] +1.9 [0.6 to 3.2], p<0.005; mean BMI at 22 years [95% CI] 23.2 [21.6 to 24.8]. At age 22 |

<table>
<tr><td></td><td>years, 9.9% of transfemales were obese, compared with 3.0% in a reference population of cisgender men.</td></tr>
</table>

|  |  |
|---|---|
|  | years, 9.9% of transfemales were obese, compared with 3.0% in a reference population of cisgender men.<br>• There was a statistically significant increase in BMI in transmales from the start of gender-affirming hormones to age 22 years (mean change [95% CI] +1.4 [0.8 to 2.0], p<0.005; mean BMI at 22 years [95% CI] 23.9 [23.0 to 24.7]). At age 22 years, 6.6% of transmales were obese, compared with 2.2% in a reference population of cisgender women **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase BMI from start of treatment to age 22 years, although most participants were within the healthy weight range.** |
| **Change in clinical parameters: liver function**<br><br>**Certainty of evidence: very low** | This is an important outcome because if treatment-induced liver injury (raised liver enzymes are a marker of this) is suspected, gender-affirming hormones may need to be stopped.<br><br>One retrospective chart review (Stoffers et al. 2019) provided non-comparative evidence on the change in liver enzymes in transmales between starting gender-affirming hormones and up to 24-months follow-up.<br><br>In Stoffers et al. 2019 (n=62):<br>• There was no statistically significant change in aspartate aminotransferase (AST), alanine aminotransferase (ALT) and gamma-glutamyltransferase (GCT) in transmales.<br>• There was a statistically significant increase in alkaline phosphatase (ALP) levels from starting gender-affirming hormones to 6- and 12-months follow-up, although by 24-months the difference was not statistically significant (median [IQR]: start of hormones 102 [78 to 136], 6-month follow-up 115 [102 to 147]  p<0.001, 12-month follow-up 112 [88 to 143] p<0.001) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that gender-affirming hormones do not affect liver function in transmales from baseline to 24 months follow-up.** |
| **Change in clinical parameters: kidney function**<br><br>**Certainty of evidence: very low** | This is an important outcome because if renal damage (raised serum creatinine and urea are markers of this) is suspected, treatment with gender-affirming hormones may need to be stopped.<br><br>One retrospective chart review (Stoffers et al. 2019) provided non-comparative evidence on the change in serum creatinine and serum urea levels in transmales between starting gender-affirming hormones and up to 24-months follow-up.<br><br>In Stoffers et al. 2019 (n=62):<br>• There was a statistically significant increase in creatinine levels in transmales at all timepoints up to 24 months (mean [SD]: start of hormones 62 umol/L [7], 6 months 70 umol/L [9] , 12 months 74 umol/L [10], 24 months 81 umol/L [10], p<0.001).<br>• There was no statistically significant change in urea in transmales (follow-up duration not reported) **(VERY LOW)**. |

|  | **This study provides very low certainty evidence on the effects of gender-affirming hormones on kidney function in transmales from baseline to 24 months follow-up. A statistically significant increase in creatinine levels was seen, but these were within the UK reference range. Urea levels were unchanged.** |
|---|---|
| **Treatment discontinuation**<br><br>**Certainty of evidence: very low** | This is an important outcome because there is uncertainty about the short- and long-term impact of stopping treatment with gender-affirming hormones in children and adolescents with gender dysphoria.<br><br>One uncontrolled, retrospective chart review (Khatchadourian et al. 2014) provided evidence relating to permanent or temporary treatment discontinuation in children and adolescents with gender dysphoria.<br><br>Khatchadourian et al. 2014 narratively reported treatment discontinuation in a cohort of 63 adolescents (24 transfemales and 39 transmales) who received gender-affirming hormones:<br>• No participants permanently discontinued gender-affirming hormones.<br>• No transfemales temporarily discontinued gender-affirming hormones.<br>• Three transmales temporarily discontinued gender-affirming hormones due to:<br>    ○ mental health comorbidities (n=2)<br>    ○ androgenic alopecia (n=1).<br>All 3 participants eventually resumed treatment, although timescales were not reported (**VERY LOW**).<br><br>**This study provides very low certainty evidence that the rates of discontinuation during treatment with gender-affirming hormones are low (duration of treatment not reported).** |
| **Adverse effects**<br><br>**Certainty of evidence: very low** | This is an important outcome because if there are adverse effects, gender-affirming hormones may need to be stopped.<br><br>One uncontrolled, retrospective chart review (Khatchadourian et al. 2014) provided evidence relating to adverse effects from gender-affirming hormones in children and adolescents with gender dysphoria.<br><br>Khatchadourian et al. 2014 narratively reported adverse effects in a cohort of 63 adolescents (24 transfemales and 39 transmales) receiving treatment with gender-affirming hormones:<br>• No severe complications were reported.<br>• No transfemales reported minor complications.<br>• Twelve transmales developed minor complications, which were:<br>    ○ severe acne, requiring isotretinoin treatment (n=7)<br>    ○ androgenic alopecia (n=1)<br>    ○ mild dyslipidaemia (further details not provided; n=3)<br>    ○ significant mood swings (n=1) (**VERY LOW**).<br><br>**This study provides very low certainty evidence about the potential adverse effects of gender-affirming hormones (duration of treatment not reported). No conclusions could be drawn.** |

**Abbreviations:** ALP: alkaline phosphatase; ALT: alanine aminotransferase; AST: aspartate aminotransferase; BMAD: bone mineral apparent density; BMD: bone mineral density; BMI: body mass index; DBP: diastolic blood pressure; GGT: gamma-glutamyl transferase; HbA1c:

glycated haemoglobin; HDL: high-density lipoproteins; HOMA-IR: Homeostatic Model Assessment of Insulin Resistance; IQR: interquartile range; LDL: low-density lipoproteins; p: p-value; SBP: systolic blood pressure; SD: standard deviation.

**In children and adolescents with gender dysphoria, what is the cost-effectiveness of gender-affirming hormones compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

| Outcome | Evidence statement |
|---|---|
| Cost-effectiveness | No studies were identified to assess the cost-effectiveness of gender-affirming hormones for children and adolescents with gender dysphoria. |

**From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may benefit from gender-affirming hormones more than the wider population of interest?**

| Subgroup | Evidence statement |
|---|---|
| **Sex assigned at birth males (transfemales)**<br><br>**Certainty of evidence: Very low** | Some studies reported data separately for sex assigned at birth males (transfemales). This included some direct comparisons with sex assigned at birth females (transmales).<br><br>**Impact on mental health: depression and anxiety**<br>One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported the change in depression (measured using QIDS clinician-reported and self-reported), anxiety and anxiety-related symptoms (measured using SCARED) in transfemales. See the clinical effectiveness results above for full details.<br><br>In Kuper et al. 2020 (n=33 to 45, varies by outcome), changes were seen in depression, anxiety and anxiety-related symptoms from baseline to follow-up but the authors did not report any statistical analyses, so it is unclear if was any changes were statistically significant **(VERY LOW)**.<br><br>**This study provides very low certainty evidence on the effects of gender-affirming hormones on depression, anxiety and anxiety-related symptoms over time in sex assigned at birth males (transfemales; mean duration of treatment 10.9 months). No conclusions could be drawn.**<br><br>**Impact on mental health: suicidality**<br>One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in Ask Suicide-Screening Questions (ASQ) in transfemales compared with transmales. See the clinical effectiveness results above for full details.<br><br>Between baseline and the final assessment, there was no statistically significant difference in change in ASQ score for transfemales compared with transmales (p=0.79; n=47) **(VERY LOW)**. |

One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in suicidal ideation in transfemales measured using additional questions from the PHQ 9_Modified for Teens. See the clinical effectiveness results above for full details.

At baseline, 11.8% (2/17) of transfemales had suicidal ideation, compared with 5.9% (1/17) at about 12-months follow-up (no statistical analysis reported) **(VERY LOW)**.

**These studies provide very low certainty evidence that any change in suicidal ideation is not different between sex assigned at birth males (transfemales) and sex assigned at birth females (transmales) from baseline to follow-up of about 12 months.**

**Impact on quality of life**
One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in the GWBS of the Paediatric Quality of Life Inventory in transfemales compared with transmales. See the clinical effectiveness results above for full details.

Between baseline and final assessment, there was no statistically significant difference in change in GWBS of the Paediatric Quality of Life Inventory for transfemales compared with transmales (p=0.32; n=47) **(VERY LOW)**.

**This study provides very low certainty evidence that any change in general wellbeing is not different between sex assigned at birth males (transfemales) and sex assigned at birth females (transmales) from baseline to follow-up of about 12 months.**

**Impact on body image**
One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported change in Body Image Scale (BIS) in transfemales. See the clinical effectiveness results above for full details.

In Kuper et al. 2020 (n=30), the mean (±SD) BIS score was 67.5 points (±19.5) at baseline and 49.0 points (±21.6) at follow-up (no statistical analysis reported) **(VERY LOW)**.

**This study provides very low certainty evidence on the effects of gender-affirming hormones on body image over time in transfemales (mean duration of treatment 10.9 months). No conclusions could be drawn.**

**Change in bone density: lumbar spine**
Two uncontrolled, observational, retrospective studies provided evidence relating to the effect of gender-affirming hormones on lumber spine bone density in transfemales (Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.

**These studies provide very low certainty evidence that lumbar spine bone density (measured by BMAD) increases during treatment with gender-affirming hormones in sex assigned at birth males (transfemales). Z-scores at the end of follow-up suggest average lumbar spine bone density was generally lower than in the equivalent cisgender population. The results for lumbar spine bone density (measured by BMD) were inconsistent.**

**Change in bone density: femoral neck**
Two uncontrolled, observational, retrospective studies provided evidence relating to the effect of gender-affirming hormones on femoral neck bone density in transfemales (Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.

**These studies provide very low certainty evidence that femoral neck bone density (measured by BMAD) was unchanged in sex assigned at birth males (transfemales) during treatment with gender-affirming hormones (follow-up between 2 and 5 years). Z-scores at the end of follow-up suggest and the average femoral neck bone density was lower than in the equivalent cisgender population. The results for femoral neck bone density (measured by BMD) were inconsistent.**

**Change in clinical parameters: glucose, insulin and HbA1c**
One uncontrolled, retrospective chart review (Klaver et al. 2020) provided evidence on glucose, insulin and HbA1c in transfemales. See the safety results table above for a full description of the results.

**This study provided very low certainty evidence that gender-affirming hormones do not affect HbA1c, glucose levels, insulin levels and insulin resistance in sex assigned at birth males (transfemales) from the start of treatment to age 22 years.**

**Change in clinical parameters: lipids**
One retrospective chart review (Klaver et al. 2020) provided evidence on the change in lipids (total cholesterol, HDL cholesterol, LDL cholesterol and triglycerides) in transfemales. See the safety results table above for a full description of the results.

**This study provides very low certainty evidence that gender-affirming hormones do not affect lipid profiles in sex assigned at birth males (transfemales) from the start of treatment to age 22 years.**

**Change in clinical parameters: blood pressure**
One retrospective chart review (Klaver et al. 2020) provided evidence on the change in blood pressure in transfemales. See the safety results table above for a full description of the results.

**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase blood pressure in sex assigned at birth males (transfemales),**

| | |
|---|---|
| | although the absolute increase was small from the start of treatment to age 22 years.<br><br>**Change in clinical parameters: body mass index (BMI)**<br>One retrospective chart review (Klaver et al. 2020) provided evidence on the change in BMI in transfemales. See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase BMI in sex assigned at birth males (transfemales), although most participants were within the healthy weight range from the start of treatment to age 22 years.**<br><br>**Treatment discontinuation**<br>One uncontrolled, retrospective chart review provided evidence relating to permanent or temporary discontinuation of gender-affirming hormones in transfemales (Khatchadourian et al. 2014).<br><br>**This study provides very low certainty evidence that the rates of discontinuation during treatment with gender-affirming hormones in sex assigned at birth males (transfemales) are low. Duration of treatment with gender-affirming hormones was not reported.**<br><br>**Adverse effects**<br>One uncontrolled, retrospective chart review provided evidence relating to adverse effects from gender-affirming hormones in transfemales (Khatchadourian et al. 2014).<br><br>**This study provides very low certainty evidence about the potential adverse effects of gender-affirming hormones in sex assigned at birth males (transfemales). No conclusions could be drawn. Duration of treatment with gender-affirming hormones was not reported.** |
| **Sex assigned at birth females (transmales)**<br><br>**Certainty of evidence: Very low** | Some studies reported data separately for sex assigned at birth females (transmales). This included some direct comparisons with sex assigned at birth males (transfemales).<br><br>**Impact on mental health: depression and anxiety**<br>One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported the change in depression (measured using QIDS clinician-reported and self-reported), anxiety and anxiety-related symptoms (measured using SCARED) in transmales. See the clinical effectiveness results above for full details.<br><br>In Kuper et al. 2020 (n=65 to 78, varies by outcome), changes were seen in depression, anxiety and anxiety-related symptoms from baseline to follow-up but the authors did not report any statistical analysis, so it is unclear if any changes are statistically significant **(VERY LOW)**. |

**This study provides very low certainty evidence on the effects of gender-affirming hormones on depression, anxiety and anxiety-related symptoms over 10.9 months in transmales. No conclusions could be drawn.**

**Impact on mental health: suicidality**
One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in Ask Suicide-Screening Questions (ASQ) in transmales compared with transfemales. See the sex assigned at birth males (transfemales) row above for full details of the results.

One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in suicidal ideation in transmales measured using additional questions from the PHQ 9_Modified for Teens. See the clinical effectiveness results above for full details.

At baseline, 9.1% (3/33) of transmales had suicidal ideation, compared with 6.1% (2/33) at about 12-months follow-up (no statistical analysis reported) **(VERY LOW)**.

**These studies provide very low certainty evidence that any change in suicidal ideation is not different between sex assigned at birth females (transmales) and sex assigned at birth males (transfemales). Mean duration of treatment about 12 months.**

**Impact on quality of life**
One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in the GWBS of the Paediatric Quality of Life Inventory in transmales compared with transfemales. See the sex assigned at birth males (transfemales) row above for full details of the results.

**This study provides very low certainty evidence that any change in general wellbeing is not different between sex assigned at birth females (transmales) and sex assigned at birth males (transfemales). Mean duration of treatment about 12 months.**

**Impact on body image**
One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported change in Body Image Scale (BIS) in transmales. See the clinical effectiveness results above for full details.

In Kuper et al. 2020 (n=66), the mean (±SD) BIS score was 71.1 points (±13.4) at baseline and 52.9 points (±16.8) at follow-up (no statistical analysis reported) **(VERY LOW)**.

**This study provides very low certainty evidence on the effects of gender-affirming hormones on body image over 10.9 months in transmales. No conclusions could be drawn.**

**Change in bone density: lumbar spine**
Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of gender-affirming hormones on lumber spine bone density in transmales (Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017). See the safety results table above for a full details of the results.

**These studies provide very low certainty evidence that lumbar spine bone density (measured by BMAD) increases during 2 to 5 years treatment with gender-affirming hormones in sex assigned at birth females (transmales). Z-scores at the end of follow-up suggest the average lumbar spine bone density was generally lower than in the equivalent cisgender population. The results for lumbar spine bone density (measured by BMD) were inconsistent.**

Change in bone density: femoral neck
Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of gender-affirming hormones on femoral neck bone density in transmales (Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017). See the safety results table above for a full details of the results.

**These studies provide very low certainty evidence that femoral neck bone density (measured by BMAD) statistically significantly increased in sex assigned at birth females (transmales) during 2 to 5 years treatment with gender-affirming hormones. Z-scores at the end of follow-up suggest the average femoral neck bone density was generally lower than in the equivalent cisgender population. The results for femoral neck bone density (measured by BMD) were inconsistent.**

Change in clinical parameters: glucose, insulin and HbA1c
Two uncontrolled, retrospective chart reviews (Klaver et al. 2020; Stoffers et al. 2019) provided evidence on glucose, insulin and HbA1c in transmales. See the safety results table above for full details of the results.

**This study provided very low certainty evidence that gender-affirming hormones do not affect HbA1c, glucose levels, insulin levels and insulin resistance in sex assigned at birth females (transmales). Reported from start of treatment to age 22 years.**

Change in clinical parameters: lipids
One retrospective chart review (Klaver et al. 2020) provided evidence on the change in lipids (total cholesterol, HDL cholesterol, LDL cholesterol and triglycerides) in transmales. See the safety results table above for full details of the results.

**This study provides very low certainty evidence that treatment with gender-affirming hormones is associated with a small but statistically significant worsening of cholesterol levels in sex assigned at birth females (transmales), but mean cholesterol and triglyceride levels were within the UK reference range at end of treatment, from start of treatment to age 22 years.**

Change in clinical parameters: blood pressure
One retrospective chart review (Klaver et al. 2020) provided evidence on the change in blood pressure in transmales. See the safety results table above for full details of the results.

**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase blood pressure in sex assigned at birth females (transmales), although the absolute increase was small, from start of treatment to age 22 years.**

**Change in clinical parameters: body mass index (BMI)**
One retrospective chart review (Klaver et al. 2020) provided evidence on the change in body mass index (BMI) in transmales. See the safety results table above for full details of the results.

**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase BMI in sex assigned at birth females (transmales), although most participants were within the healthy weight range, from start of treatment to age 22 years.**

**Change in clinical parameters: liver function**
One retrospective chart review (Stoffers et al. 2019) provided non-comparative evidence on the change in liver enzymes in transmales between starting gender-affirming hormones and up to 24-months follow-up. See the safety results table above for full details of the results.

**This study provides very low certainty evidence that gender-affirming hormones for about 12 months do not affect liver function in sex assigned at birth females (transmales).**

**Change in clinical parameters: kidney function**
One retrospective chart review (Stoffers et al. 2019) provided non-comparative evidence on the change in serum creatinine and serum urea levels in transmales between starting gender-affirming hormones and up to 24-months follow-up. See the safety results table above for full details of the results.

**This study provides very low certainty evidence on the effects of gender-affirming hormones on kidney function in sex assigned at birth females (transmales). A statistically significant increase in creatinine levels was seen at about 12 months follow-up, but these were within the UK reference range. Urea levels were unchanged.**

**Treatment discontinuation**
One uncontrolled, retrospective chart review provided evidence relating to permanent or temporary discontinuation of gender-affirming hormones in transmales (Khatchadourian et al. 2014). See the safety results table above for full details of the results.

**This study provides very low certainty evidence that the rates of treatment discontinuation with gender-affirming hormones in sex assigned at birth females (transmales) is low. Duration of gender-affirming hormones not reported.**

**Adverse effects**

| | |
|---|---|
| | One uncontrolled, retrospective chart review provided evidence for adverse effects from gender-affirming hormones in transmales (Khatchadourian et al. 2014). See the safety results table above for full details of the results.<br><br>**This study provides very low certainty evidence about the potential adverse effects of gender-affirming hormones in sex assigned at birth females (transmales). No conclusions could be drawn. Duration of gender-affirming hormones not reported.** |
| **Duration of gender dysphoria** | No evidence was identified. |
| **Age at onset of gender dysphoria** | No evidence was identified. |
| **Age at onset of puberty** | No evidence was identified. |
| **Tanner stage at which GnRH analogue or gender-affirming hormones started** | One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported the impact of Tanner stage on outcomes, although it is not clear whether this is referring to Tanner stage at initial assessment, at the start of GnRH analogues or at another timepoint. |
| **Diagnosis of autistic spectrum disorder** | No evidence was identified. |
| **Diagnosis of a mental health condition** | One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported outcomes that were adjusted for engagement in counselling and medicines for mental health problems. Information about diagnoses and treatment were not provided. Rates of mental health issues appear to be high in the cohort.<br><br>**Impact on mental health**<br>Achille et al. 2020 reported the change in depression scores, controlled for engagement in counselling and medicines for mental health problems (measured using the Center for Epidemiologic Studies Depression [CESD-R] scale and Patient Health Questionnaire Modified for Teens [PHQ 9_Modified for Teens] score:<br>• There was no statistically significant change in CESD-R from baseline to about 12-months follow-up.<br>• There was no statistically significant change in PHQ 9_Modified for Teens score from baseline to about 12-months follow-up **(VERY LOW)**.<br><br>**Impact on quality of life**<br>Achille et al. 2020 reported the change in quality of life scores, controlled for engagement in counselling and medicines for mental health problems (measured using the Quality of Life Enjoyment and Satisfaction Questionnaire [QLES-Q-SF] score:<br>• There was no statistically significant change in QLES-Q-SF score from baseline to about 12-months follow-up **(VERY LOW)**.<br><br>**This study provides very low certainty evidence about outcomes that were adjusted for engagement in counselling and medicines for mental health problems. No conclusions could be drawn.** |

**Abbreviations:** ASQ: Ask Suicide-Screening Questions; CESD-R: Center for Epidemiologic Studies Depression; GnRH: Gonadotrophin releasing hormone; GWBS: General Well-Being

Scale; HDL: high-density lipoproteins; LDL: low-density lipoproteins; p: p-value; PHQ 9_Modified for Teens: Patient Health Questionnaire Modified for Teens; QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire.

**From the evidence selected,**
**(a)     what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?**
**(b)     what were the ages at which participants commenced treatment with gender-affirming hormones?**
**(c)     what was the duration of treatment with GnRH analogues?**

| Outcome | Evidence statement |
|---|---|
| **Diagnostic criteria** | The DSM-IV-TR criteria was used in 3 studies (Klaver et al. 2020, Klink et al. 2015 and Vlot et al. 2017).<br><br>The DSM-V criteria was used in 2 studies (Kuper et al. 2020 and Stoffers et al. 2019). The DSM-V has one overarching definition of gender dysphoria with separate specific criteria for children and for adolescents and adults. The general definition describes a conflict associated with significant distress and/or problems functioning associated with this conflict between the way they feel and think of themselves which must have lasted at least 6 months.<br><br>The ICD-10 diagnosis of 'transsexualism' was used in 1 study (Kaltiala et al. 2020). The authors state that this is the corresponding diagnosis to 'gender dysphoria' in the DSM-V, and that diagnostic assessments in the study location (Finland) take place according to ICD-10.<br><br>It was not reported how gender dysphoria was defined in the remaining 4 studies **(VERY LOW)**.<br><br>**From the evidence selected, the most commonly reported diagnostic criteria for gender dysphoria (5/10 studies) was the DSM criteria in use at the time the study was conducted.** |
| **Age when gender-affirming hormones started** | 8/10 studies reported the age at which participants started treatment with gender-affirming hormones, either as the mean age (with SD) or median age (with the range): |

| Study | Mean age (± SD) |
|---|---|
| Allen et al. 2019 | 16.7 years (not reported) |
| Khatchadourian et al. 2014 | 17.4 years (1.9) |
| Klaver et al. 2020 | 16.4 years (1.1) in transfemales<br>16.9 years (0.9) in transmales |
| Kuper et al. 2020 | 16.2 (1.2) |
| Klink et al. 2015 | 16.6 years (1.4) in transfemales<br>16.4 years (2.3) in transmales |

| Study | Median age (range) |
|---|---|
| Stoffers et al. 2019 | 17.2 years (15 to 19.5) |
| Vlot et al. 2017 | 16.3 years (15.9 to 19.5) in transfemales<br>16.0 years (14.0 to 18.9) in transmales |

| | Age at the start of treatment was not reported in 3 studies:<br>• In Achille et al. 2020 the mean age at initial assessment (baseline) was 16.2 years (SD ±2.2)<br>• In Kaltiala et al. 2020 the mean age at diagnosis was 18.1 years (range 15.2 to 19.9)<br>• In Lopez de Lara et al. 2020 the mean age of participants was 16 years (range 14 to 18), although it is not clear if this is at the initial assessment or at the start of gender-affirming hormones.<br><br>**The evidence included showed that most children and adolescents started treatment with gender-affirming hormones at about 16 to 17 years, with a range of about 14 to 19 years.** |
|---|---|
| **Duration of treatment with GnRH analogues** | The duration of treatment with GnRH analogues was reported in 3/10 studies:<br><br>| Study | Median duration |<br>|---|---|<br>| Klaver et al. 2020 | 2.1 years (IQR 1.0 to 2.7) in transfemales<br>1.0 years (IQR 0.5 to 2.9) in transmales |<br>| Klink et al. 2015 | 1.3 years (range 0.5 to 3.8) in transfemales<br>1.5 years (range 0.25 to 5.2) in transmales<br>(GnRH analogue monotherapy) |<br>| Stoffers et al. 2019 | 8 months (range 3 to 39) |<br><br>**The evidence included showed wide variation in the duration of treatment with gender-affirming hormones, but most studies did not report this information. Treatment duration ranged from a few months up to about 5 years.** |

**Abbreviations:** DSM, Diagnostic and Statistical Manual of Mental Disorders criteria; GnRH, Gonadotrophin-releasing hormone; ICD, International Statistical Classification of Diseases and Related Health Problems; IQR, interquartile range; SD, standard deviation.

