



# Patient safety for children and young people with gender incongruence

Published March 9, 2023          Last updated March 9, 2023

ISBN 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-028-9

Scroll through the report

People with gender incongruence and gender dysphoria have different wishes and needs for health services. Many people live well with their gender incongruence and manage it without health care, and others want and need health care. (See glossary in chapter 13 for word explanations)

When Ukom enters the topic of gender incongruence, we look at how patient safety is safeguarded in help and treatment services for gender incongruence and gender dysphoria. Our aim with the survey is to ensure safe help and treatment for children and young people with gender incongruence.

DX 15

There is an ongoing public debate about treatment options for gender incongruence. This is demanding, and many refuse to participate in the debate. It can be challenging and difficult to participate because disagreements are large both between groups and within groups. We see that choice of words and understanding of the complexity is important. The situation of insecurity and disagreement affects the development of healthcare services.

In our report, we have tried to highlight different perspectives. At the same time, it is important for us to be clear about our findings. That is, what challenges patient safety. Many have worked and are working to confirm and build a good health service for people with gender incongruity and gender dysphoria, both nationally and internationally. Ukom's report builds on this work. We point out that this field now needs a boost to improve patient safety, especially for the health care that is to be provided to children and young people in Norway.

## Summary

Ukom has carried out a survey of the treatment offered to children and young people with gender incongruence. The background was notifications directly to Ukom from relatives who question several matters related to patient safety. Several actors, both from the authority side, healthcare personnel and patient and relative organisations, are questioning the soundness and organization of the treatment offer.

The report deals with children and young people in general. There has been a large increase in inquiries to the health service from people with gender incongruity in recent years. In particular, the number of children and young people in their teens who apply to, or are referred for assessment and treatment in the specialist health service, has increased significantly. The biggest increase is among adolescents and young adults who are registered as girls at birth, but identify as boys. Our attention has therefore been particularly directed at teenagers and young people with gender incongruence and gender dysphoria who seek health care.

Children and young people are not fully developed physically, mentally, sexually or socially. This requires special vigilance with regard to patient safety. Our findings and recommendations will also be relevant for the offer for adults.

In the report, we have divided our findings into six main areas:

## Insufficient knowledge

The knowledge base, especially research-based knowledge for gender-affirming treatment (hormonal and surgical), is deficient and the long-term effects are little known. This is particularly true for the teenage population where the stability of their gender incongruence is also not known. There is a lack of research-based knowledge about the treatment of patients with non-binary gender incongruence. In order to safeguard patient safety, Ukom considers it necessary that the knowledge base on gender incongruity and gender dysphoria be strengthened, and that the health service offer be arranged in line with the knowledge base.

## General management - a guideline with a different background

The Norwegian Directorate of Health's national professional guidelines for gender incongruity lay down guidelines for the health service offer. It concentrates on organisation, equality and rights. This may have been important at the time the guideline was drawn up, because it was necessary to confirm the health service offer to people who experience gender incongruity. At the same time, we consider that deviating from the requirement for the development of knowledge-based guidelines has created room for uncertainty and diverging expectations. Health personnel have been given great opportunities for interpretation within a relatively narrow subject area that lacks a systematic summary of knowledge in Norway. The guideline gives rights without clarifying questions related to prioritization and soundness. This is demanding for the health personnel who manage the services on a daily basis.

## Requirements for soundness - particularly related to children and young people

The national professional guideline for gender incongruence is not normative. It does not set specific requirements for investigation or requirements for a medical indication for starting treatment. The mention of children's competence to consent and parents' right to information leaves room for interpretation. The guideline does not establish a sufficient standard for the health service offer, and we believe that for some patients it may pose a patient safety risk. This may go beyond the soundness requirement, which has broad roots in health legislation, and may also be demanding for the supervisory authorities.

## Right to healthcare – a gap in expectations

Our investigation suggests that there is a gap between what the guideline outlines and what is possible, given today's available offer and knowledge base. The national professional guideline creates expectations in patients that the health service can only fulfill to a small extent. This applies, among other things, to the right to specialist healthcare services. It is difficult for the service to meet expectations without the knowledge base being well documented, and without a good overview of any negative and harmful aspects of the various treatments. If there is a requirement to use principles for experimental treatment, it will provide a framework that ensures information, thorough follow-up and contributes to more knowledge.

## The help and treatment offer - variation in practice and expertise

There is great variation in what offers and what expertise is offered in different parts of the country. There is a risk of both under-, over- and incorrect treatment of children and young people with gender incongruence and gender dysphoria. In addition, we see that there are challenges in establishing a decentralized offer in a narrow and complex specialist field. In order to strengthen the offer, Ukom believes that it is important to strengthen the health service offer in the primary healthcare

service, to build increased interdisciplinary expertise in the specialist healthcare service at regional level and to ensure that the national treatment service has sufficient capacity to meet today's demands.

## Speech climate and interaction

We see that in the field of gender incongruence, a demanding climate of expression has developed. The speech climate in the public space affects the information available for children and young people with gender incongruence and gender dysphoria and their families. There is a significant impact on children and young people, also related to treatment and health services. We hear about fear and dread of making mistakes from all quarters. Different opinions about what is the right treatment can create a difficult cross-pressure. Different emphasis and mention of what is necessary at group level can confuse and destroy the patient-therapist relationship and a personalized approach for the person concerned. There is a need to establish a constructive community for everyone who is engaged in good health care for people with gender incongruity.

## Ukom recommends

We are concerned that children and young people with gender incongruence have a safe and sound healthcare service. We therefore come up with recommendations that can contribute to this group receiving a better and safer health service offer in the long term. Our recommendations relate to revision of the guidelines, safe frameworks for treatment offered to children and young people and measures to strengthen the knowledge base. The recommendations will also contribute to the systematic collection of data and promote follow-up research. It is important that children and young people with gender incongruence and gender dysphoria, including non-binary ones, are properly looked after while the development of the healthcare service is ongoing.

Ukom recommends:

1. that the Ministry of Health and Care commissions the Directorate of Health to revise the national professional guideline, Gender congruence. The revision must, among other things, be based on a systematic summary of knowledge. We point to several elements that should be included in the audit.

2. that puberty delaying treatment (puberty blockers) and hormonal and surgical gender confirmation treatment for children and young people are defined as experimental treatment. This is particularly important for teenagers with gender dysphoria.

3. that the Ministry of Health and Care is considering whether a national medical quality register should be established for the treatment of children and young people with gender incongruity and gender dysphoria. Necessary measures must be implemented so that such a national quality register can be established, operated and financed in order to contribute to an overview, better quality and reduce unjustified variation in patient treatment.

Continue reading:   **Background**

**Download / Print:**

Download PDF of chapter     Download the PDF of the report

## Browse the report:

1. **Summary**

2. Background

3. Short about gender incongruity

4. Input from patients and relatives

5. Our findings: Overall governance – a guideline with a different background

6. Our findings: Help and treatment services - variation in practice and expertise

7. Our findings: Insufficient knowledge

8. Our findings: Requirements for soundness - particularly related to children and young people

9. Our findings: Right to health care - a gap in expectations

10. Our findings: Speech climate and interaction

11   Our recommendations

12   Procedure for the examination

13   Dictionary

14   Ukom's mission

15   Reference list

## About us

English
Declaration of availability

## Contact Us

Email
post@ukom.no

Office address
Forusparken 2, 4031 Stavanger

Postal address
PO Box 225 Skøyen, 0213 Oslo

## Our work

Reports
Investigations
Safety notices
Report

Org no: 921018924        Facebook        LinkedIn        Privacy statement