

April 21, 2022

# WPATH/USPATH Denounce Florida Department of Health for Harmful Guidelines Targeting Trans Youth

The World Professional Association for Transgender Health (WPATH) and United States Professional Association for Transgender Health (USPATH) denounce guidance from the Florida Department of Health aimed at stopping medically necessary health care for transgender youth. The Florida guidelines were issued in response to a fact sheet on gender-affirming care put forth by the U.S. Department of Health and Human Services.

"Florida's Health Department should be looking out for the interests of trans youth instead of misrepresenting the science on how to care for them. This so-called guidance is dangerous and will contribute to putting Florida's trans youth population, their families, and their care providers in harm's way. It is shameful to see yet another attack from a state that is laser-focused on targeting trans and LGBQ people for political gain."

##

Visit https://www.wpath.org/policies to view our public documents.

Visit https://www.tandfonline.com/loi/wijt20 to view the International Journal of Transgender Health with open access to our editorials.



DEKKERFL_WPATH_000426