IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| AUGUST DEKKER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JASON WEIDA, *et al.*,<br><br>Defendants. | Case No. 4:22-CV-00325-RH-MAF |

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY BIOMEDICAL ETHICS AND PUBLIC HEALTH SCHOLARS IN SUPPORT OF PLAINTIFFS' CHALLENGE TO RULE 59G-1.050(7) OF THE FLORIDA ADMINISTRATIVE CODE AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination request leave to appear as *amici curiae* ("*Amici*") in support of Plaintiffs' challenge to Rule 59G-1.050(7) of the Florida Administrative Code and Plaintiffs' Opposition to Defendants' Motion for Summary Judgment in the above-captioned case.

1. This motion and proposed brief are timely because it is being "submitted by not later than the deadline for the corresponding filing of the party whose position the amicus seeks to support." Dkt. 43 at 1-2. That deadline is April 28, 2023. *See* Dkt. 67 at 3, Local R. 56.1(C).

2. *Amici* have met and conferred with the parties in good faith as required by the Local Rules. Both Plaintiffs and Defendants consent to the filing of the proposed amicus brief.

3. *Amici* have an interest in ensuring that the principles of biomedical ethics are accurately described and properly applied and offer a unique perspective to this Court derived from study of and experience in the field.

**WHEREFORE**, *Amici* respectfully request an order granting leave to file the attached brief.

## STATEMENT OF INTEREST

*Amici* listed in the Appendix are professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination. Biomedical ethics, sometimes referred to as bioethics, is "the discipline of ethics dealing with moral problems arising in the practice of medicine and the pursuit of biomedical research." J. R. Vevaina et al., 39 *Issues in biomedical ethics* 869–925 (1993), https://pubmed.ncbi.nlm.nih.gov/8243220. *Amici* have a strong interest in ensuring that principles of biomedical ethics are accurately described and properly applied. They submit this brief to explain how Florida Administrative Code 59G-1.050(7) is inconsistent with foundational principles of biomedical ethics.

## MEMORANDUM OF LAW

*Amici* offer a unique and important perspective and believe their briefing will benefit the court. Plaintiffs challenge the Florida Administrative Code 59G-1.050(7) (the "Challenged Exclusion"), which denies transgender Medicaid beneficiaries coverage for gender-affirming care, even when the patient's medical provider deems the care medically necessary for treating gender dysphoria and in the patient's best interest. In their brief, *amici* explain how the Challenged Exclusion contravenes fundamental and well-established principles of biomedical ethics and misunderstands how medical knowledge is generated, creating serious, harmful consequences for individual patients and public health more generally. *Amici* thus provide the court with crucial background and information necessary to fully understanding the arguments advanced by both Plaintiffs and Defendants.

## CONCLUSION

For these reasons, *amici* respectfully request that this Court grant their motion for leave to file their proposed amicus brief (attached) in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

Dated: April 28, 2023

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2103
Telephone:  (212) 479-6000

Elizabeth F. Reinhardt*
COOLEY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone: (617) 937-2305
Admitted to practice in Massachusetts only
Not admitted to practice in Washington, DC
Supervised by active members of the Washington, DC Bar

Respectfully submitted,

*/s/ Kathleen Hartnett*

Kathleen Hartnett*
Julie Veroff*
Zoë Helstrom*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   (415) 693-2000

Barrett Anderson**
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:   (858) 550-6000

*Attorneys for Amici Curiae*

*\*Admitted Pro Hac Vice*
*\*Pro Hac Vice Application Pending*

# APPENDIX

## List of *Amici Curiae*

*Amici* include the following individuals, whose affiliations are provided for identification purposes only:

**Jamie R. Abrams**
Professor of Law
American University Washington College of Law

**Aziza Ahmed**
Professor of Law
Boston University School of Law

**Florence Ashley**
Incoming Assistant Professor
University of Alberta Faculty of Law

**Elizabeth Boskey**
Instructor
Harvard T.H. Chan School of Public Health

**Jessica Clarke**
Cornelius Vanderbilt Chair
Vanderbilt Law School

**David S. Cohen**
Professor of Law
Drexel University
Thomas R. Kline School of Law

**I. Glenn Cohen**
Deputy Dean and James A. Attwood and Leslie Williams Professor of Law
Faculty Director, Petrie-Flom Center for Health Law Policy, Biotechnology & Bioethics
Harvard Law School

**Doron Dorfman**
Associate Professor of Law
Seton Hall Law School

**Charlene A. Galarneau**
Senior Lecturer, Department of Global Health and Social Medicine
Faculty Member, Center for Bioethics
Harvard Medical School

**Holly Fernandez Lynch**
Assistant Professor of Medical Ethics and Law
University of Pennsylvania

**Maya Manian**
Professor of Law
Faculty Director, Health Law and Policy Program
American University Washington College of Law

**Benjamin Mason Meier**
Professor of Global Health Policy
University of North Carolina at Chapel Hill

**Nadia N. Sawicki**
Professor of Law
Co-Director, Beazley Institute for Health Law & Policy
Loyola University Chicago School of Law

**Michael R. Ulrich**
Assistant Professor of Health Law, Ethics & Human Rights
Boston University School of Public Health and School of Law

**Ruqaiijah Yearby**
Kara J. Trott Professor in Health Law
Moritz College of Law
The Ohio State University