# APPENDIX 1

# Plaintiffs' Witness List

| Witness | Will Call | May Call | Deposition |
|---|---|---|---|
| August Dekker | X | | |
| Brith Rothstein | X | | |
| Jade Ladue | X | | |
| Jane Doe | X | | |
| John Doe | | X | |
| Jeffrey English | X | | |
| Ann Dalton | | | X[1] |
| Matthew Brackett | | | X[2] |
| Dr. Armand H. Antommaria | X | | |
| Kellan E. Baker, M.A., M.P.H., PhD | X | | |
| Dr. Dan H. Karasic | X | | |
| Dr. Johanna Olson-Kennedy | X | | |

---

[1] Plaintiffs will enter the designated portions of Ms. Dalton's deposition transcript dated January 24, 2023 if Defendant does not call her to testify.

[2] Plaintiffs will enter the designated portions of Mr. Brackett's deposition transcripts dated February 8, 2023 and March 8, 2023 if Defendant does not call him to testify.

| | | | |
|---|---|---|---|
| Dr. Loren S. Schechter | X | | |
| Dr. Daniel Shumer | X | | |
| Dr. E. Kale Edmiston | X | | |
| Dr. Aron Janssen | X | | |
| Denise Brogan-Kator | X | | |
| Records Custodian | | X | |
| Kim Hutton | | X | |