IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.:  4:22-CV-00325-RH-MAF

AUGUST DEKKER, et al.,

    Plaintiff,

vs.

JASON WEIDA, et al.,

    Defendant.

_____/

REMOTE ZOOM-RECORDED DEPOSITION OF

AUGUST DEKKER

VOLUME 1
Pages 1 through 35

Thursday, January 26, 2023

10:02 a.m. - 10:54 p.m.

Location:  Phipps Reporting
20 N. Orange Avenue, Suite 700
Orlando, Florida 32801

STENOGRAPHICALLY REPORTED BY
SANDRA NARUP
RPR, RSA, FPR-C

Job No.:  291657

```
 1    Q.   And have you taken Prednisone?
 2    A.   Yes.
 3    Q.   You still take it?
 4    A.   No.
 5    Q.   What about tocilizumab, T-O-C-I-L-I-Z-U-M-A-B?
 6         MR. CHARLES:  Sorry.  Gary, can you spell that
 7    again more slowly?
 8         MR. PERKO:  Sure.  T-O-C-I-L-I-Z-U-M-A-B.
 9    A.   I believe that's my Actemra, so, yes.
10  BY MR. PERKO:
11    Q.   You still take it?
12    A.   Yes.
13    Q.   Did the provider at Metro Inclusive Health, or
14  whoever prescribed these drugs, advise you of any
15  essential adverse effects of taking these medications at
16  the same time as testosterone?
17    A.   No.  But I worked closely with my
18  rheumatologist to avoid these risks.
19    Q.   So your rheumatologist explained the risks
20  associated with taking these medications at the same
21  time as testosterone?
22    A.   Yes, I was made aware of it.
23    Q.   Have you been told by any of your healthcare
24  providers that celecoxib increases the risk of
25  cardiovascular disease?
```

1    A.   I believe so.
2    Q.   Do you happen to know the M.D.'s name?
3    A.   No, I do not.
4    Q.   When you were prescribed -- first prescribed
5  testosterone, were you advised of the risks and benefits
6  of taking that hormone?
7         MR. CHARLES:  Objection.  Asked and answered.
8         You can answer.
9    A.   Yes, I was.
10 BY MR. PERKO:
11   Q.   Had you been informed by any of your healthcare
12 providers that the warning label for testosterone says
13 that it may cause liver problems?
14   A.   No.
15   Q.   Do you know if your liver tests are being
16 monitored by the prescriber of testosterone?
17   A.   They're being monitored by my rheumatologist
18 every eight weeks.
19   Q.   Have you been told that doses of testosterone
20 used to treat gender dysphoria can lead to high red
21 blood cell counts?
22        MR. CHARLES:  Sorry.  Can you say that again,
23    Gary?  I couldn't hear you.
24        MR. PERKO:  Sure.
25 BY MR. PERKO:

Page 29

1   A.   Benefits included increased body hair, deepened
2   voice, enlargement of the clitoris, increased body and
3   facial hair, increased muscle tone. Probably a few
4   other things I'm forgetting.
5   Q.   Okay. What benefits have you experienced from
6   taking testosterone?
7   A.   My mental health has significantly improved
8   since I -- well, whenever I'm on testosterone, I no
9   longer have any suicidal ideations, I am generally the
10  most stable and happy I have ever been.
11  Q.   Earlier today, Mr. Perko asked about a hospital
12  visit in January of 2019. Is that correct?
13  A.   Yes.
14  Q.   And you responded -- I'm paraphrasing here --
15  that that was related to an unsupportive, abusive
16  partner. Is that correct?
17  A.   Yes.
18  Q.   Were there other reasons that caused your
19  experience of suicidal ideation at that time?
20  A.   My situation was complicated by the fact that
21  I -- this was the same partner who convinced me to stop
22  my testosterone treatment, and I was experiencing mental
23  health issues due to not having my medication.
24  Q.   By medication, are you referring to
25  testosterone?

1    A.   Yes.
2    Q.   Earlier today -- I'm paraphrasing here -- you
3    told Mr. Perko that there were negative effects to
4    stopping testosterone. Is that correct?
5    A.   Yes.
6    Q.   Were there negative mental health effects that
7    you experienced as well?
8    A.   Yes.
9    Q.   And what were some of those?
10   A.   My social anxiety specifically was very, very
11   high. I did not want to go outside or to leave the
12   house because, afraid of being perceived as female.
13        My depression also worsened significantly, and
14   that contributed to me not wanting to interact with the
15   outside world.
16        MR. CHARLES:  Okay.  Unless you have anything
17   else, Gary, I think we're okay.
18        MR. PERKO:  I don't have anything else.
19        Mr. Dekker, you have the right to review the
20   transcript of the deposition to identify any
21   transcription errors.  Would you like to do that?
22        THE WITNESS:  Yes.
23        MR. PERKO:  I have nothing further.  Thank you
24   for your time, Mr. Dekker.
25        THE CERTIFIED STENOGRAPHER:  Okay.  And --