Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.         )
                              )
          Plaintiffs,         )
                              )
vs.                           ) NO. 4:22-CV-00325-RH-MAF
                              )
                              )
JASON WEIDA, et al.,          )
                              )
          Defendants.         )


VIDEOCONFERENCE DEPOSITION OF
G. KEVIN DONOVAN, M.D., M.A.
LOCATED IN SAND SPRINGS, OKLAHOMA
TAKEN ON BEHALF OF THE PLAINTIFFS
ON MARCH 22, 2023

REPORTED BY:  JANA C. HAZELBAKER, CSR

1    web page of the Catholic Medical Association?
2        A    I don't think so.
3        Q    So the website states that, "The following
4    are resolutions accepted as positions at the Catholic
5    Medical Association."
6             And we're going to jump to the resolutions
7    that are listed in the topic of "Family and Sexual
8    Education."  Specifically I'm going to look at
9    Resolution 8-12, which is a resolution on transgender
10   treatments.
11            Resolution 8-12 reads that, "The Catholic
12   Medical Association does not support the use of any
13   hormones, hormone-blocking agents, or surgery in all
14   human persons for the treatment of gender dysphoria."
15            Were you aware of this resolution of the
16   Catholic Medical Association?
17       A    No.  As I've mentioned, I'm not a member of
18   the Catholic Medical Association.
19       Q    And if you --
20       A    I wasn't aware of this.
21       Q    You weren't aware of this?
22       A    No.
23       Q    If you had been aware of this, would it
24   have changed your decision to publish in the Catholic
25   Medical Association's official journal?

1      A    Well, I -- I imagine that I would probably
2    be pleased if anybody agrees with me.
3      Q    So are your beliefs aligned with this
4    resolution?
5      A    I don't know because I haven't seen the
6    full text of it.  I just see a title there.
7      Q    So this is the full text of the resolution.
8    The title is "8-12:  Resolution on Transgender
9    Treatments."  And then it says "Be it resolved."
10     A    Well, then, that does sound reasonable.
11     Q    Okay.  And then if we move down to
12   Resolution 8-13, which is the "Resolution on Gender
13   Dysphoria," it reads, "Be it resolved that the
14   Catholic Medical Association and its members reject
15   all policies that condition all persons with gender
16   dysphoria to accept as normal a life of chemical and
17   surgical impersonation of the opposite sex.  Further,
18   that the use of puberty-blocking hormones and
19   cross-sex hormones and surgical reassignment surgery
20   be rejected."
21          Were you aware of this resolution of the
22   Catholic Medical Association?
23     A    No.  Like I said, I've never seen this page
24   before and I don't know if any of these were ever
25   adopted.

Page 120

1  Q   These are on the website of the Catholic
2  Medical Association as adopted resolutions.
3  A   Okay.
4  Q   I'll represent that to you.  And so if you
5  had been aware of this resolution, would it have
6  impacted your decision to publish in The Linacre
7  Quarterly, the Catholic Medical Association's
8  official publication?
9  A   No.
10 Q   And are your beliefs around the treatment
11 of gender dysphoria aligned with this
12 Resolution 8-13?
13 A   I would not have used this language, but I
14 don't have severe disagreements with it.
15 Q   Okay.  At this point we're going to turn
16 back to what has been marked as Plaintiffs'
17 Exhibit 1.  And that is your report, which is not on
18 my screen anymore, so I'm going to have to stop that
19 share again.
20         (Document is displayed).
21         This, we already identified, as the expert
22 declaration that was provided, written by you and
23 provided to plaintiffs by the defendants in the
24 lawsuit that brings us here today, Dekker versus
25 Weida.

```
 1   by your terminology.  So you say that you "have
 2   studied issues surrounding transgender patients."
 3   Specifically, what issues related to transgender
 4   patients have you studied?
 5        A    Well, I think that the things that I have
 6   read about and been concerned about exactly parallel
 7   those that you see in the younger patients, as well,
 8   in terms of the concept, the diagnosis and the
 9   treatment and the results.
10        Q    So can you estimate how many times you've
11   been consulted on issues specific to transgender
12   patients?
13        A    No.  I mean, these are not formal
14   consultations, these are discussions.
15        Q    I'm sorry.  So going back to your role
16   providing ethical consultations, either -- I guess at
17   Georgetown would have been primarily the period of
18   time we're talking about.  Can you estimate how many
19   of those ethical consults would have related to
20   transgender patients?
21        A    None of the hospital consults related to
22   transgender patients as transgender patients.
23        Q    So you've not given an ethical consult with
24   regard to patient care for a patient that was
25   transgender?
```

1       A    Not for an individual patient, no.
2       Q    And that extends to both children and
3   adults?
4       A    Correct.
5       Q    Moving on to Paragraph 11 where you say,
6   "For ethical as well as medical reasons, I have never
7   prescribed medications nor referred for surgery any
8   patients that consider themselves transgender."
9            These medical reasons you reference --
10  going back to your specialty, you're a pediatric
11  gastroenterologist.  We've established that.  That's
12  right, right?  Is that right?
13      A    Yes.
14      Q    Did any of your pediatric gastroenterology
15  patients identify as transgender, to your knowledge?
16      A    No --
17      Q    To your knowledge --
18      A    -- not to my knowledge.
19      Q    Oh, I'm sorry, I cut you off again.  I
20  apologize.
21           What were you saying?
22      A    I just said "not to my knowledge."
23      Q    To your knowledge, have any of your
24  pediatric gastroenterology patients been diagnosed
25  with gender dysphoria?

Page 130

```
 1        A    Not to my knowledge.
 2        Q    Have you ever prescribed a medication to a
 3   patient in your role as a bioethicist?
 4        A    That's not the role of a bioethicist.
 5        Q    Okay.  I just wanted to confirm that.
 6             Do bioethicists treat medical conditions
 7   with surgical referrals?
 8        A    That's not the role of the bioethicist.
 9        Q    Okay.  When you -- so turning back to
10   Paragraph 11, when you refer to ethical reasons that
11   you don't prescribe medications, is that because your
12   activities as a bioethicist are informed by your
13   Catholic faith?
14        A    No, it's because I think that it's
15   unethical.
16        Q    Do you think that it's unethical because
17   it's not consistent with the ERDs that we talked
18   about as Plaintiffs' Exhibit 4?
19        A    No, I think it's unethical on the face of
20   it.  I don't think you have to be Catholic, Muslim,
21   Jewish, or none of the above to come to the same
22   conclusions.
23        Q    In Paragraph 12 you say that, "None of your
24   opinions are biased by professional income."
25             The entirety of your career in medicine
```