# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# Tallahassee Division

AUGUST DEKKER, *et al.*,

    *Plaintiffs*,

v.

JASON WEIDA, *et al.*,

    *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## DECLARATION OF OMAR GONZALEZ-PAGAN

Pursuant to 28 U.S.C.§ 1746, I, Omar Gonzalez-Pagan, do hereby declare as follows:

1. I am over 18 years of age.

2. I am Counsel at Lambda Legal Defense and Education Fund, Inc. and serve as counsel of record for the plaintiffs in the above-captioned matter.

3. I have personal knowledge of the stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them.

4. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

1

5. Attached as **Exhibit A** is a true and accurate copy of an email with the subject line "A Message from your WPATH President, Dr. Marci Bowers" sent to WPATH members on April 21, 2023, as publicly posted on https://listloop.com/wpath/mail.cgi/archive/adhoc/20230421130649/.

6. Attached as **Exhibit B** is a true and correct copy of article "Guidelines for Gender Affirming Healthcare for Gender Diverse and Transgender Children, Young People and Adults in Aotearoa, New Zealand," published in the peer-reviewed academic Journal of New Zealand Medical Journal in December 2018.

7. Attached as **Exhibit C** is a true and correct copy of the publication "Primary Care Gender Affirming Hormone Therapy Initiation Guidelines: Aotearoa New Zealand guidelines for commencing GAHT for adults in primary care," published in March 2023.

8. Attached as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Jason Weida on April 24, 2023 taken in relation to the above-captioned matter.

9. Enclosed as **Exhibit E** is a true and correct copy of the press release issued by Equality Florida on April 11, 2023 announcing their "TRAVEL ADVISORY: FLORIDA MAY NOT BE A SAFE PLACE TO MOVE OR VISIT."

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 28th day of April 2023.

<u>*/s/ Omar Gonzalez-Pagan*</u>
Omar Gonzalez-Pagan