Page 1

```
 1              United States District Court
 2              Northern District of Florida
 3
 4              Case Number: 4:22-cv-00325-RH-MAF
 5
 6   August Dekker, et al.
 7        Plaintiffs,
 8   vs.
 9   Jason Weida, et al.
10        Defendants:
11   _____/
12
13              VIDEOCONFERENCE DEPOSITION OF
14                     JASON WEIDA
15   DATE:          April 24, 2023
16   TIME:          3:00 p.m. - 6:31 p.m.
17   LOCATION:      119 South Monroe Street, Suite 500
18                  Tallahassee, Florida 32301
19   REPORTED BY:   John Bilich, Notary Public
20   JOB NO.:       5884626
21
22
23
24
25
```

```
 1              A P P E A R A N C E S
 2
 3    By Videoconference:
      Pillsbury Winthrop Shaw Pittman LLP
 4    BY: Gary J. Shaw, Esquire
      1200 Seventeenth Street
 5    NW Washington, DC 20036
      gary.shaw@pillsburylaw.com
 6
 7    By Videoconference:
      Pillsbury Winthrop Shaw Pittman LLP
 8    BY: Jennifer G. Altman, Esquire,
      BY: Marcus Jude Andre Leonard, Esquire
 9    600 Brickell Avenue, Suite 3100
      Miami, Florida 33131
10    Jennifer.Altman@pillsburylaw.com
      marcus.leonard@pillsburylaw.com
11
12    Appearing in Person:
      Holtzman Vogel Baran Torchinksy & Josefiak, PLLC
13    BY: Gary V Perko, Esquire
      119 South Monroe Street, Suite 500
14    Tallahassee, FL 32301
      gperko@holtzmanvogel.com
15
16    By Videoconference:
      Lambda Legal
17    BY: Omar Gonzalez-Pagan, Esquire
      120 Wall Street, 19TH Floor
18    New York, NY 10005
      ogonzalez-pagan@lambdalegal.org
19
20    Appearing in Person:
      Holtzman Vogel Baran Torchinksy & Josefiak, PLLC
21    BY: Michael Robert Beato, Esquire
      BY: Mohammad Jazil, Esquire
22    BY: Gary V. Perko, Esquire
      119 South Monroe Street, Suite 500
23    Tallahassee, FL 32301
      mbeato@holtzmanvogel.com
24    mjazil@holtzmanvogel.com
      gperko@holtzmanvogel.com
25
```

1  By Videoconference:
   Florida Agency for Health Care Administration
2  BY: Andrew Sheeran, Esquire
   2727 Mahan Drive MS #3
3  Tallahassee, FL 32308
   andrew.sheeran@ahca.myflorida.com
4
5  By Videoconference:
   Southern Legal Counsel
6  BY: Chelsea Dunn, Esquire
   BY: Simone Chriss, Esquire
7  1229 NW 12th Avenue
   Gainesville, Florida 32601
8  Chelsea.Dunn@southernlegal.org
   Simone.Chriss@southernlegal.org
9
10
11
12 Also Present:
13 Thomas Thomas, Videographer
14 Anna Gonzalez, Paralegal (By Video Conference)
   Pillsubry Winthrop Shaw Pittman, LLP
15
16
17
18
19
20
21
22
23
24
25

1    A    No.
2    Q    Do you recall being in attendance at a
3    meeting with officials from the governor's office
4    and people from the Florida Department of Health, as
5    well as people from AHCA prior to April 20th of
6    2022?
7    A    Not -- may I ask you a clarifying
8    question?
9    Q    Yes, of course.
10   A    Okay.  Regarding gender-related issues?
11   Q    Correct.  Well, gender dysphoria and
12   transgender issues in particular, not gender issues
13   generally.
14   A    Right, I just want to make sure, because
15   we have a lot of meetings and I have met with the
16   Department of Health in the past on a range of
17   topics.  But with respect to the topics at issue in
18   this lawsuit, I do not recall being at a meeting
19   with all of those individuals.
20   Q    Do you recall being in a meeting with some
21   subset of those individuals?
22   A    Yes, I do.
23   Q    Okay.  When was that?
24   A    I don't have an exact date, but I believe
25   it would have been early April.

