# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

      Plaintiffs,

v.                                 CASE NO.  4:22cv325-RH-MAF

JASON WEIDA et al.,

      Defendants.

_____/

## ORDER ALLOWING AMICUS BRIEF OF
## <u>ACADEMIC PEDIATRIC ASSOCIATION ET AL.</u>

The unopposed motion of the American Pediatric Association et al., ECF No. 192, for leave to file an amicus brief in opposition to the defendants' summary-judgment motion is granted. The amicus brief, ECF No. 192-1, is deemed properly filed.

SO ORDERED on April 28, 2023.

                           s/Robert L. Hinkle
                           United States District Judge