**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


AUGUST DEKKER et al.,

       Plaintiffs,

v.                                    CASE NO.  4:22cv325-RH-MAF

JASON WEIDA et al.,

       Defendants.

_____/


**ORDER SEALING EXHIBITS**


      The plaintiffs' unopposed motions to seal exhibits, ECF Nos. 174 and 191, are granted. The clerk must maintain under seal unredacted exhibits 232, 234, 234A, 235, 235A, 236, 236A, 236B, 236C, 237, 237A, 299 and 319. This includes ECF No. 183-22 and any later-filed unredacted copy of any of these exhibits.

      SO ORDERED on April 28, 2023.

                               s/Robert L. Hinkle_____
                               United States District Judge