IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                          CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER SEALING EXHIBIT 1
## TO LAIDLAW REPORT

    The plaintiffs' unopposed motion to seal exhibit 1 to Michael Laidlaw's expert report, ECF No. 135, is granted. The plaintiffs may submit the exhibit for filing under seal, and the clerk must so maintain it.

    SO ORDERED on April 28, 2023.

                                  s/Robert L. Hinkle
                                  United States District Judge