**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**AUGUST DEKKER, et al.,**

    **Plaintiffs,**

vs.                                                                  **Case No. 4:22cv325-RH-MAF**

**JASON WEIDA, et al.,**

    **Defendants.**

_____/

**O R D E R**

Two more motions have been filed seeking leave to proceed *pro hac vice*. The first motion reviewed was filed by attorney Barrett James Anderson, requesting leave to appear on behalf of *amicus curiae* Biomedical Ethics and Public Health Scholars. ECF No. 185. Counsel has demonstrated that he does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of California. *Id.* Mr. Anderson has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 185, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The second motion was filed by attorney Ming Chuang, ECF No. 189, seeking leave to appear *pro hac vice* in this case on behalf of *amicus curiae* Florida Policy Institute & Florida Voices for Health.  The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the State Bar of California.  *Id.*  Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid.  *Id.*  The motion, ECF No. 189, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is

**ORDERED:**

1.  The motion for leave to appear *pro hac vice* for *amicus curiae*, ECF No. 185, is **GRANTED**.

2.  The motion for leave to appear *pro hac vice* for *amicus curiae*, ECF No. 189, is **GRANTED**.

**DONE AND ORDERED** on May 1, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:22cv325-RH-MAF