# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## Tallahassee Division

AUGUST DEKKER, et al.,

    Plaintiffs,

vs.                                                    Case No. 4:22-cv-00325-RH-MAF

SIMONE MARSTILLER. ET. AL.,

    Defendants.

___

## EMERGENCY MOTION
## TO CORRECT COURT FILING ERROR

On May 1, 2023, a complaint and emergency motion for preliminary injunction, styled Florida Chapter of the *American Academy of Pediatrics, Inc. v. Randy Fine*, were filed in the Northern District of Florida. Despite the fact that the named parties were different than those in this case, the pleading was titled Complaint, and a filing fee was paid, the documents were filed under this case number rather than as a new matter.

Plaintiffs in the foregoing matter request the Court to instruct the Clerk to withdraw the complaint and motion in that matter from this case and refile it as a new case.

s/Barry Richard

_____
**BARRY RICHARD** (Fla. Bar 105599)
Barry Richard Law Firm
101 East College Avenue
Tallahassee, FL 32301
barryrichard@barryrichard.com
dawnkrow@barryrichard.com

2