IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                          CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER ALLOWING AMICUS BRIEFS
## IN OPPOSITION TO SUMMARY JUDGMENT

    The unopposed motions of Florida Policy Institute, Florida Voices for Health, Biomedical Ethics and Public Health Scholars, California, Delaware, District of Columbia, Illinois, Maryland, Massachusetts, New York, Oregon, and Rhode Island, ECF Nos. 190, 196, and 198, for leave to file amicus briefs in opposition to the defendants' summary-judgment motion are granted. The amicus briefs, ECF No. 190-1, 196-1, and 198-1, are deemed properly filed.

    SO ORDERED on May 2, 2023.

                                            s/Robert L. Hinkle
                                            United States District Judge