# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>May 4, 2023</u>    Case No.: <u>4:22cv325-RH</u>
Time: <u>10:00 – 10:50 a.m.</u>

<hr>

AUGUST DEKKER et al. v. JASON WEIDA et al.

<hr>

DOCKET ENTRY: Telephonic Pretrial Conference held. Court addresses pending motions and conducts pretrial conference; parties discuss trial procedures. Ruling by Court: Rulings on the motions are as announced on the record. The bench trial will begin at 9:00 a.m. on Tuesday, May 9, 2023. An order will follow.

<hr>

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>          <u>Megan Hague</u>
Deputy Clerk          Official Court Reporter

<hr>

ATTORNEYS APPEARING FOR PLAINTIFFS:
Omar Gonzalez-Pagan
Chelsea Dunn
Katherine DeBriere
Simone Chriss
Abigail Coursolle
Catherine McKee
Gary Shaw
Shani Rivaux
Jennifer Altman


ATTORNEYS APPEARING FOR DEFENDANTS:
Mohammad Jazil
Gary Perko
Michael Beato