# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

v.                                                            Case No. 4:22-cv-325-RH-MAF

JASON WEIDA, et al.,

    Defendants.

_____/

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1(C), Daniel D. Mauler respectfully applies to this Court for admission *pro hac vice* in the above-styled case on behalf of *amici curiae* Dr. Jay W. Richards, Ph.D, Roger Severino, Rachel N. Morrison, Maya Norohna, Louis Brown, Jr., Christine Pratt, and Marie Meszaros, and states the following:

1. Daniel D. Mauler is an active member in good standing of the bar of Washington D.C. A Certificate of Good Standing from the Washington D.C. Bar is attached as Exhibit A.

2. Mr. Mauler does not maintain a regular practice of law in the State of Florida.

3. Mr. Mauler has completed the Local Rules Tutorial, received his confirmation number FLND 1683218038485, is familiar with the Local Rules of the Northern District of Florida, and shall comply with them.

4. Mr. Mauler has reviewed the online CM/ECF Attorney User's Guide and maintains an upgraded PACER account.

5. Mr. Mauler is paying the required $208.00 pro hac vice fee for this case at the time of filing.

6. Mr. Mauler represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

WHEREFORE, attorney Daniel D. Mauler moves this Court to enter an Order allowing him to appear before this Court on behalf of Dr. Jay W. Richards, Ph.D, Roger Severino, Rachel N. Morrison, Maya Norohna, Louis Brown, Jr., Christine Pratt, and Marie Meszaros, as *amici curiae*, for all purposes relating to the proceedings in the above captioned matter.

Dated:  May 4, 2023.

                                                    Respectfully submitted,

                                                    */s/ Daniel D. Mauler*
                                                    Daniel D. Mauler
                                                    D.C. Bar No. 977757
                                                    Dan.Mauler@heritage.org
                                                    214 Massachusetts Avenue, NE
                                                    Washington, D.C. 20002
                                                    Telephone: 202-608-6183
                                                            *Attorney for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion contains approximately 274 words.

                                                  */s/ Daniel D. Mauler*
                                                   Daniel D. Mauler
                                                   D.C. Bar No. 977757

## CERTIFICATE OF CONFERRAL

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion. No party opposes the relief requested.

                                                  */s/ Daniel D. Mauler*
                                                   Daniel D. Mauler
                                                   D.C. Bar No. 977757

## CERTIFICATE OF SERVICE

I hereby certify that, on May 4, 2023, the foregoing document has been served by the court's CM/ECF system which will serve a copy via email to all counsel of record.

*/s/ Daniel D. Mauler*
Daniel D. Mauler
D.C. Bar No. 977757