THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| AUGUST DEKKER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON WEIDA, et al., <br><br> *Defendants*. | Civil Action No. 4:22-cv-00325-RH-MAF |

**STIPULATION REGARDING TRIAL WITNESSES**

Plaintiffs AUGUST DEKKER; BRIT ROTHSTEIN; SUSAN DOE, a minor, by and through her parents and next friends, JANE DOE and JOHN DOE; and K.F., a minor, by and through his parent and next friend JADE LADUE (collectively, "Plaintiffs"), and Defendants JASON WEIDA, in his official capacity as Secretary of the Florida Agency for Health Care Administration, and the FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION ("AHCA") (collectively, "Defendants"), who together are "the Parties" in this case, having met and conferred, and upon determining that good cause exists for the foregoing, hereby stipulate as follows:

1

1.   **Purpose:**

This stipulation is entered into by and between the Parties for the purpose of conserving trial time by stipulating to the following pertaining to witnesses to be called or not called at trial.

2.   **Stipulations:**

a. <u>Admission of Fact Witnesses at Preliminary Injunction Proceedings</u>:

The Parties agree that live testimony (both on direct and cross examination) of Zoe Hawes, Yaacov Sheinfeld, and Dr. Michael Laidlaw as set forth in the Transcript of Preliminary Injunction Proceedings on October 12, 2022 in this matter (ECF 62) shall be deemed admitted to the extent it would have been admissible at trial as if it were provided at trial in this matter.

b. <u>Remote Appearances</u>

The Parties agree that if called as an expert witness, Plaintiffs' expert Dr. Aron Janssen and Defendants' expert Dr. Sophie Scott may each testify remotely, subject to the Local Rules for the Northern District of Florida, the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

In accordance with the Court's May 4, 2023 Pretrial Order (ECF 212), the Parties may agree that additional witnesses can testify remotely if the need arises.

SO STIPULATED.

Dated this 4th day of May 2023.

Respectfully submitted for Plaintiffs,

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**

**Jennifer Altman** (Fl. Bar No. 881384)
**Shani Rivaux** (Fl. Bar No. 42095)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

**William C. Miller**\*
**Gary J. Shaw**\*
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com

**Joe Little**\*
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4700
joe.little@pillsburylaw.com

**NATIONAL HEALTH LAW PROGRAM**

**Abigail Coursolle**\*
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

**Catherine McKee**\*
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
mckee@healthlaw.org

/s/ Omar Gonzalez-Pagan
**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**

**Omar Gonzalez-Pagan**\*
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

**Carl S. Charles**\*
1 West Court Square, Suite 105
Decatur, GA 30030
(404) 897-1880
ccharles@lambdalegal.org

**SOUTHERN LEGAL COUNSEL, INC.**

**Simone Chriss** (Fl. Bar No. 124062)
**Chelsea Dunn** (Fl. Bar No. 1013541)
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**FLORIDA HEALTH JUSTICE PROJECT**

**Katy DeBriere** (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

\* *Admitted pro hac vice*

*Counsel for Plaintiffs*

3

Respectfully submitted for Defendants,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN: 72556)
Gary V. Perko (FBN: 855898)
Michael Beato (FBN: 1017715)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
Phone No.: (850) 274-1690
Fax No.: (540) 341-8809

*Counsel for Defendants Secretary Weida and Florida Agency for Healthcare Administration*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and the documents referenced therein were served by email on May 4, 2023, on all counsel of record:

Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
HOLTZMAN VOGEL BARANTORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301

**COUNSEL FOR DEFENDANTS**

*/s/ Gary J. Shaw*
**ATTORNEY FOR PLAINTIFFS**