IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AUGUST DEKKER, et al.,**

    Plaintiffs,

vs.                                                                    Case No. 4:22cv325-RH-MAF

**JASON WEIDA, et al.,**

    Defendants.
_____/

# O R D E R

A motion has been filed seeking leave to proceed *pro hac vice* on behalf of *amici curiae* Dr. Jay W. Richards, Ph.D, Roger Severino, Rachel N. Morrison, Maya Norohna, Louis Brown, Jr., Christine Pratt, and Marie Maszaros.  ECF No. 213.  Attorney Daniel D. Mauler does not reside or regularly practice law in the State of Florida and is an active member in good standing of the Bar of the District of Columbia.  *Id.*  Mr. Mauler has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid.  *Id.*  The motion, ECF No. 213, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear *pro hac vice* for *amicus curiae*, ECF No. 213, is **GRANTED**.

**DONE AND ORDERED** on May 5, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**