# E. Kale Edmiston, PhD

Associate Professor
Department of Psychiatry
University of Massachusetts Chan Medical School
kale.edmiston@umassmed.edu

## ACADEMIC APPOINTMENTS

Associate Professor of Psychiatry                                              2022-present
University of Massachusetts Chan Medical School                                Worcester, MA

Assistant Professor of Psychiatry                                              2019-2022
University of Pittsburgh School of Medicine                                    Pittsburgh, PA

Postdoctoral Scholar                                                           2016-2019
University of Pittsburgh Medical Center                                        Pittsburgh, PA
PI: Mary L. Phillips, MD, MD (CANTAB)

Postdoctoral Fellow                                                            2016
China Medical University                                                       Shenyang, China
PI: Fei Wang, MD, PhD

Research Assistant                                                             2007-2010
Yale University School of Medicine                                             New Haven, CT
PI: Hilary P. Blumberg, MD

## EDUCATION

PhD, Neuroscience                                                              2010-2015
Vanderbilt University                                                          Nashville, TN

Graduate Certificate                                                           2015
Medicine, Health and Society                                                   Nashville, TN
Vanderbilt University

BA, Cognitive Science                                                          2005-2007
Hampshire College                                                              Amherst, MA

## RESEARCH

**CITATION METRICS (03/23):**
Citations: 2087          H-Index: 25          i10 Index: 34

**RESEARCH INTERESTS:**
social and affective neuroscience, visual processing, anxiety disorders, multimodal MRI, neuromodulation

**AWARDED GRANTS:**
American Foundation for Suicide Prevention Award                               2022

Pl. Trial Ex. 357

PLAINTIFFS002268

Title: *Real-time study of psychotherapy, suicide risk, and resilience in transgender and non-binary adults*
PI: Sarah Victor
Co-I: **E. Kale Edmiston**
Award amount: $90,000.00

K01 MH117290 Mentored Scientist Career Development Award             2019-2024
Title: *Feed forward visual system function in high trait anxiety*
PI: **E. Kale Edmiston**
Award amount: $868,978.00

Brain and Behavior Research Foundation Early Career Award            2019-2021
Title: *Neuromodulation of visual cortex BOLD in high trait anxiety*
PI: **E. Kale Edmiston**
Award amount: $69,401.00

The Opportunity Fund                                                 2019
Title: *Trans Buddy PGH: Peer healthcare support program*
PI: Gerald Montano
Co-I: **E. Kale Edmiston**
Award amount: $15,000

Center for Interventional Psychiatry                                 2018
Title: *Neuromodulation of visual cortex and threat sensitivity in high anxiety*
PI: **E. Kale Edmiston**
Award amount: $9,900.00

Campaign for Southern Equality                                       2017
Title: *The Trans Buddy Program: Mental health advocacy for trans communities*
PI: **E. Kale Edmiston**
Award amount: $1,000.00

University of Pittsburgh Office of Diversity and Inclusion Mini-Grant   2017
Title: *Developing health promotion materials for the transgender community*
PI: **E. Kale Edmiston**
Award amount: $1,000.00

Trans Justice Funding Project                                        2017
Title: *The Trans Buddy Program: Peer advocacy solutions for mental health care access*
PI: **E. Kale Edmiston**
Award amount: $2,500.00

The Pollination Project                                              2016
Title: *The Trans Buddy Program: An innovative solution to transgender mental health disparity*
PI: **E. Kale Edmiston**
Award Amount: $1,500.00

Culture, Brain, and Development Grant                                2006

2

Title: *Brain sex differences in mood disorders*
PI: **E. Kale Edmiston**
Award amount: $3,000.00

**PEER-REVIEWED PUBLICATIONS (https://orcid.org/0000-0002-3548-6026):**
**2023:**
48.     Hoelscher EC, Victor SE, **Edmiston EK**. Gender minority resilience and suicidal ideation: a longitudinal and daily examination of transgender and non-binary adults. Behavior Therapist. (In Press).
47.     Schroth-Erickson L, Levin R, Mak K, **Edmiston EK**. A review of the neurobiobehavioral literature of transgender identity. J Gay and Lesbian Mental Health. (In Press).
**2022:**
46.     Coleman E, Radix AE, Bouman WP…**Edmiston EK**…Arcelus J. Standards of care for the health of transgender and gender diverse people, version 8. International Journal of Transgender Health. 2022; 23:1-258.
45.     Juster RP, **Edmiston EK**. Refining research and representation of sexual and gender diversity in neuroscience. Biological Psychiatry: CNNI. 2022; 7(21):1251-7.
44.     Colic L, Clark A, Sankar A, Rathi D, Goldman D, Kim JA, Villa LM, **Edmiston EK**, Lippard ETC, Mazure CM, Blumberg HP. Gender-related associations among childhood maltreatment on brain circuitry and clinical features of bipolar disorder. European Neuropsychopharmacology. 2022; 63:35-46.
43.     **Edmiston EK**, Fournier JC, Chase HW, Aslam H, Lockovich J, Graur S, Bebko G, Bertocci M, Rozovsky R, Mak K, Forbes EE, Stiffler R, Phillips ML. Left ventrolateral prefrontal cortical activity during reward expectancy predicts mania risk up to one year post scan. J Affective Disorders. 2022; 319:325-8.
**2021:**
42.     Bertocci MA, Chase HW, Graur S, Stiffler R, **Edmiston EK**, Coffman B, Greenberg T, Phillips ML. Reward circuitry-targeted cathodal transcranial direct current stimulation impacts reward circuitry and affect in bipolar disorder. Molecular Psychiatry. 2021; 26(8):4137-45.
**2020:**
41.     Feng R, Womer FY, **Edmiston EK**, Chen Y, Wang Y, Chang M, Yin Z, Wei Y, Duan J, Ren S, Li C, Liu Z, Jiang X, Wei S, Li S, Zhang X, Nuo X, Tang Y, Wang F. Antipsychotic effects on cortical morphology in schizophrenia and bipolar disorders. Frontiers Neuroscience. 2020; 14:579139.
40.     Wang L, Zhao Y, **Edmiston EK**, Womer FY, Zhang R, Zhao P, Jiang X, Wu F, Kong L, Zhou Y, Tang Y, Wei S, Wang F. Structural and functional abnormalities of amygdala and prefrontal cortex in major depressive disorder with suicide attempts. Frontiers Psychiatry. 2020; 10:923.
39.     Wang Y, Wei Y, **Edmiston EK**, Womer FY, Zhang X, Duan J, Zhu Y, Zhang R, Zhang Y, Jiang X, Wei S, Liu Z, Zhang Y, Tang Y, Wang F. Altered structural connectivity and cytokines levels in schizophrenia and genetically high-risk individuals: associations with disease state and vulnerability. Schizophrenia Research. 2020; 223:158-165.
38.     **Edmiston EK**, Fournier JC, Chase HW, Bertocci MA, Greenberg T, Aslam HA, Lockovich JC, Graur S, Bebko G, Forbes EE, Stiffler R, Phillips ML. Assessing relationships

