**University of California, San Francisco**
# CURRICULUM VITAE

**Name:**    Dan H. Karasic, MD

**Position:**    Professor Emeritus
Psychiatry
School of Medicine

Voice: 415-935-1511
Fax: 888-232-9336

## EDUCATION

| | | | |
|---|---|---|---|
| 1978 - 1982 | Occidental College, Los Angeles | A.B.; Summa Cum Laude | Biology |
| 1982 - 1987 | Yale University School of Medicine | M.D. | Medicine |
| 1987 - 1988 | University of California, Los Angeles | Intern | Medicine, Psychiatry, and Neurology |
| 1988 - 1991 | University of California, Los Angeles; Neuropsychiatric Institute | Resident | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles; Department of Sociology | Postdoctoral Fellow | Training Program in Mental Health Services for Persons with AIDS |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1990 | Medical Licensure, California, License Number G65105 |
| 1990 | Drug Enforcement Administration Registration Number BK1765354 |
| 1993 | American Board of Psychiatry and Neurology, Board Certified in Psychiatry |

## PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 1991 - 1993 | University of California, San Francisco | Health Sciences Psychiatry Clincial Instructor |
| 1993 - 1999 | University of California, San Francisco | Health Sciences Psychiatry Assistant Clinical Professor |
| 1999 - 2005 | University of California, San Francisco | Health Sciences Psychiatry |

Pl. Trial Ex. 359

PLAINTIFFS002677

| | | Associate Clinical Professor | |
|---|---|---|---|
| 2005 - present | University of California, San Francisco | Health Sciences Clinical Professor | Psychiatry |

## OTHER POSITIONS HELD CONCURRENTLY

| | | | |
|---|---|---|---|
| 1980 - 1980 | Associated Western Universities / U.S. Department of Energy | Honors Undergraduate Research Fellow | UCLA Medicine |
| 1981 - 1981 | University of California, Los Angeles; American Heart Association, California Affiliate | Summer Student Research Fellow | UCLA Medicine |
| 1986 - 1987 | Yale University School of Medicine; American Heart Association, Connecticut Affiliate | Medical Student Research Fellow | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles | Postdoctoral Fellow | Sociology |
| 1991 - 2001 | SFGH Consultation-Liaison Service; AIDS Care | Attending Psychiatrist | Psychiatry |
| 1991 - 2001 | AIDS Consultation-Liaison Medical Student Elective | Course Director | Psychiatry |
| 1991 - present | UCSF Positive Health Program at San Francisco General Hospital (Ward 86) | HIV/AIDS Outpatient Psychiatrist | Psychiatry |
| 1991 - present | UCSF AHP (AIDS Health Project/Alliance Health Project) | HIV/AIDS Outpatient Psychiatrist | Psychiatry |
| 1994 - 2002 | St. Mary's Medical Center CARE Unit. The CARE Unit specializes in the care of patients with AIDS dementia. | Consultant | Psychiatry |
| 2001 - 2010 | Depression and Antiretroviral Adherence Study (The H.O.M.E. study: Health Outcomes of Mood Enhancement) | Clinical Director | Psychiatry and Medicine |
| 2003 - 2020 | Transgender Life Care Program and Clinic, Castro Mission Health Center | Psychiatrist Dimensions Clinic | Dimensions |
| 2013 - 2020 | UCSF Alliance Health Project, Co-lead, Transgender Team | Co-Lead and Psychiatrist | Psychiatry |

## HONORS AND AWARDS

| | | |
|---|---|---|
| 1981 | Phi Beta Kappa Honor Society | Phi Beta Kappa |
| 1990 | NIMH Postdoctoral Fellowship in Mental Health Services for People with | National Institute of Mental Health |

PLAINTIFFS002678

AIDS (1990-1991)

| | | |
|---|---|---|
| 2001 | Lesbian Gay Bisexual Transgender Leadership Award, LGBT Task Force of the Cultural Competence and Diversity Program | SFGH Department of Psychiatry |
| 2006 | Distinguished Fellow | American Psychiatric Association |
| 2012 | Chancellor's Award for Leadership in LGBT Health | UCSF |
| 2023 | Alumni Seal Award  for Professional Achievement | Occidental College |

## MEMBERSHIPS

1992 - present Northern California Psychiatric Society

1992 - present American Psychiatric Association

2000 - 2019 Bay Area Gender Associates (an organization of psychotherapists working with transgendered clients)

