# CURRICULUM VITAE
## JOHANNA OLSON-KENNEDY MS, MD
### FEBRUARY 14, 2023

**PERSONAL INFORMATION:**

| Work | |
|---|---|
| 4650 Sunset Blvd. MS 2 | |
| Los Angeles, CA 90027 | |
| Phone: 323-361-3128 | |
| Fax: 323-953-8116 | |
| Work Email: jolson@chla.usc.edu | |

**EDUCATION AND PROFESSIONAL APPOINTMENTS**

**EDUCATION:**

| Year | Degree, Field, Institution, City |
|---|---|
| 1992 | BA, Mammalian Physiology, UC San Diego, San Diego |
| 1993 | MS, Animal Physiology, The Chicago Medical School, Chicago |
| 1997 | MD, Medical Doctor, The Chicago Medical Shool, Chicago |
| 2015 | MS, Clinical and Biomedical Investigations in Translational Science, USC, Los Angeles |

**POST-GRADUATE TRAINING:**

| Year-Year | Training Type, Field, Mentor, Department, Institution, City |
|---|---|
| 1997 - 1998 | Internship, Pediatrics, Children's Hospital Orange County, Orange |
| 1998 - 2000 | Residency, Pediatrics, Antonio Arrieta, Children's Hosptial Orange County, Orange |
| 2000 - 2003 | Fellowship, Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles |
| 2012 - 2015 | Master's Degree, Clinical and Biomedical Investigations in Translational Science, USC |

**ACADEMIC APPOINTMENTS:**

| Year-Year | Appointment | Department, Institution, City, Country |
|---|---|---|
| 2006 - 2016 | Assistant Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |
| 2016 - Present | Associate Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |

**CLINICAL/ADMINISTRATIVE APPOINTMENTS:**

| | | |
|---|---|---|
| 2008 - 2012 | Fellowship Director | Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |
| 2012 - present | Medical Director | The Center for Transyouth Health and Development, Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |

Pl. Trial Ex. 361

PLAINTIFFS002774

| 2021 - present | Clinical consultant | Santa Barbara Neighborhood Clinics |
|---|---|---|

## LICENSURE, CERTIFICATIONS

### LICENSURE:

| Year | License number, State, Status |
|---|---|
| 2000 | A-67352, California, Active |

### BOARD CERTIFICATION OR ELIGIBILITY:

| Year | Board, State, Status |
|---|---|
| 2001, 2009, 2015 | Pediatrics, California, active |

### SPECIALTY CERTIFICATION:

| Year | Specialty Certification, Status |
|---|---|
| 2003, 2013 | Adolescent Medicine, California, active |

## HONORS, AWARDS:

| Year | Description | Awarding agency, address, city |
|---|---|---|
| 2009 | Health Care Advocacy Champion | Democratic Advocates for Disability Issues, Los Angeles |
| 2010 | Clinical Research Academic Career Development Award | Saban Research Center TSRI Program: Community Health Outcomes and Intervention, Los Angeles |
| 2012 | Extraordinary Service Award | Equality California, 202 W 1st St., Suite 3-0130, Los Angeles |
| 2013 | Top Doctor | Castle Connolly |
| 2014 | Anne Marie Staas Ally Award | Stonewall Democratic Club; 1049 Havenhurst Drive #325, West Hollywood |
| 2014 | Top Doctor | Castle Connolly |
| 2014 | Recognition Award for Outstanding, Compassionate and Innovative Service | SoCal Society for Adolescent Health and Medicine Regional Chapter, Los Angeles |
| 2015 | The Champion Award | The Division of Adolescent Medicine; CHAMPION FUND 5000 Sunset Blvd. Los Angeles |
| 2016 | America's Most Honored Professional's – Top 10% | America's Most Honored Professional's |
| 2016 | Regional Top Doctor | Castle Connolly |
| 2017 | Exceptional Women in Medicine | Castle Connolly |
| 2017 | Regional Top Doctor | Castle Connolly |
| 2017 | America's Most Honored Professional's – Top 5% | America's Most Honored Professional's |
| 2018 | Regional Top Doctor | Castle Connolly |
| 2019 | Benjamin Meaker Visiting Professorship | University of Bristol, Bristol UK |
| 2019 | Regional Top Doctor | Castle Connolly |
| 2019 | L.A.'s Top Docs | Los Angeles Magazine |
| 2019 | Top Docs | Pasadena Health |
| 2019 | America's Most Honored Professional's – Top 1% | America's Most Honored Professional's |
| 2020 | Regional Top Doctor | Castle Connolly |
| 2020 | Southern California Top Doc | Castle Connolly |

PLAINTIFFS002775

| 2020 | Southern California Top Doctors | |
| 2020 | L.A's Top Docs | Los Angeles Magazine |
| 2020 | America's Most Honored Professional's – Top 1% | America's Most Honored |
| 2021 | Southern California Top Doc | Castle Connolly |
| 2021 | America's Most Honored Doctors – Top 1% | America's Most Honored |
| 2021 | Top Doctors | Castle Connolly |
| 2022 | America's Most Honored Doctors – Top 1% | America's Most Honored |
| 2022 | Top Doctors | Castle Connolly |

## TEACHING

### DIDACTIC TEACHING:

*Keck School of Medicine at USC*

| Year-Year | Course Name | Units/Hrs | Role |
|---|---|---|---|
| 2019 | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth | One hour | Curriculum development and delivery |
| 2020, 2021, 2022 | Approach to the Care of Gender Non-conforming Children and Transgender Youth | One hour | Curriculum development and delivery |
| 2023 | Transgender and Non-binary Youth and Young Adults 101 | One hour | Curriculum development and delivery |

*CalState Fullerton*

| Year-Year | Course Name | Units/Hrs | Role |
|---|---|---|---|
| 2017 | Gender Nonconforming and Transgender Youth | One hour | Curriculum development and delivery |

### UNDERADUATE, GRADUATE AND MEDICAL STUDENT (OR OTHER) MENTORSHIP:

| Year-Year | Trainee Name | Trainee Type | Dissertation/Thesis/Project Title |
|---|---|---|---|
| 2015 - 2016 | David Lyons | MD | Transgender Youth Clinical Clerkship |
| 2016 - 2019 | Jonathan Warus | MD | Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts |
| 2019 - 2021 | Laer Streeter | MD | Comparison of Histrelin Implants |
| 2020 - Present | Richard Mateo Mora | MD | Fertility Preservation Among Transgender Women |
| 2022 | Avery Everhart | PhD | Incomplete Data & Insufficient Methods: Transgender Population Health Research in the US |

3

PLAINTIFFS002776

GRADUATE STUDENT THESIS, EXAM AND DISSERTATION COMMITTEES:

| Year-Year | Trainee Name | Committee Type | Student Department |
|---|---|---|---|
| 2022 | Avery Everhart | Dissertation | Social Work |

POSTGRADUATE MENTORSHIP:

| Year-Year | Trainee Name | If past trainee, current position and location |
|---|---|---|
| 2012-2013 | Lisa Simons, MD | Clinical Instructor – Lurie Children's Hospital |
| 2013 | Shelley Aggarwal, MD | Clinical Instructor – Stanford University School of Medicine |
| 2014 | Julie Spencer, MD | Adolescent Medicine Provider Kaiser Hospital |
| 2014-2015 | Michael Haymer, MD | Program Director, Psychiatry Department UCLA |
| 2015-2017 | Patrick Shepherd, MD | CHLA Endocrinology Fellow |
| 2015-2018 | Jonathan Warus, MD | Faculty, CHLA/USC Keck School of Medicine |
| 2015-2020 | Shannon Dunlap, PhD | Postdoctoral Scholar - Research Associate, University of Southern California, Suzanne Dworak-Peck School of Social Work |
| 2020-Present | Marianela Gomez-Rincon, MD | Adolescent Medicine Fellow |
| 2020-Present | Jonathan Warus, MD | CHLA, Assistant Professor of Clinical Pediatrics |
| 2022 | Emmett Henderson, PhD, MS | USC Suzanne Dworak-Peck School of Social Work Senior mentor K99; USC |

MENTORSHIP OF FACULTY:

| Year-Year | Mentee Name | Mentee Department |
|---|---|---|
| 2021 - present | Jonathan Warus, MD | Division of Adolescent Medicine, CHLA |
| 2022 | Brigid Conn, PhD | Clinical Psychologist, CHLA |

SERVICE

DEPARTMENT SERVICE:

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2010-2015 | Secretary, The CHAMPION Fund Executive Board | The Division of Adolescent Medicine, Children's Hospital Los Angeles |

HOSPITAL OR MEDICAL GROUP SERVICE:

