# KELLAN E. BAKER, PhD, MPH, MA

kellan.baker@gmail.com | kbaker@whitman-walker.org | https://www.linkedin.com/in/kellanb | (805) 390-2309

## EDUCATION

**Johns Hopkins Bloomberg School of Public Health**                                          2016-2021
  Doctor of Philosophy in Health Policy and Management
  Concentration in Health Services Research and Policy
  <u>Dissertation</u>: *Clinically Documented Social Risk Factors, Health Care Utilization, and Expenditures in a Commercially Insured Transgender Population*
  <u>Activities</u>: Centennial Scholar, Health Policy Research Scholar, Gordis Teaching Fellow

**Johns Hopkins Bloomberg School of Public Health**                                          2016-2019
  Certificate in Public Health Economics

**Johns Hopkins Carey Business School**                                                      2018
  Executive Certificate in Health Care Leadership and Management

**University of the South School of Theology**                                               2008-2012
  Certificate in Theological Education

**George Washington University School of Public Health and Health Services**                 2008-2011
  Master of Public Health
  Concentration in Global Public Health Policy
  <u>Thesis</u>: *Transforming Health: International Rights-Based Advocacy for Transgender Health*
  <u>Activities</u>: Delta Omega Public Health Honors Society

**George Washington University Elliott School of International Affairs**                      2008-2011
  Master of Arts in International Development
  <u>Thesis</u>: *Security, Development, and Sexual and Gender-Based Violence in Conflict Settings*

**Diplomatic Academy of Vienna**                                                             2007-2008
  Graduate study in International Economics

**University of Vienna**                                                                     2007-2008
  Certificate of Advanced Proficiency in German Language

**Swarthmore College**                                                                       2000-2004
  Bachelor of Arts with High Honors in Astrophysics and Russian Literature
  <u>Activities</u>: External Honors Program

## PROFESSIONAL EXPERIENCE

**Whitman-Walker Institute**
  ***Executive Director and Chief Learning Officer***                                        2021-present
  - Lead the research, policy, and education activities of Whitman-Walker, a community health system in Washington, DC that also includes Whitman-Walker Health, a Federally Qualified Health Center with 50+ years of experience serving diverse patient populations across the DC metro area, with a particular focus on people living with HIV and sexual and gender minority populations.
  - Oversee daily operations for the Institute, including personnel, grants management, financial reporting and fiscal accountability, strategic planning, quality assurance for training and research activities, and development of internal and external partnerships.
  - Oversee a 55-person team of researchers, policy analysts, and administrative staff in conducting epidemiologic, econometric, clinical, and policy research; translating research findings into policy, practice, and programming recommendations; and advancing methodology for research centering the impact of structural factors on individual and population health.
  - Partner with clinicians and clinic management at Whitman-Walker on health services research using clinical data for quality assessment and practice improvement.
  - Represent Whitman-Walker in interactions with media, government, academic institutions, public and private payers, professional societies, community members, and other stakeholders.

Pl. Trial Ex. 363

PLAINTIFFS002957

**Johns Hopkins School of Public Health**
*Affiliate Faculty, Department of Health Policy and Management*                    2021-present
**George Washington University School of Public Health and Health Services**
*Affiliate Faculty, Department of Health Policy and Management*                    2021-present
**National Academy of Sciences, Division of Behavioral and Social Sciences and Education**
*Consultant*                                                                       2019-2021
- Advised the Committee on Population on the development, funding, and coordination of a consensus study project on health and other domains of well-being in sexual and gender diverse populations.
- Authored and edited report components related to physical and mental health; health services access and use; health policy; data collection; and demography.
- Led report dissemination to policy, academic, medical, media, and community audiences.

**Johns Hopkins Evidence-Based Practice Center**
*Research Associate*                                                               2018-2021
Designed and conducted systematic reviews to support the revision of the leading expert treatment guidelines in the field of transgender health.

**Cornell University Center for the Study of Inequality**
*Senior Researcher*                                                                2017-2019
Designed and conducted systematic reviews of social inequality and health policy issues.

**Johns Hopkins School of Public Health, Department of Epidemiology**
*Research Associate*                                                               2017-2018
Built economic models assessing the cost-effectiveness of integrating HIV testing, prevention, and treatment into primary care in low-resource settings.

**Center for American Progress**
*Senior Fellow*                                                                    2014-2017
- Designed and implemented strategies to advance policy goals around health equity, Affordable Care Act (ACA) implementation, health system transformation, health insurance reform, appropriations and budget, nondiscrimination, and data collection and research at all levels of government and with hospitals, health insurance carriers, and other private stakeholders.
- With Fenway Community Health, co-founded and directed a project that secured new data elements in the federal regulations governing the Meaningful Use of Electronic Health Records program.
- Coordinated and represented coalitions of diverse organizations focusing on civil rights, health care, and public health in regulatory and legislative policymaking activities with decisionmakers and staff at all levels of government.
- Developed and published original research, policy analyses, and policy and practice recommendations for audiences such as the White House, the federal agencies, the Presidential Advisory Council on HIV/AIDS, congressional and other legislative staff, state and local health departments, and state and federal insurance regulators.
- Regularly quoted and published in venues such as *Washington Post*, *New York Times*, *Reuters*, *Time*, *Scientific American*, *US News and World Report*, and National Public Radio.

*Out2Enroll Founding Steering Committee Member*                                    2013-2017
- Conceived and co-led Out2Enroll, a $1-million national communications, training, and policy partnership with the U.S. Department of Health & Human Services (HHS) and the White House to connect low-income sexual and gender minority people with insurance coverage under the ACA.
- Managed strategic and daily operations, including overseeing a coalition of more than 70 partners, developing communications strategies, fundraising, and grants management.
- Created the training "Reaching and Assisting LGBT Communities" (in-person and online) and trained more than 15,000 enrollment assisters in all 50 states, the US territories, and Washington, DC.
- At the request of the HHS Office for Civil Rights, created and presented trainings on the ACA and civil rights to the HHS Regional Offices.

*Associate Director*                                                               2013-2014
- Led the health policy portfolio of the Federal Agencies Project, a national funder collaborative pursuing health reform and health equity objectives via federal regulatory policy.
- Managed a staff of research and policy analysts.

PLAINTIFFS002958

*Senior Policy Analyst*                                                                                          2011-2013
- Conducted policy analyses and wrote reports, memos, regulatory comments, and media pieces on issues such as health reform, HIV/AIDS, health disparities, and health information technology.
- Created and oversaw the LGBT State Exchanges Project, a training and technical assistance partnership with five states to address coverage gaps through the implementation of the ACA.

**Astraea Lesbian Foundation for Justice**
*Consultant*                                                                                                          2014
Managed strategic planning activities of the Global Philanthropy Project, a group of 15 international funders supporting the human rights of sexual and gender minorities.

**Kaiser Foundation Health Plan**
*Consultant*                                                                                                     2013-2014
Advised on the development of Kaiser's industry-leading LGBTI Health Equity Program.

**The Joint Commission**
*Consultant*                                                                                                          2010
Co-authored "Advancing Effective Communication, Cultural Competence, and Patient- and Family-Centered Care for the LGBT Community: A Field Guide."

**Open Society Foundations**
*Consultant*                                                                                                     2010-2013
Authored "Transforming Health: International Rights-Based Advocacy for Trans Health," featuring case studies from nine countries and the World Health Organization.

**Danish Refugee Council**
*Fellow*                                                                                                               2010
Conducted French-language focus group research in the Central African Republic and wrote a needs assessment about addressing sexual and gender-based violence in conflict situations.

**National Coalition for LGBT Health**
*Policy Analyst*                                                                                                 2009-2011
In coordination with 75 member organizations in 22 states and other stakeholders, developed and implemented a national policy strategy for advancing LGBT health equity.

**The White House**
*Intern*                                                                                                              2009
Staffed the Special Assistant to the President for Disability Policy.

**Wonder Sprachinstitut (Vienna, Austria)**
*TOEFL Preparation Instructor*                                                                                  2007-2008
Taught beginning and advanced English.

**Vienna University of Economics and Business (Vienna, Austria)**
*Executive MBA Program Tutor*                                                                                   2007-2008
Tutored students on English and economics topics.

*Kommersant* **Newspaper (Moscow, Russia)**
*Russian–English Translator*                                                                                    2006-2007
Translated international news, politics, business, and editorial content for a leading daily newspaper.

**Nauka/Interperiodica (Moscow, Russia)**
*Russian–English Translation Editor*                                                                           2004-2005
Edited translated scientific journal articles in the areas of physics, chemistry, geology, and biology under a contract with the Russian Academy of Sciences.

