# Curriculum Vitae

Aron Janssen, M.D.
312-227-7783
aronjans@gmail.com

## Personal Data

| | |
|---|---|
| Born | Papillion, Nebraska |
| Citizenship | USA |

## Academic Appointments

| | |
|---|---|
| 2011-2017 | Clinical Assistant Professor of Child and Adolescent Psychiatry |
| 2011-2019 | Founder & Clinical Director, NYU Gender and Sexuality Service |
| | Director, LGBT Mental Health Elective, NYULMC |
| 2015-2019 | Co-Director, NYU Pediatric Consultation Liaison Service |
| | New York University Department of Child and Adolescent Psychiatry |
| 2017-present | Clinical Associate Professor of Child and Adolescent Psychiatry |
| 2019-present | Vice Chair, Pritzker Department of Psychiatry and Behavioral Health |
| | Ann and Robert H. Lurie Children's Hospital of Chicago |
| 2020-present | Medical Director, Outpatient Psychiatric Services |
| | Ann and Robert H. Lurie Children's Hospital of Chicago |

## Education

| Year | Degree | Field | Institution |
|---|---|---|---|
| 6/97 | Diploma | | Liberty High School |
| 5/01 | B.A. | Biochemistry | University of Colorado |
| 5/06 | M.D. | Medicine | University of Colorado |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 2006-2009 | Psychiatry Residency | Ze'ev Levin, M.D. | NYU Department of Psychiatry |
| 2009-2011 | Child and Adolescent Psychiatry Fellowship – Fellow and Clinical Instructor | | |
| | | Jess Shatkin, M.D. | NYU Dept of Child/Adolescent Psychiatry |

## Licensure and Certification

| | |
|---|---|
| 2007-2018 | New York State Medical License |
| 2017-present | Illinois Medical License |
| 2011-present | Certification in Adult Psychiatry, American Board of Psychiatry and Neurology |
| 2013-present | Certification in Child and Adolescent Psychiatry, ABPN |

## Academic Appointments

| | |
|---|---|
| 2009-2011 | Clinical Instructor, NYU Department of Child and Adolescent Psychiatry |
| 2011-2017 | Clinical Asst Professor, NYU Dept of Child and Adolescent Psychiatry |
| 2017-2019 | Clinical Assoc Professor, NYU Dept of Child and Adolescent Psychiatry |
| 2011-2019 | Clinical Director, NYU Gender and Sexuality Service |
| 2015-2019 | Co-Director, NYU Pediatric Consultation-Liaison Service |
| 2019-present | Associate Professor of Child and Adolescent Psychiatry, Northwestern University |
| 2019-present | Vice Chair of Clinical Affairs, Pritzker Department of Psychiatry and Behavioral Health, Lurie Children's Hospital of Chicago |

1

Pl. Trial Ex. 364

PLAINTIFFS002499

**Major Committee Assignments**

International, National and Regional
- 2021-present — Sexual Orientation and Gender Identity Committee, Chair, AACAP
- 2019-present — WPATH Standards of Care Revision Committee, Children
- 2019-present — WPATH Standards of Care Revision Committee, Adult Mental Health
- 2015-2019 — Department of Child Psychiatry Diversity Ambassador
- 2013-2021 — Sexual Orientation and Gender Identity Committee Member, AACAP
- 2012-2019 — Founder and Director, Gender Variant Youth and Family Network
- 2012-present — Association of Gay and Lesbian Psychiatrists, Transgender Health Committee
- 2012-2019 — NYULMC, Chair LGBTQ Advisory Council
- 2012-2019 — NYULMC, Child Abuse and Protection Committee
- 2013-2015 — NYULMC, Pediatric Palliative Care Team
- 2003-2004 — American Association of Medical Colleges (AAMC), Medical Education Delegate
- 2004-2006 — AAMC, Western Regional Chair

