# APPENDIX 1

# Plaintiffs' Amended Witness List

| Witness | Will Call | May Call | Deposition |
|---|---|---|---|
| August Dekker | X | | |
| Brith Rothstein | X | | |
| Jade Ladue | X | | |
| Jane Doe | X | | |
| John Doe | | X | |
| Jeffrey English | X | | |
| Ann Dalton | | | X[1] |
| Matthew Brackett | | | X[2] |
| Dr. Armand H. Antommaria | X | | |
| Kellan E. Baker, M.A., M.P.H., PhD | X | | |
| Dr. Dan H. Karasic | X | | |
| Dr. Johanna Olson-Kennedy | X | | |

---

[1] Plaintiffs will enter the designated portions of Ms. Dalton's deposition transcript dated January 24, 2023 if Defendant does not call her to testify.

[2] Plaintiffs will enter the designated portions of Mr. Brackett's deposition transcripts dated February 8, 2023 and March 8, 2023 if Defendant does not call him to testify.

| | | | |
|---|---|---|---|
| Dr. Loren S. Schechter | X | | |
| Dr. Daniel Shumer | X | | |
| Dr. E. Kale Edmiston | X | | |
| Dr. Aron Janssen | X | | |
| Denise Brogan-Kator [3] | X | | |
| Records Custodian | | X | |
| Kim Hutton | | X | |

---

[3] On May 4, 2023, the Court granted the motion to exclude testimony of Denise Brogan-Kator, ECF No. 194, but left the door open to revisit the matter based on the content of the testimony provided by Defendants' experts. See ECF No. 212. Accordingly, Plaintiffs continue to list Ms. Brogan-Kator as a potential rebuttal witness, understanding that her testimony is excluded unless and until Defendants' witnesses open to the door for her testimony to become necessary and the Court orders otherwise.