# APPENDIX 2

# Defendants' Amended Witness List

| Witness | Will Call | May Call | Deposition |
|---|---|---|---|
| Matthew Brackett | X | | |
| Ann Dalton | X | | |
| Dr. Stephen Levine | X | | |
| Dr. Paul Hruz | X | | |
| Dr. Sophie Scott | X | | |
| Dr. Patrick Lappert | X | | |
| Dr. Kristopher Kaliebe | X | | |
| Dr. Quentin Van Meter | | X | |
| Dr. Joseph Zanga | | X | |