# APPENDIX 4

# Defendants' Amended Exhibit List

| Trial Exhibit Number | Exhibit Description | Will Use | May Use | Stipulated/Plaintiffs' Objections |
|---|---|---|---|---|
| DX1 | U.S. Health and Human Services Notice and Guidance on Care | X | | Stipulated |
| DX2 | U.S. Health and Human Services Fact Sheet on Gender-Affirming Care | X | | Stipulated |
| DX3 | U.S. Department of Justice Letter to State Attorneys General | X | | Stipulated |
| DX4 | Centers for Medicare and Medicaid Services Decision Memo for Gender Dysphoria and Gender Reassignment Surgery | X | | Stipulated |
| DX5 | Florida Department of Health Fact Sheet on Treatments for Gender Dysphoria | X | | Stipulated |
| DX6 | Florida Medicaid Generally Accepted Professional Medical Standards Determination on the Treatment of Gender Dysphoria (with attachments) | X | | § 802 Hearsay**; For the attachments: § 802 hearsay within hearsay; § 702 improper expert opinions |

1

| Trial Exhibit Number | Exhibit Description | Will Use | May Use | Stipulated/Plaintiffs' Objections |
|---|---|---|---|---|
| DX7 | Sweden's Care of Children and Adolescents with Gender Dysphoria | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication; §1003.33 lacks translation certificate** |
| DX8 | Sweden's Care of Children and Adolescents with Gender Dysphoria, Summary of National Guidelines | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication; §1003.33 lacks translation certificate** |
| DX9 | Finland's Recommendation of the Council for Choices in Health Care in Finland | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication; §1003.33 lacks translation certificate** |
| DX10 | The Cass Review, Independent Review of Gender Identity Services for Children and Young People | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication |
| DX11 | National Institute for Health and Care Excellence, Evidence Review: Gonadotrophin Releasing Hormone Analogues for Children and Adolescents with Gender Dysphoria | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication |

| Trial Exhibit Number | Exhibit Description | Will Use | May Use | Stipulated/Plaintiffs' Objections |
|---|---|---|---|---|
| DX12 | National Institute for Health and Care Excellence, Evidence Review: Gender-Affirming Hormones for Children and Adolescents with Gender Dysphoria | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication |
| DX13 | France's Academie Nationale de Medecine Press Release | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication; §1003.33 lacks translation certificate |
| DX14 | The Royal Australian and New Zealand College of Psychiatrists' Position Statement on Gender-Affirming Care | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication |
| DX15 | UKOM Report: Patient Safety for Children and Young People with Gender Incongruence | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication |
| DX16 | WPATH Standards of Care, Version 8* | X | | Stipulated |
| DX17 | WPATH Standards-of-Care-Revision Team Criteria* | X | | Stipulated |
| DX18 | WPATH's Press Release Regarding Florida Department of Health * | | X | Stipulated |

| Trial Exhibit Number | Exhibit Description | Will Use | May Use | Stipulated/Plaintiffs' Objections |
|---|---|---|---|---|
| DX19 | WPATH's Statement of Opposition to Florida Draft Rule Banning Gender Affirming Care for Adolescents* | | X | Stipulated |
| DX20 | WPATH's Press Release on National and International Issues* | | X | Stipulated |
| DX21 | WPATH's Letter to Japanese Officials* | | X | Stipulated |
| DX22 | WPATH's Press Release Regarding *New York Times* Article* | | X | Stipulated |
| DX23 | WPATH Press Release on United Kingdom Matter* | | X | Stipulated |
| DX24 | Endocrine Society Guidelines on Treatments for Gender Dysphoria* | X | | Stipulated |
| DX25 | Grading of Recommendations Assessment, Development and Evaluation Handbook* | X | | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication |

| Trial Exhibit Number | Exhibit Description | Will Use | May Use | Stipulated/Plaintiffs' Objections |
|---|---|---|---|---|
| DX26 | American Academy of Pediatrics, Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents* | | X | Stipulated |
| DX27 | [Intentionally Left Blank] | | | |
| DX28 | Jonas Ludviggson et al., A Systematic Review of Hormone Treatment for Children with Gender Dysphoria and Recommendations for Research | | X | §802 hearsay; §602 lack of personal knowledge; §403 relevance; §901 authentication |
| DX29 | Curriculum Vitae of Dr. Paul Hruz | X | | Stipulated |
| DX30 | Curriculum Vitae of Dr. Kristopher Kaliebe | X | | Stipulated |
| DX31 | Curriculum Vitae of Dr. Patrick Lappert | X | | Stipulated |
| DX32 | Curriculum Vitae of Dr. Stephen Levine | X | | Stipulated |
| DX33 | Curriculum Vitae of Dr. Sophie Scott | X | | Stipulated |

| | | | | |
|---|---|---|---|---|
| DX34 | Curriculum Vitae of Dr. Quentin Van Meter | | X | Stipulated |
| DX35 | Curriculum Vitae of Dr. Joseph Zanga | | X | Stipulated |
| DX36 | Curriculum Vitae of Dr. Michael Laidlaw | X | | Stipulated |

\* [Note from Defendants] Note that the State includes the asterisked documents, which either come from or pertain to WPATH, the Endocrine Society, and medical organizations, in the event that the court denies the State's omnibus motion in limine, Doc.126. The State still maintains that such documents, and all mention of or reliance on the organizations, should be excluded at trial.

\*\* [Note from Plaintiffs] To the extent that these documents appear also on Plaintiffs' exhibit list they were listed purely for purposes of rebuttal and/or impeachment and Plaintiffs object to the introduction of them in the first instance as noted above.