IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, *et al.*,

        *Plaintiffs*,

v.

JASON WEIDA, *et al.*,

        *Defendants*.

Case No. 4:22-cv-00325-RH-MAF

## JOINT STIPULATED TRIAL EXHIBIT LIST

The Parties respectfully submit the following Joint Stipulated Trial Exhibit List, which identifies all of Plaintiffs' and Defendants' trial exhibits which the Parties have agreed by stipulation may be entered into evidence at trial.

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| **PLAINTIFFS' EXHIBITS** | | | | |
| Pls' Trial Ex. 1 | PLAINTIFFS 002191 | Defendants' Response to Pls' First Set of Request for Admissions | X | |
| Pls' Trial Ex. 2 | PLAINTIFFS 002223 | Defendants' Response to Pls' First Set of Interrogatories | X | |
| Pls' Trial Ex. 3 | PLAINTIFFS 002211 | Defendants' Response to Pls' Second Set of Interrogatories | | X |
| Pls' Trial Ex. 4 | PLAINTIFFS 004943 | Pls' First Set of Request for Admissions | X | |
| Pls' Trial Ex. 19 | PLAINTIFFS 004646 | Marstiller Letter to Wallace re AHCA June 2022 GAPMS | X | |
| Pls' Trial Ex. 20 | PLAINTIFFS 001171 | Fla. Admin. Code R. 59G-1.050 | X | |

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| Pls' Trial Ex. 23 | PLAINTIFFS 001170 | Fla. Admin. Code R. 59G-1.035 | X | |
| | | AHCA's Preferred Drug List, accessible at: https://ahca.myflorida.com/content/download/8681/file/PDL.pdf (online only); including but not limited to the criteria for testosterone: https://ahca.myflorida.com/content/download/6451/file/Testosterone_Criteria.pdf | X | |
| | | AHCA's Drug Criteria, accessible at: https://ahca.myflorida.com/medicaid/prescribed-drugs/drug-criteria (online only) | X | |
| Pls' Trial Ex. 25 | PLAINTIFFS 003653 | DRUGDEX listing for Testosterone | X | |
| Pls' Trial Ex. 26 | PLAINTIFFS 003383 | DRUGDEX listing for Estradiol | X | |
| Pls' Trial Ex. 33 | PLAINTIFFS 003821 | DSM 5 Gender Dysphoria | X | |
| Pls' Trial Ex. 64 | PLAINTIFFS 001034 | Ctrs. for Medicare & Medicaid Servs., Decision Memo for Gender Dysphoria and Surgery (Aug. 20, 2016) | | X |
| Pls' Trial Ex. 72 | PLAINTIFFS 004813 | OASH, Gender-Affirming Care and Young People | | X |
| Pls' Trial Ex. 229 | PLAINTIFFS 001343 | Template Notice of Adverse Benefit Determination | X | |
| Pls' Trial Ex. 230 | PLAINTIFFS 001294 | Template Notice of Plan Appeal Resolution | X | |
| Pls' Trial Ex. 231 | PLAINTIFFS 001286 | Sample AHCA Final Order – 20-FH0855 | | X |
| Pls' Trial Ex. 232 | PLAINTIFFS 000818 - PLAINTIFFS 000838 | Medical records of August Dekker | X | |

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| Pls' Trial Ex. 234 | PLAINTIFFS 000168 thru PLAINTIFFS 000182 | Medical records of Brit Rothstein | X | |
| Pls' Trial Ex. 234A | PLAINTIFFS 000839 thru PLAINTIFFS 000998 | Medical records of Brit Rothstein | X | |
| Pls' Trial Ex. 235 | PLAINTIFFS 000041 thru PLAINTIFFS 000167 | Medical records of K.F. | X | |
| Pls' Trial Ex. 235A | PLAINTIFFS 000200 thru | Medical records of K.F. | X | |
| Pls' Trial Ex. 236 | PLAINTIFFS 000001 thru PLAINTIFFS 000040 | Medical records of S.D. | X | |
| Pls' Trial Ex. 236A | PLAINTIFFS 000183 thru PLAINTIFFS 000199 | Medical records of S.D. | X | |
| Pls' Trial Ex. 236B | PLAINTIFFS 000648 thru PLAINTIFFS 000817 | Medical records of S.D. | X | |
| Pls' Trial Ex. 236C | PLAINTIFFS 000999 thru | Medical records of S.D. | X | |
| Pls' Trial Ex. 237 | Def_001562290 | Dekker medical records | X | |
| Pls' Trial Ex. 237A | Def_001557555 | Dekker medical records | X | |
| Pls' Trial Ex. 238 | Def_000174290 | GAPMS Decision Tree Checklist | X | |
| Pls' Trial Ex. 239 | Def_000286939 | GAPMS – GnRH for treatment of gender dysphoria | X | |

