# PROF SOPHIE KERTTU SCOTT CBE, FMEDSCI, FBA

Date of Birth: 16-11-1966
Address: Institute of Cognitive Neuroscience, UCL, 17 Queen Square, London, WC1N 3AR
email: sophie.scott@ucl.ac.uk

## CURRENT POSITION

2019 – Director, Institute of Cognitive Neuroscience, University College London

## EDUCATION/QUALIFICATIONS

1994 University College London, PhD in Cognitive Science
1990 Polytechnic of Central London, BSc (Hons) 2:1, Psychology

## PROFESSIONAL HISTORY

1993-1998 MRC Applied Psychology Unit, Cambridge, Senior Scientific Officer
1998-2001 Research Fellow, Institute of Cognitive Neuroscience, UCL.
2001-2005 Wellcome Career Development Fellow, Dept. Psychology, UCL
2004 - Group Leader, Speech Communication Lab
2006- Professor of Cognitive Neuroscience, UCL
2005-2016 Wellcome Trust Senior Fellow, Institute of Cognitive Neuroscience
2013-2019 Deputy Director, Institute of Cognitive Neuroscience, UCL
2019 – Director, Institute of Cognitive Neuroscience, University College London
*I took maternity leave between June 2006-June 2007.*

## PRIZES AND RECOGNITION

2022 Awarded an Honorary degree by the University of Westminster
2021 awarded the Michael Faraday prize by the Royal Society
2020 appointed Commander of the Most Excellent Order of the British Empire for services to Neuroscience
2019 Royal Literature Society "Reading Matters" prize, for "The Neuromantics", my podcast with poet and writer Dr Will Eaves
2017 presented the Royal Institution Christmas Lectures
2017 Royal Society Summer Science Exhibition, "What's in a Voice?"
2016 elected as a Fellow of the British Academy
2016-2018 UCL TEDx License holder

DX 33

2015 spoke at the annual TED conference, Vancouver (talk has been viewed over 4.4 million times on TED.com).
2015 gave Prize Lecture at the Physiology Society meeting, Cardiff.
2014 included in Who's Who
2013 won UCL Provosts' Award for Public Engagement (grade 8 and above category).
2012 Royal Society Summer Science Exhibition, "LOL: Science and Art of Laughter"
2012 Elected as Fellow of the Academy of Medical Sciences
2003 Royal Society Summer Science Exhibition, "Science of Speaking"

## SUPERVISION OF GRADUATE STUDENTS
Since 2002, 14 PhD students supervised at UCL, and 35 MSc students at UCL, 2 at City University and one at the University of Reading

## EDITORIAL WORK
2015 – associate editor for *The Psychologist* (British Psychological Society monthly journal).
2009 – 2014 Editorial Board of *Cognitive Neuroscience*
2010 – 2013 Section Editor, Language, *Neuropsychologia*
2008 – 2015 Associate Editor of *Brain and Language*
2004 –2009 Associate Editor of the *Quarterly Journal of Experimental Psychology*

## MANAGEMENT AND FACILITATION
2020 -  PALS Director for EDI
2015 – member, PALS Academic Careers and Diversity Committee
2015-2019– chair of ICN Public Activities Committee
2014 –  2019 deputizing for Prof Neil Burgess (ICN Director) at Faculty of Brain Sciences' Faculty Executive Committee meetings
2004 – representing the Speech Communication Group at the ICN Group Leader's committee

## JUDGING AND COMMITTEES
2022 - member of ILCB advisory board
2019- Chair of Board of Trustees, Told By An Idiot theatre company (https://www.toldbyanidiot.org/about/)
2017- 2022 member of the Royal Society Dorothy Hodgkin Fellowship Committee
2015- associate Editor of the Psychologist and Digest Policy Advisory Committee, British Psychological Society

2015 Judge, Comment Awards
2015, 2018 Judge, Philip Leverhulme Prize
2014 Judge, Wellcome science writing prize
2013- Trustee, Jericho House theatre company (registered charity number 1131984)

### EXTERNAL EXAMINING

2009-2012 External Examiner, BSc Psychology, University of Sussex
2009-2013 External Examiner, MSc Cognitive Neuroscience, University of York
2015-2019 External Examiner, BSc Psychology, University of Reading

### TEACHING

2011-2014 Course convener, "Theories and Paradigms in Cognitive Neuroscience" UCL MSc in Cognitive Neuroscience.
2015- Module Convener, "Science Communication for Cognitive Neuroscientists" UCL MSc/MRes in Cognitive Neuroscience.
2023- Module Convener, "Power, Inclusion, Exclusion and Working with local communities".

### GRANTS

Wellcome Trust Hub award development funding, for 'Talking Funny', £13000 over 18 months
Wellcome Trust Public engagement award, for "What's in a Voice" exhibit at the Royal Society Summer Science Exhibition, £20,000 over 12 months.
Wellcome Trust People Award for public engagement activities: for LOL event at the Royal Society, awarded 2012, amount £19,000 over 12 months.
Wellcome Trust Senior Fellowship, awarded April 2010 "Neurobiology of speech communication - cognition, plasticity, and social interactions" total amount awarded £1,184, 506, over 60 months.
Wellcome Trust Senior Fellowship, awarded May 2004 'the Neurobiology of Speech Perception – Cognitive and Clinical Links'. Total amount awarded £800,270, over 60 months.
Wellcome Trust RCDF grant, from April 2001-April 2005, 'the Neurobiology of speech perception'. Total amount awarded £358,376, over 48 months.
Marie Curie Incoming Scientist Fellowship, awarded November 2004, sponsoring Narly Golestani, £100,914 over 24 months.
ESRC grant awarded for new post doctoral researchers, sponsoring Charlotte Jacquemot, awarded May 2004, £30,919 awarded over 12 months.
ESRC grant awarded for new post doctoral researchers, sponsoring Patti Adank, awarded May 2005, £31,591 awarded over 12 months

