**QUENTIN L. VAN METER, M.D.**          **updated 5 March, 2023**
**1800 Howell Mill Road NW, Suite 475**
**Atlanta, Georgia  30318**                      **(678) 961-2100**

## PERSONAL

| | |
|---|---|
| Home Address: | 26 Paces West Drive NW, Atlanta GA 30327 |
| Home Phone: | (404) 963-5618 |
| Date of Birth: | September 13, 1947 |
| Place of Birth: | Laramie, Wyoming |
| Citizenship: | USA |

## EDUCATION:

| | |
|---|---|
| Undergraduate: | College of William & Mary, 1969 <br> B.S. – 1969 |
| Medical School: | Medical College of Virginia, 1973 <br> M.D. – 1973 |

## CLINICAL TRAINING:

| | |
|---|---|
| Institution: | The University of California, San Francisco |
| Hospital: | Naval Regional Medical Center, Oakland |
| Position: | Pediatric Intern – 1973 – 1974 <br> Pediatric Resident – 1974 – 1976 |
| Institution: | Johns Hopkins University |
| Hospital: | Johns Hopkins Hospital |
| Position: | Fellow, Pediatric Endocrinology 1978 – 1980 <br>     Fellowship Program Director:  Claude Migeon, M.D. |
| Current Position: | Pediatric Endocrinologist <br> Van Meter Pediatric Endocrinology, P.C. <br> 1800 Howell Mill Road, Suite 475 <br> Atlanta, Georgia   30318 |

## PROFESSIONAL CERTIFICATION & SOCIETIES:

Diplomate, National Board of Medical Examiners, 1974

American Board of Pediatrics, certified in general pediatrics, 1978, sub-board certified in Pediatric Endocrinology, 1983

DX
34

| | |
|---|---|
| Fellow: | American Academy of Pediatrics, Georgia Chapter 1975 -present<br>President, Uniformed Services West Chapter, 1987 – 1990<br>District VIII member, AAP Committee on Awards for<br>  Excellence in Research, 1990-1994<br>Editor, <u>The Georgia Pediatrician</u>, 1994 – 1998 |
| | Chairman, Georgia Chapter Legislative Committee, 1996 – 2006 |
| Fellow: | The American College of Pediatricians, 2007 – present<br>Member of the Board of Directors, 2008- present<br>Immediate Past President |
| Member: | Pediatric Endocrine Society, 1989 – present |
| Member: | American Diabetes Association Professional Section, 1988 – present |
| Member: | Endocrine Society, 1994-present |
| Member: | Southern Pediatric Endocrine Society, 1992 – Present |
| Member: | American Association of Clinical Endocrinologists, 2005 – 2022 |
| Licensure: | Georgia, #34734 |

## FACULTY POSITIONS:

| | |
|---|---|
| Institution: | Morehouse School of Medicine |
| Position: | Associate Clinical Professor, Pediatrics, 2004 – present |
| Institution: | Emory University School of Medicine |
| Position: | Adjunct Associate Professor, Pediatrics, 1991 – 2020 |
| Institution: | University of California, San Francisco |
| Position: | Associate Clinical Professor, Pediatrics, 1989 – 1991 |
| Institution: | University of California, San Diego, School of Medicine |
| Position: | Assistant Clinical Professor, Pediatrics, 1980 – 1986 |
| Institution: | LSU School of Medicine, Clinical Instructor, Pediatrics, 1977 – 1978 |

## MILITARY SERVICE:

| | |
|---|---|
| Commission: | Medical Corps, United States Navy, August 1971 |
| Rank: | Captain, retired |
| Duty Stations: | Health Professional Scholarship Student, 1971 – 1974 |
| | Intern and Resident, Pediatrics, Naval Regional Medical Center,<br>Oakland, 1973 – 1976 |
| | Staff Pediatrician, Naval Regional Medical Center,<br>Oakland, 1976 |

