Joseph Robert Zanga, MD, FAAP

CURRICULUM VITAE

1      Joseph Robert Zanga, MD, FAAP
2      Chief of Pediatrics – Columbus Regional Health (Retired - July 2015)
3      President, 1997–1998, American Academy of Pediatrics
4      President, 2002 - 2007, American College of Pediatricians

1. PERSONAL INFORMATION:

   1.1  Business Address:   2031 Long Point Trail
                            Sanford, NC 27332
                            919 343 2003

   1.2  Married to:         Christine E. Zanga (1969)
        Children:           Catherine A. Zanga, JD (Deceased 2014)
                            Joseph R. Zanga, Jr., MD

2. LICENSURE:

   2.1 Licensed in the State of Georgia #062014 (Inactive)
   2.2 Licensed in the State of North Carolina #2003–00108

   2.3 Licensed in the State of Illinois #036–101427 (Inactive)
   2.4 Licensed in the State of Louisiana #12064R (Inactive)
   2.5 Licensed in the Commonwealth of Virginia #2282 (Inactive)
   2.6 Licensed in the State of New York #119949 (Inactive)

   2.7 Diplomat of the National Board of Medical Examiners
   2.8 American Board of Pediatrics, Certification #20986
   2.9 Pediatric Advanced Life Support (PALS) Provider and
       Instructor Credentialed, 1989, Re-credentialed, 1992, 1995

3. EDUCATION:
   3.1 Loyola University – Stritch School of Medicine, MD degree conferred June 1971
   3.2 Fordham University – New York City B.S. Biology awarded June 1966

4. POSTDOCTORAL TRAINING:

   4.1  Certificate in Health Care Management, Loyola University Chicago, June 20, 2001

   4.2  MCH/APA National Faculty Scholars Development Program, 1999–2001

   4.3  Ambulatory Pediatric Fellowship, 1974–75, Robert Haggerty, MD, Chair, and Evan Charney, MD, Program Director, at Strong Memorial Hospital of the University of Rochester, Rochester, New York

   4.4  Chief Residency in Pediatrics, 1973–74, William Laupus, MD, Chair, at the Medical College of Virginia, Richmond, Virginia (Now VCU School of Medicine)

   4.5  Pediatric Residency, 1972–73, William Laupus, MD, Chair, at the Medical College of Virginia, Richmond, Virginia (Now VCU School of Medicine)

   4.6  Pediatric Internship, 1971–72, David Yi–Yung Hsia, MD, Chair, at the Loyola University Medical Center, Maywood, Illinois

5. PAST ACADEMIC APPOINTMENTS:

DX 35

<u>5     Chief of Pediatrics – Columbus Regional Health (Retired - July 2015)</u>
<u>6             Clinical Professor of Pediatrics – Medical College of Georgia</u>
<u>7              Clinical Professor of Pediatrics – Philadelphia College of Osteopathic Medicine</u>
<u>                  Clinical Professor of Pediatrics – Mercer University School of Medicine</u>

- 5.1 Assistant Dean for Primary Care and Director, Office of Generalist Programs, East Carolina Brody School Of Medicine, Max and Catherine Joyner Endowed Professor in Primary Care, 2003(January)– Retired 2009 (December)

- 5.2 Chair, Department of Pediatrics, M. C. Clark Endowed Professor of Pediatrics, Loyola University, Stritch School of Medicine, 2000(January) –2002(December)

- 5.3 Vice Chair, Department of Pediatrics, Louisiana State University Medical Center 1997(January)–1999(December)

- 5.4 Professor of Pediatrics and Emergency Medicine with Tenure, LSUMC (Associate Appointment, Tulane Medical School) 1997–1999

- 5.5 Professor of Pediatrics and Emergency Medicine with Tenure, Virginia Commonwealth University/Medical College of Virginia, 1996

- 5.6 Professor of Pediatrics with Tenure, Medical College of Virginia, 1987–1996

- 5.7 Chair, Division General Pediatrics and Emergency Care, Medical College of Virginia, 1987–1996

- 5.8 Director, Virginia Injury Prevention Center, Medical College of Virginia, 1987–1996

- 5.9 Director, Developmental/Behavioral Fellowship, Medical College of Virginia, 1986–1993

- 5.10 Director, Community Pediatric Fellowship, Medical College of Virginia, 1979–1993

- 5.11 Associate Professor of Pediatrics, Medical College of Virginia, 1978–1987 (Tenure granted 1981)

- 5.12 Director, Section of Ambulatory and Emergency Care, Department of Pediatrics, Children's Medical Center, Medical College of Virginia, 1978–1987

- 5.13 Project Director, Health Underserved Rural Areas Program, Department of Pediatrics, University of Virginia Medical Center, 1976–1978

- 5.14 Assistant Professor of Pediatrics, University of Virginia, 1975–1978

- 5.15 Project Director, Children and Youth Project, Department of Pediatrics, University of Virginia Medical Center, 1975–1978

- 5.16 Coordinator, Ambulatory Pediatric Fellowship Program, University of Virginia School of Medicine, 1975–1978

- 5.17 Instructor in Pediatrics, University of Rochester, 1974–1975

6. MEMBERSHIPS:
   6.1 Georgia Chapter of the American Academy of Pediatrics, 2009 - 2019
         Board of Directors – Permanent Adviser
         Fall CME Program Committee, 2009 – 2019
             Chair – 2011, 2014

      Honorary President (Elected by the Board) June 2016 – June 2017
      Georgia Pediatric Health Improvement Coalition Board, 2011 – 2017
        Co-Chair IT/Telemedicine Committee, 2012 - 2017

6,2  Medical Association of Georgia, 2009 – Present (Life Member)
      Task Force on Health Insurance and Medicare (2018)
     Muscogee County Medical Society
       Executive Committee and Chair Program Committee, 2010 - 2013
       Elected Delegate to Medical Association of Georgia, 2011 – 2019

6.3  Georgia Alliance of Community Hospitals 2010 - 2014

6.4  American College of Pediatricians (Board of Director – 2002 – 2014)
     Member Founding Board (2002)
     President 2002–2007 (Re Elected 2005)

6.5  North Carolina Pediatric Society/NC Chapter of the American Academy of Pediatrics, 2003–2010, 2019-Present

6.6  American Medical Association, 1995-Present

    Section on Medical Schools – BSOM elected faculty representative, 2004-2009

        At-Large member, 2009 - 2011

    Region 4 (Southeast) Medical Student Section – Elected Faculty Advisor, 2008 - 2010

