Page 1

1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
2                     TALLAHASSEE DIVISION

3

4      AUGUST DEKKER, et al.      )
                                  )
5               Plaintiffs,       )
                                  )
6      vs.                        ) NO. 4:22-CV-00325-RH-MAF
                                  )
7                                 )
       JASON WEIDA, et al.,       )
8                                 )
                Defendants.       )
9

10

11

12           VIDEOCONFERENCE DEPOSITION OF

13            G. KEVIN DONOVAN, M.D., M.A.

14         LOCATED IN SAND SPRINGS, OKLAHOMA

15         TAKEN ON BEHALF OF THE PLAINTIFFS

16                 ON MARCH 22, 2023

17

18        REPORTED BY:  JANA C. HAZELBAKER, CSR

19

20

21

22

23

24

25

```
 1                   A P P E A R A N C E S
 2
      (All parties are appearing via videoconference.)
 3
 4    For the Plaintiffs:      Chelsea Dunn
                               Simone Chriss
 5                             Southern Legal Counsel, Inc.
                               1229 N.W. 125th Avenue
 6                             Gainesville, FL  32601
                               (362)271-8890
 7                             chelsea.dunn@
                                  southernlegal.org
 8                             simone.chriss@
                                  southernlegal.org
 9
                               and
10
                               Carl S. Charles
11                             Lambda Legal Defense and
                                  Education Fund, Inc.
12                             1 West Court Square
                               Suite 105
13                             Decatur, GA  30030
                               (404)897-1880
14                             ccharles@lambdalegal.org
15
16    For the Defendants:      Michael Beato
                               Holtzman Vogel
17                                Barantorchinsky &
                                  Josefiak PLLC
18                             119 S. Monroe Street
                               Suite 500
19                             Tallahassee, FL  32301
                               (850)270-5938
20                             mbeato@holtzmanvogel.com
21
22
23
24
25
```

Page 3

1                    C O N T E N T S

2                                                    Page

3     Index of Exhibits ........................    4-5

4     Stipulations .............................     6

5     Direct Examination by Ms. Dunn ...........     7

6     Cross-examination by Mr. Beato ...........    281

7     Jurat Page ...............................    284

8     Reporter's Certificate ...................    286

9

10                    * * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1            PLAINTIFFS' INDEX OF EXHIBITS
2                                                   Page
3    Exhibit 1 (Expert Declaration) ......    12
4    Exhibit 2 (Bibliography) ............    13
5    Exhibit 3 (Curriculum Vitae) ........    27
6    Exhibit 4 (Ethical and Religious
         Directives) ............................    34
7
     Exhibit 5 (Why Religious Health Care
8        Restrictions Often Take Patients
         by Surprise) ...........................    38
9
     Exhibit 6 (Press release issued by the
10       Catholic Medical Association) ..........    56
11   Exhibit 7 (Professionalism in
         Pediatrics 2007) .......................    76
12
     Exhibit 8 (The Disabled and Their
13       Lives of Purpose) ......................    76
14   Exhibit 9 (Ebola, Epidemics,
         and Ethics) ............................    88
15
     Exhibit 10 (Beneficence in Utero) ...    89
16
     Exhibit 11 (Bioethics website) ......    89
17
     Exhibit 12 (How We Should Conceive
18       of Creation) ...........................    93
19   Exhibit 13 (Laidlaw, Cretella, and
         Donovan article) .......................   100
20
     Exhibit 14 (Homosexual Parenting:
21       A Scientific Analysis) .................   114
22   Exhibit 15 (Psychotherapy for Unwanted
         Homosexual Attraction Among Youth) .....   115
23
     Exhibit 16 (CMA Resolutions) ........   117
24
                      * * * * * *
25

1          PLAINTIFFS' INDEX OF EXHIBITS
2
                                              Page
3
4    Exhibit 17 (Williams Institute
          report) ................................   149
5
     Exhibit 18 (Littman Correction) .....   157
6
     Exhibit 19 (Neurobiology of Gender
7         Identity and Sexual Orientation) ........   160
8    Exhibit 20 (Abbruzzese Article) .....   171
9    Exhibit 21 (PDF of Texas Planned
          Parenthood website) ....................   181
10
     Exhibit 22 (Clayton Article) ........   183
11
     Exhibit 23 (Robbins Article) ........   186
12
     Exhibit 24 (Levine Article) .........   188
13
     Exhibit 25 (App G to GAPMS 236-244)..   210
14
     Exhibit 26 (Medicaid Coverage for
15        Gender-Affirming Care) ..................   213
16   Exhibit 27 (Swedish Guidelines) .....   245
17   Exhibit 28 (Washington Examiner
          article) ...............................   257
18
     Exhibit 29 (CNN article) ............   260
19
     Exhibit 30 (Email dated May 12, 2022)   276
20
     Exhibit 31 (Draft Report) ...........   277
21
22                    * * * * * *
23
24
25

1              S T I P U L A T I O N S

2          IT IS HEREBY STIPULATED AND AGREED by and

3     among the attorneys for the respective parties hereto

4     that the videoconference deposition of G. KEVIN

5     DONOVAN, M.D., M.A., may be taken on behalf of the

6     Plaintiffs, on MARCH 22, 2023, located in SAND

7     SPRINGS, Oklahoma, by Jana C. Hazelbaker, Certified

8     Shorthand Reporter within and for the State of

9     Oklahoma, pursuant to Notice.

10          IT IS FURTHER STIPULATED AND AGREED by and

11     among the attorneys for the respective parties hereto

12     that all objections, except as to the form of the

13     question, are reserved until the time of trial, at

14     which time they may be made with the same force and

15     effect as if made at the time of the taking of this

16     deposition.

17                    * * * * * *

18

19

20

21

22

23

24

25

1              G. KEVIN DONOVAN, M.D., M.A.,

2      having been first duly sworn at 9:03 a.m. CST,

3      deposes and says in reply to the questions propounded

4      as follows, to wit:

5                      DIRECT EXAMINATION

6      BY MS. DUNN:

7          Q    So, good morning, Dr. Donovan.  As I

8      mentioned before, my name is Chelsea Dunn.  I'm an

9      attorney for the plaintiffs in the lawsuit Dekker,

10     et al. versus Weida.  I will be deposing you today.

11     I work for an organization by the name of Southern

12     Legal Counsel.

13              If you don't mind just introducing yourself

14     and stating and spelling your name for the record, I

15     would appreciate it.

16         A    Yes.  My full name is Gerard Kevin Donovan.

17     G-e-r-a-r-d, K-e-v-i-n, D-o-n-o-v-a-n.

18         Q    Thank you, Dr. Donovan.  Just as an initial

19     question, have you ever been deposed before?

20         A    Yes.

21         Q    Okay.  I'm going to go over a couple ground

22     rules, just so that we're on the same page for

23     expectations today and that there's no confusion.

24              The court reporter here is writing down

25     everything you say, so if you can respond to my

1    questions using verbal answers, for example, yes or

2    no instead of shaking your head or nodding, that

3    would be a lot -- it's a lot easier for her to

4    transcribe our conversation today.

5            We also -- I think in natural conversation

6    people have a tendency to start answering a question

7    sometimes before it's done, so if you can be careful

8    not to speak over me or to begin answering my

9    question until I finish it, I will try to do the same

10   and not talk over you as well.  Is that fair?

11       A    Yes, ma'am.

12       Q    You're welcome, as we mentioned before, to

13   take a break at any time.  Please just answer -- if

14   you'll finish answering the question that's on the

15   table before you request a break, that -- you know,

16   that -- we would ask that you finish answering the

17   question before we take a break.

18           You can also speak to your attorney at any

19   time, but, again, please finish answering my question

20   unless there is an issue of privilege.

21           You can also -- if you, later in the

22   deposition, realize that you gave an answer earlier

23   that wasn't full and complete, you're welcome to

24   supplement your testimony.  Or if you realize that

25   you were mistaken, you can also correct your

Page 9

1    testimony, please just let us know.

2              You can also ask for documents to refresh

3    your memory as to something.  So if there's something

4    that would help your memory, please let us know what

5    that is.

6              Have you taken any medications today that

7    would affect your ability to answer my questions

8    truthfully and fully?

9        A    No.

10       Q    Are you ill or is there anything else going

11   on that would affect your testimony today?

12       A    No.

13       Q    The oath you've taken that the court

14   reporter provided is the same oath that you would

15   take in a court of law.  So do you understand that

16   you are testifying today under penalty of perjury?

17       A    Yes.

18       Q    And your oath is to answer, not just

19   truthfully, but also the whole truth.  So do you

20   understand that you're expected to give full and

21   complete answers today?

22       A    Yes.

23       Q    Thank you.

24             Before we begin, I just want to talk a

25   little bit about the topic of our deposition today.

1  So this case is about healthcare that is commonly

2  used to treat individuals -- I'm sorry, to treat

3  gender dysphoria for transgender people.  We refer to

4  that sometimes as "gender-affirming care."  Are you

5  comfortable with my use of that term?

6       A    You can use any terminology that you want.

7       Q    And if I refer to gender-affirming care, do

8  you understand that that means, for example, medical

9  treatment such as the administration of cross-sex

10 hormones, gender-confirming surgeries, or

11 puberty-blocking medications?

12      A    I do.

13      Q    Have you been retained as an expert witness

14 by the defense in this case?

15      A    Yes.

16      Q    And you understand that you -- your report

17 was submitted to the Court by the defendants as

18 expert testimony in order to advance their case

19 against the plaintiffs?

20      A    Yes.

21      Q    And what expert testimony were you

22 specifically asked to provide in this case?

23      A    I was asked to testify as a medical

24 ethicist.

25      Q    And what opinions were you asked to

1    provide?

2         A    Opinions about the propriety of the

3    gender-affirming care.

4         Q    And what are your opinions as to the

5    propriety of gender-affirming care?

6         A    I think it's problematic.

7         Q    And when you say "problematic," what do you

8    mean?

9         A    I mean I think that there are some problems

10   regarding the approach, the diagnosis and treatment

11   approach.

12        Q    Can you explain what problems you believe

13   there are with the diagnosis and treatment approach

14   for gender-affirming care?

15        A    Well, geez, that's a lot, but then we have

16   hours, don't we?

17             I think that the -- that there are problems

18   in the concept.

19             I think there are problems in the

20   application of that concept to a diagnosis for

21   individuals.

22             And I am aware of problems that have been

23   identified by many others, in terms of the treatments

24   themself and the justification for them.

25        Q    When you say problems identified by

1    "others," who are those others?

2         A    Oh, they're in the literature.

3         Q    Your opinions are fully set forth in your

4    expert declaration that was signed on February 15th,

5    2023; is that correct?

6         A    I believe so.

7         Q    So I will pull up that document so that we

8    can both confirm.

9              (Document is displayed).

10             Can you see the document labeled "Expert

11   Declaration of Kevin Donovan, M.D., M.A."?

12        A    Yes, I can.

13        Q    Is this your expert report?

14        A    Looks like it.

15        Q    Do you need to review it to be sure?

16        A    No, no.  Let's just go ahead.

17        Q    Okay.  I'll just quickly scroll down to

18   where your signature is.

19             Can you confirm that you signed this

20   document?

21        A    It looks like it.  Thank you.

22             (Whereupon, Exhibit Number 1 was marked for

23   identification purposes and made a part of the

24   record.)

25        Q    (By Ms. Dunn) So I would like to ask that

1    this be marked as Plaintiffs' Exhibit 1.

2            Did anyone besides you contribute to

3    writing this report?

4        A    No.

5        Q    Did anyone besides you edit this report?

6        A    I don't recall.  I know I submitted it to

7    the defense attorneys and I don't think that they --

8    they may have edited something on it for clarity.

9    I'm not sure.

10       Q    And when you say you "submitted it to

11   defense attorneys," who did you submit it to?

12       A    Well, I sent it in to -- to Gary Perko or

13   Michael Beato or somebody in that group.

14           (Whereupon, Exhibit Number 2 was marked for

15   identification purposes and made a part of the

16   record.)

17       Q    (By Ms. Dunn) I'm going to stop sharing

18   this document and I'm going to show you a document

19   that was provided to us as your bibliography for your

20   report.

21           (Document is displayed).

22           Dr. Donovan, do you recognize this

23   document?

24       A    It looks -- I think so, yeah.

25       Q    And is this a document that you prepared?

```
 1        A    Yes.

 2        Q    And what -- what is it?

 3        A    I'm sorry?

 4        Q    What --

 5        A    It's a bibliography.

 6        Q    And it's a bibliography for -- for what?

 7        A    In reference to my previous paper.

 8        Q    And so this is a bibliography of the

 9   sources you considered and relied upon in the expert

10   declaration that we marked as Plaintiffs' Exhibit 1?

11        A    Yes.

12        Q    And this is -- I'll -- this exhibit will be

13   marked as Plaintiffs' Exhibit 2.

14             This document was not originally sent along

15   with your report; is that right?

16        A    Correct.

17        Q    So this was provided upon request by

18   plaintiffs' counsel?

19        A    Yes.

20        Q    Are these all of the sources you relied

21   upon in preparing the report and expert declaration

22   that was marked as Plaintiffs' Exhibit 1?

23        A    That would be difficult to say because so

24   many things I rely on are also part of my own

25   expertise.  But in terms of articles, I think that's
```

1    a reasonable summation.

2         Q    Are there any other sources you can

3    identify that you relied upon for your expert

4    declaration that is not listed in this bibliography?

5         A    No, not at present.

6         Q    When did you first become aware of this

7    case, Dr. Donovan?

8         A    Some months ago.

9         Q    Can you give us an estimate of perhaps the

10   time of year?

11        A    I'm trying to think when I first was

12   contacted.  It was -- it was probably -- I'd have to

13   go back and look.  It was probably in the fall or

14   something.  Or, no, it was probably the end of

15   summer.

16        Q    End of summer.

17             And do you recall who contacted you?

18        A    I believe I got an email from Gary Perko

19   asking if I would be willing to help them with the

20   case.

21        Q    When were you formally engaged as an expert

22   witness in this matter?

23        A    If I can -- I think I've got this handy.

24             MR. BEATO:  Dr. Donovan, just from your

25   memory.

```
 1            THE WITNESS:  Oh.  Sometime in the fall.
 2        Q    (By Ms. Dunn) Have you been contacted by
 3    Holtzman Vogel previously to be an expert witness in
 4    any other matter?
 5        A    No.
 6        Q    You also prepared a report to support the
 7    Florida Medicaid rule prohibiting coverage for
 8    gender-affirming medical treatments; is that right?
 9        A    Yes.
10        Q    That report was an attachment to a, quote,
11    "generally accepted professional medical standards"
12    report prepared by the agency for healthcare
13    administration?
14        A    I believe so.
15        Q    All right.  So a couple of those terms that
16    I just used are terms where we frequently use
17    abbreviations.
18            So when I refer to GAPMS, G-A-P-M-S, I'm
19    referring to Generally Accepted Professional Medical
20    Standards, which is a -- it's a standard employed by
21    the Agency for Healthcare Administration of Florida.
22            When I refer to AHCA, that's A-H-C-A, and
23    that stands for Agency for Healthcare Administration,
24    and that is the Florida Medicaid agency who is the
25    defendant -- one of the defendants in this case.
```

1           Do you understand that?

2      A     Thank you.  Yes.

3      Q     And if you -- if you later in the

4  deposition can't recall what those acronyms mean,

5  please feel free to ask for clarification.

6      A     It's almost certainly going to be needed.

7      Q     Okay.  Who contacted you to provide your

8  report in support of the AHCA GAPMS memo?

9      A     Someone from -- I believe it was the health

10  department in Florida.

11      Q     Do you remember the name of that

12  individual?

13      A     No, I'm sorry, I don't.

14      Q     I apologize.  I have a sinus infection, so

15  I might cough occasionally.

16           Do you recall any -- the names of any other

17  individuals at AHCA that you worked with in providing

18  and submitting the report for the GAPMS memo?

19      A     I think there was only, like, one or two

20  names.  And, no, I'm sorry, I don't -- I don't have

21  those in my head.

22      Q     You don't recall them.  Okay.

23           Do you know how the agency got your name in

24  order to contact you about that report?

25      A     It must have been suggested to them by

1    someone else, but I'm not sure.

2         Q    What did you do to prepare for today's

3    deposition?

4         A    I re-read some of the things that I had

5    submitted, as well as some other articles on the

6    topic.

7         Q    And when you say you "re-read things you

8    had submitted," which things that you submitted did

9    you re-read?

10        A    The two that you've just mentioned.

11   Perhaps I should be -- re-familiarize myself with

12   what I said.

13        Q    And so that would include the expert

14   declaration that we marked as Plaintiffs' Exhibit 1?

15        A    Yes, ma'am.

16        Q    And that also includes the report you

17   submitted to the Agency for Healthcare Administration

18   in support of its GAPMS process?

19        A    Yes.

20        Q    You said you reviewed some other articles

21   in preparation for today.  Which articles were those?

22        A    Oh, about perhaps a dozen different

23   articles, including the one I just saw in the British

24   Medical Journal yesterday.

25        Q    Can you please clarify what article that

Page 19

1    was?

2        A    Well, fortunately, that one I can tell you

3    because it's still sitting here.

4            It was entitled "BMJ Investigation:  Gender

5    Dysphoria in Young People is Rising and so is

6    Professional Disagreement," by Jennifer Block.

7        Q    All right.  What other articles have you

8    reviewed?

9        A    Well, certainly articles that I'd already

10   used to -- to compose my various expert witness and

11   expert opinion papers.

12       Q    That --

13       A    And other things -- and, quite frankly,

14   other things I just kind of peruse randomly, so I

15   didn't really make notes of which they were.  I

16   probably have -- some of them were online and some of

17   them I actually have as printouts from an old file.

18   And I -- I couldn't tell you specifically.

19           I also was sent the -- some of the forms or

20   reports from the attorney's office, and of course I

21   reviewed those as well.  But some of those --

22       Q    What --

23       A    -- were some of the things we've just been

24   talking about.

25           Well, the -- the expert witness

1   declarations from the people on the plaintiffs' side.

2        Q     Which expert declarations from the

3   plaintiffs' side did you read?

4        A     Karasic and Antonnaria.

5        Q     Were there other expert declarations in

6   this case that you reviewed, including any of the

7   defendants' expert declarations?

8        A     I'm sorry, there was a third one from the

9   plaintiffs' side, but it seemed to have so little to

10  do with what I had been talking about.  I'd have to

11  go back and see who that was by.

12             And I actually didn't have a -- an

13  opportunity, because I got them so late, to look at

14  all the defendants' declarations.

15       Q     Did you look at any of the defendants'

16  declarations?

17       A     Not in depth, no.

18       Q     Did you review even briefly any of the

19  defendants' declarations?

20       A     Probably.  Probably.

21       Q     Do you recall --

22       A     But because they were -- yeah, not -- I

23  cannot specifically recall because they just were

24  parallel to what I was focusing on and didn't overlap

25  that much.

1          Q     Did you have any meetings with anyone in

2     order to prepare for today's deposition?

3          A     We had about a 10- or 15-minute meeting

4     with the defense attorneys.

5          Q     Which defense attorney?

6          A     I think it was Gary Perko and one other in

7     the room.

8          Q     Did you talk or speak with anyone else

9     about your deposition in preparation?

10          A     My wife.

11          Q     I'm sorry, I was getting some background

12     noise on my laptop I wanted to get rid of.

13               So you earlier mentioned that you had some

14     things right beside you that you had used to prepare

15     for today.  What are those things?

16          A     Oh, the -- I'm trying to make sure I have

17     the right -- my expert report.

18               The -- the "Ethicist's View of Transgender

19     Treatment for Children" that I had sent in.

20               And, actually, I was just looking at that

21     BMJ article because it had just come out.

22          Q     Are those the only three things that you

23     have?

24          A     Oh, I mean, no.  Look at my study.  I've

25     got a lot of things in my files, but not things that

Page 22

1    I've been looking at this morning.

2         Q    So when you say you have things right

3    beside you, it's merely your expert report, your

4    report that you submitted during the GAPMS process,

5    and the article from the British Medical Journal that

6    you referenced?

7         A    That's -- yeah, that's a pretty fair

8    summary.

9         Q    Is that --

10        A    I mean, there are other things I could

11   find, but that's it.

12        Q    But when you're -- I'm sorry.  I'm speaking

13   about the things that you're referencing that are

14   right beside you that you said you could refer to.

15             Is there anything other than those three

16   documents that I just listed?

17        A    Not currently, no, but I -- like I said, if

18   you need me to, I can find things.  They're all close

19   by.

20        Q    Well, so -- so I think what we're

21   experiencing right now is one of the limitations of a

22   virtual deposition, which it's obviously much more

23   convenient because we're all able to be in our own

24   respective locations.

25             But, generally, if someone were to come to

1    a deposition with paperwork, we would be entitled to

2    see what that paperwork is.

3            And so what I'm trying to understand is

4    what paperwork have you compiled in order to use in

5    this deposition?  What is sitting beside you that you

6    intended to reference or that you brought with you

7    or -- or put together for the purposes of this

8    deposition?

9        A    Okay.  No, I think you've got it then.

10   That was it.

11       Q    Okay.  Thank you.

12           Have you been deposed -- I'm sorry, you

13   told me you've been deposed before, Dr. Donovan.  Can

14   you explain to me the circumstances in which you've

15   been deposed before?

16       A    Well, I've been an expert witness for both

17   sides in malpractice trials.

18       Q    How many times have you been deposed

19   before?

20       A    Maybe as many as half a dozen.

21       Q    Is medical malpractice the only subject on

22   which you've been deposed in the past?

23       A    There was one trial in which we were

24   discharging a faculty member with cause and so I

25   testified in that as well.  "We" being the

```
 1    university.
 2         Q    But that would be an employment dispute?
 3         A    Yes, I guess so.
 4         Q    And which university was that that you were
 5    working for?
 6         A    That was the University of Oklahoma.
 7         Q    The malpractice cases that you were deposed
 8    in, what types of care were at issue in those
 9    approximately six cases?
10         A    I'm not sure what you mean by "what types
11    of care."  Medical care.
12         Q    What type of medical treatment was at
13    issue?
14         A    Oh, my background is in pediatric
15    gastroenterology, so those were all associated with
16    that type of care.
17         Q    Okay.  So they were all cases related to
18    pediatric gastroenterology treatments?
19         A    Correct.
20         Q    And have you testified at trial in any
21    matter?
22         A    At one of those, yes.
23         Q    Which --
24         A    One of those malpractice cases.
25         Q    So one of the medical malpractices?
```

Page 25

```
 1       A    One of the medical malpractice cases went
 2   to trial.
 3       Q    Were there any other cases that you have
 4   testified at trial?
 5       A    Not that I recall.
 6       Q    Okay.  Have you submitted written expert
 7   reports in other cases?
 8       A    I actually don't recall doing that.
 9       Q    Have you -- is it fair to say that you have
10   never provided an expert report previously about the
11   treatment of gender dysphoria?
12       A    Yes, that's fair.
13       Q    Is it also fair to say that you've never
14   testified previously about the treatment of gender
15   dysphoria?
16       A    That's correct.
17       Q    Did you know any of the defendants' other
18   experts prior to this case?
19       A    Personally, no.
20       Q    Had you ever met any of the defendants'
21   other experts prior to this case?
22       A    No.
23       Q    Did you know any of the plaintiffs' experts
24   prior to this case?
25       A    Not personally.  I mean --
```

1      Q    How did you -- did you know them in some
2   other capacity?
3      A    I have seen people at meetings.
4      Q    Has a court ever disqualified you as an
5   expert witness, to your knowledge?
6      A    No.
7      Q    Has a court ever limited the scope of your
8   testimony, to your knowledge?
9      A    No.
10      Q    Have you ever provided testimony in support
11   of the claims of a transgender person?
12      A    No.
13      Q    All right.  I'm going to pull up another
14   document, if it will cooperate.
15           MR. BEATO:  Take your time.
16           (Document is displayed).
17      Q    (By Ms. Dunn) Do you recognize this
18   document, Dr. Donovan?
19      A    Can I see this?  Is that the question?
20      Q    Do you recognize the document?
21      A    Oh, yes.
22      Q    And what is this document?
23      A    This is my curriculum vitae that was
24   prepared for Georgetown University School of
25   Medicine.

Page 27

1      Q    And this is the curriculum vitae that was

2    provided to us, along with your expert report.  Do

3    you recall providing it for that purpose?

4      A    Yes.

5      Q    Is this document a complete and accurate

6    depiction of your professional experiences, your

7    curriculum vitae?

8      A    I believe so.

9           (Whereupon, Exhibit Number 3 was marked for

10   identification purposes and made a part of the

11   record.)

12     Q    (By Ms. Dunn) And I would like to mark this

13   as Plaintiffs' Exhibit 3.

14          So I'm going to begin by asking you some

15   questions about your education.  So you received your

16   medical education at the University of Oklahoma in

17   the years of 1970 to 1974?

18     A    Correct.

19     Q    And then you received your -- I'm sorry,

20   you completed a pediatrics residency at the Baylor

21   College of Medicine --

22     A    Yes.

23     Q    -- in -- 1974 through 1977?

24     A    Correct.

25     Q    Your fellowship was in pediatric

1   gastroenterology at the University of Oklahoma from

2   1977 to 1979; is that right?

3          A     Yes.

4          Q     And then you did an additional fellowship

5   at the National Institutes of Health in the neonatal

6   and pediatric medicine branch?

7          A     Yes.

8          Q     And that was in 1979 through 1980?

9          A     Yes.

10         Q     And then you additionally got your masters

11   in bioethics at the University of Oklahoma in 1994?

12         A     Correct.

13         Q     Why did you return to graduate school in

14   order to get your degree in bioethics?

15         A     I had been asked to be the chair of the

16   ethics committee at our teaching hospital and I

17   thought that I should develop more expertise.  And I

18   had a great interest in the topic.

19         Q     And when you say "at the university" or

20   "medical school," are you speaking of the University

21   of Oklahoma?

22         A     Well, I was at the University of Oklahoma,

23   but I took a sabbatical and went to study at

24   Georgetown with Edmund Pellegrino at that time.

25   That's when I began the masters and then completed it

Page 29

1    at the University of Oklahoma.

2         Q    But you said you had been asked to chair

3    the ethics committee at -- at where?  At which

4    institution?

5         A    At one of our teaching hospitals, Saint

6    Francis Hospital.

7         Q    Okay.  I see a hospital.  Okay.

8              Have you received any other medical

9    education besides what we just discussed?

10        A    Well, all physicians receive continuing

11   medical education, so quite a bit of that, but I

12   haven't acquired any other degrees.

13        Q    All right.  And you mentioned the

14   Pellegrino Center for Clinical Bioethics.  I'm going

15   to scroll down to your reference to your position

16   there.

17             What is the Pellegrino Center for Clinical

18   Bioethics?

19        A    It is probably best characterized as a

20   think tank in bioethics.  It provides education,

21   provides for both students and trainees in medicine,

22   as well as for faculty.  It provides ethics

23   consultation in the hospital and pursues scholarly

24   activities, including writing papers.

25        Q    You were the director of that center from

Page 30

1    2012 to 2020?

2         A    Yes.

3         Q    And what is that?  What did being director

4    of that center entail for you specifically?

5         A    Well, I basically helped with the -- the

6    planning and the activities of the center, as well as

7    the education -- educational activities and the

8    consultation activities in the hospital.

9         Q    In this role, did you routinely work in a

10   hospital where you would evaluate patients for

11   medical conditions and refer and prescribe them for

12   treatment?

13        A    That isn't a part of bioethics.

14             At the time I was still seeing patients in

15   my medical specialty and so I did consultations there

16   as well.  But bioethicists do not directly treat

17   patients.  They do respond to consultations from

18   treating physicians, nurses and families to help them

19   sort through ethical issues.

20        Q    And as the director of the Pellegrino

21   Center, were you actively consulting on those types

22   of cases?

23        A    Yes.

24        Q    Did you engage in your clinical practice in

25   pediatric gastroenterology the entire eight years

1    that you were the director of the Pellegrino Center?

2         A    No.  I stopped around 2018.  They were

3    short-handed when I arrived, but they acquired more

4    faculty, and I was fairly busy with my primary job.

5         Q    Can you quantify how frequently you would

6    provide ethical consultations as the director of the

7    Pellegrino Center?

8         A    We did it in rotation.  We had a team that

9    did it.  And I think we were getting maybe 150 or

10   more consults annually.

11        Q    So the center would receive 150 consults

12   total annually?

13        A    Uh-huh.  Yes.

14        Q    And how many -- it was on a rotation.  How

15   many different individuals from the Pellegrino Center

16   were rotating through those consultations?

17        A    Approximately, four.

18        Q    So would it be fair to say that there were

19   approximately 35 to 40 consultations for each -- each

20   individual?

21        A    Approximately.  The problem with the math

22   is that we had a couple of people who didn't take

23   consults as frequently because of their other jobs

24   and others who did it more frequently.  I was in the

25   "more frequently" category.  But, overall, that's

1    close enough.

2         Q    The Georgetown University -- I'm sorry, the

3    Pellegrino Center at Georgetown University was

4    established to "fill a unique need for bioethics

5    that's oriented towards clinical medicine and

6    strongly rooted in the Catholic and Jesuit

7    tradition."

8              Is that a fair description of its mission

9    or purpose?

10        A    Yes.

11        Q    Can you explain what it means to have a

12   program of bioethics that is strongly rooted in the

13   Catholic and Jesuit tradition?

14        A    Well, Jesuits have a somewhat unique

15   approach to education, as you're probably aware.

16   They do like to focus on what they call

17   "cura personalis", or care of the whole person.

18             The particular approach that Edmund

19   Pellegrino used in the ethical sphere was called

20   "virtue ethics" as opposed to, say, the more -- other

21   approaches.  Some would be casuistry, some would be

22   ideological, and some would be -- well, he was also

23   heavily philosophical, although he, himself, was not

24   a philosopher.  Several of our members were and had

25   Ph.Ds in philosophy, as well as other things.

 1      Q    How does theology interact with ethical
 2   challenges that arise in the care of particular
 3   patients for ethicists at the Pellegrino Center?
 4      A    I'm sorry, could you repeat that?  You kind
 5   of flaked out a little bit.
 6      Q    Yeah, of course.
 7           What role does theology play for the
 8   consultants at the Pellegrino Center in assisting
 9   with the ethical challenges that arise in the care of
10   patients?
11      A    I wouldn't say that it plays a direct role
12   because, you know, it is theological principles just
13   like philosophical principles.  And just ethical
14   principles are always there in the background, in
15   terms of how we assess and -- and work through
16   various cases.
17      Q    Is Georgetown University Medical Center a
18   Catholic healthcare institution?
19      A    Yes.
20      Q    I want to share another document.
21           (Document is displayed).
22           Do you recognize this document,
23   Dr. Donovan?
24      A    Yes.
25      Q    What is this document?

Page 34

1      A      These are the Ethical and Religious

2    Directives for Catholic Healthcare Services, commonly

3    referred to as the "ERDs."

4              (Whereupon, Exhibit Number 4 was marked for

5    identification purposes and made a part of the

6    record.)

7      Q      (By Ms. Dunn) ERDs.

8              I'd like to mark this document as

9    Plaintiffs' Exhibit 4.

10             Is Georgetown University Medical Center --

11   I'm sorry.  Let me -- I'm going to restart that

12   question.

13             Are ethical consultations and advisements

14   at the Pellegrino Center for clinical bioethics

15   guided by these ethical and religious directives?

16     A      Yes, they are.

17     Q      And are your views as an ethicist guided by

18   this document?

19     A      Yes.

20     Q      Did you rely on this document during your

21   active work as an ethical consultant at the

22   Pellegrino Center?

23     A      Yes.

24     Q      I'm going to turn to Page 9 of the document

25   and zoom in on Directive Number 5.

Page 35

```
 1            This directive reads:  "Catholic Healthcare
 2     Services must adopt these directives as policy,
 3     require adherence to them within the institution as a
 4     condition for medical privileges and employment, and
 5     provide appropriate instruction regarding the
 6     directives for administration, medical, and nursing
 7     staff, and other personnel."
 8            Did you follow this directive during your
 9     time as the director of the Pellegrino Center?
10       A    Yes.
11       Q    I'm now turning to Directive Number 9 which
12     states that, "Employees of a Catholic healthcare
13     institution must respect and uphold the religious
14     mission of the institution and adhere to these
15     directives.  They should maintain professional
16     standards and promote the institution's commitment to
17     human dignity and the common good."
18            As director of the Pellegrino Center and an
19     employee of G Medical Center, are you bound to uphold
20     the religious mission of the institution?
21       A    Yes.
22       Q    And as the director of the Pellegrino
23     Center and an employee of the Georgetown University
24     Medical Center, you had to adhere to these directives
25     as well; is that correct?
```

1      A    Yes.

2      Q    And you have to adhere to these directives

3  without exception; is that correct?

4      A    I don't know what that would mean.

5      Q    Well, so it means that a doctor at a

6  Catholic hospital can't provide a patient with

7  medical care that is not aligned with the mission of

8  the institution; is that right?

9      A    Yes, I can accept that.

10      Q    So you can't even refer a patient for a

11  type of care that is not aligned with these

12  directives?

13      A    That would depend on the circumstances of

14  the issue at hand.

15      Q    So I'm going to stop sharing this document

16  and open one more.

17           (Document is displayed).

18           Do you recognize this article, Dr. Donovan?

19  I'm happy to scroll through it if that would help.

20           MR. BEATO:  Oh, Dr. Donovan, I believe

21  you're muted.  Happens to me all the time.

22           THE WITNESS:  Yes, I was muted and also not

23  recognizing it, so it's a twofer.

24      Q    (By Ms. Dunn) This is an article that was

25  published in 538.  I'm going to scroll down to Page 6

Page 37

```
 1    of this article and I will show you -- here you are
 2    quoted in this article.
 3              Is that -- is this "Dr. G. Kevin Donovan, a
 4    bioethicist at Georgetown University," is that you
 5    that this article is referencing?
 6        A    It should be, yes.
 7        Q    And so you say here that, "Catholic
 8    healthcare institutions need to be careful to ensure
 9    that they're not perceived as offering or endorsing a
10    prohibited form of care."
11              Is that -- do you recall making that
12    statement?
13        A    I don't recall.  I must have been
14    interviewed over the phone, but I would agree with
15    that statement.
16        Q    And so would referring a patient for a type
17    of care that is not aligned with a Catholic
18    healthcare institution be consid- -- or be
19    potentially perceived as offering or endorsing a
20    prohibited form of care?
21        A    It would be -- depend on why it's not
22    aligned with the -- with the values you're talking
23    about.
24        Q    Well, let's give an example.  Would this
25    include a referral for contraceptives?
```

1        A     For contraceptives, you really -- well, it

2    also depends on how you're using the term

3    "contraceptive" because, you know, birth control in

4    general is not prohibited, but certain forms are.

5        Q     So it would include referring a patient for

6    a prohibited form of contraceptive?

7        A     Yes.

8        Q     In this article you're referred to as a

9    "Catholic ethicist."  Is that something you would

10   label yourself as?

11       A     I don't typically, no, although both words

12   are correct.

13             (Whereupon, Exhibit Number 5 was marked for

14   identification purposes and made a part of the

15   record.)

16       Q     (By Ms. Dunn) And I don't think I asked

17   yet, but I would like to mark this exhibit as

18   Plaintiffs' Exhibit 5.

19             I'm now going to return to the -- what has

20   been marked as Plaintiffs' Exhibit 4, the Ethical and

21   Religious -- the ERDs, as you refer to them.

22             And we're going to look at Directive

23   Number 3, which is on Page -- and, I'm sorry, I'm

24   going to share my screen in just one moment.

25             (Document is displayed).

1           We're looking at Directive Number 3 which

2     is on Page 9.

3           So this lists certain people whose social

4     condition puts them at the margins of our society and

5     makes them particularly vulnerable to discrimination.

6           Are LGBTQ people included in this list of

7     people whose social conditions make them particularly

8     vulnerable to discrimination?

9           MR. BEATO:  Object to form, but,

10    Dr. Donovan, you can answer that question.

11          THE WITNESS:  Well, I was -- I was reading

12    the paragraph that she mentioned.  And the -- the

13    answer would be they're not specifically listed.

14    They're certainly not eliminated.  They would be

15    considered people vulnerable to discrimination.

16       Q    (By Ms. Dunn) But they're not listed here

17    in this list of individuals that the Catholic

18    Healthcare Institution should distinguish itself by

19    service to an advocacy for?

20       A    I don't see them in that particular

21    listing, no.

22       Q    All right.  Thank you.  So we will move

23    away from this document for now.

24          I want to go back just briefly to a piece

25    of paper I can't find right now.  Here we go.

1          (Document is displayed).

2          Are you currently the director of the

3    Pellegrino Center?

4      A    No.

5      Q    When did you leave?

6      A    Just before -- well, during the pandemic.

7      Q    Okay.  And why did you leave?

8      A    Well, because I had been doing it for

9    nearly ten years and had already found someone to

10   turn it over to.

11     Q    And so you made the choice to leave that

12   institution?

13     A    Yes.

14     Q    Do you remain on faculty at the Pellegrino

15   Center?

16     A    I am still working part time until the end

17   of this semester.

18     Q    And what does that mean, to be working part

19   time?

20     A    That means that I participate in

21   educational activities and meetings by Zoom

22   primarily, but also write papers with my colleagues

23   and such.

24     Q    How many hours -- are you still currently

25   teaching classes at the Pellegrino Center?

1       A     Not this semester.

2       Q     How recently were you still teaching

3   classes there?

4       A     I had been helping out last semester.

5       Q     And did you teach a full course on your own

6   or would your role have been more of a guest

7   lecturer?

8       A     More of a guest lecturer.

9       Q     When you were the director of the

10  Pellegrino Center, did you teach classes?

11      A     Oh, well, we had classes for medical

12  students, classes for residents, and classes in our

13  master's program, so, yes.

14      Q     And would you be the professor of an entire

15  course or, again, would it be more of a guest

16  lecturer role?

17      A     Both.

18      Q     What classes did you primarily teach?

19      A     For students, it was really just bioethics,

20  medical ethics.  It was an ongoing course for medical

21  students throughout the year.

22      Q     So it was just a general bioethics/medical

23  ethics course?

24      A     Yes.

25      Q     Did you do hospital rounds as a treating

1   doctor at the Georgetown Medical Center?

2       A    I did that in pediatric gastroenterology

3   until I stopped, as I mentioned before.

4       Q    And are you currently a clinical ethical

5   consultant at the center?

6       A    No.

7       Q    When did you stop doing ethical

8   consultations?

9       A    When I was no longer in the vicinity.

10      Q    So when you left in 2020, that would be

11  when your ethical consultation --

12      A    Yes.

13      Q    You also have listed on your resume -- and

14  I will quickly open it.  I'm sorry, "resume."  Your

15  CV.  I'm using the lawyer term.

16           -- that you are a -- if I can pull it up.

17  Sorry.

18           (Document is displayed).

19           -- "senior clinical scholar at the Kennedy

20  Institute for Ethics."

21           How is that different from being the

22  director of the Pellegrino Center?

23      A    The Kennedy Institute of Ethics is a

24  separate think tank at the other end of the campus

25  and they tend to focus more on philosophical issues

1  rather than patient care issues.

2       Q    Were the ethics practiced at the Kennedy

3  Institute also aligned with the Catholic and Jesuit

4  tradition of Georgetown University?

5       A    For some --

6       Q    Were they --

7       A    -- but not for all of the faculty, no.

8       Q    Okay.  Were they impacted at all by the

9  ethical and religious directives issued by the U.S.

10  Conference of Catholic Bishops that we referenced as

11  Plaintiffs' Exhibit 4?

12       A    Those only apply to hospital practice.

13       Q    All right.  And then prior to your work at

14  Georgetown, you were the director of the Oklahoma

15  Bioethics Center?

16       A    Yes.

17       Q    What did this role entail?

18       A    It was a very similar position to the

19  Kennedy Institute.

20       Q    It was more philosophical rather than

21  patient care?

22       A    No, excuse me, I'm sorry, to the Pellegrino

23  Center.  No, it was not philosophical, it was

24  teaching students, it was working in the hospital, it

25  was writing papers.

1      Q    So you provided ethical consultants (sic)

2    related to patient care?

3      A    Yes, but not as the director of the

4    Bioethics Center.  That was a separate issue for the

5    various hospitals in town, each of which had their

6    own --

7      Q    Okay.

8      A    -- arrangements.

9      Q    So your role as the director of the

10   Oklahoma Bioethics Center was mostly teaching and

11   writing?

12     A    Yes.

13     Q    And any clinical ethical consultations you

14   were doing were in your role at various hospitals?

15     A    Correct.

16     Q    You're also -- later in your CV -- and

17   let's see how quickly I can get here.

18          (Document is displayed).

19          Here you list that you're part of the

20   "Dean's conference committee on medical ethics."

21          What was that?

22     A    Oh, well, the -- the Dean was having us put

23   on little conferences for -- educational conferences

24   on ethics.

25     Q    Okay.  So that was just in order to plan

Page 45

1    and arrange for educational conferences on ethics

2    issues?

3         A    Right.

4         Q    And you have listed your role as chairman.

5    Were you chairman for all 25 of those years?

6         A    Yes, I believe I was.

7         Q    All right.  I'm going to stop sharing

8    temporarily.

9              So I'd like to talk a little bit about your

10   clinical experience as a pediatric

11   gastroenterologist.  So we've -- you have said that

12   before your bioethics appointments your practice

13   primarily focused on pediatrics gastroenterology; is

14   that correct?

15        A    Correct.

16        Q    Can you just give kind of a broad overview

17   of what field of practice that is?

18        A    It concerns itself with the digestive

19   disorders in childhood.

20        Q    Your last position in pediatric

21   gastroenterology was when you were the chief of the

22   division of pediatric gastroenterology at the

23   University of Oklahoma?

24        A    Yes.

25        Q    And that ended in 2012?

```
 1        A    Yes.  That's other than the work I -- I
 2   also contributed at Georgetown.
 3        Q    Okay.  So you did do -- I recall now.  You
 4   said that you did some pediatric gastroenterology
 5   work while you were at Georgetown until 2018; is that
 6   right?
 7        A    Yes.
 8        Q    Are you currently working as a pediatric
 9   gastroenterologist?
10        A    No.
11        Q    Are you currently teaching any pediatric
12   gastroenterology courses?
13        A    No.
14        Q    Have you ever treated patients experiencing
15   gender dysphoria?
16        A    Not to my recollection.
17        Q    In your report on Page 3 -- so we'll look
18   back.  Your report was marked as Plaintiffs'
19   Exhibit 1.  So we'll look back at that document.
20             (Document is displayed).
21             On Page 3 you say that you "have never
22   prescribed medications nor referred for surgery any
23   patients that consider themselves transgender."
24             Is that an accurate statement?
25        A    Yes.
```

```
 1        Q    Is that professional decision guided by the
 2   ethical and religious directives of the Catholic
 3   Healthcare Services?
 4        A    No.
 5        Q    You wouldn't -- as a routine matter, you
 6   would not have been providing such treatment as a
 7   pediatric gastroenterologist; is that right?
 8        A    That's correct.
 9        Q    And as a bioethicist, you do not typically
10   do routine evaluations of patients and refer them for
11   treatment; is that correct?
12        A    That's correct.
13        Q    So in your professional capacity, referring
14   or providing -- I'm sorry, providing gender-affirming
15   care or referring patients for gender-affirming care
16   would not be something you would have had routinely
17   done, even if you hadn't chosen, personally decided
18   not to do it; is that right?
19        A    Correct.
20        Q    Do you currently have an active license to
21   practice medicine in any state?
22        A    In Oklahoma.  I've given up the Washington
23   license.
24        Q    So you no longer -- your license to
25   practice medicine in Washington has expired?
```

1      A     Yes.

2      Q     And when we say "Washington," we're

3  speaking about Washington, D.C., not the state of

4  Washington?

5      A     Correct.

6      Q     Your Oklahoma medical license, what type of

7  medical license is it?

8      A     It's like an emeritus license.  I use it

9  for my --

10     Q     And what is that?

11     A     I use it in my volunteer work here.  I'm

12  not practicing as a clinician anymore.

13     Q     And what does your volunteer work entail?

14     A     I have worked for the Oklahoma emergency

15  response people and for various charities around

16  town.

17     Q     And are you providing patient care in those

18  capacities?

19     A     No, not directly.

20     Q     So under this license, can you actively

21  practice medicine?

22     A     No, I no longer am an active clinician.

23     Q     Have any -- has any of your previous

24  medical licenses been suspended for any reason?

25     A     No.

Page 49

1       Q     Have you ever received any formal
2    discipline by the Board of Medicine of any state or
3    jurisdiction?
4       A     No.
5       Q     Have you ever been the subject of a medical
6    malpractice lawsuit?
7       A     Once.
8       Q     Can you describe the circumstances of that
9    lawsuit?
10      A     There was a complication in a -- after a
11   procedure, and the family filed suit and the defense
12   prevailed.
13      Q     Was that one of the six cases that you
14   referenced being deposed in earlier or --
15      A     Yes.
16      Q     -- was that separate?
17            Have you ever been the defendant in a
18   lawsuit about discrimination in your medical
19   practice?
20      A     No.
21      Q     Okay.  I would now like to talk a little
22   bit about the awards and professional associations
23   that you list in your curriculum vitae, so I'm going
24   to share my screen again.  Let me first get to the
25   right place.

```
 1            (Document is displayed).

 2            So here we have -- let's see -- the section

 3    of your CV that lists "Honors and Awards."  And I'd

 4    like to ask about the Knighthood that you have

 5    received.

 6            You list it as "Knight Grand Cross Vatican,

 7    the Equestrian Order of the Holy" -- I'm not going to

 8    say this properly, I'm sorry -- Equestrian Order of

 9    the Holy -- what's that -- the word that starts with

10    "S"?

11        A    Sepulchre.

12        Q    -- "Sepulchre of Jerusalem."  What is this

13    award -- or "Knighthood," what does that mean?

14        A    Well, this was an organization founded by

15    Godfrey of Bouillon during the crusades, and they now

16    provide funds for the care and education of

17    Palestinians in the Holy Land.

18        Q    What is the significance of this honor to

19    you specifically?

20        A    It's -- yeah, I think it's a good thing to

21    do.

22        Q    Why did you receive the honor?  What did

23    you do to receive this honor?

24        A    They never specifically told me.

25        Q    Does it have any significance to your
```

Page 51

1    career in medicine?

2        A    I would assume it must.  I didn't have to

3    slay any dragons.

4        Q    I guess I'm wondering, like, why is it

5    important to list on your CV?

6             In what way is it relevant to your

7    professional experience?

8        A    Well, it's -- it's an honor, much like the

9    other things that are listed.

10            You know, if I were British and the queen

11   had knighted me, I would probably list that, too, and

12   assume it had to do with something in my career.

13       Q    So you assume that you received the

14   Knighthood because of your professional service?

15       A    That's a fair guess, but I've never --

16   never been told.

17       Q    Okay.  Are there any requirements or

18   expectations of you as a result of receiving this

19   Knighthood?

20       A    Yes.  We are supposed to contribute

21   financially for the welfare of the people living in

22   Palestine and the Holy Land.

23       Q    And those financial contributions are the

24   extent of the expectations?

25       A    Yes.

1      Q     I'm now going to scroll down to what you've

2   listed as "Public Service."  So here you list your

3   position as the chairman of the board of directors of

4   Birthright, Incorporated, of Tulsa.

5            What is this organization?

6      A     Oh, it's an organization to lend assistance

7   to pregnant women and their babies.

8      Q     As chairman of the board of that

9   organization, what do you do?

10     A     Well, I don't anymore.  This thing needs

11  updating because I -- I stopped when we left the

12  Tulsa area.

13           But, basically, the organization looks for

14  ways to supply things like diapers and formula and

15  medical care, or direct them towards medical care,

16  things like that.  And some educational things about

17  parenting.

18     Q     When did your service to this organization

19  end?

20     A     When I moved to Washington, D.C.

21     Q     Okay.  So that would have been in 2012?

22     A     Correct.

23     Q     Birthright, Incorporated, is not any sort

24  of medical association; is that right?

25     A     Not -- I wouldn't characterize it as

1    "medical," no.

2         Q    The next line you note that you have been

3    the medical ethics consultant to the Catholic Diocese

4    of Tulsa.

5              Is that still an active service that you're

6    providing?

7         A    No.  The problem -- and I'll explain it

8    now -- is that Georgetown required the CV to be

9    split, for whatever reason, rather than

10   chronological.  So those things that were being done

11   while I was at the University of Oklahoma or in Tulsa

12   were separated, which also means that they didn't all

13   get updated.

14        Q    So this would have also ended when you

15   moved to Georgetown in 2012?

16        A    Yes.

17        Q    And that also goes for your role as the

18   director of healthcare issues for the Catholic

19   Diocese?

20        A    Everything.  Everything that was listed in

21   Tulsa would have stopped when I was no longer in

22   Tulsa.

23        Q    Under what circumstances does the Catholic

24   Diocese need advice regarding healthcare issues?

25        A    Just from time to time for one issue or

1    another.  I might be --

2         Q    Can you -- oh, I'm sorry.

3         A    -- called or -- pardon?

4         Q    Do you recall any specific examples of why

5    you would be called on these issues?

6         A    Issues such as -- you know, currently

7    there's a lot of concern about brain death, but

8    before that, things like salpingectomies and such.

9    Just -- no, I -- it's rather random and it didn't

10   come up very often, in terms of the Diocese itself.

11        Q    What about your role as a medical ethics

12   consultant.  What did that entail?

13        A    Oh, well, you mean like for the various

14   hospital systems?

15        Q    No, for the Catholic Diocese of Tulsa, this

16   position here.

17        A    I assume that that was referring to what

18   we've just been talking about.

19        Q    Are these two positions separate?

20        A    Honestly, I don't remember the study

21   section for the community organization.

22             This terminology was apparently dictated by

23   Georgetown when my secretary re-did the resume, CV,

24   so I'm not quite sure how she abstracted that out of

25   my previous CV, which is a lot easier to read.

```
 1          Q    I see.  So to your recollection you served
 2     a single role with the Catholic Diocese of Tulsa and
 3     not two distinct roles?
 4          A    Yes.
 5          Q    And the Catholic Diocese of Tulsa is a
 6     religious institution?
 7          A    Yes.
 8          Q    Are you familiar with an organization by
 9     the name of the Catholic Medical Association?
10          A    Yes.
11          Q    Are you a member of the Catholic Medical
12     Association?
13          A    No.
14          Q    Have you ever been a member of the Catholic
15     Medical Association?
16          A    I was going to say no, but I think they
17     actually gave me an honorary membership, when I gave
18     them a talk once, for a year.  So possibly, yes.
19          Q    Do you recall when that was?
20          A    I don't know.  Ten years ago.
21          Q    Give me just one moment of patience.
22               MR. BEATO:  No problem.  Take your time.
23     Technology is not my friend, I can say on the record,
24     so take your time.
25               THE WITNESS:  And doctors are noteworthy
```

```
 1     for their patience.
 2               MR. BEATO:  Very true.
 3               MS. DUNN:  I'm looking for a document.
 4     It's not where I expected it to be, but I will be --
 5     I will be able to find it quickly.
 6               (Document is displayed).
 7        Q    (By Ms. Dunn) So I'm showing you a press
 8     release that was issued by a Catholic Medical
 9     Association that we obtained online.
10               Have you ever seen this document before?
11        A    I -- no.
12               (Whereupon, Exhibit Number 6 was marked for
13     identification purposes and made a part of the
14     record.)
15        Q    (By Ms. Dunn) I've marked this exhibit as
16     Plaintiffs' Exhibit 6, and I'm just going to zoom in
17     briefly.
18               Were you ever appointed to the Human Fetal
19     Tissue Research Advisory Board of the National
20     Institute of Health?
21        A    I was.
22        Q    Do you know why the Catholic Medical
23     Association would have issued a press release stating
24     that one of their members, you, was appointed to this
25     board?
```

1          A     I don't know.  Wishful thinking?

2          Q     Are you familiar with the mission of the

3     Catholic Medical Association?

4          A     In a general way, I suppose.

5          Q     Are you familiar with resolutions that the

6     Catholic Medical Association has endorsed?

7          A     I'm sorry, as I said, I'm not a member and

8     I don't keep up with what they're doing.

9          Q     Are you familiar with the -- and I hope I'm

10    saying this right -- Lozier Institute?

11         A     Yes.

12         Q     Are you affiliated with the Lozier

13    Institute?

14         A     Yes.  They have asked me to speak on

15    various occasions.

16         Q     They've listed you on your website as -- on

17    their website as an associate scholar.  Is this an

18    accurate description of your affiliation?

19         A     I believe so.

20         Q     Okay.  Is your affiliation with the Lozier

21    Institute active?

22         A     I wouldn't say so, no.

23         Q     When would you say that it ended?

24         A     It was never particularly active.  I mean,

25    they did list me as -- on their -- on their list of

1    associate scholars and I did go out and give a talk

2    on research ethics for them in Kansas at one point,

3    but it was never a very active relationship.

4         Q    Did you provide them with a biography to

5    list on their website?

6         A    I would assume so, yeah.

7         Q    Other than the one talk you mentioned, what

8    other -- have you played any other roles with the

9    Lozier Institute?

10        A    I believe they were the ones who suggested

11   that I be on the human fetal advisory committee.

12        Q    And how did you get appointed to that?

13             Was that a position that you sought?

14        A    No.

15        Q    So how did the Lozier Institute -- how was

16   the Lozier Institute involved with that appointment?

17        A    I think that they made a suggestion.  I

18   actually don't know.  People approach me at times and

19   say, "Will you serve?  Would you be willing to help?"

20   And if I'm interested, I'll say, "Yes."

21        Q    And who approached you about that

22   appointment?  Was it someone from the Lozier

23   Institute?

24        A    I think it was actually from HHS.

25        Q    So I guess I'm just curious why you mention

```
 1    that they were involved with that --
 2         A    Because I --
 3         Q    -- like, eventual appointment.
 4         A    I -- I believe they asked if I would be
 5    interested if I were approached.
 6         Q    Okay.  And then you were later approached?
 7         A    To the best of my knowledge.
 8         Q    Are you familiar with an organization known
 9    as the American College of Pediatricians?
10         A    Yes.
11         Q    Are you a member of the American College of
12    Pediatricians?
13         A    No.
14         Q    Have you ever been a member of the American
15    College of Pediatricians?
16         A    No, I don't believe so.
17         Q    Are you at all familiar with the various
18    position statements of the American College of
19    Pediatricians?
20         A    No, not really.
21         Q    Okay.  I'd like to move on to your
22    "Research Publications and Presentations."
23              So, first, with regard to your clinical
24    research, have you ever conducted primary research
25    involving patients?
```

1      A     When you say "primary research," how are

2   you using the term?

3      Q     I suppose I'm using it like -- so not like

4   a literature review, but an actual research study

5   that involves human subjects.

6      A     Yes.

7      Q     Can you describe what those research

8   studies were?

9      A     We've been involved in research studies

10   that were multi-institutional on things -- on drugs,

11   and we've been involved in some smaller studies, if I

12   recall, you know, at the local level as well.

13            I'm struggling right now to remember what

14   would be --

15      Q     Well, let's start --

16      A     All of these were within the realm of

17   pediatric gastroenterology.

18      Q     Okay.  So, do you recall, were they during

19   your time with the University of Oklahoma?

20      A     Yes.

21      Q     All of them were during your time at the

22   University of Oklahoma?

23      A     In terms of clinical research, yes.

24      Q     And they were all related to -- the

25   research studies were all related to pediatric

1    gastroenterology?

2         A    Yes, I believe so.

3         Q    Have you ever conducted any sort of

4    research -- primary research on gender-affirming

5    medical treatments?

6         A    No.

7         Q    So you've not conducted primary research

8    on, for example, puberty blockers?

9         A    No.

10        Q    You haven't conducted primary research on

11   cross-sex hormones?

12        A    No.

13        Q    And you haven't conducted primary research

14   on gender-affirming surgeries?

15        A    That's correct.

16        Q    Have you ever been the principal

17   investigator of a publicly-funded research grant?

18        A    I'm sorry that I'm blocking -- I'm trying

19   to remember if I was PI or not.

20        Q    Well, would it --

21        A    Yeah.  But I've been involved in research

22   grants, yes.

23        Q    So let's say either a co-investigator or a

24   principal investigator, have you --

25        A    Yes.

1      Q    -- ever been?

2      A    Yes.

3      Q    Do you recall what that research grant was

4   for?

5      A    Not at present.  I'm sorry.

6      Q    That's okay.  Were you ever an investigator

7   for a publicly-funded research grant for the study of

8   gender-affirming medical care?

9      A    No.

10      Q    And would that -- the research grants that

11   you are -- that you referenced where you may have

12   been an investigator, was that while you were at the

13   University of Oklahoma?

14      A    Yes, it would have been.  Well, there

15   was -- there were a couple of small grants that we

16   did in bioethics issues at Georgetown, but they

17   weren't clinical investigations.

18      Q    Have you ever been an investigator on a

19   privately-funded research grant?

20      A    Well, the Scholl Institute gave us some

21   money at Georgetown for the small thing I was talking

22   about.  But, once again --

23      Q    But it wasn't that one?

24      A    -- it wasn't -- it wasn't a clinical thing.

25   We were looking at the -- it's been over ten years

1    ago, but we were -- I could look it up.

2         Q      You say, "we," you mean yourself and other

3    individuals at the Pellegrino Center?

4         A      Correct.

5         Q      And you've never received a

6    privately-funded research grant to study any sort of

7    gender-affirming medical care?

8         A      Correct.

9         Q      And you've never received any grant that

10   involves the treatment of gender dysphoria?

11        A      Correct.

12        Q      Have you ever taught a course on gender

13   dysphoria?

14        A      No.

15        Q      Have you ever addressed gender dysphoria in

16   any of the courses you have taught?

17        A      Yes.

18        Q      Which -- can you describe in what context?

19        A      Well, in the courses that we've had for

20   either medical students or -- actually, for graduate

21   students.

22        Q      And can you explain what -- what the

23   curriculum was that addressed gender dysphoria?

24        A      It would be a single class on that, not a

25   curriculum.

1          Q     But what was being taught?   What

2     specifically -- what was the subject that was being

3     discussed?

4          A     Well, we'd be talking about basically

5     gender dysphoria and transgender individuals and

6     gender-affirming care.

7          Q     And what perspectives were being discussed

8     or shared?

9          A     Without recalling specific aspects of it,

10    they would be very compatible with what I've already

11    written in the reports you just referenced.

12         Q     It would be consistent with the -- when you

13    say "reports," we're talking about the expert report

14    you submitted in this matter that's Plaintiffs'

15    Exhibit Number 1?

16         A     And the -- and the other one, which was --

17         Q     The GAPMS memo report?

18         A     Yes, ma'am.

19         Q     And when were you teaching these courses?

20         A     In the past five years.

21         Q     While at the Pellegrino Center?

22         A     Yes.

23         Q     And were these for medical students or

24    graduate students?

25         A     To my knowledge, only for graduate

1    students.

2         Q    And when you say "graduate students," that

3    would be -- was there a particular graduate school

4    that was receiving the course where this was

5    discussed?

6         A    It was at Georgetown.

7         Q    But -- I'm sorry, like a specialty.  Like a

8    specialty of graduate school or was it a

9    cross-discipline course?

10        A    It would have to be a cross-discipline

11   course from the way you describe it, yes.

12        Q    I guess I'm just cur- -- you know, how do

13   I -- so, for example, my husband is a professor.  He

14   teaches a type of physics.  So he teaches primarily

15   students in the department of physics.  They're

16   students of the University of Florida, but they're

17   graduate students in the department of physics.

18             So my question is, was there a particular

19   department that the students were graduate students

20   in, or was it -- was it a course that was available

21   to multiple disciplines?

22        A    It -- it was a master's program at

23   Georgetown that's all done through their graduate

24   education office, but it would be open to a wide

25   variety of people who are interested.

Page 66

1         Q      Okay.  And how many times would you say

2    that this topic was addressed in that course?

3         A      In the course?  Once.

4         Q      So you only -- I'm sorry.  How many courses

5    did you teach for that?  So it was one day of a

6    course.  How many times was that particular topic

7    addressed?

8         A      Probably once or twice.

9         Q      Okay.  And what is the name of the course?

10        A      It was -- the problem is I'm -- I'm

11   struggling because I didn't like the name of it, but

12   it was assigned.  But it was basically an

13   introductory course in bioethics.

14        Q      Okay.  Is that the name that we would -- if

15   we were to look in the graduate school catalog, is

16   that the name it would be?

17        A      No.  I could go find it.  They had an

18   abbreviation for it, CACE, but that didn't really

19   give me a good name for the course, either.

20        Q      What did "CACE" stand for?

21        A      I was afraid you were going to ask that.  I

22   actually -- I -- it was, like, Advanced Clinical

23   Ethics or something like that.  I don't recall

24   exactly.  I'm sorry.

25        Q      That's all right.  Thank you for searching

1    your memory.

2         A    And finding nothing.

3         Q    All right.  So a large part of your CV

4    includes presentations that you've given.  And so in

5    order to make this a little more manageable, I'm

6    going to adhere to the different sections that you

7    have in your CV, which include a division of

8    presentations for -- you know, between those done

9    while you were working at Oklahoma and then those

10   done while you were at Georgetown, which begin later

11   in your CV.

12              Is that a fair way to kind of -- to try to

13   break it down?

14        A    Sure.

15        Q    So here we start on Page 11.  And these are

16   lectures and workshops that you've listed that are

17   national pediatrics.

18              And that goes until this section -- I'm

19   sorry.  There's "National Pediatrics" and then

20   "Regional Pediatrics."  So these are all "Pediatrics:

21   Lectures and Workshops," and it goes until Page 25 of

22   your CV.

23              Were any of these presentations related to

24   the treatment of gender dysphoria in pediatric

25   patients?

1          A     No.

2          Q     And these are presentations, so it looks

3     like they may have started in 1982 and they go until

4     2004.

5                So is it fair to say that for that whole

6     period of time you didn't present on the topic of

7     gender-affirming medical care?

8          A     That's true.

9          Q     And then the next section, which starts on

10     Page 26, is about your bioethics presentations.  And

11     this is a similar time period, appears to be from the

12     early 1980s until -- until maybe 2008 or 2009.

13                Were there any bioethics presentations

14     about the treatment of gender dysphoria in either

15     pediatric or adult patients?

16          A     No.

17          Q     All right.  I'm just going to ask.  So,

18     obviously, in some cases the title of the

19     presentation and the forum isn't totally clear to us

20     from what's listed, so I just have a couple questions

21     about specifically some of these presentations.

22                So here in 2009 you gave a presentation to

23     the Bioethics Dean's Conference at the Schusterman

24     Learning Center.  That was called "The Faith Factor:

25     How does religion or spirituality affect medical

Page 69

1    care?"

2              What was this presentation about?

3         A    Dr. Meixel was talking about some of his

4    patients that -- where either religion or

5    spirituality had made some effect in how they were

6    approached and how we supported them.

7         Q    How does religion affect medical care?

8              I guess, what is the takeaway?

9         A    Well, it -- there was no single takeaway

10   because, of course, different people have different

11   approaches.

12             If you're a Jehovah's Witness, everybody

13   will know, you know, that you're supposed to be

14   avoiding blood products.

15             You know, if you are Muslim or if you are

16   Jewish, not only are there dietary requirements, but

17   if you're observant there may be some strict

18   requirements in terms of the approach to medicine,

19   brain death, transplantation, issues like that.

20        Q    On a couple different pages -- so you list

21   presentations to St. Mary's Church in Tulsa.

22             Was that your church?

23        A    Yes.

24        Q    And so in -- I guess, in what capacity were

25   you giving presentations at your church?

Page 70

1        A      Because they asked me.

2        Q      And were you presenting your views as a

3   doctor or your views as a Catholic in these

4   presentations?

5        A      I don't know what presentations we're --

6        Q      So here we have --

7        A      -- talking about.

8        Q      -- on one, "Life and Death Issues:   The

9   Catholic Perspective."

10       A      Again, I -- actually, that was 1997.   I

11  really don't know what was discussed except I assume

12  it had both to do with life and death.

13       Q      There's another presentation on the topic

14  "Catholic Morality."

15              Do you recall this presentation?

16       A      No.   That was 1993.   Been a while.

17       Q      You presented at Oral Roberts University in

18  1991.   I know, obviously, it was quite some time ago,

19  but the title of the presentation was, "Is There a

20  Christian Medical Ethic?"

21              Do you recall what that presentation was?

22       A      No, I don't.

23       Q      All right.   So I'm going to ask about just

24  a couple more presentations and then I think we're

25  due for a short break.

1              So I'm going to move to the presentations
2     that are listed later in your CV.  We -- I mean, I
3     believe -- and you can correct me if I'm wrong --
4     that these would have been presentations that you
5     would have given since you went to Georgetown.  I
6     think that's what this title indicates; is that
7     correct?
8         A    Yes, I believe so.  Once again, I'll have
9     to apologize.  I didn't prepare this CV myself.  This
10    was done by a couple of people trying to fit the
11    Georgetown format, but -- that's the way it looks
12    like it's divided.
13        Q    So -- and that's -- you know, I think we
14    got the hang of it, but obviously if there's anything
15    that needs clarification, please let us know.
16             So were any of these presentations that you
17    gave while at Georgetown University specific to the
18    treatment of gender dysphoria?
19        A    Not that I recall.  It really wasn't
20    something people were requesting at that point.
21        Q    You have never given any sort of lecture or
22    presentation on the treatment -- medical treatment of
23    gender dysphoria, aside from that course that we
24    talked about where you would do one session for your
25    students?

1      A      I think that's correct.

2      Q      And have you ever presented on or lectured

3   on providing informed consent for gender-affirming

4   care?

5      A      Providing informed consent, quite a bit.

6             For gender-affirming care, no.

7             MS. DUNN:  All right.  I think that's all

8   of my questions about presentations, so I -- if we'll

9   just -- I think we'll take maybe a five-minute break.

10            (Recess taken from 10:31 a.m. to 10:37

11            a.m.)

12     Q      (By Ms. Dunn) We're going to return to your

13   CV, Dr. Donovan, and I'm going to Page 60, which

14   lists your publications.  And this is described as

15   "Original Papers in Refereed Journals."

16            Does the word -- does "refereed" mean the

17   name thing as "peer-reviewed"?

18     A      Yes.

19     Q      Okay.  I will use the term "peer-reviewed"

20   today, but our understanding is those are

21   interchangeable?

22     A      Yes.

23     Q      So you have 17 papers listed under

24   "Bioethics" as "original papers and refereed

25   journals."

1            Of these 17 papers, which were original

2    articles that you were the primary author that

3    underwent a peer-review process?

4         A    These are the papers, I think, before

5    Georgetown then.  And if I'm the first author, my

6    name will appear first.

7         Q    So on a number of these articles your name

8    doesn't appear at all.

9         A    Then I'm the sole author in that case.

10        Q    I'm sorry?

11        A    Then I would be the sole author.

12        Q    Well, so here I'm looking, for example,

13   Number 3, which is from the AAP Committee on

14   Bioethics titled "Professionalism in Pediatrics."

15            There are two other authors and the AAP

16   Committee on Bioethics, but your name is not listed

17   at all.  What was your contribution to this article?

18        A    Mary Fallat and Glover and I were all on

19   the Committee on Bioethics.  And so she was the

20   primary author on this, but we all contributed and

21   discussed it.

22        Q    Contribute to the actual text of the

23   article or just to discussions about the article?

24        A    Both.  Depends on the article, but, yes,

25   usually both.

1          Q     For Number 5, again we have an author

2     DS Kiekema and the AAP Committee on Bioethics called

3     "Responding to Parental Refusals of Immunizations of

4     Children."

5               Is this also an article that you were an

6     author on?

7          A     Yes, these all were while I was on the

8     Committee on Bioethics at American Academy of

9     Pediatrics.

10              And Doug Diekema, in that case, was the

11    primary author.

12         Q     Is it common that someone who contributed

13    to an article isn't listed as an author?

14         A     When you look at the paper itself, they

15    list all the members.

16         Q     All right.  Well, so let's look at one of

17    these then.

18              (Document is displayed).

19              All right.  So this is a copy of the

20    article listed -- that we just talked about.  I

21    believe it's listed as -- one quick second.

22              This article is listed as Number 3 in the

23    "Bioethics" section of "Original Papers and Refereed

24    Journals," and this is the article called

25    "Professionalism in Pediatrics."

Page 75

1          And the listed authors are Mary Fallat,
2    Jacqueline Glover, and then it says the "Committee on
3    Bioethics."
4          So are you saying that because the
5    Committee on Bioethics is listed that every member of
6    that Committee on Bioethics is an author of this
7    document?
8        A    Yes, we co-author it.
9        Q    How many members would -- are on the
10   Committee for Bioethics -- or Committee of Bioethics?
11       A    If you scroll down you should be able to
12   get all their names.  There are about half a dozen
13   typically.  It would sometimes vary.
14       Q    So this is what you're referencing?
15       A    Yeah.
16       Q    Okay.
17       A    That's me.
18       Q    All right.  So other than the publications
19   that were -- that you are a co-author on because you
20   are a member of the Committee on Bioethics, which --
21   let me -- I'm going to pull back up your -- oh,
22   that's the wrong -- I'm sorry.  I'm pulling your CV
23   back up.
24          (Document is displayed).
25          Which of these articles -- and just let me

1    know if you need me to scroll further.  So other than

2    the publications that were -- that you are a

3    co-author on because of your membership in the

4    Committee on Bioethics of the American Academy of

5    Pediatrics, which articles are peer-reviewed journal

6    articles?

7         A    Well, everything listed in this list should

8    be a peer-reviewed journal article.

9         Q    So let's start with this first article,

10   bio -- sorry, "The Disabled and Their Lives of

11   Purpose."

12            So this article, do you recognize this?

13        A    Uh-huh.  Yes.

14        Q    And actually I'm just realizing, for the

15   court reporter's benefit, I probably need to note

16   that the exhibit we just looked at, which was the

17   "Professionalism in Pediatrics" article, is going to

18   be marked as Plaintiffs' Exhibit 7.

19            (Whereupon, Exhibit Number 7 was marked for

20   identification purposes and made a part of the

21   record.)

22        Q    (By Ms. Dunn) This article -- did you write

23   this article, Dr. Donovan?

24        A    Yes.

25            (Whereupon, Exhibit Number 8 was marked for

1    identification purposes and made a part of the

2    record.)

3         Q    (By Ms. Dunn) I will mark this article as

4    Exhibit 8.

5              So this article was published in 2007; is

6    that correct?

7         A    Yes.

8         Q    And it is four pages long?

9         A    Approximately.

10        Q    Looks like maybe a little over four.

11             Did this article summarize any sort of

12    original research?

13        A    It was all original.  Typically, the

14    articles in bioethics may be empirical research or

15    they may be learned opinion, if you will, or

16    perspectives.

17        Q    So how would you describe this particular

18    article?  Was it --

19        A    More like the latter.

20        Q    The learned opinion?

21        A    Uh-huh.

22        Q    Okay.  And where was this article

23    published?

24        A    It says "The Linacre Quarterly."

25        Q    Do you know anything about that journal?

1    A    Yes.  It's the journal published by -- I
2  believe that's CMA.
3    Q    So The Linacre Quarterly is the official
4  publication of the Catholic Medical Association?
5    A    Yes.
6    Q    Do you know if the individuals who serve as
7  peer-reviewers for this journal are required to be
8  members of the Catholic Medical Association?
9    A    You're not even supposed to know who the
10  peer-reviewers are in a refereed journal.
11    Q    Yeah, I understand the concept of blind
12  review, but do individuals who have -- that's a
13  different question.
14         Do peer-reviewers have to be members of the
15  Catholic Medical Association?
16    A    I don't know.
17    Q    Now, do you recall what the peer-review
18  process for that article entailed?
19    A    I don't remember it being any different
20  than the peer-review process for any other articles.
21  You submit it, they send it out to their
22  peer-reviewers.  Peer-reviewers make suggestions
23  or -- or recommend that it be published or not be
24  published.
25    Q    All right.  So going back to your CV.  So

1    this first article there was -- it did appear in a

2    peer-reviewed journal and that journal was the -- is

3    the official journal of the Catholic Medical

4    Association.

5                This article -- Number 2.  This article --

6    was this article published in a peer-reviewed

7    journal?

8         A    Oh, I had forgotten Mary and I did that.

9              Okay.  I believe it was being

10   peer-reviewed, but that publication looks like was in

11   eMedicine and I don't know.

12        Q    What is that publication?

13        A    That's an online journal.

14        Q    So we attempted to find this article using

15   that website and could not.

16              So this says "From WebMD" and we're -- I'm

17   just trying to figure out what that means.  Is this a

18   Web -- is this an article that was published on

19   WebMD?

20        A    Apparently, yes.

21        Q    So -- but WebMD is not a peer-reviewed

22   medical journal.

23        A    It shouldn't be, no, so I don't know why

24   that's there, but --

25        Q    Okay.  So, then, are --

1          A     If, unless -- yeah, I don't know.  I don't

2    know.

3          Q     So is 2 -- we can say that's not an article

4    in a peer-reviewed medical journal?

5          A     I would have to try and find it myself.

6          Q     Okay.

7          A     Once again, these things may have been

8    jumbled a little because they were all redone upon my

9    arrival at Georgetown.

10         Q     Sure.  Number 3, we already talked about,

11   that is a publication that you were a co-author on as

12   a member of the Committee of Bioethics.

13         A     Uh-huh.

14         Q     Number 4 is an article that was published

15   in a state medical journal?

16         A     Uh-huh.

17         Q     Is that -- that was a peer-reviewed medical

18   journal?

19         A     I believe it was.

20         Q     Do you know that for sure?

21         A     I can't recall.

22         Q     Number 5, again, it looks like this was --

23   oh, no, I'm sorry, this was also in a state medical

24   journal.  Do you know if this was a peer-reviewed

25   medical journal?

1          A     It was the same journal and I believe --

2     I'm not sure they're publishing that journal anymore,

3     but I believe they were reviewing it at a peer

4     review.  I believe.

5          Q     Do you know that for sure?

6          A     I couldn't tell you.

7          Q     Number 8 was another -- it's a clinical

8     report from the American Academy of Pediatrics.

9               Is that -- was that something that you were

10    a co-author on because of your position on the

11    Committee of Bioethics or was it a different type of

12    publication?

13         A     Well, Mary and I were on the committee

14    together.  She's a pediatric surgeon.  I don't know

15    if that was done separately or through the committee

16    at the time.

17         Q     Okay.  Number 8 here, we have an article

18    titled "Ethical Issues with Genetic Testing in

19    Pediatrics."

20               This was also one that you are a co-author

21    on as a member of the AAP Committee on Bioethics?

22         A     Yeah.  It looks like all the rest on that

23    page fit in that same category.

24         Q     Okay.  So we -- we -- so 8 through -- well,

25    let's go down.  Eight through 14, it looks like, were

1    all publications that you were a co-author on as a

2    member of the Committee on Bioethics?

3         A    Looks like it.

4         Q    And do you know if these -- that type of

5    publication is peer-reviewed?

6         A    Well, it's peer-reviewed but not in the

7    usual fashion because it goes through the internal

8    workings of the American Academy of Pediatrics.

9              And I'm not sure the best way -- maybe

10   that's why they listed these as "refereed" rather

11   than "peer-reviewed."  Although, I wouldn't have

12   thought there was a difference.  But they are

13   reviewed and then sent back or accepted or not

14   accepted.  So to that extent there's a similar

15   mechanism.

16        Q    When you say "accepted" or "not accepted,"

17   do you mean --

18        A    For publication.

19        Q    -- accepted by the Academy of -- the

20   American Academy of Pediatrics at large?

21        A    Well, no.  No.  The academy at large

22   doesn't peer-review.  I mean, it would be -- or

23   referee.  It would be through the mechanisms of the

24   various editorial boards and the hierarchy.

25        Q    Okay.  And these types of publications, the

1    clinical reports and the policy statements, are

2    these -- do you consider these types of publications

3    reliable?

4         A    I'm not sure what you mean by "reliable."

5         Q    Are they the type of materials that

6    physicians would routinely rely on in conducting a

7    clinical practice?

8         A    Yes.

9         Q    All right.  The last three articles on this

10   page are Numbered 15 through -- I'm sorry, not on

11   this page, in this section -- are Numbered 15 through

12   17.

13             And so 15 was published in a journal by the

14   name of Christian Bioethics and it was titled

15   "Decisions at the End of Life:  Catholic Tradition."

16             Was this a peer-reviewed article?

17        A    Yes.

18        Q    And are you familiar with the mission

19   statement of the Christian Bioethics Journal?

20        A    No.

21        Q    Is it -- are you -- are you aware that that

22   journal offers contributions and publications from

23   Christian perspectives?

24        A    I would have assumed that by its name, yes.

25        Q    16, the article "Does Shooting Abortionists

1    Reveal a Lack of Faith?"

2            This is also a publication in Linacre

3    Quarterly; is that right?

4        A    Yes.

5        Q    And that Linacre Quarterly, again, is the

6    journal -- the official journal of the Catholic

7    Medical Association?

8        A    I believe so, yes.

9        Q    Do you recall if this article would be

10   considered empirical research versus a learned

11   opinion like the article we discussed before?

12       A    No, that would be a learned opinion.

13       Q    And I should have asked that for 15 as

14   well.  Would that article have been empirical

15   research or a learned opinion?

16       A    If I recall -- and remember, that was, you

17   know, a long time ago, about -- over 20 years ago,

18   but it would have combined a little bit of both

19   because it would have required some research, but not

20   empirical research.  It wasn't -- you can do

21   bioethics articles that actually involve live people

22   sometimes, but this was not in that category.

23       Q    Okay.  And then 17, again, was published in

24   that state journal we previously discussed?

25       A    Yes.

Page 85

1      Q     All right.  And then this next section of

2    articles, these are all articles related to your

3    practice as a pediatric gastroenterologist?

4      A     Yes.

5      Q     All right.  I'm going to now skip down to

6    the end of your CV where your publications from your

7    time at Georgetown are listed.

8            So I am flipping to what is Page 78 on your

9    CV.  I guess there's no limitation here like in the

10   other section that notes that these are publications

11   in peer-reviewed or a refereed journal.

12           Do you know which of these articles

13   appeared in peer-reviewed or refereed journals?

14      A     Well, the journal articles should have been

15   in peer-reviewed or refereed journals, but not

16   everything there is a -- a journal article, as you

17   can see.  Some of them were chapters in books.

18      Q     And your Number 1 is a chapter in a

19   book; is that right?

20      A     Correct, in the geriatrics book.

21      Q     Okay.  Number 2 and 3 are pieces in the

22   Italian Encyclopedia of Bioethics?

23      A     That's right.

24      Q     All right.  Number 4, is this a

25   peer-reviewed journal article?

Page 86

1          A     Yes, it is.

2          Q     You're sure it's a peer-reviewed journal

3     article, not an editorial?

4          A     On which one, Number 4?

5          Q     Ebola, Epidemics, and --

6          A     I think that was -- no, that was in an

7     online journal.  I think that was just an article, I

8     believe.

9          Q     Are you seeing this new document?

10         A     Oh, it says "editorial."  Okay.  So that

11    must have been an editorial.

12         Q     Okay.  So this article was an editorial,

13    not a peer-reviewed research article -- or

14    peer-reviewed article?

15         A     Correct.

16         Q     Okay.  The next -- oh, I should go back to

17    your -- let you see, too.

18               (Document is displayed).

19               The next article here, Number 5, also --

20    this is also an editorial by the name of "Doctors,

21    Documentation, and the Professional Obligation:  Has

22    everything changed?"

23         A     Okay.

24         Q     That's an editorial; is that right?

25         A     Yeah.  That surprised me because they

1    decided to make it an editorial.

2          The next one was just a local publication

3    at Georgetown, though.

4      Q    And this is like an online student

5    newspaper; is that right?

6      A    Yeah.

7      Q    This article here titled "Beneficence in

8    Utero, a Framework for Restricted Prenatal

9    Whole-Genome Sequencing to Respect and Enhance the

10   Well-Being of Children," that was an article in the

11   American Journal of Bioethics?

12     A    Yes.

13     Q    And this is -- was that article

14   peer-reviewed?

15     A    Yes.

16     Q    Do you -- are you aware of the difference

17   between an open peer commentary and a peer-reviewed

18   article?

19     A    Well, this was AJOB commentary, as I

20   recall, but it's a peer-reviewed journal.

21     Q    Well, it's a peer-reviewed journal but was

22   the article itself peer-reviewed?

23     A    I don't know how AJOB does it, but seeing

24   as how they accepted the article, I would assume that

25   they had some peer review involved.

1      Q     If you'll give me just one second, I'm

2   trying to pull up the article and I'm having trouble.

3   So I'm going to stop sharing and try to figure this

4   out.

5            MR. BEATO:  No problem.  Take your time.

6      Q     (By Ms. Dunn) All right.  I apologize.  I

7   was having trouble opening the type of file.

8            (Document is displayed).

9            So this is a screenshot from the journal of

10  your publication.  And this here -- it lists this

11  article as an open-peer commentary.

12           And so are you familiar with whether or not

13  an open-peer commentary is peer-reviewed?

14     A     Well, we were invited to offer a

15  commentary, but I don't know that they're

16  automatically accepted.  So the process for accepting

17  or not accepting, I would assume, involves some

18  mechanism of review.

19           (Whereupon, Exhibit Number 9 was marked for

20  identification purposes and made a part of the

21  record.)

22     Q     (By Ms. Dunn) So I'm just going to share

23  another document.

24           I'm sorry.  So if we could mark that last

25  exhibit, which is the article -- I'm sorry.

Page 89

1              I realize I didn't mark the "Ebola,

2    Epidemics, and Ethics" article.  That should be

3    Article -- or, I'm sorry, Exhibit 9.

4              (Whereupon, Exhibit Number 10 was marked

5    for identification purposes and made a part of the

6    record.)

7        Q    (By Ms. Dunn) The "Beneficence in Utero,"

8    open-peer commentary, will be Exhibit 10.

9              (Whereupon, Exhibit Number 11 was marked

10   for identification purposes and made a part of the

11   record.)

12       Q    (By Ms. Dunn) And I'm now showing you an

13   email which I'm going to mark as Exhibit 11.

14             So I will represent to you that this is an

15   email that we sent to the editors of the American

16   Journal of Bioethics.  We asked them if open-peer

17   commentaries are subject of peer review.

18             And their response was that open-peer

19   commentaries are not peer-reviewed.

20             So can we agree that the open-peer

21   commentary you provided that was marked as Exhibit 10

22   was not a peer-reviewed journal article?

23       A    There you go.  It says "Reviewed by our

24   editorial team."

25             (Document is displayed).

1          Q     All right.   This article labeled as

2     Number 8, "Physician Assistant Suicide in the Medical

3     Profession," this was another Georgetown specific

4     publication.   It looks like perhaps a blog.

5          A     Okay.

6          Q     Is that correct?

7          A     I assume.

8          Q     Do you recall writing this publication?

9          A     The publication, I probably did.   The

10    listing of these were all done by my secretary just

11    when everything -- anything would be published.

12         Q     And then Number 9 --

13         A     As I recall, she didn't even list --

14    differentiate on these between peer-reviewed and not

15    peer-reviewed, did she?

16         Q     She didn't, so that's why we are asking

17    these questions because we were unable to fully

18    determine.

19         A     Oh, okay.

20         Q     And so Number 9, again, would be a blog

21    post.   That would not be a peer-reviewed article?

22         A     I can't actually read that, so --

23         Q     I'm sorry.   Number 9 says -- is "PAS:

24    Unwise, Uncontrollable, and Unnecessary," and then it

25    lists an HTTP that appears to be a blog.

1        A       Okay.

2        Q       So that would not be a peer-reviewed

3    article?

4        A       I wouldn't think so.

5        Q       And then Number 10 here, is this a book?

6        A       Chapter.

7        Q       A chapter in a book?

8        A       Yes.

9        Q       Do you recall what the name of the book?

10               Oh, I'm sorry, the book is "Palliative Care

11    in Catholic Healthcare - Two Millennia of Caring for

12    the Whole Person"; is that right?

13       A       Right.

14       Q       And this publication at Number 11 is

15    "PAS" -- and I'm assuming that PAS -- and you correct

16    me if I'm wrong -- is that the acronym for Physician

17    Assistant Suicide?

18       A       Correct.

19       Q       Okay.  "PAS:  How should Catholic

20    healthcare respond?"

21               And that article appeared in the Healthcare

22    Ethics USA?

23       A       Correct.

24       Q       Are you aware that that Healthcare Ethics

25    USA is a publication of the Catholic Health

1    Association?

2         A    Yes.

3         Q    And this article -- it's not a medical

4    journal that's subject to peer review; is that right?

5         A    It's an ethics journal.

6         Q    Is it a peer-reviewed journal?

7         A    I don't think it is.  I think it's one like

8    the other one, editorial reviewed.

9         Q    Okay.  Number 12 here, this is a book

10   review you wrote?

11        A    Yes.

12        Q    And so that would not be a peer-reviewed

13   article?

14        A    No.

15        Q    And 13, another article in the American

16   Journal of Bioethics titled "How We Should Conceive

17   of Creation:  Natural Birth as an Ethical Guidepost

18   for Neonatal Rescue."

19             Do you recall if that article was

20   peer-reviewed?

21        A    Well, I think that one was.  I think that

22   that was a -- I think Doug McAdams actually wanted to

23   do that himself, but that may have been another one

24   where they were responding to an AJOB article.

25             So the reason I wouldn't know is because I

1    wasn't the primary author on those.  So if it was

2    peer-reviewed and the comments from the reviewers

3    come back, they come to the primary author.

4              (Whereupon, Exhibit Number 12 was marked

5    for identification purposes and made a part of the

6    record.)

7         Q    (By Ms. Dunn) I understand.  So I'll just

8    quickly show you the, I guess post -- I don't know,

9    post -- or the journal page that references this

10   article and we'll mark this as Plaintiffs'

11   Exhibit 12.

12             So this article again is an open-peer

13   commentary.

14        A    Okay.

15        Q    So we can agree that that is not a

16   peer-reviewed article?

17        A    It's been a learning experience for me.

18   Thank you.

19        Q    I'm going back to your CV.

20             (Document is displayed).

21             The next article is a publication, it looks

22   like, in the Catholic Health Association.

23             Do you know what this -- whether this is a

24   peer-reviewed journal?

25        A    I would expect that's only reviewed by the

Page 94

```
1    editors.
2         Q    This article -- or this publication,
3    "Reflections by a Christian Scholar," here at Line
4    18 -- or Number 18 is an "In Press Proceeding," but
5    is this a lecture that was presented at a conference?
6         A    That was -- it was.
7         Q    Okay.  And it will be published as such?
8         A    Yes.
9         Q    19, there's an article that you co-authored
10   with some other individuals that's called "Affirming
11   Ethical Options for the Terminally Ill."
12              This was published in the Heritage
13   Foundation publication; is that right?
14        A    Apparently, right.
15        Q    And the Heritage Foundation is not an
16   academic medical journal?
17        A    No.
18        Q    Okay.  Would this be a transcript of a
19   lecture as well?
20        A    I believe so.
21        Q    Okay.  And did you participate in that
22   lecture, or in what capacity were you --
23        A    I would have given it.
24        Q    Would it have been at a Heritage Foundation
25   event?  Is that when that occurred?
```

1        A     Yes.

2        Q     Okay.  The next article at Line -- at

3   Paragraph 20, "The Deadly Advocacy of Doctor-Assisted

4   Suicide."

5              This is a Washington Times article?

6        A     Uh-huh.  That looks requested.

7        Q     Not a peer- --

8        A     Not peer-reviewed.

9        Q     Not peer-reviewed.

10             21 is an article you wrote with another

11   individual called "Strangers in a Strange Land:  How

12   Our Founding Principles and a Bitter Pill Undo the

13   Assimilation of U.S. Catholics."

14             This article was also in The Linacre

15   Quarterly; is that right?

16        A     Yes.

17        Q     And as we've said, The Linacre Quarterly is

18   the official publication of the Christian -- I'm

19   sorry, the Catholic Medical Association?

20        A     Peer-reviewed.

21        Q     And this is peer-reviewed.

22             Do you know that this particular article

23   was peer-reviewed?

24        A     Yes.

25        Q     So, to your knowledge, a commentary is

Page 96

1    peer-reviewed?

2        A    What are you talking about, Strangers in a

3    Strange Land?

4        Q    Yes.

5        A    Well, they sent it back and forth to us.

6    Did they look -- I don't know how they decide to list

7    things in their journal, but I know that they

8    required us to go through peer review.

9        Q    So I guess I'm wondering, is there -- there

10   is a distinction between "editorial review" and

11   "peer review."  Are you certain that this particular

12   publication was peer-reviewed?

13       A    Well, when they send it back -- and as I

14   recall they sent it back with suggestions -- so that

15   would have been peer-reviewed.

16       Q    So --

17       A    If you get messages from peer-reviewers,

18   that means it's peer-reviewed.

19       Q    Well, I do think there's a difference.  I

20   think the editors of the journal can give you

21   comments and edits, but a peer-review process is

22   different and requires practicing professionals who

23   are your peers to provide comments and, you know,

24   editorial sugg- -- or maybe not even editorial

25   suggestions, but to provide comments.

1          So I do think there is a distinction, as

2    noted in that email from American Journal of

3    Bioethics, between editorial review and peer review.

4          So I'm just trying to determine if you are

5    certain that that article was peer-reviewed or

6    whether it could have just been subject to editorial

7    review.

8      A    To the best of my recollection, it was.

9      Q    It was.  Okay.

10         And would you say that that article, the

11   "Strangers in a Strange Land," would that article be

12   better described as empirical research or a learned

13   opinion?

14     A    More in the learned opinion category.

15         (Document is displayed).

16     Q    Going back to your CV.

17         At 22 we have a document titled "Ethical

18   Dilemmas in Pediatric Lipidology.  Endotext

19   Pediatrics."

20         Do you know if that -- is that a book or do

21   you know what -- where that publication appeared?

22     A    No, that -- that is done by the

23   endocrinologist I was doing it with, Don Wilson, so

24   he just told me that that was published.

25     Q    Okay.  So --

1          A       And just for my permission and I said
2     "Sure."
3          Q       So is it a chap- -- I'm confused.   Is it a
4     chapter in a book or a publication?
5          A       I believe it's a publication.
6          Q       Okay.   Number 23 here, this is another --
7     it's a chapter in, I think, the same book that we saw
8     at the beginning, is that right, "Ethical
9     Decision-Making in the Elderly"?
10         A       No, that's the subsequent edition of --
11         Q       So it's an update to that first entry on
12    this publication list?
13         A       Yeah, but it's already been published, so
14    that hasn't been -- caught up yet.   But, yes, that's
15    now published.
16         Q       Okay.   24, is this another -- your "CPR,
17    DNR, and the Patient's Good," is this another book
18    that you've contributed to?
19         A       Yes.
20         Q       And 25 would be similar.   This "Ethical
21    Issues in the Provision of Nutrition and Hydration"
22    in Pellegrino's Compendium, that's, similarly, a
23    book?
24         A       Yes.   They --
25         Q       And 26 -- I'm sorry.

1       A       They told us it will be published this

2    fall.

3       Q       Okay.  And then 26, which is "Chapter 101

4    ethics in Prenatal/Neonatal Medicine," identified as

5    the "Handbook in Neonatology," is that another book

6    publication -- a book -- a publication related to a

7    book?

8       A       Yes.

9       Q       Okay.  And I believe that's the end of the

10   publications that we have listed in your CV.

11           So you don't have any articles that you've

12   published that underwent peer review where the topic

13   was gender-affirming medical care; is that right?

14      A       Yes.  I've said that.

15      Q       Okay.  Well, I'm not sure we talked about

16   publications.  We talked about presentations and

17   teaching, but I just want to confirm that you also

18   haven't authored any publications that underwent

19   peer review that were related to gender-affirming

20   care.

21      A       Correct.

22      Q     You have been listed as an author on one

23   article related to gender-affirming medical care; is

24   that right?

25      A     Yes.

```
                                              Page 100

1        Q     And what article was that?

2        A     That was the Laidlaw article.

3        Q     And this article was an open-peer

4   commentary; is that right?

5        A     Correct.

6              (Document is displayed).

7        Q     And this is the article we're talking

8   about?

9        A     Yes.

10             (Whereupon, Exhibit Number 13 was marked for

11  identification purposes and made a part of the

12  record.)

13       Q     (By Ms. Dunn) All right.  I will mark this

14  as Plaintiffs' Exhibit 13.

15             So this article did not undergo

16  peer review; is that right?

17       A     Actually, you were the one who pointed out

18  to me it underwent an editorial review, not a

19  peer review.

20       Q     Okay.  Because it's in the American Journal

21  of Bioethics and we looked at that email which

22  clarified that?

23       A     Right.

24       Q     Okay.  So this commentary argues that

25  minors alone cannot consent to gender-affirming care
```

Page 101

1      medical treatments; is that correct?

2           A    Yes, that's correct.  That minors should

3      not be permitted to consent without the involvement

4      of their parents to the gender-affirming care.

5           Q    And so it's not suggesting that parents and

6      legal guardians cannot provide informed consent?

7           A    It was responding to an article that said,

8      in fact, that if they don't perform -- or don't offer

9      informed consent, they should be able to bypass the

10     parent.

11          Q    But this article itself isn't suggesting

12     that parents can't provide informed consent for their

13     children?

14          A    No.

15          Q    The article mentions -- so in the first

16     paragraph the article states -- and I will -- I can

17     highlight with my cursor.  Actually, I can't.  It

18     won't let me.

19               But right here near where my cursor is, it

20     states that, "Watchful waiting with support for

21     gender-dysphoric children and adolescents up to the

22     age of 16 years is the current standard of care

23     worldwide, not gender-affirmative therapy."

24               What is "watchful waiting"?

25          A    Okay.  They were using the -- the term as

Page 102

1  a -- as an approach to supporting children without

2  puberty blockers or hormones.

3       Q    And watchful waiting is not a type of care

4  that you provided as a clinician; is that right?

5       A    That's right.

6       Q    And what evidence is relied on to support

7  the contention that watchful waiting is the current

8  standard of care?

9       A    Well, he actually -- Dr. Laidlaw listed

10  the -- the article right there, I believe.

11       Q    So that's based on the de Vries and

12  Cohen-Kettenis article published in 2012?

13       A    Uh-huh.  Yes.

14       Q    So if we scroll down to the bibliography,

15  that article is listed here.  And I believe -- so

16  it's called the "Clinical Management of Gender

17  Dysphoria in Children and Adolescents.  The Dutch

18  Approach."

19            What supports the contention that the Dutch

20  Approach is the worldwide standard of care?

21       A    I think that he was talking about in places

22  other than America.

23       Q    But in what way does this article establish

24  that the Dutch Approach is a worldwide standard of

25  care?

1    A   I think it's difficult to answer -- for

2    anybody to answer what is the worldwide standard.

3    Perhaps the Dutch Approach was certainly one that had

4    been significant in the world and they were kind of

5    leaders in the approach to children with transgender

6    care.

7    Q   Are there any sources cited that support

8    what the standard of care in the United States would

9    be?

10    A   You mean within this article or elsewhere?

11    Q   Within this article.

12    A   I would have to go back and re-read it to

13    answer that.  I'm sorry.

14    Q   And we've established today that your field

15    of specialty is not pediatric endocrinology, correct?

16    A   Correct.

17    Q   Did you write any of the information in

18    this commentary about puberty-blocking medications?

19    A   No.  No.  My contribution was only on the

20    ethical aspects.

21    Q   Okay.  So if we move further on in the

22    article, this sentence here which provides opinions

23    about GnRH analogues that suggest or assert that they

24    cause infertility, what evidence was relied on in

25    making this assertion?

Page 104

1      A    Once again, I wasn't writing the
2   innercological (phonetic) parts of this.
3      Q    So you're not familiar with any of the
4   evidence that would suggest -- or any evidence that
5   would suggest that GnRH analogues cause infertility?
6      A    I have read this, yes.
7      Q    Is that -- is it not -- I mean, is that
8   fact, that the impact of GnRH analogues on fertility,
9   is that not relevant to the bioethics opinions
10  presented in this article?
11     A    Yes.
12     Q    So wouldn't it be important to be familiar
13  with any such evidence?
14     A    Yes.
15     Q    Okay.  So what evidence is being cited to
16  support that contention?
17     A    Once again, I'm going to have -- I haven't
18  read this article in some time, so I would have to go
19  back through it to see what evidence it cites.
20     Q    There's about two paragraphs there.  Would
21  you -- would that help you to review to determine if
22  there is evidence being cited to support that
23  assertion?
24          I can zoom out, I can zoom in, whatever
25  makes it easier.

1     A     Which -- I'm sorry, where are we reading

2  right now?

3     Q     I believe the relevant text is in the

4  section "Puberty-Blocking Agents and Infertility."

5     A     Okay.  I'm just reading along with you, I'm

6  sure.  "There are no randomized controlled studies

7  for the use of puberty-blocking agents including

8  safety for stopping normal puberty.  Endocrine

9  Society has published revised clinical guidelines in

10  2017, including adolescents.  The" -- better scroll

11  up.  Let's see what else we've got.

12           -- "quality of evidence for PBA is noted to

13  be low.  In fact, all the evidence in the guidelines

14  with regard to treating children/adolescents is low

15  to very low because of the absence of proper studies.

16  These same guidelines, however, recommend arresting

17  normal puberty at Tanner Stage II.  This is highly

18  significant because it's the pubertal stage occurring

19  before menarche in girls and before spermarche in

20  boys.  Continued suppression of pituitary gonadal

21  axis by PBA will maintain a state of immaturity of

22  the male and female gonads.  As a result, though the

23  child will likely grow in stature, the gonads and

24  entire pelvic genitalia will remain stunted at

25  Tanner 2.  The condition of cross-sex hormones will

1    not change this condition.  As a result, the patient

2    will be infertile as an adult.  The continued

3    administration of cross-sex hormones may lead to

4    permanent sterilization.  Gonadectomy, of course,

5    would also ensure sterility."

6             Is that what you were talking about?

7        Q    No.  I'm talking -- I'm asking.  My

8    question is, there's an assertion made here that as a

9    result the patient will be infertile as an adult.

10   And there's no citation provided.

11            So I'm asking what evidence is being relied

12   on to support that assertion.

13       A    Okay.  And that's a very reasonable

14   question, but I -- this is not the only place I have

15   read that.  It is not referenced in this short

16   commentary.

17       Q    So there's no evidence being provided to

18   support the assertion that the administration of GRNH

19   analogues leads to infertility as a result?

20       A    The evidence is not, apparently,

21   re-presented in this short commentary.  I don't say

22   that there's no evidence.  I'm saying that the

23   references don't seem to be listed for all the

24   statements in the commentary.

25       Q    But there's no evidence being cited in this

1    article to support that assertion?

2              MR. BEATO:  Object to form.

3              Dr. Donovan, you can answer that question.

4              THE WITNESS:  I think that you're probably

5    right.  Reminding you that absence of evidence is not

6    evidence of absence.

7         Q    (By Ms. Dunn) The article also suggests

8    that puberty-blocking agents impair adults' sexual

9    function.  And I'll scroll down.  There's a section

10   here on this.

11             What evidence is provided in this article

12   to support this assertion?

13        A    Once again, I think that you're looking for

14   the type of evidence that can be included in much

15   longer articles.  These are space-limited, so both

16   the length of the article and the length of the

17   references is not expansive.  That doesn't mean that

18   there haven't been multiple reports of either

19   concerns or actual evidence that these things have

20   occurred, they're just not all listed within this

21   article.

22        Q    Can you name a study that would support

23   this assertion?

24        A    I am certain that there are studies that

25   have supported that assertion.  I can't name you one

1    currently.  It would take a little research.

2        Q    Can you name any study that would support

3    the assertion that the administration of GRN- -- GnRH

4    analogues causes infertility?

5        A    The same answer.

6        Q    So your assertion is that providing the

7    citation in the text would make this article too long

8    to include.  Is that what you're suggesting?

9        A    No.  No.  It was clearly a matter of choice

10   and it was not chosen to include all the references

11   that could have conceivably been included.

12       Q    Is it common in medical publications to

13   make an assertion and not provide the evidence on

14   which the author relies?

15       A    It is common not to list every possible

16   reference, of course.  It is also common to list

17   references.  And some of the time you list

18   references, depending on the type of article you're

19   writing, whether it's an original article or a

20   response article, whether it's an extensive article

21   or a brief summary.  So there will be variability.

22       Q    Well, but this article, though, is

23   discussing the fact that children should not be able

24   to make decisions around medical transition and it

25   relies specifically on these assertions of the

1    harmful impacts and yet it fails to cite any evidence

2    to support those assertions.  Is that not right?

3              MR. BEATO:  Object to form.

4              Dr. Donovan, you can answer.

5              THE WITNESS:  Yeah, I don't -- no, I don't

6    think that's exactly right.  Of course, it cites some

7    evidence and you see that there are references

8    listed, but there aren't references listed for

9    everything.

10             Once again, how long is the article, how

11   many references are listed will depend a lot on what

12   you can put in there, how much that even the editors

13   will allow.

14       Q    (By Ms. Dunn) Well, there's ten articles

15   listed, and not a single one assert -- not a single

16   one of these articles supports the contentions about

17   the harmful impacts that the authors are alleging.

18             MR. BEATO:  I apologize.  Is that a

19   question?

20       Q    (By Ms. Dunn) Well, you can strike that.

21             MR. BEATO:  Counsel, would you mind if we

22   take a five-minute break, or would you like to

23   continue asking questions?

24             MS. DUNN:  Let me just finish asking

25   questions about this article and then I think it

1  would be a good time for a break.

2          MR. BEATO:  Of course.  Of course.

3      Q    (By Ms. Dunn) So I'll move on to the

4  section of the article that's more about an

5  adolescent's ability to consent.  I assume that that

6  would be relevant to the bioethics contributions you

7  made to this article?

8      A    Yes.

9      Q    And so here we -- in this section, the

10 "Co-morbid Psychiatric Condition" section, on what's

11 marked with the Bates number AHCA EXP 002078, it says

12 that there's an "additional issue related to an

13 adolescent's decision to take puberty-blocking agents

14 without any parental involvement."

15         And then it cites to "associated

16 psychological conditions."

17         So is this suggesting that because youth

18 with gender dysphoria may have other psychiatric

19 conditions, that that means that they're not able to

20 assent to this type of treatment?

21     A    Well, it certainly would be a reason for

22 concern if someone had autism or schizophrenia or

23 profound depression, all of which have been

24 associated with transgender adolescence, that it

25 might impair their ability to provide fully informed

Page 111

1    consent.

2         Q    Currently there are no -- the standards of

3    care regarding the administration of this type of

4    treatment to minors does require parental

5    consent; isn't that right?

6         A    Yes.

7         Q    And there are protocols used by clinicians

8    to obtain informed consent for patients who do not

9    have capacity to consent for themselves in other

10   circumstances; isn't that right?

11        A    Yes.

12        Q    So there are frequently situations where

13   patients may have a psychiatric condition that can

14   impact their ability to provide informed consent and

15   there are protocols to -- that apply to those

16   situations?

17        A    But those protocols do not allow for the

18   direct consent of the children.  That is parental

19   permission being sought.

20        Q    Yeah, but there are situations where adults

21   may not have capacity to consent because of

22   psychiatric conditions and there are protocols in

23   place where physicians are still able to obtain

24   informed consent and provide treatment; isn't that

25   right?

1    A    That's a different situation altogether if

2    we're talking about an adult.  But you're also

3    talking about an impaired adult who, therefore, their

4    ability to provide an informed consent with full

5    capacity would be questionable.

6    Q    But what I'm saying is that there are

7    standards and protocols that clinicians engage in in

8    these types of situations; isn't that right?

9    A    That's kind of a general statement that's

10   hard to disagree with.  There are situations and

11   approaches to situations.

12   Q    You published this article with Michael

13   Laidlaw and Michelle Cretella; is that right?

14   A    That's right.  Correct.

15   Q    Are you aware that Michelle Cretella is the

16   executive director of the American College of

17   Pediatrics?

18   A    I have heard that.  She was not at the

19   time.

20        MS. DUNN:  All right.  I think that this is

21   probably a good time for the break that you asked

22   for, Michael.

23        MR. BEATO:  Excellent.

24        (Lunch recess taken from 11:35 a.m. to

25        12:10 p.m.)

                                        Page 113

1        Q    (By Ms. Dunn) So I wanted to just follow up

2    on one thing we talked about before the break, and

3    that was -- I asked about the affiliation of your

4    co-author, Michelle Cretella.

5             And you stated that at the time of the

6    article she wasn't affiliated with the American

7    College of Pediatricians; is that right?

8        A    No.  You said she was executive director,

9    and I think she just did that recently.

10       Q    Okay.  At the time that you all wrote the

11   article together, was she affiliated with the

12   American College of Pediatrics in any way?

13       A    Probably.

14       Q    Okay.

15       A    But, however, I don't belong to the ACP, so

16   I don't know.  I mean, I think she was.

17       Q    Do you know anything about that

18   organization?

19       A    Very little.  I mean, it's pediatricians

20   who didn't agree with the AAP on certain issues.

21       Q    Sure.  So I just -- I'm going to point you

22   to a couple documents, so I'm going to share my

23   screen.

24             (Document is displayed).

25             This is a document from the American

Page 114

```
 1    College of Pediatricians entitled "Homosexual

 2    Parenting:  A Scientific Analysis."

 3              Have you ever seen this document?

 4        A    No.

 5        Q    Okay.  So this document is -- it's a policy

 6    statement of the American College of Pediatrics which

 7    states that, "There's sound evidence that children

 8    exposed to the homosexual lifestyle may be at

 9    increased risk for emotional, mental, and even

10    physical harm."

11              You were not aware of the American College

12    of Pediatrics' position on this issue when you --

13        A    I've never seen this before, no.

14        Q    So you were not aware of this policy

15    position when you made the decision to co-author a

16    publication with Michelle Cretella?

17        A    No.

18              (Whereupon, Exhibit Number 14 was marked for

19    identification purposes and made a part of the

20    record.)

21        Q    (By Ms. Dunn) And I'm just going to mark

22    that -- that exhibit that we just talked about, the

23    American College of Pediatrics' policy statement on

24    homosexual parenting as Exhibit 14.

25              And then I'm going to show you another
```

```
                                           Page 115
 1    policy statement from the American College of
 2    Pediatricians.
 3              Have you ever seen this policy statement?
 4         A    No.
 5              (Whereupon, Exhibit Number 15 was marked
 6    for identification purposes and made a part of the
 7    record.)
 8         Q    (By Ms. Dunn) Okay.  So I'm going to mark
 9    this as Plaintiffs' Exhibit 15.  This is a policy
10    statement from the American College of Pediatrics
11    stating that there's "No evidence that psychotherapy
12    for unwanted homosexual attraction is any more or
13    less harmful than the use of psychotherapy to treat
14    any other unwanted psychological or behavioral
15    adaptation."
16              You are not familiar with this policy
17    statement?
18         A    Correct.
19         Q    And you were not aware of this policy
20    statement when you made the decision to co-author the
21    publication -- a publication with Michelle Cretella?
22         A    First time I've seen it was today.
23         Q    Would it have changed -- if you had known
24    about this, would it have changed your decision to be
25    an author on that publication?
```

1      A    It didn't seem like those two really are

2    directly connected to each other.

3      Q    So would it have changed your decision to

4    be an author --

5      A    No.

6      Q    -- on that publication?

7      A    I don't know.  I haven't read the article,

8    so it's hard to say whether it would change or not

9    change.

10      Q    Well, I suppose, knowing that -- I mean,

11    I -- just understanding what I -- what I read from

12    this document, that it's a policy position issued by

13    this organization of which your co-author plays a

14    leadership role, that states that there's "No

15    evidence that psychotherapy for unwanted homosexual

16    attraction is any more or less harmful than the use

17    of psychotherapy in other contacts," would knowing

18    that that was a policy position of the American

19    College of Pediatricians have changed your decision

20    to co-author a publication with Michelle Cretella?

21      A    I agreed to co-author based on the topic at

22    hand and not anybody else's CV.  So the answer would

23    be I don't see how it would.

24      Q    And same for the exhibit that we marked as

25    Exhibit 14, the policy statement on homosexual

Page 117

1    parenting.

2              If you had been aware of that policy

3    statement, would it have changed your decision to

4    co-author a publication with Michelle Cretella?

5         A    Well, once again, it's speculative.  I

6    don't know exactly what it says, but I was -- I was

7    part of the -- the effort on the other paper simply

8    on the basis of that paper alone.

9         Q    We also talked about a number of your

10   publications appearing in The Linacre Quarterly, and

11   that that is the official journal of the Catholic

12   Medical Association; is that right?

13        A    Yes.

14        Q    Are you aware of -- actually, I'm just

15   going to open -- one second.  So I'm going to show

16   you a document.

17             (Document is displayed).

18             (Whereupon, Exhibit Number 16 was marked for

19   identification purposes and made a part of the

20   record.)

21        Q    (By Ms. Dunn) So this is a cover page of

22   Resolutions of the Catholic Medical Association.  I

23   will mark this exhibit as Plaintiffs' Exhibit 16.

24             Have you ever seen this -- these -- this is

25   a printoff of a web page.  So have you ever seen this

1    web page of the Catholic Medical Association?

2         A    I don't think so.

3         Q    So the website states that, "The following

4    are resolutions accepted as positions at the Catholic

5    Medical Association."

6              And we're going to jump to the resolutions

7    that are listed in the topic of "Family and Sexual

8    Education."  Specifically I'm going to look at

9    Resolution 8-12, which is a resolution on transgender

10   treatments.

11             Resolution 8-12 reads that, "The Catholic

12   Medical Association does not support the use of any

13   hormones, hormone-blocking agents, or surgery in all

14   human persons for the treatment of gender dysphoria."

15             Were you aware of this resolution of the

16   Catholic Medical Association?

17        A    No.  As I've mentioned, I'm not a member of

18   the Catholic Medical Association.

19        Q    And if you --

20        A    I wasn't aware of this.

21        Q    You weren't aware of this?

22        A    No.

23        Q    If you had been aware of this, would it

24   have changed your decision to publish in the Catholic

25   Medical Association's official journal?

1      A      Well, I -- I imagine that I would probably

2   be pleased if anybody agrees with me.

3      Q      So are your beliefs aligned with this

4   resolution?

5      A      I don't know because I haven't seen the

6   full text of it.  I just see a title there.

7      Q      So this is the full text of the resolution.

8   The title is "8-12:  Resolution on Transgender

9   Treatments."  And then it says "Be it resolved."

10     A      Well, then, that does sound reasonable.

11     Q      Okay.  And then if we move down to

12  Resolution 8-13, which is the "Resolution on Gender

13  Dysphoria," it reads, "Be it resolved that the

14  Catholic Medical Association and its members reject

15  all policies that condition all persons with gender

16  dysphoria to accept as normal a life of chemical and

17  surgical impersonation of the opposite sex.  Further,

18  that the use of puberty-blocking hormones and

19  cross-sex hormones and surgical reassignment surgery

20  be rejected."

21         Were you aware of this resolution of the

22  Catholic Medical Association?

23     A      No.  Like I said, I've never seen this page

24  before and I don't know if any of these were ever

25  adopted.

Page 120

1      Q     These are on the website of the Catholic
2    Medical Association as adopted resolutions.
3      A     Okay.
4      Q     I'll represent that to you.  And so if you
5    had been aware of this resolution, would it have
6    impacted your decision to publish in The Linacre
7    Quarterly, the Catholic Medical Association's
8    official publication?
9      A     No.
10     Q     And are your beliefs around the treatment
11   of gender dysphoria aligned with this
12   Resolution 8-13?
13     A     I would not have used this language, but I
14   don't have severe disagreements with it.
15     Q     Okay.  At this point we're going to turn
16   back to what has been marked as Plaintiffs'
17   Exhibit 1.  And that is your report, which is not on
18   my screen anymore, so I'm going to have to stop that
19   share again.
20           (Document is displayed).
21           This, we already identified, as the expert
22   declaration that was provided, written by you and
23   provided to plaintiffs by the defendants in the
24   lawsuit that brings us here today, Dekker versus
25   Weida.

Page 121

1          You stated that you yourself drafted this

2     report fully and completely?

3          A    Yes.

4          Q    And does this report comprise the totality

5     of your opinions around the provision of

6     gender-affirming care medical treatments?

7          A    Well, when you say "totality," that would

8     mean like I have no other thoughts or opinions, so

9     that's probably not the best way to characterize it,

10    but it certainly is my opinion.

11         Q    Okay.  So here you state that you "Have not

12    testified as an expert in the past five years at any

13    court hearing, trial or deposition."

14         So when we talked about the depositions

15    that you participated in earlier in our conversation

16    today, those all predated the last five years?

17         A    That's right.

18         Q    So you -- and we've talked a little bit

19    about your position as the founding director of the

20    Oklahoma Bioethics Center, which you reference here.

21         Does that organization still currently

22    exist?

23         A    I am not quite sure of its status.  I think

24    someone took it over from me and someone else took it

25    over from him, and I don't know what involvement

Page 122

1    she's having currently.

2         I know that there is still some bioethics

3    education going on through the university, but I

4    don't know if it's under the umbrella of the

5    Bioethics Center or not.

6         Q    In Paragraph 8 you mentioned that you "Have

7    chaired the IRB, the Institutional Ethics Research

8    Board, for 17 years at SFH."

9         What is "SFH"?

10        A    That was one of the teaching hospitals.

11   Saint Francis Hospital.

12        Q    So "SFH" stands for Saint Francis Hospital?

13        A    Correct.

14        Q    And are you currently the chair of IRB and

15   Saint Francis Hospital in Tulsa, Oklahoma?

16        A    No.

17        Q    So the way this is phrased it always seems

18   present tense.  When did you stop being the chair of

19   the Institutional Research Ethics Board at SFH?

20        A    Oh, when I left Tulsa.

21        Q    And when was that?

22        A    Or Georgetown.

23        Q    So in 2012?

24        A    Right.

25        Q    Okay.

Page 123

```
 1       A    So it was in the -- 17 years before that
 2   or -- yeah.
 3       Q    So scrolling down to Paragraph 10, you
 4   state that you "Have studied and consulted on issues
 5   surrounding transgender patients, both minors and
 6   adults, locally and nationally."
 7            We just -- we discussed your background and
 8   your CV extensively and you weren't able to identify
 9   presentations, and other than one article,
10   publications surrounding issues on transgender
11   patients; isn't that right?
12       A    No, I've not been writing about it but I've
13   discussed it with people locally and nationally.
14       Q    And in what context have you discussed it
15   with people?
16       A    Well, I'm not quite sure -- what context?
17       Q    Well, in what -- who were you discussing
18   these issues with?
19       A    Oh, various colleagues.
20       Q    Can you name those --
21       A    Other bioethicists.
22       Q    So let's start with nationally.  Who
23   nationally were you speaking about on issues
24   surrounding transgender patients?
25       A    I would be speaking to bioethicists, you
```

Page 124

1    know, informally, not -- not for meetings or

2    publication.

3        Q    Can you name any of the bioethicists that

4    you had these conversations with?

5        A    I'm sure I can.  I'm not sure if they want

6    to be involved or not, so I'd want to clear it with

7    them first.

8        Q    Were these informal conversations that were

9    occurring at meetings of some sort?

10       A    Oh, boy, there hasn't been a meeting in,

11   like, three years where people had the opportunity

12   for informal conversation.  So, no, these would be

13   either locally or over the phone or Zoom or

14   something.

15       Q    So how many Zoom conversations would you

16   say you've had with other national bioethicists on

17   transgender issues in patients?

18       A    I mean, the purpose of the -- well, no,

19   that's not true.  I was going to say the purpose

20   wasn't specifically to talk about transgender issues,

21   but you'd be talking about bioethical issues in

22   general.  But, no, we've had a couple conversations,

23   either by phone or Zoom, maybe half a dozen times

24   where the primary topic probably was transgender

25   issues.

1      Q     Now, you say "half a dozen."  That means

2   six -- like around six?

3      A     Around that, yeah.

4      Q     And --

5      A     I mean, I don't keep track of them, so I'm

6   just guessing at this point.

7      Q     What time period were these conversations

8   occurring?

9      A     These would have been in the recent past

10  because not many, many people were having these

11  discussions over ten years ago.

12     Q     So in the last ten years you would say

13  you've had approximately six conversations by Zoom or

14  by phone with other bioethicists around --

15     A     Well, no.  I mean, that's -- that's --

16  that's a little narrow.  I know I've had a lot more

17  conversations than that.  You know, you asked me

18  about by Zoom, so that would probably be no more than

19  half a dozen, I suspect.  By phone, more than that

20  certainly, and even in person.  So, I'm sorry, I

21  didn't keep a tally.  People call me, ask me my

22  opinion, or if we're in a discussion and they ask me

23  what do I think about such and such, then I'll tell

24  them.

25     Q     What you're referencing is kind of informal

1   consultations of your opinion on these things?

2        A    Absolutely.

3        Q    So I think I'll just say, going back to the

4   ground rules we started with, I may be -- and this

5   may be partially my fault -- occasionally maybe

6   asking you a question too quickly and cutting you

7   off.  And so I just want to remind both of us to try

8   not to interrupt each other and -- you know, if you

9   try not to interrupt me with my question, I'll try

10  not to interrupt your answer.  I'll pause before I

11  jump in with my -- with additional questions.

12           So this sentence says, "I've studied or

13  been consulted on."  So it seems like what we were

14  just talking about was "been consulted on."

15           So what instances -- I guess, can you

16  provide some context for this statement that you

17  "have studied issues surrounding transgender patients

18  locally and nationally"?

19       A    Oh, yes.  Yes, I've been reading up on the

20  available literature and journals and other places,

21  even in the popular press and in blogs and such.

22       Q    So when you say "studied," you just mean

23  reading up on the medical literature?

24       A    Reading up on medical literature is

25  studying, you betcha.

1      Q    Sure.  And I guess I'm wondering, like, how

2    are you -- so in what way are you identifying the

3    sources that you're studying?

4      A    How do I --

5      Q    How are they coming to your attention?

6      A    Oh, well, through -- they're published

7    journals, both online and paper.

8      Q    Can you name any studies that have had

9    significance with regard to your position -- or, I'm

10   sorry, let me strike that and start again.

11         Can you name any specific studies that have

12   been meaningful in your position on issues

13   surrounding transgender patients?

14     A    Not so easily that there would be any study

15   or a couple of studies that would be meaningful.  I

16   take little bits from everything I read and form my

17   own opinions.

18     Q    What specific issues have you studied

19   surrounding transgender adult patients?

20     A    Okay.  I'm having a little trouble --

21     Q    Hearing me?

22     A    No, I heard you, I just didn't understand

23   you completely I'm afraid.  What do you mean, "what

24   issues"?

25     Q    Well, you -- I'm just asking what you mean

1  by your terminology.  So you say that you "have

2  studied issues surrounding transgender patients."

3  Specifically, what issues related to transgender

4  patients have you studied?

5       A    Well, I think that the things that I have

6  read about and been concerned about exactly parallel

7  those that you see in the younger patients, as well,

8  in terms of the concept, the diagnosis and the

9  treatment and the results.

10       Q    So can you estimate how many times you've

11  been consulted on issues specific to transgender

12  patients?

13       A    No.  I mean, these are not formal

14  consultations, these are discussions.

15       Q    I'm sorry.  So going back to your role

16  providing ethical consultations, either -- I guess at

17  Georgetown would have been primarily the period of

18  time we're talking about.  Can you estimate how many

19  of those ethical consults would have related to

20  transgender patients?

21       A    None of the hospital consults related to

22  transgender patients as transgender patients.

23       Q    So you've not given an ethical consult with

24  regard to patient care for a patient that was

25  transgender?

1       A    Not for an individual patient, no.

2       Q    And that extends to both children and

3  adults?

4       A    Correct.

5       Q    Moving on to Paragraph 11 where you say,

6  "For ethical as well as medical reasons, I have never

7  prescribed medications nor referred for surgery any

8  patients that consider themselves transgender."

9         These medical reasons you reference --

10  going back to your specialty, you're a pediatric

11  gastroenterologist.  We've established that.  That's

12  right, right?  Is that right?

13      A    Yes.

14      Q    Did any of your pediatric gastroenterology

15  patients identify as transgender, to your knowledge?

16      A    No --

17      Q    To your knowledge --

18      A    -- not to my knowledge.

19      Q    Oh, I'm sorry, I cut you off again.  I

20  apologize.

21         What were you saying?

22      A    I just said "not to my knowledge."

23      Q    To your knowledge, have any of your

24  pediatric gastroenterology patients been diagnosed

25  with gender dysphoria?

Page 130

1      A     Not to my knowledge.

2      Q     Have you ever prescribed a medication to a

3   patient in your role as a bioethicist?

4      A     That's not the role of a bioethicist.

5      Q     Okay.  I just wanted to confirm that.

6            Do bioethicists treat medical conditions

7   with surgical referrals?

8      A     That's not the role of the bioethicist.

9      Q     Okay.  When you -- so turning back to

10  Paragraph 11, when you refer to ethical reasons that

11  you don't prescribe medications, is that because your

12  activities as a bioethicist are informed by your

13  Catholic faith?

14     A     No, it's because I think that it's

15  unethical.

16     Q     Do you think that it's unethical because

17  it's not consistent with the ERDs that we talked

18  about as Plaintiffs' Exhibit 4?

19     A     No, I think it's unethical on the face of

20  it.  I don't think you have to be Catholic, Muslim,

21  Jewish, or none of the above to come to the same

22  conclusions.

23     Q     In Paragraph 12 you say that, "None of your

24  opinions are biased by professional income."

25            The entirety of your career in medicine

Page 131

1    didn't involve patients who present to you for a

2    gender dysphoria diagnosis; is that right?

3        A    That's correct.

4        Q    And none of your writings, presentations,

5    or positions dealt with issues affecting trans

6    people; is that right?

7        A    Not entirely right, but mostly right.

8        Q    And when you say "not entirely," are you

9    referencing the one article we looked at before?

10       A    No, I'm saying I'm very careful about

11   absolutes.

12       Q    Understood.

13            In Paragraph 14 you reference your review

14   of the literature.  Have you reviewed all of the

15   literature pertaining to gender dysphoria?

16       A    No one has reviewed all the literature

17   pertaining to practically anything, including gender

18   dysphoria.

19       Q    Is the literature you've reviewed limited

20   to -- or, I suppose, is the bibliography you provided

21   a fair representation of the literature you've

22   reviewed in preparing this expert report?

23       A    It would have to be a representation, sure.

24   Provided, it's -- I consider it fair, but it's not,

25   you know, complete.  There are many things that I

Page 132

```
 1    would look at that I didn't consider important enough
 2    to include in the bibliography, including the things
 3    that I look at and think, "Well, that's wrong, but
 4    it's good to know that that's how they feel."
 5         Q    So are there other sources that you
 6    considered in preparing this expert report?
 7         A    Sure.  Many.
 8         Q    And are you able to list those sources?
 9         A    No.
10         Q    And why not?
11         A    Too many.  There's just too many.  And some
12    of them I read in their entirety, and some of them I
13    didn't, and some of them are just off of things like
14    the CDC site, a WPATH site, and some of them aren't.
15    It's just -- it's a whole gemish.  Anybody who just
16    reads an article and considers themselves an expert
17    isn't working hard enough.
18         Q    So when you prepare an expert report for
19    submission in a case like this, we are entitled to
20    know what your sources for your expert opinion are.
21              So, you know, I -- I -- I think we either
22    need to understand that that bibliography is the list
23    of sources you relied on exhaustive, or we're
24    entitled to know what additional sources you
25    considered and relied upon in writing this report.
```

1            Are you able to provide that list?

2       A    I could probably -- no, I couldn't, really.

3   I -- there's just -- there's too many things that I

4   look at and read on a relatively frequent, if not

5   constant, basis.  And some of them I thought were

6   pertinent and some of them not so pertinent.  I

7   thought the pertinent ones would be in the

8   bibliography.

9            But I would be hesitant, like you saw when

10  we were looking at other articles, to say that you

11  have an exhaustive bibliography for any article.

12  There's always more that could be added, but there

13  are some practical limitations.

14      Q    If a source is not listed in your

15  bibliography, would that mean that you did not

16  consider it pertinent to your report?

17      A    No, I didn't say it wouldn't be pertinent

18  but it may not be something I felt needed to be

19  included.

20           As a for instance, all the regulations that

21  govern human -- research with human subjects.  Well,

22  there's huge tomes that include all that.  I don't

23  think that that necessarily needs to be included in

24  the brief bibliography that I submitted.  You know,

25  all the various statements from medical associations

1    about this one way or the other may have been things

2    that I have read, but I don't see that they added

3    much to my bibliography so I didn't include them.

4           I see something several times a week on

5    this subject and I look at it and I read it and I see

6    if it adds any new information or, you know, can

7    alter my -- my perspective or sometimes reinforce my

8    opinion, but that doesn't necessarily mean that it

9    belongs in the bibliography.

10      Q    To be clear, for your work as an expert you

11   wrote a report, which is being submitted to a court

12   of law.

13          Do you understand that?

14      A    Yes.

15      Q    This report is comprised of your opinions

16   that are being presented to a judge as evidence in a

17   court case.

18          Do you understand that?

19      A    Yes.

20      Q    Okay.  And when we ask for the sources upon

21   which you relied, we are provided with a bibliography

22   that has been marked as Plaintiffs' Exhibit 2, which

23   I will pull up, and I believe has approximately seven

24   sources on it.

25          (Document is displayed).

Page 135

1         So this was the bibliography we were

2    provided.  You've already confirmed that; is that

3    correct?

4         A    Yes.

5         Q    In submitting that report, we -- so the

6    Federal Rules of Civil Procedure require that an

7    expert who provides a written report must disclose

8    the facts or data that are considered by the witness

9    in forming their opinions.

10        So we are entitled to know all facts and

11   data that you relied upon in forming your opinions.

12   And when we asked for that information, we were given

13   this bibliography.

14        Are there additional sources that needed to

15   be added to this bibliography that are facts or data

16   that were considered by you in forming your opinions?

17        A    I didn't feel that I needed to add anything

18   else to the bibliography.

19        Q    So this bibliography --

20        MR. BEATO:  Chelsea -- I apologize.  You

21   can continue, Chelsea.

22        Q    (By Ms. Dunn) So this bibliography is a

23   complete document of the facts and data considered by

24   you in forming your opinions in your expert

25   report; is that correct?

Page 136

1      A     Well, I -- those are articles considered by

2    me in forming my report.

3             Those are not the only things that I

4    thought about, nor the only things that I read, nor

5    the only things that have influenced me over the last

6    decade, or over the last year, or over the last few

7    months.  You know, there's a lot of things that I

8    have read.  I thought these were pertinent to the

9    report.

10     Q     Dr. Donovan, I appreciate that these are

11   the most pertinent, but you are required under the

12   Federal Rules of Civil Procedure to provide a report

13   that contains the facts and data that you considered

14   in forming your opinions.

15     A     These are facts and data that I considered

16   in forming my opinion.  It is not --

17     Q     But is it a complete document of those

18   facts and opinions?

19     A     Of course not.  It can't be because there's

20   no way that I can tell you everything that has

21   affected my thinking.

22             MR. BEATO:  So, Dr. Donovan, let me -- let

23   me step in.

24             For the studies that you reference in your

25   bibliography, those are a sufficient and accurate

Page 137

1     representation of the studies that you relied on when

2     issuing your expert report; is that correct?

3               THE WITNESS:  Yes, I believe so.

4               MR. BEATO:  And if there are additional

5     studies that you think of that could've -- well,

6     strike that.

7               Okay.  So you think it's a sufficient and

8     accurate representation of the studies that you

9     relied on for your expert report, correct?

10              THE WITNESS:  I -- yes, with the provisos

11    that I've already said.  There are other things that

12    I would consider important, but -- once again, all

13    the CDC documents or -- now, those -- I didn't

14    include those.  Did I rely on them?  Have they guided

15    my understanding of, for instance, the requirements

16    of appropriate human research?  Well, sure.

17         Q    (By Ms. Dunn) So setting aside various

18    sources of background knowledge that you brought to

19    this report, when you were writing this report, are

20    these the specific sources you were referencing in

21    writing your report?

22         A    I don't know how to answer that any better

23    than I have.

24              MR. BEATO:  Then the answer would be "yes."

25         Q    (By Ms. Dunn) Are these the only specific

1    sources you referenced in writing your report?

2         A    Of course not.

3              MS. DUNN:  I'm sorry, we need a short

4    break, please.

5              MR. BEATO:  Okay.

6              (Recess taken from 12:44 p.m. to 1:19 p.m.)

7         Q    (By Ms. Dunn) So, Dr. Donovan, when we were

8    talking before about the obligations that are

9    associated with submitting an expert report to a

10   federal court, I was referencing a rule which is the

11   Federal Rule of Civil Procedure 26(a) -- I'm going to

12   make sure I get this right -- (a)2(b).  And this

13   governs when someone who's been retained as an expert

14   provides a written report to the Court.  I'm going to

15   read from that rule.

16              So that rule says:  "Unless otherwise

17   stipulated or ordered by the Court, this disclosure

18   must be accompanied by a written report prepared and

19   signed by the witness.  If the witness is one

20   retained or specially employed to provide expert

21   testimony in the case or one whose duties as the

22   party's employee regularly involve giving expert

23   testimony.

24              "The report must contain, 1:  A complete

25   statement of all opinions the witness will express

Page 139

1    and the basis and reasons for them.

2              "2:  The facts or data considered by the

3    witness informing them.

4              "3:  Any exhibits that will be used to

5    summarize or support them.

6              "4:  The witness's qualification.

7              "5:  A list of all other cases which the

8    witness testified as an expert at trial or by

9    deposition.

10             And, "6:  A statement of the compensation

11   to be paid for the study and testimony in this case."

12             Were you instructed that your report was

13   required to contain all of the opinions that you

14   intend to offer in this case?

15        A    Yes, I believe I was, but I think perhaps,

16   you know, when we're talking about the opinions that

17   I intend to offer, I don't think that was the

18   conversation you and I were having previously.

19        Q    Well, I'm sorry, I'm just starting with the

20   first subsection.

21        A    Oh, okay.

22        Q    So were you instructed that the report has

23   to contain all of the opinions you intend to offer in

24   this case?

25        A    Yes.

1      Q    And does your expert report that we've been

2   referencing as Exhibit 1 contain all of the expert

3   opinions you intend to offer in this case?

4      A    Yes, I believe so.

5      Q    Okay.  Were you instructed that your expert

6   report must contain the facts or data considered by

7   you, the witness, in forming those opinions?

8      A    Yes.

9      Q    Okay.  And did you provide all of the facts

10  or data that you considered in forming your opinions,

11  either in the report or in the bibliography that

12  accompanies it?

13     A    I would say, yes, in the report or the

14  bibliography.

15     Q    Okay.  So turning back to your report.

16  Give me a second.

17          MR. BEATO:  No problem.  No problem

18  whatsoever.

19     Q    (By Ms. Dunn) Okay.  So back to your

20  declaration.  So here you say that you relied on your

21  "years of experience as a physician and medical

22  ethicist and your review of the literature as

23  documented in your report."

24          So we should be able -- your report will

25  demonstrate any literature that you relied upon in

1    forming your opinions; is that correct?

2             MR. BEATO:  Dr. Donovan, you're muted.

3             THE WITNESS:  It's hard to answer that way.

4    Sorry.

5             Yes, I believe so.

6        Q    (By Ms. Dunn) In Paragraph 15 you refer to

7    yourself as an "unbiased observer."  And you make

8    comparisons to the fact that it's preferable to have

9    unbiased observers make opinions on the diagnosis of

10   brain death.  But those unbiased observers still have

11   to have qualifications in order to render opinions on

12   these issues; is that correct?

13       A    Yes.

14       Q    And what are your qualifications to render

15   opinions on the provision of gender-affirming care?

16       A    Well, they would be, I think, analogous to

17   rendering opinions on the diagnosis of brain death.

18            My perspective is that of an ethicist.  I'm

19   not a neurologist or a neurosurgeon or a transplant

20   surgeon, but when you are talking about --

21   particularly in today's topic, you know, whether or

22   not what we are doing constitutes appropriate

23   informed consent and whether or not it is -- or

24   should be considered research versus standard of

25   care, yeah, I've had years of experience in

1    discussing these topics and -- and completely ready

2    and able to render an opinion on it.

3         Q    But you've never -- you haven't had any

4    specialized -- well, you haven't been a --

5    participated in presentations or publications around

6    the provision of gender-affirming care specifically?

7         A    You mean, if I don't have a large public

8    record on it?  It certainly doesn't mean that you

9    haven't been reading up on it, done some research and

10   formed an opinion.

11        Q    But you do have a large body of

12   publications and presentations on issues such as

13   physician assisted suicide or brain death; isn't that

14   correct?

15        A    Relatively large.  Yeah, I've got those

16   things.  Those have been issues for many years now.

17             This case, for instance, is certainly less

18   than a year old.

19        Q    You reference, in Paragraph 17, a

20   "diagnosis of transgenderism."

21             What is a diagnosis of transgenderism?

22        A    Diagnosis of someone who is being

23   transgender or that they believe that they are

24   transgender.

25        Q    Where does that diagnosis exist?

1      A   Where does the diagnosis what?  I'm sorry.

2      Q   Exist.  Where's that diagnosis provided

3  for?  Is that a medical diagnosis?

4      A   You mean, who provides the diagnosis?  Is

5  that what you're asking me?

6      Q   Well, no.  Is that a medical diagnosis?

7      A   Well, it certainly is supposed to be, yes.

8      Q   Where is the criteria for that -- or

9  where's the diagnostic criteria for transgenderism?

10     A   Well, the diagnostic criteria for

11  transgender patients is found in both DSM and WPATH.

12     Q   And the what?

13     A   W-P-A-T-H criteria.

14     Q   But that diagnosis is gender dysphoria, not

15  transgenderism; isn't that correct?

16     A   Yes.  But gender dysphoria only occurs in

17  those who have identified as transgender.

18     Q   But transgenderism is not a diagnosis

19  that's reflected in the DSM-5 or in the WPATH

20  standards of care, correct?

21     A   Okay.

22     Q   Is that correct?

23     A   Yes, I believe so.

24     Q   You refer here to a person presenting

25  themselves as a -- or a person having a gender

Page 144

1    identity that's different from the sex assignment at

2    birth as an aberration.  Is that fair to say?

3         A    I think that's quite fair to say.  You

4    know, if you talk about the norm being what is

5    predominant, then that would have to be statistically

6    described as abnorm.

7         Q    What is your basis for asserting that a

8    person asserting their gender identity is akin to

9    asserting a delusion that they are a chicken?

10        A    Well, I think that if someone came in with

11   something that seemed to define -- defy both the

12   visual evidence and common sense, that you would not

13   necessarily take that at face value.

14        Q    Are you a licensed psychiatrist?

15        A    No, I'm not a licensed psychiatrist, but I

16   do know the difference between a person and a

17   chicken.

18        Q    Have you ever diagnosed any sort of mental

19   health condition?

20        A    I'm sure I have because I've had patients

21   who had to be referred.

22        Q    You've -- you have been the one to provide

23   the diagnosis of a mental health condition?

24        A    Well, when you suspect it, you refer it to

25   someone to care for them, sure.

1      Q    But is that providing a diagnosis for the

2   patient or is that referring someone for a diagnosis?

3      A    It's a presumptive diagnosis.

4      Q    You then state that, "This is the approach

5   now being taken by many psychiatrists and surgeons

6   and endorsed by medical society."

7           Is the approach you're referring to in this

8   sentence the approach of someone saying that they are

9   a woman and someone else immediately clothing them in

10  a dress?

11     A    No.  I'm saying that the -- the problem is

12  that we are accepting the mis-diagnosis.  Or not even

13  a mis-diagnosis, but the mistreatment rather.

14     Q    And what is the mistreatment you're

15  referring to here?

16     A    In terms of patients with gender dysphoria,

17  I think it's not conceptually sound to say that you

18  are a man or a person in a man's body but you think

19  you're supposed to be in someone else's body or some

20  other body or yourself or alter that body in order to

21  look like that.  Those are approaches that just don't

22  really seem to fit with a common sense approach.

23          If we had a patient with anorexia nervosa

24  and she had a dysmorphia and she said, "I am too

25  fat," the last thing that I would recommend we do is

1    to help her body conform to her self-image.

2         Q    So you're comparing gender dysphoria to

3    anorexia nervosa?

4         A    Well, they're both distortions of bodily

5    image, yes.

6         Q    But affirming a patient with anorexia

7    desire to limit their calorie intake could lead to

8    dehydration; is that correct?

9         A    And worse.

10        Q    And it could lead to starvation or even

11   death?

12        A    Yes.

13        Q    Yes.  And so your position is that it is

14   mistreatment to affirm someone's gender identity if

15   it's not aligned with their sex assigned at birth?

16        A    I am saying that we don't have enough

17   information to be certain of the correct approach

18   and, therefore, to embark upon that approach without

19   seeking that information is wrong.

20        Q    And what particular types of medical

21   treatment are you referencing?

22             Are you speaking of the administration of

23   cross-sex hormones?

24        A    Yes.

25        Q    Are you speaking of gender-affirming

```
1    surgeries?
2         A    Yes.
3         Q    And are you speaking of the administration
4    of puberty-blocking medications?
5         A    Yes.
6         Q    And so it is your opinion that affirming
7    someone's gender identity, if it is not aligned with
8    their sex assigned at birth, is mis- -- is medical
9    mistreatment?
10        A    I think it is fraught with problems because
11   I think that it is probably applying a treatment that
12   does not match the needs of the patient.
13        Q    Earlier you said that you have given
14   presumptive diagnoses for mental health conditions.
15             When you're licensed as a medical doctor --
16   or I guess you're a pediatric endo- -- I'm sorry.
17             Does your license allow you to diagnose
18   mental health conditions?
19        A    My license?  Yes.
20        Q    Okay.  So you say that -- so going back to
21   this approach.  When you say "this is the approach,"
22   I just want to make sure that we're both talking
23   about the same -- you know, what you are referring to
24   as "this approach."
25             And you're talking about the approach of
```

Page 148

1    providing medical care that affirms someone's gender

2    identity when it doesn't match their sex assigned at

3    birth.  Is that accurate?

4         A    Yes.

5         Q    Okay.  And you say that "many psychiatrists

6    are taking this approach."

7              What is the basis to say that?

8         A    Well, I -- I don't think that that's in

9    contention that many psychiatrists are providing or

10   endorsing gender-affirming care.  I didn't

11   specifically give you data on that, but I think that

12   that's pretty widely known.

13        Q    You then go on to say that, "Perhaps, as a

14   result the number of individuals who identify as

15   transgender has exploded over the past decade"; is

16   that correct?

17        A    It has certainly increased, it has.

18        Q    And you said a number of 20 to -- to a

19   factor of 20 to 40; is that right?

20        A    That's right, that's what I've read.

21        Q    Where did you get that information?

22        A    Actually, the CDC had that information in

23   their database.

24        Q    So you didn't -- you cited to -- in your

25   bibliography, which I'll quickly turn to -- I stopped

sharing. I could have just stayed where I was.
(Document is displayed).
So you cite to -- here on this first line there's a "CDC Youth Risk Behavior Survey" and then there's a link to the Williams Institute.
Is this the data you're using to make that 20- to 40-factor assertion?
A I believe that's where it came from.
Q And so the Williams report that's linked here -- I'll just quickly pull up that source, just so we can look at it together.
(Document is displayed).
So this is the Williams Institute report that is found at the end of that link.
Do you recognize this report?
A Not in that form, but I'm sure that must be it.
(Whereupon, Exhibit Number 17 was marked for identification purposes and made a part of the record.)
Q (By Ms. Dunn) Okay. I'm going to mark this as Exhibit 17.
So this study -- I'll zoom in a little bit -- or this report cites to data from the CDC, a couple of different surveys, it looks like, the

1    Behavior Risk Factor Surveillance System, the Youth

2    Risk Behavior Survey, and then some other survey

3    data.

4              Is this the document where you got -- when

5    you reference the CDC, is this the document where you

6    got that information?

7         A    I believe so, or links from it.

8         Q    Okay.  And do you know where in this report

9    it cites a 20- to 40-factor increase?

10        A    I'm sorry, I'd have to read the whole thing

11   again to find that.

12        Q    So here on this first -- on this first page

13   it says, "Youth ages 13 to 17 comprise a larger share

14   of the transgender-identified population than were

15   previously estimated, currently comprising about

16   18 percent of the transgender-identified population

17   in the U.S. up from 10 percent previously."

18             Is that relevant to how you determined

19   there was a 20- to 40-factor increase?

20        A    No, the 20 to 40 is actually what I read in

21   the CDC survey, but I don't see it -- as a matter of

22   fact, I can hardly see what you've got there at all,

23   but that's okay.

24        Q    Oh, I'm sorry.

25        A    Small print.

1        Q     I'm happy to share your screen.

2              So I'll just -- I guess what I'll represent

3        to you is that we could not -- looking at your

4        bibliography, we could not find the 2017 data that

5        you were citing to.  So are you saying that you

6        received that information -- that information came

7        directly from the CDC and not from this report?

8              This report is what was linked and we

9        thought that that indicated that that's where it came

10       from.

11       A     Well, I -- I believe that that information

12       may be there.

13             That's the executive summary, isn't it?

14       Not the entire report?

15       Q     Correct.

16       A     Yeah.

17       Q     All right.  I will stop sharing this

18       document and go back to your bibliography.

19             (Document is displayed).

20             So going back to your report, in

21       Paragraph 19 you state that, "80 percent of young

22       males who present early" -- and I assume that you

23       mean by this present with a gender identity that's

24       different than their sex assigned at birth.  Is that

25       what you're referencing?

Page 152

1       A     Yes.

2       Q     Okay.  So young males presenting early,

3   that "80 percent of those young males would

4   historically revert in their self-perception by the

5   time they had completed puberty."

6             Where did -- what is your evidence of that

7   statement?

8       A     Oh, that -- that's been widely published

9   and repeatedly published.

10      Q     Can you name the study that that

11  information comes from?

12      A     I'm sure I could.  It's more than one

13  source, but, yeah.

14      Q     Can you name those studies?

15      A     Not right now, no.

16      Q     Why didn't you cite to this -- the studies

17  that you relied upon in formulating that assertion in

18  this report?

19      A     Once again, I had relied upon a large

20  number of things.  Not everything that was listed in

21  the bibliography, as I mentioned before.

22      Q     But you are aware that it was your

23  obligation to provide the data and resources you

24  relied upon in forming your opinions when you

25  submitted this report?

```
 1        A     Well, I understood that I would present my
 2   opinion and/or the data in the bibliography.  And my
 3   opinion has been formed by a much broader reading
 4   sources than -- than are involved even in this case.
 5   So --
 6        Q     I understand --
 7        A     -- my opinion, you know, was not strictly
 8   just a matter of -- of opinion on the -- on this
 9   particular case.  And, in fact, you know, I have read
10   these and somewhere have articles that do demonstrate
11   that.  So I thought that that was important.
12              I hadn't really seen anybody contesting
13   that as a fact.  Sometimes what people are doing is
14   showing that it may be transition for females, but
15   that -- that is a fact that had been clearly
16   established in the past and I didn't think that that
17   would be very controversial.
18        Q     This fact was of significance to your
19   opinion; is that right?
20              I mean, you cited it in your report so it
21   has had some significance to your opinion.
22        A     Okay.
23        Q     Is that right?
24        A     Yeah.
25        Q     And you are under an obligation to provide
```

Page 154

1   the data and evidence that you are relying upon to

2   come to your opinions.  We've discussed that already.

3            Do you understand that?

4       A    I -- yes, we've discussed that.

5       Q    And you haven't -- you are unable right now

6   to provide the source of evidence on which you relied

7   in making this statement.

8       A    Well, you did say that you wouldn't accept

9   anything more at this point.  I could, if you want,

10  go back through my files and find that.

11      Q    You -- well, so perhaps I should ask it

12  this way.  You did not disclose the data or evidence

13  you were relying upon in making this assertion when

14  you submitted your report?

15           MR. BEATO:  Counsel, I think we can agree

16  that for this proposition there's not a citation to

17  it and it's not involved in the bibliography.  I

18  think we've established that.

19           MS. DUNN:  Well, I think the witness needs

20  to say that, though, if you don't mind, Michael.

21      Q    (By Ms. Dunn) So you did not disclose the

22  data or evidence you relied upon in making this

23  particular assertion when you submitted your

24  report; is that correct?

25      A    I did not.  I did not list things in the

1    bibliography that supported every statement that I

2    made.

3         Q    Okay.  You also say that, "We are now

4    seeing a much larger number of females."

5              What is your source for this assertion?

6         A    No one denies that.  That data is available

7    as well.  And I believe you'll find it in the

8    bibliography.  I could go through the articles and

9    bring that out for you, but, you know, I'd have to

10   open up the articles and find them.

11        Q    So if we turn to your bibliography, can you

12   tell me in looking at it which of these articles

13   would support that assertion?

14        A    Not at this time.

15        Q    And you did not specifically provide a

16   citation for that source of -- I'm sorry, for the

17   evidence or data upon which you make this assertion

18   in your report?

19        A    I didn't footnote the report itself.

20        Q    You then say that, "The two leading

21   explanations for this unexplained phenomenon are

22   greater social acceptance or social contagion."

23              What sources do you rely upon in making

24   that assertion?

25        A    Actually, this was suggestions that have

1   been made that I do have listed in there.

2           But I'm -- like I said, the way I write, I

3   read and then I write.  But I wasn't asked to

4   footnote these so I didn't.  I could find them in

5   the -- in the articles that you have, I'm sure, but

6   it's going to take me some time to pull those out

7   again.

8       Q    So these are -- could be described as

9   perhaps hypotheses?  Is that what you're suggesting?

10      A    Yes.  Explanations could be hypotheses.

11      Q    But as the literature stands, there's no

12  scientific evidence that links social contagion as a

13  cause of gender dysphoria?

14      A    There has been, as you know, a description

15  by Littman and all about the -- about gender

16  dysphoria in young females being almost like a social

17  contagion.  And she had documented that.  I didn't

18  list that one in there, it's just -- I thought that

19  was a worthwhile and interesting observation.

20          But, once again, it's an unexplained

21  phenomenon with potential explanations.  It's not

22  data.

23      Q    So just to be clear, are we referencing the

24  Littman report that -- you did list this in your

25  bibliography.  Is that what you're referencing right

1    now, the rapid --

2         A    Yes.

3         Q    -- onset gender dysphoria?

4         A    Yes.

5         Q    And are you aware that there was a

6    correction issued with regard to this article?

7         A    I'm aware that she got a lot of flack about

8    that in a subsequent article as well, yeah.  It's --

9    it was not embraced by the community.

10        Q    And so you're aware that there was a

11   correction issued by the publication that featured

12   her article?

13        A    I had heard about that.

14        Q    Have you read it?

15        A    Nope.

16             (Document is displayed).

17        Q    So what I'm showing you on the screen is

18   the correction to the Littman article that you listed

19   in your bibliography.

20             You have not seen this document before?

21        A    I don't recall seeing this.

22        Q    You said you don't recall seeing it?

23        A    Nope.

24             (Whereupon, Exhibit Number 18 was marked for

25   identification purposes and made a part of the

1    record.)

2         Q    (By Ms. Dunn) And we will mark this as

3    Plaintiffs' Exhibit 18.

4             And if you'll look at -- so here it says,

5    "Emphasis that this is a study of parental

6    observations which serves to develop hypotheses."

7             So this specifically says that,

8    "Rapid-onset gender dysphoria is not a formal mental

9    health diagnosis at this time.  The report did not

10   collect data from adolescents and young adults or

11   clinicians and, therefore, does not validate the

12   phenomenon."

13            Are you aware that this correction was

14   issued with regard to this hypothesis?

15        A    Well, this doesn't actually correct

16   anything that I had just said, though, that you were

17   reading to me because, in fact, I wasn't making a --

18   an argument so much about rapid-onset gender

19   dysphoria, but also pointing out that we are seeing

20   more females currently than in the past when male

21   predominance was the usual or the norm.

22            And then I pointed out that there may be

23   some potential explanations for that.  That's all I

24   did.

25            And this still says it's a "study of

Page 159

1    parental observations and serve to develop

2    hypotheses."

3         Q    So this article --

4         A    (Inaudible) hypotheses.

5         Q    You would agree this article is

6    hypothesis-generating rather than hypothesis testing

7    or validating?

8         A    That's all I was using it for.

9         Q    Okay.  Turning back to your report.

10             (Document is displayed).

11             You say that -- in Paragraph 20 you say

12   that, "There's no biochemical, hormonal,

13   radiological, or genetic basis for confirming a

14   diagnosis of gender dysphoria"; is that correct?

15        A    That's correct.

16        Q    What is your evidence to make this

17   assertion?

18        A    Because there is no evidence.  There is --

19   there is no biochemical, hormonal, radiological, or

20   genetic.  Nobody has held out that there is.  I

21   didn't really think that needed further explication.

22   None of the people treating it say that they have a

23   hormonal or a biochemical or a radiological or a

24   genetic basis that they can point to.

25        Q    So you're not aware of any studies that

Page 160

1    demonstrate that genes or hormones might influence

2    gender identity?

3         A    I didn't say that.  "Might"?  Might is a

4    different thing from diagnosing.

5              (Whereupon, Exhibit Number 19 was marked for

6    identification purposes and made a part of the

7    record.)

8         Q    (By Ms. Dunn) So I'm going to share an

9    article titled "Neurobiology of Gender Identity and

10   Sexual Orientation."  This was published in the

11   Journal of Neuroendocrinology in 2018.

12             We'll mark this as Plaintiffs' Exhibit 19.

13             Are you familiar with this study,

14   Dr. Donovan?

15        A    I am aware of it.  I haven't read this

16   article.

17        Q    And so you were not aware that this

18   article, on Page 4, states that, quote, "Several

19   extensive reviews by Dick Swaab and coworkers

20   elaborate the current evidence for an array of

21   prenatal factors that influence gender identity,

22   including genes and hormones."

23        A    "And evidence of a genetic contribution to

24   transsexuality is very limited."  Yeah.  I mean,

25   this -- this basically is not diagnostic.

1      Q    So my question is whether you were aware of

2    this study when you made your assertion in your

3    report.

4      A    This study has nothing to do with what I

5    said.  It confirms what I said in that there is no

6    genetic basis that allows us to diagnose it.

7           Are you saying that this is a genetic basis

8    for the diagnosis of gender dysphoria?

9      Q    I'm saying that there is evidence in the

10   literature -- that this article notes that there is

11   evidence in the literature that there are prenatal

12   factors that could influence gender identity,

13   including genes and hormones.

14     A    There is -- there are suggestions.  None of

15   these are proven in humans.  These are all hypotheses

16   that I think are worth noting, but none of these are

17   used to diagnose a child or an adult with gender

18   dysphoria or as transgender.

19     Q    But my point is that you had not read this

20   study when you made your assertion in your report

21   because you -- you told me when I opened this study

22   that you had not read it; is that correct?

23           MR. BEATO:  Object to form.

24           Dr. Donovan, you can answer the question.

25           THE WITNESS:  I was aware of the study.  I

Page 162

1    had not read it.  I didn't think it was particularly

2    worth a great deal of time when they were unable to

3    use their findings to form a diagnosis on individual

4    patients, which was really what I was pointing to.

5         Q    (By Ms. Dunn) Give me just one quick

6    second.  Not a break.

7              So, I guess, going back to the report --

8    and I'll just close this other exhibit to hopefully

9    get there.

10             (Document is displayed).

11             When you say -- or when you take issue with

12   the fact that self-report -- that there's no way to

13   confirm a diagnosis other than self-report, are you

14   suggesting that medical conditions that rely on

15   self-support -- I'm sorry, that rely on self-report

16   of symptoms are invalid?  I mean, there are other

17   conditions that rely on self-report.

18        A    No, I didn't say that.  And the term I

19   used, by the way, was self-perception rather than

20   just self-report --

21        Q    And what's --

22        A    -- because symptoms can be reported.

23             No, I said "self-perception."  And all I

24   would say with that is if that's all we have to go

25   on, we should proceed cautiously.

1     Q    Is there a difference between

2   self-perception and self-report?

3     A    Well, first you have to perceive in order

4   to report.

5     Q    You wouldn't agree that just because a

6   diagnosis is based on self-report that it should go

7   untreated?

8     A    I'm sorry, please restate that so I'm

9   clear.

10     Q    So the mere fact that a diagnosis is based

11   on self-report doesn't mean that the condition should

12   go untreated?

13     A    No, it shouldn't go untreated if there is a

14   condition that a patient is reporting.  It should be

15   confirmed and the treatment should be conformed

16   appropriately.

17     Q    And that sort of confirmation is done by a

18   clinician, according to diagnostic criteria; is that

19   right?

20     A    To the extent that you say it, yes.

21     Q    So even in the case of patients with gender

22   dysphoria, a clinician is confirming that diagnosis.

23     A    Insofar as it can be confirmed, yes.

24     Q    But you're not suggesting that there must

25   be a biochemical, hormonal, radiological, or genetic

```
                                        Page 164
 1    test to confirm every diagnosis?
 2         A    I don't think there's anyone who is trying
 3    to make that diagnosis who would not welcome some
 4    sort of confirmatory evidence.  And that's what I'm
 5    saying.  And we don't have that.
 6         Q    In Paragraph 22 you talk about a "treatment
 7    approach that is to provide puberty blockers for
 8    young prepubertal patients followed by cross-sex
 9    hormones followed by various levels of surgical
10    reconstruction."
11              Are you aware that puberty blockers block
12    puberty?
13         A    Well, of course.
14         Q    So in what context would a puberty blocker
15    be given to a patient who is prepubertal?
16         A    You can only block puberty if it hasn't
17    occurred.  So puberty blockers are for those who have
18    not gone through puberty completely.  They're not
19    given after Tanner Stage 2.
20         Q    But a patient receiving puberty blockers
21    would be at Tanner Stage 2, so they would be
22    beginning to move through the process of going
23    through puberty?
24         A    That's what they're supposed to block with
25    those medications.
```

1          Q    And just to confirm this, your clinical

2     practice was not in endocrinology; is that correct?

3          A    I was a pediatrician.  All my patients were

4     supposed to go through puberty eventually.

5          Q    Understood.  But your clinical practice was

6     not in endocrinology --

7          A    No.

8          Q    -- is that correct?

9          A    No.

10          Q    And what evidence do you have to support

11     your contention that any youth who receives puberty

12     blockers goes on to cross-sex hormones?

13          A    It's by far the norm.

14          Q    What evidence do you have to support that

15     assertion?

16          A    It has been reported repeatedly, including

17     by the people who are using the puberty blockers and

18     cross-sex hormones.  It's not in contention.

19          Q    But what evidence are you relying on to

20     make this statement?

21          A    It's -- that's the multiplicity of sources.

22          Q    Is there one source in your bibliography

23     that you can point us to?

24          A    I'm sure I can find that as well, yes.

25          Q    If I were to show you your bibliography

1    right now --

2         A    If I were to read the articles again.  I

3    don't even highlight them, typically, but I could

4    find it for you.

5         Q    But if I were to show you your bibliography

6    today, you would not be able to identify to me which

7    source contains the support for this assertion?

8         A    I suspect it's in more than one.

9         Q    But if I provided you with your

10   bibliography today, you would not be able to point me

11   to the -- any one of the specific sources that

12   contain the information to support this assertion?

13        A    Given enough time, I would.

14             MR. BEATO:  Object to the form.

15             You can repeat that, Dr. Donovan.

16             THE WITNESS:  Say what?

17             MR. BEATO:  Could you repeat your answer?

18   I made an objection, but could you repeat your

19   answer?

20             THE WITNESS:  I don't even remember the

21   last answer.  I'm sorry.

22        Q    (By Ms. Dunn) Can you point me to which of

23   these sources you rely on in making this assertion?

24        A    I'm sure I could, given enough time.

25        Q    Can you do it right now?

1        A     Nope.

2        Q     And then what evidence do you have to

3   support the contention that any person who receives

4   hormones goes on to have a surgery of some sort?

5        A     I didn't say that.

6        Q     Well, you summarized the treatment approach

7   as being -- as moving from one of these types of

8   treatment to the next.

9        A     That's true.

10       Q     And do you have any evidence to support the

11  contention that a person who receives hormones then

12  goes on to surgery?

13       A     That is the sequence.  That's not

14  contentious.  That's what WPATH -- I didn't say

15  everyone did, I just said that's the sequence.

16       Q     So you say that treatment -- here you say,

17  "Treatment is determined by the patient."

18             What does that mean?

19       A     I mean you can't have surgery unless the

20  patient wills it.

21       Q     But you also can't have surgery unless a

22  clinician supports it; isn't that correct?

23       A     Well, that's true, but that really isn't in

24  contention here.

25       Q     Well, this is -- you've framed in your

1    report that this is self-determined.  And I -- I just

2    want to be clear, you're not -- your opinion, you're

3    not stating that this is something that happens

4    without clinician approval, correct?

5         A    I didn't say it would happen without

6    clinician approval.  Patients should not

7    self-castrate.

8         Q    In Paragraph 23 you say that, "The studies

9    that support this approach have come under increased

10   scrutiny, with international scientific and clinical

11   bodies expressing concerns about the safety,

12   efficacy, and scientific basis for the current

13   interventions."

14             What international scientific bodies are

15   you referring to?

16        A    Those in Finland, Sweden, England,

17   Australia, and New Zealand.

18        Q    And what sources are you relying on in

19   making that statement?

20        A    Well, the -- and these are published

21   sources as well.

22        Q    Are they in your bibliography?

23        A    They are in a bibliography.  I think that

24   they're in the one that we have for this as well.

25        Q    I'm sorry, I don't understand that.

1                Are they in the bibliography that was

2    provided with your expert report -- or after your

3    expert report?

4         A    Yes.  Certainly the Abbruzzese one mentions

5    that.  I'm trying to think which others may have done

6    that.

7                The Levine report may have, as well, and I

8    think I could find it in the Clayton report, too, but

9    I'd have to look.

10        Q    Do you have any sources directly from these

11   international scientific bodies, or you're relying on

12   these -- these articles that you've referenced in

13   your bibliography?

14        A    No, they've published them.

15        Q    I'm sorry, who's published them?

16        A    No, no, the various medical associations in

17   those countries have published their concerns.  This

18   isn't just from the articles itself.

19        Q    And did you rely on those sources when you

20   made this statement in your report?

21        A    I also read those, yes.

22        Q    And did you cite them in your bibliography

23   to your report?

24        A    Once again, I didn't cite everything that I

25   read.

1        Q    So you said that you think that this was

2    mentioned in the Abbruzzese article?

3        A    I believe it was, yes.

4        Q    So I'm just -- I'm going to pull up this

5    article for you -- for us.  And this is the

6    Abbruzzese article that's listed in your

7    bibliography.  Abbruzzese, Levine and Mason are the

8    authors?

9        A    Yes.

10            (Document is displayed).

11        Q    I can -- is this --

12        A    Oh, no, this isn't the one.  They had -- it

13    was an evaluation of the original Dutch studies

14    involved, so it wouldn't be in there.

15        Q    So this is the Abbruzzese article that is

16    cited in your bibliography, so when you reference

17    "Abbruzzese" in identifying a source where you would

18    have received this information about the

19    international bodies, you're not speaking of this

20    article called "The Myth of Reliable Research in

21    Pediatric Gender Medicine"?

22        A    That's correct.

23        Q    You're thinking of an article that's not

24    listed in your bibliography?

25        A    I can't say that.

Page 171

1          (Whereupon, Exhibit Number 20 was marked for

2      identification purposes and made a part of the

3      record.)

4          Q      (By Ms. Dunn) Well, there's no other

5      Abbruzzese article -- sorry.

6              Before I move on to there, I'd like to mark

7      this as Plaintiffs' Exhibit 20.

8              So going back to your bibliography, there's

9      no other Abbruzzese article that's listed here.

10         A      Then we must assume that it was not the

11     Abbruzzese article.

12         Q      Okay.  So you can't identify which of the

13     source -- you said it might be in either the Levine

14     or Clayton articles?

15         A      I --

16             MR. BEATO:  Object to form.

17             Dr. Donovan, you can answer that.

18             THE WITNESS:  I believe so.  Once again,

19     this was not a controversial statement, so I didn't

20     make a point of highlighting the reference for it.

21         Q      (By Ms. Dunn) So did you just -- you

22     decided not to reference anything that you found to

23     be non-controversial?

24         A      I didn't say that.

25         Q      Just going back to the Abbruzzese study

Page 172

1    that you did cite, in what way did you rely on this

2    study in your report, do you recall?  Or this -- I'm

3    sorry, this article.

4         A    Well, they were critiquing the original

5    Dutch studies that talked about the diagnosis and --

6    and, therefore, the treatment protocols for gender

7    dysphoria, only it wasn't called "gender dysphoria"

8    at the time.  It was also called the "gender-identity

9    disorder," I think, at that time.

10              And it turns out the literature itself was

11   so poorly done that it shouldn't have served for

12   the -- for the development of the widespread

13   treatment protocol for this condition.

14        Q    Are you aware that one of the authors of

15   this article is affiliated with the Society for

16   Evidence-Based Gender Medicine?

17        A    Well, it says that there.

18        Q    Yeah.  Are you familiar with the Society

19   for Evidence-Based Gender Medicine?

20        A    Not particularly, no.  I've heard of it.

21        Q    What do you know about it?

22        A    That they have real problems with -- with

23   the diagnosis and treatment of gender identity

24   disorder.

25        Q    Are you a member?

1        A    No.

2        Q    Have you done any work for Society for

3   Evidence-Based Gender Medicine?

4        A    No.

5        Q    Do you know how they're funded?

6        A    No.

7        Q    In Paragraph 23 -- I'm sorry, I'll re-share

8   your report so that we can be specific.

9             (Document is displayed).

10            In Paragraph 23 you say that, "Three

11  European countries have begun to form more

12  conservative and cautious treatment guidelines."

13            What countries are these?

14       A    Well, Great Britain, you know, the

15  Tavistock Clinic was closed and they re-did their

16  approach.

17            And Finland has said that they are

18  concerned about their own approach.

19            And so is Sweden.

20            I believe France has already done that, as

21  well, too, but I haven't read up on that.

22       Q    Did any of these countries ban this sort of

23  medical treatment?

24       A    To my knowledge, nobody has yet banned that

25  approach.

Page 174

1        Q     And when you say that they --

2        A     But have they expressed concerns?  Yes.

3    And re-evaluated, yes.

4        Q     What evidence do you have that these

5    countries have formed more conservative and cautious

6    treatment guidelines?

7        A     Well, the Brits themselves said that

8    they -- they closed Tavistock in order to actually

9    slow down their enthusiasm for gender affirmation and

10   to spread it around to other clinics and hospitals in

11   Great Britain who would take a more cautious

12   approach.

13       Q     What is your source for that?

14       A     There's a report in the British literature.

15       Q     Is that report cited in your bibliography?

16       A     It's not.

17       Q     And in England, the care is still being

18   provided, just by local clinics instead of

19   centralized clinic; is that right?

20       A     Yes, that's my understanding.

21       Q     In Paragraph 24 you assert that, "Initial

22   psychological evaluations of the patient have often

23   become minimal or almost non-existent."

24             What is your evidence for this assertion?

25       A     The next line does point out what has been

Page 175

1    reported.  I thought that was also in the

2    bibliography.

3              Planned Parenthood clinics have been

4    reported by those going to them that they will give a

5    prescription after a single visit, sometimes within

6    the same day.

7         Q    You're saying that that comes from patient

8    reports?

9         A    Uh-huh.

10        Q    So the only source that we are given

11   related to Planned Parenthoods from your -- I'm

12   sorry, when we were provided with your sources, was a

13   printoff of the Planned Parenthood of Texas.

14             Is that what you're referencing?

15        A    I'm sorry, I'm not sure what you're

16   referring to.

17        Q    Okay.  I'll pull it up.

18             (Document is displayed).

19             So this was provided to us when we asked

20   for sources upon which you relied.  And this was

21   actually provided in response to your GAPMS report.

22             But is this what you were referencing when

23   you say that hormones are provided after a single

24   visit?

25        A    Actually, scroll down.  I think that may be

Page 176

1     one of the places where they -- yeah.  Well, I guess,

2     "If you are eligible, Planned Parenthood staff may be

3     able to start hormone therapy as early as the first

4     visit."

5              Yeah, I'd say that was it.

6     Q     Yeah, is this the only --

7     A     At least one of them.

8     Q     Is this the only evidence that you have of

9     that?

10    A     No.

11    Q     What other evidence do you have of that

12    assertion?

13    A     There have been patients who have also

14    described this, and that's been published in the lay

15    literature.

16    Q     And what literature is that published in?

17    A     Online.  I'd have to find it.

18    Q     These aren't --

19    A     But the fact that Planned Parenthood -- the

20    fact that Planned Parenthood also says the same thing

21    made me think that it was probably accurate.

22    Q     Are these your patients that we're talking

23    about?

24    A     Of course not.

25    Q     They're just anecdotes or reports that --

1      A     Patients that have gone to Planned

2   Parenthood and received hormonal treatment on the

3   first day.

4      Q     And these are things that you've read

5   online?

6      A     Yep.

7      Q     Have you confirmed this information in any

8   way?

9      A     I think Planned Parenthood just confirmed

10   it right in front of us.

11      Q     Well, this actually says, "If you are

12   eligible, Planned Parenthood may be able to start

13   hormone therapy as early as the first visit."

14           Do you know what it means to be eligible?

15      A     The patient said that they went in and said

16   that they wanted it and they got it.  That sounds

17   like they were eligible.

18      Q     But does it say that there are no

19   psychological exams being provided?  This report does

20   not say that, correct?

21      A     It would be difficult to follow the

22   guidelines in a single day, seeing as how it's

23   supposed to be over a prolonged period of time to

24   confirm the diagnosis.

25      Q     But you have not confirmed that Planned

1   Parenthood is doing -- the patient may have gotten a

2   psychological exam elsewhere and then gone to Planned

3   Parenthood.

4           How -- have you confirmed that that's not

5   what's happening?

6           MR. BEATO:  Object to form.

7           Dr. Donovan, you can answer.

8           THE WITNESS:  You mean, have I visited the

9   Planned Parenthood office and asked to see the

10  psychological report that didn't exist?  No.

11      Q    (By Ms. Dunn) And so you're basing this

12  assertion on reports that you've seen online and this

13  statement from this website?

14      A    And there are other reports for other

15  locations.  It's not just Planned Parenthood who have

16  done this.  But, yes, I think if a patient goes to

17  Planned Parenthood, says they didn't bring a

18  psychological report, that they were given their

19  hormones on the first day.  One of them said over the

20  phone even.  That seems like it's plausible.  And

21  nobody has come out to deny it.

22      Q    But you haven't confirmed that this is

23  actually the way the care is being provided?

24      A    What sort of confirmation are you looking

25  for?

1        Q     Well, I guess I'm looking for evidence
2    that's something more than just ambiguous printout of
3    a website and, you know --
4        A     And a patient statement?
5        Q     -- things you've read online.
6        A     I'm sorry.  And the patient's statement
7    doesn't count?
8        Q     Well, unless you can point -- I think it --
9    without you identifying where online you've seen
10   them, I think it's hard to assign credibility to that
11   sort of statement.
12            And you're not able to identify to us where
13   you read these patient reports?
14            MR. BEATO:  Object to form.
15            Dr. Donovan, you can answer the question.
16            THE WITNESS:  They could be found.
17       Q     (By Ms. Dunn) Did you identify where you
18   read these patient reports in your expert report?
19       A     No.
20       Q     And did you disclose that in your
21   bibliography?
22       A     Actually, I think that was touched on by
23   one or two papers in the bibliography, as well.  But,
24   once again, you know, it wasn't the --
25       Q     Can you tell us --

1      A    -- sole topic of the paper, so I'd have to

2   go through each one.

3      Q    Can you identify right now to me which of

4   these articles support that statement that there

5   aren't psychological examinations being provided of

6   patients with gender dysphoria?

7      A    Not today.

8      Q    Are you aware to do so would be

9   inconsistent with the standard of care prescribed by

10  WPATH?

11     A    Absolutely.

12     Q    You agree that that would be inconsistent

13  with the standard of care?

14     A    Yes.

15     Q    And you agree that that would be

16  inconsistent with the standard of care required by

17  the Endocrine Society clinical guidelines?

18     A    Yes.

19     Q    Do you know of any instances of this

20  happening in the state of Florida?

21     A    No.

22     Q    Do you know of any instances where someone

23  was prescribed any sort of gender-affirming medical

24  treatment without a psychological evaluation and that

25  was covered by the Florida Agency for Medicaid?

Page 181

1       A     I don't know who's prescribing these in

2   Florida.

3       Q     But you're not aware of any instances where

4   someone received a gender-affirming medical treatment

5   without a psychological evaluation and that care was

6   covered by Florida's Medicaid program?

7       A     No.

8             MR. BEATO:  Counsel, I think we've been

9   going for about an hour.  Would you mind if we take a

10  break?

11            MS. DUNN:  Absolutely.  Let's take a break.

12            (Recess taken from 2:19 pm. to 2:27 p.m.)

13            (Whereupon, Exhibit Number 21 was marked

14  for identification purposes and made a part of the

15  record.)

16      Q     (By Ms. Dunn) So before the break we were

17  looking at a PDF of a website of the Texas Planned

18  Parenthood.  I did not mark that as an exhibit and so

19  I'd like to have that marked as Plaintiffs'

20  Exhibit 21.

21            All right.  So we'll go back to your

22  report, Dr. Donovan.  And in Paragraph 25, you

23  reference that, quote, "With further study it has

24  come to light that complications such as arrested

25  maturation, physiological changes, fertility

Page 182

1    challenges, hematological changes, and osteoporosis

2    can all result from treatment with puberty blockers

3    and may be irreversible."

4              You don't cite any evidence to support this

5    statement in your report, correct?

6         A    Within the report or in the bibliography

7    are we saying now?

8         Q    Well, so first of all there's no citation

9    here to support this statement; is that correct?

10        A    No, I -- like I said, I didn't use

11   footnotes on this.

12        Q    And which of the sources in your

13   bibliography provide the evidence to support that

14   assertion?

15        A    I think you'll find it in the Levine and I

16   think probably in Robbins as well.  Probably in

17   Clayton as well, too, because she was talking about

18   the dangers.

19        Q    I'm going to pull up the Clayton article

20   that you reference.

21        A    Okay.

22              (Document is displayed).

23        Q    Do you recognize this document?

24        A    Looks like -- yes.

25        Q    And this is the Clayton article that's

1    included in your bibliography?

2         A     Yes, looks like it.

3              (Whereupon, Exhibit Number 22 was marked for

4    identification purposes and made a part of the

5    record.)

6         Q     (By Ms. Dunn) I'd like to mark this as

7    Plaintiffs' Exhibit 22.

8              This article is a letter to the editor; is

9    that correct?

10        A     This looks like, yeah, the one -- the story

11   about Rose.  I don't know that they talked as much

12   about the -- in this particular one about the adverse

13   effects.  I'd have to look on the next page.

14             (Document is displayed).

15             Okay.  It's really hard for me to read this

16   because the print is so small.

17             Oh, that's bigger.  That's good.  Thanks.

18             Okay.  This, I think, concentrates more on

19   the surgical problems than the hormonal problems.  Is

20   that right?  Slide slowly.

21             Yeah, I think this is one on the -- bring

22   it up a little bit more, if you would, Ms. Dunn.

23        Q     Up this way?

24        A     The other way, I think.  Yeah.

25             Oh, I guess she did talk about hormonal

1    treatments there, but that wasn't really as pointed.

2            Let's go down to the next page.   I think

3    that this one was really better for the -- go ahead

4    down.

5            Further down.   Thanks.

6            Can you scroll down a little bit?   I'm

7    having trouble.

8            Well, she does mention irreversible and

9    long-term adverse effects with the treatments on

10   fertility and sexual function and bone, brain,

11   cardiovascular functioning.

12           So, yeah, she -- this wasn't the highlight

13   of it but she certainly does go into it as well.

14      Q    Just to be clear, though she may reference

15   those things, this is a letter to the editor,

16   correct?

17      A    Yes.

18      Q    And letters to the editor are not

19   peer-reviewed?

20      A    No.

21      Q    And Ms. Clayton is actually, it appears, a

22   student at the University of Melbourne when she wrote

23   this?

24      A    If you say so.

25      Q    Well, her email address indicates that

Page 185

1    she's a student.  Do you know otherwise?

2        A    No.

3        Q    And she --

4        A    (Inaudible).

5        Q    I'm sorry?

6        A    No.  I see that now.

7        Q    And she is a -- at the School of Historical

8    and Philosophical Studies at the University of

9    Melbourne; is that right?

10       A    That's what it says there.

11       Q    She's not a medical doctor?

12       A    No.

13       Q    You also referenced the Robbins article

14   that you cite in your bibliography.

15       A    Yeah.  Let's look there.  I thought that

16   was pretty good, too.

17       Q    Is that -- can you read that or should I

18   zoom in more.  I'm trying to -- oh, wait, I haven't

19   shared my screen.  I apologize.

20            (Document is displayed).

21            Can you read this or should I zoom in more?

22   I'm trying to balance getting --

23       A    That's okay.  I can see some of that.

24       Q    Is this the Robbins article that you were

25   referencing in your bibliography?

1      A     I believe so.  Looks like it, yes.  July

2   '19, yes.  Okay.

3             (Whereupon, Exhibit Number 23 was marked for

4   identification purposes and made a part of the

5   record.)

6      Q     (By Ms. Dunn) I'd like to mark this as

7   Plaintiffs' Exhibit 23.

8             This is not an article in a peer review

9   research publication, correct?

10     A     Neither was the Planned Parenthood thing.

11  I mean, no, I'm just looking for reports.  Right.

12            Go ahead.

13     Q     So you said that this supported your

14  contention of the harmful effects of puberty blockers

15  that you cite in your report; is that correct?

16     A     I'm sorry.  Say that again.

17     Q     When I asked -- and I'll go back to your

18  report.  When I asked what supported your assertion

19  that complications can result from puberty blockers,

20  you said that you believed the Robbins article may

21  provide that information; is that right?

22     A     I said that or the Levine.  Like I said,

23  I'd have to look, so --

24     Q     But I just want to clarify --

25     A     -- I'm going to look with you.

1        Q    I'm sorry?

2        A    Yeah.  Yeah.  I said I'm perfectly willing

3   to look through these with you.

4        Q    Sure.  But my question is, this is not an

5   article in a peer-reviewed journal?

6             MR. BEATO:  Object to form.

7             Dr. Donovan, you can answer.

8             THE WITNESS:  I don't know that this is

9   peer-reviewed.

10        Q    (By Ms. Dunn) If we go back to your

11   bibliography, it looks like this is published on a

12   website called thepublicdiscourse.com.

13        A    I doubt that's peer-reviewed, then.

14        Q    And, in fact, it appears -- and correct me

15   if I'm wrong, but it appears that this article merely

16   summarizes another article; is that correct?

17        A    It refers to the Levine article a lot,

18   yeah.

19        Q    Okay.

20        A    This was not so much to establish the side

21   effects, which had already been reported, but

22   actually to talk about what I thought was interesting

23   which was why informed consent then was difficult,

24   given what we know and mostly what we don't know.

25        Q    So, I'm sorry, I don't believe I'd asked a

1    question, so if you can just limit yourself to

2    responding to the questions I ask, I would appreciate

3    it.

4        A     I thought I was responding, why we were

5    using something -- why we were using this article.

6        Q     That's not what I -- I just asked whether

7    that article was summarizing another article.

8        A     Okay.

9        Q     So, then, you also stated that it's

10   possible that you were relying on the Levine article,

11   which you cited in your bibliography.   And I will

12   pull that up.

13             (Document is displayed).

14             Is this the article you were referencing?

15       A     Uh-huh.

16       Q     Or you referenced.

17       A     Yes.

18             (Whereupon, Exhibit Number 24 was marked for

19   identification purposes and made a part of the

20   record.)

21       Q     (By Ms. Dunn) And I'll ask that this be

22   marked as Plaintiffs' Exhibit 24.

23             So do you know where in this article that

24   the complications associated with puberty blockers

25   are discussed?

1         A     Let's scroll through it.

2         Q     Please tell me if I'm going too fast.

3         A     We may have to go back, but keep going.

4               Let's go down further, more so toward

5    the -- keep going.

6               Keep going.  Let's go down to see if we

7    can't find a section on the harms as well.

8               Keep going.

9         Q     Should I keep going or --

10        A     Sure.  Sure.  Whoa, slow down.

11              Go back a little.  Thank you.

12              Okay.  Let's go down a little further.

13   Okay.  Now, you do see -- I'm sorry, I assumed you

14   saw some of those.  No, that was --

15        Q     I'm sorry?

16        A     Nevermind.  It's hard to do it this way.

17              Just keep scrolling down, let's see if we

18   get to the prepubertal part again because he's kind

19   of switching back and forth.

20              Oh, those are the social risks for children

21   being considered for puberty block A, not the

22   physiological risks.

23              I think we've passed it, but keep going

24   down, why don't you.

25              Scroll it.  Keep going.

1              No, keep going because you're on the

2     social.

3              No, you're still in the social area.   Keep

4     going.   I think it's probably above us.

5              Okay.   Keep going.

6              Keep going down.

7              Keep going down, please.

8              Oh, go up.   Way up where we were talking

9     about the --

10       Q     Is this --

11       A     Let's go above the --

12       Q     -- what you're referencing?

13       A     Huh?

14       Q     Is this what you're referencing or --

15       A     Possibly.   Let me -- I think that there was

16    even more than that, so I think he covered it.

17             Okay.   Sorry.   Let's go back down.   Too

18    quick.   Too quick.   I can't read that fast.

19       Q     Sorry, did you not want me to go the whole

20    way down?

21       A     Well, no, I wanted to see -- I think it --

22             Okay.   Scroll up a little bit.

23             Scroll up a little bit.

24             And up a little bit.

25             Up a little bit.

Page 191

1           Okay.  Up a little bit.

2           Okay.  Go on.

3           And I think this is a really good article,

4   but I think it is also focusing more on the informed

5   consent thing than the -- than the puberty-blocking

6   hormone issues.

7      Q    So you're not able to identify a place in

8   this article that --

9      A    Let's go up a little bit more.  Sorry.

10  Let's go --

11          Okay.  Not seeing it there.

12     Q    Okay.  So you're not able to identify where

13  in this article is any evidence to support the

14  assertions you made about complications associated

15  with puberty blockers?

16     A    Not in this article.

17     Q    Okay.  And we looked at the other two

18  articles that you said from your bibliography might

19  contain that information and you weren't able to

20  identify where in those articles?

21     A    That's two.

22     Q    I'm going to go back to your report.

23          (Document is displayed).

24          So in addition to listing these

25  complications, you say that they may be irreversible.

Page 192

1          Do you -- can you cite to any evidence for

2     that assertion?

3          A    It's a maybe.  The problem, of course, is

4     that what we need is evidence-based answers with

5     this.  And it's not just that, you know, we're citing

6     the wrong articles today, but for many of these the

7     evidence is pretty thin or non-existent at this

8     point.

9          Q    But I'm just asking whether you have

10    evidence cited to support your assertion that these

11    complications may be irreversible?

12         A    They may be.

13         Q    But you have not provided any --

14         A    That doesn't make them --

15         Q    I'm sorry.  My question is whether you have

16    provided any citation in your report that supports

17    the assertion that these complications may be

18    irreversible?

19         A    No, not on this bibliography.

20         Q    Okay.  So no citations in the report and no

21    sources you can point to on the bibliography; is that

22    correct?

23         A    The citations -- none of the citations were

24    in the report.  That's (inaudible) footnotes.

25         Q    So then in Paragraph 26 you say, "In any

Page 193

1      medical condition where the cause is unknown, the

2      treatment's uncertain, and the adverse effects of

3      intervention are not fully elucidated, a proposed

4      course of therapy would have to be seen as

5      experimental."

6              So you say "cause unknown."

7              Do causes of medical conditions have to be

8      known in order to treat them?

9         A    That's not what it says, but it's certainly

10     helpful.  If you know what the cause is, then your

11     treatments can be modeled to the cause more

12     certainly.

13        Q    Sure.  But does every medical condition

14     have to have an identified cause in order to be

15     treated?

16        A    Nope.  Advantageous but not necessary.

17        Q    Aren't there many medical diagnoses for

18     which a cause is unknown but there is a clearly

19     established treatment protocol?

20        A    Yes.  I think those are preferable.

21        Q    But there are medical diagnoses for which a

22     cause is unknown but there is still a clearly

23     established treatment protocol?

24        A    And I said that that would be preferable,

25     yes.

Page 194

1      Q     What does it mean that treatments are

2  uncertain?

3      A     It means that we don't really have a good

4  idea of whether or not these are the proper

5  treatments or the proper diagnosis with a proper

6  risk-to-benefit ratio and good outcomes over the

7  long term.

8      Q     Is that a scientific phrase that you're

9  using?

10      A     Which one?

11      Q     That treatment's uncertain.

12      A     It's not unscientific.

13      Q     You say that, "As a result of this, that

14  the cause is unknown, the treatments are uncertain,

15  and the adverse effects are not fully elucidated,

16  that the treatment must be seen as experimental."

17          Is your definition of whether treatment is

18  experimental guided by the same standards that

19  Florida's Agency for Healthcare Administration uses

20  to determine if a treatment is experimental?

21      A     I would imagine they are very close.

22      Q     Did you consider evidence-based clinical

23  practice guidelines in determining -- or in coming to

24  your opinion that a treatment is experimental?

25      A     If clinical practice guidelines are truly

1   evidence based, then they should be considered.  I

2   don't think we have those.

3       Q    Do you consider -- do you know what

4   standards the Agency for Healthcare Administration is

5   required by regulation to use in determining that a

6   type of treatment is experimental?

7       A    I don't know their regulations.

8       Q    So your opinion that this treatment is

9   experimental does not reflect --

10      A    Is my --

11      Q    So your opinion that it's experimental, it

12  doesn't reflect the agency's standards?

13      A    They were asking my opinion, so I gave them

14  my opinion.

15      Q    But not based on their standards, based on

16  your own standards?

17      A    Yes.

18      Q    But you don't offer an opinion about

19  whether gender-affirming medical care is consistent

20  with the standards AHCA uses to determine that

21  treatment is experimental?

22      A    Well, I would see their standards and be

23  able to answer that more accurately.  I would

24  strongly assume that they use the same sort of care

25  and precision in deciding these things.

1        Q      But in formulating the opinions that are
2    contained in this report, you did not -- you had not
3    referenced the standards used by AHCA to determine
4    whether medical care is experimental?
5        A      I was using more generalized standards.
6    Widely accepted.
7        Q      Does your opinion that the treatments
8    for -- of gender -- I'm sorry -- gender-affirming
9    medical treatments are experimental apply to all
10   medical treatments for gender dysphoria?
11       A      Could you rephrase that?
12       Q      Yes.  So just more clear -- a point --
13   like -- excuse me -- to provide more clarification.
14              This paragraph follows some discussion of
15   puberty blockers.
16              Is your opinion regarding a, quote,
17   "proposed course of therapy as experimental"
18   referencing specifically puberty blockers or is it
19   referencing the other sorts of gender-affirming care
20   we have been discussing today?
21       A      I think it should apply to the entire
22   sequence of interventions that we've been discussing.
23       Q      So including -- so puberty blockers,
24   cross-sex hormones, and gender-affirming surgeries?
25       A      Correct.

1      Q    Your report doesn't list any complications

2   attendant to cross-sex hormones; is that right?

3      A    It doesn't list them.  There were other

4   people actually, as I understood it, listing all the

5   things that you've been asking about, including that.

6   I didn't feel it was necessary to -- to reiterate all

7   that, seeing how what we were really talking about

8   was the ethical implications of informed consent and

9   the --

10     Q    Well --

11     A    -- and the standards for research versus

12   clinical care.

13     Q    So today we're just talking about your

14   report.  And so my question is just whether you

15   listed any complications attendant to cross -- the

16   administration of cross-sex hormones.

17          And you did not -- your report does not

18   list such complications; is that right?

19     A    That's correct, I believe.

20     Q    You also don't offer an opinion about

21   complications related to gender-confirming

22   surgeries; is that correct?

23     A    About their complications, I didn't get

24   into that.  That's not to say there aren't

25   complications, I just didn't feel the need to iterate

Page 198

1   them.

2        Q    Your report doesn't list those

3   complications?

4        A    No need.

5        Q    But it does say that those treatments are

6   experimental; is that right?

7        A    Yes.

8        Q    And you're aware that these types of

9   treatment have all been provided in the clinical

10  context for years and even decades.  Are you aware of

11  that?

12       A    Of course.

13       Q    So gender-confirming surgeries were first

14  performed in the 1930s; is that right?

15       A    The first one I knew about was Christine

16  Jorgensen in Sweden.

17       Q    Which was in the 1930s; is that correct?

18       A    No.  I think she was more in the '50s or

19  '60s.

20       Q    Cross-sex hormones became available in the

21  1930s as well; isn't that right?

22       A    Well, no.  The hormones have been

23  available, but -- for this use?  Is that what you're

24  talking about?

25       Q    Yeah.  I'm sorry.  Cross-sex hormones were

1    first used for this type of treatment in the 1930s?

2         A    These things have been used for a long

3    time.  Only recently have they become popular and

4    widely applied.

5         Q    Do you think the use of puberty-delaying

6    medications to treat gender dysphoria in adolescents

7    was first referenced in medical literature around 25

8    years ago?  Isn't that right?

9         A    Sounds right.

10        Q    In the next paragraph, Paragraph 27, you're

11   responding to Dr. Karasic's report and you suggest

12   that, "Healthcare providers treating patients for

13   gender dysphoria should include protocols for

14   de-transitioning."

15             Do you have any evidence to support the

16   contention that that is not happening?

17        A    I didn't say it wasn't happening.  He was

18   concerned about his patient's -- or some patient's

19   de-transitioning.

20             And I said, in that case, you know,

21   protocols to manage that are appropriate.

22        Q    But he was referencing the fact that

23   patients were being forced to de-transition by the

24   fact that their medical care would no longer be

25   covered by Florida's Medicaid system, correct?

```
                                          Page 200
 1       A    And I -- I'm assuming that he himself was
 2   assuming that's their only source for the ongoing
 3   treatment, which I wouldn't know, but he did say
 4   that.
 5       Q    Well, Medicaid is health insurance coverage
 6   for individuals who cannot afford to pay for their
 7   own healthcare, is it not?
 8       A    That's true.
 9       Q    So it's safe to assume that many
10   individuals who have lost coverage for this type of
11   care are unable to access it elsewhere, correct?
12       A    There's a fair presumption.
13       Q    You reference a, quote, "idea" of a quote,
14   "conveyor belt of treatment."
15            Do you know of any Medicaid patients in
16   Florida that were on a conveyor belt of treatment who
17   were unable to stop receiving gender-affirming
18   treatment if they wanted?
19       A    I don't think Dr. Karasic or myself were
20   referring to any individual patients, so, no.
21       Q    But you would agree that having to stop
22   receiving gender-affirming medical treatment because
23   you can't afford the treatment is different than
24   voluntarily deciding to stop the treatments, right?
25       A    Different in what way?
```

1      Q    Well, it's different for a patient to no

2    longer be able to afford a treatment versus choosing

3    to stop a treatment; is that correct?

4      A    Well, there would be differences, but the

5    differences might be financial.  The differences

6    probably wouldn't be the effect on the withdrawal

7    from the medications.  I think those would probably

8    be about the same.

9           So would there be some differences?

10    Probably.

11           Would there be similarities?  Undoubtedly.

12      Q    No, I'm sorry, I'm not referencing the

13    impacts of discontinuing that treatment, I'm saying

14    that as a factual matter, it is different for someone

15    to no longer be able to afford a type of medical care

16    than that they choose to stop that medical care.

17    Those are the two different circumstances that should

18    not be treated identically.

19      A    Well, those would be the financial impacts

20    that I think you were referring to.

21      Q    So when we were talking about the conveyor

22    belt of treatment, I just want to confirm because I

23    think your answer was a little bit ambiguous.

24           You do not know of any patients in Florida

25    who have not been able to stop receiving

1    gender-affirming treatment if they so chose?

2         A    My exchange with Dr. Karasic was not about

3    any specific Florida patients, that's correct.

4         Q    You're not aware of that actually

5    happening?

6         A    No.

7         Q    You say that, "To begin treatment of such

8    patients without knowing how to successfully

9    discontinue such treatment, and to not warn patients

10   of this issue in advance, again reflects unfavorably

11   on the issue of informed consent for the treatment of

12   patients identifying as transgender."

13             What basis do you have to believe that

14   patients and clinicians don't know how to continue --

15   discontinue that treatment?

16        A    Dr. Karasic was talking about those who

17   would suddenly have to de-transition.

18             I was talking about the need to be able to

19   plan for that.

20        Q    But are you --

21        A    If you don't plan for that, then what I was

22   saying about it being a medical failure on the

23   practitioner's part would come into play.

24             It is not just a loss of funding, which I'm

25   sure has occurred in other circumstances for

Page 203

1    patients, but other circumstances as well that might

2    cause them to be forced into de-transition or a

3    decision about that.

4        Q    But do you have any knowledge or evidence

5    upon which to suggest that clinicians and patients

6    aren't able to thoughtfully discontinue that

7    treatment?

8        A    I'm advocating that they thoughtfully

9    discontinue the treatment.

10       Q    And I'm saying, do you have any evidence to

11   believe that's not happening?

12       A    I was responding to Dr. Karasic's concern.

13   I wasn't concerned that that wasn't going to happen.

14       Q    In your conclusion on Paragraph 28 -- I'm

15   sorry, Paragraph 29 of your conclusion, you compare

16   gender-affirming care to a lobotomy.

17            Are you aware that nearly all lobotomies

18   were performed without informed consent from patients

19   and guardians?

20            MR. BEATO:  Object to form.

21            Dr. Donovan, you can answer.

22            THE WITNESS:  I wouldn't know how to know

23   that all lobotomies were performed without informed

24   consent.  I believe that, in fact, the single case

25   that I did cite was with informed consent.

Page 204

1          Q     (By Ms. Dunn) You cited a case?

2          A     Yes, President Kennedy's sister.

3          Q     Were you aware that lobotomy was not

4     supported by major medical associations?

5          A     Yeah.  It was considered innovative surgery

6     at the time for psychiatric problems.  It didn't last

7     long enough to seek widespread support from medical

8     association.

9          Q     So you cited a single case with regard to

10    the informed consent.  Do you have evidence to

11    demonstrate whether or not the care was being

12    provided without informed consent in any other case?

13         A     No, no.  You're the one who was asking

14    about informed consent for these.  I was just

15    pointing out that they did exist and they were a

16    mistake.

17         Q     Of course, but you have likened it to

18    gender-affirming care, so I'm just trying to

19    determine whether these -- to your knowledge, these

20    procedures were being done without informed consent.

21         A     You are correct that they could not be done

22    with informed consent, seeing as how people had no

23    clear idea of what the long-term consequences would

24    be but proceeded anyway.

25               And to that extent it's very similar to

Page 205

```
 1    what we're seeing with the treatment for gender
 2    dysphoria currently.
 3         Q    Well, but lobotomies were also not
 4    supported by major medical associations at the time.
 5         A    I don't think the issue in the lobotomy was
 6    whether or not there was a major medical association
 7    that supported it or not, I think it was actually the
 8    procedure itself, and the consequences known or
 9    unknown, and the ability to give informed consent for
10    that procedure.  That's where you actually find the
11    strongest parallels.
12         Q    So just to be clear, the case that you've
13    cited, the sister of President John F. Kennedy, she
14    did not consent to that treatment; is that correct?
15         A    I --
16         Q    She did not provide informed consent for
17    that treatment?
18         A    I don't know.
19         Q    When you cited it as --
20         A    I don't see how she could.
21         Q    -- a case where --
22         A    I don't see how she could.
23         Q    Okay.  But in gender-affirming care
24    situations, there are protocols for informed consent?
25         A    A protocol for informed consent is not the
```

1    same as obtaining informed consent.  Only if it's

2    followed, and it has to be followed by providing all

3    the elements of informed consent.

4           Those elements include the capacity to

5    understand what's going on; the absence of coercion

6    in the decision-making process, either positive or

7    negative; the comprehension so that you can

8    understand all the risks, benefits and alternatives

9    that are presented to you.

10          But when those things are not even

11   available, then the possibility of informed consent

12   is reduced or absent.

13      Q    What evidence do you have that that isn't

14   happening, that that information is not being

15   provided in this context?

16      A    Because the information is not available,

17   according to even the people who are providing it.

18          For instance, Robert Garofalo, who is the

19   chief of adolescent medicine at Lurie Children's

20   Hospital in Chicago, told a podcast interviewer last

21   year that the evidence base remained a challenge.

22   It's a discipline where the evidence base is now

23   being assembled and it's truly lagging behind

24   clinical practice.  He said it's -- he thinks it's

25   being done safely.

1           But now I think we're really beginning to

2     do the type of research where we're looking at short,

3     medium, and long-term outcomes of the care that we

4     are providing in a way that I think hopefully will be

5     reassuring to institutions and families and patients,

6     or will also shed a light on the things that we could

7     be doing better.

8           Q     Did you cite that podcast in your report?

9           A     No, I'm just telling you.

10          Q     Did you rely on --

11          A     In response to your question.  You said,

12    you know, why would I think that.

13          Q     Well, saying that there's room for there to

14    be more research and to improve the evidence base for

15    the treatments is different from saying that people

16    are not being fully informed of the risk of which we

17    are aware.

18                MR. BEATO:  Object to form.

19                Dr. Donovan, you can answer.

20                THE WITNESS:  We first have to be aware of

21    the risks and the benefits.  Neither of those are

22    clearly elucidated in the present day.

23          Q     (By Ms. Dunn) Well, these treatments have

24    been provided for decades at this point, and so

25    there's some --

1      A     Provision --

2      Q     -- information --

3      A     I'm sorry.

4      Q     There is information about the risks.  And

5   the standards of care and clinical guidelines that

6   are applicable to this care require that that

7   information be disclosed to the patients and their --

8   and in the case of minors, to the patients and their

9   guardians; isn't that correct?

10     A     No, not entirely.

11           Should they be required?  Yes.

12           Is it?  But the problem is, of course, even

13  when things are done for decades, if they are not

14  well documented, done in an orderly fashion where the

15  risk, benefits, alternatives, and outcomes can be

16  clearly delineated, then, in fact, you can't give

17  informed consent because you don't have the

18  information to give.

19     Q     What evidence do you have to suggest that

20  the informed consent process that's being engaged in

21  is not sufficient?

22     A     The fact that they can't tell what's going

23  to happen to children and adolescents and young

24  adults ten years from now or 15 years from now or 20

25  years from now because the data is so sloppy the

1   information isn't there.

2        Q    What evidence do you have to support that

3   statement?

4        A    There is evidence to support that

5   statement.  There is evidence from many sources.

6        Q    What evidence -- can you please cite to the

7   evidence that you rely upon in making that statement?

8        A    I -- I can, but, you know, I -- I turned in

9   a lot of different reports with citations and giving

10  you that answer right today will be difficult, but

11  certainly not impossible if you're willing to receive

12  it.

13       Q    Well, I'm asking if you, right now, can

14  cite to me the data and information upon which you

15  are presenting this opinion?

16            MR. BEATO:  Object to form.  I also think

17  that Dr. Donovan's answers speak for themselves.

18            But, Dr. Donovan, if you want to provide

19  another answer --

20            THE WITNESS:  I don't have any other

21  answer.  I think I've answered it.

22       Q    (By Ms. Dunn) Okay.  I think at this point

23  I will stop sharing your expert declaration and we

24  will move on to look at the report you provided in

25  support of Florida's GAPMS process.  So let me just

1    pull that up.

2              (Document is displayed).

3              Do you recognize this document,

4    Dr. Donovan?

5         A    Yes.

6         Q    And what is it?

7         A    The title reads:  "Florida's Medicaid

8    Project:  Treatment for Transgender Children Medical

9    Experimentation Without Informed Consent:  An

10   Ethicist's View of Transgender Treatment for

11   Children."

12        Q    And this is the report you provided to the

13   Agency of Healthcare Administration in Florida in the

14   course of their process to determine whether or not

15   gender-affirming care was experimental?

16        A    Yes.

17             (Whereupon, Exhibit Number 25 was marked for

18   identification purposes and made a part of the

19   record.)

20        Q    (By Ms. Dunn) And I'm going to mark this as

21   Plaintiffs' Exhibit 25.

22             How did you become involved in preparing

23   this report?

24        A    I was contacted and asked if I would be

25   willing to help.

1      Q    And do you recall the names of any of the

2   individuals who you spoke with from the agency in

3   your work with them?

4      A    I'm sorry, I don't.

5      Q    Did anyone assist you in preparing this

6   report?

7      A    No.

8      Q    Did you draft the report solely on your

9   own?

10     A    Yes.

11     Q    Did you consult with anyone in preparing

12  the report?

13     A    No, not really.

14     Q    Did you consult with anyone not at the

15  agency, any other bioethicist or any other medical

16  professionals?

17     A    No.

18     Q    Okay.  So going into the substance of the

19  report itself.  I'm on Page 1 of the report, which is

20  also, in this version of the document, marked as

21  Appendix 237.  Just give me one quick second.

22          In the second paragraph here, the second

23  sentence says that, "Currently less than half of

24  state Medicaid programs provide gender-affirming

25  care."

Page 212

1              Do you see that reference?

2        A     Yes.

3        Q     And that cites to a Williams Institute

4    report from 2019?

5        A     Yes.

6        Q     When you say "less than half provide," are

7    you referring just to those states that have

8    affirmatively included coverage for gender-affirming

9    care?

10       A     I'm not quite sure what the question means.

11       Q     So when you say that "less than half of

12   states cover," does that mean that less than half the

13   states have policies that exclusively provide for

14   coverage?

15       A     All that I know is what I read, that less

16   than half the state Medicaid programs provide

17   gender-affirming care.

18       Q     So I'm going to pull up the Williams report

19   that you've referenced.

20             Do you recognize this report?  Is this what

21   you were relying on?  I can scroll down to the

22   executive summary if it helps.

23             Is this the report that you relied on?

24       A     It's not on the screen.

25       Q     Oh, I'm sorry.  Thank you.  This is me

Page 213

```
 1    getting a little tired.

 2              (Document is displayed).

 3              Is this the Williams report that you

 4    referenced?

 5       A    I don't know.  It doesn't look like the way

 6    I saw it, but it probably is.  Sure.

 7              (Whereupon, Exhibit Number 26 was marked for

 8    identification purposes and made a part of the

 9    record.)

10       Q    (By Ms. Dunn) I'll mark this as Plaintiffs'

11    Exhibit 26.

12              So this report actually splits the states

13    into three different categories.

14              One is those states that have affirmative

15    coverage for gender-affirming care.  And in that

16    category are 18 states and D.C.

17              Then after listing all those states, it

18    notes that 20 states have no express statute or

19    policy addressing coverage.  And so in these states

20    coverage for gender-affirming medical treatments may

21    be covered, but there's not an affirmative coverage

22    policy.

23              And then the last category is the 12 states

24    that have express bans on coverage.

25              Is this the information that you reviewed
```

Page 214

1    in making the statement in your report that "less

2    than half the states cover gender-affirming care"?

3         A    Yes.

4         Q    And would you agree that even fewer than

5    half the states, so closer to 25 percent of states,

6    only 12 states explicitly exclude gender-affirming

7    care.  Is that accurate?

8         A    That's what it says, 12 have expressed

9    bans, 18 have expressed coverage.

10        Q    And the other 20 states may cover

11   gender-affirming care; is that correct?

12        A    It's -- the law is silent, it says, so --

13        Q    But you don't have any information that one

14   of those states do or do not cover gender-affirming

15   medical treatments?

16        A    I'm sorry, you faded out there.  Try again.

17        Q    I'm sorry.  You don't have any information

18   as to whether or not those 20 states in fact do cover

19   gender-affirming medical treatment?

20        A    It just says that they -- okay.  They're

21   silent.  I will remain silent myself.

22        Q    I'm just saying you don't have any

23   information to confirm that they do not cover it?

24        A    Okay.  Nothing --

25        Q    It's possible that they do.

1        A      Nothing beyond the report itself.

2        Q      You reference the Belmont report providing

3    ethical requirements for medical research and

4    informed consent; is that correct?

5        A      Correct.

6               MR. BEATO:   Chelsea, the GAPMS report is

7    not on the screen.

8               MS. DUNN:   Yeah.   Thank you.   I'll pull it

9    up.

10              (Document is displayed).

11       Q      (By Ms. Dunn) So now we're on Page 2 of

12   your report, which is labeled as Appendix 238.   And

13   here you reference the Belmont report regarding

14   informed consent for research; is that right?

15       A      Yes.

16       Q      The Belmont report governs biomedical and

17   behavioral research involving human subjects; is that

18   right?

19       A      Yes.

20       Q      Those guidelines apply to research being

21   done when human beings are the subjects of that

22   research; is that correct?

23       A      Yes.

24       Q      The Belmont report does not apply in

25   providing clinical care in clinical settings; is that

1    right?

2         A    Well, the way you state it, you have to

3    understand that, first off, the Belmont report was an

4    expert opinion.  It was not a law or a regulation

5    itself.  It did talk about clinical research.  So it

6    will involve human beings in clinical setting.

7         Q    Sure.  But providing gender-affirming

8    medical treatment in the clinical setting is

9    different than biomedical and behavioral research

10   involving human subjects, right?

11        A    I am sad to report that, yes, that's true.

12        Q    So these ethical principles don't apply to

13   the type of clinical care that the plaintiffs in this

14   case were receiving?

15        A    Absolutely wrong.

16        Q    Well, I mean, are you offering an opinion

17   about the clinical care that our plaintiffs have

18   received?

19        A    No.  You just said that the principles as

20   enumerated in the Belmont report don't apply to

21   clinical care.  But, of course, they do.  They talk

22   about, you know, the principles of autonomy,

23   beneficence, justice, non-maleficence, and fully

24   informed consent, and all of those apply to clinical

25   care whenever it should be delivered.

Page 217

1        Q    Your opinion, your report, states that,

2   "There are deficiencies in each of these categories

3   in the current approach to treating minors with

4   gender dysphoria."

5             How do you know that?

6        A    I think it's kind of spelled out in the

7   report itself.

8        Q    Well, what is your evidence, though, for

9   saying that there are deficiencies in the clinical

10  care that's being provided?

11       A    By the nature of the care and the inability

12  to give informed consent because of the things that

13  are not known, that are not included in an adequate

14  evidence base.

15       Q    Aren't there always unknown risks to

16  medical treatments?

17       A    Yes, but we should minimize those to the

18  extent possible.  That's the point of doing research

19  on innovative therapies in order to get

20  evidence-based data.

21       Q    But the way that you're framing it, someone

22  could never provide informed consent because a doctor

23  could never explain every single possible unknown

24  risk.

25             MR. BEATO:  Object to form.

```
 1          Dr. Donovan, you can answer.
 2          THE WITNESS:  Actually, now you're
 3     sounding -- no offense -- a little like a lawyer
 4     because, in fact, that's often what is brought up.
 5     Of course, physicians can't tell you every unknown
 6     risk.  How can anyone tell you what's unknown?
 7          What they can do is strive mightily to
 8     determine what the risks, outcomes, and benefits are
 9     through carefully constructed trials that are then
10     widely reported through the -- to the world so that
11     they can then be applied.
12          MR. BEATO:  Here's a question, Counsel.
13     Would you mind if we take a five-minute break or do
14     you have related questions that you would like to ask
15     Mr. Donovan?
16          MS. DUNN:  No.  I was about to pull up the
17     Belmont report, so we can take a break now.  It's a
18     fine time.
19          (Recess taken from 3:21 p.m. to 3:26 p.m.)
20     Q    (By Ms. Dunn) So, Dr. Donovan, before we
21     broke we were talking about informed consent.  Is it
22     your position that nobody can ever provide informed
23     consent to gender-affirming care?
24     A    Well, I told you before I'm not fond of
25     absolutes, but I think that there are deficiencies in
```

1    the body of knowledge about what is termed

2    "gender-affirming care" that prevent fully informed

3    consent from being available.

4        Q    Which suggests that there's no way that

5    gender-affirming care can be provided with fully

6    informed consent.  Is that your opinion?

7        A    I will accept your suggestion.

8        Q    Well, I guess, are there circumstances --

9    any circumstances where a patient can provide fully

10   informed consent to gender-affirming care?

11       A    I think that's what we answered the first

12   time.  I think that we have some serious knowledge

13   gaps.  We have embarked on a program of what's termed

14   "gender-affirming care" for a diagnosis of gender

15   identity disorder, now gender dysphoria, that

16   actually started without us knowing all the risks,

17   benefits, alternatives, and long-term outcomes.  And

18   I don't think we've made great progress in that

19   regard, even though it's been going on, as you

20   pointed out, for years.

21       Q    But the end result of that is that because

22   of these unknowns that you cite, you don't believe

23   that any -- that a patient can provide fully informed

24   consent to any of the gender-affirming medical

25   treatments we're discussing today?

1        A     Informed consent can't be obtained without

2    information.  That's the informed part.  And I think

3    we have an information gap.

4        Q     So it's your opinion that a patient can't

5    provide fully informed consent to any of the

6    gender-affirming medical treatments we've been

7    discussing today?

8              MR. BEATO:  Object to form.

9              But, Dr. Donovan, you can answer that.

10             THE WITNESS:  You're saying to any of them,

11   and they can certainly, you know, consent to certain

12   aspects of them because certain aspects they'll be

13   able to say, you know, "If I do a mastectomy, what

14   are the risks, benefits, alternatives?"

15             How that relates to, you know, gender

16   dysphoria is still problematic, but the surgery

17   itself, it's been done a lot.

18       Q     (By Ms. Dunn) Well, so --

19       A     In other circumstances, I mean.

20       Q     I guess, if a patient can provide informed

21   consent, what is -- I'm -- are you saying the patient

22   can provide informed consent about these treatments

23   or that they cannot?

24       A     Well, you were the one who said that --

25   kind of made it an absolute, they couldn't do it to

1    any aspect of them.

2              And I was pointing out that there are

3    aspects of them in which they can be informed.

4              If I were to offer -- if I were a surgeon

5    and offered a patient a mastectomy, I could tell them

6    the risks, benefits, the alternatives to a mastectomy

7    and the expected outcomes.  But I couldn't tell them

8    how that would affect their diagnosis of gender

9    dysphoria with certainty.

10        Q    So you're saying the treatments themselves

11   might be able to have gender-affirming care, but the

12   treatments for the purposes of the treatment of

13   gender dysphoria cannot be made with fully informed

14   consent?

15        A    Yeah, that one was a little jumbled.  Can

16   you try again --

17        Q    Right.

18        A    -- please?

19        Q    So you're saying that the procedures

20   themselves may be -- people may be able to provide

21   fully informed consent to the procedures themselves,

22   but they can't provide fully informed consent to the

23   use of those procedures to treat gender dysphoria?

24        A    That would be partially true.  And that's

25   going to be more true for, for instance, surgical

Page 222

1    procedures which have been done and would be done

2    again in very much the same mode.

3              You know, using puberty-blocking agents or

4    cross-sex hormones for these indications would be

5    much more difficult, even though we know how those --

6    how those apply in other diagnoses and other

7    indications.  So there you have a problem.

8         Q    I'm just going to go back to your report.

9              (Document is displayed).

10             You make a reference in the third paragraph

11   that, "The rules for their involvement" -- which is

12   referencing the involvement of children in research

13   studies -- or vulnerable subjects in research

14   studies, are set out in the, quote, "Code of Federal

15   Regulations 46 CFR 401 through 409."

16             So when we looked up this reference we

17   found a section of the U.S. Code that appears to be

18   on shipping.

19        A    No, I don't think that was mistyped.  I can

20   go right behind me and find that.  I mean, the CFR

21   has the rules about informed consent in children on

22   the shelf behind me.  I'm pretty sure those are the

23   right numbers.  46:  401-409.

24             Do you want me to go look?

25        Q    Well, no, I'll pull up --

Page 223

1           MR. BEATO:  Dr. Donovan, it's --

2      Q    (By Ms. Dunn) I'm going to pull it up in

3  one moment.

4           (Document is displayed).

5           So if you see here in the Code of Federal

6  Regulations, we have Title 46, Part 401 to 40 -- here

7  it's just 404, but it appears to be about shipping

8  regulations.  I can zoom in, I think.

9      A    No, no, no, no, no.  You're not in the

10 ICH Guidelines.

11     Q    What's different about the citation?

12     A    Well, it's the Code of Federal Regulations

13 and ICH Guidelines, Title 21, Good Clinical Practice.

14     Q    Title 21?

15     A    Uh-huh.

16     Q    Okay.  So you listed Title 46.

17     A    No, no.  The -- I think it was Part 46,

18 wasn't it?  Yeah, Part 46, "The Protection of Human

19 Subjects."

20     Q    Well --

21     A    Under Title 45, Part 46.

22     Q    I'm sorry, I'm a little confused.  So if we

23 could just take it -- so you've listed --

24     A    IR -- this is fairly standard and widely

25 available.  These are the IRB Clinical Investigator

 1   Reference Guides put out by -- you know, by the --
 2   well, the NIH and the ICH Guidelines by the FDA
 3   because this is FDA regulated.
 4            And you're looking for IRB Clinical
 5   Investigator Reference Guide, which should be under,
 6   I guess, Title 45.  Part 46 is "Protection of Human
 7   Subjects."
 8        Q    All right.  So maybe this is a citation
 9   discrepancy.  I'm not sure.  What I'm trying to just
10   identify is how we would identi- -- how we would find
11   what you're citing to.
12            So 46 CFR, in legal citation, means
13   Title 46 of the Code of Federal Regulations.
14            What title of the Code of Federal
15   Regulations are you intending to reference?
16        A    It's Title 45, Part 46.
17        Q    Okay.  And is it Sections 401 through 409?
18   Is that correct?
19        A    Let me double check and make sure.  Yep.
20        Q    Okay.  Thank you for that clarification.
21        A    Sure.
22        Q    All right.  I'm scrolling down in your
23   report to Page 3, which is marked as Appendix 239.
24            And here we talk about -- you talk about
25   the various interventions, which I'm assuming you use

Page 225

1    that word to reference the medical treatments or

2    procedures we've been talking about today.

3              And so first you reference "surgeries."

4    You say that, "The semantic shift from sex change

5    operations to gender-affirming surgeries is

6    important."

7              What do you mean by this?

8        A    I'm looking for the context.

9        Q    The first paragraph under "Surgery," the

10   very last sentence.

11       A    Oh, okay.  I'm sorry, what's the question

12   there?

13       Q    What do you mean when you say "the

14   semantics shift is important"?

15       A    It's basically what I was trying to point

16   out with the rest of the paper, that, you know, we --

17   we have switched from calling -- from differentiating

18   gender from sex, to begin with, and then we've

19   started calling it affirming surgery.  We don't call

20   it just a mastectomy or a penectomy anymore.

21             So, you know, when you say that I am going

22   to do an affirming surgery for you, that's a very

23   positive connotation when a patient first hears it as

24   well.

25             If you said I'm going to do a mastectomy or

Page 226

1    penectomy, I think that that probably wouldn't sound
2    as appealing.
3         Q    Do you have reason to believe that
4    clinicians are not using the name for the procedure
5    with their patients?
6         A    I didn't say that.  I just said that they
7    are referring to it now as a "gender-affirming
8    surgery," as you know.
9         Q    Well, gender-affirming surgery is the
10   category, but I'm just -- do you have any evidence to
11   believe that the term -- the word penectomy or
12   mastectomy is not being used in individual
13   consultations when someone is seeking that type of
14   surgery?
15        A    I have good evidence that they're using
16   gender-affirming surgeries, but I think that that's
17   really kind of the point I was trying to make.
18        Q    What evidence are you citing?
19        A    Well, they are using "gender-affirming
20   surgery."  You used "gender-affirming surgeries."  We
21   all hear that.
22        Q    Well, we use -- of course we use that term
23   to describe multiple surgeries that are for the
24   purposes of treating gender dysphoria.
25              What I'm asking is whether you have any

Page 227

1    evidence to support the notion that a clinician isn't

2    using the actual name of the procedure with the

3    patient, i.e., a penectomy or a mastectomy.

4         A    No.

5         Q    Okay.  The shift in terminology -- the goal

6    of that shift in terminology was for there to be less

7    stigma associated with the condition.

8              Is that problematic?

9         A    Well, what we have done, then, is to take a

10   gender identity disorder and say that that is no

11   longer a disorder.  It's only a disorder if you're

12   unhappy with it.

13             The fact that you are a physical male who

14   believes he is or should be a female is normal or

15   should be treated as normal, according to the shift

16   in the terminology and the shift in the approach.  I

17   think a lot of people are having some difficulty with

18   that shift.

19        Q    What do you mean "a lot of people are

20   having difficulty with that shift"?

21        A    I think that people are finding it

22   difficult to just believe the concept, that this man

23   is actually a female gender or this woman is actually

24   a male gender.  I think that part of the evidence for

25   that, because you like evidence, is that we're

1    involved in a lawsuit over that right now.

2         Q     But who are the people that are having

3    trouble with that change in semantics or that shift?

4         A     Well, I think it's a wide number of people,

5    if you just look at things that are being discussed,

6    but I'm sure the people you're suing would fall in

7    that category as well.

8         Q     Do you think this shift is problematic for

9    the individuals experiencing gender dysphoria?

10        A     I do.

11        Q     Why?

12        A     Because I think that -- I think that we are

13   taking a psychological problem and applying a

14   medical/surgical solution to it, which doesn't

15   probably -- no, forget "probably" -- doesn't really

16   directly address the underlying problem.

17        Q     What is the underlying problem?

18        A     I think the underlying problem is that we

19   have men who assert that they are in a -- that they

20   are females in a male body and the reverse.

21        Q     Do you have any evidence to cite to to

22   support the assertion that the medical treatments

23   we're discussing today are not effective in

24   addressing the diagnosis?

25        A     I don't think we have evidence one way or

1    the other, but I think that the -- it is highly

2    unlikely if, in fact, the basic underlying problem is

3    psychiatric or psychological.

4         Q    But are you -- do you have any evidence to

5    cite, with regard to your assertion that surgeries

6    and medical treatments are not effective in treating

7    the condition of gender dysphoria?

8         A    Well, I really think that's what we've been

9    discussing all day is the absence of this evidence,

10   that it is effective.

11        Q    But you have not provided any citation to

12   support the fact that it is not effective.

13        A    Nor have I seen sufficient proof that it

14   is.  So I think that, in this case, when you don't

15   have evidence that what you're doing is good, it's

16   difficult to have evidence that what you're doing is

17   not good because we don't have the long-term outcomes

18   being clearly delineated.

19             I mean, we -- you've pointed out that we've

20   been doing this for over a decade on a larger scale,

21   but for a couple of decades and more on a smaller

22   scale and yet we really don't have -- I can't tell

23   you the number of people who have claimed benefit

24   after 20 years or what that's done to their suicide

25   rate.  We do know that in adults the suicide rate has

1    gone up, not down after ten years.  But these are

2    important questions that need to be answered and we

3    really should be answering those.

4         Q    So my question is not -- my question was

5    specific to whether or not you have provided evidence

6    or citation in your report to support the contention

7    that gender-affirming medical treatments are not

8    effective to treat gender dysphoria.

9         A    And my response --

10        Q    Have you cited an evidence or citation?

11             I mean, just look at your report,

12   Dr. Donovan.  I'm just asking, is there a citation or

13   evidence to support that contention?

14        A    And what I'm trying to explain is that in

15   the absence of evidence, you know, that isn't

16   evidence of absence.

17             What we're dealing with right now is an

18   entire situation that is evidence-deficient.

19        Q    But I'm not asking about the situation.

20   I'm asking a yes or no question as to whether or not

21   there is a citation or evidence -- a source of

22   evidence cited in your report.

23             MR. BEATO:  Object to the form.

24             THE WITNESS:  And I not only answered that,

25   but I also gave you a reason why there is no answer

Page 231

1    for that.

2        Q    (By Ms. Dunn) I don't believe I've heard --

3    it's a yes or no question and I don't believe I've

4    heard a yes or a no.

5              MR. BEATO:  Object to form.

6              Dr. Donovan, you can answer.

7              THE WITNESS:  There is no sufficient

8    evidence as to the outcomes.

9        Q    (By Ms. Dunn) So is that a no, that you

10   have not provided a citation to a source of evidence

11   to support the contention that gender-affirming

12   surgeries and medical treatments are not effective to

13   treat gender dysphoria?

14             MR. BEATO:  Counsel, I think the report

15   speaks for itself and I think Dr. Donovan's answer

16   speaks for itself.

17             MS. DUNN:  Michael, if you have an

18   objection, you're welcome to state it, but I'm asking

19   a yes or no question and I'm not being given a yes or

20   no answer.

21             THE WITNESS:  You're not being given a yes

22   or no answer by me because a yes or no answer would

23   be inappropriate.  I could give you a yes or no

24   answer, but it would not actually help clarify the

25   truth, it would obfuscate it.

1        Q      (By Ms. Dunn) I'm merely asking whether you

2    provided a source of evidence to support your

3    contention that gender-affirming medical treatments

4    are not effective to treat gender dysphoria.

5              If you -- that is a yes or no question.

6        A      It is a yes or no question, but a yes or no

7    answer is inappropriate when there is no such

8    evidence.  It's like asking for evidence of aliens.

9              You know, have I proven that there is no

10   evidence?  Proving the negative is much harder than

11   affirming the positive, as you know.

12       Q    But I haven't asked you to prove, I've

13   merely asked if you cited evidence in your report.

14             MR. BEATO:  Object to form.

15             THE WITNESS:  Evidence to do what?

16       Q    (By Ms. Dunn) To support the contention

17   that gender-affirming medical treatments are not

18   effective to treat gender dysphoria.

19       A    And how is "support" and "prove" different

20   because I'm confused now.

21       Q    A supporting citation just demonstrates

22   that you relied on some sort of evidence.  And I'm

23   merely asking if you have cited any such evidence in

24   your report.

25       A    There is no such evidence to cite.

1      Q    And, similarly, you haven't cited any such

2    evidence in your bibliography?

3      A    And there is no such evidence to prove that

4    it is effective long term.

5      Q    Back to your report.  I just want to make

6    sure I'm in the right place.

7              So you state that, "The lack of sexual

8    maturity in younger patients, especially previously

9    delayed by puberty-blocking agents, makes the sparse

10   tissue more difficult to work with and outcomes less

11   favorable with problems such as wound rupture are

12   more likely."

13             What is your evidence to support this

14   assertion?

15     A    This is information that I have received

16   from surgeons.  This is not personal experience.

17     Q    How did you receive this evidence from

18   surgeons?

19     A    This was in reading their reports.

20     Q    And are those reports cited here?

21     A    No.

22     Q    Are they cited in your bibliography?

23     A    Everything that's cited here is cited

24   within the body of the thing.  This doesn't have a

25   separate bibliography, to my recollection.  No, it

1    doesn't.

2         Q    Okay.  I'm sorry, but it wouldn't be a

3    source that would be cited in the bibliography you

4    provided with your expert report?

5         A    This was stated by surgeons who do this

6    surgery, so I don't think it's controversial enough

7    to need a separate citation.

8         Q    Well, this is evidence that you're relying

9    on.  I'm just asking if you have cited a source for

10   that evidence.

11        A    And, no, I didn't, because I didn't think

12   this was anything controversial, seeing as how the

13   surgeons themselves have mentioned this.

14        Q    You then say that, "These are challenges

15   that are not routinely described to minors at the

16   beginning of their treatment progression."

17             What is your evidence to support that

18   contention?

19        A    Simply because it -- I don't think it's

20   even widely known by people.

21        Q    Do you have a source of evidence that you

22   can cite to for that assertion?

23        A    Are we talking about the same assertion or

24   something --

25        Q    No, the assertion that these challenges are

1    not routinely described.  I'm just asking how --

2         A    I certainly haven't been able to find them

3    as part of the routine description anywhere in

4    surgery for adolescents, but if I'm wrong, I'd be

5    happy to be corrected.

6         Q    Other than this one -- this issue

7    identified with individuals who begin their treatment

8    with puberty blockers, you don't describe any other

9    ethical issues or complications related to

10   gender-affirming surgeries in this part of the

11   report; is that right?

12        A    Everything I described is -- is there.

13        Q    What do you mean by that?

14        A    Well, what did you mean by that?  This

15   is --

16        Q    Well, I'm asking if there are other ethical

17   issues that you've identified with gender-affirming

18   surgeries.

19        A    I think the fact that they're being done is

20   the ethical issue, actually.  We're talking in this

21   report on -- not on adults, but on children.

22        Q    So now we'll move on to this section that's

23   called "Hormonal Treatment."  It's on the same page,

24   Page 3 of your report marked as Appendix 239.

25             Here you again cite to "80 percent of

1   minors who identify as transgender will reverse this
2   identity by the time they reach their mid 20s."
3           Do you cite any evidence in this report to
4   support this assertion?
5       A   Actually, I think we found that in the
6   other reference, but I don't have a specific citation
7   on that paragraph, no.
8       Q   Are you saying that this source was
9   included in your bibliography?
10      A   Yeah.  I thought we found that 80 percent
11  when we were looking through there.
12      Q   To my recollection, you were not able to
13  identify that source from your bibliography.
14      A   Okay.
15      Q   Is that inconsistent with your
16  recollection?
17      A   It's been a long day, Counselor.  I'm not
18  sure.
19      Q   But there's no citation here to support
20  that assertion?
21      A   That's right.
22      Q   You say that, "Sex hormones have an
23  important and lasting effect on brain development and
24  adolescent psychology."
25          That's right here right before the end of

1  this paragraph.

2          There's no citation or source of evidence

3  for this assertion in your report; is that correct?

4      A    That's correct, I don't have citations for

5  every statement.

6      Q    Do you know of any studies that show the

7  administration of cross-sex hormones to be harmful to

8  brain development?

9      A    What I said was they have an important and

10  lasting effect.  And I think that, yes, those studies

11  do exist.

12          I think that most people recognize that if

13  they have ever been an adolescent, or had one in the

14  family, it's -- didn't seem like it was that

15  controversial a concept to require a separate

16  citation.  But, yes, there is evidence for that,

17  you're right.

18      Q    There's evidence for what?

19      A    For the fact that there are important

20  effects and lasting effects on brain development and

21  adolescent psychology.

22      Q    But you did not cite any research or

23  studies to support this assertion?

24          MR. BEATO:  Object to form.

25          Dr. Donovan, you can answer.

1           THE WITNESS:  What you see is what you get.

2     Everything that I cited is right there.  And if it's

3     not there, then it wasn't cited in this paper.

4           Q     (By Ms. Dunn) And in your report you don't

5     describe other ethical issues related to the

6     administration of cross-sex hormones?

7           A     I didn't cite any.  That doesn't mean there

8     aren't any.

9           Q     Specific to this report, there are no other

10    ethical issues related to the administration of

11    cross-sex hormones addressed.

12          A     Okay.  Not specifically.

13          Q     And I'm just -- I see you flipping through

14    papers.  Are you just looking at the same report that

15    I have on the screen?

16          A     Yes, it's easier to read.

17          Q     That's absolutely fine, I just wanted to

18    confirm that's what you're looking at.

19                And if you're looking at a different

20    section than me at some point, if you're referencing

21    it, if you'll just please direct me to that section.

22          A     Sure.

23          Q     So the next section addresses "Puberty

24    Blockers."  You state that, "Children and parents are

25    only told that this is a benign intervention whose

1    effects are easily reversible and that potential

2    effect on the development of bone density may be

3    mentioned."

4            What evidence do you have that this is the

5    exhaustive information provided to children and their

6    parents?

7        A    Actually the people who provide them have

8    written this in their own papers.  It is not cited --

9        Q    Well, who --

10       A    It is not cited there, but those people who

11   have written papers about transitioning have

12   frequently said on their websites, you know, what I'm

13   saying there.

14       Q    Can you direct us to those sources?

15       A    It can be done.

16       Q    Can you do that right now today?

17       A    No.

18       Q    You go on to discuss a case of a child in

19   Sweden.  Where did you get this information?

20       A    I'm trying to read where you are.

21       Q    I'm sorry, it's just the next sentence, I

22   think.

23       A    Oh.  I'm sorry, that was reported.  I

24   didn't cite the -- the location of the report, but it

25   was reported publicly in the literature.

Page 240

1        Q    There's no cite, though, in your report?

2        A    Once again, Counselor, if you don't see it

3    right there, you're right, it's not a specific

4    citation.

5        Q    You go on to note that, "Sweden changed its

6    guidelines for gender-affirming care to reflect that

7    GnRH analogues should only be used in exceptional

8    cases."

9             Do you know what the criteria in those

10   Swedish guidelines is?

11       A    No.

12       Q    So I'm going to pull up the Swedish

13   Guidelines for the Treatment of Gender Dysphoria.

14            (Document is displayed).

15            Do you recognize -- have you ever seen this

16   document, Dr. Donovan?

17       A    Is that the one from February of last year?

18       Q    Let's see if there's a date on it.  I don't

19   see a date on it.

20            Do you recognize the document itself,

21   though?

22       A    No, I don't.  I said I hadn't seen that.

23   And maybe this preexisted the changes, do you think?

24       Q    Let's just -- if you want to take a -- oh,

25   I'm sorry.  Here if you look at this paragraph this

Page 241

```
1    references "2022," so this must be a recent document.
2         A    Okay.  Let me read then.
3         Q    Sure.
4         A    "A systemic review published in 2022 by the
5    Swedish Agency for Health Technology Assessment and
6    Assessment of Social Services shows the state of
7    knowledge largely remains unchanged compared to 2015.
8    High quality trials such as RCTs are still lacking."
9         Q    I'm sorry, I don't need you to read --
10        A    "The evidence on treatment" --
11        Q    Sir?
12        A    -- "efficacy and safety is still" --
13        Q    Dr. Donovan?
14        A    I think what I'm looking for is in here.
15        Q    Okay.
16        A    -- "is still insufficient and
17   inconclusive."
18        Q    Yeah, I'm not asking you to read from the
19   document.  I'm sorry.  I was just asking -- I wasn't
20   able to confirm a date, but I think based on this
21   sentence we can both agree that it was published
22   sometime after -- sometime in 2022 or 2023.
23        A    Okay.
24        Q    So do you know the criteria that's used to
25   determine if a case is so-called "exceptional" for
```

1     the purposes of the provision of GnRH analogues?

2              Are you familiar with the criteria?

3        A    Well, it's saying here, to minimize the

4     risk it should offer more closely to those used in

5     the Dutch protocol.

6        Q    And so that requires "early onset of gender

7     incongruence, persistence of gender incongruence

8     until puberty, and a marked psychological strain in

9     response to pubertal development is among the

10    recommended criteria."

11             Is that accurate?

12       A    That's what that says, yes.

13       Q    Is this significantly different than, for

14    example, the Endocrine Society guidelines?

15       A    I will defer to your knowledge.

16       Q    So you are not -- you are not aware whether

17    the new Swedish guidelines are significantly

18    different from the clinical guidelines for endocrine

19    treatment that are used here in the U.S.?

20       A    I haven't even had a chance to read this in

21    its entirety, so I can't answer that.  I'm sorry.

22       Q    Well, but -- so I guess the reason I'm

23    asking is just because you reference that this case

24    should only be provided in exceptional cases, to

25    suggest that it's more restrictive than the criteria

Page 243

1   for this care here in America.

2           Do you know for a fact that that is

3   correct?

4       A    All I know is what the National Board of

5   Health and Welfare from Sweden said that, "The risks

6   of puberty-suppressing treatment with GnRH analogues

7   and gender-affirming hormonal treatment currently

8   outweigh the possible benefits.  The treatment should

9   be offered only in exceptional cases."

10      Q    But these --

11      A    That was a quote --

12      Q    These guides -- I'm sorry.

13      A    That was a quote from the Swedish source

14  and I don't know that that quote --

15      Q    Again, I'm not asking you to read the

16  document.  I'm asking about the --

17      A    But you are -- you are giving me this as

18  the source of it, but I'm not certain that you're

19  actually giving me the proper source.

20      Q    You don't think that this publication from

21  the National Board of Health and Welfare is an

22  accurate reflection --

23      A    The one that contains that quote, I don't

24  think that it -- it -- necessarily.  I'd have to read

25  the whole thing to know that that's where the quote

1   came from.

2      Q   What quote?  I'm sorry.  What are you

3   talking about?

4      A   The quote that says that "The risks

5   currently outweigh the possible benefits and

6   treatment should be offered in exceptional cases."

7      Q   You're saying that you --

8      A   Puberty blockers.  From the Swedes.

9      Q   Are you saying that this isn't the source

10   that you got your quotation from?

11      A   I'm not recognizing what you're showing me

12   here.  I'm sorry.

13      Q   So that -- understanding that, what I'm

14   asking is that you --

15      A   It says, "Until a research study is in

16   place, the NBHW deems that the treatment" --

17      Q   Dr. Donovan, I'm sorry, I'm not asking you

18   to read from this document.

19      A   -- "may be given in exceptional cases."

20      Q   If you can wait until I've posed a --

21      MS. DUNN:  I think we might need to take a

22   break.

23      MR. BEATO:  That's fine.  We can take a

24   five-minute break.

25      (Recess taken from 4:02 p.m. to 4:08 p.m.)

Page 245

1          (Whereupon, Exhibit Number 27 was marked

2     for identification purposes and made a part of the

3     record.)

4          Q    (By Ms. Dunn) So, again, I have to clear up

5     my sloppiness around labeling exhibits.  So the

6     Swedish guidelines we just looked at will be marked

7     as Plaintiffs' Exhibit 27.

8          So I'm just going to go back to your report

9     again, Dr. Donovan, and move on to the section that

10    you reference, quote, "The Fundamental Flaw," which

11    is on Appendix 240.

12         (Document is displayed).

13         So in this section you say, in the second

14    sentence of this paragraph, that "After close

15    scrutiny, it can only be seen as off-label

16    experimental."

17         And by that you're referencing -- the "it"

18    you're referencing is gender-affirming care, as we --

19    we discussed already, the hormonal treatments,

20    the gender-confirming surgeries and the

21    puberty-blocking medications; is that right?

22         A    Yes.

23         Q    And so this seems to associate off-label

24    medications with experimentation.  Is that the

25    suggestion you're making?

1        A    No, not exactly.

2        Q    So what do you mean by "off-label

3    experimentation"?

4        A    Well, that's two different phrases.  One is

5    "off label," the other is "experimentation."

6             Experimentation is when you are --

7    sometimes it's also referred to as innovative

8    practice, but when you're doing things that are

9    trials in which the outcomes have not been

10   sufficiently determined or documented.

11            The --

12       Q    Just to be clear --

13       A    -- "off label" part is referring to the

14   FDA approval, which is useful if it's for a specific

15   indication, but is not necessary for --

16       Q    So -- I'm sorry.  I didn't mean to cut you

17   off.

18            So just to be clear, those terms are

19   interchangeable --

20       A    No.

21       Q    -- off label and experimental?

22       A    No.  No, they're not interchangeable.

23       Q    So a medication -- just because a

24   medication is used off label doesn't mean that that

25   medication is necessarily experimental?

Page 247

1      A    I have used medications off label for

2    indications that were clearly documented but never

3    had sought FDA approval.

4      Q    In this paragraph you talk a little bit

5    more about what we discussed earlier with, "The

6    change in terminology in the DSM-5 led to a shift

7    from seeking to correct the underlying cause of the

8    dysphoria to instead focusing on transitioning to

9    one's affirmed gender."

10            Is that a fair -- is that what you're

11   writing about here in this report?

12     A    That is a quote, yes.

13     Q    Okay.  And what do you rely on in this

14   discussion around the impact of the change in

15   semantics?

16     A    I was quoting.  I was quoting the people

17   who put out the DSM-5 and the American Psychiatric

18   Association.  You know, those are quotes.

19     Q    Do you have any other -- was there any

20   other source you relied on in your discussion of this

21   change of semantics?

22     A    I mean, this was the APA's rationale.  I

23   thought that they would be reliable in terms of what

24   they were intending.

25     Q    And perhaps to be more specific, in your

```
 1    bibliography -- which I'll flip over to very

 2    quickly --

 3              (Document is displayed).

 4              -- you cite a source that's named "Gender

 5    dysphoria in the DSM-5:  The change in terminology."

 6    That's "HLI.org/resources/DSM-5-gender-dysphoria/."

 7         A    Well, no, I wasn't using --

 8         Q    Is --

 9         A    I'm sorry, I didn't mean to interrupt.  I

10    thought that was -- that was not what I used in this

11    report.

12         Q    So you did not -- in talking about that

13    change in semantics, you didn't rely on that Human

14    Life International article?

15         A    True.

16         Q    Do you know how it was used in your expert

17    report?

18         A    I don't know.  We could go back through it,

19    I suppose.

20         Q    Well, we can table that momentarily.

21              Do you believe that this shift in semantics

22    in changing the diagnosis to gender dysphoria, do you

23    believe that change was harmful?

24         A    Well, I think it shifted the focus away

25    from the patients presenting with what they describe
```

1    as "being in the wrong body" as saying that that is

2    somehow normal and not a disorder.

3          Q    Do you believe that the best course of

4    treatment for a person experiencing gender dysphoria

5    is to help that person understand they're not trapped

6    in the wrong body?

7          A    I think that that probably would be the

8    best approach and I think that it should have been

9    compared to what is being done.

10          Q    You say that -- and I think it's going to

11    be in the next paragraph, so let me just find where

12    I'm referencing so I can point you directly.

13              In this second paragraph on this page,

14    we're currently on Page 5 of your report marked as

15    Appendix 241, you say -- the third sentence in this

16    second paragraph you say, "Self-diagnosing

17    psychiatric conditions is always fraught with the

18    possibility of error."

19              You aren't a psychiatrist by -- in your

20    practice; is that right?

21          A    That's correct.

22          Q    You're also not a licensed mental health

23    professional; is that correct?

24          A    Correct.

25          Q    How often during your time as a clinician

Page 250

1   did you provide mental health diagnoses when you were

2   a pediatric gastroenterologist?

3        A    I'm sorry, I lost you there.

4        Q    Oh, I'm sorry.

5        A    Can you repeat that?

6        Q    Yes, of course.  I think the Internet is

7   getting a little buggy.

8             So you testified that there were occasions

9   where you would give presumptive mental health

10  diagnoses to patients in your --

11       A    Yes.

12       Q    -- pediatric gastroenterology practice; is

13  that right?  I'm sorry, did you --

14       A    Yes.

15       Q    Yeah.  The answer to that was yes?

16       A    I said "Yes."

17       Q    I'm sorry, I think I lost you then, so I

18  apologize.

19            Can you estimate how many patients --

20       A    Okay.  I think you're right.  We're having

21  some problems.

22       Q    Yeah.  I apologize for that.  I don't know

23  if it's our Internet, but let's try to do the best we

24  can.

25            Can you estimate how many patients during

Page 251

1    your time as a clinician you provided a mental health

2    diagnosis for?

3         A    No.

4         Q    You can't even give an estimate of that?

5         A    No.  I mean, no.  I was in practice for 30,

6    40 years.  I couldn't begin to guess accurately.

7         Q    Was it common for you to be providing

8    mental health diagnoses for your pediatric patients?

9         A    Oh, no, I wouldn't be providing them, I

10   would be suspecting them and referring them.

11        Q    So, I guess, was that a common instance

12   that happened frequently?

13        A    No, because the psychiatric diseases in

14   children aren't that common compared to the other

15   types of diseases.

16        Q    And so, again, you weren't actually

17   providing these diagnoses, you suspected diagnoses

18   and were making referrals to mental health

19   clinicians?

20        A    Correct.

21        Q    So what basis do you have to support a

22   statement that self-diagnosing psychiatric conditions

23   is always fraught with the probability of error?

24        A    I said "possibility of error."  And I -- I

25   don't see that as terribly controversial.  I don't

1    see anyone in psychiatry disagreeing with that.

2           I would find any patient whose

3    self-diagnosis always fraught with the possibility of

4    error.  And not just in psychiatry, in medicine in

5    general.

6      Q    How do we -- what conditions are

7    self-diagnosing?

8      A    Well, the way it applies in this particular

9    case is when there's no confirmatory evidence in --

10   like we've talked about before, in lab, in X-rays,

11   and in other tests --

12     Q    But that's --

13     A    -- that could confirm it.  That would be --

14   that means, basically, the patient comes in with

15   their own diagnosis.  And I -- you know, I assume, if

16   somebody overruled that diagnosis, you know, that

17   that would fall in the same category as well.  But

18   that wouldn't be my job.

19     Q    Are all psychiatric conditions based on

20   self-reported symptoms?

21     A    No.

22     Q    They can't be -- they can be -- there are

23   psychiatric conditions that are confirmed by lab

24   tests?

25     A    No.  But they're not all self-diagnosed.  I

Page 253

1   don't think most schizophrenics come in and say, "I'm

2   schizophrenic."

3       Q    Well, I guess, what evidence do you have

4   that individuals who are diagnosed with gender

5   dysphoria are self-diagnosing?

6       A    You understand what we've been talking

7   about.  This is how they present.  They come in and

8   say, "I am a woman.  This is a male body."  They are

9   the ones who determine that.

10      Q    They're reporting symptoms.  But it's a

11  clinician who makes --

12      A    That's not a symptom, ma'am.

13      Q    What -- I -- what evidence do you have that

14  patients experiencing gender dysphoria are

15  self-diagnosing?

16      A    The patients are the ones who claim that

17  they are in the wrong body.

18           Other people are not walking up to them and

19  saying, "You know, you look just like a man but I

20  think you're a woman."  That doesn't happen.

21      Q    But the clinician provides the diagnosis.

22      A    Only after the patient has presented

23  themselves as a woman in a man's body.  Okay?  You

24  could say they're confirming it, but that doesn't

25  necessarily equate to providing it because it's

1    already been provided when they enter the room.

2        Q    Have you cited any evidence in your report

3    that individuals experiencing gender dysphoria are

4    self-diagnosing their psychiatric condition?

5        A    I -- this is -- I mean, it's in the

6    definition of "gender dysphoria."

7        Q    I'm sorry, I -- can you provide a citation

8    for that?

9        A    No.

10       Q    The third paragraph on this page you say

11   that, "The claim of urgency, coupled with an impulse

12   towards nonjudgmental empathy, for the disturbed

13   patients has led to a frantic insistence on a single

14   approach."

15            What is the single -- I'm sorry.

16            Is the single approach that you're

17   referring to "providing gender-affirming care"?

18       A    Yes.

19       Q    And you call this approach "cult-like"?

20       A    It seems like that to some people and I see

21   why it does.

22       Q    Well, and your source for this statement is

23   two articles that are cited here; is that correct?

24       A    Uh-huh.   Yes.

25       Q    One of these articles was from The Daily

1   Signal; is that right?

2       A   Yes.

3       Q   And were you aware that The Daily Signal is

4   the Heritage Foundation's news organization?

5       A   No.

6       Q   And one was from The Daily Mail Online; is

7   that correct?

8       A   Yes.

9       Q   The Daily Mail Online is a British tabloid?

10      A   Yes.  These were reports from parents

11  directly, so they would not appear in the academic

12  literature.

13      Q   But these are your sources for your

14  suggestion that this single approach is cult-like?

15      A   Made the parents feel like, yes, because

16  that's what they said.

17      Q   You say that, "Love-bombing wrongly

18  encourages children to be transgender."

19          What is your citation for this proposition?

20      A   I'm trying to remember if that was with the

21  same -- the next citation or something else.  No,

22  that's a separate citation.  I have it in my files,

23  but I don't have it cited here.

24      Q   So there's no citation provided for that

25  statement here?

1          A     That it's the result of overenthusiastic

2    acceptance?   I think overenthusiastic acceptance is a

3    reality, but you could also see it as an opinion, you

4    know, is the glass half full or half empty?

5                 I would say that the -- the rush to be

6    affirming is overenthusiastic acceptance.

7                 So perhaps I'm the authority there, because

8    this is an opinion after all.

9          Q     Are you -- do you have personal experience

10   with this so-called love-bombing or overenthusiastic

11   acceptance?

12         A     No, no.   These are the opinions that I've

13   formed from reading the experience of others.

14         Q     And are these -- the experiences of others,

15   are they primarily in news articles or what sources

16   are you reading these --

17         A     I think it's very hard to live in today's

18   world without realizing there is a strong urge in

19   schools, in medical circles, and in the general

20   environment to be affirming and only be affirming to

21   someone who presents with a -- with a feeling that

22   they are in the wrong body.   I don't think that

23   that's really very controversial or difficult to

24   perceive.

25         Q     Is it your opinion that this is

1    problematic?

2         A      Absolutely.

3         Q      You say -- I think going down to -- I'm

4    sorry, I'm trying to find a reference here.

5              So you also discuss an issue that arose in

6    Virginia where a sexual assault was -- well, as you

7    put it, was committed by a, quote, "Self-described

8    trans female."

9              Do you see that section?

10        A      Yes.

11        Q      And you quote -- or, I'm sorry, you cite to

12   an article here that was published in the Washington

13   Examiner?

14        A      Uh-huh.

15        Q      I'm going to show you that article.

16             (Document is displayed).

17             Is this the article that you were citing

18   to?

19        A      Probably.

20             (Whereupon, Exhibit Number 28 was marked for

21   identification purposes and made a part of the

22   record.)

23        Q      (By Ms. Dunn) I'm going to -- I will mark

24   this as Plaintiffs' Exhibit 28.

25        A      Can you enlarge it?

1        Q     Of course.   Can you tell me where you got

2     the information that this person who committed this

3     sexual assault was a, quote, "Self-described

4     trans female"?

5        A     There was more than one article about this.

6     This is only one that I cited.

7        Q     And here it just says there was "a male

8     perpetrator who was wearing a skirt."

9             This article, which is the one you cited in

10    your report, doesn't identify this individual as a

11    trans person -- transgender person?

12       A     Oh, no, there have been several reports.   I

13    cited one, but this, you know, was clearly reported

14    in the news.

15            And, yes, the reason he was in the girls

16    bathroom was because he had felt proclaimed to be

17    transgender.   I think that that self-diagnosis might

18    be questionable.   I don't think that people who truly

19    feel they're transgender are at risk for sexual

20    assaults opposite their biologic sex.

21       Q     I'm just -- at this point I'm just asking

22    about your citation here.   So you have described the

23    person who committed this assault as a

24    "self-described trans female," and then you cited

25    this article.

1              And I just want to confirm that this

2      article does not refer to this person as a

3      self-described trans female.

4          A    Well, this is -- this is a reference to the

5      article, but it looks like -- that does say he was

6      wearing a skirt.

7              There are a couple of links there.  Do they

8      also mention that he had described himself as

9      transgender?  Because he had.  And we can find it.

10     Do you want to look?

11         Q    Well --

12         A    Can you click those links about "sexual

13     assault" or "May 21 sexual assault"?

14         Q    Dr. Donovan, I'm not asking you to read

15     from the report, respectfully.

16              I am asking -- you cited this article in

17     your assertion that this individual was a

18     trans female.  So I'm just asking -- in looking at

19     this document, it does not state that the individual

20     who committed this assault was a self-described

21     trans female; is that correct?

22         A    And I was saying I think it may be

23     contained in those links about the same incidents.

24         Q    Well, then -- but you did not provide a

25     citation to those particular articles when you wrote

Page 260

1    your report?

2         A    I just provided this citation.

3         Q    And I'm going to pull up one more article

4    on this issue.

5              (Document is displayed).

6              So this is a CNN article that's about this

7    same sexual assault in Virginia.

8              Have you ever seen this article,

9    Dr. Donovan?

10        A    I don't recall seeing it.

11             (Whereupon, Exhibit Number 29 was marked for

12   identification purposes and made a part of the

13   record.)

14        Q    (By Ms. Dunn) I'm going to mark this as

15   Plaintiffs' Exhibit 29.

16             So CNN looked into this issue and they

17   report here on this page that they "could not find

18   evidence substantiating that the student identified

19   as transgender or gender-fluid."

20             Were you aware that that report had not

21   been substantiated by other news sources?

22        A    I don't know how they failed to find it.  I

23   don't -- I don't know what this refers to.  I don't

24   know if they interviewed him or somebody else.  I

25   mean, this tells me nothing.

1      Q    I'm just asking if you were aware that

2    competing news sources were not able to substantiate

3    the claim that this person was a trans female?

4      A    I -- I actually would -- it's easier to say

5    yes or no on this one rather than go into the

6    details, but I'll accept that.

7      Q    So you were not aware that other sources

8    were unable to substantiate that claim?

9      A    An unsubstantiated claim doesn't mean a

10   false claim.  That's all I'm trying to indicate here.

11          But, yes, I -- I don't know anybody who's

12   interviewed the guy directly.  The thing was -- it

13   was very difficult to get information on the details.

14   He was in a girl's bathroom wearing a skirt.  You

15   know, whether or not he had been diagnosed by himself

16   or someone else as transgender is completely unknown

17   to me.  I would doubt the diagnosis that he gave.

18     Q    But you cited to one article, and I'm just

19   asking if you were aware of this other information

20   from another news source.

21     A    And I said "no."

22     Q    You're not aware?

23     A    Not this news source.

24     Q    Thank you.

25          On Page 6 of your report, which I'll pull

Page 262

1   up in just one moment.

2            (Document is displayed).

3            You cite to an article by Abigail Schrier.

4   Are you familiar with this article?

5       A    Yes.

6       Q    Do you know where this article was

7   published?

8       A    Oh, there, "Top Trans Doctors Blow the

9   Whistle on Sloppy Care."

10      Q    And where was this article published?

11      A    Says "Emmaus Road Ministries, 5 October

12  2021."

13      Q    And is that a peer-reviewed source?

14      A    You're not going to find very many

15  discussions about these things in peer-reviewed

16  sources.  They basically, you know, have one

17  orientation.

18           No, this, I don't think, would be a

19  peer-reviewed source either.

20      Q    Moving on to Page 7.  We'll go to the

21  second paragraph.  So this is Page 7, Appendix 243.

22  The second paragraph.

23           I'm sorry, I'm having trouble.  I think I

24  have a different version of the report pulled up than

25  one of my colleagues, so I'm trying to identify

1    where --

2        A    Okay.  Well, whatever you have is what I'm

3    looking at as well.

4        Q    Okay.  Simone was looking at the actual

5    pages in the PDF and not the numbered pages and

6    that's why we had some confusion, so that's my fault.

7    Okay.  I'm wondering why I was so confused and now I

8    understand.  All right.  I apologize in wasting your

9    time in trying to figure that out.

10           So we're going back up to Page 5, which is

11   Appendix 241.  And you say, "The rate of suicide

12   among post-operative transgender adults in a study

13   from Sweden found an incidence 20 times greater than

14   that of the general population."

15           What study are you citing here?

16       A    I don't see it.  I don't even see the --

17   what you're reading to me.

18       Q    Oh, I'm sorry.  It's --

19       A    Which paragraph?

20       Q    -- the second paragraph.  I'm looking at

21   the second to last sentence in that paragraph.

22       A    Oh, okay.  Yeah.  Yes, I do remember

23   reading that.  I didn't cite the article there.

24       Q    Can you provide us with a name of that

25   study here today?

Page 264

1       A     Not off the top of my head, no.

2       Q     Slightly before this, the third to last

3   sentence of that paragraph you say, "Studies have

4   shown that adult transgender persons continue to have

5   evidence of depression and suicidality following

6   treatment."

7             What studies are you referencing there?

8       A     Actually, I don't know.  That may even be

9   the -- among others, may be the same study, but I

10  don't have the reference down there.

11      Q     So there's no citation provided in your

12  report --

13      A     Right.

14      Q     Regarding either of these two studies?

15      A     That's true.

16      Q     Are you aware of any studies that found

17  there were positive mental health outcomes among

18  transgender adolescents and young adults after

19  receiving gender-affirming care?

20      A     Well, there have been positive results

21  reported.

22      Q     And did you consider those studies when you

23  were preparing your opinions in this report?

24      A     Of course.

25      Q     Do you reference any of those studies in

Page 265

1    this report?

2         A    If you're going to ask me for citation

3    saying that there's -- on supportive ones, no, I

4    didn't put that in there either.

5              One of the problems is that so many of

6    these studies have been criticized because of the

7    form in which they were done, how the questions were

8    asked, and how they were reported, who was asked and

9    who wasn't asked, you know, and who refused to ask.

10             So, yes, I know that they had been

11   reported.  I don't know that they are any more

12   convincing evidence.

13        Q    What evidence do you have with regard to

14   those criticisms?

15             What evidence do you have of those

16   criticisms?  What are you referring to?

17        A    Oh, you mean are there criticisms of some

18   of the transgender reports or satisfaction surveys or

19   something?

20        Q    I'm asking what criticisms.  I'm asking --

21        A    Yeah.  I don't even --

22        Q    -- if you --

23        A    -- have that stated here, so, no, I don't

24   have a citation for that.  I didn't even use that

25   citation, seeing as how if it was sloppy work I

1    didn't think I'd want to cite that.

2         Q    So I'm going to move down again to Page 6.

3    This is marked as Appendix 242.  So you reference two

4    phenomena that may be associated with -- you say

5    "this," and I -- I think we're maybe referring to

6    this idea of overenthusiastic affirmation or

7    love-bombing.  Is that correct that that's what

8    you're referring to?

9         A    A strong affirmation for the diagnosis and

10   treatment.

11        Q    So you say here that, "It may not only be

12   easier to identify as transgender in today's

13   environment, it may be more difficult to turn one's

14   back on that diagnosis."

15             What evidence do you have to support this

16   statement?

17        A    I said it "may."  That's my opinion, that

18   it may be more difficult to turn one's back if you're

19   being strongly affirmed in any direction.

20        Q    Have you cited any data to support that

21   assertion?

22        A    Well, I think maybe the subsequent lines

23   about re-transitioning and de-transitioning and

24   switching back and forth may be supportive of that.

25        Q    But you're suggesting that because a recent

1    study found that fewer youth re-transitioned, that

2    that is because it's more difficult to turn one's

3    back on a diagnosis of gender dysphoria?

4          A    Yes.

5          Q    Why -- how can -- I guess, what evidence do

6    you have that the lower rate of re-transition is

7    caused by the fact that it's harder to turn one's

8    back on the diagnosis?

9          A    I'm sorry, I misunderstood your previous

10   question, I'm afraid.

11             No, I think that enthusiasm and support for

12   the diagnosis may be making it harder for people to

13   then change their minds about their condition.

14         Q    But then when I asked what evidence you had

15   to support that, you cited to the evidence that

16   follows in that paragraph, which is evidence that --

17   it's a study where the rate of re-transition, where

18   someone changed their gender identity back, is -- is

19   significantly lower than it was in earlier studies.

20             Does that data support your contention that

21   it's harder to turn one's back on a diagnosis?

22         A    I think that if you are being strongly

23   affirmed, yes, you will be less likely to say, "I

24   change my mind."

25         Q    But what evidence do you have of that, that

1    that's what's happening?

2         A    It's really kind of what we had just

3    discussed, I think, that, you know, in fact, if you

4    see stronger affirmation you may see fewer people

5    saying that they no longer feel that way compared to

6    historic data.

7         Q    But merely citing a study which says that

8    rates of re-transition have decreased does not

9    necessarily mean that it's because of the cause --

10   the -- the hypothetis- -- I mean, you hypothesize

11   that there are two phenomena that may be, you know,

12   related to this, but those statistics about lower

13   rates of re-transition don't necessarily prove that

14   that was caused by these phenomena that you

15   identify; isn't that correct?

16        A    It says it may be an explanation.

17        Q    But you have no evidence to demonstrate

18   causation?

19        A    That's why you say things like "it may be

20   an explanation."

21        Q    So here at the top of Page 7, Appendix 243,

22   you say that, "All of this leads to the conclusion

23   that we must ask if this represents a shift towards

24   being trapped in the wrong diagnosis rather than a

25   child being trapped in the wrong body."

1          What diagnosis would be right in this

2     situation?

3          A     The wrong diagnosis, I think, is when we

4     are saying that your gender identity is both correct

5     and the cause of all your problems.

6          Q     So what diagnosis would be the right

7     diagnosis in that situation?

8          A     Perhaps what used to be thought of as

9     gender identity disorder would be closer to accuracy.

10         Q     And going further down on this page, in the

11    second paragraph about midway through, you say that,

12    "We may be making a fundamental mistake in

13    approaching transgender phenomena, not as a disease

14    or disorder but as a dysphoria that is a cause for

15    affirmation."

16              So you believe that being transgender

17    should be treated as a disease or disorder?

18         A    It was a disorder until most recently.  And

19    I think that the transition to a dysphoria does not

20    serve the interest of the patient.

21         Q    So you believe that the medical community

22    should return to a time when being a transgender

23    person was a mental health condition that was treated

24    only with psychotherapy?

25              MR. BEATO:  Object to form.

Page 270

1          Dr. Donovan, you can answer.

2          THE WITNESS:  I think that it would be a

3   very appropriate thing to do to test that theory.  It

4   hasn't been.

5      Q    (By Ms. Dunn) So is it your opinion that

6   the most appropriate treatment for gender dysphoria

7   is psychotherapy with a goal of re-aligning a

8   person's gender identity with their sex assigned at

9   birth?

10     A    That's not what I said, no.  I said that

11  both of those approaches are essentially untested

12  hypotheses.

13         The purely psychiatric or psychological

14  approach has fallen into great disfavor and the

15  affirming approach is the predominant one with, in

16  many cases, a nod towards some psychological

17  discussions.  But, in reality, that's not been used

18  as a exclusive approach, nor has it been tested

19  against gender-affirming therapy as it has now been

20  practiced.

21     Q    What is -- what evidence do you rely on to

22  say that gender-affirming care is an untested

23  hypothesis?

24     A    Well, I think that we've kind of covered

25  the fact that the long-term studies have been rather

1    deficient in testing the results of the therapy.

2        Q    Is there a specific source in your report

3    that supports that the impacts of gender-affirming

4    treatment are unknown?

5        A    Well, I didn't actually say they were

6    totally unknown.  I said that what is known is

7    insufficient.

8        Q    And what studies are you relying on to make

9    that assertion?

10       A    Well --

11            MR. BEATO:  Object to the form.

12            Dr. Donovan, you can answer the question.

13            THE WITNESS:  Okay.  I think that what

14   you -- what you have to understand is what I'm saying

15   is that there are -- there's an absence of studies.

16   You can't rely on studies that don't exist.

17            And in terms of good, scientifically

18   designed and carried out programs with sufficient

19   numbers of patients to actually test a theory, you

20   don't find those.

21       Q    (By Ms. Dunn) But can you cite to any one

22   study that supports this assertion?

23       A    You're asking about a study that supports

24   that there aren't studies?

25       Q    No, a study that supports the fact that

Page 272

1  there are unknown risks that are of such a concern
2  that this care should not be provided.
3       A    I'm sorry, that doesn't completely compute.
4  Try that again, if you would be so kind.
5       Q    Well, you're making the assertion that we
6  don't know enough about the impacts of this care in
7  order for it to be provided.
8       A    Yes.  And that would be by definition of
9  unknown risk.  So you really can't have a study of
10 the unknown risks --
11      Q    So there's no --
12      A    -- because they haven't been able to
13 determine the risks.
14      Q    But what evidence of these unknown risks
15 are you relying on in formulating your opinions about
16 whether the care should be provided?
17      A    Ms. Dunn, there have been suggestions that
18 there could be risks that they've shown up in
19 individuals, but we don't know in how many
20 individuals or how long or how -- whatever.  But that
21 is, by definition, an unknown risk.
22           And by definition, you can't know the
23 unknown risks until you have done the studies that
24 could reveal them.
25      Q    So are you relying on anecdotal, you know,

1    examples of these risks?

2             I'm just trying to understand where the

3    information of these unknown risks that keep being

4    referenced -- I just want to -- I'm trying to figure

5    out where that information is coming from, where we

6    can look to to help understand that.

7        A    You are actually giving a good definition

8    for the need to do careful, large, controlled studies

9    because that's how you find unknown risks.  Nobody

10   will find an unknown risk without that.  At least not

11   be able to document it in large numbers.

12            Has it been documented in individuals?  Of

13   course.  This is why people are calling for the

14   studies.

15       Q    But there are always unknown risks in

16   providing medical care.  I'm just trying to determine

17   what information you're relying on in saying that

18   this type of care is associated with such a risk that

19   it should not have been provided.

20            MR. BEATO:  Object to form.

21            Dr. Donovan, you can answer.

22            THE WITNESS:  Actually, I did say that if

23   you were going to provide this care, it should be

24   done in a controlled, experimental venue where you

25   were also comparing it to something else that might

Page 274

1    be effective without the risks of surgery or hormones

2    or whatnot.  That was actually my contention all

3    along.

4         Q    (By Ms. Dunn) Have you reviewed any studies

5    that demonstrate that gender-affirming care is

6    both -- is safe?

7         A    Safe for what?

8         Q    That it's a safe method of medical

9    treatment.

10        A    Well, I think this is what we've been

11   talking about.

12             First off, there's no medical treatment

13   that's completely safe.  You know, that's just a

14   truism.

15             But if you're talking about, you know, do

16   we have the studies that demonstrate sufficient

17   safety to overcome concerns about, you know,

18   potential harms, that's exactly what I'm asking for.

19        Q    Have you read any studies that demonstrate

20   that gender-affirming medical treatments are safe and

21   effective?

22        A    Nothing that should be considered

23   definitive or reliable, no.  That's why I think the

24   studies need to be done.

25        Q    But there are no studies showing the safety

Page 275

1   or efficacy of gender-affirming care that you find
2   credible to rely on?
3       A    I don't think that they have been done
4   carefully in a large enough series of patients for a
5   long enough period of time and conducted in an
6   appropriate manner to be able to answer that
7   question.
8       Q    And what are these studies that you're
9   referring to that are unreliable?
10      A    I haven't found any that should fit the
11  reliability category that we're discussing here, in
12  terms of sufficient numbers, sufficient duration,
13  sufficient design.
14           You know, and it depends on which kind of
15  question you're trying to ask.  So, I mean, are you
16  talking about their psychological benefits or their
17  physical harms or -- you know, basically we just
18  don't have enough to -- to rely on at this stage.
19      Q    So I guess what I'm asking, though, is can
20  you name a single study that you have read that you
21  determined was not reliable?
22           These studies we're talking about that are
23  not sufficiently reliable, can you name a single one?
24      A    I have read studies and I can't name any
25  that are reliable, so I certainly couldn't name the

1   ones that aren't.

2       Q   Okay.  I'm going to show you a document,

3   Dr. Donovan.

4           (Document is displayed).

5           Do you recognize this document?

6       A   I actually don't recognize it, but it's got

7   my name on it, so I believe it.

8       Q   So you don't recall sending this email?

9       A   When was that done?  May 12th?  No, I sure

10   don't.

11           (Whereupon, Exhibit Number 30 was marked for

12   identification purposes and made a part of the

13   record.)

14       Q   (By Ms. Dunn) I'm going to mark this as

15   Plaintiffs' Exhibit 30.

16           Do you recall that Devona Pickle and Jason

17   Weida and Andrew Sheeran were the individuals at the

18   Agency for Healthcare Administration that you worked

19   with?

20       A   That sounds right.

21       Q   Do you recall the draft of the report that

22   you were preparing that was attached to this email?

23       A   No, definitely not.

24       Q   I'm going to pull up a draft of your report

25   so we can see if it might be that one.

Page 277

```
 1              (Document is displayed).
 2              Do you recall seeing this draft of your
 3   report?
 4        A    No.
 5              (Whereupon, Exhibit Number 31 was marked for
 6   identification purposes and made a part of the
 7   record.)
 8        Q    (By Ms. Dunn) Okay.  So if we could mark
 9   this as Plaintiffs' Exhibit 31.
10              I'm just going to scroll down to --
11        A    Pardon me.  Just to clarify, this is not
12   something I submitted finally; is that right?
13        Q    I believe this was a draft.  This wasn't
14   what was publicly released with the GAPMS memo, but
15   this is a draft of that same report, as far as I can
16   tell, that has some, you know, redline edits in it.
17   They're actually green or blue on this copy, but --
18        A    Okay.  I can't see any edits at all, but
19   I'll trust you.
20        Q    So I'll just show you.  So right here do
21   you see these redlines?  Or they're not red, they
22   appear to be green.
23              But you don't recognize this?
24        A    Not really, no.
25        Q    Well, I'm just going to ask you about a
```

Page 278

1    specific statement in this particular report.

2              So one difference between this report and

3    the report that we were just reviewing that was the

4    final report, that was publicly released with the

5    GAPMS -- during the GAPMS process is the sentence

6    that's bolded here.

7              It says, "It should be noted that none of

8    my observations and criticisms are based on any

9    so-called religious objections."

10             Why did you feel the need to include that

11   statement in this draft of the report?

12        A    Probably hoping to skip the first two hours

13   of this deposition.

14        Q    Is there a reason -- was anyone concerned

15   that your opinions would be viewed as based on

16   religious objections?

17        A    Well, we did seem to spend an inordinate

18   amount of time talking about various religious

19   connections this morning.  And I just wasn't -- they

20   were irrelevant to what I was writing, so I thought I

21   would put that in.  But it didn't even show up in the

22   last one.  Maybe they didn't want to tempt anyone

23   beyond their ability to resist.

24        Q    Do you know why it was removed?

25        A    I don't.

1     Q    Do you know if anyone internal to AHCA, so

2    anyone at the agency, expressed concern that your

3    opinions might be considered to be religious?

4     A    Oh, no, that didn't come from anybody else.

5    That was all me.

6     Q    So today we've reviewed the sources you

7    relied upon in formulating your opinions in the

8    case; is that correct?

9     A    Correct.

10    Q    We've discussed that kind of ad nauseam.

11         And I'm going to pull up your bibliography

12   just one last time.

13         (Document is displayed).

14         Which of these articles are peer-reviewed

15   articles, journal articles that you relied on for

16   your -- your expert report?

17    A    I will have to tell you that I did not rely

18   on exclusively peer-reviewed articles because

19   peer-reviewed articles are extremely difficult to

20   come by in -- on this topic unless you're in favor of

21   gender-affirming care.  There is such a strong urge

22   towards supporting it that anything negative is very

23   difficult to get published.

24    Q    Can you identify whether any of these

25   articles were -- are peer-reviewed journal articles?

Page 280

1        A     I think -- looks like the Clayton one and

2   the Levine one are.  And the Abbruzzese one looks

3   like it is.  And the DSM is not peer-reviewed, it's

4   just what it is.

5        Q     Well, I'm sorry, so if we can just go a

6   little bit more slowly --

7        A     I'm going from the bottom to the top.

8   Sorry.

9        Q     That's okay.  So Clayton we looked at, and

10  I'm happy to pull it up again, but that was a letter

11  to the editor.

12       A     Oh, was it?  Well, okay, that wouldn't have

13  been peer-reviewed.  That would have been published

14  literature but not peer-reviewed.

15            So, basically, I think we have been through

16  them all.  I don't have anything to change on that

17  then.

18       Q     And you didn't cite to the DSM-5, in fact,

19  you cited to a Human Life International --

20       A     Oh, okay.

21       Q     -- article -- online article on gender

22  dysphoria in the DSM-5.  Is that not correct?

23       A     That looks right.

24            MS. DUNN:  I am done with my questions on

25  direct.  So at this point I'll turn it over to see if

Page 281

1    your attorney has any questions for you.  Or not your

2    attorney, I'm sorry, the defense attorney --

3    defendants' attorney.

4              MR. BEATO:  Sure.  And thank you for your

5    testimony, Dr. Donovan.  I know it's been a long day,

6    but I just have four questions to ask you.

7              THE WITNESS:  Okay.

8                    CROSS-EXAMINATION

9    BY MR. BEATO:

10        Q    So we established that you submitted a

11   report attached to the GAPMS report, correct?

12        A    Correct.

13        Q    Did AHCA, the defendant in this case, did

14   AHCA ask you to opine on treatments for gender

15   dysphoria as an experienced ethicist?

16        A    Only as an ethicist.

17        Q    Okay.  We reviewed your report attached to

18   the GAPMS report.  Do you today stand by the

19   conclusions that you made in your report?

20        A    I do.

21        Q    Dr. Donovan, do you think that treatment

22   for gender dysphoria is a controversial subject

23   matter?

24        A    Yes.

25        Q    And my question is, why wade into this

Page 282

1      controversial subject matter?
2              A      Why did I or why do others?
3              Q      Why do you.  Why do you specifically.
4              A      Simply because my entire life has been in
5      serving the needs of children and being concerned
6      about the ethical aspects of those treatments, and I
7      thought that there were people reluctant to speak up
8      about this, so I felt somewhat obligated when asked.
9                  MR. BEATO:  No further questions.
10                 MS. DUNN:  May I just have one brief
11     second?  I won't be long, I promise, and then I think
12     we'll be all done.
13                 MR. BEATO:  Absolutely.
14                 (Recess taken from 5:02 p.m. to 5:04 p.m.)
15                 MS. DUNN:  Thank you for your time today,
16     Dr. Donovan.  Plaintiffs are done with their
17     questioning as well.
18                 THE WITNESS:  Thank you, Ms. Dunn.  I'm
19     happy to hear that you are done.
20                 MR. BEATO:  Okay.  He will read.
21                 Dr. Donovan, in reading you get to look
22     over the transcript, and if there's any changes you
23     want to make there's a sheet for them.
24                 THE WITNESS:  Fine.
25                 MS. DUNN:  Plaintiffs will order the

Page 283

1    deposition transcript and we'd like it expedited,

2    please.

3                MR. BEATO:  We would like the transcript,

4    too.  Not expedited.

5                (Deposition adjourned at 5:05 p.m. CST)

6                        * * * * * *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 284

1                    J U R A T   P A G E

2

3             I, G. KEVIN DONOVAN, M.D., M.A., do hereby

4     state under oath that I have read the above and

5     foregoing videotaped deposition in its entirety and

6     that the same is a full, true and correct transcript

7     of my testimony so given at said time and place,

8     except for the corrections noted.

9

10                        _____

11                        G. KEVIN DONOVAN, M.D., M.A.

12

13             Subscribed and sworn to before me, the

14     undersigned Notary Public in and for the State of

15     Oklahoma, by said witness _____, on this

16     the _____ day of _____, 2023.

17

18                        _____

19                        Notary Public

20

21     My Commission Expires: _____

22

23

24     JH

25

Page 285

1                  C E R T I F I C A T E

2

STATE OF OKLAHOMA   )

3                                ) SS:

COUNTY OF OKLAHOMA  )

4

5              I, Jana C. Hazelbaker, Certified Shorthand

6      Reporter within and for the State of Oklahoma, do

7      hereby certify that G. KEVIN DONOVAN, M.D., M.A., was

8      by me first duly sworn to testify the truth, the

9      whole truth, and nothing but the truth, in the case

10     aforesaid; that the above and foregoing

11     videoconference deposition was by me taken in

12     shorthand and thereafter transcribed; that the same

13     was taken on MARCH 22, 2023, located in SAND SPRINGS,

14     Oklahoma; that I am not an attorney for nor relative

15     of any of said parties or otherwise interested in the

16     event of said action.

17              IN WITNESS WHEREOF, I have hereunto set my

18     hand and official seal this 27th day of March, 2023.

19

20

21

                      <%8249,Signature%>

22                    Jana C. Hazelbaker, CSR

                      State of Oklahoma CSR No. 1506

23

24

25

Page 286

1   G. Kevin Donovan, M.D. c/o Michael Beato, Esq.

    mbeato@holtzmanvogel.com

2

                              March 28th, 2023

3

4   RE: Dekker, August, Et Al. v. Weida, Jason, Et Al.

5       3/22/2023, G. Kevin Donovan, M.D., M.A. (#5815158)

6       The above-referenced transcript is available for

7   review.

8       Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12      The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  transcripts-fl@veritext.com

16

17      Return completed errata within 30 days from

18  receipt of testimony.

19      If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22                  Yours,

23                  Veritext Legal Solutions

24

25

Page 287

```
 1   Dekker, August, Et Al. v. Weida, Jason, Et Al.

 2   G. Kevin Donovan, M.D., M.A. (#5815158)

 3                  E R R A T A   S H E E T

 4   PAGE_____ LINE_____ CHANGE_____

 5   _____

 6   REASON_____

 7   PAGE_____ LINE_____ CHANGE_____

 8   _____

 9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   G. Kevin Donovan, M.D., M.A.        Date

25
```

Page 288

1    Dekker, August, Et Al. v. Weida, Jason, Et Al.

2    G. Kevin Donovan, M.D., M.A. (#5815158)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, G. Kevin Donovan, M.D., M.A., do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____   _____

12   G. Kevin Donovan, M.D., M.A.       Date

13   *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20____.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

**[& - 23]**                                                                    Page 289

| & | | | |
|---|---|---|---|

**&**   2:17

**0**

**002078**   110:11
**00325**   1:6

**1**

**1**   2:12 4:3 12:22
13:1 14:10,22
18:14 46:19
64:15 85:18
120:17 138:24
140:2 211:19
**10**   4:15 21:3
89:4,8,21 91:5
123:3 150:17
**100**   4:19
**101**   99:3
**105**   2:12
**10:31**   72:10
**11**   4:16 67:15
89:9,13 91:14
129:5 130:10
**114**   4:21
**115**   4:22
**117**   4:23
**119**   2:18
**11:35**   112:24
**12**   4:3,17 5:19
92:9 93:4,11
130:23 213:23
214:6,8
**1229**   2:5
**125th**   2:5

**12:10**   112:25
**12:44**   138:6
**12th**   276:9
**13**   4:4,19 92:15
100:10,14
150:13
**14**   4:20 81:25
114:18,24
116:25 131:13
**149**   5:4
**15**   4:22 21:3
83:10,11,13
84:13 115:5,9
141:6 208:24
**150**   31:9,11
**1506**   285:22
**157**   5:5
**15th**   12:4
**16**   4:23 83:25
101:22 117:18
117:23
**160**   5:7
**17**   5:4 72:23
73:1 83:12
84:23 122:8
123:1 142:19
149:18,22
150:13
**171**   5:8
**18**   5:5 94:4,4
150:16 157:24
158:3 213:16
214:9
**181**   5:9

**183**   5:10
**186**   5:11
**188**   5:12
**19**   5:6 94:9
151:21 160:5,12
186:2
**1930s**   198:14,17
198:21 199:1
**1970**   27:17
**1974**   27:17,23
**1977**   27:23 28:2
**1979**   28:2,8
**1980**   28:8
**1980s**   68:12
**1982**   68:3
**1991**   70:18
**1993**   70:16
**1994**   28:11
**1997**   70:10
**1:19**   138:6

**2**

**2**   4:4 13:14
14:13 79:5 80:3
85:21 105:25
134:22 138:12
139:2 164:19,21
215:11
**20**   5:8 84:17
95:3 148:18,19
149:7 150:9,19
150:20 159:11
171:1,7 208:24
213:18 214:10
214:18 229:24
263:13 288:15

**2004**   68:4
**2007**   4:11 77:5
**2008**   68:12
**2009**   68:12,22
**2012**   30:1 45:25
52:21 53:15
102:12 122:23
**2015**   241:7
**2017**   105:10
151:4
**2018**   31:2 46:5
160:11
**2019**   212:4
**2020**   30:1 42:10
**2021**   262:12
**2022**   5:19 241:1
241:4,22
**2023**   1:16 6:6
12:5 241:22
284:16 285:13
285:18 286:2
**20s**   236:2
**21**   5:9 95:10
181:13,20
223:13,14
259:13
**210**   5:13
**213**   5:15
**22**   1:16 5:10 6:6
97:17 164:6
183:3,7 285:13
**23**   5:11 98:6
168:8 173:7,10
186:3,7

**236-244**   5:13
**237**   211:21
**238**   215:12
**239**   224:23
   235:24
**24**   5:12 98:16
   174:21 188:18
   188:22
**240**   245:11
**241**   249:15
   263:11
**242**   266:3
**243**   262:21
   268:21
**245**   5:16
**25**   5:13 45:5
   67:21 98:20
   181:22 199:7
   210:17,21 214:5
**257**   5:17
**26**   5:14 68:10
   98:25 99:3
   138:11 192:25
   213:7,11
**260**   5:18
**27**   4:5 5:16
   199:10 245:1,7
**270-5938**   2:19
**271-8890**   2:6
**276**   5:19
**277**   5:20
**27th**   285:18
**28**   5:17 203:14
   257:20,24

**281**   3:6
**284**   3:7
**286**   3:8
**28th**   286:2
**29**   5:18 203:15
   260:11,15
**2:19**   181:12
**2:27**   181:12

**3**

**3**   4:5 27:9,13
   38:23 39:1
   46:17,21 73:13
   74:22 80:10
   85:21 139:4
   224:23 235:24
**3/22/2023**   286:5
**30**   5:19 251:5
   276:11,15
   286:17
**30030**   2:13
**31**   5:20 277:5,9
**32301**   2:19
**32601**   2:6
**34**   4:6
**35**   31:19
**362**   2:6
**38**   4:8
**3:21**   218:19
**3:26**   218:19

**4**

**4**   4:6 34:4,9
   38:20 43:11
   80:14 85:24
   86:4 130:18

   139:6 160:18
**4-5**   3:3
**40**   31:19 148:19
   149:7 150:9,19
   150:20 223:6
   251:6
**401**   222:15
   223:6 224:17
**401-409**   222:23
**404**   2:13 223:7
**409**   222:15
   224:17
**45**   223:21 224:6
   224:16
**46**   222:15,23
   223:6,16,17,18
   223:21 224:6,12
   224:13,16
**4:02**   244:25
**4:08**   244:25
**4:22**   1:6

**5**

**5**   4:7 34:25
   38:13,18 74:1
   80:22 86:19
   139:7 143:19
   247:6,17 248:5
   248:6 249:14
   262:11 263:10
   280:18,22
**500**   2:18
**50s**   198:18
**538**   36:25
**56**   4:10

**5815158**   286:5
   287:2 288:2
**5:02**   282:14
**5:04**   282:14
**5:05**   283:5

**6**

**6**   3:4 4:9 36:25
   56:12,16 139:10
   261:25 266:2
**60**   72:13
**60s**   198:19

**7**

**7**   3:5 4:11 76:18
   76:19 262:20,21
   268:21
**76**   4:11,13
**78**   85:8

**8**

**8**   4:12 76:25
   77:4 81:7,17,24
   90:2 122:6
**8-12**   118:9,11
   119:8
**8-13**   119:12
   120:12
**80**   151:21 152:3
   235:25 236:10
**8249**   285:21
**850**   2:19
**88**   4:14
**89**   4:15,16
**897-1880**   2:13

| 9 | | | |
|---|---|---|---|
| **9**  4:14 34:24 35:11 39:2 88:19 89:3 90:12,20,23 | 166:6,10 176:3 177:12 179:12 191:7,12,19 195:23 201:2,15 201:25 202:18 203:6 220:13 | **academy**  74:8 76:4 81:8 82:8 82:19,20,21 **accept**  36:9 119:16 154:8 219:7 261:6 | **acp**  113:15 **acquired**  29:12 31:3 **acronym**  91:16 **acronyms**  17:4 **action**  285:16 |

**9**  4:14 34:24
35:11 39:2
88:19 89:3
90:12,20,23
**93**  4:18
**9:03**  7:2

**a**

**a.m.**  7:2 72:10
72:11 112:24
**aap**  73:13,15
74:2 81:21
113:20
**abbreviation**
66:18
**abbreviations**
16:17
**abbruzzese**  5:8
169:4 170:2,6,7
170:15,17 171:5
171:9,11,25
280:2
**aberration**
144:2
**abigail**  262:3
**ability**  9:7 110:5
110:25 111:14
112:4 205:9
278:23
**able**  22:23 56:5
75:11 101:9
108:23 110:19
111:23 123:8
132:8 133:1
140:24 142:2

166:6,10 176:3
177:12 179:12
191:7,12,19
195:23 201:2,15
201:25 202:18
203:6 220:13
221:11,20 235:2
236:12 241:20
261:2 272:12
273:11 275:6
**abnorm**  144:6
**abortionists**
83:25
**above**  130:21
190:4,11 284:4
285:10 286:6
288:7
**absence**  105:15
107:5,6 206:5
229:9 230:15,16
271:15
**absent**  206:12
**absolute**  220:25
**absolutely**
126:2 180:11
181:11 216:15
238:17 257:2
282:13
**absolutes**
131:11 218:25
**abstracted**
54:24
**academic**  94:16
255:11

**academy**  74:8
76:4 81:8 82:8
82:19,20,21
**accept**  36:9
119:16 154:8
219:7 261:6
**acceptance**
155:22 256:2,2
256:6,11
**accepted**  16:11
16:19 82:13,14
82:16,16,19
87:24 88:16
118:4 196:6
**accepting**  88:16
88:17 145:12
**access**  200:11
**accompanied**
138:18
**accompanies**
140:12
**accuracy**  269:9
286:9
**accurate**  27:5
46:24 57:18
136:25 137:8
148:3 176:21
214:7 242:11
243:22
**accurately**
195:23 251:6
**acknowledge...**
288:3
**acknowledgm...**
286:12

**acp**  113:15
**acquired**  29:12
31:3
**acronym**  91:16
**acronyms**  17:4
**action**  285:16
**active**  34:21
47:20 48:22
53:5 57:21,24
58:3
**actively**  30:21
48:20
**activities**  29:24
30:6,7,8 40:21
130:12
**actual**  60:4
73:22 107:19
227:2 263:4
**actually**  19:17
20:12 21:20
25:8 55:17
58:18,24 63:20
66:22 70:10
76:14 84:21
90:22 92:22
100:17 101:17
102:9 117:14
148:22 150:20
155:25 158:15
174:8 175:21,25
177:11 178:23
179:22 184:21
187:22 197:4
202:4 205:7,10
213:12 218:2

219:16 227:23
227:23 231:24
235:20 236:5
239:7 243:19
251:16 261:4
264:8 271:5,19
273:7,22 274:2
276:6 277:17
**ad** 279:10
**adaptation**
115:15
**add** 135:17
**added** 133:12
134:2 135:15
**addition** 191:24
**additional** 28:4
110:12 126:11
132:24 135:14
137:4
**additionally**
28:10
**additions** 288:6
**address** 184:25
228:16
**addressed** 63:15
63:23 66:2,7
238:11
**addresses**
238:23
**addressing**
213:19 228:24
**adds** 134:6
**adequate**
217:13

**adhere** 35:14,24
36:2 67:6
**adherence** 35:3
**adjourned**
283:5
**administration**
10:9 16:13,21
16:23 18:17
35:6 106:3,18
108:3 111:3
146:22 147:3
194:19 195:4
197:16 210:13
237:7 238:6,10
276:18
**adolescence**
110:24
**adolescent**
206:19 236:24
237:13,21
**adolescent's**
110:5,13
**adolescents**
101:21 102:17
105:10,14
158:10 199:6
208:23 235:4
264:18
**adopt** 35:2
**adopted** 119:25
120:2
**adult** 68:15
106:2,9 112:2,3
127:19 161:17
264:4

**adults** 107:8
111:20 123:6
129:3 158:10
208:24 229:25
235:21 263:12
264:18
**advance** 10:18
202:10
**advanced** 66:22
**advantageous**
193:16
**adverse** 183:12
184:9 193:2
194:15
**advice** 53:24
**advisements**
34:13
**advisory** 56:19
58:11
**advocacy** 39:19
95:3
**advocating**
203:8
**affect** 9:7,11
68:25 69:7
221:8
**affected** 136:21
**affecting** 131:5
**affiliated** 57:12
113:6,11 172:15
**affiliation** 57:18
57:20 113:3
**affirm** 146:14
**affirmation**
174:9 266:6,9

268:4 269:15
**affirmative**
101:23 213:14
213:21
**affirmatively**
212:8
**affirmed** 247:9
266:19 267:23
**affirming** 5:15
10:4,7 11:3,5,14
16:8 47:14,15
61:4,14 62:8
63:7 64:6 68:7
72:3,6 94:10
99:13,19,23
100:25 101:4
121:6 141:15
142:6 146:6,25
147:6 148:10
180:23 181:4
195:19 196:8,19
196:24 200:17
200:22 202:1
203:16 204:18
205:23 210:15
211:24 212:8,17
213:15,20 214:2
214:6,11,14,19
216:7 218:23
219:2,5,10,14
219:24 220:6
221:11 225:5,19
225:22 226:7,9
226:16,19,20
230:7 231:11

232:3,11,17
235:10,17 240:6
243:7 245:18
254:17 256:6,20
256:20 264:19
270:15,19,22
271:3 274:5,20
275:1 279:21
**affirms**  148:1
**afford**  200:6,23
201:2,15
**aforesaid**
285:10
**afraid**  66:21
127:23 267:10
**age**  101:22
**agency**  16:12,21
16:23,24 17:23
18:17 180:25
194:19 195:4
210:13 211:2,15
241:5 276:18
279:2
**agency's**  195:12
**agents**  105:4,7
107:8 110:13
118:13 222:3
233:9
**ages**  150:13
**ago**  15:8 55:20
63:1 70:18
84:17,17 125:11
199:8
**agree**  37:14
89:20 93:15

113:20 154:15
159:5 163:5
180:12,15
200:21 214:4
241:21
**agreed**  6:2,10
116:21
**agrees**  119:2
**ahca**  16:22 17:8
17:17 110:11
195:20 196:3
279:1 281:13,14
**ahead**  12:16
184:3 186:12
**ajob**  87:19,23
92:24
**akin**  144:8
**al**  1:4,7 7:10
286:4,4 287:1,1
288:1,1
**aliens**  232:8
**aligned**  36:7,11
37:17,22 43:3
119:3 120:11
146:15 147:7
**aligning**  270:7
**alleging**  109:17
**allotted**  286:20
**allow**  109:13
111:17 147:17
**allows**  161:6
**alter**  134:7
145:20
**alternatives**
206:8 208:15

219:17 220:14
221:6
**altogether**
112:1
**ambiguous**
179:2 201:23
**america**  102:22
243:1
**american**  59:9
59:11,14,18
74:8 76:4 81:8
82:8,20 87:11
89:15 92:15
97:2 100:20
112:16 113:6,12
113:25 114:6,11
114:23 115:1,10
116:18 247:17
**amount**  278:18
**analogous**
141:16
**analogues**
103:23 104:5,8
106:19 108:4
240:7 242:1
243:6
**analysis**  4:21
114:2
**andrew**  276:17
**anecdotal**
272:25
**anecdotes**
176:25
**annually**  31:10
31:12

**anorexia**  145:23
146:3,6
**answer**  8:13,22
9:7,18 39:10,13
103:1,2,13
107:3 108:5
109:4 116:22
126:10 137:22
137:24 141:3
161:24 166:17
166:19,21
171:17 178:7
179:15 187:7
195:23 201:23
203:21 207:19
209:10,19,21
218:1 220:9
230:25 231:6,15
231:20,22,22,24
232:7 237:25
242:21 250:15
270:1 271:12
273:21 275:6
**answered**
209:21 219:11
230:2,24
**answering**  8:6,8
8:14,16,19
230:3
**answers**  8:1
9:21 192:4
209:17
**antonnaria**  20:4
**anybody**  103:2
116:22 119:2

132:15 153:12
261:11 279:4
**anymore** 48:12
52:10 81:2
120:18 225:20
**anyway** 204:24
**apa's** 247:22
**apologize** 17:14
71:9 88:6
109:18 129:20
135:20 185:19
250:18,22 263:8
**app** 5:13
**apparently**
54:22 79:20
94:14 106:20
**appealing** 226:2
**appear** 73:6,8
79:1 255:11
277:22
**appeared** 85:13
91:21 97:21
**appearing** 2:2
117:10
**appears** 68:11
90:25 184:21
187:14,15
222:17 223:7
**appended** 288:7
**appendix**
211:21 215:12
224:23 235:24
245:11 249:15
262:21 263:11
266:3 268:21

**applicable**
208:6 286:8
**application**
11:20
**applied** 199:4
218:11
**applies** 252:8
**apply** 43:12
111:15 196:9,21
215:20,24
216:12,20,24
222:6
**applying** 147:11
228:13
**appointed** 56:18
56:24 58:12
**appointment**
58:16,22 59:3
**appointments**
45:12
**appreciate** 7:15
136:10 188:2
**approach** 11:10
11:11,13 32:15
32:18 58:18
69:18 102:1,18
102:20,24 103:3
103:5 145:4,7,8
145:22 146:17
146:18 147:21
147:21,24,25
148:6 164:7
167:6 168:9
173:16,18,25
174:12 217:3

227:16 249:8
254:14,16,19
255:14 270:14
270:15,18
**approached**
58:21 59:5,6
69:6
**approaches**
32:21 69:11
112:11 145:21
270:11
**approaching**
269:13
**appropriate**
35:5 137:16
141:22 199:21
270:3,6 275:6
**appropriately**
163:16
**approval** 168:4
168:6 246:14
247:3
**approximately**
24:9 31:17,19
31:21 77:9
125:13 134:23
**area** 52:12
190:3
**argues** 100:24
**argument**
158:18
**arose** 257:5
**arrange** 45:1
**arrangements**
44:8

**array** 160:20
**arrested** 181:24
**arresting**
105:16
**arrival** 80:9
**arrived** 31:3
**article** 4:19 5:8
5:10,11,12,17
5:18 18:25
21:21 22:5
36:18,24 37:1,2
37:5 38:8 73:17
73:23,23,24
74:5,13,20,22
74:24 76:8,9,12
76:17,22,23
77:3,5,11,18,22
78:18 79:1,5,5,6
79:14,18 80:3
80:14 81:17
83:16,25 84:9
84:11,14 85:16
85:25 86:3,7,12
86:13,14,19
87:7,10,13,18
87:22,24 88:2
88:11,25 89:2,3
89:22 90:1,21
91:3,21 92:3,13
92:15,19,24
93:10,12,16,21
94:2,9 95:2,5,10
95:14,22 97:5
97:10,11 99:23
100:1,2,3,7,15

101:7,11,15,16
102:10,12,15,23
103:10,11,22
104:10,18 107:1
107:7,11,16,21
108:7,18,19,20
108:20,22
109:10,25 110:4
110:7 112:12
113:6,11 116:7
123:9 131:9
132:16 133:11
157:6,8,12,18
159:3,5 160:9
160:16,18
161:10 170:2,5
170:6,15,20,23
171:5,9,11
172:3,15 182:19
182:25 183:8
185:13,24 186:8
186:20 187:5,15
187:16,17 188:5
188:7,7,10,14
188:23 191:3,8
191:13,16
248:14 257:12
257:15,17 258:5
258:9,25 259:2
259:5,16 260:3
260:6,8 261:18
262:3,4,6,10
263:23 280:21
280:21

**articles**  14:25
18:5,20,21,23
19:7,9 73:2,7
75:25 76:5,6
77:14 78:20
83:9 84:21 85:2
85:2,12,14
99:11 107:15
109:14,16
133:10 136:1
153:10 155:8,10
155:12 156:5
166:2 169:12,18
171:14 180:4
191:18,20 192:6
254:23,25
256:15 259:25
279:14,15,15,18
279:19,25,25
**aside**  71:23
137:17
**asked**  10:22,23
10:25 28:15
29:2 38:16
57:14 59:4 70:1
84:13 89:16
112:21 113:3
125:17 135:12
156:3 175:19
178:9 186:17,18
187:25 188:6
210:24 232:12
232:13 265:8,8
265:9 267:14
282:8

**asking**  15:19
27:14 90:16
106:7,11 109:23
109:24 126:6
127:25 143:5
192:9 195:13
197:5 204:13
209:13 226:25
230:12,19,20
231:18 232:1,8
232:23 234:9
235:1,16 241:18
241:19 242:23
243:15,16
244:14,17
258:21 259:14
259:16,18 261:1
261:19 265:20
265:20 271:23
274:18 275:19
**aspect**  221:1
**aspects**  64:9
103:20 220:12
220:12 221:3
282:6
**assault**  257:6
258:3,23 259:13
259:13,20 260:7
**assaults**  258:20
**assembled**
206:23
**assent**  110:20
**assert**  103:23
109:15 174:21
228:19

**asserting**  144:7
144:8,9
**assertion**
103:25 104:23
106:8,12,18
107:1,12,23,25
108:3,6,13
149:7 152:17
154:13,23 155:5
155:13,17,24
159:17 161:2,20
165:15 166:7,12
166:23 174:24
176:12 178:12
182:14 186:18
192:2,10,17
228:22 229:5
233:14 234:22
234:23,25 236:4
236:20 237:3,23
259:17 266:21
271:9,22 272:5
**assertions**
108:25 109:2
191:14
**assess**  33:15
**assessment**
241:5,6
**assign**  179:10
**assigned**  66:12
146:15 147:8
148:2 151:24
270:8
**assignment**
144:1

**assimilation**
95:13
**assist** 211:5
**assistance** 52:6
**assistant** 90:2
91:17
**assisted** 95:3
142:13
**assisting** 33:8
**associate** 57:17
58:1 245:23
**associated**
24:15 110:15,24
138:9 188:24
191:14 227:7
266:4 273:18
**association** 4:10
52:24 55:9,12
55:15 56:9,23
57:3,6 78:4,8,15
79:4 84:7 92:1
93:22 95:19
117:12,22 118:1
118:5,12,16,18
119:14,22 120:2
204:8 205:6
247:18
**association's**
118:25 120:7
**associations**
49:22 133:25
169:16 204:4
205:4
**assume** 51:2,12
51:13 54:17

58:6 70:11
87:24 88:17
90:7 110:5
151:22 171:10
195:24 200:9
252:15
**assumed** 83:24
189:13
**assuming** 91:15
200:1,2 224:25
**attached** 276:22
281:11,17
286:11
**attachment**
16:10
**attempted** 79:14
**attendant** 197:2
197:15
**attention** 127:5
**attorney** 7:9
8:18 21:5 281:1
281:2,2,3
285:14 286:13
**attorney's** 19:20
**attorneys** 6:3,11
13:7,11 21:4
**attraction** 4:22
115:12 116:16
**august** 1:4
286:4 287:1
288:1
**australia** 168:17
**author** 73:2,5,9
73:11,20 74:1,6
74:11,13 75:6,8

75:19 76:3
80:11 81:10,20
82:1 93:1,3
99:22 108:14
113:4 114:15
115:20,25 116:4
116:13,20,21
117:4
**authored** 94:9
99:18
**authority** 256:7
**authors** 73:15
75:1 109:17
170:8 172:14
**autism** 110:22
**automatically**
88:16
**autonomy**
216:22
**available** 65:20
126:20 155:6
198:20,23
206:11,16 219:3
223:25 286:6
**avenue** 2:5
**avoiding** 69:14
**award** 50:13
**awards** 49:22
50:3
**aware** 11:22
15:6 32:15
83:21 87:16
91:24 112:15
114:11,14
115:19 117:2,14

118:15,20,21,23
119:21 120:5
152:22 157:5,7
157:10 158:13
159:25 160:15
160:17 161:1,25
164:11 172:14
180:8 181:3
198:8,10 202:4
203:17 204:3
207:17,20
242:16 255:3
260:20 261:1,7
261:19,22
264:16
**axis** 105:21

**b**

**b** 138:12
**babies** 52:7
**back** 15:13
20:11 39:24
46:18,19 75:21
75:23 78:25
82:13 86:16
93:3,19 96:5,13
96:14 97:16
103:12 104:19
120:16 126:3
128:15 129:10
130:9 140:15,19
147:20 151:18
151:20 154:10
159:9 162:7
171:8,25 181:21
186:17 187:10

189:3,11,19
190:17 191:22
222:8 233:5
245:8 248:18
263:10 266:14
266:18,24 267:3
267:8,18,21
**background**
21:11 24:14
33:14 123:7
137:18
**balance** 185:22
**ban** 173:22
**banned** 173:24
**bans** 213:24
214:9
**barantorchinsky**
2:17
**base** 206:21,22
207:14 217:14
**based** 102:11
116:21 163:6,10
172:16,19 173:3
192:4 194:22
195:1,15,15
217:20 241:20
252:19 278:8,15
**basic** 229:2
**basically** 30:5
52:13 64:4
66:12 160:25
225:15 252:14
262:16 275:17
280:15

**basing** 178:11
**basis** 117:8
133:5 139:1
144:7 148:7
159:13,24 161:6
161:7 168:12
202:13 251:21
**bates** 110:11
**bathroom**
258:16 261:14
**baylor** 27:20
**beato** 2:16 3:6
13:13 15:24
26:15 36:20
39:9 55:22 56:2
88:5 107:2
109:3,18,21
110:2 112:23
135:20 136:22
137:4,24 138:5
140:17 141:2
154:15 161:23
166:14,17
171:16 178:6
179:14 181:8
187:6 203:20
207:18 209:16
215:6 217:25
218:12 220:8
223:1 230:23
231:5,14 232:14
237:24 244:23
269:25 271:11
273:20 281:4,9
282:9,13,20

283:3 286:1
**began** 28:25
**beginning** 98:8
164:22 207:1
234:16
**begun** 173:11
**behalf** 1:15 6:5
**behavior** 149:4
150:1,2
**behavioral**
115:14 215:17
216:9
**beings** 215:21
216:6
**beliefs** 119:3
120:10
**believe** 11:12
12:6 15:18
16:14 17:9 27:8
36:20 45:6
57:19 58:10
59:4,16 61:2
71:3,8 74:21
78:2 79:9 80:19
81:1,3,4 84:8
86:8 94:20 98:5
99:9 102:10,15
105:3 134:23
137:3 139:15
140:4 141:5
142:23 143:23
149:8 150:7
151:11 155:7
170:3 171:18
173:20 186:1

187:25 197:19
202:13 203:11
203:24 219:22
226:3,11 227:22
231:2,3 248:21
248:23 249:3
269:16,21 276:7
277:13
**believed** 186:20
**believes** 227:14
**belmont** 215:2
215:13,16,24
216:3,20 218:17
**belong** 113:15
**belongs** 134:9
**belt** 200:14,16
201:22
**beneficence**
4:15 87:7 89:7
216:23
**benefit** 76:15
194:6 229:23
**benefits** 206:8
207:21 208:15
218:8 219:17
220:14 221:6
243:8 244:5
275:16
**benign** 238:25
**best** 29:19 59:7
82:9 97:8 121:9
249:3,8 250:23
**betcha** 126:25
**better** 97:12
105:10 137:22

184:3 207:7
**beyond**  215:1
  278:23
**biased**  130:24
**bibliography**
  4:4 13:19 14:5,6
  14:8 15:4
  102:14 131:20
  132:2,22 133:8
  133:11,15,24
  134:3,9,21
  135:1,13,15,18
  135:19,22
  136:25 140:11
  140:14 148:25
  151:4,18 152:21
  153:2 154:17
  155:1,8,11
  156:25 157:19
  165:22,25 166:5
  166:10 168:22
  168:23 169:1,13
  169:22 170:7,16
  170:24 171:8
  174:15 175:2
  179:21,23 182:6
  182:13 183:1
  185:14,25
  187:11 188:11
  191:18 192:19
  192:21 233:2,22
  233:25 234:3
  236:9,13 248:1
  279:11

**bigger**  183:17
**bio**  76:10
**biochemical**
  159:12,19,23
  163:25
**bioethical**
  124:21
**bioethicist**  37:4
  47:9 130:3,4,8
  130:12 211:15
**bioethicists**
  30:16 123:21,25
  124:3,16 125:14
  130:6
**bioethics**  4:16
  28:11,14 29:14
  29:18,20 30:13
  32:4,12 34:14
  41:19,22 43:15
  44:4,10 45:12
  62:16 66:13
  68:10,13,23
  72:24 73:14,16
  73:19 74:2,8,23
  75:3,5,6,10,10
  75:20 76:4
  77:14 80:12
  81:11,21 82:2
  83:14,19 84:21
  85:22 87:11
  89:16 92:16
  97:3 100:21
  104:9 110:6
  121:20 122:2,5

**biography**  58:4
**biologic**  258:20
**biomedical**
  215:16 216:9
**birth**  38:3 92:17
  144:2 146:15
  147:8 148:3
  151:24 270:9
**birthright**  52:4
  52:23
**bishops**  43:10
**bit**  9:25 29:11
  33:5 45:9 49:22
  72:5 84:18
  121:18 149:24
  183:22 184:6
  190:22,23,24,25
  191:1,9 201:23
  247:4 280:6
**bits**  127:16
**bitter**  95:12
**blind**  78:11
**block**  19:6
  164:11,16,24
  189:21
**blocker**  164:14
**blockers**  61:8
  102:2 164:7,11
  164:17,20
  165:12,17 182:2
  186:14,19
  188:24 191:15
  196:15,18,23
  235:8 238:24
  244:8

**blocking**  10:11
  61:18 103:18
  105:4,7 107:8
  110:13 118:13
  119:18 147:4
  191:5 222:3
  233:9 245:21
**blog**  90:4,20,25
**blogs**  126:21
**blood**  69:14
**blow**  262:8
**blue**  277:17
**bmj**  19:4 21:21
**board**  49:2 52:3
  52:8 56:19,25
  122:8,19 243:4
  243:21
**boards**  82:24
**bodies**  168:11
  168:14 169:11
  170:19
**bodily**  146:4
**body**  142:11
  145:18,19,20,20
  146:1 219:1
  228:20 233:24
  249:1,6 253:8
  253:17,23
  256:22 268:25
**bolded**  278:6
**bombing**  255:17
  256:10 266:7
**bone**  184:10
  239:2

**book** 85:19,20
91:5,7,9,10 92:9
97:20 98:4,7,17
98:23 99:5,6,7
**books** 85:17
**bottom** 280:7
**bouillon** 50:15
**bound** 35:19
**boy** 124:10
**boys** 105:20
**brain** 54:7
69:19 141:10,17
142:13 184:10
236:23 237:8,20
**branch** 28:6
**break** 8:13,15
8:17 67:13
70:25 72:9
109:22 110:1
112:21 113:2
138:4 162:6
181:10,11,16
218:13,17
244:22,24
**brief** 108:21
133:24 282:10
**briefly** 20:18
39:24 56:17
**bring** 155:9
178:17 183:21
**brings** 120:24
**britain** 173:14
174:11
**british** 18:23
22:5 51:10

174:14 255:9
**brits** 174:7
**broad** 45:16
**broader** 153:3
**broke** 218:21
**brought** 23:6
137:18 218:4
**buggy** 250:7
**busy** 31:4
**bypass** 101:9

**c**

**c** 1:18 2:1 3:1
6:7 16:22 285:1
285:1,5,22
286:1
**cace** 66:18,20
**call** 32:16
125:21 225:19
254:19
**called** 32:19
54:3,5 68:24
74:2,24 94:10
95:11 102:16
170:20 172:7,8
187:12 235:23
241:25 256:10
278:9
**calling** 225:17
225:19 273:13
**calorie** 146:7
**campus** 42:24
**capacities** 48:18
**capacity** 26:2
47:13 69:24
94:22 111:9,21

112:5 206:4
**cardiovascular**
184:11
**care** 4:7 5:15
10:4,7 11:3,5,14
24:8,11,11,16
32:17 33:2,9
36:7,11 37:10
37:17,20 43:1
43:21 44:2
47:15,15 48:17
50:16 52:15,15
62:8 63:7 64:6
68:7 69:1,7 72:4
72:6 91:10
99:13,20,23
100:25 101:4,22
102:3,8,20,25
103:6,8 111:3
121:6 128:24
141:15,25 142:6
143:20 144:25
148:1,10 174:17
178:23 180:9,13
180:16 181:5
195:19,24 196:4
196:19 197:12
199:24 200:11
201:15,16
203:16 204:11
204:18 205:23
207:3 208:5,6
210:15 211:25
212:9,17 213:15
214:2,7,11

215:25 216:13
216:17,21,25
217:10,11
218:23 219:2,5
219:10,14
221:11 240:6
243:1 245:18
254:17 262:9
264:19 270:22
272:2,6,16
273:16,18,23
274:5 275:1
279:21
**career** 51:1,12
130:25
**careful** 8:7 37:8
131:10 273:8
**carefully** 218:9
275:4
**caring** 91:11
**carl** 2:10
**carried** 271:18
**case** 10:1,14,18
10:22 15:7,20
16:25 20:6
25:18,21,24
73:9 74:10
132:19 134:17
138:21 139:11
139:14,24 140:3
142:17 153:4,9
163:21 199:20
203:24 204:1,9
204:12 205:12
205:21 208:8

216:14 229:14
239:18 241:25
242:23 252:9
279:8 281:13
285:9
**cases** 24:7,9,17
24:24 25:1,3,7
30:22 33:16
49:13 68:18
139:7 240:8
242:24 243:9
244:6,19 270:16
**castrate** 168:7
**casuistry** 32:21
**catalog** 66:15
**categories**
213:13 217:2
**category** 31:25
81:23 84:22
97:14 213:16,23
226:10 228:7
252:17 275:11
**catholic** 4:10
32:6,13 33:18
34:2 35:1,12
36:6 37:7,17
38:9 39:17 43:3
43:10 47:2 53:3
53:18,23 54:15
55:2,5,9,11,14
56:8,22 57:3,6
70:3,9,14 78:4,8
78:15 79:3
83:15 84:6
91:11,19,25

93:22 95:19
117:11,22 118:1
118:4,11,16,18
118:24 119:14
119:22 120:1,7
130:13,20
**catholics** 95:13
**caught** 98:14
**causation**
268:18
**cause** 23:24
103:24 104:5
156:13 193:1,6
193:10,11,14,18
193:22 194:14
203:2 247:7
268:9 269:5,14
**caused** 267:7
268:14
**causes** 108:4
193:7
**cautious** 173:12
174:5,11
**cautiously**
162:25
**ccharles** 2:14
**cdc** 132:14
137:13 148:22
149:4,24 150:5
150:21 151:7
**center** 29:14,17
29:25 30:4,6,21
31:1,7,11,15
32:3 33:3,8,17
34:10,14,22

35:9,18,19,23
35:24 40:3,15
40:25 41:10
42:1,5,22 43:15
43:23 44:4,10
63:3 64:21
68:24 121:20
122:5
**centralized**
174:19
**certain** 38:4
39:3 96:11 97:5
107:24 113:20
146:17 220:11
220:12 243:18
**certainly** 17:6
19:9 39:14
103:3 110:21
121:10 125:20
142:8,17 143:7
148:17 169:4
184:13 193:9,12
209:11 220:11
235:2 275:25
**certainty** 221:9
**certificate** 3:8
**certified** 6:7
285:5
**certify** 285:7
**cfr** 222:15,20
224:12
**chair** 28:15 29:2
122:14,18
**chaired** 122:7

**chairman** 45:4
45:5 52:3,8
**challenge**
206:21
**challenges** 33:2
33:9 182:1
234:14,25
**chance** 242:20
**change** 106:1
116:8,9 225:4
228:3 247:6,14
247:21 248:5,13
248:23 267:13
267:24 280:16
287:4,7,10,13
287:16,19
**changed** 86:22
115:23,24 116:3
116:19 117:3
118:24 240:5
267:18
**changes** 181:25
182:1 240:23
282:22 286:10
288:6
**changing**
248:22
**chap** 98:3
**chapter** 85:18
91:6,7 98:4,7
99:3
**chapters** 85:17
**characterize**
52:25 121:9

**characterized**
  29:19
**charities**  48:15
**charles**  2:10
**check**  224:19
**chelsea**  2:4 7:8
  135:20,21 215:6
**chelsea.dunn**
  2:7
**chemical**  119:16
**chicago**  206:20
**chicken**  144:9
  144:17
**chief**  45:21
  206:19
**child**  105:23
  161:17 239:18
  268:25
**childhood**  45:19
**children**  21:19
  74:4 87:10
  101:13,21 102:1
  102:17 103:5
  105:14 108:23
  111:18 114:7
  129:2 189:20
  208:23 210:8,11
  222:12,21
  235:21 238:24
  239:5 251:14
  255:18 282:5
**children's**
  206:19
**choice**  40:11
  108:9

**choose**  201:16
**choosing**  201:2
**chose**  202:1
**chosen**  47:17
  108:10
**chriss**  2:4
**christian**  70:20
  83:14,19,23
  94:3 95:18
**christine**  198:15
**chronological**
  53:10
**church**  69:21,22
  69:25
**circles**  256:19
**circumstances**
  23:14 36:13
  49:8 53:23
  111:10 201:17
  202:25 203:1
  219:8,9 220:19
**citation**  106:10
  108:7 154:16
  155:16 182:8
  192:16 223:11
  224:8,12 229:11
  231:10 232:21
  234:7 236:6,19
  237:2,16 240:4
  254:7 255:19,21
  255:22,24
  258:22 259:25
  260:2 264:11
  265:2,24,25

**citations**  192:20
  192:23,23 209:9
  237:4
**cite**  109:1 149:3
  152:16 169:22
  169:24 172:1
  182:4 185:14
  186:15 192:1
  203:25 207:8
  209:6,14 219:22
  228:21 229:5
  232:25 234:22
  235:25 236:3
  237:22 238:7
  239:24 240:1
  248:4 257:11
  262:3 263:23
  266:1 271:21
  280:18
**cited**  103:7
  104:15,22
  106:25 148:24
  153:20 170:16
  174:15 188:11
  192:10 204:1,9
  205:13,19
  230:10,22
  232:13,23 233:1
  233:20,22,23,23
  234:3,9 238:2,3
  239:8,10 254:2
  254:23 255:23
  258:6,9,13,24
  259:16 261:18
  266:20 267:15

  280:19
**cites**  104:19
  109:6 110:15
  149:24 150:9
  212:3
**citing**  151:5
  192:5 224:11
  226:18 257:17
  263:15 268:7
**civil**  135:6
  136:12 138:11
**claim**  253:16
  254:11 261:3,8
  261:9,10
**claimed**  229:23
**claims**  26:11
**clarification**
  17:5 71:15
  196:13 224:20
**clarified**  100:22
**clarify**  18:25
  186:24 231:24
  277:11
**clarity**  13:8
**class**  63:24
**classes**  40:25
  41:3,10,11,12
  41:12,18
**clayton**  5:10
  169:8 171:14
  182:17,19,25
  184:21 280:1,9
**clear**  68:19
  124:6 134:10
  156:23 163:9

168:2 184:14
196:12 204:23
205:12 245:4
246:12,18
**clearly** 108:9
153:15 193:18
193:22 207:22
208:16 229:18
247:2 258:13
**click** 259:12
**clinic** 173:15
174:19
**clinical** 29:14,17
30:24 32:5
34:14 42:4,19
44:13 45:10
59:23 60:23
62:17,24 66:22
81:7 83:1,7
102:16 105:9
165:1,5 168:10
180:17 194:22
194:25 197:12
198:9 206:24
208:5 215:25,25
216:5,6,8,13,17
216:21,24 217:9
223:13,25 224:4
242:18
**clinician** 48:12
48:22 102:4
163:18,22
167:22 168:4,6
227:1 249:25
251:1 253:11,21

**clinicians** 111:7
112:7 158:11
202:14 203:5
226:4 251:19
**clinics** 174:10
174:18 175:3
**close** 22:18 32:1
162:8 194:21
245:14
**closed** 173:15
174:8
**closely** 242:4
**closer** 214:5
269:9
**clothing** 145:9
**cma** 4:23 78:2
**cnn** 5:18 260:6
260:16
**code** 222:14,17
223:5,12 224:13
224:14
**coercion** 206:5
**cohen** 102:12
**colleagues**
40:22 123:19
262:25
**collect** 158:10
**college** 27:21
59:9,11,15,18
112:16 113:7,12
114:1,6,11,23
115:1,10 116:19
**combined** 84:18
**come** 21:21
22:25 54:10

93:3,3 130:21
154:2 168:9
178:21 181:24
202:23 253:1,7
279:4,20
**comes** 152:11
175:7 252:14
**comfortable**
10:5
**coming** 127:5
194:23 273:5
**commentaries**
89:17,19
**commentary**
87:17,19 88:11
88:13,15 89:8
89:21 93:13
95:25 100:4,24
103:18 106:16
106:21,24
**comments** 93:2
96:21,23,25
**commission**
284:21
**commitment**
35:16
**committed**
257:7 258:2,23
259:20
**committee**
28:16 29:3
44:20 58:11
73:13,16,19
74:2,8 75:2,5,6
75:10,10,20

76:4 80:12
81:11,13,15,21
82:2
**common** 35:17
74:12 108:12,15
108:16 144:12
145:22 251:7,11
251:14
**commonly** 10:1
34:2
**community**
54:21 157:9
269:21
**compare** 203:15
**compared** 241:7
249:9 251:14
268:5
**comparing**
146:2 273:25
**comparisons**
141:8
**compatible**
64:10
**compendium**
98:22
**compensation**
139:10
**competing**
261:2
**compiled** 23:4
**complete** 8:23
9:21 27:5
131:25 135:23
136:17 138:24
288:8

**completed**
  27:20 28:25
  152:5 286:17
**completely**
  121:2 127:23
  142:1 164:18
  261:16 272:3
  274:13
**complication**
  49:10
**complications**
  181:24 186:19
  188:24 191:14
  191:25 192:11
  192:17 197:1,15
  197:18,21,23,25
  198:3 235:9
**compose**  19:10
**comprehension**
  206:7
**comprise**  121:4
  150:13
**comprised**
  134:15
**comprising**
  150:15
**compute**  272:3
**conceivably**
  108:11
**conceive**  4:17
  92:16
**concentrates**
  183:18
**concept**  11:18
  11:20 78:11

128:8 227:22
  237:15
**conceptually**
  145:17
**concern**  54:7
  110:22 203:12
  272:1 279:2
**concerned**
  128:6 173:18
  199:18 203:13
  278:14 282:5
**concerns**  45:18
  107:19 168:11
  169:17 174:2
  274:17
**conclusion**
  203:14,15
  268:22
**conclusions**
  130:22 281:19
**condition**  35:4
  39:4 105:25
  106:1 110:10
  111:13 119:15
  144:19,23
  163:11,14
  172:13 193:1,13
  227:7 229:7
  254:4 267:13
  269:23
**conditions**
  30:11 39:7
  110:16,19
  111:22 130:6
  147:14,18

162:14,17 193:7
  249:17 251:22
  252:6,19,23
**conducted**
  59:24 61:3,7,10
  61:13 275:5
**conducting**  83:6
**conference**
  43:10 44:20
  68:23 94:5
**conferences**
  44:23,23 45:1
**confirm**  12:8,19
  99:17 130:5
  162:13 164:1
  165:1 177:24
  201:22 214:23
  238:18 241:20
  252:13 259:1
**confirmation**
  163:17 178:24
**confirmatory**
  164:4 252:9
**confirmed**
  135:2 163:15,23
  177:7,9,25
  178:4,22 252:23
**confirming**
  10:10 159:13
  163:22 197:21
  198:13 245:20
  253:24
**confirms**  161:5
**conform**  146:1

**conformed**
  163:15
**confused**  98:3
  223:22 232:20
  263:7
**confusion**  7:23
  263:6
**connected**  116:2
**connections**
  278:19
**connotation**
  225:23
**consent**  72:3,5
  100:25 101:3,6
  101:9,12 110:5
  111:1,5,8,9,14
  111:18,21,24
  112:4 141:23
  187:23 191:5
  197:8 202:11
  203:18,24,25
  204:10,12,14,20
  204:22 205:9,14
  205:16,24,25
  206:1,3,11
  208:17,20 210:9
  215:4,14 216:24
  217:12,22
  218:21,23 219:3
  219:6,10,24
  220:1,5,11,21
  220:22 221:14
  221:21,22
  222:21

**[consequences - correct]**                                    Page 304

consequences
204:23 205:8
conservative
173:12 174:5
consid 37:18
consider 46:23
83:2 129:8
131:24 132:1
133:16 137:12
194:22 195:3
264:22
considered 14:9
39:15 84:10
132:6,25 135:8
135:16,23 136:1
136:13,15 139:2
140:6,10 141:24
189:21 195:1
204:5 274:22
279:3
considers
132:16
consistent 64:12
130:17 195:19
constant 133:5
constitutes
141:22
constructed
218:9
consult 128:23
211:11,14
consultant
34:21 42:5 53:3
54:12

consultants
33:8 44:1
consultation
29:23 30:8
42:11
consultations
30:15,17 31:6
31:16,19 34:13
42:8 44:13
126:1 128:14,16
226:13
consulted 123:4
126:13,14
128:11
consulting
30:21
consults 31:10
31:11,23 128:19
128:21
contact 17:24
contacted 15:12
15:17 16:2 17:7
210:24
contacts 116:17
contagion
155:22 156:12
156:17
contain 138:24
139:13,23 140:2
140:6 166:12
191:19
contained 196:2
259:23
contains 136:13
166:7 243:23

contention
102:7,19 104:16
148:9 165:11,18
167:3,11,24
186:14 199:16
230:6,13 231:11
232:3,16 234:18
267:20 274:2
contentions
109:16
contentious
167:14
contesting
153:12
context 63:18
123:14,16
126:16 164:14
198:10 206:15
225:8
continue 109:23
135:21 202:14
264:4
continued
105:20 106:2
continuing
29:10
contraceptive
38:3,6
contraceptives
37:25 38:1
contribute 13:2
51:20 73:22
contributed
46:2 73:20
74:12 98:18

contribution
73:17 103:19
160:23
contributions
51:23 83:22
110:6
control 38:3
controlled
105:6 273:8,24
controversial
153:17 171:19
171:23 234:6,12
237:15 251:25
256:23 281:22
282:1
convenient
22:23
conversation
8:4,5 121:15
124:12 139:18
conversations
124:4,8,15,22
125:7,13,17
conveyor
200:14,16
201:21
convincing
265:12
cooperate 26:14
copies 286:14
copy 74:19
277:17
correct 8:25
12:5 14:16
24:19 25:16

27:18,24 28:12
35:25 36:3
38:12 44:15
45:14,15 47:8
47:11,12,19
48:5 52:22
61:15 63:4,8,11
71:3,7 72:1 77:6
85:20 86:15
90:6 91:15,18
91:23 99:21
100:5 101:1,2
103:15,16
112:14 115:18
122:13 129:4
131:3 135:3,25
137:2,9 141:1
141:12 142:14
143:15,20,22
146:8,17 148:16
151:15 154:24
158:15 159:14
159:15 161:22
165:2,8 167:22
168:4 170:22
177:20 182:5,9
183:9 184:16
186:9,15 187:14
187:16 192:22
196:25 197:19
197:22 198:17
199:25 200:11
201:3 202:3
204:21 205:14
208:9 214:11

215:4,5,22
224:18 237:3,4
243:3 247:7
249:21,23,24
251:20 254:23
255:7 259:21
266:7 268:15
269:4 279:8,9
280:22 281:11
281:12 284:6
288:8
**corrected** 235:5
**correction** 5:5
157:6,11,18
158:13
**corrections**
284:8 288:6
**cough** 17:15
**could've** 137:5
**counsel** 2:5 7:12
14:18 109:21
154:15 181:8
218:12 231:14
286:14
**counselor**
236:17 240:2
**count** 179:7
**countries**
169:17 173:11
173:13,22 174:5
**county** 285:3
**couple** 7:21
16:15 31:22
62:15 68:20
69:20 70:24

71:10 113:22
124:22 127:15
149:25 229:21
259:7
**coupled** 254:11
**course** 19:20
33:6 41:5,15,20
41:23 63:12
65:4,9,11,20
66:2,3,6,9,13,19
69:10 71:23
106:4 108:16
109:6 110:2,2
136:19 138:2
164:13 176:24
192:3 193:4
196:17 198:12
204:17 208:12
210:14 216:21
218:5 226:22
249:3 250:6
258:1 264:24
273:13
**courses** 46:12
63:16,19 64:19
66:4
**court** 1:1 2:12
7:24 9:13,15
10:17 26:4,7
76:15 121:13
134:11,17
138:10,14,17
**cover** 117:21
212:12 214:2,10
214:14,18,23

**coverage** 5:14
16:7 200:5,10
212:8,14 213:15
213:19,20,21,24
214:9
**covered** 180:25
181:6 190:16
199:25 213:21
270:24
**coworkers**
160:19
**cpr** 98:16
**creation** 4:18
92:17
**credibility**
179:10
**credible** 275:2
**cretella** 4:19
112:13,15 113:4
114:16 115:21
116:20 117:4
**criteria** 143:8,9
143:10,13
163:18 240:9
241:24 242:2,10
242:25
**criticisms**
265:14,16,17,20
278:8
**criticized** 265:6
**critiquing** 172:4
**cross** 3:6 10:9
50:6 61:11 65:9
65:10 105:25
106:3 119:19

146:23 164:8
165:12,18
196:24 197:2,15
197:16 198:20
198:25 222:4
237:7 238:6,11
281:8
**crusades** 50:15
**csr** 1:18 285:22
285:22
**cst** 7:2 283:5
**cult** 254:19
255:14
**cur** 65:12
**cura** 32:17
**curious** 58:25
**current** 101:22
102:7 160:20
168:12 217:3
**currently** 22:17
40:2,24 42:4
46:8,11 47:20
54:6 108:1
111:2 121:21
122:1,14 150:15
158:20 205:2
211:23 243:7
244:5 249:14
**curriculum** 4:5
26:23 27:1,7
49:23 63:23,25
**cursor** 101:17
101:19
**cut** 129:19
246:16

**cutting** 126:6
**cv** 1:6 42:15
44:16 50:3 51:5
53:8 54:23,25
67:3,7,11,22
71:2,9 72:13
75:22 78:25
85:6,9 93:19
97:16 99:10
116:22 123:8

**d**

**d** 7:17,17
**d.c.** 48:3 52:20
213:16
**daily** 254:25
255:3,6,9
**dangers** 182:18
**data** 135:8,11
135:15,23
136:13,15 139:2
140:6,10 148:11
149:6,24 150:3
151:4 152:23
153:2 154:1,12
154:22 155:6,17
156:22 158:10
208:25 209:14
217:20 266:20
267:20 268:6
**database** 148:23
**date** 240:18,19
241:20 287:24
288:12
**dated** 5:19

**day** 66:5 175:6
177:3,22 178:19
207:22 229:9
236:17 281:5
284:16 285:18
288:15
**days** 286:17
**de** 102:11
199:14,19,23
202:17 203:2
266:23
**deadly** 95:3
**deal** 162:2
**dealing** 230:17
**dealt** 131:5
**dean** 44:22
**dean's** 44:20
68:23
**death** 54:7
69:19 70:8,12
141:10,17
142:13 146:11
**decade** 136:6
148:15 229:20
**decades** 198:10
207:24 208:13
229:21
**decatur** 2:13
**decide** 96:6
**decided** 47:17
87:1 171:22
**deciding** 195:25
200:24
**decision** 47:1
98:9 110:13

114:15 115:20
115:24 116:3,19
117:3 118:24
120:6 203:3
206:6
**decisions** 83:15
108:24
**declaration** 4:3
12:4,11 14:10
14:21 15:4
18:14 120:22
140:20 209:23
**declarations**
20:1,2,5,7,14,16
20:19
**declare** 288:4
**decreased** 268:8
**deemed** 288:6
**deems** 244:16
**defendant** 16:25
49:17 281:13
**defendants** 1:8
2:16 10:17
16:25 20:7,14
20:15,19 25:17
25:20 120:23
281:3
**defense** 2:11
10:14 13:7,11
21:4,5 49:11
281:2
**defer** 242:15
**deficiencies**
217:2,9 218:25

deficient   230:18
271:1
define   144:11
definitely
276:23
definition
194:17 254:6
272:8,21,22
273:7
definitive
274:23
defy   144:11
degree   28:14
degrees   29:12
dehydration
146:8
dekker   1:4 7:9
120:24 286:4
287:1 288:1
delayed   233:9
delaying   199:5
delineated
208:16 229:18
delivered
216:25
delusion   144:9
demonstrate
140:25 153:10
160:1 204:11
268:17 274:5,16
274:19
demonstrates
232:21
denies   155:6

density   239:2
deny   178:21
department
17:10 65:15,17
65:19
depend   36:13
37:21 109:11
depending
108:18
depends   38:2
73:24 275:14
depiction   27:6
deponent
286:13 288:3
deposed   7:19
23:12,13,15,18
23:22 24:7
49:14
deposes   7:3
deposing   7:10
286:13
deposition   1:12
6:4,16 8:22 9:25
17:4 18:3 21:2,9
22:22 23:1,5,8
121:13 139:9
278:13 283:1,5
284:5 285:11
depositions
121:14
depression
110:23 264:5
depth   20:17
describe   49:8
60:7 63:18

65:11 77:17
226:23 235:8
238:5 248:25
described   72:14
97:12 144:6
156:8 176:14
234:15 235:1,12
257:7 258:3,22
258:24 259:3,8
259:20
description   32:8
57:18 156:14
235:3
design   275:13
designed   271:18
desire   146:7
details   261:6,13
determine   90:18
97:4 104:21
194:20 195:20
196:3 204:19
210:14 218:8
241:25 253:9
272:13 273:16
determined
150:18 167:17
168:1 246:10
275:21
determining
194:23 195:5
develop   28:17
158:6 159:1
development
172:12 236:23
237:8,20 239:2

242:9
devona   276:16
diagnose   147:17
161:6,17
diagnosed
129:24 144:18
252:25 253:4
261:15
diagnoses
147:14 193:17
193:21 222:6
250:1,10 251:8
251:17,17
diagnosing
160:4 249:16
251:22 252:7
253:5,15 254:4
diagnosis   11:10
11:13,20 128:8
131:2 141:9,17
142:20,21,22,25
143:1,2,3,4,6,14
143:18 144:23
145:1,2,3,12,13
158:9 159:14
161:8 162:3,13
163:6,10,22
164:1,3 172:5
172:23 177:24
194:5 219:14
221:8 228:24
248:22 251:2
252:3,15,16
253:21 258:17
261:17 266:9,14

**[diagnosis - disorder]**

267:3,8,12,21
268:24 269:1,3
269:6,7
**diagnostic**
143:9,10 160:25
163:18
**diapers**  52:14
**dick**  160:19
**dictated**  54:22
**diekema**  74:10
**dietary**  69:16
**difference**  82:12
87:16 96:19
144:16 163:1
278:2
**differences**
201:4,5,5,9
**different**  18:22
31:15 42:21
67:6 69:10,10
69:20 78:13,19
81:11 96:22
112:1 144:1
149:25 151:24
160:4 200:23,25
201:1,14,17
207:15 209:9
213:13 216:9
223:11 232:19
238:19 242:13
242:18 246:4
262:24
**differentiate**
90:14

**differentiating**
225:17
**difficult**  14:23
103:1 177:21
187:23 209:10
222:5 227:22
229:16 233:10
256:23 261:13
266:13,18 267:2
279:19,23
**difficulty**
227:17,20
**digestive**  45:18
**dignity**  35:17
**dilemmas**  97:18
**diocese**  53:3,19
53:24 54:10,15
55:2,5
**direct**  3:5 7:5
33:11 52:15
111:18 238:21
239:14 280:25
**direction**
266:19
**directive**  34:25
35:1,8,11 38:22
39:1
**directives**  4:6
34:2,15 35:2,6
35:15,24 36:2
36:12 43:9 47:2
**directly**  30:16
48:19 116:2
151:7 169:10
228:16 249:12

255:11 261:12
**director**  29:25
30:3,20 31:1,6
35:9,18,22 40:2
41:9 42:22
43:14 44:3,9
53:18 112:16
113:8 121:19
**directors**  52:3
**disabled**  4:12
76:10
**disagree**  112:10
**disagreeing**
252:1
**disagreement**
19:6
**disagreements**
120:14
**discharging**
23:24
**discipline**  49:2
65:9,10 206:22
**disciplines**
65:21
**disclose**  135:7
154:12,21
179:20
**disclosed**  208:7
**disclosure**
138:17
**discontinue**
202:9,15 203:6
203:9
**discontinuing**
201:13

**discrepancy**
224:9
**discrimination**
39:5,8,15 49:18
**discuss**  239:18
257:5
**discussed**  29:9
64:3,7 65:5
70:11 73:21
84:11,24 123:7
123:13,14 154:2
154:4 188:25
228:5 245:19
247:5 268:3
279:10
**discussing**
108:23 123:17
142:1 196:20,22
219:25 220:7
228:23 229:9
275:11
**discussion**
125:22 196:14
247:14,20
**discussions**
73:23 125:11
128:14 262:15
270:17
**disease**  269:13
269:17
**diseases**  251:13
251:15
**disfavor**  270:14
**disorder**  172:9
172:24 219:15

227:10,11,11
249:2 269:9,14
269:17,18
**disorders**  45:19
**displayed**  12:9
13:21 26:16
33:21 36:17
38:25 40:1
42:18 44:18
46:20 50:1 56:6
74:18 75:24
86:18 88:8
89:25 93:20
97:15 100:6
113:24 117:17
120:20 134:25
149:2,12 151:19
157:16 159:10
162:10 170:10
173:9 175:18
182:22 183:14
185:20 188:13
191:23 210:2
213:2 215:10
222:9 223:4
240:14 245:12
248:3 257:16
260:5 262:2
276:4 277:1
279:13
**dispute**  24:2
**disqualified**
26:4
**distinct**  55:3

**distinction**
96:10 97:1
**distinguish**
39:18
**distortions**
146:4
**district**  1:1,1
**disturbed**
254:12
**divided**  71:12
**division**  1:2
45:22 67:7
**dnr**  98:17
**doctor**  36:5 42:1
70:3 95:3
147:15 185:11
217:22
**doctors**  55:25
86:20 262:8
**document**  12:7
12:9,10,20
13:18,18,21,23
13:25 14:14
26:14,16,18,20
26:22 27:5
33:20,21,22,25
34:8,18,20,24
36:15,17 38:25
39:23 40:1
42:18 44:18
46:19,20 50:1
56:3,6,10 74:18
75:7,24 86:9,18
88:8,23 89:25
93:20 97:15,17

100:6 113:24,25
114:3,5 116:12
117:16,17
120:20 134:25
135:23 136:17
149:2,12 150:4
150:5 151:18,19
157:16,20
159:10 162:10
170:10 173:9
175:18 182:22
182:23 183:14
185:20 188:13
191:23 210:2,3
211:20 213:2
215:10 222:9
223:4 240:14,16
240:20 241:1,19
243:16 244:18
245:12 248:3
257:16 259:19
260:5 262:2
273:11 276:2,4
276:5 277:1
279:13
**documentation**
86:21
**documented**
140:23 156:17
208:14 246:10
247:2 273:12
**documents**  9:2
22:16 113:22
137:13

**doing**  25:8 40:8
42:7 44:14 57:8
97:23 141:22
153:13 178:1
207:7 217:18
229:15,16,20
246:8
**don**  97:23
**donovan**  1:13
4:19 6:5 7:1,7
7:16,18 12:11
13:22 15:7,24
23:13 26:18
33:23 36:18,20
37:3 39:10
72:13 76:23
107:3 109:4
136:10,22 138:7
141:2 160:14
161:24 166:15
171:17 178:7
179:15 181:22
187:7 203:21
207:19 209:18
210:4 218:1,15
218:20 220:9
223:1 230:12
231:6 237:25
240:16 241:13
244:17 245:9
259:14 260:9
270:1 271:12
273:21 276:3
281:5,21 282:16
282:21 284:3,11

285:7 286:1,5
287:2,24 288:2
288:4,12
**donovan's**
209:17 231:15
**double** 224:19
**doubt** 187:13
261:17
**doug** 74:10
92:22
**dozen** 18:22
23:20 75:12
124:23 125:1,19
**dr** 7:7,18 13:22
15:7,24 23:13
26:18 33:23
36:18,20 37:3
39:10 69:3
72:13 76:23
102:9 107:3
109:4 136:10,22
138:7 141:2
160:14 161:24
166:15 171:17
178:7 179:15
181:22 187:7
199:11 200:19
202:2,16 203:12
203:21 207:19
209:17,18 210:4
218:1,20 220:9
223:1 230:12
231:6,15 237:25
240:16 241:13
244:17 245:9

259:14 260:9
270:1 271:12
273:21 276:3
281:5,21 282:16
282:21
**draft** 5:20 211:8
276:21,24 277:2
277:13,15
278:11
**drafted** 121:1
**dragons** 51:3
**dress** 145:10
**drugs** 60:10
**ds** 74:2
**dsm** 143:11,19
247:6,17 248:5
248:6 280:3,18
280:22
**due** 70:25
**duly** 7:2 285:8
**dunn** 2:4 3:5 7:6
7:8 12:25 13:17
16:2 26:17
27:12 34:7
36:24 38:16
39:16 56:3,7,15
72:7,12 76:22
77:3 88:6,22
89:7,12 93:7
100:13 107:7
109:14,20,24
110:3 112:20
113:1 114:21
115:8 117:21
135:22 137:17

137:25 138:3,7
140:19 141:6
149:21 154:19
154:21 158:2
160:8 162:5
166:22 171:4,21
178:11 179:17
181:11,16 183:6
183:22 186:6
187:10 188:21
204:1 207:23
209:22 210:20
213:10 215:8,11
218:16,20
220:18 223:2
231:2,9,17
232:1,16 238:4
244:21 245:4
257:23 260:14
270:5 271:21
272:17 274:4
276:14 277:8
280:24 282:10
282:15,18,25
**duration** 275:12
**dutch** 102:17,19
102:24 103:3
170:13 172:5
242:5
**duties** 138:21
**dysmorphia**
145:24
**dysphoria** 10:3
19:5 25:11,15
46:15 63:10,13

63:15,23 64:5
67:24 68:14
71:18,23 102:17
110:18 118:14
119:13,16
120:11 129:25
131:2,15,18
143:14,16
145:16 146:2
156:13,16 157:3
158:8,19 159:14
161:8,18 163:22
172:7,7 180:6
196:10 199:6,13
205:2 217:4
219:15 220:16
221:9,13,23
226:24 228:9
229:7 230:8
231:13 232:4,18
240:13 247:8
248:5,6,22
249:4 253:5,14
254:3,6 267:3
269:14,19 270:6
280:22 281:15
281:22
**dysphoric**
101:21

**e**

**e** 2:1,1 3:1 7:17
7:17 284:1
285:1,1 287:3,3
287:3

earlier  8:22
  21:13 49:14
  121:15 147:13
  247:5 267:19
early  68:12
  151:22 152:2
  176:3 177:13
  242:6
easier  8:3 54:25
  104:25 238:16
  261:4 266:12
easily  127:14
  239:1
ebola  4:14 86:5
  89:1
edit  13:5
edited  13:8
edition  98:10
editor  183:8
  184:15,18
  280:11
editorial  82:24
  86:3,10,11,12
  86:20,24 87:1
  89:24 92:8
  96:10,24,24
  97:3,6 100:18
editors  89:15
  94:1 96:20
  109:12
edits  96:21
  277:16,18
edmund  28:24
  32:18

education  2:11
  27:15,16 29:9
  29:11,20 30:7
  32:15 50:16
  65:24 118:8
  122:3
educational
  30:7 40:21
  44:23 45:1
  52:16
effect  6:15 69:5
  201:6 236:23
  237:10 239:2
effective  228:23
  229:6,10,12
  230:8 231:12
  232:4,18 233:4
  274:1,21
effects  183:13
  184:9 186:14
  187:21 193:2
  194:15 237:20
  237:20 239:1
efficacy  168:12
  241:12 275:1
effort  117:7
eight  30:25
  81:25
either  61:23
  63:20 66:19
  68:14 69:4
  107:18 124:13
  124:23 128:16
  132:21 140:11
  171:13 206:6

  262:19 264:14
  265:4
elaborate
  160:20
elderly  98:9
elements  206:3
  206:4
eligible  176:2
  177:12,14,17
eliminated
  39:14
else's  116:22
  145:19
elucidated
  193:3 194:15
  207:22
email  5:19
  15:18 89:13,15
  97:2 100:21
  184:25 276:8,22
embark  146:18
embarked
  219:13
embraced  157:9
emedicine  79:11
emergency
  48:14
emeritus  48:8
emmaus  262:11
emotional  114:9
empathy  254:12
emphasis  158:5
empirical  77:14
  84:10,14,20
  97:12

employed  16:20
  138:20
employee  35:19
  35:23 138:22
employees
  35:12
employment
  24:2 35:4
empty  256:4
encourages
  255:18
encyclopedia
  85:22
ended  45:25
  53:14 57:23
endo  147:16
endocrine  105:8
  180:17 242:14
  242:18
endocrinologist
  97:23
endocrinology
  103:15 165:2,6
endorsed  57:6
  145:6
endorsing  37:9
  37:19 148:10
endotext  97:18
engage  30:24
  112:7
engaged  15:21
  208:20
england  168:16
  174:17

enhance 87:9
enlarge 257:25
ensure 37:8
  106:5
entail 30:4
  43:17 48:13
  54:12
entailed 78:18
enter 254:1
enthusiasm
  174:9 267:11
entire 30:25
  41:14 105:24
  151:14 196:21
  230:18 282:4
entirely 131:7,8
  208:10
entirety 130:25
  132:12 242:21
  284:5
entitled 19:4
  23:1 114:1
  132:19,24
  135:10
entry 98:11
enumerated
  216:20
environment
  256:20 266:13
epidemics 4:14
  86:5 89:2
equate 253:25
equestrian 50:7
  50:8

erds 34:3,7
  38:21 130:17
errata 286:11
  286:13,17
error 249:18
  251:23,24 252:4
especially 233:8
esq 286:1
essentially
  270:11
establish 102:23
  187:20
established 32:4
  103:14 129:11
  153:16 154:18
  193:19,23
  281:10
estimate 15:9
  128:10,18
  250:19,25 251:4
estimated
  150:15
et 1:4,7 7:10
  286:4,4 287:1,1
  288:1,1
ethic 70:20
ethical 4:6
  30:19 31:6
  32:19 33:1,9,13
  34:1,13,15,21
  38:20 42:4,7,11
  43:9 44:1,13
  47:2 81:18
  92:17 94:11
  97:17 98:8,20

103:20 128:16
  128:19,23 129:6
  130:10 197:8
  215:3 216:12
  235:9,16,20
  238:5,10 282:6
ethicist 10:24
  34:17 38:9
  140:22 141:18
  281:15,16
ethicist's 21:18
  210:10
ethicists 33:3
ethics 4:14
  28:16 29:3,22
  32:20 41:20,23
  42:20,23 43:2
  44:20,24 45:1
  53:3 54:11 58:2
  66:23 89:2
  91:22,24 92:5
  99:4 122:7,19
european
  173:11
evaluate 30:10
evaluated 174:3
evaluation
  170:13 180:24
  181:5
evaluations
  47:10 174:22
event 94:25
  285:16
eventual 59:3

eventually
  165:4
everybody
  69:12
evidence 102:6
  103:24 104:4,4
  104:13,15,19,22
  105:12,13
  106:11,17,20,22
  106:25 107:5,6
  107:11,14,19
  108:13 109:1,7
  114:7 115:11
  116:15 134:16
  144:12 152:6
  154:1,6,12,22
  155:17 156:12
  159:16,18
  160:20,23 161:9
  161:11 164:4
  165:10,14,19
  167:2,10 172:16
  172:19 173:3
  174:4,24 176:8
  176:11 179:1
  182:4,13 191:13
  192:1,4,7,10
  194:22 195:1
  199:15 203:4,10
  204:10 206:13
  206:21,22
  207:14 208:19
  209:2,4,5,6,7
  217:8,14,20
  226:10,15,18

227:1,24,25
228:21,25 229:4
229:9,15,16
230:5,10,13,15
230:16,18,21,22
231:8,10 232:2
232:8,8,10,13
232:15,22,23,25
233:2,3,13,17
234:8,10,17,21
236:3 237:2,16
237:18 239:4
241:10 252:9
253:3,13 254:2
260:18 264:5
265:12,13,15
266:15 267:5,14
267:15,16,25
268:17 270:21
272:14
**exactly**  66:24
109:6 117:6
128:6 246:1
274:18
**exam**  178:2
**examination**  3:5
3:6 7:5 281:8
**examinations**
180:5
**examiner**  5:17
257:13
**example**  8:1
10:8 37:24 61:8
65:13 73:12
242:14

**examples**  54:4
273:1
**exams**  177:19
**excellent**  112:23
**except**  6:12
70:11 284:8
**exception**  36:3
**exceptional**
240:7 241:25
242:24 243:9
244:6,19
**exchange**  202:2
**exclude**  214:6
**exclusive**
270:18
**exclusively**
212:13 279:18
**excuse**  43:22
196:13
**executive**
112:16 113:8
151:13 212:22
**exhaustive**
132:23 133:11
239:5
**exhibit**  4:3,4,5,6
4:7,9,11,12,14
4:15,16,17,19
4:20,22,23 5:4,5
5:6,8,9,10,11,12
5:13,14,16,17
5:18,19,20
12:22 13:1,14
14:10,12,13,22
18:14 27:9,13

34:4,9 38:13,17
38:18,20 43:11
46:19 56:12,15
56:16 64:15
76:16,18,19,25
77:4 88:19,25
89:3,4,8,9,13,21
93:4,11 100:10
100:14 114:18
114:22,24 115:5
115:9 116:24,25
117:18,23,23
120:17 130:18
134:22 140:2
149:18,22
157:24 158:3
160:5,12 162:8
171:1,7 181:13
181:18,20 183:3
183:7 186:3,7
188:18,22
210:17,21 213:7
213:11 245:1,7
257:20,24
260:11,15
276:11,15 277:5
277:9
**exhibits**  3:3 4:1
5:1 139:4 245:5
**exist**  121:22
142:25 143:2
178:10 204:15
237:11 271:16
**existent**  174:23
192:7

**exp**  110:11
**expansive**
107:17
**expect**  93:25
**expectations**
7:23 51:18,24
**expected**  9:20
56:4 221:7
**expedited**  283:1
283:4
**experience**
45:10 51:7
93:17 140:21
141:25 233:16
256:9,13
**experienced**
281:15
**experiences**
27:6 256:14
**experiencing**
22:21 46:14
228:9 249:4
253:14 254:3
**experimental**
193:5 194:16,18
194:20,24 195:6
195:9,11,21
196:4,9,17
198:6 210:15
245:16 246:21
246:25 273:24
**experimentation**
210:9 245:24
246:3,5,6

**expert** 4:3 10:13
10:18,21 12:4
12:10,13 14:9
14:21 15:3,21
16:3 18:13
19:10,11,25
20:2,5,7 21:17
22:3 23:16 25:6
25:10 26:5 27:2
64:13 120:21
121:12 131:22
132:6,16,18,20
134:10 135:7,24
137:2,9 138:9
138:13,20,22
139:8 140:1,2,5
169:2,3 179:18
209:23 216:4
234:4 248:16
279:16
**expertise** 14:25
28:17
**experts** 25:18
25:21,23
**expired** 47:25
**expires** 284:21
**explain** 11:12
23:14 32:11
53:7 63:22
217:23 230:14
**explanation**
268:16,20
**explanations**
155:21 156:10
156:21 158:23

**explication**
159:21
**explicitly** 214:6
**exploded**
148:15
**exposed** 114:8
**express** 138:25
213:18,24
**expressed** 174:2
214:8,9 279:2
**expressing**
168:11
**extends** 129:2
**extensive**
108:20 160:19
**extensively**
123:8
**extent** 51:24
82:14 163:20
204:25 217:18
**extremely**
279:19

**f**

**f** 205:13 285:1
**face** 130:19
144:13
**fact** 101:8 104:8
105:13 108:23
141:8 150:22
153:9,13,15,18
158:17 162:12
163:10 176:19
176:20 187:14
199:22,24
203:24 208:16

208:22 214:18
218:4 227:13
229:2,12 235:19
237:19 243:2
267:7 268:3
270:25 271:25
280:18
**factor** 68:24
148:19 149:7
150:1,9,19
**factors** 160:21
161:12
**facts** 135:8,10
135:15,23
136:13,15,18
139:2 140:6,9
**factual** 201:14
**faculty** 23:24
29:22 31:4
40:14 43:7
**faded** 214:16
**failed** 260:22
**fails** 109:1
286:19
**failure** 202:22
**fair** 8:10 22:7
25:9,12,13
31:18 32:8
51:15 67:12
68:5 131:21,24
144:2,3 200:12
247:10
**fairly** 31:4
223:24

**faith** 68:24 84:1
130:13
**fall** 15:13 16:1
99:2 228:6
252:17
**fallat** 73:18 75:1
**fallen** 270:14
**false** 261:10
**familiar** 55:8
57:2,5,9 59:8,17
83:18 88:12
104:3,12 115:16
160:13 172:18
242:2 262:4
**familiarize**
18:11
**families** 30:18
207:5
**family** 49:11
118:7 237:14
**far** 165:13
277:15
**fashion** 82:7
208:14
**fast** 189:2
190:18
**fat** 145:25
**fault** 126:5
263:6
**favor** 279:20
**favorable**
233:11
**fda** 224:2,3
246:14 247:3

**featured**  157:11
**february**  12:4
    240:17
**federal**  135:6
    136:12 138:10
    138:11 222:14
    223:5,12 224:13
    224:14
**feel**  17:5 132:4
    135:17 197:6,25
    255:15 258:19
    268:5 278:10
**feeling**  256:21
**fellowship**
    27:25 28:4
**felt**  133:18
    258:16 282:8
**female**  105:22
    227:14,23 257:8
    258:4,24 259:3
    259:18,21 261:3
**females**  153:14
    155:4 156:16
    158:20 228:20
**fertility**  104:8
    181:25 184:10
**fetal**  56:18
    58:11
**fewer**  214:4
    267:1 268:4
**field**  45:17
    103:14
**figure**  79:17
    88:3 263:9
    273:4

**file**  19:17 88:7
**filed**  49:11
**files**  21:25
    154:10 255:22
**fill**  32:4
**final**  278:4
**finally**  277:12
**financial**  51:23
    201:5,19
**financially**
    51:21
**find**  22:11,18
    39:25 56:5
    66:17 79:14
    80:5 150:11
    151:4 154:10
    155:7,10 156:4
    165:24 166:4
    169:8 176:17
    182:15 189:7
    205:10 222:20
    224:10 235:2
    249:11 252:2
    257:4 259:9
    260:17,22
    262:14 271:20
    273:9,10 275:1
**finding**  67:2
    227:21
**findings**  162:3
**fine**  218:18
    238:17 244:23
    282:24
**finish**  8:9,14,16
    8:19 109:24

**finland**  168:16
    173:17
**first**  7:2 15:6,11
    49:24 59:23
    73:5,6 76:9 79:1
    98:11 101:15
    115:22 124:7
    139:20 149:3
    150:12,12 163:3
    176:3 177:3,13
    178:19 182:8
    198:13,15 199:1
    199:7 207:20
    216:3 219:11
    225:3,9,23
    274:12 278:12
    285:8
**fit**  71:10 81:23
    145:22 275:10
**five**  64:20 72:9
    109:22 121:12
    121:16 218:13
    244:24
**fl**  2:6,19 286:15
**flack**  157:7
**flaked**  33:5
**flaw**  245:10
**flip**  248:1
**flipping**  85:8
    238:13
**florida**  1:1 16:7
    16:21,24 17:10
    65:16 180:20,25
    181:2 200:16
    201:24 202:3

    210:13
**florida's**  181:6
    194:19 199:25
    209:25 210:7
**fluid**  260:19
**focus**  32:16
    42:25 248:24
**focused**  45:13
**focusing**  20:24
    191:4 247:8
**follow**  35:8
    113:1 177:21
**followed**  164:8
    164:9 206:2,2
**following**  118:3
    264:5
**follows**  7:4
    196:14 267:16
**fond**  218:24
**footnote**  155:19
    156:4
**footnotes**
    182:11 192:24
**force**  6:14
**forced**  199:23
    203:2
**foregoing**  284:5
    285:10 288:5
**forget**  228:15
**forgotten**  79:8
**form**  6:12 37:10
    37:20 38:6 39:9
    107:2 109:3
    127:16 149:16
    161:23 162:3

166:14 171:16
173:11 178:6
179:14 187:6
203:20 207:18
209:16 217:25
220:8 230:23
231:5 232:14
237:24 265:7
269:25 271:11
273:20
**formal** 49:1
128:13 158:8
**formally** 15:21
**format** 71:11
**formed** 142:10
153:3 174:5
256:13
**forming** 135:9
135:11,16,24
136:2,14,16
140:7,10 141:1
152:24
**forms** 19:19
38:4
**formula** 52:14
**formulating**
152:17 196:1
272:15 279:7
**forth** 12:3 96:5
189:19 266:24
**fortunately** 19:2
**forum** 68:19
**found** 40:9
143:11 149:14
171:22 179:16

222:17 236:5,10
263:13 264:16
267:1 275:10
**foundation**
94:13,15,24
**foundation's**
255:4
**founded** 50:14
**founding** 95:12
121:19
**four** 31:17 77:8
77:10 281:6
**framed** 167:25
**framework** 87:8
**framing** 217:21
**france** 173:20
**francis** 29:6
122:11,12,15
**frankly** 19:13
**frantic** 254:13
**fraught** 147:10
249:17 251:23
252:3
**free** 17:5
**frequent** 133:4
**frequently**
16:16 31:5,23
31:24,25 111:12
239:12 251:12
**friend** 55:23
**front** 177:10
**full** 7:16 8:23
9:20 41:5 112:4
119:6,7 256:4
284:6

**fully** 9:8 12:3
90:17 110:25
121:2 193:3
194:15 207:16
216:23 219:2,5
219:9,23 220:5
221:13,21,22
**function** 107:9
184:10
**functioning**
184:11
**fund** 2:11
**fundamental**
245:10 269:12
**funded** 61:17
62:7,19 63:6
173:5
**funding** 202:24
**funds** 50:16
**further** 6:10
76:1 103:21
119:17 159:21
181:23 184:5
189:4,12 269:10
282:9

| g |
| --- |

**g** 1:13 5:13 6:4
7:1,17 16:18
35:19 37:3
284:1,3,11
285:7 286:1,5
287:2,24 288:2
288:4,12
**ga** 2:13

**gainesville** 2:6
**gap** 220:3
**gapms** 5:13
16:18 17:8,18
18:18 22:4
64:17 175:21
209:25 215:6
277:14 278:5,5
281:11,18
**gaps** 219:13
**garofalo** 206:18
**gary** 13:12
15:18 21:6
**gastroenterolo...**
45:11 46:9 47:7
85:3 129:11
250:2
**gastroenterolo...**
24:15,18 28:1
30:25 42:2
45:13,21,22
46:4,12 60:17
61:1 129:14,24
250:12
**geez** 11:15
**gemish** 132:15
**gender** 5:6,15
10:3,4,7,10 11:3
11:5,14 16:8
19:4 25:11,14
46:15 47:14,15
61:4,14 62:8
63:7,10,12,15
63:23 64:5,6
67:24 68:7,14

71:18,23 72:3,6
99:13,19,23
100:25 101:4,21
101:23 102:16
110:18 118:14
119:12,15
120:11 121:6
129:25 131:2,15
131:17 141:15
142:6 143:14,16
143:25 144:8
145:16 146:2,14
146:25 147:7
148:1,10 151:23
156:13,15 157:3
158:8,18 159:14
160:2,9,21
161:8,12,17
163:21 170:21
172:6,7,8,16,19
172:23 173:3
174:9 180:6,23
181:4 195:19
196:8,8,10,19
196:24 197:21
198:13 199:6,13
200:17,22 202:1
203:16 204:18
205:1,23 210:15
211:24 212:8,17
213:15,20 214:2
214:6,11,14,19
216:7 217:4
218:23 219:2,5
219:10,14,14,15

219:24 220:6,15
221:8,11,13,23
225:5,18 226:7
226:9,16,19,20
226:24 227:10
227:23,24 228:9
229:7 230:7,8
231:11,13 232:3
232:4,17,18
235:10,17 240:6
240:13 242:6,7
243:7 245:18,20
247:9 248:4,6
248:22 249:4
253:4,14 254:3
254:6,17 260:19
264:19 267:3,18
269:4,9 270:6,8
270:19,22 271:3
274:5,20 275:1
279:21 280:21
281:14,22
**general**  38:4
  41:22 57:4
  112:9 124:22
  252:5 256:19
  263:14
**generalized**
  196:5
**generally**  16:11
  16:19 22:25
**generating**
  159:6
**genes**  160:1,22
  161:13

**genetic**  81:18
  159:13,20,24
  160:23 161:6,7
  163:25
**genitalia**  105:24
**genome**  87:9
**georgetown**
  26:24 28:24
  32:2,3 33:17
  34:10 35:23
  37:4 42:1 43:4
  43:14 46:2,5
  53:8,15 54:23
  62:16,21 65:6
  65:23 67:10
  71:5,11,17 73:5
  80:9 85:7 87:3
  90:3 122:22
  128:17
**gerard**  7:16
**geriatrics**  85:20
**getting**  21:11
  31:9 185:22
  213:1 250:7
**girl's**  261:14
**girls**  105:19
  258:15
**give**  9:20 15:9
  37:24 45:16
  55:21 58:1
  66:19 88:1
  96:20 140:16
  148:11 162:5
  175:4 205:9
  208:16,18

211:21 217:12
231:23 250:9
251:4
**given**  47:22 67:4
  71:5,21 94:23
  128:23 135:12
  147:13 164:15
  164:19 166:13
  166:24 175:10
  178:18 187:24
  231:19,21
  244:19 284:7
  288:9
**giving**  69:25
  138:22 209:9
  243:17,19 273:7
**glass**  256:4
**glover**  73:18
  75:2
**gnrh**  103:23
  104:5,8 108:3
  240:7 242:1
  243:6
**go**  7:21 12:16
  15:13 20:11
  39:24,25 58:1
  66:17 68:3
  81:25 86:16
  89:23 96:8
  103:12 104:18
  148:13 151:18
  154:10 155:8
  162:24 163:6,12
  163:13 165:4
  180:2 181:21

184:2,3,13
186:12,17
187:10 189:3,4
189:6,11,12
190:8,11,17,19
191:2,9,10,22
222:8,20,24
239:18 240:5
245:8 248:18
261:5 262:20
280:5
**goal** 227:5 270:7
**godfrey** 50:15
**goes** 53:17
67:18,21 82:7
165:12 167:4,12
178:16
**going** 7:21 9:10
13:17,18 17:6
26:13 27:14
29:14 34:11,24
36:15,25 38:19
38:22,24 45:7
49:23 50:7 52:1
55:16 56:16
66:21 67:6
68:17 70:23
71:1 72:12,13
75:21 76:17
78:25 85:5 88:3
88:22 89:13
93:19 97:16
104:17 113:21
113:22 114:21
114:25 115:8

117:15,15 118:6
118:8 120:15,18
122:3 124:19
126:3 128:15
129:10 138:11
138:14 147:20
149:21 151:20
156:6 160:8
162:7 164:22
170:4 171:8,25
175:4 181:9
182:19 186:25
189:2,3,5,6,8,9
189:23,25 190:1
190:4,5,6,7
191:22 203:13
206:5 208:22
210:20 211:18
212:18 219:19
221:25 222:8
223:2 225:21,25
240:12 245:8
249:10 257:3,15
257:23 260:3,14
262:14 263:10
265:2 266:2
269:10 273:23
276:2,14,24
277:10,25
279:11 280:7
**gonadal** 105:20
**gonadectomy**
106:4
**gonads** 105:22
105:23

**good** 7:7 35:17
50:20 66:19
98:17 110:1
112:21 132:4
183:17 185:16
191:3 194:3,6
223:13 226:15
229:15,17
271:17 273:7
**gotten** 178:1
**govern** 133:21
**governs** 138:13
215:16
**graduate** 28:13
63:20 64:24,25
65:2,3,8,17,19
65:23 66:15
**grand** 50:6
**grant** 61:17
62:3,7,19 63:6,9
**grants** 61:22
62:10,15
**great** 28:18
162:2 173:14
174:11 219:18
270:14
**greater** 155:22
263:13
**green** 277:17,22
**grn** 108:3
**grnh** 106:18
**ground** 7:21
126:4
**group** 13:13

**grow** 105:23
**guardians** 101:6
203:19 208:9
**guess** 24:3 51:4
51:15 58:25
65:12 69:8,24
85:9 93:8 96:9
126:15 127:1
128:16 147:16
151:2 162:7
176:1 179:1
183:25 219:8
220:20 224:6
242:22 251:6,11
253:3 267:5
275:19
**guessing** 125:6
**guest** 41:6,8,15
**guide** 224:5
**guided** 34:15,17
47:1 137:14
194:18
**guidelines** 5:16
105:9,13,16
173:12 174:6
177:22 180:17
194:23,25 208:5
215:20 223:10
223:13 224:2
240:6,10,13
242:14,17,18
245:6
**guidepost** 92:17
**guides** 224:1
243:12

guy  261:12

**h**

h  16:22 143:13
  287:3
half  23:20 75:12
  124:23 125:1,19
  211:23 212:6,11
  212:12,16 214:2
  214:5 256:4,4
hand  36:14
  116:22 285:18
handbook  99:5
handed  31:3
handy  15:23
hang  71:14
happen  168:5
  203:13 208:23
  253:20
happened
  251:12
happening
  178:5 180:20
  199:16,17 202:5
  203:11 206:14
  268:1
happens  36:21
  168:3
happy  36:19
  151:1 235:5
  280:10 282:19
hard  112:10
  116:8 132:17
  141:3 179:10
  183:15 189:16
  256:17

harder  232:10
  267:7,12,21
harm  114:10
harmful  109:1
  109:17 115:13
  116:16 186:14
  237:7 248:23
harms  189:7
  274:18 275:17
hazelbaker  1:18
  6:7 285:5,22
head  8:2 17:21
  264:1
health  4:7 17:9
  28:5 56:20
  91:25 93:22
  144:19,23
  147:14,18 158:9
  200:5 241:5
  243:5,21 249:22
  250:1,9 251:1,8
  251:18 264:17
  269:23
healthcare  10:1
  16:12,21,23
  18:17 33:18
  34:2 35:1,12
  37:8,18 39:18
  47:3 53:18,24
  91:11,20,21,24
  194:19 195:4
  199:12 200:7
  210:13 276:18
hear  226:21
  282:19

heard  112:18
  127:22 157:13
  172:20 231:2,4
hearing  121:13
  127:21
hears  225:23
heavily  32:23
held  159:20
help  9:4 15:19
  30:18 36:19
  58:19 104:21
  146:1 210:25
  231:24 249:5
  273:6
helped  30:5
helpful  193:10
helping  41:4
helps  212:22
hematological
  182:1
hereto  6:3,11
  288:7
hereunto
  285:17
heritage  94:12
  94:15,24 255:4
hesitant  133:9
hhs  58:24
hierarchy  82:24
high  241:8
highlight
  101:17 166:3
  184:12
highlighting
  171:20

highly  105:17
  229:1
historic  268:6
historical  185:7
historically
  152:4
hli.org  248:6
holtzman  2:16
  16:3
holtzmanvoge...
  2:20 286:1
holy  50:7,9,17
  51:22
homosexual
  4:20,22 114:1,8
  114:24 115:12
  116:15,25
honestly  54:20
honor  50:18,22
  50:23 51:8
honorary  55:17
honors  50:3
hope  57:9
hopefully  162:8
  207:4
hoping  278:12
hormonal
  159:12,19,23
  163:25 177:2
  183:19,25
  235:23 243:7
  245:19
hormone  118:13
  176:3 177:13
  191:6

**hormones** 10:10
61:11 102:2
105:25 106:3
118:13 119:18
119:19 146:23
160:1,22 161:13
164:9 165:12,18
167:4,11 175:23
178:19 196:24
197:2,16 198:20
198:22,25 222:4
236:22 237:7
238:6,11 274:1
**hospital** 28:16
29:6,7,23 30:8
30:10 36:6
41:25 43:12,24
54:14 122:11,12
122:15 128:21
206:20
**hospitals** 29:5
44:5,14 122:10
174:10
**hour** 181:9
**hours** 11:16
40:24 278:12
**http** 90:25
**huge** 133:22
**huh** 31:13 76:13
77:21 80:13,16
95:6 102:13
175:9 188:15
190:13 223:15
254:24 257:14

**human** 35:17
56:18 58:11
60:5 118:14
133:21,21
137:16 215:17
215:21 216:6,10
223:18 224:6
248:13 280:19
**humans** 161:15
**husband** 65:13
**hydration** 98:21
**hypotheses**
156:9,10 158:6
159:2,4 161:15
270:12
**hypothesis**
158:14 159:6,6
270:23
**hypothesize**
268:10
**hypothetis**
268:10

**i**

**i.e.** 227:3
**ich** 223:10,13
224:2
**idea** 194:4
200:13 204:23
266:6
**identi** 224:10
**identically**
201:18
**identification**
12:23 13:15
27:10 34:5

38:14 56:13
76:20 77:1
88:20 89:5,10
93:5 100:11
114:19 115:6
117:19 149:19
157:25 160:6
171:2 181:14
183:4 186:4
188:19 210:18
213:8 245:2
257:21 260:12
276:12 277:6
**identified** 11:23
11:25 99:4
120:21 143:17
150:14,16
193:14 235:7,17
260:18
**identify** 15:3
123:8 129:15
148:14 166:6
171:12 179:12
179:17 180:3
191:7,12,20
224:10 236:1,13
258:10 262:25
266:12 268:15
279:24
**identifying**
127:2 170:17
179:9 202:12
**identity** 5:7
144:1,8 146:14
147:7 148:2

151:23 160:2,9
160:21 161:12
172:8,23 219:15
227:10 236:2
267:18 269:4,9
270:8
**ideological**
32:22
**ii** 105:17
**image** 146:1,5
**imagine** 119:1
194:21
**immaturity**
105:21
**immediately**
145:9
**immunizations**
74:3
**impact** 104:8
111:14 247:14
**impacted** 43:8
120:6
**impacts** 109:1
109:17 201:13
201:19 271:3
272:6
**impair** 107:8
110:25
**impaired** 112:3
**impersonation**
119:17
**implications**
197:8
**important** 51:5
104:12 132:1

137:12 153:11
225:6,14 230:2
236:23 237:9,19
**impossible**
209:11
**improve**   207:14
**impulse**   254:11
**inability**   217:11
**inappropriate**
231:23 232:7
**inaudible**   159:4
185:4 192:24
**incidence**
263:13
**incidents**
259:23
**include**   18:13
37:25 38:5 67:7
108:8,10 132:2
133:22 134:3
137:14 199:13
206:4 278:10
**included**   39:6
107:14 108:11
133:19,23 183:1
212:8 217:13
236:9
**includes**   18:16
67:4
**including**   18:23
20:6 29:24
105:7,10 131:17
132:2 160:22
161:13 165:16
196:23 197:5

**income**   130:24
**inconclusive**
241:17
**incongruence**
242:7,7
**inconsistent**
180:9,12,16
236:15
**incorporated**
52:4,23
**increase**   150:9
150:19
**increased**   114:9
148:17 168:9
**index**   3:3 4:1
5:1
**indicate**   261:10
**indicated**   151:9
**indicates**   71:6
184:25
**indication**
246:15
**indications**
222:4,7 247:2
**individual**
17:12 31:20
95:11 129:1
162:3 200:20
226:12 258:10
259:17,19
**individuals**   10:2
11:21 17:17
31:15 39:17
63:3 64:5 78:6
78:12 94:10

148:14 200:6,10
211:2 228:9
235:7 253:4
254:3 272:19,20
273:12 276:17
**infection**   17:14
**infertile**   106:2,9
**infertility**
103:24 104:5
105:4 106:19
108:4
**influence**   160:1
160:21 161:12
**influenced**
136:5
**informal**   124:8
124:12 125:25
**informally**
124:1
**information**
103:17 134:6
135:12 146:17
146:19 148:21
148:22 150:6
151:6,6,11
152:11 166:12
170:18 177:7
186:21 191:19
206:14,16 208:2
208:4,7,18
209:1,14 213:25
214:13,17,23
220:2,3 233:15
239:5,19 258:2
261:13,19 273:3

273:5,17
**informed**   72:3,5
101:6,9,12
110:25 111:8,14
111:24 112:4
130:12 141:23
187:23 191:4
197:8 202:11
203:18,23,25
204:10,12,14,20
204:22 205:9,16
205:24,25 206:1
206:3,11 207:16
208:17,20 210:9
215:4,14 216:24
217:12,22
218:21,22 219:2
219:6,10,23
220:1,2,5,20,22
221:3,13,21,22
222:21
**informing**   139:3
**initial**   7:18
174:21
**innercological**
104:2
**innovative**
204:5 217:19
246:7
**inordinate**
278:17
**insistence**
254:13
**insofar**   163:23

instance  133:20
  137:15 142:17
  206:18 221:25
  251:11
instances
  126:15 180:19
  180:22 181:3
institute  5:4
  42:20,23 43:3
  43:19 56:20
  57:10,13,21
  58:9,15,16,23
  62:20 149:5,13
  212:3
institutes  28:5
institution  29:4
  33:18 35:3,13
  35:14,20 36:8
  37:18 39:18
  40:12 55:6
institution's
  35:16
institutional
  60:10 122:7,19
institutions  37:8
  207:5
instructed
  139:12,22 140:5
instruction  35:5
insufficient
  241:16 271:7
insurance  200:5
intake  146:7
intend  139:14
  139:17,23 140:3

intended  23:6
intending
  224:15 247:24
interact  33:1
interchangeable
  72:21 246:19,22
interest  28:18
  269:20
interested  58:20
  59:5 65:25
  285:15
interesting
  156:19 187:22
internal  82:7
  279:1
international
  168:10,14
  169:11 170:19
  248:14 280:19
internet  250:6
  250:23
interrupt  126:8
  126:9,10 248:9
intervention
  193:3 238:25
interventions
  168:13 196:22
  224:25
interviewed
  37:14 260:24
  261:12
interviewer
  206:20
introducing
  7:13

introductory
  66:13
invalid  162:16
investigation
  19:4
investigations
  62:17
investigator
  61:17,23,24
  62:6,12,18
  223:25 224:5
invited  88:14
involve  84:21
  131:1 138:22
  216:6
involved  58:16
  59:1 60:9,11
  61:21 87:25
  124:6 153:4
  154:17 170:14
  210:22 228:1
involvement
  101:3 110:14
  121:25 222:11
  222:12
involves  60:5
  63:10 88:17
involving  59:25
  215:17 216:10
ir  223:24
irb  122:7,14
  223:25 224:4
irrelevant
  278:20

irreversible
  182:3 184:8
  191:25 192:11
  192:18
issue  8:20 24:8
  24:13 36:14
  44:4 53:25
  110:12 114:12
  162:11 202:10
  202:11 205:5
  235:6,20 257:5
  260:4,16
issued  4:9 43:9
  56:8,23 116:12
  157:6,11 158:14
issues  30:19
  42:25 43:1 45:2
  53:18,24 54:5,6
  62:16 69:19
  70:8 81:18
  98:21 113:20
  123:4,10,18,23
  124:17,20,21,25
  126:17 127:12
  127:18,24 128:2
  128:3,11 131:5
  141:12 142:12
  142:16 191:6
  235:9,17 238:5
  238:10
issuing  137:2
italian  85:22
iterate  197:25

| **j** | | **kennedy** 42:19 | 69:15 70:5,11 |
|---|---|---|---|
| **j** 284:1 | 92:6,16 93:9,24 | 42:23 43:2,19 | 70:18 71:13,15 |
| **jacqueline** 75:2 | 94:16 96:7,20 | 205:13 | 76:1 77:25 78:6 |
| **jana** 1:18 6:7 | 97:2 100:20 | **kennedy's** 204:2 | 78:9,16 79:11 |
| 285:5,22 | 117:11 118:25 | **kettenis** 102:12 | 79:23 80:1,2,20 |
| **jason** 1:7 276:16 | 160:11 187:5 | **kevin** 1:13 6:4 | 80:24 81:5,14 |
| 286:4 287:1 | 279:15,25 | 7:1,16 12:11 | 82:4 84:17 |
| 288:1 | **journals** 72:15 | 37:3 284:3,11 | 85:12 87:23 |
| **jehovah's** 69:12 | 72:25 74:24 | 285:7 286:1,5 | 88:15 92:25 |
| **jennifer** 19:6 | 85:13,15 126:20 | 287:2,24 288:2 | 93:8,23 95:22 |
| **jerusalem** 50:12 | 127:7 | 288:4,12 | 96:6,7,23 97:20 |
| **jesuit** 32:6,13 | **judge** 134:16 | **kiekema** 74:2 | 97:21 113:16,17 |
| 43:3 | **july** 186:1 | **kind** 19:14 33:4 | 116:7 117:6 |
| **jesuits** 32:14 | **jumbled** 80:8 | 45:16 67:12 | 119:5,24 121:25 |
| **jewish** 69:16 | 221:15 | 103:4 112:9 | 122:2,4 124:1 |
| 130:21 | **jump** 118:6 | 125:25 189:18 | 125:16,17 126:8 |
| **jh** 284:24 | 126:11 | 217:6 220:25 | 131:25 132:4,20 |
| **job** 31:4 252:18 | **jurat** 3:7 | 226:17 268:2 | 132:21,24 |
| **jobs** 31:23 | **jurisdiction** | 270:24 272:4 | 133:24 134:6 |
| **john** 205:13 | 49:3 | 275:14 279:10 | 135:10 136:7 |
| **jorgensen** | **justice** 216:23 | **knew** 198:15 | 137:22 139:16 |
| 198:16 | **justification** | **knight** 50:6 | 141:21 144:4,16 |
| **josefiak** 2:17 | 11:24 | **knighted** 51:11 | 147:23 150:8 |
| **journal** 18:24 | **k** | **knighthood** | 153:7,9 155:9 |
| 22:5 76:5,8 | | 50:4,13 51:14 | 156:14 172:21 |
| 77:25 78:1,7,10 | **k** 7:17 | 51:19 | 173:5,14 177:14 |
| 79:2,2,3,7,13,22 | **kansas** 58:2 | **know** 8:15 9:1,4 | 179:3,24 180:19 |
| 80:4,15,18,24 | **karasic** 20:4 | 13:6 17:23 | 180:22 181:1 |
| 80:25 81:1,2 | 200:19 202:2,16 | 25:17,23 26:1 | 183:11 185:1 |
| 83:13,19,22 | **karasic's** 199:11 | 33:12 36:4 38:3 | 187:8,24,24 |
| 84:6,6,24 85:11 | 203:12 | 51:10 54:6 | 188:23 192:5 |
| 85:14,16,25 | **keep** 57:8 125:5 | 55:20 56:22 | 193:10 195:3,7 |
| 86:2,7 87:11,20 | 125:21 189:3,5 | 57:1 58:18 | 199:20 200:3,15 |
| 87:21 88:9 | 189:6,8,9,17,23 | 60:12 65:12 | 201:24 202:14 |
| 89:16,22 92:4,5 | 189:25 190:1,3 | 67:8 69:13,13 | 203:22,22 |
| | 190:5,6,7 273:3 | | |

205:18 207:12
209:8 212:15
213:5 216:22
217:5 220:11,13
220:15 222:3,5
224:1 225:16,21
226:8 229:25
230:15 232:9,11
237:6 239:12
240:9 241:24
243:2,4,14,25
247:18 248:16
248:18 250:22
252:15,16
253:19 256:4
258:13 260:22
260:23,24
261:11,15 262:6
262:16 264:8
265:9,10,11
268:3,11 272:6
272:19,22,25
274:13,15,17
275:14,17
277:16 278:24
279:1 281:5
**knowing** 116:10
116:17 202:8
219:16
**knowledge** 26:5
26:8 59:7 64:25
95:25 129:15,17
129:18,22,23
130:1 137:18
173:24 203:4

204:19 219:1,12
241:7 242:15
**known** 59:8
115:23 148:12
193:8 205:8
217:13 234:20
271:6

**l**

**l** 6:1
**lab** 252:10,23
**label** 38:10
245:15,23 246:2
246:5,13,21,24
247:1
**labeled** 12:10
90:1 215:12
**labeling** 245:5
**lack** 84:1 233:7
**lacking** 241:8
**lagging** 206:23
**laidlaw** 4:19
100:2 102:9
112:13
**lambda** 2:11
**lambdalegal.org**
2:14
**land** 50:17
51:22 95:11
96:3 97:11
**language**
120:13
**laptop** 21:12
**large** 67:3 82:20
82:21 142:7,11
142:15 152:19

273:8,11 275:4
**largely** 241:7
**larger** 150:13
155:4 229:20
**lasting** 236:23
237:10,20
**late** 20:13
**law** 9:15 134:12
214:12 216:4
**lawsuit** 7:9 49:6
49:9,18 120:24
228:1
**lawyer** 42:15
218:3
**lay** 176:14
**lead** 106:3 146:7
146:10
**leaders** 103:5
**leadership**
116:14
**leading** 155:20
**leads** 106:19
268:22
**learned** 77:15
77:20 84:10,12
84:15 97:12,14
**learning** 68:24
93:17
**leave** 40:5,7,11
**lecture** 71:21
94:5,19,22
**lectured** 72:2
**lecturer** 41:7,8
41:16

**lectures** 67:16
67:21
**led** 247:6 254:13
**left** 42:10 52:11
122:20
**legal** 2:5,11 7:12
101:6 224:12
286:23
**lend** 52:6
**length** 107:16
107:16
**letter** 183:8
184:15 280:10
**letters** 184:18
**level** 60:12
**levels** 164:9
**levine** 5:12
169:7 170:7
171:13 182:15
186:22 187:17
188:10 280:2
**lgbtq** 39:6
**license** 47:20,23
47:24 48:6,7,8
48:20 147:17,19
**licensed** 144:14
144:15 147:15
249:22
**licenses** 48:24
**life** 70:8,12
83:15 119:16
248:14 280:19
282:4
**lifestyle** 114:8

light 181:24
207:6
likely 105:23
233:12 267:23
likened 204:17
limit 146:7
188:1
limitation 85:9
limitations
22:21 133:13
limited 26:7
107:15 131:19
160:24
linacre 77:24
78:3 84:2,5
95:14,17 117:10
120:6
line 53:2 94:3
95:2 149:3
174:25 287:4,7
287:10,13,16,19
lines 266:22
link 149:5,14
linked 149:9
151:8
links 150:7
156:12 259:7,12
259:23
lipidology 97:18
list 39:6,17
44:19 49:23
50:6 51:5,11
52:2 57:25,25
58:5 69:20
74:15 76:7

90:13 96:6
98:12 108:15,16
108:17 132:8,22
133:1 139:7
154:25 156:18
156:24 197:1,3
197:18 198:2
listed 15:4 22:16
39:13,16 42:13
45:4 51:9 52:2
53:20 57:16
67:16 68:20
71:2 72:23
73:16 74:13,20
74:21,22 75:1,5
76:7 82:10 85:7
99:10,22 102:9
102:15 106:23
107:20 109:8,8
109:11,15 118:7
133:14 152:20
156:1 157:18
170:6,24 171:9
197:15 223:16
223:23
listing 39:21
90:10 191:24
197:4 213:17
lists 39:3 50:3
72:14 88:10
90:25
literature 12:2
60:4 126:20,23
126:24 131:14
131:15,16,19,21

140:22,25
156:11 161:10
161:11 172:10
174:14 176:15
176:16 199:7
239:25 255:12
280:14
little 9:25 20:9
33:5 44:23 45:9
49:21 67:5
77:10 80:8
84:18 108:1
113:19 121:18
125:16 127:16
127:20 149:23
183:22 184:6
189:11,12
190:22,23,24,25
191:1,9 201:23
213:1 218:3
221:15 223:22
247:4 250:7
280:6
littman 5:5
156:15,24
157:18
live 84:21
256:17
lives 4:13 76:10
living 51:21
lobotomies
203:17,23 205:3
lobotomy
203:16 204:3
205:5

local 60:12 87:2
174:18
locally 123:6,13
124:13 126:18
located 1:14 6:6
285:13
location 239:24
locations 22:24
178:15
long 77:8 84:17
108:7 109:10
184:9 194:7
199:2 204:7,23
207:3 219:17
229:17 233:4
236:17 270:25
272:20 275:5
281:5 282:11
longer 42:9
47:24 48:22
53:21 107:15
199:24 201:2,15
227:11 268:5
look 15:13
20:13,15 21:24
38:22 46:17,19
63:1 66:15
74:14,16 96:6
118:8 132:1,3
133:4 134:5
145:21 149:11
158:4 169:9
183:13 185:15
186:23,25 187:3
209:24 213:5

222:24 228:5
230:11 240:25
253:19 259:10
273:6 282:21
**looked** 76:16
100:21 131:9
191:17 222:16
245:6 260:16
280:9
**looking** 21:20
22:1 39:1 56:3
62:25 73:12
107:13 133:10
151:3 155:12
178:24 179:1
181:17 186:11
207:2 224:4
225:8 236:11
238:14,18,19
241:14 259:18
263:3,4,20
**looks** 12:14,21
13:24 52:13
68:2 71:11
77:10 79:10
80:22 81:22,25
82:3 90:4 93:21
95:6 149:25
182:24 183:2,10
186:1 187:11
259:5 280:1,2
280:23
**loss** 202:24
**lost** 200:10
250:3,17

**lot** 8:3,3 11:15
21:25 54:7,25
109:11 125:16
136:7 157:7
187:17 209:9
220:17 227:17
227:19
**love** 255:17
256:10 266:7
**low** 105:13,14
105:15
**lower** 267:6,19
268:12
**lozier** 57:10,12
57:20 58:9,15
58:16,22
**lunch** 112:24
**lurie** 206:19

## m

**m** 16:18
**m.a.** 1:13 6:5
7:1 12:11 284:3
284:11 285:7
286:5 287:2,24
288:2,4,12
**m.d.** 1:13 6:5
7:1 12:11 284:3
284:11 285:7
286:1,5 287:2
287:24 288:2,4
288:12
**ma'am** 8:11
18:15 64:18
253:12

**made** 6:14,15
12:23 13:15
27:10 34:5
38:14 40:11
56:13 58:17
69:5 76:20 77:1
88:20 89:5,10
93:5 100:11
106:8 110:7
114:15,19 115:6
115:20 117:19
149:19 155:2
156:1 157:25
160:6 161:2,20
166:18 169:20
171:2 176:21
181:14 183:4
186:4 188:19
191:14 210:18
213:8 219:18
220:25 221:13
245:2 255:15
257:21 260:12
276:12 277:6
281:19 288:5
**maf** 1:6
**mail** 255:6,9
**maintain** 35:15
105:21
**major** 204:4
205:4,6
**make** 19:15
21:16 39:7 67:5
78:22 87:1
108:7,13,24

138:12 141:7,9
147:22 149:6
155:17 159:16
164:3 165:20
171:20 192:14
222:10 224:19
226:17 233:5
271:8 282:23
**makes** 39:5
104:25 233:9
253:11
**making** 37:11
98:9 103:25
154:7,13,22
155:23 158:17
166:23 168:19
206:6 209:7
214:1 245:25
251:18 267:12
269:12 272:5
**male** 105:22
158:20 227:13
227:24 228:20
253:8 258:7
**maleficence**
216:23
**males** 151:22
152:2,3
**malpractice**
23:17,21 24:7
24:24 25:1 49:6
**malpractices**
24:25
**man** 145:18
227:22 253:19

**man's**  145:18
  253:23
**manage**  199:21
**manageable**
  67:5
**management**
  102:16
**manner**  275:6
**march**  1:16 6:6
  285:13,18 286:2
**margins**  39:4
**mark**  27:12
  34:8 38:17 77:3
  88:24 89:1,13
  93:10 100:13
  114:21 115:8
  117:23 149:21
  158:2 160:12
  171:6 181:18
  183:6 186:6
  210:20 213:10
  257:23 260:14
  276:14 277:8
**marked**  12:22
  13:1,14 14:10
  14:13,22 18:14
  27:9 34:4 38:13
  38:20 46:18
  56:12,15 76:18
  76:19,25 88:19
  89:4,9,21 93:4
  100:10 110:11
  114:18 115:5
  116:24 117:18
  120:16 134:22

149:18 157:24
  160:5 171:1
  181:13,19 183:3
  186:3 188:18,22
  210:17 211:20
  213:7 224:23
  235:24 242:8
  245:1,6 249:14
  257:20 260:11
  266:3 276:11
  277:5
**mary**  73:18 75:1
  79:8 81:13
**mary's**  69:21
**mason**  170:7
**mastectomy**
  220:13 221:5,6
  225:20,25
  226:12 227:3
**master's**  41:13
  65:22
**masters**  28:10
  28:25
**match**  147:12
  148:2
**materials**  83:5
**math**  31:21
**matter**  15:22
  16:4 24:21 47:5
  64:14 108:9
  150:21 153:8
  201:14 281:23
  282:1
**maturation**
  181:25

**maturity**  233:8
**mbeato**  2:20
  286:1
**mcadams**  92:22
**mean**  11:8,9
  17:4 21:24
  22:10 24:10
  25:25 36:4
  40:18 50:13
  54:13 57:24
  63:2 71:2 72:16
  82:17,22 83:4
  103:10 104:7
  107:17 113:16
  113:19 116:10
  121:8 124:18
  125:5,15 126:22
  127:23,25
  128:13 133:15
  134:8 142:7,8
  143:4 151:23
  153:20 160:24
  162:16 163:11
  167:18,19 178:8
  186:11 194:1
  212:12 216:16
  220:19 222:20
  225:7,13 227:19
  229:19 230:11
  235:13,14 238:7
  246:2,16,24
  247:22 248:9
  251:5 254:5
  260:25 261:9
  265:17 268:9,10

275:15
**meaningful**
  127:12,15
**means**  10:8
  32:11 36:5
  40:20 53:12
  79:17 96:18
  110:19 125:1
  177:14 194:3
  212:10 224:12
  252:14
**mechanism**
  82:15 88:18
**mechanisms**
  82:23
**medicaid**  5:14
  16:7,24 180:25
  181:6 199:25
  200:5,15 210:7
  211:24 212:16
**medical**  4:10
  10:8,23 16:8,11
  16:19 18:24
  22:5 23:21
  24:11,12,25
  25:1 27:16
  28:20 29:8,11
  30:11,15 33:17
  34:10 35:4,6,19
  35:24 36:7
  41:11,20,20,22
  42:1 44:20 48:6
  48:7,24 49:5,18
  52:15,15,24
  53:1,3 54:11

55:9,11,15 56:8
56:22 57:3,6
61:5 62:8 63:7
63:20 64:23
68:7,25 69:7
70:20 71:22
78:4,8,15 79:3
79:22 80:4,15
80:17,23,25
84:7 90:2 92:3
94:16 95:19
99:13,23 101:1
108:12,24
117:12,22 118:1
118:5,12,16,18
118:25 119:14
119:22 120:2,7
121:6 126:23,24
129:6,9 130:6
133:25 140:21
143:3,6 145:6
146:20 147:8,15
148:1 162:14
169:16 173:23
180:23 181:4
185:11 193:1,7
193:13,17,21
195:19 196:4,9
196:10 199:7,24
200:22 201:15
201:16 202:22
204:4,7 205:4,6
210:8 211:15
213:20 214:15
214:19 215:3

216:8 217:16
219:24 220:6
225:1 228:14,22
229:6 230:7
231:12 232:3,17
256:19 269:21
273:16 274:8,12
274:20
**medication**
130:2 246:23,24
246:25
**medications** 9:6
10:11 46:22
103:18 129:7
130:11 147:4
164:25 199:6
201:7 245:21,24
247:1
**medicine** 26:25
27:21 28:6
29:21 32:5
47:21,25 48:21
49:2 51:1 69:18
99:4 130:25
170:21 172:16
172:19 173:3
206:19 252:4
**medium** 207:3
**meeting** 21:3
124:10
**meetings** 21:1
26:3 40:21
124:1,9
**meixel** 69:3

**melbourne**
184:22 185:9
**member** 23:24
55:11,14 57:7
59:11,14 75:5
75:20 80:12
81:21 82:2
118:17 172:25
**members** 32:24
56:24 74:15
75:9 78:8,14
119:14
**membership**
55:17 76:3
**memo** 17:8,18
64:17 277:14
**memory** 9:3,4
15:25 67:1
**men** 228:19
**menarche**
105:19
**mental** 114:9
144:18,23
147:14,18 158:8
249:22 250:1,9
251:1,8,18
264:17 269:23
**mention** 58:25
184:8 259:8
**mentioned** 7:8
8:12 18:10
21:13 29:13
39:12 42:3 58:7
118:17 122:6
152:21 170:2

234:13 239:3
**mentions**
101:15 169:4
**mere** 163:10
**merely** 22:3
187:15 232:1,13
232:23 268:7
**messages** 96:17
**met** 25:20
**method** 274:8
**michael** 2:16
13:13 112:12,22
154:20 231:17
286:1
**michelle** 112:13
112:15 113:4
114:16 115:21
116:20 117:4
**mid** 236:2
**midway** 269:11
**mightily** 218:7
**millennia** 91:11
**mind** 7:13
109:21 154:20
181:9 218:13
267:24
**minds** 267:13
**minimal** 174:23
**minimize**
217:17 242:3
**ministries**
262:11
**minors** 100:25
101:2 111:4
123:5 208:8

217:3 234:15 236:1

**minute** 21:3 72:9 109:22 218:13 244:24

**mis** 145:12,13 147:8

**mission** 32:8 35:14,20 36:7 57:2 83:18

**mistake** 204:16 269:12

**mistaken** 8:25

**mistreatment** 145:13,14 146:14 147:9

**mistyped** 222:19

**misunderstood** 267:9

**mode** 222:2

**modeled** 193:11

**moment** 38:24 55:21 223:3 262:1

**momentarily** 248:20

**money** 62:21

**monroe** 2:18

**months** 15:8 136:7

**morality** 70:14

**morbid** 110:10

**morning** 7:7 22:1 278:19

**move** 39:22 59:21 71:1 103:21 110:3 119:11 164:22 171:6 209:24 235:22 245:9 266:2

**moved** 52:20 53:15

**moving** 129:5 167:7 262:20

**multi** 60:10

**multiple** 65:21 107:18 226:23

**multiplicity** 165:21

**muslim** 69:15 130:20

**muted** 36:21,22 141:2

**myth** 170:20

**n**

**n** 2:1 3:1,1 6:1 7:17,17,17

**n.w.** 2:5

**name** 7:8,11,14 7:16 17:11,23 55:9 66:9,11,14 66:16,19 72:17 73:6,7,16 83:14 83:24 86:20 91:9 107:22,25 108:2 123:20 124:3 127:8,11 152:10,14 226:4

227:2 263:24 275:20,23,24,25 276:7

**named** 248:4

**names** 17:16,20 75:12 211:1

**narrow** 125:16

**national** 28:5 56:19 67:17,19 124:16 243:4,21

**nationally** 123:6 123:13,22,23 126:18

**natural** 8:5 92:17

**nature** 217:11

**nauseam** 279:10

**nbhw** 244:16

**near** 101:19

**nearly** 40:9 203:17

**necessarily** 133:23 134:8 144:13 243:24 246:25 253:25 268:9,13

**necessary** 193:16 197:6 246:15 288:6

**need** 12:15 22:18 32:4 37:8 53:24 76:1,15 132:22 138:3 192:4 197:25 198:4 202:18

230:2 234:7 241:9 244:21 273:8 274:24 278:10

**needed** 17:6 133:18 135:14 135:17 159:21

**needs** 52:10 71:15 133:23 147:12 154:19 282:5

**negative** 206:7 232:10 279:22

**neither** 186:10 207:21

**neonatal** 28:5 92:18 99:4

**neonatology** 99:5

**nervosa** 145:23 146:3

**neurobiology** 5:6 160:9

**neuroendocri...** 160:11

**neurologist** 141:19

**neurosurgeon** 141:19

**never** 25:10,13 46:21 50:24 51:15,16 57:24 58:3 63:5,9 71:21 114:13 119:23 129:6

142:3 217:22,23
247:2
**nevermind**
189:16
**new**  86:9 134:6
168:17 242:17
**news**  255:4
256:15 258:14
260:21 261:2,20
261:23
**newspaper**  87:5
**nih**  224:2
**nod**  270:16
**nodding**  8:2
**noise**  21:12
**non**  171:23
174:23 192:7
216:23
**nonjudgmental**
254:12
**nope**  157:15,23
167:1 193:16
**norm**  144:4
158:21 165:13
**normal**  105:8
105:17 119:16
227:14,15 249:2
**northern**  1:1
**notary**  284:14
284:19 288:13
288:19
**note**  53:2 76:15
240:5 286:10
**noted**  97:2
105:12 278:7

284:8 288:7
**notes**  19:15
85:10 161:10
213:18
**noteworthy**
55:25
**notice**  6:9
**noting**  161:16
**notion**  227:1
**number**  12:22
13:14 27:9 34:4
34:25 35:11
38:13,23 39:1
56:12 64:15
73:7,13 74:1,22
76:19,25 79:5
80:10,14,22
81:7,17 85:18
85:21,24 86:4
86:19 88:19
89:4,9 90:2,12
90:20,23 91:5
91:14 92:9 93:4
94:4 98:6
100:10 110:11
114:18 115:5
117:9,18 148:14
148:18 149:18
152:20 155:4
157:24 160:5
171:1 181:13
183:3 186:3
188:18 210:17
213:7 228:4
229:23 245:1

257:20 260:11
276:11 277:5
**numbered**
83:10,11 263:5
**numbers**  222:23
271:19 273:11
275:12
**nurses**  30:18
**nursing**  35:6
**nutrition**  98:21

**o**

**o**  3:1 6:1 7:17,17
286:1
**oath**  9:13,14,18
284:4
**obfuscate**
231:25
**object**  39:9
107:2 109:3
161:23 166:14
171:16 178:6
179:14 187:6
203:20 207:18
209:16 217:25
220:8 230:23
231:5 232:14
237:24 269:25
271:11 273:20
**objection**
166:18 231:18
**objections**  6:12
278:9,16
**obligated**  282:8
**obligation**  86:21
152:23 153:25

**obligations**
138:8
**observant**  69:17
**observation**
156:19
**observations**
158:6 159:1
278:8
**observer**  141:7
**observers**  141:9
141:10
**obtain**  111:8,23
**obtained**  56:9
220:1
**obtaining**  206:1
**obviously**  22:22
68:18 70:18
71:14
**occasionally**
17:15 126:5
**occasions**  57:15
250:8
**occurred**  94:25
107:20 164:17
202:25
**occurring**
105:18 124:9
125:8
**occurs**  143:16
**october**  262:11
**offense**  218:3
**offer**  88:14
101:8 139:14,17
139:23 140:3
195:18 197:20

221:4 242:4
**offered** 221:5
243:9 244:6
**offering** 37:9,19
216:16
**offers** 83:22
**office** 19:20
65:24 178:9
**official** 78:3
79:3 84:6 95:18
117:11 118:25
120:8 285:18
**oh** 12:2 16:1
18:22 21:16,24
24:14 26:21
36:20 41:11
44:22 52:6 54:2
54:13 75:21
79:8 80:23
86:10,16 90:19
91:10 122:20
123:19 124:10
126:19 127:6
129:19 139:21
150:24 152:8
170:12 183:17
183:25 185:18
189:20 190:8
212:25 225:11
239:23 240:24
250:4 251:9
258:12 262:8
263:18,22
265:17 279:4
280:12,20

**okay** 7:21 12:17
17:7,22 23:9,11
24:17 25:6 29:7
29:7 40:7 43:8
44:7,25 46:3
49:21 51:17
52:21 57:20
59:6,21 60:18
62:6 66:1,9,14
72:19 75:16
77:22 79:9,25
80:6 81:17,24
82:25 84:23
85:21 86:10,12
86:16,23 90:5
90:19 91:1,19
92:9 93:14 94:7
94:18,21 95:2
97:9,25 98:6,16
99:3,9,15
100:20,24
101:25 103:21
104:15 105:5
106:13 113:10
113:14 114:5
115:8 119:11
120:3,15 121:11
122:25 127:20
130:5,9 134:20
137:7 138:5
139:21 140:5,9
140:15,19
143:21 147:20
148:5 149:21
150:8,23 152:2

153:22 155:3
159:9 171:12
175:17 182:21
183:15,18
185:23 186:2
187:19 188:8
189:12,13 190:5
190:17,22 191:1
191:2,11,12,17
192:20 205:23
209:22 211:18
214:20,24
223:16 224:17
224:20 225:11
227:5 234:2
236:14 238:12
241:2,15,23
247:13 250:20
253:23 263:2,4
263:7,22 271:13
276:2 277:8,18
280:9,12,20
281:7,17 282:20
**oklahoma** 1:14
6:7,9 24:6 27:16
28:1,11,21,22
29:1 43:14
44:10 45:23
47:22 48:6,14
53:11 60:19,22
62:13 67:9
121:20 122:15
284:15 285:2,3
285:6,14,22

**old** 19:17
142:18
**once** 49:7 55:18
62:22 66:3,8
71:8 80:7 104:1
104:17 107:13
109:10 117:5
137:12 152:19
156:20 169:24
171:18 179:24
240:2
**one's** 247:9
266:13,18 267:2
267:7,21
**ones** 58:10
133:7 253:9,16
265:3 276:1
**ongoing** 41:20
200:2
**online** 19:16
56:9 79:13 86:7
87:4 127:7
176:17 177:5
178:12 179:5,9
255:6,9 280:21
**onset** 157:3
158:8,18 242:6
**open** 36:16
42:14 65:24
87:17 88:11,13
89:8,16,18,20
93:12 100:3
117:15 155:10
**opened** 161:21

**opening** 88:7
**operations**
  225:5
**operative**
  263:12
**opine** 281:14
**opinion** 19:11
  77:15,20 84:11
  84:12,15 97:13
  97:14 121:10
  125:22 126:1
  132:20 134:8
  136:16 142:2,10
  147:6 153:2,3,7
  153:8,19,21
  168:2 194:24
  195:8,11,13,14
  195:18 196:7,16
  197:20 209:15
  216:4,16 217:1
  219:6 220:4
  256:3,8,25
  266:17 270:5
**opinions** 10:25
  11:2,4 12:3
  103:22 104:9
  121:5,8 127:17
  130:24 134:15
  135:9,11,16,24
  136:14,18
  138:25 139:13
  139:16,23 140:3
  140:7,10 141:1
  141:9,11,15,17
  152:24 154:2

196:1 256:12
264:23 272:15
278:15 279:3,7
**opportunity**
  20:13 124:11
**opposed** 32:20
**opposite** 119:17
  258:20
**options** 94:11
**oral** 70:17
**order** 10:18
  17:24 21:2 23:4
  28:14 44:25
  50:7,8 67:5
  141:11 145:20
  163:3 174:8
  193:8,14 217:19
  272:7 282:25
**ordered** 138:17
**orderly** 208:14
**organization**
  7:11 50:14 52:5
  52:6,9,13,18
  54:21 55:8 59:8
  113:18 116:13
  121:21 255:4
**orientation** 5:7
  160:10 262:17
**oriented** 32:5
**original** 72:15
  72:24 73:1
  74:23 77:12,13
  108:19 170:13
  172:4

**originally** 14:14
**osteoporosis**
  182:1
**outcomes** 194:6
  207:3 208:15
  218:8 219:17
  221:7 229:17
  231:8 233:10
  246:9 264:17
**outweigh** 243:8
  244:5
**overall** 31:25
**overcome**
  274:17
**overenthusiastic**
  256:1,2,6,10
  266:6
**overlap** 20:24
**overruled**
  252:16
**overview** 45:16
**own** 14:24
  22:23 41:5 44:6
  127:17 173:18
  195:16 200:7
  211:9 239:8
  252:15

**p**

**p** 2:1,1 6:1
  16:18 143:13
  284:1
**p.m.** 112:25
  138:6,6 181:12
  218:19,19
  244:25,25

282:14,14 283:5
**page** 3:2,7 4:2
  5:2 7:22 34:24
  36:25 38:23
  39:2 46:17,21
  67:15,21 68:10
  72:13 81:23
  83:10,11 85:8
  93:9 117:21,25
  118:1 119:23
  150:12 160:18
  183:13 184:2
  211:19 215:11
  224:23 235:23
  235:24 249:13
  249:14 254:10
  260:17 261:25
  262:20,21
  263:10 266:2
  268:21 269:10
  287:4,7,10,13
  287:16,19
**pages** 69:20
  77:8 263:5,5
**paid** 139:11
**palestine** 51:22
**palestinians**
  50:17
**palliative** 91:10
**pandemic** 40:6
**paper** 14:7
  39:25 74:14
  117:7,8 127:7
  180:1 225:16
  238:3

**papers** 19:11
29:24 40:22
43:25 72:15,23
72:24 73:1,4
74:23 179:23
238:14 239:8,11
**paperwork** 23:1
23:2,4
**paragraph**
39:12 95:3
101:16 122:6
123:3 129:5
130:10,23
131:13 141:6
142:19 151:21
159:11 164:6
168:8 173:7,10
174:21 181:22
192:25 196:14
199:10,10
203:14,15
211:22 222:10
225:9 236:7
237:1 240:25
245:14 247:4
249:11,13,16
254:10 262:21
262:22 263:19
263:20,21 264:3
267:16 269:11
**paragraphs**
104:20
**parallel** 20:24
128:6

**parallels** 205:11
**pardon** 54:3
277:11
**parent** 101:10
**parental** 74:3
110:14 111:4,18
158:5 159:1
**parenthood** 5:9
175:3,13 176:2
176:19,20 177:2
177:9,12 178:1
178:3,9,15,17
181:18 186:10
**parenthoods**
175:11
**parenting** 4:20
52:17 114:2,24
117:1
**parents** 101:4,5
101:12 238:24
239:6 255:10,15
**part** 12:23
13:15 14:24
27:10 30:13
34:5 38:14
40:16,18 44:19
56:13 67:3
76:20 77:1
88:20 89:5,10
93:5 100:11
114:19 115:6
117:7,19 149:19
157:25 160:6
171:2 181:14
183:4 186:4

188:19 189:18
202:23 210:18
213:8 220:2
223:6,17,18,21
224:6,16 227:24
235:3,10 245:2
246:13 257:21
260:12 276:12
277:6
**partially** 126:5
221:24
**participate**
40:20 94:21
**participated**
121:15 142:5
**particular**
32:18 33:2
39:20 65:3,18
66:6 77:17
95:22 96:11
146:20 153:9
154:23 183:12
252:8 259:25
278:1
**particularly**
39:5,7 57:24
141:21 162:1
172:20
**parties** 2:2 6:3
6:11 285:15
**parts** 104:2
**party's** 138:22
**pas** 90:23 91:15
91:15,19

**passed** 189:23
**past** 23:22 64:20
121:12 125:9
148:15 153:16
158:20
**patience** 55:21
56:1
**patient** 36:6,10
37:16 38:5 43:1
43:21 44:2
48:17 106:1,9
128:24,24 129:1
130:3 145:2,23
146:6 147:12
163:14 164:15
164:20 167:17
167:20 174:22
175:7 177:15
178:1,16 179:4
179:13,18 201:1
219:9,23 220:4
220:20,21 221:5
225:23 227:3
252:2,14 253:22
269:20
**patient's** 98:17
179:6 199:18,18
**patients** 4:8
30:10,14,17
33:3,10 46:14
46:23 47:10,15
59:25 67:25
68:15 69:4
111:8,13 123:5
123:11,24

124:17 126:17
127:13,19 128:2
128:4,7,12,20
128:22,22 129:8
129:15,24 131:1
143:11 144:20
145:16 162:4
163:21 164:8
165:3 168:6
176:13,22 177:1
180:6 199:12,23
200:15,20
201:24 202:3,8
202:9,12,14
203:1,5,18
207:5 208:7,8
226:5 233:8
248:25 250:10
250:19,25 251:8
253:14,16
254:13 271:19
275:4
**pause** 126:10
**pay** 200:6
**pba** 105:12,21
**pdf** 5:9 181:17
263:5
**pediatric** 24:14
24:18 27:25
28:6 30:25 42:2
45:10,20,22
46:4,8,11 47:7
60:17,25 67:24
68:15 81:14
85:3 97:18

103:15 129:10
129:14,24
147:16 170:21
250:2,12 251:8
**pediatrician**
165:3
**pediatricians**
59:9,12,15,19
113:7,19 114:1
115:2 116:19
**pediatrics** 4:11
27:20 45:13
67:17,19,20,20
73:14 74:9,25
76:5,17 81:8,19
82:8,20 97:19
112:17 113:12
114:6,12,23
115:10
**peer** 72:17,19
73:3 76:5,8 78:7
78:10,14,17,20
78:22,22 79:2,6
79:10,21 80:4
80:17,24 81:3
82:5,6,11,22
83:16 85:11,13
85:15,25 86:2
86:13,14 87:14
87:17,17,20,21
87:22,25 88:11
88:13,13 89:8
89:16,17,18,19
89:20,22 90:14
90:15,21 91:2

92:4,6,12,20
93:2,12,16,24
95:7,8,9,20,21
95:23 96:1,8,11
96:12,15,17,18
96:21 97:3,5
99:12,19 100:3
100:16,19
184:19 186:8
187:5,9,13
262:13,15,19
279:14,18,19,25
280:3,13,14
**peers** 96:23
**pellegrino** 28:24
29:14,17 30:20
31:1,7,15 32:3
32:19 33:3,8
34:14,22 35:9
35:18,22 40:3
40:14,25 41:10
42:22 43:22
63:3 64:21
**pellegrino's**
98:22
**pelvic** 105:24
**penalty** 9:16
**penectomy**
225:20 226:1,11
227:3
**people** 8:6 10:3
19:5 20:1 26:3
31:22 39:3,6,7
39:15 48:15
51:21 58:18

65:25 69:10
71:10,20 84:21
123:13,15
124:11 125:10
125:21 131:6
153:13 159:22
165:17 197:4
204:22 206:17
207:15 221:20
227:17,19,21
228:2,4,6
229:23 234:20
237:12 239:7,10
247:16 253:18
254:20 258:18
267:12 268:4
273:13 282:7
**perceive** 163:3
256:24
**perceived** 37:9
37:19
**percent** 150:16
150:17 151:21
152:3 214:5
235:25 236:10
**perception**
152:4 162:19,23
163:2
**perfectly** 187:2
**perform** 101:8
**performed**
198:14 203:18
203:23
**period** 68:6,11
125:7 128:17

177:23 275:5
**perjury** 9:16
**perko** 13:12
15:18 21:6
**permanent**
106:4
**permission** 98:1
111:19
**permitted** 101:3
**perpetrator**
258:8
**persistence**
242:7
**person** 26:11
32:17 91:12
125:20 143:24
143:25 144:8,16
145:18 167:3,11
249:4,5 258:2
258:11,11,23
259:2 261:3
269:23
**person's** 270:8
**personal** 233:16
256:9
**personalis**
32:17
**personally**
25:19,25 47:17
**personnel** 35:7
**persons** 118:14
119:15 264:4
**perspective** 70:9
134:7 141:18

**perspectives**
64:7 77:16
83:23
**pertaining**
131:15,17
**pertinent** 133:6
133:6,7,16,17
136:8,11
**peruse** 19:14
**ph.ds** 32:25
**phenomena**
266:4 268:11,14
269:13
**phenomenon**
155:21 156:21
158:12
**philosopher**
32:24
**philosophical**
32:23 33:13
42:25 43:20,23
185:8
**philosophy**
32:25
**phone** 37:14
124:13,23
125:14,19
178:20
**phonetic** 104:2
**phrase** 194:8
**phrased** 122:17
**phrases** 246:4
**physical** 114:10
227:13 275:17

**physician** 90:2
91:16 140:21
142:13
**physicians**
29:10 30:18
83:6 111:23
218:5
**physics** 65:14
65:15,17
**physiological**
181:25 189:22
**pi** 61:19
**pickle** 276:16
**piece** 39:24
**pieces** 85:21
**pill** 95:12
**pituitary** 105:20
**place** 49:25
106:14 111:23
191:7 233:6
244:16 284:7
**places** 102:21
126:20 176:1
**plaintiffs** 1:5,15
2:4 4:1 5:1 6:6
7:9 10:19 13:1
14:10,13,18,22
18:14 20:1,3,9
25:23 27:13
34:9 38:18,20
43:11 46:18
56:16 64:14
76:18 93:10
100:14 115:9
117:23 120:16

120:23 130:18
134:22 158:3
160:12 171:7
181:19 183:7
186:7 188:22
210:21 213:10
216:13,17 245:7
257:24 260:15
276:15 277:9
282:16,25
**plan** 44:25
202:19,21
**planned** 5:9
175:3,11,13
176:2,19,20
177:1,9,12,25
178:2,9,15,17
181:17 186:10
**planning** 30:6
**plausible**
178:20
**play** 33:7
202:23
**played** 58:8
**plays** 33:11
116:13
**please** 8:13,19
9:1,4 17:5 18:25
71:15 138:4
163:8 189:2
190:7 209:6
221:18 238:21
283:2
**pleased** 119:2

pllc  2:17
pm  181:12
podcast  206:20
  207:8
point  58:2 71:20
  113:21 120:15
  125:6 154:9
  159:24 161:19
  165:23 166:10
  166:22 171:20
  174:25 179:8
  192:8,21 196:12
  207:24 209:22
  217:18 225:15
  226:17 238:20
  249:12 258:21
  280:25
pointed  100:17
  158:22 184:1
  219:20 229:19
pointing  158:19
  162:4 204:15
  221:2
policies  119:15
  212:13
policy  35:2 83:1
  114:5,14,23
  115:1,3,9,16,19
  116:12,18,25
  117:2 213:19,22
poorly  172:11
popular  126:21
  199:3
population
  150:14,16

263:14
posed  244:20
position  29:15
  43:18 45:20
  52:3 54:16
  58:13 59:18
  81:10 114:12,15
  116:12,18
  121:19 127:9,12
  146:13 218:22
positions  54:19
  118:4 131:5
positive  206:6
  225:23 232:11
  264:17,20
possibility
  206:11 249:18
  251:24 252:3
possible  108:15
  188:10 214:25
  217:18,23 243:8
  244:5
possibly  55:18
  190:15
post  90:21 93:8
  93:9 263:12
potential  156:21
  158:23 239:1
  274:18
potentially
  37:19
practical  133:13
practically
  131:17

practice  30:24
  43:12 45:12,17
  47:21,25 48:21
  49:19 83:7 85:3
  165:2,5 194:23
  194:25 206:24
  223:13 246:8
  249:20 250:12
  251:5
practiced  43:2
  270:20
practicing
  48:12 96:22
practitioner's
  202:23
precision
  195:25
predated
  121:16
predominance
  158:21
predominant
  144:5 270:15
preexisted
  240:23
preferable
  141:8 193:20,24
pregnant  52:7
prenatal  87:8
  99:4 160:21
  161:11
preparation
  18:21 21:9
prepare  18:2
  21:2,14 71:9

132:18
prepared  13:25
  16:6,12 26:24
  138:18
preparing  14:21
  131:22 132:6
  210:22 211:5,11
  264:23 276:22
prepubertal
  164:8,15 189:18
prescribe  30:11
  130:11
prescribed
  46:22 129:7
  130:2 180:9,23
prescribing
  181:1
prescription
  175:5
present  15:5
  62:5 68:6
  122:18 131:1
  151:22,23 153:1
  207:22 253:7
presentation
  68:19,22 69:2
  70:13,15,19,21
  71:22
presentations
  59:22 67:4,8,23
  68:2,10,13,21
  69:21,25 70:4,5
  70:24 71:1,4,16
  72:8 99:16
  123:9 131:4

142:5,12
**presented** 70:17
72:2 94:5
104:10 106:21
134:16 206:9
253:22
**presenting** 70:2
143:24 152:2
209:15 248:25
**presents** 256:21
**president** 204:2
205:13
**press** 4:9 56:7
56:23 94:4
126:21
**presumption**
200:12
**presumptive**
145:3 147:14
250:9
**pretty** 22:7
148:12 185:16
192:7 222:22
**prevailed** 49:12
**prevent** 219:2
**previous** 14:7
48:23 54:25
267:9
**previously** 16:3
25:10,14 84:24
139:18 150:15
150:17 233:8
**primarily** 40:22
41:18 45:13
65:14 128:17

256:15
**primary** 31:4
59:24 60:1 61:4
61:7,10,13 73:2
73:20 74:11
93:1,3 124:24
**principal** 61:16
61:24
**principles** 33:12
33:13,14 95:12
216:12,19,22
**print** 150:25
183:16
**printoff** 117:25
175:13
**printout** 179:2
**printouts** 19:17
**prior** 25:18,21
25:24 43:13
**privately** 62:19
63:6
**privilege** 8:20
**privileges** 35:4
**probability**
251:23
**probably** 15:12
15:13,14 19:16
20:20,20 29:19
32:15 51:11
66:8 76:15 90:9
107:4 112:21
113:13 119:1
121:9 124:24
125:18 133:2
147:11 176:21

182:16,16 190:4
201:6,7,10
213:6 226:1
228:15,15 249:7
257:19 278:12
**problem** 31:21
53:7 55:22
66:10 88:5
140:17,17
145:11 192:3
208:12 222:7
228:13,16,17,18
229:2
**problematic**
11:6,7 220:16
227:8 228:8
257:1
**problems** 11:9
11:12,17,19,22
11:25 147:10
172:22 183:19
183:19 204:6
233:11 250:21
265:5 269:5
**procedure**
49:11 135:6
136:12 138:11
205:8,10 226:4
227:2
**procedures**
204:20 221:19
221:21,23 222:1
225:2
**proceed** 162:25

**proceeded**
204:24
**proceeding** 94:4
**process** 18:18
22:4 73:3 78:18
78:20 88:16
96:21 164:22
206:6 208:20
209:25 210:14
278:5
**proclaimed**
258:16
**products** 69:14
**profession** 90:3
**professional**
16:11,19 19:6
27:6 35:15 47:1
47:13 49:22
51:7,14 86:21
130:24 249:23
**professionalism**
4:11 73:14
74:25 76:17
**professionals**
96:22 211:16
**professor** 41:14
65:13
**profound**
110:23
**program** 32:12
41:13 65:22
181:6 219:13
**programs**
211:24 212:16
271:18

**progress** 219:18
**progression**
  234:16
**prohibited**
  37:10,20 38:4,6
**prohibiting**
  16:7
**project** 210:8
**prolonged**
  177:23
**promise** 282:11
**promote** 35:16
**proof** 229:13
**proper** 105:15
  194:4,5,5
  243:19
**properly** 50:8
**proposed** 193:3
  196:17
**proposition**
  154:16 255:19
**propounded** 7:3
**propriety** 11:2,5
**protection**
  223:18 224:6
**protocol** 172:13
  193:19,23
  205:25 242:5
**protocols** 111:7
  111:15,17,22
  112:7 172:6
  199:13,21
  205:24
**prove** 232:12,19
  233:3 268:13

**proven** 161:15
  232:9
**provide** 10:22
  11:1 17:7 31:6
  35:5 36:6 50:16
  58:4 96:23,25
  101:6,12 108:13
  110:25 111:14
  111:24 112:4
  126:16 133:1
  136:12 138:20
  140:9 144:22
  152:23 153:25
  154:6 155:15
  164:7 182:13
  186:21 196:13
  205:16 209:18
  211:24 212:6,13
  212:16 217:22
  218:22 219:9,23
  220:5,20,22
  221:20,22 239:7
  250:1 254:7
  259:24 263:24
  273:23
**provided** 9:14
  13:19 14:17
  25:10 26:10
  27:2 44:1 89:21
  102:4 106:10,17
  107:11 120:22
  120:23 131:20
  131:24 134:21
  135:2 143:2
  166:9 169:2

174:18 175:12
  175:19,21,23
  177:19 178:23
  180:5 192:13,16
  198:9 204:12
  206:15 207:24
  209:24 210:12
  217:10 219:5
  229:11 230:5
  231:10 232:2
  234:4 239:5
  242:24 251:1
  254:1 255:24
  260:2 264:11
  272:2,7,16
  273:19
**providers**
  199:12
**provides** 29:20
  29:21,22 103:22
  135:7 138:14
  143:4 253:21
**providing** 17:17
  27:3 47:6,14,14
  48:17 53:6 72:3
  72:5 108:6
  128:16 145:1
  148:1,9 206:2
  206:17 207:4
  215:2,25 216:7
  251:7,9,17
  253:25 254:17
  273:16
**proving** 232:10

**provision** 98:21
  121:5 141:15
  142:6 208:1
  242:1
**provisos** 137:10
**psychiatric**
  110:10,18
  111:13,22 204:6
  229:3 247:17
  249:17 251:13
  251:22 252:19
  252:23 254:4
  270:13
**psychiatrist**
  144:14,15
  249:19
**psychiatrists**
  145:5 148:5,9
**psychiatry**
  252:1,4
**psychological**
  110:16 115:14
  174:22 177:19
  178:2,10,18
  180:5,24 181:5
  228:13 229:3
  242:8 270:13,16
  275:16
**psychology**
  236:24 237:21
**psychotherapy**
  4:22 115:11,13
  116:15,17
  269:24 270:7

**pubertal** 105:18
242:9
**puberty** 10:11
61:8 102:2
103:18 105:4,7
105:8,17 107:8
110:13 119:18
147:4 152:5
164:7,11,12,14
164:16,17,18,20
164:23 165:4,11
165:17 182:2
186:14,19
188:24 189:21
191:5,15 196:15
196:18,23 199:5
222:3 233:9
235:8 238:23
242:8 243:6
244:8 245:21
**public** 52:2
142:7 284:14,19
288:19
**publication**
78:4 79:10,12
80:11 81:12
82:5,18 84:2
87:2 88:10 90:4
90:8,9 91:14,25
93:21 94:2,13
95:18 96:12
97:21 98:4,5,12
99:6,6 114:16
115:21,21,25
116:6,20 117:4

120:8 124:2
157:11 186:9
243:20
**publications**
59:22 72:14
75:18 76:2 82:1
82:25 83:2,22
85:6,10 99:10
99:16,18 108:12
117:10 123:10
142:5,12
**publicly** 61:17
62:7 239:25
277:14 278:4
**publish** 118:24
120:6
**published** 36:25
77:5,23 78:1,23
78:24 79:6,18
80:14 83:13
84:23 90:11
94:7,12 97:24
98:13,15 99:1
99:12 102:12
105:9 112:12
127:6 152:8,9
160:10 168:20
169:14,15,17
176:14,16
187:11 241:4,21
257:12 262:7,10
279:23 280:13
**publishing** 81:2
**pull** 12:7 26:13
42:16 75:21

88:2 134:23
149:10 156:6
170:4 175:17
182:19 188:12
210:1 212:18
215:8 218:16
222:25 223:2
240:12 260:3
261:25 276:24
279:11 280:10
**pulled** 262:24
**pulling** 75:22
**purely** 270:13
**purpose** 4:13
27:3 32:9 76:11
124:18,19
**purposes** 12:23
13:15 23:7
27:10 34:5
38:14 56:13
76:20 77:1
88:20 89:5,10
93:5 100:11
114:19 115:6
117:19 149:19
157:25 160:6
171:2 181:14
183:4 186:4
188:19 210:18
213:8 221:12
226:24 242:1
245:2 257:21
260:12 276:12
277:6

**pursuant** 6:9
**pursues** 29:23
**put** 23:7 44:22
109:12 224:1
247:17 257:7
265:4 278:21
**puts** 39:4

**q**

**qualification**
139:6
**qualifications**
141:11,14
**quality** 105:12
241:8
**quantify** 31:5
**quarterly** 77:24
78:3 84:3,5
95:15,17 117:10
120:7
**queen** 51:10
**question** 6:13
7:19 8:6,9,14,17
8:19 26:19
34:12 39:10
65:18 78:13
106:8,14 107:3
109:19 126:6,9
161:1,24 179:15
187:4 188:1
192:15 197:14
207:11 212:10
218:12 225:11
230:4,4,20
231:3,19 232:5
232:6 267:10

271:12 275:7,15
281:25
**questionable**
112:5 258:18
**questioning**
282:17
**questions** 7:3
8:1 9:7 27:15
68:20 72:8
90:17 109:23,25
126:11 188:2
218:14 230:2
265:7 280:24
281:1,6 282:9
**quick** 74:21
162:5 190:18,18
211:21
**quickly** 12:17
42:14 44:17
56:5 93:8 126:6
148:25 149:10
248:2
**quite** 19:13
29:11 54:24
70:18 72:5
121:23 123:16
144:3 212:10
**quotation**
244:10
**quote** 16:10
160:18 181:23
196:16 200:13
200:13 222:14
243:11,13,14,23
243:25 244:2,4

245:10 247:12
257:7,11 258:3
**quoted** 37:2
**quotes** 247:18
**quoting** 247:16
247:16

**r**

**r** 2:1 7:17,17
284:1 285:1
287:3,3
**radiological**
159:13,19,23
163:25
**random** 54:9
**randomized**
105:6
**randomly** 19:14
**rapid** 157:1
158:8,18
**rate** 229:25,25
263:11 267:6,17
**rates** 268:8,13
**rather** 43:1,20
53:9 54:9 82:10
145:13 159:6
162:19 261:5
268:24 270:25
**ratio** 194:6
**rationale**
247:22
**rays** 252:10
**rcts** 241:8
**reach** 236:2
**read** 18:4,7,9
20:3 54:25

90:22 103:12
104:6,18 106:15
116:7,11 127:16
128:6 132:12
133:4 134:2,5
136:4,8 138:15
148:20 150:10
150:20 153:9
156:3 157:14
160:15 161:19
161:22 162:1
166:2 169:21,25
173:21 177:4
179:5,13,18
183:15 185:17
185:21 190:18
212:15 238:16
239:20 241:2,9
241:18 242:20
243:15,24
244:18 259:14
274:19 275:20
275:24 282:20
284:4 286:9
288:5
**reading** 39:11
105:1,5 126:19
126:23,24 142:9
153:3 158:17
233:19 256:13
256:16 263:17
263:23 282:21
**reads** 35:1
118:11 119:13
132:16 210:7

**ready** 142:1
**real** 172:22
**reality** 256:3
270:17
**realize** 8:22,24
89:1
**realizing** 76:14
256:18
**really** 19:15
38:1 41:19
59:20 66:18
70:11 71:19
116:1 133:2
145:22 153:12
159:21 162:4
167:23 183:15
184:1,3 191:3
194:3 197:7
207:1 211:13
226:17 228:15
229:8,22 230:3
256:23 268:2
272:9 277:24
**realm** 60:16
**reason** 48:24
53:9 92:25
110:21 226:3
230:25 242:22
258:15 278:14
286:11 287:6,9
287:12,15,18,21
**reasonable** 15:1
106:13 119:10
**reasons** 129:6,9
130:10 139:1

**reassignment**
 119:19
**reassuring**
 207:5
**recall**  13:6
 15:17 17:4,16
 17:22 20:21,23
 25:5,8 27:3
 37:11,13 46:3
 54:4 55:19
 60:12,18 62:3
 66:23 70:15,21
 71:19 78:17
 80:21 84:9,16
 87:20 90:8,13
 91:9 92:19
 96:14 157:21,22
 172:2 211:1
 260:10 276:8,16
 276:21 277:2
**recalling**  64:9
**receipt**  286:18
**receive**  29:10
 31:11 50:22,23
 209:11 233:17
**received**  27:15
 27:19 29:8 49:1
 50:5 51:13 63:5
 63:9 151:6
 170:18 177:2
 181:4 216:18
 233:15
**receives**  165:11
 167:3,11

**receiving**  51:18
 65:4 164:20
 200:17,22
 201:25 216:14
 264:19
**recent**  125:9
 241:1 266:25
**recently**  41:2
 113:9 199:3
 269:18
**recess**  72:10
 112:24 138:6
 181:12 218:19
 244:25 282:14
**recognize**  13:22
 26:17,20 33:22
 36:18 76:12
 149:15 182:23
 210:3 212:20
 237:12 240:15
 240:20 276:5,6
 277:23
**recognizing**
 36:23 244:11
**recollection**
 46:16 55:1 97:8
 233:25 236:12
 236:16
**recommend**
 78:23 105:16
 145:25
**recommended**
 242:10
**reconstruction**
 164:10

**record**  7:14
 12:24 13:16
 27:11 34:6
 38:15 55:23
 56:14 76:21
 77:2 88:21 89:6
 89:11 93:6
 100:12 114:20
 115:7 117:20
 142:8 149:20
 158:1 160:7
 171:3 181:15
 183:5 186:5
 188:20 210:19
 213:9 245:3
 257:22 260:13
 276:13 277:7
**red**  277:21
**redline**  277:16
**redlines**  277:21
**redone**  80:8
**reduced**  206:12
**refer**  10:3,7
 16:18,22 22:14
 30:11 36:10
 38:21 47:10
 130:10 141:6
 143:24 144:24
 259:2
**referee**  82:23
**refereed**  72:15
 72:16,24 74:23
 78:10 82:10
 85:11,13,15

**reference**  14:7
 23:6 29:15
 108:16 121:20
 129:9 131:13
 136:24 142:19
 150:5 170:16
 171:20,22
 181:23 182:20
 184:14 200:13
 212:1 215:2,13
 222:10,16 224:1
 224:5,15 225:1
 225:3 236:6
 242:23 245:10
 257:4 259:4
 264:10,25 266:3
**referenced**  22:6
 43:10 49:14
 62:11 64:11
 106:15 138:1
 169:12 185:13
 188:16 196:3
 199:7 212:19
 213:4 273:4
 286:6
**references**  93:9
 106:23 107:17
 108:10,17,18
 109:7,8,11
 241:1
**referencing**
 22:13 37:5
 75:14 125:25
 131:9 137:20
 138:10 140:2

146:21 151:25
156:23,25
175:14,22
185:25 188:14
190:12,14
196:18,19
199:22 201:12
222:12 238:20
245:17,18
249:12 264:7
**referral** 37:25
**referrals** 130:7
251:18
**referred** 34:3
38:8 46:22
129:7 144:21
246:7
**referring** 16:19
37:16 38:5
47:13,15 54:17
145:2,7,15
147:23 168:15
175:16 200:20
201:20 212:7
226:7 246:13
251:10 254:17
265:16 266:5,8
275:9
**refers** 187:17
260:23
**reflect** 195:9,12
240:6
**reflected** 143:19
**reflection**
243:22

**reflections** 94:3
**reflects** 202:10
**refresh** 9:2
**refusals** 74:3
**refused** 265:9
**regard** 59:23
105:14 127:9
128:24 157:6
158:14 204:9
219:19 229:5
265:13
**regarding** 11:10
35:5 53:24
111:3 196:16
215:13 264:14
**regional** 67:20
**regularly**
138:22
**regulated** 224:3
**regulation**
195:5 216:4
**regulations**
133:20 195:7
222:15 223:6,8
223:12 224:13
224:15
**reinforce** 134:7
**reiterate** 197:6
**reject** 119:14
**rejected** 119:20
**related** 24:17
44:2 60:24,25
67:23 85:2 99:6
99:19,23 110:12
128:3,19,21

175:11 197:21
218:14 235:9
238:5,10 268:12
**relates** 220:15
**relationship**
58:3
**relative** 285:14
**relatively** 133:4
142:15
**release** 4:9 56:8
56:23
**released** 277:14
278:4
**relevant** 51:6
104:9 105:3
110:6 150:18
**reliability**
275:11
**reliable** 83:3,4
170:20 247:23
274:23 275:21
275:23,25
**relied** 14:9,20
15:3 102:6
103:24 106:11
132:23,25
134:21 135:11
137:1,9 140:20
140:25 152:17
152:19,24 154:6
154:22 175:20
212:23 232:22
247:20 279:7,15
**relies** 108:14,25

**religion** 68:25
69:4,7
**religious** 4:6,7
34:1,15 35:13
35:20 38:21
43:9 47:2 55:6
278:9,16,18
279:3
**reluctant** 282:7
**rely** 14:24 34:20
83:6 137:14
155:23 162:14
162:15,17
166:23 169:19
172:1 207:10
209:7 247:13
248:13 270:21
271:16 275:2,18
279:17
**relying** 154:1,13
165:19 168:18
169:11 188:10
212:21 234:8
271:8 272:15,25
273:17
**remain** 40:14
105:24 214:21
**remained**
206:21
**remains** 241:7
**remember**
17:11 54:20
60:13 61:19
78:19 84:16
166:20 255:20

263:22
**remind** 126:7
**reminding**
107:5
**removed** 278:24
**render** 141:11
141:14 142:2
**rendering**
141:17
**repeat** 33:4
166:15,17,18
250:5
**repeatedly**
152:9 165:16
**rephrase** 196:11
**reply** 7:3
**report** 5:4,20
10:16 12:13
13:3,5,20 14:15
14:21 16:6,10
16:12 17:8,18
17:24 18:16
21:17 22:3,4
25:10 27:2
46:17,18 64:13
64:17 81:8
120:17 121:2,4
131:22 132:6,18
132:25 133:16
134:11,15 135:5
135:7,25 136:2
136:9,12 137:2
137:9,19,19,21
138:1,9,14,18
138:24 139:12

139:22 140:1,6
140:11,13,15,23
140:24 149:9,13
149:15,24 150:8
151:7,8,14,20
152:18,25
153:20 154:14
154:24 155:18
155:19 156:24
158:9 159:9
161:3,20 162:7
162:12,13,15,17
162:20 163:2,4
163:6,11 168:1
169:2,3,7,8,20
169:23 172:2
173:8 174:14,15
175:21 177:19
178:10,18
179:18 181:22
182:5,6 186:15
186:18 191:22
192:16,20,24
196:2 197:1,14
197:17 198:2
199:11 207:8
209:24 210:12
210:23 211:6,8
211:12,19,19
212:4,18,20,23
213:3,12 214:1
215:1,2,6,12,13
215:16,24 216:3
216:11,20 217:1
217:7 218:17

222:8 224:23
230:6,11,22
231:14 232:13
232:24 233:5
234:4 235:11,21
235:24 236:3
237:3 238:4,9
238:14 239:24
240:1 245:8
247:11 248:11
248:17 249:14
254:2 258:10
259:15 260:1,17
260:20 261:25
262:24 264:12
264:23 265:1
271:2 276:21,24
277:3,15 278:1
278:2,3,4,11
279:16 281:11
281:11,17,18,19
**reported** 1:18
162:22 165:16
175:1,4 187:21
218:10 239:23
239:25 252:20
258:13 264:21
265:8,11
**reporter** 6:8
7:24 9:14 285:6
**reporter's** 3:8
76:15
**reporting**
163:14 253:10

**reports** 19:20
25:7 64:11,13
83:1 107:18
175:8 176:25
178:12,14
179:13,18
186:11 209:9
233:19,20
255:10 258:12
265:18
**represent** 89:14
120:4 151:2
**representation**
131:21,23 137:1
137:8
**represents**
268:23
**request** 8:15
14:17
**requested** 95:6
**requesting**
71:20
**require** 35:3
111:4 135:6
208:6 237:15
**required** 53:8
78:7 84:19 96:8
136:11 139:13
180:16 195:5
208:11 288:13
**requirements**
51:17 69:16,18
137:15 215:3
**requires** 96:22
242:6

**rescue** 92:18
**research** 56:19
  58:2 59:22,24
  59:24 60:1,4,7,9
  60:23,25 61:4,4
  61:7,10,13,17
  61:21 62:3,7,10
  62:19 63:6
  77:12,14 84:10
  84:15,19,20
  86:13 97:12
  108:1 122:7,19
  133:21 137:16
  141:24 142:9
  170:20 186:9
  197:11 207:2,14
  215:3,14,17,20
  215:22 216:5,9
  217:18 222:12
  222:13 237:22
  244:15
**reserved** 6:13
**residency** 27:20
**residents** 41:12
**resist** 278:23
**resolution** 118:9
  118:9,11,15
  119:4,7,8,12,12
  119:21 120:5,12
**resolutions** 4:23
  57:5 117:22
  118:4,6 120:2
**resolved** 119:9
  119:13

**resources**
  152:23 248:6
**respect** 35:13
  87:9
**respectfully**
  259:15
**respective** 6:3
  6:11 22:24
**respond** 7:25
  30:17 91:20
**responding** 74:3
  92:24 101:7
  188:2,4 199:11
  203:12
**response** 48:15
  89:18 108:20
  175:21 207:11
  230:9 242:9
**rest** 81:22
  225:16
**restart** 34:11
**restate** 163:8
**restricted** 87:8
**restrictions** 4:8
**restrictive**
  242:25
**result** 51:18
  105:22 106:1,9
  106:19 148:14
  182:2 186:19
  194:13 219:21
  256:1
**results** 128:9
  264:20 271:1

**resume** 42:13
  42:14 54:23
**retained** 10:13
  138:13,20
**return** 28:13
  38:19 72:12
  269:22 286:13
  286:17
**reveal** 84:1
  272:24
**reverse** 228:20
  236:1
**reversible** 239:1
**revert** 152:4
**review** 12:15
  20:18 60:4 73:3
  78:12,17,20
  81:4 82:22
  87:25 88:18
  89:17 92:4,10
  96:8,10,11,21
  97:3,3,7 99:12
  99:19 100:16,18
  100:19 104:21
  131:13 140:22
  186:8 241:4
  286:7
**reviewed** 18:20
  19:8,21 20:6
  72:17,19 76:5,8
  79:2,6,10,21
  80:4,17,24 82:5
  82:6,11,13
  83:16 85:11,13
  85:15,25 86:2

  86:13,14 87:14
  87:17,20,21,22
  88:13 89:19,22
  89:23 90:14,15
  90:21 91:2 92:6
  92:8,12,20 93:2
  93:16,24,25
  95:8,9,20,21,23
  96:1,12,15,18
  97:5 131:14,16
  131:19,22
  184:19 187:5,9
  187:13 213:25
  262:13,15,19
  274:4 279:6,14
  279:18,19,25
  280:3,13,14
  281:17
**reviewers** 78:7
  78:10,14,22,22
  93:2 96:17
**reviewing** 81:3
  278:3
**reviews** 160:19
**revised** 105:9
**rh** 1:6
**rid** 21:12
**right** 14:15 16:8
  16:15 19:7
  21:14,17 22:2
  22:14,21 26:13
  28:2 29:13 36:8
  39:22,25 43:13
  45:3,7 46:6 47:7
  47:18 49:25

**[right - saying]** Page 345

| | | | |
|---|---|---|---|
| 52:24 57:10 | 209:10,13 | **road** 262:11 | **s** |
| 60:13 66:25 | 215:14,18 216:1 | **robbins** 5:11 | |
| 67:3 68:17 | 216:10 221:17 | 182:16 185:13 | **s** 2:1,10,18 3:1 |
| 70:23 72:7 | 222:20,23 224:8 | 185:24 186:20 | 6:1,1 16:18 |
| 74:16,19 75:18 | 224:22 228:1 | **robert** 206:18 | 50:10 287:3 |
| 78:25 83:9 84:3 | 230:17 233:6 | **roberts** 70:17 | **sabbatical** |
| 85:1,5,19,23,24 | 235:11 236:21 | **role** 30:9 33:7 | 28:23 |
| 86:24 87:5 88:6 | 236:25,25 | 33:11 41:6,16 | **sad** 216:11 |
| 90:1 91:12,13 | 237:17 238:2 | 43:17 44:9,14 | **safe** 200:9 274:6 |
| 92:4 94:13,14 | 239:16 240:3,3 | 45:4 53:17 | 274:7,8,13,20 |
| 95:15 98:8 | 245:21 249:20 | 54:11 55:2 | **safely** 206:25 |
| 99:13,24 100:4 | 250:13,20 255:1 | 116:14 128:15 | **safety** 105:8 |
| 100:13,16,23 | 263:8 264:13 | 130:3,4,8 | 168:11 241:12 |
| 101:19 102:4,5 | 269:1,6 276:20 | **roles** 55:3 58:8 | 274:17,25 |
| 102:10 105:2 | 277:12,20 | **room** 21:7 | **saint** 29:5 |
| 107:5 109:2,6 | 280:23 | 207:13 254:1 | 122:11,12,15 |
| 111:5,10,25 | **rising** 19:5 | **rooted** 32:6,12 | **salpingectomies** |
| 112:8,13,14,20 | **risk** 114:9 149:4 | **rose** 183:11 | 54:8 |
| 113:7 117:12 | 150:1,2 194:6 | **rotating** 31:16 | **sand** 1:14 6:6 |
| 121:17 122:24 | 207:16 208:15 | **rotation** 31:8,14 | 285:13 |
| 123:11 129:12 | 217:24 218:6 | **rounds** 41:25 | **satisfaction** |
| 129:12,12 131:2 | 242:4 258:19 | **routine** 47:5,10 | 265:18 |
| 131:6,7,7 | 272:9,21 273:10 | 235:3 | **saw** 18:23 98:7 |
| 138:12 148:19 | 273:18 | **routinely** 30:9 | 133:9 189:14 |
| 148:20 151:17 | **risks** 189:20,22 | 47:16 83:6 | 213:6 |
| 152:15 153:19 | 206:8 207:21 | 234:15 235:1 | **saying** 57:10 |
| 153:23 154:5 | 208:4 217:15 | **rule** 16:7 138:10 | 75:4 106:22 |
| 156:25 163:19 | 218:8 219:16 | 138:11,15,16 | 112:6 129:21 |
| 166:1,25 174:19 | 220:14 221:6 | **rules** 7:22 126:4 | 131:10 145:8,11 |
| 177:10 180:3 | 243:5 244:4 | 135:6 136:12 | 146:16 151:5 |
| 181:21 183:20 | 272:1,10,13,14 | 222:11,21 | 161:7,9 164:5 |
| 185:9 186:11,21 | 272:18,23 273:1 | **rupture** 233:11 | 175:7 182:7 |
| 197:2,18 198:6 | 273:3,9,15 | **rush** 256:5 | 201:13 202:22 |
| 198:14,21 199:8 | 274:1 | | 203:10 207:13 |
| 199:9 200:24 | | | 207:15 214:22 |
| | | | 217:9 220:10,21 |

221:10,19 236:8
239:13 242:3
244:7,9 249:1
253:19 259:22
265:3 268:5
269:4 271:14
273:17
**says** 7:3 75:2
77:24 79:16
86:10 89:23
90:23 110:11
117:6 119:9
126:12 138:16
150:13 158:4,7
158:25 172:17
176:20 177:11
178:17 185:10
193:9 211:23
214:8,12,20
242:12 244:4,15
258:7 262:11
268:7,16 278:7
**scale** 229:20,22
**schizophrenia**
110:22
**schizophrenic**
253:2
**schizophrenics**
253:1
**scholar** 42:19
57:17 94:3
**scholarly** 29:23
**scholars** 58:1
**scholl** 62:20

**school** 26:24
28:13,20 65:3,8
66:15 185:7
**schools** 256:19
**schrier** 262:3
**schusterman**
68:23
**scientific** 4:21
114:2 156:12
168:10,12,14
169:11 194:8
**scientifically**
271:17
**scope** 26:7
**screen** 38:24
49:24 113:23
120:18 151:1
157:17 185:19
212:24 215:7
238:15
**screenshot** 88:9
**scroll** 12:17
29:15 36:19,25
52:1 75:11 76:1
102:14 105:10
107:9 175:25
184:6 189:1,25
190:22,23
212:21 277:10
**scrolling** 123:3
189:17 224:22
**scrutiny** 168:10
245:15
**seal** 285:18

**searching** 66:25
**second** 74:21
88:1 117:15
140:16 162:6
211:21,22,22
245:13 249:13
249:16 262:21
262:22 263:20
263:21 269:11
282:11
**secretary** 54:23
90:10
**section** 50:2
54:21 67:18
68:9 74:23
83:11 85:1,10
105:4 107:9
110:4,9,10
189:7 222:17
235:22 238:20
238:21,23 245:9
245:13 257:9
**sections** 67:6
224:17
**see** 12:10 20:11
23:2 26:19 29:7
39:20 44:17
50:2 55:1 85:17
86:17 104:19
105:11 109:7
116:23 119:6
128:7 134:2,4,5
150:21,22 178:9
185:6,23 189:6
189:13,17

190:21 195:22
205:20,22 212:1
223:5 238:1,13
240:2,18,19
251:25 252:1
254:20 256:3
257:9 263:16,16
268:4,4 276:25
277:18,21
280:25
**seeing** 30:14
86:9 87:23
155:4 157:21,22
158:19 177:22
191:11 197:7
204:22 205:1
234:12 260:10
265:25 277:2
**seek** 204:7
**seeking** 146:19
226:13 247:7
**seem** 106:23
116:1 145:22
237:14 278:17
**seemed** 20:9
144:11
**seems** 122:17
126:13 178:20
245:23 254:20
**seen** 26:3 56:10
114:3,13 115:3
115:22 117:24
117:25 119:5,23
153:12 157:20
178:12 179:9

193:4 194:16
229:13 240:15
240:22 245:15
260:8
**self**  146:1 152:4
162:12,13,15,15
162:17,19,20,23
163:2,2,6,11
168:1,7 249:16
251:22 252:3,7
252:20,25 253:5
253:15 254:4
257:7 258:3,17
258:24 259:3,20
**semantic**  225:4
**semantics**
225:14 228:3
247:15,21
248:13,21
**semester**  40:17
41:1,4
**send**  78:21
96:13
**sending**  276:8
**senior**  42:19
**sense**  144:12
145:22
**sent**  13:12 14:14
19:19 21:19
82:13 89:15
96:5,14 286:14
**sentence**  103:22
126:12 145:8
211:23 225:10
239:21 241:21

245:14 249:15
263:21 264:3
278:5
**separate**  42:24
44:4 49:16
54:19 233:25
234:7 237:15
255:22
**separated**  53:12
**separately**
81:15
**sepulchre**  50:11
50:12
**sequence**  167:13
167:15 196:22
**sequencing**  87:9
**series**  275:4
**serious**  219:12
**serve**  58:19 78:6
159:1 269:20
**served**  55:1
172:11
**serves**  158:6
**service**  39:19
51:14 52:2,18
53:5
**services**  34:2
35:2 47:3 241:6
**serving**  282:5
**session**  71:24
**set**  12:3 222:14
285:17
**setting**  137:17
216:6,8

**settings**  215:25
**seven**  134:23
**several**  32:24
134:4 160:18
258:12
**severe**  120:14
**sex**  10:9 61:11
105:25 106:3
119:17,19 144:1
146:15,23 147:8
148:2 151:24
164:8 165:12,18
196:24 197:2,16
198:20,25 222:4
225:4,18 236:22
237:7 238:6,11
258:20 270:8
**sexual**  5:7 107:8
118:7 160:10
184:10 233:7
257:6 258:3,19
259:12,13 260:7
**sfh**  122:8,9,12
122:19
**shaking**  8:2
**share**  33:20
38:24 49:24
88:22 113:22
120:19 150:13
151:1 160:8
173:7
**shared**  64:8
185:19
**sharing**  13:17
36:15 45:7 88:3

149:1 151:17
209:23
**shed**  207:6
**sheeran**  276:17
**sheet**  282:23
286:11
**shelf**  222:22
**shift**  225:4,14
227:5,6,15,16
227:18,20 228:3
228:8 247:6
248:21 268:23
**shifted**  248:24
**shipping**  222:18
223:7
**shooting**  83:25
**short**  31:3 70:25
106:15,21 138:3
207:2
**shorthand**  6:8
285:5,12
**show**  13:18 37:1
93:8 114:25
117:15 165:25
166:5 237:6
257:15 276:2
277:20 278:21
**showing**  56:7
89:12 153:14
157:17 244:11
274:25
**shown**  264:4
272:18
**shows**  241:6

**[sic - sorry]**

sic  44:1
side  20:1,3,9
  187:20
sides  23:17
sign  286:12
signal  255:1,3
signature  12:18
  285:21
signed  12:4,19
  138:19 286:20
significance
  50:18,25 127:9
  153:18,21
significant
  103:4 105:18
significantly
  242:13,17
  267:19
silent  214:12,21
  214:21
similar  43:18
  68:11 82:14
  98:20 204:25
similarities
  201:11
similarly  98:22
  233:1
simone  2:4
  263:4
simone.chriss
  2:8
simply  117:7
  234:19 282:4
single  55:2
  63:24 69:9

109:15,15 175:5
  175:23 177:22
  203:24 204:9
  217:23 254:13
  254:15,16
  255:14 275:20
  275:23
sinus  17:14
sir  241:11
sister  204:2
  205:13
site  132:14,14
sitting  19:3 23:5
situation  112:1
  230:18,19 269:2
  269:7
situations
  111:12,16,20
  112:8,10,11
  205:24
six  24:9 49:13
  125:2,2,13
skip  85:5 278:12
skirt  258:8
  259:6 261:14
slay  51:3
slide  183:20
slightly  264:2
sloppiness
  245:5
sloppy  208:25
  262:9 265:25
slow  174:9
  189:10

slowly  183:20
  280:6
small  62:15,21
  150:25 183:16
smaller  60:11
  229:21
social  39:3,7
  155:22,22
  156:12,16
  189:20 190:2,3
  241:6
society  39:4
  105:9 145:6
  172:15,18 173:2
  180:17 242:14
sole  73:9,11
  180:1
solely  211:8
solution  228:14
solutions  286:23
somebody  13:13
  252:16 260:24
someone's
  146:14 147:7
  148:1
somewhat  32:14
  282:8
sorry  10:2 14:3
  17:13,20 20:8
  21:11 22:12
  23:12 27:19
  32:2 33:4 34:11
  38:23 42:14,17
  43:22 47:14
  50:8 54:2 57:7

61:18 62:5 65:7
  66:4,24 67:19
  73:10 75:22
  76:10 80:23
  83:10 88:24,25
  89:3 90:23
  91:10 95:19
  98:25 103:13
  105:1 125:20
  127:10 128:15
  129:19 138:3
  139:19 141:4
  143:1 147:16
  150:10,24
  155:16 162:15
  163:8 166:21
  168:25 169:15
  171:5 172:3
  173:7 175:12,15
  179:6 185:5
  186:16 187:1,25
  189:13,15
  190:17,19 191:9
  192:15 196:8
  198:25 201:12
  203:15 208:3
  211:4 212:25
  214:16,17
  223:22 225:11
  234:2 239:21,23
  240:25 241:9,19
  242:21 243:12
  244:2,12,17
  246:16 248:9
  250:3,4,13,17

254:7,15 257:4
257:11 262:23
263:18 267:9
272:3 280:5,8
281:2
**sort** 30:19 52:23
61:3 63:6 71:21
77:11 124:9
144:18 163:17
164:4 167:4
173:22 178:24
179:11 180:23
195:24 232:22
**sorts** 196:19
**sought** 58:13
111:19 247:3
**sound** 114:7
119:10 145:17
226:1
**sounding** 218:3
**sounds** 177:16
199:9 276:20
**source** 133:14
149:10 152:13
154:6 155:5,16
165:22 166:7
170:17 171:13
174:13 175:10
200:2 230:21
231:10 232:2
234:3,9,21
236:8,13 237:2
243:13,18,19
244:9 247:20
248:4 254:22

261:20,23
262:13,19 271:2
**sources** 14:9,20
15:2 103:7
127:3 132:5,8
132:20,23,24
134:20,24
135:14 137:18
137:20 138:1
153:4 155:23
165:21 166:11
166:23 168:18
168:21 169:10
169:19 175:12
175:20 182:12
192:21 209:5
239:14 255:13
256:15 260:21
261:2,7 262:16
279:6
**southern** 2:5
7:11
**southernlegal....**
2:7,8
**space** 107:15
**sparse** 233:9
**speak** 8:8,18
21:8 57:14
209:17 282:7
**speaking** 22:12
28:20 48:3
123:23,25
146:22,25 147:3
170:19

**speaks** 231:15
231:16
**specialized**
142:4
**specially** 138:20
**specialty** 30:15
65:7,8 103:15
129:10
**specific** 54:4
64:9 71:17 90:3
127:11,18
128:11 137:20
137:25 166:11
173:8 202:3
230:5 236:6
238:9 240:3
246:14 247:25
271:2 278:1
**specifically**
10:22 19:18
20:23 30:4
39:13 50:19,24
64:2 68:21
108:25 118:8
124:20 128:3
142:6 148:11
155:15 158:7
196:18 238:12
282:3
**speculative**
117:5
**spelled** 217:6
**spelling** 7:14
**spend** 278:17

**spermarche**
105:19
**sphere** 32:19
**spirituality**
68:25 69:5
**split** 53:9
**splits** 213:12
**spoke** 211:2
**spread** 174:10
**springs** 1:14 6:7
285:13
**square** 2:12
**ss** 285:3
**st** 69:21
**staff** 35:7 176:2
**stage** 105:17,18
164:19,21
275:18
**stand** 66:20
281:18
**standard** 16:20
101:22 102:8,20
102:24 103:2,8
141:24 180:9,13
180:16 223:24
**standards** 16:11
16:20 35:16
111:2 112:7
143:20 194:18
195:4,12,15,16
195:20,22 196:3
196:5 197:11
208:5
**stands** 16:23
122:12 156:11

**start** 8:6 60:15
  67:15 76:9
  123:22 127:10
  176:3 177:12
**started** 68:3
  126:4 219:16
  225:19
**starting** 139:19
**starts** 50:9 68:9
**starvation**
  146:10
**state** 6:8 47:21
  48:3 49:2 80:15
  80:23 84:24
  105:21 121:11
  123:4 145:4
  151:21 180:20
  211:24 212:16
  216:2 231:18
  233:7 238:24
  241:6 259:19
  284:4,14 285:2
  285:6,22
**stated** 113:5
  121:1 188:9
  234:5 265:23
**statement** 37:12
  37:15 46:24
  83:19 112:9
  114:6,23 115:1
  115:3,10,17,20
  116:25 117:3
  126:16 138:25
  139:10 152:7
  154:7 155:1

165:20 168:19
  169:20 171:19
  178:13 179:4,6
  179:11 180:4
  182:5,9 209:3,5
  209:7 214:1
  237:5 251:22
  254:22 255:25
  266:16 278:1,11
**statements**
  59:18 83:1
  106:24 133:25
**states** 1:1 35:12
  101:16,20 103:8
  114:7 116:14
  118:3 160:18
  212:7,12,13
  213:12,14,16,17
  213:18,19,23
  214:2,5,5,6,10
  214:14,18 217:1
**stating** 7:14
  56:23 115:11
  168:3
**statistically**
  144:5
**statistics** 268:12
**stature** 105:23
**status** 121:23
**statute** 213:18
**stayed** 149:1
**step** 136:23
**sterility** 106:5
**sterilization**
  106:4

**stigma** 227:7
**stipulated** 6:2
  6:10 138:17
**stipulations** 3:4
**stop** 13:17 36:15
  42:7 45:7 88:3
  120:18 122:18
  151:17 200:17
  200:21,24 201:3
  201:16,25
  209:23
**stopped** 31:2
  42:3 52:11
  53:21 148:25
**stopping** 105:8
**story** 183:10
**strain** 242:8
**strange** 95:11
  96:3 97:11
**strangers** 95:11
  96:2 97:11
**street** 2:18
**strict** 69:17
**strictly** 153:7
**strike** 109:20
  127:10 137:6
**strive** 218:7
**strong** 256:18
  266:9 279:21
**stronger** 268:4
**strongest**
  205:11
**strongly** 32:6,12
  195:24 266:19
  267:22

**struggling**
  60:13 66:11
**student** 87:4
  184:22 185:1
  260:18
**students** 29:21
  41:12,19,21
  43:24 63:20,21
  64:23,24 65:1,2
  65:15,16,17,19
  65:19 71:25
**studied** 123:4
  126:12,17,22
  127:18 128:2,4
**studies** 60:8,9
  60:11,25 105:6
  105:15 107:24
  127:8,11,15
  136:24 137:1,5
  137:8 152:14,16
  159:25 168:8
  170:13 172:5
  185:8 222:13,14
  237:6,10,23
  264:3,7,14,16
  264:22,25 265:6
  267:19 270:25
  271:8,15,16,24
  272:23 273:8,14
  274:4,16,19,24
  274:25 275:8,22
  275:24
**study** 21:24
  28:23 54:20
  60:4 62:7 63:6

107:22 108:2
127:14 139:11
149:23 152:10
158:5,25 160:13
161:2,4,20,21
161:25 171:25
172:2 181:23
244:15 263:12
263:15,25 264:9
267:1,17 268:7
271:22,23,25
272:9 275:20
**studying** 126:25
127:3
**stunted** 105:24
**subject** 23:21
49:5 64:2 89:17
92:4 97:6 134:5
281:22 282:1
**subjects** 60:5
133:21 215:17
215:21 216:10
222:13 223:19
224:7
**submission**
132:19
**submit** 13:11
78:21
**submitted** 10:17
13:6,10 18:5,8,8
18:17 22:4 25:6
64:14 133:24
134:11 152:25
154:14,23
277:12 281:10

**submitting**
17:18 135:5
138:9
**subscribed**
284:13 288:14
**subsection**
139:20
**subsequent**
98:10 157:8
266:22
**substance**
211:18
**substantiate**
261:2,8
**substantiated**
260:21
**substantiating**
260:18
**successfully**
202:8
**suddenly**
202:17
**sufficient**
136:25 137:7
208:21 229:13
231:7 271:18
274:16 275:12
275:12,13
**sufficiently**
246:10 275:23
**sugg** 96:24
**suggest** 103:23
104:4,5 199:11
203:5 208:19
242:25

**suggested** 17:25
58:10
**suggesting**
101:5,11 108:8
110:17 156:9
162:14 163:24
266:25
**suggestion**
58:17 219:7
245:25 255:14
**suggestions**
78:22 96:14,25
155:25 161:14
272:17
**suggests** 107:7
219:4
**suicidality**
264:5
**suicide** 90:2
91:17 95:4
142:13 229:24
229:25 263:11
**suing** 228:6
**suit** 49:11
**suite** 2:12,18
**summarize**
77:11 139:5
**summarized**
167:6
**summarizes**
187:16
**summarizing**
188:7
**summary** 22:8
108:21 151:13

212:22
**summation** 15:1
**summer** 15:15
15:16
**supplement**
8:24
**supply** 52:14
**support** 16:6
17:8 18:18
26:10 101:20
102:6 103:7
104:16,22
106:12,18 107:1
107:12,22 108:2
109:2 118:12
139:5 155:13
162:15 165:10
165:14 166:7,12
167:3,10 168:9
180:4 182:4,9
182:13 191:13
192:10 199:15
204:7 209:2,4
209:25 227:1
228:22 229:12
230:6,13 231:11
232:2,16,19
233:13 234:17
236:4,19 237:23
251:21 266:15
266:20 267:11
267:15,20
**supported** 69:6
107:25 155:1
186:13,18 204:4

205:4,7
**supporting**
102:1 232:21
279:22
**supportive**
265:3 266:24
**supports** 102:19
109:16 167:22
192:16 271:3,22
271:23,25
**suppose** 57:4
60:3 116:10
131:20 248:19
**supposed** 51:20
69:13 78:9
143:7 145:19
164:24 165:4
177:23
**suppressing**
243:6
**suppression**
105:20
**sure** 12:15 13:9
18:1 21:16
24:10 54:24
67:14 80:10,20
81:2,5 82:9 83:4
86:2 98:2 99:15
105:6 113:21
121:23 123:16
124:5,5 127:1
131:23 132:7
137:16 138:12
144:20,25
147:22 149:16

152:12 156:5
165:24 166:24
175:15 187:4
189:10,10
193:13 202:25
212:10 213:6
216:7 222:22
224:9,19,21
228:6 233:6
236:18 238:22
241:3 276:9
281:4
**surgeon** 81:14
141:20 221:4
**surgeons** 145:5
233:16,18 234:5
234:13
**surgeries** 10:10
61:14 147:1
196:24 197:22
198:13 225:3,5
226:16,20,23
229:5 231:12
235:10,18
245:20
**surgery** 46:22
118:13 119:19
129:7 167:4,12
167:19,21 204:5
220:16 225:9,19
225:22 226:8,9
226:14,20 234:6
235:4 274:1
**surgical** 119:17
119:19 130:7

164:9 183:19
221:25 228:14
**surprise** 4:8
**surprised** 86:25
**surrounding**
123:5,10,24
126:17 127:13
127:19 128:2
**surveillance**
150:1
**survey** 149:4
150:2,2,21
**surveys** 149:25
265:18
**suspect** 125:19
144:24 166:8
**suspected**
251:17
**suspecting**
251:10
**suspended**
48:24
**swaab** 160:19
**sweden** 168:16
173:19 198:16
239:19 240:5
243:5 263:13
**swedes** 244:8
**swedish** 5:16
240:10,12 241:5
242:17 243:13
245:6
**switched** 225:17
**switching**
189:19 266:24

**sworn** 7:2
284:13 285:8
288:14
**symptom**
253:12
**symptoms**
162:16,22
252:20 253:10
**system** 150:1
199:25
**systemic** 241:4
**systems** 54:14

t

**t** 3:1,1 6:1,1
143:13 284:1
285:1,1 287:3,3
**table** 8:15
248:20
**tabloid** 255:9
**take** 4:8 8:13,17
9:15 26:15
31:22 55:22,24
72:9 88:5 108:1
109:22 110:13
127:16 144:13
156:6 162:11
174:11 181:9,11
218:13,17
223:23 227:9
240:24 244:21
244:23
**takeaway** 69:8,9
**taken** 1:15 6:5
9:6,13 72:10
112:24 138:6

**[taken - thanks]**

145:5 181:12
218:19 244:25
282:14 285:11
285:13
**talk** 8:10 9:24
21:8 45:9 49:21
55:18 58:1,7
124:20 144:4
164:6 183:25
187:22 216:5,21
224:24,24 247:4
**talked** 71:24
74:20 80:10
99:15,16 113:2
114:22 117:9
121:14,18
130:17 172:5
183:11 252:10
**talking** 19:24
20:10 37:22
54:18 62:21
64:4,13 69:3
70:7 96:2 100:7
102:21 106:6,7
112:2,3 124:21
126:14 128:18
138:8 139:16
141:20 147:22
147:25 176:22
182:17 190:8
197:7,13 198:24
201:21 202:16
202:18 218:21
225:2 234:23
235:20 244:3

248:12 253:6
274:11,15
275:16,22
278:18
**tallahassee** 1:2
2:19
**tally** 125:21
**tank** 29:20
42:24
**tanner** 105:17
105:25 164:19
164:21
**taught** 63:12,16
64:1
**tavistock**
173:15 174:8
**teach** 41:5,10,18
66:5
**teaches** 65:14
65:14
**teaching** 28:16
29:5 40:25 41:2
43:24 44:10
46:11 64:19
99:17 122:10
**team** 31:8 89:24
**technology**
55:23 241:5
**tell** 19:2,18 81:6
125:23 136:20
155:12 179:25
189:2 208:22
218:5,6 221:5,7
229:22 258:1
277:16 279:17

**telling** 207:9
**tells** 260:25
**temporarily**
45:8
**tempt** 278:22
**ten** 40:9 55:20
62:25 109:14
125:11,12
208:24 230:1
**tend** 42:25
**tendency** 8:6
**tense** 122:18
**term** 10:5 38:2
42:15 60:2
72:19 101:25
162:18 184:9
194:7 204:23
207:3 219:17
226:11,22
229:17 233:4
270:25
**termed** 219:1,13
**terminally**
94:11
**terminology**
10:6 54:22
128:1 227:5,6
227:16 247:6
248:5
**terms** 11:23
14:25 16:15,16
33:15 54:10
60:23 69:18
128:8 145:16
246:18 247:23

271:17 275:12
**terribly** 251:25
**test** 164:1 270:3
271:19
**tested** 270:18
**testified** 23:25
24:20 25:4,14
121:12 139:8
250:8
**testify** 10:23
285:8
**testifying** 9:16
**testimony** 8:24
9:1,11 10:18,21
26:8,10 138:21
138:23 139:11
281:5 284:7
286:9,18 288:8
**testing** 81:18
159:6 271:1
**tests** 252:11,24
**texas** 5:9 175:13
181:17
**text** 73:22 105:3
108:7 119:6,7
**thank** 7:18 9:23
12:21 17:2
23:11 39:22
66:25 93:18
189:11 212:25
215:8 224:20
261:24 281:4
282:15,18
**thanks** 183:17
184:5

**[themself - thoughtfully]** Page 354

themself  11:24
theological
  33:12
theology  33:1,7
theory  270:3
  271:19
thepublicdisc...
  187:12
therapies
  217:19
therapy  101:23
  176:3 177:13
  193:4 196:17
  270:19 271:1
thin  192:7
thing  50:20
  52:10 62:21,24
  72:17 113:2
  145:25 150:10
  160:4 176:20
  186:10 191:5
  233:24 243:25
  261:12 270:3
things  14:24
  18:4,7,8 19:13
  19:14,23 21:14
  21:15,22,25,25
  22:2,10,13,18
  32:25 51:9
  52:14,16,16
  53:10 54:8
  60:10 80:7 96:7
  107:19 126:1
  128:5 131:25
  132:2,13 133:3

134:1 136:3,4,5
136:7 137:11
142:16 152:20
154:25 177:4
179:5 184:15
195:25 197:5
199:2 206:10
207:6 208:13
217:12 228:5
246:8 262:15
268:19
think  8:5 11:6,9
  11:17,19 13:7
  13:24 14:25
  15:11,23 17:19
  21:6 22:20 23:9
  29:20 31:9
  38:16 42:24
  50:20 55:16
  58:17,24 70:24
  71:6,13 72:1,7,9
  73:4 86:6,7 91:4
  92:7,7,21,21,22
  96:19,20 97:1
  98:7 102:21
  103:1 107:4,13
  109:6,25 112:20
  113:9,16 118:2
  121:23 125:23
  126:3 128:5
  130:14,16,19,20
  132:3,21 133:23
  137:5,7 139:15
  139:17 141:16
  144:3,10 145:17

145:18 147:10
147:11 148:8,11
153:16 154:15
154:18,19
159:21 161:16
162:1 164:2
168:23 169:5,8
170:1 172:9
175:25 176:21
177:9 178:16
179:8,10,22
181:8 182:15,16
183:18,21,24
184:2 189:23
190:4,15,16,21
191:3,4 193:20
195:2 196:21
198:18 199:5
200:19 201:7,20
201:23 205:5,7
207:1,4,12
209:16,21,22
217:6 218:25
219:11,12,18
220:2 222:19
223:8,17 226:1
226:16 227:17
227:21,24 228:4
228:8,12,12,18
228:25 229:1,8
229:14 231:14
231:15 234:6,11
234:19 235:19
236:5 237:10,12
239:22 240:23

241:14,20
243:20,24
244:21 248:24
249:7,8,10
250:6,17,20
253:1,20 256:2
256:17,22 257:3
258:17,18
259:22 262:18
262:23 266:1,5
266:22 267:11
267:22 268:3
269:3,19 270:2
270:24 271:13
274:10,23 275:3
280:1,15 281:21
282:11
thinking  57:1
  136:21 170:23
thinks  206:24
third  20:8
  222:10 249:15
  254:10 264:2
thought  28:17
  82:12 133:5,7
  136:4,8 151:9
  153:11 156:18
  175:1 185:15
  187:22 188:4
  236:10 247:23
  248:10 269:8
  278:20 282:7
thoughtfully
  203:6,8

**thoughts** 121:8
**three** 21:22
22:15 83:9
124:11 173:10
213:13
**time** 6:13,14,15
8:13,19 15:10
26:15 28:24
30:14 35:9
36:21 40:16,19
53:25,25 55:22
55:24 60:19,21
68:6,11 70:18
81:16 84:17
85:7 88:5
104:18 108:17
110:1 112:19,21
113:5,10 115:22
125:7 128:18
152:5 155:14
156:6 158:9
162:2 166:13,24
172:8,9 177:23
199:3 204:6
205:4 218:18
219:12 236:2
249:25 251:1
263:9 269:22
275:5 278:18
279:12 282:15
284:7 286:19
**timeframe**
286:8
**times** 23:18
58:18 66:1,6

95:5 124:23
128:10 134:4
263:13
**tired** 213:1
**tissue** 56:19
233:10
**title** 68:18 70:19
71:6 119:6,8
210:7 223:6,13
223:14,16,21
224:6,13,14,16
**titled** 73:14
81:18 83:14
87:7 92:16
97:17 160:9
**today** 7:10,23
8:4 9:6,11,16,21
9:25 18:21
21:15 72:20
103:14 115:22
120:24 121:16
166:6,10 180:7
192:6 196:20
197:13 209:10
219:25 220:7
225:2 228:23
239:16 263:25
279:6 281:18
282:15
**today's** 18:2
21:2 141:21
256:17 266:12
**together** 23:7
81:14 113:11
149:11

**told** 23:13 50:24
51:16 97:24
99:1 161:21
206:20 218:24
238:25
**tomes** 133:22
**took** 28:23
121:24,24
**top** 262:8 264:1
268:21 280:7
**topic** 9:25 18:6
28:18 66:2,6
68:6 70:13
99:12 116:21
118:7 124:24
141:21 180:1
279:20
**topics** 142:1
**total** 31:12
**totality** 121:4,7
**totally** 68:19
271:6
**touched** 179:22
**toward** 189:4
**towards** 32:5
52:15 254:12
268:23 270:16
279:22
**town** 44:5 48:16
**track** 125:5
**tradition** 32:7
32:13 43:4
83:15
**trainees** 29:21

**trans** 131:5
257:8 258:4,11
258:24 259:3,18
259:21 261:3
262:8
**transcribe** 8:4
**transcribed**
285:12
**transcript** 94:18
282:22 283:1,3
284:6 286:6,20
288:5,8
**transcripts**
286:15
**transgender**
10:3 21:18
26:11 46:23
64:5 103:5
110:24 118:9
119:8 123:5,10
123:24 124:17
124:20,24
126:17 127:13
127:19 128:2,3
128:11,20,22,22
128:25 129:8,15
142:23,24
143:11,17
148:15 150:14
150:16 161:18
202:12 210:8,10
236:1 255:18
258:11,17,19
259:9 260:19
261:16 263:12

264:4,18 265:18
266:12 269:13
269:16,22
**transgenderism**
142:20,21 143:9
143:15,18
**transition**
108:24 153:14
199:23 202:17
203:2 267:6,17
268:8,13 269:19
**transitioned**
267:1
**transitioning**
199:14,19
239:11 247:8
266:23,23
**transplant**
141:19
**transplantation**
69:19
**transsexuality**
160:24
**trapped** 249:5
268:24,25
**treat** 10:2,2
30:16 115:13
130:6 193:8
199:6 221:23
230:8 231:13
232:4,18
**treated** 46:14
193:15 201:18
227:15 269:17
269:23

**treating** 30:18
41:25 105:14
159:22 199:12
217:3 226:24
229:6
**treatment** 10:9
11:10,13 21:19
24:12 25:11,14
30:12 47:6,11
63:10 67:24
68:14 71:18,22
71:22 110:20
111:4,24 118:14
120:10 128:9
146:21 147:11
163:15 164:6
167:6,8,16,17
172:6,13,23
173:12,23 174:6
177:2 180:24
181:4 182:2
193:19,23
194:16,17,20,24
195:6,8,21
198:9 199:1
200:3,14,16,18
200:22,23 201:2
201:3,13,22
202:1,7,9,11,15
203:7,9 205:1
205:14,17 210:8
210:10 214:19
216:8 221:12
234:16 235:7,23
240:13 241:10

242:19 243:6,7
243:8 244:6,16
249:4 264:6
266:10 270:6
271:4 274:9,12
281:21
**treatment's**
193:2 194:11
**treatments**
11:23 16:8
24:18 61:5
101:1 118:10
119:9 121:6
184:1,9 193:11
194:1,5,14
196:7,9,10
198:5 200:24
207:15,23
213:20 214:15
217:16 219:25
220:6,22 221:10
221:12 225:1
228:22 229:6
230:7 231:12
232:3,17 245:19
274:20 281:14
282:6
**trial** 6:13 23:23
24:20 25:2,4
121:13 139:8
**trials** 23:17
218:9 241:8
246:9
**trouble** 88:2,7
127:20 184:7

228:3 262:23
**true** 56:2 68:8
124:19 167:9,23
200:8 216:11
221:24,25
248:15 264:15
284:6 288:8
**truism** 274:14
**truly** 194:25
206:23 258:18
**trust** 277:19
**truth** 9:19
231:25 285:8,9
285:9
**truthfully** 9:8
9:19
**try** 8:9 67:12
80:5 88:3 126:7
126:9,9 214:16
221:16 250:23
272:4
**trying** 15:11
21:16 23:3
61:18 71:10
79:17 88:2 97:4
164:2 169:5
185:18,22
204:18 224:9
225:15 226:17
230:14 239:20
255:20 257:4
261:10 262:25
263:9 273:2,4
273:16 275:15

**tulsa**  52:4,12
53:4,11,21,22
54:15 55:2,5
69:21 122:15,20
**turn**  34:24
40:10 120:15
148:25 155:11
266:13,18 267:2
267:7,21 280:25
**turned**  209:8
**turning**  35:11
130:9 140:15
159:9
**turns**  172:10
**twice**  66:8
**two**  17:19 18:10
54:19 55:3
73:15 91:11
104:20 116:1
155:20 179:23
191:17,21
201:17 246:4
254:23 264:14
266:3 268:11
278:12
**twofer**  36:23
**type**  24:12,16
36:11 37:16
48:6 65:14
81:11 82:4 83:5
88:7 102:3
107:14 108:18
110:20 111:3
195:6 199:1
200:10 201:15

207:2 216:13
226:13 273:18
**types**  24:8,10
30:21 82:25
83:2 112:8
146:20 167:7
198:8 251:15
**typically**  38:11
47:9 75:13
77:13 166:3

**u**

**u**  6:1 284:1
**u.s.**  43:9 95:13
150:17 222:17
242:19
**uh**  31:13 76:13
77:21 80:13,16
95:6 102:13
175:9 188:15
223:15 254:24
257:14
**umbrella**  122:4
**unable**  90:17
154:5 162:2
200:11,17 261:8
**unbiased**  141:7
141:9,10
**uncertain**  193:2
194:2,11,14
**unchanged**
241:7
**uncontrollable**
90:24
**under**  9:16
48:20 53:23

72:23 122:4
136:11 153:25
168:9 223:21
224:5 225:9
284:4
**undergo**  100:15
**underlying**
228:16,17,18
229:2 247:7
**undersigned**
284:14
**understand**
9:15,20 10:8,16
17:1 23:3 78:11
93:7 127:22
132:22 134:13
134:18 153:6
154:3 168:25
206:5,8 216:3
249:5 253:6
263:8 271:14
273:2,6
**understanding**
72:20 116:11
137:15 174:20
244:13
**understood**
131:12 153:1
165:5 197:4
**underwent**  73:3
99:12,18 100:18
**undo**  95:12
**undoubtedly**
201:11

**unethical**
130:15,16,19
**unexplained**
155:21 156:20
**unfavorably**
202:10
**unhappy**  227:12
**unique**  32:4,14
**united**  1:1 103:8
**university**  24:1
24:4,6 26:24
27:16 28:1,11
28:19,20,22
29:1 32:2,3
33:17 34:10
35:23 37:4 43:4
45:23 53:11
60:19,22 62:13
65:16 70:17
71:17 122:3
184:22 185:8
**unknown**  193:1
193:6,18,22
194:14 205:9
217:15,23 218:5
218:6 261:16
271:4,6 272:1,9
272:10,14,21,23
273:3,9,10,15
**unknowns**
219:22
**unnecessary**
90:24
**unreliable**
275:9

**unscientific**
194:12
**unsubstantiated**
261:9
**untested** 270:11
270:22
**untreated** 163:7
163:12,13
**unwanted** 4:22
115:12,14
116:15
**unwise** 90:24
**update** 98:11
**updated** 53:13
**updating** 52:11
**uphold** 35:13,19
**urge** 256:18
279:21
**urgency** 254:11
**usa** 91:22,25
**use** 10:5,6 16:16
23:4 48:8,11
72:19 105:7
115:13 116:16
118:12 119:18
162:3 182:10
195:5,24 198:23
199:5 221:23
224:25 226:22
226:22 265:24
**used** 10:2 16:16
19:10 21:14
32:19 111:7
120:13 139:4
161:17 162:19

196:3 199:1,2
226:12,20 240:7
241:24 242:4,19
246:24 247:1
248:10,16 269:8
270:17 286:20
**useful** 246:14
**uses** 194:19
195:20
**using** 8:1 38:2
42:15 60:2,3
79:14 101:25
149:6 159:8
165:17 188:5,5
194:9 196:5
222:3 226:4,15
226:19 227:2
248:7
**usual** 82:7
158:21
**usually** 73:25
**utero** 4:15 87:8
89:7

**v**

**v** 7:17,17 286:4
287:1 288:1
**validate** 158:11
**validating** 159:7
**value** 144:13
**values** 37:22
**variability**
108:21
**variety** 65:25
**various** 19:10
33:16 44:5,14

48:15 54:13
57:15 59:17
82:24 123:19
133:25 137:17
164:9 169:16
224:25 278:18
**vary** 75:13
**vatican** 50:6
**venue** 273:24
**verbal** 8:1
**verify** 286:9
**veritext** 286:14
286:23
**veritext.com**
286:15
**version** 211:20
262:24
**versus** 7:10
84:10 120:24
141:24 197:11
201:2
**vicinity** 42:9
**videoconferen...**
1:12 2:2 6:4
285:11
**videotaped**
284:5
**view** 21:18
210:10
**viewed** 278:15
**views** 34:17
70:2,3
**virginia** 257:6
260:7

**virtual** 22:22
**virtue** 32:20
**visit** 175:5,24
176:4 177:13
**visited** 178:8
**visual** 144:12
**vitae** 4:5 26:23
27:1,7 49:23
**vogel** 2:16 16:3
**voluntarily**
200:24
**volunteer** 48:11
48:13
**vries** 102:11
**vs** 1:6
**vulnerable** 39:5
39:8,15 222:13

**w**

**w** 143:13
**wade** 281:25
**wait** 185:18
244:20
**waiting** 101:20
101:24 102:3,7
**walking** 253:18
**want** 9:24 10:6
33:20 39:24
99:17 124:5,6
126:7 147:22
154:9 168:2
186:24 190:19
201:22 209:18
222:24 233:5
240:24 259:1,10
266:1 273:4

278:22 282:23
**wanted** 21:12
92:22 113:1
130:5 177:16
190:21 200:18
238:17
**warn** 202:9
**washington**
5:17 47:22,25
48:2,3,4 52:20
95:5 257:12
**wasting** 263:8
**watchful** 101:20
101:24 102:3,7
**way** 51:6 57:4
65:11 67:12
71:11 82:9
102:23 113:12
121:9 122:17
127:2 134:1
136:20 141:3
154:12 156:2
162:12,19 172:1
177:8 178:23
183:23,24
189:16 190:8,20
200:25 207:4
213:5 216:2
217:21 219:4
228:25 252:8
268:5
**ways** 52:14
**we've** 19:23
45:11 54:18
60:9,11 63:19

95:17 103:14
105:11 121:18
124:22 129:11
140:1 154:2,4
154:18 181:8
189:23 196:22
219:18 220:6
225:2,18 229:8
229:19 252:10
253:6 270:24
274:10 279:6,10
**wearing** 258:8
259:6 261:14
**web** 79:18
117:25 118:1
**webmd** 79:16
79:19,21
**website** 4:16 5:9
57:16,17 58:5
79:15 118:3
120:1 178:13
179:3 181:17
187:12
**websites** 239:12
**week** 134:4
**weida** 1:7 7:10
120:25 276:17
286:4 287:1
288:1
**welcome** 8:12
8:23 164:3
231:18
**welfare** 51:21
243:5,21

**went** 25:1 28:23
71:5 177:15
**west** 2:12
**whatnot** 274:2
**whatsoever**
140:18
**whereof** 285:17
**whistle** 262:9
**whoa** 189:10
**wide** 65:24
228:4
**widely** 148:12
152:8 196:6
199:4 218:10
223:24 234:20
**widespread**
172:12 204:7
**wife** 21:10
**williams** 5:4
149:5,9,13
212:3,18 213:3
**willing** 15:19
58:19 187:2
209:11 210:25
**wills** 167:20
**wilson** 97:23
**wishful** 57:1
**wit** 7:4
**withdrawal**
201:6
**witness** 10:13
15:22 16:1,3
19:10,25 23:16
26:5 36:22
39:11 55:25

69:12 107:4
109:5 135:8
137:3,10 138:19
138:19,25 139:3
139:8 140:7
141:3 154:19
161:25 166:16
166:20 171:18
178:8 179:16
187:8 203:22
207:20 209:20
218:2 220:10
230:24 231:7,21
232:15 238:1
270:2 271:13
273:22 281:7
282:18,24
284:15 285:17
286:8,10,12,19
**witness's** 139:6
**woman** 145:9
227:23 253:8,20
253:23
**women** 52:7
**wondering** 51:4
96:9 127:1
263:7
**word** 50:9 72:16
225:1 226:11
**words** 38:11
**work** 7:11 30:9
33:15 34:21
43:13 46:1,5
48:11,13 134:10
173:2 211:3

233:10 265:25
**worked** 17:17
  48:14 276:18
**working** 24:5
  40:16,18 43:24
  46:8 67:9
  132:17
**workings** 82:8
**workshops**
  67:16,21
**world** 103:4
  218:10 256:18
**worldwide**
  101:23 102:20
  102:24 103:2
**worse** 146:9
**worth** 161:16
  162:2
**worthwhile**
  156:19
**wound** 233:11
**wpath** 132:14
  143:11,19
  167:14 180:10
**write** 40:22
  76:22 103:17
  156:2,3
**writing** 7:24
  13:3 29:24
  43:25 44:11
  90:8 104:1
  108:19 123:12
  132:25 137:19
  137:21 138:1
  247:11 278:20

**writings** 131:4
**written** 25:6
  64:11 120:22
  135:7 138:14,18
  239:8,11
**wrong** 71:3
  75:22 91:16
  132:3 146:19
  187:15 192:6
  216:15 235:4
  249:1,6 253:17
  256:22 268:24
  268:25 269:3
**wrongly** 255:17
**wrote** 92:10
  95:10 113:10
  134:11 184:22
  259:25

---

**x**

---

**x** 252:10

---

**y**

---

**yeah** 13:24
  20:22 22:7 33:6
  50:20 58:6
  61:21 75:15
  78:11 80:1
  81:22 86:25
  87:6 98:13
  109:5 111:20
  123:2 125:3
  141:25 142:15
  151:16 152:13
  153:24 157:8
  160:24 172:18

176:1,5,6
183:10,21,24
184:12 185:15
187:2,2,18
198:25 204:5
215:8 221:15
223:18 236:10
241:18 250:15
250:22 263:22
265:21
**year** 15:10
  41:21 55:18
  136:6 142:18
  206:21 240:17
**years** 27:17
  30:25 40:9 45:5
  55:20 62:25
  64:20 84:17
  101:22 121:12
  121:16 122:8
  123:1 124:11
  125:11,12
  140:21 141:25
  142:16 198:10
  199:8 208:24,24
  208:25 219:20
  229:24 230:1
  251:6
**yep** 177:6
  224:19
**yesterday** 18:24
**young** 19:5
  151:21 152:2,3
  156:16 158:10
  164:8 208:23

264:18
**younger** 128:7
  233:8
**youth** 4:22
  110:17 149:4
  150:1,13 165:11
  267:1

---

**z**

---

**zealand** 168:17
**zoom** 34:25
  40:21 56:16
  104:24,24
  124:13,15,23
  125:13,18
  149:23 185:18
  185:21 223:8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.