## 6. Discussion

A key limitation to identifying the effectiveness and safety of gender-affirming hormones for children and adolescents with gender dysphoria is the lack of reliable comparative studies. All the studies included in this evidence review are uncontrolled observational studies, which are subject to bias and confounding and were of very low certainty using modified GRADE. The size of the population with gender dysphoria means conducting a prospective trial may be unrealistic, at least on a single centre basis. There may also be ethical issues with a 'no treatment arm' in comparative trials of gender-affirming hormones, where there may be poor mental health outcomes if treatment is withheld. However, the use of an active comparator such as close psychological support may reduce ethical concerns in future trials. A fundamental limitation of all the uncontrolled studies included in this review is that any changes in scores from baseline to follow-up could be attributed to a regression-to-the-mean.

The included studies have relatively short follow-up, with an average duration of treatment with gender-affirming hormones between around 1 year and 5.8 years. Further studies with a

longer follow-up are needed to determine the long-term effect of gender-affirming hormones for children and adolescents with gender dysphoria.

Most studies included in this review did not report comorbidities (physical or mental health) and no study reported concomitant treatments in detail. Because of this it is not clear whether any changes observed were due to gender-affirming hormones or other treatments the participants may have received. For example, we do not know if any improvement in depression symptom score over time was the result of gender-affirming hormones or the mental health support the person may be receiving (including medicines or counselling). This may be of particular importance for the mental health outcomes discussed in this review, since depression, anxiety and other related symptoms are common in children and adolescents with gender dysphoria. In Achille et al. 2020, at baseline around one-third of participants were taking medicines for mental health problems and around two-thirds reported being depressed in the past year. In Kaltiala et al. 2020, half the participants needed mental health treatment during and before gender identity assessment, with the most common reasons for treatment being depression, anxiety and suicidality. Only 1 study reported outcomes adjusted for engagement in counselling and medicines for mental health problems (Achille et al. 2020). This study found that gender-affirming hormones had no significant impact on depression and quality of life when adjusted for mental health care, despite significant approvements reported for the unadjusted results. However, it is not possible to draw conclusions on the impact of concurrent mental health treatment on the effect of gender-affirming hormones based on this study alone. Details of the mental health care provided are not reported in the study and results are presented for transfemales and transmales separately, resulting in small patient numbers and possible underpowering.

In most of the included studies, details of the gender-affirming hormone treatment regimens are poorly reported, with limited information provided about the medicines, doses and routes of administration used. It is not clear whether the interventions used in the studies are reflective of current UK practice for children and adolescents with gender dysphoria. There is also the suggestion that the hormone dose used in 1 study may have been too low; the authors of Klink et al. 2015 suggest that the relatively low initial dose of oestrogen for transfemales may be the reason for the observed lack of effect on lumber spine bone density. Duration of treatment with a GnRH analogue is also poorly reported and is only stated in 3/10 studies.

There is a degree of indirectness in some studies, with some participants included that fall outside of the population of this evidence review. For example, in Kuper et al. 2020 17% of participants received puberty suppression alone, and in Achille et al. 2020, 30% of participants received no treatment or puberty suppression alone. Some results and statistical analyses are only reported for the whole cohort in these studies and not the subgroup of participants who received gender-affirming hormones.

Participant numbers are poorly reported in some of the included studies. In Achille et al. 2020, 47% (45/95) of the people who entered the study did not have follow-up data and were excluded from the analyses, with no explanation or description of those people lost to follow-up. In Kuper et al. 2020, the number of participants varied by outcome, with less than two-thirds of participants providing data for some outcomes. The authors provide no explanation for this incomplete reporting.

It is not clear whether some outcome measures, specifically those related to psychosocial functioning, are relevant to the UK population. In Kaltiala et al. 2020, an observational study conducted in Finland, the proportion of participants living with parents or guardians is reported as marker of appropriate functioning. The authors state that in Finnish culture young people tend to leave the parental home early, with only around one-quarter of 20 to 24 year olds still living at home. This is lower than in the UK, where around half of 20 to 24 year olds live with their parents or guardians (ONS: Why are more young people living with their parents?).

It is difficult to draw firm conclusions for many of the effectiveness and safety outcomes reported in the included studies because many different scoring tools and methods were used to assess the same outcome, often with conflicting results. For example, bone density is reported as bone mineral density (BMD) and bone mineral apparent density (BMAD) in the same study, the latter being a size-adjusted measure often useful for people whose bones are still growing. For some populations (transfemale versus transmale) and bone regions (lumber spine versus femoral neck), statistically significant differences in BMD are reported but not for BMAD, and vice versa.

In addition to this, most outcomes reported across the included studies do not have an accepted minimal clinically important difference (MCID), making it difficult the determine whether any observed statistically significant changes are clinically meaningful. However, the authors of some studies report thresholds to interpret the results of the scoring tools, so some conclusions can be made. For example, the mean Utrecht Gender Dysphoria Scale (UGDS) score (a measure of gender dysphoria symptoms) reduced to about 15 points after treatment with gender-affirming hormones (Lopez de Lara et al. 2020). The authors state that scores of 40 points or above signify gender dysphoria, suggesting that after about 12 months of treatment with gender-affirming hormones, the majority of participants did not have symptoms of gender dysphoria.

The impact of gender-affirming hormones on bone density was reported in 3 studies (Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017). Although these studies did not include a control group, comparisons to a reference population are reported using z-scores. Comparisons were made to a cisgender population, meaning for example that bone density in transfemales was compared with bone density in cisgender males. The authors of Klink et al. 2015 note that this may not be the ideal comparison, because androgens and oestrogens affect bone differently, and that bone properties in a trans population differ from their age- and sex assigned at birth-matched controls. Beyond this, a major limitation when trying to determine the impact of gender-affirming hormones on the short- and long-term bone health of children and adolescents is the lack of data on fracture rates and other patient-orientated outcomes, including rates of osteoporosis. Studies of GnRH analogues in children and adolescents with gender dysphoria suggest that GnRH analogue treatment may reduce the expected increase in bone density (which is expected during puberty). Although improvements in bone density were reported following treatment with gender-affirming hormones, Z-scores suggest that bone density remained lower in transfemales and transmales compared with an equivalent cisgender population.

One study reported on cardiovascular risk factors at age 22 years in people who started gender-affirming hormones for gender dysphoria as adolescents. While glucose levels, insulin levels and insulin resistance were broadly unchanged at 22 years, statistically

significant increases in blood pressure and body mass index were seen. A small but statistically significant worsening of the lipid profile in transmales who received testosterone was also seen at age 22 years. However, further studies with a considerably longer follow-up and a focus on patient-oriented outcomes, including cardiovascular events and mortality are needed to determine the long-term impact on cardiovascular health of starting gender-affirming hormones during childhood and adolescence.

Only 1 study reported adverse events and discontinuation rates with gender-affirming hormones in children and adolescents. Conclusions on these outcomes cannot be made based on this study alone.

This review did not identify sub-groups of people who may benefit more from gender-affirming hormones. Limited evidence from 2 studies suggests there was no difference in response to treatment between transfemales and transmales for mental health and quality of life (Achille et al. 2020 and Allen et al. 2019).


## 7. Conclusion

This evidence review found limited evidence for the effectiveness and safety of gender-affirming hormones in children and adolescents with gender dysphoria, with all studies being uncontrolled, observational studies, and all outcomes of very low certainty. Any potential benefits of treatment must be weighed against the largely unknown long-term safety profile of these treatments.

The results from 5 uncontrolled, observational studies (Achille et al. 2020, Allen et al. 2019, Kaltiala et al. 2020. Kuper et al. 2020, Lopez de Lara et al. 2020) suggest that, in children and adolescents with gender dysphoria, gender-affirming hormones are likely to improve symptoms of gender dysphoria, and may also improve depression, anxiety, quality of life, suicidality, and psychosocial functioning. The impact of treatment on body image is unclear. All results were of very low certainty. The clinical relevance of any improvements to the person is difficult to determine because most outcomes do not have a recognised minimal clinically important difference, and the authors do not present statistical analysis for some outcomes.

A further 5 uncontrolled, observational studies (Khatchadourian et al. 2014, Klaver et al. 2020, Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017) reported on safety outcomes, all of which provided very low certainty evidence. Statistically significant increases in some measures of bone density were seen following treatment with gender-affirming hormones, although results varied by bone region (lumber spine versus femoral neck) and by population (transfemales versus transmales). However, z-scores suggest that bone density remained lower in transfemales and transmales compared with an equivalent cisgender population. Results from 1 study of gender-affirming hormones started during adolescence reported statistically significant increases in blood pressure and body mass index, and worsening of the lipid profile (in transmales) at age 22 years, although longer term studies that report on cardiovascular event rates are needed. Adverse events and discontinuation rates associated with gender-affirming hormones were only reported in 1 study, and no conclusions can be made on these outcomes.

This review did not identify sub-groups of people who may benefit more from gender-affirming hormones. Limited evidence from 2 studies suggests there was no difference in

response to treatment between transfemales and transmales for mental health and quality of life (Achille et al. 2020 and Allen et al. 2019).

No cost-effectiveness evidence was found to determine whether gender-affirming hormones are a cost-effective treatment for children and adolescents with gender dysphoria.

## Appendix A PICO

The review questions for this evidence review are:

1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

2. For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

3. For children and adolescents with gender dysphoria, what is the cost-effectiveness of gender-affirming hormones compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?

4. From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria?

5. From the evidence selected,

   (a) what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?

   (b) what were the ages at which participants commenced treatment with gender-affirming hormones?

   (c) what was the duration of GnRH analogues treatment?

### PICO table

| | |
|---|---|
| **P –Population and Indication** | Children and adolescents aged 18 years or less who have gender dysphoria, gender identity disorder or gender incongruence of childhood as defined by the study.<br><br>The following subgroups of children and adolescents with gender dysphoria, gender identity disorder or gender incongruence of childhood need to be considered:<br><br>• Sex assigned at birth males<br>• Sex assigned at birth females |

|  | • The duration of gender dysphoria: less than 6 months, 6-24 months, and more than 24 months)<br>• The age at which treatment was initiated with GnRH analogues and with gender-affirming hormones.<br>• The age of onset of gender dysphoria<br>• The age of onset of puberty<br>• Adolescents with gender dysphoria who have a pre-existing diagnosis of autistic spectrum disorder.<br>• Adolescents with gender dysphoria who had a significant mental health symptom load at diagnosis including anxiety, depression (with or without a history of self-harm and suicidality), psychosis, personality disorder, Attention Deficit Hyperactivity Disorder and eating disorders. |
|---|---|
| **I – Intervention** | Gender-affirming hormone treatments:<br>• A testosterone preparation for sex assigned at birth female patients which may include testosterone in the form of Sustran injections*; testosterone enantate injections; Tostran gel*; Testogel;  Testim gel; oral testosterone capsules in the form of testosterone undecanoate ( Restandol); Andriol testocaps; Nebido<br><br>• An oestradiol preparation** for sex assigned at birth male patients which may include: oral estradiol valerate*; oestrogen patches (7β-oestradiol patches e.g. Evorel or Estradem); Estradot patches; ethinyloestradiol ***<br><br>*These are the used by Leeds Hospital, England.<br>** Be aware that the American spelling is oestrogen without the 'o'.<br>***Ethinyloestradiol is rarely used. |
| **C – Comparator(s)** | One or a combination of:<br>• Psychological support<br>• Social transitioning to the gender with which the individual identifies.<br><br>No intervention |
| **O – Outcomes** | There are no known minimal clinically important differences and there are no preferred timepoints for the outcome measures selected.<br><br>**All outcomes should be stratified by:**<br><br>• The age at which treatment with gender-affirming hormones was initiated<br>• The length of treatment with GnRH analogues where possible.<br><br>**A: Clinical Effectiveness**<br><br>*Critical to decision making*<br><br>• **Impact on gender dysphoria**<br>This outcome is critical because gender dysphoria in adolescents and children is associated with significant distress and problems functioning. Impact on gender dysphoria may be measured by the Utrecht Gender |

Dysphoria Scale. Other measures as reported in studies may be used as an alternative to the stated measure.

- **Impact on mental health**

Examples of mental health problems include self-harm, thoughts of suicide, suicide attempts, suicide, eating disorders, depression/low mood and anxiety. These outcomes are critical because self-harm and thoughts of suicide have the potential to result in significant physical harm and for completed suicides the death of the young person. Disordered eating habits may cause significant morbidity in young people. Depression and anxiety are also critical outcomes because they may impact on social, occupational, or other areas of functioning of children and adolescents. The Child and Adolescent Psychiatric Assessment (CAPA) may be used to measure depression and anxiety. The impact on self-harm and suicidality (ideation and behaviour) may be measured using the Suicide Ideation Questionnaire Junior. Other measures may be used as an alternative to the stated measure.

- **Impact on Quality of Life**

This outcome is critical because gender dysphoria in children and adolescents may be associated with a significant reduction in health-related quality of life.  Quality of Life may be measured by the KINDL questionnaire, Kidscreen 52.

Other measures as reported in studies may be used as an alternative to the stated measures.

*Important to decision making*

- **Impact on body image**

This outcome is important because some young people with gender dysphoria may desire to take steps to suppress features of their physical appearance associated with their sex assigned at birth or accentuate physical features of their experienced gender. The Body Image Scale could be used as a measure. Other measures as reported in studies may also be used as an alternative to the stated measure.

- **Psychosocial Impact**

Examples of psychosocial impact are: coping mechanisms which may impact on substance misuse; family relationships; peer relationships. This outcome is important because gender dysphoria in adolescents and children is associated with internalising and externalising behaviours and emotional and behavioural problems which may impact on social and occupational functioning.  The child behavioural check list (CBCL) may be used to measure the impact on psychosocial functioning.  Other measures as reported in studies may be used as an alternative to the stated measure.

- **Engagement with health care services**

This outcome is important because patient engagement with healthcare services will impact on their clinical outcomes. Engagement with health care services may be measured using the Youth Health Care measure-satisfaction, utilization, and needs (YHC-SUN) questionnaire. Loss to follow up and should also be ascertained as part of this outcome.

| | Alternative measures to the YHC-SUN questionnaire may be used as reported in studies. |
|---|---|
| | **• Transitioning surgery - Impact on extent of and satisfaction with surgery**<br>This outcome is important because some children and adolescents with gender dysphoria may in adulthood proceed to transitioning surgery. Stated measures of the extent of surgery and satisfaction with surgery in studies may be reported.<br><br>**• De-transition**<br>The proportion of patients who de-transition following the commencement of gender-affirming hormone treatment and the reasons why. This outcome is important to patients because there is uncertainty about the short and long term safety and adverse effects of gender-affirming hormones in children and adolescents with gender dysphoria.<br><br>**B: Safety**<br>• Short and long -term safety and adverse effects of taking gender-affirming hormones is important to assess whether treatment causes acute side effects that may lead to withdrawing the treatment or long term effects that may impact on decisions for transitioning or de-transitioning.<br><br>Aspects to be reported on should include<br>Impact of the drug use such as clinically relevant derangement in renal and liver function tests, lipids, glucose, insulin and glycosylated haemoglobin, cognitive development and functioning.<br><br>The clinical and physical impact of temporary and permanent withdrawal the drug such as when patients decide to de-transition – e.g. delay in the attainment of peak bone mass, attenuation of peak bone mass, permanent physical effects.<br><br>**C: Cost effectiveness**<br><br>Cost effectiveness studies should be reported. |
| **Inclusion criteria** | |
| **Study design** | Systematic reviews, randomised controlled trials, controlled clinical trials, cohort studies.<br>If no higher level quality evidence is found, case series can be considered. |
| **Language** | English only |
| **Patients** | Human studies only |
| **Age** | 18 years or less |
| **Date limits** | 2000-2020 |

| Exclusion criteria | |
|---|---|
| **Publication type** | Conference abstracts, non-systematic reviews, narrative reviews, commentaries, letters, editorials, guidelines and pre-publication prints |
| **Study design** | Case reports, resource utilisation studies |

## Appendix B Search strategy

Medline, Embase, the Cochrane Library, HTA and APA PsycInfo were searched on 21 July 2020, limiting the search to papers published in English language in the last 20 years. Conference abstracts, non-systematic reviews, narrative reviews, commentaries, letters, editorials, guidelines, pre-publication prints, case reports and resource utilisation studies were excluded.

**Database: Medline**
Platform: Ovid
Version: Ovid MEDLINE(R) <1946 to July 17, 2020>
Search date: 21 Jul 2020
Number of results retrieved: 650
Search strategy:
Database: Ovid MEDLINE(R) <1946 to July 17, 2020>
Search Strategy:
--------------------------------------------------------------------------------
1    Gender Dysphoria/ (485)
2    Gender Identity/ (18431)
3    "Sexual and Gender Disorders"/ (75)
4    Transsexualism/ (3758)
5    Transgender Persons/ (3134)
6    Health Services for Transgender Persons/ (136)
7    exp Sex Reassignment Procedures/ (835)
8    (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (7223)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (12665)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (102312)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (6969)
12    (male-to-female or m2f or female-to-male or f2m).tw. (114785)
13    or/1-12 (252562)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (1137237)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (852126)
16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (1912796)
17    Minors/ (2572)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (2360626)
19    exp pediatrics/ (58102)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (835833)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (2023650)
22    Puberty/ (13277)

23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (424041)
24    Schools/ (38087)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (7199)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (468784)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (89314)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (887443)
29    or/14-28 (5532185)
30    13 and 29 (79220)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (7)
32    30 or 31 (79220)
33    Hormones/ad, tu, th (4514)
34    exp Progesterone/ad, tu, th (10899)
35    exp Estrogens/ad, tu, th (28936)
36    exp Gonadal Steroid Hormones/ad, tu, th (34137)
37    (progesteron* or oestrogen* or estrogen*).tw. (196074)
38    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (544)
39    exp Estradiol/ad, tu, th (10823)
40    exp Testosterone/ad, tu, th (8318)
41    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (74936)
42    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (90464)
43    or/33-42 (304239)
44    32 and 43 (3183)
45    limit 44 to yr="2000 -Current" (2019)
46    animals/ not humans/ (4685420)
47    45 not 46 (1194)
48    limit 47 to english language (1155)
49    (MEDLINE or pubmed).tw. (163678)
50    systematic review.tw. (121198)
51    systematic review.pt. (130231)
52    meta-analysis.pt. (117148)
53    intervention$.ti. (123904)
54    or/49-53 (380217)
55    randomized controlled trial.pt. (509468)
56    randomi?ed.mp. (796957)
57    placebo.mp. (194937)
58    or/55-57 (848627)
59    exp cohort studies/ or exp epidemiologic studies/ or exp clinical trial/ or exp evaluation studies as topic/ or exp statistics as topic/ (5562241)
60    ((control and (group* or study)) or (time and factors)).mp. (3274107)
61    (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (4624419)
62    or/59-61 (9030680)
63    Observational Studies as Topic/ (5177)
64    Observational Study/ (81866)
65    Epidemiologic Studies/ (8358)

66    exp Case-Control Studies/ (1090891)
67    exp Cohort Studies/ (2011414)
68    Cross-Sectional Studies/ (332273)
69    Controlled Before-After Studies/ (526)
70    Historically Controlled Study/ (185)
71    Interrupted Time Series Analysis/ (913)
72    Comparative Study.pt. (1866044)
73    case control$.tw. (112152)
74    case series.tw. (59119)
75    (cohort adj (study or studies)).tw. (170281)
76    cohort analy$.tw. (6758)
77    (follow up adj (study or studies)).tw. (45131)
78    (observational adj (study or studies)).tw. (86247)
79    longitudinal.tw. (204239)
80    prospective.tw. (495367)
81    retrospective.tw. (442876)
82    cross sectional.tw. (284856)
83    or/63-82 (4368140)
84    54 or 58 or 62 or 83 (9402123)
85    48 and 84 (683)
86    limit 85 to (letter or historical article or comment or editorial or news or case reports) (33)
87    85 not 86 (650)


**Database: Medline in-process**
Platform: Ovid
Version: Ovid MEDLINE(R) In-Process & Other Non-Indexed Citations <1946 to July 17, 2020>
Search date: 21 July 2020
Number of results retrieved: 122
Search strategy:
Database: Ovid MEDLINE(R) In-Process & Other Non-Indexed Citations <1946 to July 17, 2020>
Search Strategy:
--------------------------------------------------------------------------------
1    Gender Dysphoria/ (0)
2    Gender Identity/ (0)
3    "Sexual and Gender Disorders"/ (0)
4    Transsexualism/ (0)
5    Transgender Persons/ (0)
6    Health Services for Transgender Persons/ (0)
7    exp Sex Reassignment Procedures/ (0)
8    (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (1473)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (2315)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (20821)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (963)
12    (male-to-female or m2f or female-to-male or f2m).tw. (15453)
13    or/1-12 (39735)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (0)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (80295)

16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (0)
17    Minors/ (0)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (320315)
19    exp pediatrics/ (0)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (119124)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (0)
22    Puberty/ (0)
23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (59969)
24    Schools/ (0)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (0)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (68979)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (10287)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (112220)
29    or/14-28 (523053)
30    13 and 29 (9143)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (3)
32    30 or 31 (9144)
33    Hormones/ad, tu, th (0)
34    exp Progesterone/ad, tu, th (0)
35    exp Estrogens/ad, tu, th (0)
36    exp Gonadal Steroid Hormones/ad, tu, th (0)
37    (progesteron* or oestrogen* or estrogen*).tw. (13291)
38    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (241)
39    exp Estradiol/ad, tu, th (0)
40    exp Testosterone/ad, tu, th (0)
41    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (5458)
42    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (4772)
43    or/33-42 (19706)
44    32 and 43 (316)
45    limit 44 to yr="2000 -Current" (303)
46    animals/ not humans/ (1)
47    45 not 46 (303)
48    limit 47 to english language (303)
49    (MEDLINE or pubmed).tw. (36030)
50    systematic review.tw. (29830)
51    systematic review.pt. (1007)
52    meta-analysis.pt. (49)
53    intervention$.ti. (21354)
54    or/49-53 (68976)
55    randomized controlled trial.pt. (277)
56    randomi?ed.mp. (74978)
57    placebo.mp. (18290)
58    or/55-57 (81427)
59    exp cohort studies/ or exp epidemiologic studies/ or exp clinical trial/ or exp evaluation studies as topic/ or exp statistics as topic/ (455)

60      ((control and (group* or study)) or (time and factors)).mp. (214372)
61      (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (339764)
62      or/59-61 (507046)
63      Observational Studies as Topic/ (0)
64      Observational Study/ (91)
65      Epidemiologic Studies/ (0)
66      exp Case-Control Studies/ (1)
67      exp Cohort Studies/ (1)
68      Cross-Sectional Studies/ (0)
69      Controlled Before-After Studies/ (0)
70      Historically Controlled Study/ (0)
71      Interrupted Time Series Analysis/ (0)
72      Comparative Study.pt. (46)
73      case control$.tw. (14451)
74      case series.tw. (13070)
75      (cohort adj (study or studies)).tw. (29119)
76      cohort analy$.tw. (1039)
77      (follow up adj (study or studies)).tw. (3540)
78      (observational adj (study or studies)).tw. (17421)
79      longitudinal.tw. (34485)
80      prospective.tw. (63689)
81      retrospective.tw. (73761)
82      cross sectional.tw. (60195)
83      or/63-82 (250805)
84      54 or 58 or 62 or 83 (687622)
85      48 and 84 (126)
86      limit 85 to (letter or historical article or comment or editorial or news or case reports) (4)
87      85 not 86 (122)


**Database: Medline epubs ahead of print**
Platform: Ovid
Version: Ovid MEDLINE(R) Epub Ahead of Print <July 17, 2020>
Search date: 21 July 2020
Number of results retrieved: 32
Search strategy:
Database: Ovid MEDLINE(R) Epub Ahead of Print <July 17, 2020>
Search Strategy:
--------------------------------------------------------------------------------
1       Gender Dysphoria/ (0)
2       Gender Identity/ (0)
3       "Sexual and Gender Disorders"/ (0)
4       Transsexualism/ (0)
5       Transgender Persons/ (0)
6       Health Services for Transgender Persons/ (0)
7       exp Sex Reassignment Procedures/ (0)
8       (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (430)
9       (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (637)
10      (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (1499)
11      ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (179)
12      (male-to-female or m2f or female-to-male or f2m).tw. (2460)