1  Q   Who was present in the meeting?
2  A   So in addition to myself -- well, I want
3  to be -- I just want to be clear here. So I
4  remember two such meetings, and I don't remember
5  exactly who was at one meeting versus the other, but
6  I can tell you who I remember being at both of those
7  meetings cuz I know that there was at least one
8  person and possibly more who was at one, but not
9  both, and I just don't remember which ones those
10 were. But I can just tick through the whole list if
11 that's okay with you?
12 Q   Fair enough. Before you do that, was the
13 other meeting -- you mentioned that one meeting was
14 early April. Was the other meeting in March, or was
15 the other meeting after the meeting in early April?
16 A   I believe it was after the meeting in
17 early April.
18 Q   So, as you recall today, you had a meeting
19 in early April and then a meeting after that
20 meeting, correct?
21 A   That's correct.
22 Q   All right. So let's start with, tell me
23 everyone that you can remember that was in those
24 meetings collectively, since you can't remember who
25 was in which one.

1    A    Right.  So, collectively, obviously
2    without representing that they were all there for
3    both, the people that I remember being at one or the
4    other, or possibly both of those meetings, were
5    secretary Marstiller, who was the secretary of the
6    Agency for Healthcare Administration at the time.
7    Cody Farrill, who was the chief of staff at the
8    Agency for Healthcare Administration at the time,
9    Josie Tamayo, who was the General Counsel for the
10   Agency for Healthcare Administration at the time.
11   Andrew Sheeran, who at the time was the chief
12   litigation counsel.  He worked for Josie Tamayo.
13   He's our current General Counsel, but at the time he
14   was the chief litigation counsel.  I recall Ryan
15   Newman being present.  Ryan is and was at the time
16   the governor's General Counsel.  And at one or both
17   of those meetings, Katie Strickland, who is the
18   deputy chief of staff for the governor, one of the
19   deputy chiefs of staff.  And I also recall Maureen
20   Furino, although I don't remember if she was present
21   or just called in.  I think she might have called
22   into the meeting.  So I don't think she was
23   technically present.
24        Q    And who is she?
25        A    She is a deputy General Counsel.  She

```
 1     worked for Mr. Newman.
 2          Q    Okay.  Anyone else you recall being there?
 3          A    Not that I can recall.
 4          Q    Who called the meeting?
 5          A    I don't know who --
 6          Q    -- organized -- (Talking simultaneously.)
 7     [Inaudible].
 8          A    I don't know.
 9          Q    How did you find out you were going to be
10     there, or needed in the meeting?
11          A    I believe I was invited by somebody from
12     the agency management team at the Agency for
13     Healthcare Administration.  I just don't remember
14     who that would've been.
15          Q    What were you told the meeting was going
16     to be about?
17          A    I was told the meeting was going to be
18     about recent guidance that had been issued by the
19     United States Department of Health and Human
20     Services regarding treatments for gender dysphoria.
21          Q    And do you recall who told you that?
22          A    No, I don't.
23          Q    Do you recall, did you get a calendar
24     invitation for the meeting?
25          A    I don't recall.  It was about a year ago,
```

1      Q    Yes.
2      A    So, I don't have the full list in front of
3  me, but my understanding is that there are, I don't
4  know exactly how many, but several coverage policies
5  in the Bureau of Medicaid policy that provide for
6  various mental health and behavioral health services
7  for the treatment of gender dysphoria.
8      Q    What analysis was done to determine
9  whether or not there's any evidence that
10 psychotherapy or behavioral health therapy on its
11 own is an appropriate treatment for gender
12 dysphoria?
13     A    Well, the GAPMS report focused on the
14 procedures that are described in the current rule.
15 The GAPMS report did not focus on, directly at least
16 behavioral health services.  So that was not part of
17 the GAPMS process or the review.
18     Q    Has any analysis been done to determine
19 whether or not psychotherapy or behavioral health
20 therapy alone is an appropriate treatment for gender
21 dysphoria?
22     A    I don't know the answer to that question.
23     Q    Shouldn't you know the answer to that
24 question?  Is if that's the only thing that's
25 covered for gender dysphoria, shouldn't you know, as