3

among impulsive sensation-seeking, reward circuitry activity, and risk for psychopathology: an fMRI replication and extension study. Biological Psychiatry: CNNI. 2020; 5(7):660-68.

37.  Sha Z, Versace A, **Edmiston EK**, Fournier JC, Graur S, Greenberg T, Lima Santos JP, Chase HW, Stiffler R, Bonar L, Hudak R, Yendiki A, Greenberg BD, Rasmussen S, Liu H, Quirk G, Haber S, Phillips ML. Functional disruption in prefrontal-striatal network in obsessive compulsive disorder. Psychiatry Research: Neuroimaging. 2020; 300:111081.

36.  **Edmiston EK,** Song Y, Chang M, Yin Z, Zhou Q, Zhou Y, Jiang X, Wei S, Xu K, Tang Y, Wang F. Hippocampal functional connectivity in patients with schizophrenia and unaffected family members. Frontiers in Psychiatry. 2020; 11:278.

35.  Wei S, Womer F, **Edmiston EK**, Zhang R, Jiang X, Wu F, Kong L, Zhou Y, Tang Y. Structural alterations associated with suicide attempts in major depressive disorder and bipolar disorder: a diffusion tensor imaging study. Progress in Neuropsychopharmacology & Biological Psychiatry. 2020; 98.

34.  Beach L, Eckstrand K, Ehrenfeld J, **Edmiston EK**, Ding J. A model for improving transgender healthcare quality. The Joint Commission Journal on Quality and Patient Safety. 2020; 46:37-43.

**2019:**

33.  Sha Z*, **Edmiston EK***, Versace A, Fournier JC, Graur S, Greenberg T, Lima Santos JP, Chase HW, Stiffler RS, Bonar L, Hudak R, Yendiki A, Greenberg BD, Rasmussen S, Liu H, Buckner R, Quick G, Haber S, Phillips ML. Multimodal disruption of cerbello-thalamo-motor circuit in obsessive compulsive disorder. Biological Psychiatry: CNNI. 2019; 5(4):438-47. *co-first authors

32.  Wang L, Zhao Y, **Edmiston EK**, Womer FY, Zhang R, Zhao P, Jiang X, Wu F, Kong L, Zhou Y, Tang Y, Wei S. Structural and functional abnormalities of amygdala and prefrontal cortex in major depressive disorder with suicide attempts. Frontiers Psychiatry. 2019; 10:923.

30.  Chang M, **Edmiston EK**, Womer F, Zhou Q, Shengnan W, Jiang X, Zhou Y, Ye Y, Huang H, Zui X, Xu K, Tang Y, Wang F. Spontaneous low-frequency fluctuations in the neural system for emotional perception in major psychiatric disorders: amplitude similarities and differences across frequency bands. Journal of Psychiatry and Neuroscience. 2019; 44:132-41.

29.  Xia M, Womer FY, Chang M, Zhu Y, **Edmiston EK**, Jiang X, Wei S, Duan J, Xu K, Tang Y, He Y, Wang F. Shared and distinct functional architecture of brain networks across psychiatric disorders. Schizophr Bulletin. 2019; 47:450-63.

**2018:**

28.   Li J, **Edmiston EK**, Tang Y, Fan G, Xu K, Wang F, Xu J. Shared facial emotion processing in medication-naive major depressive disorder and healthy individuals: detection by sICA. BMC Psychiatry, 2018; 18:96.

27.  Chang M, Womer FY, **Edmiston EK**, Bai C, Zhou Q, Jiang X, Wei S, Wei Y, Ye Y, Huang H, He Y, Xu K, Tang Y, Wang F. Neurobiological commonalities among three major psychiatric diagnostic categories: a structural MRI study. Schizophrenia Bulletin. 2018; 44:65-74.

**2017:**

26.  Wang N, **Edmiston EK**, Luo X, Yang H, Chang M, Wang F, Fan G. Comparing amplitude of low-frequency fluctuations in multiple system atrophy and idiopathic Parkinson's disease. Psychiatry Research Neuroimaging, 2017; 269:73-81.

PLAINTIFFS002271

25. Jiang X, **Edmiston EK**, Zhou Q, Xu K, Zhou Y, Wu F, Kong L, Wei S, Zhou Y, Chang M, Geng H, Wang D, Wang Y, Cui W, Tang Y, Wang F. Alteration of a cortico-striatal-limbic neural system in major depressive disorder and bipolar disorder. Journal of Affective Disorders, 2017; 221:297-303.

24. Corbett BA, Blain S, **Edmiston EK**. The role of context in psychosocial stress among adolescents with Autism Spectrum Disorder: piloting a semi-structured, video game-based paradigm. Journal of Intellectual & Developmental Disability. 2017; 43:20-8.

23. **Edmiston EK**, Muscatello RA, Corbett BA. Altered pre-ejection period response to social evaluative threat in adolescents with autism spectrum disorder. Research in Autism Spectrum Disorders. 2017; 36:57-65.

**2016:**

22. **Edmiston EK**, Donald CA, Sattler AR, Peebles JK, Ehrenfeld JM, Eckstrand KL. Opportunities and gaps in transgender primary healthcare: a systematic review. Transgender Health. 2016; 1(1):216-30.

21. **Edmiston EK**, Jones RM, Corbett BA. Physiological response to social evaluative threat in adolescents with autism spectrum disorder. Journal of Autism Developmental Disorders. 2016; 46(9):2992-3005.