2001 - present World Professional Association for Transgender Health

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 1981 - 1982 | The Occidental | News Editor |
| 1984 - 1985 | Yale University School of Medicine | Class President |
| 1989 - 1991 | Kaposi's Sarcoma Group, AIDS Project Los Angeles | Volunteer Facilitator |
| 1992 - 1996 | Early Career Psychiatrist Committee, Association of Gay and Lesbian Psychiatrists | Chair |
| 1992 - 1996 | Board of Directors, Association of Gay and Lesbian Psychiatrists | Member |
| 1993 - 1993 | Local Arrangements Committee, Association of Gay and Psychiatrists | Chair Lesbian |
| 1994 - 1995 | Educational Program, Association of Gay and Lesbian 1995 Annual Meeting | Director Psychiatrists, |
| 1994 - 1998 | Board of Directors, BAY Positives | Member |
| 1994 - present | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Member |
| 1995 - 1997 | Board of Directors, Bay Area Young Positives. BAY | President |

PLAINTIFFS002679

Positives is the nation's first community-based organization providing psychosocial and recreational services to HIV-positive youth

| | | |
|---|---|---|
| 1995 - 1997 | Executive Committee, Bay Area Young Positives. | Chair |
| 1996 - 2004 | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Chair |
| 1998 - 2002 | City of San Francisco Human Rights Commission, Lesbian, Gay Bisexual Transgender Advisory Committee | Member |
| 2000 - 2004 | Association of Gay and Lesbian Psychiatrists. for the organization's educational programs | Vice President Responsible |
| 2004 - 2005 | Association of Gay and Lesbian Psychiatrists | President-elect |
| 2005 - 2007 | Caucus of Lesbian, Gay, and Bisexual Psychiatrists of the American Psychiatric Association | Chair |
| 2005 - 2007 | Association of Gay and Lesbian Psychiatrists | President |
| 2007 - 2009 | Association of Gay and Lesbian Psychiatrists | Immediate Past President |
| 2009 - 2010 | Consensus Committee for Revision of the Sexual and Gender Identity Disorders for DSM-V, GID of Adults subcommittee. (Wrote WPATH recommendations as advisory body to the APA DSM V Committee for the Sexual and Gender Identity Disorders chapter revision.) | Member |
| 2010 - 2011 | Scientific Committee, 2011 WPATH Biennial Symposium, Atlanta | Member |
| 2010 -2022 | World Professional Association for Transgender Care Standards of Care Workgroup and Committee (writing seventh and eighth revisions of the WPATH Standards of Care, which is used internationally for transgender care.) | Member |
| 2010 - 2018 | ICD 11 Advisory Committee, World Professional Association for Transgender Health | Member |
| 2012 - 2014 | Psychiatry and Diagnosis Track Co-chair, Scientific Committee, 2014 WPATH Biennial Symposium, Bangkok | Member |
| 2014 - 2016 | Scientific Committee, 2016 WPATH Biennial Symposium, Amsterdam | Member |
| 2014 - 2018 | Board of Directors (elected to 4 year term), World Professional Association for Transgender Health | Member |
| 2014 - 2018 | Public Policy Committee, World Professional Association for Transgender Health | Chair |
| 2014 - 2018 | WPATH Global Education Initiative: Training providers and specialty certification in transgender health | Trainer and Steering Committee Member |
| 2014 - 2016 | American Psychiatric Association Workgroup on Gender Dysphoria | Member |

PLAINTIFFS002680

| | | |
|---|---|---|
| 2016 - present | American Psychiatric Association Workgroup on Gender Dysphoria | Chair |
| 2016 | USPATH: Inaugural WPATH U.S. Conference, Los Angeles, 2017 | Conference Chair |

## SERVICE TO PROFESSIONAL PUBLICATIONS

2011 - present Journal of Sexual Medicine, reviewer

2014 - present International Journal of Transgenderism, reviewer

2016 - present LGBT Health, reviewer

## INVITED PRESENTATIONS - INTERNATIONAL

| | | |
|---|---|---|
| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Plenary Session Speaker |
| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Symposium Speaker |
| 2009 | Karolinska Institutet, Stockholm Sweden | Invited Lecturer |
| 2012 | Cuban National Center for Sex Education (CENESEX), Havana, Cuba | Invited Speaker |
| 2013 | Swedish Gender Clinics Annual Meeting, Stockholm, Sweden | Keynote Speaker |
| 2013 | Conference on International Issues in Transgender care, United Nations Development Programme - The Lancet, Beijing, China | Expert Consultant |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Track Chair |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Symposium Chair |
| 2015 | Israeli Center for Human Sexuality and Gender Identity, Tel Aviv | Invited Speaker |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Symposium Chair |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Invited Speaker |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Invited Speaker |

PLAINTIFFS002681

| 2017 | Brazil Professional Association for Transgender Health,   Sao Paulo |
| 2017 | Vietnam- United Nations Development Programme Asia Transgender Health Conference, Hanoi |
| 2018 | United Nations Development Programme Asia Conference on Transgender Health and Human Rights, Bangkok |
| 2018 | World Professional Association for Transgender Health,   Invited Speaker Buenos Aires |
| 2021 | Manitoba Psychiatric Association, Keynote Speaker |