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2021 - present | Committee Member | SOGI work group, CHLA |

PLAINTIFFS002777

**PROFESSIONAL SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2012-present | Member, LGBT Special Interest Group | Society for Adolescent Health and Medicine |
| 2022 | Secretary, Executive Board of Directors | US Professional Association of Transgender Health |

**CONSULTANTSHIPS AND ADVISORY BOARDS:**

| Year | Position, Board | Organization/Hospital/School, Institution |
|---|---|---|
| 2010-2017 | Member, Advisory Board | Transyouth Family Allies |
| 2017-present | Member, National Medical Committee | Planned Parenthood |
| 2017 - Present | Board Member | US Professional Association of Transgender Health |
| 2021 | Expert Panelist | Robert Wood Johnson Foundation - National Commission on Data Transformation for Health Equity |
| 2021 | Member, Advisory Board | The National LGBTQIA+ Health Education Center |

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

| Year- Year | Society |
|---|---|
| 2003 - present | Society for Adolescent Health and Medicine |
| 2005 - present | American Academy of Pediatrics |
| 2006 - 2011 | Los Angeles Pediatric Society (Past president 2010) |
| 2010 - present | Professional Association for Transgender Health |
| 2014 - present | Society for Pediatric Research |
| 2017 - present | US Professional Association for Transgender Health |

**MAJOR LEADERSHIP POSITIONS: (E.G., DEAN, CHAIR, INSTITUTE DIRECTOR, HOSPITAL ADMINISTRATION, ETC.)**

**RESEARCH AND SCHOLARSHIP**

**EDITORSHIPS AND EDITORIAL BOARDS:**

| Year-Year | Position | Journal/Board Name |
|---|---|---|
| 2015 - present | Associate Editor | Journal of Transgender Health |

**MANUSCRIPT REVIEW:**

PLAINTIFFS002778

| Year-Year | Journal |
|---|---|
| 2014 - present | Pediatrics |
| 2014 - present | Journal of Adolescent Health |
| 2014 - present | LGBT Health |
| 2014 - present | International Journal of Transgenderism |
| 2015 - present | Journal of Transgender Health |
| 2018 - present | Clinical Child Psychology and Psychiatry |
| 2018 - present | Journal of Sexual Medicine |
| 2018 - present | Journal of Transgender Health |
| 2021 -  present | JAMA Peds |

**GRANT REVIEWS:**

| Year | Description | Awarding agency, City, State, Country |
|---|---|---|
| 2017 | Cognition and Perception Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2017 | Neurological, Aging and Musculoskeletal Epidemiology Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2018 | Social Psychology, Personality and Interpersonal Processes Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2018 | Neurological, Aging and Musculoskeletal Epidemiology Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2019 | Special Emphasis Panel Review of Research Conference (R13) Grants | National Institutes of Health, Bethesda, Maryland, USA |
| 2019 | The Einstein Foundation Award for Promoting Quality in Research | Einstein Foundation, Berlin |
| 2020 | Biobehavioral and Behavioral Sciences Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2021 | Social Psychology, Personality and Interpersonal Processes Study Section | National Institutes of Health, Bethesda, Maryland, USA |

**MAJOR AREAS OF RESEARCH INTEREST**

| Research Areas |
|---|
| 1. Transgender and non-binary children, adolescents and young adults |
| 2. HIV medication adherence |

**GRANT SUPPORT - CURRENT:**

| Grant No. (PI)2R01HD082554-06A1 (Olson-Kennedy) | Dates of Award: 2021-2026 |
|---|---|
| Agency: NICHD | Percent Effort 25% |
| **Title:** The Impact of Early Medical Treatment in Transgender Youth | |
| *Description:* This is the continuations of a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. | |

6

PLAINTIFFS002779

| Role: Principle Investigator |
|---|
| Total Direct Costs: $4,918,586 |

| Grant No. 1R01HD097122-01 (Hidalgo) | Dates of Award: 2019-2024 |
|---|---|
| Agency: NICHD | Percent Effort 2.5% |

| Title: A Longitudinal Study of Gender Nonconformity in Prepubescent Children |
|---|
| Description: The purpose of this study is to establish a national cohort of prepubertal transgender/gender nonconforming (TGNC) children (and their parents), and longitudinally observe this cohort to expand the body of empirical knowledge pertaining to gender development and cognition in TGNC children, their mental health symptomology and functioning over time, and how family-initiated social gender transition may predict or alleviate mental health symptoms and/or diagnoses. |

| Role: Site PI |
|---|
| Total Direct Costs: $2,884,950 |

**GRANT SUPPORT - PAST:**

| Grant No. (PI) 1RO1HD082554-01A1 | Dates of Award: 2015-2020 |
|---|---|
| Agency: NICHD | Percent Effort 45% |

| Title: The Impact of Early Medical Treatment in Transgender Youth |
|---|
| Description: This is a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. |

| Role: Principle Investigator |
|---|
| Total Direct Costs: $4,631,970 |

| Grant No. (COI) R01AI128796-01 | Dates of Award: 2/24/17-1/31/18 |
|---|---|
| Agency: NIAID | Percent Effort: 5% |

| Title: Maturation, Infectibility and Trauma Contributes to HIV Susceptibility in Adolescents |
|---|
| Description: This proposal explores the overarching hypothesis that fluctuations in sex steroid levels and mucosal trauma (sexual activity) are key determinants of mucosal immune activation and epithelial integrity, and that microbial communities are central to these processes. We will pursue this hypothesis by examining longitudinal changes in the anogenital microbiome as well as protein expression at these mucosal sites during sexual maturation (cisgender youth) and in hormonally-controlled sexual maturation (transgender youth). Associations between sex steroid levels, microbial community composition, mucosal trauma, and vaginal proteins will be determined and modeled. |

| Role: Co-Investigator |
|---|
| Total Direct Costs: $44,816 |

| Grant No. (PI) U01HD040463 | Dates of Award 2006 – 2016 |
|---|---|
| Agency: NIH/NICHD | Percent Effort: 10% |

| Title: Adolescent Medicine Trials Network for HIV/AIDS |
|---|
| Description: Adolescent Medicine Trials Network for HIV/AIDS |

PLAINTIFFS002780

| | |
|---|---|
| *Role: Co-Investigator* | |
| *Total Direct Costs: 2,225,674* | |

| | |
|---|---|
| *Grant No. (PI)* SC CTSI 8KL2TR000131 | *Dates of Award: 2012-2014* |
| *Agency:* KL2 Mentored Career Research Development Program of the Center for Education, Training and Career Development | *Percent Effort: 37.5%* |
| *Title:* The Impact of Hormone Blockers on the Physiologic and Psychosocial Development of Gender Non-Conforming Peri-Pubertal Youth | |
| *Description: This study aimed to understand the impact of puberty blocking medications on mental health and physiolgic parameters in peri-pubertal transgender youth.* | |
| *Role: Principal Investigator* | |
| *Total Direct Costs:* 191,525 | |

**Invited Lectures, Symposia, keynote addresses**

| *Date* | *Type* | *Title, Location* |
|---|---|---|
| 2014 | Invited Lecture | Transgender Youth; Needs, Risks, Outcomes and the Role of the System, Including Permanency and Inclusion for Our Youth, Administrative Office of the Courts, Center for Families and Children, San Diego, California |
| 2015 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Lopez Family Foundation Special Lecture for Puerto Rico and Panama, Lopez Family Foundation, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | Symposium | Transgender Youth – An Overview of Medical and Mental Health Needs of Gender Non-Conforming Children and Transgender Adolescents, Public Child Welfare Training Academy, Academy for Professional Excellence at San Diego State University School of Social Work, San Diego, California |
| 2015 | Invited Lecture | Meeting the Needs of Transgender Adolescents; 1st Annual Southern California LGBT Health Symposium; USC/UCLA, Los Angeles, California |
| 2015 | Symposium | Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents; GetReal California's Initiative; "Integrating Sexual Orientation, Gender Identity, and Expression (SOGIE) into California's Child Welfare System," Oakland, California |
| 2016 | Invited Symposium | Caring for Gender Nonconforming and Transgender Youth; Idyllwild, California |
| 2016 | Educational symposium | Gender 101: A Primer; Vista Mar, California |
| 2016 | Invited Lecture | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach, California Association of Marriage and Family Therapists, Los Angeles, California |
| 2016 | Invited Lecture | Caring for Gender Nonconforming Children and Transgender Youth, California Psychological Association, Continuing Education Institute, Irvine, California |
| 2016 | Invited Lecture | Health Issues Related to Transgender Youth; LA City Health Commission, Los Angeles, California |