## SERVICE TO PROFESSIONAL ORGANIZATIONS

**National Institutes of Health**                                                                           2022-present
Appointed Member, Sexual and Gender Minority Working Group of the NIH Council of Councils

**Public Health AmeriCorps**                                                                                2022-present
Member, Technical Working Group for National Process, Outcomes, and Impact Evaluation

**AcademyHealth**                                                                                            2022-present
Member, Advisory Group on Health Services Research Innovation, Inclusion, and Impact

PLAINTIFFS002959

**UnitedHealthcare**                                                           2022-present
Member, Ambassadors for the Community (health equity initiative focused on dual eligibles in DC)

**Personalized Medicine Coalition**                                           2022-present
Member, Health Equity Task Force

**National Association of Insurance Commissioners**                           2022-present
Appointed Consumer Representative

**California Health Interview Survey**                                        2022-present
Member, Sexual Orientation and Gender Identity Working Group

**National Academies of Sciences, Engineering, and Medicine**                2021-present
Appointed Member, Consensus Study Committee on Measuring Sex, Gender Identity, and Sexual
Orientation for the National Institutes of Health

**Agency for Healthcare Research and Quality**                               2021-present
Invited Participant, AHRQ Health Equity Summits

**National Institutes of Health, Inter-Society Coordinating Committee for Practitioner Education**   2021-present
**in Genomics**
Founder and Co-Chair, Project on LGBTQI+ Issues in Genomics and Genomics Education

**European Research Council**                                                 2021-present
Grant Reviewer

**National Academies of Sciences, Engineering, and Medicine**                2021-present
Partner, Assessing Meaningful Community Engagement in Health & Health Care Leadership Consortium

**AcademyHealth**                                                             2020-present
Appointed Member, National Advisory Group on Diversity, Equity, and Inclusion

**Harvard Medical School**                                                    2020-present
Professional Advisory Council Member, Sexual and Gender Minority Health Equity Initiative

**National Center for Transgender Equality**                                  2019-present
Scientific Advisory Council Member, 2022 US Transgender Survey

**National Institutes of Health**                                            2016-present
Community Engagement Working Group Member, National Human Genome Research Institute

**American Councils for International Education**                             2016-present
Flagship Program Orientation Facilitator (Russia, Kazakhstan, Azerbaijan, Tajikistan)

**Equality Federation**                                                       2015-present
Board of Directors (current Immediate Past Chair, past Treasurer)

**TEDMED**                                                                    2020
Invited Health Equity Expert

**Biden-Harris Presidential Campaign**                                        2020
Equity Review Board Member, Health Policy Committee

**Biden-Harris Presidential Campaign**                                        2020
Co-Chair, LGBTQ Health Policy Committee

**Congressional Tri-Caucus, Families USA, and UnidosUS**                      2016-2020
Steering Committee Member, Health Equity and Accountability Act

**10.10.10 Cities: Health Social Entrepreneurship Program**                   2019
Health Start-Up Team "Ninja"

**Community Catalyst and the Robert Wood Johnson Foundation**                 2017-2019
National Advisory Council Member, Consumer Advocacy for Health System Transformation

**Gilead Sciences**                                                           2017-2019
Transgender Advisory Council Member

**American Association for the Advancement of Science**                       2016-2019
Selection Committee Member, Executive Branch Science and Technology Policy Fellowship

**Centers for Medicare & Medicaid Services, U.S. Department of Health & Human Services**   2014-2019
Appointed Member, Advisory Panel on Outreach and Education

PLAINTIFFS002960

| | |
|---|---|
| **National Academies of Sciences, Engineering, and Medicine** | 2017-2018 |
| Steering Committee Member, Project on Demography of Sexual and Gender Minority Populations | |
| **Johns Hopkins Bloomberg School of Public Health** | 2018 |
| Member, Schoolwide Honors and Awards Committee | |
| **National Institutes of Health** | 2018 |
| Invited Participant, Expert Workshop on Methods in Sexual & Gender Minority Health Research | |
| **Johns Hopkins Medicine and Harvard University School of Medicine** | 2013-2018 |
| Member, EQUALITY Study Stakeholder Advisory Board | |
| **Robert Wood Johnson Foundation** | 2017 |
| Application Reviewer, Culture of Health Program | |
| **U.S. Professional Association for Transgender Health** | 2016-2017 |
| Scientific Program Committee Member, Inaugural USPATH Scientific Conference | |
| **AcademyHealth** | 2015-2017 |
| Advisory Council Member and Grant Reviewer, Community Health Peer Learning Program | |
| **Center for Consumer Information & Insurance Oversight, U.S. Department of Health & Human Services** | 2015 |
| Grant Reviewer, HealthCare.gov Enrollment Navigator Program | |
| **Robert Carr Civil Society Networks** | 2015 |
| Grant Reviewer | |
| **University of California at San Francisco Center of Excellence for Transgender Health** | 2013, 2015 |
| Policy Track Co-Chair, National Transgender Health Summit | |
| **National Action Alliance for Suicide Prevention** | 2012 |
| Member, LGBT Task Force | |
| **The Fenway Institute** | 2011-2016 |
| Affiliated Faculty for LGBT Health Policy | |
| **U.S. Department of State** | 2009-2013 |
| National Security Language Initiative for Youth Program Orientation Facilitator (Russia) | |
| **The DC Center for the LGBT Community** | 2009-2011 |
| Board of Directors (DC for Marriage Campaign Co-Chair) | |

## OTHER PROFESSIONAL ACTIVITIES

### Ad Hoc Journal Reviews

- *New England Journal of Medicine*
- *Journal of the American Medical Association*
- *JAMA Psychiatry*
- *JAMA Internal Medicine*
- *Health Affairs*
- *American Journal of Public Health*
- *Journal of the American Medical Informatics Association*
- *Medical Informatics*
- *Milbank Quarterly*
- *Journal of Official Statistics*
- *Social Science & Medicine*
- *American Journal of Epidemiology*
- *American Journal of Preventive Medicine*
- *Preventive Medicine*
- *Quality of Life Research*

- *Sexuality Research and Social Policy*
- *Sexual and Reproductive Health Matters*
- *Journal of Homosexuality*
- *Journal of Public Health Dentistry*
- *Frontiers in Oncology*
- *Psychology of Sexual Orientation and Gender Diversity*
- *LGBT Health*
- *Transgender Health*
- *BMC Health Services Research*
- *Family Practice*
- *Journal of Patient Safety and Risk Management*
- *Progress in Community Health Partnerships: Research, Education, and Action*
- *Media and Communication*
- *Patient Education & Counseling*
- *The Physician and Sports Medicine*

PLAINTIFFS002961

<u>Memberships</u>

- DC Center for AIDS Research (2021-present)
- Johns Hopkins Center for AIDS Research (2020-present)
- Association for Public Policy Analysis and Management (2018-present)
- International Society for Pharmacoeconomics and Outcomes Research (2018-present)
- World Professional Association for Transgender Health (2018-present)
- Society for Medical Decision Making (2017-present)
- AcademyHealth (2012-present)
- American Public Health Association (2009-present)

<u>Conference Abstract Reviews</u>

- International Society for Pharmacoeconomics and Outcomes Research
- AcademyHealth (theme reviewer for "Disparities and Health Equity" track)
- American Public Health Association
- Society for Medical Decision Making
- U.S. Professional Association for Transgender Health

## HONORS AND AWARDS

**First Place, Research and Translation Virtual Ideas Exchange Competition**                2020
OptumLabs

**Golden Apple Award for Excellence in Teaching**                                            2020
Public Health Studies Program, Johns Hopkins University
*Awarded for the class "Policy, Politics, and Power in Health Equity," designed through the Gordis Teaching Fellowship*

**Alice S. Hersh Scholarship**                                                               2020
AcademyHealth

**Victor P. Raymond Memorial Fund Award**                                                    2019
Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health

**Delta Omega Policy and Practice Scholarship Award**                                        2019
Johns Hopkins Bloomberg School of Public Health

**Out to Innovate Award**                                                                    2019
National Organization of Gay & Lesbian Scientists and Technical Professionals

**Distinguished Service Award**                                                              2019
10.10.10 Cities: Health

**Science Writing Fellowship**                                                               2019
Johns Hopkins Bloomberg School of Public Health

**Gordis Teaching Fellowship**                                                               2018
Public Health Studies Program, Johns Hopkins University

**Health Policy Research Scholarship**                                                       2017
Robert Wood Johnson Foundation
*Health Policy Research Scholars is a national leadership program that invests in scholars from populations traditionally underrepresented in graduate programs whose work will inform and influence policy for building a Culture of Health*

**Featured Speaker**                                                                         2017
National March for Science (Washington, DC)

**Centennial Scholarship**                                                                   2016
Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health
*Awarded to the outstanding entering doctoral student in each department to mark the school's centennial in 2016*

**Achievement Award**                                                                        2015
GLMA: Health Professionals Advancing LGBT Equality

PLAINTIFFS002962

**Andrew Cray Memorial Transgender Health Advocacy Award**                                          2015
National Center for Transgender Equality

**LGBTQ Leadership Fellowship**                                                                     2011-2012
The Rockwood Institute

**Delta Omega Public Health Honors Society**                                                        2010
George Washington University School of Public Health and Health Sciences

**Eric Rofes Memorial Scholarship**                                                                 2009
National Gay & Lesbian Task Force

**High Honors**                                                                                     2004
Swarthmore College Honors Program

## PUBLICATIONS

### Journal Articles (Peer-Reviewed)

**Baker KE**, Restar A. (2022). Utilization and Costs of Gender-Affirming Care in a Commercially Insured Transgender Population. *J Law Med Ethics, 50*, 456–470.

**Baker KE**, Compton D, Fechter-Leggett ED, Grasso C, Kronk CA. (2022). Will clinical standards not be part of the choir? Harmonization between the HL7 gender harmony project model and the NASEM measuring sex, gender identity, and sexual orientation report in the United States. *JAMIA, 30*(1), 83–93.