Psychiatry Residency
- 2006-2009 — Resident Member, Education Committee
- 2007-2008 — Resident Member, Veterans Affairs (VA) Committee

Medical School
- 2002-2006 — Chair, Diversity Curriculum Development Committee
- 2002-2006 — AAMC, Student Representative
- 2003-2004 — American Medical Student Assoc. (AMSA) World AIDS Day Coordinator
- 2003-2004 — AMSA, Primary Care Week Coordinator
- 2004-2006 — Chair, Humanism in Medicine Committee

**Memberships, Offices, and Committee Assignments in Professional Societies**
- 2006-present — American Psychiatric Association (APA)
- 2009-present — American Academy of Child and Adolescent Psychiatry (AACAP)
- 2011-present — World Professional Association for Transgender Health (WPATH)
- 2011-2019 — Director, Gender Variant Youth and Family Network, NYC
- 2013-2019 — Chair, NYU Langone Medical Center LGBTQ Council

**Editorial Positions**
- 2016-2018 — Clinical Assistant Editor, *Transgender Health*
- 2014-present — Ad Hoc Reviewer, *LGBT Health.*
- 2016-present — Ad Hoc Reviewer, *JAACAP*
- 2018-present — Associate Editor, *Transgender Health*
- 2020-present — Ad Hoc Reviewer, *Pediatrics*

**Principal Clinical and Hospital Service Responsibilities**
- 2011-2019 — Staff Psychiatrist, Pediatric Consultation Liaison Service
- 2011-2019 — Faculty Physician, NYU Child Study Center
- 2011-2019 — Founder and Clinical Director, NYU Gender & Sexuality Service
- 2015-2019 — Co-Director, Pediatric Consultation Liaison Service
- 2019-present — Vice Chair, Pritzker Dept of Psychiatry and Behavioral Health
- 2019-present — Chief Psychiatrist, Gender Development Program

PLAINTIFFS002500

       2020-present         Medical Director, Outpatient Psychiatry Services

**Relevant Program Development**
    Gender and Sexuality Service
        -founded by Aron Janssen in 2011, who continues to direct the service
        -first mental health service dedicated to transgender youth in NYC
        -served over 200 families in consultation, with 2-3 referrals to the gender clinic
            per week
        -trained over 500 mental health practitioners in transgender mental health – 1 or
            2 full day trainings in partnership with the Ackerman Institute's Gender and
            Family Project (GFP) and with WPATH Global Educational Initiative (GEI)
        -New hires in Adolescent Medicine, Psychology, Plastic Surgery, Urology, Gynecology,
            Endocrinology, Social Work, Department of Population Health with focus on
            transgender care has led to expansion of available services for transgender youth
            at NYULMC in partnership with the Gender and Sexuality Service
        -development of partnerships with Ackerman Institute, Callen-Lorde Health Center –
            both institutions have been granted access to our IRB and have agreed to develop
            shared research and clinical priorities with the Gender and Sexuality Service.
        -multiple IRB research projects underway, including in partnership with national and
            international clinics
        -model has been internationally recognized

**Clinical Specialties/Interests**
    Gender and Sexual Identity Development
    Co-Occurring Mental Health Disorders in Transgender children, adolescents and adults
    Pediatric Consultation/Liaison Psychiatry
    Psychotherapy
        -Gender Affirmative Therapy, Supportive Psychotherapy, CBT, MI

**Teaching Experience**
    2002-2006    Course Developer and Instructor, LGBT Health (University of Colorado School
        of Medicine
    2011-2019    Instructor, Cultural Competency in Child Psychiatry (NYU Department of Child
        and Adolescent Psychiatry) – 4 hours per year
    2011-2019    Course Director, Instructor "Sex Matters: Identity, Behavior and Development" –
        100 hours per year
    2011-2019    Course Director, LGBT Mental Health Elective (NYU Department of Psychiatry)
        - 50 hours of direct supervision/instruction per year
    2011-2019    Course Director, Transgender Mental Health (NYU Department of Child and
        Adolescent Psychiatry – course to begin in Spring 2018.
    2015-2019    Instructor, Gender & Health Selective (NYU School of Medicine) – 4 hours per
        year.