3

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| Pls' Trial Ex. 240 | Def_000288776 | GAPMS – GnRH for treatment of gender dysphoria | X | |
| Pls' Trial Ex. 241 | Def_000126105 | GAPMS – Cross Sex Hormone Therapy – 5/20/2022 | X | |
| Pls' Trial Ex. 242 | Def_000086666 | GAPMS – Cross Sex Hormone Therapy Report (edited) - 5/20/2022 | X | |
| Pls' Trial Ex. 243 | Def_000293866 | GAPMS – Cross Sex Hormone Therapy – 11/2/2016 | X | |
| Pls' Trial Ex. 244 | Def_000295586 | GAPMS – Gender Confirmation Surgery (incomplete) – 7/19/2017 | | X |
| Pls' Trial Ex. 250 | Def_000351681 | AHCA review of research – 7/25/2016 | | X |
| Pls' Trial Ex. 256 | Def_000289927 | AHCA GAPMS routing and tracking form for puberty suppression therapy – 8/31/2016 | X | |
| Pls' Trial Ex. 257 | Def_000148820 | Special services criteria re GnRH coverage – 9/20/2016 (updated 11/17/17) | X | |
| Pls' Trial Ex. 260 | Def_000295599 | AHCA GAPMS routing and tracking form for cross-sex hormone therapy – 11/2/2016 | X | |
| Pls' Trial Ex. 264 | Def_000824992 | Email exchange re Medicaid coverage of gender affirming surgery – June 2018 | X | |
| Pls' Trial Ex. 264A | Def_000824996 | Email exchange re Medicaid coverage of gender affirming surgery – June 2018 | X | |
| Pls' Trial Ex. 265 | Def_000825001 | AHCA routing form tracking response to MCO question about Medicaid coverage of surgery – June 2018 | X | |
| Pls' Trial Ex. 266 | Def_000825002 | AHCA document closing the project re responding to MCO question about Medicaid coverage of surgery – June 2018 | X | |

4

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| Pls' Trial Ex. 272 | Def_000290175 | Email from Andy Bardos to Andrew Sheeran re Cantor and legal research – 4/11/2022 | X | |
| Pls' Trial Ex. 273 | Def_000290279 | Email forwarded by Andrew Sheeran from Ashley Lukis scheduling a call with James Cantor – 4/13/2022 | X | |
| Pls' Trial Ex. 274 | GROSSMAN 0029 | Email from Andrew Sheeran to Miriam Grossman – 4/14/2022 | X | |
| Pls' Trial Ex. 275 | Def_000290289 | Email exchange between Andrew Sheeran and Romina Brignardello Petersen – 4/18/2022 | X | |
| Pls' Trial Ex. 277 | Def_001490891 | Email from Amy Zitiello to Vern Hamilton regarding FDOH guidance – 4/20/2022 | X | |
| Pls' Trial Ex. 277A | Def_001490903 | Email from Amy Zitiello to Vern Hamilton regarding FDOH guidance – 4/20/2022 | X | |
| Pls' Trial Ex. 279 | Def_001709796 | Communication between Jason Weida and Dr. Michelle Cretella – 4/21/2025 | X | |
| Pls' Trial Ex. 280 | Def_001899938 | Communication between Romina Brignardello-Petersen and Jason Weida regarding types of surgeries on which to focus – 4/25/2022 | | X |
| Pls' Trial Ex. 281 | Def_001496338 | Communication between Jason Weida and Vern Hamilton regarding planned response to Dr. Zitiello's question about FDOH guidance – 4/29/2022 | X | |
| Pls' Trial Ex. 282 | AHCA EXP_005716 | Draft GAPMS on gender affirming surgery (with handwritten notes) - May 2022 | X | |
| Pls' Trial Ex. 283 | Def_001553119 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | |

5

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| Pls' Trial Ex. 283A | Def_001553161 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | |
| Pls' Trial Ex. 283B | Def_001553120 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | |
| Pls' Trial Ex. 283C | Def_001553166 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | |
| Pls' Trial Ex. 283D | Def_001553174 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | |
| Pls' Trial Ex. 283E | Def_001553125 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 | X | |
| Pls' Trial Ex. 284 | Def_00217414 | Jason Weida communication regarding articles provided to him by Dr. Van Mol – 5/6/2022 | X | |
| Pls' Trial Ex. 285 | Def_00149785 | Dr. Van Mol communication with Jason Weida and Matthew Brackett about gender affirming care – 5/7/022 | X | |
| Pls' Trial Ex. 286 | Def_00029690 2 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 | X | |
| Pls' Trial Ex. 286A | Def_00029690 2-1 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 | X | |
| Pls' Trial Ex. 286B | Def_00029690 2-2 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 | X | |
| Pls' Trial Ex. 287 | EOG_008126 | Text message from Jason Weida regarding Eknes-Tucker and James Cantor – 5/17/2022 | X | |
| Pls' Trial Ex. 288 | Def_00196824 | Email from Shantrice Green to Susan Williams and Kelly Rubin regarding the GAPMS memo on cross-sex hormone therapy – 5/20/2022 | X | |
| Pls' Trial Ex. 289 | Def_00287882 0 | Draft of GAPMS cross-sex hormone therapy memo – 5/20/2022 | X | |

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| Pls' Trial Ex. 294 | EOG_008239 | Projected Rulemaking Timeline – June 2022 | X | |
| Pls' Trial Ex. 297 | Def_000295608 | AHCA GAPMS routing and tracking form for June 2022 GAPMS – 6/1/2022 | X | |
| Pls' Trial Ex. 297A | Def_000288171 | AHCA GAPMS routing and tracking form for June 2022 GAPMS – 6/1/2022 | X | |
| Pls' Trial Ex. 298 | Def_002873411 | Communication between Ashley Peterson and Jason Weida regarding an inventory of gender affirming care – 6/3/2022 | | X |
| Pls' Trial Ex. 298A | Def_002873412 | Communication between Ashley Peterson and Jason Weida regarding an inventory of gender affirming care – 6/3/2022 | | X |
| Pls' Trial Ex. 299 | Def_000288753 | Email communication between AHCA and Magellan regarding coverage of GnRH to treat gender dysphoria | X | |
| Pls' Trial Ex. 300 | Def_001900110 | AHCA communication regarding the Special Services Criteria for puberty blockers – 6/10/2022 | X | |
| Pls' Trial Ex. 301 | Def_001900113 | Communication between Jason Weida and Dr. Van Mol about a witness for the July 8th hearing – 6/14/2022 | X | |
| Pls' Trial Ex. 303 | GROSSMAN 0095 | Communication regarding meeting between Miriam Grossman, Dr. Van Mol, Jason Weida, Andrew Sheeran, and Holtzman Vogel regarding July 8th hearing – 6/30/2022 | X | |
| Pls' Trial Ex. 304 | Def_000296975 | Communication between Dr. Van Mol and AHCA - 7/2/2022 | X | |
| Pls' Trial Ex. 305 | FDOH_000004873 | Brief of the July 8th rule hearing – 7/8/2022 | X | |

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| Pls' Trial Ex. 306 | Def_000296244 | Transcript from July 8th rule hearing – 7/8/2022 | X | |
| Pls' Trial Ex. 307 | Def_000296949 | Email from Miriam Grossman – 7/10/2022 | X | |
| Pls' Trial Ex. 308 | Def_000291900 | Email communications with Jason Weida and Dr. Van Mol – 7/14/2022 | X | |
| Pls' Trial Ex. 309 | GROSSMAN 0067 | Communications regarding AHCA's development of public comment binder provided to the consultants – 7/19/2022 | X | |
| Pls' Trial Ex. 310 | Def_000237607 | Invoice from Dr. Van Meter – 8/4/2022 | X | |
| Pls' Trial Ex. 311 | EOG_008127 | Communication to Jason Weida regarding witnesses for a hearing – 8/10/2022 | X | |
| Pls' Trial Ex. 312 | Def_000239820 | Invoices from Dr. Van Mol – 8/11/2022 | X | |
| Pls' Trial Ex. 317 | Def_000274811 | AHCA draft response to media regarding gender affirming care – 9/1/2022 | X | |
| Pls' Trial Ex. 318 | Def_000289978 | List of appeals for denials of hormone therapy – 12/19/2022 | X | |
| Pls' Trial Ex. 319 | Def_000290022 | List of requests for surgery to treat gender dysphoria – 12/19/2022 | X | |
| Pls' Trial Ex. 320 | Def_000272295 | AHCA After the Fact Request form for Quentin Van Meter – 6/13/2022 | X | |
| Pls' Trial Ex. 321 | Def_000241592 | AHCA After the Fact Request form for Andre Van Mol – 5/26/2022 | X | |
| Pls' Trial Ex. 322 | Def_001551590 | Draft of welcome/opening remarks for July 8th rule hearing | | X |
| Pls' Trial Ex. 323 | Def_001511705 | Endocrine Society public comment | X | |
| Pls' Trial Ex. 324 | Def_001514249 | Yale public comment | X | |
| Pls' Trial Ex. 325 | Def_001511606 | American Academy of Pediatrics public comment | X | |