ESRC +3 studentship award, awarded May 2004 (supervising Carolyn McGettigan)
British Academy meetings award, for the John Morton Festschrift, £2000
Experimental Psychology Society research seminar award, for the John Morton Festschrift, £3000
British Association for the Advancement of Science award for Key events in National Science and Engineering Week, 2008, £1000


**ACADEMIC SUPERVISION**
2001 -2004 Supervised Charvy Narain, the research assistant on my Wellcome RCDF award. Charvy was awarded a PhD in 2003 and took a job as an editor at Nature Neuroscience: she is now a Scientific Outreach Manager at the University of Oxford.
2002 -2006 supervised Disa Sauter, a research student in the Dept. Psychology at UCL. Disa passed her PhD viva without corrections in December 2006, and currently holds her a lecturer position at the University of Amsterdam..
2004 -2005 Supervised Dr. Charlotte Jacquemot, a post-doctoral fellow. Charlotte has been awarded a permanent CNRS position in France, which she began in 2006
2004 - 2012 supervised Carolyn McGettigan, a research student in the Dept of Human Communication Sciences. Carolyn passed her PhD viva without corrections in March 2008, was employed as a post-doctoral fellow on my Wellcome SRF grant until 2012 when she left to take up a lectureship at RHUL. She is now a Professor at UCL.
2005 -2006 supervised Dr. Patti Adank, a post-doctoral fellow. Patti is now a Professor at UCL.
2005 -2008 Supervised Dr Frank Eisner as a post-doctoral fellow on my Wellcome SRF award. Since January 2009, Frank held post-doc position at the Max-Planck-Institute for Psycholinguistics in Nijmegen, and is now a researcher at the Centre for Cognition of the Donders Institute for Brain, Cognition and Behaviour.
2005 -2007 Supervised Dr. Jonas Obleser as a post-doctoral fellow on my Wellcome SRF award. Since April 2007, Jonas has held a Junior Staff Scientist position at the Max Planck Institute for Human Cognitive and Brain Sciences, Leipzig, Germany, where ran his own research group: he is now a Professor at the Department of Psychology, University of Lübeck.
2005-2007 supervised Dr. Narly Golestani, a post-doctoral fellow, who now heads the Brain and Language Lab at the Cognitive Science Hub of the

University of Vienna, Austria, and at the Department of Psychology at the University of Geneva, Switzerland.2008 -2009 – supervised Nicholas Abreu, who has a Fulbright Scholarship to work in the UK for a year. Nicholas started medical school at Harvard in September 2009.
2009 - 2013 Dr Zarinah Agnew appointed as a post-doctoral fellow on my Wellcome SRF grant. Zarinah now works at UCSF as a post-doc in John Houde's lab.
2010 -2015 supervised Pradheep Shanmugalingam as an ESRC funded PhD student. Pradheep is now training in simultaneous translation.
2012 - 2015 supervising Kyle Jasmin as a PhD student on the UCL/NIH program (NIH supervisor Alex Martin). Kyle joined my lab as a post-doctoral fellow and then was awarded a a Leverhulme research fellowship at Birkbeck: he is now a lecturer at Royal Holloway UL.
2012 -2013 Nadine Lavan joined my lab as an RA for 12 months. Nadine left to take up a PhD place at RHUL: she now holds a Wellcome Fellowship at QMUL.
2013 - Supervising Sophie Meekings as an ESRC funded PhD student. Sophie was awarded a BA fellowship at Newcastle University, and was awarded a Dorothy Hodgkin fellowship in 2021, held at University of York.
2013 - Supervising Sinead Chen as a PhD student funded by a grant from the Taiwanese Government. Sinead now works for a policy think tank in Taiwan.
2013 -2015 Samuel Evans joined my lab as a post-doc on my Wellcome SRF grant. Now a lecturer at the University of Westminster
2013 – 2014 Dana Boebinger joined my lab as an RA. Dana left in August 2014 to start a PhD at Harvard, she is now a post do at the University of Rochester.
2015 – 2016 César Lima joined my lab as a senior post-doctoral fellow on my Wellcome SRF grant. César Lima is Assistant Professor of Psychology at Iscte - University Institute of Lisbon since 2017.
2017- Qing Cai joined my lab as a PhD student with funding from the Chinese government from 2018.
2017- Alexis Deighton McIntyre joined my lab as a PhD student with a UCL Graduate School studentship. In October 2021 she joined the MRC CBU as a postdoctoral researcher.
2018-Addison Billings joined my lab as a PhD student
2019 - Efe Caswell Niven joined my lab as a PhD student