Staff Pediatrician, Naval Regional Medical Center,
New Orleans, 1976 – 1978

Full time out-service fellow in Pediatric Endocrinology,
Johns Hopkins Hospital, 1978 – 1980

Staff Pediatric Endocrinologist, Naval Hospital San Diego,
1980 – 1986

Chairman and Director, Residency Training, Department of Pediatrics
Naval Hospital Oakland, 1986 – 1991

OTHER PROFESSIONAL ACTIVITIES:

Consultant, Pediatric Endocrinology,
Nellis Air Force Base Hospital, Las Vegas, Nevada
1981 – 1991

Consultant, Pediatric Endocrinology,
Naval Hospital Lemoore, CA
1986 – 1991

Consultant, Pediatric Endocrinology,
Letterman Army Medical Center, Presidio of San Francisco, CA
1990 – 1991

Consulting Endocrinologist,
Columbus Regional Medical Center, Columbus, GA
1991 – 1994

Pediatrician and Pediatric Endocrinologist, partner
Fayette Medical Clinic
Peachtree City, Georgia   30269
September 1991 –  October 2003

Speaker's Bureau
        Novo Nordisk
        Eton Pharamceuticals
AAP Eqipp course on Growth- development committee- 2012

PUBLICATIONS:   (Articles in Peer Reviewed Journals)

Riddick, JR, Flora R., Van Meter, QL:
"Computerized Preparation of Two-Way Analysis of Variance
Control Charts for Clinical Chemistry," Clinical Chemistry,
18:250, March 1972.

Van Meter, QL, Gareis FJ, Hayes, JW, Wilson, CB:
 "Galactorrhea in a 12 Year Old Boy with Chromophobe Adenoma,"
 J. Pediatrics 90:756, May 1977.

Plotnick, LP, Van Meter, QL, Kowarski, AA, "Human Growth Hormone
Treatment of Children with Growth Failure and Normal Growth
Hormone Levels by Immunoassay:  Lack of Correlation with
Somatomedin Generation: Pediatrics 71:324, March 1983.

Brawley, RW, Van Meter, QL, "Mebendazole Ascaris Migration," W.J.
Med, 145:514015, October 1986.

Van Meter, QL, "The Role of the Primary Care Physician in Caring for
Patients with Type-1 Diabetes," Comp Ther 1998; 24(2):93–101

Midyett LK, Rogol AD, Van Meter QL, Frane J, and Bright GM,
"Recombinant Insulin-Like Growth factor (IGF)-I Treatment in Short
Children with Low IGF-I Levels: First-Year Results from a Randomized
Clinical Trial," J Clin Endocrinol Metab, 2010;95:611–619.

Laidlaw MK, Van Meter QL, Hruz PW, Von Mol A, and Malone WJ,
Letter to the Editor: "Endocrine Treatment of Gender-Dysphoric/Gender-
Incongruent Persons: An Endocrine Society Clinical Practice Guideline,"
J CLin Endo Metab 2019;104: 1-2.

Van Meter QL, Bringing Transparency to the Treatment of Transgender
Persons, Issues in Law and Medicine 2019:34;147-152.

Laidlaw, MK Von Mol A,Van Meter Q, and Hansen JE, Letter to the
Editor from Laidlaw et al: "erythrocytoisis in a large cohort of
thansgender Men using testosterone: a long-term follow-up study on
prevalence, determinants, and exposure years" J Clin Endocrinol Metab,
2021 December 2021, e5275-35276 Https://doi/10.1210/clinem/dg ab514

ABSTRACTS/LETTERS:

Van Meter,Q L,  & Lee, PA: "Evaluation of Puberty in Male and Female
Patients with Noonan Syndrome,"  Pediatric Research 14:485, 1980.

Van Meter, QL, et al:  "Characterization of Pituitary Function in Double Bolus GnRH Infusion as a Diagnostic Tool," <u>Pediatric Research</u> 32:111, 1984.