6.7  North Carolina Medical Society, 2003–2010, 2019 - Present
     Pitt County Medical Society Delegate, 2004-2009

    Family and Public Health Committee, 2005-2009

6.8  Medical Institute for Sexual Health, Board of Directors, 2001–2005

    Advisory Board – 2019 - Present

6.9  Ambulatory Pediatric Association, 1978–2013

6.10  American Academy of Pediatrics (Life Fellow)

    Past Presidents' Advisory Committee (Founding Chair), 1998 - Present
    Chair, Committee on Board Compensation 2000–2001
    Chair, Executive Committee, Section on Bioethics, 1999–2003,
    Section on Bioethics Nominating Committee, 2003–2005
    **President  1997–1998**
    Vice President/President Elect 1996–1997
    Board of Directors, 1989–1998
    Advisory Committees to the Board on Membership and 5 others, 1989 - 1995
      Chair, Advisory Committee on Research, 1992
      Chair, Advisory Committee on Membership, 1993
      Chair, Advisory Committee on Development, 1994
    Advisory Committee to the Board on Strategic Planning, 1992–1994, 1997–1998
    Chair, District IV (Southeast), 1989–1995
    Alternate District Chair, District IV, 1988–1989
    Chair, Founding Chair, Section on School Health, 1987–1989
    Council on Sections, 1987–1989
    Committee on School Health, 1981–1987; Chair, 1983–1987
    Council on Child and Adolescent Health, 1983–1987

   Sections on: Bioethics, School Health

 6.11 Virginia Pediatric Society/Virginia Chapter of the American Academy of Pediatrics
   Honorary Life Member – Voted 1997
   Chair, Council on Child and Adolescent Health 1988–1990
   Chapter President – 1985–1988
   Chapter Vice President – 1982–1985, Secretary–Treasurer: 1979–1982

7. AWARDS/HONORS:

 7.0 *Master of the College* - American College of Pediatricians – October, 2017

 7.1 Honorary President (2016 – 2917) – Georgia Chapter AAP – June 10, 2016

 7.2 The Outstanding Clerkship Director – Mercer University School of Medicine Class of 2016, March 18, 2016

 7.3 Columbus Regional Health Physician Recognition Award 2015 – Nominee for Physician of the Year in Teaching

 7.4 Certificate of Appreciation – Columbus State University Competitive Premedical Studies Program. March 19, 2015

 7.5 The Outstanding Pediatric Faculty Award – Mercer University School of Medicine Class of 2014, May 1, 2014 and Mercer Class of 2015, March 20, 2015

 7.6 Excellence in Medical Education Award – Georgia Campus - Philadelphia College of Osteopathic Medicine, April 9, 2010

 7.7 Outstanding Contribution Award (Teaching) – Georgia Campus - Philadelphia College of Osteopathic Medicine, 2009, 2010/2011

 7.8 Elected to Rotary International, Rotary Club of Columbus (GA), 2009

 7.9 New Student Organization of the Year Award, ECU Student Leadership Awards Banquet, April 27, 2008, for the Rural Health Care Volunteer Society (Faculty Adviser)

 7.10 Guest of Honor and Keynote Speaker, Alpha Epsilon Delta Pre-Health Honor Society, Induction Ceremony, April 19, 2008

 7.11 Keynote Speaker, The Schweitzer Fellows Celebration of Service (Induction Luncheon), 2007 and 2008

 7.12 Dedication Award (Highest Honor), BSOM M2 Class, April 10, 2008

 7.13 Best Doctors in America 2000-2012, North Carolina Top Doctors (Pediatrician) 2021

 7.14 AMA Physician's Recognition Award with Commendations in CME. 2004 – 2008.

 7.15 National Health Services Corps "Spirit of the Corps" Award presented at the 2007 Ambassador's Conference: Training to Serve, July 27-28, 2007, Memphis, Tennessee.

 7.16 Guide to America's Top Pediatricians, 2004 – 2008, 2014 Editions.
   Consumers' Research Council of America.

 7.17 Title of Professor of Honour, Senate of the University of Medicine and Pharmacy of
   Targu Mures, Romania, September 12, 2005

 7.18 Business North Carolina Magazine, Top Doctors, 2004, 2005

 7.19 Award in Recognition – Brody (ECU) Rural Health Interest Group, April 7, 2003

- 7.20 Who's Who Among America's Teachers, 2002. 7th Edition
- 7.21 Visiting Professor, University of Hawaii Post Graduate Program at Chubu Hospital, Okinawa, Japan, January, 2002
- 7.22 Visiting Professor, University of Medicine and Pharmacy, Targu Mures, Romania Diploma of Honour, Awarded May 18, 2001
- 7.23 American Academy of Pediatrics, Section on School Health, Milton J.E. Senn Award, October, 2000
- 7.24 National Center for Missing and Exploited Children, Rainbow Award, February 27, 1999
- 7.25 APA National Pediatric Faculty Development Scholar Awards, 1999–2001
- 7.26 Community Service Award, School of Medicine, VCU/MCV, May 18, 1996
- 7.27 Virginia Governors School, Commonwealth of Virginia, Certificate of Commendation, August 4, 1995
- 7.28 Alpha Omega Alpha – Epsilon Chapter, 1991
- 7.29 Distinguished Service Award, Virginia Commonwealth University, 1988
- 7.30 Award for "Excellence in Medicine and Community Service," National Italian–American Foundation, October 11, 1987
- 7.31 Award in Appreciation – Human Growth Foundation, October, 1986
- 7.32 Annual Award for Outstanding Service to the Brain Injured, MCV–VCU, Williamsburg, VA, June, 1985
- 7.33 American Academy of Pediatrics, Outstanding Service Citation, 1985
- 7.34 American Academy of Family Practice Teaching Recognition Certificate, 1980
- 7.35 Outstanding Pediatric Resident Award, 1973–74, Medical College of Virginia
- 7.36 Senior Award for Scholastic Excellence, June, 1971, Stritch School of Medicine