13    or/1-12 (4883)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (0)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (15416)
16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (0)
17    Minors/ (0)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (53285)
19    exp pediatrics/ (0)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (22649)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (0)
22    Puberty/ (0)
23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (13005)
24    Schools/ (0)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (0)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (12420)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (1407)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (20083)
29    or/14-28 (87968)
30    13 and 29 (1618)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (1)
32    30 or 31 (1618)
33    Hormones/ad, tu, th (0)
34    exp Progesterone/ad, tu, th (0)
35    exp Estrogens/ad, tu, th (0)
36    exp Gonadal Steroid Hormones/ad, tu, th (0)
37    (progesteron* or oestrogen* or estrogen*).tw. (1876)
38    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (63)
39    exp Estradiol/ad, tu, th (0)
40    exp Testosterone/ad, tu, th (0)
41    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (846)
42    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (665)
43    or/33-42 (2850)
44    32 and 43 (64)
45    limit 44 to yr="2000 -Current" (61)
46    animals/ not humans/ (0)
47    45 not 46 (61)
48    limit 47 to english language (61)
49    (MEDLINE or pubmed).tw. (7948)
50    systematic review.tw. (7508)
51    systematic review.pt. (28)
52    meta-analysis.pt. (37)
53    intervention$.ti. (4267)
54    or/49-53 (15048)
55    randomized controlled trial.pt. (1)

56    randomi?ed.mp. (14113)
57    placebo.mp. (3097)
58    or/55-57 (15128)
59    exp cohort studies/ or exp epidemiologic studies/ or exp clinical trial/ or exp evaluation studies as topic/ or exp statistics as topic/ (34)
60    ((control and (group* or study)) or (time and factors)).mp. (31615)
61    (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (65735)
62    or/59-61 (88222)
63    Observational Studies as Topic/ (0)
64    Observational Study/ (4)
65    Epidemiologic Studies/ (0)
66    exp Case-Control Studies/ (0)
67    exp Cohort Studies/ (0)
68    Cross-Sectional Studies/ (0)
69    Controlled Before-After Studies/ (0)
70    Historically Controlled Study/ (0)
71    Interrupted Time Series Analysis/ (0)
72    Comparative Study.pt. (0)
73    case control$.tw. (2577)
74    case series.tw. (2480)
75    (cohort adj (study or studies)).tw. (7959)
76    cohort analy$.tw. (287)
77    (follow up adj (study or studies)).tw. (632)
78    (observational adj (study or studies)).tw. (3763)
79    longitudinal.tw. (7079)
80    prospective.tw. (12148)
81    retrospective.tw. (16600)
82    cross sectional.tw. (9459)
83    or/63-82 (48534)
84    54 or 58 or 62 or 83 (119752)
85    48 and 84 (32)
86    limit 85 to (letter or historical article or comment or editorial or news or case reports) (0)
87    85 not 86 (32)

**Database: Medline daily update**
Platform: Ovid
Version: Ovid MEDLINE(R) Daily Update <July 21, 2020>
Search date: 22 July 2020
Number of results retrieved: 3
Search strategy

Database: Ovid MEDLINE(R) Daily Update <July 21, 2020>
Search Strategy:
--------------------------------------------------------------------------------
1    Gender Dysphoria/ (4)
2    Gender Identity/ (38)
3    "Sexual and Gender Disorders"/ (0)
4    Transsexualism/ (2)
5    Transgender Persons/ (26)
6    Health Services for Transgender Persons/ (1)
7    exp Sex Reassignment Procedures/ (3)
8    (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (22)

9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (39)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (87)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (15)
12    (male-to-female or m2f or female-to-male or f2m).tw. (181)
13    or/1-12 (358)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (932)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (981)
16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (1756)
17    Minors/ (3)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (3672)
19    exp pediatrics/ (75)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (1658)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (2006)
22    Puberty/ (8)
23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (732)
24    Schools/ (56)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (5)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (622)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (98)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (1301)
29    or/14-28 (6705)
30    13 and 29 (130)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (0)
32    30 or 31 (130)
33    Hormones/ad, tu, th (3)
34    exp Progesterone/ad, tu, th (3)
35    exp Estrogens/ad, tu, th (8)
36    exp Gonadal Steroid Hormones/ad, tu, th (22)
37    (progesteron* or oestrogen* or estrogen*).tw. (161)
38    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (3)
39    exp Estradiol/ad, tu, th (8)
40    exp Testosterone/ad, tu, th (8)
41    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (79)
42    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (61)
43    or/33-42 (261)
44    32 and 43 (7)
45    limit 44 to yr="2000 -Current" (7)
46    animals/ not humans/ (3647)
47    45 not 46 (6)
48    limit 47 to english language (6)
49    (MEDLINE or pubmed).tw. (529)
50    systematic review.tw. (512)

51    systematic review.pt. (522)
52    meta-analysis.pt. (370)
53    intervention$.ti. (247)
54    or/49-53 (1065)
55    randomized controlled trial.pt. (595)
56    randomi?ed.mp. (1203)
57    placebo.mp. (219)
58    or/55-57 (1234)
59    exp cohort studies/ or exp epidemiologic studies/ or exp clinical trial/ or exp evaluation studies as topic/ or exp statistics as topic/ (7958)
60    ((control and (group* or study)) or (time and factors)).mp. (4307)
61    (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (5828)
62    or/59-61 (11814)
63    Observational Studies as Topic/ (27)
64    Observational Study/ (449)
65    Epidemiologic Studies/ (7)
66    exp Case-Control Studies/ (2173)
67    exp Cohort Studies/ (3287)
68    Cross-Sectional Studies/ (837)
69    Controlled Before-After Studies/ (1)
70    Historically Controlled Study/ (0)
71    Interrupted Time Series Analysis/ (6)
72    Comparative Study.pt. (768)
73    case control$.tw. (182)
74    case series.tw. (139)
75    (cohort adj (study or studies)).tw. (561)
76    cohort analy$.tw. (22)
77    (follow up adj (study or studies)).tw. (40)
78    (observational adj (study or studies)).tw. (253)
79    longitudinal.tw. (429)
80    prospective.tw. (778)
81    retrospective.tw. (1032)
82    cross sectional.tw. (739)
83    or/63-82 (5471)
84    54 or 58 or 62 or 83 (12581)
85    48 and 84 (3)
86    limit 85 to (letter or historical article or comment or editorial or news or case reports) (0)
87    85 not 86 (3)

**Database: Embase**
Platform: Ovid
Version: Embase <1974 to 2020 July 22>
Search date: 23 July 2020
Number of results retrieved: 1207
Search strategy:

Database: Embase <1974 to 2020 July 22>
Search Strategy:
--------------------------------------------------------------------------------
1    exp Gender Dysphoria/ (5399)
2    Gender Identity/ (16820)
3    "Sexual and Gender Disorders"/ (24689)
4    Transsexualism/ (3869)
5    exp Transgender/ (6597)

6     Health Services for Transgender Persons/ (158848)
7     exp Sex Reassignment Procedures/ (1108)
8     (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (12470)
9     (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (22509)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (154446)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (10327)
12    (male-to-female or m2f or female-to-male or f2m).tw. (200166)
13    or/1-12 (581748)
14    exp juvenile/ or Child Behavior/ or Child Welfare/ or Child Health/ or infant welfare/ or "minor (person)"/ or elementary student/ or adolescent health/ or middle school student/ or high school student/ (3440943)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (1186161)
16    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (3586795)
17    exp pediatrics/ (106214)
18    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (1491597)
19    exp adolescence/ or exp adolescent behavior/ or adolescent health/ or high school student/ or middle school student/ (105108)
20    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (641660)
21    school/ or high school/ or kindergarten/ or middle school/ or primary school/ or nursery school/ or day care/ (103791)
22    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (687437)
23    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (138908)
24    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (1562903)
25    or/14-24 (7130881)
26    13 and 25 (181778)
27    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (17)
28    26 or 27 (181778)
29    hormone/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (5160)
30    exp progesterone derivative/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (23479)
31    exp estrogen/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (57641)
32    steroid hormone/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (372)
33    sex hormone/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (1984)
34    hormonal therapy/ (42222)
35    (progesteron* or oestrogen* or estrogen*).tw. (254142)
36    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (1224)
37    exp estradiol derivative/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (30740)

38    exp testosterone derivative/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (15868)
39    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (99596)
40    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (114290)
41    or/29-40 (438737)
42    28 and 41 (6053)
43    limit 42 to yr="2000 -Current" (4741)
44    nonhuman/ not human/ (4649157)
45    43 not 44 (3636)
46    limit 45 to english language (3513)
47    (MEDLINE or pubmed).tw. (261145)
48    exp systematic review/ or systematic review.tw. (302985)
49    meta-analysis/ (191173)
50    intervention$.ti. (200041)
51    or/47-50 (660206)
52    random:.tw. (1552336)
53    placebo:.mp. (455979)
54    double-blind:.tw. (210671)
55    or/52-54 (1807280)
56    cohort analysis/ (596360)
57    exp epidemiology/ (3434332)
58    exp clinical trial/ (1504711)
59    evaluation study/ (45870)
60    statistics/ (301181)
61    ((control and (group* or study)) or (time and factors)).mp. (3324555)
62    (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (6067112)
63    or/56-62 (11048972)
64    Clinical study/ (155444)
65    Case control study/ (157943)
66    Family study/ (26047)
67    Longitudinal study/ (141660)
68    Retrospective study/ (937696)
69    comparative study/ (859061)
70    Prospective study/ (613138)
71    Randomized controlled trials/ (182542)
72    70 not 71 (606604)
73    Cohort analysis/ (596360)
74    cohort analy$.tw. (13020)
75    (Cohort adj (study or studies)).tw. (302159)
76    (Case control$ adj (study or studies)).tw. (137432)
77    (follow up adj (study or studies)).tw. (63423)
78    (observational adj (study or studies)).tw. (168428)
79    (epidemiologic$ adj (study or studies)).tw. (106448)
80    (cross sectional adj (study or studies)).tw. (220073)
81    case series.tw. (104089)
82    prospective.tw. (861922)
83    retrospective.tw. (886445)
84    or/64-69,72-83 (4047788)
85    51 or 55 or 63 or 84 (12494560)
86    46 and 85 (2151)
87    86 not (letter or editorial).pt. (2137)

88    87 not (conference abstract or conference paper or conference proceeding or "conference review").pt. (1207)


**Database: APA PsycInfo**

Platform: Ovid
Version: APA PsycInfo <1806 to July Week 2 2020>
Search date: 22 July 2020
Number of results retrieved: 581
Search strategy:

Database: APA PsycInfo <1806 to July Week 2 2020>
Search Strategy:
--------------------------------------------------------------------------------
1    Gender Dysphoria/ (936)
2    Gender Identity/ (8648)
3    Transsexualism/ (2825)
4    Transgender/ (5257)
5    exp Gender Reassignment/ (568)
6    (gender* adj3 (dysphori* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (15276)
7    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (13028)
8    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (7679)
9    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (5796)
10    (male-to-female or m2f or female-to-male or f2m).tw. (63688)
11    or/1-10 (99498)
12    exp Infant Development/ (21841)
13    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (150219)
14    Child Characteristics/ or exp Child Behavior/ or Child Psychology/ or exp Child Welfare/ or Child Psychiatry/ (23423)
15    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (984230)
16    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (78962)
17    Adolescent Psychiatry/ or Adolescent Behavior/ or Adolescent Development/ or Adolescent Psychology/ or Adolescent Characteristics/ or Adolescent Health/ (62142)
18    Puberty/ (2753)
19    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (347604)
20    Schools/ (29181)
21    Child Day Care/ or Nursery Schools/ (2836)
22    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,in,jn. (772814)
23    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (21475)
24    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (285697)
25    or/12-24 (1765408)
26    11 and 25 (49560)
27    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (14)

28    26 or 27 (49561)
29    hormones/ (8408)
30    sex hormones/ (1777)
31    exp progestational hormones/ (2409)
32    estrogens/ (3889)
33    steroids/ (3797)
34    (progesteron* or oestrogen* or estrogen*).tw. (11188)
35    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (457)
36    estradiol/ (3120)
37    testosterone/ (5606)
38    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (9625)
39    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (6741)
40    or/29-39 (30344)
41    28 and 40 (1005)
42    limit 41 to yr="2000 -Current" (749)
43    limit 42 to english language (692)
44    limit 43 to ("0200 book" or "0240 authored book" or "0280 edited book" or "0300 encyclopedia" or "0400 dissertation abstract") (111)
45    43 not 44 (581)


**Database: Cochrane Library – incorporating Cochrane Database of Systematic Reviews (CDSR); CENTRAL**

Platform: Wiley
Version:
        CDSR –Issue 7 of 12, July 2020
        CENTRAL – Issue 7 of 12, July 2020
Search date: 22 July 2020
Number of results retrieved: CDSR 0 ; CENTRAL 67.

ID      Search Hits
#1      MeSH descriptor: [Gender Dysphoria] this term only3
#2      MeSH descriptor: [Gender Identity] this term only    227
#3      MeSH descriptor: [Sexual and Gender Disorders] this term only    2
#4      MeSH descriptor: [Transsexualism] this term only    27
#5      MeSH descriptor: [Transgender Persons] this term only    36
#6      MeSH descriptor: [Health Services for Transgender Persons] this term only    0
#7      MeSH descriptor: [Sex Reassignment Procedures] explode all trees    4
#8      (gender* near/3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)):ti,ab,kw    702
#9      (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*):ti,ab,kw    959
#10     (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*):ti,ab,kw    3969
#11     ((sex or gender*) near/3 (reassign* or chang* or transform* or transition*)):ti,ab,kw    524
#12     (male-to-female or m2f or female-to-male or f2m):ti,ab,kw    516
#13     #1 or #2 or #3 or #4 or #5 or #6 or #7 or #8 or #9 or #10 or #11 or #12    6413
#14     MeSH descriptor: [Infant] explode all trees    28440
#15     MeSH descriptor: [Infant Health] this term only    49
#16     MeSH descriptor: [Infant Welfare] this term only    82

#17     (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*):ti,ab,kw,so     89530
#18     MeSH descriptor: [Child] explode all trees     44089
#19     MeSH descriptor: [Child Behavior] explode all trees 2061
#20     MeSH descriptor: [Child Health] this term only     98
#21     MeSH descriptor: [Child Welfare] this term only     325
#22     MeSH descriptor: [Minors] this term only     8
#23     (child* or minor or minors or boy* or girl* or kid or kids or young*):ti,ab,kw,so     265417
#24     MeSH descriptor: [Pediatrics] explode all trees     661
#25     (pediatric* or paediatric* or peaditric*):ti,ab,kw,so 57725
#26     MeSH descriptor: [Adolescent] this term only     102154
#27     MeSH descriptor: [Adolescent Behavior] this term only     1358
#28     MeSH descriptor: [Adolescent Health] this term only29
#29     MeSH descriptor: [Puberty] this term only     295
#30     (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*):ti,ab,kw,so     140927
#31     MeSH descriptor: [Schools] this term only     1914
#32     MeSH descriptor: [Child Day Care Centers] this term only   231
#33     MeSH descriptor: [Nurseries, Infant] explode all trees     17
#34     MeSH descriptor: [Schools, Nursery] this term only  37
#35     (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*):ti,ab,kw,so     97810
#36     (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") near/2 (year or years or age or ages or aged)):ti,ab 6710
#37     (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") near/2 (year or years or age or ages or aged)):ti,ab 196881
#38     #14 or #15 or #16 or #17 or #18 or #19 or #20 or #21 or #22 or #23 or #24 or #25 or #26 or #27 or #28 or #29 or #30 or #31 or #32 or #33 or #34 or #35 or #36 or #37 516067
#39     #13 and #38   2488
#40     (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*):ti,ab,kw     0
#41     #39 or #40     2488
#42     MeSH descriptor: [Hormones] this term only 2241
#43     MeSH descriptor: [Progesterone] explode all trees   3135
#44     MeSH descriptor: [Estrogens] explode all trees     1841
#45     MeSH descriptor: [Gonadal Steroid Hormones] explode all trees     10747
#46     (progesteron* or oestrogen* or estrogen*):ti,ab,kw   18387
#47     ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)):ti,ab,kw     24
#48     MeSH descriptor: [Estradiol] explode all trees     4434
#49     MeSH descriptor: [Testosterone] explode all trees   2945
#50     (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan):ti,ab,kw   7386
#51     (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle):ti,ab,kw   11410
#52     #42 or #43 or #44 or #45 or #46 or #47 or #48 or #49 or #50 or #51          31870
#53     #41 and #52   121
#54     "conference":pt or (clinicaltrials or trialsearch):so     492465
#55     #53 not #54     72

**Database: HTA**

Platform: Wiley
Version: up to 2018
Search date: 22nd July 2020
Number of results retrieved: 4
Search strategy:

#1      MeSH DESCRIPTOR Gender Dysphoria       0
#2      MeSH DESCRIPTOR Gender Identity        12
#3      MeSH DESCRIPTOR Sexual and Gender Disorders       2
#4      MeSH DESCRIPTOR Transsexualism         12
#5      MeSH DESCRIPTOR Transgender Persons 3
#6      MeSH DESCRIPTOR Health Services for Transgender Persons    0
#7      MeSH DESCRIPTOR Sex Reassignment Procedures EXPLODE ALL TREES      1
#8      ((gender* near3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit*
or queer*)))    28
#9      ((transgend* or transex* or transsex* or transfem* or transwom* or transma* or
transmen* or transperson* or transpeopl*))    76
#10     ((trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*))
        83
#11     (((sex or gender*) near3 (reassign* or chang* or transform* or transition*)))        24
#12     ((male-to-female or m2f or female-to-male or f2m))  86
#13     #1 OR #2 OR #3 OR #4 OR #5 OR #6 OR #7 OR #8 OR #9 OR #10 OR #11 OR #12
        261
#14     MeSH DESCRIPTOR Infant EXPLODE ALL TREES         2964
#15     MeSH DESCRIPTOR Infant Health   0
#16     MeSH DESCRIPTOR Infant Welfare 22
#17     ((prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-
born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*))
        5510
#18     MeSH DESCRIPTOR Child EXPLODE ALL TREES4935
#19     MeSH DESCRIPTOR Child Behavior EXPLODE ALL TREES         64
#20     MeSH DESCRIPTOR Child Health   2
#21     MeSH DESCRIPTOR Child Welfare 80
#22     MeSH DESCRIPTOR Minors 2
#23     ((child* or minor or minors or boy* or girl* or kid or kids or young*)) 13575
#24     MeSH DESCRIPTOR Pediatrics EXPLODE ALL TREES     119
#25     ((pediatric* or paediatric* or peadiatric*))    2842
#26     MeSH DESCRIPTOR Adolescent    4594
#27     MeSH DESCRIPTOR Adolescent Behavior  94
#28     MeSH DESCRIPTOR Adolescent Health    0
#29     MeSH DESCRIPTOR Puberty        3
#30     ((adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or
prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or
under*age*))   5621
#31     MeSH DESCRIPTOR Schools        168
#32     MeSH DESCRIPTOR Child Day Care Centers        12
#33     MeSH DESCRIPTOR Schools, Nursery      3
#34     ((pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school*
or pupil* or student*)) 4454
#35     ((("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen"
or "sixteen" or "seventeen" or "eighteen" or "nineteen") near2 (year or years or age or ages
or aged)))      380
#36     ((("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or
"19") near2 (year or years or age or ages or aged)))7996

#37    #14 OR #15 OR #16 OR #17 OR #18 OR #19 OR #20 OR #21 OR #22 OR #23 OR
#24 OR #25 OR #26 OR #27 OR #28 OR #29 OR #30 OR #31 OR #32 OR #33 OR #34 OR
#35 OR #36    22640
#38    #13 AND #37  116
#39    (#13 AND #37) IN HTA        4

## Appendix C Evidence selection

The literature searches identified 1,997 references. These were screened using their titles
and abstracts and 54 references were obtained and assessed for relevance. Of these,
10 references are included in the evidence review. The remaining 44 references were
excluded and are listed in appendix D.

## Figure 1 – Study selection flow diagram



## References submitted with Preliminary Policy Proposal

There is no preliminary policy proposal for this policy.

## Appendix D Excluded studies table

| Study reference | Reason for exclusion |
|---|---|
| Aranda G, Mora M, Hanzu FA et al. (2019) Effects of sex steroids on cardiovascular risk profile in transgender men under gender affirming hormone therapy. Endocrinologia, diabetes y nutricion 66(6): 385–392 | Excluded on population – adult study, participants not 18 years or less (mean age 27.1 years). |
| Arnold, Justin D, Sarkodie, Eleanor P, Coleman, Megan E et al. (2016) Incidence of Venous Thromboembolism in Transgender Women | Excluded on population – adult study, participants not 18 years or less (mean age 33.2 years). |

| Study reference | Reason for exclusion |
|---|---|
| Receiving Oral Estradiol. The journal of sexual medicine 13(11): 1773–1777 | |
| Asscheman, Henk, Giltay, Erik J, Megens, Jos A J et al. (2011) A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. European journal of endocrinology 164(4): 635–42 | Excluded on population – although some participants started gender-affirming hormones when young, the study does not report the proportion who started treatment when 18 years or less. Mean ages at start of treatment were 31.4 years (transfemales) and 26.1 years (transmales), suggesting the majority of participants were older than 18 years at the start of treatment. Outcomes not reported separately for people aged 18 years or less. |
| Author not, found (2014) Hormone therapy for the treatment of gender dysphoria. Lansdale, PA: HAYES, Inc | Full text paper not available. |
| Baba, T., Endo, T., Honnma, H. et al. (2007) Association between polycystic ovary syndrome and female-to-male transsexuality. Human Reproduction 22(4): 1011–1016 | Excluded on population – although study included some younger people (age range 17 to 47), most participants were adults (mean age around 25 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Becerra-Fernandez A, Perez-Lopez G, Roman MM et al. (2014) Prevalence of hyperandrogenism and polycystic ovary syndrome in female to male transsexuals. Endocrinologia y Nutricion: Organo de la Sociedad Espanola de Endocrinologia y Nutricion 61(7): 351–8 | Excluded on population – although study included some younger people (age range 18 to 45), most participants were adults (mean age around 25 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Becker I, Auer M, Barkmann C et al. (2018) A Cross-Sectional Multicenter Study of Multidimensional Body Image in Adolescents and Adults with Gender Dysphoria Before and After Transition-Related Medical Interventions. Archives of Sexual Behavior 47(8): 2335–2347 | Excluded on population – study included people aged 14 to 21 years. Outcomes not reported separately for people aged 18 years or less. Better evidence available – only 11 participants received gender-affirming hormones. The majority of the study cohort were either pre-treatment, received puberty suppression alone, or received hormones and underwent surgery. |
| Chew D, Anderson J, Williams K et al. (2018) Hormonal Treatment in Young People With Gender Dysphoria: A Systematic Review. Pediatrics 141(4): e20173742 | Excluded on better available evidence - systematic review did not meta-analyse results from. Individual studies from this systematic review are either |

| Study reference | Reason for exclusion |
|---|---|
| | included, or excluded because they did not meet the PICO criteria. |
| Connolly MD, Zervos MJ, Barone CJ 2nd et al. (2016) The Mental Health of Transgender Youth: Advances in Understanding. The Journal of Adolescent Health: Official Publication of the Society for Adolescent Medicine 59(5): 489–495 | Excluded on intervention - review did not investigate gender-affirming hormones |
| de Vries ALC, McGuire JK, Steensma TD et al. (2014) Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 134(4): 696–704 | Exclude on intervention – all participants had surgery after gender-affirming hormones. Unable to determine whether changes were due to hormones or surgery. Complete data only available for 40 patients. Details of gender-affirming hormones are poorly reported. Outcomes reported in other study (with a population that more closely matches PICO) |
| Elamin MB, Garcia MZ, Murad MH et al. (2010) Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. Clinical Endocrinology 72(1): 1–10 | Exclude on population – all included studies conducted in adult population. Unclear whether hormones were started when participants were aged 18 years or less. Outcomes not reported by age at treatment initiation. |
| Fernandez JD and Tannock LR (2016) Metabolic effects of hormone therapy in transgender patients. Endocrine Practice: Official Journal of the American College of Endocrinology and the American Association of Clinical Endocrinologists 22(4): 383–8 | Excluded on population – adult study, participants not 18 years or less (mean ages 31 and 27 years). |
| Fighera TM, Ziegelmann PK, Da Silva TR et al. (2019) Bone mass effects of cross-sex hormone therapy in transgender people: Updated systematic review and meta-analysis. Journal of the Endocrine Society 3(5): 943–964 | Excluded on population – all included studies conducted in adult population. Unclear whether hormones were started when participants were aged 18 years or less. Outcomes not reported by age at treatment initiation. |
| Getahun D, Nash R, Flanders WD et al. (2018) Cross-sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study. Annals of Internal Medicine 169(4): 205–213 | Excluded on population – adult study, participants not 18 years or less. |
| Gomez-Gil E, Zubiaurre-Elorza L, de Antonio IE et al. (2014) Determinants of quality of life in Spanish transsexuals attending a gender unit before genital sex reassignment surgery. Quality of Life Research: an International Journal of Quality of Life Aspects of Treatment, Care and Rehabilitation 23(2): 669–76 | Excluded on population – although study included some younger people (age range 16 to 67), most participants were adults (mean age 31.2 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Gomez-Gil E, Zubiaurre-Elorza L, Esteva I et al. (2012) Hormone-treated transsexuals report less | Excluded on population – adult study, participants not 18 years or less (mean age 24.6 years). |