20. **Edmiston EK**, Blain S, Corbett BA. Salivary cortisol and behavioral response to social evaluative threat in adolescents with autism spectrum disorder. Autism Research. 2016; Epub ahead of print.

**2015:**

19. Tang Y, Chen K, Zhou Y, Wang Y, Driesen N, **Edmiston EK**, Chen X, Jiang X, Kong L, Zhou Q, Li H, Wu F, Xu K, Wang Z, Tang Y, Wang F. Neural activity changes in unaffected children of patients with schizophrenia: a resting-state fMRI study. Schizophrenia Research. 2015; 168(1-2):360-5.

18. **Edmiston EK**, Merkle K, Corbett BA. Neural and cortisol responses during play with human and computer partners in children with autism. Social Cognitive Affective Neuroscience. 2015; 10(8):1074-83.

**2014:**

17. Corbett BA, Newsom C, Key AP, Qualls L, **Edmiston EK**. Examining the relationship between face processing and social interaction behavior in children with and without autism spectrum disorder. J Neurodevelopmental Disorders, 2014; 6(1):35.

16. Li J*, **Edmiston EK**,* Chen B, Tang Y, Ouyang X, Jiang Y, Fan G, Ren L, Liu J, Zhou Y, Jiang W, Liu Z, Xu K, Wang F. A comparative diffusion tensor imaging study of corpus callosum subregion integrity in bipolar disorder and schizophrenia. Psychiatry Res. 2014; 221(1):58-62.*co-first authors

**2013:**

15. **Edmiston EK**\*, McHugo M*, Dukic MS, Smith SD, Abou-Khalil B, Zald DH. Enhanced visual cortical activation for emotional stimuli is preserved in patients with unilateral amygdala resection. J Neuroscience, 2013; 33(27):11023-11031. *co-first authors

14. Liu H, **Edmiston EK**, Fan G, Ku X, Zhao B, Shang X, Wang F. Altered resting-state functional connectivity of the dentate nucleus in Parkinson's disease. Psychiatry Research: Neuroimaging. 2013; 211(1):64-71.

PLAINTIFFS002272

13. **Edmiston EK**, Blackford JU. Childhood maltreatment and response to novel face stimuli presented during functional magnetic resonance imaging in adults. Psychiatry Research: Neuroimaging. 2013; 212(1):36-42.

**2012:**

12. Fengrong O, Kai L, Qian G, Dan L, Jinghai L, Liwen H, Xian W, **Edmiston EK**; Yang L. An urban neo-poverty population-based quality of life and related social characteristics investigation from northeast china. PLoS One. 2012; 7(6):e38861.

11. Chepenik LG, Wang F, Spencer L, Spann MN, Kalmar JH, Womer F, **Edmiston EK**, Pittman B, Blumberg HP. Structure-function associations in hippocampus in bipolar disorder. Biological Psychiatry. 2012; 90(1):18-22.

**2011:**

10. Wang F, Kalmar JH, Womer FY, **Edmiston EK**, Chepenik LG, Chen R, Spencer L, Blumberg HP. Olfactocentric paralimbic cortex morphology in adolescents with bipolar disorder. Brain. 2011; 134(7):2005-12.

9. **Edmiston E**, Wang F, Mazure CM, Sinha R, Mayes LC, Blumberg HP. Cortico-striatal limbic gray matter morphology in adolescents reporting exposure to childhood maltreatment. Archives of Pediatric and Adolescent Med. 2011; 165(12):1069-77.

8. **Edmiston E**, Wang F, Kalmar JH, Womer FY, Chepenik LG, Pittman B, Gueorguieva R, Hur E, Spencer L, Staib LH, Constable RT, Fulbright RK, Papademetris X, Blumberg HP. Lateral ventricle volume and psychotic features in adolescents and adults with bipolar disorder. Psychiatry Research. 2011; 194(3):400-2.

**2009:**

7. Womer FY, Wang F, Chepenik LG, Kalmar JH, Spencer L, **Edmiston E**, Constable RT, Papademetris X, Blumberg HP. Sexually dimorphic features of vermis morphology in bipolar disorder. Bipolar Disord 2009; 11(7):753-8.

6. Jiang Y, **Edmiston E**, Wang F, Blumberg HP, Papademetris X, Staib, LH. Improving the reliability of shape comparison by perturbation. IEEE Biomedical Imaging 2009; 1:686-9.

5. Jiang Y, **Edmiston E**, Wang F, Blumberg HP, Staib LH and Papademetris X. Shape comparison using perturbing shape registration. IEEE Computer Vision Pattern Recognition 2009;683-90.

4. Wang F, Kalmar JH, He Y, Jackowski M, Chepenik LG, **Edmiston E**, Tie K, Gong G, Shah MP, Jones M, Uderman J, Constable RT, Blumberg HP. Functional and structural connectivity between the perigenual anterior cingulate and amygdala in bipolar disorder. Biological Psychiatry 2009; 66(5):516-21.

3. Kalmar JH, Wang F, Spencer L, **Edmiston E**, Lacadie CM, Martin A, Constable RT, Duncan JS, Staib LH, Papademetris X, Blumberg HP. Preliminary evidence for progressive prefrontal abnormalities in adolescents and young adults with bipolar disorder. J Int Neuropsychol Soc. 2009; 15(3):476-81.

**2008:**

2. Blumberg HP, Wang F, Chepenik LG, Kalmar JH, **Edmiston E**, Duman RS, Gelernter J. Influence of vascular endothelial growth factor variation on human hippocampus morphology. Biological Psychiatry 2008; 64(10):901-3.

1. Wang F, Kalmar JH, **Edmiston E**, Chepenik LG, Bhagwagar Z, Spencer L, Pittman B, Jackowski M, Papademetris X, Constable RT, Blumberg HP. Abnormal corpus callosum

PLAINTIFFS002273

integrity in bipolar disorder: A diffusion tensor imaging study. Biological Psychiatry 2008; 64(8):730-3.

**MANUSCRIPTS (IN PROGRESS):**
Ravindranath O, Perica MI, Parr AC, Pjha A, McKeon SD, Montano G, Ullendorf N, Luna B, **Edmiston EK**. Adolescent neurocognitive development and decision-making regarding gender affirming care. (Submitted).