## INVITED PRESENTATIONS - NATIONAL

| 1990 | Being Alive Medical Update, Century Cable Television | Televised Lecturer |
| 1992 | Institute on Hospital and Community Psychiatry, Toronto  Symposium Speaker |
| 1992 | Academy of Psychosomatic Medicine Annual Meeting, San Diego | Symposium Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Chair |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Paper Session Co-chair |
| 1995 | Spring Meeting of the Association of Gay and Lesbian Psychiatrists, Miami Beach | Symposium Chair |
| 1996 | American Psychiatric Association 152nd Annual Meeting, New York | Workshop Speaker |
| 1997 | American Psychiatric Association Annual Meeting, San Diego | Workshop Speaker |
| 1997 | Gay and Lesbian Medical Association Annual | Invited Speaker Symposium |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |

PLAINTIFFS002682

| | | |
|---|---|---|
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Presenter |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Workshop Chair |
| 2000 | American Psychiatric Association Annual Meeting, Chicago | Workshop Chair |
| 2000 | National Youth Leadership Forum On Medicine, University of California, Berkeley | Invited Speaker |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Workshop Chair |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Media Program Chair |
| 2001 | Association of Gay and Lesbian Psychiatrists Symposium, New Orleans | Chair |
| 2001 | Harry Benjamin International Gender Dysphoria Association Biennial Meeting, Galveston, Texas | Invited Speaker |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Media Program Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2003 | Association of Gay and Lesbian Psychiatrists CME | Chair Conference |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Co-Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Workshop Chair |
| 2003 | American Public Health Association Annual Meeting, San Francisco | Invited Speaker |
| 2004 | Mission Mental Health Clinic Clinical Conference | Invited Speaker |
| 2004 | Association of Gay and Lesbian Psychiatrists Conference, New York | Co-Chair |
| 2004 | Mental Health Care Provider Education Program: Los Angeles. Sponsored by the American Psychiatric Association Office of HIV Psychiatry | Invited Speaker |

PLAINTIFFS002683

| | | |
|---|---|---|
| 2005 | American Psychiatric Association Annual Meeting, Atlanta | Workshop Speaker |
| 2005 | Association of Gay and Lesbian Psychiatrists Saturday Symposium | Invited Speaker |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco | Invited Speaker |
| 2009 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Chair |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Speaker |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | Invited Speaker |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | Invited Speaker |

PLAINTIFFS002684

Invited Speaker

| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | |
| 2011 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2012 | Gay and Lesbian Medical Association Annual Meeting | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco | Invited Speaker |
| 2013 | Gay and Lesbian Medical Association, Denver, CO | Invited Speaker |
| 2014 | American Psychiatric Association Annual Meeting, New | Invited Speaker York |
| 2014 | Institute on Psychiatric Services, San Francisco | Moderator |
| 2014 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Workshop Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Course Faculty |
| 2016 | American Psychiatric Association Annual Meeting | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Atlanta | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Springfield, MO | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Fort Lauderdale, FL | Course Faculty |
| 2017 | World Professional Association for Transgender Health, GEI, Los Angeles Course Faculty | |
| | World Professional Association for Transgender Health | |

PLAINTIFFS002685

Surgeon's Training, Irvine, CA Course Faculty

| | |
|---|---|
| 2017 | American Urological Association Annual Meeting, San Francisco CA<br>Invited Speaker |
| 2018 | World Professional Association for Transgender Health GEI, Portland OR, Course Faculty |
| 2018 | World Professional Association for Transgender Health GEI, Palm Springs, Course Faculty |
| 2019 | American Society for Adolescent Psychiatry Annual Meeting, San Francisco, Speaker |
| 2019 | American Psychiatric Association Annual Meeting, San Francisco, Session Chair |
| 2020 | Psychiatric Congress, Invited Speaker |
| 2022 | World Professional Association for Transgender Health, Montreal, invited speaker |
| 2023 | National Transgender Health Summit, San Francisco, invited speaker |
| 2023 | American Psychiatric Association Annual Meeting, San Francisco, invited speaker |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| | | |
|---|---|---|
| 1990 | Advanced Group Therapy Seminar, UCLA Neuropsychiatric Institute | Invited Lecturer |
| 1991 | Joint Project of the Southern California AIDS Interfaith Council and UCLA School of Medicine | Symposium Speaker |
| 1991 | Joint Project of the Southern California AIDS Interfaith Council and UCLA School of Medicine | Workshop Panelist |
| 1992 | Advanced Group Therapy Seminar, UCLA Neuropsychiatric Institute | Invited Lecturer |
| 1993 | UCSF School of Nursing | Invited Lecturer |
| 1995 | UCSF/SFGH Department of Medicine Clinical Care Conference | Invited Speaker |
| 1996 | UCSF School of Nursing | Invited Speaker |