PLAINTIFFS002781

| 2016 | Invited Lecture | Caring for Gender Nonconforming and Transgender Youth, Medical Directors 12th Annual Update on Reproductive Health and Medical Leadership, Planned Parenthood, Steamboat Springs, Colorado |
| 2016 | Invited Lecture | Caring For Transgender Teens, UCLA Meet the Professor, Los Angeles, CA |
| 2017 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Santa Barbara, CA |
| 2017 | Invited Lecture | Healthcare for TGNC Youth, Expanding Competency for LGBT Youth in the System, Washington DC |
| 2017 | Invited Lecture | Gender Non-conforming and Transgender Children and Youth; Center for Early Education, West Hollywood, CA |
| 2017 | Invited Lecture | Rethinking Gender, University of Massachusetts, Annual Convocation Welcome Luncheon, Worcester, MA |
| 2017 | Invited Lecture | Gender Non-Conforming Children and Transgender Youth, Board of Behavioral Sciences, Orange, CA |
| 2017 | Invited Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, Santa Monica Rape Treatment Center, Santa Monica, CA |
| 2017 | Invited Lecture | Transgender Youth Care in the New Millennium, USC Law and Global Health Initiative, Los Angeles, CA |
| 2018 | Invited Lecture | Supporting Gender Diverse and Transgender Youth: A Deeper Look at Gender Dysphoria, Studio City, CA |
| 2018 | Invited Lecture | Working with Trans and Gender Non-Conforming Youth, Children's Hospital Orange County, CA |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, Ascend Residential, Encino CA |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, California State University Northridge, Northridge, CA |
| 2018 | Invited Lecture | Gender Dysphoria; School Nurse Organization of Idaho Annual Conference, Idaho |
| 2018 | Invited Lecture | Gender and What You Should Know, Archer School for Girls, Brentwood, CA |
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Oceanside, CA |
| 2018 | Invited Lecture | Gender Dysphoria: Beyond the Diagnosis, Advance LA, Los Angeles, CA |
| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Andrology Society of America Clinical Symposium, Portland, OR |
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Los Angeles, CA |
| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Center for Early Education, Los Angeles, CA |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
| 2019 | Symposium | TransYouth Care; Flagstaff, AZ |
| 2019 | Invited Lecture | Transgender and Gender Non-conforming Youth, Ascend Residential Treatment, Utah |
| 2019 | Invited Lecture | Gender Diverse and Transgender Youth; What Pediatricians Should Know, Common Problems in Pediatrics Conference, Utah AAP, Utah |

9

PLAINTIFFS002782

| 2019 | Invited Lecture | Gender Diverse and Transgender Youth; What Pediatricians Should Know, Common Problems in Pediatrics Conference, Utah AAP, Utah |
|------|-----------------|---|
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, UCLA Olive View, CA |
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, Good Samaritan, CA |
| 2019 | Invited Lecture | Puberty Suppression in Youth with Gender Dysphoria, Fenway Trans Health Program, Boston |
| 2019 | Invited Lecture | Recognizing the Needs of Transgender Youth, California Department of Corrections and Rehabilitation, Ventura, CA |
| 2019 | Invited Lecture | Gender Dysphoria; Beyond the Diagnosis, Gender Education Demystification Symposium, GA |
| 2019 | Invited Lecture | Caring for Gender Nonconforming and Transgender Youth, Los Angeles Superior Court/Los Angeles Bar Association Training, CA |
| 2019 | Invited Lecture | Supporting Gender Diverse and Transgender Youth; A Deeper Look at Gender Dysphoria, Oakwood School, CA |
| 2020 | Symposium | Trans Youth Care, Chico Transgender Week, Virtual Presentation |
| 2020 | Invited Lecture | Gender Nonconforming and Transgender Youth, Novartis, Virtual Presentation |
| 2020 | Invited Lecture | Advanced Hormones; More than Just T and E, CHLA, Virtual Presentation |
| 2020 | Invited Lecture | Video Telehealth and Transgender Youth, Telehealth Best Practices for the Trans Community, The Central Texas Transgender Health Coalition, Virtual Presentation |
| 2020 | Invited Lecture | Gear Talk, Transforming Families, Virtual Lecture |
| 2020 | Invited Lecture | Tips for Parenting a Trans or Gender Diverse Youth, Models of Pride, Virtual Presentation |
| 2020 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, LGBTQ+ Clinical Academy, Palo Alto University, Virtual presentation |
| 2020 | Invited Lecture | USC Medical School, Los Angeles, CA |
| 2020 | Invited Lecture | Medical Interventions for transgender youth, Cal State Los Angeles, Los Angeles |
| 2020 | Plenary Session | Understanding Issues Involving Gender Non-Conforming and Transgender Individuals Coming to a Courtroom Near You,  Mid-Winter Workshop for Judges of the Ninth Circuit, Palm Springs, CA |
| 2021 | Invited Lecture | Gender Affirmation through a Social Justice Lens; Center for Gender Equity in Medicine and Science (GEMS) at Keck School of Medicine, Los Angeles |
| 2021 | Invited Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Providence Medical Group – South Bay Pediatrics (Torrance, San Pedro, Redondo Beach), virtual lecture |
| 2021 | Invited Lecture | Caring for Gender Diverse and Transgender Youth. SLO Acceptance, Cal Poly, Virtual Presentation |
| 2022 | Invited Lecture | Transgender and Non-binary children and youth, Board of Behavioral Sciences |
| 2022 | Invited Lecture | Gender Affirmation through a Social Justice Lens; University of Arizona Health Sciences LGBTQ+ Symposium & Health Fair |

PLAINTIFFS002783

| 2022 | Invited Lecture | Gender Dysphoria in Children, Adolescents and Young Adults, MedLambda and PsychSIG Keck USC School of Medicine, Virtual Lecture |
|------|-----------------|---------------------------------------------------------------------------------|
| 2022 | Invited Lecture | Caring for Transgender and Gender Nonconforming Youth, Presbyterian Healthcare Services, New Mexico, Virtual lecture |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Rogers Behavioral Health, Virtual Lecture |
| 2023 | Invited Lecture | **Transgender and Non-binary Youth and Young Adults 101,** When Healthcare Gets Political; Health Justice and Systems of Care course, Keck USC School of Medicine, Los Angeles |
| | | |
| | | |

## Invited Grand Rounds, CME Lectures

| Date | Type | Title, Location |
|------|------|-----------------|
| 2014 | Grand Rounds | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach; Seattle Children's Hospital, Seattle, Washington |
| 2014 | CME lecture | Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents; Eisenhower Medical Center Transgender Health Symposium, Palm Springs, California |
| 2014 | Grand Rounds | Toddlers to Teens: Comprehensive Health Care for the Transgender Child, Cultural Psychiatry Lecture Series, University of Iowa Carver College of Medicine, Iowa City, Iowa |
| 2014 | Grand Rounds | Caring for Gender Non-conforming Children and Teens in the New Millennium; A Multidisciplinary Team Approach, Children's Hospital Los Angeles, Los Angeles, California |
| 2014 | CME lecture | Difficult Cases, Gender Spectrum Family Conference, Gender Spectrum, Moraga, California |
| 2014 | CME lecture | Difficult Cases, Gender Spectrum Family Conference, Gender Spectrum, Moraga, California |
| 2014 | CME lecture | Cross-sex Hormones for Teenagers, How Young is Too Young? Philadelphia Trans Health Conference, Philadelphia, Pennsylvania |
| 2014 | CME lecture | Pediatric Update, Philadelphia Trans Health Conference, Philadelphia, Pennsylvania |
| 2015 | Grand Rounds | Caring for Gender Nonconforming and Transgender Youth, Stanford Division of Adolescent Medicine, Palo Alto, CA |
| 2015 | CME Educational Lecture | The Transgender Experience, St. Joseph's Providence, Burbank, CA |
| 2015 | CME Educational Lecture | Update on the Transgender Patient for the PCP, St. Joseph's Providence, Burbank, CA |
| 2015 | CME Educational Lecture | Caring for Gender Non-Conforming Children and Transgender Teens, Providence Tarzana, CA |
| 2015 | Grand Rounds | Caring for Gender Nonconforming and Transgender Youth, University of Southern California, Los Angeles, California |