Restar A, Dusic E, Garrison-Desany H, Lett E, Everhart A, **Baker KE**, Scheim A, Beckham SW, Reisner S, Rose A, Mimiaga M, Radix A, Operario D, Hughto J. (2022) Gender Affirming Hormone Therapy Dosing Behaviors among Transgender and Nonbinary Adults. *Humanit Soc Sci Commun, 9*(304).

Tran NK, **Baker KE**, Lett E, Scheim AI. (2022). State-level heterogeneity in associations between structural stigma and individual healthcare access: A multilevel analysis of transgender adults in the United States. *J Health Serv Res Policy*. doi:10.1177/13558196221123413.

Scheim AI, **Baker KE**, Restar AJ, Sell RL. (2021). Health and Health Care Among Transgender Adults in the United States. *Annual Review of Public Health*. doi:10.1146/annurev-publhealth-052620-100313

Restar A, Garrison-Desany HM, **Baker KE**, Adamson T, Howell S, Baral SD, Operario D, Beckham W. (2021). Prevalence and associations of COVID-19 testing in an online sample of transgender and non-binary individuals. *British Medical Journal - Global Health, 6*, e006808.

**Baker KE**, Durso LE, Streed CG. (2021). Ensuring that LGBTQI+ People Count: Collecting Data on Sexual Orientation, Gender Identity, and Intersex Status. *New England J Med, 384*, 1184–1186.

**Baker KE**, Wilson LM, Sharma R, Dukhanin V, McArthur K, Robinson KA. (2021). Hormone Therapy, Mental Health, and Quality of Life among Transgender People: A Systematic Review. *J Endocr Soc, 5*(4), bvab001.

Wiegmann AL, Young EI, **Baker KE**, Khalid SI, Shenaq DS, Dorafshar AH, Schechter LS. (2021). The Affordable Care Act and Its Impact on Plastic and Gender-Affirmation Surgery. *Plastic Reconstr Surg, 147*(1), 135e–153e.

**Baker KE**, Harris AC. (2020). Terminology should accurately reflect complexities of sexual orientation and identity. *Am J Public Health, 110*(11), 1668–1669.

Lett E, Dowshen NL, **Baker KE**. (2020). Intersectionality and Health Inequities for Gender Minority Blacks in the U.S. *Am J Prev Med, 59*(5), 639–647.

Wilson LM, **Baker KE**, Sharma R, Dukhanin V, McArthur K, Robinson KA. (2020). Effects of antiandrogens on prolactin levels among transgender women on estrogen therapy: A systematic review. *Int J Transgend Health, 21*(4), 391–402.

**Baker KE**. (2019). Findings from the Behavioral Risk Factor Surveillance System on Health-Related Quality of Life among U.S. Transgender Adults, 2014-2017. *JAMA Intern Med, 179*(8), 1141–1144.

Tabaac AR, Sutter ME, Wall CSJ, **Baker KE**. (2018). Gender Identity Disparities in Cancer Screening. *Am J Prev Med, 54*(3), 385–393.

PLAINTIFFS002963

**Baker KE**. (2017). The Future of Transgender Coverage. *New England J Med, 376*(19), 1801–1804.

Padula WV, **Baker KE**. (2017). Coverage for Gender Affirmation: Making Health Insurance Work for Transgender Americans. *LGBT Health, 4*(4), 244–247.

Cahill S, **Baker KE**, Deutsch MB, Keatley J, Makadon HJ. (2016). Inclusion of Sexual Orientation and Gender Identity in Stage 3 Meaningful Use Guidelines: A Huge Step Forward for LGBT Health. *LGBT Health, 3*(2), 100–102.

Reisner SL, Conron KJ, Scout Nfn, **Baker KE**, et al. (2015). Counting transgender and gender nonconforming adults in health research: Recommendations from the Gender Identity in U.S. Surveillance (GenIUSS) Group. *Transgender Studies Quarterly, 2*(1), 34–57.

Cahill S, Singal R, Grasso C, King D, Mayer K, **Baker KE**, Makadon H. (2014). Do ask, do tell: High levels of acceptability by patients of routine collection of sexual orientation and gender identity data in four diverse American community health centers. *PLoS ONE, 9*(9), e107104.

**Baker KE**, Minter S, Wertz K. (2012). Nondiscrimination in Insurance: The Case of California's Insurance Gender Nondiscrimination Act. *Harvard University LGBTQ Policy Journal, 2*.

**Baker KE**. (2012). Where Do We Go from Here: LGBT-Inclusive Health Policy in Affordable Care Act Implementation. *Harvard University LGBTQ Policy Journal, 2*.

**Baker KE**, Krehely J. (2011). How Health Care Reform Will Help LGBT Elders. *Public Policy & Aging Report, 21*(3), 19–23.

## Book Chapters

**Baker KE**. (2019). The Politics of LGBT Health. In: Schneider JS and V Silenzio, eds. *Gay & Lesbian Medical Association Handbook on LGBT Health*. Washington, DC: ABC-CLIO Press.

Bau I and **Baker KE**. (2016). Legal and Policy Issues in LGBTI Health. In: Ehrenfeld J and K Eckstrand, eds. *Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care*. Nashville: Vanderbilt University Press.

**Baker KE**. (2011). Data Collection and Use. In: The Joint Commission. *Advancing Effective Communication, Cultural Competence, and Patient- and Family-Centered Care for the LGBT Community: A Field Guide*. Oakbrook Terrace, IL: The Joint Commission. Available at: www.jointcommission.org/assets/1/18/LGBTFieldGuide.pdf

## Reports, Issue Briefs, Articles, and Editorials

Organizing Committee for Assessing Meaningful Community Engagement in Health & Health Care Programs & Policies. (2022). Assessing Meaningful Community Engagement: A Conceptual Model to Advance Health Equity through Transformed Systems for Health. *NAM Perspectives*. Commentary, National Academy of Medicine, Washington, DC. https://doi.org/10.31478/202202c

Frank NF, **Baker KE**. (2019). Anti-LGBT Discrimination Has a Huge Human Toll. Research Proves It. *Washington Post*. Available at: www.washingtonpost.com/outlook/2019/12/19/anti-lgbt-discrimination-has-huge-human-toll-research-proves-it/

What We Know Project. (2019). What Does the Scholarly Research Say About the Effects of Discrimination on the Health of LGBT People? Cornell University Center for the Study of Inequality. Available at: https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-scholarly-research-say-about-the-effects-of-discrimination-on-the-health-of-lgbt-people/

What We Know Project. (2018). What Does the Scholarly Research Say About the Effect of Gender Transition on Transgender Wellbeing? Cornell University Center for the Study of Inequality. Available at: https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/

**Baker KE**, Keisling MR. (2018). Two Transgender Advocates Explain Why They're Marching for Science. *Scientific American*. Available at: https://blogs.scientificamerican.com/voices/2-transgender-activists-explain-why-theyre-marching-for-science/

**Baker KE**. (2017). Trans People in the Health Reform Fight: What's at Stake. *TheBody.com*. Available at: www.thebody.com/content/80046/trans-people-in-the-health-reform-fight-whats-at-s.html

PLAINTIFFS002964

Calsyn M, **Baker KE**, Spiro T. (2017). For the Insurance Lobby, Old Habits Are Hard to Break. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/healthcare/news/2017/02/15/415237/for-the-insurance-lobby-old-habits-are-hard-to-break/

**Baker KE**, Durso LE. (2017). Why Repealing the Affordable Care Act Is Bad Medicine for LGBT Communities. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2017/03/22/428970/repealing-affordable-care-act-bad-medicine-lgbt-communities/

**Baker KE**, Singh S, Mirza SA, Durso LE. (2017). The Senate Health Care Bill Would Be Devastating for LGBTQ People. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2017/07/06/435452/senate-health-care-bill-devastating-lgbtq-people/

**Baker KE**. (2016). LGBT Protections in Affordable Care Act Section 1557. *Health Affairs Blog*. Available at: http://healthaffairs.org/blog/2016/06/06/lgbt-protections-in-affordable-care-act-section-1557

**Baker KE**, McGovern A, Gruberg S, Cray A. (2016). The Medicaid Program and LGBT Communities: Overview and Policy Recommendations. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2016/08/09/142424/the-medicaid-program-and-lgbt-communities-overview-and-policy-recommendations/

Mirza SA, **Baker KE**. (2016). The Impact of the Affordable Care Act on LGBTQ Youth Experiencing Homelessness. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/reports/2016/08/31/143226/the-impact-of-the-affordable-care-act-on-lgbtq-youth-experiencing-homelessness/

**Baker KE**, Durso LE, Ridings AM. (2016). How to Collect Data about LGBT Communities. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2016/03/15/133223/how-to-collect-data-about-lgbt-communities/

**Baker KE**, Hughes M. (2016). Sexual Orientation and Gender Identity Data Collection in the Behavioral Risk Factor Surveillance System. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2016/03/29/134182/sexual-orientation-and-gender-identity-data-collection-in-the-behavioral-risk-factor-surveillance-system/

**Baker KE**. (2015). Open Doors for All: Sexual Orientation and Gender Identity Protections in Health Care. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2015/04/30/112169/open-doors-for-all/