**Academic Assignments/Course Development**
    New York University Department of Child and Adolescent Mental Health Studies
        -Teacher and Course Director: "Sex Matters: Identity, Behavior and Development."
            A full semester 4 credit course, taught to approximately 50 student per year since
            2011, with several students now in graduate school studying sexual and gender

PLAINTIFFS002501

    identity development as a result of my mentorship.

NYU Department of Child and Adolescent Psychiatry
  -Instructor: Cultural Competency in Child and Adolescent Psychiatry
  -Director: LGBTQ Mental Health Elective
World Professional Association of Transgender Health
  -Official Trainer: Global Education Initiative – one of two child psychiatrists charged with training providers in care of transgender youth and adults.

**Peer Reviewed Publications**

1. Janssen, A., Erickson-Schroth, L., "A New Generation of Gender: Learning Patience from our Gender Non-Conforming Patients," Journal of the American Academy of Child and Adolescent Psychiatry, Volume 52, Issue 10, pp. 995-997, October, 2013.
2. Janssen, A., et. al. "Theory of Mind and the Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning Autism Spectrum
3. Janssen A, Huang H, and Duncan C., Transgender Health. February 2016, "Gender Variance Among Youth with Autism: A Retrospective Chart Review." 1(1): 63-68. doi:10.1089/trgh.2015.0007.
4. Goedel WC, Reisner SL, Janssen AC, Poteat TC, Regan SD, Kreski NT, Confident G, Duncan DT. (2017). Acceptability and Feasibility of Using a Novel Geospatial Method to Measure Neighborhood Contexts and Mobility Among Transgender Women in New York City. Transgender Health. July 2017, 2(1): 96-106.
5. Janssen A., et. al., "Gender Variance Among Youth with ADHD: A Retrospective Chart Review," in review
6. Janssen A., et. al., "Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents," Journal of Child & Adolescent Psychology, 105-115, January 2018.
7. Janssen A., et. al., "A Review of Evidence Based Treatments for Transgender Youth Diagnosed with Social Anxiety Disorder," Transgender Health, 3:1, 27–33, DOI: 10.1089/ trgh.2017.0037.
8. Janssen A., et. al., "'The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior, 2019. # 3563492
9. Kimberly LL, Folkers KM, Friesen P, Sultan D, Quinn GP, Bateman-House A, Parent B, Konnoth C, Janssen A, Shah LD, Bluebond-Langner R, Salas-Humara C., "Ethical Issues in Gender-Affirming Care for Youth," Pediatrics, 2018 Dec;142(6).
10. Strang JF, Janssen A, Tishelman A, Leibowitz SF, Kenworthy L, McGuire JK, Edwards-Leeper L, Mazefsky CA, Rofey D, Bascom J, Caplan R, Gomez-Lobo V, Berg D, Zaks Z, Wallace GL, Wimms H, Pine-Twaddell E, Shumer D, Register-Brown K, Sadikova E, Anthony LG., "Revisiting the Link: Evidence of the Rates of Autism in Studies of Gender Diverse Individuals," Journal of the American Academy of Child and Adolescent Psychiatry, 2018 Nov;57(11):885-887.
11. Goedel William C, Regan Seann D, Chaix Basile, Radix Asa, Reisner Sari L, Janssen Aron C, Duncan Dustin T, "Using global positioning system methods to explore mobility patterns and exposure to high HIV prevalence neighbourhoods among transgender women in New York City," Geospatial Health, 2019 Jan; 14(2): 351-356.
12. Madora, M., Janssen, A., Junewicz, A., "Seizure-like episodes, but is it really epilepsy?" Current Psychiatry. 2019 Aug; 18(8): 42-47.