8

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| Pls' Trial Ex. 326 | Def_001551644 | Florida Medicaid, Comment Summary for Rule 59G-1.050 (20 pages) | | X |
| Pls' Trial Ex. 327 | Def_001551664 | Florida Medicaid, Comment Summary for Rule 59G-1.050 (17 pages) | X | |
| Pls' Trial Ex. 328 | Def_000296892 | Email communication between Van Mol and Weida and attachment | X | |
| Pls' Trial Ex. 328A | Def_000296892-1 | Email communication between Van Mol and Weida and attachment | X | |
| Pls' Trial Ex. 329 | Def_000290414 | Florida Medicaid & G/TAT, Andrea Van Mol – May 2022 | X | |
| Pls' Trial Ex. 334 | Def_000291815 | Email from Miriam Grossman – July 7, 2022 | X | |
| Pls' Trial Ex. 335 | EOG_002522 | Proposed media response from Brock Juarez to Taryn Fenske – 8/29/2022 | X | |
| Pls' Trial Ex. 337 | Def_001593749 | Email communication between Van Meter and AHCA Counsel | X | |
| Pls' Trial Ex. 338 | Def_000288298 | AHCA Microsoft Teams Meeting Invite | X | |
| Pls' Trial Ex. 340 | Def_000237603 | AHCA Van Meter Invoice | X | |
| Pls' Trial Ex. 341 | FDOH_000020148 | HCA Hearing on General Medicaid Policy | X | |
| Pls' Trial Ex. 342 | Def_000239790 | Email communication between Devona Pickle and Van Meter | X | |
| Pls' Trial Ex. 343 | Def_000292237 | Email communication between consultants, counsel, and Van Meter | X | |
| Pls' Trial Ex. 344 | EOG_002234 | AHCA Teams Meeting Invites | X | |
| Pls' Trial Ex. 344A | EOG_002281 | AHCA Teams Meeting Invites | X | |
| Pls' Trial Ex. 345 | GROSSMAN_0058 | Email communication between AHCA and consultants | X | |
| Pls' Trial Ex. 347 | Def_000296980 | Email communication between Van Mol and Weida | | X |

9

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| Pls' Trial Ex. 348 | Def_00288392 | Van Mol comments to Alstott letter | | X |
| Pls' Trial Ex. 350 | Def_00029605 | Email communication between Cantor and Weida | | X |
| Pls' Trial Ex. 355 | PLAINTIFFS 005435 | Spreadsheet summarizing Florida Medicaid coverage | X | |
| Pls' Trial Ex. 356 | PLAINTIFFS 003379 | DOJ, Dear State Attorneys General Letter re Transgender Youth (March 31, 2022) | | X |
| Pls' Trial Ex. 357 | PLAINTIFFS 002268 | Curriculum Vitae of Dr. Kale Edmiston | X | |
| Pls' Trial Ex. 358 | PLAINTIFFS 002610 | Curriculum Vitae of Dr. Armand Antommaria | X | |
| Pls' Trial Ex. 359 | PLAINTIFFS 002677 | Curriculum Vitae of Dr. Dan H. Karasic | X | |
| Pls' Trial Ex. 360 | PLAINTIFFS 007517 | Curriculum Vitae of Dr. Daniel Shumer | X | |
| Pls' Trial Ex. 361 | PLAINTIFFS 002774 | Curriculum Vitae of Dr. Johanna Olson-Kennedy | X | |
| Pls' Trial Ex. 362 | PLAINTIFFS 002859 | Curriculum Vitae of Dr. Loren S. Schechter | X | |
| Pls' Trial Ex. 363 | PLAINTIFFS 002957 | Curriculum Vitae of Kellan E. Baker, Ph.D. | X | |
| Pls' Trial Ex. 364 | PLAINTIFFS 002499 | Curriculum Vitae of Dr. Aron Janssen | X | |
| **DEFENDANTS' EXHIBITS** | | | | |
| DX1 | N/A | U.S. Health and Human Services Notice and Guidance on Care | X | |
| DX2 | N/A | U.S. Health and Human Services Fact Sheet on Gender-Affirming Care | X | |
| DX3 | N/A | U.S. Department of Justice Letter to State Attorneys General | X | |