### SCIENTIFIC PUBLICATIONS-*REFEREED ARTICLES*

1. Scott, SK, Jasmin, K (2022) Rostro-caudal networks for sound processing in the primate brain, Frontiers in Neuroscience, 16, 1076374, 10.3389/fnins.2022.1076374
2. Scott, SK, Cai, CQ, Billing, A (2022) Robert Provine: the critical human importance of laughter, connections and contagion. Philosophical Transactions of the Royal Society B-Biological Sciences, 377(1863) 20210178 10.1098/rstb.2021.0178
3. Scott, SK (2022) Why public engagement is important for neuroscientists. Nature Reviews Neuroscience, 23(8):453-4.
4. MacIntyre, AD, Scott, SK (2022) Listeners are sensitive to the speech breathing time series: Evidence from a gap detection task. Cognition, 225, 105171 10.1016/j.cognition.2022.105171
5. Conde, T, Correia, AI, Roberto, MS, Scott, SK, Lima, CF, Pinheiro, AP (2022) The time course of emotional authenticity detection in nonverbal vocalizations, Cortex, 151:116-132.
6. 
7. Billing, ADN, Scott, SK (2022) Possible limitations of perceptual studies for informing production networks-The case of laughter. Cortex, 148: : 218-221.
8. MacIntyre, AD, Cai, CQ, Scott, SK (2022) Pushing the envelope: Evaluating speech rhythm with different envelope extraction techniques, Journal of the Acoustical Society of America. 151(3):2002:2026.
9. Alderson-Day B, Moffatt, J, Lima, CF, Krishnan, S, Fernyhough, C, Scott, SK, Denton, S, Leong, IYT, Oncel, AD, Wu, YL, Gurbuz, Z, Evans, S (2022) Susceptibility to auditory hallucinations is associated with spontaneous but not directed modulation of top-down expectations for speech. Neuroscience of Consciousness, 2022(1) https://doi.org/10.1093/nc/niac002
10. Kamiloglu, RG, Tanaka, A, Scott, SK, Sauter, DA (2022) Perception of group membership from spontaneous and volitional laughter. Philosophical Transactions of the Royal Society B-Biological Sciences, 377: 20200404.
11. Pinheiro, AP, Anikin, A, Conde, T, Sarzedas, J, Chen, S, Scott, SK, Lima, CF (2021) Emotional authenticity modulates affective and social trait inferences from voices. Philosophical Transactions of the Royal Society B-Biological Sciences 376: 20200402.
12. Billing ADN, Cooper RJ, Scott SK (2021) Pre-SMA activation and the perception of contagiousness and authenticity in laughter sounds, Cortex, 143: 57-68.
13. Scott SK (2021) The neural control of volitional vocal production-from speech to identity, from social meaning to song. Philos Trans R Soc Lond B Biol Sci, 377(1841):20200395.

14. Lavan N, Scott SK, McGettigan C (2017) Impaired generalization of speaker identity in the perception of familiar and unfamiliar voices. J Exp Psychol Gen., 145(12):1604-1614
15. Cosme G, Rosa PJ, Lima CF, Tavares V, Scott S, Chen S, Wilcockson TDW, Crawford TJ, Prata D (2021). Pupil dilation reflects the authenticity of received nonverbal vocalizations. Scientific Reports. 11:3733.
16. Meekings S, Scott SK. (in press) Error in the Superior Temporal Gyrus? A Systematic Review and Activation Likelihood Estimation Meta-Analysis of Speech Production Studies. Journal of Cognitive Neuroscience.
17. Cai Q, Chen S, White SJ, Scott SK (2019). Modulation of humor ratings of bad jokes by other people's laughter. Current Biology. 29(14):R677-R678
18. Scott SK (2019) From speech and talkers to the social world: The neural processing of human spoken language. *Science*. Oct 4;366(6461):58-62.
19. Jasmin K, Lima CF, Scott SK (2019) Understanding rostral-caudal auditory cortex contributions to auditory perception. Nature Reviews Neuroscience, 20(7):425-434
20. Lima CF, Anikin A, Monteiro AC, Scott SK, Castro SL (2018) Automaticity in the recognition of nonverbal emotional vocalizations. Emotion. 2018 May 24. doi: 10.1037/emo0000429.
21. Neves L, Cordeiro C, Scott SK, Castro SL, Lima CF (2018) High emotional contagion and empathy are associated with enhanced detection of emotional authenticity in laughter, Q J Exp Psychol (Hove). Nov;71(11):2355-2363.
22. Krishnan S, Lima CF, Evans S, Chen S, Guldner S, Yeff H, Manly T, Scott SK (2018) Beatboxers and Guitarists Engage Sensorimotor Regions Selectively When Listening to the Instruments They can Play. Cereb Cortex. 2018 Nov 1;28(11):4063-4079.
23. Smith AV, Proops L, Grounds K, Wathan J, Scott SK, McComb K. (2018) Domestic horses (Equus caballus) discriminate between negative and positive human nonverbal vocalisations. Sci Rep. 2018 Aug 29;8(1):13052.
24. Lavan N, Burton AM, Scott SK, McGettigan C. (2018) Flexible voices: Identity perception from variable vocal signals. Psychon Bull Rev. 2018 Jun 25. doi: 10.3758/s13423-018-1497-7.
25. Agnew ZK, Banissy MJ, McGettigan C, Walsh V, Scott SK (2018) Investigating the Neural Basis of Theta Burst Stimulation to Premotor Cortex on Emotional Vocalization Perception: A Combined TMS-fMRI Study. FRONTIERS IN HUMAN NEUROSCIENCE   Volume: 12   Article Number: 150   Published: MAY 15 2018
26. Agnew ZK, McGettigan C, Banks B, Scott SK (2018) Group and individual variability in speech production networks during delayed auditory feedback.