Van Meter, QL, Felix, SD, Lin, FL:  "Evaluation of the Pituitary-Adrenal Axis in Patients Treated with nasal Beclomethasone," (Presented at the 1991 Annual Meeting of the Endocrine Society and the 6th Annual Naval Academic Research Competition, Bethesda, MD, 17 May, 1991).

Rogol AD Midyett LK Van Meter Q, Frane J, Baily J, and Bright GM, Recombinant Human IGF-1 for Children with Primary IGF-1 Deficiency (IGFD): Safety Data from Ongoing Clinical Trials (presented at the PAS 2007, Toronto).

Van Meter Q, Midyett LK, Deeb L et al, Prevalence of primary IGFD among untreated children with short stature in a prospective, multicenter study (Poster POO715) ICE Rio de Janeiro, Brazil 2008.

G.M. Bright[1], W.V.Moore[2], J.Nguyen[3], G. Kletter[4], B. S. Miller[5], Q. L. Van Meter[6], E. Humphriss[1], J.A. Moore[7] and J.L. Cleland[1] Results of a Phase 1b Study of a new long-acting human growth hormone (VRS-317) in pediatric growth hormone deficiency (PGHD).  PAS 2014 May 2014

Van Meter Q, Welstead B and Low J, Characteristics of a Population of Obese Children and Adolescents: Suggesting a New Paradigm, presented at ESPE meeting, Dublin 2014.

Wayne V. Moore[1], Patricia Y. Fechner[2], Huong Jil Nguyen[3], Quentin L. Van Meter[4], John S. Fuqua[5] , Bradley S. Miller[6], David Ng[7], Eric Humphriss[8],  R. W. Charlton[8], George M. Bright[8,] Safety and Efficacy of Somavaratan (VRS-317), a Long-Acting rhGH, in Children with Growth Hormone Deficiency (GHD): 3-Year Update of the VERTICAL & VISTA Trials, presented at the 2017 Endocrine Society  meeting in Orlando FL

Bradley S. Miller[1], Wayne V. Moore[2], Patricia Y. Fechner[3], Huong Jil Nguyen[4], Quentin L. Van Meter[5], John S. Fuqua[6], David Ng[7], Eric Humphriss[8], R. W. Charlton[8], George M. Bright[8], 3-Year Update of the Phase 2a and Long-term Safety Studies (VERTICAL and VISTA) of Somavaratan (VRS-317), a Long-acting rhGH for the Treatment of Pediatric Growth Hormone Deficiency, presented at the 2017 IMPE meeting in Washington D.C.

ADDITIONAL PRESENTATIONS/LECTURES:

Pediatrics Update, CME Associates, San Diego – Orlando Annual Conferences: Lectures on Pediatric Endocrine Subjects – 1986 – 2001. Course Moderator, 1997, 1998, 1999, 2000, 2001

Endocrine and Gastroenterology Update, CME Associates, Maui HI Nov 2001, Lecturer and Course Moderator

Lecture on Panhypopitutarism, Pharmacia Conference, Nashville TN April 2002.

Family Medicine Review Course, Orlando, FL, 1992 – 2001

Pediatric Grand Rounds, Tanner Medical Center, October 1997

Pediatric Grand Rounds, Hughes Spaulding Children's Hospital, September, 2003

Pediatrics in the Park, Fall CME meeting for the Georgia Chapter of the American Academy of Pediatrics, November 2003

Pediatric Grand Rounds, Columbus Regional Medical Center, January 2004

Frontiers in Pediatrics CME Course, sponsored by the Atlanta Children's Health Network, Atlanta, March 2004.

Pediatric Grand Rounds, Eggleston Children's Hospital, May 2004.