8. COMMITTEES - Columbus Regional Health

   8.1 Columbus Regional Medical Group AOC, 2014 - 2015

   8.2 Family Advisory Council (Founding Chair), 2013 - 2015

   8.3 Continuing Medical Education Committee, 2009 – 2015

   8.4 Pediatric Executive Committee, 2009 – 2015

   8.5 Pediatric Strategic Planning Committee, 2009 – 2015

   8.6 Family Medicine Internal Review Committee, 2011- 2015
   Chair – Transitional Year Internal Review Committee, 2012

9. COMMITTEES – ECU/BRODY/PCMH:

   9.1 Academic Affairs, 2002–2007

9.2 Faculty Sponsor, Rural Health Interest Group, 2002–2008

9.3 Faculty Sponsor, American Medical Student Association, 2002–2009

9.4 Brody Council Committee, 2003-2008

9.5 M1, M2, M3, M4 Curriculum Committees, 2003–2008

9.6 Executive Curriculum Committee, 2003–2008

9.7 MD/7 Advisory Committee, 2004–2008

9.8 Chair, Family Medicine Chair Search Committee, 2004–2005

9.9 Delegate to Section on Medical Schools, AMA, Elected by BSOM Faculty, 2004–2009

9.10   Medical Ethics Committee, University Health Systems of Eastern North Carolina, PCMH, 2006–2008

    9.10.1   Chair, Pediatrics Ethics Consultation Subcommittee, 2008

9.11   Board of Governor's Distinguished Professor for Teaching Awards Review Committee, 2007–2008

9.12   Promoting Healthful Eating to Prevent Weight Gain in Young Adults Advisory Board, 2007–2008

9.13   Search Committee for the Associate Vice Chancellor for International Affairs, 2008

10. COMMITTEES – LUMC:

10.1 Ronald McDonald Children's Hospital Committee of the Board, 1999; Chair, 2000–2002

10.2 Ronald McDonald House Board, 2000–2002

10.3 Medical Center Ethics Committee, 2000–2002

10.4 Medical Executive Committee, 1999–2002

10.5 Clinical Leadership Committee, 1999–2002

10.6 Marfan Syndrome Program Committee, Chair, 2000–2002

10.7 Committee on Academic Rank and Tenure, 2001–2002

11. COMMITTEES – MCV/VCU:

11.1 University Council, 1993–1996

11.2 Executive Committee, Virginia Center for the Advancement of Generalist Medicine (RWJ Generalist Grant), 1992–1996

11.3 Medical Director, Child Protection Committee, 1980–1992; Member, 1992–1996

11.4 University Tenure and Promotion Appeals Committee, 1990–1993

12. COMMITTEES – COMMUNITY:

12   Boys & Girls Clubs - Central Carolina – Board & Chair Safety Comm – 2020- 2022

12.1 Sanford, NC *Resilience Committee* – 7/2019 - Present

12.2 Sanford, NC, Crime Prevention and Youth Committee, 2019

Joseph Robert Zanga, MD, FAAP

12.2    Columbus Court Appointed Special Advocate (CASA) for Children, 2016 – 2019

12.3    Columbus Rotary *End Human Trafficking Now Coalition* 2015 - 2019
   Chair - November 2016 - 2019

12.4    Right from the Start – Building Strong Marriages and Families, Pastoral Institute,
   2015 -2017

12.5    Columbus State University Leadership Council, 2015 - 2019
   College of Letters and Science – Strategic Planning Committee, 2017 - 2018

12.6    Columbus State University Competitive Pre-Med Advisory Group, 2015- 2019
   Community Director (Founder) Primary Care Shadowing Program

12.7    Project Launch Committee, Georgia State and Local Health Dept, 2015 - 2019

12.8    Columbus Symphony Orchestra Board, 2015- 2019
   Finance Committee – 2017 – 2019

12.9    Columbus Child Fatality Review Team, 2012 - 2013

12.10   Live Healthy Columbus/Strong 4 Life Obesity Project Convener. Founding Chair. Elected Chair, May 2011. Reelected, May 2012, Executive Committee 2013 – 2018

12.11   Georgia Pediatric Health Improvement Coalition Board (PHIC), Co-Chair IT/Telemedicine Committee 2011 - 2017

12.12   Georgia Children's Health Alliance – Executive Committee – Appointed by Lt. Governor Casey Cagle, 2010 - 2011

12.13   Family and Public Health Committee, North Carolina Medical Society, 2006–2009.

12.14   Member of the Board, Medical Institute, Austin, Texas, 2001-2006

12.15   Academic Advisory Board, Pfizer Scholars Grants for Faculty Development
   in Pediatric Health, 2000–2003

12.16   Chicago Rotary (Rotary One), Advisory Group on International Pediatric Health
   Services, 2000-2002

12.17   Reviewer, Center for Pediatric Emergency Medicine,
   National Child Protection Education Project, 2000–2003

12.18   Board of Directors, Vice President, Commonwealth Care of Virginia, Inc., 1995–1996

12.19   Board of Directors and Executive Committee, St. Joseph's Villa, 1993–1996
   Chair–Medical Advisory Committee, 1995–1996

12.20   Managed Care (Medallion) Medicaid Advisory Board,
   State Department Medical Assistance Services, 1992–1996

12.21   Virginia Bar Association Commission on the Needs of Children,
   Founding Member, 1986–1992

12.22   State Emergency Medical Services Advisory Council,
   Appointed by Governor Robb, 1982–1986
   Reappointed by Governor Baliles, 1986–1988

13. ADMINISTRATIVE EXPERIENCE:

   13.1  Pediatric Clerkship Program Director, Mercer University School of Medicine, Columbus Campus, 2014 - 2015

   13.2  Chief of Pediatrics, Columbus Regional Healthcare System, 2009 – 2015 (Retired)

   13.3  Adjunct Professor in the Office of Interdisciplinary Health Sciences Education, Division of Health Sciences, Brody SOM, 2004–2008.