| Study reference | Reason for exclusion |
|---|---|
| social distress, anxiety and depression. Psychoneuroendocrinology 37(5): 662–70 | |
| Gooren LJ, van Trotsenburg MAA, Giltay EJ et al. (2013) Breast cancer development in transsexual subjects receiving cross-sex hormone treatment. The Journal of Sexual Medicine 10(12): 3129–34 | Excluded on population – study reports on cancer rates in people aged 18-80 years. The 3 cases of cancer all started gender-affirming hormone treatment >18 years. |
| Grimstad FW, Boskey E, Grey M (2020) New-Onset Abdominopelvic Pain After Initiation of Testosterone Therapy Among TransMasculine Persons: A Community-Based Exploratory Survey. LGBT health 7(5): Published Online:13 Jul 2020https://doi.org/10.1089/lgbt.2019.0258 | Excluded on population – adult study, participants not 18 years or less. |
| Hannema SE, Schagen SEE, Cohen-Kettenis PT et al. (2017) Efficacy and Safety of Pubertal Induction Using 17beta-Estradiol in Transgirls. The Journal of Clinical Endocrinology and Metabolism 102(7): 2356–2363 | Excluded on better evidence available – small study (n=28) with high drop-out rate (n=16 at final follow-up). Same outcomes reported in larger studies. |
| Jarin J, Pine-Twaddell E, Trotman G et al. (2017) Cross-Sex Hormones and Metabolic Parameters in Adolescents With Gender Dysphoria. Pediatrics 139(5) | Excluded on population and better evidence available. Although the study included some younger people (age range 13 to 25; mean age 16 and 18), the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. Outcomes were limited to physiological results (including haemoglobin, lipids and BMI). Follow-up only 6 months, other included studies report same outcomes with longer follow-up (12 to 31 months). |
| Keo-Meier CL, Herman LI, Reisner SL et al. (2015) Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. Journal of consulting and clinical psychology 83(1): 143–56 | Excluded on population – although study included some younger people (age range 18 to 54), most participants were adults (mean age 26.6 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Klaver M, de Mutsert R, Wiepjes CM et al. (2018) Early Hormonal Treatment Affects Body Composition and Body Shape in Young Transgender Adolescents. The Journal of Sexual Medicine 15(2): 251–260 | Excluded on outcomes – reported outcomes not included in PICO document. The risk of obesity with gender-affirmed hormones was reported in an included study. |
| McFarlane T, Zajac JD, Cheung AS (2018) Gender-affirming hormone therapy and the risk of sex hormone-dependent tumours in transgender individuals-A systematic review. Clinical Endocrinology 89(6): 700-711 | Exclude on population – all included studies conducted in adult population. |

| Study reference | Reason for exclusion |
|---|---|
| Meriggiola MC, Armillotta F, Costantino A et al. (2008) Effects of testosterone undecanoate administered alone or in combination with letrozole or dutasteride in female to male transsexuals. The Journal of Sexual Medicine 5(10): 2442–53 | Excluded on population – adult study, participants not 18 years or less. |
| Nota NM, Wiepjes CM, de Blok, CJM et al. (2018) The occurrence of benign brain tumours in transgender individuals during cross-sex hormone treatment. Brain: A Journal of Neurology 141(7): 2047–2054 | Excluded on population – adult study, participants not 18 years or less. |
| Oda H and Kinoshita T (2017) Efficacy of hormonal and mental treatments with MMPI in FtM individuals: Cross-sectional and longitudinal studies. BMC Psychiatry 17(1): 256 | Excluded on population – although study included some younger people (age range 15 to 43), most participants were adults (mean age around 25.6 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Olson-Kennedy J, Okonta V, Clark LF et al. (2018) Physiologic Response to Gender-Affirming Hormones Among Transgender Youth. The Journal of Adolescent Health: Official Publication of the Society for Adolescent Medicine 62(4): 397–401 | Excluded on population – although study included some younger people (age range 12 to 23; mean age 18 years). Outcomes not reported separately for people aged 18 years or less. Outcomes limited to physiological results (including haemoglobin, lipids, liver enzymes and BMI). Same outcomes reported in included studies that had a less indirect population and a longer follow-up. |
| Ott J, Kaufmann U, Bentz K et al. (2010) Incidence of thrombophilia and venous thrombosis in transsexuals under cross-sex hormone therapy. Fertility and sterility 93(4): 1267–72 | Excluded on population – adult study, participants not 18 years or less. |
| Pakpoor J, Wotton CJ, Schmierer K et al. (2016) Gender identity disorders and multiple sclerosis risk: A national record-linkage study. Multiple sclerosis. Multiple Sclerosis Journal. 22(13): 1759–1762 | Excluded on population – although study included some younger people, outcomes not reported separately for people aged 18 years or less. Also exclude for intervention – unclear if people received gender-affirming hormones. |
| Pyra M, Casimiro I, Rusie L et al. (2020) An Observational Study of Hypertension and Thromboembolism among Transgender Patients Using Gender-Affirming Hormone Therapy. Transgender Health 5(1): 1–9 | Excluded on population – adult study (age range 20-70). Age at which gender-affirming hormones started not reported. |
| Quiros C, Patrascioiu I, Mora M et al. (2015) Effect of cross-sex hormone treatment on cardiovascular risk factors in transsexual individuals. Experience in a specialized unit in Catalonia. Endocrinologia y nutricion : organo de la Sociedad Espanola de Endocrinologia y Nutricion 62(5): 210–6 | Excluded on population – adult study, participants not 18 years or less. |

| Study reference | Reason for exclusion |
|---|---|
| Rowniak S, Bolt L, Sharifi C (2019) Effect of cross-sex hormones on the quality of life, depression and anxiety of transgender individuals: A quantitative systematic review. JBI Database of Systematic Reviews and Implementation Reports 17(9): 1826–1854 | Exclude on population – all included studies conducted in adult population. |
| Sequeira GM, Kidd K, El Nokali NE et al. (2019) Early Effects of Testosterone Initiation on Body Mass Index in Transmasculine Adolescents. Journal of Adolescent Health 65(6): 818–820 | Exclude on outcome - study only reports BMI z-score over 12 month testosterone treatment. BMI not listed as an outcome of interest in the PICO document. Other included studies have investigated the impact of gender-affirming hormone treatment on CV risk profile, including longer term obesity rates, with a longer follow-up and more participants. |
| Shim JY, Laufer MR, Grimstad FW (2020) Dysmenorrhea and Endometriosis in Transgender Adolescents. Journal of Pediatric and Adolescent Gynecology. Available online 11 June 2020. https://doi.org/10.1016/j.jpag.2020.06.001 | Exclude on population – only 2 participants taking testosterone before diagnosis of dysmenorrhea. |
| Slabbekoorn D, Van Goozen SHM, Gooren, LJG et al. (2001) Effects of cross-sex hormone treatment on emotionality in transsexuals. International Journal of Transgenderism 5(3): http://www.symposion.com/ijt/ijtvo05no03_02.htm | Excluded on population – adult study (age range 21 to 28 years) |
| Smith YLS., Van Goozen SHM, Kuiper AJ et al. (2005) Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. Psychological Medicine 35(1): 89–99 | Excluded on population – results on adults only used to assess hormone treatment. |
| Sutherland N, Espinel W, Grotzke M et al. (2020) Unanswered Questions: Hereditary breast and gynecological cancer risk assessment in transgender adolescents and young adults. Journal of Genetic Counseling 29(4): 625–633 | Excluded on study type – narrative review of 3 case reports. |
| van Velzen DM, Paldino A, Klaver M et al. (2019) Cardiometabolic Effects of Testosterone in Transmen and Estrogen Plus Cyproterone Acetate in Transwomen. The Journal of Clinical Endocrinology and Metabolism 104(6): 1937–1947 | Excluded on population – adult study, participants not 18 years or less. |
| White Hughto JM and Reisner SL (2016) A Systematic Review of the Effects of Hormone Therapy on Psychological Functioning and Quality of Life in Transgender Individuals. Transgender Health 1(1): 21–31 | Exclude on population – all included studies conducted in adult population. |
| Wiepjes CM, de Blok CJM, Staphorsius AS et al. (2020) Fracture Risk in Trans Women and Trans Men Using Long-Term Gender-Affirming Hormonal Treatment: A Nationwide Cohort Study. Journal of Bone and Mineral Research 35(1): 64–70 | Excluded on population – adult study, all participants started gender-affirming hormones after 18 years. |
| Wiercx K, Mueller S, Weyers S et al. (2012) Long-term evaluation of cross-sex hormone treatment in | Excluded on population – adult study, participants not 18 years or less. |

| Study reference | Reason for exclusion |
|---|---|
| transsexual persons. The Journal of Sexual Medicine 9(10): 2641–51 | |
| Wierckx K, Van Caenegem E, Schreiner T et al. (2014) Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. The journal of sexual medicine 11(8): 1999–2011 | Excluded on population – adult study, participants not 18 years or less. |
| Wilson R, Jenkins C, Miller H et al. (2006) The effect of oestrogen on cytokine and antioxidant levels in male to female transsexual patients. Maturitas 55(1): 14–8 | Excluded on population – adult study, participants not 18 years or less. |
| Witcomb GL, Bouman WP, Claes L et al. (2018) Levels of depression in transgender people and its predictors: Results of a large matched control study with transgender people accessing clinical services. Journal of Affective Disorders 235: 308–315 | Excluded on population – although study included some younger people (age range 15 to 79), most participants were adults (mean age around 30.4 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |

## Appendix E Evidence tables

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Achille, C., Taggart, T., Eaton, N.R. et al. (2020) Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. International Journal of Pediatric Endocrinology 2020(1): 8<br><br>**Study location**<br>Single centre, New York, United States<br><br>**Study type**<br>Prospective longitudinal study<br><br>**Study aim**<br>To assess the psychological wellbeing and quality of life in children and adolescents who have sought endocrine | Inclusion and exclusion not reported- it appears from the description in the publication that all people referred for gender dysphoria were invited to participate, and the vast majority agreed. Of the 95 treatment naïve people who entered the study, 50 people completed all follow-up questionnaires and were included in the analysis. No description of the 45 people without follow-up data reported.<br><br>The study included 50 children, adolescents and young adults with gender dysphoria. | **Intervention**<br><br>Endocrine interventions (the collective term used by authors for puberty suppression and gender-affirming hormones) were introduced as per Endocrine Society and the World Professional Association for | **Critical Outcomes**<br>***Impact on mental health***<br>Depression symptoms were assessed using the Center for Epidemiologic Studies Depression Scale (CESD-R). Statistically significant improvements in CESD-R score were observed from baseline (initial assessment; 21.4 points) to about 12 months follow-up (13.9 points; p<0.001). Regression analysis, controlling for reported medicines for mental health problems and engagement in counselling, found no statistically significant change from baseline in transfemales (p=0.27) and transmales (p=0.43).<br><br>The Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens) was also used to assess depression symptoms. Depression scores improved from baseline (p< 0.001; absolute scores not reported numerically). Regression analysis, controlling for reported medicines for mental health problems and engagement in counselling, found no statistically significant change from baseline in transfemales (p=0.07) and transmales (p=0.67).<br><br>Suicidal ideation measured using the additional questions from the PHQ 9_Modified for Teens, was presented in 10% (5/50) of participants at baseline and 6% (3/50) at | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  c) no-non exposed cohort<br>3.  a) secure record<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  c) no comparator<br>**Domain 3: Outcome**<br>1.  c) self-report<br>2.   a) yes – 6 monthly assessment up to 12 months (preliminary results from an ongoing study)<br>3.  c) Follow up rate less than 80% and no description of those lost<br><br>**Overall quality is assessed as poor**<br><br>Other comments:  Although regression analysis results for some outcomes were controlled for use of medicines for mental health problems, details of these is not |

| | | | | |
|---|---|---|---|---|
| intervention to help with gender dysphoria.<br><br>**Study dates**<br>Study recruitment ran from December 2013 to December 2018; study is ongoing | 17 transfemales and 33 transmales.<br><br>Diagnostic criteria for gender dysphoria not reported.<br><br>Mean age at baseline was 16.2 years (SD 2.2).<br><br>Mean age at the start of gender-affirming hormone treatment not reported. | Transgender Health (WPATH) guidelines.<br><br>Puberty suppression was:<br>• GnRH agonist and/or anti-androgens (transfemales)<br>• GnRH agonist or medroxyprogesterone (transmales)<br><br>Average duration of GnRH analogue treatment not reported.<br><br>Once eligible, gender-affirming hormones were offered, these were:<br>• Oestradiol (transfemales)<br>• Testosterone (transmales)<br>Doses and route of administration not reported.<br><br>After about 12-months treatment ('wave 3' in the study):<br>• 24 people (48%) were on gender-affirming hormones alone<br>• 12 people (24%) were on puberty suppression alone | about 12-month follow-up, no statistical analysis reported.<br>The study also reported results by gender:<br>In transfemales, 11.8% (2/17) had suicidal ideation at baseline compared with 5.9% (1/17) at 12-month follow-up (no statistically analysis reported)<br>In transmales, 9.1% (3/33) had suicidal ideation at baseline compared with 6.1% (2/33) at 12-month follow-up (no statistically analysis reported)<br><br>***Impact on quality of life***<br>Quality of Life Enjoyment and Satisfaction Questionnaire (QLES-Q-SF) scores: there was no statistically significant change in score from baseline to about 12-months (p=0.085; absolute scores not reported numerically).<br>Regression analysis, controlling for reported medicines for mental health problems and engagement in counselling, found not statistically significant change from baseline in transfemales (p=0.06) and transmales (p=0.08).<br><br>*No other critical or important outcomes reported* | reported. Other co-morbidities not reported.<br><br>Source of funding: None |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | • 11 people (22%) were on both gender-affirming hormones and puberty suppression<br><br>• 3 people (6%) were on no endocrine intervention<br><br>Results not represented separately for the sub-group of people who received gender-affirming hormones.<br><br>Average duration of treatment with gender-affirming hormones not reported.<br><br>**Comparison**<br><br>No comparison group. Change overtime reported. | | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Allen, LR, Watson, LB, Egan, AM et al. (2019) Well-being and suicidality among transgender youth after gender-affirming hormones. Clinical Practice in Pediatric Psychology 7(3): 302-311 | The study included adolescents and young adults (age range 13-20 years) who received services for gender dysphoria in a clinic in the United States. Participants were required to have received gender-affirming hormones for | 39 participants received gender-affirming hormones only<br><br>8 participants received a GnRH analogue followed by gender-affirming hormones.<br><br>Mean duration of treatment in the gender- | **Critical Outcomes**<br>***Impact on mental health***<br>The Ask Suicide-Screening Questions (ASQ) instrument was used to assess suicidality. Following an average of about 12 months treatment with gender-affirming hormones, adjusted mean ASQ score was statistically significantly lower (from 1.11 [standard error | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1. b) somewhat representative<br>2. c) no-non exposed cohort |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Study location**<br>Single centre, Kansas City, United States<br><br>**Study type**<br>Retrospective longitudinal study<br><br>**Study aim**<br>To examine suicidality and general well-being following administration of gender-affirming hormones.<br><br>**Study dates**<br>Participants first presented to the clinic between 2015 and 2018. | at least 3 months, and have pre-test and final assessment data points. No exclusion criteria reported.<br><br>In total 47 adolescents and young adults with gender dysphoria were included: 14 transfemales (sex assigned at birth male) and 33 transmales (sex assigned at birth female).<br><br>Diagnostic criteria for gender dysphoria not reported.<br><br>Mean age at pre-test (before administration of gender-affirming hormones) was 16.59 years (range 13.73 to 19.04).<br><br>Mean age at the start of treatment in the sub-group who received gender-affirming hormones-only was 16.72 years.<br><br>Mean age at the start of treatment with gender-affirming hormones in people who previously received a GnRH | affirming hormones only subgroup was 366 days.<br><br>Mean duration of gender-affirming hormone treatment in people who had previously received a GnRH analogue was not reported.<br><br>Mean duration of treatment with a GnRH analogue was not reported.<br><br>Participants were assessed at the start of treatment and at least 3 months after treatment. | (SE) 0.22] at baseline to 0.27 [SE 0.12] at final assessment; p<0.001).<br><br>The authors also reported change in ASQ separately for transfemales (from 1.21 [SE 0.36] at baseline to 0.24 [SE 0.19] at final assessment) and transmales (from 1.01 [SE 0.36] at baseline to 0.29 [0.13] at final assessment). There was no statistically significant difference in change from baseline between transfemales and transmales (p=0.79)<br><br>***Impact on quality of life***<br>Assessed using the General Well-Being Scale (GWBS) of the Pediatric Quality of Life Inventory. Following an average of about 12 months treatment with gender-affirming hormones, adjusted mean GWBS score was statistically significantly higher (from 61.7 [SE 2.43] at baseline to 70.23 [2.15] at final assessment; p<0.002).<br><br>The authors also reported change in GWBS of the Pediatric Quality of Life Inventory for transfemales (from 58.44 [SE 4.09] at baseline to 69.52 [SE 3.62] at final assessment) and transmales (from 64.95 [SE 2.66] at baseline to 70.94 [2.35] at final assessment). There was no statistically significant difference in change from baseline between transfemales and transmales (p=0.32)<br><br>*No other critical or important outcomes reported* | 3. a) secure record<br>4. b) no<br>**Domain 2: Comparability**<br>2. c) no comparator<br>**Domain 3: Outcome**<br>1. b) record linkage<br>2. a) yes – mean duration of treatment was 366 days<br>3. a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor**<br><br>Other comments: None<br><br>Source of funding: Not reported |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | analogue was not reported. | | | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Kaltiala, R., Heino, E., Tyolajarvi, M. et al. (2020) Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nordic Journal of Psychiatry 74(3): 213-219<br><br>**Study location**<br>Single centre, Tampere, Finland<br><br>**Study type**<br>Retrospective chart review<br><br>**Study aim**<br>To evaluate the psychosocial functioning and need for mental health treatment during the gender identity diagnostic phase and after about a year on gender-affirming hormones. | The study included adolescents who were referred to the gender identity service before they 18 years old, were diagnosed with gender dysphoria, received gender-affirming hormones and completed a follow-up of approximately 12 months after starting hormones.<br><br>In total 52 adolescents were included, comprising of 11 transfemales and 41 transmales.<br><br>Gender dysphoria was diagnosed according to International Classification of Disease 10 (ICD-10). The authors state that the corresponding diagnosis to 'gender dysphoria' in | Intervention referred to as 'hormonal sex reassignment treatment' – details of intervention not reported, although gender-affirming hormones were prescribed to all participants. It is not clear from the study whether additional interventions were prescribed.<br><br>Medical records reviewed for the 'real-life phase' – the approximately 12 months follow-up period for this population in Finland. | **Critical Outcomes**<br>**Impact on mental health**<br>Of the 52 people who received gender-affirming hormones, 50% (26/52) needed mental health treatment before or during the assessment and 46% (24/51) needed mental health treatment during the 12-month 'real life' phase (no statistically significant difference).<br>For specific symptoms / conditions:<br>• depression: 54% (28/52) needed treatment before or during the assessment and 15% (8/52) needed treatment during the 12-month 'real life' phase (statistically significant reduction, p<0.001)<br>• anxiety: 48% (25/52) needed treatment before or during the assessment and 15% (8/52) needed treatment during the 12-month 'real life' phase (statistically significant reduction, p<0.001)<br>• suicidality/self-harm: 35% (18/52) needed treatment before or during the assessment and 4% (2/52) needed treatment during the 12-month 'real life' phase (statistically significant reduction, p<0.001)<br>• conduct problems/antisocial: 14% (7/52) needed treatment before or during the assessment and 6% (3/52) needed treatment during the 12-month 'real life' | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  c) no-non exposed cohort<br>3.  a) secure record<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1.  b) record linkage<br>2.  a) yes – 12 month follow-up<br>3.  a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor** |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Study dates**<br>2011 to 2017 | the ICD-10 is 'transsexualism'.<br><br>Mean age at diagnosis 18.1 years (range 15.2 to 19.9) | | phase (no statistically significant difference, p= 0.18)<br>• psychotic symptoms/psychosis: 2% (1/52) needed treatment before or during the assessment and 4% (2/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 0.56)<br>• substance abuse: 4% (2/52) needed treatment before or during the assessment and 2% (1/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 0.56)<br>• autism: 12% (6/52) needed treatment before or during the assessment and 6% (3/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 0.30)<br>• ADHD: 10% (5/52) needed treatment before or during the assessment and 2% (1/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 0.09)<br>• eating disorder: 2% (1/52) needed treatment before or during the assessment and 2% (1/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 1.0).<br>No details of actual treatment reported.<br><br>**Important Outcomes**<br>*Psychosocial Impact*<br>Study reported on measures of functioning in different domains of adolescent development, reported over the approximately 12-month period after starting gender-affirming | Other comments: None<br><br>Source of funding: No source of funding reported |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | hormones (referred to as the 'real-life phase' in Finland)<br><br>Significantly fewer participants were living with parent(s)/ guardians during the real-life phase (40%; 21/50) compared with during gender identity assessment (73%; 38/52; p=0.001))<br><br>There was a statistically significant reduction in the number of participants with normative peer contacts, from gender identity assessment (89%; 46/52) to the real-life phase (81%; 42/52; p<0.001).<br><br>There was no significant difference in the number of participants who were progressing normally in school or work during gender identity assessment (64%; 33/52) compared with the real-life phase (60%; 31/52).<br><br>There was no significant difference in the number of participants who have been dating or were in steady relationships during gender identity assessment (62%; 32/50) compared with the real-life phase (58%; 30/52).<br><br>There was no significant difference in the number of participants who were able to deal with matters outside of the home in an age-appropriate manner during gender identity assessment (81% (42/52) compared with the real-life phase  (81%; 42/52)<br><br>*No other critical or important outcomes reported* | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Khatchadourian K, Amed S, Metzger DL (2014) Clinical management of youth with gender dysphoria in Vancouver. The Journal of pediatrics 164(4): 906-11<br><br>**Study location**<br>Single centre study, Vancouver, Canada<br><br>**Study type**<br>Retrospective chart review<br><br>**Study aim**<br>To describe the patient characteristics, clinical management, and response to treatment in a cohort of people seen in a single clinic.<br><br>**Study dates**<br>1998 to 2011 | Inclusion criteria were at least Tanner stage 2 pubertal development, previous assessment by a mental health professional and a confirmed diagnosis of gender dysphoria (diagnostic criteria not specified). No exclusion criteria are specified.<br><br>63 children, adolescents and young people with gender dysphoria who started gender-affirming hormones, out of 84 young people seen in the unit between 1998 and 2011. 39 transfemales and 24 transmales.<br><br>Diagnostic criteria for gender dysphoria not reported.<br><br>Mean age at the start of gender-affirming hormone treatment was 17.4 years (SD 1.9). | **Intervention**<br>Transfemales: Oestrogen (oral micronized 17β-oestradiol)<br>Transmales: Testosterone (injectable testosterone enanthate and/or cypionate)<br><br>19 participants (30%) had previously received a GnRH analogue. The median time from start of GnRH analogue to start of gender-affirming hormones was 11.3 months (range 2.2 to 42.0). 11 participants continued GnRH analogues after starting gender-affirming hormones.<br><br>Average duration of treatment with a GnRH analogue not reported<br><br>**Comparison**<br>No comparator | **Critical Outcomes**<br><br>No critical outcomes assessed.<br><br>**Important outcomes**<br><br>***Safety***<br>Of the 63 participants who received gender-affirming hormones:<br><br>• No participants permanently discontinued gender-affirming hormones<br>• 3 participants (5%) temporarily discontinued treatment:<br><br>  ○ 2 transmales due to concomitant mental health comorbidities<br>  ○ 1 transmale due to androgenic alopecia.<br>  ○ No transfemale stopped treatment.<br><br>The authors report that all patients eventually restarted gender-affirming hormones, although they do not report how long treatment was | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  c) no-non exposed cohort<br>3.  a) secure record*<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1.  b) record linkage<br>2.  b) no – although follow-up time is reported for patients with more than 1 clinic visit, duration of treatment with gender-affirming hormones is not reported<br>3.  c) incomplete - missing data<br><br>**Overall quality is assessed as poor**<br><br>Other comments: Mental health comorbidity was reported for all participants but not for the gender-affirming hormone cohort separately. |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | stopped for, or what the effect of stopped treatment was.<br><br>• No participants reported major complications<br><br>• 12 participants (19%) had minor complications:<br><br>   ○ 7 transmales had severe acne (requiring isotretinoin)<br><br>   ○ 1 transmale had andogenic alopecia<br><br>   ○ 3 transmales had mild dyslipidaemia (levels not reported)<br><br>   ○ 1 transmale had significant mood swings<br><br>   ○ No transfemales had minor complications | Concomitant use of other medicines was not reported.<br><br>Source of funding: No source of funding identified. |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Klaver, Maartje, de Mutsert, Renee, van der Loos, Maria A T C et al. (2020) Hormonal Treatment and Cardiovascular Risk Profile in Transgender Adolescents. Pediatrics 145(3)<br><br>**Study location**<br>Single centre, Amsterdam, Netherlands<br><br>**Study type** | Participants were included if i) they had started GnRH analogue treatment before 18 years, ii) if whole body dual-energy radiograph absorptiometry was performed at least once during treatment (4 months before or after the start of GnRH analogues or gender-affirming hormones, or within 1.5 years before or after the 22nd birthday), iii) if | Transfemales: Oestrogen (17-β oestradiol [E2]) orally, starting with 5 mcg/kg body weight per day, which was increased every 6 months until the maintenance dose of 2 mg per day was reached.<br><br>Transmales: mixed testosterone esters (Sustanon), 25 mg/m² body surface area every 2 weeks intramuscularly, | **Critical Outcomes**<br><br>No critical outcomes assessed.<br><br>**Important outcomes**<br><br>*Safety*<br>Safety outcomes reported separately for transfemales and transmales.<br><br>**For transfemales**, from the start of gender-affirming hormone treatment to age 22 years:<br><br>• Mean BMI statistically significantly increased (mean change +1.9, 95% CI 0.6 to 3.2, p<0.005; mean BMI at 22 years= 23.2, 95% CI 21.6 to 24.8). At age 22 years, 9.9% of the cohort were | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1. b) somewhat representative<br>2. c) no-non exposed cohort<br>3. a) secure record*<br>4. b) no<br>**Domain 2: Comparability**<br>1. c) cohorts are not comparable on the basis |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Retrospective chart review<br><br>**Study aim**<br>To examine the effects of treatment on changes in cardiovascular risk factors, including BMI, blood pressure, insulin sensitivity, and lipid levels.<br><br>**Study dates**<br>1998-2015 | they were likely to have had at least 1 medical consultation in young adulthood.<br><br>The study included 192 young people with dysphoria who met the above inclusion criteria: 71 transfemales and 121 transmales.<br><br>Gender dysphoria was diagnosed according to the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition criteria.<br><br>Mean age at the start of gender-affirming hormones was 16.4 years (SD 1.1) for transfemales and 16.9 years (SD 0.9) for transmales. | increased every 6 months to maintenance dose of 250 mg every 3 to 4 weeks.<br><br>When GnRH analogues were started after the age of 16 years a different hormone starter dose was used (1 mg oestrogen daily and 75 mg testosterone weekly).<br><br>Median (IQR) duration of GnRH analogue (monotherapy) was 2.1 years (1.0 to 2.7) in transfemales and 1.0 (0.5 to 2.9) for transmales. | obese, compared with 3.0% in reference cisgender population[1].<br>• Mean systolic blood pressure (SBP) did not significantly change (mean change -3 mmHg, 95% CI -8 to 2; mean SBP at 22 years= 117 mmHg, 95% CI 113 to 122)<br>• Mean diastolic blood pressure (DBP) statistically significantly increased (mean change +6 mmHg, 95% CI 3 to 10, p<0.001; mean DBP at 22 years= 75 mmHg, 95% CI 72 to 78)<br>• Mean glucose level did not significantly change (mean change +0.1 mmol/L, 95% CI -0.1 to 0.2; mean glucose level at 22 years= 5.0 mmol/L, 95% CI 4.8 to 5.1)<br>• Mean insulin level did not significantly change (mean change +2.7 mU/L, 95% CI -1.7 to 7.1; mean insulin level at 22 years= 5.0 mU/L (4.8 to 5.1)<br>• Insulin resistance (mean Homeostatic Model Assessment of Insulin Resistance [HOMA-IR]) did not significantly change (mean change +0.7, 95% CI -0.2 to 1.5; mean HOMA-IR at 22 years 2.9, 95% CI 1.9 to 3.9)<br>• Mean total cholesterol did not significantly change (mean change +0.1 mmol/L, 95% CI -0.2 to 0.4; mean total cholesterol at 22 years 4.1 mmol/L, 95% CI 3.8 to 4.4)<br>• Mean HDL cholesterol did not significantly change (mean change +0.0 mmol/L, 95% CI -0.1 to 0.2; mean HDL cholesterol at 22 years 1.6 mmol/L, 95% CI 1.4 to 1.7)<br>• Mean LDL cholesterol did not significantly change (mean change +0.0 mmol/L, 95% | of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1. b) record linkage<br>2. a) yes- follow-up from start of gender-affirming hormones to age 22 years, around 5 years<br>3. a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor**<br><br>Other comments: None<br><br>Source of funding: No external funding |