Soehner AM, **Edmiston EK**, Wallace M, Chase HW, Lockovich J, Aslam H, Stiffler R, Graur S, Skeba A, Bebko G, Benjamin OE, Wang Y, Phillips ML. Neurobehavioral reward and sleep-circadian phenotypes predict present and next-year mania/hypomania risk. (Submitted).

Sequiera S, Tervo-Clemmens B, Carmel T, **Edmiston EK.** Towards a biopsychosocial model for neurodevelopment in transgender and gender diverse adolescents: understanding risk and resilience for mood disorders. (Submitted).

**POSTERS, ABSTRACTS, AND CONFERENCE PROCEEDINGS:**
53.    Victor SE, **Edmiston EK**. Ecological momentary assessment of gender-relevant versus other interpersonal stressors predicting self-injurious thoughts and behaviors among transgender and non-binary adults. *Association for Behavioral and Cognitive Therapy Annual Convention. Submitted.*

52.    **Edmiston EK**, Fournier JC, Chase HW, Phillips ML. Ventral visual stream functional coupling during implicit emotional face perception is associated with internalizing symptoms: a double dissociation by face valence at baseline and six months post-scan. *American College of Neuropsychopharmacology.* 2023.

51.    Victor SE, Hoelscher E, Sandel D, Trieu T, **Edmiston EK.** Interpersonal and intrapersonal gender minority stressors as contribution to suicidal ideation among transgender and non-binary adults. *Suicide Research Symposium.* 2022.

50.    Aslam MA, Mak K, **Edmiston EK.** Piloting transcranial direct current stimulation to reduce threat sensitivity in high trait anxiety. *University of Pittsburgh Department of Psychology Undergraduate Directed Experiences in Research Poster Day.* 2022.

49.    **Edmiston EK** & Strakowski S. Understanding diagnosis and assessment disparities in transgender populations. *Society of Biological Psychiatry Annual Meeting.* 2022. Discussant, Lunchtime "Fireside Chat" Series.

48.    Bertocci M, Afriyie-Agyemang Y, Rosovsky R, Aslam H, Graur S, **Edmiston EK**, Chase HW, Bebko G, Stiffler R, Phillips ML. Network interference during emotion regulation in distressed adults consistently predicts depression symptoms. *Society of Biological Psychiatry Annual Meeting.* 2022.

47.    Afriyie-Agyemang Y, Bertocci M, Rozovsky R, Aslam H, Graur S, **Edmiston EK**, Chase HW, Bebko G, Stiffler R, Phillips ML. Overcompensation of the central executive network during working memory may be a neural marker for youth at risk for bipolar disorder. *Society of Biological Psychiatry Annual Meeting.* 2022.

7

46. Schumer MC, Bertocci MA, Bebko G, Stiffler RS, Lockovich JC, Aslam HA, Graur S, **Edmiston EK**, Chase HW, Johnson SL, Phillips ML. Trait urgency mediates associations between neural emotion-processing markers of emotion-triggered impulsivity and mania in young adults at-risk for bipolar disorder. *Society of Biological Psychiatry Annual Meeting*. 2022.

45. Young J, Roepke T, Anacker C, Ehrensaft D, **Edmiston EK**, Guthman EM, Eshel N, Marrocco J. Challenges and opportunities for translational research and clinical strategies within the LGBTQIA2S+ community. *American College of Neuropsychopharmacology Annual Meeting.* 2021. Discussant, Study Group.

44. Phillips ML, Bertocci M, Chase HW, Graur S, Stiffler R, **Edmiston EK**, Coffman BA. Targeted non-invasive neuromodulation impacts reward expectancy-related reward circuitry activity and affect in bipolar disorder and healthy adults. *Society of Biological Psychiatry Annual Meeting.* 2021.

43. **Edmiston EK,** Fournier JC, Rozovsky R, Chase HW, Bertocci MA, Aslam HA, Lockovich J, Graur S, Bebko G, Forbes EE, Stiffler R, Phillips ML. Left ventrolateral prefrontal cortex structure and reward-expectancy related activity predict manic symptom changes one year later. *American College of Neuropsychopharmacology Annual Meeting.* 2021.

42. **Edmiston EK**, Phillips ML, Mak K, Chase HW, Fournier JC. Visual cortex coupling and childhood maltreatment: associations with major depression and a compensatory mechanism. *Society of Biological Psychiatry Annual Meeting.* 2021.

41. Marrocco J, **Edmiston EK**, Anacker C, Bangasser D. The study of sex differences and gender bias, and trans inclusive research practices. *American College of Neuropsychopharmacology Annual Meeting.* 2020. Panelist, Networking Session.

40. Chase HW, Fournier JC, Bertocci MA, **Edmiston EK**, Lockovich JC, Aslam H, Stiffler RS, Graur S, Bebko G, Phillips ML. Decision-making variability in mood disorders: new insights for a replication attempt. *Society of Biological Psychiatry Annual Meeting.* 2020 (Submitted, meeting canceled due to COVID-19).

39. **Edmiston EK,** Fournier J, Greenberg T, Chase HW, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. A double dissociation between anxiety and depression symptom improvement and fusiform coupling and positive and negative emotional face processing. *Society of Biological Psychiatry Annual Meeting.* 2020 (Submitted, meeting canceled due to COVID-19).

38. **Edmiston EK**, Fournier JC, Chase HW, Bertocci MA, Greenberg T, Aslam HA, Lockovich JC, Graur S, Bebko G, Forbes EE, Stiffler R, Phillips ML. Assessing relationships among impulsive sensation-seeking, reward circuitry activity, and predisposition to bipolar disorder: an fMRI replication and extension study. *American College of Neuropsychopharmacology Annual Meeting. 2019.*

37. Paglisotti T, Montano G, Simpson A, **Edmiston EK**. Preliminary implementation of Trans Buddy PGH: establishing trust among transgender patients and healthcare providers. *University of Pittsburgh Medical Center Department of Psychiatry 19th Annual Research Day.* 2019.