PLAINTIFFS002686

| | | |
|---|---|---|
| | | Invited Speaker |
| 1996 | Psychopharmacology for the Primary Care AIDS/Clinician, Invited Lecturer series of four lectures, UCSF Department of Medicine | |
| 1996 | UCSF AIDS Health Project Psychotherapy Internship Training Program | |
| 1996 | UCSF/SFGH Department of Medicine AIDS Quarterly Update | Invited Speaker |
| 1996 | San Francisco General Hospital, Division of Addiction Medicine | Invited Speaker |
| 1996 | UCSF Langley Porter Psychiatric Hospital and Clinics Rounds | Invited Speaker Grand |
| 1997 | UCSF School of Nursing     Invited Speaker | |
| 1997 | UCSF Department of Medicine AIDS Program | Invited Speaker |
| 1997 | Northern California Psychiatric Society Annual Meeting, Monterey | Workshop Speaker |
| 1997 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds | |
| 1997 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds | |
| 1997 | Northern California Psychiatric Society LGBT Committee Chair Fall Symposium | |
| 1997 | Progress Foundation, San Francisco     Invited Speaker | |
| 1998 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds | |
| 1999 | Northern California Psychiatric Society Annual Meeting, Santa Rosa | Invited Speaker |
| 1999 | Northern California Psychiatric Society Annual Meeting, Santa Rosa | Invited Speaker |
| 1999 | University of California, Davis, Department of Psychiatry Invited Speaker Grand Rounds | |
| 1999 | California Pacific Medical Center Department of     Invited Speaker Psychiatry Grand Rounds | |
| 1999 | San Francisco General Hospital Department of Psychiatry Discussant Departmental Case Conference | |
| 2000 | Langley Porter Psychiatric Hospital and Clinics     Invited Speaker Consultation Liaison Seminar | |
| 2000 | San Francisco General Hospital, Psychopharmacology     Invited Speaker Seminar | |

PLAINTIFFS002687

| 2000 | UCSF Transgender Health Conference, Laurel Heights Conference Center | Invited Speaker |
| 2000 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2000 | Community Consortium Treatment Update Symposium, California Pacific Medical Center, Davies Campus | Invited Speaker |
| 2000 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 2001 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2003 | Tom Waddell Health Center Inservice | Invited Speaker |
| 2003 | San Francisco Veterans Affairs Outpatient Clinic | Invited Speaker |
| 2004 | San Francisco General Hospital Psychiatric Emergency Service Clinical Conference | Invited Speaker |
| 2004 | South of Market Mental Health Clinic, San Francisco | Invited Speaker |
| 2005 | Northern Psychiatric Psychiatric Society Annual Meeting | Invited Speaker |
| 2005 | Equality and Parity: A Statewide Action for Transgender HIV Prevention and Care, San Francisco | Invited Speaker |
| 2005 | San Francisco General Hospital Department of Psychiatry Grand Rounds. | Invited Speaker |
| 2006 | SFGH/UCSF Department of Psychiatry Grand Rounds | Invited Speaker |
| 2007 | UCSF Department of Medicine, HIV/AIDS Grand Rounds, Positive Health Program | Invited Speaker |
| 2007 | California Pacific Medical Center LGBT Health Symposium, San Francisco LGBT Community Center | Invited Speaker |
| 2007 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco | Invited Speaker |
| 2008 | UCSF Department of Medicine, Positive Health Program, HIV/AIDS Grand Rounds | Invited Speaker |
| 2008 | San Francisco General Hospital Psychiatry Grand Rounds | Invited Speaker |
| 2008 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco | Invited Speaker |
| 2010 | Northern California Psychiatric Society Annual Meeting, Monterey, CA | Invited Speaker |
| 2011 | Transgender Mental Health Care Across the Life Span, Stanford University | Invited Speaker |
| 2011 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |

PLAINTIFFS002688

| | | |
|---|---|---|
| | | Invited Speaker |
| 2012 | UCSF AIDS Health Project          Invited Speaker 2012 San Francisco Veterans Affairs Medical Center. | |
| 2013 | Association of Family and Conciliation Courts Conference, Invited Speaker Los Angeles, CA | |
| 2014 | UCSF Transgender Health elective | Invited Speaker |
| 2014 | UCSF Department of Psychiatry Grand Rounds | Invited Speaker |
| 2014 | California Pacific Medical Center Department of Grand Rounds | Invited Speaker Psychaitry |
| 2014 | UCLA Semel Institute Department of Psychiatry Grand Rounds | Invited Speaker |
| 2015 | UCSF Transgender Health elective | Invited Speaker |
| 2015 | Fenway Health Center Boston, MA (webinar) | Invited Speaker |
| 2015 | Transgender Health Symposium, Palm Springs | Invited Speaker |
| 2015 | Transgender Health Symposium, Palm Springs | Co-Chair |
| 2015 | Santa Clara Valley Medical Center Grand Rounds | Invited Speaker |
| 2016 | UCSF School of Medicine Transgender Health elective | Invited Speaker |
| 2016 | Langley Porter Psychiatric Institute APC Case Conference Invited Speaker (2 session series) | |
| 2016 | Zuckerberg San Francisco General Department of Psychiatry Grand Rounds | Invited Speaker |
| 2016 | UCSF Mini-Medical School Lectures to the Public | Invited Speaker |
| 2021 | Los Angeles County Department of Mental Health, Invited Speaker | |

## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

| | |
|---|---|
| 2005 | Northern California Psychiatric Society |
| 2005 | Northern California Psychiatric Society Annual Meeting, Napa |
| 2005 | Association of Gay and Lesbian Psychiatrist Annual Conference |
| 2006 | Annual Meeting, American Psychiatric Association, Atlanta |
| 2006 | Annual Meeting, American Psychiatric Association, Toronto |
| 2006 | Institute on Psychiatric Services, New York |
| 2007 | Association of Gay and Lesbian Psychiatrists Annual Conference |
| 2007 | American Psychiatric Association Annual Meeting, San Diego |

PLAINTIFFS002689

| 2007 | The Medical Management of HIV/AIDS, a UCSF CME Conference |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco |
| 2009 | American Psychiatric Association, San Francisco |
| 2009 | World Professional Association for Transgender Health, Oslo, Norway |
| 2010 | Annual Meeting of the Northern California Psychiatric Society, Monterey, CA |
| 2011 | Transgender Mental Health Care Across the Life Span, Stanford University |
| 2011 | National Transgender Health Summit, San Francisco |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA |
| 2011 | Institute on Psychiatric Services, San Francisco |
| 2012 | Gay and Lesbian Medical Association Annual Meeting, San Francisco |
| 2013 | National Transgender Health Summit, Oakland, CA |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco |
| 2013 | Gay and Lesbian Medical Association, Denver, CO |
| 2014 | American Psychiatric Association Annual Meeting, New York |
| 2014 | Institute on Psychiatric Services, San Francisco |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium |
| 2015 | National Transgender Health Summit, Oakland |
| 2015 | American Psychiatric Association Annual Meeting, Toronto |
| 2016 | American Psychiatric Association Annual Meeting, Atlanta |
| 2016 | World Professional Association for Transgender Health, Amsterdam |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| 1998 - 2002 | City and County of San Francisco Human Rights  Member Commission LGBT Advisory Committee |

PLAINTIFFS002690

I am the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, which developed a CME course fort the 2015  and 2016 APA Annual Meetings, and is now embarking on a larger educational mission to train American psychiatrists to better care for transgender patients.  I have been leading education efforts in transgender health at APA meetings since 1998. On the APA Workgroup on Gender Dysphoria, I am a co-author of a paper of transgender issues that has been approved by the American Psychiatric Association as a resource document and is in press for the American Journal of Psychiatry.  I am also the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

I have been active internationally in transgender health through my work as a member of the Board of Directors of the World Professional Association for Transgender Health. I am an author of the WPATH Standards of Care, Version 7, and am Chapter Lead for the Mental Health Chapter of  SOC 8.
I chaired of the WPATH Public Policy Committee and was a member of the Global Education Initiative, which developed a specialty certification program in transgender health. I helped plan the 2016 WPATH Amsterdam conference, and was on the scientific committee for the last four biennial international conferences. I was on the founding committee of USPATH, the national affiliate of WPATH, and I chaired the inaugural USPATH conference, in Los Angeles in 2017. As a member of the steering committee of the WPATH Global Educational Initiative, I helped train over 2000 health providers in transgender health, and helped develop a board certification program and examination in transgender health.

## UNIVERSITY SERVICE  UC SYSTEM AND MULTI-CAMPUS SERVICE

| | | |
|---|---|---|
| 1991 - present | HIV/AIDS Task Force | Member |
| 1992 - 1993 | HIV Research Group | Member |
| 1992 - 1997 | Space Committee | Member |
| 1992 - present | Gay, Lesbian and Bisexual Issues Task Force | Member |
| 1994 - 1997 | SFGH Residency Training Committee | Member |
| 1996 - 1997 | Domestic Partners Benefits Subcommittee. | Chair |
| 1996 - 2000 | Chancellor's Advisory Committee on Gay, Lesbian, and Transgender Issues. | Member Bisexual |
| 1996 - 2003 | HIV/AIDS Task Force | Co-Chair |
| 1996 - 2003 | Cultural Competence and Diversity Program | Member |
| 2009 - present | Medical Advisory Board, UCSF Center of Excellence for Transgender Health | Member |
| 2010 - 2013 | Steering Committee, Child Adolescent Gender Center | Member |
| 2011 – 2017 | Mental Health Track, National Transgender Health Summit | Chair |