PLAINTIFFS002784

| 2015 | Grand Rounds | Puberty Blockers and Cross Sex Hormones, Pediatric Endocrinology, Children's Hospital Los Angeles, Los Angeles, California |
|------|-------------|---|
| 2015 | CME lecture | Youth and Hormones, 2015 Gender Expansion Conference, University of Montana, Missoula Montana |
| 2015 | CME lecture | Transyouth Healthcare, 2015 Gender Expansion Conference, University of Montana, Missoula Montana |
| 2015 | CME lecture | Supporting Transgender Youth, Southern Oregon University Student Health and Wellness Center Workshop, Southern Oregon University, Ashland, Oregon |
| 2015 | PCS Grand Rounds | Caring for Gender Nonconforming Children and Transgender Youth, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | CME lecture | Medical Care for Gender Non-Conforming Children, Transgender Adolescents and Young Adults in the New Millennium, Continuing Medical Education of Southern Oregon, Medford, Oregon |
| 2015 | Grand Rounds | Medical Care for Gender Non-Conforming Children and Transgender Youth, Olive View Medical Center-UCLA, Sylmar, California |
| 2015 | Grand Rounds | Caring for Gender Non-conforming Children and Transgender Teens, Harbor-UCLA Department of Pediatrics, Torrance, California |
| 2015 | CME lecture | Caring for Gender Non-conforming Children and Teens in the New Millennium, Healthcare Partners Pediatric Town Hall Meeting, Healthcare Partners CME, Glendale, California |
| 2016 | Pediatric Grand Rounds | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth; Children's Hospital Los Angeles, Los Angeles, California |
| 2016 | Endocrine Grand Rounds | Approach to Care of Gender Non-Conforming Children and Transgender Adolescents; Cedars Sinai Hospital, Los Angeles, California |
| 2016 | Pediatric Grand Rounds | Care of Gender Non-Conforming Children and Transgender Adolescents in the New Millennium, Stanford Lucille Packard Children's Hospital, Palo Alto, California |
| 2016 | Pediatric Update | Caring for Gender Variant Children and Adolescents, St. Louis, Missouri |
| 2016 | Grand Rounds | Care of Gender Non-Conforming Children and Transgender Adolescents in the New Millennium, St. Jude's Grand Rounds, Memphis, Tennessee |
| 2016 | CME Educational Lecture | Transgender and Gender Non-Conforming Youth: Innovative Approaches to Care in 2016; Integrating Substance Use, Mental Health, and Primary Care Services: Courageous and Compassionate Care, Los Angeles, California |
| 2016 | CME; professional conference | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach, Arizona Psychiatric Society, Tempe, Arizona |
| 2016 | CME/Educational Symposium | Caring for Gender Nonconforming and Transgender Youth, San Diego, California |
| 2016 | CME/CEU Educational Training | Medical Interventions for Transgender Youth and Young Adults, San Diego State University, San Diego, California |
| 2016 | Grand Rounds | Caring for Gender Nonconforming Children and Transgender Youth, Mt. Sinai Hospital, Pediatric Grand Rounds George J. Ginandes Lecture, New York, New York |

PLAINTIFFS002785

| 2016 | CME Educational Lecture | The Transgender Experience, Providence Tarzana, CA |
|---|---|---|
| 2017 | CME Educational Seminar | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, San Diego, CA |
| 2017 | CME Educational Seminar | The Care of Gender Non-Conforming children and Transgender Youth; Orange County Health Care Agency, Orange County, CA |
| 2017 | CME Educational Lecture | Rethinking Gender, Adolescent Grand Rounds, Children's Hospital Los Angeles, Los Angeles, CA |
| 2017 | CME Educational Lecture | Gender Non-Conforming Children and Transgender Youth, Pasadena CA |
| 2017 | CME Educational Lecture | Gender Non-Conforming and Transgender Children and Adolescents, Developmental Pediatrics continuing education lecture, Children's Hospital Los Angeles, CA |
| 2017 | CME Educational Lecture | Care of Gender Non-Conforming Children and Transgender Adolescents, Lopez Family Foundation Educational Lecture, Los Angeles, CA |
| 2017 | CME Educational Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, USC Keck School of Medicine Reproductive Health, Los Angeles, CA |
| 2017 | CME Educational Seminar | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, San Diego, CA |
| 2018 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Glendale Unified School District, CA |
| 2018 | CME Educational Lecture | Caring for Gender Non-Conforming Children and Transgender Youth, CME by the Sea, CA |
| 2018 | CME Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Austin, TX |
| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Desert Oasis Healthcare, Palm Desert, CA |
| 2018 | CME Workshop | Mental and Medical Healthcare for Transgender Adolescents, California Association of Marriage and Family Therapists, Garden Grove, CA |
| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Keck School of Medicine, Los Angeles, CA |
| 2018 | Grand Rounds | Caring for Gender Non-Conforming Children and Transgender Adolescents, Primary Children's Hospital, Salt Lake City, UT |
| 2018 | CME Educational Lecture | Caring for Transgender Youth, Chico Trans Week, Chico, CA |

13

PLAINTIFFS002786

| 2018 | CME Educational Lecture | Rethinking Gender, UCSD Medical School, San Diego, CA |
|---|---|---|
| 2018 | CME Educational Lecture | Rethinking Gender, UCLA Medical School, Los Angeles, CA |
| 2019 | Symposium | Recognizing the Needs of Transgender Youth, California Department of Corrections and Rehabilitation, Stockton, CA |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
| 2019 | CME Lecture | Gender Diverse and Transgender Youth, Harbor UCLA Medical Center Grand Rounds, Torrance, CA |
| 2019 | CME Lecture | Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey San Diego, San Diego, CA |
| 2019 | Grand Rounds | Transgender Youth; What's New in 2019?, Children's Hospital Los Angeles, CA |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Children's Hospital Orange County, CA |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Stanislaus County Behavioral Health and Recovery Services, CA |
| 2019 | CME Eduational Lecture | Rethinking Gender, Olive View Medical Center Grand Rounds, CA |
| 2020 | CME Lecture | Gender Affirmation Through a Social Justice Lens, SAHM Conference, Virtual Presentation |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, AAP Conference, Virtual Lecture |
| 2020 | CME Lecture | Conversations with LGBTQ youth; the role of the pediatrician, AAP Conference, Virtual Lecture |
| 2020 | Grand Rounds | Creating Affirming Environments for Trans and Gender Diverse Patients, USC OB/Gyn Grand Rounds, Virtual Presentation |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Resident Lecture, CHLA |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Facey Medical Group, Los Angeles, CA |
| 2020 | Plenary Lecture | Reframing Gender Dysphoria, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Gender Affirming Care for Pre and Peri-pubertal Trans and Gender Diverse Youth, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Division of Endocrinology, USC, Los Angeles, CA |
| 2021 | CME Lecture | Transitioning:  From Invalidation and Trauma to Gender Affirming Care; Department of Anesthesiology at CHLA |

PLAINTIFFS002787

| 2021 | CME Lecture | Transitioning from Invalidation and Trauma to Gender Affirming Care; ACCM Grand Rounds, Children's Hospital Los Angeles, Virtual presentation |
| 2021 | CME Symposium | TransYouth Care; Transfamily Support San Diego, Virtual Symposium |
| 2021 | Symposium | TransYouth Care for Parents; Santa Clara, CA |
| 2022 | CME Lecture | Gender affirming medical interventions; An Evolving landscape, Critical Issues in Child and Adolescent Mental Health Conference, San Diego, California |
| 2022 | CME Symposium | TransYouth Care for Mental Health Providers; Santa Clara, CA |
| 2022 | CME Symposium | TransYouth Care; Transfamily Support San Diego, Virtual Symposium |

**International Lectures**

| Date | Type | Title, Location |
|------|------|-----------------|
| 2013 | Keynote | Caring for Gender Non-conforming Children and Adolescents in the New Millennium, Vancouver, Canada |
| 2016 | CME; professional conference | Social Transitions in Pre-pubertal Children; What do we know? World Professional Association of Transgender Health, Amsterdam, The Netherlands |
| 2016 | CME; professional conference | Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities, World Professional Association of Transgender Health, Amsterdam, The Netherlands |
| 2016 | CME; professional conference | Workgroup on Gender Nonconforming/Transgender Youth:  Biopsychosocial Outcomes and Development of Gender Identity, World Professional Association of Transgedner Health, Amsterdam, The Netherlands |
| 2017 | Invited Lecture | Gender Dysphoria, Beyond the Diagnosis, Pink Competency, Oslo Norway |
| 2017 | Invited Lecture | Caring for Gender Non-Conforming Children and Transgender Adolescents: A United States Perspective, Pink Competency, Oslo Norway |
| 2017 | Invited Lecture | Caring for Gender Non-conforming and Transgender youth and Young Adults, Diverse Families Forum: The Importance of Family Support in The Trans And LGBT Children, Organized by COPRED and The International Association Of Families For Diversity (FDS), Mexico City, Mexico |
| 2018 | Invited Lecture | Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults: Comparison of Nonsurgical and Postsurgical Cohorts, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Transgender Youth and Gender Affirming Hormones; A 6-8 year follow-up, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Transyouth Care – An NIH Multisite Study About the Impact of Early Medical Treatment in Transgender Youth in the US, Buenos Aires, Argentina |