**Baker KE**. (2015). In Pursuit of Equal Health: Medicare's Health Equity Strategy. *U.S. News and World Report*. Available at: www.usnews.com/opinion/blogs/policy-dose/2015/09/17/medicares-health-equity-plan-will-save-money-and-lives

**Baker KE**, Durso LE, Cray A. (2014). Moving the Needle: The Impact of the Affordable Care Act on LGBT Communities. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2014/11/17/101575/moving-the-needle/

Kamyck D, **Baker KE**. (2014). Optimizing LGBT Health under the Affordable Care Act: Strategies for Health Centers. Boston: The Fenway Institute. Available at: www.lgbthealtheducation.org/wp-content/uploads/Brief-Optimizing-LGBT-Health-Under-ACA-FINAL-12-06-2013.pdf

Out2Enroll. (2014). Key Lessons for LGBT Outreach and Enrollment. Washington, DC: Out2Enroll. Available at: https://out2enroll.org/out2enroll/wp-content/uploads/2014/07/O2E_KeyLessons_FINAL.pdf

The Fenway Institute, Center for American Progress, GLMA: Health Professionals Advancing LGBT Equality, Human Rights Campaign. (2014). The Case for Designating LGBT People as a Medically Underserved Population and as a Health Professional Shortage Area Population Group. Boston, MA: The Fenway Institute. Available at: www.fenwayhealth.org/documents/the-fenway-institute/policy-briefs/MUP_HPSA-Brief_v11-FINAL-081914.pdf

**Baker KE**. (2014). 12 Holiday Reasons to Be #Out2Enroll and #GetCovered. *Huffington Post*. Available at: www.huffingtonpost.com/entry/12-holiday-reasons-to-be-_b_6330590.html

PLAINTIFFS002965

**Baker KE**. (2013). Transforming Health: International Rights-Based Advocacy for Transgender Health. New York: Open Society Foundations. Available at: www.opensocietyfoundations.org/sites/default/files/transforming-health-20130213.pdf

Durso LE, **Baker KE**, Cray A. (2013). LGBT Communities and the Affordable Care Act: Findings from a National Survey. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbtq-rights/reports/2013/10/10/76693/lgbt-communities-and-the-affordable-care-act/

Cahill SR, Makadon HM, **Baker KE**, Keatley J. (2013). End LGBT Invisibility in Health Care Now: Do Ask, Do Tell. *Huffington Post*. Available at: www.huffingtonpost.com/entry/lgbt-health-care_b_2744388.html

**Baker KE**, Cray A. (2013). Why Gender Identity Nondiscrimination in Insurance Makes Sense. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2013/05/02/62214/why-gender-identity-nondiscrimination-in-insurance-makes-sense/

Cray A, **Baker KE**. (2013). How the Affordable Care Act Can Help Same-Sex Couples. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2013/04/26/61507/how-the-affordable-care-act-can-help-same-sex-couples/

Cray A, **Baker KE**. (2013). How the Affordable Care Act Helps the LGBT Community. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2013/05/30/64609/how-the-affordable-care-act-helps-the-lgbt-community/

**Baker KE**, Frost C. (2013). Addressing Gay and Transgender and HIV/AIDS Issues in Health Care Reform. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2013/03/22/57845/addressing-gay-and-transgender-and-hivaids-issues-in-health-care-reform/

Durso LE, **Baker KE**, Cray A. (2013). Affordable Care Act Outreach: Targeted Communication Strategies for LGBT Communities. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2013/11/22/79762/affordable-care-act-outreach-targeted-communication-strategies-for-lgbt-communities/

**Baker KE**. (2013). Connecting with Coverage: Four Things LGBT People Need to Know about the Health Insurance Marketplaces. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2013/09/12/74069/connecting-with-coverage-4-things-lgbt-people-need-to-know-about-the-health-insurance-marketplaces/

Greenesmith H, Cray A, **Baker KE**. (2013). The Affordable Care Act and LGBT Families: Everything You Need to Know. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2013/05/23/64225/the-affordable-care-act-and-lgbt-families-everything-you-need-to-know/

**Baker KE**. (2012). Fighting for Survival: Why Gay and Transgender Communities Should Care about Health Reform. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/06/21/11801/fighting-for-survival/

**Baker KE**, Cray A. (2012). Collecting Sexual Orientation and Gender Identity Data. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/10/16/41620/faq-collecting-sexual-orientation-and-gender-identity-data/

Cray A, **Baker KE**. (2012). Health Insurance Needs for Transgender Americans. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/10/03/40334/faq-health-insurance-needs-for-transgender-americans/

**Baker KE**. (2012). Gathering Sexual Orientation and Gender Identity Data in Health IT. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2012/02/09/11146/gathering-sexual-orientation-and-gender-identity-data-in-health-it/

**Baker KE**, Cray A. (2012). Ensuring Benefits Parity and Gender Identity Nondiscrimination in Essential Health Benefits. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/11/15/44948/ensuring-benefits-parity-and-gender-identity-nondiscrimination-in-essential-health-benefits/

PLAINTIFFS002966

**Baker KE**, Burns C. (2012). Why Gay and Transgender Workers and Families Need Paid Sick Days. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/report/2012/10/16/41620/faq-collecting-sexual-orientation-and-gender-identity-data/

**Baker KE**. (2011). Winning a Healthier Future: LGBT Communities in the Health Equity and Accountability Act. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2011/09/29/10361/winning-a-healthier-future/

**Baker KE**, Krehely J. (2011). Changing the Game: What Health Care Reform Means for Gay, Lesbian, Bisexual, and Transgender Americans. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/wp-content/uploads/issues/2011/03/pdf/aca_lgbt.pdf

**Baker KE**, Britt Z. (2011). Super Committee Cuts Could Lead to Worse Health for Gay and Transgender Americans. Washington, DC: Center for American Progress. Available at: www.americanprogress.org/issues/lgbt/news/2011/11/18/10592/super-committee-cuts-could-lead-to-worse-health-for-gay-and-transgender-americans/

National Coalition for LGBT Health and Sexuality Information and Education Council of the United States. (2010). Report on the United States of America. United Nations Universal Periodic Review on Sexual Rights, 9th Round. Available at: https://lib.ohchr.org/HRBodies/UPR/Documents/session9/US/JS10_JointSubmission10.pdf

**Baker KE**, Bower L, Lake S. (2010). Security, Development, and Sexual and Gender-Based Violence in Ndélé, Central African Republic. Washington, DC: The Elliott School of International Affairs. Available at: https://elliott.gwu.edu/sites/elliott.gwu.edu/files/downloads/acad/ids/ndele-car.pdf

## GRANT SUPPORT

**DC Center for AIDS Research**                                                                          2022-2023
*Developing Best Practices for Integrating HIV Prevention into Gender-Affirming Care for Transgender Adults*
<u>Amount</u>: $49,961
<u>Role</u>: Principal Investigator

**Wellspring Advisors**                                                                                  2015-2017
Conducting nationwide outreach and enrollment activities through the Out2Enroll campaign
<u>Amount</u>: $200,000
<u>Role</u>: Project Co-Director

**Robert Wood Johnson Foundation**                                                                       2015-2016
Conducting nationwide outreach and enrollment activities through the Out2Enroll campaign
<u>Amount</u>: $199,472
<u>Role</u>: Project Co-Director

**Robert Wood Johnson Foundation**                                                                       2014-2015
Building the Out2Enroll online enrollment assistance tool
<u>Amount</u>: $148,800
<u>Role</u>: Project Co-Director

**Wellspring Advisors**                                                                                  2014-2015
Conducting nationwide outreach and enrollment activities through the Out2Enroll campaign
<u>Amount</u>: $100,000
<u>Role</u>: Project Co-Director

**Arcus Foundation**                                                                                     2014-2015
Conducting nationwide outreach and enrollment activities through the Out2Enroll campaign
<u>Amount</u>: $100,000
<u>Role</u>: Project Co-Director

**Robert Wood Johnson Foundation**                                                                       2014-2015
Establishing the "Do Ask, Do Tell" project
<u>Amount</u>: $84,000
<u>Role</u>: Co-Principal Investigator

PLAINTIFFS002967

**Wellspring Advisors**                                                    2013-2016
Impact of the Affordable Care Act on LGBT Communities
<u>Amount</u>: $600,000
<u>Role</u>: Co-Principal Investigator

**Palette Fund**                                                          2013-2014
Launching the Out2Enroll campaign
<u>Amount</u>: $10,000
<u>Role</u>: Project Co-Director

**Nathan Cummings Foundation**                                           2013-2014
Launching the Out2Enroll campaign
<u>Amount</u>: $10,000
<u>Role</u>: Project Co-Director

**Open Society Foundations**                                             2013-2014
Transgender Medical Policy Reform in Russia and the Former Soviet Union
<u>Amount</u>: $88,000
<u>Role</u>: Co-Principal Investigator

**Elliott School of International Affairs**                                     2010
Investigating sexual- and gender-based violence in conflict situations
<u>Amount</u>: $10,000
<u>Role</u>: Co-Principal Investigator

## TEACHING

### Classes Taught

**Issues in LGBTQ Health Policy**                           Fall 2021, Fall 2022
Johns Hopkins School of Public Health (Baltimore, MD)