13. Janssen, A., Busa, S., Wernick, J., "The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior. 2019 Oct; 48(7): 2003-2009.
14. Wernick Jeremy A, Busa Samantha, Matouk Kareen, Nicholson Joey, Janssen Aron, "A Systematic Review of the Psychological Benefits of Gender-Affirming Surgery," Urol Clin North Am. 2019 Nov; 46(4): 475-486.
15. Strang, J.F., Knauss, M., van der Miesen, A.I.R., McGuire, J., Kenworthy, L., Caplan, R., Freeman, A.J., Sadikova, E., Zacks, Z., Pervez, N., Balleur, A., Rowlands, D.W., Sibarium, E., McCool, M.A., Ehrbar, R.D., Wyss, S.E., Wimms, H., Tobing, J., Thomas, J., Austen, J., Pine, E., Willing, L., Griffin, A.D., Janssen, A., Gomez-Lobo, A., Brandt, A., Morgan, C., Meagher, H., Gohari, D., Kirby, L., Russell, L., Powers, M., & Anthony, L.G., (in press 2020). A clinical program for transgender and gender-diverse autistic/neurodiverse adolescents developed through community-based participatory design. *Journal of Clinical Child and Adolescent Psychology*. DOI 10.1080/15374416.2020.1731817
16. Coyne, C. A., Poquiz, J. L., Janssen, A., & Chen, D. Evidence-based psychological practice for transgender and non-binary youth: Defining the need, framework for treatment adaptation, and future directions. Evidence-based Practice in Child and Adolescent Mental Health.
17. Janssen, A., Voss, R.. Policies sanctioning discrimination against transgender patients flout scientific evidence and threaten health and safety. Transgender Health.
18. Dubin, S., Cook, T., Liss, A., Doty, G., Moore, K., Janssen, A. (In press 2020). Comparing Electronic Health Records Domains' Utility to Identify Transgender Patients. Transgender Health, DOI 10.1089/trgh.2020.0069
19. Busa, S., Wernick, J.,…Janssen, A. A Descriptive Case Study of a Cognitive Behavioral Therapy Group Intervention Adaptation for Transgender Youth With Social Anxiety Disorder, Behavioral Therapy, April, 2022
20. Ramsden SC, Pergjika A, Janssen AC, Mudahar S, Fawcett A, Walkup JT, Hoffmann JA. A Systematic Review of the Effectiveness and Safety of Droperidol for Pediatric Agitation in Acute Care Settings. Acad Emerg Med. May, 2022.
21. Janssen, A., Walkup, J., More is Not Always Better, When Different is Required, J Am Acad Child Adolesc Psychiatry. June, 2022 doi: 10.1016/j.jaac.2022.05.006.
22. Wanta, J., Gianakakos, G., Belfort, A., Janssen, A., Considering "Spheres of Influence" in the Care of LGBTQ Youth, CAP Clinics of North America. Volume 31, Issue 4, p649-664, October 2022 doi: 10.1016/j.chc.2022.05.008
23. Coleman, E., Radix, A…. Janssen, A., et. al., Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. International Journal of Transgender Health, 23:sup1, S1-2259, September 2022. doiL 10.1080/26895269.2022.2100644
24. Westley, L., Richey, K.,.. Janssen, A., Using Hospital Incident Command Systems to Respond to the Pediatric Mental and Behavioral Health Crisis of the COVID-19 Pandemic, Journal of Nursing Administration, Feb 2023.