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
| DX4 | N/A | Centers for Medicare and Medicaid Services Decision Memo for Gender Dysphoria and Gender Reassignment Surgery | X | |
| DX5 | N/A | Florida Department of Health Fact Sheet on Treatments for Gender Dysphoria | X | |
| DX16 | N/A | WPATH Standards of Care, Version 8* | X | |
| DX17 | N/A | WPATH Standards-of-Care-Revision Team Criteria* | X | |
| DX18 | N/A | WPATH's Press Release Regarding Florida Department of Health * | | X |
| DX19 | N/A | WPATH's Statement of Opposition to Florida Draft Rule Banning Gender Affirming Care for Adolescents* | | X |
| DX20 | N/A | WPATH's Press Release on National and International Issues* | | X |
| DX21 | N/A | WPATH's Letter to Japanese Officials* | | X |
| DX22 | N/A | WPATH's Press Release Regarding New York Times Article* | | X |
| DX23 | N/A | WPATH Press Release on United Kingdom Matter* | | X |
| DX24 | N/A | Endocrine Society Guidelines on Treatments for Gender Dysphoria* | X | |
| DX26 | N/A | American Academy of Pediatrics, Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents* | | X |

| Ex. No. | Bates No. | Exhibit Description | Will Use | May Use |
|---|---|---|---|---|
|  |  |  |  |  |
| DX29 | N/A | Curriculum Vitae of Dr. Paul Hruz | X |  |
| DX30 | N/A | Curriculum Vitae of Dr. Kristopher Kaliebe | X |  |
| DX31 | N/A | Curriculum Vitae of Dr. Patrick Lappert | X |  |
| DX32 | N/A | Curriculum Vitae of Dr. Stephen Levine | X |  |
| DX33 | N/A | Curriculum Vitae of Dr. Sophie Scott | X |  |
| DX34 | N/A | Curriculum Vitae of Dr. Quentin Van Meter |  | X |
| DX35 | N/A | Curriculum Vitae of Dr. Joseph Zanga |  | X |
| DX36 | N/A | Curriculum Vitae of Dr. Michael Laidlaw | X |  |

[Note from Defendants] The asterisked documents either came from or pertain to WPATH, the Endocrine Society, and medical organizations. In its omnibus motion in limine, the State sought to exclude all mention of these organizations and documents related to them. Doc.124. The court denied the motion. Doc.212. To preserve this issue for appeal, the State still maintains its objections.

Dated: May 8, 2023                                    Respectfully Submitted for Plaintiffs,

/s/William C. Miller

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**
**Jennifer Altman** (Fl. Bar No. 881384)
**Shani Rivaux** (Fl. Bar No. 42095)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsbury.com
shani.rivaux@pillsbury.com

**William C. Miller***
**Gary J. Shaw***
1200 17th Street N.W.
Washington, D.C. 20036
(202) 663-8000
william.c.miller@pillsburylaw.com
gary.shaw@pillsburylaw.com

**Joe Little***
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4700
joe.little@pillsburylaw.com

**NATIONAL HEALTH LAW PROGRAM**
**Abigail Coursolle***
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

**Catherine McKee***
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
mckee@healthlaw.org

**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**
**Omar Gonzalez-Pagan***
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

**Carl S. Charles***
1 West Court Square, Suite 105
Decatur, GA 30030
(404) 897-1880
ccharles@lambdalegal.org

**SOUTHERN LEGAL COUNSEL, INC.**
**Simone Chriss** (Fl. Bar No. 124062)
**Chelsea Dunn** (Fl. Bar No. 1013541)
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**FLORIDA HEALTH JUSTICE PROJECT**
**Katy DeBriere** (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

* *Admitted pro hac vice*
*Counsel for Plaintiffs*

Respectfully submitted for Defendants,

/s/ Michael Beato
Mohammad O. Jazil (FBN: 72556)
Gary V. Perko (FBN: 855898)
Michael Beato (FBN: 1017715)
HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
Phone No.: (850) 274-1690
Fax No.: (540) 341-8809

*Counsel for Defendants Secretary Weida and Florida Agency for Healthcare Administration*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2023, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to counsel of record for all parties in this matter registered with the Court for this purpose.

/s/ William C. Miller
William C. Miller

**Attorney for Plaintiffs**