JOURNAL OF THE ACOUSTICAL SOCIETY OF AMERICA   Volume: 143   Issue: 5   Pages: 3009-3023   Published: MAY 2018

27. O'Nions E, Lima CF, Scott SK, Roberts R, McCrory E, Viding E (2017) It's no laughing matter: Reduced laughter contagion in boys at risk for psychopathy. Current Biology, 27(19):3049-3055.
28. Alderson-Day B, Lima CF, Evans S, Krishnan S, Shanmugalingam P, Fernyhough C, Scott SK (2017) Distinct processing of ambiguous speech in people with non-clinical auditory verbal hallucinations, Brain, 140(9), 2475–2489.
29. McGettigan C, Jasmin K, Eisner F, Agnew ZK, Josephs OJ, Calder AJ, Jessop R, Lawson RP, Spielmann M, Scott SK. (2017) You talkin' to me? Communicative talker gaze activates left-lateralized superior temporal cortex during perception of degraded speech. Neuropsychologia, 100:51-63.
30. Lavan N, Scott SK, McGettigan C (2017) Impaired generalization of speaker identity in the perception of familiar and unfamiliar voices. J Exp Psychol Gen., 145(12):1604-1614
31. Lima CF, Brancatisano O, Fancourt A, Müllensiefen D, Scott SK, Warren JD, Stewart L (2016) Impaired socio-emotional processing in a developmental music disorder. Sci Rep. 2016 Oct 11;6:34911.
32. Lima C, Krishnan S, Scott SK (2016) Roles of Supplementary Motor Areas in Auditory Processing and Auditory Imagery. Trends in Neurosciences, 39(8):527-42.
33. Wilkes J, Scott SK (2016) Poetry and Neuroscience: An Interdisciplinary Conversation. *Configuration,;*24(3):331-350
34. Meekings S, Evans S, Lavan N, Boebinger D, Krieger-Redwood K, Cooke M, Scott SK (2016) Distinct neural systems recruited when speech production is modulated by different masking sounds. *Journal of the Acoustical Society of America.140(1): 8-19*
35. Jasmin KM, McGettigan C, Agnew ZK, Lavan N, Josephs O, Cummins F, Scott SK (2016) Cohesion and joint speech – right hemisphere contributions to synchronized vocal production. *Journal of Neuroscience,* 36(17):4669-80
36. Evans, S, McGettigan, C, Agnew, ZK, Rosen, S & Scott, SK (2016) Getting the cocktail party started: Phasic and sustained neural responses in the perception of masked speech. *Journal of Cognitive Neuroscience,* 28(3):483-500.
37. Rezlescu, C; Penton, T; Walsh, V; Tsujimura, H; Scott, SK; Banissy, MJ (2015) Dominant Voices and Attractive Faces: The Contribution of Visual and Auditory Information to Integrated Person Impressions. *Journal of Nonverbal Behavior*, 39(4): 355-370.

38. Meekings S, Boebinger D, Evans S, Lima CF, Chen S, Ostarek M, Scott SK (2015) Do We Know What We're Saying? The Roles of Attention and Sensory Information During Speech Production. *Psychological Science,* 26(12):1975-7.
39. Lima CF, Lavan N, Evans S, Agnew Z, Halpern AR, Shanmugalingam P, Meekings S, Boebinger D, Ostarek M, McGettigan C, Warren JE, Scott SK (2015) Feel the noise: Relating individual differences in auditory imagery to the structure and function of sensorimotor systems. *Cerebral Cortex,* 25(11):4638-50.
40. Lavan N, Lima CF, Harvey H, Scott SK, McGettigan C (2015) I thought that I heard you laughing: Contextual facial expressions modulate the perception of authentic laughter and crying. *Cognition and Emotion*, 29(5): 935-944.
41. Bareham CA, Bekinschtein TA, Scott SK, Manly T. (2015) Does left-handedness confer resistance to spatial bias? *Scientific Reports*, 5:9162. doi: 10.1038/srep09162.
42. Agustus JL, Mahoney CJ, Downey LE, Omar R, Cohen M, White MJ, Scott SK, Mancini L, Warren JD. (2015) Functional MRI of music emotion processing in frontotemporal dementia. *Annals of the New York Academy of Sciences*, 1337:232-40. doi: 10.1111/nyas.12620.
43. Boebinger D, Evans S, Rosen S, Lima CF, Manly T, Scott SK. (2015) Musicians and non-musicians are equally adept at perceiving masked speech. *Journal of the Acoustical Society of America*, 137(1):378-87. doi: 10.1121/1.4904537.
44. Sauter DA, Eisner F, Ekman P, Scott SK (2015) Emotional vocalizations are recognized across cultures regardless of the valence of distractors. *Psychological Science*, 26(3):354-6. doi: 10.1177/0956797614560771.
45. Joseph S, Iverson P, Manohar S, Fox Z, Scott SK, Husain M. (2015) Precision of working memory for speech sounds. *Q J Exp Psychol* (Hove), 11:1-19.
46. Evans S, Meekings S, Nuttall HE, Jasmin KM, Boebinger D, Adank P, Scott SK. (2014) Does musical enrichment enhance the neural coding of syllables? Neuroscientific interventions and the importance of behavioral data. *Frontiers in Human Neuroscience*, 8:964. doi: 10.3389/fnhum.2014.00964.
47. McGettigan C, Scott SK. (2014) Voluntary and involuntary processes affect the production of verbal and non-verbal signals by the human voice (Discussion). *Behavioural and Brain Sciences*, 37(6):564-5
48. Scott SK, Lavan N, Chen S, Mcgettigan C (2014) The Social Life of Laughter. *Trends in Cognitive Neurosciences,* 18(12):618-20.