Sue Schley Matthews Pediatric Conference, Columbus Regional Medical Center, September 2004

56th Annual Scientific Assembly and Exhibition of the Georgia Academy of Family Physicians, Nov 2004

Program Co-Chairman: Southern Pediatric Endocrine Society Annual meeting, Nov 2004, November 2014

Presentations on Diabetes, Growth Failure, and Thyroid Disease to the Postgraduate Pediatric Nurse Practitioner Program, Georgia State University, Nov 2005, June 2006, May 2007

Issues in Medicine, US Medical Congress Conference and Exhibition, Las Vegas, meeting planner and speaker, June, 2006

CME Presentations for the Georgia Chapter of the American Academy of Pediatrics Spring and Fall Meetings 2004-present

Pediatric Grand Rounds, Columbus Regional Medical Center, Columbus, GA,  2011-present

Human Growth Foundation Regional CME Conference, Atlanta GA March 2013, February 2014 Columbus Georgia

International Federation of Therapeutic Counseling Choice:  Transgender Medicine, IFTCC Launch, October 15, 2018 London, Third International Congress, October 25 2018 Budapest.

Southern Pediatric Endocrine Society, Orlando FL, Feb 2019

Matthew Bulfin Conference, Indianapolis IN April 2019

CMDA annual conference, Ridgecrest NC, May 2019

Support 4 Family conference, London, UK  June 2019

Audio Digest Pediatrics - ① v. 41, no. 4; ② v. 41, no. 20; ③ v. 43, no. 17

Audio Digest Family Practice -  ① v. 42, no. 5; ② v. 44, no. 11; ③ v. 44, no. 44;  ④ v. 45, no 15

Audio Digest Otolaryngology - ① v. 32, no. 14


## CURRENT HOSPITAL APPOINTMENTS:

Eggleston/Scottish Rite Children's Hospitals, active staff, Pediatric Endocrinology


## PAST AND CURRENT CLINICAL RESEARCH:

| 2006 | Sanofi-Aventis HMR1964D/3001 | study completed 2007 |
| 2006 | Tercica MS301- | study completed 2008 |
| 2007 | Tercica MS310- | study completed 2008 |
| 2007 | Tercica MS306- | study completed 2010 |
| 2007 | Tercica MS316- | study completed 2012 |
| 2008 | EMD Serono 28358 | study completed 2009 |
| 2012 | Versartis 12VR2 | study completed 2014 |
| 2012 | Debiopharm 8206-CPP-301 | study started July 2012 |
| 2013 | Versartis 13 VR3 | study started Dec 2013 |
| 2014 | Novo-Nordisk Elipse | study started 2014 |
| 2015 | Versartis 14 VR4 | study completed 2017 |
| 2017 | Mannkind MKC-TI-155 | study completed 2019 |
| 2018 | Abbvie M16-904 | study started 2018 |
| 2019 | Novo-Nordisk Real-4 | study started 2019 |
| 2019 | Lilly 18B-MC-ITSB | study started 2019 |
| 2021 | Pfizer PROGRES | study started 2021 |

| 2021 | Lumos OragrowtH210 | study started July 2021 |
| 2022 | Novo-Nordisk Real-8 | study started July 2022 |

**LEGAL EXPERT WITNESS:**

| | |
|---|---|
| 2017 | North Carolina Legislature- transgender bathroom bill |
| 2018 | Jessica Siefert transgender case, Cincinnati, OH |
| 2018 | Alberta, Canada school system transgender case |
| 2018 | Decatur GA School Board transgender case |
| 2019 | British Columbia transgender case |
| 2019 | Gavin Grimm transgender case, Gloucester County, VA |
| 2019 | Rowe vs Isle of Wight School Board, UK |
| 2019 | Younger transgender case, Dallas, TX |
| 2020 | Alabama State House and Senate committee hearings |
| 2020 | Pennsylvania State House Health Subcommittee hearings |
| 2020 | Iowa State House committee hearing |
| 2020 | California State House committee hearing |
| 2020 | Harris County TX custody case |
| 2021 | Missouri State House committee hearing |
| 2021 | NAACP *v* State of Arkansas |
| 2022 | Seifert Civil Suit affidavit |
| 2022 | development of Florida GAPMS |
| 2022 | testimony before Florida State Medical Board |
| 2023 | testimony before Idaho legislative hearing |
| 2023 | testimony prepared for Kansas state legislative hearing |