   13.4  Director, Office of Generalist Programs, Brody SOM, 2002–2008

   13.5  Faculty Mentor for Junior Faculty BSOM from: Pediatrics, IM, FM, 2003–2008

   13.6  Medical Director, Ronald McDonald Children's Hospital, 1999–2002

   13.7  Chair, Ambulatory Pediatric Division, LSUMC, and Director Pediatric Emergency Medicine at Charity Hospital for LSU and Tulane, New Orleans, LA, 1997–1999

   13.8  Chair, Division of General Pediatrics and Emergency Care, Medical College of Virginia, 1987–1996

   13.9  Director, Section of Ambulatory and Emergency Care, Children's Medical Center, Medical College of Virginia, 1978–1987

   13.10  Medical Director – PruCare (MCO) of Richmond, 1987–1990
   Chair, Physicians Advisory Committee
   Chair, Quality Assurance Committee

   Chair, Utilization Management Committee
   Member, Executive Committee
   Member, Pharmacy and Therapeutics Committee

   13.11  Medical Coordinator, Richmond Juvenile Detention Home, 1986–1996

14. CONSULTANCIES:

   14.1  Medical Advisory Board for the DiscoveryHealth.com Disease and Conditions Encyclopedia, DiscoveryHospital.com and HealthTeacher.com, 2007– 2009

   14.2  National Advisory Child Health and Human Development Council, NIH/NICHD, 2006–2011

   14.3  Chair, Lysosomal Storage Disorders (LSD) Education Initiative, 2004–2006
   Chair, LSD Pediatric Education Development Project, 2004

   14.4  National Advisory Council of the National Center for Primary Care, David Satcher, MD, PhD, Director, 2003–2010 (reappointed 3 times)

   14.5  Johnson & Johnson Consumer Products Co. Pediatric Advisory Board, 2002–2005

   14.6  Human Growth Foundation Medical Advisory Council, June, 1986–1991

15. BIBLIOGRAPHY:

   *15.1  Articles*

   Zanga, J.R. "First Do No Harm" AAP Section on Seniors Bulletin. Spring 2020 Vol 29 (2); 20-21

   Zanga, J. R. "First Do No Harm" Muscogee County Medical Society *Bulletin* June 2018

Joseph Robert Zanga, MD, FAAP

Vol. 63 (4); 18-19

Zanga, J. R. "The Medical Home" Muscogee County Medical Society *Bulletin* April 2014 Vol.59 (4);14-15

Zanga, J. R. "The 'Affordable' Care Act (ACA)" Muscogee County Medical Society *Bulletin* May 2013 Vol. 58(5); 6-7

"   June, P.L., Trumbull, D.A., Zanga, J.R. "Regarding 'The Partial Death of Abortion Rights' " *Linacre Quarterly,* August 2010. Vol. 77(3); 245-246

Zanga, J. R. "The HPV Vaccine: Deciding for our Children." *Family North Carolina*, May/June 2007

Zanga, J.R., "The Adolescent Brain: Implications of Sexuality Education." *Linacre Quarterly*, February 2007. Vol. 74 (1);  68-75

Bissonette-Pitre, L., et al (...Zanga, J.R). "Executive Summary: To Prevent and Protect: Report of the Task Force of the Catholic Medical Association on the sexual abuse of children and its prevention." *Linacre Quarterly*, November 2006; 293-296

Zanga, JR, Moskop, JC. Obesity in kids: when appeals to vanity fail. *Virtual Mentor*. October 2006. 8:659-662. Available at: http://www.ama-assn.org/ama/pub/category/16855.html

Collier DN, Zanga JR. Teaching residents and students to help patients and their families with obesity. *Virtual Mentor*. October 2006. 8:663-666. Available at: http://www.ama-assn.org/ama/pub/category/16856.html

Bissonette-Pitre, L., et al (...Zanga, J.R). "To Prevent and Protect: The Sexual Abuse of Children and its Prevention." CMA, 2006

Collier D, Perkin RM, Zanga JR. "Clinical Case 3: Obesity as Medical Neglect: Should Doctors Report?" *Virtual Mentor*, August,2003. http://www.ama–assn.org/ama/pub/category/10832.html

Savage R, Perkin RM, Zanga JR. Clinical case 4: Palliative Care for an Infant with Short Bowel Syndrome and Advanced Liver Disease. *Virtual Mentor*. August 2003 http://www.ama–assn.org/ama/pub/category/10830.html

Zanga, J.R., "One Must Get Involved." (Invited Article) *AAPI Journal*, 2:5, 1998

Bar-on, M. and Zanga, J.R.: "Bronchiolitis." *Primary Care*, 23:4, 1996

Bar-on, M. and Zanga, J.R: "Child Abuse: A Model for the Use of Structured Clinical Forms" *Pediatrics*, 98:1996

Zanga, J.R., "Case in Point." *Bioethically Speaking*, 4:9, 1996

Zanga, J.R.: "The New Plague – An Epidemic of Violence." *Pediatric Rounds: Growth Nutrition Development*, 3:8, 1994

Kroner, B.A.: Scott, R.B., Zanga, J.R.: "Poisoning in the Elderly: Characterization of Exposures Reported to a Poison Control Center." *J. Am. Ger. Soc.*  41:842, 1993

Zanga, J.R.: "Should There Be Universal Childhood Vaccination Against Hepatitis B?  Part 2: A Rebuttal." *Pediatric Nursing*, 19:5, 1993

Zanga, J.R.: "Child Abuse: The Real Numbers." *Virginia Medical*, 119: 110–112, 1992

Zanga, J.R.: "Hepatitis B: A Controversial Vaccine (or a Vaccine Controversy?)." *Pediatric Rounds: Growth Nutrition Development*, 1:6–8, 1992

Zanga, J.R. and Butts, F.M.: "Tympanometry in The Schools – Is It Worth the Effort?" *School Nurse* 7, 36–38, 1991

Hoekelman, R.A., Napolitano, L.V., Zanga, J.R.: "Getting More from Preadolescent Exams." *Patient Care* 15, 91–108, 1991

Zanga, J.R. and Oda, D.S.: "School Health Services." *Journal of School Health*, 57:413–416, 1987

Zanga, J.R.: "A Perspective from the Private Sector on the Health Care of the School Age Child." Conference Proceedings. *Health of School Age Children: Expectations for the Future*. University of Colorado, School of Nursing, 1984

Ogren, J.M. and Zanga, J.R.: "Sexual Abuse: Incidence, Complications, Evaluation and Therapy." *Virginia Medical*, 110:488, 1983

Zanga, J.R.: "What is the Risk of a Second Child Having Seizures?" "Is There Any Medication to Prevent Convulsions?" "Is Surgery Needed for an Umbilical Hernia?." in *500 Questions New Parents Ask*, Dell, New York, 1982

Zanga, J.R. and Becker, M.: "Dying on the Highways: Virginia's Children." *Virginia Medical*, 108:34,1981

Zanga, J.R.: "Importance of Immunization and Periodic Health Screening." Conference 14. Proceedings. December, 1980

Zanga, J.R.: "Tick Paralysis, Another Lethal Tick–Borne Disease." *Virginia Medical*, 106:443, 1979

Zanga, J.R.: "Immunizations: A Critical Problem in Preventive Health Care." *Virginia Medical,* 105: 436, 1978