|  |  |  | CI -0.3 to 0.2; mean LDL cholesterol at 22 years 2.0 mmol/L, 95% CI 1.8 to 2.3) |  |
|  |  |  | • Mean triglycerides statistically significantly increased (mean change +0.2 mmol/L, 95% CI 0.0 to 0.5, $p<0.05$; triglyceride level at 22 years 1.1 mmol/L, 95% CI 0.9 to 1.4)<br><br>**For transmales**, from the start of gender-affirming hormone treatment to age 22 years:<br>• Mean BMI statistically significantly increased (mean change +1.4, 95% CI 0.8 to 2.0, $p<0.005$; mean BMI at 22 years= 23.9, 95% CI 23.0 to 24.7). At age 22 years, 6.6% of the cohort were obese, compared with 2.2% in reference cisgender population[1].<br>• Mean systolic blood pressure (SBP) statistically significantly increased (mean change +5 mmHg, 95% CI 1 to 9; mean SBP at 22 years= 126 mmHg, 95% CI 122 to 130)<br>• Mean diastolic blood pressure (DBP) statistically significantly increased (mean change +6 mmHg, 95% CI 4 to 9, $p<0.001$; mean DBP at 22 years= 74 mmHg, 95% CI 72 to 77)<br>• Mean glucose level did not significantly change (mean change 0.0 mmol/L, 95% CI -0.2 to 0.2; mean glucose level at 22 years= 4.8 mmol/L, 95% CI 4.7 to 5.0)<br>• Mean insulin level statistically significantly decreased (mean change -2.1 mU/L, 95% CI -3.9 to -0.3, $p<0.05$; mean insulin level at 22 years= 8.6 mU/L (6.9 to 10.2)<br>• Insulin resistance (mean Homeostatic Model Assessment of Insulin Resistance [HOMA-IR]) statistically significantly decreased (mean change -0.5, 95% CI - |  |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | 1.0 to -0.1, p<0.05; mean HOMA-IR at 22 years 1.8, 95% CI 1.4 to 2.2) <br> • Mean total cholesterol statistically significantly increased (mean change +0.4 mmol/L, 95% CI 0.2 to 0.6, p<0.001; mean total cholesterol at 22 years 4.6 mmol/L, 95% CI 4.3 to 4.8) <br> • Mean HDL cholesterol statistically significantly decreased (mean change -0.3 mmol/L, 95% CI -0.4 to -0.2, p<0.001; mean HDL cholesterol at 22 years 1.3 mmol/L, 95% CI 1.2 to 1.3) <br> • Mean LDL cholesterol statistically significantly increased (mean change +0.4 mmol/L, 95% CI 0.2 to 0.6, p<0.001; mean LDL cholesterol at 22 years 2.6 mmol/L, 95% CI 2.4 to 2.8) <br> • Mean triglycerides statistically significantly increased (mean change +0.5 mmol/L, 95% CI 0.3 to 0.7, p<0.001; triglyceride level at 22 years 1.3 mmol/L, 95% CI 1.1 to 1.5) | |

[1] Reference population taken from Fredriks et al. (2000)

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Klink D, Caris M, Heijboer A et al. (2015) Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. The Journal of Clinical Endocrinology and Metabolism 100(2): e270-5<br><br>**Study location**<br>Single centre, Amsterdam, Netherlands<br><br>**Study type**<br>Retrospective longitudinal study<br><br>**Study aim**<br>To assess peak bone mass in young adults with gender dysphoria who had received GnRH analogues and gender-affirming hormones during their pubertal years.<br><br>**Study dates** | 34 young people with gender dysphoria who received GnRH analogues, gender-affirming hormones and gonadectomy.<br><br>The study included 15 transfemales and 19 transmales; mean age at start of gender-affirming hormones was 16.6 years (SD 1.4) and 16.4 years (SD 2.3) respectively.<br><br>Participants were required to meet the DSM-IV-TR criteria for gender identity disorder of adolescence. Participants were included if they had undergone gonadectomy between June 1998 and August 2012, and they were at least 21 years old when they had the surgery. Bone mineral density data were also required at the start of GnRH analogue, gender-affirming hormones and at the age of 22 years.<br><br>No concomitant treatments were reported. | **Intervention**<br><br>Transfemales - oral 17-β oestradiol<br>(incremental dosing)<br><br>Transmales – IM testosterone (Sustanon 250 mg/ml; incremental dosing)<br><br>Median duration of treatment with gender-affirming hormones for transfemales was 5.8 years (range 3.0 to 8.0) and for transmales was 5.4 years (range 2.8 to 7.8).<br><br>The GnRH analogue was SC triptorelin 3.75 mg every 4 weeks.<br><br>No details of gonadectomy reported.<br><br>**Comparison**<br><br>No comparison group. Comparison over time reported. | **Critical outcomes**<br><br>No critical outcomes reported<br><br>**Important outcomes**<br><br>**Safety**<br><br>***Bone density: lumbar spine***<br><br>**Lumbar spine bone mineral apparent density (BMAD)**<br>Change from starting gender-affirming hormones to age 22 years in transfemales-Mean (SD); $g/m^3$<br>• Start of gender-affirming hormones: 0.22 (0.02)<br>• Age 22 years: 0.23 (0.03)<br>• p=0.003<br>z-score (range)<br>• Start of gender-affirming hormones: -0.90 (0.80)<br>• Age 22 years: -0.78 (1.03)<br>• No statistically significant difference<br>Change from starting gender-affirming hormones to age 22 years in transmales-Mean (SD); $g/m^3$<br>• Start of gender-affirming hormones: 0.24 (0.02)<br>• Age 22 years: 0.25 (0.28<br>• p=0.001<br>z-score (SD)<br>• Start of gender-affirming hormones: -0.50 (0.81)<br>• Age 22 years: -0.033 (0.95)<br>• p=0.002 | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1. b) somewhat representative<br>2. c) no-non exposed cohort<br>3. a) secure record*<br>4. b) no<br>**Domain 2: Comparability**<br>1. c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1. b) record linkage<br>2. a) yes – mean duration of gender-affirming hormone treatment was 5.8 and 5.4 years.<br>3. c) follow-up rate variable across timepoints and no description of those lost<br><br>**Overall quality is assessed as poor**<br><br>Other comments: Within person comparison. Small numbers of participants in each subgroup. No |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Gonadectomy took place between June 1998 and August 2012 | At the start of gender-affirming hormone treatment, in the transfemale subgroup the median Tanner P was 4 (IQR 2) and the median Tanner G was 12 (IQR 11). In the transmale subgroup the median Tanner B was 5 (IQR 2) and the median Tanner P was 5 (IQR 0). | | **Lumbar spine bone mineral density (BMD)** Change from starting gender-affirming hormones to age 22 years in transfemales- Mean (SD); g/m² <br>• Start of gender-affirming hormones: 0.84 (0.11) <br>• Age 22 years: 0.93 (0.10) <br>• p<0.001 <br>z-score (range) <br>• Start of gender-affirming hormones: -1.01 (0.98) <br>• Age 22 years: -1.36 (0.83) <br>• No statistically significant difference <br>Change from starting gender-affirming hormones to age 22 years in transmales- Mean (SD); g/m² <br>• Start of gender-affirming hormones: 0.91 (0.10) <br>• Age 22 years: 0.99 (0.13) <br>• P<0.001 <br>z-score (range) <br>• Start of gender-affirming hormones: -0.72 (0.99) <br>• Age 22 years: -0.33 (1.12) <br>• No statistically significant difference <br><br>***Bone density: femoral region, nondominant side*** <br><br>**Femoral region, nondominant side BMAD** Change from starting gender-affirming hormones to age 22 years in transfemales- Mean (SD); g/m³ <br>• Start of gender-affirming hormones: 0.26 (0.04) <br>• Age 22 years: 0.28 (0.05) <br>• No statistically significant difference <br>z-score (SD) | concomitant treatments or comorbidities were reported. <br><br>Source of funding: None disclosed |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | • Start of gender-affirming hormones: -1.57 (1.74)<br>• Age 22 years: Not reported<br>• No statistical analysis reported<br>Change from starting gender-affirming hormones to age 22 years in transmales-Mean (SD); $g/m^3$<br>• Start of gender-affirming hormones: 0.31 (0.04)<br>• Age 22 years: 0.33 (0.05)<br>• p=0.010<br>z-score (SD)<br>• Start of gender-affirming hormones: -0.28 (0.74)<br>• Age 22 years: Not reported<br>• No statistical analysis reported<br><br>**Femoral region, nondominant side BMD**<br>Change from starting gender-affirming hormones to age 22 years in transfemales-Mean (SD); $g/m^2$<br>• Start of gender-affirming hormones: 0.87 (0.08)<br>• Age 22 years: 0.94 (0.11)<br>• P=0.009<br>z-score (SD)<br>• Start of gender-affirming hormones: -0.95 (0.63)<br>• Age 22 years: -0.69 (0.74)<br>• No statistically significant difference<br>Change from starting gender-affirming hormones to age 22 years in transmales-Mean (SD); $g/m^2$<br>• Start of gender-affirming hormones: 0.88 (0.09)<br>• Age 22 years: 0.95 (0.10)<br>• P<0.001<br>z-score (SD) | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | • Start of gender-affirming hormones: -0.35 (0.79)<br>• Age 22 years: -0.35 (0.74)<br>• p=0.006 | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Kuper, Laura E, Stewart, Sunita, Preston, Stephanie et al. (2020) Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. Pediatrics 145(4)<br><br>**Study location**<br>Single centre, Texas, USA<br><br>**Study type**<br>Prospective longitudinal study<br><br>**Study aim**<br>To:<br>• explore how baseline body dissatisfaction, depression, and anxiety symptoms vary by gender, age at initial assessment, and | 148 children and adolescents with gender dysphoria, n=148, of whom:<br>• 25 received puberty suppression only<br>• 93 received gender-affirming hormone therapy only<br>• 30 received both<br>Results for treatments reported separately.<br><br>Mean age at initial assessment was 15.4 years (range 9 to 18).<br><br>Mean age at start of gender-affirming hormone therapy was 16.2 years (range 13.2 to 18.6).<br><br>All participants met the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition criteria for gender | Hormone therapy, guided by Endocrine Society Clinical Practice Guidelines<br><br>Follow-up at least 18 months from initial assessment at the clinic.<br><br>Mean duration of gender-affirming hormone therapy before follow-up was 10.9 months (range 1 to 18; SD 3.3) | **Critical Outcomes**<br><br>***Impact on mental health***<br>Mean depression score, assessed using the Quick Inventory of Depressive Symptoms (QIDS), self-reported was 9.6 (SD 5.0) at baseline and 7.4 (SD 4.5) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean depression score, assessed using the QIDS, clinician-reported was 5.9 (SD 4.1) at baseline and 6.0 (SD 3.8) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean anxiety score, assessed using the Screen for Child Anxiety Related Emotional Disorders (SCARED) questionnaire was 32.6 (SD 16.3) at baseline and 28.4 (SD 15.9) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1. b) somewhat representative<br>2. c) no-non exposed cohort<br>3. a) secure record<br>4. b) no<br>**Domain 2: Comparability**<br>1. c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1. d) assessors not blinded to treatment<br>2. a) yes – follow-up at least 18 months from initial assessment. Mean duration of gender-affirming hormone |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Tanner stage at first medical visit<br>• examine how body dissatisfaction, depression, and anxiety symptoms change over the first year of gender-affirming hormone treatment<br>• explore how any changes vary by affirmed gender, Tanner stage, age, type of treatment, months on gender-affirming hormone therapy, mental health treatment received, and whether chest surgery was also obtained (among transmales).<br><br>**Study dates**<br>Initial participant assessments took place between August 2014 and March 2018. | dysphoria.<br><br>Specific inclusion and exclusion criteria for the study are not reported. It would appear that all children and adolescents eligible for gender-affirming hormones were considered eligible for the study. The authors state that before initial assessment with a psychologist, psychiatrist, and/or clinical therapist, parents completed a phone intake survey. Around one-third of families did not follow-up after the phone intake. | | hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean panic score, assessed using specific questions from the SCARED questionnaire was 8.1 (SD 6.3) at baseline and 7.1 (SD 6.5) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean generalised anxiety score, assessed using specific questions from the SCARED questionnaire was 10.0 (SD 5.1) at baseline and 8.8 (SD 6.5) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean social anxiety score, assessed using specific questions from the SCARED questionnaire was 8.5 (SD 4.1) at baseline and 7.7 (SD 4.2) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean separation anxiety score, assessed using specific questions from the SCARED questionnaire was 3.5 (SD 3.0) at baseline and 3.1 (SD 2.5) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender- | treatment was 10.9 months.<br>3. c) patient numbers vary by outcome with no explanation<br><br>**Overall quality is assessed as poor**<br><br>Other comments: None<br><br>Source of funding: Supported by Children's Health. The Research Electronic Data Capture database was funded by the Clinical and Translational Science Awards program |

affirming hormones and it is unclear whether the change in score was statistically significant.

Mean school avoidance score, assessed using specific questions from the SCARED questionnaire was 2.6 (SD 2.1) at baseline and 2.0 (SD 2.0) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.

The authors also reported results separately for transfemales and transmales:

**Transfemales** No statistical analyses were reported for this sub-group and it is unclear whether any changes in score were statistically significant.

- Mean depression symptoms, assessed using the QIDS, self-reported was 7.5 (SD 4.9) at baseline and 6.6 (SD 4.4) at follow-up.
- Mean depression symptoms, assessed using the QIDS, clinician-reported was 4.2 (SD 3.2) at baseline and 5.4 (SD 3.4) at follow-up.
- Mean anxiety symptoms, assessed using the SCARED questionnaire was 26.4 (SD 14.2) at baseline and 24.3 (SD 15.4) at follow-up.
- Mean panic symptoms, assessed using specific questions from the SCARED questionnaire was 5.7 (SD 4.9) at baseline and 5.1 (SD 4.9) at follow-up.
- Mean generalised anxiety symptoms, assessed using specific questions from

|  |  |  | the SCARED questionnaire was 8.6 (SD 5.1) at baseline and 8.0 (SD 5.1) at follow-up.<br><br>• Mean social anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 7.1 (SD 3.9) at baseline and 6.8 (SD 4.4) at follow-up.<br><br>• Mean separation anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 3.4 (SD 3.3) at baseline and 2.7 (SD 2.3) at follow-up.<br><br>• Mean school avoidance symptoms, assessed using specific questions from the SCARED questionnaire was 1.8 (SD 1.7) at baseline and 1.9 (SD 2.1) at follow-up.<br><br>**Transmales** No statistical analyses were reported for this sub-group and it is unclear whether any changes in score were statistically significant.<br><br>• Mean depression symptoms, assessed using the QIDS, self-reported was 10.4 (SD 5.0) at baseline and 7.5 (SD 4.5) at follow-up.<br><br>• Mean depression symptoms, assessed using the QIDS, clinician-reported was 6.7 (SD 4.4) at baseline and 6.2 (SD 4.1) at follow-up.<br><br>• Mean anxiety symptoms, assessed using the SCARED questionnaire was 35.4 (SD 16.5) at baseline and 29.8 (SD 15.5) at follow-up.<br><br>• Mean panic symptoms, assessed using specific questions from the SCARED questionnaire was 9.3 (SD 6.5) at baseline and 7.9 (SD 6.5) at follow-up. |  |

|  |  |  | • Mean generalised anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 10.4 (SD 5.0) at baseline and 9.0 (SD 5.1) at follow-up.<br><br>• Mean social anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 8.5 (SD 4.0) at baseline and 7.8 (SD 4.1) at follow-up.<br><br>• Mean separation anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 4.2 (SD 3.4) at baseline and 3.4 (SD 2.6) at follow-up.<br><br>• Mean school avoidance symptoms, assessed using specific questions from the SCARED questionnaire was 2.6 (SD 2.1) at baseline and 2.0 (SD 2.0) at follow-up.<br><br>No difference in impact on mental health found by Tanner age. Numerical results, statistical analysis and information on specific outcomes not reported. It is unclear from the paper whether Tanner age is at initial assessment, start of GnRH analogues, start of gender-affirming hormones, or another timepoint.<br><br>**Important Outcomes**<br>***Impact on body image***<br>Mean Body Image Scale (BIS) score was 70.7 (SD 15.2) at baseline and 51.4 (SD 18.3) at follow-up. The authors do not present statistical analysis for this population and it is unclear whether the change in score was statistically significant. |  |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | The authors also reported body image results separately for transfemales and transmales. No statistical analyses were reported for this sub-groups and it is unclear whether changes in score were statistically significant.<br><br>• In transfemales, BIS score was 67.5 (SD 19.5) at baseline and 49.0 (SD 21.6) at follow-up.<br>• In transmales, BIS score was 71.1 (SD 13.4) at baseline and 52.9 (SD 16.8) at follow-up.<br><br>No difference in body image score found by Tanner age. Numerical results, statistical analysis and information on specific outcomes not reported. It is unclear from the paper whether Tanner age is at initial assessment, start of GnRH analogues, start of gender-affirming hormones, or another timepoint.<br><br>*No other critical or important outcomes reported* | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Study dates**<br>Lopez de Lara, D., Perez Rodriguez, O., Cuellar Flores, I. et al. (2020) Psychosocial assessment in transgender adolescents. Anales de Pediatria | 23 adolescents with gender dysphoria; 16 transmale and 7 transfemale.<br><br>Participants were required to be at a stage of pubertal development of Tanner 2 or higher. People with mental | Gender-affirming hormones-<br>• Oral oestradiol<br>• Intramuscular testosterone<br><br>Participants had previously received gonadotropin-releasing | **Critical Outcomes**<br>*Impact on gender dysphoria*<br>Following gender-affirming hormones for 12 months, mean (±SD) Utrecht Gender Dysphoria Scale (UGDS) score statistically | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  Not applicable – although a control group is reported |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Study location**<br>Single centre in Madrid, Spain<br><br>**Study type**<br>Prospective analytical study<br><br>**Study aim**<br>To assess the psychosocial status of patients seeking care in the paediatric endocrinology clinic for gender dysphoria, and the impact on psychosocial status of gender-affirming hormone therapy at 12 months of treatment<br><br>**Study dates**<br>Not reported | health comorbidity that could affect the experience of gender dysphoria were excluded.<br><br>Mean age at baseline was 16 years (range 14 to 18).<br><br>30 cisgender controls, matched for age, ethnicity, and socioeconomic status | hormone (GnRH) analogues in the intermediate pubertal stages (Tanner 2---3). | significantly improved, from 57.1 (±4.1) at baseline to 14.7 (±3.2; p<0.001)<br><br>***Impact on mental health***<br>Mean depression score statistically significantly improved following treatment with gender-affirming hormones. Mean Beck Depression Inventory II (BDI-II) score (±SD) reduced from 19.3 points (±5.5) at baseline to 9.7 points (±3.9) at 12 months (p<0.001).<br><br>Mean anxiety scores statistically significantly improved following treatment with gender-affirming hormones. Mean (±SD) State-Trait Anxiety Inventory (STAI) State subscale score improved from 33.3 points (±9.1) at baseline to 16.8 points (±8.1) at 12 months (p<0.001). Mean (±SD) State-Trait Anxiety Inventory (STAI) Trait subscale score improved from 33.0 points (±7.2) at baseline to 18.5 points (±8.4) at 12 months (p<0.001).<br><br>**Important Outcomes**<br>***Psychosocial Impact***<br>There was not change in family functioning, measured using the Family APGAR test, from baseline (17.9 points) to 1 year after starting gender-affirming hormones (18.0 points; no statistical analysis reported).<br><br>Results from the Strengths and Difficulties Questionnaire, Spanish Version (SDQ-Cas) showed statistically significant improvements from baseline (14.7 points; SD±3.3) to 12 | on, people in this group did not have gender dysphoria.<br>3.  a) secure record*<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  Not applicable – although a control group is reported on, people in this group did not have gender dysphoria.<br>**Domain 3: Outcome**<br>1.  d) assessors not blinded to treatment<br>2.  a) yes – 12 months treatment with gender-affirming hormones<br>3.  a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor**<br><br>Other comments: None<br><br>Source of funding: Not reported |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | months after gender-affirming hormones (10.3 points; SD±2.9; p<0.001)<br><br>*No other critical or important outcomes reported* | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Stoffers, Iris E; de Vries, Martine C; Hannema, Sabine E (2019) Physical changes, laboratory parameters, and bone mineral density during testosterone treatment in adolescents with gender dysphoria. The journal of sexual medicine 16(9): 1459-1468<br><br>**Study location**<br>Single centre, Leiden, Netherlands<br><br>**Study type**<br>Retrospective chart review<br><br>**Study aim**<br>To report changes in height, BMI, blood pressure, laboratory parameters and bone density.<br><br>**Study dates**<br>November 2010 to August 2018 | 62 transmales with gender dysphoria. participants were required to have been receiving testosterone therapy for at least 6 months. Further inclusion or exclusion criteria not reported.<br><br>Gender dysphoria was diagnosed according to the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition criteria.<br>. | Testosterone intramuscular injection (Sustanon 250 mg). Dose escalated every 6 months up to the standard adult dose of 125 mg every 2 weeks or 250 mg every 3-4 weeks. A more rapid dose escalation was using in patients who started GnRH analogue treatment at 16 years or older.<br><br>Median age at start of testosterone treatment was 17.2 years (range 14.9 to 18.4)<br><br>Median duration of testosterone treatment was 12 months (range 5 to 33)<br><br>Median duration of GnRH analogue treatment was 8 months (range 3 to 39) | **Critical Outcomes**<br><br>No critical outcomes assessed.<br><br>**Important outcomes**<br><br>***Safety***<br><br>***Bone mineral density (BMD): lumbar spine***<br>There was no statistically significant difference in lumber spine bone mineral density (BMD) from start of testosterone treatment to any timepoint, up to 24 months follow-up.<br>Mean (±SD), g/cm$^2$:<br>• Start of testosterone: 0.90 (±0.11)<br>• 6 months: 0.94 (±0.10)<br>• 12 months: 0.95 (±0.09)<br>• 24 months: 0.95 (±0.11)<br>z-score (±SD):<br>• Start of testosterone: -0.81 (±1.02)<br>• 6 months: -0.67 (±0.95)<br>• 12 months: -0.66 (±0.81)<br>• 24 months: -0.74 (±1.17)<br><br>***Bone mineral density (BMD): femoral neck (hip)***<br>There was no statistically significant difference in right or left femoral neck (hip) bone mineral density (BMD) from start of | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.   b) somewhat representative<br>2.   c) no-non exposed cohort<br>3.   a) secure record*<br>4.   b) no<br>**Domain 2: Comparability**<br>1.   c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1.   b) record linkage<br>2.   a) yes – mean duration of gender-affirming hormone treatment was 5.8 and 5.4 years.<br>3.   a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor**<br><br>Other comments: None<br><br>Source of funding: None |