36. **Edmiston EK**, Fournier JC, Chase HW, Bertocci MA, Greenberg T, Aslam H, Stiffler R, Lockovich J, Graur S, Bebko G, Phillips ML. Left ventrolateral prefrontal cortical BOLD signal during reward expectancy and impulsive sensation seeking: a replication study. *University of Pittsburgh Medical Center Department of Psychiatry 19th Annual Research Day. 2019.*

35. Chase HW, **Edmiston EK**, Bertocci M, Fournier JC, Greenberg T, Aslam H, Stiffler R, Lockovich J, Graur S, Bebko G, Forbes EE, Phillips ML. Similar neural representation of appetitive and loss avoidance prediction errors across distressed and healthy individuals. *Society of Biological Psychiatry Annual Meeting.* 2019.

34. **Edmiston EK**, Simpson A. Progress report: Quality improvement programming for transgender mental health. Symposium. *TransPride PGH Professional Conference.* 2018.

33. Schroth-Erickson L, Levin R, **Edmiston EK**. Talking to your patients about the biological basis of transgender identity. *Philadelphia Trans Wellness Conference Professional Track. 2018.*

32. **Edmiston EK**, Fournier J, Greenberg T, Chase HW, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. Fusiform gyrus-salience network coupling during emotion processing predicts anxiety and depression symptom change. *University of Pittsburgh Medical Center Department of Psychiatry 18th Annual Research Day*. 2018.

31. **Edmiston EK**, Fournier J, Greenberg T, Chase HW, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. Salience network BOLD response to emotional faces predicts anxiety and depression symptom outcomes. *Society of Biological Psychiatry Annual Meeting.* 2018.

30. Chase HW, Qiu H, Kerestes R, Shah N, Alkhar H, **Edmiston EK**, Soehner A, Greenberg T, Aslam H, Stiffler R, Lockovich J, Graur S, Bebko G, Pan L, Eickhoff SB, Phillips ML. Implication of the visual cortex in resting state fMRI studies of mood and anxiety disorders may relate to the propensity for within-scanner sleep. *Society of Biological Psychiatry Annual Meeting.* 2018.

29. Ding J, Ehrenfeld J, Raynor L, **Edmiston EK**, Eckstrand K, Beach L. A proposed systems level quality improvement model for transgender healthcare delivery. *The National Transgender Health Summit.* 2017.

28. **Edmiston EK.** Setting the agenda for transgender neuroimaging: a critical review and future directions. Symposium. *The National Transgender Health Summit.* 2017.

27. **Edmiston EK,** Fournier J, Greenberg T, Bertocci M, Stiffler R, Aslam H, Lockovich J, Phillips ML. Trait anxiety predicts visual system response to emotional faces. *Developmental Affective Neuroscience Symposium.* 2017.

26. **Edmiston EK.** The Trans Buddy Program: an innovative intervention for increasing health care utilization. Symposium. *TransPride PGH Professional Conference.* 2017.

PLAINTIFFS002276

25. Buchanan K, Richmond M, Sattler AR, **Edmiston EK**. Red state solutions for transgender health care access: provision in low resource areas. Symposium. *Philadelphia Transgender Health Conference.* 2017.

24. **Edmiston EK,** Chase H, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. Predicting quality of life in distressed youth: Cortico-thalamic BOLD signal and reward processing. *University of Pittsburgh Medical Center Department of Psychiatry 17th Annual Research Day.* 2017.

23. **Edmiston EK**, Chase H, Stiffler R, Lockovich J, Aslam H, Graur S, Bebko G, Phillips ML. Cortico-thalamic BOLD signal during reward processing predicts quality of life at follow up in distressed young adults. *Society of Biological Psychiatry Annual Meeting.* 2017.

22. Eckstrand KL, Mitchell L, **Edmiston EK.** The Trans Buddy Program: Transgender Leadership and peer advocacy for reducing health disparities. *University of Pittsburgh Health Sciences Health Disparity Poster Competition.* 2017.

21. **Edmiston EK.** Reframing the search for transgender neuroimaging biomarkers. *New Materialisms Annual Meeting* Warsaw, Poland. 2016.

20. Corbett BA, Muscatello R, **Edmiston EK**, Muse I. Examining the Diurnal Profile of Children and Adolescents with Autism Spectrum Disorder (ASD) and Typical Development between 8 to 17 years of age. *International Society for Psychoneuroendocrinology.* 2016.

19. Corbett BA, Muse I, **Edmiston EK**, Muscatello R. Diurnal and Stress Hormonal Profiles of Testosterone and Cortisol in Adolescents with Autism Spectrum Disorder (ASD) and Typical Development (TD). *International Society for Psychoneuroendocrinology.* 2016.

18. **Edmiston EK**. Psychophysiological characterization of adolescents with Autism Spectrum Disorder. Presentation, *Chinese Psychiatric Association Annual Meeting.* 2016.

17. **Edmiston EK**, Jones RM, Blain S, Corbett BA. Neuroendocrine and physiological responsivity during social stress in adolescents with and without autism spectrum disorder. *Vanderbilt Kennedy Center Science Day.* 2015.

16. **Edmiston EK**, Valencia B, Corbett BA. Autonomic nervous system function in response to social judgment in adolescents with and without autism spectrum disorder. *International Meeting for Autism Research.* 2015.

15. Corbett BA, Newsom C, Key S, Qualls L, **Edmiston EK**. A randomized wait-list control trial of a peer-mediated, theatre-based intervention to improve social ability in children with autism spectrum disorder. *International Meeting for Autism Research.* 2015.

14. Singer B, Eckstrand K, Ehrenfeld J, **Edmiston EK**. Transgender health and advocacy in academic medicine: an empowerment model. Workshop; *Gay and Lesbian Medical Association Annual Meeting.* 2014.

13. **Edmiston EK**, Corbett BA. Behavioral and endocrine alterations in adolescents with autism spectrum disorder. Selected presentation; *Vanderbilt Kennedy Center Science Day*. 2014.

10

PLAINTIFFS002277

12. **Edmiston EK.** Effects of a neurobiological explanation of sexual orientation on student attitudes towards lesbian, gay and transgender people. *Society for Neuroscience.* 2013.

11. Corbett BA, **Edmiston EK**, Zald DH. Neural and physiological responses during play with human and computer partners in children with autism. *Society for Neuroscience.* 2013.