## DEPARTMENTAL SERVICE

1991 - present San Francisco General Hospital, Department of Psychiatry, Member HIV/AIDS Task Force

PLAINTIFFS002691

1992 - 1993    San Francisco General Hospital, Department of Psychiatry, Member  HIV Research Group

1992 - 1997    San Francisco General Hospital, Department of Psychiatry, Member  Space Committee

1992 - 2003    San Francisco General Hospital, Department of Psychiatry, Member  GLBT Issues Task Force

1994 - 1997    San Francisco General Hospital, Department of Psychiatry, Member Residency Training Committee

1996 - 2003    San Francisco General Hospital, Department of Psychiatry, Member  Cultural Competence and Diversity Program

1996 - 2003    San Francisco General Hospital, Department of Psychiatry, Co-Chair HIV/AIDS Task Force

2012 - 2020 San Francisco Department of Public Health Gender    Member Competence Trainings Committee

2013 - 2020 San Francisco Department of Public Health Transgender        Member Health Implementation Task Force

2014 - 2020San Francisco General Hospital, Department of Psychiatry, Member  Transgender Surgery Planning Workgroup

## PEER REVIEWED PUBLICATIONS

1. Berliner JA, Frank HJL, **Karasic D**, Capdeville M. Lipoprotein-induced insulin resistance in aortic endothelium. Diabetes. 1984; 33:1039-44.

2. Bradberry CW, **Karasic DH**, Deutch AY, Roth RH. Regionally-specific alterations in mesotelencephalic dopamine synthesis in diabetic rats: association with precursor tyrosine. Journal of Neural Transmission. General Section, 1989; 78:221-9.

3. Targ EF, **Karasic DH**, Bystritsky A, Diefenbach PN, Anderson DA, Fawzy FI. Structured group therapy and fluoxetine to treat depression in HIV-positive persons. Psychosomatics. 1994; 35:132-7.

4. Karasic DH. Homophobia and self-destructive behaviors. The Northern California Psychiatric Physician. 1996; 37 Nov.-Dec. Reprinted by the Washington State Psychiatric Society and the Southern California Psychiatric Society newsletters.

5. Karasic D. Anxiety and anxiety disorders. Focus. 1996 Nov; 11(12):5-6. PMID: 12206111

6. Polansky JS, **Karasic DH**, Speier PL, Hastik KL, Haller E. Homophobia: Therapeutic and training considerations for psychiatry. Journal of the Gay and Lesbian Medical Association. 1997 1(1) 41-47.

7. Karasic DH. Progress in health care for transgendered people. Editorial. Journal of the Gay and Lesbian Medical Association, 4(4) 2000 157-8.

8. Perry S, **Karasic D**. Depression, adherence to HAART, and survival. Focus: A Guide to AIDS Research and Counseling. 2002 17(9) 5-6.

PLAINTIFFS002692

9. Fraser L, **Karasic DH**, Meyer WJ, Wylie, K. Recommendations for Revision of the DSM Diagnosis of Gender Identity Disorder in Adults. International Journal of Transgenderism. Volume 12, Issue 2. 2010, Pages 80-85.

10. Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., **Karasic D** and 22 others. (2011). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, 7th Version.  International Journal of Transgenderism, 13:165-232, 2011

11. Tsai AC, **Karasic DH**, et al. Directly Observed Antidepressant Medication Treatment and HIV Outcomes Among Homeless and Marginally Housed HIV-Positive Adults: A Randomized Controlled Trial. American Journal of Public Health. February 2013, Vol. 103, No. 2, pp. 308-315.

12. Tsai AC, Mimmiaga MJ, Dilley JW, Hammer GP, **Karasic DH**, Charlebois ED, Sorenson JL, Safren SA, Bangsberg DR. Does Effective Depression Treatment Alone Reduce Secondary HIV Transmission Risk? Equivocal Findings from a Randomized Controlled Trial. AIDS and Behavior, October 2013, Volume 17, Issue 8, pp 2765-2772.

13. **Karasic DH**. Protecting Transgender Rights Promotes Transgender Health. LGBT Health. 2016 Aug; 3(4):245-7. PMID: 27458863

14. Winter S, Diamond M, Green J, **Karasic D**, Reed T, Whittle S, Wylie K. Transgender people: health at the margins of society. Lancet. 2016 Jul 23;388(10042):390-400. doi: 10.1016/S0140-6736(16)00683-8. Review./> PMID: 27323925

15. Grelotti DJ, Hammer GP, Dilley JW, **Karasic DH**, Sorensen JL, Bangsberg DR, Tsai AC. Does substance use compromise depression treatment in persons with HIV? Findings from a randomized controlled trial. AIDS Care. 2016 Sep 2:1-7. [Epub ahead of print]/> PMID: 27590273

16. Strang JF, Meagher H, Kenworthy L, de Vries AL, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, Shumer DE, Edwards-Leeper L, Pleak RR, Spack N, **Karasic DH**, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG.
Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. J Clin Child Adolesc Psychol. 2016 Oct 24:1-11. [Epub ahead of print]/> PMID: 27775428

17. Milrod C, **Karasic DH**. Age Is Just a Number: WPATH-Affiliated Surgeons' Experiences and Attitudes Toward Vaginoplasty in Transgender Females Under 18 Years of Age in the United States. J Sex Med 2017;14:624–634.