PLAINTIFFS002788

| 2018 | Invited Lecture | Uso de Hormonas Reaffirmantes de Genero en Adolescentes Transgenero, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
|------|-----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|
| 2018 | Invited Lecture | Bloquedores de la Pubertad, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
| 2018 | CME Educational Lecture | Puberty Blockers and Gender Affirming Hormones for Transgender Youth: What Do We Know, and What Have We Learned, Pediatric Academic Societies, Toronto, Canada |
| 2019 | Grand Rounds | Rethinking Gender, Grand Rounds, The Hospital for Sick Children, Toronto, Canada |
| 2019 | Keynote | ***Gender Dysphoria; Beyond the Diagnosis,*** Promoting Innovation and Collaboration to Support Gender Diverse Youth Conference, The Hospital for Sick Children, Toronto, Canada, December 2019 |
| 2019 | Invited Lecture | Hormonas que Affirman el Genero pasa Juventud y Adultos Menores Trans, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Infancia Trans y da Genero Diverso, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Transgender Youth: Medical and Mental Health Needs, Bristol, United Kingdom |
| 2019 | Invited Lecture | Rethinking Gender, University of Bristol, United Kingdom |
| 2019 | CME; professional conference | Male Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, European Professional Association of Transgender Health, Rome Italy |
| 2019 | CME; professional conference | Transgender Youth and Gender Affirming Hormones; 5-7 Year Follow Up, European Professional Association of Transgender Health, Rome Italy |
| 2019 | CME Educational Lecture | Gender Dysphoria; Beyond the Diagnosis, European Professional Association of Transgender Health, Rome Italy |
| 2022 | Plenary Session | The Landscape of Gender Affirming Care for Youth in the US, AusPATH, Virtual |
| 2022 | CME; professional conference | Emotional Functioning of Adolescents with Gender Dysphoria After Two Years of Treatment; WPATH Conference, Montreal, Canada |
| 2022 | CME; Professional Conference | Creating Enduring Materials; WPATH Conference, Montreal, Canada |
| 2023 |  |  |
|  |  |  |
|  |  |  |

**Keynote/Plenary Presentations**

PLAINTIFFS002789

| Date | Type | Title, Location |
|------|------|-----------------|
| 2015 | Keynote | The Future of Trans Care in the New Millennium, Gender Infinity Conference, Houston, Texas |
| 2016 | Plenary Session | Caring for Trans Youth and Gender Non-Conforming Children, Transgender Spectrum Conference, St. Louis, Missouri |
| 2018 | Keynote | Future Directions, USPATH, Washington DC |
| 2019 | Keynote | Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Inaugural LGBTQ summit, Santa Clara CA |
| 2021 | CME; professional conference | Advances and Challenges in the Care of Transgender/Gender Diverse Youth; USPATH Conference, Virtual presentation |
| 2022 | Keynote | Gender Affirmation Through a Social Justice Lens, Indiana University School of Medicine |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Supporting the Well-Being of LGBTQ Youth Certificate Program Center for Juvenile Justice Reform Georgetown University, virtual training |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Young Women's Career Conference (YWCC) for the Girls Academic Leadership Academy; virtual lecture |

## PUBLICATIONS:

**\* INDICATES TRAINEES**
**\*\* INDICATE YOURSELF AS CO-FIRST OR CO-CORRESPONDING OR SENIOR AUTHORS**

### REFEREED JOURNAL ARTICLES:

1. Belzer M, Sanchez K, **Olson J**, Jacobs AM, Tucker D. Advance supply of emergency contraception: a randomized trial in adolescent mothers. J Pediatr Adolesc Gynecol. 2005 Oct;18(5):347-54. PubMed PMID: 16202939.

2. Puccio JA, Belzer M, **Olson J**, Martinez M, Salata C, Tucker D, Tanaka D. The use of cell phone reminder calls for assisting HIV-infected adolescents and young adults to adhere to highly active antiretroviral therapy: a pilot study. AIDS Patient Care STDS. 2006 Jun;20(6):438-44. PubMed PMID: 16789857.

3. **Olson J\*\*,** Forbes C, Belzer M. Management of the transgender adolescent. Arch Pediatr Adolesc Med. 2011 Feb;165(2):171-6. doi: 10.1001/archpediatrics.2010.275. Review. PubMed PMID: 21300658.

4. Simons L\*, Schrager SM, Clark LF, Belzer M, **Olson J\*\***. Parental support and mental health among transgender adolescents. J Adolesc Health. 2013 Dec;53(6):791-3. DOI: 10.1016/j.jadohealth.2013.07.019. Epub 2013 Sep 4. PubMed PMID: 24012067; PubMed Central PMCID: PMC3838484.

5. Belzer ME, Naar-King S, **Olson J**, Sarr M, Thornton S, Kahana SY, Gaur AH, Clark LF; Adolescent Medicine Trials Network for HIV/AIDS Interventions. The use of cell phone support for non-adherent HIV-infected youth and young adults: an initial randomized and controlled intervention trial. AIDS Behav. 2014 Apr;18(4):686-96. doi: 10.1007/s10461-013-0661-3. PubMed PMID: 24271347; PubMed Central PMCID: PMC3962719.

PLAINTIFFS002790

6. **Olson J\*\***, Garofalo R. The peripubertal gender-dysphoric child: puberty suppression and treatment paradigms. Pediatr Ann. 2014 Jun;43(6):e132-7. doi: 10.3928/00904481-20140522-08. PMID: 24972421.

7. **Olson J\*\***, Schrager SM, Clark LF, Dunlap SL, Belzer M. Subcutaneous Testosterone: An Effective Delivery Mechanism for Masculinizing Young Transgender Men. LGBT Health. 2014 Sep;1(3):165-7. doi: 10.1089/lgbt.2014.0018. Epub 2014 Jun 26. PMID: 26789709.

8. Schrager SM, **Olson J,** Beharry M\*, Belzer M, Goldsich K\*, Desai M, Clark LF. Young men and the morning after: a missed opportunity for emergency contraception provision? J Fam Plann Reprod Health Care. 2015 Jan;41(1):33-7. doi: 10.1136/jfprhc-2013-100617. Epub 2014 Jan 24. PubMed PMID: 24465024.

9. Belzer M, Kolmodin MacDonell K, Clark L, Huang J, **Olson J**, Kahana S, Naar S, Sarr M, Thornton S. Acceptability and Feasibility of a Cell Phone Support Intervention for Youth Living with HIV with Nonadherence to Antiretroviral Therapy, AIDS Patient Care and STDs, Vol. 29, No. 6, June 2015: 338-345. doi: 10.1089/apc.2014.0282;

10. Klein DA, Ellzy JA, **Olson J\*\***. Care of a Transgender Adolescent. Am Fam Physician. 2015 Jul 15;92(2):142-8. PMID: 26176373.

11. **Olson J\*\***, Schrager SM, Belzer M, Simons LK\*, Clark LF. Baseline Physiologic and Psychosocial Characteristics of Transgender Youth Seeking Care for Gender Dysphoria. J Adolesc Health. 2015 Oct;57(4):374-80. doi: 10.1016/j.jadohealth.2015.04.027. Epub 2015 Jul 21. PMID: 26208863; PMCID: PMC5033041.

12. **Olson-Kennedy J\*\***, Cohen-Kettenis PT, Kreukels BP, Meyer-Bahlburg HF, Garofalo R, Meyer W, Rosenthal SM. Research priorities for gender nonconforming/transgender youth: gender identity development and biopsychosocial outcomes. Curr Opin Endocrinol Diabetes Obes. 2016 Apr;23(2):172-9. doi: 10.1097/MED.0000000000000236. PMID: 26825472; PMCID: PMC4807860.

13. **Olson-Kennedy J\*\***, Okonta V, Clark LF, Belzer M. Physiologic Response to Gender-Affirming Hormones Among Transgender Youth. J Adolesc Health. 2018 Apr;62(4):397-401. doi: 10.1016/j.jadohealth.2017.08.005. Epub 2017 Oct 19. PMID: 29056436; PMCID: PMC7050572.

14. **Olson-Kennedy J\*\***, Warus J\*, Okonta V, Belzer M, Clark LF. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. JAMA Pediatr. 2018 May 1;172(5):431-436. doi: 10.1001/jamapediatrics.2017.5440. PMID: 29507933; PMCID: PMC5875384.