**Policy, Politics, and Power in Health Equity**         Fall 2019, Spring 2020
Johns Hopkins University (Baltimore, MD)
*Upper-division undergraduate seminar designed and taught through the Gordis Teaching Fellowship*

### Guest Lectures

**Sexuality, Gender Identity, & The Law**                                  02/2022
American University Washington College of Law (Washington, DC)

**Epidemiology of LGBTQIA Health**                                        02/2022
George Washington University (Washington, DC)

**O'Neill Institute for National and Global Health Law Colloquium**       11/2021
Georgetown Law Center (Washington, DC)

**Health Equity Policy**                                                  10/2021
Georgetown University (Washington, DC)

**Social Epidemiology**                                                   10/2021
Temple University College of Public Health (Philadelphia, PA)

**Advanced Topics in Health Promotion and Behavioral Sciences**           04/2021
University of Louisville (Louisville, KY)

**LGBT Health Law and Policy**                                            03/2021
Georgetown Law School (Washington, DC)

**Health Policy and Advocacy**                                            02/2021
SUNY Upstate Medical College (Syracuse, NY)

**Issues in LGBTQ Health Policy**                                         12/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

PLAINTIFFS002968

**Epidemiology of LGBT Health**                                             11/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Issues in LGBTQ Health Policy**                                           11/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBTQ Politics and Policy**                                               10/2020
American University (Washington, DC)

**Research Ethics and Integrity**                                           03/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBT Health Policy**                                                      03/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBT Health Law and Policy**                                              02/2020
Georgetown Law School (Washington, DC)

**LGBT Health Policy**                                                      02/2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Epidemiology of LGBT Health**                                             12/2019
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Economic Evaluation II**                                                  12/2018
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Epidemiology of LGBT Health**                                             12/2018
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Public Health Policy**                                                    11/2018
SUNY Upstate Medical College (Syracuse, NY)

**LGBTQI Health: Research, Policies, and Best Practices**                   05/2018
Mt. Sinai Icahn School of Medicine (New York, NY)

**Epidemiology of LGBT Health**                                             12/2017
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBTQ Issues in Public Policy**                                           11/2017
New York University Wagner School of Public Service (New York, NY)

**Health Policy and Public Health**                                         10/2017
Baldwin Wallace University (Berea, OH)

**LGBT Health Law and Policy**                                              09/2017
Georgetown Law School (Washington, DC)

**Epidemiology of LGBT Health**                                             12/2016
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBT Health Policy and Practice Graduate Certificate Program**            01/2016
George Washington University (Washington, DC)

**Epidemiology of LGBT Health**                                             12/2015
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**LGBT Health Policy and Practice Graduate Certificate Program**            01/2015
George Washington University (Washington, DC)

**Health Policy and Public Health**                                         10/2014
Baldwin Wallace University (Berea, OH)


<u>**Teaching Assistant Positions**</u>

**Teaching Assistant, Department of Health Policy and Management**          2017-2020
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)
- Economic Evaluation I and II
- Health Economics for Managers

PLAINTIFFS002969

- Fundamentals of Health Policy and Management
- Introduction to Bioethics in Public Health Practice and Research
- Research Ethics and Integrity: U.S. and International Issues
- Science of Patient Safety
- The Political Economy of Social Inequalities and Its Consequences for Health and Quality of Life

**MPH Capstone Teaching Assistant**                                                                    2019
Johns Hopkins Bloomberg School of Public Health (Baltimore, MD)

**Teaching Assistant, Pfizer Executive Program in Economic Evaluation**                 2018
University of Chicago (New York, NY)

## Trainings

**"Reaching and Assisting LGBT Communities" – in-person and online training developed for Out2Enroll and presented to Health Insurance Marketplace Navigators and other enrollment assisters**

| | |
|---|---|
| Arkansans for Coverage | 12/2015 |
| Alaska Primary Care Association | 11/2015 |
| Cognosante, Cleveland, OH | 11/2015 |
| Cognosante, Miami, FL | 11/2015 |
| Cognosante, Philadelphia, PA | 11/2015 |
| Enroll Virginia Coalition | 11/2015 |
| Council on Aging of Buncombe County, Asheville, NC | 11/2015 |
| Navigators for a Healthy Louisiana, Shreveport, LA | 10/2015 |
| Navigators for a Healthy Louisiana, Baton Rouge, LA | 10/2015 |
| Navigators for a Healthy Louisiana, New Orleans, LA | 10/2015 |
| Covered California University, Sacramento, CA | 09/2015 |
| HealthCare.gov | 09/2015 |
| Nebraska Primary Care Association | 08/2015 |
| Michigan Primary Care Association | 08/2015 |
| Florida Association of Community Health Centers | 07/2015 |
| Get Covered Arkansas Coalition, Little Rock, AR | 06/2015 |
| Kentuckiana Regional Planning and Development Agency, Louisville, KY | 05/2015 |
| Kentucky Primary Care Association, Hazard, KY | 05/2015 |
| Cognosante, Cleveland, OH | 01/2015 |
| Cognosante, Philadelphia, PA | 01/2015 |
| Utah Health Policy Project, Salt Lake City, UT | 12/2014 |
| Cognosante, New Orleans, LA | 12/2014 |
| Cognosante, Miami, FL | 11/2014 |
| Planned Parenthood Federation of America | 10/2014 |
| United Way Worldwide | 10/2014 |
| Nebraska Primary Care Association | 07/2014 |
| HealthCare.gov | 07/2014 |

**"Opening the Door: Assisting LGBT People"**

| | |
|---|---|
| U.S. Department of Health and Human Services Office for Civil Rights Region IV Office, Atlanta, GA | 10/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region II Office, New York, NY | 10/2015 |

PLAINTIFFS002970

| U.S. Department of Health and Human Services Office for Civil Rights Region VIII Office, Denver, CO | 10/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region IX Office, San Francisco, CA | 09/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region III Office, Philadelphia, PA | 08/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region I Office, Boston, MA | 06/2015 |
| U.S. Department of Health and Human Services Office for Civil Rights Region VI Office, Dallas, TX | 05/2015 |

## PRESENTATIONS

### Oral Abstracts and Issue Panels

| | |
|---|---|
| **Baker, KE**, Segal J. Clinically Documented Social Risk Factors and Mental and Behavioral Health Diagnoses in a Commercially Insured Transgender Population. American Public Health Association Conference (online) | 10/2021 |
| Wolfson D, **Baker KE**, Platt J, Fields C, Ramiah K. Rebuilding Trust in Health Care: What We Know and What We Need to Know. AcademyHealth Annual Research Meeting (online) | 06/2021 |
| **Baker KE**, Badgett MVL, Gates G, Patterson C, Russell S, Umberson D, White J. The Health of LGBTQI+ Populations: Findings from a New National Academy of Sciences Report. Population Association of America Annual Meeting (online) | 05/2021 |
| **Baker KE**, Russell S. The Health of LGBTQI+ Populations: Findings from a New National Academy of Sciences Report. American Educational Research Association Annual Meeting (online) | 04/2021 |
| Terndrup CP, Siegel J, Streed C, Ufomata E, **Baker KE**. Transforming General Internal Medicine for Improved LGBTQ Healthcare: Strategies from the Bedside to the Legislature. Society for General Internal Medicine Annual Meeting (online) | 04/2021 |
| Hedian H, Terndrup CP, Siegel J, McNamara M, **Baker KE**. Teaching about Transgender Health: How to Navigate Challenging Small Group Discussions. Society for General Internal Medicine Meeting (online) | 04/2021 |
| **Baker KE**, Reisner SL, Dalke K, Harris AC. The Health of LGBTQI+ Populations: Findings from a New National Academy of Sciences Report. National Health Policy Conference (online) | 02/2021 |
| Badgett MVL, Flores AR, Dibner K, **Baker KE**. Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report. Association for Public Policy Analysis and Management Conference (online) | 11/2020 |
| **Baker KE**, Russell S, Reisner SL, Dalke K, Harris AC. Violence and the Well-Being of LGBTQI+ People: A Role for Public Health. American Public Health Association Conference (online) | 10/2020 |
| **Baker KE**. Leveraging the Behavioral Risk Factor Surveillance System for Transgender Health Research. American Public Health Association Conference, Philadelphia, PA | 11/2019 |
| **Baker KE**. Cracking the Code: Using Machine Learning to Identify Transgender People in Medical Claims Data. American Public Health Association Conference, Philadelphia, PA | 11/2019 |
| Pardo S, **Baker KE**, Wilkinson W. Advancing Sexual Orientation and Gender Identity Cultural Humility in Public Health Care: Policy, Research, and Practice Strategies. National Trans Health Summit, Oakland, CA | 04/2019 |
| Gorton N, **Baker KE**, Tescher J, Jaffe JM. Transgender Health Insurance Reform. World Professional Association for Transgender Health Inaugural USPATH Scientific Conference, Los Angeles, CA | 01/2017 |
| **Baker KE**, Cahill SR. Sexual Orientation and Gender Identity Data in EHRs. Critical Conversation, America's Essential Hospitals VITAL 2016 Conference, Boston, MA | 06/2016 |
| **Baker KE**. Role of Public Health Policy in Gender Affirmation and Health Equity for Trans/Gender-Variant People in the U.S. American Public Health Association Conference, Chicago, IL | 11/2015 |
| **Baker KE**. Do Ask, Do Tell: Collecting and Using LGBT Data. AcademyHealth Annual Research Meeting, San Diego, CA | 04/2014 |
| Allensworth-Davies D, Badgett MVL, **Baker KE**, Bean-Mayberry B, Bowleg L, Mattocks K. The Role of Health Services Research and Policy in Addressing the Health and Health Care Needs of LGBT Individuals. AcademyHealth Annual Research Meeting, Baltimore, MD | 06/2013 |