**Published Abstracts**

1. Thrun, M., Janssen A., et. al. "Frequency of Patronage and Choice of Sexual Partners may Impact Likelihood of HIV Transmission in Bathhouses," original research poster

PLAINTIFFS002503

presented at the 2007 Conference on Retroviruses and Opportunistic Infections, February, 2007.
2. Janssen, A., "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting, October 2012.
3. Janssen, A., "Gender Variance in Childhood and Adolescents: Training the Next Generation of Psychiatrists," 23rd Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, February 2014.
4. Janssen, A., "When Gender and Psychiatric Acuity/Comorbidities Overlap: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," AACAP Annual Meeting, October 2014.
5. Janssen, A., "Patient Experiences as Drivers of Change: A unique model for reducing transgender health disparities as an academic medical center," Philadelphia Transgender Health Conference, June 2016.
6. Janssen, A., "How much is too much? Assessments & the Affirmative Approach to TGNC Youth," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.
7. Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.
8. Janssen, A., "Gender Variance Among Youth with Autism: A Retrospective Chart Review," Research Poster, 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.
9. Janssen, A., "Gender Fluidity and Gender Identity Development," Center for Disease Control – STD Prevention Conference, September 2016.
10. Janssen, A., "Transgender Identities Emerging During Adolescents' Struggles With Mental Health Problems," AACAP Annual Conference, October 2016.
11. Janssen, A., "How Much is Too Much? Assessments and the Affirmative Approach to Transgender and Gender Diverse Youth," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.
12. Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.
13. Sutter ME, Bowman-Curci M, Nahata L, Tishelman AC, Janssen AC, Salas-Humara C, Quinn GP. Sexual and reproductive health among transgender and gender-expansive AYA: Implications for quality of life and cancer prevention. Oral presentation at the Oncofertility Consortium Conference, Chicago, IL. November 14, 2017.
14. Janssen, A., Sidhu, S., Gwynette, M., Turban, J., Myint, M., Petersen, D., "It's Complicated: Tackling Gender Dysphoria in Youth with Autism Spectrum Disorders from the Bible Belt to New York City," AACAP Annual Conference, October 2017.
15. May 2018: "A Primer in Working with Parents of Transgender Youth," APA Annual Meeting.
16. October 2018: "Gender Dysphoria Across Development" – Institute for AACAP Annual Conference.

6

PLAINTIFFS002504

17. November 2018: "Gender Variance Among Youth with Autism," World Professional Association for Transgender Health Biannual Conference.
18. March 2019: "Gender Trajectories in Child and Adolescent Development and Identity," Austin Riggs Grand Rounds.
19. Janssen, A., et. al., "Ethical Principles in Gender Affirming Care," AACAP Annual Conference, October 2019.
20. Janssen, A., "Gender Diversity and Gender Dysphoria in Youth," EPATH Conference, April 2019
21. Englander, E., Janssen A., et. al., "The Good, The Bad, and The Risky: Sexual Behaviors Online," AACAP Annual Conference, October 2020
22. Englander, E., Janssen, A., et. al., "Love in Quarantine," AACAP Annual Conference, October 2021
23. Janssen, A., Leibowitz, S., et. al., "The Evidence and Ethics for Transgender Youth Care: Updates on the International Standards of Care, 8th Edition," AACAP Annual Conference, October 2021
24. Turban, J., Janssen, A., et. al., "Transgender Youth: Understanding "Detransition," Nonlinear Gender Trajectories, and Dynamic Gender Identities," AACAP Annual Conference, October 2021
25. Hoffmann JA, Pergjika, A, Liu X, Janssen AC, Walkup JT, Alpern ER, Johnson EJ, Corboy JB. Standardizing and Optimizing Care for Pediatric Acute Agitation Management in the Emergency Department. Oral Abstract Presentation. Academic Pediatric Association Annual Conference on Advancing Quality Improvement Science for Children's Healthcare. New Orleans. Accepted for presentation on April 22, 2022.
26. Janssen, A., Malpas, J., Glaeser, E., "Family-Based Interventions with Transgender and Gender Nonbinary Youth," World Professional Association of Transgender Health 27th Scientific Symposium, September 2022.
27. Tishelman, A., Janssen A., et. al., WPATH Standards of Care – "Child Chapter," World Professional Association of Transgender Health 27th Scientific Symposium, September 2022
28. Janssen, A., Leibowitz, S., et al, "The Evidence and Ethics for Transgender Youth Care: Updates on the New International Standards of Care, Eighth Edition. AACAP Annual Conference, October 2022.
29. Turban, J., Janssen, A., et al, "Transgender Youth: Evolving Gender Identities and "Detransition," AACAP Annual Conference, October 2022.