49. Bareham CA, Manly T, Pustovaya OV, Scott SK, Bekinschtein TA. (2014) Losing the left side of the world: rightward shift in human spatial attention with sleep onset. *Scientific Reports,* 4:5092. doi: 10.1038/srep05092.
50. Agnew ZK, van de Koot H, Mcgettigan C, Scott SK (2014) Do sentences with unaccusative verbs involve syntactic movement? Evidence from neuroimaging. *Language and Cognitive Processes.* 29(9):1035-1045
51. McGettigan C, Rosen S, Scott SK (2014) Lexico-semantic and acoustic-phonetic processes in the perception of noise-vocoded speech: implications for cochlear implantation. *Front Syst Neurosci*. 2014 Feb 25;8:18. doi: 10.3389/fnsys.2014.00018. eCollection 2014.
52. Kyong JS, Scott SK, Rosen S, Howe TB, Agnew ZK, McGettigan C. (2014) Exploring the Roles of Spectral Detail and Intonation Contour in Speech Intelligibility: An fMRI Study. *J Cogn Neurosci*. 26(8):1748-63
53. Boets B, Op de Beeck HP, Vandermosten M, Scott SK, Gillebert CR, Mantini D, Bulthé J, Sunaert S, Wouters J, Ghesquière P. (2013) Intact but less accessible phonetic representations in adults with dyslexia. *Science*. 2013 Dec 6;342(6163):1251-4. doi: 10.1126/science.1244333.
54. Lima CF, Alves T, Scott SK, Castro SL. (2014) In the Ear of the Beholder: How Age Shapes Emotion Processing in Nonverbal Vocalizations. *Emotion*, 14(1): 145-160.
55. Scott SK, McGettigan C. (2013) Do temporal processes underlie left hemisphere dominance in speech perception? *Brain Lang.* 2013 Oct;127(1):36-45.
56. Scott SK, McGettigan C. (2013) The neural processing of masked speech. *Hear Res*. 2013 Sep;303:58-66. doi: 10.1016/j.heares.2013.05.001.
57. Talavage TM, Gonzalez-Castillo J, Scott SK. (2013) Auditory neuroimaging with fMRI and PET. *Hear Res.* 2013 Sep 27.
58. McGettigan C, Walsh E, Jessop R, Agnew ZK, Sauter DA, Warren JE, Scott SK. (2015) Individual Differences in Laughter Perception Reveal Roles for Mentalizing and Sensorimotor Systems in the Evaluation of Emotional Authenticity. *Cereb Cortex*, 25(1):246-57
59. McGettigan C, Eisner F, Agnew ZK, Manly T, Wisbey D, Scott SK (2013) T'ain't What You Say, It's the Way That You Say It—Left Insula and Inferior Frontal Cortex Work in Interaction with Superior Temporal Regions to Control the Performance of Vocal Impersonations. *Journal of Cognitive Neuroscience*, 25(11):1875-86
60. Scott, Sophie (2013) Laughter - the ordinary and the extraordinary. *The Psychologist,* 26(4), 264-269.

61. Golestani N, Hervais-Adelman A, Obleser J, Scott SK. (2013) Semantic versus perceptual interactions in neural processing of speech-in-noise. *Neuroimage*. 2013 Oct 1;79:52-61.
62. Lima CF, Castro SL, Scott SK. (2013) When voices get emotional: A corpus of nonverbal vocalizations for research on emotion processing. *Behav Res Methods*. 2013 Feb 27. [Epub ahead of print]
63. Evans S, Kyong JS, Rosen S, Golestani, N, Warren JE, McGettigan C, Mourano-Miranda J, Wise RJS, Scott SK (2014) The Pathways for Intelligible Speech: Multivariate and Univariate Perspectives. *Cerebral Cortex*. 24(9):2350-61. doi: 10.1093/cercor/bht083
64. Agnew ZK, McGettigan C, Banks B, Scott SK. (2013) Articulatory movements modulate auditory responses to speech. *Neuroimage*, 73:191-9.
65. The neurobiology of speech perception and production-Can functional imaging tell us anything we did not already know? (2012) Scott SK. *J Commun Disord*ers, 45(6): 419-425
66. Rohrer, JD, Sauter, D; Scott, S; Rossor, MN; Warren, JD (2012) Receptive prosody in nonfluent primary progressive aphasias *Cortex*; 48(3): 308-316 DOI: 10.1016/j.cortex.2010.09.004
67. *McGettigan C, Scott SK (2012) Cortical asymmetries in speech perception: what's wrong, what's right, and what's left? Trends in Cognitive Sciences, 6(5):269-76*
68. *Mattys SL, Davis MH, Bradlow AR, and Scott SK (2012) Speech recognition in adverse conditions: A review. Language and Cognitive Processes 2012, 27 (7/8), 953-978*
69. Scott SK, Mcgettigan C (2012) Amplitude onsets and spectral energy in perceptual experience. Frontiers in Auditory Cognitive Neuroscience.
70. McGettigan C, Faulkner A, Altarelli I, Obleser J, Baverstock J, Scott SK (2012) Speech comprehension aided by multiple modalities: behavioural and neural interactions. *Neuropsychologia*, 50(5):762-76.
71. McGettigan C, Evans S, Rosen S, Agnew Z, Shah P, Scott SK (2011) An application of univariate and multivariate approaches in fMRI to quantifying the hemispheric lateralization of acoustic and linguistic processes. *Journal of Cognitive Neuroscience, 24(3):636-52.*
72. Rosen S, Wise RJS, Chadha S, Conway EJ, Scott SK (2011) Hemispheric asymmetries in speech perception: sense, nonsense and modulations. *PLoS One*, 6(9):e24672. 6(9):e24672.
73. Agnew Z, McGettigan C, Scott SK (2011) Discriminating between auditory and motor cortex responses to speech and non speech mouth sounds. *Journal of Cognitive Neuroscience*, 23(12):4038-47.