Cunningham, D. and Zanga, J. R.: "Myiasis of the External Auditory Meatus." *J. Peds.*, 84:857, 1974

### 15.2  Letters

Zanga, J.R.: "Shots Are Not Abusive," *Peds* 60:384,1977

Zanga, J.R.: "Alternatives to the Intermountain Regional Poison Control Center," *Veterinary and Human Toxicology*, 22:394,1980

Zanga, J.R.: "Incentives for Technology – Intensive Medicine," *NEJM* 304:1307–C,1981

Zanga, J.R. and Bar–on, M.: "Don't Compromise the Medical Home," *Arch Pediatr Adolesc Med*,152:714,1998

Zanga, J.R.: "Removing Financial Barriers to Pediatric Care," *The New England Journal of Medicine*, 339:1,1998

Zanga, J.R.: "Sexual Abuse and Adolescent Pregnancy," *JAMA*, 281:6,1999

Zanga, J.R.: "Children and Adolescents should not Have Unrestricted Access to Morning–After Pill," *AM News*, 2/9/04

Zanga, J.R.: "Increasing Awareness of Genetic Disorders," *Contemporary Pediatrics*, 3/9/04

McConnell M., et all, Zanga J.R.: "The Effects of Marriage, Civil Union, and Domestic Partnership Laws on the Health and Well-being of Children," Pediatrics, November 2006, Vol. 118(5): p 2259

### 15.3   American Academy of Pediatrics Publications:

Zanga, J.R.: "Ethics Code Inconsistent Concerning Executions and Abortions." (Letter), *AMNews*, 2/28/05

Zanga, J.R.: "The Hospitality Counterpoint." Invited Commentary, AAP News, 1/1999

Zanga, J.R.: "Are There Moral Absolutes?" *Bioethics Newsletter*, Invited Commentary, January, 1999

Zanga, J.R.: "Preventive Health Care: Why it Needs to Be Studied." Child Health Care – *AAP Research Update*, 8:1, 1992

Zanga, J.R., et al: AAP Committee on School Health: "School–Based Health Clinics." *AAP News*, May, 1987

Dement, P.G., and Zanga, J.R., et al: AAP Committees on Sports Medicine and School Health "Physical Fitness and the Schools." *Pediatrics*, 80:449–450, 1987

Zanga, J.R., et al: AAP Committee on School Health: "Qualification and Utilization of Nursing Personnel Delivering Health Services in Schools." *Pediatrics*, 79:647–648, 1987

Zanga, J.R (Chair): Committee on School Health, AAP: "School Health: A Guide For Health Professionals." 2nd Edition, 1987

Zanga, J.R., et al: AAP Committee on School Health: "CPR Training in the School." *AAP News*, February, 1986

Zanga, J.R., et al: AAP Committee on School Health: "School Health Examinations." *AAP News*, February, 1986

Zanga, J.R., et al: AAP Committee on School Health and Burrell, P.A., et al: AAP Committee on Infectious Disease: "School Attendance of Children and Adolescents with HTLV III/LAV Infection." *Pediatrics*, 77:430–432,1986

Zanga, J.R., et al: AAP Committee on School Health: "Concepts of School Health Programs." *AAP News*, December, 1985

Zanga, J.R., et al: AAP Committee on School Health: "Home Instruction." *AAP News*, December, 1985

Zanga, J.R., et al: AAP Committee on School Health: "School Bus Safety." *AAP News*, February, 1985

Zanga, J.R., et al: AAP Committee on School Health: "Education to Strengthen the Family." *AAP News*, January, 1985

Zanga, J.R., et al: AAP Committee on School Health: "Health Education and Schools." *Pediatrics*, 75: 1160, 1985

Zanga, J.R., et al: AAP School Health Committee: "Guidelines for Urgent Care in School." *Pediatrics*, 74:148,1984

Zanga, J.R., et al: AAP School Health Committee: "Heat Stress and School Closings." *Pediatrics*, 74:313,1984

Zanga, J.R., et al: AAP Committee on School Health: "Alcohol Abuse Education in School." *AAP News*

Zanga, J.R., et al: AAP Committee on School Health: "Administration of Medication in School." *Pediatrics* 74:433, 1984

### 15.4   Books, Chapters, Monographs:

Zanga, J.R. Disorders of Temperature:  Hyper-and Hypothermia in:  Pediatric Hospital Medicine, 2nd Edition, 2008.  Perkin, R., Swift, J, Newton, D, and Anas, N. (eds Lippincott, Philadelphia), 2008, P101-104

Fitch, J.T., McIlhaney, J., Adam, M. Hagar, MD, and Zanga, J.R. (Contributors): "Sex, Condoms and STDs: What We Now Know." The Medical Institute for Sexual Health, 2002

Sanders, J. and Zanga, J.R., "Child and Adolescent Drownings in Virginia." *Potter and Perry's Fundamentals of Nursing*, Levin, M.A., Mosby–Year Book, Inc.,
Zanga, J.R.: "School Violence." *School Health Newsletter, AAP*, Fall, 1994

Bar–on, M., Foster, R., and Zanga, J.R.: "Hospital Protocol for The Recognition and Treatment of Child Abuse." *Virginia Department of Social Services*, 1993

Zanga, J.R. and Oda, D.S.: "School Health Services." *Readings in Community Health Nursing*, B.W. Spradley (MD) J.B. Lippincott Co., Philadelphia, 1991, P 435–443

Zanga, J.R., Blizzard, R, Falkner, F, and Muncie, H: "Monitoring and Evaluation of Growth and Growth Disorders in Primary Care Practice." *Clinical Courier*. SynerMed, NJ, August, 1990

Zanga, J.R.: "The School Age Child". *Ambulatory Pediatrics*, M. Greene and R. Haggerty (eds), W.B. Saunders Co., New York, 1990

Zanga, J.R. (ed): *Emergencies Pediatrics*. Interlivros Edicoes Ltda; Rio de Janeiro, 1988, Portuguese edition

Zanga, J.R. (ed): *Manual of Pediatric Emergencies*. Churchill Livingstone, Inc., New York, 1987 (Authored five chapters)

Spencer, C., Walker, D., and Zanga, J.R.: "School and the Handicapped Child." *Pediatric Clinics of North America*, October, 1986, p. 1251–1264

Zanga, J.R.: "Primary Care and Community Health Resources". *Pediatrics*, H. Maurer (ed), Churchill Livingstone, Inc., New York, 1983, p.155–167

### 15.5  Abstracts:

Bissonnette-Pitre, L., et al (…Zanga, J.R.). To Protect and Prevent: The Sexual Abuse of Children and its Prevention. The Catholic Medical Association, 2006.