| | | | testosterone treatment to any timepoint, up to 24 months follow-up. | |
|---|---|---|---|---|
| | | | **Right**<br>Mean (±SD), g/cm²:<br>• Start of testosterone: 0.77 (±0.08)<br>• 6 months:  0.84 (±0.11)<br>• 12 months: 0.82 (±0.08)<br>• 24 months: 0.85 (±0.11)<br>z-score (±SD):<br>• Start of testosterone: -0.97 (0.79)<br>• 6 months: -0.54 (±0.96)<br>• 12 months: -0.80 (±0.69)<br>• 24 months: -0.31 (±0.84)<br>**Left**<br>Mean (±SD), g/cm²:<br>• Start of testosterone: 0.76 (±0.09)<br>• 6 months: 0.83 (±0.12)<br>• 12 months: 0.81 (±0.08)<br>• 24 months: 0.86 (±0.09)<br>z-score (±SD):<br>• Start of testosterone: -1.07 (0.85)<br>• 6 months: -0.62 (±1.12)<br>• 12 months: -0.93 (±0.63)<br>• 24 months: -0.20 (±0.70)<br><br>***Other safety-related outcomes***<br>• Alkaline phosphatase: statistically significant increases observed from start of testosterone treatment to 6 months and 12 months (p<0.001), although difference at 24 months was not statistically significant. Median (IQR), U/L<br>   ○ Start of testosterone: 102 (78 to 136)<br>   ○ 6 months: 115 (102 to 147)<br>   ○ 12 months: 112 (88 to 143)<br>   ○ 24 months: 81 (range 69 to 98)<br>• Creatinine: statistically significant increases observed from start of testosterone treatment to 6, 12 and | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | 24 months (p<0.001). Mean (±SD), umol/L<br>   o  Start of testosterone: 62 (±7)<br>   o  6 months: 70 (±9)<br>   o  12 months: 74 (±10)<br>   o  24 months: 81 (±10)<br><br>There was no statistically significant change from start of testosterone treatment in:<br>• HbA1c<br>• Aspartate aminotransferase (AST)<br>• Alanine aminotransferase (ALT)<br>• Gamma-glutamyl transferase<br>• Urea<br>Numerical results, follow-up duration and further details of statistical analysis not reported. | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Vlot MC, Klink DT, den Heijer M et al. (2017) Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone 95: 11-19<br><br>**Study location**<br>Single centre, Amsterdam, Netherlands<br><br>**Study type**<br>Retrospective chart review<br><br>**Study aim**<br>To investigate the impact of GnRH analogues and gender-affirming hormones on bone mineral apparent density (BMAD) in transgender adolescents. The study also report on levels of bone turnover markers, although the authors concluded that the | 70 adolescents with gender dysphoria (42 transmales and 28 transfemales).<br><br>Median age (range) at the start of gender-affirming hormones was 16.3 years (15.9 to 19.5) for transmales and 16.0 years (14.0 to 18.9) for transfemales.<br><br>Participants were included if they had a diagnosis of gender dysphoria according to DSM-IV-TR criteria who received GnRH analogues and then gender-affirming hormones.<br><br>No concomitant treatments were reported.<br><br>The study categorised participants into a young and old pubertal group, based on their bone age. The young transmales had a bone age of <14 years and the old transmales had a bone age of ≥14 years. The young transfemales group had a bone age of | Transfemales:<br>Oestradiol oral<br>Dose escalated every 6 months until standard adult dose of 2 mg daily was reached<br><br>Transmales:<br>Testosterone intramuscular injection (Sustanon 250 mg). Dose escalated every 6 months up to the standard adult dose of 250 mg every 4 weeks or 250 mg every 3-4 weeks.<br><br>All participants previously received a GnRH analogue (triptorelin 3.75 mg subcutaneously every 4 weeks)<br><br>Median duration of GnRH analogue therapy not reported. | **Critical outcomes**<br><br>No critical outcomes reported<br><br>**Important outcomes**<br><br>***Bone density: lumbar spine***<br><br>**Lumbar spine bone mineral apparent density (BMAD)**<br><br>Transfemales (bone age <15 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), g/m$^3$<br>• Start of gender-affirming hormones (C0): 0.20 (0.18 to 0.24)<br>• 24-month follow-up (C24): 0.22 (0.19 to 0.27)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones (C0): -1.52 (-2.36 to 0.42)<br>• 24-month follow-up (C24):<br>• Statistically significant increase (p≤0.05)<br><br>Transfemales (bone age ≥15 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), g/m$^3$<br>• Start of gender-affirming hormones: 0.22 (0.19 to 0.24)<br>• 24-months: 0.23 (0.21 to 0.26)<br>• Statistically significant increase (p≤0.05)<br>z-score (range)<br>• Start of gender-affirming hormones: -1.15 (-2.21 to 0.08)<br>• 24-months: -0.66 (-1.66 to 0.54) | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.   b) somewhat representative<br>2.   c) no-non exposed cohort<br>3.   a) secure record*<br>4.   b) no<br>**Domain 2: Comparability**<br>1.   c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1.   b) record linkage<br>2.   a) yes- 24 month follow-up<br>3.   a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: None<br><br>Source of funding: grant from Abbott diagnostics |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| added value of these seems to be limited.<br><br>**Study dates**<br>Participants started gender-affirming therapy between 2001 and 2011 | <15 years and the old transfemales group ≥15 years. | | Statistically significant increase (p≤0.05)<br><br>Transmales (bone age <14 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), $g/m^3$<br>• Start of gender-affirming hormones: 0.23 (0.19 to 0.28)<br>• 24-months: 0.25 (0.22 to 0.28)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones: -0.84 (-2.2 to 0.87)<br>• 24-months: -0.15 (-1.38 to 0.94)<br>Statistically significant increase (p≤0.01)<br><br>Transmales (bone age ≥14 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), $g/m^3$<br>• Start of gender-affirming hormones: 0.24 (0.20 to 0.28)<br>• 24-months: 0.25 (0.21 to 0.30)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones: -0.29 (-2.28 to 0.90)<br>• 24-months: -0.06 (-1.75 to 1.61)<br>Statistically significant increase (p≤0.01)<br><br>***Bone density: femoral neck***<br><br>**Femoral neck BMAD**<br><br>Transfemales (bone age <15 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), $g/m^3$ | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | • Start of gender-affirming hormones: 0.27 (0.20 to 0.33)<br>• 24-months: 0.27 (0.20 to 0.36)<br>• No statistically significant change<br>z-score (range)<br>• Start of gender-affirming hormones: -1.32 (-3.39 to 0.21)<br>• 24-months: -1.30 (-3.51 to 0.92)<br>• No statistically significant change<br><br>Transfemales (bone age ≥15 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), $g/m^3$<br>• Start of gender-affirming hormones: 0.30 (0.26 to 0.34)<br>• 24-months: 0.29 (0.24 to 0.38)<br>• No statistically significant change<br>z-score (range)<br>• Start of gender-affirming hormones: -0.36 (-1.50 to 0.46)<br>• 24-months: -0.56 (-2.17 to 1.29)<br>• No statistically significant change<br><br>Transmales (bone age <14 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), $g/m^3$<br>• Start of gender-affirming hormones: 0.30 (0.22 to 0.35)<br>• 24-months: 0.33 (0.23 to 0.37)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones: -0.37 (-2.28 to 0.47)<br>• 24-months: -0.37 (-2.03 to 0.85) | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | • Statistically significant increase (p≤0.01)<br><br>Transmales (bone age ≥14 years), change from starting gender-affirming hormones to 24 months follow-up.<br>• Start of gender-affirming hormones: 0.30 (0.23 to 0.41)<br>• 24-months: 0.32 (0.23 to 0.41)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones: -0.27 ((-1.91 to 1.29)<br>• 24-months: 0.02 (-2.1 to 1.35)<br>• Statistically significant increase (p≤0.05) | |

## Appendix F Quality appraisal checklists

***Newcastle-Ottawa Quality Assessment Form for Cohort Studies***
Note: A study can be given a maximum of one star for each numbered item within the
Selection and Outcome categories. A maximum of two stars can be given for Comparability.
**Selection**
1) Representativeness of the exposed cohort
      a) Truly representative (one star)
      b) Somewhat representative (one star)
      c) Selected group
      d) No description of the derivation of the cohort
2) Selection of the non-exposed cohort
      a) Drawn from the same community as the exposed cohort (one star)
      b) Drawn from a different source
      c) No description of the derivation of the non exposed cohort
3) Ascertainment of exposure
      a) Secure record (e.g., surgical record) (one star)
      b) Structured interview (one star)
      c) Written self report
      d) No description
      e) Other
4) Demonstration that outcome of interest was not present at start of study
      a) Yes (one star)
      b) No
**Comparability**
1) Comparability of cohorts on the basis of the design or analysis controlled for confounders
      a) The study controls for age, sex and marital status (one star)
      b) Study controls for other factors (list) _____
      (one star)
      c) Cohorts are not comparable on the basis of the design or analysis controlled for
      confounders
**Outcome**
1) Assessment of outcome
      a) Independent blind assessment (one star)
      b) Record linkage (one star)
      c) Self report
      d) No description
      e) Other
2) Was follow-up long enough for outcomes to occur
      a) Yes (one star)
      b) No
      Indicate the median duration of follow-up and a brief rationale for the assessment
      above:_____
3) Adequacy of follow-up of cohorts
      a) Complete follow up- all subject accounted for (one star)

b) Subjects lost to follow up unlikely to introduce bias- number lost less than or equal to 20% or description of those lost suggested no different from those followed. (one star)
c) Follow up rate less than 80% and no description of those lost
d) No statement

*Thresholds for converting the Newcastle-Ottawa scales to AHRQ standards (good, fair, and poor):*
**Good quality:** 3 or 4 stars in selection domain AND 1 or 2 stars in comparability domain AND 2 or 3 stars in outcome/exposure domain
**Fair quality**: 2 stars in selection domain AND 1 or 2 stars in comparability domain AND 2 or 3 stars in outcome/exposure domain
**Poor quality:** 0 or 1 star in selection domain OR 0 stars in comparability domain OR 0 or 1 stars in outcome/exposure domain

## Appendix G Grade profiles

**Table 2: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? - Gender dysphoria**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Impact on gender dysphoria (1 uncontrolled, prospective observational study)* | | | | | | | | | |
| *Change from baseline in mean gender dysphoria score, measured using the UGDS (duration of treatment 12 months). Higher scores indicate greater gender dysphoria.* | | | | | | | | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 57.1 (SD 4.1) T1 (12 months) = 14.7 (SD 3.2) Statistically significant improvement, p<0.001 | Critical | VERY LOW |

**Abbreviations:** p: p-value; SD: standard deviation; UGDS: Utrecht Gender Dysphoria Scale

*1 Downgraded 1 level - the cohort study by Lopez de Lara et al. 2020 was assessed at high risk of bias (poor quality overall; lack of blinding and no control group)*

**Table 3: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Mental health**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Impact on mental health (3 uncontrolled, prospective observational studies and 2 uncontrolled, retrospective observational studies)* | | | | | | | | | |
| *Change from baseline in mean depression score, measured using the BDI-II (duration of treatment 12 months). Higher scores indicate more severe depression.* | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 19.3 (SD 5.5) T1 (12 months) = 9.7 (SD 3.9) Statistically significant improvement, p<0.001 | Critical | VERY LOW |

**Change from baseline in mean depression score, measured using the CESD-R (approximately 12-month follow-up). Higher scores indicate more severe depression.**

| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[3] | No serious inconsistency | Not calculable | N=50 | None | Wave 1 (baseline) = 21.4 Wave 3 (approx. 12 months) = 13.9 Statistically significant improvement (p<0.001) | Critical | VERY LOW |

**Change from baseline in depression score, measured using the Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens) (approximately 12-month follow-up). Higher scores indicate more severe depression.**

| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[3] | No serious inconsistency | Not calculable | N=50 | None | Statistically significant reductions in mean score, p<0.001 Results presented diagrammatically, numerical results for mean score not reported | Critical | VERY LOW |

**Change from baseline in depression symptoms, measured using the Quick Inventory of Depressive Symptoms (QIDS), self-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.**

| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=105 | None | Baseline = 9.6 (SD 5.0) Follow-up = 7.4 (SD 4.5) No statistical analysis reported for the sub-group of participants receiving gender-affirming hormones | Critical | VERY LOW |

**Change from baseline in depression symptoms, measured using the Quick Inventory of Depressive Symptoms (QIDS), clinician-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.**

| 1 cohort study | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=106 | None | Baseline = 5.9 (SD 4.1) Follow-up = 6.0 (SD 3.8) | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Kuper et al. 2020 | | | | | | | No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | | |
| **_Need for treatment due to depression, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 54% (28/52) During real life phase 15% (8/52) Statistically significant reduction (p<0.001) | Critical | VERY LOW |
| **_Change from baseline in anxiety score, measured using the STAI-State subscale (duration of treatment 12 months). Higher scores indicate more severe anxiety._** | | | | | | | | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 33.3 (SD 9.1) T1 (12 months) = 16.8 (SD 8.1) Statistically significant improvement, p<0.001 | Critical | VERY LOW |
| **_Change from baseline in anxiety score, measured using the STAI-Trait subscale (duration of treatment 12 months). Higher scores indicate more severe anxiety._** | | | | | | | | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 33.0 (SD 7.2) T1 (12 months) = 18.5 (SD 8.4) Statistically significant improvement, p<0.001 | Critical | VERY LOW |
| **_Change from baseline in anxiety symptoms, measured using the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe anxiety._** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=80 | None | Baseline = 32.6 (SD 16.3) Follow-up = 28.4 (SD 15.9) No statistical analysis reported for the sub-group of participants | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | who received gender-affirming hormones | | |
| **Change from baseline in panic symptoms, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=82 | None | Baseline = 8.1 (SD 6.3) Follow-up = 7.1 (SD 6.5) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Critical | VERY LOW |
| **Change from baseline in generalised anxiety symptoms, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=82 | None | Baseline = 10.0 (SD 5.1) Follow-up = 8.8 (SD 5.0) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Critical | VERY LOW |
| **Change from baseline in social anxiety symptoms, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=82 | None | Baseline = 8.5 (SD 4.1) Follow-up = 7.7 (SD 4.2) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Critical | VERY LOW |
| **Change from baseline in separation anxiety symptoms, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=81 | None | Baseline = 3.5 (SD 3.0) Follow-up = 3.1 (SD 2.5) No statistical analysis reported for the sub-group of participants | Critical | VERY LOW |

This document was prepared in October 2020

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|--|--|--|--|----------------------|--|--|------------|----------|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | who received gender-affirming hormones | | |
| **Change from baseline in school avoidance, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=80 | None | Baseline = 2.6 (SD 2.1) Follow-up = 2.0 (SD 2.0) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Critical | VERY LOW |
| **Need for treatment due to anxiety, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 48% (25/52) During real life phase 15% (8/52) Statistically significant reduction (p<0.001) | Critical | VERY LOW |
| **Change from baseline in adjusted mean suicidality score, measured using the ASQ instrument (mean treatment duration 349 days). Higher scores indicate a greater degree of suicidality.** | | | | | | | | | |
| 1 cohort study Allen et al. 2019 | Serious limitations[5] | No serious indirectness | No serious inconsistency | Not calculable | N=39 | None | T0 (baseline) = 1.11 (SE 0.22) T1 (final assessment) = 0.27 (SE 0.12) Statistically significant improvement in score from T0 to T1, p<0.001 | Critical | VERY LOW |
| **Change from baseline in percentage of participants with suicidal ideation, measured using the additional questions from the PHQ 9_Modified for Teens (approximately 12-month follow-up)** | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[3] | No serious inconsistency | Not calculable | N=50 | None | Wave 1 (baseline) = 10% (5/50) Wave 3 (approx. 12 months) = 6% (3/50) | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | No statistical analysis reported | | |
| *Change from baseline in suicidal ideation (passive), information on which was collected by clinician, exact methods / tools not reported (mean duration of gender-affirming hormone treatment was 10.9 months)* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | Serious indirectness[6] | No serious inconsistency | Not calculable | N=130 | None | Lifetime = 81% (105 people) 1 month before initial assessment = 25% (33 people) Follow-up period = 38% (51 people) No statistical analysis reported | Critical | VERY LOW |
| *Change from baseline in suicide attempts, information on which was collected by clinician, exact methods / tools not reported (mean duration of gender-affirming hormone treatment was 10.9 months)* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | Serious indirectness[6] | No serious inconsistency | Not calculable | N=130 | None | Lifetime = 15% (20 people) 3 months before initial assessment = 2% (3 people) Follow-up period = 5% (6 people) No statistical analysis reported | Critical | VERY LOW |
| *Change from baseline in non-suicidal self-injury, information on which was collected by clinician, exact methods / tools not reported (mean duration of gender-affirming hormone treatment was 10.9 months)* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | Serious indirectness[6] | No serious inconsistency | Not calculable | N=130 | None | Lifetime = 52% (68 people) 3 months before initial assessment = 10% (13 people) Follow-up period = 17% (23 people) No statistical analysis reported | Critical | VERY LOW |
| *Need for treatment due to suicidality / self-harm, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)* | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 35% (18/52) During real life phase | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | 4% (2/52) Statistically significant reduction (p<0.001) | | |
| **_Need for mental health treatment, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 50% (26/52) During real life phase 46% (24/51) No statistically significant difference (p= 0.77) | Critical | VERY LOW |
| **_Need for treatment due to conduct problems / antisocial, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 14% (7/52) During real life phase 6% (3/52) No statistically significant difference (p= 0.18) | Critical | VERY LOW |
| **_Need for treatment due to psychotic symptoms or psychosis, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 2% (1/52) During real life phase 4% (2/52) No statistically significant difference (p= 0.56) | Critical | VERY LOW |
| **_Need for treatment due to substance abuse, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 4% (2/52) During real life phase 2% (1/52) No statisticastically significant difference (p= 0.56) | Critical | VERY LOW |
| **Need for treatment due to autism, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 12% (6/52) During real life phase 6% (3/52) No statisticastically significant difference (p= 0.30) | Critical | VERY LOW |
| **Need for treatment due to ADHD, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 10% (5/52) During real life phase 2% (1/52) No statisticastically significant difference (p= 0.09) | Critical | VERY LOW |
| **Need for treatment due to eating disorder, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 2% (1/52) | Critical | VERY LOW |

This document was prepared in October 2020

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | During real life phase 2% (1/52)<br><br>No statistically significant difference (p=1.0) | | |

**Abbreviations:** ADHD: attention deficit hyperactivity disorder; ASQ: Ask Suicide-Screening Questions; CESD-R: Center for Epidemiologic Studies Depression Scale; BDI-II: Beck Depression Inventory II (BDI-II); p: p-value; PHQ 9_Modified for Teens: Patient Health Questionnaire Modified for Teens; SCARED: Screen for Child Anxiety Related Emotional Disorders; SD: standard deviation; STAI: State-Trait Anxiety Inventory

1 Downgraded 1 level - the cohort study by Lopez de Lara et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding and no control group).
2 Downgraded 1 level - the cohort study by Achille et al (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).
3 Serious indirectness in Achille 2020- Outcome reported for full study cohort, of whom 30% were taking no treatment or puberty suppression alone at follow-up. Results for people taking gender-affirming hormones not reported separately.[4] Downgraded 1 level - the cohort study by Kuper et al. (2020) was assessed at high risk of bias (poor quality).
5 Downgraded 1 level - the cohort study by Allen et al. (2019) was assessed at high risk of bias (poor quality; lack of blinding and no control group).
6 Serious indirectness in Kuper et al. 2020- Outcome reported for full study cohort, of whom approximately 17% received puberty suppression alone and did not receive gender-affirming hormones
7 Downgraded 1 level - the cohort study by Kaltiala et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding and no control group).