10. **Edmiston EK,** McHugo M, Dukic MS, Eggers E, Zald DH. Visuocortical BOLD response to emotional stimuli in the absence of a functional amygdala. *Society for Neuroscience.* 2012.

9. **Edmiston EK.** Pelvic and chest exams in transgender men. Workshop; *Philadelphia Trans Health.* 2011.

8. **Edmiston EK**, Blackford JU. Childhood maltreatment affects face processing. *Biology of Prosocial Behavior.* 2011.

7. **Edmiston E,** Wang F, Mazure CM, Sinha R, Mayes LC, Blumberg HP. Cortico-striatal limbic gray matter morphology in adolescents reporting exposure to childhood maltreatment. *Vanderbilt Kennedy Center Science Day.* 2011.

6. Wang F, **Edmiston E**, Hur E, Kalmar JH, Womer FY, Chepenik LG, Blumberg HP. An Altered Developmental Trajectory of Frontotemporal Connectivity in Bipolar Disorder. *Biological Psychiatry* 2010; 67 (Supplement 9): 107.

5. Wang F, Chepenik LG, Shah MP, Kalmar JH, **Edmiston E**, Spencer L, Duman R, Gelernter J, Blumberg HP. Genes Regulating Neurotrophic Factors that Influence the Corticolimbic Connectivity in Mood Disorders: Treatment Implications. *Biological Psychiatry* 2009; 65 (Supplement 1): 174.

4. Kalmar JH, Wang F, Chepenik LG, Shah MP, McDonough A, **Edmiston E**, Blumberg HP. Amygdala functioning during emotional processing in adolescents with bipolar disorder or ADHD. *Biological Psychiatry* 2008; 63 (Supplement 1): 184.

3. Womer F, Wang F, Chepenik LG, Kalmar JH, **Edmiston E**, Spencer L, Constable RT, Papademetris X, Blumberg HP. Structural abnormalities of the cerebellar vermis in bipolar disorder. *Biological Psychiatry* 2008; 63 (Supplement 1): 141.

2. Wang F, Kalmar JK, Womer F, He Y, Chepenik L, **Edmiston E**, Blumberg HP. Abnormal morphological correlations within a cortico-limbic neural system in adolescents with bipolar disorder. *American Academy of Childhood and Adolescent Psychiatry.*

1. Wang F, Kalmar JH, **Edmiston E**, Chepenik LG, Tie K, Spencer L, Jackowski M, Papademetris X, Constable RT & Blumberg HP. Abnormal callosal integrity in bipolar disorder determined from diffusion tensor imaging. *Biological Psychiatry* 2008; 63 (Supplement 1): 43.

**BOOK CHAPTERS:**
**Edmiston EK**, Bertocci M, Phillips ML. Neuroimaging and Circuit Mechanisms of Bipolar Disorder. In *Neurobiology of Mental Illness*. 6th Ed. Eds: Eric Nestler & Alexander Charney. Oxford University Press. (In Press).

11

Tomson A & **Edmiston EK**. Understanding the basis of gender identity development: biological and psychosocial models. In *Trans Bodies, Trans Selves*. 2nd Ed. Ed: Sand Chang. Oxford University Press. 2022.

**Edmiston EK**. Community-led peer advocacy for transgender health care access in the southeastern United States: The Trans Buddy Program. In *Healthcare in Motion: Mobility forms in health service delivery and accessibility.* Berghahn Books. 2017.

Robles RJ & **Edmiston EK**. Community Responses to Trauma. In *Trauma, Resilience, and Health Promotion for LGBT Patients.* Springer Press. 2017.

**Edmiston EK** & Mitchell L. Trans Buddy: Innovation Profile. In *The Remedy: Queer and Trans Voices on Health and Health Care.\** Arsenal Press. 2016. *Lambda Literary Award Winner, Non-Fiction Anthology

Eckstrand KL, **Edmiston EK**, Potter J. Obstetric and Gynecologic Care to LGBT Individuals. In *Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care*. Springer Press. 2015.

## ADDITIONAL SCHOLARSHIP:

**Edmiston EK.** Letter to the Editor: The legacy of transgender surgery access is complex. *Annals of Plastic Surgery.* 2019.

**Edmiston EK.** Invited Commentary: Transgender health research must serve transgender people. *BJOG.* 2018.

**Edmiston EK.** Feminist bioethics and intersex medical interventions: A review of *Making Sense of Intersex*. *Catalyst: Feminism, Theory, Technoscience*. 2016; 2(1).

Jann JT, **Edmiston EK**, Ehrenfeld J. Letter to the Editor: Important considerations for addressing LGBT health care competency. *American J of Public Health* 2015; e1.

## HONORS, AWARDS, AND FELLOWSHIPS:

| | |
|---|---|
| American College of Neuropsychopharmacology Travel Award | 2021 |
| Society of Biological Psychiatry Early Career Investigator Travel Award | 2019 |
| NYC tDCS Fellowship<br>City University of New York, New York, NY | 2018 |
| Trainee, T32 MH018951 Child and Adolescent Mental Health Research<br>University of PIttsburgh, Pittsburgh, PA | 2018-2019 |
| Research Day Department of Psychiatry Outstanding Poster Award | 2018 |
| PLOS One Travel Award | 2017 |
| Fellow, Winter School in the Neuroscience of Consciousness<br>Canadian Institute For Advanced Research | 2017 |
| Trainee, T32 MH16804 Transformative Discovery in Psychiatry | 2016-2018 |

12

University of Pittsburgh, Pittsburgh, PA

| | |
|---|---|
| WPATH Outstanding Student Award<br>International honor for contributions to transgender health research | 2015 |
| The Trans 100<br>National honor for excellence in the transgender community | 2015 |
| Point Foundation Scholar<br>One of 20 selected nationally for program that funds education of LGBT students | 2014-2015 |
| Vanderbilt Brain Institute Student Leadership and Service Award | 2014 |
| Graduate Student Travel Grant, Vanderbilt University | 2013 |
| Fellow, Summer Program in Neuroscience Ethics and Success<br>Marine Biology Laboratory, Woods Hole, MA | 2013 |
| Clinical Neuroscience Scholar for Translational Research<br>Dan Marino Foundation | 2012-2015 |
| Neurobiology of Social Behavior Travel Award<br>Emory University, Atlanta, GA | 2011 |
| President's Scholarship<br>Case Western Reserve University, Cleveland, OH | 2003-2005 |