18.     William Byne, Dan H. Karasic, Eli Coleman, A. Evan Eyler, Jeremy D. Kidd, Heino F.L. Meyer-Bahlburg, Richard R. Pleak, and Jack Pula.Gender Dysphoria in Adults: An Overview and Primer for Psychiatrists.Transgender Health.Dec 2018.57-A3.http://doi.org/10.1089/trgh.2017.0053

19.     Identity recognition statement of the world professional association for transgender health (WPATH). International Journal of Transgenderism. 2018 Jul 3; 19(3):1-2. Knudson KG, Green GJ, Tangpricha TV, Ettner ER, Bouman BW, Adrian AT, Allen AL, De Cuypere DG, Fraser

PLAINTIFFS002693

FL, Hansen HT, **Karasic KD**, Kreukels KB, Rachlin RK, Schechter SL, Winter WS, Committee and Board of Direct

20. **Karasic, DH** & Fraser, L  Multidisciplinary Care and the Standards of Care for Transgender and Gender Non-conforming Individuals. Schechter, L & Safa, B. (Eds.) Gender Confirmation Surgery, Clinics in Plastic Surgery Special Issue, Vol 45, Issue 3, pp 295-299. 2018 Elsevier,Philadelphia. https://doi.org/10.1016/j.cps.2018.03.016

21. Milrod C, Monto M, **Karasic DH.** Recommending or Rejecting "the Dimple": WPATHAffiliated Medical Professionals' Experiences and Attitudes Toward Gender-Confirming Vulvoplasty in Transgender Women. J Sex Med. 2019 Apr;16(4):586-595. doi: 10.1016/j.jsxm.2019.01.316. Epub 2019 Mar 2.

22. ICD-11 and gender incongruence of childhood: a rethink is needed. Lancet Child Adolesc Health. 2019 10; 3(10):671-673. Winter S, Ehrensaft D, Telfer M, T'Sjoen G, Koh J, Pickstone-Taylor S, Kruger A, Griffin L, Foigel M, De Cuypere G, **Karasic D.** PMID: 31439494.

23. Gender Dysphoria in Adults: An Overview and Primer for Psychiatrists. Focus (Am Psychiatr Publ). 2020 Jul; 18(3):336-350. Byne W, **Karasic DH**, Coleman E, Eyler AE, Kidd JD, Meyer-Bahlburg HFL, Pleak RR, Pula J. PMID: 33343244; PMCID: PMC7587914.

24. E. Coleman, A. E. Radix, W. P. Bouman, G. R. Brown, A. L. C. de Vries, M. B. Deutsch, R. Ettner, L. Fraser, M. Goodman, J. Green, A. B. Hancock, T. W. Johnson, **D. H. Karasic**, G. A. Knudson, S. F. Leibowitz, H. F. L. Meyer-Bahlburg, S. J. Monstrey, J. Motmans, L. Nahata, T. O. Nieder, S. L. Reisner, C. Richards, L. S. Schechter, V. Tangpricha, A. C. Tishelman, M. A. A. Van Trotsenburg, S. Winter, K. Ducheny, N. J. Adams, T. M. Adrián, L. R. Allen, D. Azul, H. Bagga, K. Başar, D. S. Bathory, J. J. Belinky, D. R. Berg, J. U. Berli, R. O. Bluebond-Langner, M.- B. Bouman, M. L. Bowers, P. J. Brassard, J. Byrne, L. Capitán, C. J. Cargill, J. M. Carswell, S. C. Chang, G. Chelvakumar, T. Corneil, K. B. Dalke, G. De Cuypere, E. de Vries, M. Den Heijer, A. H. Devor, C. Dhejne, A. D'Marco, E. K. Edmiston, L. Edwards-Leeper, R. Ehrbar, D. Ehrensaft, J. Eisfeld, E. Elaut, L. Erickson-Schroth, J. L. Feldman, A. D. Fisher, M. M. Garcia, L. Gijs, S. E. Green, B. P. Hall, T. L. D. Hardy, M. S. Irwig, L. A. Jacobs, A. C. Janssen, K. Johnson, D. T. Klink, B. P. C. Kreukels, L. E. Kuper, E. J. Kvach, M. A. Malouf, R. Massey, T. Mazur, C. McLachlan, S. D. Morrison, S. W. Mosser, P. M. Neira, U. Nygren, J. M. Oates, J. Obedin-Maliver, G. Pagkalos, J. Patton, N. Phanuphak, K. Rachlin, T. Reed, G. N. Rider, J. Ristori, S. Robbins-Cherry, S. A. Roberts, K. A. Rodriguez-Wallberg, S. M. Rosenthal, K. Sabir, J. D. Safer, A. I. Scheim, L. J. Seal, T. J. Sehoole, K. Spencer, C. St. Amand, T. D. Steensma, J. F. Strang, G. B. Taylor, K. Tilleman, G. G. T'Sjoen, L. N. Vala, N. M. Van Mello, J. F. Veale, J. A. Vencill, B. Vincent, L. M. Wesp, M. A. West & J. Arcelus (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644