15. Sayegh CS, MacDonell KK, Clark LF, Dowshen NL, Naar S, **Olson-Kennedy J**, van den Berg JJ, Xu J, Belzer M. The Impact of Cell Phone Support on Psychosocial Outcomes for Youth Living with HIV Nonadherent to Antiretroviral Therapy. AIDS Behav. 2018 Oct;22(10):3357-3362. doi: 10.1007/s10461-018-2192d-4. PMID: 29948339; PMCID: PMC6530981.

16. Pang KC, Notini L, McDougall R, Gillam L, Savulescu J, Wilkinson D, Clark BA, **Olson-Kennedy J**, Telfer MM, Lantos JD. Long-term Puberty Suppression for a Nonbinary Teenager. Pediatrics. 2020 Feb;145(2):e20191606. doi: 10.1542/peds.2019-1606. PMID: 31974217.

PLAINTIFFS002791

17. **Olson-Kennedy J\*\***, Chan YM, Garofalo R, et al. Impact of Early Medical Treatment for Transgender Youth: Protocol for the Longitudinal, Observational Trans Youth Care Study. JMIR Res Protoc. 2019;8(7):e14434. Published 2019 Jul 9. doi:10.2196/14434

18. Rider, G. N., Berg, D., Pardo, S. T., **Olson-Kennedy, J.**, Sharp, C., Tran, K. M., Calvetti, S., & Keo-Meier, C. L. (2019). Using the Child Behavior Checklist (CBCL) with transgender/gender nonconforming children and adolescents. *Clinical Practice in Pediatric Psychology, 7*(3), 291–301. https://doi.org/10.1037/cpp0000296

19. **Olson-Kennedy J\*\***, Chan YM, Rosenthal S, Hidalgo MA, Chen D, Clark L, Ehrensaft D, Tishelman A, Garofalo R. Creating the Trans Youth Research Network: A Collaborative Research Endeavor. Transgend Health. 2019 Nov 1;4(1):304-312. doi: 10.1089/trgh.2019.0024. PMID: 31701011; PMCID: PMC6830532.

20. Lee JY, Finlayson C, **Olson-Kennedy J**, Garofalo R, Chan YM, Glidden DV, Rosenthal SM. Low Bone Mineral Density in Early Pubertal Transgender/Gender Diverse Youth: Findings from the Trans Youth Care Study. Journal of the Endocrine Society. 2020 September 1;4(9):bvaa065. PubMed PMID: 32832823; PubMed Central PMCID: PMC7433770; DOI: 10.1210/jendso/bvaa065

21. Millington K, Schulmeister C, Finlayson C, Grabert R, **Olson-Kennedy J**, Garofalo R, Rosenthal SM, Chan YM. Physiological and Metabolic Characteristics of a Cohort of Transgender and Gender-Diverse Youth in the United States. J Adolesc Health. 2020 Sep;67(3):376-383. doi: 10.1016/j.jadohealth.2020.03.028. Epub 2020 May 14. PMID: 32417098; PMCID: PMC7483238.

22. Pang KC, Notini L, McDougall R, Gillam L, Savulescu J, Wilkinson D, Clark BA, **Olson-Kennedy J**, Telfer MM, Lantos JD. Long-term Puberty Suppression for a Nonbinary Teenager. Pediatrics. 2020 Feb;145(2):e20191606. doi: 10.1542/peds.2019-1606. PMID: 31974217.

23. **Olson-Kennedy J\*\*,** Streeter LH\*, Garofalo R, Chan YM, Rosenthal SM. Histrelin Implants for Suppression of Puberty in Youth with Gender Dysphoria: A Comparison of 50 mcg/Day (Vantas) and 65 mcg/Day (SupprelinLA). Transgender health. 2021 February;6(1):36-42. PubMed PMID: 33644320; PubMed Central PMCID: PMC7906230; DOI:10.1089/trgh.2020.0055.

24. Millington K, Finlayson C, **Olson-Kennedy J**, Garofalo R, Rosenthal SM, Chan YM. Association of High-Density Lipoprotein Cholesterol With Sex Steroid Treatment in Transgender and Gender-Diverse Youth. JAMA pediatrics. 2021 May 1;175(5):520-521. PubMed PMID: 33587098; PubMed Central PMCID: PMC7885095; DOI: 10.1001/jamapediatrics.2020.5620.

25. Chen D, Abrams M, Clark L, Ehrensaft D, Tishelman AC, Chan YM, Garofalo R, **Olson-Kennedy J**, Rosenthal SM, Hidalgo MA. Psychosocial Characteristics of Transgender Youth Seeking Gender-Affirming Medical Treatment: Baseline Findings from the Trans Youth Care Study. The Journal of adolescent health: official publication of the Society for Adolescent Medicine. 2021 June;68(6):1104-1111. PubMed PMID: 32839079; PubMed Central PMCID: PMC7897328; DOI: 10.1016/j.jadohealth.2020.07.033.

26. Julian JM, Salvetti B, Held JI, Murray PM, Lara-Rojas L, **Olson-Kennedy J\*\***. The Impact of Chest Binding in Transgender and Gender Diverse Youth and Young Adults. J Adolesc Health.

PLAINTIFFS002792

2021 Jun;68(6):1129-1134. doi: 10.1016/j.jadohealth.2020.09.029. Epub 2020 Oct 27. PMID: 33121901.c

27. Millington, K., et al. (2022). "The effect of gender-affirming hormone treatment on serum creatinine in transgender and gender-diverse youth: implications for estimating GFR." <u>Pediatr Nephrol</u> **37**(9): 2141-2150.

28. Schulmeister C, Millington K, Kaufman M, Finlayson C, **Olson-Kennedy J**, Garofalo R, Chan YM, Rosenthal SM. Growth in Transgender/Gender-Diverse Youth in the First Year of Treatment With Gonadotropin-Releasing Hormone Agonists. J Adolesc Health. 2022 Jan;70(1):108-113. doi: 10.1016/j.jadohealth.2021.06.022. Epub 2021 Jul 24. PMID: 34315674; PMCID: PMC9673472.

29. Chen, D., Berona J, Yee-Ming C, Ehrensaft D, Garofalo R, Hidalgo M, Rosenthal S, Tishelman A, **Olson-Kennedy J** (2023). "Psychosocial Functioning in Transgender Youth after 2 Years of Hormones." New England Journal of Medicine **388**(3): 240-250.


**REFEREED REVIEWS, CHAPTERS, AND EDITORIALS:**

1. Belzer ME, **Olson J\*\***. Adherence in Adolescents: A Review of the literature. Adolescent Medicine: State of the Art Reviews.  Evaluation and Management of Adolescent Issues. American Academy of Pediatrics   2008:1999-117.

2. Forcier M, **Olson J\*\***, Transgender and Gender Nonconforming Youth, AM:STARs Hot Topics in Adolescent Health: Adolescent Medicine State of the Art Reviews, 25(2), August 2014 <u>American Academy of Pediatrics Section on Adolescent Health</u>

3. **Olson J\*\*,** Transgender Youth and Young Adults. In: Neinstein's Adolescent and Young Adult Health Care: A Practical Guide, 6th edition, Lippincott Williams and Wilkins, 2015

4. **Olson-Kennedy J\*\***. Mental Health Disparities Among Transgender Youth: Rethinking the Role of Professionals. JAMA Pediatr. 2016 May 1;170(5):423-4. doi: 10.1001/jamapediatrics.2016.0155. PMID: 26998945.

5. Clark BA, Virani A, Ehrensaft D, **Olson-Kennedy J**. Resisting the Post-Truth Era: Maintaining a Commitment to Science and Social Justice in Bioethics. Am J Bioeth. 2019 Jul;19(7):W1-W3. doi: 10.1080/15265161.2019.1618951. PMID: 31237512.

6. **Olson-Kennedy J\*\***. The Care of Gender Non-Conforming and Transgender Youth. Lavin N, Manual of Endocrinology and Metabolism, 5th Edition, Wolters Kluwer, 2019

7. **Olson-Kennedy J\*\***. When the Human Toll of Conversion Therapy Is Not Enough. JAMA Pediatr. 2022 May 1;176(5):450-451. doi: 10.1001/jamapediatrics.2022.0049. PMID: 35254396.