PLAINTIFFS002971

| | |
|---|---|
| Cain VS, Miller KS, **Baker KE**, Pearlman AJ. Understanding LGBT Health: Overview, Methodological Challenges, and Policy Implications. National Conference on Health Statistics, Washington, DC | 08/2012 |
| **Baker KE**. Not Waving, But Drowning? Barriers and Challenges in Access to Sexual Health Services for MSM. Centers for Disease Control and Prevention National STD Conference, Minneapolis, MN | 03/2012 |
| **Baker KE**. LGBT Health as a Tool for Social Justice. American Public Health Association Conference, Denver, CO | 11/2010 |

## Poster Abstracts

| | |
|---|---|
| Hindorff L, Madden E, Jackson A, Akintobi T, **Baker KE**, et al. (2022). Advancing Health Equity in Genomics: Reflections and Recommendations for Future Research Directions from an NHGRI Workshop. American Society of Human Genetics, Los Angeles, CA | 10/2022 |
| **Baker KE**, Segal J. Utilization and Costs of Gender-Affirming Care in a Commercially Insured Transgender Population. AcademyHealth Annual Research Meeting (online) | 06/2021 |
| Kasaie P, Weir B, Dowdy D, **Baker KE**, Holmes L, Labossiere S, Beyrer C. Mobile Multi-Disease Screening at Scale: Modelling the Effects in Kenya, Nigeria, and India. 22nd International AIDS Conference, Amsterdam, Netherlands | 07/2018 |
| **Baker KE**, Chidambaram P, Colrick I, Padula WV. Implications of Health Insurance Coverage for Care Related to Gender Transition for Transgender Adolescents. Society for Medical Decision Making Annual Meeting, Pittsburgh, PA | 10/2017 |
| Fox RF, **Baker KE**. LGBT Inclusion in Health Care Reform. American Public Health Association Conference, Philadelphia, PA | 11/2009 |

## Interviews and Recordings

| | |
|---|---|
| "Dr. Kellan Baker and Health Equity for the LGBTQ+ Community," Inside Health Care #79, National Committee on Quality Assurance. Available at: https://www.ncqa.org/blog/inside-health-care-79-dr-kellan-baker-health-equity-for-the-lgbt-community/ | 05/2022 |
| "Patient Story: Kellan Baker," American Board of Internal Medicine Foundation Forum. Available at: https://abimfoundation.org/video/patient-story-kellan-baker | 10/2021 |
| "Core to Who I Am," *Tradeoffs* Podcast, University of Pennsylvania. Available at: https://tradeoffs.org/2020/07/14/core-to-who-i-am/ | 07/2020 |
| "A Conversation with Kellan Baker," Health Policy Research Scholars. Available at: www.youtube.com/watch?v=trLC992Q7bc | 09/2019 |
| "Meet the Scholars: Kellan Baker," Health Policy Research Scholars. Available at: https://healthpolicyresearch-scholars.org/meet-the-scholars-kellan-baker/ | 06/2019 |
| "Transgender Health Care Access and Policy," HealthLink on Air, SUNY Upstate Medical University. Available at: www.upstate.edu/hloa/2018/1127-transgender-people-face-health-care-challenges-of-both-access-and-policy.php | 11/2018 |
| "The Future of Transgender Coverage," *New England Journal of Medicine*. Available at: https://www.nejm.org/doi/full/10.1056/NEJMp1702427 | 05/2017 |
| National March for Science Speech, Washington, DC. Available at: https://www.youtube.com/watch?v=Qin3q4dp7DQ | 04/2017 |
| "A New Era of Inclusion: How to Address LGBT and HIV/AIDS Issues in Health Reform Implementation," Center for American Progress. Available at: www.c-span.org/video/?311574-1/lgbt-health-advocates-examine-affordable-care-act | 03/2013 |
| "Queery: Kellan Baker." *Washington Blade*. Available at: www.washingtonblade.com/2010/05/20/queery-kellan-baker/ | 05/2010 |

PLAINTIFFS002972

## Testimony

| | |
|---|---|
| Hearing on Trans Health Equity Act of 2022 (House Bill 746), Public Health and Minority Health Disparities Subcommittee, Health and Government Operations Committee, Maryland General Assembly | 03/2022 |
| Hearing on Trans Health Equity Act of 2022 (House Bill 746), Health and Government Operations Committee, Maryland General Assembly | 03/2022 |
| Hearing on Trans Health Equity Act of 2022 (Senate Bill 682), Senate Finance Committee, Maryland State Senate | 03/2022 |
| DC Health Benefit Exchange Authority Performance Oversight Hearing, Committee on Health and Human Services, Council of the District of Columbia | 02/2016 |

## Invited Lectures, Presentations, Keynotes, and Plenaries

### Public Health and Health Systems Policy for Federal Policymakers

| | |
|---|---|
| "Addressing Structural Factors Needed to Support Health Equity Research," Future Directions in Genomics and Health Equity Research Workshop, National Human Genome Research Institute (online) | 03/2022 |
| "Collecting Sex, Gender Identity, and Sexual Orientation Data: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," White House Office of Personnel Management (online) | 03/2022 |
| "Sexual and Gender Minority Health: Evidence and Recommendations," Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services (online) | 06/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," U.S. Department of Justice (online) | 06/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," Civil Rights Division, U.S. Department of Justice (online) | 06/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," National Institutes of Health Bioethics Interest Group (online) | 02/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," National Institutes of Health Committee on Sexual and Gender Minority Research (online) | 12/2020 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," Federal Committee on Statistical Methodology (online) | 12/2020 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," U.S. Department of Health and Human Services LGBT Coordinating Committee (online) | 11/2020 |
| "Access to Care for the LGBT Community," Centers for Disease Control and Prevention National STD Conference (online) | 09/2020 |
| "LGBT Populations in Cancer Clinical Trials," U.S. Food and Drug Administration (online) | 06/2020 |
| "LGBT Issues in Public Health and Genomics," National Human Genome Research Institute (online) | 06/2020 |
| Health Equity and Accountability Act Congressional Briefing, Washington, DC | 04/2018 |
| "LGBT Communities in Genomics Research and Outreach," National Institutes of Health, Bethesda, MD | 03/2018 |
| "LGBT Federal Health Policy," White House LGBT Summit, Dearborn, MI | 04/2016 |
| "Two-Spirit and Native LGBT Communities," Indian Health Service (online) | 12/2015 |
| "Enrollment Resources for LGBTQ Youth," Centers for Medicare & Medicaid Services (online) | 12/2015 |
| "Transgender Issues in Federal Policy," Health Resources and Services Administration Special Projects of National Significance Meeting, Washington, DC | 10/2015 |
| "LGBT Data Collection," White House LGBT Summit, St. Louis, MO | 10/2015 |
| "New Frontiers in Health Disparities: Medicare and Medicaid in a Post-*Heckler* World," Centers for Medicare & Medicaid Services Health Equity Conference, Baltimore, MD | 09/2015 |

PLAINTIFFS002973

| "LGBT Outreach and Enrollment under the Affordable Care Act," The White House, Washington, DC | 07/2014 |
| Health Equity and Accountability Act Congressional Briefing, Washington, DC | 07/2014 |
| "The ACA and LGBT Individuals: Delivering Culturally Competent Quality Care in Clinical Settings," Health Resources and Services Administration, Washington, DC | 05/2014 |
| "The Out2Enroll Initiative and LGBT Priorities in Health Reform," The White House, Washington, DC | 09/2013 |
| "What Health Reform Means for LGBT Communities," U.S. Government Accountability Office, Washington, DC | 06/2013 |
| "Policy Approaches for Addressing Transgender Health Disparities," Presidential Advisory Council on HIV/AIDS, Washington, DC | 02/2013 |
| "LGBT Health Policy," White House Summit on LGBT Health, Philadelphia, PA | 02/2012 |
| "Sexual Orientation and Gender Identity Data Collection in the Youth Risk Behavior Surveillance System," Federal LGBT Youth Summit, Washington, DC | 06/2011 |
| "If You Don't Count Us, We Don't Count: Using Data for Advocacy," Federal LGBT Youth Summit, Washington, DC | 06/2011 |