**Books**

1. Janssen, A., Leibowitz, S (editors), Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook, Springer Publishing, 2018.

**Book Chapters**

1. Janssen, A., Shatkin, J., "Atypical and Adjunctive Agents," Pharmacotherapy for Child and Adolescent Psychiatric Disorders, 3rd Edition, Marcel Dekker, Inc, New York, 2012.
2. Janssen, A; Liaw, K: "Not by Convention: Working with People on the Sexual & Gender Continuum," book chapter in The Massachusetts General Hospital Textbook on Cultural Sensitivity and Diversity in Mental Health. Humana Press, New York, Editor R. Parekh, January 2014.

7

3. Janssen, A; Glaeser, E., Liaw, K: "Paving their own paths: What kids & teens can teach us about sexual and gender identity," book chapter in Cultural Sensitivity in Child and Adolescent Mental Health, MGH Psychiatry Academy Press, Editor R. Parekh, 2016
4. Janssen A., "Gender Identity," Textbook of Mental and Behavioral Disorders in Adolescence, February 2018.
5. Busa S., Wernick, J., & Janssen, A. (In Review) Gender Dysphoria in Childhood. Encyclopedia of Child and Adolescent Development. Wiley, 2018.
6. Janssen A., Busa S., "Gender Dysphoria in Childhood and Adolescence," Complex Disorders in Pediatric Psychiatry: A Clinician's Guide, Elsevier, Editors Driver D., Thomas, S., 2018.
7. Wernick J.A., Busa S.M., Janssen A., Liaw K.RL. "Not by Convention: Working with People on the Sexual and Gender Continuum." Book chapter in The Massachusetts General Hospital Textbook on Diversity and Cultural Sensitivity in Mental Health, editors Parekh R., Trinh NH. August, 2019.
8. Weis, R., Janssen, A., & Wernick, J. The implications of trauma for sexual and reproductive health in adolescence. In *Not Just a nightmare: Thinking beyond PTSD to help teens exposed to trauma.* 2019
9. Connors J., Irastorza, I., Janssen A., Kelly, B., "Child and Adolescent Medicine," The Equal Curriculum: The Student and Educator Guide to LGBTQ Health, editors Lehman J., et al. November 2019.
10. Janssen, A., et. al., "Gender and Sexual Diversity in Childhood and Adolescence," Dulcan's Textbook of Child and Adolescent Psychiatry, 3rd edition, editor Dulcan, M., (in press)
11. Busa S., Wernick J, Janssen, A., "Gender Dysphoria," The Encyclopedia of Child and Adolescent Development, DOI: 10.1002/9781119171492. Wiley, December 2020.

**Invited Academic Seminars/Lectures**
1. April 2006: "How to Talk to a Gay Medical Student" – presented at the National AAMC Meeting.
2. March 2011: "Kindling Inspiration: Two Model Curricula for Expanding the Role of Residents as Educators" – workshop presented at National AADPRT Meeting.
3. May 2011: Janssen, A., Shuster, A., "Sex Matters: Identity, Behavior and Development," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.
4. March 2012: Janssen, A., Lothringer, L., "Gender Variance in Children and Adolescents," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.
5. June 2012: Janssen, A., "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, Woodhull Department of Psychiatry
6. October 2012: "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting.
7. March 2013: "Gender Variance in Childhood and Adolescence," Sexual Health Across the Lifespan: Practical Applications, Denver, CO.
8. October 18th, 2013: "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, NYU Department of Endocrinology.