74. Omar R, Henley SM, Bartlett JW, Hailstone JC, Gordon E, Sauter DA, Frost C, Scott SK, Warren JD. (2011) The structural neuroanatomy of music emotion recognition: evidence from frontotemporal lobar degeneration. *Neuroimage*, 56(3):1814-21.
75. Golestani NA, Price CJ and Scott SK (2011). Born with an ear for dialects? Structural plasticity in the 'expert' phonetician brain. *Journal of Neuroscience*, 31(11):4213-20.
76. Jones CRG, Pickles A, Falcaro M, Marsden AJS, Happé F, Scott SK, Sauter DA, Trgay J, Phillips RJ, Baird G, Simonoff E, Charman T (2011) A Multimodal Approach to Emotion Recognition Ability in Autism Spectrum Disorders. *Journal of Child Psychology and Psychiatry*, 52(3): 275-285
77. McGettigan C, Warren JE, Eisner F, Marshall CM, Shanmugalingam P and Scott SK (2011) Sublexical processing in phonological working memory: neural responses to pseudoword length and complexity. *Journal of Cognitive Neuroscience*. 23(4): 961-77.
78. Scott SK, Evans S. (2010) Categorizing speech. *Nature Neuroscience*. 13(11):1304-6.
79. Banissy M, Sauter DA, Ward J, Warren JE, Walsh V, Scott SK (2010) Suppressing sensorimotor activity modulates the discrimination of auditory emotions but not speaker identity. *Journal of Neuroscience*. 30(41): 13552-13557.
80. Sharp DJ, Turkheimer F, Bose S, Scott SK & Wise RJS (2010) Increased fronto-parietal integration after stroke and cognitive recovery. *Annals of Neurology.* 68(5): 753-756
81. Takaso H, Eisner F, Wise RJS and Scott SK (2010) The effect of delayed auditory feedback on activity in the temporal lobe while speaking: A PET study. *Journal of Speech Hearing and Language Research*. 53(2): 226-36.
82. Sauter DA, Calder AJ, Eisner F, and Scott SK (2010) Perceptual cues in non-verbal vocal expressions of emotion. *Quarterly Journal of Experimental Psychology.* 63(11): 2251-72.
83. Mcgettigan C, Agnew Z, Scott SK (2010) Are articulatory commands automatically and involuntarily activated during speech perception? *PNAS,* 107 (12):E42
84. Eisner F, McGettigan C, Faulkner A, Rosen S, and Scott SK (2010) Inferior frontal gyrus activation predicts individual differences in perceptual learning of cochlear-implant simulations. *Journal of Neuroscience,* 30(21):7179-86.
85. Sauter DA, Eisner F, Ekman P, Scott SK (2010) The universality of human emotional vocalisations. *PNAS,* 107(6):2408-12.

86. Friederici A, Kotz SA, Scott SK, Obleser, J (2009) Disentangling Syntax and Intelligibility in Auditory Language Comprehension. *Human Brain Mapping* 31(3):448-57.
87. Sharp DJ, Warren JE, Awad M, Wise RJS, Vigliocco G and Scott SK (2010) The neural response to changing semantic and perceptual complexity during language processing. *Human Brain Mapping,* 31(3):365-77.
88. Rauschecker JP and Scott SK (2009) Maps and Streams in the Auditory Cortex: How work in non-human primates has contributed to our understanding of human speech processing. *Nature Neuroscience,* 12(6):718-724.
89. Scott SK, McGettigan C and Eisner F (2009) A little more conversation, a little less action: candidate roles for motor cortex in speech perception. *Nature Reviews Neuroscience.* 10(4):295-302
90. Scott SK, Rosen S, Beaman CP, Davis J, and Wise RJS (2009) The neural processing of masked speech: evidence for dual mechanisms in informational masking *Journal of the Acoustical Society of America* 125(3) 1737-1743.
91. Golestani NA, Rosen S, Scott SK (2009) Native-language benefit for understanding speech-in-noise: the contribution of semantics. *Bilingualism: Language and Cognition,* 2(3): 385-392.
92. Adank P, Evans B, Stuart-Smith J, Scott SK (2009) Comprehension of familiar and unfamiliar native accents under adverse listening conditions. *Journal of Experimental Psychology: Human Perception and Performance,* 35(2):520-9.
93. Scott SK, (2009). "Speech Perception: cortical processing". *Encyclopedia of Neuroscience*. (L.R. Squire, Editor). Oxford: Academic Press.
94. Scott SK (2008) Voice processing in monkey and human brains. *Trends in Cognitive Sciences*, 12(9): 323-325.
95. Sauter, DA; Scott, SK (2007) More than one kind of happiness: Can we recognize vocal expressions of different positive states? *Motivation and Emotion*, 31:192-199
96. Awad M, Warren JE, Scott SK, Turkheimer FE, Wise RJ. (2007) A common system for the comprehension and production of narrative speech. *J Neurosci*. 2007 Oct 24;27(43):11455-64.
97. Obleser J, Wise RJ, Alex Dresner M, Scott SK. (2007) Functional integration across brain regions improves speech perception under adverse listening conditions. *J Neurosci*. 2007 Feb 28;27(9):2283-9.
98. Beaman C.P., Bridges, A.M., Scott S.K. (2007) From dichotic listening to the irrelevant sound effect: A behavioural and neuroimaging analysis of the processing of unattended speech. *Cortex*, 43(1):124-34