Zanga, J.R.: "Mobile Health Care: Bringing Medical Care Home." The 23rd International Congress of Pediatrics, September 10, 2001

Gautier, K.B., Peck, G.Q., Ferrand, C., Collier, E.A., Sgritto, J., Kaye R.E., Zanga, J.R.: "Aerobic/Cross Training Program Improves Baseline Asthma and Fitness in Children."

*Southern Society for Pediatric Research*, 1997

Zanga, J.R.: "Cervical Spine Injury: A Rational Approach to Diagnosis." *Arch Pediatric Adolesc Med*, 150: p111, 1996

Sanders, J.K. and Zanga, J.R.: "Child and Adolescent Drownings in Virginia: A Population Based Study." APHA Annual Meeting, November 1,1994

Sanders, J.K. and Zanga, J.R.: "Injuries to Children: A Statewide System for Injury Surveillance in the Pediatric Office Setting." Second World Conference on Injury Control, Atlanta, GA., May 23, 1993

Sanders, J.K. and Zanga, J.R.: "Playground Safety Workshop." Second World Conference on Injury Control, Atlanta, GA, May 20, 1993

Sanders, J.K., Waring, E., and Zanga, J.R.: "Finding The Missing Data – A Statewide System For Injury Surveillance in The Pediatric Office." *American Journal of Diseases of Children*, 145: 416, 1991

Zanga, J.R.: "The Short Statured Child." Assoc. for the Care of Children's Health, Cleveland, Ohio, June 12–15, 1988

Henderson, E.L., Zanga, J.R., et al. "Physician Bias and The Interpretation of Rapid Tests For Group A Streptococcal Pharyngitis." *Am Jour Diseases of Children*, 142:405–406, 1988.

### 15.6    *Posters and Media:*

Zanga, J.R. Champions for Children. Muscogee County Medical Society Bulletin, 55, 6, May, 2010

Forrow, L., O'Donnell, J., Irons, T., Zanga, J.R.: "Ideas in Action: The Schweitzer Fellows Program." Poster Presentation at AAMC, November 7-9, 2004

Zanga. J.R. (Work Group Chair): "Identifying Lysosomal Storage Disorders in Pediatric Practice – The Importance of Early Diagnosis." Speaker Slide Kit, Genzyme, Inc. 2004

Sy, B. and Zanga, J.R.: "Subarachnoid Hemorrhage Secondary to Bleeding Carotid Aneurysm."  NC Pediatric Society Resident Poster Session, August 17-20, 2006

Cuellar, J.G., Zanga,J.R.: "Hearts-N-Parks: Salud para su Corazon." NHMA, Washington, DC, 2006

Kaplan SA, Merritt KB, Zanga JR, et al: "Healthy Smile, Healthy Child: A Pilot Study." North Carolina Pediatric Society, August 17-19, 2007

Fischer H, Zargham S, and Zanga JR: "Effects of Media Education on Children's Perceptions of Health Issues." BSOM/ECU Summer Scholars Research Day, August 18, 2008

Fischer H, Zargham S, and Zanga JR: "Effects of Media Education on Children's Perceptions of Health Issues."  AMA Medical Student Section Research Poster Session, AMA Interim Meeting, Orlando, Florida, November 8, 2008

### 15.7

Journal Reviewer, 2014 - Present. *Linacre Quarterly*

Journal Reviewer, 2007– 2013   *American Journal of Medical Genetics*

Journal Reviewer, 2006– 2014   *Journal of Palliative Care*

Journal Reviewer, 2005– 2013  *Journal of Medical Ethics (BMJ)*

Reviewer. *Ambulatory Pediatric Association's Educational Guidelines for Pediatric Residency*. (Revision), 2003

Editorial Advisory Board: *Children's Health and Safety Magazine*, 2000–2002

Journal Reviewer, 2000–2011. *Ambulatory Pediatrics*

Editor–in–Chief: *Pediatric Rounds: Growth Nutrition Development*, SynerMed, 1991-1995

Journal Reviewer, 1984–2011. *Pediatrics*

### 15.8   Lectures: (*Invited* – **Selected Topics**)

"The New Sexual Revolution: Protecting Children from the Dangers of Comprehensive Sex Education" Mathew Bulfin Educational Conference. Nashville, TN. February 26. 2022

"ACEs & Resilience: Biology of Stress & The Science of Hope" US HHS ACYF & FYSB Conference. *Creating a 2020 Vision.* June 4, 2020

"Telemedicine and School Based Health Centers" Muscogee County Schools SBHC Advisory Committee, June 21, 2018

"Is this the Face of Human Trafficking: Modern Slavery". Resident/Medical Student Noon Conference. Midtown Medical Center. Columbus Ga. Ga, February 20, 2018

"Human Trafficking – How We Can End It". Pediatric Grand Rounds – Bon Secours (St. Mary's Hospital) – Richmond, VA, October 31, 2017

"End Human Trafficking Now – Rotary's Role". Grand Rounds, Columbus Children's Hospital, Columbus, Ga, May 18, 2017

"The Future of Pediatrics". Columbus Children's Hospital, Columbus, Ga, Grand Rounds, June 23, 2016

"The Newborn Examination". Philadelphia College of Osteopathic Medicine, Atlanta, Ga, (4 hours for M2 Class), June 7, 2016

"Pediatric Emergencies". Philadelphia College of Osteopathic Medicine, Atlanta, Ga, (2 hours each for M1 & M2 Classes), April 5, 2016

"Community Roundtable Training on Domestic Minor Sex Trafficking - The Medical Issues". Columbus State University, April 19, 2016

"Evidence Based Medicine". Medical Society/Mercer Preceptor Conference, Columbus Regional/MMC, August 22, 2015

"Columbus – A Live Healthy City: Addressing Obesity as a Community." Carl Patrick Multidisciplinary Symposium, St Francis Hospital. Columbus, Ga, February 2, 2013

"Childhood Obesity and Diabetes." Columbus Diabetes University 2011, Columbus, Ga,

October 29, 2011

"The Obesity Conundrum." Georgia Perianesthesia Nurses Association, Peachtree City, Ga, September 17, 2011