**Table 4: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Quality of life**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Impact on quality of life (1 uncontrolled, prospective observational study and 1 uncontrolled, retrospective observational study)* | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Change from baseline in mean quality of life score, measured using the QLES-Q-SF) (approximately 12-month follow-up). Higher scores indicated better quality of life.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=50 | None | Numerical improvements in mean score reported from wave 1 (baseline) to wave 3 (approx. 12 months), but difference not statistically significant (p = 0.085) Results presented diagrammatically, numerical results for mean score not reported | Critical | VERY LOW |
| *Change from baseline in adjusted mean well-being score, measured using the GWBS of the Pediatric Quality of Life Inventory (mean treatment duration 349 days). Higher scores indicated better well-being.* | | | | | | | | | |
| 1 cohort study Allen et al. 2019 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=39 | None | T0 (baseline) = 61.70 (SE 2.43) T1 (final assessment) = 70.23 (SE 2.15) Statistically significant improvement in well-being score, p<0.002 | Critical | VERY LOW |

**Abbreviations:** GWBS: General Well-Being Scale; p: p-value; QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire; SE: standard error

*1 Downgraded 1 level - the cohort study by Achille et al (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*
*2 Serious indirectness in Achille et al. 2020 - Outcome reported for full study cohort, of whom 30% were taking no treatment or puberty suppression alone at follow-up. Results for people taking gender-affirming hormones not reported separately.*
*3 Downgraded 1 level - the cohort study by Allen et al. (2019) was assessed at high risk of bias (poor quality; lack of blinding and no control group).*

**Table 5: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Body image**

| QUALITY | Summary of findings | IMPORTANCE | CERTAINTY |
|---|---|---|---|

| | | | | | No of patients | | Effect | | |
|---|---|---|---|---|---|---|---|---|---|
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **Impact on body image *(1 uncontrolled, prospective observational study)*** | | | | | | | | | |
| ***Change from baseline in mean body image, measured using the BIS (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores represent a higher degree of body dissatisfaction.*** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=86 | None | Baseline = 70.7 (SD 15.2) Follow-up = 51.4 (SD 18.3) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Important | VERY LOW |

**Abbreviations:** BIS: Body Image Scale; p: p-value; SD: standard deviation

*1 Downgraded 1 level - the cohort study by Kuper et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*

**Table 6: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Psychological impact**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| ***Psychosocial Impact (1 uncontrolled, prospective observational study and 1 uncontrolled, retrospective observational study)*** | | | | | | | | | |
| ***Change from baseline in family functioning, measured using the Family APGAR test. Higher scores suggest more family dysfunction.*** | | | | | | | | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 17.9 T1 (12 months) = 18.0 No statistical analysis reported | Important | VERY LOW |
| ***Change from baseline in mean patient strengths and difficulties score, measured using the SDQ, Spanish Version (total difficulties score) (duration of treatment 12 months). Higher scores suggest the presence of a behavioural disorder.*** | | | | | | | | | |
| 1 cohort study | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 14.7 (SD 3.3) T1 (12 months) = 10.3 (SD 2.9) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Lopez de Lara et al. 2020 | | | | | | | Statistically significant improvement p<0.001 | | |
| **Functioning in adolescent development: Living with parent(s)/ guardians[2] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland). Not living with parent(s) or guardian in your early 20s is a marker of age-appropriate functioning in Finnish culture.** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calcuable | N=52 | None | During gender identity assessment = 73% (38/52) During real life phase = 40% (21/50) Statistically significant reduction (p=0.001) | Important | VERY LOW |
| **Functioning in adolescent development: Normative peer contacts[4] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calcuable | N=52 | None | During gender identity assessment = 89% (46/52) During real life phase = 81% (42/52) Statistically significant reduction (p<0.001) | Important | VERY LOW |
| **Functioning in adolescent development: Progresses normatively in school/ work[5] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calcuable | N=52 | None | During gender identity assessment = 64% (33/52) During real life phase = 60% (31/52) No statistically significant difference (p=0.69) | Important | VERY LOW |
| **Functioning in adolescent development: Has been dating or had steady relationships[6] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland)** | | | | | | | | | |
| 1 cohort study | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calcuable | N=52 | None | During gender identity assessment = 62% (32/50) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Kaltiala et al. 2020 | | | | | | | During real life phase = 58% (30/52) No statistically significant difference (p=0.51) | | |
| **Functioning in adolescent development: Is age-appropriately able to deal with matters outside of the home[7] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[2] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During gender identity assessment = 81% (42/52) During real life phase = 81% (42/52) No statistically significant difference (p=1.00) | Important | VERY LOW |

**Abbreviations:** APGAR: Adaptability, Partnership, Growth, Affection and Resolve; p: p-value; SD: standard deviation; SDQ: Strengths and Difficulties Questionnaire

1 Downgraded 1 level - the cohort study by Lopez de Lara et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding and no control group).
2 Living arrangements were classified as (1) living with at least one parent/guardian, (2) living in a boarding school, with an adult relative, in some form of supported accommodation or the like, where supervision and guidance by a responsible adult is provided, (3) independently alone or in a shared household with a peer, (4) with a romantic partner. In the analyses dichotomised living arrangements as (a) parent(s)/guardian(s) vs. in other arrangements.
3 Downgraded 1 level - the cohort study by Kaltiala et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding and no control group).
4 Peer relationships were classified as: (1) socialises with friends in leisure time, outside of activities supervised by adults, (2) socialises with peers only at school or in the context of rehabilitative activity, (3) spends time close to peers, for example in school or rehabilitative activity, but does not connect with them, (4) does not meet peers at all. In the analyses, peer relationships during (a) gender identity assessment and (b) the real-life phase were dichotomized to age-appropriate (normative) (1) vs. restricted or lacking (2–4).
5 School/work participation was classified as (1) age appropriate participation in mainstream curriculum, progresses without difficulties, (2) participates in mainstream curriculum with difficulty, (3) participates in rehabilitative educational or work activity, (4) not involved in education and working life. Age-appropriate participation during (1) was recorded if the adolescent attended mainstream secondary education or upper secondary education at a regular rate (a class per year in comprehensive school; has not changed more than once between tracks in upper secondary education) or had proceeded to work life after completing vocational education. Participation with difficulty (2) was recorded if the adolescent was enrolled in mainstream education but had to repeat a class, studied with special arrangements (for example, in a special small group), or followed some form of adjusted curriculum. In the analyses, school/work life during (a) gender identity assessment and (b) real-life phase was dichotomised to normative (1) vs. any other (2, 3 or 4).
6 Romantic involvement was recorded (1) has or has had a dating or steady relationship, not only online, (2) has had a romantic relationship only online, (3) has not had dating or steady relationships. In the analyses we compared has or has had (1) vs. has not had (2,3) a dating or steady relationship during (a) gender identity assessment and (b) real-life phase. Sexual history was recorded in more detail in case histories during gender identity assessment, and for this period we also collected the experiences of (French) kissing (yes/no), intercourse (yes/no) and experience of any genitally intimate contact with a partner (petting under clothes or naked, intercourse, oral sex) (yes/no).

7 In recording age-appropriate competence in managing everyday matters it was expected that early adolescents (up to 14 years) would be able, for example, to do shopping and travel alone on local public transport, and to help with household duties assigned by their parents. Middle adolescents (15–17 years) were further assumed, for example, to be able make telephone calls in matters important to them (for example, when seeking a summer job), to deal with school-related issues with school personnel without parental participation, to select and start new hobbies independently and to fulfil their role in summer jobs and in similar responsibilities of young people. Late adolescents (18 years and over), legally adults, were expected to have, in addition to the above, competence to talk to authorities such as professionals in health and social services, employment or educational institutions, to deal with banks or health insurance, to manage their financial issues and to manage their housekeeping if they chose to move to live independently of parents/guardians. Competence in managing everyday matters was recorded as follows: (1) the adolescent is able to cope age appropriately outside home, (2) the adolescent needs support in age-appropriate matters outside home but functions age-appropriately in the home (manages her/his own hygiene, clothing and nutrition, participates in (younger subjects) or takes responsibility for (older subjects) housekeeping) and (3) the adolescent's functioning is inadequate both at home and outside home. For the analyses, participants were determined to be able to age-appropriately able cope with matters outside of the home (1) vs. not (2,3).

**Table 7: Question 2: For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Bone density**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Lumbar spine bone mineral apparent density (BMAD) (2 uncontrolled, retrospective observational studies)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in lumber spine BMAD in transfemales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=13 (Mean) N=14 (z-score) | None | Mean (SD), g/m$^3$ Start of gender-affirming hormones: 0.22 (0.02) Age 22 years: 0.23 (0.03) P=0.003 z-score (SD) Start of gender-affirming hormones: -0.90 (0.80) Age 22 years: -0.78 (1.03) No statistically significant difference | Important | VERY LOW |
| **Change from baseline in lumbar spine BMAD in transfemales with a bone age less than 15 years ('young'; 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=15 | None | Median (range), g/m$^3$ Start of gender-affirming hormones (C0): 0.20 (0.18 to 0.24) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 24-month follow-up (C24): 0.22 (0.19 to 0.27) Statistically significant increase (p≤0.01)<br><br>z-score (range) Start of gender-affirming hormones (C0): -1.52 (-2.36 to 0.42) 24-month follow-up (C24): -1.10 (-2.44 to 0.69) Statistically significant increase (p≤0.05) | | |
| *Change from baseline in lumbar spine BMAD in transfemales with a bone age of 15 years or more ('old'; 24 months follow-up)* | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=5 | None | Median (range), g/m$^3$ Start of gender-affirming hormones (C0): 0.22 (0.19 to 0.24) 24-month follow-up (C24): 0.23 (0.21 to 0.26) Statistically significant increase (p≤0.05)<br><br>z-score (range) Start of gender-affirming hormones (C0): -1.15 (-2.21 to 0.08) 24-month follow-up (C24): -0.66 (-1.66 to 0.54) Statistically significant increase (p≤0.05) | Important | VERY LOW |
| *Change from start of gender-affirming hormones to age 22 years in lumber spine BMAD in transmales* | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=19 (Mean and z-score) | None | Mean (SD), g/m$^3$<br>Start of gender-affirming hormones: 0.24 (0.02)<br>Age 22 years: 0.25 (0.28)<br>P=0.001<br><br>z-score<br>Start of gender-affirming hormones: -0.50 (0.81)<br>Age 22 years: -0.033 (0.95)<br>P=0.002 | Important | VERY LOW |
| *Change from baseline in lumbar spine BMAD in transmales with a bone age of less than 14 years ('young'; 24 months follow-up)* | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=11 | None | Median (range), g/m$^3$<br>Start of gender-affirming hormones (C0): 0.23 (0.19 to 0.28)<br>24-month follow-up (C24): 0.25 (0.22 to 0.28)<br>Statistically significant increase (p≤0.01)<br><br>z-score (range)<br>Start of gender-affirming hormones (C0): -0.84 (-2.2 to 0.87)<br>24-month follow-up (C24): -0.15 (-1.38 to 0.94)<br>Statistically significant increase (p≤0.01) | Important | VERY LOW |
| *Change from baseline in lumbar spine BMAD in transmales with a bone age of 14 years or more ('old'; 24 months follow-up)* | | | | | | | | | |
| 1 cohort study | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=23 | None | Median (range), g/m$^3$ | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Vlot et al. 2017 | | | | | | | Start of gender-affirming hormones (C0): 0.24 (0.20 to 0.28) 24-month follow-up (C24): 0.25 (0.21 to 0.30) Statistically significant increase (p≤0.01)<br><br>z-score (range) Start of gender-affirming hormones (C0): -0.29 (-2.28 to 0.90) 24-month follow-up (C24): -0.06 (-1.75 to 1.61) Statistically significant increase (p≤0.01) | | |
| **Change in femoral neck BMAD (2 uncontrolled, retrospective observational studies)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in femoral neck BMAD in transfemales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=14 (Mean)<br><br>N=10 (z-score) | None | Mean (SD), g/m$^3$ Start of gender-affirming hormones: 0.26 (0.04) Age 22 years: 0.28 (0.05) No statistically significant difference<br><br>z-score (SD) Start of gender-affirming hormones: -1.57 (1.74) Age 22 years: Not reported | Important | VERY LOW |
| **Change from baseline in femoral neck BMAD in transfemales with a bone age less than 15 years ('young'; 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=16 | None | Median (range), g/m$^3$ C0: 0.27 (0.20 to 0.33) C24: 0.27 (0.20 to 0.36) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | No statistically significant change<br><br>z-score (range)<br>C0: -1.32 (-3.39 to 0.21)<br>C24: -1.30 (-3.51 to 0.92)<br>No statistically significant change | | |
| **Change from baseline in femoral neck BMAD in transfemales with a bone age of 15 years or more ('old'; 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=6 | None | Median (range), g/m$^3$<br>C0: 0.30 (0.26 to 0.34)<br>C24: 0.29 (0.24 to 0.38)<br>No statistically significant change<br><br>z-score (range)<br>C0: -0.36 (-1.50 to 0.46)<br>C24: -0.56 (-2.17 to 1.29)<br>No statistically significant change | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in femoral neck BMAD in transmales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=19 (Mean)<br><br>N=18 (z-score) | None | Mean (SD), g/m$^3$<br>Start of gender-affirming hormones: 0.31 (0.04)<br>Age 22 years: 0.33 (0.05)<br>P=0.010<br><br>z-score (SD)<br>Start of gender-affirming hormones: -0.28 (0.74)<br>Age 22 years: Not reported | Important | VERY LOW |
| **Change from baseline in femoral neck BMAD in transmales with a bone age of less than 14 years ('young'; 24 months follow-up)** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Median (range), g/m$^3$<br>C0: 0.30 (0.22 to 0.35)<br>C24: 0.33 (0.23 to 0.37)<br>Statistically significant increase (p≤0.01)<br><br>z-score (range)<br>C0: -0.37 (-2.28 to 0.47)<br>C24: -0.37 (-2.03 to 0.85)<br>Statistically significant increase (p≤0.01) | Important | VERY LOW |
| **Change from baseline in femoral neck BMAD in transmales with a bone age of 14 years or more ('old'; 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=23 | None | Median (range), g/m$^3$<br>C0: 0.30 (0.23 to 0.41)<br>C24: 0.32 (0.23 to 0.41)<br>Statistically significant increase (p≤0.01)<br><br>z-score (range)<br>C0: -0.27 ((-1.91 to 1.29)<br>C24: 0.02 (-2.1 to 1.35)<br>Statistically significant increase (p≤0.05) | Important | VERY LOW |
| **Change in lumbar spine BMD (2 uncontrolled, retrospective observational studies)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in lumbar spine BMD in transfemales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=15 (Mean) N=13 (z-score) | None | Mean (SD), g/m$^2$<br>Start of gender-affirming hormones: 0.84 (0.11)<br>Age 22 years: 0.93 (0.10)<br>P<0.001<br><br>z-score (SD) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | Start of gender-affirming hormones: -1.01 (0.98) Age 22 years: -1.36 (0.83) No statistically significant difference | | |
| **Change from start of gender-affirming hormones to age 22 years in lumbar spine BMD in transmales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=19 (Mean and z-score) | None | Mean (SD), g/m$^2$ Start of gender-affirming hormones: 0.91 (0.10) Age 22 years: 0.99 (0.13) P<0.001  z-score (SD) Start of gender-affirming hormones: -0.72 (0.99) Age 22 years: -0.33 (1.12) No statistically significant difference | Important | VERY LOW |
| **Change from start of testosterone treatment in lumbar spine BMD in transmen (follow-up 6 to 24 months)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[4] | No serious indirectness | Not applicable | Not calculable | N=62 (T0 and T6)  N=37 (T12)  N=15 (T24) | None | Mean (SD), g/cm$^2$ T0: 0.90 (0.11) T6: 0.94 (0.10) T12: 0.95 (0.09) T24: 0.95 (0.11) No statistically significant difference from T0 to any timepoint  z-score (SD) T0: -0.81 (1.02) T6: -0.67 (0.95) T12: -0.66 (0.81) T24: -0.74 (1.17) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | No statistically significant difference from T0 to any timepoint | | |
| **Change in femoral neck BMD (2 uncontrolled, retrospective observational studies)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in femoral neck BMD in transfemales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=15 (Mean) N=11 (z-score) | None | Mean (SD), g/m$^2$ Start of gender-affirming hormones: 0.87 (0.08) Age 22 years: 0.94 (0.11) P=0.009  z-score (SD) Start of gender-affirming hormones: -0.95 (0.63) Age 22 years: -0.69 (0.74) No statistically significant difference | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in femoral neck BMD in transmales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=19 (Mean) N=16 (z-score) | None | Mean (SD), g/m$^2$ Start of gender-affirming hormones: 0.88 (0.09) Age 22 years: 0.95 (0.10) P<0.001  z-score (SD) Start of gender-affirming hormones: -0.35 (0.79) Age 22 years: -0.35 (0.74) P=0.006 | Important | VERY LOW |
| **Change from start of testosterone treatment in right femoral neck (hip) BMD in transmales (follow-up 6 to 24 months)** | | | | | | | | | |
| 1 cohort study | Serious limitations[4] | No serious indirectness | Not applicable | Not calculable | N=62 (T0 and T6) | None | Mean (SD), g/cm$^2$ T0: 0.77 (0.08) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Stoffers et al. 2019 | | | | | N=37 (T12)<br><br>N=15 (T24) | | T6: 0.84 (0.11)<br>T12: 0.82 (0.08)<br>T24: 0.85 (0.11)<br>No statistically significant difference from T0 to any timepoint<br><br>z-score (SD)<br>T0: -0.97 (0.79)<br>T6: -0.54 (0.96)<br>T12: -0.80 (0.69)<br>T24: -0.31 (0.84)<br>No statistically significant difference from T0 to any timepoint | | |
| ***Change from start of testosterone treatment in left femoral neck (hip) BMD in transmales (follow-up 6 to 24 months)*** | | | | | | | | | |
| 1 cohort study<br>Stoffers et al. 2019 | Serious limitations[4] | No serious indirectness | Not applicable | Not calculable | N=62 (T0 and T6)<br><br>N=37 (T12)<br><br>N=15 (T24) | None | Mean (SD), g/cm$^2$<br>T0: 0.76 (0.09)<br>T6: 0.83 (0.12)<br>T12: 0.81 (0.08)<br>T24: 0.86 (0.09)<br>No statistically significant difference from T0 to any timepoint<br><br>z-score (SD)<br>T0: -1.07 (0.85)<br>T6: -0.62 (1.12)<br>T12: -0.93 (0.63)<br>T24: -0.20 (0.70)<br>No statistically significant difference from T0 to any timepoint | Important | VERY LOW |

**Abbreviations:** BMAD: bone mineral apparent density; BMD: bone mineral density; g: grams; m: metre; SD: standard deviation

*1 Downgraded 1 level - the cohort study by Klink et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding, no control group and high number of participants lost to follow-up)*
*2 Outcomes reported after gender reassignment surgery and not after gender-affirming hormones alone. Unclear whether observed changes are due to hormones or surgery*
*3 Downgraded 1 level - the cohort study by Vlot et al. (2017) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control)*
*4 Downgraded 1 level - the cohort study by Stoffers et al. (2019) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group)*

### Table 8: Question 2: For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Cardiovascular risk factors

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Change in body mass index (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Change from start of gender-affirming hormones to age 22 years in BMI in transfemales* | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI) +1.9 (0.6 to 3.2) Statistically significant increase (p<0.005)<br><br>Mean BMI at 22 years (95% CI): 23.2 (21.6 to 24.8) | Important | VERY LOW |
| *Change from start of gender-affirming hormones to age 22 years in BMI in transmales* | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI) +1.4 (0.8 to 2.0) Statistically significant increase (p<0.005)<br><br>Mean BMI at 22 years (95% CI): 23.9 (23.0 to 24.7) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **_Obesity rates at age 22 years (1 uncontrolled, retrospective observational study)_** | | | | | | | | | |
| **_Obesity rates at age 22 years in transfemales who started gender-affirming hormones as adolescents (1 uncontrolled, retrospective observational study)_** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | At 22 years, 9.9% of transfemales were obese, compared with 3.0% in reference cisgender population<br><br>No statistically analysis reported | Important | VERY LOW |
| **_Obesity rates at age 22 years in transfemales who started gender-affirming hormones as adolescents (1 uncontrolled, retrospective observational study)_** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | At 22 years, 6.6% of transmales were obese, compared with 2.2% in reference cisgender population<br><br>No statistically analysis reported | Important | VERY LOW |
| **_Change in blood pressure (1 uncontrolled, retrospective observational study)_** | | | | | | | | | |
| **_Change from start of gender-affirming hormones to age 22 years in systolic blood pressure (SBP) in transfemales_** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI) -3 (-8 to 2) No statistically significant difference<br><br>Mean SBP at 22 years (95% CI): 117 (113 to 122) | Important | VERY LOW |
| **_Change from start of gender-affirming hormones to age 22 years in diastolic blood pressure (DBP) in transfemales_** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI) +6 (3 to 10) Statistically significant increase (p<0.001)<br><br>Mean DBP at 22 years (95% CI): 75 (72 to 78) | Important | VERY LOW |

**_Change from start of gender-affirming hormones to age 22 years in systolic blood pressure (SBP) in transmales_**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): +5 (1 to 9) Statistically significant increase (p<0.05)<br><br>Mean SBP at 22 years (95% CI): 126 (122 to 130) | Important | VERY LOW |

**_Change from start of gender-affirming hormones to age 22 years in diastolic blood pressure (DBP) in transmales_**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): +6 (4 to 9) Statistically significant increase (p<0.001)<br><br>Mean DBP at 22 years (95% CI): 74 (72 to 77) | Important | VERY LOW |

**_Change in glucose levels, insulin levels, insulin resistance and HbA1c (2 uncontrolled, retrospective observational studies)_**

**_Change from start of gender-affirming hormones to age 22 years in glucose level (mmol/L) in transfemales_**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): +0.1 (-0.1 to 0.2) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | No statistically significant difference<br><br>Mean glucose level at 22 years (95% CI): 5.0 (4.8 to 5.1) | | |
| **Change from start of gender-affirming hormones to age 22 years in insulin level (mU/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI) +2.7 (-1.7 to 7.1) No statistically significant difference<br><br>Mean insulin level at 22 years (95% CI): 13.0 (8.4 to 17.6) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in insulin resistance (HOMA-IR) in transfemales. Higher scores indicate more insulin resistance.** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI) +0.7 (-0.2 to 1.5) No statistically significant difference<br><br>Mean HOMA-IR at 22 years (95% CI): 2.9 (1.9 to 3.9) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in glucose level (mmol/L) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI) 0.0 (-0.2 to 0.2) No statistically significant difference | Important | VERY LOW |

This document was prepared in October 2020

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|--|--|--|--|--|--|--|--|--|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | Mean glucose level at 22 years (95% CI): 4.8 (4.7 to 5.0) | | |
| **Change from start of gender-affirming hormones to age 22 years in insulin level (mU/L) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI) -2.1 (-3.9 to -0.3) Statistically significant decrease (p<0.05)<br><br>Mean insulin level at 22 years (95% CI): 8.6 (6.9 to 10.2) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in insulin resistance (HOMA-IR) in transmales. Higher scores indicate more insulin resistance.** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): -0.5 (-1.0 to -0.1) Statistically significant decrease (p<0.05)<br><br>Mean HOMA-IR at 22 years (95% CI): 1.8 (1.4 to 2.2) | Important | VERY LOW |
| **Change from start of testosterone in HbA1c in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N= Not reported | None | No statistically significant change from start of testosterone treatment<br><br>Numerical results, follow-up duration and further details of statistical analysis not reported. | Important | VERY LOW |

This document was prepared in October 2020

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Change in lipid profile (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in total cholesterol (mmol/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): +0.1 (-0.2 to 0.4) No statistically significant difference  Mean total cholesterol at 22 years (95% CI): 4.1 (3.8 to 4.4) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in HDL cholesterol (mmol/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): 0.0 (-0.1 to 0.2) No statistically significant difference  Mean HDL cholesterol at 22 years (95% CI): 1.6 (1.4 to 1.7) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in LDL cholesterol (mmol/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): 0.0 (-0.3 to 0.2) No statistically significant difference  Mean LDL cholesterol at 22 years (95% CI): 2.0 (1.8 to 2.3) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in triglycerides (mmol/L) in transfemales** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): +0.2 (0.0 to 0.5) Statistically significant increase (p<0.05)<br><br>Mean triglycerides at 22 years (95% CI): 1.1 (0.9 to 1.4) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in total cholesterol (mmol/L) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): +0.4 (0.2 to 0.6) Statistically significant increase (p<0.001)<br><br>Mean total cholesterol at 22 years (95% CI): 4.6 (4.3 to 4.8) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in HDL cholesterol (mmol/L) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI) -0.3 (-0.4 to -0.2) Statistically significant decrease (p<0.001)<br><br>Mean HDL cholesterol at 22 years (95% CI): 1.3 (1.2 to 1.3) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in LDL cholesterol (mmol/L) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): +0.4 (0.2 to 0.6) Statistically significant increase (p<0.001) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | Mean LDL cholesterol at 22 years (95% CI): 2.6 (2.4 to 2.8) | | |
| *Change from start of gender-affirming hormones to age 22 years in triglycerides (mmol/L) in transmales* | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI) +0.5 (0.3 to 0.7) Statistically significant increase (p<0.001)  Mean triglycerides at 22 years (95% CI): 1.3 (1.1 to 1.5) | Important | VERY LOW |

**Abbreviations:** BMI: boss mass index; CI: confidence interval; DBP: diastolic blood pressure; HbA1c: glycated haemoglobin; HDL: high-density lipoproteins; HOMA-IR: Homeostatic Model Assessment of Insulin Resistance; LDL: low-density lipoproteins; mmol/L: millimoles per litre; mU/L: milliunits per litre; SBP: systolic blood pressure; SD: standard deviation

*1 Downgraded 1 level - the cohort study by Klaver et al. (2020) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group)*
*2 Downgraded 1 level - the cohort study by Stoffers et al. (2019) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group)*