## **TEACHING AND MENTORSHIP**
**SELECTED TALKS:**

| | |
|---|---|
| Invited Speaker: *Neuroscience in Service of Our Community:*<br>*How Research Rooted in Empathy and Humility Makes Us Better Scientists*<br>Neuroscience Diversity Seminar<br>University of Maryland School of Medicine | 2023 |
| Invited Speaker: *Visual Cortex Distinguishes Anxiety and Depression*<br>Fournier Group Lab Meeting<br>The Ohio State Medical School | 2023 |
| Presenter: *Assessing Visual Perception in Depression and Anxiety*<br>Department of Psychiatry Faculty Meeting<br>UMass Chan Medical School | 2023 |
| Invited Speaker: *Neuroimaging Studies of Transgender People*<br>The Friedman Brain Institute and oSTEM<br>The Icahn School of Medicine at Mount Sinai | 2022 |
| Invited Speaker: *Impulsivity and Reward-related Activity:*<br>*A Stable Marker for Bipolar Disorder risk*<br>STEP Seminar<br>Truman State University | 2022 |

| | |
|---|---|
| Invited Speaker: *Assessing Relationships Among impulsivity, Reward Circuitry, and Risk for Psychopathology*<br>Magnetic Resonance Research Center Forum<br>Yale School of Medicine | 2019 |
| Presenter: *Fusiform Gyrus Alterations During Emotion Processing: Predicting the Future in Anxiety Disorders*<br>Center for the Neural Basis of Cognition Seminar<br>University of Pittsburgh and Carnegie Mellon University | 2018 |
| Panelist: *Setting the Research Agenda in Transgender Health*<br>27th Annual Issues in Medical Ethics Conference<br>The Icahn School of Medicine at Mount Sinai | 2017 |
| Panelist: *Neuroimaging in Child and Adolescent Mental Disorders*<br>Chinese Society of Psychiatry 14th Annual Meeting | 2016 |
| *The Trans Buddy Program: An Innovative Model for Healthcare Access*<br>Medicine Health and Society Colloquium Series<br>Vanderbilt University | 2015 |
| Panel Organizer: *Intra-community Stigma in LGBT Populations*<br>615Thrive Conference<br>Tennessee Department of Health | 2015 |
| *Transgender Health: Provider Considerations*<br>Department of Hearing and Speech Sciences Grand Rounds<br>Vanderbilt University | 2014 |
| *Sexual and Reproductive Health in LGBT Populations*<br>Sarah Fogel, PhD<br>Department of Nurse Midwifery<br>Vanderbilt University School of Nursing | 2014, 2015 |
| Panelist: *(Im)Possible Politics: Intersectional Trans Organizing*<br>Ben Singer, PhD; Dean Spade, JD; Lisa Guenther PhD<br>Department of Women and Gender Studies<br>Vanderbilt University | 2014 |
| Plenary Speaker: *Creating Change for LGBTI Health*<br>Gay and Lesbian Medical Association Annual Meeting | 2013 |
| Invited Speaker: *Threat Detection, Visual Cortex, and Anxiety*<br>Department of Radiology<br>Beijing Normal University | 2013 |
| Invited Speaker: *Threat Detection, Visual Cortex, and Anxiety*<br>Department of Psychiatry<br>China Medical University | 2013 |

PLAINTIFFS002281

**MEDICAL STUDENT TEACHING EXPERIENCE:**

| | |
|---|---|
| Guest Lecturer: *Neuromodulatory Interventions in Mood Disorders*<br>Neuroscience Area of Concentration Seminar Series<br>University of Pittsburgh School of Medicine | 2022 |
| Guest Lecturer: *Building Trust with your Transgender Patients*<br>Texas Christian University School of Medicine | 2021,2022 |
| Instructor of Record: *Introduction to Scientific Writing*<br>China Medical University | 2016 |
| Guest Lecturer: *Clinical and Biobehavioral Features of Autism*<br>Clinical Medicine 400<br>China Medical University | 2016 |
| Guest Lecturer: *Building an Inclusive Practice for LGB and T Patients*<br>First Year Seminar<br>Meharry Medical College | 2015 |
| Guest Lecturer: *Community Models for Improving Trans Healthcare*<br>Intercession Course<br>Meharry Medical College | 2015 |
| Guest Lecturer: *Providing Excellent Care for LGBT People*<br>Capstone Series<br>Meharry Medical College | 2015 |

**GRADUATE AND UNDERGRADUATE TEACHING EXPERIENCE:**

| | |
|---|---|
| Guest Lecturer: *Neuromodulation interventions for threat sensitivity*<br>Biomedical Sciences First Year Seminar<br>Graduate School of Biomedical Sciences<br>UMass Chan Medical School | 2022 |
| Guest Lecturer: *Impulsivity and reward-related activity: Predicting mania*<br>Undergraduate Research Methods<br>Department of Psychology<br>University of California San Diego | 2021 |
| Guest Lecturer: *Transgender people and neuroimaging: a critical review*<br>Department of Psychology<br>Mount Holyoke College | 2021 |
| Instructor of Record: PSY0205 Psychopathology<br>Department of Psychology<br>University of Pittsburgh | 2021 |
| Guest Lecturer: *Transgender People and Healthcare Systems*<br>MHS 2110: American Medicine and the World | 2015 |

15

| | |
|---|---|
| Laura Stark, PhD, Vanderbilt University | |
| Guest Lecturer: *Transgender People and Healthcare Systems*<br>MHS 3890: Documenting the Body<br>Odie Lindsey, PhD, Vanderbilt University | 2015 |
| Guest Lecturer: *Introduction to Social Neuroscience*<br>PSY3609: Educational Cognitive Neuroscience<br>Sasha Key, PhD, Vanderbilt University | 2014 |
| Guest Lecturer: *Imagining Transgender Bodies in Healthcare*<br>WGS 290: Theories of the Body<br>Aimi Hamraie, PhD, Vanderbilt University | 2013 |
| *Introduction to Cognitive Neuroscience*<br>Vanderbilt Neuroscience Graduate Program Boot Camp | 2013-2014 |
| The Center for Teaching, Vanderbilt University<br>Scholarship of Teaching and Learning Certificate | 2013 |
| Teaching Assistant: NSC201 Introduction to Neuroscience<br>Department of Neuroscience, Vanderbilt University | 2011 |