PLAINTIFFS002694

## BOOKS AND CHAPTERS

1. **Karasic DH**, Dilley JW.  Anxiety and depression: Mood and HIV disease.  In: The UCSF AIDS Health Project Guide to Counseling: Perspectives on Psychotherapy, Prevention, and Therapeutic Practice. Dilley JW and Marks R,  eds. Jossey-Bass. San Francisco, 1998,  pp.227-248.

2. **Karasic DH**, Dilley JW. Human immunodeficiency-associated psychiatric disorders. In: The AIDS Knowledge Base, Third Edition. Cohen PT, Sande MA, Volberding PA, eds. Lippincott-Williams &Wilkens, Philadelphia, 1999, pp. 577-584.

3. **Karasic DH** and Drescher J. eds.  Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation. 2005. Haworth Press, Binghamton, NY. (Book Co-Editor)

4. **Karasic DH**. Transgender and Gender Nonconforming Patients. In: Clinical Manual of Cultural Psychiatry, Second Edition. Lim RF ed.  pp 397-410. American Psychiatric Publishing, Arlington VA. 2015.

5. **Karasic DH**. Mental Health Care of the Transgender Patient. In: Comprehensive Care of the Transgender Patient, Ferrando CA ed. pp. 8-11.  Elsevier, 2019.

6. **Karasic DH.** The Mental Health Assessment for Surgery. In: Gender Confirmation Surgery – Principles and Techniques for an Emerging Field. Schechter L ed. Springer Nature, in press 2019.

## OTHER PUBLICATIONS

1. **Karasic DH**, Dilley JW. HIV-associated psychiatric disorders: Treatment issues.  In: Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base. Waltham, MA: The Medical Publishing Group/ Massachusetts Medical Society. 1994. pp. 5.31-1-5.

2. **Karasic DH**, Dilley JW.  HIV-associated psychiatric disorders:  Clinical syndromes and diagnosis.  In:  Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base, Second Edition. Waltham, MA: The Medical Publishing Group/Massachusetts Medical Society. 1994 pp. 5.30-1-5.

3. **Karasic DH**. A primer on transgender care. In: Gender and sexuality. The Carlat Report Psychiatry. April 2012. Vol 10, Issue 4.

4. **Karasic D and Ehrensaft D.** We must put an end to gender conversion therapy for kids. Wired. 7/6/15.

## EXPERT WITNESS AND CONSULTATION ON TRANSGENDER CARE AND RIGHTS

2008  Consultant, California Department of State Hospitals

2012  Dugan v. Lake, Logan UT

2012 XY v. Ontario http://www.canlii.org/en/on/onhrt/doc/2012/2012hrto726/2012hrto726.html

PLAINTIFFS002695

2014 Cabading v California Baptist University

2014 CF v. Alberta
http://www.canlii.org/en/ab/abqb/doc/2014/2014abqb237/2014abqb237.html

2017 United Nations Development Programme consultant, transgender health care and legal rights in the Republic of Vietnam; Hanoi.

2017- Forsberg v Saskatchewan; Saskatchewan Human Rights v Saskatchewan
2018 https://canliiconnects.org/en/summaries/54130
https://canliiconnects.org/en/cases/2018skqb159

2018 United Nations Development Programme consultant, transgender legal rights in Southeast Asia; Bangkok.

2018    Consultant, California Department of State Hospitals

2019, 2021 Consultant/Expert, Disability Rights Washington

2019, 2021 Consultant/Expert, ACLU Washington

2021 Consultant, California Department of Corrections and Rehabilitation

2021 Expert, Kadel v. Folwell, 1:19-cv-00272 (M.D.N.C.).

2021 Expert, Drew Glass v. City of Forest Park - Case No. 1:20-cv-914 (Southern District Ohio)

2021-2022 Expert, Brandt et al v. Rutledge et al. 4:21-cv-00450 (E.D. Ark.)

2021-2022 Expert, Fain v. Crouch, 3:20-cv-00740 (S.D.W. Va.)

2022 Expert, C.P. v. Blue Cross Blue Shield of Illinois, No. 3:20-cv-06145-RJB (W.D. Wash.)

PLAINTIFFS002696