8. Turban JL, Brady C, **Olson-Kennedy J**. Understanding and Supporting Patients with Dynamic Desires for Gender-Affirming Medical Interventions. *JAMA Netw Open.* 2022;5(7):e2224722. doi:10.1001/jamanetworkopen.2022.24722

PLAINTIFFS002793

**NON-REFEREED JOURNAL ARTICLES, REVIEWS, OR OTHER COMMUNICATIONS:**

1. **Olson, J\*\***. Lesbian, gay, bisexual, transgender, queer youth and the internet- a virtual closet or cornucopia? – California Pediatrician, Jan 2011
2. Hildago MA, Ehrensaft D, Tishelman AC, Clark LF, Garofalo R, Rosenthal SM, Spack NP, **Olson J\*\***. The gender affirmative model: What we know and what we aim to learn. *Human Development*, 2013, 3: 285-290. Edited manuscript; senior author
3. **Olson-Kennedy, J\*\***, 2018. "Hot Topics and Fresh Paradigms in Gender, Diversity, and Care", AM:STARs: LGBTQ Youth: Enhancing Care For Gender and Sexual Minorities, American Academy of Pediatrics Section on Adolescent Health
4. **Olson J\*\***, Forcier M, Overview of the management of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA Role: co-first authored manuscript – drafting and editing.
5. Forcier M, **Olson J\*\***, Overview of gender development and clinical presentation of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. Role: co-first authored manuscript – drafting and editing.


**ABSTRACTS AND PRESENTATIONS:**

1. Beharry M\*, **Olson J\*\***, Men and the Morning After, poster presented at the Society for Adolescent Health and Medicine, Toronto, 2010.

2. **Olson J\*\***, Clark L, Schrager S, Simons L, Belzer M, Baseline Characteristics Of Transgender Youth Naïve To Cross Sex Hormone Therapy, J Adol Health, February 2013 (Vol. 52, Issue 2, Supplement 1, Pages S35-S36, DOI: 10.1016/j.jadohealth.2012.10.086)

3. **Olson J**, Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents, Models of Pride, Los Angeles LGBT Center's LifeWorks, Los Angeles, CA, 2014

4. **Olson J**, Transitioning Teens and the Adolescent Experience, Gender Spectrum Family Conference, Gender Spectrum, Moraga, CA, 2014

5. **Olson J**, Outside of the Gender Binary: Defining and Caring for Non-Binary Identified Youth, Gender Spectrum Family Conference, Gender Spectrum, Moraga, CA, 2014

6. **Olson J**, Medical Care of Transgender Adolescents, Cross sex Hormones, Gender Infinity Conference, Houston, TX, 2014

7. **Olson J**, Cross Sex Hormone Therapy for Transgender Teens, Southern Comfort Conference, Atlanta, GA, 2014

8. **Olson J**, Puberty Suppression, Southern Comfort Conference, Atlanta, GA, 2014

PLAINTIFFS002794

9. **Olson J**, Medical Treatment of Gender Nonconforming and Transgender Youth, Chico Trans* Week, Stonewall Alliance & Chico California Association of Marriage and Family Therapists, Chico, CA

10. **Olson J**, Transgender Youth 101, Stonewall LGBT Health Symposium, Los Angeles, CA, 2014

11. **Olson J**, Gender Non-conforming Children and Transgender Adolescents, EDGY Conference, Los Angeles, CA, 2015

12. **Olson J**, Gender Non-conforming Children and Transgender Teens, Chico Trans Week, Stonewall Alliance Center of Chico, Chico, CA, 2015

13. **Olson J**, Cross-sex Hormones for Transgender Youth, Transgender Health and Education Alliance Family Conference, Atlanta, Georgia, 2015

14. **Olson J**, Puberty Suppression in Gender Non-conforming Children, Gender Odyssey Conference, Gender Odyssey, Seattle, WA, 2014

15. **Olson J**, Cross sex Hormones, Gender Odyssey Conference, Gender Odyssey, Seattle, WA, 2014

16. **Olson J**, Just a Boy, Just a Girl, Gender Spectrum, Gender Spectrum Professional Conference, Moraga, California, 2015

17. **Olson J**, Transition for Teens and Young Adults, Gender Infinity Provider and Advocacy Day, Gender Infinity Conference, Houston, TX, 2015

18. **Olson J**, Puberty Blockers and Hormone Therapy, Gender Infinity Conference, Houston, TX, 2015

19. **Olson J**, Just a Boy, Just a Girl; Gender Odyssey Conference, Seattle, WA, 2015

20. **Olson J**, Puberty Blockers and Cross Sex Hormones, Gender Odyssey Conference, Seattle, WA, 2015

21. **Olson J**, Outside of the Binary, Gender Odyssey Conference, Seattle, WA, 2015

22. **Olson J**, Outside of the Gender Binary: Defining and Caring for Non-Binary Identified Youth, Gender Spectrum, Gender Spectrum Family Conference, Moraga, CA, 2015

23. **Olson, J**, Caring for Youth with Gender Dysphoria, Pediatric Academic Societies Annual Meeting, Pediatric Academic Societies, San Diego, California, 2015

24. **Olson-Kennedy J,** Parents of Trans and Gender Fluid Youth, Models of Pride, Los Angeles, CA, 2016

25. **Olson-Kennedy J,** Caring for Gender Nonconforming and Transgender Youth, Intersections in Queer Health, SoCal LGBT Health Conference, Irvine, CA, 2016

26. **Olson-Kennedy J,** Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, US Professional Association of Transgender Health, Los Angeles, CA, 2016

PLAINTIFFS002795

27. **Olson-Kennedy J,** Gender Nonconforming Children and Adolescents, AAP National Conference, San Francisco, California, 2016

28. **Olson-Kennedy J,** Masculinizing Hormone Therapy, Gender Infinity, Houston Texas, 2016

29. **Olson-Kennedy J,** Just a Boy, Just a Girl, Houston, Gender Infinity, Houston Texas, 2016

30. **Olson-Kennedy J,** Puberty Blockers, Houston, Gender Infinity, Houston Texas, 2016

31. **Olson-Kennedy J,** Gender Affirming Hormone Therapy for Adolescents and Young Adults, Gender Infinity, Houston Texas, 2016

32. **Olson-Kennedy J,** Feminizing Hormone Therapy, Gender Infinity, Houston Texas, 2016

33. **Olson-Kennedy J,** Models of Care & Legal Issues Related to Consent, Gender Infinity, Houston Texas, 2016

34. **Olson-Kennedy J,** Defining and Caring for Non-binary Identified Youth, Gender Infinity, Houston   Texas, 2016

35. **Olson-Kennedy J,** Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities; Gender Spectrum, Moraga, California, 2016

36. **Olson-Kennedy J,** Meier, C, TYFA Research: Demographics of a US sample of Two Cohorts of Gender Non-conforming Children, Gender Odyssey, Seattle, WA 2016

37. **Olson-Kennedy J,** Gender Affirming Hormones; Gender Odyssey, Seattle, WA 2016

38. **Olson-Kennedy J,** Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities; Gender Odyssey, Seattle, WA, 2016

39. **Olson-Kennedy J,** Puberty Suppression; What When and How?; Gender Odyssey, Seattle, WA, 2016

40. **Olson-Kennedy J,** Care of Gender Nonconforming Children and Adolescents, Southeastern Transgender Health Summit, Asheville, North Carolina, 2016

41. **Olson-Kennedy J,** Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA 2017

42. **Olson-Kennedy J,** Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA 2017

43. **Olson-Kennedy J,** "Just a Boy, Just a Girl" Gender Infinity, Houston TX 2017

44. **Olson-Kennedy J,** Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Infinity, Houston TX 2017

PLAINTIFFS002796

45. **Olson-Kennedy J,** Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston TX 2017

46. **Olson-Kennedy J,** Puberty Blockers; What, When and How, Gender Infinity, Houston TX 2017

47. **Olson-Kennedy J,** Gender Non-Conforming Children and Transgender Youth; Integrated Care Conference, Los Angeles, CA, 2017

48. **Olson-Kennedy J,** Gender Non-Conforming and Transgender Children and Adolescents; A Multidisciplinary Approach, California Psychiatric Association Annual Conference, Yosemite, CA, 2017

49. **Olson-Kennedy J,** Gender Dysphoria; Beyond the Diagnosis, Models of Pride, Los Angeles, CA

50. **Olson-Kennedy J,** Puberty Delay and Cross Hormones for Trans* Youth, Models of Pride, Los Angeles, CA

51. **Olson-Kennedy J,** Masculinizing Hormones, Central Texas Transgender Health Conference, Austin, TX, 2017

52. **Olson-Kennedy J,** Children, Youth, Families and Hormone Blockers, Central Texas Transgender Health Conference, Austin, TX, 2017

53. **Olson-Kennedy J,** "Just a Boy, Just a Girl" Gender Infinity, Houston TX, 2017

54. **Olson-Kennedy J,** Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Odyssey Professional Symposium, Seattle, WA, 2017

55. **Olson-Kennedy J,** Puberty Delay and Cross Hormones for Transyouth, Gender Odyssey Professional Symposium, Seattle, WA, 2017