### Health Disparities Research and Policy

| Measuring Sex, Gender Identity, and Sexual Orientation," Sexual and Gender Minority Interest Group, National Cancer Institute Cohort Consortium (online) | 03/2022 |
| "Measuring Sex, Gender Identity, and Sexual Orientation," Sexual and Gender Minority Task Force, American Society of Clinical Oncology (online) | 03/2022 |
| "Health Policy for Transgender and Gender-Diverse Youth," Policy & Issues Forum, National Association of Community Health Centers (online) | 02/2022 |
| "End Stigma, End HIV: World AIDS Day 2021," Smithsonian Natural History Museum (online) | 12/2021 |
| "The State of Trans Men and Transmasculine Community," Brothers Obtaining and Navigating Dynamic Solidarity (online) | 11/2021 |
| "The Impact of COVID-19 on Trans Men and Transmasculine Communities," Brothers Obtaining and Navigating Dynamic Solidarity (online) | 11/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," American Medical Association LGBTQ Committee (online) | 11/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," American Medical Association LGBTQ and Allies Caucus | 11/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," University of Minnesota Ethics Grand Rounds (online) | 10/2021 |
| Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," LGBTQIA Health Conference (online) | 10/2021 |
| "The Health of Sexual and Gender Diverse Populations: Addressing Inequities at the Intersections," National Academies of Sciences, Engineering, and Medicine (online) | 07/2021 |
| "LGBTQI+ Communities in the COVID-19 Pandemic," National Academies of Sciences, Engineering, and Medicine (online) | 06/2021 |
| "Advancing the Well-Being of LGBTQI+ Populations," Hauser Policy Fund Webinar Series, National Academies of Sciences, Engineering, and Medicine (online) | 06/2021 |
| "Understanding the Well-Being of LGBTQI+ Populations: Findings from a New National Academies of Sciences, Engineering, and Medicine Report," American Educational Research Association Presidential Session (online) | 04/2021 |
| "2021 Opportunities for Strengthening HIV Programs and Improving Health Equity," O'Neill Institute at Georgetown School of Law (online) | 02/2021 |
| "LGBT Health Research and Policy," LGBT Litigators Roundtable (online) | 12/2020 |
| "Cancer in LGBT Populations: Differences, Disparities, and Strategies for Change," American Association for Cancer Research Conference (online) | 10/2020 |

PLAINTIFFS002974

| | |
|---|---|
| "Transgender Patient Narratives," American Board of Internal Medicine Foundation Forum (online) | 08/2020 |
| "Influencing LGBT Health Policy," Columbia University Program for the Study of LGBT Health (online) | 07/2020 |
| "Challenges and Barriers in Closing the Evidence Gap for Underrepresented and Vulnerable Populations in Clinical Research," Conquer Cancer Council Meeting, Alexandria, VA | 12/2019 |
| "Public Health Issues Before the U.S. Supreme Court: LGBT Rights, Reproductive Rights, and Firearms," Johns Hopkins School of Public Health, Baltimore, MD | 11/2019 |
| "How Patients' Identities Impact Trust," National Patient Advocate Foundation Policy Consortium, Washington, DC | 11/2019 |
| "Federal LGBTQ Health Policy in the Trump Administration," US Professional Association for Transgender Health, Washington, DC | 09/2019 |
| "Barriers and Solutions to Access to Genomic Medicine: Realizing the Benefits of Genomic Medicine for All," National Patient Advocate Foundation Policy Consortium, Washington, DC | 05/2019 |
| "Challenges and Opportunities in Trans Health Policy," SUNY Upstate Medical College, Syracuse, NY | 11/2018 |
| "Challenges and Opportunities in Advancing Federal LGBTQ Health Policy in the Trump Administration," GLMA: Health Professionals Advancing LGBT Equality Conference, Las Vegas, NV | 10/2018 |
| "Together Ahead: Accelerating Progress to End HIV," US Conference on AIDS, Orlando, FL | 09/2018 |
| "Research Ethics and Policy Intersections," National Transgender Health Summit, Oakland, CA | 11/2017 |
| "SOGI Data Collection," National Transgender Health Summit, Oakland, CA | 11/2017 |
| "United States of Trans Health Policy," National Transgender Health Summit, Oakland, CA | 11/2017 |
| "Ethical Issues in the Care of LGBTQ Youth and Families," American Academy of Pediatrics National Conference, Chicago, IL | 10/2017 |
| "Rollback of Protections Impacting the Quality of Hospice and Palliative Care for LGBTQ Patients and Families," GLMA: Health Professionals Advancing LGBT Equality Conference, Philadelphia, PA | 10/2017 |
| "The Assault on Federal LGBT Health Policy in the Trump Administration," GLMA: Health Professionals Advancing LGBT Equality Conference, Philadelphia, PA | 10/2017 |
| "Sexual Orientation and Gender Identity Data Collection," National Alliance of State and Territorial AIDS Directors National Prevention and Care Technical Assistance Meeting, Arlington, VA | 07/2017 |
| "Health Privacy in the LGBTQIA Community, Electronic Health Records Systems and Sensitive Data," Health Privacy Summit, Washington, DC | 06/2017 |
| "LGBTQ Health Policy Update," Health Action, Washington, DC | 02/2017 |
| "Transgender Health Policy and Research Ethics," World Professional Association for Transgender Health Inaugural USPATH Scientific Conference, Los Angeles, CA | 01/2017 |
| "Deep Dive: What the Affordable Care Act Means for LGBT People," The Fenway Institute (online) | 07/2016 |
| "LGBT Outreach and Enrollment: New Developments," Cognosante National Training, Phoenix, AZ | 07/2016 |
| "LGBT Health under the Affordable Care Act," Equality Federation Leadership Conference, Portland, OR | 07/2016 |
| "Times of Change: The Latest Dynamics in LGBT Outreach, Enrollment, and Coverage," Enroll America National Conference, Washington, DC | 05/2016 |
| "Beyond HIV/AIDS: Reporting on the LGBT Community," American Health Journalists Association Conference, Cleveland, OH | 04/2016 |
| "SOGI Data Collection and LGBT Health," National Association of State and Territorial AIDS Directions Midwestern Regional Meeting, Detroit, MI | 04/2016 |
| "Cultural Competency and the ACA: Maximizing Outreach," American Federation of Teachers Professional Issues Conference, Washington, DC | 04/2016 |
| "LGBT Health Policy: Current Landscape and Latest News," The Fenway Institute (online) | 03/2016 |
| "Cutting Edge Issues in LGBT Health Research and Policy," Johns Hopkins Bloomberg School of Public Health LGBT Public Health Research Day, Baltimore, MD | 03/2016 |

PLAINTIFFS002975

"Affirmatively Transgender: The Role of Law and Policy," O'Neill Institute Colloquium at Georgetown Law School, Washington, DC — 09/2015

"Transgender Health Insurance Policy," Stanley Biber Memorial Lecture, GLMA: Health Professionals Advancing LGBT Equality Conference, Portland, OR — 09/2015

"Transgender Health Insurance Coverage," Pride at Work Conference, Orlando, FL — 08/2015

"Effective LGBT Outreach," Cognosante National Training, Baltimore, MD — 07/2015

"Culturally Competent Outreach and Enrollment Assistance," Enroll America State of Enrollment Conference, Washington, DC — 06/2015

"What LGBT Communities Need to Know about the Affordable Care Act," Equal Care for Equal Lives LGBT Health Summit, Little Rock, AR — 06/2015

"LGBT Outreach and Enrollment," Southern Health Partners Meeting, Atlanta, GA — 06/2015

"Healthcare Hallelujah: Trans Health and the ACA," Black Trans Advocacy Conference, Dallas, TX — 05/2015

"Transgender Health Issues," Rutgers University Law School, Newark, NJ — 04/2015

"Data Collection to Advance Transgender Health," National Transgender Health Summit, Oakland, CA — 04/2015

"Winning Access to Trans Health Coverage and Care," National Transgender Health Summit, Oakland, CA — 04/2015

"The ACA and LGBT Communities," EverThrive Illinois — 03/2015

"Using Data to Advance Public Policy," Creating Change Conference, Denver, CO — 02/2015

"Top Issues in LGBT Health Policy," Harvard School of Public Health LGBTQ Conference, Boston, MA — 02/2015

"LGBT Health Disparities," Thomson Reuters, New York, NY — 01/2015

"Update on LGBTQ People of Color: Focus on Transgender Health," Health Action, Washington, DC — 01/2015

"LGBT Enrollment Challenges," Get Covered Illinois LGBT Marketing Campaign Launch, Chicago, IL — 01/2015

"LGBT Health: Challenges and Opportunities," Diversity, Inc. Healthcare Event, New York, NY — 10/2014

"LGBT People in Health System Transformation," Consumer Voices for Coverage, Philadelphia, PA — 09/2014

"LGBTI Health Policy," LGBTI Health Research Conference, Cleveland, OH — 08/2014

"LGBT Health Disparities and ACA Enrollment," Cognosante National Meeting, Baltimore, MD — 07/2014

"Do Ask, Do Tell: LGBT Data Collection in Electronic Health Records," The Center for LGBTQ Studies at the City University of New York Graduate Center, New York, NY — 06/2014

"Understanding LGBT Health," University of Pennsylvania, Philadelphia, PA — 04/2014

"Introduction to Transgender Healthcare," Medical College of Wisconsin, Milwaukee, WI — 04/2014

"The Affordable Care Act: Implications for Trans Consumers," FORGE, Inc., Milwaukee, WI — 04/2014

"Access to Health Care," Civil Liberties and Public Policy Conference, Amherst, MA — 04/2014

"Reaching and Assisting LGBT Communities," Rutgers School of Nursing, Newark, NJ — 03/2014

"Connecting with Coverage: LGBT Communities and the ACA," Pennsylvania Health Access Network — 03/2014

"The Affordable Care Act and the LGBT Community," Oklahoma Equality, Tulsa, OK — 03/2014