PLAINTIFFS002506

9. October, 2014: GLMA Annual Conference: "Theory of Mind and Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning ASD," Invited Presentation
10. October 2014: New York Transgender Health Conference: "Mental Health Assessment in Gender Variant Children," Invited Presentation.
11. November, 2014: Gender Spectrum East: "Affirmative Clinical Work with Gender-Expansive Children and Youth: Complex Situations."
12. October 2015: "Gender Dysphoria and Complex Psychiatric Co-Morbidity," LGBT Health Conference, Invited Speaker
13. October 2015: "Transgender Health Disparities: Challenges and Opportunities," Grand Rounds, Illinois Masonic Department of Medicine
14. November 2015: "Autism and Gender Variance," Gender Conference East, Invited Speaker
15. February 2016: "Working with Gender Variant Youth," New York State Office of Mental Health State Wide Grand Rounds, Invited Speaker
16. March, 2016: "Working with Gender Variant Youth," National Council for Behavioral Health Annual Meeting, Invited Speaker
17. March 2016: "Gender Variance Among Youth with Autism: A Retrospective Chart Review and Case Presentation," Working Group on Gender, Columbia University, Invited Speaker.
18. September, 2016: "Best Practices in Transgender Mental Health: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," DeWitt Wallace Institute for the History of Psychiatry, Weill Cornell.
19. October, 2016: "LGBTQ Youth Psychiatric Care," Midwest LGBTQ Health Symposim
20. October, 2016: "Gender Fluidity and Gender Identity Development," NYU Health Disparities Conference.
21. February, 2017: "Best Practices in Transgender Mental Health," Maimonides Grand Rounds
22. March, 2017: "Transgender Health: Challenges and Opportunities," Invited speaker, Center for Disease Control STD Prevention Science Series.
23. September 2017: "Autism and Gender Dysphoria," Grand Rounds, NYU Department of Neurology.
24. November 2017: "Consent and Assent in Transgender Adolescents," Gender Conference East.
25. November 2017: "Transgender Mental Health: Challenges and Opportunities," Grand Rounds, Lenox Hill Hospital.
26. April 2018: "Gender Trajectories in Childhood and Adolescent Development and Identity," Sex, Sexuality and Gender Conference, Harvard Medical School.
27. September 2019: "Social and Psychological Challenges of Gender Diverse Youth," Affirmative Mental Health Care for Gender Diverse Youth, University of Haifa.
28. October 2019: "Best Practices in Transgender Mental Health," Grand Rounds, Rush Department of Psychiatry.
29. February 2020: "The Overlap of Autism and Gender Dysphoria," Grand Rounds, Northwestern University Feinberg School of Medicine Department of Psychiatry
30. February 2020: "Gender Dysphoria and Autism," Grand Rounds, University of Illinois at Chicago Department of Psychiatry
31. September 2021: "Gender Diversity and Autism," Grand Rounds, Kaiser Permanente Department of Pediatrics