99. Warren JE, Sauter DA, Eisner F, Wiland J, Dresner MA, Wise RJ, Rosen S, Scott SK. (2006) Positive emotions preferentially engage an auditory-motor "mirror" system. *J Neurosci*. 2006 Dec 13;26(50):13067-75.
100. Jacquemot C, Scott SK. (2006) What is the relationship between phonological short-term memory and speech processing? *Trends Cogn Sci*. 2006 Nov;10(11):480-6.
101. Spitsyna G, Warren JE, Scott SK, Turkheimer FE, Wise RJ. (2006) Converging language streams in the human temporal lobe. *J Neurosci*. 2006 Jul 12;26(28):7328-36.
102. Scott SK. (2006) Language processing: the neural basis of nouns and verbs. *Curr Biol*. 2006 Apr 18;16(8):R295-6.
103. Warren JD, Scott SK, Price CJ, Griffiths TD. (2006) Human brain mechanisms for the early analysis of voices. *Neuroimage*. 2006 Jul 1;31(3):1389-97.
104. Sharp D., Scott S.K., Mehta Mc.M., Wise RJS (2006) The Neural Correlates of Declining Performance with Age: Evidence for Age-Related Changes in Cognitive Control. *Cerebral Cortex*, 16(12):1739-49
105. Scott S.K., Rosen S., Lang, H., Wise, R.J.S (2006) Neural correlates of intelligibility in speech investigated with noise vocoded speech – a Positron Emission Tomography study. *Journal of the Acoustical Society of America*, 120(2):1075-83
106. Vigliocco G, Warren J, Siri S, Arcuili J, Scott S, Wise R (2006) The role of semantics and grammatical class in the neural representation of words. *Cerebral Cortex*, 16(12): 1790-1796.
107. Obleser JF, Scott SK, Eulitz C (2006) Now you hear it, now you don't: Transient traces of consonants and their nonspeech analogues in the human brain. *Cerebral Cortex*, 16(8):1069-76
108. Scott SK, Clegg F., Rudge, P, Burgess PW (2006) Foreign accent syndrome, speech rhythm and the functional neuronatomy of speech production. *Journal of Neurolinguistics*, 19(5): 370-384
109. Scott SK (2005) Auditory processing - Speech, space and auditory objects. *Current Opinions in Neurobiology*, 15, 197-201
110. Blair R.J.R., Budhani S., Colledge E., Scott S. (2005) Deafness to fear in boys with psychopathic tendencies. *Journal of Child Psychology and Psychiatry and Allied Disciplines*, 46(3):327-336.
111. Sharp D., Scott SK., Cutler A., Wise RJS (2005) Neuroanatomy of word reconstruction. *Brain and Language*, 92, 309-319.
112. Sharp DJ, Scott SK, Wise RJ. (2004) Retrieving meaning after temporal lobe infarction: the role of the basal language area. *Annals of Neurology*, 56(6):836-46.

113.     Richardson U., Thompson J., Scott SK, Goswami UC (2004) Auditory processing skills and phonological representation in dyslexic. *Dyslexia*, 10(3):215-33.
114.     Barnard, P. J. Scott, S.K., Taylor J., May J., and Knightly W. (2004) Paying attention to meaning, *Psychological Science*, 15, 179-186
115.     Griffiths TD, Warren J, Scott S.K., Nelken I, King A (2004) 'The cortical processing of complex sounds: a way forward?' *Trends in Neurosciences*, 27(4):181-5.
116.     Scott SK (2004) The neural basis of concrete words – what's right and what's left? *Trends in Cognitive Sciences*, 8(4):151-153.
117.     Scott, SK, Wise, RJS (2004) the functional neuroanatomy of prelexical processing of speech. *Cognition*, 92(1-2):13-45.
118.     Scott, SK, Rosen, S, Wickham, L, Wise, RJS (2004) A positron emission tomography study of the neural basis of informational and energetic masking effects in speech perception. *Journal of the Acoustical Society of America*, 115 (2), 813-821.
119.     Sharp DJ, Scott SK, Wise RJS (2004) Monitoring and the controlled processing of meaning: distinct prefrontal systems. *Cerebral Cortex*, 14 (1): 1-10.
120.     Narain, C, Scott, SK, Wise, RJS, Rosen, S, Leff, AP, Iversen, SD, Matthews, PM (2003) Defining a left-lateralised response specific to intelligible speech using fMRI. *Cerebral Cortex*, 13:1362-1368.
121.     Scott SK, (2003) How might we best conceptualise speech perception? The view from neurobiology. *Journal of Phonetics*, 31(3-4): 417-422.
122.     Burgess PW, Scott SK, Frith CD. (2003) The role of the rostral frontal cortex (area 10) in prospective memory: a lateral versus medial dissociation. *Neuropsychologia*; 41(8):906-18.
123.     Calder AJ, Keane J, Manly T, Sprengelmeyer R, Scott S, Nimmo-Smith I, Young AW. (2003)  Facial expression recognition across the adult life span. *Neuropsychologia;* 41(2):195-202.
124.     Manly T, Owen AM, McAvinue L, Datta A, Lewis GH, Scott SK, Rorden C, Pickard J, Robertson IH. (2003) Enhancing the sensitivity of a sustained attention task to frontal damage: convergent clinical and functional imaging evidence. *Neurocase,* 9(4):340-9.
125.     Scott, SK, Johnsrude, IS. (2003) The neuroanatomical and functional organization of speech perception. *Trends Neurosci*.; 26(2):100-7.
126.     Scott SK, Leff AP, Wise RJ. (2003) Going beyond the information given: a neural system supporting semantic interpretation. *Neuroimage;* 19(3):870-6.