"Live Healthy Columbus – Obesity." Partners in Education Conference, Columbus, Ga, September 7, 2011

"Special Populations: Caring for Chronically Ill Children." Columbus Metro Medical Response System, Fundamental Disaster Management, Columbus, Ga, September 29, 2010

"Five Things Children Would Change about Emergency Medicine." Pediatric Grand Rounds, Columbus Regional Healthcare System, Columbus, Ga, September 9, 2010

"Adolescent Brain Development: Legal and Societal Issues." Catholic Medical Association, Baltimore, Md, October 10, 2008

"Making the Case for Primary Care." 4th Annual NHSC Ambassadors Conference, Keynote Address, Phoenix, Az, July 26, 2008

"The Role of the Ambassador." 4th Annual NHSC Ambassadors Conference, Phoenix, Az, July 25, 2008

"Legal and Societal Issues in Adolescent Health." 7th National Meeting of the Medical Institute, Austin, Texas, July 9, 2008

"Freedom of Conscience in Clinical Practice." 7th National Meeting of the Medical Institute, Austin, Texas, July 8, 2008

"The NIH/NICHD: An Overview." Critical Care Pediatric Research Network Committee, Bethesda, Md, March 26, 2008

"How you Gonna Keep 'em Down on the Farm?: Promoting Primary Care. AMA Section on Medical Schools, November 17, 2007

"Child Prostitution." National Advisory Council on Sexual Health, Sept 17, 2007

"Religion, Science, and Sexual Health." National Advisory Council on Sexual Health, Sept 17, 2007

"Internationalism in Medical Education." BSOM Medical Education Grand Rounds, January 11, 2007

"International Child Health: It's Not So Healthy." World Affairs Council of Eastern, NC. Great Decisions Program, 1/27/2007

"Encouraging Students to Primary Care Residencies: Bridging Supply to Meet Demand." SGSA, April 4, 2007, Little Rock, Arkansas

"Earth Day & 50th Anniversary Albert Schweitzer 'Declaration of Conscience.'" Town Commons Park, Greenville, NC. Sunday, April, 23, 2007

"Encouraging Students to Primary Care." National Health Services Corp Ambassador Conference, July 26-29, 2007, Memphis, Tennessee

"Vaccines and Sexual Health." National Advisory Council, National Center for Primary Care, Morehouse School of Medicine, May 8, 2007

"Five Things that Children Would Change about Emergency Medicine." BSOM, Peds

Emergency Grand Rounds. PCMH Auditorium, August 28, 2007

"Bringing International Health to Eastern North Carolina: Why Should Our Trainees Study Abroad?" World Affairs Councils of Eastern North Carolina, October 2006

"Sexuality and the Media." – National Advisory Council, National Center for Primary Care, Morehouse SOM, May 23, 2005

"Abstinence Education Programs." – Medical Institute Annual Conference, Moderator and Commentator, Washington, DC, May 27, 2005

"Why is This Child Coughing?" – 27th Annual MCU/VCU Pediatric Primary Care Conference, Virginia Beach, VA. July 23, 2005

"Evaluation of Chronic Abdominal Pain." Workshop – 27th Annual MCU/VCU Pediatric Primary Care Conference, Virginia Beach, VA, July 23, 2005

"Condom Integrity: Research Needs." – National Advisory Council, National Center for Primary Care, Morehouse SOM, July 26, 2005

"Why is this Child Coughing?" PRO BONO Course – Romania, American College of Chest Physicians and the University of Medicine and Pharmacy, Targu Mures, Romania, September 13, 2005

"Common Pediatric Illnesses Presenting as Rashes." PRO BONO Course – Romania, American College of Chest Physicians and the University of Medicine and Pharmacy, Targu Mures, Romania, September 13, 2005

"Evaluations of Fever in the Infant." PRO BONO Course – Romania, American College of Chest Physicians and the University of Medicine and Pharmacy, Targu Mures, Romania, September 13, 2005

"The Role of the General Physician in Child Care." PRO BONO Course – Romania, American College of Chest Physicians and the University of Medicine and Pharmacy, Targu Mures, Romania, September 13, 2005

"PICU Organization in the United States." PRO BONO Course – Romania, American College of Chest Physicians and the University of Medicine and Pharmacy, Targu Mures, Romania, September 13, 2005

"Adolescent Brain: Implications of Sexuality Education." – Catholic Medical Association, 74th Annual Conference, Portland, OR, October 21, 2005

"The Declining Number of Generalists – Challenges in Medical Education." (with Bruce Johnson, MD), Workshop – Generalists in Medical Education Meeting, Washington, DC, November 5–6, 2005

"Health Disparities and the Uninsured." – AMSA Region 5 Conference, Durham, NC, March 6, 2004

"The Diagnosis of ADHD Pediatrician's Role." – International Pediatric Congress, Cancun, Mexico, August 17, 2004

"Primary Care of Infants." – International Pediatric Congress, Cancun, Mexico, 8/20/2004

"The Developing World is Close to Home." – UNCC AMSA Chapter, Charlotte, NC, September 10, 2004

"A Medical Practice Initiative." – National Advisory Council, National Center for

Primary Care, Morehouse SOM, September 21, 2004

"Lysosomal Storage Disorders." – The LSD Education Initiative, San Francisco, CA, October 9, 2004

"Sexuality Education in the Schools." – Section on School Health Symposium, AAP NCE, San Francisco, CA, October 10, 2004

"It Takes a Village: The Importance of Family in the Rearing of Children." – Annual Conference, Virginia Chapter, American Academy of Pediatrics, and the Children's Hospital of the King's Daughters, Williamsburg, VA, October 3–5, 2003

"The Telephone in Pediatric Practice." – Pediatric Grand Rounds, University of Illinois Medical School at Rockford, Rockford, IL, February 15, 2002

"Child Abuse." – Pediatric Grand Rounds, Alexian Brothers Medical Center, March 16, 2001

"The Future of Pediatrics." – Slovenian Pediatric Association, via Teleconference, March, 2001

"Child Abuse." – Annual Convocation, University of Medicine and Pharmacy, Targu–Mures, Romania, May 18–21, 2001

"The Role of the Department Chair." – International Pediatric Chairs Association Meeting, Beijing, China, September 8–9, 2001

"Pediatrics in the New Millennium." – Pediatric Grand Rounds, Jersey Shore Medical Center, Neptune, NJ, October 5, 2001