**Table 9: Question 2: For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Other safety outcomes**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Liver enzymes (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Change from start of testosterone in aspartate aminotransferase (AST) level in transmales (up to 24 months follow-up)* | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N= Not reported | None | No statistically significant change from start of testosterone treatment<br><br>Numerical results, follow-up duration and further details of statistical analysis not reported. | Important | VERY LOW |
| **Change from start of testosterone in alanine aminotransferase (ALT) level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N= Not reported | None | No statistically significant change from start of testosterone treatment<br><br>Numerical results, follow-up duration and further details of statistical analysis not reported. | Important | VERY LOW |
| **Change from start of testosterone in gamma-glutamyl transferase (GGT) level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N= Not reported | None | No statistically significant change from start of testosterone treatment<br><br>Numerical results, follow-up duration and further details of statistical analysis not reported. | Important | VERY LOW |
| **Change from start of testosterone in alkaline phosphatase (ALP) level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=62 (T0 and T1)<br><br>N=37 (T12)<br><br>N-15 (T24) | None | Median (IQR), U/L<br>T0: 102 (78 to 136)<br>T6: 115 (102 to 147)<br>T12: 112 (88 to 143)<br>T24: 81 (range 69 to 98)<br>Statistically significant increase from T0 at T6 and T12 (p<0.001) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Kidney markers (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Change from start of testosterone in serum creatinine level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=62 (T0 and T1)  N=37 (T12)  N=15 (T24) | None | Mean (SD), umol/L  T0: 62 (7)  T6: 70 (9)  T12: 74 (10)  T24: 81 (10)  Statistically significant increase from T0 at all timepoints (p<0.001) | Important | VERY LOW |
| **Change from start of testosterone in serum urea[2] level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N= Not reported | None | No statistically significant change from start of testosterone treatment  Numerical results, follow-up duration and further details of statistical analysis not reported. | Important | VERY LOW |
| **Adverse effects (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Permanent discontinuation of gender-affirming hormones (median follow-up 2.0 years (range 0.0 to 11.3)** | | | | | | | | | |
| 1 cohort study Khatchadourian et al. 2014 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=63 | None | No participants permanently discontinued gender-affirming hormones. | Important | VERY LOW |
| **Temporary discontinuation of gender-affirming hormones (median follow-up 2.0 years (range 0.0 to 11.3)** | | | | | | | | | |
| 1 cohort study Khatchadourian et al. 2014 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=63 | None | 3/37 transmales receiving testosterone temporarily discontinued treatment, 2 due to concomitant mental health | Important | VERY LOW |

This document was prepared in October 2020

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | comorbidities and 1 due to androgenic alopecia. All eventually resumed treatment.<br><br>No transfemales receiving oestrogen temporarily discontinued treatment | | |
| *Minor complications during treatment with gender-affirming hormones (median follow-up 2.0 years (range 0.0 to 11.3)* | | | | | | | | | |
| 1 cohort study Khatchado urian et al. 2014 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=63 | None | 12/63 participants had minor complications during treatment with gender-affirming hormones<br><br>All 12 were transmales receiving testosterone. Complications were severe acne (n=7), androgenic alopecia (n=1) mild dyslipidaemia (n=3) and significant mood swings (n=1)<br><br>No transfemales receiving oestrogen had minor complications | Important | VERY LOW |
| *Severe complications during treatment with gender-affirming hormones (median follow-up 2.0 years (range 0.0 to 11.3)* | | | | | | | | | |
| 1 cohort study Khatchado urian et al. 2014 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=63 | None | No severe complications reported during gender-affirming treatment | Important | VERY LOW |

**Abbreviations:** ALP: alkaline phosphatase; ALT: alanine aminotransferase; AST: aspartate aminotransferase; GGT: gamma-glutamyl transferase; IQR: interquartile range; SD: standard deviation; U/L: units per litre; umol/L: micromole per litre

This document was prepared in October 2020

1 Downgraded 1 level - the cohort study by Stoffers et al. (2019) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group)
2 Referred to as 'ureum' in original publication
3 Downgraded 1 level - the cohort study by Khatchadourian et al. (2014) was assessed as at high risk of bias (poor quality overall; lack of blinding, no control group and high number of participants lost to follow-up)

**Table 10: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Transfemales compared with transmales**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Transfemales | Transmales | Result (95% CI) | | |
| _Impact on mental health (1 uncontrolled, retrospective observational study)_ | | | | | | | | | |
| _Change from baseline in adjusted mean suicidality score, measured using the ASQ tool (mean treatment duration 349 days). Higher scores indicate a greater degree of suicidality._ | | | | | | | | | |
| 1 cohort study Allen et al. 2019 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=14 | N=33 | **Transfemales** T0 (baseline) = 1.21 (SE 0.36) T1 (final assessment) = 0.24 (SE 0.19) **Transmales** T0 (baseline) = 1.01 (SE 0.23) T1 (final assessment) = 0.29 (SE 0.13) No statistically significant difference in change from baseline between transfemales and transmales (p=0.79) | Critical | VERY LOW |
| _Impact on quality of life (1 uncontrolled, retrospective observational study)_ | | | | | | | | | |
| _Change from baseline in adjusted mean well-being score, measured using the GWBS of the Pediatric Quality of Life Inventory (mean treatment duration 349 days). Higher scores indicate better well-being._ | | | | | | | | | |
| 1 cohort study Allen et al. 2019 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=14 | N=33 | **Transfemales** T0 (baseline) = 58.44 (SE 4.09) T1 (final assessment) = 69.52 (SE 3.62) **Transmales** T0 (baseline) = 64.95 (SE 2.66) | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Transfemales | Transmales | Result (95% CI) | | |
| | | | | | | | T1 (final assessment) = 70.94 (SE 2.35)<br><br>No statistically significant difference in change from baseline between transfemales and transmales (p=0.32) | | |

**Abbreviations:** ASQ: Ask Suicide-Screening Questions; GWBS: General Well-Being Scale; SE: standard error

*1 The cohort study by Allen et al. 2019 was assessed at high risk of bias (poor quality; lack of blinding and no control group).*

**Table 11: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Sex assigned at birth males (transfemales)**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study type and number of studies Author year | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Change from baseline in mean depression symptoms in transfemales, measured using the Quick Inventory of Depressive Symptoms (QIDS), self-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more depression.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=40 | None | Baseline = 7.5 (SD 4.9) Follow-up = 6.6 (SD 4.4) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean depression symptoms in transfemales, measured using the Quick Inventory of Depressive Symptoms (QIDS), clinician-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=45 | None | Baseline = 4.2 (SD 3.2) Follow-up = 5.4 (SD 3.4) No statistical analysis reported for this sub-group | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study type and number of studies Author year | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Change from baseline in mean anxiety symptoms in transfemales, measured using the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe anxiety.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=33 | None | Baseline = 26.4 (SD 14.2) Follow-up = 24.3 (SD 15.4) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean panic symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=34 | None | Baseline = 5.7 (SD 4.9) Follow-up = 5.1 (SD 4.9) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean generalised anxiety symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=34 | None | Baseline = 8.6 (SD 5.1) Follow-up = 8.0 (SD 5.1) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean social anxiety symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=34 | None | Baseline = 7.1 (SD 3.9) Follow-up = 6.8 (SD 4.4) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean separation anxiety symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=34 | None | Baseline = 3.4 (SD 3.3) Follow-up = 2.7 (SD 2.3) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean school avoidance symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |

This document was prepared in October 2020

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study type and number of studies Author year | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=33 | None | Baseline = 1.8 (SD 1.7) Follow-up = 1.9 (SD 2.1) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in percentage of participants with suicidal ideation in transfemales, measured using the additional questions from the PHQ 9_Modified for Teens (approximately 12-month follow-up)** | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=17 | None | Wave 1 (baseline) = 11.8% (2/17) Wave 2 (approx. 12 months) = 5.9% (1/17) No statistical analysis reported | Critical | VERY LOW |
| **Impact on body image (1 uncontrolled, prospective observational study)** | | | | | | | | | |
| **Change from baseline in mean body image in transfemales, measured using the BIS (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores represent a higher degree of body dissatisfaction.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=30 | None | Baseline = 67.5 (SD 19.5) Follow-up = 49.0 (SD 21.6) No statistical analysis reported for this sub-group | Important | VERY LOW |

**Abbreviations:** BIS: Body Image Scale; PHQ 9: Patient Health Questionnaire 9; SCARED: Screen for Child Anxiety Related Emotional Disorders; SD: standard deviation

*1 Downgraded 1 level - the cohort study by Kuper et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*
*2 Downgraded 1 level - the cohort study by Achille et al. 2020 was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*
*3 Serious indirectness in Achille 2020- Approximately 30% of the full sample received puberty suppression alone or were receiving no treatment at final follow-up.*

**Table 12: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Sex assigned at birth females (transmales)**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Change from baseline in mean depression symptoms in transmales, measured using the Quick Inventory of Depressive Symptoms (QIDS), self-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=76 | None | Baseline = 10.4 (SD 5.0) Follow-up = 7.5 (SD 4.5) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean depression symptoms in transmales, measured using the Quick Inventory of Depressive Symptoms (QIDS), clinician-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=78 | None | Baseline = 6.7 (SD 4.4) Follow-up = 6.2 (SD 4.1) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean anxiety symptoms in transmales, measured using the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe anxiety.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=65 | None | Baseline = 35.4 (SD 16.5) Follow-up = 29.8 (SD 15.5) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean panic symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe symptoms.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=66 | None | Baseline = 9.3 (SD 6.5) Follow-up = 7.9 (SD 6.5) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean generalised anxiety symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=66 | None | Baseline = 10.4 (SD 5.0) Follow-up = 9.0 (SD 5.1) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean social anxiety symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.* | | | | | | | | | |
| 1 cohort study | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=66 | None | Baseline = 8.5 (SD 4.0) Follow-up = 7.8 (SD 4.1) | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Kuper et al. 2020 | | | | | | | No statistical analysis reported for this sub-group | | |
| **Change from baseline in mean separation anxiety symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=65 | None | Baseline = 4.2 (SD 3.4) Follow-up = 3.4 (SD 2.6) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean school avoidance symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=65 | None | Baseline = 2.9 (SD 2.3) Follow-up = 2.0 (SD 2.3) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in percentage of participants with suicidal ideation in transmales, measured using the additional questions from the PHQ 9_Modified for Teens (approximately 12-month follow-up)** | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[3] | No serious inconsistency | Not calculable | N=33 | None | Wave 1 (baseline) = 9.1% (3/33) Wave 2 (approx. 12 months) = 6.1% (2/33) No statistical analysis reported | Critical | VERY LOW |
| **Impact on body image (1 uncontrolled, prospective observational study)** | | | | | | | | | |
| **Change from baseline in mean body image in transmales, measured using the BIS (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores represent a higher degree of body dissatisfaction.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=66 | None | Baseline = 71.1 (SD 13.4) Follow-up = 52.9 (SD 16.8) No statistical analysis reported for this sub-group | Important | VERY LOW |

**Abbreviations:** BIS: Body Image Scale; PHQ 9: Patient Health Questionnaire 9; SCARED: Screen for Child Anxiety Related Emotional Disorders; SD: standard deviation

*1 Downgraded 1 level - the cohort study by Kuper et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*

This document was prepared in October 2020

2 Downgraded 1 level - the cohort study by Achille et al. 2020 was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).
3 Serious indirectness in Achille 2020- Approximately 30% of the full sample received puberty suppression alone or were receiving no treatment at final follow-up.

**Table 14: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Outcomes controlled for concurrent counselling and medicines for mental health problems**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Impact on mental health (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Change from baseline in mean depression score in transfemales, measured using the CESD-R (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicate more depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=17 | None | No statistically significant change from baseline (p=0.27) Numerical scores not reported | Critical | VERY LOW |
| *Change from baseline in mean depression score in transmales, measured using the CESD-R (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=33 | None | No statistically significant change from baseline (p=0.43) Numerical scores not reported | Critical | VERY LOW |
| *Change from baseline in depression score in transfemales, measured using the Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens) (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=17 | None | No statistically significant change from baseline (p=0.07) Numerical scores not reported | Critical | VERY LOW |
| *Change from baseline in depression score in transmales, measured using the Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens) (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=33 | None | No statistically significant change from baseline (p=0.67) Numerical scores not reported | Critical | VERY LOW |

This document was prepared in October 2020

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Impact on quality of life (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Change from baseline in mean quality of life score in transfemales, measured using the QLES-Q-SF (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicated better quality of life.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=17 | None | No statistically significant change from baseline (p=0.06) | Critical | VERY LOW |
| *Change from baseline in mean quality of life score in transmales, measured using the QLES-Q-SF (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicated better quality of life.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=33 | None | No statistically significant change from baseline (p=0.08) | Critical | VERY LOW |
| *Psychosocial Impact (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Functioning in adolescent development: Progresses normatively in school/ work during the real-life phase – impact on need for mental health treatment before or during gender identity assessment* | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=49 | None | Needed mental health treatment: 47% (15/32) functioning well<br><br>Did not need mental health treatment: 82% (14/17) functioning well<br><br>Statistically significant difference p=0.02 | Important | VERY LOW |
| *Functioning in adolescent development: Is age-appropriately able to deal with matters outside of the home during the real-life phase – impact on need for mental health treatment before or during gender identity assessment* | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=49 | None | Needed mental health treatment: 72% (23/32) managing well<br><br>Did not need mental health treatment: 94% (16/17) managing well | Important | VERY LOW |

This document was prepared in October 2020

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|--|--|--|--|---------------------|--|--|------------|----------|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | No statistically significant difference p=0.06 | | |
| **Functioning in adolescent development: Progresses normatively in school/ work during the real-life phase – impact on need for mental health treatment during the real-life phase** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=51 | None | Needed mental health treatment: 42% (10/24) functioning well<br><br>Did not need mental health treatment: 74% (20/27) functioning well<br><br>Statistically significant difference p=0.02 | Important | VERY LOW |
| **Functioning in adolescent development: Is age-appropriately able to deal with matters outside of the home during the real-life phase – impact on need for mental health treatment during the real-life phase** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=51 | None | Needed mental health treatment: 67% (16/24) managing well<br><br>Did not need mental health treatment: 93% (25/27) managing well<br><br>Statistically significant difference p=0.02 | Important | VERY LOW |

**Abbreviations:** CESD-R: Center for Epidemiologic Studies Depression; p: p-value; PHQ 9: Patient Health Questionnaire 9; QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire

*1 Downgraded 1 level - the cohort study by Achille et al 2020 was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*
*2 Serious indirectness in Achille 2020- Approximately 30% of the full sample received puberty suppression alone or were receiving no treatment at final follow-up.*
*3 Downgraded 1 level - the cohort study by Kaltiala et al. 2020 was assessed at high risk of bias (poor quality; lack of blinding and no control).*

**Table 15: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Tanner age**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Impact on mental health (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Change from baseline in mental health problems – depression, anxiety and anxiety-related symptoms (mean duration of gender-affirming hormone treatment was 10.9 months)** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=105 | None | No difference in outcomes found by Tanner age. Numerical results, statistical analysis and information on specific outcomes not reported. It is unclear from the paper whether Tanner age is at initial assessment, start of GnRH analogues, start of gender-affirming hormones, or another timepoint | Critical | VERY LOW |
| **Impact on body image (1 uncontrolled, prospective observational study)** | | | | | | | | | |
| **Change from baseline in mean body image, measured using the BIS (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores represent a higher degree of body dissatisfaction.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=105 | None | No difference in body image score found by Tanner age. Numerical results, statistical analysis and information on specific outcomes not reported. It is unclear from the paper whether Tanner age is at initial assessment, start of GnRH analogues, start of gender-affirming hormones, or another timepoint | Important | VERY LOW |

**Abbreviations:** BIS: Body Image Scale

*1 Downgraded 1 level - the cohort study by Kuper et al. 2020 was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*

## Glossary

| | |
|---|---|
| Ask Suicide-Screening Questions (ASQ) | ASQ is a four-item dichotomous (yes, no) response measure with high sensitivity, designed to identify risk of suicide. A patient is considered to have screened positive if they answered yes to any item. The authors of Allen et al. 2019 altered the fourth item of the ASQ ("Have you ever tried to kill yourself?") and prefaced it with "In the past few weeks . . ." as they were not investigating lifetime suicidality. A response of 'no' was scored as 0 and a response of 'yes' was scored as 1; each item was summed, generating an overall score for suicidality on a scale ranging from 0 to 4, with higher scores indicating greater levels of suicidal ideation. |
| Beck Depression Inventory-II (BDI-II) | The BDI-II is a tool for assessing depressive symptoms. There are no specific scores to categorise depression severity, but it is suggested that 0 to 13 is minimal symptoms, 14 to 19 is mild depression, 20 to 28 is moderate depression, and severe depression is 29 to 63. |
| Body Image Scale (BIS) | The BIS is used to measure body satisfaction. The scale consists of 30 body features, which the person rates on a 5-point scale. Each of the 30 items falls into one of 3 basic groups based on its relative importance as a gender-defining body feature: primary sex characteristics, secondary sex characteristics, and neutral body characteristics. A higher score indicates more dissatisfaction. |
| Bone mineral apparent density (BMAD) | BMAD is a size adjusted value of bone mineral density (BMD) incorporating bone size measurements using UK norms in growing adolescents. |
| Center for Epidemiologic Studies Depression scale (CESD-R) | The CESD-R is a valid, widely used tool to access depressive symptoms. The CESD-R asks about how frequently a person has felt or behaved in a certain way; with 20 questions scored from 0 score is calculated as a sum of 20 questions, ranging from 0 ("not at all or less than one day") to 3 ("5–7 days" and/or "nearly every day for 2 weeks"). Total score ranges from 0 to 60, with higher scores indicating more depressive symptoms. |
| Cisgender | Cisgender is a term for someone whose gender identity matches their birth-registered sex. |
| Family APGAR (Adaptability, Partnership, Growth, Affection and Resolve) test | The Family APGAR test is a 5-item questionnaire, with higher scores indicating better family functioning. The authors reported the following interpretation of the score: functional, 17-20 points; mildly dysfunctional, 16-13 points; moderately dysfunctional, 12-10 point; severely dysfunctional, <9 points. |
| Gender | The roles, behaviours, activities, attributes and opportunities that any society considers appropriate for girls and boys, and women and men. |
| Gender dysphoria | Discomfort or distress that is caused by a discrepancy between a person's gender identity (how they see themselves  regarding their gender) and that person's sex assigned at birth (and the associated gender role, and/or primary and secondary sex characteristics). |

| General Well-Being Scale (GWBS) of the Pediatric Quality of Life Inventory score | The GWBS of the Pediatric Quality of Life Inventory uses uses a 5-point response scale, contains seven items, and measures two dimensions: general wellbeing (6 items) and general health (1 item). Each item is scored from 0 to 4, and the total score is linearly transformed to a 0 to 100 scale. High scores reflect fewer perceived problems and greater well-being. |
|---|---|
| GnRH analogue | GnRH analogues competitively block GnRH receptors to prevent the spontaneous release of two gonadotropin hormones, Follicular Stimulating Hormone (FSH) and Luteinising Hormone (LH) from the pituitary gland. The reduction in LH and FSH secretion reduces oestradiol secretion from the ovaries in those whose sex assigned at birth was female and testosterone secretion from the testes in those whose sex assigned at birth was male. |
| Patient Health Questionnaire Modified for Teens score (PHQ 9_Modified for Teens) | The PHQ 9_Modified for Teens is a validated tool to assess depression, dysthymia and suicide risk. The tool consists of 9 questions scored from 0 to 3 (total score 0 to 27), plus an additional 4 questions that are not scored. A score of 0 to 4 suggests no or minimal depressive symptoms, 5 to 9 mild, 10-14 moderate, 15-19 moderate and 20-27 severe symptoms. |
| Quick Inventory of Depressive Symptoms (QIDS) | Both the clinician- and self-reported QIDS are validated tools to assess depressive symptoms. The tool consists of 16 items, with the highest score for 9 items (sleep, weight, psychomotor changes, depressed mood, decreased interest, fatigue, guilt, concentration, and suicidal ideation) are added to give a total score ranging from 0 to 27. A score of 0 to 5 is suggestive of no depressive symptoms, 6 to 10 mild symptoms, 11 to 15 moderate symptoms, 16-20 severe symptoms and 21 to 27 very severe symptoms. |
| Quality of Life Enjoyment and Satisfaction Questionnaire (QLES-Q-SF) | QLES-Q-SF is a validated questionnaire, consisting of 15 questions that rate quality of life on a scale of 1 (poor) to 5 (very good). |
| Screen for Child Anxiety Related Emotional Disorders (SCARED) questionnaire | SCARED is a validated, 41-point questionnaire, with each item scored 0 to 2. A total score of 25 or more is suggestive of anxiety disorder, with scores above 30 being more specific. Certain scores for specific questions may indicate the presence of other anxiety-related disorders:<br>A score of 7 or more in questions related to panic disorder or significant somatic symptoms may indicate the presence of these.<br>A score of 9 or more in questions related to generalised anxiety disorder may indicate the presence of this.<br>A score of 5 or more in questions related to separation anxiety may indicate the presence of this.<br>A score of 8 or more in questions related to social anxiety disorder may indicate the presence of this.<br>A score of 3 or more in questions related to significant school avoidance may indicate the presence of this. |
| State-Trait Anxiety Inventory (STAI) score | STAI is a validated and commonly used measure of state anxiety (current state of anxiety) and trait anxiety (general state of calmness, confidence and security). It has 40 items, the first 20 covering state anxiety, the second 20 covering trait anxiety. STAI |

| | can be used in clinical settings to diagnose anxiety and to distinguish it from depressive illness. Each subtest (state and trait) is scored between 20 and 80, with higher scores indicating greater anxiety. There is no published minimal clinically meaningful difference (MCID) for STAI or thresholds for anxiety severity. |
|---|---|
| Strengths and Difficulties Questionnaire (SDQ, Spanish version | The SDQ, Spanish version includes 25-items covering emotional symptoms, conduct problems, hyperactivity/ inattention, peer relationship problems and prosocial behaviour. The authors state that a score of more than 20 is considered indicative of risk of having a disorder (normal: 0-15; borderline: 16-19, abnormal: 20-40). |
| Tanner stage | Tanner staging is a scale of physical development. |
| Transgender (including transmale and transfemale) | Transgender is a term for someone whose gender identity is not congruent with their birth-registered sex. A transfemale is a person who identifies as female and a transmale is a person who identifies as male. |
| Utrecht Gender Dysphoria Scale (UGDS) | The UGDS is a validated screening tool for both adolescents and adults to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. Higher scores indicate higher levels of gender dysphoria. |

## References

**Included studies**

- Achille, C., Taggart, T., Eaton, N.R. et al. (2020) Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. International Journal of Pediatric Endocrinology 2020(1): 8
- Allen, LR, Watson, LB, Egan, AM et al. (2019) Well-being and suicidality among transgender youth after gender-affirming hormones. Clinical Practice in Pediatric Psychology 7(3): 302-311
- Kaltiala, R., Heino, E., Tyolajarvi, M. et al. (2020) Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nordic Journal of Psychiatry 74(3): 213-219
- Khatchadourian K, Amed S, Metzger DL (2014) Clinical management of youth with gender dysphoria in Vancouver. The Journal of pediatrics 164(4): 906-11
- Klaver, Maartje, de Mutsert, Renee, van der Loos, Maria A T C et al. (2020) Hormonal Treatment and Cardiovascular Risk Profile in Transgender Adolescents. Pediatrics 145(3)
- Klink D, Caris M, Heijboer A et al. (2015) Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. The Journal of Clinical Endocrinology and Metabolism 100(2): e270-5

- Kuper, Laura E, Stewart, Sunita, Preston, Stephanie et al. (2020) Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. Pediatrics 145(4)
- Lopez de Lara, D., Perez Rodriguez, O., Cuellar Flores, I. et al. (2020) Psychosocial assessment in transgender adolescents. Anales de Pediatria
- Stoffers, Iris E; de Vries, Martine C; Hannema, Sabine E (2019) Physical changes, laboratory parameters, and bone mineral density during testosterone treatment in adolescents with gender dysphoria. The journal of sexual medicine 16(9): 1459-1468
- Vlot MC, Klink DT, den Heijer M et al. (2017) Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone 95: 11-19

**Other references**

- World Health Organisation (2018) International Classification of Diseases 11. Available from https://icd.who.int/ [accessed 27 August 2020]
- American Psychiatric Association. (2013). Diagnostic and statistical Manual of Mental Disorders (DSM-5) (5th ed).  Washington, DC and London: American Psychiatric Publishing. pp.451-460. Available from: https://www.psychiatry.org/patients-families/gender-dysphoria/what-is-gender-dysphoria [accessed 27 August 2020]
- NHS England (2013). NHS Standard contract for gender identity development service for children and adolescents https://www.england.nhs.uk/wp-content/uploads/2017/04/gender-development-service-children-adolescents.pdf [accessed 27 August 2020]
- NHS England (2016). Clinical Commissioning Policy: Prescribing of Cross-Sex Hormones as part of the Gender Identity Development Service for Children and Adolescents https://www.england.nhs.uk/wp-content/uploads/2018/07/Prescribing-of-cross-sex-hormones-as-part-of-the-gender-identity-development-service-for-children-and-adolesce.pdf [accessed 27 August 2020]

**Copyright**

© NICE 2021. All rights reserved. Subject to Notice of rights