**TRAINEE MENTORSHIP, CERTIFICATION, AND SUPERVISION:**

| | |
|---|---|
| Culturally Aware Mentorship Workshop<br>University of Wisconsin Madison School of Medicine | 2022 |
| Tiffany Nhan (post bac lab assistant) | 2022-present |
| M. Ali Aslam (undergraduate lab assistant) | 2022 |
| Paloma Rueda (undergraduate lab assistant) | 2020-2021 |
| Shelby Gardner (undergraduate lab assistant) | 2020 |
| Kristie Mak (undergraduate lab assistant) | 2019-2020 |
| Taylor Pagliosotti, BA (graduate student, Department of Public Health) | 2018-2019 |
| Zhiqiang Sha, PhD (post doc, Mood and Brain Laboratory, PI: Phillips) | 2019 |
| Alicyn Simpson, BA (research assistant, Adolescent Medicine) | 2018-2019 |
| Hana Choi, BA (intern, The Trans Buddy Program) | 2016 |
| William Horn, BA (intern, The Trans Buddy Program) | 2015 |
| RJ Robles, BA (student worker, Program for LGBTI Health) | 2015-2016 |
| Keanan Gottlieb, BA (summer intern, The Trans Buddy Program) | 2014 |
| Cameron Donald, BA (summer intern, Program for LGBTI Health) | 2014 |

16

| | |
|---|---|
| Jamieson Jann, BA (summer intern, Program for LGBTI Health) | 2014 |

# SERVICE

**CURRENT MEMBERSHIPS:**
Society of Biological Psychiatry

**DEPARTMENTAL, INSTITUTIONAL, AND DISCIPLINARY SERVICE:**

| | |
|---|---|
| Editorial Board, *Journal of Mood and Anxiety Disorders* | 2023-present |
| Member, Grand Rounds Committee<br>Department of Psychiatry, UMass Chan Medical School | 2023-present |
| Interviewer, Graduate School of Biomedical Sciences<br>UMass Chan Medical School | 2023-present |
| Co-Director, NeuroNexus Institute<br>UMass Chan Medical School | 2022-present |
| Co-chair, Diversity, Equity and Inclusion Committee<br>    Society of Biological Psychiatry | 2021-present |
| Member, LGBTQIA+ Task Force<br>American College of Neuropsychopharmacology | 2021-present |
| Editorial Board, *Bulletin of Applied Transgender Studies* | 2021-present |
| Grant Reviewer, Lesbian Health Fund, GLMA | 2021 |
| Member, Diversity, Equity, and Inclusion Committee<br>Department of Psychiatry University of Pittsburgh School of Medicine | 2019-2021 |
| Chapter Author, Assessment of Adults with Gender Dysphoria<br>WPATH Standards of Care 8 Committee | 2018-2022 |
| Member, Diversity and Inclusion Committee<br>Society of Biological Psychiatry | 2018-2021 |
| *Ad Hoc* Member, Diversity and Inclusion Task Force<br>American College of Neuropsychopharmacology | 2020-2021 |
| Member, Cross-Network Transgender Working Group,<br>NIH Office of HIV/AIDS Network Coordination | 2017-2019 |
| Co-Founder, Trans Buddy Pittsburgh | 2016-2018 |
| Student Representative, Vanderbilt Brain Institute Diversity Committee | 2015-2016 |
| Founding Director, The Trans Buddy Program Nashville | 2014-2016 |
| Co-Director, Vanderbilt School of Medicine Program for LGBTI Health | 2014-2015 |
| Assoc. Director, Vanderbilt School of Medicine Program for LGBTI Health | 2013-2014 |

17

PLAINTIFFS002284

| | |
|---|---|
| Associate Editor, *Vanderbilt Reviews Neuroscience* | 2013-2014 |
| President, Vanderbilt Neuroscience Student Organization | 2013-2014 |
| Member, Vanderbilt Neuroscience Organization Academic Committee | 2012-2013 |
| Board Member, Vanderbilt School of Medicine Program for LGBTI Health | 2012-2013 |
| Affiliate, Vanderbilt Kennedy Center | 2011-2016 |

**AD HOC PEER REVIEW:**
*Acta Psychologica; American Journal of Psychiatry; American Journal of Sexuality Education; Annals of Internal Medicine; Biological Psychiatry: Cognitive Neuroscience Neuroimaging; BJOG: An International Journal of Obstetrics and Gynaecology; Bipolar Disorder; Brain and Behavior; Child Abuse & Neglect; Development and Psychopathology; Developmental Cognitive Neuroscience; Frontiers in Neuroscience; Frontiers in Sociology; Human Brain Mapping; Journal of Affective Disorders; Journal of Autism and Developmental Disorders; Journal of Homosexuality; Journal of Medical Systems; Journal of Neuroscience Research; Journal of Psychiatry, Depression, and Anxiety; LGBT Health; Molecular Autism; NeuroImage; Neuropsychologia; Neuropsychopharmacology; Neuroscience Letters; Psychiatry Research: Neuroimaging; PLOS One; Psychological Medicine; Psychology of Violence; Psychoneuroendocrinology; Scientific Reports; Schizophrenia Research; Transgender Health*

## REFERENCES

Mary L. Phillips, MD, MD (CANTAB), Pittsburgh Foundation-Emmerling Endowed Chair in Psychotic Disorders, Professor, Department of Psychiatry, University of Pittsburgh School of Medicine. email: phillipsml@upmc.edu

Jay C. Fournier, PhD, Associate Professor, Department of Psychiatry & Behavioral Health, The Ohio State University. email: jay.fournier@osumc.edu

Hilary P. Blumberg, MD, John and Hope Furth Professor of Psychiatric Neuroscience, Professor Departments of Psychiatry and Radiology and Biomedical Imaging, Yale School of Medicine. email: hilary.blumberg@yale.edu