56. **Olson-Kennedy J**, Olson-Kennedy A, Just a Girl, Just a Boy, Gender Odyssey Professional Symposium, Pasadena, CA, 2017

57. **Olson-Kennedy J**, Puberty Blockers and Cross Sex Hormones, Gender Odyssey, Pasadena, CA, 2017

58. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria, Gender Spectrum Family Conference, Moraga, CA, 2017

59. **Olson-Kennedy J**, Rethinking Gender, Chico TransGNC Week, Chico, CA, 2017

60. **Olson-Kennedy J**, Caring for Gender Non-Conforming and Transgender Youth, Chico TransGNC Week, Chico, CA, 2017

61. **Olson-Kennedy J**, Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA, 2017

PLAINTIFFS002797

62. **Olson-Kennedy J**, The Impact of Male Chest Reconstruction on Chest Dysphoria in Transmasculine Adolescents and Young Men; A Preliminary Study, US Professional Association of Transgender Health, Los Angeles, CA, 2017

63. **Olson-Kennedy J**, Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, US Professional Association of Transgender Health, Los Angeles, CA, 2017

64. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Center for Juvenile Justice Reform Supporting the Well-Being of LGBTQ Youth Certificate Program, Washington DC, 2018

65. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria; Beyond the Diagnosis; Midwest LGBTQ Health Symposium, Chicago, IL, 2018

66. **Olson-Kennedy J**, Puberty Suppression and Gender Affirming Hormones, Gender Fest, Las Vegas, NV, 2018

67. **Olson-Kennedy J**, Gender Dysphoria; Beyond the Diagnosis, Gender Odyssey Family Conference, Seattle WA, 2018

68. **Olson-Kennedy J**, Gender Affirming Hormone Therapy for Transmasculine Adolescents and Young Adults, Gender Infinity, Houston, TX, 2018

69. **Olson-Kennedy J**, Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston, TX, 2018

70. **Olson-Kennedy J**, Chest Dysphoria and the Impact of Chest Reconstruction, Gender Infinity, Houston, TX, 2018

71. **Olson-Kennedy J**, Olson-Kennedy A, Landon S, Just a Girl, Just a Boy, Gender Infinity, Houston, TX, 2018

72. **Olson-Kennedy J**, Hormones 201: More than Testosterone and Estrogen, Gender Odyssey Professional Symposium, WA, 2018

73. **Olson-Kennedy J**, Puberty Suppression: What, When, and How, Gender Odyssey Family Conference, Seattle WA, 2018

74. **Olson-Kennedy J**, Gender Google; Gender Odyssey Family Conference, Seattle WA, 2018

75. **Olson-Kennedy J**, Male Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults, Gender Odyssey Professional Symposium, WA, 2018

76. **Olson-Kennedy J**, Mosser S, Chest Surgery, Gender Spectrum, Moraga, CA 2018

77. **Olson-Kennedy J**, Olson-Kennedy A, Understanding Gender Dysphoria, Gender Spectrum, Moraga, CA 2018

78. **Olson-Kennedy J**, Puberty Suppression and Gender Affirming Hormones, Gender Odyssey, Los Angeles, CA, 2018

PLAINTIFFS002798

79. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey, Los Angeles, CA, 2018

80. **Olson-Kennedy J**, Olson-Kennedy A, Transyouth Care – Self-reflection on Personal Biases and Their Impact on Care, Society for Adolescent Health and Medicine, Seattle WA, 2018

81. **Olson-Kennedy J**, Rethinking Gender, Society for Adolescent Health and Medicine, Seattle WA, 2018

82. **Olson-Kennedy J**, Providing 360 degree transgender hormone therapy: beyond the protocols, Medical Directors Council (MeDC) 14th Annual Clinical Update in Reproductive Health and Medical Leadership, Snowbird, Utah, 2018

83. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Gender Education and deMystification Symposium, Salt Lake City, Utah, 2018

84. **Olson-Kennedy J**, Rethinking Gender, SoCal LGBTQIA Health Conference, Los Angeles, CA, 2018

85. **Olson-Kennedy J**, Hormones 201 – Beyond T and E, Gender Odyssey San Diego, San Diego, CA, 2019

86. **Olson-Kennedy J**, Olson-Kennedy A, Landon S, Just a Boy, Just a Girl, Gender Odyssey San Diego, San Diego, CA, 2019

87. **Olson-Kennedy J**, Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Advance LA Conference, California

88. **Olson-Kennedy J**, Histrelin Implants for Suppression of Puberty in Youth with Gender Dysphoria: a Comparison of 50 mcg/day (Vantas) and 65 mcg/day (SupprelinLA), WPATH Conference, Virtual Presentation, 2020

89. **Olson-Kennedy J**, Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, Comparison of Post-surgical and Non-surgical Cohorts, WPATH Conference, Virtual Presentation, 2020

90. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Center for Juvenile Justice Reform Supporting the Well-Being of LGBTQ Youth Certificate Program, Virtual Presentation, 2020

**MEDIA AND TELEVISION APPEARANCES:**

France 24 TV – Transgender Youth, 2015

The DeMita Fletcher Family: What We Learned From Our Transgender Son , People.com

Eisenhower Medical Center Hosts Transgender Symposium, Desert Sun

PLAINTIFFS002799

Transgender 13-year-old Zoey having therapy, BBC

Driven to Suicide, People Magazine

Gay Dads with Gender Non-Conforming Kids, Gays with Kids

Transgender Teen Opens Up about Struggles, Journey, ABC 7

Transgender community, allies see Jenner interview in positive light, LA Times

Bruce Jenner's transgender journey will lead to more understanding, many say, Daily News

Fellow Olympian on Bruce Jenner's Transgender Announcement: 'Hardest Thing I Could Ever Imagine' ET Online

Local Teens Hopes to Inspire Transgender Youth by Speaking Publicly About Transition, KCBS

15-Year-Old Transgender Teen Hopes to Inspire Others, Fox 11

Pausing Puberty with Hormone Blockers May Help Transgender Kids, Fox News

'I Am Jazz': Transgender Teen on Grappling with High School, Puberty, ABC/Nightline

New study proves transgender status is not the result of a hormone imbalance, Examiner.com

Transgender youth have typical hormone levels, Science Daily

Health Effects of Transitioning in Teen Years Remain Unknown, NPR

STUDY: Being Young and Trans Is Not the Result of a Hormonal Imbalance

Transgender Kids Found to Have No Hormone Abnormalities Contributing To Their

Experience, The Advocate

No Difference in Hormone Levels of Transgender Youth, Science 2.0

When parenting a trans child, let them teach you, Mashable

Transgender Youth Don't Have Hormone Abnormalities, Doctors Lounge

Parenting My Transgender Teen: Britt Rubenstein, Mom-Momstampblog

Transparenthood: Raising a Transgender Child, Parents Magazine

Identifying as a Different Gender, Student Science

Inside Vanity Fair: Trans America, Our New Special Issue on Gender Identity and Expression, Vanity Fair

First Study on Transgender Youth Tx Outcomes Starting Soon, Oncology Nurse Advisor

PLAINTIFFS002800

NIH funds multicenter study to evaluate impact of medical treatment in transgender youth, News-Medical.net

First Study on Transgender Youth Tx Outcomes Starting Soon, Monthly Prescribing Reference

Do-Gooder Gallery – E!

Why There's a Medical Crisis for Transgender Youth, The Hollywood Reporter

Hollywood's Top Doctors 2015, The Hollywood Reporter

Transgender Medical Crises, Daily Kos

Op-ed: Jazz Jennings is TV's Unsung Trans Heroine, Buzz Feed

Al Jazeera America – Betrayed by their bodies: For trans teens, puberty can be a trauma

Daycare workers fired for not acknowledging 6-year-old as transgender boy, Rolling Out.com

Sam's Journey: This is who I am, San Diego Union Tribune

Born This Way: Stories of Young Transgender Children, CBS The Sunday Morning Show, 2014

Coy Mathis: One Child's Fight to Change Gender, Rolling Stone Magazine, 2013

Boy to Girl: One Child's Journey, People Magazine, 2013

Transgender Childhood, Dateline, 2012

Transgender Teen's Journey From Meghan to Mason "Really, Really Good" NBC, Bruce Hentsel Show, 2012

Transgender Child: A Parents' Difficult Choice, Our America with Lisa Ling, OWN Network, 2011

My Extraordinary Family, ABC Nightline, 2011

Transgender Youth, Rosie O'Donnell's The DOC Club, 2011

Adolescents and Bullying, Dr. Drew show, 2011

Lost Little Boy, The Dr. Phil Show, 2008

Born in the Wrong Body, ABC 20/20, 2007

PLAINTIFFS002801