"The Affordable Care Act and the LGBT Community," The Dallas Resource Center, Dallas, TX — 03/2014

"Connecting with Coverage: LGBT Communities and the ACA," Black AIDS Institute (online) — 03/2014

"LGBT Federal Health Policy," National Summit on Cancer in the LGBT Communities, Memorial Sloane Kettering Cancer Center, New York, NY — 01/2014

"LGBT Health Policy and Advocacy," Creating Change Conference, Houston, TX — 01/2014

"Enrollment 2.0: Effective Strategies for Specific Populations," Health Action, Washington, DC — 01/2014

"Implementing the Affordable Care Act," International Gay & Lesbian Leadership Conference, Denver, CO — 12/2013

"Out2Enroll: The Affordable Care Act and the LGBT Community," The Johns Hopkins Center for Health Disparities Solutions (online) — 11/2013

"The LGBT Community and the Affordable Care Act," Marquette University, Milwaukee, WI — 11/2013

PLAINTIFFS002976

| | |
|---|---|
| "Connecting with Coverage: LGBT Communities and the ACA," AIDS Resource Center of Wisconsin, Milwaukee, WI | 11/2013 |
| "Connecting LGBT Communities to Benefits under the ACA," Children's Hospital Los Angeles (online) | 10/2013 |
| "Nondiscrimination under the Affordable Care Act," Consumer Voices for Coverage, Philadelphia, PA | 10/2013 |
| "Outreach, Engagement and Enrollment into ACA Coverage," U.S. Conference on AIDS, New Orleans, LA | 09/2013 |
| "LGBT Community Benefits from the ACA," Q Health Initiative Conference, Salt Lake City, UT | 09/2013 |
| "Leading on Meaningful Use: Next Steps in SO/GI Data Policy," Gay & Lesbian Medical Association Conference, Denver, CO | 09/2013 |
| "Enrollment for LGBT Communities," Gay & Lesbian Medical Association Conference, Denver, CO | 09/2013 |
| "The Promise of Reform: How Obamacare Affects LGBT Communities," Federal AIDS Policy Partnership, Washington, DC | 08/2013 |
| "Optimizing LGBT Health under the ACA," National LGBT Health Education Center (online) | 08/2013 |
| "Building a Healthy and Inclusive Society," Young Elected Officials National Convening, Washington, DC | 07/2013 |
| "Transgender Health Issues in Health Care Reform," National Transgender Health Summit, Oakland, CA | 04/2013 |
| "Transgender Diagnoses in ICD-11," Global Action for Transgender Equality Strategy Meeting, Buenos Aires, Argentina | 04/2013 |
| "Organizing LGBT Communities around the ACA," Fair Wisconsin Leadership Conference, Milwaukee, WI | 02/2013 |
| "The Affordable Care Act and LGBT Consumers," Michigan Consumers for Healthcare and Equality Michigan, Kalamazoo, MI | 02/2013 |
| "LGBT Legal and Policy Issues in the Affordable Care Act," Eastern Michigan University, Ypsilanti, MI | 02/2013 |
| "LGBT Legal and Policy Issues in the Affordable Care Act," University of Michigan, Ann Arbor, MI | 02/2013 |
| "LGBT Community Health Center Advocacy and Policy," Gay & Lesbian Medical Association Conference, San Francisco, CA | 09/2012 |
| "LGBT Health in Health Care Reform," Gay & Lesbian Medical Association Conference, San Francisco, CA | 09/2012 |
| "Closing the LGBT Health Disparities Gap through Electronic Health Records," Gay & Lesbian Medical Association Conference, San Francisco, CA | 09/2012 |
| "The LGBT State Exchanges Project: Building Community and Advocacy Tools for LGBT Health," Equality Federation Summer Institute, Portland, ME | 08/2012 |
| "Transgender Health," Johns Hopkins School of Nursing, Baltimore, MD | 04/2012 |
| "LGBT Health Disparities," National Health Law Program Health Advocates Conference, Washington, DC | 12/2011 |
| "The Picture of Health: How Statistics Will Change LGBT Health Care," International Gay & Lesbian Leadership Conference, Houston, TX | 12/2011 |
| "International Transgender Health," World Professional Association for Transgender Health Conference, Atlanta, GA | 11/2011 |
| "No Data, Big Problem: LGBT Health Equity at Kaiser Permanente," Kaiser Permanente Diversity Conference, San Francisco, CA | 10/2011 |
| "2011 Federal LGBT Health Initiatives," Gay & Lesbian Medical Association Conference, Atlanta, GA | 09/2011 |
| "Transgender Health Policy Advocacy," National Transgender Health Summit, San Francisco, CA | 04/2011 |
| "Advancing LGBT Health through Health Care Reform Implementation," Gay & Lesbian Medical Association Conference, San Diego, CA | 10/2010 |
| "Health as a Social Justice Issue," Creating Change Conference, Dallas, TX | 02/2010 |
| "LGBT Federal Youth Policy," Creating Change Conference, Dallas, TX | 02/2010 |
| "Transgender Issues in Russia," Transgender Europe Conference, Berlin, Germany | 05/2008 |

### Philanthropy

| | |
|---|---|
| "Protections and Barriers in Access to Care," AIDS Philanthropy Summit, Washington, DC | 12/2016 |

PLAINTIFFS002977

| | |
|---|---|
| "LGBT Health Policy Opportunities," OutGiving Funders Meeting, Dallas, TX | 05/2015 |
| "Expanding Coverage and Access," LGBT Health Funding Summit, New York, NY | 01/2015 |
| "International Transgender Health Priorities," Advancing Transgender Movements Worldwide Funders Conference, Berlin, Germany | 12/2013 |
| "LGBT Health Reform Priorities," Health Care for All New York and the New York State Health Foundation, New York, NY | 06/2013 |
| "The Promise of Reform: How Obamacare Affects LGBTQ Communities," LGBTQ Grantmakers Retreat, Albuquerque, NM | 03/2013 |
| "Transforming Health: International Rights Based Advocacy for Trans Health," Open Society Foundations, New York, NY | 02/2013 |
| "LGBT Health Issues in U.S. Health Reform," Rockefeller Foundation, Bellagio, Italy | 05/2012 |

***Education and Career Development***

| | |
|---|---|
| "Health Science Policy," Health Science Communications and Policy Workshop, Office of Intramural Training and Education, National Institutes of Health (online) | 03/2022 |
| "Living Intersectionality in Academia: Emerging Scholars," Davis Center for Russian and Eurasian Studies, Harvard University (online) | 01/2022 |
| Postbac Career Exploration Series: Careers in Public Health, Office of Intramural Training and Education, National Institutes of Health (online) | 10/2021 |
| "LGBTQI+ Health Disparities: Research, Interventions, and Policy," Amgen Scholars Health Disparities Seminar, National Institutes of Health (online) | 06/2021 |
| Professional Advisory Panel on Sexual and Gender Minority Health in Medical Education, Harvard Medical School (online) | 05/2021 |
| "Innovations in Cancer Disparities Research," San Diego State University (online) | 04/2021 |
| Russian Tea, Swarthmore College (online) | 04/2021 |
| Summer Social Justice Institute, Swarthmore and Haverford Colleges, Swarthmore, PA | 08/2018 |
| "Science Outside the Lab: Science and Technology Policy Careers," Arizona State University Honors College, Washington, DC | 06/2018 |
| "Gay for Pay: Swarthmore Alumni in Queer Careers," Swarthmore College, Swarthmore, PA | 03/2017 |
| "Science Outside the Lab: Science and Technology Policy Careers," Arizona State University Honors College, Washington, DC | 05/2016 |

## VOLUNTEER ACTIVITIES

| | |
|---|---|
| **Co-Founder** | 2008-present |

FtM Phoenix (Moscow, Russia)
*FtM Phoenix (https://www.transsovetnik.com) advocates for the health and human rights of transgender people in Russia and Eurasia. In 2013-2014, we hosted the 1st and 2nd Eurasian Trans Health Conferences in Moscow, which brought together health care providers, advocates, and government officials from 8 countries in the former Soviet Union.*

| | |
|---|---|
| **HIV/AIDS Peer Support Program Developer** | 2008-2009 |

Whitman-Walker Health (Washington, DC)

| | |
|---|---|
| **Community Clinics Campaign Coordinator** | 2006 |

FTM Alliance of Los Angeles (Los Angeles, CA)

| | |
|---|---|
| **Recreational Therapist** | 2005 |

Baskakov Center for Children with Special Needs (Moscow, Russia)

| | |
|---|---|
| **English–Russian Translator and Program Assistant** | 2004-2005 |

Special Olympics Russia (Moscow, Russia)

| | |
|---|---|
| **Certified Coach and Unified Team Player (basketball, bocce, long-distance running)** | 1997-2004 |

Special Olympics USA (Thousand Oaks, CA and Philadelphia, PA)

PLAINTIFFS002978

## SKILLS AND PROFICIENCIES

**Software/Programs:** R, SQL, Stata, DbVisualizer, Mplus, TreeAge, heRo3, DistillerSR, AHRQ Systematic Data Review Repository, Covidence, ArcGIS, WordPress, Quickbooks, Microsoft Office
**Languages:** Russian (fluent), German (working proficiency), French (working proficiency), Spanish (basic proficiency)

PLAINTIFFS002979