9

PLAINTIFFS002507

32. October 2021: Gender Dysphoria and Autism," Grand Rounds, Case Western Reserve University Department of Psychiatry.

**Selected Invited Community Seminars/Lectures**
1. April 2012: "Gender and Sexuality in Childhood and Adolescence," Commission on Race, Gender and Ethnicity, NYU Steinhardt Speakers Series.
2. February 2013: "Supporting Transgender Students in School," NYC Independent School LGBT Educators Panel, New York, NY.
3. June 2013: "LGBT Health," Presentation for Neuropsychology Department
4. August 2013: "Chronic Fatigue Syndrome: Etiology, Diagnosis and Management," invited presentation.
5. September 2013: Panelist, "LGBTQ Inclusive Sex Education."
6. April 2015: Transgender Children, BBC News, BBCTwo, invited expert
7. January 2016: Gender Dysphoria and Autism – Ackerman Podcast - http://ackerman.podbean.com/e/the-ackerman-podcast-22-gender-dysphoria-autism-with-aron-janssen-md/
8. February 2016: "Best Practices in Transgender Mental Health," APA District Branch Meeting, Invited Speaker.
9. May 2016: "Best Practices in Transgender Mental Health," Washington D.C., District Branch, APA, Invited Speaker
10. July 2016: "Transgender Youth," Union Square West
11. November 2017: "Understanding Gender: Raising Open, Accepting and Diverse Children," Heard in Rye, Conversations in Parenting.
12. January 2018: "The Emotional Life of Boys," Saint David's School Panel, Invited Speaker
13. June 2018: "Supporting Youth Engaged in Gender Affirming Care," NYU Child Study Center Workshop.
14. October 2018: "Medicine in Transition: Advances in Transgender Mental Health," NYCPS HIV Psychiatry and LGBT Committee Meeting.
15. October 2018: "Understanding Gender Fluidity in Kids," NYU Slope Pediatrics.
16. October, 2021: Issues of Ethical Importance: Health Care for Pediatric LGBTQ+ Patients, American Medical Association, Invited Talk

**Major Research Interests**
Gender and Sexual Identity Development
Member, Research Consortium for Gender Identity Development
Delirium: Assessment, Treatment and Management
Suicide Prevention

**Research Studies**

| Study Title | IRB Study# | Dates |
|---|---|---|
| Suicide Attempts Identified in a Children's Hospital Before and During COVID-19 | 2021-4428 | 2/26/21-present |
| Lurie Children's Sex & Gender Development Program Clinical Measure Collection | 2019-2898 | 2019-present |

10

PLAINTIFFS002508

| | | |
|---|---|---|
| Adolescent Gender Identity Research Study (principal investigator) - unfunded | s15-00431 | 4/15-5/19 |
| Co-Occurrence of Autism Spectrum Disorders and Gender Variance: Retrospective Chart Review (principal investigator) - unfunded | s14-01930 | 10/14-5/19 |
| Expert Consensus on Social Transitioning Among Prepubertal Children Presenting with Transgender Identity and/or Gender Variance: A Delphi Procedure Study (principal investigator) - unfunded | s13-00576 | 3/16-5/19 |
| Co-Occurrence of ADHD/Gender Dysphoria (principal investigator) - unfunded | s16-00001 | 1/16-5/19 |
| PICU Early Mobility- unfunded | s16-02261 | 12/16-5/19 |
| Metformin for Overweight and Obese Children and Adolescents with Bipolar Spectrum Disorders Treated with Second-Generation Antipsychotics – Funded by PCORI | s16-01571 | 8/16-5/19 |

**Other**
    Grant Funding:
    Zero Suicide Initiative, PI Aron Janssen, M.D.
    Awarded by Cardinal Health Foundation, 9/2020
    Total amount: $100,000

    Catalyst Fund, PI Aron Janssen, M.D.
    Suicide Prevention in Pediatric Primary Care
    Total amount: $750,000

**Selected Media Appearances:**
    Guest Expert on Gender Identity on Anderson, "When Your Husband Becomes Your Wife," Air Date February 8th, 2012
    Guest Host, NYU About Our Kids on Sirius XM, 2011
    NYU Doctor Radio: LGBT Health, September 2013
    NYU Doctor Radio: LGBT Kids, November 2013
    NYU Doctor Radio: LGBT Health, July 2014
    NYU Doctor Radio: Gender Variance in Childhood, December 2014
    BBC Two: Transgender Youth, April 2015
    NYU Doctor Radio: Transgender Youth, June 2015
    Fox-5 News: Trump's proposed military ban and Transgender Youth, July, 2017
    Healthline.com: Mental Health Experts Call President's Tweets 'Devastating' for Trans Teens, July, 2017
    Huffington Post: What the Military Ban Says to Our Transgender Youth: August, 2017
    Metro: How to talk to your transgender kid about Trump, August 2017
    NYU Doctor Radio: Transgender Youth, August 2017

PLAINTIFFS002509