127.  Scott, S. K. and Wise, R. J. S. (2003) Functional Imaging and Language: A Critical Guide to Methodology and Analysis. *Speech Communication*. 41(1) 7-21.
128.  Scott, S. K. and Wise, R. J. S. (2003) PET and fMRI studies of the neural basis of speech perception. *Speech Communication*, 41(1) 23-34.
129.  Blair RJ, Mitchell DG, Richell RA, Kelly S, Leonard A, Newman C, Scott SK. (2002) Turning a deaf ear to fear: impaired recognition of vocal affect in psychopathic individuals. *J Abnorm Psychol*.; 111(4):682-6.
130.  Blank SC, Scott SK, Murphy K, Warburton E, Wise RJ. (2002) Speech production: Wernicke, Broca and beyond. *Brain*; 125(8):1829-38.
131.  Calder AJ, Lawrence AD, Keane J, Scott SK, Owen AM, Christoffels I, Young AW. (2002) Reading the mind from eye gaze. *Neuropsychologia.* 2002;40(8):1129-38.
132.  Goswami U, Thomson J, Richardson U, Stainthorp R, Hughes D, Rosen S, Scott SK. (2002) Amplitude envelope onsets and developmental dyslexia: A new hypothesis. *Proc Natl Acad Sci U S A*.; 99(16):10911-6.
133.  Leff A, Crinion J, Scott S, Turkheimer F, Howard D, Wise R. (2002) A physiological change in the homotopic cortex following left posterior temporal lobe infarction. *Ann Neurol.;* 51(5):553-8.
134.  Owen AM, Menon DK, Johnsrude IS, Bor D, Scott SK, Manly T, Williams EJ, Mummery C, Pickard JD. (2002) Detecting residual cognitive function in persistent vegetative state. *Neurocase*; 8(5):394-403.
135.  Barnard PJ, Scott SK, May J. (2001) When the central executive lets us down: Schemas, attention, and load in a generative working memory task. *Memory*; 9(4):209-221.
136.  Leff A. P, Crewes, H., Plant, G. T., Scott, S. K., Kennard, C., Wise, R.J.S. (2001). The functional anatomy of single word reading in patients with haemianopic and pure alexia. *Brain*, 124, 510-521.
137.  Leff A.P., Scott S. K., Rothwell J.C., Wise R.J.S. (2001) The planning and guiding of reading saccades: a repetitive transcranial magnetic stimulation study. *Cerebral Cortex*; Oct;11(10):918-23.
138.  Scott, S. K., Barnard, P.J., May, J. (2001) Specifying executive representations and processes in number generation tasks. *Quarterly Journal of Experimental Psychology: Section A: Human Experimental Psychology.* 54(3):641-64.
139.  Wise, RJS, Scott, S. K., Blank, S. C, Mummery, CJ, Warburton, E (2001) Identifying separate neural sub-systems within 'Wernicke's area', *Brain*, 124, 83-95.

...

140. Leff A. P, Scott, S. K., Crewes, H., Howard, D., Cowie, A., Wise, R.J.S., (2000) Impaired reading in patients with right hemianopia. *Annals of Neurology*, 47(2), 171-178.
141. Scott, S. K., Blank, S. C., Rosen S., and Wise, R. J. S. (2000) Identification of a pathway for intelligible speech in the left temporal lobe. *Brain* 123, 2400-2406.
142. Scott, S. K., Holmes, A., Friston, K.J., and Wise, R.J.S. (2000) A fronto-thalamic system for response choice. *Neuroreport*, 11 (7), 1523-1527.
143. Wise, R.J.S., Howard, D., Mummery, C.J., Fletcher, P., Leff, A., Büchel, C., Scott, S. K. (2000) Noun imageability and the temporal lobes. *Neuropsychologia* 38 (7), 985-994.
144. Morris, J.S., Scott, S. K., Dolan, R.J. (1999) Saying it with feeling: neural responses to emotional vocalizations. N*europsychologica*., 37(10), 1155-1163.
145. Mummery, C.J., Ashburner, J., Scott, S. K., and Wise, R.J.S. (1999) Functional neuroimaging of speech perception in six normal and two aphasic patients. *Journal of the Acoustical Society of America*, 106 (1) 449-457.
146. Wise, R.J.S., Greene, J., Büchel, C., Scott, S. K. (1999) Brain systems for word perception and articulation *The Lancet,* 353 (9158), 1057-1061.
147. Phillips, M.L., Young A.W., Scott, S.K., Calder, A.J., Andrew, C., Giampietro, V., Williams, S.C.R., Bullmore, E.T., Brammer, M., and Gray, J.A. (1998) Neural responses to facial and vocal expressions of fear and disgust. *Proceedings of the Royal Society B,* 265 (1408), 1809-1817.
148. Scott, S. K. (1998) The Point of P-centres. *Psychological Research*, 61(1), 4-11.
149. Scott, S. K., Young, A. W., Calder, A. J., Hellawell, D. J., Aggleton, J. P., Johnson, M., (1997) Impaired auditory recognition of fear and anger following bilateral amygdala lesions. *Nature*, 385, 254-257.