"Problems in the Practice of Pediatrics." – Department of Pediatrics Meeting, Elmhurst Hospital, Elmhurst, Illinois, March 28, 2000

"Child Abuse." – Pediatric Grand Rounds, Rush Medical School, 8/13, 2000

"Child Abuse." – Pediatric Grand Rounds, Lutheran General Children's Hospital, 8/22/2000

"Children of the World – An Underrepresented Minority" – The Shantilal C. Sheth Oration, 35th National Conference of The Indian Academy of Pediatrics, Kochi, India, January 8–11, 1998

"Development of Emergency Services in Pediatrics." – 35th National Conference of Indian Academy of Pediatrics, Kochi, India, January 8–11, 1998

"Child Abuse: The Pediatrician Role.", "Telephone in Pediatric Practice." and "Cervical Spine Trauma – A Rational Approach to Diagnosis." – 45th Annual Meeting of the Pediatric Section, Puerto Rico Medical Association, San Juan, Puerto Rico, February 13–16, 1998

"The Plight of Children and the Role of National Pediatric Organizations." – 18th Pan American Pediatric Congress, Santiago, Chile, April 27,1998

"Title XXI – What is the AAP Doing." – Pediatric Academic Societies' Annual Meeting, New Orleans, LA, May 4, 1998

"Presentation on the 10th Anniversary of the CHIP Program." Keynote Speaker. – Child Health Investment Partnership (CHIP) 10th Anniversary, Roanoke, Virginia, June

Joseph Robert Zanga, MD, FAAP

4,1998

"Child Abuse." – Louisiana Association of Nationally Registered Emergency Medical Technicians Educational Conference, Kenner, Louisiana, June 12–14, 1998.

"Minorities, Media and the AAP." – National Medical Association, Annual Meeting, New Orleans, Louisiana, August 1–5, 1998

"Pediatric AIDS, The Role of Pediatric Societies in Policy Making." – XX Congress of the Federation of Pediatric Associations of Central America and the Caribbean, Panama City, Panama, November 16-18, 1998

"The Interconnectedness of Risky Behaviors." – Right Choices for Youth Conference, sponsored by Gov. George Bush, Austin, Texas – March 31, 1998

"Pediatrics Now and in the 21st Century." Visiting Professor – University of South Florida, February 6, 1997

"Pediatric Emergency Medicine in the USA." and "The Changing World of Academic Pediatrics." – Italian Pediatric Society, Bologna, Italy, June 13–16,1997

"AAP Update.", "Telephone in Pediatric Practice.", "Child Abuse." and "Guns and Children." – Seventh Annual Pediatric Symposium, Joe DiMaggio Children's Hospital, Fort Lauderdale, Florida, November 8–9, 1997

"Guns and Children: A Pediatric Epidemic." – Grand Rounds, All Children's Hospital, St. Petersburg, Florida, December 12, 1997

"Health Care Reform." "Violence and Children – The Gun Epidemic." "Child Abuse – The Physician's Role." – Medical College of Georgia Annual Pediatric CME Conference, St. Simon Island, GA, July 18–20, 1994

"Adolescent Health: Strategies for Improving Health Status." speaker and panel moderator – Children's Defense Fund National Conference, Washington, DC, March 11, 1988

"Meeting the Health Care Needs of Children in Schools." Keynote Address – National Association of School Nurses, Anaheim, CA, June 28, 1988

"School Based Clinics, Another View." – American Academy of Pediatrics Annual Meeting, New Orleans, LA, November 1–3, 1987

"Tort Reform." – American Academy of Pediatrics Annual Meeting, New Orleans, LA, November 1–3, 1987

"School Based Health Clinics – Problems For the Future" and Panel Commentator for Research Papers on School Health Clinics – American Public Health Association Annual Meeting – Las Vegas, NV, September 29–30, 1986

"School Health" – Keynote address, Annual Conference on School Health, Yale University School of Medicine, New Haven, CT, March 20,1985

"Health Care for the School–Aged Child in the Next Decade." – National Conference on Health of the School Aged Child, April 12–14, 1984, Denver, CO

"Health Care of the School Aged Child" – National Maternal and Child Health Conference, Tyson's Corner, Virginia, March 17, 1982

"Health Education Process and Methodology: What It Is and How It's Done." – First National Conference on Rural Health Education, May 2–4, 1978, St. Louis, Missouri

Zanga, J.R. and Martinez, J.: "Pathologic Analysis on Werdnig–Hoffman Disease Presenting as Diaphragmatic Paralysis: Report of a Case." – Cuban Medical Association Congress, Miami, Florida, 1975

### 15.9  Other:  (Selected Items)

*CBS This Morning*, August 23, 1994 Video Parenting Magazine, Nationally syndicated, 15 segments, 2001–2003

"House Call" – Monthly segment of *Noon News*, WWBT–TV Channel 12, 1991–1996

Volunteer Medical Director, Camp Easter Seal East, 1985–1996

Consultant – Pediatric Program Organization, St. Joseph's Hospital, Phoenix, AZ, March 23–25,1994

*Good Morning America,* September, 1990

Consultant – National Institutes for Mental Health – To develop AIDS Publication for Primary Care Physician, 1986–1987

"A Visit With the Pediatrician" – Weekly segment of *Good Morning Virginia*, WXEX–TV, Channel 8. 1980–1985

Regular Pediatric Columnist – *Woman's World Magazine*, 1980–1984

## 16.   GRANTS AS PRINCIPAL INVESTIGATOR

"Caring for the Elderly: House Calls." Pitt Memorial Hospital Foundation, 2008-2009  $15,770

"Office of Generalist Programs." PCMH, Pitt County Memorial Hospital, 2002– 2008, $78,000 per year

"Childhood Injury Prevention for Family Daycare." DHHS, Maternal and Child Health Bureau, 1992–1993, $19,872

"Residency Training in General Internal Medicine and/or General Pediatrics." DHHS, U.S.

"Injury Prevention Grant." Virginia Department of Health, DMCH, 1987–1996, $185,000 per year

"Child Development Services." Virginia Department of Health, DMCH, 1988–1993, $165,000 per year

"Behavioral Pediatric Training Program." DHHS, Maternal and Child Health Services, 1986–1992, $630,000

"Virginia Auto Safety Alliance. Traffic Safety Now." 1986 and 1987, $300,000,

"Community Grant" US Public Health Service, 1985–1988, $475,000 plus indirect costs)

Updated: 9/12/2022