1          IN THE UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF FLORIDA

2                 TALLAHASSEE DIVISION

3

4    AUGUST DEKKER, et al.      )

                                )

5              Plaintiffs,      )

                                )

6    vs.                        ) NO. 4:22-CV-00325-RH-MAF

                                )

7                               )

     JASON WEIDA, et al.,       )

8                               )

               Defendants.      )

9

10

11

12          VIDEOCONFERENCE DEPOSITION OF

13           G. KEVIN DONOVAN, M.D., M.A.

14         LOCATED IN SAND SPRINGS, OKLAHOMA

15         TAKEN ON BEHALF OF THE PLAINTIFFS

16                ON MARCH 22, 2023

17

18          REPORTED BY:  JANA C. HAZELBAKER, CSR

19

20

21

22

23

24

25

```
 1                 A P P E A R A N C E S
 2
       (All parties are appearing via videoconference.)
 3
 4     For the Plaintiffs:        Chelsea Dunn
                                  Simone Chriss
 5                                Southern Legal Counsel, Inc.
                                  1229 N.W. 125th Avenue
 6                                Gainesville, FL  32601
                                  (362)271-8890
 7                                chelsea.dunn@
                                     southernlegal.org
 8                                simone.chriss@
                                     southernlegal.org
 9
                                  and
10
                                  Carl S. Charles
11                                Lambda Legal Defense and
                                     Education Fund, Inc.
12                                1 West Court Square
                                  Suite 105
13                                Decatur, GA  30030
                                  (404)897-1880
14                                ccharles@lambdalegal.org
15
16     For the Defendants:        Michael Beato
                                  Holtzman Vogel
17                                   Barantorchinsky &
                                     Josefiak PLLC
18                                119 S. Monroe Street
                                  Suite 500
19                                Tallahassee, FL  32301
                                  (850)270-5938
20                                mbeato@holtzmanvogel.com
21
22
23
24
25
```

Page 3

1                        C O N T E N T S

2                                                    Page

3      Index of Exhibits ........................   4-5

4      Stipulations .............................    6

5      Direct Examination by Ms. Dunn ...........    7

6      Cross-examination by Mr. Beato ...........   281

7      Jurat Page ...............................   284

8      Reporter's Certificate ...................   286

9

10                       * * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              PLAINTIFFS' INDEX OF EXHIBITS

2                                              Page

3    Exhibit 1 (Expert Declaration) ......    12

4    Exhibit 2 (Bibliography) ...........    13

5    Exhibit 3 (Curriculum Vitae) .......    27

6    Exhibit 4 (Ethical and Religious
         Directives) ...........................    34

7

     Exhibit 5 (Why Religious Health Care
8        Restrictions Often Take Patients
         by Surprise) ...........................    38

9

     Exhibit 6 (Press release issued by the
10       Catholic Medical Association) ..........    56

11   Exhibit 7 (Professionalism in
         Pediatrics 2007) ......................    76

12

     Exhibit 8 (The Disabled and Their
13       Lives of Purpose) .....................    76

14   Exhibit 9 (Ebola, Epidemics,
         and Ethics) ...........................    88

15

     Exhibit 10 (Beneficence in Utero) ...    89

16

     Exhibit 11 (Bioethics website) ......    89

17

     Exhibit 12 (How We Should Conceive
18       of Creation) ..........................    93

19   Exhibit 13 (Laidlaw, Cretella, and
         Donovan article) ......................    100

20

     Exhibit 14 (Homosexual Parenting:
21       A Scientific Analysis) .................    114

22   Exhibit 15 (Psychotherapy for Unwanted
         Homosexual Attraction Among Youth) ......    115

23

     Exhibit 16 (CMA Resolutions) ........    117

24                   * * * * * *

25

1                  PLAINTIFFS' INDEX OF EXHIBITS
2
                                                      Page
3
4    Exhibit 17 (Williams Institute
        report) ................................   149
5
     Exhibit 18 (Littman Correction) .....   157
6
     Exhibit 19 (Neurobiology of Gender
7       Identity and Sexual Orientation) ........   160
8    Exhibit 20 (Abbruzzese Article) .....   171
9    Exhibit 21 (PDF of Texas Planned
        Parenthood website) .....................   181
10
     Exhibit 22 (Clayton Article) ........   183
11
     Exhibit 23 (Robbins Article) ........   186
12
     Exhibit 24 (Levine Article) .........   188
13
     Exhibit 25 (App G to GAPMS 236-244)..   210
14
     Exhibit 26 (Medicaid Coverage for
15      Gender-Affirming Care) ..................   213
16   Exhibit 27 (Swedish Guidelines) .....   245
17   Exhibit 28 (Washington Examiner
        article) ................................   257
18
     Exhibit 29 (CNN article) ............   260
19
     Exhibit 30 (Email dated May 12, 2022)   276
20
     Exhibit 31 (Draft Report) ...........   277
21
22                   * * * * * *
23
24
25

1           S T I P U L A T I O N S

2           IT IS HEREBY STIPULATED AND AGREED by and

3    among the attorneys for the respective parties hereto

4    that the videoconference deposition of G. KEVIN

5    DONOVAN, M.D., M.A., may be taken on behalf of the

6    Plaintiffs, on MARCH 22, 2023, located in SAND

7    SPRINGS, Oklahoma, by Jana C. Hazelbaker, Certified

8    Shorthand Reporter within and for the State of

9    Oklahoma, pursuant to Notice.

10           IT IS FURTHER STIPULATED AND AGREED by and

11    among the attorneys for the respective parties hereto

12    that all objections, except as to the form of the

13    question, are reserved until the time of trial, at

14    which time they may be made with the same force and

15    effect as if made at the time of the taking of this

16    deposition.

17                    * * * * * *

18

19

20

21

22

23

24

25

1              G. KEVIN DONOVAN, M.D., M.A.,

2    having been first duly sworn at 9:03 a.m. CST,

3    deposes and says in reply to the questions propounded

4    as follows, to wit:

5                    DIRECT EXAMINATION

6    BY MS. DUNN:

7        Q    So, good morning, Dr. Donovan.  As I

8    mentioned before, my name is Chelsea Dunn.  I'm an

9    attorney for the plaintiffs in the lawsuit Dekker,

10   et al. versus Weida.  I will be deposing you today.

11   I work for an organization by the name of Southern

12   Legal Counsel.

13           If you don't mind just introducing yourself

14   and stating and spelling your name for the record, I

15   would appreciate it.

16       A    Yes.  My full name is Gerard Kevin Donovan.

17   G-e-r-a-r-d, K-e-v-i-n, D-o-n-o-v-a-n.

18       Q    Thank you, Dr. Donovan.  Just as an initial

19   question, have you ever been deposed before?

20       A    Yes.

21       Q    Okay.  I'm going to go over a couple ground

22   rules, just so that we're on the same page for

23   expectations today and that there's no confusion.

24           The court reporter here is writing down

25   everything you say, so if you can respond to my

1    questions using verbal answers, for example, yes or

2    no instead of shaking your head or nodding, that

3    would be a lot -- it's a lot easier for her to

4    transcribe our conversation today.

5          We also -- I think in natural conversation

6    people have a tendency to start answering a question

7    sometimes before it's done, so if you can be careful

8    not to speak over me or to begin answering my

9    question until I finish it, I will try to do the same

10   and not talk over you as well.  Is that fair?

11       A    Yes, ma'am.

12       Q    You're welcome, as we mentioned before, to

13   take a break at any time.  Please just answer -- if

14   you'll finish answering the question that's on the

15   table before you request a break, that -- you know,

16   that -- we would ask that you finish answering the

17   question before we take a break.

18          You can also speak to your attorney at any

19   time, but, again, please finish answering my question

20   unless there is an issue of privilege.

21          You can also -- if you, later in the

22   deposition, realize that you gave an answer earlier

23   that wasn't full and complete, you're welcome to

24   supplement your testimony.  Or if you realize that

25   you were mistaken, you can also correct your

1    testimony, please just let us know.

2            You can also ask for documents to refresh

3    your memory as to something.  So if there's something

4    that would help your memory, please let us know what

5    that is.

6            Have you taken any medications today that

7    would affect your ability to answer my questions

8    truthfully and fully?

9        A    No.

10       Q    Are you ill or is there anything else going

11   on that would affect your testimony today?

12       A    No.

13       Q    The oath you've taken that the court

14   reporter provided is the same oath that you would

15   take in a court of law.  So do you understand that

16   you are testifying today under penalty of perjury?

17       A    Yes.

18       Q    And your oath is to answer, not just

19   truthfully, but also the whole truth.  So do you

20   understand that you're expected to give full and

21   complete answers today?

22       A    Yes.

23       Q    Thank you.

24            Before we begin, I just want to talk a

25   little bit about the topic of our deposition today.

1    So this case is about healthcare that is commonly

2    used to treat individuals -- I'm sorry, to treat

3    gender dysphoria for transgender people.  We refer to

4    that sometimes as "gender-affirming care."  Are you

5    comfortable with my use of that term?

6         A    You can use any terminology that you want.

7         Q    And if I refer to gender-affirming care, do

8    you understand that that means, for example, medical

9    treatment such as the administration of cross-sex

10   hormones, gender-confirming surgeries, or

11   puberty-blocking medications?

12        A    I do.

13        Q    Have you been retained as an expert witness

14   by the defense in this case?

15        A    Yes.

16        Q    And you understand that you -- your report

17   was submitted to the Court by the defendants as

18   expert testimony in order to advance their case

19   against the plaintiffs?

20        A    Yes.

21        Q    And what expert testimony were you

22   specifically asked to provide in this case?

23        A    I was asked to testify as a medical

24   ethicist.

25        Q    And what opinions were you asked to

1    provide?

2        A    Opinions about the propriety of the

3    gender-affirming care.

4        Q    And what are your opinions as to the

5    propriety of gender-affirming care?

6        A    I think it's problematic.

7        Q    And when you say "problematic," what do you

8    mean?

9        A    I mean I think that there are some problems

10   regarding the approach, the diagnosis and treatment

11   approach.

12       Q    Can you explain what problems you believe

13   there are with the diagnosis and treatment approach

14   for gender-affirming care?

15       A    Well, geez, that's a lot, but then we have

16   hours, don't we?

17            I think that the -- that there are problems

18   in the concept.

19            I think there are problems in the

20   application of that concept to a diagnosis for

21   individuals.

22            And I am aware of problems that have been

23   identified by many others, in terms of the treatments

24   themself and the justification for them.

25       Q    When you say problems identified by

1    "others," who are those others?

2         A    Oh, they're in the literature.

3         Q    Your opinions are fully set forth in your

4    expert declaration that was signed on February 15th,

5    2023; is that correct?

6         A    I believe so.

7         Q    So I will pull up that document so that we

8    can both confirm.

9              (Document is displayed).

10             Can you see the document labeled "Expert

11   Declaration of Kevin Donovan, M.D., M.A."?

12        A    Yes, I can.

13        Q    Is this your expert report?

14        A    Looks like it.

15        Q    Do you need to review it to be sure?

16        A    No, no.  Let's just go ahead.

17        Q    Okay.  I'll just quickly scroll down to

18   where your signature is.

19             Can you confirm that you signed this

20   document?

21        A    It looks like it.  Thank you.

22             (Whereupon, Exhibit Number 1 was marked for

23   identification purposes and made a part of the

24   record.)

25        Q    (By Ms. Dunn) So I would like to ask that

1    this be marked as Plaintiffs' Exhibit 1.

2            Did anyone besides you contribute to

3    writing this report?

4        A    No.

5        Q    Did anyone besides you edit this report?

6        A    I don't recall.  I know I submitted it to

7    the defense attorneys and I don't think that they --

8    they may have edited something on it for clarity.

9    I'm not sure.

10       Q    And when you say you "submitted it to

11   defense attorneys," who did you submit it to?

12       A    Well, I sent it in to -- to Gary Perko or

13   Michael Beato or somebody in that group.

14           (Whereupon, Exhibit Number 2 was marked for

15   identification purposes and made a part of the

16   record.)

17       Q    (By Ms. Dunn) I'm going to stop sharing

18   this document and I'm going to show you a document

19   that was provided to us as your bibliography for your

20   report.

21           (Document is displayed).

22           Dr. Donovan, do you recognize this

23   document?

24       A    It looks -- I think so, yeah.

25       Q    And is this a document that you prepared?

```
 1        A    Yes.

 2        Q    And what -- what is it?

 3        A    I'm sorry?

 4        Q    What --

 5        A    It's a bibliography.

 6        Q    And it's a bibliography for -- for what?

 7        A    In reference to my previous paper.

 8        Q    And so this is a bibliography of the

 9   sources you considered and relied upon in the expert

10   declaration that we marked as Plaintiffs' Exhibit 1?

11        A    Yes.

12        Q    And this is -- I'll -- this exhibit will be

13   marked as Plaintiffs' Exhibit 2.

14             This document was not originally sent along

15   with your report; is that right?

16        A    Correct.

17        Q    So this was provided upon request by

18   plaintiffs' counsel?

19        A    Yes.

20        Q    Are these all of the sources you relied

21   upon in preparing the report and expert declaration

22   that was marked as Plaintiffs' Exhibit 1?

23        A    That would be difficult to say because so

24   many things I rely on are also part of my own

25   expertise.  But in terms of articles, I think that's
```

1    a reasonable summation.

2         Q    Are there any other sources you can

3    identify that you relied upon for your expert

4    declaration that is not listed in this bibliography?

5         A    No, not at present.

6         Q    When did you first become aware of this

7    case, Dr. Donovan?

8         A    Some months ago.

9         Q    Can you give us an estimate of perhaps the

10   time of year?

11        A    I'm trying to think when I first was

12   contacted.  It was -- it was probably -- I'd have to

13   go back and look.  It was probably in the fall or

14   something.  Or, no, it was probably the end of

15   summer.

16        Q    End of summer.

17             And do you recall who contacted you?

18        A    I believe I got an email from Gary Perko

19   asking if I would be willing to help them with the

20   case.

21        Q    When were you formally engaged as an expert

22   witness in this matter?

23        A    If I can -- I think I've got this handy.

24             MR. BEATO:  Dr. Donovan, just from your

25   memory.

Page 16

```
1              THE WITNESS:  Oh.  Sometime in the fall.
2         Q    (By Ms. Dunn) Have you been contacted by
3    Holtzman Vogel previously to be an expert witness in
4    any other matter?
5         A    No.
6         Q    You also prepared a report to support the
7    Florida Medicaid rule prohibiting coverage for
8    gender-affirming medical treatments; is that right?
9         A    Yes.
10        Q    That report was an attachment to a, quote,
11   "generally accepted professional medical standards"
12   report prepared by the agency for healthcare
13   administration?
14        A    I believe so.
15        Q    All right.  So a couple of those terms that
16   I just used are terms where we frequently use
17   abbreviations.
18             So when I refer to GAPMS, G-A-P-M-S, I'm
19   referring to Generally Accepted Professional Medical
20   Standards, which is a -- it's a standard employed by
21   the Agency for Healthcare Administration of Florida.
22             When I refer to AHCA, that's A-H-C-A, and
23   that stands for Agency for Healthcare Administration,
24   and that is the Florida Medicaid agency who is the
25   defendant -- one of the defendants in this case.
```

1          Do you understand that?

2     A     Thank you.  Yes.

3     Q     And if you -- if you later in the

4   deposition can't recall what those acronyms mean,

5   please feel free to ask for clarification.

6     A     It's almost certainly going to be needed.

7     Q     Okay.  Who contacted you to provide your

8   report in support of the AHCA GAPMS memo?

9     A     Someone from -- I believe it was the health

10  department in Florida.

11    Q     Do you remember the name of that

12  individual?

13    A     No, I'm sorry, I don't.

14    Q     I apologize.  I have a sinus infection, so

15  I might cough occasionally.

16          Do you recall any -- the names of any other

17  individuals at AHCA that you worked with in providing

18  and submitting the report for the GAPMS memo?

19    A     I think there was only, like, one or two

20  names.  And, no, I'm sorry, I don't -- I don't have

21  those in my head.

22    Q     You don't recall them.  Okay.

23          Do you know how the agency got your name in

24  order to contact you about that report?

25    A     It must have been suggested to them by

```
 1    someone else, but I'm not sure.
 2        Q    What did you do to prepare for today's
 3    deposition?
 4        A    I re-read some of the things that I had
 5    submitted, as well as some other articles on the
 6    topic.
 7        Q    And when you say you "re-read things you
 8    had submitted," which things that you submitted did
 9    you re-read?
10        A    The two that you've just mentioned.
11    Perhaps I should be -- re-familiarize myself with
12    what I said.
13        Q    And so that would include the expert
14    declaration that we marked as Plaintiffs' Exhibit 1?
15        A    Yes, ma'am.
16        Q    And that also includes the report you
17    submitted to the Agency for Healthcare Administration
18    in support of its GAPMS process?
19        A    Yes.
20        Q    You said you reviewed some other articles
21    in preparation for today.  Which articles were those?
22        A    Oh, about perhaps a dozen different
23    articles, including the one I just saw in the British
24    Medical Journal yesterday.
25        Q    Can you please clarify what article that
```

Page 19

```
 1   was?
 2        A    Well, fortunately, that one I can tell you
 3   because it's still sitting here.
 4             It was entitled "BMJ Investigation:  Gender
 5   Dysphoria in Young People is Rising and so is
 6   Professional Disagreement," by Jennifer Block.
 7        Q    All right.  What other articles have you
 8   reviewed?
 9        A    Well, certainly articles that I'd already
10   used to -- to compose my various expert witness and
11   expert opinion papers.
12        Q    That --
13        A    And other things -- and, quite frankly,
14   other things I just kind of peruse randomly, so I
15   didn't really make notes of which they were.  I
16   probably have -- some of them were online and some of
17   them I actually have as printouts from an old file.
18   And I -- I couldn't tell you specifically.
19             I also was sent the -- some of the forms or
20   reports from the attorney's office, and of course I
21   reviewed those as well.  But some of those --
22        Q    What --
23        A    -- were some of the things we've just been
24   talking about.
25             Well, the -- the expert witness
```

1    declarations from the people on the plaintiffs' side.

2         Q     Which expert declarations from the

3    plaintiffs' side did you read?

4         A     Karasic and Antonnaria.

5         Q     Were there other expert declarations in

6    this case that you reviewed, including any of the

7    defendants' expert declarations?

8         A     I'm sorry, there was a third one from the

9    plaintiffs' side, but it seemed to have so little to

10   do with what I had been talking about.  I'd have to

11   go back and see who that was by.

12             And I actually didn't have a -- an

13   opportunity, because I got them so late, to look at

14   all the defendants' declarations.

15        Q     Did you look at any of the defendants'

16   declarations?

17        A     Not in depth, no.

18        Q     Did you review even briefly any of the

19   defendants' declarations?

20        A     Probably.  Probably.

21        Q     Do you recall --

22        A     But because they were -- yeah, not -- I

23   cannot specifically recall because they just were

24   parallel to what I was focusing on and didn't overlap

25   that much.

1    Q    Did you have any meetings with anyone in

2    order to prepare for today's deposition?

3    A    We had about a 10- or 15-minute meeting

4    with the defense attorneys.

5    Q    Which defense attorney?

6    A    I think it was Gary Perko and one other in

7    the room.

8    Q    Did you talk or speak with anyone else

9    about your deposition in preparation?

10   A    My wife.

11   Q    I'm sorry, I was getting some background

12   noise on my laptop I wanted to get rid of.

13        So you earlier mentioned that you had some

14   things right beside you that you had used to prepare

15   for today.  What are those things?

16   A    Oh, the -- I'm trying to make sure I have

17   the right -- my expert report.

18        The -- the "Ethicist's View of Transgender

19   Treatment for Children" that I had sent in.

20        And, actually, I was just looking at that

21   BMJ article because it had just come out.

22   Q    Are those the only three things that you

23   have?

24   A    Oh, I mean, no.  Look at my study.  I've

25   got a lot of things in my files, but not things that

Page 22

1    I've been looking at this morning.

2         Q    So when you say you have things right

3    beside you, it's merely your expert report, your

4    report that you submitted during the GAPMS process,

5    and the article from the British Medical Journal that

6    you referenced?

7         A    That's -- yeah, that's a pretty fair

8    summary.

9         Q    Is that --

10        A    I mean, there are other things I could

11   find, but that's it.

12        Q    But when you're -- I'm sorry.  I'm speaking

13   about the things that you're referencing that are

14   right beside you that you said you could refer to.

15             Is there anything other than those three

16   documents that I just listed?

17        A    Not currently, no, but I -- like I said, if

18   you need me to, I can find things.  They're all close

19   by.

20        Q    Well, so -- so I think what we're

21   experiencing right now is one of the limitations of a

22   virtual deposition, which it's obviously much more

23   convenient because we're all able to be in our own

24   respective locations.

25             But, generally, if someone were to come to

 1    a deposition with paperwork, we would be entitled to

 2    see what that paperwork is.

 3            And so what I'm trying to understand is

 4    what paperwork have you compiled in order to use in

 5    this deposition?  What is sitting beside you that you

 6    intended to reference or that you brought with you

 7    or -- or put together for the purposes of this

 8    deposition?

 9        A    Okay.  No, I think you've got it then.

10    That was it.

11        Q    Okay.  Thank you.

12            Have you been deposed -- I'm sorry, you

13    told me you've been deposed before, Dr. Donovan.  Can

14    you explain to me the circumstances in which you've

15    been deposed before?

16        A    Well, I've been an expert witness for both

17    sides in malpractice trials.

18        Q    How many times have you been deposed

19    before?

20        A    Maybe as many as half a dozen.

21        Q    Is medical malpractice the only subject on

22    which you've been deposed in the past?

23        A    There was one trial in which we were

24    discharging a faculty member with cause and so I

25    testified in that as well.  "We" being the

Page 24

1    university.

2         Q    But that would be an employment dispute?

3         A    Yes, I guess so.

4         Q    And which university was that that you were

5    working for?

6         A    That was the University of Oklahoma.

7         Q    The malpractice cases that you were deposed

8    in, what types of care were at issue in those

9    approximately six cases?

10        A    I'm not sure what you mean by "what types

11   of care."  Medical care.

12        Q    What type of medical treatment was at

13   issue?

14        A    Oh, my background is in pediatric

15   gastroenterology, so those were all associated with

16   that type of care.

17        Q    Okay.  So they were all cases related to

18   pediatric gastroenterology treatments?

19        A    Correct.

20        Q    And have you testified at trial in any

21   matter?

22        A    At one of those, yes.

23        Q    Which --

24        A    One of those malpractice cases.

25        Q    So one of the medical malpractices?

```
 1        A     One of the medical malpractice cases went
 2   to trial.
 3        Q     Were there any other cases that you have
 4   testified at trial?
 5        A     Not that I recall.
 6        Q     Okay.  Have you submitted written expert
 7   reports in other cases?
 8        A     I actually don't recall doing that.
 9        Q     Have you -- is it fair to say that you have
10   never provided an expert report previously about the
11   treatment of gender dysphoria?
12        A     Yes, that's fair.
13        Q     Is it also fair to say that you've never
14   testified previously about the treatment of gender
15   dysphoria?
16        A     That's correct.
17        Q     Did you know any of the defendants' other
18   experts prior to this case?
19        A     Personally, no.
20        Q     Had you ever met any of the defendants'
21   other experts prior to this case?
22        A     No.
23        Q     Did you know any of the plaintiffs' experts
24   prior to this case?
25        A     Not personally.  I mean --
```

1      Q     How did you -- did you know them in some

2   other capacity?

3      A     I have seen people at meetings.

4      Q     Has a court ever disqualified you as an

5   expert witness, to your knowledge?

6      A     No.

7      Q     Has a court ever limited the scope of your

8   testimony, to your knowledge?

9      A     No.

10     Q     Have you ever provided testimony in support

11   of the claims of a transgender person?

12     A     No.

13     Q     All right.  I'm going to pull up another

14   document, if it will cooperate.

15           MR. BEATO:  Take your time.

16           (Document is displayed).

17     Q     (By Ms. Dunn) Do you recognize this

18   document, Dr. Donovan?

19     A     Can I see this?  Is that the question?

20     Q     Do you recognize the document?

21     A     Oh, yes.

22     Q     And what is this document?

23     A     This is my curriculum vitae that was

24   prepared for Georgetown University School of

25   Medicine.

1      Q    And this is the curriculum vitae that was

2    provided to us, along with your expert report.  Do

3    you recall providing it for that purpose?

4      A    Yes.

5      Q    Is this document a complete and accurate

6    depiction of your professional experiences, your

7    curriculum vitae?

8      A    I believe so.

9         (Whereupon, Exhibit Number 3 was marked for

10   identification purposes and made a part of the

11   record.)

12     Q    (By Ms. Dunn) And I would like to mark this

13   as Plaintiffs' Exhibit 3.

14         So I'm going to begin by asking you some

15   questions about your education.  So you received your

16   medical education at the University of Oklahoma in

17   the years of 1970 to 1974?

18     A    Correct.

19     Q    And then you received your -- I'm sorry,

20   you completed a pediatrics residency at the Baylor

21   College of Medicine --

22     A    Yes.

23     Q    -- in -- 1974 through 1977?

24     A    Correct.

25     Q    Your fellowship was in pediatric

Page 28

1    gastroenterology at the University of Oklahoma from

2    1977 to 1979; is that right?

3         A    Yes.

4         Q    And then you did an additional fellowship

5    at the National Institutes of Health in the neonatal

6    and pediatric medicine branch?

7         A    Yes.

8         Q    And that was in 1979 through 1980?

9         A    Yes.

10        Q    And then you additionally got your masters

11   in bioethics at the University of Oklahoma in 1994?

12        A    Correct.

13        Q    Why did you return to graduate school in

14   order to get your degree in bioethics?

15        A    I had been asked to be the chair of the

16   ethics committee at our teaching hospital and I

17   thought that I should develop more expertise.  And I

18   had a great interest in the topic.

19        Q    And when you say "at the university" or

20   "medical school," are you speaking of the University

21   of Oklahoma?

22        A    Well, I was at the University of Oklahoma,

23   but I took a sabbatical and went to study at

24   Georgetown with Edmund Pellegrino at that time.

25   That's when I began the masters and then completed it

 1    at the University of Oklahoma.

 2         Q    But you said you had been asked to chair

 3    the ethics committee at -- at where?  At which

 4    institution?

 5         A    At one of our teaching hospitals, Saint

 6    Francis Hospital.

 7         Q    Okay.  I see a hospital.  Okay.

 8              Have you received any other medical

 9    education besides what we just discussed?

10         A    Well, all physicians receive continuing

11    medical education, so quite a bit of that, but I

12    haven't acquired any other degrees.

13         Q    All right.  And you mentioned the

14    Pellegrino Center for Clinical Bioethics.  I'm going

15    to scroll down to your reference to your position

16    there.

17              What is the Pellegrino Center for Clinical

18    Bioethics?

19         A    It is probably best characterized as a

20    think tank in bioethics.  It provides education,

21    provides for both students and trainees in medicine,

22    as well as for faculty.  It provides ethics

23    consultation in the hospital and pursues scholarly

24    activities, including writing papers.

25         Q    You were the director of that center from

Page 30

1    2012 to 2020?

2         A    Yes.

3         Q    And what is that?  What did being director

4    of that center entail for you specifically?

5         A    Well, I basically helped with the -- the

6    planning and the activities of the center, as well as

7    the education -- educational activities and the

8    consultation activities in the hospital.

9         Q    In this role, did you routinely work in a

10   hospital where you would evaluate patients for

11   medical conditions and refer and prescribe them for

12   treatment?

13        A    That isn't a part of bioethics.

14             At the time I was still seeing patients in

15   my medical specialty and so I did consultations there

16   as well.  But bioethicists do not directly treat

17   patients.  They do respond to consultations from

18   treating physicians, nurses and families to help them

19   sort through ethical issues.

20        Q    And as the director of the Pellegrino

21   Center, were you actively consulting on those types

22   of cases?

23        A    Yes.

24        Q    Did you engage in your clinical practice in

25   pediatric gastroenterology the entire eight years

1    that you were the director of the Pellegrino Center?

2         A    No.  I stopped around 2018.  They were

3    short-handed when I arrived, but they acquired more

4    faculty, and I was fairly busy with my primary job.

5         Q    Can you quantify how frequently you would

6    provide ethical consultations as the director of the

7    Pellegrino Center?

8         A    We did it in rotation.  We had a team that

9    did it.  And I think we were getting maybe 150 or

10   more consults annually.

11        Q    So the center would receive 150 consults

12   total annually?

13        A    Uh-huh.  Yes.

14        Q    And how many -- it was on a rotation.  How

15   many different individuals from the Pellegrino Center

16   were rotating through those consultations?

17        A    Approximately, four.

18        Q    So would it be fair to say that there were

19   approximately 35 to 40 consultations for each -- each

20   individual?

21        A    Approximately.  The problem with the math

22   is that we had a couple of people who didn't take

23   consults as frequently because of their other jobs

24   and others who did it more frequently.  I was in the

25   "more frequently" category.  But, overall, that's

Page 32

1    close enough.

2         Q    The Georgetown University -- I'm sorry, the

3    Pellegrino Center at Georgetown University was

4    established to "fill a unique need for bioethics

5    that's oriented towards clinical medicine and

6    strongly rooted in the Catholic and Jesuit

7    tradition."

8              Is that a fair description of its mission

9    or purpose?

10        A    Yes.

11        Q    Can you explain what it means to have a

12   program of bioethics that is strongly rooted in the

13   Catholic and Jesuit tradition?

14        A    Well, Jesuits have a somewhat unique

15   approach to education, as you're probably aware.

16   They do like to focus on what they call

17   "cura personalis", or care of the whole person.

18             The particular approach that Edmund

19   Pellegrino used in the ethical sphere was called

20   "virtue ethics" as opposed to, say, the more -- other

21   approaches.  Some would be casuistry, some would be

22   ideological, and some would be -- well, he was also

23   heavily philosophical, although he, himself, was not

24   a philosopher.  Several of our members were and had

25   Ph.Ds in philosophy, as well as other things.

```
 1        Q    How does theology interact with ethical
 2   challenges that arise in the care of particular
 3   patients for ethicists at the Pellegrino Center?
 4        A    I'm sorry, could you repeat that?  You kind
 5   of flaked out a little bit.
 6        Q    Yeah, of course.
 7             What role does theology play for the
 8   consultants at the Pellegrino Center in assisting
 9   with the ethical challenges that arise in the care of
10   patients?
11        A    I wouldn't say that it plays a direct role
12   because, you know, it is theological principles just
13   like philosophical principles.  And just ethical
14   principles are always there in the background, in
15   terms of how we assess and -- and work through
16   various cases.
17        Q    Is Georgetown University Medical Center a
18   Catholic healthcare institution?
19        A    Yes.
20        Q    I want to share another document.
21             (Document is displayed).
22             Do you recognize this document,
23   Dr. Donovan?
24        A    Yes.
25        Q    What is this document?
```

Page 34

1        A      These are the Ethical and Religious

2    Directives for Catholic Healthcare Services, commonly

3    referred to as the "ERDs."

4              (Whereupon, Exhibit Number 4 was marked for

5    identification purposes and made a part of the

6    record.)

7        Q      (By Ms. Dunn) ERDs.

8              I'd like to mark this document as

9    Plaintiffs' Exhibit 4.

10              Is Georgetown University Medical Center --

11    I'm sorry.  Let me -- I'm going to restart that

12    question.

13              Are ethical consultations and advisements

14    at the Pellegrino Center for clinical bioethics

15    guided by these ethical and religious directives?

16        A      Yes, they are.

17        Q      And are your views as an ethicist guided by

18    this document?

19        A      Yes.

20        Q      Did you rely on this document during your

21    active work as an ethical consultant at the

22    Pellegrino Center?

23        A      Yes.

24        Q      I'm going to turn to Page 9 of the document

25    and zoom in on Directive Number 5.

Page 35

1           This directive reads:  "Catholic Healthcare

2      Services must adopt these directives as policy,

3      require adherence to them within the institution as a

4      condition for medical privileges and employment, and

5      provide appropriate instruction regarding the

6      directives for administration, medical, and nursing

7      staff, and other personnel."

8           Did you follow this directive during your

9      time as the director of the Pellegrino Center?

10     A     Yes.

11     Q     I'm now turning to Directive Number 9 which

12     states that, "Employees of a Catholic healthcare

13     institution must respect and uphold the religious

14     mission of the institution and adhere to these

15     directives.  They should maintain professional

16     standards and promote the institution's commitment to

17     human dignity and the common good."

18           As director of the Pellegrino Center and an

19     employee of G Medical Center, are you bound to uphold

20     the religious mission of the institution?

21     A     Yes.

22     Q     And as the director of the Pellegrino

23     Center and an employee of the Georgetown University

24     Medical Center, you had to adhere to these directives

25     as well; is that correct?

1      A      Yes.

2      Q      And you have to adhere to these directives

3   without exception; is that correct?

4      A      I don't know what that would mean.

5      Q      Well, so it means that a doctor at a

6   Catholic hospital can't provide a patient with

7   medical care that is not aligned with the mission of

8   the institution; is that right?

9      A      Yes, I can accept that.

10      Q      So you can't even refer a patient for a

11   type of care that is not aligned with these

12   directives?

13      A      That would depend on the circumstances of

14   the issue at hand.

15      Q      So I'm going to stop sharing this document

16   and open one more.

17           (Document is displayed).

18           Do you recognize this article, Dr. Donovan?

19   I'm happy to scroll through it if that would help.

20           MR. BEATO:  Oh, Dr. Donovan, I believe

21   you're muted.  Happens to me all the time.

22           THE WITNESS:  Yes, I was muted and also not

23   recognizing it, so it's a twofer.

24      Q      (By Ms. Dunn) This is an article that was

25   published in 538.  I'm going to scroll down to Page 6

```
 1    of this article and I will show you -- here you are
 2    quoted in this article.
 3              Is that -- is this "Dr. G. Kevin Donovan, a
 4    bioethicist at Georgetown University," is that you
 5    that this article is referencing?
 6         A    It should be, yes.
 7         Q    And so you say here that, "Catholic
 8    healthcare institutions need to be careful to ensure
 9    that they're not perceived as offering or endorsing a
10    prohibited form of care."
11              Is that -- do you recall making that
12    statement?
13         A    I don't recall.  I must have been
14    interviewed over the phone, but I would agree with
15    that statement.
16         Q    And so would referring a patient for a type
17    of care that is not aligned with a Catholic
18    healthcare institution be consid- -- or be
19    potentially perceived as offering or endorsing a
20    prohibited form of care?
21         A    It would be -- depend on why it's not
22    aligned with the -- with the values you're talking
23    about.
24         Q    Well, let's give an example.  Would this
25    include a referral for contraceptives?
```

1      A    For contraceptives, you really -- well, it

2   also depends on how you're using the term

3   "contraceptive" because, you know, birth control in

4   general is not prohibited, but certain forms are.

5      Q    So it would include referring a patient for

6   a prohibited form of contraceptive?

7      A    Yes.

8      Q    In this article you're referred to as a

9   "Catholic ethicist."  Is that something you would

10  label yourself as?

11     A    I don't typically, no, although both words

12  are correct.

13          (Whereupon, Exhibit Number 5 was marked for

14  identification purposes and made a part of the

15  record.)

16     Q    (By Ms. Dunn) And I don't think I asked

17  yet, but I would like to mark this exhibit as

18  Plaintiffs' Exhibit 5.

19          I'm now going to return to the -- what has

20  been marked as Plaintiffs' Exhibit 4, the Ethical and

21  Religious -- the ERDs, as you refer to them.

22          And we're going to look at Directive

23  Number 3, which is on Page -- and, I'm sorry, I'm

24  going to share my screen in just one moment.

25          (Document is displayed).

1          We're looking at Directive Number 3 which

2     is on Page 9.

3          So this lists certain people whose social

4     condition puts them at the margins of our society and

5     makes them particularly vulnerable to discrimination.

6          Are LGBTQ people included in this list of

7     people whose social conditions make them particularly

8     vulnerable to discrimination?

9          MR. BEATO:  Object to form, but,

10    Dr. Donovan, you can answer that question.

11         THE WITNESS:  Well, I was -- I was reading

12    the paragraph that she mentioned.  And the -- the

13    answer would be they're not specifically listed.

14    They're certainly not eliminated.  They would be

15    considered people vulnerable to discrimination.

16      Q    (By Ms. Dunn) But they're not listed here

17    in this list of individuals that the Catholic

18    Healthcare Institution should distinguish itself by

19    service to an advocacy for?

20      A    I don't see them in that particular

21    listing, no.

22      Q    All right.  Thank you.  So we will move

23    away from this document for now.

24         I want to go back just briefly to a piece

25    of paper I can't find right now.  Here we go.

Page 40

1          (Document is displayed).

2          Are you currently the director of the

3    Pellegrino Center?

4      A    No.

5      Q    When did you leave?

6      A    Just before -- well, during the pandemic.

7      Q    Okay.  And why did you leave?

8      A    Well, because I had been doing it for

9    nearly ten years and had already found someone to

10   turn it over to.

11     Q    And so you made the choice to leave that

12   institution?

13     A    Yes.

14     Q    Do you remain on faculty at the Pellegrino

15   Center?

16     A    I am still working part time until the end

17   of this semester.

18     Q    And what does that mean, to be working part

19   time?

20     A    That means that I participate in

21   educational activities and meetings by Zoom

22   primarily, but also write papers with my colleagues

23   and such.

24     Q    How many hours -- are you still currently

25   teaching classes at the Pellegrino Center?

Page 41

```
 1        A     Not this semester.
 2        Q     How recently were you still teaching
 3   classes there?
 4        A     I had been helping out last semester.
 5        Q     And did you teach a full course on your own
 6   or would your role have been more of a guest
 7   lecturer?
 8        A     More of a guest lecturer.
 9        Q     When you were the director of the
10   Pellegrino Center, did you teach classes?
11        A     Oh, well, we had classes for medical
12   students, classes for residents, and classes in our
13   master's program, so, yes.
14        Q     And would you be the professor of an entire
15   course or, again, would it be more of a guest
16   lecturer role?
17        A     Both.
18        Q     What classes did you primarily teach?
19        A     For students, it was really just bioethics,
20   medical ethics.  It was an ongoing course for medical
21   students throughout the year.
22        Q     So it was just a general bioethics/medical
23   ethics course?
24        A     Yes.
25        Q     Did you do hospital rounds as a treating
```

1  doctor at the Georgetown Medical Center?

2       A    I did that in pediatric gastroenterology

3  until I stopped, as I mentioned before.

4       Q    And are you currently a clinical ethical

5  consultant at the center?

6       A    No.

7       Q    When did you stop doing ethical

8  consultations?

9       A    When I was no longer in the vicinity.

10      Q    So when you left in 2020, that would be

11 when your ethical consultation --

12      A    Yes.

13      Q    You also have listed on your resume -- and

14 I will quickly open it.  I'm sorry, "resume."  Your

15 CV.  I'm using the lawyer term.

16           -- that you are a -- if I can pull it up.

17 Sorry.

18           (Document is displayed).

19           -- "senior clinical scholar at the Kennedy

20 Institute for Ethics."

21           How is that different from being the

22 director of the Pellegrino Center?

23      A    The Kennedy Institute of Ethics is a

24 separate think tank at the other end of the campus

25 and they tend to focus more on philosophical issues

```
 1    rather than patient care issues.
 2         Q    Were the ethics practiced at the Kennedy
 3    Institute also aligned with the Catholic and Jesuit
 4    tradition of Georgetown University?
 5         A    For some --
 6         Q    Were they --
 7         A    -- but not for all of the faculty, no.
 8         Q    Okay.  Were they impacted at all by the
 9    ethical and religious directives issued by the U.S.
10    Conference of Catholic Bishops that we referenced as
11    Plaintiffs' Exhibit 4?
12         A    Those only apply to hospital practice.
13         Q    All right.  And then prior to your work at
14    Georgetown, you were the director of the Oklahoma
15    Bioethics Center?
16         A    Yes.
17         Q    What did this role entail?
18         A    It was a very similar position to the
19    Kennedy Institute.
20         Q    It was more philosophical rather than
21    patient care?
22         A    No, excuse me, I'm sorry, to the Pellegrino
23    Center.  No, it was not philosophical, it was
24    teaching students, it was working in the hospital, it
25    was writing papers.
```

1    Q    So you provided ethical consultants (sic)

2    related to patient care?

3    A    Yes, but not as the director of the

4    Bioethics Center.  That was a separate issue for the

5    various hospitals in town, each of which had their

6    own --

7    Q    Okay.

8    A    -- arrangements.

9    Q    So your role as the director of the

10   Oklahoma Bioethics Center was mostly teaching and

11   writing?

12   A    Yes.

13   Q    And any clinical ethical consultations you

14   were doing were in your role at various hospitals?

15   A    Correct.

16   Q    You're also -- later in your CV -- and

17   let's see how quickly I can get here.

18        (Document is displayed).

19        Here you list that you're part of the

20   "Dean's conference committee on medical ethics."

21        What was that?

22   A    Oh, well, the -- the Dean was having us put

23   on little conferences for -- educational conferences

24   on ethics.

25   Q    Okay.  So that was just in order to plan

1    and arrange for educational conferences on ethics

2    issues?

3         A    Right.

4         Q    And you have listed your role as chairman.

5    Were you chairman for all 25 of those years?

6         A    Yes, I believe I was.

7         Q    All right.  I'm going to stop sharing

8    temporarily.

9              So I'd like to talk a little bit about your

10   clinical experience as a pediatric

11   gastroenterologist.  So we've -- you have said that

12   before your bioethics appointments your practice

13   primarily focused on pediatrics gastroenterology; is

14   that correct?

15        A    Correct.

16        Q    Can you just give kind of a broad overview

17   of what field of practice that is?

18        A    It concerns itself with the digestive

19   disorders in childhood.

20        Q    Your last position in pediatric

21   gastroenterology was when you were the chief of the

22   division of pediatric gastroenterology at the

23   University of Oklahoma?

24        A    Yes.

25        Q    And that ended in 2012?

1      A    Yes.  That's other than the work I -- I

2    also contributed at Georgetown.

3      Q    Okay.  So you did do -- I recall now.  You

4    said that you did some pediatric gastroenterology

5    work while you were at Georgetown until 2018; is that

6    right?

7      A    Yes.

8      Q    Are you currently working as a pediatric

9    gastroenterologist?

10     A    No.

11     Q    Are you currently teaching any pediatric

12   gastroenterology courses?

13     A    No.

14     Q    Have you ever treated patients experiencing

15   gender dysphoria?

16     A    Not to my recollection.

17     Q    In your report on Page 3 -- so we'll look

18   back.  Your report was marked as Plaintiffs'

19   Exhibit 1.  So we'll look back at that document.

20          (Document is displayed).

21          On Page 3 you say that you "have never

22   prescribed medications nor referred for surgery any

23   patients that consider themselves transgender."

24          Is that an accurate statement?

25     A    Yes.

1        Q    Is that professional decision guided by the

2    ethical and religious directives of the Catholic

3    Healthcare Services?

4        A    No.

5        Q    You wouldn't -- as a routine matter, you

6    would not have been providing such treatment as a

7    pediatric gastroenterologist; is that right?

8        A    That's correct.

9        Q    And as a bioethicist, you do not typically

10   do routine evaluations of patients and refer them for

11   treatment; is that correct?

12       A    That's correct.

13       Q    So in your professional capacity, referring

14   or providing -- I'm sorry, providing gender-affirming

15   care or referring patients for gender-affirming care

16   would not be something you would have had routinely

17   done, even if you hadn't chosen, personally decided

18   not to do it; is that right?

19       A    Correct.

20       Q    Do you currently have an active license to

21   practice medicine in any state?

22       A    In Oklahoma.  I've given up the Washington

23   license.

24       Q    So you no longer -- your license to

25   practice medicine in Washington has expired?

Page 48

1        A     Yes.

2        Q     And when we say "Washington," we're

3   speaking about Washington, D.C., not the state of

4   Washington?

5        A     Correct.

6        Q     Your Oklahoma medical license, what type of

7   medical license is it?

8        A     It's like an emeritus license.  I use it

9   for my --

10       Q     And what is that?

11       A     I use it in my volunteer work here.  I'm

12  not practicing as a clinician anymore.

13       Q     And what does your volunteer work entail?

14       A     I have worked for the Oklahoma emergency

15  response people and for various charities around

16  town.

17       Q     And are you providing patient care in those

18  capacities?

19       A     No, not directly.

20       Q     So under this license, can you actively

21  practice medicine?

22       A     No, I no longer am an active clinician.

23       Q     Have any -- has any of your previous

24  medical licenses been suspended for any reason?

25       A     No.

1        Q     Have you ever received any formal

2   discipline by the Board of Medicine of any state or

3   jurisdiction?

4        A     No.

5        Q     Have you ever been the subject of a medical

6   malpractice lawsuit?

7        A     Once.

8        Q     Can you describe the circumstances of that

9   lawsuit?

10       A     There was a complication in a -- after a

11  procedure, and the family filed suit and the defense

12  prevailed.

13       Q     Was that one of the six cases that you

14  referenced being deposed in earlier or --

15       A     Yes.

16       Q     -- was that separate?

17             Have you ever been the defendant in a

18  lawsuit about discrimination in your medical

19  practice?

20       A     No.

21       Q     Okay.  I would now like to talk a little

22  bit about the awards and professional associations

23  that you list in your curriculum vitae, so I'm going

24  to share my screen again.  Let me first get to the

25  right place.

Page 50

```
 1              (Document is displayed).
 2              So here we have -- let's see -- the section
 3     of your CV that lists "Honors and Awards."  And I'd
 4     like to ask about the Knighthood that you have
 5     received.
 6              You list it as "Knight Grand Cross Vatican,
 7     the Equestrian Order of the Holy" -- I'm not going to
 8     say this properly, I'm sorry -- Equestrian Order of
 9     the Holy -- what's that -- the word that starts with
10     "S"?
11          A    Sepulchre.
12          Q    -- "Sepulchre of Jerusalem."  What is this
13     award -- or "Knighthood," what does that mean?
14          A    Well, this was an organization founded by
15     Godfrey of Bouillon during the crusades, and they now
16     provide funds for the care and education of
17     Palestinians in the Holy Land.
18          Q    What is the significance of this honor to
19     you specifically?
20          A    It's -- yeah, I think it's a good thing to
21     do.
22          Q    Why did you receive the honor?  What did
23     you do to receive this honor?
24          A    They never specifically told me.
25          Q    Does it have any significance to your
```

Page 51

1   career in medicine?

2       A    I would assume it must.  I didn't have to
3   slay any dragons.

4       Q    I guess I'm wondering, like, why is it
5   important to list on your CV?

6            In what way is it relevant to your
7   professional experience?

8       A    Well, it's -- it's an honor, much like the
9   other things that are listed.

10           You know, if I were British and the queen
11  had knighted me, I would probably list that, too, and
12  assume it had to do with something in my career.

13      Q    So you assume that you received the
14  Knighthood because of your professional service?

15      A    That's a fair guess, but I've never --
16  never been told.

17      Q    Okay.  Are there any requirements or
18  expectations of you as a result of receiving this
19  Knighthood?

20      A    Yes.  We are supposed to contribute
21  financially for the welfare of the people living in
22  Palestine and the Holy Land.

23      Q    And those financial contributions are the
24  extent of the expectations?

25      A    Yes.

1    Q    I'm now going to scroll down to what you've

2  listed as "Public Service."  So here you list your

3  position as the chairman of the board of directors of

4  Birthright, Incorporated, of Tulsa.

5          What is this organization?

6    A    Oh, it's an organization to lend assistance

7  to pregnant women and their babies.

8    Q    As chairman of the board of that

9  organization, what do you do?

10   A    Well, I don't anymore.  This thing needs

11 updating because I -- I stopped when we left the

12 Tulsa area.

13         But, basically, the organization looks for

14 ways to supply things like diapers and formula and

15 medical care, or direct them towards medical care,

16 things like that.  And some educational things about

17 parenting.

18   Q    When did your service to this organization

19 end?

20   A    When I moved to Washington, D.C.

21   Q    Okay.  So that would have been in 2012?

22   A    Correct.

23   Q    Birthright, Incorporated, is not any sort

24 of medical association; is that right?

25   A    Not -- I wouldn't characterize it as

1    "medical," no.

2         Q    The next line you note that you have been

3    the medical ethics consultant to the Catholic Diocese

4    of Tulsa.

5              Is that still an active service that you're

6    providing?

7         A    No.  The problem -- and I'll explain it

8    now -- is that Georgetown required the CV to be

9    split, for whatever reason, rather than

10   chronological.  So those things that were being done

11   while I was at the University of Oklahoma or in Tulsa

12   were separated, which also means that they didn't all

13   get updated.

14        Q    So this would have also ended when you

15   moved to Georgetown in 2012?

16        A    Yes.

17        Q    And that also goes for your role as the

18   director of healthcare issues for the Catholic

19   Diocese?

20        A    Everything.  Everything that was listed in

21   Tulsa would have stopped when I was no longer in

22   Tulsa.

23        Q    Under what circumstances does the Catholic

24   Diocese need advice regarding healthcare issues?

25        A    Just from time to time for one issue or

1    another.  I might be --

2         Q    Can you -- oh, I'm sorry.

3         A    -- called or -- pardon?

4         Q    Do you recall any specific examples of why

5    you would be called on these issues?

6         A    Issues such as -- you know, currently

7    there's a lot of concern about brain death, but

8    before that, things like salpingectomies and such.

9    Just -- no, I -- it's rather random and it didn't

10   come up very often, in terms of the Diocese itself.

11        Q    What about your role as a medical ethics

12   consultant.  What did that entail?

13        A    Oh, well, you mean like for the various

14   hospital systems?

15        Q    No, for the Catholic Diocese of Tulsa, this

16   position here.

17        A    I assume that that was referring to what

18   we've just been talking about.

19        Q    Are these two positions separate?

20        A    Honestly, I don't remember the study

21   section for the community organization.

22             This terminology was apparently dictated by

23   Georgetown when my secretary re-did the resume, CV,

24   so I'm not quite sure how she abstracted that out of

25   my previous CV, which is a lot easier to read.

1          Q    I see.  So to your recollection you served

2     a single role with the Catholic Diocese of Tulsa and

3     not two distinct roles?

4          A    Yes.

5          Q    And the Catholic Diocese of Tulsa is a

6     religious institution?

7          A    Yes.

8          Q    Are you familiar with an organization by

9     the name of the Catholic Medical Association?

10         A    Yes.

11         Q    Are you a member of the Catholic Medical

12    Association?

13         A    No.

14         Q    Have you ever been a member of the Catholic

15    Medical Association?

16         A    I was going to say no, but I think they

17    actually gave me an honorary membership, when I gave

18    them a talk once, for a year.  So possibly, yes.

19         Q    Do you recall when that was?

20         A    I don't know.  Ten years ago.

21         Q    Give me just one moment of patience.

22              MR. BEATO:  No problem.  Take your time.

23    Technology is not my friend, I can say on the record,

24    so take your time.

25              THE WITNESS:  And doctors are noteworthy

1    for their patience.

2              MR. BEATO:  Very true.

3              MS. DUNN:  I'm looking for a document.

4    It's not where I expected it to be, but I will be --

5    I will be able to find it quickly.

6              (Document is displayed).

7        Q    (By Ms. Dunn) So I'm showing you a press

8    release that was issued by a Catholic Medical

9    Association that we obtained online.

10             Have you ever seen this document before?

11       A    I -- no.

12             (Whereupon, Exhibit Number 6 was marked for

13   identification purposes and made a part of the

14   record.)

15       Q    (By Ms. Dunn) I've marked this exhibit as

16   Plaintiffs' Exhibit 6, and I'm just going to zoom in

17   briefly.

18             Were you ever appointed to the Human Fetal

19   Tissue Research Advisory Board of the National

20   Institute of Health?

21       A    I was.

22       Q    Do you know why the Catholic Medical

23   Association would have issued a press release stating

24   that one of their members, you, was appointed to this

25   board?

1          A      I don't know.   Wishful thinking?

2          Q      Are you familiar with the mission of the

3    Catholic Medical Association?

4          A      In a general way, I suppose.

5          Q      Are you familiar with resolutions that the

6    Catholic Medical Association has endorsed?

7          A      I'm sorry, as I said, I'm not a member and

8    I don't keep up with what they're doing.

9          Q      Are you familiar with the -- and I hope I'm

10   saying this right -- Lozier Institute?

11         A      Yes.

12         Q      Are you affiliated with the Lozier

13   Institute?

14         A      Yes.  They have asked me to speak on

15   various occasions.

16         Q      They've listed you on your website as -- on

17   their website as an associate scholar.  Is this an

18   accurate description of your affiliation?

19         A      I believe so.

20         Q      Okay.  Is your affiliation with the Lozier

21   Institute active?

22         A      I wouldn't say so, no.

23         Q      When would you say that it ended?

24         A      It was never particularly active.  I mean,

25   they did list me as -- on their -- on their list of

1   associate scholars and I did go out and give a talk

2   on research ethics for them in Kansas at one point,

3   but it was never a very active relationship.

4       Q   Did you provide them with a biography to

5   list on their website?

6       A   I would assume so, yeah.

7       Q   Other than the one talk you mentioned, what

8   other -- have you played any other roles with the

9   Lozier Institute?

10      A   I believe they were the ones who suggested

11  that I be on the human fetal advisory committee.

12      Q   And how did you get appointed to that?

13      Was that a position that you sought?

14      A   No.

15      Q   So how did the Lozier Institute -- how was

16  the Lozier Institute involved with that appointment?

17      A   I think that they made a suggestion.  I

18  actually don't know.  People approach me at times and

19  say, "Will you serve?  Would you be willing to help?"

20  And if I'm interested, I'll say, "Yes."

21      Q   And who approached you about that

22  appointment?  Was it someone from the Lozier

23  Institute?

24      A   I think it was actually from HHS.

25      Q   So I guess I'm just curious why you mention

1    that they were involved with that --

2         A    Because I --

3         Q    -- like, eventual appointment.

4         A    I -- I believe they asked if I would be

5    interested if I were approached.

6         Q    Okay.  And then you were later approached?

7         A    To the best of my knowledge.

8         Q    Are you familiar with an organization known

9    as the American College of Pediatricians?

10        A    Yes.

11        Q    Are you a member of the American College of

12   Pediatricians?

13        A    No.

14        Q    Have you ever been a member of the American

15   College of Pediatricians?

16        A    No, I don't believe so.

17        Q    Are you at all familiar with the various

18   position statements of the American College of

19   Pediatricians?

20        A    No, not really.

21        Q    Okay.  I'd like to move on to your

22   "Research Publications and Presentations."

23             So, first, with regard to your clinical

24   research, have you ever conducted primary research

25   involving patients?

1      A     When you say "primary research," how are

2    you using the term?

3      Q     I suppose I'm using it like -- so not like

4    a literature review, but an actual research study

5    that involves human subjects.

6      A     Yes.

7      Q     Can you describe what those research

8    studies were?

9      A     We've been involved in research studies

10   that were multi-institutional on things -- on drugs,

11   and we've been involved in some smaller studies, if I

12   recall, you know, at the local level as well.

13            I'm struggling right now to remember what

14   would be --

15     Q     Well, let's start --

16     A     All of these were within the realm of

17   pediatric gastroenterology.

18     Q     Okay.  So, do you recall, were they during

19   your time with the University of Oklahoma?

20     A     Yes.

21     Q     All of them were during your time at the

22   University of Oklahoma?

23     A      In terms of clinical research, yes.

24     Q     And they were all related to -- the

25   research studies were all related to pediatric

```
1    gastroenterology?
2           A    Yes, I believe so.
3           Q    Have you ever conducted any sort of
4    research -- primary research on gender-affirming
5    medical treatments?
6           A    No.
7           Q    So you've not conducted primary research
8    on, for example, puberty blockers?
9           A    No.
10          Q    You haven't conducted primary research on
11   cross-sex hormones?
12          A    No.
13          Q    And you haven't conducted primary research
14   on gender-affirming surgeries?
15          A    That's correct.
16          Q    Have you ever been the principal
17   investigator of a publicly-funded research grant?
18          A    I'm sorry that I'm blocking -- I'm trying
19   to remember if I was PI or not.
20          Q    Well, would it --
21          A    Yeah.  But I've been involved in research
22   grants, yes.
23          Q    So let's say either a co-investigator or a
24   principal investigator, have you --
25          A    Yes.
```

1      Q   -- ever been?

2      A   Yes.

3      Q   Do you recall what that research grant was

4  for?

5      A   Not at present.  I'm sorry.

6      Q   That's okay.  Were you ever an investigator

7  for a publicly-funded research grant for the study of

8  gender-affirming medical care?

9      A   No.

10     Q   And would that -- the research grants that

11  you are -- that you referenced where you may have

12  been an investigator, was that while you were at the

13  University of Oklahoma?

14     A   Yes, it would have been.  Well, there

15  was -- there were a couple of small grants that we

16  did in bioethics issues at Georgetown, but they

17  weren't clinical investigations.

18     Q   Have you ever been an investigator on a

19  privately-funded research grant?

20     A   Well, the Scholl Institute gave us some

21  money at Georgetown for the small thing I was talking

22  about.  But, once again --

23     Q   But it wasn't that one?

24     A   -- it wasn't -- it wasn't a clinical thing.

25  We were looking at the -- it's been over ten years

1   ago, but we were -- I could look it up.

2        Q    You say, "we," you mean yourself and other

3   individuals at the Pellegrino Center?

4        A    Correct.

5        Q    And you've never received a

6   privately-funded research grant to study any sort of

7   gender-affirming medical care?

8        A    Correct.

9        Q    And you've never received any grant that

10  involves the treatment of gender dysphoria?

11       A    Correct.

12       Q    Have you ever taught a course on gender

13  dysphoria?

14       A    No.

15       Q    Have you ever addressed gender dysphoria in

16  any of the courses you have taught?

17       A    Yes.

18       Q    Which -- can you describe in what context?

19       A    Well, in the courses that we've had for

20  either medical students or -- actually, for graduate

21  students.

22       Q    And can you explain what -- what the

23  curriculum was that addressed gender dysphoria?

24       A    It would be a single class on that, not a

25  curriculum.

1          Q     But what was being taught?   What

2     specifically -- what was the subject that was being

3     discussed?

4          A     Well, we'd be talking about basically

5     gender dysphoria and transgender individuals and

6     gender-affirming care.

7          Q     And what perspectives were being discussed

8     or shared?

9          A     Without recalling specific aspects of it,

10    they would be very compatible with what I've already

11    written in the reports you just referenced.

12         Q     It would be consistent with the -- when you

13    say "reports," we're talking about the expert report

14    you submitted in this matter that's Plaintiffs'

15    Exhibit Number 1?

16         A     And the -- and the other one, which was --

17         Q     The GAPMS memo report?

18         A     Yes, ma'am.

19         Q     And when were you teaching these courses?

20         A     In the past five years.

21         Q     While at the Pellegrino Center?

22         A     Yes.

23         Q     And were these for medical students or

24    graduate students?

25         A     To my knowledge, only for graduate

1    students.

2         Q    And when you say "graduate students," that

3    would be -- was there a particular graduate school

4    that was receiving the course where this was

5    discussed?

6         A    It was at Georgetown.

7         Q    But -- I'm sorry, like a specialty.  Like a

8    specialty of graduate school or was it a

9    cross-discipline course?

10        A    It would have to be a cross-discipline

11   course from the way you describe it, yes.

12        Q    I guess I'm just cur- -- you know, how do

13   I -- so, for example, my husband is a professor.  He

14   teaches a type of physics.  So he teaches primarily

15   students in the department of physics.  They're

16   students of the University of Florida, but they're

17   graduate students in the department of physics.

18             So my question is, was there a particular

19   department that the students were graduate students

20   in, or was it -- was it a course that was available

21   to multiple disciplines?

22        A    It -- it was a master's program at

23   Georgetown that's all done through their graduate

24   education office, but it would be open to a wide

25   variety of people who are interested.

Page 66

1      Q     Okay.  And how many times would you say
2   that this topic was addressed in that course?
3      A     In the course?  Once.
4      Q     So you only -- I'm sorry.  How many courses
5   did you teach for that?  So it was one day of a
6   course.  How many times was that particular topic
7   addressed?
8      A     Probably once or twice.
9      Q     Okay.  And what is the name of the course?
10     A     It was -- the problem is I'm -- I'm
11  struggling because I didn't like the name of it, but
12  it was assigned.  But it was basically an
13  introductory course in bioethics.
14     Q     Okay.  Is that the name that we would -- if
15  we were to look in the graduate school catalog, is
16  that the name it would be?
17     A     No.  I could go find it.  They had an
18  abbreviation for it, CACE, but that didn't really
19  give me a good name for the course, either.
20     Q     What did "CACE" stand for?
21     A     I was afraid you were going to ask that.  I
22  actually -- I -- it was, like, Advanced Clinical
23  Ethics or something like that.  I don't recall
24  exactly.  I'm sorry.
25     Q     That's all right.  Thank you for searching

1    your memory.

2         A    And finding nothing.

3         Q    All right.  So a large part of your CV

4    includes presentations that you've given.  And so in

5    order to make this a little more manageable, I'm

6    going to adhere to the different sections that you

7    have in your CV, which include a division of

8    presentations for -- you know, between those done

9    while you were working at Oklahoma and then those

10   done while you were at Georgetown, which begin later

11   in your CV.

12             Is that a fair way to kind of -- to try to

13   break it down?

14        A    Sure.

15        Q    So here we start on Page 11.  And these are

16   lectures and workshops that you've listed that are

17   national pediatrics.

18             And that goes until this section -- I'm

19   sorry.  There's "National Pediatrics" and then

20   "Regional Pediatrics."  So these are all "Pediatrics:

21   Lectures and Workshops," and it goes until Page 25 of

22   your CV.

23             Were any of these presentations related to

24   the treatment of gender dysphoria in pediatric

25   patients?

1          A     No.

2          Q     And these are presentations, so it looks

3     like they may have started in 1982 and they go until

4     2004.

5                So is it fair to say that for that whole

6     period of time you didn't present on the topic of

7     gender-affirming medical care?

8          A     That's true.

9          Q     And then the next section, which starts on

10    Page 26, is about your bioethics presentations.  And

11    this is a similar time period, appears to be from the

12    early 1980s until -- until maybe 2008 or 2009.

13               Were there any bioethics presentations

14    about the treatment of gender dysphoria in either

15    pediatric or adult patients?

16         A     No.

17         Q     All right.  I'm just going to ask.  So,

18    obviously, in some cases the title of the

19    presentation and the forum isn't totally clear to us

20    from what's listed, so I just have a couple questions

21    about specifically some of these presentations.

22               So here in 2009 you gave a presentation to

23    the Bioethics Dean's Conference at the Schusterman

24    Learning Center.  That was called "The Faith Factor:

25    How does religion or spirituality affect medical

1   care?"

2          What was this presentation about?

3      A    Dr. Meixel was talking about some of his

4   patients that -- where either religion or

5   spirituality had made some effect in how they were

6   approached and how we supported them.

7      Q    How does religion affect medical care?

8          I guess, what is the takeaway?

9      A    Well, it -- there was no single takeaway

10  because, of course, different people have different

11  approaches.

12         If you're a Jehovah's Witness, everybody

13  will know, you know, that you're supposed to be

14  avoiding blood products.

15         You know, if you are Muslim or if you are

16  Jewish, not only are there dietary requirements, but

17  if you're observant there may be some strict

18  requirements in terms of the approach to medicine,

19  brain death, transplantation, issues like that.

20     Q    On a couple different pages -- so you list

21  presentations to St. Mary's Church in Tulsa.

22         Was that your church?

23     A    Yes.

24     Q    And so in -- I guess, in what capacity were

25  you giving presentations at your church?

Page 70

1          A      Because they asked me.

2          Q      And were you presenting your views as a

3    doctor or your views as a Catholic in these

4    presentations?

5          A      I don't know what presentations we're --

6          Q      So here we have --

7          A      -- talking about.

8          Q      -- on one, "Life and Death Issues:  The

9    Catholic Perspective."

10         A      Again, I -- actually, that was 1997.  I

11   really don't know what was discussed except I assume

12   it had both to do with life and death.

13         Q      There's another presentation on the topic

14   "Catholic Morality."

15                Do you recall this presentation?

16         A      No.  That was 1993.  Been a while.

17         Q      You presented at Oral Roberts University in

18   1991.  I know, obviously, it was quite some time ago,

19   but the title of the presentation was, "Is There a

20   Christian Medical Ethic?"

21                Do you recall what that presentation was?

22         A      No, I don't.

23         Q      All right.  So I'm going to ask about just

24   a couple more presentations and then I think we're

25   due for a short break.

Page 71

1          So I'm going to move to the presentations

2     that are listed later in your CV.  We -- I mean, I

3     believe -- and you can correct me if I'm wrong --

4     that these would have been presentations that you

5     would have given since you went to Georgetown.  I

6     think that's what this title indicates; is that

7     correct?

8          A     Yes, I believe so.  Once again, I'll have

9     to apologize.  I didn't prepare this CV myself.  This

10    was done by a couple of people trying to fit the

11    Georgetown format, but -- that's the way it looks

12    like it's divided.

13         Q     So -- and that's -- you know, I think we

14    got the hang of it, but obviously if there's anything

15    that needs clarification, please let us know.

16              So were any of these presentations that you

17    gave while at Georgetown University specific to the

18    treatment of gender dysphoria?

19         A     Not that I recall.  It really wasn't

20    something people were requesting at that point.

21         Q     You have never given any sort of lecture or

22    presentation on the treatment -- medical treatment of

23    gender dysphoria, aside from that course that we

24    talked about where you would do one session for your

25    students?

1          A      I think that's correct.

2          Q      And have you ever presented on or lectured

3      on providing informed consent for gender-affirming

4      care?

5          A      Providing informed consent, quite a bit.

6                 For gender-affirming care, no.

7                 MS. DUNN:  All right.  I think that's all

8      of my questions about presentations, so I -- if we'll

9      just -- I think we'll take maybe a five-minute break.

10                (Recess taken from 10:31 a.m. to 10:37

11                a.m.)

12         Q      (By Ms. Dunn) We're going to return to your

13     CV, Dr. Donovan, and I'm going to Page 60, which

14     lists your publications.  And this is described as

15     "Original Papers in Refereed Journals."

16                Does the word -- does "refereed" mean the

17     name thing as "peer-reviewed"?

18         A      Yes.

19         Q      Okay.  I will use the term "peer-reviewed"

20     today, but our understanding is those are

21     interchangeable?

22         A      Yes.

23         Q      So you have 17 papers listed under

24     "Bioethics" as "original papers and refereed

25     journals."

1              Of these 17 papers, which were original

2     articles that you were the primary author that

3     underwent a peer-review process?

4         A    These are the papers, I think, before

5     Georgetown then.  And if I'm the first author, my

6     name will appear first.

7         Q    So on a number of these articles your name

8     doesn't appear at all.

9         A    Then I'm the sole author in that case.

10        Q    I'm sorry?

11        A    Then I would be the sole author.

12        Q    Well, so here I'm looking, for example,

13    Number 3, which is from the AAP Committee on

14    Bioethics titled "Professionalism in Pediatrics."

15             There are two other authors and the AAP

16    Committee on Bioethics, but your name is not listed

17    at all.  What was your contribution to this article?

18        A    Mary Fallat and Glover and I were all on

19    the Committee on Bioethics.  And so she was the

20    primary author on this, but we all contributed and

21    discussed it.

22        Q    Contribute to the actual text of the

23    article or just to discussions about the article?

24        A    Both.  Depends on the article, but, yes,

25    usually both.

1      Q    For Number 5, again we have an author

2    DS Kiekema and the AAP Committee on Bioethics called

3    "Responding to Parental Refusals of Immunizations of

4    Children."

5             Is this also an article that you were an

6    author on?

7      A    Yes, these all were while I was on the

8    Committee on Bioethics at American Academy of

9    Pediatrics.

10            And Doug Diekema, in that case, was the

11   primary author.

12     Q    Is it common that someone who contributed

13   to an article isn't listed as an author?

14     A    When you look at the paper itself, they

15   list all the members.

16     Q    All right.  Well, so let's look at one of

17   these then.

18            (Document is displayed).

19            All right.  So this is a copy of the

20   article listed -- that we just talked about.  I

21   believe it's listed as -- one quick second.

22            This article is listed as Number 3 in the

23   "Bioethics" section of "Original Papers and Refereed

24   Journals," and this is the article called

25   "Professionalism in Pediatrics."

1          And the listed authors are Mary Fallat,

2     Jacqueline Glover, and then it says the "Committee on

3     Bioethics."

4          So are you saying that because the

5     Committee on Bioethics is listed that every member of

6     that Committee on Bioethics is an author of this

7     document?

8          A    Yes, we co-author it.

9          Q    How many members would -- are on the

10    Committee for Bioethics -- or Committee of Bioethics?

11         A    If you scroll down you should be able to

12    get all their names.  There are about half a dozen

13    typically.  It would sometimes vary.

14         Q    So this is what you're referencing?

15         A    Yeah.

16         Q    Okay.

17         A    That's me.

18         Q    All right.  So other than the publications

19    that were -- that you are a co-author on because you

20    are a member of the Committee on Bioethics, which --

21    let me -- I'm going to pull back up your -- oh,

22    that's the wrong -- I'm sorry.  I'm pulling your CV

23    back up.

24              (Document is displayed).

25              Which of these articles -- and just let me

1   know if you need me to scroll further.  So other than

2   the publications that were -- that you are a

3   co-author on because of your membership in the

4   Committee on Bioethics of the American Academy of

5   Pediatrics, which articles are peer-reviewed journal

6   articles?

7       A    Well, everything listed in this list should

8   be a peer-reviewed journal article.

9       Q    So let's start with this first article,

10  bio -- sorry, "The Disabled and Their Lives of

11  Purpose."

12          So this article, do you recognize this?

13      A    Uh-huh.  Yes.

14      Q    And actually I'm just realizing, for the

15  court reporter's benefit, I probably need to note

16  that the exhibit we just looked at, which was the

17  "Professionalism in Pediatrics" article, is going to

18  be marked as Plaintiffs' Exhibit 7.

19          (Whereupon, Exhibit Number 7 was marked for

20  identification purposes and made a part of the

21  record.)

22      Q    (By Ms. Dunn) This article -- did you write

23  this article, Dr. Donovan?

24      A    Yes.

25          (Whereupon, Exhibit Number 8 was marked for

Page 77

1   identification purposes and made a part of the

2   record.)

3          Q     (By Ms. Dunn) I will mark this article as

4   Exhibit 8.

5              So this article was published in 2007; is

6   that correct?

7          A     Yes.

8          Q     And it is four pages long?

9          A     Approximately.

10         Q     Looks like maybe a little over four.

11             Did this article summarize any sort of

12  original research?

13         A     It was all original.   Typically, the

14  articles in bioethics may be empirical research or

15  they may be learned opinion, if you will, or

16  perspectives.

17         Q     So how would you describe this particular

18  article?  Was it --

19         A     More like the latter.

20         Q     The learned opinion?

21         A     Uh-huh.

22         Q     Okay.   And where was this article

23  published?

24         A     It says "The Linacre Quarterly."

25         Q     Do you know anything about that journal?

1       A    Yes.  It's the journal published by -- I

2    believe that's CMA.

3       Q    So The Linacre Quarterly is the official

4    publication of the Catholic Medical Association?

5       A    Yes.

6       Q    Do you know if the individuals who serve as

7    peer-reviewers for this journal are required to be

8    members of the Catholic Medical Association?

9       A    You're not even supposed to know who the

10   peer-reviewers are in a refereed journal.

11      Q    Yeah, I understand the concept of blind

12   review, but do individuals who have -- that's a

13   different question.

14           Do peer-reviewers have to be members of the

15   Catholic Medical Association?

16      A    I don't know.

17      Q    Now, do you recall what the peer-review

18   process for that article entailed?

19      A    I don't remember it being any different

20   than the peer-review process for any other articles.

21   You submit it, they send it out to their

22   peer-reviewers.  Peer-reviewers make suggestions

23   or -- or recommend that it be published or not be

24   published.

25      Q    All right.  So going back to your CV.  So

1    this first article there was -- it did appear in a

2    peer-reviewed journal and that journal was the -- is

3    the official journal of the Catholic Medical

4    Association.

5              This article -- Number 2.  This article --

6    was this article published in a peer-reviewed

7    journal?

8         A    Oh, I had forgotten Mary and I did that.

9              Okay.  I believe it was being

10   peer-reviewed, but that publication looks like was in

11   eMedicine and I don't know.

12        Q    What is that publication?

13        A    That's an online journal.

14        Q    So we attempted to find this article using

15   that website and could not.

16              So this says "From WebMD" and we're -- I'm

17   just trying to figure out what that means.  Is this a

18   Web -- is this an article that was published on

19   WebMD?

20        A    Apparently, yes.

21        Q    So -- but WebMD is not a peer-reviewed

22   medical journal.

23        A    It shouldn't be, no, so I don't know why

24   that's there, but --

25        Q    Okay.  So, then, are --

Page 80

1        A     If, unless -- yeah, I don't know.  I don't

2    know.

3        Q     So is 2 -- we can say that's not an article

4    in a peer-reviewed medical journal?

5        A     I would have to try and find it myself.

6        Q     Okay.

7        A     Once again, these things may have been

8    jumbled a little because they were all redone upon my

9    arrival at Georgetown.

10        Q     Sure.  Number 3, we already talked about,

11    that is a publication that you were a co-author on as

12    a member of the Committee of Bioethics.

13        A     Uh-huh.

14        Q     Number 4 is an article that was published

15    in a state medical journal?

16        A     Uh-huh.

17        Q     Is that -- that was a peer-reviewed medical

18    journal?

19        A     I believe it was.

20        Q     Do you know that for sure?

21        A     I can't recall.

22        Q     Number 5, again, it looks like this was --

23    oh, no, I'm sorry, this was also in a state medical

24    journal.  Do you know if this was a peer-reviewed

25    medical journal?

1        A     It was the same journal and I believe --

2    I'm not sure they're publishing that journal anymore,

3    but I believe they were reviewing it at a peer

4    review.   I believe.

5        Q     Do you know that for sure?

6        A     I couldn't tell you.

7        Q     Number 8 was another -- it's a clinical

8    report from the American Academy of Pediatrics.

9              Is that -- was that something that you were

10   a co-author on because of your position on the

11   Committee of Bioethics or was it a different type of

12   publication?

13       A     Well, Mary and I were on the committee

14   together.   She's a pediatric surgeon.   I don't know

15   if that was done separately or through the committee

16   at the time.

17       Q     Okay.   Number 8 here, we have an article

18   titled "Ethical Issues with Genetic Testing in

19   Pediatrics."

20             This was also one that you are a co-author

21   on as a member of the AAP Committee on Bioethics?

22       A     Yeah.   It looks like all the rest on that

23   page fit in that same category.

24       Q     Okay.   So we -- we -- so 8 through -- well,

25   let's go down.   Eight through 14, it looks like, were

1    all publications that you were a co-author on as a

2    member of the Committee on Bioethics?

3         A    Looks like it.

4         Q    And do you know if these -- that type of

5    publication is peer-reviewed?

6         A    Well, it's peer-reviewed but not in the

7    usual fashion because it goes through the internal

8    workings of the American Academy of Pediatrics.

9              And I'm not sure the best way -- maybe

10   that's why they listed these as "refereed" rather

11   than "peer-reviewed."  Although, I wouldn't have

12   thought there was a difference.  But they are

13   reviewed and then sent back or accepted or not

14   accepted.  So to that extent there's a similar

15   mechanism.

16        Q    When you say "accepted" or "not accepted,"

17   do you mean --

18        A    For publication.

19        Q    -- accepted by the Academy of -- the

20   American Academy of Pediatrics at large?

21        A    Well, no.  No.  The academy at large

22   doesn't peer-review.  I mean, it would be -- or

23   referee.  It would be through the mechanisms of the

24   various editorial boards and the hierarchy.

25        Q    Okay.  And these types of publications, the

1    clinical reports and the policy statements, are

2    these -- do you consider these types of publications

3    reliable?

4         A    I'm not sure what you mean by "reliable."

5         Q    Are they the type of materials that

6    physicians would routinely rely on in conducting a

7    clinical practice?

8         A    Yes.

9         Q    All right.  The last three articles on this

10   page are Numbered 15 through -- I'm sorry, not on

11   this page, in this section -- are Numbered 15 through

12   17.

13            And so 15 was published in a journal by the

14   name of Christian Bioethics and it was titled

15   "Decisions at the End of Life:  Catholic Tradition."

16            Was this a peer-reviewed article?

17        A    Yes.

18        Q    And are you familiar with the mission

19   statement of the Christian Bioethics Journal?

20        A    No.

21        Q    Is it -- are you -- are you aware that that

22   journal offers contributions and publications from

23   Christian perspectives?

24        A    I would have assumed that by its name, yes.

25        Q    16, the article "Does Shooting Abortionists

1    Reveal a Lack of Faith?"

2            This is also a publication in Linacre

3    Quarterly; is that right?

4        A    Yes.

5        Q    And that Linacre Quarterly, again, is the

6    journal -- the official journal of the Catholic

7    Medical Association?

8        A    I believe so, yes.

9        Q    Do you recall if this article would be

10   considered empirical research versus a learned

11   opinion like the article we discussed before?

12       A    No, that would be a learned opinion.

13       Q    And I should have asked that for 15 as

14   well.  Would that article have been empirical

15   research or a learned opinion?

16       A    If I recall -- and remember, that was, you

17   know, a long time ago, about -- over 20 years ago,

18   but it would have combined a little bit of both

19   because it would have required some research, but not

20   empirical research.  It wasn't -- you can do

21   bioethics articles that actually involve live people

22   sometimes, but this was not in that category.

23       Q    Okay.  And then 17, again, was published in

24   that state journal we previously discussed?

25       A    Yes.

Page 85

1          Q    All right.  And then this next section of

2     articles, these are all articles related to your

3     practice as a pediatric gastroenterologist?

4          A    Yes.

5          Q    All right.  I'm going to now skip down to

6     the end of your CV where your publications from your

7     time at Georgetown are listed.

8               So I am flipping to what is Page 78 on your

9     CV.  I guess there's no limitation here like in the

10    other section that notes that these are publications

11    in peer-reviewed or a refereed journal.

12               Do you know which of these articles

13    appeared in peer-reviewed or refereed journals?

14         A    Well, the journal articles should have been

15    in peer-reviewed or refereed journals, but not

16    everything there is a -- a journal article, as you

17    can see.  Some of them were chapters in books.

18         Q    And your Number 1 is a chapter in a

19    book; is that right?

20         A    Correct, in the geriatrics book.

21         Q    Okay.  Number 2 and 3 are pieces in the

22    Italian Encyclopedia of Bioethics?

23         A    That's right.

24         Q    All right.  Number 4, is this a

25    peer-reviewed journal article?

1      A      Yes, it is.

2      Q      You're sure it's a peer-reviewed journal

3  article, not an editorial?

4      A      On which one, Number 4?

5      Q      Ebola, Epidemics, and --

6      A      I think that was -- no, that was in an

7  online journal.  I think that was just an article, I

8  believe.

9      Q      Are you seeing this new document?

10     A      Oh, it says "editorial."  Okay.  So that

11  must have been an editorial.

12     Q      Okay.  So this article was an editorial,

13  not a peer-reviewed research article -- or

14  peer-reviewed article?

15     A      Correct.

16     Q      Okay.  The next -- oh, I should go back to

17  your -- let you see, too.

18          (Document is displayed).

19          The next article here, Number 5, also --

20  this is also an editorial by the name of "Doctors,

21  Documentation, and the Professional Obligation:  Has

22  everything changed?"

23     A      Okay.

24     Q      That's an editorial; is that right?

25     A      Yeah.  That surprised me because they

1    decided to make it an editorial.

2              The next one was just a local publication

3    at Georgetown, though.

4         Q     And this is like an online student

5    newspaper; is that right?

6         A     Yeah.

7         Q     This article here titled "Beneficence in

8    Utero, a Framework for Restricted Prenatal

9    Whole-Genome Sequencing to Respect and Enhance the

10   Well-Being of Children," that was an article in the

11   American Journal of Bioethics?

12        A     Yes.

13        Q     And this is -- was that article

14   peer-reviewed?

15        A     Yes.

16        Q     Do you -- are you aware of the difference

17   between an open peer commentary and a peer-reviewed

18   article?

19        A     Well, this was AJOB commentary, as I

20   recall, but it's a peer-reviewed journal.

21        Q     Well, it's a peer-reviewed journal but was

22   the article itself peer-reviewed?

23        A     I don't know how AJOB does it, but seeing

24   as how they accepted the article, I would assume that

25   they had some peer review involved.

1      Q    If you'll give me just one second, I'm

2   trying to pull up the article and I'm having trouble.

3   So I'm going to stop sharing and try to figure this

4   out.

5            MR. BEATO:  No problem.  Take your time.

6      Q    (By Ms. Dunn) All right.  I apologize.  I

7   was having trouble opening the type of file.

8            (Document is displayed).

9            So this is a screenshot from the journal of

10  your publication.  And this here -- it lists this

11  article as an open-peer commentary.

12           And so are you familiar with whether or not

13  an open-peer commentary is peer-reviewed?

14     A    Well, we were invited to offer a

15  commentary, but I don't know that they're

16  automatically accepted.  So the process for accepting

17  or not accepting, I would assume, involves some

18  mechanism of review.

19           (Whereupon, Exhibit Number 9 was marked for

20  identification purposes and made a part of the

21  record.)

22     Q    (By Ms. Dunn) So I'm just going to share

23  another document.

24           I'm sorry.  So if we could mark that last

25  exhibit, which is the article -- I'm sorry.

1          I realize I didn't mark the "Ebola,

2    Epidemics, and Ethics" article.  That should be

3    Article -- or, I'm sorry, Exhibit 9.

4          (Whereupon, Exhibit Number 10 was marked

5    for identification purposes and made a part of the

6    record.)

7      Q    (By Ms. Dunn) The "Beneficence in Utero,"

8    open-peer commentary, will be Exhibit 10.

9          (Whereupon, Exhibit Number 11 was marked

10   for identification purposes and made a part of the

11   record.)

12     Q    (By Ms. Dunn) And I'm now showing you an

13   email which I'm going to mark as Exhibit 11.

14          So I will represent to you that this is an

15   email that we sent to the editors of the American

16   Journal of Bioethics.  We asked them if open-peer

17   commentaries are subject of peer review.

18          And their response was that open-peer

19   commentaries are not peer-reviewed.

20          So can we agree that the open-peer

21   commentary you provided that was marked as Exhibit 10

22   was not a peer-reviewed journal article?

23     A    There you go.  It says "Reviewed by our

24   editorial team."

25          (Document is displayed).

1        Q     All right.  This article labeled as

2    Number 8, "Physician Assistant Suicide in the Medical

3    Profession," this was another Georgetown specific

4    publication.  It looks like perhaps a blog.

5        A     Okay.

6        Q     Is that correct?

7        A     I assume.

8        Q     Do you recall writing this publication?

9        A     The publication, I probably did.  The

10   listing of these were all done by my secretary just

11   when everything -- anything would be published.

12       Q     And then Number 9 --

13       A     As I recall, she didn't even list --

14   differentiate on these between peer-reviewed and not

15   peer-reviewed, did she?

16       Q     She didn't, so that's why we are asking

17   these questions because we were unable to fully

18   determine.

19       A     Oh, okay.

20       Q     And so Number 9, again, would be a blog

21   post.  That would not be a peer-reviewed article?

22       A     I can't actually read that, so --

23       Q     I'm sorry.  Number 9 says -- is "PAS:

24   Unwise, Uncontrollable, and Unnecessary," and then it

25   lists an HTTP that appears to be a blog.

1      A    Okay.

2      Q    So that would not be a peer-reviewed
3  article?

4      A    I wouldn't think so.

5      Q    And then Number 10 here, is this a book?

6      A    Chapter.

7      Q    A chapter in a book?

8      A    Yes.

9      Q    Do you recall what the name of the book?

10          Oh, I'm sorry, the book is "Palliative Care
11  in Catholic Healthcare - Two Millennia of Caring for
12  the Whole Person"; is that right?

13     A    Right.

14     Q    And this publication at Number 11 is
15  "PAS" -- and I'm assuming that PAS -- and you correct
16  me if I'm wrong -- is that the acronym for Physician
17  Assistant Suicide?

18     A    Correct.

19     Q    Okay.  "PAS:  How should Catholic
20  healthcare respond?"

21          And that article appeared in the Healthcare
22  Ethics USA?

23     A    Correct.

24     Q    Are you aware that that Healthcare Ethics
25  USA is a publication of the Catholic Health

1    Association?

2          A      Yes.

3          Q      And this article -- it's not a medical

4    journal that's subject to peer review; is that right?

5          A      It's an ethics journal.

6          Q      Is it a peer-reviewed journal?

7          A      I don't think it is.  I think it's one like

8    the other one, editorial reviewed.

9          Q      Okay.  Number 12 here, this is a book

10   review you wrote?

11         A      Yes.

12         Q      And so that would not be a peer-reviewed

13   article?

14         A      No.

15         Q      And 13, another article in the American

16   Journal of Bioethics titled "How We Should Conceive

17   of Creation:  Natural Birth as an Ethical Guidepost

18   for Neonatal Rescue."

19                Do you recall if that article was

20   peer-reviewed?

21         A      Well, I think that one was.  I think that

22   that was a -- I think Doug McAdams actually wanted to

23   do that himself, but that may have been another one

24   where they were responding to an AJOB article.

25                So the reason I wouldn't know is because I

1    wasn't the primary author on those.  So if it was

2    peer-reviewed and the comments from the reviewers

3    come back, they come to the primary author.

4             (Whereupon, Exhibit Number 12 was marked

5    for identification purposes and made a part of the

6    record.)

7         Q    (By Ms. Dunn) I understand.  So I'll just

8    quickly show you the, I guess post -- I don't know,

9    post -- or the journal page that references this

10   article and we'll mark this as Plaintiffs'

11   Exhibit 12.

12            So this article again is an open-peer

13   commentary.

14        A    Okay.

15        Q    So we can agree that that is not a

16   peer-reviewed article?

17        A    It's been a learning experience for me.

18   Thank you.

19        Q    I'm going back to your CV.

20            (Document is displayed).

21            The next article is a publication, it looks

22   like, in the Catholic Health Association.

23            Do you know what this -- whether this is a

24   peer-reviewed journal?

25        A    I would expect that's only reviewed by the

1    editors.

2         Q    This article -- or this publication,

3    "Reflections by a Christian Scholar," here at Line

4    18 -- or Number 18 is an "In Press Proceeding," but

5    is this a lecture that was presented at a conference?

6         A    That was -- it was.

7         Q    Okay.  And it will be published as such?

8         A    Yes.

9         Q    19, there's an article that you co-authored

10   with some other individuals that's called "Affirming

11   Ethical Options for the Terminally Ill."

12              This was published in the Heritage

13   Foundation publication; is that right?

14        A    Apparently, right.

15        Q    And the Heritage Foundation is not an

16   academic medical journal?

17        A    No.

18        Q    Okay.  Would this be a transcript of a

19   lecture as well?

20        A    I believe so.

21        Q    Okay.  And did you participate in that

22   lecture, or in what capacity were you --

23        A    I would have given it.

24        Q    Would it have been at a Heritage Foundation

25   event?  Is that when that occurred?

1       A       Yes.

2       Q       Okay.  The next article at Line -- at

3    Paragraph 20, "The Deadly Advocacy of Doctor-Assisted

4    Suicide."

5               This is a Washington Times article?

6       A       Uh-huh.  That looks requested.

7       Q       Not a peer- --

8       A       Not peer-reviewed.

9       Q       Not peer-reviewed.

10              21 is an article you wrote with another

11   individual called "Strangers in a Strange Land:  How

12   Our Founding Principles and a Bitter Pill Undo the

13   Assimilation of U.S. Catholics."

14              This article was also in The Linacre

15   Quarterly; is that right?

16      A       Yes.

17      Q       And as we've said, The Linacre Quarterly is

18   the official publication of the Christian -- I'm

19   sorry, the Catholic Medical Association?

20      A       Peer-reviewed.

21      Q       And this is peer-reviewed.

22              Do you know that this particular article

23   was peer-reviewed?

24      A       Yes.

25      Q       So, to your knowledge, a commentary is

1    peer-reviewed?

2         A    What are you talking about, Strangers in a

3    Strange Land?

4         Q    Yes.

5         A    Well, they sent it back and forth to us.

6    Did they look -- I don't know how they decide to list

7    things in their journal, but I know that they

8    required us to go through peer review.

9         Q    So I guess I'm wondering, is there -- there

10   is a distinction between "editorial review" and

11   "peer review."  Are you certain that this particular

12   publication was peer-reviewed?

13        A    Well, when they send it back -- and as I

14   recall they sent it back with suggestions -- so that

15   would have been peer-reviewed.

16        Q    So --

17        A    If you get messages from peer-reviewers,

18   that means it's peer-reviewed.

19        Q    Well, I do think there's a difference.  I

20   think the editors of the journal can give you

21   comments and edits, but a peer-review process is

22   different and requires practicing professionals who

23   are your peers to provide comments and, you know,

24   editorial sugg- -- or maybe not even editorial

25   suggestions, but to provide comments.

1            So I do think there is a distinction, as
2    noted in that email from American Journal of
3    Bioethics, between editorial review and peer review.
4            So I'm just trying to determine if you are
5    certain that that article was peer-reviewed or
6    whether it could have just been subject to editorial
7    review.
8        A    To the best of my recollection, it was.
9        Q    It was.   Okay.
10            And would you say that that article, the
11    "Strangers in a Strange Land," would that article be
12    better described as empirical research or a learned
13    opinion?
14        A    More in the learned opinion category.
15            (Document is displayed).
16        Q    Going back to your CV.
17            At 22 we have a document titled "Ethical
18    Dilemmas in Pediatric Lipidology.   Endotext
19    Pediatrics."
20            Do you know if that -- is that a book or do
21    you know what -- where that publication appeared?
22        A    No, that -- that is done by the
23    endocrinologist I was doing it with, Don Wilson, so
24    he just told me that that was published.
25        Q    Okay.   So --

1        A      And just for my permission and I said
2    "Sure."
3        Q      So is it a chap- -- I'm confused.  Is it a
4    chapter in a book or a publication?
5        A      I believe it's a publication.
6        Q      Okay.  Number 23 here, this is another --
7    it's a chapter in, I think, the same book that we saw
8    at the beginning, is that right, "Ethical
9    Decision-Making in the Elderly"?
10       A      No, that's the subsequent edition of --
11       Q      So it's an update to that first entry on
12   this publication list?
13       A      Yeah, but it's already been published, so
14   that hasn't been -- caught up yet.  But, yes, that's
15   now published.
16       Q      Okay.  24, is this another -- your "CPR,
17   DNR, and the Patient's Good," is this another book
18   that you've contributed to?
19       A      Yes.
20       Q      And 25 would be similar.  This "Ethical
21   Issues in the Provision of Nutrition and Hydration"
22   in Pellegrino's Compendium, that's, similarly, a
23   book?
24       A      Yes.  They --
25       Q      And 26 -- I'm sorry.

1        A     They told us it will be published this

2     fall.

3        Q     Okay.  And then 26, which is "Chapter 101

4     ethics in Prenatal/Neonatal Medicine," identified as

5     the "Handbook in Neonatology," is that another book

6     publication -- a book -- a publication related to a

7     book?

8        A     Yes.

9        Q     Okay.  And I believe that's the end of the

10    publications that we have listed in your CV.

11              So you don't have any articles that you've

12    published that underwent peer review where the topic

13    was gender-affirming medical care; is that right?

14       A     Yes.  I've said that.

15       Q     Okay.  Well, I'm not sure we talked about

16    publications.  We talked about presentations and

17    teaching, but I just want to confirm that you also

18    haven't authored any publications that underwent

19    peer review that were related to gender-affirming

20    care.

21       A     Correct.

22       Q     You have been listed as an author on one

23    article related to gender-affirming medical care; is

24    that right?

25       A     Yes.

```
 1        Q     And what article was that?
 2        A     That was the Laidlaw article.
 3        Q     And this article was an open-peer
 4   commentary; is that right?
 5        A     Correct.
 6              (Document is displayed).
 7        Q     And this is the article we're talking
 8   about?
 9        A     Yes.
10              (Whereupon, Exhibit Number 13 was marked for
11   identification purposes and made a part of the
12   record.)
13        Q     (By Ms. Dunn) All right.  I will mark this
14   as Plaintiffs' Exhibit 13.
15              So this article did not undergo
16   peer review; is that right?
17        A     Actually, you were the one who pointed out
18   to me it underwent an editorial review, not a
19   peer review.
20        Q     Okay.  Because it's in the American Journal
21   of Bioethics and we looked at that email which
22   clarified that?
23        A     Right.
24        Q     Okay.  So this commentary argues that
25   minors alone cannot consent to gender-affirming care
```

Page 101

1   medical treatments; is that correct?

2        A     Yes, that's correct.   That minors should

3   not be permitted to consent without the involvement

4   of their parents to the gender-affirming care.

5        Q     And so it's not suggesting that parents and

6   legal guardians cannot provide informed consent?

7        A     It was responding to an article that said,

8   in fact, that if they don't perform -- or don't offer

9   informed consent, they should be able to bypass the

10  parent.

11       Q     But this article itself isn't suggesting

12  that parents can't provide informed consent for their

13  children?

14       A     No.

15       Q     The article mentions -- so in the first

16  paragraph the article states -- and I will -- I can

17  highlight with my cursor.   Actually, I can't.   It

18  won't let me.

19            But right here near where my cursor is, it

20  states that, "Watchful waiting with support for

21  gender-dysphoric children and adolescents up to the

22  age of 16 years is the current standard of care

23  worldwide, not gender-affirmative therapy."

24            What is "watchful waiting"?

25       A     Okay.   They were using the -- the term as

1     a -- as an approach to supporting children without

2     puberty blockers or hormones.

3          Q    And watchful waiting is not a type of care

4     that you provided as a clinician; is that right?

5          A    That's right.

6          Q    And what evidence is relied on to support

7     the contention that watchful waiting is the current

8     standard of care?

9          A    Well, he actually -- Dr. Laidlaw listed

10    the -- the article right there, I believe.

11         Q    So that's based on the de Vries and

12    Cohen-Kettenis article published in 2012?

13         A    Uh-huh.  Yes.

14         Q    So if we scroll down to the bibliography,

15    that article is listed here.  And I believe -- so

16    it's called the "Clinical Management of Gender

17    Dysphoria in Children and Adolescents.  The Dutch

18    Approach."

19              What supports the contention that the Dutch

20    Approach is the worldwide standard of care?

21         A    I think that he was talking about in places

22    other than America.

23         Q    But in what way does this article establish

24    that the Dutch Approach is a worldwide standard of

25    care?

1      A     I think it's difficult to answer -- for

2   anybody to answer what is the worldwide standard.

3   Perhaps the Dutch Approach was certainly one that had

4   been significant in the world and they were kind of

5   leaders in the approach to children with transgender

6   care.

7      Q     Are there any sources cited that support

8   what the standard of care in the United States would

9   be?

10      A     You mean within this article or elsewhere?

11      Q     Within this article.

12      A     I would have to go back and re-read it to

13   answer that.  I'm sorry.

14      Q     And we've established today that your field

15   of specialty is not pediatric endocrinology, correct?

16      A     Correct.

17      Q     Did you write any of the information in

18   this commentary about puberty-blocking medications?

19      A     No.  No.  My contribution was only on the

20   ethical aspects.

21      Q     Okay.  So if we move further on in the

22   article, this sentence here which provides opinions

23   about GnRH analogues that suggest or assert that they

24   cause infertility, what evidence was relied on in

25   making this assertion?

Page 104

1      A    Once again, I wasn't writing the
2  innercological (phonetic) parts of this.
3      Q    So you're not familiar with any of the
4  evidence that would suggest -- or any evidence that
5  would suggest that GnRH analogues cause infertility?
6      A    I have read this, yes.
7      Q    Is that -- is it not -- I mean, is that
8  fact, that the impact of GnRH analogues on fertility,
9  is that not relevant to the bioethics opinions
10 presented in this article?
11     A    Yes.
12     Q    So wouldn't it be important to be familiar
13 with any such evidence?
14     A    Yes.
15     Q    Okay.  So what evidence is being cited to
16 support that contention?
17     A    Once again, I'm going to have -- I haven't
18 read this article in some time, so I would have to go
19 back through it to see what evidence it cites.
20     Q    There's about two paragraphs there.  Would
21 you -- would that help you to review to determine if
22 there is evidence being cited to support that
23 assertion?
24          I can zoom out, I can zoom in, whatever
25 makes it easier.

1      A     Which -- I'm sorry, where are we reading

2   right now?

3      Q     I believe the relevant text is in the

4   section "Puberty-Blocking Agents and Infertility."

5      A     Okay.  I'm just reading along with you, I'm

6   sure.  "There are no randomized controlled studies

7   for the use of puberty-blocking agents including

8   safety for stopping normal puberty.  Endocrine

9   Society has published revised clinical guidelines in

10  2017, including adolescents.  The" -- better scroll

11  up.  Let's see what else we've got.

12            -- "quality of evidence for PBA is noted to

13  be low.  In fact, all the evidence in the guidelines

14  with regard to treating children/adolescents is low

15  to very low because of the absence of proper studies.

16  These same guidelines, however, recommend arresting

17  normal puberty at Tanner Stage II.  This is highly

18  significant because it's the pubertal stage occurring

19  before menarche in girls and before spermarche in

20  boys.  Continued suppression of pituitary gonadal

21  axis by PBA will maintain a state of immaturity of

22  the male and female gonads.  As a result, though the

23  child will likely grow in stature, the gonads and

24  entire pelvic genitalia will remain stunted at

25  Tanner 2.  The condition of cross-sex hormones will

Page 106

1  not change this condition.  As a result, the patient

2  will be infertile as an adult.  The continued

3  administration of cross-sex hormones may lead to

4  permanent sterilization.  Gonadectomy, of course,

5  would also ensure sterility."

6          Is that what you were talking about?

7      Q    No.  I'm talking -- I'm asking.  My

8  question is, there's an assertion made here that as a

9  result the patient will be infertile as an adult.

10  And there's no citation provided.

11          So I'm asking what evidence is being relied

12  on to support that assertion.

13      A    Okay.  And that's a very reasonable

14  question, but I -- this is not the only place I have

15  read that.  It is not referenced in this short

16  commentary.

17      Q    So there's no evidence being provided to

18  support the assertion that the administration of GRNH

19  analogues leads to infertility as a result?

20      A    The evidence is not, apparently,

21  re-presented in this short commentary.  I don't say

22  that there's no evidence.  I'm saying that the

23  references don't seem to be listed for all the

24  statements in the commentary.

25      Q    But there's no evidence being cited in this

1    article to support that assertion?

2              MR. BEATO:  Object to form.

3              Dr. Donovan, you can answer that question.

4              THE WITNESS:  I think that you're probably

5    right.  Reminding you that absence of evidence is not

6    evidence of absence.

7         Q    (By Ms. Dunn) The article also suggests

8    that puberty-blocking agents impair adults' sexual

9    function.  And I'll scroll down.  There's a section

10   here on this.

11             What evidence is provided in this article

12   to support this assertion?

13        A    Once again, I think that you're looking for

14   the type of evidence that can be included in much

15   longer articles.  These are space-limited, so both

16   the length of the article and the length of the

17   references is not expansive.  That doesn't mean that

18   there haven't been multiple reports of either

19   concerns or actual evidence that these things have

20   occurred, they're just not all listed within this

21   article.

22        Q    Can you name a study that would support

23   this assertion?

24        A    I am certain that there are studies that

25   have supported that assertion.  I can't name you one

1    currently.  It would take a little research.

2         Q    Can you name any study that would support

3    the assertion that the administration of GRN- -- GnRH

4    analogues causes infertility?

5         A    The same answer.

6         Q    So your assertion is that providing the

7    citation in the text would make this article too long

8    to include.  Is that what you're suggesting?

9         A    No.  No.  It was clearly a matter of choice

10   and it was not chosen to include all the references

11   that could have conceivably been included.

12        Q    Is it common in medical publications to

13   make an assertion and not provide the evidence on

14   which the author relies?

15        A    It is common not to list every possible

16   reference, of course.  It is also common to list

17   references.  And some of the time you list

18   references, depending on the type of article you're

19   writing, whether it's an original article or a

20   response article, whether it's an extensive article

21   or a brief summary.  So there will be variability.

22        Q    Well, but this article, though, is

23   discussing the fact that children should not be able

24   to make decisions around medical transition and it

25   relies specifically on these assertions of the

Page 109

1   harmful impacts and yet it fails to cite any evidence

2   to support those assertions.  Is that not right?

3              MR. BEATO:  Object to form.

4              Dr. Donovan, you can answer.

5              THE WITNESS:  Yeah, I don't -- no, I don't

6   think that's exactly right.  Of course, it cites some

7   evidence and you see that there are references

8   listed, but there aren't references listed for

9   everything.

10             Once again, how long is the article, how

11  many references are listed will depend a lot on what

12  you can put in there, how much that even the editors

13  will allow.

14      Q    (By Ms. Dunn) Well, there's ten articles

15  listed, and not a single one assert -- not a single

16  one of these articles supports the contentions about

17  the harmful impacts that the authors are alleging.

18             MR. BEATO:  I apologize.  Is that a

19  question?

20      Q    (By Ms. Dunn) Well, you can strike that.

21             MR. BEATO:  Counsel, would you mind if we

22  take a five-minute break, or would you like to

23  continue asking questions?

24             MS. DUNN:  Let me just finish asking

25  questions about this article and then I think it

1    would be a good time for a break.

2             MR. BEATO:  Of course.  Of course.

3        Q    (By Ms. Dunn) So I'll move on to the

4    section of the article that's more about an

5    adolescent's ability to consent.  I assume that that

6    would be relevant to the bioethics contributions you

7    made to this article?

8        A    Yes.

9        Q    And so here we -- in this section, the

10   "Co-morbid Psychiatric Condition" section, on what's

11   marked with the Bates number AHCA EXP 002078, it says

12   that there's an "additional issue related to an

13   adolescent's decision to take puberty-blocking agents

14   without any parental involvement."

15            And then it cites to "associated

16   psychological conditions."

17            So is this suggesting that because youth

18   with gender dysphoria may have other psychiatric

19   conditions, that that means that they're not able to

20   assent to this type of treatment?

21       A    Well, it certainly would be a reason for

22   concern if someone had autism or schizophrenia or

23   profound depression, all of which have been

24   associated with transgender adolescence, that it

25   might impair their ability to provide fully informed

1     consent.

2          Q     Currently there are no -- the standards of

3     care regarding the administration of this type of

4     treatment to minors does require parental

5     consent; isn't that right?

6          A     Yes.

7          Q     And there are protocols used by clinicians

8     to obtain informed consent for patients who do not

9     have capacity to consent for themselves in other

10    circumstances; isn't that right?

11         A     Yes.

12         Q     So there are frequently situations where

13    patients may have a psychiatric condition that can

14    impact their ability to provide informed consent and

15    there are protocols to -- that apply to those

16    situations?

17         A     But those protocols do not allow for the

18    direct consent of the children.  That is parental

19    permission being sought.

20         Q     Yeah, but there are situations where adults

21    may not have capacity to consent because of

22    psychiatric conditions and there are protocols in

23    place where physicians are still able to obtain

24    informed consent and provide treatment; isn't that

25    right?

1      A     That's a different situation altogether if

2   we're talking about an adult.  But you're also

3   talking about an impaired adult who, therefore, their

4   ability to provide an informed consent with full

5   capacity would be questionable.

6      Q     But what I'm saying is that there are

7   standards and protocols that clinicians engage in in

8   these types of situations; isn't that right?

9      A     That's kind of a general statement that's

10  hard to disagree with.  There are situations and

11  approaches to situations.

12     Q     You published this article with Michael

13  Laidlaw and Michelle Cretella; is that right?

14     A     That's right.  Correct.

15     Q     Are you aware that Michelle Cretella is the

16  executive director of the American College of

17  Pediatrics?

18     A     I have heard that.  She was not at the

19  time.

20          MS. DUNN:  All right.  I think that this is

21  probably a good time for the break that you asked

22  for, Michael.

23          MR. BEATO:  Excellent.

24          (Lunch recess taken from 11:35 a.m. to

25          12:10 p.m.)

Page 113

```
 1        Q    (By Ms. Dunn) So I wanted to just follow up
 2   on one thing we talked about before the break, and
 3   that was -- I asked about the affiliation of your
 4   co-author, Michelle Cretella.
 5             And you stated that at the time of the
 6   article she wasn't affiliated with the American
 7   College of Pediatricians; is that right?
 8        A    No.  You said she was executive director,
 9   and I think she just did that recently.
10        Q    Okay.  At the time that you all wrote the
11   article together, was she affiliated with the
12   American College of Pediatrics in any way?
13        A    Probably.
14        Q    Okay.
15        A    But, however, I don't belong to the ACP, so
16   I don't know.  I mean, I think she was.
17        Q    Do you know anything about that
18   organization?
19        A    Very little.  I mean, it's pediatricians
20   who didn't agree with the AAP on certain issues.
21        Q    Sure.  So I just -- I'm going to point you
22   to a couple documents, so I'm going to share my
23   screen.
24             (Document is displayed).
25             This is a document from the American
```

Page 114

1    College of Pediatricians entitled "Homosexual

2    Parenting:  A Scientific Analysis."

3              Have you ever seen this document?

4         A    No.

5         Q    Okay.  So this document is -- it's a policy

6    statement of the American College of Pediatrics which

7    states that, "There's sound evidence that children

8    exposed to the homosexual lifestyle may be at

9    increased risk for emotional, mental, and even

10   physical harm."

11             You were not aware of the American College

12   of Pediatrics' position on this issue when you --

13        A    I've never seen this before, no.

14        Q    So you were not aware of this policy

15   position when you made the decision to co-author a

16   publication with Michelle Cretella?

17        A    No.

18             (Whereupon, Exhibit Number 14 was marked for

19   identification purposes and made a part of the

20   record.)

21        Q    (By Ms. Dunn) And I'm just going to mark

22   that -- that exhibit that we just talked about, the

23   American College of Pediatrics' policy statement on

24   homosexual parenting as Exhibit 14.

25             And then I'm going to show you another

Page 115

1    policy statement from the American College of

2    Pediatricians.

3              Have you ever seen this policy statement?

4         A    No.

5              (Whereupon, Exhibit Number 15 was marked

6    for identification purposes and made a part of the

7    record.)

8         Q    (By Ms. Dunn) Okay.  So I'm going to mark

9    this as Plaintiffs' Exhibit 15.  This is a policy

10   statement from the American College of Pediatrics

11   stating that there's "No evidence that psychotherapy

12   for unwanted homosexual attraction is any more or

13   less harmful than the use of psychotherapy to treat

14   any other unwanted psychological or behavioral

15   adaptation."

16             You are not familiar with this policy

17   statement?

18        A    Correct.

19        Q    And you were not aware of this policy

20   statement when you made the decision to co-author the

21   publication -- a publication with Michelle Cretella?

22        A    First time I've seen it was today.

23        Q    Would it have changed -- if you had known

24   about this, would it have changed your decision to be

25   an author on that publication?

1        A     It didn't seem like those two really are

2     directly connected to each other.

3        Q     So would it have changed your decision to

4     be an author --

5        A     No.

6        Q     -- on that publication?

7        A     I don't know.  I haven't read the article,

8     so it's hard to say whether it would change or not

9     change.

10        Q     Well, I suppose, knowing that -- I mean,

11     I -- just understanding what I -- what I read from

12     this document, that it's a policy position issued by

13     this organization of which your co-author plays a

14     leadership role, that states that there's "No

15     evidence that psychotherapy for unwanted homosexual

16     attraction is any more or less harmful than the use

17     of psychotherapy in other contacts," would knowing

18     that that was a policy position of the American

19     College of Pediatricians have changed your decision

20     to co-author a publication with Michelle Cretella?

21        A     I agreed to co-author based on the topic at

22     hand and not anybody else's CV.  So the answer would

23     be I don't see how it would.

24        Q     And same for the exhibit that we marked as

25     Exhibit 14, the policy statement on homosexual

Page 117

1    parenting.

2             If you had been aware of that policy

3    statement, would it have changed your decision to

4    co-author a publication with Michelle Cretella?

5         A    Well, once again, it's speculative.  I

6    don't know exactly what it says, but I was -- I was

7    part of the -- the effort on the other paper simply

8    on the basis of that paper alone.

9         Q    We also talked about a number of your

10   publications appearing in The Linacre Quarterly, and

11   that that is the official journal of the Catholic

12   Medical Association; is that right?

13        A    Yes.

14        Q    Are you aware of -- actually, I'm just

15   going to open -- one second.  So I'm going to show

16   you a document.

17             (Document is displayed).

18             (Whereupon, Exhibit Number 16 was marked for

19   identification purposes and made a part of the

20   record.)

21        Q    (By Ms. Dunn) So this is a cover page of

22   Resolutions of the Catholic Medical Association.  I

23   will mark this exhibit as Plaintiffs' Exhibit 16.

24             Have you ever seen this -- these -- this is

25   a printoff of a web page.  So have you ever seen this

1    web page of the Catholic Medical Association?

2          A    I don't think so.

3          Q    So the website states that, "The following

4    are resolutions accepted as positions at the Catholic

5    Medical Association."

6               And we're going to jump to the resolutions

7    that are listed in the topic of "Family and Sexual

8    Education."  Specifically I'm going to look at

9    Resolution 8-12, which is a resolution on transgender

10   treatments.

11              Resolution 8-12 reads that, "The Catholic

12   Medical Association does not support the use of any

13   hormones, hormone-blocking agents, or surgery in all

14   human persons for the treatment of gender dysphoria."

15              Were you aware of this resolution of the

16   Catholic Medical Association?

17         A    No.  As I've mentioned, I'm not a member of

18   the Catholic Medical Association.

19         Q    And if you --

20         A    I wasn't aware of this.

21         Q    You weren't aware of this?

22         A    No.

23         Q    If you had been aware of this, would it

24   have changed your decision to publish in the Catholic

25   Medical Association's official journal?

1    A    Well, I -- I imagine that I would probably

2    be pleased if anybody agrees with me.

3    Q    So are your beliefs aligned with this

4    resolution?

5    A    I don't know because I haven't seen the

6    full text of it.  I just see a title there.

7    Q    So this is the full text of the resolution.

8    The title is "8-12:  Resolution on Transgender

9    Treatments."  And then it says "Be it resolved."

10   A    Well, then, that does sound reasonable.

11   Q    Okay.  And then if we move down to

12   Resolution 8-13, which is the "Resolution on Gender

13   Dysphoria," it reads, "Be it resolved that the

14   Catholic Medical Association and its members reject

15   all policies that condition all persons with gender

16   dysphoria to accept as normal a life of chemical and

17   surgical impersonation of the opposite sex.  Further,

18   that the use of puberty-blocking hormones and

19   cross-sex hormones and surgical reassignment surgery

20   be rejected."

21        Were you aware of this resolution of the

22   Catholic Medical Association?

23   A    No.  Like I said, I've never seen this page

24   before and I don't know if any of these were ever

25   adopted.

1      Q      These are on the website of the Catholic

2    Medical Association as adopted resolutions.

3      A      Okay.

4      Q      I'll represent that to you.  And so if you

5    had been aware of this resolution, would it have

6    impacted your decision to publish in The Linacre

7    Quarterly, the Catholic Medical Association's

8    official publication?

9      A      No.

10     Q      And are your beliefs around the treatment

11   of gender dysphoria aligned with this

12   Resolution 8-13?

13     A      I would not have used this language, but I

14   don't have severe disagreements with it.

15     Q      Okay.  At this point we're going to turn

16   back to what has been marked as Plaintiffs'

17   Exhibit 1.  And that is your report, which is not on

18   my screen anymore, so I'm going to have to stop that

19   share again.

20           (Document is displayed).

21           This, we already identified, as the expert

22   declaration that was provided, written by you and

23   provided to plaintiffs by the defendants in the

24   lawsuit that brings us here today, Dekker versus

25   Weida.

Page 121

1          You stated that you yourself drafted this

2    report fully and completely?

3          A    Yes.

4          Q    And does this report comprise the totality

5    of your opinions around the provision of

6    gender-affirming care medical treatments?

7          A    Well, when you say "totality," that would

8    mean like I have no other thoughts or opinions, so

9    that's probably not the best way to characterize it,

10   but it certainly is my opinion.

11         Q    Okay.  So here you state that you "Have not

12   testified as an expert in the past five years at any

13   court hearing, trial or deposition."

14              So when we talked about the depositions

15   that you participated in earlier in our conversation

16   today, those all predated the last five years?

17         A    That's right.

18         Q    So you -- and we've talked a little bit

19   about your position as the founding director of the

20   Oklahoma Bioethics Center, which you reference here.

21              Does that organization still currently

22   exist?

23         A    I am not quite sure of its status.  I think

24   someone took it over from me and someone else took it

25   over from him, and I don't know what involvement

Page 122

1    she's having currently.

2            I know that there is still some bioethics

3    education going on through the university, but I

4    don't know if it's under the umbrella of the

5    Bioethics Center or not.

6        Q    In Paragraph 8 you mentioned that you "Have

7    chaired the IRB, the Institutional Ethics Research

8    Board, for 17 years at SFH."

9            What is "SFH"?

10       A    That was one of the teaching hospitals.

11   Saint Francis Hospital.

12       Q    So "SFH" stands for Saint Francis Hospital?

13       A    Correct.

14       Q    And are you currently the chair of IRB and

15   Saint Francis Hospital in Tulsa, Oklahoma?

16       A    No.

17       Q    So the way this is phrased it always seems

18   present tense.  When did you stop being the chair of

19   the Institutional Research Ethics Board at SFH?

20       A    Oh, when I left Tulsa.

21       Q    And when was that?

22       A    Or Georgetown.

23       Q    So in 2012?

24       A    Right.

25       Q    Okay.

Page 123

1      A    So it was in the -- 17 years before that

2  or -- yeah.

3      Q    So scrolling down to Paragraph 10, you

4  state that you "Have studied and consulted on issues

5  surrounding transgender patients, both minors and

6  adults, locally and nationally."

7           We just -- we discussed your background and

8  your CV extensively and you weren't able to identify

9  presentations, and other than one article,

10  publications surrounding issues on transgender

11  patients; isn't that right?

12      A    No, I've not been writing about it but I've

13  discussed it with people locally and nationally.

14      Q    And in what context have you discussed it

15  with people?

16      A    Well, I'm not quite sure -- what context?

17      Q    Well, in what -- who were you discussing

18  these issues with?

19      A    Oh, various colleagues.

20      Q    Can you name those --

21      A    Other bioethicists.

22      Q    So let's start with nationally.  Who

23  nationally were you speaking about on issues

24  surrounding transgender patients?

25      A    I would be speaking to bioethicists, you

1   know, informally, not -- not for meetings or

2   publication.

3        Q    Can you name any of the bioethicists that

4   you had these conversations with?

5        A    I'm sure I can.  I'm not sure if they want

6   to be involved or not, so I'd want to clear it with

7   them first.

8        Q    Were these informal conversations that were

9   occurring at meetings of some sort?

10       A    Oh, boy, there hasn't been a meeting in,

11  like, three years where people had the opportunity

12  for informal conversation.  So, no, these would be

13  either locally or over the phone or Zoom or

14  something.

15       Q    So how many Zoom conversations would you

16  say you've had with other national bioethicists on

17  transgender issues in patients?

18       A    I mean, the purpose of the -- well, no,

19  that's not true.  I was going to say the purpose

20  wasn't specifically to talk about transgender issues,

21  but you'd be talking about bioethical issues in

22  general.  But, no, we've had a couple conversations,

23  either by phone or Zoom, maybe half a dozen times

24  where the primary topic probably was transgender

25  issues.

1       Q       Now, you say "half a dozen."  That means

2    six -- like around six?

3       A       Around that, yeah.

4       Q       And --

5       A       I mean, I don't keep track of them, so I'm

6    just guessing at this point.

7       Q       What time period were these conversations

8    occurring?

9       A       These would have been in the recent past

10   because not many, many people were having these

11   discussions over ten years ago.

12      Q       So in the last ten years you would say

13   you've had approximately six conversations by Zoom or

14   by phone with other bioethicists around --

15      A       Well, no.  I mean, that's -- that's --

16   that's a little narrow.  I know I've had a lot more

17   conversations than that.  You know, you asked me

18   about by Zoom, so that would probably be no more than

19   half a dozen, I suspect.  By phone, more than that

20   certainly, and even in person.  So, I'm sorry, I

21   didn't keep a tally.  People call me, ask me my

22   opinion, or if we're in a discussion and they ask me

23   what do I think about such and such, then I'll tell

24   them.

25      Q       What you're referencing is kind of informal

1   consultations of your opinion on these things?

2        A    Absolutely.

3        Q    So I think I'll just say, going back to the

4   ground rules we started with, I may be -- and this

5   may be partially my fault -- occasionally maybe

6   asking you a question too quickly and cutting you

7   off.  And so I just want to remind both of us to try

8   not to interrupt each other and -- you know, if you

9   try not to interrupt me with my question, I'll try

10  not to interrupt your answer.  I'll pause before I

11  jump in with my -- with additional questions.

12            So this sentence says, "I've studied or

13  been consulted on."  So it seems like what we were

14  just talking about was "been consulted on."

15            So what instances -- I guess, can you

16  provide some context for this statement that you

17  "have studied issues surrounding transgender patients

18  locally and nationally"?

19        A    Oh, yes.  Yes, I've been reading up on the

20  available literature and journals and other places,

21  even in the popular press and in blogs and such.

22        Q    So when you say "studied," you just mean

23  reading up on the medical literature?

24        A    Reading up on medical literature is

25  studying, you betcha.

1    Q    Sure.  And I guess I'm wondering, like, how

2  are you -- so in what way are you identifying the

3  sources that you're studying?

4    A    How do I --

5    Q    How are they coming to your attention?

6    A    Oh, well, through -- they're published

7  journals, both online and paper.

8    Q    Can you name any studies that have had

9  significance with regard to your position -- or, I'm

10  sorry, let me strike that and start again.

11         Can you name any specific studies that have

12  been meaningful in your position on issues

13  surrounding transgender patients?

14    A    Not so easily that there would be any study

15  or a couple of studies that would be meaningful.  I

16  take little bits from everything I read and form my

17  own opinions.

18    Q    What specific issues have you studied

19  surrounding transgender adult patients?

20    A    Okay.  I'm having a little trouble --

21    Q    Hearing me?

22    A    No, I heard you, I just didn't understand

23  you completely I'm afraid.  What do you mean, "what

24  issues"?

25    Q    Well, you -- I'm just asking what you mean

1    by your terminology.  So you say that you "have

2    studied issues surrounding transgender patients."

3    Specifically, what issues related to transgender

4    patients have you studied?

5         A    Well, I think that the things that I have

6    read about and been concerned about exactly parallel

7    those that you see in the younger patients, as well,

8    in terms of the concept, the diagnosis and the

9    treatment and the results.

10         Q    So can you estimate how many times you've

11    been consulted on issues specific to transgender

12    patients?

13         A    No.  I mean, these are not formal

14    consultations, these are discussions.

15         Q    I'm sorry.  So going back to your role

16    providing ethical consultations, either -- I guess at

17    Georgetown would have been primarily the period of

18    time we're talking about.  Can you estimate how many

19    of those ethical consults would have related to

20    transgender patients?

21         A    None of the hospital consults related to

22    transgender patients as transgender patients.

23         Q    So you've not given an ethical consult with

24    regard to patient care for a patient that was

25    transgender?

1       A     Not for an individual patient, no.

2       Q     And that extends to both children and

3  adults?

4       A     Correct.

5       Q     Moving on to Paragraph 11 where you say,

6  "For ethical as well as medical reasons, I have never

7  prescribed medications nor referred for surgery any

8  patients that consider themselves transgender."

9             These medical reasons you reference --

10  going back to your specialty, you're a pediatric

11  gastroenterologist.  We've established that.  That's

12  right, right?  Is that right?

13      A     Yes.

14      Q     Did any of your pediatric gastroenterology

15  patients identify as transgender, to your knowledge?

16      A     No --

17      Q     To your knowledge --

18      A     -- not to my knowledge.

19      Q     Oh, I'm sorry, I cut you off again.  I

20  apologize.

21            What were you saying?

22      A     I just said "not to my knowledge."

23      Q     To your knowledge, have any of your

24  pediatric gastroenterology patients been diagnosed

25  with gender dysphoria?

1      A      Not to my knowledge.

2      Q      Have you ever prescribed a medication to a

3  patient in your role as a bioethicist?

4      A      That's not the role of a bioethicist.

5      Q      Okay.  I just wanted to confirm that.

6              Do bioethicists treat medical conditions

7  with surgical referrals?

8      A      That's not the role of the bioethicist.

9      Q      Okay.  When you -- so turning back to

10  Paragraph 11, when you refer to ethical reasons that

11  you don't prescribe medications, is that because your

12  activities as a bioethicist are informed by your

13  Catholic faith?

14      A      No, it's because I think that it's

15  unethical.

16      Q      Do you think that it's unethical because

17  it's not consistent with the ERDs that we talked

18  about as Plaintiffs' Exhibit 4?

19      A      No, I think it's unethical on the face of

20  it.  I don't think you have to be Catholic, Muslim,

21  Jewish, or none of the above to come to the same

22  conclusions.

23      Q      In Paragraph 12 you say that, "None of your

24  opinions are biased by professional income."

25              The entirety of your career in medicine

Page 131

1    didn't involve patients who present to you for a

2    gender dysphoria diagnosis; is that right?

3         A    That's correct.

4         Q    And none of your writings, presentations,

5    or positions dealt with issues affecting trans

6    people; is that right?

7         A    Not entirely right, but mostly right.

8         Q    And when you say "not entirely," are you

9    referencing the one article we looked at before?

10        A    No, I'm saying I'm very careful about

11   absolutes.

12        Q    Understood.

13             In Paragraph 14 you reference your review

14   of the literature.  Have you reviewed all of the

15   literature pertaining to gender dysphoria?

16        A    No one has reviewed all the literature

17   pertaining to practically anything, including gender

18   dysphoria.

19        Q    Is the literature you've reviewed limited

20   to -- or, I suppose, is the bibliography you provided

21   a fair representation of the literature you've

22   reviewed in preparing this expert report?

23        A    It would have to be a representation, sure.

24   Provided, it's -- I consider it fair, but it's not,

25   you know, complete.  There are many things that I

1   would look at that I didn't consider important enough

2   to include in the bibliography, including the things

3   that I look at and think, "Well, that's wrong, but

4   it's good to know that that's how they feel."

5       Q   So are there other sources that you

6   considered in preparing this expert report?

7       A   Sure.  Many.

8       Q   And are you able to list those sources?

9       A   No.

10       Q   And why not?

11       A   Too many.  There's just too many.  And some

12   of them I read in their entirety, and some of them I

13   didn't, and some of them are just off of things like

14   the CDC site, a WPATH site, and some of them aren't.

15   It's just -- it's a whole gemish.  Anybody who just

16   reads an article and considers themselves an expert

17   isn't working hard enough.

18       Q   So when you prepare an expert report for

19   submission in a case like this, we are entitled to

20   know what your sources for your expert opinion are.

21         So, you know, I -- I -- I think we either

22   need to understand that that bibliography is the list

23   of sources you relied on exhaustive, or we're

24   entitled to know what additional sources you

25   considered and relied upon in writing this report.

Page 133

1          Are you able to provide that list?

2          A    I could probably -- no, I couldn't, really.

3     I -- there's just -- there's too many things that I

4     look at and read on a relatively frequent, if not

5     constant, basis.  And some of them I thought were

6     pertinent and some of them not so pertinent.  I

7     thought the pertinent ones would be in the

8     bibliography.

9               But I would be hesitant, like you saw when

10    we were looking at other articles, to say that you

11    have an exhaustive bibliography for any article.

12    There's always more that could be added, but there

13    are some practical limitations.

14         Q    If a source is not listed in your

15    bibliography, would that mean that you did not

16    consider it pertinent to your report?

17         A    No, I didn't say it wouldn't be pertinent

18    but it may not be something I felt needed to be

19    included.

20              As a for instance, all the regulations that

21    govern human -- research with human subjects.  Well,

22    there's huge tomes that include all that.  I don't

23    think that that necessarily needs to be included in

24    the brief bibliography that I submitted.  You know,

25    all the various statements from medical associations

1    about this one way or the other may have been things

2    that I have read, but I don't see that they added

3    much to my bibliography so I didn't include them.

4            I see something several times a week on

5    this subject and I look at it and I read it and I see

6    if it adds any new information or, you know, can

7    alter my -- my perspective or sometimes reinforce my

8    opinion, but that doesn't necessarily mean that it

9    belongs in the bibliography.

10       Q    To be clear, for your work as an expert you

11   wrote a report, which is being submitted to a court

12   of law.

13           Do you understand that?

14       A    Yes.

15       Q    This report is comprised of your opinions

16   that are being presented to a judge as evidence in a

17   court case.

18           Do you understand that?

19       A    Yes.

20       Q    Okay.  And when we ask for the sources upon

21   which you relied, we are provided with a bibliography

22   that has been marked as Plaintiffs' Exhibit 2, which

23   I will pull up, and I believe has approximately seven

24   sources on it.

25           (Document is displayed).

Page 135

1        So this was the bibliography we were

2   provided.  You've already confirmed that; is that

3   correct?

4        A    Yes.

5        Q    In submitting that report, we -- so the

6   Federal Rules of Civil Procedure require that an

7   expert who provides a written report must disclose

8   the facts or data that are considered by the witness

9   in forming their opinions.

10        So we are entitled to know all facts and

11   data that you relied upon in forming your opinions.

12   And when we asked for that information, we were given

13   this bibliography.

14        Are there additional sources that needed to

15   be added to this bibliography that are facts or data

16   that were considered by you in forming your opinions?

17        A    I didn't feel that I needed to add anything

18   else to the bibliography.

19        Q    So this bibliography --

20        MR. BEATO:  Chelsea -- I apologize.  You

21   can continue, Chelsea.

22        Q    (By Ms. Dunn) So this bibliography is a

23   complete document of the facts and data considered by

24   you in forming your opinions in your expert

25   report; is that correct?

1      A    Well, I -- those are articles considered by

2   me in forming my report.

3           Those are not the only things that I

4   thought about, nor the only things that I read, nor

5   the only things that have influenced me over the last

6   decade, or over the last year, or over the last few

7   months.  You know, there's a lot of things that I

8   have read.  I thought these were pertinent to the

9   report.

10     Q    Dr. Donovan, I appreciate that these are

11  the most pertinent, but you are required under the

12  Federal Rules of Civil Procedure to provide a report

13  that contains the facts and data that you considered

14  in forming your opinions.

15     A    These are facts and data that I considered

16  in forming my opinion.  It is not --

17     Q    But is it a complete document of those

18  facts and opinions?

19     A    Of course not.  It can't be because there's

20  no way that I can tell you everything that has

21  affected my thinking.

22          MR. BEATO:  So, Dr. Donovan, let me -- let

23  me step in.

24          For the studies that you reference in your

25  bibliography, those are a sufficient and accurate

1    representation of the studies that you relied on when

2    issuing your expert report; is that correct?

3              THE WITNESS:  Yes, I believe so.

4              MR. BEATO:  And if there are additional

5    studies that you think of that could've -- well,

6    strike that.

7              Okay.  So you think it's a sufficient and

8    accurate representation of the studies that you

9    relied on for your expert report, correct?

10             THE WITNESS:  I -- yes, with the provisos

11   that I've already said.  There are other things that

12   I would consider important, but -- once again, all

13   the CDC documents or -- now, those -- I didn't

14   include those.  Did I rely on them?  Have they guided

15   my understanding of, for instance, the requirements

16   of appropriate human research?  Well, sure.

17        Q    (By Ms. Dunn) So setting aside various

18   sources of background knowledge that you brought to

19   this report, when you were writing this report, are

20   these the specific sources you were referencing in

21   writing your report?

22        A    I don't know how to answer that any better

23   than I have.

24             MR. BEATO:  Then the answer would be "yes."

25        Q    (By Ms. Dunn) Are these the only specific

Page 138

1    sources you referenced in writing your report?

2         A    Of course not.

3              MS. DUNN:   I'm sorry, we need a short

4    break, please.

5              MR. BEATO:   Okay.

6              (Recess taken from 12:44 p.m. to 1:19 p.m.)

7         Q    (By Ms. Dunn) So, Dr. Donovan, when we were

8    talking before about the obligations that are

9    associated with submitting an expert report to a

10   federal court, I was referencing a rule which is the

11   Federal Rule of Civil Procedure 26(a) -- I'm going to

12   make sure I get this right -- (a)2(b).  And this

13   governs when someone who's been retained as an expert

14   provides a written report to the Court.  I'm going to

15   read from that rule.

16             So that rule says:  "Unless otherwise

17   stipulated or ordered by the Court, this disclosure

18   must be accompanied by a written report prepared and

19   signed by the witness.  If the witness is one

20   retained or specially employed to provide expert

21   testimony in the case or one whose duties as the

22   party's employee regularly involve giving expert

23   testimony.

24             "The report must contain, 1:  A complete

25   statement of all opinions the witness will express

Page 139

1    and the basis and reasons for them.

2                "2:  The facts or data considered by the

3    witness informing them.

4                "3:  Any exhibits that will be used to

5    summarize or support them.

6                "4:  The witness's qualification.

7                "5:  A list of all other cases which the

8    witness testified as an expert at trial or by

9    deposition.

10               And, "6:  A statement of the compensation

11   to be paid for the study and testimony in this case."

12               Were you instructed that your report was

13   required to contain all of the opinions that you

14   intend to offer in this case?

15       A    Yes, I believe I was, but I think perhaps,

16   you know, when we're talking about the opinions that

17   I intend to offer, I don't think that was the

18   conversation you and I were having previously.

19       Q    Well, I'm sorry, I'm just starting with the

20   first subsection.

21       A    Oh, okay.

22       Q    So were you instructed that the report has

23   to contain all of the opinions you intend to offer in

24   this case?

25       A    Yes.

1      Q    And does your expert report that we've been

2   referencing as Exhibit 1 contain all of the expert

3   opinions you intend to offer in this case?

4      A    Yes, I believe so.

5      Q    Okay.  Were you instructed that your expert

6   report must contain the facts or data considered by

7   you, the witness, in forming those opinions?

8      A    Yes.

9      Q    Okay.  And did you provide all of the facts

10  or data that you considered in forming your opinions,

11  either in the report or in the bibliography that

12  accompanies it?

13     A    I would say, yes, in the report or the

14  bibliography.

15     Q    Okay.  So turning back to your report.

16  Give me a second.

17          MR. BEATO:  No problem.  No problem

18  whatsoever.

19     Q    (By Ms. Dunn) Okay.  So back to your

20  declaration.  So here you say that you relied on your

21  "years of experience as a physician and medical

22  ethicist and your review of the literature as

23  documented in your report."

24          So we should be able -- your report will

25  demonstrate any literature that you relied upon in

Page 141

1    forming your opinions; is that correct?

2              MR. BEATO:  Dr. Donovan, you're muted.

3              THE WITNESS:  It's hard to answer that way.

4    Sorry.

5              Yes, I believe so.

6         Q    (By Ms. Dunn) In Paragraph 15 you refer to

7    yourself as an "unbiased observer."  And you make

8    comparisons to the fact that it's preferable to have

9    unbiased observers make opinions on the diagnosis of

10   brain death.  But those unbiased observers still have

11   to have qualifications in order to render opinions on

12   these issues; is that correct?

13        A    Yes.

14        Q    And what are your qualifications to render

15   opinions on the provision of gender-affirming care?

16        A    Well, they would be, I think, analogous to

17   rendering opinions on the diagnosis of brain death.

18             My perspective is that of an ethicist.  I'm

19   not a neurologist or a neurosurgeon or a transplant

20   surgeon, but when you are talking about --

21   particularly in today's topic, you know, whether or

22   not what we are doing constitutes appropriate

23   informed consent and whether or not it is -- or

24   should be considered research versus standard of

25   care, yeah, I've had years of experience in

1    discussing these topics and -- and completely ready

2    and able to render an opinion on it.

3         Q    But you've never -- you haven't had any

4    specialized -- well, you haven't been a --

5    participated in presentations or publications around

6    the provision of gender-affirming care specifically?

7         A    You mean, if I don't have a large public

8    record on it?  It certainly doesn't mean that you

9    haven't been reading up on it, done some research and

10   formed an opinion.

11        Q    But you do have a large body of

12   publications and presentations on issues such as

13   physician assisted suicide or brain death; isn't that

14   correct?

15        A    Relatively large.  Yeah, I've got those

16   things.  Those have been issues for many years now.

17             This case, for instance, is certainly less

18   than a year old.

19        Q    You reference, in Paragraph 17, a

20   "diagnosis of transgenderism."

21             What is a diagnosis of transgenderism?

22        A    Diagnosis of someone who is being

23   transgender or that they believe that they are

24   transgender.

25        Q    Where does that diagnosis exist?

1       A     Where does the diagnosis what?  I'm sorry.

2       Q     Exist.  Where's that diagnosis provided

3   for?  Is that a medical diagnosis?

4       A     You mean, who provides the diagnosis?  Is

5   that what you're asking me?

6       Q     Well, no.  Is that a medical diagnosis?

7       A     Well, it certainly is supposed to be, yes.

8       Q     Where is the criteria for that -- or

9   where's the diagnostic criteria for transgenderism?

10       A     Well, the diagnostic criteria for

11   transgender patients is found in both DSM and WPATH.

12       Q     And the what?

13       A     W-P-A-T-H criteria.

14       Q     But that diagnosis is gender dysphoria, not

15   transgenderism; isn't that correct?

16       A     Yes.  But gender dysphoria only occurs in

17   those who have identified as transgender.

18       Q     But transgenderism is not a diagnosis

19   that's reflected in the DSM-5 or in the WPATH

20   standards of care, correct?

21       A     Okay.

22       Q     Is that correct?

23       A     Yes, I believe so.

24       Q     You refer here to a person presenting

25   themselves as a -- or a person having a gender

Page 144

1    identity that's different from the sex assignment at

2    birth as an aberration.  Is that fair to say?

3         A    I think that's quite fair to say.  You

4    know, if you talk about the norm being what is

5    predominant, then that would have to be statistically

6    described as abnorm.

7         Q    What is your basis for asserting that a

8    person asserting their gender identity is akin to

9    asserting a delusion that they are a chicken?

10        A    Well, I think that if someone came in with

11   something that seemed to define -- defy both the

12   visual evidence and common sense, that you would not

13   necessarily take that at face value.

14        Q    Are you a licensed psychiatrist?

15        A    No, I'm not a licensed psychiatrist, but I

16   do know the difference between a person and a

17   chicken.

18        Q    Have you ever diagnosed any sort of mental

19   health condition?

20        A    I'm sure I have because I've had patients

21   who had to be referred.

22        Q    You've -- you have been the one to provide

23   the diagnosis of a mental health condition?

24        A    Well, when you suspect it, you refer it to

25   someone to care for them, sure.

1        Q     But is that providing a diagnosis for the

2    patient or is that referring someone for a diagnosis?

3        A     It's a presumptive diagnosis.

4        Q     You then state that, "This is the approach

5    now being taken by many psychiatrists and surgeons

6    and endorsed by medical society."

7              Is the approach you're referring to in this

8    sentence the approach of someone saying that they are

9    a woman and someone else immediately clothing them in

10   a dress?

11       A     No.  I'm saying that the -- the problem is

12   that we are accepting the mis-diagnosis.  Or not even

13   a mis-diagnosis, but the mistreatment rather.

14       Q     And what is the mistreatment you're

15   referring to here?

16       A     In terms of patients with gender dysphoria,

17   I think it's not conceptually sound to say that you

18   are a man or a person in a man's body but you think

19   you're supposed to be in someone else's body or some

20   other body or yourself or alter that body in order to

21   look like that.  Those are approaches that just don't

22   really seem to fit with a common sense approach.

23             If we had a patient with anorexia nervosa

24   and she had a dysmorphia and she said, "I am too

25   fat," the last thing that I would recommend we do is

Page 146

1   to help her body conform to her self-image.

2       Q   So you're comparing gender dysphoria to

3   anorexia nervosa?

4       A   Well, they're both distortions of bodily

5   image, yes.

6       Q   But affirming a patient with anorexia

7   desire to limit their calorie intake could lead to

8   dehydration; is that correct?

9       A   And worse.

10       Q   And it could lead to starvation or even

11   death?

12       A   Yes.

13       Q   Yes.  And so your position is that it is

14   mistreatment to affirm someone's gender identity if

15   it's not aligned with their sex assigned at birth?

16       A   I am saying that we don't have enough

17   information to be certain of the correct approach

18   and, therefore, to embark upon that approach without

19   seeking that information is wrong.

20       Q   And what particular types of medical

21   treatment are you referencing?

22       Are you speaking of the administration of

23   cross-sex hormones?

24       A   Yes.

25       Q   Are you speaking of gender-affirming

1   surgeries?

2        A    Yes.

3        Q    And are you speaking of the administration

4   of puberty-blocking medications?

5        A    Yes.

6        Q    And so it is your opinion that affirming

7   someone's gender identity, if it is not aligned with

8   their sex assigned at birth, is mis- -- is medical

9   mistreatment?

10       A    I think it is fraught with problems because

11   I think that it is probably applying a treatment that

12   does not match the needs of the patient.

13       Q    Earlier you said that you have given

14   presumptive diagnoses for mental health conditions.

15            When you're licensed as a medical doctor --

16   or I guess you're a pediatric endo- -- I'm sorry.

17            Does your license allow you to diagnose

18   mental health conditions?

19       A    My license?  Yes.

20       Q    Okay.  So you say that -- so going back to

21   this approach.  When you say "this is the approach,"

22   I just want to make sure that we're both talking

23   about the same -- you know, what you are referring to

24   as "this approach."

25            And you're talking about the approach of

Page 148

1    providing medical care that affirms someone's gender

2    identity when it doesn't match their sex assigned at

3    birth.  Is that accurate?

4         A    Yes.

5         Q    Okay.  And you say that "many psychiatrists

6    are taking this approach."

7              What is the basis to say that?

8         A    Well, I -- I don't think that that's in

9    contention that many psychiatrists are providing or

10   endorsing gender-affirming care.  I didn't

11   specifically give you data on that, but I think that

12   that's pretty widely known.

13        Q    You then go on to say that, "Perhaps, as a

14   result the number of individuals who identify as

15   transgender has exploded over the past decade"; is

16   that correct?

17        A    It has certainly increased, it has.

18        Q    And you said a number of 20 to -- to a

19   factor of 20 to 40; is that right?

20        A    That's right, that's what I've read.

21        Q    Where did you get that information?

22        A    Actually, the CDC had that information in

23   their database.

24        Q    So you didn't -- you cited to -- in your

25   bibliography, which I'll quickly turn to -- I stopped

Page 149

1  sharing.  I could have just stayed where I was.

2          (Document is displayed).

3          So you cite to -- here on this first line

4  there's a "CDC Youth Risk Behavior Survey" and then

5  there's a link to the Williams Institute.

6          Is this the data you're using to make that

7  20- to 40-factor assertion?

8      A    I believe that's where it came from.

9      Q    And so the Williams report that's linked

10  here -- I'll just quickly pull up that source, just

11  so we can look at it together.

12          (Document is displayed).

13          So this is the Williams Institute report

14  that is found at the end of that link.

15          Do you recognize this report?

16      A    Not in that form, but I'm sure that must be

17  it.

18          (Whereupon, Exhibit Number 17 was marked for

19  identification purposes and made a part of the

20  record.)

21      Q    (By Ms. Dunn) Okay.  I'm going to mark this

22  as Exhibit 17.

23          So this study -- I'll zoom in a little

24  bit -- or this report cites to data from the CDC, a

25  couple of different surveys, it looks like, the

Page 150

1    Behavior Risk Factor Surveillance System, the Youth

2    Risk Behavior Survey, and then some other survey

3    data.

4            Is this the document where you got -- when

5    you reference the CDC, is this the document where you

6    got that information?

7        A    I believe so, or links from it.

8        Q    Okay.  And do you know where in this report

9    it cites a 20- to 40-factor increase?

10       A    I'm sorry, I'd have to read the whole thing

11   again to find that.

12       Q    So here on this first -- on this first page

13   it says, "Youth ages 13 to 17 comprise a larger share

14   of the transgender-identified population than were

15   previously estimated, currently comprising about

16   18 percent of the transgender-identified population

17   in the U.S. up from 10 percent previously."

18           Is that relevant to how you determined

19   there was a 20- to 40-factor increase?

20       A    No, the 20 to 40 is actually what I read in

21   the CDC survey, but I don't see it -- as a matter of

22   fact, I can hardly see what you've got there at all,

23   but that's okay.

24       Q    Oh, I'm sorry.

25       A    Small print.

```
 1        Q     I'm happy to share your screen.

 2              So I'll just -- I guess what I'll represent

 3    to you is that we could not -- looking at your

 4    bibliography, we could not find the 2017 data that

 5    you were citing to.  So are you saying that you

 6    received that information -- that information came

 7    directly from the CDC and not from this report?

 8              This report is what was linked and we

 9    thought that that indicated that that's where it came

10    from.

11        A     Well, I -- I believe that that information

12    may be there.

13              That's the executive summary, isn't it?

14    Not the entire report?

15        Q     Correct.

16        A     Yeah.

17        Q     All right.  I will stop sharing this

18    document and go back to your bibliography.

19              (Document is displayed).

20              So going back to your report, in

21    Paragraph 19 you state that, "80 percent of young

22    males who present early" -- and I assume that you

23    mean by this present with a gender identity that's

24    different than their sex assigned at birth.  Is that

25    what you're referencing?
```

Page 152

1       A    Yes.

2       Q    Okay.  So young males presenting early,

3 that "80 percent of those young males would

4 historically revert in their self-perception by the

5 time they had completed puberty."

6         Where did -- what is your evidence of that

7 statement?

8       A    Oh, that -- that's been widely published

9 and repeatedly published.

10       Q    Can you name the study that that

11 information comes from?

12       A    I'm sure I could.  It's more than one

13 source, but, yeah.

14       Q    Can you name those studies?

15       A    Not right now, no.

16       Q    Why didn't you cite to this -- the studies

17 that you relied upon in formulating that assertion in

18 this report?

19       A    Once again, I had relied upon a large

20 number of things.  Not everything that was listed in

21 the bibliography, as I mentioned before.

22       Q    But you are aware that it was your

23 obligation to provide the data and resources you

24 relied upon in forming your opinions when you

25 submitted this report?

Page 153

1    A    Well, I understood that I would present my

2    opinion and/or the data in the bibliography.  And my

3    opinion has been formed by a much broader reading

4    sources than -- than are involved even in this case.

5    So --

6         Q    I understand --

7         A    -- my opinion, you know, was not strictly

8    just a matter of -- of opinion on the -- on this

9    particular case.  And, in fact, you know, I have read

10   these and somewhere have articles that do demonstrate

11   that.  So I thought that that was important.

12             I hadn't really seen anybody contesting

13   that as a fact.  Sometimes what people are doing is

14   showing that it may be transition for females, but

15   that -- that is a fact that had been clearly

16   established in the past and I didn't think that that

17   would be very controversial.

18        Q    This fact was of significance to your

19   opinion; is that right?

20             I mean, you cited it in your report so it

21   has had some significance to your opinion.

22        A    Okay.

23        Q    Is that right?

24        A    Yeah.

25        Q    And you are under an obligation to provide

1      the data and evidence that you are relying upon to

2      come to your opinions.  We've discussed that already.

3               Do you understand that?

4        A    I -- yes, we've discussed that.

5        Q    And you haven't -- you are unable right now

6      to provide the source of evidence on which you relied

7      in making this statement.

8        A    Well, you did say that you wouldn't accept

9      anything more at this point.  I could, if you want,

10     go back through my files and find that.

11       Q    You -- well, so perhaps I should ask it

12     this way.  You did not disclose the data or evidence

13     you were relying upon in making this assertion when

14     you submitted your report?

15               MR. BEATO:  Counsel, I think we can agree

16     that for this proposition there's not a citation to

17     it and it's not involved in the bibliography.  I

18     think we've established that.

19               MS. DUNN:  Well, I think the witness needs

20     to say that, though, if you don't mind, Michael.

21       Q    (By Ms. Dunn) So you did not disclose the

22     data or evidence you relied upon in making this

23     particular assertion when you submitted your

24     report; is that correct?

25       A    I did not.  I did not list things in the

1    bibliography that supported every statement that I

2    made.

3         Q    Okay.  You also say that, "We are now

4    seeing a much larger number of females."

5              What is your source for this assertion?

6         A    No one denies that.  That data is available

7    as well.  And I believe you'll find it in the

8    bibliography.  I could go through the articles and

9    bring that out for you, but, you know, I'd have to

10   open up the articles and find them.

11        Q    So if we turn to your bibliography, can you

12   tell me in looking at it which of these articles

13   would support that assertion?

14        A    Not at this time.

15        Q    And you did not specifically provide a

16   citation for that source of -- I'm sorry, for the

17   evidence or data upon which you make this assertion

18   in your report?

19        A    I didn't footnote the report itself.

20        Q    You then say that, "The two leading

21   explanations for this unexplained phenomenon are

22   greater social acceptance or social contagion."

23              What sources do you rely upon in making

24   that assertion?

25        A    Actually, this was suggestions that have

1    been made that I do have listed in there.

2            But I'm -- like I said, the way I write, I

3    read and then I write.  But I wasn't asked to

4    footnote these so I didn't.  I could find them in

5    the -- in the articles that you have, I'm sure, but

6    it's going to take me some time to pull those out

7    again.

8         Q    So these are -- could be described as

9    perhaps hypotheses?  Is that what you're suggesting?

10        A    Yes.  Explanations could be hypotheses.

11        Q    But as the literature stands, there's no

12   scientific evidence that links social contagion as a

13   cause of gender dysphoria?

14        A    There has been, as you know, a description

15   by Littman and all about the -- about gender

16   dysphoria in young females being almost like a social

17   contagion.  And she had documented that.  I didn't

18   list that one in there, it's just -- I thought that

19   was a worthwhile and interesting observation.

20            But, once again, it's an unexplained

21   phenomenon with potential explanations.  It's not

22   data.

23        Q    So just to be clear, are we referencing the

24   Littman report that -- you did list this in your

25   bibliography.  Is that what you're referencing right

1    now, the rapid --

2         A    Yes.

3         Q    -- onset gender dysphoria?

4         A    Yes.

5         Q    And are you aware that there was a

6    correction issued with regard to this article?

7         A    I'm aware that she got a lot of flack about

8    that in a subsequent article as well, yeah.  It's --

9    it was not embraced by the community.

10        Q    And so you're aware that there was a

11   correction issued by the publication that featured

12   her article?

13        A    I had heard about that.

14        Q    Have you read it?

15        A    Nope.

16             (Document is displayed).

17        Q    So what I'm showing you on the screen is

18   the correction to the Littman article that you listed

19   in your bibliography.

20             You have not seen this document before?

21        A    I don't recall seeing this.

22        Q    You said you don't recall seeing it?

23        A    Nope.

24             (Whereupon, Exhibit Number 18 was marked for

25   identification purposes and made a part of the

```
 1   record.)
 2        Q    (By Ms. Dunn) And we will mark this as
 3   Plaintiffs' Exhibit 18.
 4             And if you'll look at -- so here it says,
 5   "Emphasis that this is a study of parental
 6   observations which serves to develop hypotheses."
 7             So this specifically says that,
 8   "Rapid-onset gender dysphoria is not a formal mental
 9   health diagnosis at this time.  The report did not
10   collect data from adolescents and young adults or
11   clinicians and, therefore, does not validate the
12   phenomenon."
13             Are you aware that this correction was
14   issued with regard to this hypothesis?
15        A    Well, this doesn't actually correct
16   anything that I had just said, though, that you were
17   reading to me because, in fact, I wasn't making a --
18   an argument so much about rapid-onset gender
19   dysphoria, but also pointing out that we are seeing
20   more females currently than in the past when male
21   predominance was the usual or the norm.
22             And then I pointed out that there may be
23   some potential explanations for that.  That's all I
24   did.
25             And this still says it's a "study of
```

Page 159

1    parental observations and serve to develop

2    hypotheses."

3        Q    So this article --

4        A    (Inaudible) hypotheses.

5        Q    You would agree this article is

6    hypothesis-generating rather than hypothesis testing

7    or validating?

8        A    That's all I was using it for.

9        Q    Okay.  Turning back to your report.

10            (Document is displayed).

11            You say that -- in Paragraph 20 you say

12    that, "There's no biochemical, hormonal,

13    radiological, or genetic basis for confirming a

14    diagnosis of gender dysphoria"; is that correct?

15        A    That's correct.

16        Q    What is your evidence to make this

17    assertion?

18        A    Because there is no evidence.  There is --

19    there is no biochemical, hormonal, radiological, or

20    genetic.  Nobody has held out that there is.  I

21    didn't really think that needed further explication.

22    None of the people treating it say that they have a

23    hormonal or a biochemical or a radiological or a

24    genetic basis that they can point to.

25        Q    So you're not aware of any studies that

1    demonstrate that genes or hormones might influence

2    gender identity?

3         A    I didn't say that.  "Might"?  Might is a

4    different thing from diagnosing.

5              (Whereupon, Exhibit Number 19 was marked for

6    identification purposes and made a part of the

7    record.)

8         Q    (By Ms. Dunn) So I'm going to share an

9    article titled "Neurobiology of Gender Identity and

10   Sexual Orientation."  This was published in the

11   Journal of Neuroendocrinology in 2018.

12             We'll mark this as Plaintiffs' Exhibit 19.

13             Are you familiar with this study,

14   Dr. Donovan?

15        A    I am aware of it.  I haven't read this

16   article.

17        Q    And so you were not aware that this

18   article, on Page 4, states that, quote, "Several

19   extensive reviews by Dick Swaab and coworkers

20   elaborate the current evidence for an array of

21   prenatal factors that influence gender identity,

22   including genes and hormones."

23        A    "And evidence of a genetic contribution to

24   transsexuality is very limited."  Yeah.  I mean,

25   this -- this basically is not diagnostic.

1      Q    So my question is whether you were aware of

2    this study when you made your assertion in your

3    report.

4      A    This study has nothing to do with what I

5    said.  It confirms what I said in that there is no

6    genetic basis that allows us to diagnose it.

7           Are you saying that this is a genetic basis

8    for the diagnosis of gender dysphoria?

9      Q    I'm saying that there is evidence in the

10   literature -- that this article notes that there is

11   evidence in the literature that there are prenatal

12   factors that could influence gender identity,

13   including genes and hormones.

14     A    There is -- there are suggestions.  None of

15   these are proven in humans.  These are all hypotheses

16   that I think are worth noting, but none of these are

17   used to diagnose a child or an adult with gender

18   dysphoria or as transgender.

19     Q    But my point is that you had not read this

20   study when you made your assertion in your report

21   because you -- you told me when I opened this study

22   that you had not read it; is that correct?

23           MR. BEATO:  Object to form.

24           Dr. Donovan, you can answer the question.

25           THE WITNESS:  I was aware of the study.  I

Page 162

1    had not read it.  I didn't think it was particularly

2    worth a great deal of time when they were unable to

3    use their findings to form a diagnosis on individual

4    patients, which was really what I was pointing to.

5        Q    (By Ms. Dunn) Give me just one quick

6    second.  Not a break.

7            So, I guess, going back to the report --

8    and I'll just close this other exhibit to hopefully

9    get there.

10           (Document is displayed).

11           When you say -- or when you take issue with

12   the fact that self-report -- that there's no way to

13   confirm a diagnosis other than self-report, are you

14   suggesting that medical conditions that rely on

15   self-support -- I'm sorry, that rely on self-report

16   of symptoms are invalid?  I mean, there are other

17   conditions that rely on self-report.

18       A    No, I didn't say that.  And the term I

19   used, by the way, was self-perception rather than

20   just self-report --

21       Q    And what's --

22       A    -- because symptoms can be reported.

23           No, I said "self-perception."  And all I

24   would say with that is if that's all we have to go

25   on, we should proceed cautiously.

Page 163

1       Q    Is there a difference between

2   self-perception and self-report?

3       A    Well, first you have to perceive in order

4   to report.

5       Q    You wouldn't agree that just because a

6   diagnosis is based on self-report that it should go

7   untreated?

8       A    I'm sorry, please restate that so I'm

9   clear.

10       Q    So the mere fact that a diagnosis is based

11   on self-report doesn't mean that the condition should

12   go untreated?

13       A    No, it shouldn't go untreated if there is a

14   condition that a patient is reporting.  It should be

15   confirmed and the treatment should be conformed

16   appropriately.

17       Q    And that sort of confirmation is done by a

18   clinician, according to diagnostic criteria; is that

19   right?

20       A    To the extent that you say it, yes.

21       Q    So even in the case of patients with gender

22   dysphoria, a clinician is confirming that diagnosis.

23       A    Insofar as it can be confirmed, yes.

24       Q    But you're not suggesting that there must

25   be a biochemical, hormonal, radiological, or genetic

Page 164

1    test to confirm every diagnosis?

2         A    I don't think there's anyone who is trying

3    to make that diagnosis who would not welcome some

4    sort of confirmatory evidence.  And that's what I'm

5    saying.  And we don't have that.

6         Q    In Paragraph 22 you talk about a "treatment

7    approach that is to provide puberty blockers for

8    young prepubertal patients followed by cross-sex

9    hormones followed by various levels of surgical

10   reconstruction."

11        Are you aware that puberty blockers block

12   puberty?

13        A    Well, of course.

14        Q    So in what context would a puberty blocker

15   be given to a patient who is prepubertal?

16        A    You can only block puberty if it hasn't

17   occurred.  So puberty blockers are for those who have

18   not gone through puberty completely.  They're not

19   given after Tanner Stage 2.

20        Q    But a patient receiving puberty blockers

21   would be at Tanner Stage 2, so they would be

22   beginning to move through the process of going

23   through puberty?

24        A    That's what they're supposed to block with

25   those medicaions.

Page 165

1          Q    And just to confirm this, your clinical
2     practice was not in endocrinology; is that correct?
3          A    I was a pediatrician.  All my patients were
4     supposed to go through puberty eventually.
5          Q    Understood.  But your clinical practice was
6     not in endocrinology --
7          A    No.
8          Q    -- is that correct?
9          A    No.
10         Q    And what evidence do you have to support
11    your contention that any youth who receives puberty
12    blockers goes on to cross-sex hormones?
13         A    It's by far the norm.
14         Q    What evidence do you have to support that
15    assertion?
16         A    It has been reported repeatedly, including
17    by the people who are using the puberty blockers and
18    cross-sex hormones.  It's not in contention.
19         Q    But what evidence are you relying on to
20    make this statement?
21         A    It's -- that's the multiplicity of sources.
22         Q    Is there one source in your bibliography
23    that you can point us to?
24         A    I'm sure I can find that as well, yes.
25         Q    If I were to show you your bibliography

Page 166

1    right now --

2         A    If I were to read the articles again.  I

3    don't even highlight them, typically, but I could

4    find it for you.

5         Q    But if I were to show you your bibliography

6    today, you would not be able to identify to me which

7    source contains the support for this assertion?

8         A    I suspect it's in more than one.

9         Q    But if I provided you with your

10   bibliography today, you would not be able to point me

11   to the -- any one of the specific sources that

12   contain the information to support this assertion?

13        A    Given enough time, I would.

14             MR. BEATO:  Object to the form.

15             You can repeat that, Dr. Donovan.

16             THE WITNESS:  Say what?

17             MR. BEATO:  Could you repeat your answer?

18   I made an objection, but could you repeat your

19   answer?

20             THE WITNESS:  I don't even remember the

21   last answer.  I'm sorry.

22        Q    (By Ms. Dunn) Can you point me to which of

23   these sources you rely on in making this assertion?

24        A    I'm sure I could, given enough time.

25        Q    Can you do it right now?

1      A    Nope.

2      Q    And then what evidence do you have to

3  support the contention that any person who receives

4  hormones goes on to have a surgery of some sort?

5      A    I didn't say that.

6      Q    Well, you summarized the treatment approach

7  as being -- as moving from one of these types of

8  treatment to the next.

9      A    That's true.

10     Q    And do you have any evidence to support the

11  contention that a person who receives hormones then

12  goes on to surgery?

13     A    That is the sequence.  That's not

14  contentious.  That's what WPATH -- I didn't say

15  everyone did, I just said that's the sequence.

16     Q    So you say that treatment -- here you say,

17  "Treatment is determined by the patient."

18           What does that mean?

19     A    I mean you can't have surgery unless the

20  patient wills it.

21     Q    But you also can't have surgery unless a

22  clinician supports it; isn't that correct?

23     A    Well, that's true, but that really isn't in

24  contention here.

25     Q    Well, this is -- you've framed in your

Page 168

1    report that this is self-determined.  And I -- I just

2    want to be clear, you're not -- your opinion, you're

3    not stating that this is something that happens

4    without clinician approval, correct?

5         A    I didn't say it would happen without

6    clinician approval.  Patients should not

7    self-castrate.

8         Q    In Paragraph 23 you say that, "The studies

9    that support this approach have come under increased

10   scrutiny, with international scientific and clinical

11   bodies expressing concerns about the safety,

12   efficacy, and scientific basis for the current

13   interventions."

14              What international scientific bodies are

15   you referring to?

16        A    Those in Finland, Sweden, England,

17   Australia, and New Zealand.

18        Q    And what sources are you relying on in

19   making that statement?

20        A    Well, the -- and these are published

21   sources as well.

22        Q    Are they in your bibliography?

23        A    They are in a bibliography.  I think that

24   they're in the one that we have for this as well.

25        Q    I'm sorry, I don't understand that.

1           Are they in the bibliography that was

2   provided with your expert report -- or after your

3   expert report?

4        A    Yes.  Certainly the Abbruzzese one mentions

5   that.  I'm trying to think which others may have done

6   that.

7           The Levine report may have, as well, and I

8   think I could find it in the Clayton report, too, but

9   I'd have to look.

10       Q    Do you have any sources directly from these

11  international scientific bodies, or you're relying on

12  these -- these articles that you've referenced in

13  your bibliography?

14       A    No, they've published them.

15       Q    I'm sorry, who's published them?

16       A    No, no, the various medical associations in

17  those countries have published their concerns.  This

18  isn't just from the articles itself.

19       Q    And did you rely on those sources when you

20  made this statement in your report?

21       A    I also read those, yes.

22       Q    And did you cite them in your bibliography

23  to your report?

24       A    Once again, I didn't cite everything that I

25  read.

Page 170

1        Q     So you said that you think that this was
2    mentioned in the Abbruzzese article?
3        A     I believe it was, yes.
4        Q     So I'm just -- I'm going to pull up this
5    article for you -- for us.   And this is the
6    Abbruzzese article that's listed in your
7    bibliography.   Abbruzzese, Levine and Mason are the
8    authors?
9        A     Yes.
10              (Document is displayed).
11       Q     I can -- is this --
12       A     Oh, no, this isn't the one.   They had -- it
13    was an evaluation of the original Dutch studies
14    involved, so it wouldn't be in there.
15       Q     So this is the Abbruzzese article that is
16    cited in your bibliography, so when you reference
17    "Abbruzzese" in identifying a source where you would
18    have received this information about the
19    international bodies, you're not speaking of this
20    article called "The Myth of Reliable Research in
21    Pediatric Gender Medicine"?
22       A     That's correct.
23       Q     You're thinking of an article that's not
24    listed in your bibliography?
25       A     I can't say that.

1          (Whereupon, Exhibit Number 20 was marked for

2    identification purposes and made a part of the

3    record.)

4          Q    (By Ms. Dunn) Well, there's no other

5    Abbruzzese article -- sorry.

6          Before I move on to there, I'd like to mark

7    this as Plaintiffs' Exhibit 20.

8          So going back to your bibliography, there's

9    no other Abbruzzese article that's listed here.

10         A    Then we must assume that it was not the

11   Abbruzzese article.

12         Q    Okay.  So you can't identify which of the

13   source -- you said it might be in either the Levine

14   or Clayton articles?

15         A    I --

16         MR. BEATO:  Object to form.

17         Dr. Donovan, you can answer that.

18         THE WITNESS:  I believe so.  Once again,

19   this was not a controversial statement, so I didn't

20   make a point of highlighting the reference for it.

21         Q    (By Ms. Dunn) So did you just -- you

22   decided not to reference anything that you found to

23   be non-controversial?

24         A    I didn't say that.

25         Q    Just going back to the Abbruzzese study

1    that you did cite, in what way did you rely on this

2    study in your report, do you recall?  Or this -- I'm

3    sorry, this article.

4         A    Well, they were critiquing the original

5    Dutch studies that talked about the diagnosis and --

6    and, therefore, the treatment protocols for gender

7    dysphoria, only it wasn't called "gender dysphoria"

8    at the time.  It was also called the "gender-identity

9    disorder," I think, at that time.

10              And it turns out the literature itself was

11   so poorly done that it shouldn't have served for

12   the -- for the development of the widespread

13   treatment protocol for this condition.

14        Q    Are you aware that one of the authors of

15   this article is affiliated with the Society for

16   Evidence-Based Gender Medicine?

17        A    Well, it says that there.

18        Q    Yeah.  Are you familiar with the Society

19   for Evidence-Based Gender Medicine?

20        A    Not particularly, no.  I've heard of it.

21        Q    What do you know about it?

22        A    That they have real problems with -- with

23   the diagnosis and treatment of gender identity

24   disorder.

25        Q    Are you a member?

```
 1        A    No.
 2        Q    Have you done any work for Society for
 3    Evidence-Based Gender Medicine?
 4        A    No.
 5        Q    Do you know how they're funded?
 6        A    No.
 7        Q    In Paragraph 23 -- I'm sorry, I'll re-share
 8    your report so that we can be specific.
 9             (Document is displayed).
10             In Paragraph 23 you say that, "Three
11    European countries have begun to form more
12    conservative and cautious treatment guidelines."
13             What countries are these?
14        A    Well, Great Britain, you know, the
15    Tavistock Clinic was closed and they re-did their
16    approach.
17             And Finland has said that they are
18    concerned about their own approach.
19             And so is Sweden.
20             I believe France has already done that, as
21    well, too, but I haven't read up on that.
22        Q    Did any of these countries ban this sort of
23    medical treatment?
24        A    To my knowledge, nobody has yet banned that
25    approach.
```

1        Q     And when you say that they --

2        A     But have they expressed concerns?   Yes.

3     And re-evaluated, yes.

4        Q     What evidence do you have that these

5     countries have formed more conservative and cautious

6     treatment guidelines?

7        A     Well, the Brits themselves said that

8     they -- they closed Tavistock in order to actually

9     slow down their enthusiasm for gender affirmation and

10    to spread it around to other clinics and hospitals in

11    Great Britain who would take a more cautious

12    approach.

13       Q     What is your source for that?

14       A     There's a report in the British literature.

15       Q     Is that report cited in your bibliography?

16       A     It's not.

17       Q     And in England, the care is still being

18    provided, just by local clinics instead of

19    centralized clinic; is that right?

20       A     Yes, that's my understanding.

21       Q     In Paragraph 24 you assert that, "Initial

22    psychological evaluations of the patient have often

23    become minimal or almost non-existent."

24             What is your evidence for this assertion?

25       A     The next line does point out what has been

Page 175

1    reported.  I thought that was also in the

2    bibliography.

3                Planned Parenthood clinics have been

4    reported by those going to them that they will give a

5    prescription after a single visit, sometimes within

6    the same day.

7        Q    You're saying that that comes from patient

8    reports?

9        A    Uh-huh.

10       Q    So the only source that we are given

11   related to Planned Parenthoods from your -- I'm

12   sorry, when we were provided with your sources, was a

13   printoff of the Planned Parenthood of Texas.

14               Is that what you're referencing?

15       A    I'm sorry, I'm not sure what you're

16   referring to.

17       Q    Okay.  I'll pull it up.

18               (Document is displayed).

19               So this was provided to us when we asked

20   for sources upon which you relied.  And this was

21   actually provided in response to your GAPMS report.

22               But is this what you were referencing when

23   you say that hormones are provided after a single

24   visit?

25       A    Actually, scroll down.  I think that may be

Page 176

1    one of the places where they -- yeah.  Well, I guess,

2    "If you are eligible, Planned Parenthood staff may be

3    able to start hormone therapy as early as the first

4    visit."

5              Yeah, I'd say that was it.

6        Q    Yeah, is this the only --

7        A    At least one of them.

8        Q    Is this the only evidence that you have of

9    that?

10       A    No.

11       Q    What other evidence do you have of that

12   assertion?

13       A    There have been patients who have also

14   described this, and that's been published in the lay

15   literature.

16       Q    And what literature is that published in?

17       A    Online.  I'd have to find it.

18       Q    These aren't --

19       A    But the fact that Planned Parenthood -- the

20   fact that Planned Parenthood also says the same thing

21   made me think that it was probably accurate.

22       Q    Are these your patients that we're talking

23   about?

24       A    Of course not.

25       Q    They're just anecdotes or reports that --

1        A     Patients that have gone to Planned

2    Parenthood and received hormonal treatment on the

3    first day.

4        Q     And these are things that you've read

5    online?

6        A     Yep.

7        Q     Have you confirmed this information in any

8    way?

9        A     I think Planned Parenthood just confirmed

10   it right in front of us.

11       Q     Well, this actually says, "If you are

12   eligible, Planned Parenthood may be able to start

13   hormone therapy as early as the first visit."

14             Do you know what it means to be eligible?

15       A     The patient said that they went in and said

16   that they wanted it and they got it.  That sounds

17   like they were eligible.

18       Q     But does it say that there are no

19   psychological exams being provided?  This report does

20   not say that, correct?

21       A     It would be difficult to follow the

22   guidelines in a single day, seeing as how it's

23   supposed to be over a prolonged period of time to

24   confirm the diagnosis.

25       Q     But you have not confirmed that Planned

1    Parenthood is doing -- the patient may have gotten a

2    psychological exam elsewhere and then gone to Planned

3    Parenthood.

4              How -- have you confirmed that that's not

5    what's happening?

6              MR. BEATO:  Object to form.

7              Dr. Donovan, you can answer.

8              THE WITNESS:  You mean, have I visited the

9    Planned Parenthood office and asked to see the

10   psychological report that didn't exist?  No.

11        Q    (By Ms. Dunn) And so you're basing this

12   assertion on reports that you've seen online and this

13   statement from this website?

14        A    And there are other reports for other

15   locations.  It's not just Planned Parenthood who have

16   done this.  But, yes, I think if a patient goes to

17   Planned Parenthood, says they didn't bring a

18   psychological report, that they were given their

19   hormones on the first day.  One of them said over the

20   phone even.  That seems like it's plausible.  And

21   nobody has come out to deny it.

22        Q    But you haven't confirmed that this is

23   actually the way the care is being provided?

24        A    What sort of confirmation are you looking

25   for?

1      Q    Well, I guess I'm looking for evidence

2    that's something more than just ambiguous printout of

3    a website and, you know --

4      A    And a patient statement?

5      Q    -- things you've read online.

6      A    I'm sorry.  And the patient's statement

7    doesn't count?

8      Q    Well, unless you can point -- I think it --

9    without you identifying where online you've seen

10   them, I think it's hard to assign credibility to that

11   sort of statement.

12          And you're not able to identify to us where

13   you read these patient reports?

14          MR. BEATO:  Object to form.

15          Dr. Donovan, you can answer the question.

16          THE WITNESS:  They could be found.

17     Q    (By Ms. Dunn) Did you identify where you

18   read these patient reports in your expert report?

19     A    No.

20     Q    And did you disclose that in your

21   bibliography?

22     A    Actually, I think that was touched on by

23   one or two papers in the bibliography, as well.  But,

24   once again, you know, it wasn't the --

25     Q    Can you tell us --

1      A    -- sole topic of the paper, so I'd have to

2   go through each one.

3      Q    Can you identify right now to me which of

4   these articles support that statement that there

5   aren't psychological examinations being provided of

6   patients with gender dysphoria?

7      A    Not today.

8      Q    Are you aware to do so would be

9   inconsistent with the standard of care prescribed by

10  WPATH?

11     A    Absolutely.

12     Q    You agree that that would be inconsistent

13  with the standard of care?

14     A    Yes.

15     Q    And you agree that that would be

16  inconsistent with the standard of care required by

17  the Endocrine Society clinical guidelines?

18     A    Yes.

19     Q    Do you know of any instances of this

20  happening in the state of Florida?

21     A    No.

22     Q    Do you know of any instances where someone

23  was prescribed any sort of gender-affirming medical

24  treatment without a psychological evaluation and that

25  was covered by the Florida Agency for Medicaid?

1        A    I don't know who's prescribing these in

2   Florida.

3        Q    But you're not aware of any instances where

4   someone received a gender-affirming medical treatment

5   without a psychological evaluation and that care was

6   covered by Florida's Medicaid program?

7        A    No.

8             MR. BEATO:  Counsel, I think we've been

9   going for about an hour.  Would you mind if we take a

10  break?

11            MS. DUNN:  Absolutely.  Let's take a break.

12            (Recess taken from 2:19 pm. to 2:27 p.m.)

13            (Whereupon, Exhibit Number 21 was marked

14  for identification purposes and made a part of the

15  record.)

16       Q    (By Ms. Dunn) So before the break we were

17  looking at a PDF of a website of the Texas Planned

18  Parenthood.  I did not mark that as an exhibit and so

19  I'd like to have that marked as Plaintiffs'

20  Exhibit 21.

21            All right.  So we'll go back to your

22  report, Dr. Donovan.  And in Paragraph 25, you

23  reference that, quote, "With further study it has

24  come to light that complications such as arrested

25  maturation, physiological changes, fertility

1    challenges, hematological changes, and osteoporosis

2    can all result from treatment with puberty blockers

3    and may be irreversible."

4            You don't cite any evidence to support this

5    statement in your report, correct?

6        A    Within the report or in the bibliography

7    are we saying now?

8        Q    Well, so first of all there's no citation

9    here to support this statement; is that correct?

10       A    No, I -- like I said, I didn't use

11   footnotes on this.

12       Q    And which of the sources in your

13   bibliography provide the evidence to support that

14   assertion?

15       A    I think you'll find it in the Levine and I

16   think probably in Robbins as well.  Probably in

17   Clayton as well, too, because she was talking about

18   the dangers.

19       Q    I'm going to pull up the Clayton article

20   that you reference.

21       A    Okay.

22            (Document is displayed).

23       Q    Do you recognize this document?

24       A    Looks like -- yes.

25       Q    And this is the Clayton article that's

1    included in your bibliography?

2         A    Yes, looks like it.

3              (Whereupon, Exhibit Number 22 was marked for

4    identification purposes and made a part of the

5    record.)

6         Q    (By Ms. Dunn) I'd like to mark this as

7    Plaintiffs' Exhibit 22.

8              This article is a letter to the editor; is

9    that correct?

10        A    This looks like, yeah, the one -- the story

11   about Rose.  I don't know that they talked as much

12   about the -- in this particular one about the adverse

13   effects.  I'd have to look on the next page.

14             (Document is displayed).

15             Okay.  It's really hard for me to read this

16   because the print is so small.

17             Oh, that's bigger.  That's good.  Thanks.

18             Okay.  This, I think, concentrates more on

19   the surgical problems than the hormonal problems.  Is

20   that right?  Slide slowly.

21             Yeah, I think this is one on the -- bring

22   it up a little bit more, if you would, Ms. Dunn.

23        Q    Up this way?

24        A    The other way, I think.  Yeah.

25             Oh, I guess she did talk about hormonal

1   treatments there, but that wasn't really as pointed.

2          Let's go down to the next page.  I think

3   that this one was really better for the -- go ahead

4   down.

5          Further down.  Thanks.

6          Can you scroll down a little bit?  I'm

7   having trouble.

8          Well, she does mention irreversible and

9   long-term adverse effects with the treatments on

10  fertility and sexual function and bone, brain,

11  cardiovascular functioning.

12          So, yeah, she -- this wasn't the highlight

13  of it but she certainly does go into it as well.

14      Q   Just to be clear, though she may reference

15  those things, this is a letter to the editor,

16  correct?

17      A   Yes.

18      Q   And letters to the editor are not

19  peer-reviewed?

20      A   No.

21      Q   And Ms. Clayton is actually, it appears, a

22  student at the University of Melbourne when she wrote

23  this?

24      A   If you say so.

25      Q   Well, her email address indicates that

1    she's a student.  Do you know otherwise?

2         A    No.

3         Q    And she --

4         A    (Inaudible).

5         Q    I'm sorry?

6         A    No.  I see that now.

7         Q    And she is a -- at the School of Historical

8    and Philosophical Studies at the University of

9    Melbourne; is that right?

10        A    That's what it says there.

11        Q    She's not a medical doctor?

12        A    No.

13        Q    You also referenced the Robbins article

14   that you cite in your bibliography.

15        A    Yeah.  Let's look there.  I thought that

16   was pretty good, too.

17        Q    Is that -- can you read that or should I

18   zoom in more.  I'm trying to -- oh, wait, I haven't

19   shared my screen.  I apologize.

20             (Document is displayed).

21             Can you read this or should I zoom in more?

22   I'm trying to balance getting --

23        A    That's okay.  I can see some of that.

24        Q    Is this the Robbins article that you were

25   referencing in your bibliography?

1          A     I believe so.  Looks like it, yes.  July

2    '19, yes.  Okay.

3               (Whereupon, Exhibit Number 23 was marked for

4    identification purposes and made a part of the

5    record.)

6          Q     (By Ms. Dunn) I'd like to mark this as

7    Plaintiffs' Exhibit 23.

8               This is not an article in a peer review

9    research publication, correct?

10         A     Neither was the Planned Parenthood thing.

11   I mean, no, I'm just looking for reports.  Right.

12              Go ahead.

13         Q     So you said that this supported your

14   contention of the harmful effects of puberty blockers

15   that you cite in your report; is that correct?

16         A     I'm sorry.  Say that again.

17         Q     When I asked -- and I'll go back to your

18   report.  When I asked what supported your assertion

19   that complications can result from puberty blockers,

20   you said that you believed the Robbins article may

21   provide that information; is that right?

22         A     I said that or the Levine.  Like I said,

23   I'd have to look, so --

24         Q     But I just want to clarify --

25         A     -- I'm going to look with you.

1          Q     I'm sorry?

2          A     Yeah.   Yeah.   I said I'm perfectly willing

3     to look through these with you.

4          Q     Sure.   But my question is, this is not an

5     article in a peer-reviewed journal?

6                MR. BEATO:   Object to form.

7                Dr. Donovan, you can answer.

8                THE WITNESS:   I don't know that this is

9     peer-reviewed.

10         Q     (By Ms. Dunn) If we go back to your

11    bibliography, it looks like this is published on a

12    website called thepublicdiscourse.com.

13         A     I doubt that's peer-reviewed, then.

14         Q     And, in fact, it appears -- and correct me

15    if I'm wrong, but it appears that this article merely

16    summarizes another article; is that correct?

17         A     It refers to the Levine article a lot,

18    yeah.

19         Q     Okay.

20         A     This was not so much to establish the side

21    effects, which had already been reported, but

22    actually to talk about what I thought was interesting

23    which was why informed consent then was difficult,

24    given what we know and mostly what we don't know.

25         Q     So, I'm sorry, I don't believe I'd asked a

1    question, so if you can just limit yourself to

2    responding to the questions I ask, I would appreciate

3    it.

4         A    I thought I was responding, why we were

5    using something -- why we were using this article.

6         Q    That's not what I -- I just asked whether

7    that article was summarizing another article.

8         A    Okay.

9         Q    So, then, you also stated that it's

10   possible that you were relying on the Levine article,

11   which you cited in your bibliography.  And I will

12   pull that up.

13              (Document is displayed).

14              Is this the article you were referencing?

15        A    Uh-huh.

16        Q    Or you referenced.

17        A    Yes.

18              (Whereupon, Exhibit Number 24 was marked for

19   identification purposes and made a part of the

20   record.)

21        Q    (By Ms. Dunn) And I'll ask that this be

22   marked as Plaintiffs' Exhibit 24.

23              So do you know where in this article that

24   the complications associated with puberty blockers

25   are discussed?

1      A      Let's scroll through it.

2      Q      Please tell me if I'm going too fast.

3      A      We may have to go back, but keep going.

4             Let's go down further, more so toward

5      the -- keep going.

6             Keep going.  Let's go down to see if we

7      can't find a section on the harms as well.

8             Keep going.

9      Q      Should I keep going or --

10     A      Sure.  Sure.  Whoa, slow down.

11            Go back a little.  Thank you.

12            Okay.  Let's go down a little further.

13     Okay.  Now, you do see -- I'm sorry, I assumed you

14     saw some of those.  No, that was --

15     Q      I'm sorry?

16     A      Nevermind.  It's hard to do it this way.

17            Just keep scrolling down, let's see if we

18     get to the prepubertal part again because he's kind

19     of switching back and forth.

20            Oh, those are the social risks for children

21     being considered for puberty block A, not the

22     physiological risks.

23            I think we've passed it, but keep going

24     down, why don't you.

25            Scroll it.  Keep going.

1          No, keep going because you're on the

2     social.

3          No, you're still in the social area.  Keep

4     going.  I think it's probably above us.

5          Okay.  Keep going.

6          Keep going down.

7          Keep going down, please.

8          Oh, go up.  Way up where we were talking

9     about the --

10    Q     Is this --

11    A     Let's go above the --

12    Q     -- what you're referencing?

13    A     Huh?

14    Q     Is this what you're referencing or --

15    A     Possibly.  Let me -- I think that there was

16    even more than that, so I think he covered it.

17         Okay.  Sorry.  Let's go back down.  Too

18    quick.  Too quick.  I can't read that fast.

19    Q     Sorry, did you not want me to go the whole

20    way down?

21    A     Well, no, I wanted to see -- I think it --

22         Okay.  Scroll up a little bit.

23         Scroll up a little bit.

24         And up a little bit.

25         Up a little bit.

1                    Okay.  Up a little bit.

2                    Okay.  Go on.

3                    And I think this is a really good article,

4       but I think it is also focusing more on the informed

5       consent thing than the -- than the puberty-blocking

6       hormone issues.

7            Q    So you're not able to identify a place in

8       this article that --

9            A    Let's go up a little bit more.  Sorry.

10      Let's go --

11                   Okay.  Not seeing it there.

12           Q    Okay.  So you're not able to identify where

13      in this article is any evidence to support the

14      assertions you made about complications associated

15      with puberty blockers?

16           A    Not in this article.

17           Q    Okay.  And we looked at the other two

18      articles that you said from your bibliography might

19      contain that information and you weren't able to

20      identify where in those articles?

21           A    That's two.

22           Q    I'm going to go back to your report.

23                   (Document is displayed).

24                   So in addition to listing these

25      complications, you say that they may be irreversible.

Page 192

1            Do you -- can you cite to any evidence for

2      that assertion?

3            A     It's a maybe.  The problem, of course, is

4      that what we need is evidence-based answers with

5      this.  And it's not just that, you know, we're citing

6      the wrong articles today, but for many of these the

7      evidence is pretty thin or non-existent at this

8      point.

9            Q     But I'm just asking whether you have

10     evidence cited to support your assertion that these

11     complications may be irreversible?

12           A     They may be.

13           Q     But you have not provided any --

14           A     That doesn't make them --

15           Q     I'm sorry.  My question is whether you have

16     provided any citation in your report that supports

17     the assertion that these complications may be

18     irreversible?

19           A     No, not on this bibliography.

20           Q     Okay.  So no citations in the report and no

21     sources you can point to on the bibliography; is that

22     correct?

23           A     The citations -- none of the citations were

24     in the report.  That's (inaudible) footnotes.

25           Q     So then in Paragraph 26 you say, "In any

Page 193

1    medical condition where the cause is unknown, the

2    treatment's uncertain, and the adverse effects of

3    intervention are not fully elucidated, a proposed

4    course of therapy would have to be seen as

5    experimental."

6          So you say "cause unknown."

7          Do causes of medical conditions have to be

8    known in order to treat them?

9      A    That's not what it says, but it's certainly

10   helpful.  If you know what the cause is, then your

11   treatments can be modeled to the cause more

12   certainly.

13     Q    Sure.  But does every medical condition

14   have to have an identified cause in order to be

15   treated?

16     A    Nope.  Advantageous but not necessary.

17     Q    Aren't there many medical diagnoses for

18   which a cause is unknown but there is a clearly

19   established treatment protocol?

20     A    Yes.  I think those are preferable.

21     Q    But there are medical diagnoses for which a

22   cause is unknown but there is still a clearly

23   established treatment protocol?

24     A    And I said that that would be preferable,

25   yes.

1     Q    What does it mean that treatments are
2   uncertain?
3     A    It means that we don't really have a good
4   idea of whether or not these are the proper
5   treatments or the proper diagnosis with a proper
6   risk-to-benefit ratio and good outcomes over the
7   long term.
8     Q    Is that a scientific phrase that you're
9   using?
10    A    Which one?
11    Q    That treatment's uncertain.
12    A    It's not unscientific.
13    Q    You say that, "As a result of this, that
14  the cause is unknown, the treatments are uncertain,
15  and the adverse effects are not fully elucidated,
16  that the treatment must be seen as experimental."
17         Is your definition of whether treatment is
18  experimental guided by the same standards that
19  Florida's Agency for Healthcare Administration uses
20  to determine if a treatment is experimental?
21    A    I would imagine they are very close.
22    Q    Did you consider evidence-based clinical
23  practice guidelines in determining -- or in coming to
24  your opinion that a treatment is experimental?
25    A    If clinical practice guidelines are truly

1    evidence based, then they should be considered.  I

2    don't think we have those.

3         Q    Do you consider -- do you know what

4    standards the Agency for Healthcare Administration is

5    required by regulation to use in determining that a

6    type of treatment is experimental?

7         A    I don't know their regulations.

8         Q    So your opinion that this treatment is

9    experimental does not reflect --

10        A    Is my --

11        Q    So your opinion that it's experimental, it

12   doesn't reflect the agency's standards?

13        A    They were asking my opinion, so I gave them

14   my opinion.

15        Q    But not based on their standards, based on

16   your own standards?

17        A    Yes.

18        Q    But you don't offer an opinion about

19   whether gender-affirming medical care is consistent

20   with the standards AHCA uses to determine that

21   treatment is experimental?

22        A    Well, I would see their standards and be

23   able to answer that more accurately.  I would

24   strongly assume that they use the same sort of care

25   and precision in deciding these things.

1        Q    But in formulating the opinions that are
2    contained in this report, you did not -- you had not
3    referenced the standards used by AHCA to determine
4    whether medical care is experimental?
5        A    I was using more generalized standards.
6    Widely accepted.
7        Q    Does your opinion that the treatments
8    for -- of gender -- I'm sorry -- gender-affirming
9    medical treatments are experimental apply to all
10   medical treatments for gender dysphoria?
11       A    Could you rephrase that?
12       Q    Yes.  So just more clear -- a point --
13   like -- excuse me -- to provide more clarification.
14            This paragraph follows some discussion of
15   puberty blockers.
16            Is your opinion regarding a, quote,
17   "proposed course of therapy as experimental"
18   referencing specifically puberty blockers or is it
19   referencing the other sorts of gender-affirming care
20   we have been discussing today?
21       A    I think it should apply to the entire
22   sequence of interventions that we've been discussing.
23       Q    So including -- so puberty blockers,
24   cross-sex hormones, and gender-affirming surgeries?
25       A    Correct.

1      Q    Your report doesn't list any complications

2    attendant to cross-sex hormones; is that right?

3      A    It doesn't list them.  There were other

4    people actually, as I understood it, listing all the

5    things that you've been asking about, including that.

6    I didn't feel it was necessary to -- to reiterate all

7    that, seeing how what we were really talking about

8    was the ethical implications of informed consent and

9    the --

10     Q    Well --

11     A    -- and the standards for research versus

12    clinical care.

13     Q    So today we're just talking about your

14    report.  And so my question is just whether you

15    listed any complications attendant to cross -- the

16    administration of cross-sex hormones.

17          And you did not -- your report does not

18    list such complications; is that right?

19     A    That's correct, I believe.

20     Q    You also don't offer an opinion about

21    complications related to gender-confirming

22    surgeries; is that correct?

23     A    About their complications, I didn't get

24    into that.  That's not to say there aren't

25    complications, I just didn't feel the need to iterate

 1    them.

 2          Q    Your report doesn't list those

 3    complications?

 4          A    No need.

 5          Q    But it does say that those treatments are

 6    experimental; is that right?

 7          A    Yes.

 8          Q    And you're aware that these types of

 9    treatment have all been provided in the clinical

10    context for years and even decades.  Are you aware of

11    that?

12          A    Of course.

13          Q    So gender-confirming surgeries were first

14    performed in the 1930s; is that right?

15          A    The first one I knew about was Christine

16    Jorgensen in Sweden.

17          Q    Which was in the 1930s; is that correct?

18          A    No.  I think she was more in the '50s or

19    '60s.

20          Q    Cross-sex hormones became available in the

21    1930s as well; isn't that right?

22          A    Well, no.  The hormones have been

23    available, but -- for this use?  Is that what you're

24    talking about?

25          Q    Yeah.  I'm sorry.  Cross-sex hormones were

1    first used for this type of treatment in the 1930s?

2         A    These things have been used for a long

3    time.  Only recently have they become popular and

4    widely applied.

5         Q    Do you think the use of puberty-delaying

6    medications to treat gender dysphoria in adolescents

7    was first referenced in medical literature around 25

8    years ago?  Isn't that right?

9         A    Sounds right.

10        Q    In the next paragraph, Paragraph 27, you're

11   responding to Dr. Karasic's report and you suggest

12   that, "Healthcare providers treating patients for

13   gender dysphoria should include protocols for

14   de-transitioning."

15            Do you have any evidence to support the

16   contention that that is not happening?

17        A    I didn't say it wasn't happening.  He was

18   concerned about his patient's -- or some patient's

19   de-transitioning.

20            And I said, in that case, you know,

21   protocols to manage that are appropriate.

22        Q    But he was referencing the fact that

23   patients were being forced to de-transition by the

24   fact that their medical care would no longer be

25   covered by Florida's Medicaid system, correct?

Page 200

1          A     And I -- I'm assuming that he himself was

2     assuming that's their only source for the ongoing

3     treatment, which I wouldn't know, but he did say

4     that.

5          Q     Well, Medicaid is health insurance coverage

6     for individuals who cannot afford to pay for their

7     own healthcare, is it not?

8          A     That's true.

9          Q     So it's safe to assume that many

10    individuals who have lost coverage for this type of

11    care are unable to access it elsewhere, correct?

12         A     There's a fair presumption.

13         Q     You reference a, quote, "idea" of a quote,

14    "conveyor belt of treatment."

15                Do you know of any Medicaid patients in

16    Florida that were on a conveyor belt of treatment who

17    were unable to stop receiving gender-affirming

18    treatment if they wanted?

19         A     I don't think Dr. Karasic or myself were

20    referring to any individual patients, so, no.

21         Q     But you would agree that having to stop

22    receiving gender-affirming medical treatment because

23    you can't afford the treatment is different than

24    voluntarily deciding to stop the treatments, right?

25         A     Different in what way?

1      Q    Well, it's different for a patient to no

2  longer be able to afford a treatment versus choosing

3  to stop a treatment; is that correct?

4      A    Well, there would be differences, but the

5  differences might be financial.  The differences

6  probably wouldn't be the effect on the withdrawal

7  from the medications.  I think those would probably

8  be about the same.

9           So would there be some differences?

10  Probably.

11          Would there be similarities?  Undoubtedly.

12     Q    No, I'm sorry, I'm not referencing the

13  impacts of discontinuing that treatment, I'm saying

14  that as a factual matter, it is different for someone

15  to no longer be able to afford a type of medical care

16  than that they choose to stop that medical care.

17  Those are the two different circumstances that should

18  not be treated identically.

19     A    Well, those would be the financial impacts

20  that I think you were referring to.

21     Q    So when we were talking about the conveyor

22  belt of treatment, I just want to confirm because I

23  think your answer was a little bit ambiguous.

24          You do not know of any patients in Florida

25  who have not been able to stop receiving

1  gender-affirming treatment if they so chose?

2      A    My exchange with Dr. Karasic was not about

3  any specific Florida patients, that's correct.

4      Q    You're not aware of that actually

5  happening?

6      A    No.

7      Q    You say that, "To begin treatment of such

8  patients without knowing how to successfully

9  discontinue such treatment, and to not warn patients

10  of this issue in advance, again reflects unfavorably

11  on the issue of informed consent for the treatment of

12  patients identifying as transgender."

13          What basis do you have to believe that

14  patients and clinicians don't know how to continue --

15  discontinue that treatment?

16      A    Dr. Karasic was talking about those who

17  would suddenly have to de-transition.

18          I was talking about the need to be able to

19  plan for that.

20      Q    But are you --

21      A    If you don't plan for that, then what I was

22  saying about it being a medical failure on the

23  practitioner's part would come into play.

24          It is not just a loss of funding, which I'm

25  sure has occurred in other circumstances for

1    patients, but other circumstances as well that might

2    cause them to be forced into de-transition or a

3    decision about that.

4         Q    But do you have any knowledge or evidence

5    upon which to suggest that clinicians and patients

6    aren't able to thoughtfully discontinue that

7    treatment?

8         A    I'm advocating that they thoughtfully

9    discontinue the treatment.

10        Q    And I'm saying, do you have any evidence to

11   believe that's not happening?

12        A    I was responding to Dr. Karasic's concern.

13   I wasn't concerned that that wasn't going to happen.

14        Q    In your conclusion on Paragraph 28 -- I'm

15   sorry, Paragraph 29 of your conclusion, you compare

16   gender-affirming care to a lobotomy.

17             Are you aware that nearly all lobotomies

18   were performed without informed consent from patients

19   and guardians?

20             MR. BEATO:  Object to form.

21             Dr. Donovan, you can answer.

22             THE WITNESS:  I wouldn't know how to know

23   that all lobotomies were performed without informed

24   consent.  I believe that, in fact, the single case

25   that I did cite was with informed consent.

Page 204

1        Q    (By Ms. Dunn) You cited a case?

2        A    Yes, President Kennedy's sister.

3        Q    Were you aware that lobotomy was not

4    supported by major medical associations?

5        A    Yeah.  It was considered innovative surgery

6    at the time for psychiatric problems.  It didn't last

7    long enough to seek widespread support from medical

8    association.

9        Q    So you cited a single case with regard to

10   the informed consent.  Do you have evidence to

11   demonstrate whether or not the care was being

12   provided without informed consent in any other case?

13       A    No, no.  You're the one who was asking

14   about informed consent for these.  I was just

15   pointing out that they did exist and they were a

16   mistake.

17       Q    Of course, but you have likened it to

18   gender-affirming care, so I'm just trying to

19   determine whether these -- to your knowledge, these

20   procedures were being done without informed consent.

21       A    You are correct that they could not be done

22   with informed consent, seeing as how people had no

23   clear idea of what the long-term consequences would

24   be but proceeded anyway.

25            And to that extent it's very similar to

1    what we're seeing with the treatment for gender

2    dysphoria currently.

3         Q    Well, but lobotomies were also not

4    supported by major medical associations at the time.

5         A    I don't think the issue in the lobotomy was

6    whether or not there was a major medical association

7    that supported it or not, I think it was actually the

8    procedure itself, and the consequences known or

9    unknown, and the ability to give informed consent for

10   that procedure.  That's where you actually find the

11   strongest parallels.

12        Q    So just to be clear, the case that you've

13   cited, the sister of President John F. Kennedy, she

14   did not consent to that treatment; is that correct?

15        A    I --

16        Q    She did not provide informed consent for

17   that treatment?

18        A    I don't know.

19        Q    When you cited it as --

20        A    I don't see how she could.

21        Q    -- a case where --

22        A    I don't see how she could.

23        Q    Okay.  But in gender-affirming care

24   situations, there are protocols for informed consent?

25        A    A protocol for informed consent is not the

Page 206

1   same as obtaining informed consent.  Only if it's

2   followed, and it has to be followed by providing all

3   the elements of informed consent.

4           Those elements include the capacity to

5   understand what's going on; the absence of coercion

6   in the decision-making process, either positive or

7   negative; the comprehension so that you can

8   understand all the risks, benefits and alternatives

9   that are presented to you.

10          But when those things are not even

11  available, then the possibility of informed consent

12  is reduced or absent.

13      Q   What evidence do you have that that isn't

14  happening, that that information is not being

15  provided in this context?

16      A   Because the information is not available,

17  according to even the people who are providing it.

18          For instance, Robert Garofalo, who is the

19  chief of adolescent medicine at Lurie Children's

20  Hospital in Chicago, told a podcast interviewer last

21  year that the evidence base remained a challenge.

22  It's a discipline where the evidence base is now

23  being assembled and it's truly lagging behind

24  clinical practice.  He said it's -- he thinks it's

25  being done safely.

1          But now I think we're really beginning to

2     do the type of research where we're looking at short,

3     medium, and long-term outcomes of the care that we

4     are providing in a way that I think hopefully will be

5     reassuring to institutions and families and patients,

6     or will also shed a light on the things that we could

7     be doing better.

8          Q    Did you cite that podcast in your report?

9          A    No, I'm just telling you.

10         Q    Did you rely on --

11         A    In response to your question.  You said,

12    you know, why would I think that.

13         Q    Well, saying that there's room for there to

14    be more research and to improve the evidence base for

15    the treatments is different from saying that people

16    are not being fully informed of the risk of which we

17    are aware.

18              MR. BEATO:  Object to form.

19              Dr. Donovan, you can answer.

20              THE WITNESS:  We first have to be aware of

21    the risks and the benefits.  Neither of those are

22    clearly elucidated in the present day.

23         Q    (By Ms. Dunn) Well, these treatments have

24    been provided for decades at this point, and so

25    there's some --

```
1      A    Provision --

2      Q    -- information --

3      A    I'm sorry.

4      Q    There is information about the risks.  And

5   the standards of care and clinical guidelines that

6   are applicable to this care require that that

7   information be disclosed to the patients and their --

8   and in the case of minors, to the patients and their

9   guardians; isn't that correct?

10     A    No, not entirely.

11          Should they be required?  Yes.

12          Is it?  But the problem is, of course, even

13  when things are done for decades, if they are not

14  well documented, done in an orderly fashion where the

15  risk, benefits, alternatives, and outcomes can be

16  clearly delineated, then, in fact, you can't give

17  informed consent because you don't have the

18  information to give.

19     Q    What evidence do you have to suggest that

20  the informed consent process that's being engaged in

21  is not sufficient?

22     A    The fact that they can't tell what's going

23  to happen to children and adolescents and young

24  adults ten years from now or 15 years from now or 20

25  years from now because the data is so sloppy the
```

1    information isn't there.

2         Q    What evidence do you have to support that

3    statement?

4         A    There is evidence to support that

5    statement.  There is evidence from many sources.

6         Q    What evidence -- can you please cite to the

7    evidence that you rely upon in making that statement?

8         A    I -- I can, but, you know, I -- I turned in

9    a lot of different reports with citations and giving

10   you that answer right today will be difficult, but

11   certainly not impossible if you're willing to receive

12   it.

13        Q    Well, I'm asking if you, right now, can

14   cite to me the data and information upon which you

15   are presenting this opinion?

16             MR. BEATO:  Object to form.  I also think

17   that Dr. Donovan's answers speak for themselves.

18             But, Dr. Donovan, if you want to provide

19   another answer --

20             THE WITNESS:  I don't have any other

21   answer.  I think I've answered it.

22        Q    (By Ms. Dunn) Okay.  I think at this point

23   I will stop sharing your expert declaration and we

24   will move on to look at the report you provided in

25   support of Florida's GAPMS process.  So let me just

1    pull that up.

2              (Document is displayed).

3              Do you recognize this document,

4    Dr. Donovan?

5         A    Yes.

6         Q    And what is it?

7         A    The title reads:  "Florida's Medicaid

8    Project:  Treatment for Transgender Children Medical

9    Experimentation Without Informed Consent:  An

10   Ethicist's View of Transgender Treatment for

11   Children."

12        Q    And this is the report you provided to the

13   Agency of Healthcare Administration in Florida in the

14   course of their process to determine whether or not

15   gender-affirming care was experimental?

16        A    Yes.

17             (Whereupon, Exhibit Number 25 was marked for

18   identification purposes and made a part of the

19   record.)

20        Q    (By Ms. Dunn) And I'm going to mark this as

21   Plaintiffs' Exhibit 25.

22             How did you become involved in preparing

23   this report?

24        A    I was contacted and asked if I would be

25   willing to help.

1    Q    And do you recall the names of any of the

2  individuals who you spoke with from the agency in

3  your work with them?

4    A    I'm sorry, I don't.

5    Q    Did anyone assist you in preparing this

6  report?

7    A    No.

8    Q    Did you draft the report solely on your

9  own?

10   A    Yes.

11   Q    Did you consult with anyone in preparing

12  the report?

13   A    No, not really.

14   Q    Did you consult with anyone not at the

15  agency, any other bioethicist or any other medical

16  professionals?

17   A    No.

18   Q    Okay.  So going into the substance of the

19  report itself.  I'm on Page 1 of the report, which is

20  also, in this version of the document, marked as

21  Appendix 237.  Just give me one quick second.

22          In the second paragraph here, the second

23  sentence says that, "Currently less than half of

24  state Medicaid programs provide gender-affirming

25  care."

1           Do you see that reference?

2      A    Yes.

3      Q    And that cites to a Williams Institute

4  report from 2019?

5      A    Yes.

6      Q    When you say "less than half provide," are

7  you referring just to those states that have

8  affirmatively included coverage for gender-affirming

9  care?

10     A    I'm not quite sure what the question means.

11     Q    So when you say that "less than half of

12 states cover," does that mean that less than half the

13 states have policies that exclusively provide for

14 coverage?

15     A    All that I know is what I read, that less

16 than half the state Medicaid programs provide

17 gender-affirming care.

18     Q    So I'm going to pull up the Williams report

19 that you've referenced.

20          Do you recognize this report?  Is this what

21 you were relying on?  I can scroll down to the

22 executive summary if it helps.

23          Is this the report that you relied on?

24     A    It's not on the screen.

25     Q    Oh, I'm sorry.  Thank you.  This is me

Page 213

```
 1    getting a little tired.
 2              (Document is displayed).
 3              Is this the Williams report that you
 4    referenced?
 5        A    I don't know.  It doesn't look like the way
 6    I saw it, but it probably is.  Sure.
 7              (Whereupon, Exhibit Number 26 was marked for
 8    identification purposes and made a part of the
 9    record.)
10        Q    (By Ms. Dunn) I'll mark this as Plaintiffs'
11    Exhibit 26.
12              So this report actually splits the states
13    into three different categories.
14              One is those states that have affirmative
15    coverage for gender-affirming care.  And in that
16    category are 18 states and D.C.
17              Then after listing all those states, it
18    notes that 20 states have no express statute or
19    policy addressing coverage.  And so in these states
20    coverage for gender-affirming medical treatments may
21    be covered, but there's not an affirmative coverage
22    policy.
23              And then the last category is the 12 states
24    that have express bans on coverage.
25              Is this the information that you reviewed
```

Page 214

1    in making the statement in your report that "less

2    than half the states cover gender-affirming care"?

3         A    Yes.

4         Q    And would you agree that even fewer than

5    half the states, so closer to 25 percent of states,

6    only 12 states explicitly exclude gender-affirming

7    care.  Is that accurate?

8         A    That's what it says, 12 have expressed

9    bans, 18 have expressed coverage.

10        Q    And the other 20 states may cover

11   gender-affirming care; is that correct?

12        A    It's -- the law is silent, it says, so --

13        Q    But you don't have any information that one

14   of those states do or do not cover gender-affirming

15   medical treatments?

16        A    I'm sorry, you faded out there.  Try again.

17        Q    I'm sorry.  You don't have any information

18   as to whether or not those 20 states in fact do cover

19   gender-affirming medical treatment?

20        A    It just says that they -- okay.  They're

21   silent.  I will remain silent myself.

22        Q    I'm just saying you don't have any

23   information to confirm that they do not cover it?

24        A    Okay.  Nothing --

25        Q    It's possible that they do.

1      A      Nothing beyond the report itself.

2      Q      You reference the Belmont report providing

3   ethical requirements for medical research and

4   informed consent; is that correct?

5      A      Correct.

6             MR. BEATO:  Chelsea, the GAPMS report is

7   not on the screen.

8             MS. DUNN:  Yeah.  Thank you.  I'll pull it

9   up.

10            (Document is displayed).

11     Q      (By Ms. Dunn) So now we're on Page 2 of

12  your report, which is labeled as Appendix 238.  And

13  here you reference the Belmont report regarding

14  informed consent for research; is that right?

15     A      Yes.

16     Q      The Belmont report governs biomedical and

17  behavioral research involving human subjects; is that

18  right?

19     A      Yes.

20     Q      Those guidelines apply to research being

21  done when human beings are the subjects of that

22  research; is that correct?

23     A      Yes.

24     Q      The Belmont report does not apply in

25  providing clinical care in clinical settings; is that

1  right?

2       A    Well, the way you state it, you have to

3  understand that, first off, the Belmont report was an

4  expert opinion.  It was not a law or a regulation

5  itself.  It did talk about clinical research.  So it

6  will involve human beings in clinical setting.

7       Q    Sure.  But providing gender-affirming

8  medical treatment in the clinical setting is

9  different than biomedical and behavioral research

10  involving human subjects, right?

11       A    I am sad to report that, yes, that's true.

12       Q    So these ethical principles don't apply to

13  the type of clinical care that the plaintiffs in this

14  case were receiving?

15       A    Absolutely wrong.

16       Q    Well, I mean, are you offering an opinion

17  about the clinical care that our plaintiffs have

18  received?

19       A    No.  You just said that the principles as

20  enumerated in the Belmont report don't apply to

21  clinical care.  But, of course, they do.  They talk

22  about, you know, the principles of autonomy,

23  beneficence, justice, non-maleficence, and fully

24  informed consent, and all of those apply to clinical

25  care whenever it should be delivered.

1        Q     Your opinion, your report, states that,

2    "There are deficiencies in each of these categories

3    in the current approach to treating minors with

4    gender dysphoria."

5              How do you know that?

6        A     I think it's kind of spelled out in the

7    report itself.

8        Q     Well, what is your evidence, though, for

9    saying that there are deficiencies in the clinical

10   care that's being provided?

11       A     By the nature of the care and the inability

12   to give informed consent because of the things that

13   are not known, that are not included in an adequate

14   evidence base.

15       Q     Aren't there always unknown risks to

16   medical treatments?

17       A     Yes, but we should minimize those to the

18   extent possible.  That's the point of doing research

19   on innovative therapies in order to get

20   evidence-based data.

21       Q     But the way that you're framing it, someone

22   could never provide informed consent because a doctor

23   could never explain every single possible unknown

24   risk.

25              MR. BEATO:  Object to form.

1          Dr. Donovan, you can answer.

2          THE WITNESS:  Actually, now you're

3     sounding -- no offense -- a little like a lawyer

4     because, in fact, that's often what is brought up.

5     Of course, physicians can't tell you every unknown

6     risk.  How can anyone tell you what's unknown?

7          What they can do is strive mightily to

8     determine what the risks, outcomes, and benefits are

9     through carefully constructed trials that are then

10    widely reported through the -- to the world so that

11    they can then be applied.

12          MR. BEATO:  Here's a question, Counsel.

13    Would you mind if we take a five-minute break or do

14    you have related questions that you would like to ask

15    Mr. Donovan?

16          MS. DUNN:  No.  I was about to pull up the

17    Belmont report, so we can take a break now.  It's a

18    fine time.

19          (Recess taken from 3:21 p.m. to 3:26 p.m.)

20     Q     (By Ms. Dunn) So, Dr. Donovan, before we

21    broke we were talking about informed consent.  Is it

22    your position that nobody can ever provide informed

23    consent to gender-affirming care?

24     A     Well, I told you before I'm not fond of

25    absolutes, but I think that there are deficiencies in

Page 219

1    the body of knowledge about what is termed

2    "gender-affirming care" that prevent fully informed

3    consent from being available.

4         Q    Which suggests that there's no way that

5    gender-affirming care can be provided with fully

6    informed consent.  Is that your opinion?

7         A    I will accept your suggestion.

8         Q    Well, I guess, are there circumstances --

9    any circumstances where a patient can provide fully

10   informed consent to gender-affirming care?

11        A    I think that's what we answered the first

12   time.  I think that we have some serious knowledge

13   gaps.  We have embarked on a program of what's termed

14   "gender-affirming care" for a diagnosis of gender

15   identity disorder, now gender dysphoria, that

16   actually started without us knowing all the risks,

17   benefits, alternatives, and long-term outcomes.  And

18   I don't think we've made great progress in that

19   regard, even though it's been going on, as you

20   pointed out, for years.

21        Q    But the end result of that is that because

22   of these unknowns that you cite, you don't believe

23   that any -- that a patient can provide fully informed

24   consent to any of the gender-affirming medical

25   treatments we're discussing today?

1      A      Informed consent can't be obtained without

2      information.  That's the informed part.  And I think

3      we have an information gap.

4      Q      So it's your opinion that a patient can't

5      provide fully informed consent to any of the

6      gender-affirming medical treatments we've been

7      discussing today?

8              MR. BEATO:  Object to form.

9              But, Dr. Donovan, you can answer that.

10             THE WITNESS:  You're saying to any of them,

11     and they can certainly, you know, consent to certain

12     aspects of them because certain aspects they'll be

13     able to say, you know, "If I do a mastectomy, what

14     are the risks, benefits, alternatives?"

15             How that relates to, you know, gender

16     dysphoria is still problematic, but the surgery

17     itself, it's been done a lot.

18     Q      (By Ms. Dunn) Well, so --

19     A      In other circumstances, I mean.

20     Q      I guess, if a patient can provide informed

21     consent, what is -- I'm -- are you saying the patient

22     can provide informed consent about these treatments

23     or that they cannot?

24     A      Well, you were the one who said that --

25     kind of made it an absolute, they couldn't do it to

1    any aspect of them.

2              And I was pointing out that there are

3    aspects of them in which they can be informed.

4              If I were to offer -- if I were a surgeon

5    and offered a patient a mastectomy, I could tell them

6    the risks, benefits, the alternatives to a mastectomy

7    and the expected outcomes.  But I couldn't tell them

8    how that would affect their diagnosis of gender

9    dysphoria with certainty.

10        Q    So you're saying the treatments themselves

11   might be able to have gender-affirming care, but the

12   treatments for the purposes of the treatment of

13   gender dysphoria cannot be made with fully informed

14   consent?

15        A    Yeah, that one was a little jumbled.  Can

16   you try again --

17        Q    Right.

18        A    -- please?

19        Q    So you're saying that the procedures

20   themselves may be -- people may be able to provide

21   fully informed consent to the procedures themselves,

22   but they can't provide fully informed consent to the

23   use of those procedures to treat gender dysphoria?

24        A    That would be partially true.  And that's

25   going to be more true for, for instance, surgical

1   procedures which have been done and would be done

2   again in very much the same mode.

3            You know, using puberty-blocking agents or

4   cross-sex hormones for these indications would be

5   much more difficult, even though we know how those --

6   how those apply in other diagnoses and other

7   indications.  So there you have a problem.

8        Q    I'm just going to go back to your report.

9            (Document is displayed).

10           You make a reference in the third paragraph

11   that, "The rules for their involvement" -- which is

12   referencing the involvement of children in research

13   studies -- or vulnerable subjects in research

14   studies, are set out in the, quote, "Code of Federal

15   Regulations 46 CFR 401 through 409."

16           So when we looked up this reference we

17   found a section of the U.S. Code that appears to be

18   on shipping.

19       A    No, I don't think that was mistyped.  I can

20   go right behind me and find that.  I mean, the CFR

21   has the rules about informed consent in children on

22   the shelf behind me.  I'm pretty sure those are the

23   right numbers.  46:  401-409.

24           Do you want me to go look?

25       Q    Well, no, I'll pull up --

```
 1              MR. BEATO:  Dr. Donovan, it's --
 2         Q    (By Ms. Dunn) I'm going to pull it up in
 3    one moment.
 4              (Document is displayed).
 5              So if you see here in the Code of Federal
 6    Regulations, we have Title 46, Part 401 to 40 -- here
 7    it's just 404, but it appears to be about shipping
 8    regulations.  I can zoom in, I think.
 9         A    No, no, no, no, no.  You're not in the
10    ICH Guidelines.
11         Q    What's different about the citation?
12         A    Well, it's the Code of Federal Regulations
13    and ICH Guidelines, Title 21, Good Clinical Practice.
14         Q    Title 21?
15         A    Uh-huh.
16         Q    Okay.  So you listed Title 46.
17         A    No, no.  The -- I think it was Part 46,
18    wasn't it?  Yeah, Part 46, "The Protection of Human
19    Subjects."
20         Q    Well --
21         A    Under Title 45, Part 46.
22         Q    I'm sorry, I'm a little confused.  So if we
23    could just take it -- so you've listed --
24         A    IR -- this is fairly standard and widely
25    available.  These are the IRB Clinical Investigator
```

1    Reference Guides put out by -- you know, by the --

2    well, the NIH and the ICH Guidelines by the FDA

3    because this is FDA regulated.

4         And you're looking for IRB Clinical

5    Investigator Reference Guide, which should be under,

6    I guess, Title 45.  Part 46 is "Protection of Human

7    Subjects."

8         Q    All right.  So maybe this is a citation

9    discrepancy.  I'm not sure.  What I'm trying to just

10   identify is how we would identi- -- how we would find

11   what you're citing to.

12        So 46 CFR, in legal citation, means

13   Title 46 of the Code of Federal Regulations.

14        What title of the Code of Federal

15   Regulations are you intending to reference?

16        A    It's Title 45, Part 46.

17        Q    Okay.  And is it Sections 401 through 409?

18   Is that correct?

19        A    Let me double check and make sure.  Yep.

20        Q    Okay.  Thank you for that clarification.

21        A    Sure.

22        Q    All right.  I'm scrolling down in your

23   report to Page 3, which is marked as Appendix 239.

24        And here we talk about -- you talk about

25   the various interventions, which I'm assuming you use

Page 225

 1    that word to reference the medical treatments or

 2    procedures we've been talking about today.

 3             And so first you reference "surgeries."

 4    You say that, "The semantic shift from sex change

 5    operations to gender-affirming surgeries is

 6    important."

 7             What do you mean by this?

 8        A    I'm looking for the context.

 9        Q    The first paragraph under "Surgery," the

10    very last sentence.

11        A    Oh, okay.  I'm sorry, what's the question

12    there?

13        Q    What do you mean when you say "the

14    semantics shift is important"?

15        A    It's basically what I was trying to point

16    out with the rest of the paper, that, you know, we --

17    we have switched from calling -- from differentiating

18    gender from sex, to begin with, and then we've

19    started calling it affirming surgery.  We don't call

20    it just a mastectomy or a penectomy anymore.

21             So, you know, when you say that I am going

22    to do an affirming surgery for you, that's a very

23    positive connotation when a patient first hears it as

24    well.

25             If you said I'm going to do a mastectomy or

1    penectomy, I think that that probably wouldn't sound

2    as appealing.

3         Q    Do you have reason to believe that

4    clinicians are not using the name for the procedure

5    with their patients?

6         A    I didn't say that.  I just said that they

7    are referring to it now as a "gender-affirming

8    surgery," as you know.

9         Q    Well, gender-affirming surgery is the

10   category, but I'm just -- do you have any evidence to

11   believe that the term -- the word penectomy or

12   mastectomy is not being used in individual

13   consultations when someone is seeking that type of

14   surgery?

15        A    I have good evidence that they're using

16   gender-affirming surgeries, but I think that that's

17   really kind of the point I was trying to make.

18        Q    What evidence are you citing?

19        A    Well, they are using "gender-affirming

20   surgery."  You used "gender-affirming surgeries."  We

21   all hear that.

22        Q    Well, we use -- of course we use that term

23   to describe multiple surgeries that are for the

24   purposes of treating gender dysphoria.

25             What I'm asking is whether you have any

Page 227

1    evidence to support the notion that a clinician isn't

2    using the actual name of the procedure with the

3    patient, i.e., a penectomy or a mastectomy.

4         A    No.

5         Q    Okay.  The shift in terminology -- the goal

6    of that shift in terminology was for there to be less

7    stigma associated with the condition.

8              Is that problematic?

9         A    Well, what we have done, then, is to take a

10   gender identity disorder and say that that is no

11   longer a disorder.  It's only a disorder if you're

12   unhappy with it.

13             The fact that you are a physical male who

14   believes he is or should be a female is normal or

15   should be treated as normal, according to the shift

16   in the terminology and the shift in the approach.  I

17   think a lot of people are having some difficulty with

18   that shift.

19        Q    What do you mean "a lot of people are

20   having difficulty with that shift"?

21        A    I think that people are finding it

22   difficult to just believe the concept, that this man

23   is actually a female gender or this woman is actually

24   a male gender.  I think that part of the evidence for

25   that, because you like evidence, is that we're

1   involved in a lawsuit over that right now.

2        Q    But who are the people that are having

3   trouble with that change in semantics or that shift?

4        A    Well, I think it's a wide number of people,

5   if you just look at things that are being discussed,

6   but I'm sure the people you're suing would fall in

7   that category as well.

8        Q    Do you think this shift is problematic for

9   the individuals experiencing gender dysphoria?

10       A    I do.

11       Q    Why?

12       A    Because I think that -- I think that we are

13  taking a psychological problem and applying a

14  medical/surgical solution to it, which doesn't

15  probably -- no, forget "probably" -- doesn't really

16  directly address the underlying problem.

17       Q    What is the underlying problem?

18       A    I think the underlying problem is that we

19  have men who assert that they are in a -- that they

20  are females in a male body and the reverse.

21       Q    Do you have any evidence to cite to to

22  support the assertion that the medical treatments

23  we're discussing today are not effective in

24  addressing the diagnosis?

25       A    I don't think we have evidence one way or

Page 229

1    the other, but I think that the -- it is highly

2    unlikely if, in fact, the basic underlying problem is

3    psychiatric or psychological.

4         Q    But are you -- do you have any evidence to

5    cite, with regard to your assertion that surgeries

6    and medical treatments are not effective in treating

7    the condition of gender dysphoria?

8         A    Well, I really think that's what we've been

9    discussing all day is the absence of this evidence,

10   that it is effective.

11        Q    But you have not provided any citation to

12   support the fact that it is not effective.

13        A    Nor have I seen sufficient proof that it

14   is.  So I think that, in this case, when you don't

15   have evidence that what you're doing is good, it's

16   difficult to have evidence that what you're doing is

17   not good because we don't have the long-term outcomes

18   being clearly delineated.

19             I mean, we -- you've pointed out that we've

20   been doing this for over a decade on a larger scale,

21   but for a couple of decades and more on a smaller

22   scale and yet we really don't have -- I can't tell

23   you the number of people who have claimed benefit

24   after 20 years or what that's done to their suicide

25   rate.  We do know that in adults the suicide rate has

```
 1    gone up, not down after ten years.  But these are
 2    important questions that need to be answered and we
 3    really should be answering those.
 4         Q    So my question is not -- my question was
 5    specific to whether or not you have provided evidence
 6    or citation in your report to support the contention
 7    that gender-affirming medical treatments are not
 8    effective to treat gender dysphoria.
 9         A    And my response --
10         Q    Have you cited an evidence or citation?
11              I mean, just look at your report,
12    Dr. Donovan.  I'm just asking, is there a citation or
13    evidence to support that contention?
14         A    And what I'm trying to explain is that in
15    the absence of evidence, you know, that isn't
16    evidence of absence.
17              What we're dealing with right now is an
18    entire situation that is evidence-deficient.
19         Q    But I'm not asking about the situation.
20    I'm asking a yes or no question as to whether or not
21    there is a citation or evidence -- a source of
22    evidence cited in your report.
23              MR. BEATO:  Object to the form.
24              THE WITNESS:  And I not only answered that,
25    but I also gave you a reason why there is no answer
```

1    for that.

2         Q    (By Ms. Dunn) I don't believe I've heard --

3    it's a yes or no question and I don't believe I've

4    heard a yes or a no.

5              MR. BEATO:  Object to form.

6              Dr. Donovan, you can answer.

7              THE WITNESS:  There is no sufficient

8    evidence as to the outcomes.

9         Q    (By Ms. Dunn) So is that a no, that you

10   have not provided a citation to a source of evidence

11   to support the contention that gender-affirming

12   surgeries and medical treatments are not effective to

13   treat gender dysphoria?

14             MR. BEATO:  Counsel, I think the report

15   speaks for itself and I think Dr. Donovan's answer

16   speaks for itself.

17             MS. DUNN:  Michael, if you have an

18   objection, you're welcome to state it, but I'm asking

19   a yes or no question and I'm not being given a yes or

20   no answer.

21             THE WITNESS:  You're not being given a yes

22   or no answer by me because a yes or no answer would

23   be inappropriate.  I could give you a yes or no

24   answer, but it would not actually help clarify the

25   truth, it would obfuscate it.

1    Q    (By Ms. Dunn) I'm merely asking whether you
2    provided a source of evidence to support your
3    contention that gender-affirming medical treatments
4    are not effective to treat gender dysphoria.
5              If you -- that is a yes or no question.
6    A    It is a yes or no question, but a yes or no
7    answer is inappropriate when there is no such
8    evidence.  It's like asking for evidence of aliens.
9              You know, have I proven that there is no
10   evidence?  Proving the negative is much harder than
11   affirming the positive, as you know.
12   Q    But I haven't asked you to prove, I've
13   merely asked if you cited evidence in your report.
14             MR. BEATO:  Object to form.
15             THE WITNESS:  Evidence to do what?
16   Q    (By Ms. Dunn) To support the contention
17   that gender-affirming medical treatments are not
18   effective to treat gender dysphoria.
19   A    And how is "support" and "prove" different
20   because I'm confused now.
21   Q    A supporting citation just demonstrates
22   that you relied on some sort of evidence.  And I'm
23   merely asking if you have cited any such evidence in
24   your report.
25   A    There is no such evidence to cite.

1      Q    And, similarly, you haven't cited any such

2   evidence in your bibliography?

3      A    And there is no such evidence to prove that

4   it is effective long term.

5      Q    Back to your report.  I just want to make

6   sure I'm in the right place.

7           So you state that, "The lack of sexual

8   maturity in younger patients, especially previously

9   delayed by puberty-blocking agents, makes the sparse

10  tissue more difficult to work with and outcomes less

11  favorable with problems such as wound rupture are

12  more likely."

13          What is your evidence to support this

14  assertion?

15      A    This is information that I have received

16  from surgeons.  This is not personal experience.

17      Q    How did you receive this evidence from

18  surgeons?

19      A    This was in reading their reports.

20      Q    And are those reports cited here?

21      A    No.

22      Q    Are they cited in your bibliography?

23      A    Everything that's cited here is cited

24  within the body of the thing.  This doesn't have a

25  separate bibliography, to my recollection.  No, it

1    doesn't.

2         Q    Okay.  I'm sorry, but it wouldn't be a

3    source that would be cited in the bibliography you

4    provided with your expert report?

5         A    This was stated by surgeons who do this

6    surgery, so I don't think it's controversial enough

7    to need a separate citation.

8         Q    Well, this is evidence that you're relying

9    on.  I'm just asking if you have cited a source for

10   that evidence.

11        A    And, no, I didn't, because I didn't think

12   this was anything controversial, seeing as how the

13   surgeons themselves have mentioned this.

14        Q    You then say that, "These are challenges

15   that are not routinely described to minors at the

16   beginning of their treatment progression."

17             What is your evidence to support that

18   contention?

19        A    Simply because it -- I don't think it's

20   even widely known by people.

21        Q    Do you have a source of evidence that you

22   can cite to for that assertion?

23        A    Are we talking about the same assertion or

24   something --

25        Q    No, the assertion that these challenges are

1    not routinely described.  I'm just asking how --

2        A    I certainly haven't been able to find them

3    as part of the routine description anywhere in

4    surgery for adolescents, but if I'm wrong, I'd be

5    happy to be corrected.

6        Q    Other than this one -- this issue

7    identified with individuals who begin their treatment

8    with puberty blockers, you don't describe any other

9    ethical issues or complications related to

10   gender-affirming surgeries in this part of the

11   report; is that right?

12       A    Everything I described is -- is there.

13       Q    What do you mean by that?

14       A    Well, what did you mean by that?  This

15   is --

16       Q    Well, I'm asking if there are other ethical

17   issues that you've identified with gender-affirming

18   surgeries.

19       A    I think the fact that they're being done is

20   the ethical issue, actually.  We're talking in this

21   report on -- not on adults, but on children.

22       Q    So now we'll move on to this section that's

23   called "Hormonal Treatment."  It's on the same page,

24   Page 3 of your report marked as Appendix 239.

25            Here you again cite to "80 percent of

1    minors who identify as transgender will reverse this

2    identity by the time they reach their mid 20s."

3           Do you cite any evidence in this report to

4    support this assertion?

5        A    Actually, I think we found that in the

6    other reference, but I don't have a specific citation

7    on that paragraph, no.

8        Q    Are you saying that this source was

9    included in your bibliography?

10       A    Yeah.  I thought we found that 80 percent

11   when we were looking through there.

12       Q    To my recollection, you were not able to

13   identify that source from your bibliography.

14       A    Okay.

15       Q    Is that inconsistent with your

16   recollection?

17       A    It's been a long day, Counselor.  I'm not

18   sure.

19       Q    But there's no citation here to support

20   that assertion?

21       A    That's right.

22       Q    You say that, "Sex hormones have an

23   important and lasting effect on brain development and

24   adolescent psychology."

25           That's right here right before the end of

1      this paragraph.

2                There's no citation or source of evidence

3      for this assertion in your report; is that correct?

4           A    That's correct, I don't have citations for

5      every statement.

6           Q    Do you know of any studies that show the

7      administration of cross-sex hormones to be harmful to

8      brain development?

9           A    What I said was they have an important and

10     lasting effect.  And I think that, yes, those studies

11     do exist.

12               I think that most people recognize that if

13     they have ever been an adolescent, or had one in the

14     family, it's -- didn't seem like it was that

15     controversial a concept to require a separate

16     citation.  But, yes, there is evidence for that,

17     you're right.

18          Q    There's evidence for what?

19          A    For the fact that there are important

20     effects and lasting effects on brain development and

21     adolescent psychology.

22          Q    But you did not cite any research or

23     studies to support this assertion?

24               MR. BEATO:  Object to form.

25               Dr. Donovan, you can answer.

1          THE WITNESS:  What you see is what you get.

2     Everything that I cited is right there.  And if it's

3     not there, then it wasn't cited in this paper.

4          Q    (By Ms. Dunn) And in your report you don't

5     describe other ethical issues related to the

6     administration of cross-sex hormones?

7          A    I didn't cite any.  That doesn't mean there

8     aren't any.

9          Q    Specific to this report, there are no other

10    ethical issues related to the administration of

11    cross-sex hormones addressed.

12         A    Okay.  Not specifically.

13         Q    And I'm just -- I see you flipping through

14    papers.  Are you just looking at the same report that

15    I have on the screen?

16         A    Yes, it's easier to read.

17         Q    That's absolutely fine, I just wanted to

18    confirm that's what you're looking at.

19              And if you're looking at a different

20    section than me at some point, if you're referencing

21    it, if you'll just please direct me to that section.

22         A    Sure.

23         Q    So the next section addresses "Puberty

24    Blockers."  You state that, "Children and parents are

25    only told that this is a benign intervention whose

1   effects are easily reversible and that potential

2   effect on the development of bone density may be

3   mentioned."

4           What evidence do you have that this is the

5   exhaustive information provided to children and their

6   parents?

7       A    Actually the people who provide them have

8   written this in their own papers.  It is not cited --

9       Q    Well, who --

10      A    It is not cited there, but those people who

11  have written papers about transitioning have

12  frequently said on their websites, you know, what I'm

13  saying there.

14      Q    Can you direct us to those sources?

15      A    It can be done.

16      Q    Can you do that right now today?

17      A    No.

18      Q    You go on to discuss a case of a child in

19  Sweden.  Where did you get this information?

20      A    I'm trying to read where you are.

21      Q    I'm sorry, it's just the next sentence, I

22  think.

23      A    Oh.  I'm sorry, that was reported.  I

24  didn't cite the -- the location of the report, but it

25  was reported publicly in the literature.

Page 240

1          Q    There's no cite, though, in your report?

2          A    Once again, Counselor, if you don't see it

3     right there, you're right, it's not a specific

4     citation.

5          Q    You go on to note that, "Sweden changed its

6     guidelines for gender-affirming care to reflect that

7     GnRH analogues should only be used in exceptional

8     cases."

9               Do you know what the criteria in those

10    Swedish guidelines is?

11         A    No.

12         Q    So I'm going to pull up the Swedish

13    Guidelines for the Treatment of Gender Dysphoria.

14              (Document is displayed).

15              Do you recognize -- have you ever seen this

16    document, Dr. Donovan?

17         A    Is that the one from February of last year?

18         Q    Let's see if there's a date on it.  I don't

19    see a date on it.

20              Do you recognize the document itself,

21    though?

22         A    No, I don't.  I said I hadn't seen that.

23    And maybe this preexisted the changes, do you think?

24         Q    Let's just -- if you want to take a -- oh,

25    I'm sorry.  Here if you look at this paragraph this

1    references "2022," so this must be a recent document.

2           A     Okay.  Let me read then.

3           Q     Sure.

4           A     "A systemic review published in 2022 by the

5    Swedish Agency for Health Technology Assessment and

6    Assessment of Social Services shows the state of

7    knowledge largely remains unchanged compared to 2015.

8    High quality trials such as RCTs are still lacking."

9           Q     I'm sorry, I don't need you to read --

10          A     "The evidence on treatment" --

11          Q     Sir?

12          A     -- "efficacy and safety is still" --

13          Q     Dr. Donovan?

14          A     I think what I'm looking for is in here.

15          Q     Okay.

16          A     -- "is still insufficient and

17   inconclusive."

18          Q     Yeah, I'm not asking you to read from the

19   document.  I'm sorry.  I was just asking -- I wasn't

20   able to confirm a date, but I think based on this

21   sentence we can both agree that it was published

22   sometime after -- sometime in 2022 or 2023.

23          A     Okay.

24          Q     So do you know the criteria that's used to

25   determine if a case is so-called "exceptional" for

1    the purposes of the provision of GnRH analogues?

2            Are you familiar with the criteria?

3       A    Well, it's saying here, to minimize the

4    risk it should offer more closely to those used in

5    the Dutch protocol.

6       Q    And so that requires "early onset of gender

7    incongruence, persistence of gender incongruence

8    until puberty, and a marked psychological strain in

9    response to pubertal development is among the

10   recommended criteria."

11           Is that accurate?

12      A    That's what that says, yes.

13      Q    Is this significantly different than, for

14   example, the Endocrine Society guidelines?

15      A    I will defer to your knowledge.

16      Q    So you are not -- you are not aware whether

17   the new Swedish guidelines are significantly

18   different from the clinical guidelines for endocrine

19   treatment that are used here in the U.S.?

20      A    I haven't even had a chance to read this in

21   its entirety, so I can't answer that.  I'm sorry.

22      Q    Well, but -- so I guess the reason I'm

23   asking is just because you reference that this case

24   should only be provided in exceptional cases, to

25   suggest that it's more restrictive than the criteria

Page 243

1    for this care here in America.

2              Do you know for a fact that that is

3    correct?

4         A    All I know is what the National Board of

5    Health and Welfare from Sweden said that, "The risks

6    of puberty-suppressing treatment with GnRH analogues

7    and gender-affirming hormonal treatment currently

8    outweigh the possible benefits.  The treatment should

9    be offered only in exceptional cases."

10        Q    But these --

11        A    That was a quote --

12        Q    These guides -- I'm sorry.

13        A    That was a quote from the Swedish source

14   and I don't know that that quote --

15        Q    Again, I'm not asking you to read the

16   document.  I'm asking about the --

17        A    But you are -- you are giving me this as

18   the source of it, but I'm not certain that you're

19   actually giving me the proper source.

20        Q    You don't think that this publication from

21   the National Board of Health and Welfare is an

22   accurate reflection --

23        A    The one that contains that quote, I don't

24   think that it -- it -- necessarily.  I'd have to read

25   the whole thing to know that that's where the quote

1    came from.

2        Q    What quote?  I'm sorry.  What are you

3    talking about?

4        A    The quote that says that "The risks

5    currently outweigh the possible benefits and

6    treatment should be offered in exceptional cases."

7        Q    You're saying that you --

8        A    Puberty blockers.  From the Swedes.

9        Q    Are you saying that this isn't the source

10   that you got your quotation from?

11       A    I'm not recognizing what you're showing me

12   here.  I'm sorry.

13       Q    So that -- understanding that, what I'm

14   asking is that you --

15       A    It says, "Until a research study is in

16   place, the NBHW deems that the treatment" --

17       Q    Dr. Donovan, I'm sorry, I'm not asking you

18   to read from this document.

19       A    -- "may be given in exceptional cases."

20       Q    If you can wait until I've posed a --

21            MS. DUNN:  I think we might need to take a

22   break.

23            MR. BEATO:  That's fine.  We can take a

24   five-minute break.

25            (Recess taken from 4:02 p.m. to 4:08 p.m.)

1           (Whereupon, Exhibit Number 27 was marked

2      for identification purposes and made a part of the

3      record.)

4           Q    (By Ms. Dunn) So, again, I have to clear up

5      my sloppiness around labeling exhibits.  So the

6      Swedish guidelines we just looked at will be marked

7      as Plaintiffs' Exhibit 27.

8               So I'm just going to go back to your report

9      again, Dr. Donovan, and move on to the section that

10     you reference, quote, "The Fundamental Flaw," which

11     is on Appendix 240.

12              (Document is displayed).

13              So in this section you say, in the second

14     sentence of this paragraph, that "After close

15     scrutiny, it can only be seen as off-label

16     experimental."

17              And by that you're referencing -- the "it"

18     you're referencing is gender-affirming care, as we --

19     we discussed already, the hormonal treatments,

20     the gender-confirming surgeries and the

21     puberty-blocking medications; is that right?

22          A    Yes.

23          Q    And so this seems to associate off-label

24     medications with experimentation.  Is that the

25     suggestion you're making?

1        A    No, not exactly.

2        Q    So what do you mean by "off-label

3    experimentation"?

4        A    Well, that's two different phrases.  One is

5    "off label," the other is "experimentation."

6             Experimentation is when you are --

7    sometimes it's also referred to as innovative

8    practice, but when you're doing things that are

9    trials in which the outcomes have not been

10   sufficiently determined or documented.

11            The --

12       Q    Just to be clear --

13       A    -- "off label" part is referring to the

14   FDA approval, which is useful if it's for a specific

15   indication, but is not necessary for --

16       Q    So -- I'm sorry.  I didn't mean to cut you

17   off.

18            So just to be clear, those terms are

19   interchangeable --

20       A    No.

21       Q    -- off label and experimental?

22       A    No.  No, they're not interchangeable.

23       Q    So a medication -- just because a

24   medication is used off label doesn't mean that that

25   medication is necessarily experimental?

1    A    I have used medications off label for

2    indications that were clearly documented but never

3    had sought FDA approval.

4    Q    In this paragraph you talk a little bit

5    more about what we discussed earlier with, "The

6    change in terminology in the DSM-5 led to a shift

7    from seeking to correct the underlying cause of the

8    dysphoria to instead focusing on transitioning to

9    one's affirmed gender."

10           Is that a fair -- is that what you're

11   writing about here in this report?

12    A    That is a quote, yes.

13    Q    Okay.  And what do you rely on in this

14   discussion around the impact of the change in

15   semantics?

16    A    I was quoting.  I was quoting the people

17   who put out the DSM-5 and the American Psychiatric

18   Association.  You know, those are quotes.

19    Q    Do you have any other -- was there any

20   other source you relied on in your discussion of this

21   change of semantics?

22    A    I mean, this was the APA's rationale.  I

23   thought that they would be reliable in terms of what

24   they were intending.

25    Q    And perhaps to be more specific, in your

1    bibliography -- which I'll flip over to very

2    quickly --

3              (Document is displayed).

4              -- you cite a source that's named "Gender

5    dysphoria in the DSM-5:  The change in terminology."

6    That's "HLI.org/resources/DSM-5-gender-dysphoria/."

7         A    Well, no, I wasn't using --

8         Q    Is --

9         A    I'm sorry, I didn't mean to interrupt.  I

10   thought that was -- that was not what I used in this

11   report.

12        Q    So you did not -- in talking about that

13   change in semantics, you didn't rely on that Human

14   Life International article?

15        A    True.

16        Q    Do you know how it was used in your expert

17   report?

18        A    I don't know.  We could go back through it,

19   I suppose.

20        Q    Well, we can table that momentarily.

21             Do you believe that this shift in semantics

22   in changing the diagnosis to gender dysphoria, do you

23   believe that change was harmful?

24        A    Well, I think it shifted the focus away

25   from the patients presenting with what they describe

Page 249

1    as "being in the wrong body" as saying that that is

2    somehow normal and not a disorder.

3        Q    Do you believe that the best course of

4    treatment for a person experiencing gender dysphoria

5    is to help that person understand they're not trapped

6    in the wrong body?

7        A    I think that that probably would be the

8    best approach and I think that it should have been

9    compared to what is being done.

10        Q    You say that -- and I think it's going to

11    be in the next paragraph, so let me just find where

12    I'm referencing so I can point you directly.

13            In this second paragraph on this page,

14    we're currently on Page 5 of your report marked as

15    Appendix 241, you say -- the third sentence in this

16    second paragraph you say, "Self-diagnosing

17    psychiatric conditions is always fraught with the

18    possibility of error."

19            You aren't a psychiatrist by -- in your

20    practice; is that right?

21        A    That's correct.

22        Q    You're also not a licensed mental health

23    professional; is that correct?

24        A    Correct.

25        Q    How often during your time as a clinician

Page 250

1    did you provide mental health diagnoses when you were

2    a pediatric gastroenterologist?

3         A    I'm sorry, I lost you there.

4         Q    Oh, I'm sorry.

5         A    Can you repeat that?

6         Q    Yes, of course.  I think the Internet is

7    getting a little buggy.

8              So you testified that there were occasions

9    where you would give presumptive mental health

10   diagnoses to patients in your --

11        A    Yes.

12        Q    -- pediatric gastroenterology practice; is

13   that right?  I'm sorry, did you --

14        A    Yes.

15        Q    Yeah.  The answer to that was yes?

16        A    I said "Yes."

17        Q    I'm sorry, I think I lost you then, so I

18   apologize.

19             Can you estimate how many patients --

20        A    Okay.  I think you're right.  We're having

21   some problems.

22        Q    Yeah.  I apologize for that.  I don't know

23   if it's our Internet, but let's try to do the best we

24   can.

25             Can you estimate how many patients during

Page 251

1    your time as a clinician you provided a mental health

2    diagnosis for?

3        A    No.

4        Q    You can't even give an estimate of that?

5        A    No.  I mean, no.  I was in practice for 30,

6    40 years.  I couldn't begin to guess accurately.

7        Q    Was it common for you to be providing

8    mental health diagnoses for your pediatric patients?

9        A    Oh, no, I wouldn't be providing them, I

10    would be suspecting them and referring them.

11        Q    So, I guess, was that a common instance

12    that happened frequently?

13        A    No, because the psychiatric diseases in

14    children aren't that common compared to the other

15    types of diseases.

16        Q    And so, again, you weren't actually

17    providing these diagnoses, you suspected diagnoses

18    and were making referrals to mental health

19    clinicians?

20        A    Correct.

21        Q    So what basis do you have to support a

22    statement that self-diagnosing psychiatric conditions

23    is always fraught with the probability of error?

24        A    I said "possibility of error."  And I -- I

25    don't see that as terribly controversial.  I don't

Page 252

1    see anyone in psychiatry disagreeing with that.

2              I would find any patient whose

3    self-diagnosis always fraught with the possibility of

4    error.  And not just in psychiatry, in medicine in

5    general.

6         Q    How do we -- what conditions are

7    self-diagnosing?

8         A    Well, the way it applies in this particular

9    case is when there's no confirmatory evidence in --

10   like we've talked about before, in lab, in X-rays,

11   and in other tests --

12        Q    But that's --

13        A    -- that could confirm it.  That would be --

14   that means, basically, the patient comes in with

15   their own diagnosis.  And I -- you know, I assume, if

16   somebody overruled that diagnosis, you know, that

17   that would fall in the same category as well.  But

18   that wouldn't be my job.

19        Q    Are all psychiatric conditions based on

20   self-reported symptoms?

21        A    No.

22        Q    They can't be -- they can be -- there are

23   psychiatric conditions that are confirmed by lab

24   tests?

25        A    No.  But they're not all self-diagnosed.  I

Page 253

1     don't think most schizophrenics come in and say, "I'm

2     schizophrenic."

3          Q    Well, I guess, what evidence do you have

4     that individuals who are diagnosed with gender

5     dysphoria are self-diagnosing?

6          A    You understand what we've been talking

7     about.  This is how they present.  They come in and

8     say, "I am a woman.  This is a male body."  They are

9     the ones who determine that.

10         Q    They're reporting symptoms.  But it's a

11    clinician who makes --

12         A    That's not a symptom, ma'am.

13         Q    What -- I -- what evidence do you have that

14    patients experiencing gender dysphoria are

15    self-diagnosing?

16         A    The patients are the ones who claim that

17    they are in the wrong body.

18              Other people are not walking up to them and

19    saying, "You know, you look just like a man but I

20    think you're a woman."  That doesn't happen.

21         Q    But the clinician provides the diagnosis.

22         A    Only after the patient has presented

23    themselves as a woman in a man's body.  Okay?  You

24    could say they're confirming it, but that doesn't

25    necessarily equate to providing it because it's

Page 254

1   already been provided when they enter the room.

2        Q    Have you cited any evidence in your report

3   that individuals experiencing gender dysphoria are

4   self-diagnosing their psychiatric condition?

5        A    I -- this is -- I mean, it's in the

6   definition of "gender dysphoria."

7        Q    I'm sorry, I -- can you provide a citation

8   for that?

9        A    No.

10       Q    The third paragraph on this page you say

11  that, "The claim of urgency, coupled with an impulse

12  towards nonjudgmental empathy, for the disturbed

13  patients has led to a frantic insistence on a single

14  approach."

15            What is the single -- I'm sorry.

16            Is the single approach that you're

17  referring to "providing gender-affirming care"?

18       A    Yes.

19       Q    And you call this approach "cult-like"?

20       A    It seems like that to some people and I see

21  why it does.

22       Q    Well, and your source for this statement is

23  two articles that are cited here; is that correct?

24       A    Uh-huh.   Yes.

25       Q    One of these articles was from The Daily

1   Signal; is that right?

2       A    Yes.

3       Q    And were you aware that The Daily Signal is

4   the Heritage Foundation's news organization?

5       A    No.

6       Q    And one was from The Daily Mail Online; is

7   that correct?

8       A    Yes.

9       Q    The Daily Mail Online is a British tabloid?

10      A    Yes.   These were reports from parents

11  directly, so they would not appear in the academic

12  literature.

13      Q    But these are your sources for your

14  suggestion that this single approach is cult-like?

15      A    Made the parents feel like, yes, because

16  that's what they said.

17      Q    You say that, "Love-bombing wrongly

18  encourages children to be transgender."

19           What is your citation for this proposition?

20      A    I'm trying to remember if that was with the

21  same -- the next citation or something else.   No,

22  that's a separate citation.   I have it in my files,

23  but I don't have it cited here.

24      Q    So there's no citation provided for that

25  statement here?

1      A      That it's the result of overenthusiastic

2   acceptance?  I think overenthusiastic acceptance is a

3   reality, but you could also see it as an opinion, you

4   know, is the glass half full or half empty?

5              I would say that the -- the rush to be

6   affirming is overenthusiastic acceptance.

7              So perhaps I'm the authority there, because

8   this is an opinion after all.

9      Q      Are you -- do you have personal experience

10  with this so-called love-bombing or overenthusiastic

11  acceptance?

12     A      No, no.  These are the opinions that I've

13  formed from reading the experience of others.

14     Q      And are these -- the experiences of others,

15  are they primarily in news articles or what sources

16  are you reading these --

17     A      I think it's very hard to live in today's

18  world without realizing there is a strong urge in

19  schools, in medical circles, and in the general

20  environment to be affirming and only be affirming to

21  someone who presents with a -- with a feeling that

22  they are in the wrong body.  I don't think that

23  that's really very controversial or difficult to

24  perceive.

25     Q      Is it your opinion that this is

1    problematic?

2         A      Absolutely.

3         Q      You say -- I think going down to -- I'm

4    sorry, I'm trying to find a reference here.

5              So you also discuss an issue that arose in

6    Virginia where a sexual assault was -- well, as you

7    put it, was committed by a, quote, "Self-described

8    trans female."

9              Do you see that section?

10        A      Yes.

11        Q      And you quote -- or, I'm sorry, you cite to

12   an article here that was published in the Washington

13   Examiner?

14        A      Uh-huh.

15        Q      I'm going to show you that article.

16             (Document is displayed).

17             Is this the article that you were citing

18   to?

19        A      Probably.

20             (Whereupon, Exhibit Number 28 was marked for

21   identification purposes and made a part of the

22   record.)

23        Q      (By Ms. Dunn) I'm going to -- I will mark

24   this as Plaintiffs' Exhibit 28.

25        A      Can you enlarge it?

1       Q     Of course.  Can you tell me where you got

2    the information that this person who committed this

3    sexual assault was a, quote, "Self-described

4    trans female"?

5       A     There was more than one article about this.

6    This is only one that I cited.

7       Q     And here it just says there was "a male

8    perpetrator who was wearing a skirt."

9              This article, which is the one you cited in

10   your report, doesn't identify this individual as a

11   trans person -- transgender person?

12      A     Oh, no, there have been several reports.  I

13   cited one, but this, you know, was clearly reported

14   in the news.

15              And, yes, the reason he was in the girls

16   bathroom was because he had felt proclaimed to be

17   transgender.  I think that that self-diagnosis might

18   be questionable.  I don't think that people who truly

19   feel they're transgender are at risk for sexual

20   assaults opposite their biologic sex.

21      Q     I'm just -- at this point I'm just asking

22   about your citation here.  So you have described the

23   person who committed this assault as a

24   "self-described trans female," and then you cited

25   this article.

1            And I just want to confirm that this

2     article does not refer to this person as a

3     self-described trans female.

4        A    Well, this is -- this is a reference to the

5     article, but it looks like -- that does say he was

6     wearing a skirt.

7            There are a couple of links there.  Do they

8     also mention that he had described himself as

9     transgender?  Because he had.  And we can find it.

10    Do you want to look?

11       Q    Well --

12       A    Can you click those links about "sexual

13    assault" or "May 21 sexual assault"?

14       Q    Dr. Donovan, I'm not asking you to read

15    from the report, respectfully.

16            I am asking -- you cited this article in

17    your assertion that this individual was a

18    trans female.  So I'm just asking -- in looking at

19    this document, it does not state that the individual

20    who committed this assault was a self-described

21    trans female; is that correct?

22       A    And I was saying I think it may be

23    contained in those links about the same incidents.

24       Q    Well, then -- but you did not provide a

25    citation to those particular articles when you wrote

1    your report?

2         A    I just provided this citation.

3         Q    And I'm going to pull up one more article

4    on this issue.

5              (Document is displayed).

6              So this is a CNN article that's about this

7    same sexual assault in Virginia.

8              Have you ever seen this article,

9    Dr. Donovan?

10        A    I don't recall seeing it.

11             (Whereupon, Exhibit Number 29 was marked for

12   identification purposes and made a part of the

13   record.)

14        Q    (By Ms. Dunn) I'm going to mark this as

15   Plaintiffs' Exhibit 29.

16             So CNN looked into this issue and they

17   report here on this page that they "could not find

18   evidence substantiating that the student identified

19   as transgender or gender-fluid."

20             Were you aware that that report had not

21   been substantiated by other news sources?

22        A    I don't know how they failed to find it.  I

23   don't -- I don't know what this refers to.  I don't

24   know if they interviewed him or somebody else.  I

25   mean, this tells me nothing.

1   Q   I'm just asking if you were aware that

2   competing news sources were not able to substantiate

3   the claim that this person was a trans female?

4   A   I -- I actually would -- it's easier to say

5   yes or no on this one rather than go into the

6   details, but I'll accept that.

7   Q   So you were not aware that other sources

8   were unable to substantiate that claim?

9   A   An unsubstantiated claim doesn't mean a

10  false claim.  That's all I'm trying to indicate here.

11      But, yes, I -- I don't know anybody who's

12  interviewed the guy directly.  The thing was -- it

13  was very difficult to get information on the details.

14  He was in a girl's bathroom wearing a skirt.  You

15  know, whether or not he had been diagnosed by himself

16  or someone else as transgender is completely unknown

17  to me.  I would doubt the diagnosis that he gave.

18  Q   But you cited to one article, and I'm just

19  asking if you were aware of this other information

20  from another news source.

21  A   And I said "no."

22  Q   You're not aware?

23  A   Not this news source.

24  Q   Thank you.

25      On Page 6 of your report, which I'll pull

Page 262

```
1    up in just one moment.
2              (Document is displayed).
3              You cite to an article by Abigail Schrier.
4    Are you familiar with this article?
5         A    Yes.
6         Q    Do you know where this article was
7    published?
8         A    Oh, there, "Top Trans Doctors Blow the
9    Whistle on Sloppy Care."
10        Q    And where was this article published?
11        A    Says "Emmaus Road Ministries, 5 October
12   2021."
13        Q    And is that a peer-reviewed source?
14        A    You're not going to find very many
15   discussions about these things in peer-reviewed
16   sources.  They basically, you know, have one
17   orientation.
18             No, this, I don't think, would be a
19   peer-reviewed source either.
20        Q    Moving on to Page 7.  We'll go to the
21   second paragraph.  So this is Page 7, Appendix 243.
22   The second paragraph.
23             I'm sorry, I'm having trouble.  I think I
24   have a different version of the report pulled up than
25   one of my colleagues, so I'm trying to identify
```

1    where --

2        A    Okay.  Well, whatever you have is what I'm

3    looking at as well.

4        Q    Okay.  Simone was looking at the actual

5    pages in the PDF and not the numbered pages and

6    that's why we had some confusion, so that's my fault.

7    Okay.  I'm wondering why I was so confused and now I

8    understand.  All right.  I apologize in wasting your

9    time in trying to figure that out.

10            So we're going back up to Page 5, which is

11   Appendix 241.  And you say, "The rate of suicide

12   among post-operative transgender adults in a study

13   from Sweden found an incidence 20 times greater than

14   that of the general population."

15            What study are you citing here?

16       A    I don't see it.  I don't even see the --

17   what you're reading to me.

18       Q    Oh, I'm sorry.  It's --

19       A    Which paragraph?

20       Q    -- the second paragraph.  I'm looking at

21   the second to last sentence in that paragraph.

22       A    Oh, okay.  Yeah.  Yes, I do remember

23   reading that.  I didn't cite the article there.

24       Q    Can you provide us with a name of that

25   study here today?

Page 264

1        A     Not off the top of my head, no.

2        Q     Slightly before this, the third to last

3   sentence of that paragraph you say, "Studies have

4   shown that adult transgender persons continue to have

5   evidence of depression and suicidality following

6   treatment."

7              What studies are you referencing there?

8        A     Actually, I don't know.  That may even be

9   the -- among others, may be the same study, but I

10  don't have the reference down there.

11       Q     So there's no citation provided in your

12  report --

13       A     Right.

14       Q     Regarding either of these two studies?

15       A     That's true.

16       Q     Are you aware of any studies that found

17  there were positive mental health outcomes among

18  transgender adolescents and young adults after

19  receiving gender-affirming care?

20       A     Well, there have been positive results

21  reported.

22       Q     And did you consider those studies when you

23  were preparing your opinions in this report?

24       A     Of course.

25       Q     Do you reference any of those studies in

1    this report?

2         A    If you're going to ask me for citation

3    saying that there's -- on supportive ones, no, I

4    didn't put that in there either.

5              One of the problems is that so many of

6    these studies have been criticized because of the

7    form in which they were done, how the questions were

8    asked, and how they were reported, who was asked and

9    who wasn't asked, you know, and who refused to ask.

10             So, yes, I know that they had been

11   reported.  I don't know that they are any more

12   convincing evidence.

13        Q    What evidence do you have with regard to

14   those criticisms?

15             What evidence do you have of those

16   criticisms?  What are you referring to?

17        A    Oh, you mean are there criticisms of some

18   of the transgender reports or satisfaction surveys or

19   something?

20        Q    I'm asking what criticisms.  I'm asking --

21        A    Yeah.  I don't even --

22        Q    -- if you --

23        A    -- have that stated here, so, no, I don't

24   have a citation for that.  I didn't even use that

25   citation, seeing as how if it was sloppy work I

Page 266

1    didn't think I'd want to cite that.

2        Q    So I'm going to move down again to Page 6.

3    This is marked as Appendix 242.  So you reference two

4    phenomena that may be associated with -- you say

5    "this," and I -- I think we're maybe referring to

6    this idea of overenthusiastic affirmation or

7    love-bombing.  Is that correct that that's what

8    you're referring to?

9        A    A strong affirmation for the diagnosis and

10    treatment.

11        Q    So you say here that, "It may not only be

12    easier to identify as transgender in today's

13    environment, it may be more difficult to turn one's

14    back on that diagnosis."

15            What evidence do you have to support this

16    statement?

17        A    I said it "may."  That's my opinion, that

18    it may be more difficult to turn one's back if you're

19    being strongly affirmed in any direction.

20        Q    Have you cited any data to support that

21    assertion?

22        A    Well, I think maybe the subsequent lines

23    about re-transitioning and de-transitioning and

24    switching back and forth may be supportive of that.

25        Q    But you're suggesting that because a recent

1    study found that fewer youth re-transitioned, that

2    that is because it's more difficult to turn one's

3    back on a diagnosis of gender dysphoria?

4         A    Yes.

5         Q    Why -- how can -- I guess, what evidence do

6    you have that the lower rate of re-transition is

7    caused by the fact that it's harder to turn one's

8    back on the diagnosis?

9         A    I'm sorry, I misunderstood your previous

10   question, I'm afraid.

11            No, I think that enthusiasm and support for

12   the diagnosis may be making it harder for people to

13   then change their minds about their condition.

14        Q    But then when I asked what evidence you had

15   to support that, you cited to the evidence that

16   follows in that paragraph, which is evidence that --

17   it's a study where the rate of re-transition, where

18   someone changed their gender identity back, is -- is

19   significantly lower than it was in earlier studies.

20            Does that data support your contention that

21   it's harder to turn one's back on a diagnosis?

22        A    I think that if you are being strongly

23   affirmed, yes, you will be less likely to say, "I

24   change my mind."

25        Q    But what evidence do you have of that, that

1    that's what's happening?

2         A    It's really kind of what we had just

3    discussed, I think, that, you know, in fact, if you

4    see stronger affirmation you may see fewer people

5    saying that they no longer feel that way compared to

6    historic data.

7         Q    But merely citing a study which says that

8    rates of re-transition have decreased does not

9    necessarily mean that it's because of the cause --

10   the -- the hypothetis- -- I mean, you hypothesize

11   that there are two phenomena that may be, you know,

12   related to this, but those statistics about lower

13   rates of re-transition don't necessarily prove that

14   that was caused by these phenomena that you

15   identify; isn't that correct?

16        A    It says it may be an explanation.

17        Q    But you have no evidence to demonstrate

18   causation?

19        A    That's why you say things like "it may be

20   an explanation."

21        Q    So here at the top of Page 7, Appendix 243,

22   you say that, "All of this leads to the conclusion

23   that we must ask if this represents a shift towards

24   being trapped in the wrong diagnosis rather than a

25   child being trapped in the wrong body."

1          What diagnosis would be right in this

2     situation?

3          A     The wrong diagnosis, I think, is when we

4     are saying that your gender identity is both correct

5     and the cause of all your problems.

6          Q     So what diagnosis would be the right

7     diagnosis in that situation?

8          A     Perhaps what used to be thought of as

9     gender identity disorder would be closer to accuracy.

10         Q     And going further down on this page, in the

11    second paragraph about midway through, you say that,

12    "We may be making a fundamental mistake in

13    approaching transgender phenomena, not as a disease

14    or disorder but as a dysphoria that is a cause for

15    affirmation."

16            So you believe that being transgender

17    should be treated as a disease or disorder?

18         A    It was a disorder until most recently.  And

19    I think that the transition to a dysphoria does not

20    serve the interest of the patient.

21         Q    So you believe that the medical community

22    should return to a time when being a transgender

23    person was a mental health condition that was treated

24    only with psychotherapy?

25            MR. BEATO:  Object to form.

1          Dr. Donovan, you can answer.

2          THE WITNESS:  I think that it would be a

3    very appropriate thing to do to test that theory.  It

4    hasn't been.

5          Q    (By Ms. Dunn) So is it your opinion that

6    the most appropriate treatment for gender dysphoria

7    is psychotherapy with a goal of re-aligning a

8    person's gender identity with their sex assigned at

9    birth?

10         A    That's not what I said, no.  I said that

11   both of those approaches are essentially untested

12   hypotheses.

13         The purely psychiatric or psychological

14   approach has fallen into great disfavor and the

15   affirming approach is the predominant one with, in

16   many cases, a nod towards some psychological

17   discussions.  But, in reality, that's not been used

18   as a exclusive approach, nor has it been tested

19   against gender-affirming therapy as it has now been

20   practiced.

21         Q    What is -- what evidence do you rely on to

22   say that gender-affirming care is an untested

23   hypothesis?

24         A    Well, I think that we've kind of covered

25   the fact that the long-term studies have been rather

1    deficient in testing the results of the therapy.

2         Q    Is there a specific source in your report

3    that supports that the impacts of gender-affirming

4    treatment are unknown?

5         A    Well, I didn't actually say they were

6    totally unknown.  I said that what is known is

7    insufficient.

8         Q    And what studies are you relying on to make

9    that assertion?

10        A    Well --

11             MR. BEATO:  Object to the form.

12             Dr. Donovan, you can answer the question.

13             THE WITNESS:  Okay.  I think that what

14   you -- what you have to understand is what I'm saying

15   is that there are -- there's an absence of studies.

16   You can't rely on studies that don't exist.

17             And in terms of good, scientifically

18   designed and carried out programs with sufficient

19   numbers of patients to actually test a theory, you

20   don't find those.

21        Q    (By Ms. Dunn) But can you cite to any one

22   study that supports this assertion?

23        A    You're asking about a study that supports

24   that there aren't studies?

25        Q    No, a study that supports the fact that

Page 272

1    there are unknown risks that are of such a concern

2    that this care should not be provided.

3         A    I'm sorry, that doesn't completely compute.

4    Try that again, if you would be so kind.

5         Q    Well, you're making the assertion that we

6    don't know enough about the impacts of this care in

7    order for it to be provided.

8         A    Yes.  And that would be by definition of

9    unknown risk.  So you really can't have a study of

10   the unknown risks --

11        Q    So there's no --

12        A    -- because they haven't been able to

13   determine the risks.

14        Q    But what evidence of these unknown risks

15   are you relying on in formulating your opinions about

16   whether the care should be provided?

17        A    Ms. Dunn, there have been suggestions that

18   there could be risks that they've shown up in

19   individuals, but we don't know in how many

20   individuals or how long or how -- whatever.  But that

21   is, by definition, an unknown risk.

22             And by definition, you can't know the

23   unknown risks until you have done the studies that

24   could reveal them.

25        Q    So are you relying on anecdotal, you know,

1    examples of these risks?

2            I'm just trying to understand where the

3    information of these unknown risks that keep being

4    referenced -- I just want to -- I'm trying to figure

5    out where that information is coming from, where we

6    can look to to help understand that.

7        A    You are actually giving a good definition

8    for the need to do careful, large, controlled studies

9    because that's how you find unknown risks.  Nobody

10   will find an unknown risk without that.  At least not

11   be able to document it in large numbers.

12           Has it been documented in individuals?  Of

13   course.  This is why people are calling for the

14   studies.

15       Q    But there are always unknown risks in

16   providing medical care.  I'm just trying to determine

17   what information you're relying on in saying that

18   this type of care is associated with such a risk that

19   it should not have been provided.

20           MR. BEATO:  Object to form.

21           Dr. Donovan, you can answer.

22           THE WITNESS:  Actually, I did say that if

23   you were going to provide this care, it should be

24   done in a controlled, experimental venue where you

25   were also comparing it to something else that might

Page 274

1    be effective without the risks of surgery or hormones

2    or whatnot.  That was actually my contention all

3    along.

4         Q    (By Ms. Dunn) Have you reviewed any studies

5    that demonstrate that gender-affirming care is

6    both -- is safe?

7         A    Safe for what?

8         Q    That it's a safe method of medical

9    treatment.

10        A    Well, I think this is what we've been

11   talking about.

12             First off, there's no medical treatment

13   that's completely safe.  You know, that's just a

14   truism.

15             But if you're talking about, you know, do

16   we have the studies that demonstrate sufficient

17   safety to overcome concerns about, you know,

18   potential harms, that's exactly what I'm asking for.

19        Q    Have you read any studies that demonstrate

20   that gender-affirming medical treatments are safe and

21   effective?

22        A    Nothing that should be considered

23   definitive or reliable, no.  That's why I think the

24   studies need to be done.

25        Q    But there are no studies showing the safety

Page 275

1    or efficacy of gender-affirming care that you find

2    credible to rely on?

3        A    I don't think that they have been done

4    carefully in a large enough series of patients for a

5    long enough period of time and conducted in an

6    appropriate manner to be able to answer that

7    question.

8        Q    And what are these studies that you're

9    referring to that are unreliable?

10       A    I haven't found any that should fit the

11   reliability category that we're discussing here, in

12   terms of sufficient numbers, sufficient duration,

13   sufficient design.

14            You know, and it depends on which kind of

15   question you're trying to ask.  So, I mean, are you

16   talking about their psychological benefits or their

17   physical harms or -- you know, basically we just

18   don't have enough to -- to rely on at this stage.

19       Q    So I guess what I'm asking, though, is can

20   you name a single study that you have read that you

21   determined was not reliable?

22            These studies we're talking about that are

23   not sufficiently reliable, can you name a single one?

24       A    I have read studies and I can't name any

25   that are reliable, so I certainly couldn't name the

Page 276

1    ones that aren't.

2         Q    Okay.  I'm going to show you a document,

3    Dr. Donovan.

4              (Document is displayed).

5              Do you recognize this document?

6         A    I actually don't recognize it, but it's got

7    my name on it, so I believe it.

8         Q    So you don't recall sending this email?

9         A    When was that done?  May 12th?  No, I sure

10   don't.

11             (Whereupon, Exhibit Number 30 was marked for

12   identification purposes and made a part of the

13   record.)

14        Q    (By Ms. Dunn) I'm going to mark this as

15   Plaintiffs' Exhibit 30.

16             Do you recall that Devona Pickle and Jason

17   Weida and Andrew Sheeran were the individuals at the

18   Agency for Healthcare Administration that you worked

19   with?

20        A    That sounds right.

21        Q    Do you recall the draft of the report that

22   you were preparing that was attached to this email?

23        A    No, definitely not.

24        Q    I'm going to pull up a draft of your report

25   so we can see if it might be that one.

Page 277

```
 1              (Document is displayed).
 2              Do you recall seeing this draft of your
 3    report?
 4         A    No.
 5              (Whereupon, Exhibit Number 31 was marked for
 6    identification purposes and made a part of the
 7    record.)
 8         Q    (By Ms. Dunn) Okay.  So if we could mark
 9    this as Plaintiffs' Exhibit 31.
10              I'm just going to scroll down to --
11         A    Pardon me.  Just to clarify, this is not
12    something I submitted finally; is that right?
13         Q    I believe this was a draft.  This wasn't
14    what was publicly released with the GAPMS memo, but
15    this is a draft of that same report, as far as I can
16    tell, that has some, you know, redline edits in it.
17    They're actually green or blue on this copy, but --
18         A    Okay.  I can't see any edits at all, but
19    I'll trust you.
20         Q    So I'll just show you.  So right here do
21    you see these redlines?  Or they're not red, they
22    appear to be green.
23              But you don't recognize this?
24         A    Not really, no.
25         Q    Well, I'm just going to ask you about a
```

1    specific statement in this particular report.

2              So one difference between this report and

3    the report that we were just reviewing that was the

4    final report, that was publicly released with the

5    GAPMS -- during the GAPMS process is the sentence

6    that's bolded here.

7              It says, "It should be noted that none of

8    my observations and criticisms are based on any

9    so-called religious objections."

10             Why did you feel the need to include that

11   statement in this draft of the report?

12       A    Probably hoping to skip the first two hours

13   of this deposition.

14       Q    Is there a reason -- was anyone concerned

15   that your opinions would be viewed as based on

16   religious objections?

17       A    Well, we did seem to spend an inordinate

18   amount of time talking about various religious

19   connections this morning.  And I just wasn't -- they

20   were irrelevant to what I was writing, so I thought I

21   would put that in.  But it didn't even show up in the

22   last one.  Maybe they didn't want to tempt anyone

23   beyond their ability to resist.

24       Q    Do you know why it was removed?

25       A    I don't.

1        Q    Do you know if anyone internal to AHCA, so

2    anyone at the agency, expressed concern that your

3    opinions might be considered to be religious?

4        A    Oh, no, that didn't come from anybody else.

5    That was all me.

6        Q    So today we've reviewed the sources you

7    relied upon in formulating your opinions in the

8    case; is that correct?

9        A    Correct.

10        Q    We've discussed that kind of ad nauseam.

11             And I'm going to pull up your bibliography

12    just one last time.

13             (Document is displayed).

14             Which of these articles are peer-reviewed

15    articles, journal articles that you relied on for

16    your -- your expert report?

17        A    I will have to tell you that I did not rely

18    on exclusively peer-reviewed articles because

19    peer-reviewed articles are extremely difficult to

20    come by in -- on this topic unless you're in favor of

21    gender-affirming care.  There is such a strong urge

22    towards supporting it that anything negative is very

23    difficult to get published.

24        Q    Can you identify whether any of these

25    articles were -- are peer-reviewed journal articles?

 1    A    I think -- looks like the Clayton one and
 2   the Levine one are.  And the Abbruzzese one looks
 3   like it is.  And the DSM is not peer-reviewed, it's
 4   just what it is.
 5    Q    Well, I'm sorry, so if we can just go a
 6   little bit more slowly --
 7    A    I'm going from the bottom to the top.
 8   Sorry.
 9    Q    That's okay.  So Clayton we looked at, and
10   I'm happy to pull it up again, but that was a letter
11   to the editor.
12    A    Oh, was it?  Well, okay, that wouldn't have
13   been peer-reviewed.  That would have been published
14   literature but not peer-reviewed.
15         So, basically, I think we have been through
16   them all.  I don't have anything to change on that
17   then.
18    Q    And you didn't cite to the DSM-5, in fact,
19   you cited to a Human Life International --
20    A    Oh, okay.
21    Q    -- article -- online article on gender
22   dysphoria in the DSM-5.  Is that not correct?
23    A    That looks right.
24         MS. DUNN:  I am done with my questions on
25   direct.  So at this point I'll turn it over to see if

1    your attorney has any questions for you.  Or not your

2    attorney, I'm sorry, the defense attorney --

3    defendants' attorney.

4              MR. BEATO:  Sure.  And thank you for your

5    testimony, Dr. Donovan.  I know it's been a long day,

6    but I just have four questions to ask you.

7              THE WITNESS:  Okay.

8                      CROSS-EXAMINATION

9    BY MR. BEATO:

10        Q    So we established that you submitted a

11   report attached to the GAPMS report, correct?

12        A    Correct.

13        Q    Did AHCA, the defendant in this case, did

14   AHCA ask you to opine on treatments for gender

15   dysphoria as an experienced ethicist?

16        A    Only as an ethicist.

17        Q    Okay.  We reviewed your report attached to

18   the GAPMS report.  Do you today stand by the

19   conclusions that you made in your report?

20        A    I do.

21        Q    Dr. Donovan, do you think that treatment

22   for gender dysphoria is a controversial subject

23   matter?

24        A    Yes.

25        Q    And my question is, why wade into this

1    controversial subject matter?

2        A    Why did I or why do others?

3        Q    Why do you.  Why do you specifically.

4        A    Simply because my entire life has been in

5    serving the needs of children and being concerned

6    about the ethical aspects of those treatments, and I

7    thought that there were people reluctant to speak up

8    about this, so I felt somewhat obligated when asked.

9            MR. BEATO:  No further questions.

10           MS. DUNN:  May I just have one brief

11   second?  I won't be long, I promise, and then I think

12   we'll be all done.

13           MR. BEATO:  Absolutely.

14           (Recess taken from 5:02 p.m. to 5:04 p.m.)

15           MS. DUNN:  Thank you for your time today,

16   Dr. Donovan.  Plaintiffs are done with their

17   questioning as well.

18           THE WITNESS:  Thank you, Ms. Dunn.  I'm

19   happy to hear that you are done.

20           MR. BEATO:  Okay.  He will read.

21           Dr. Donovan, in reading you get to look

22   over the transcript, and if there's any changes you

23   want to make there's a sheet for them.

24           THE WITNESS:  Fine.

25           MS. DUNN:  Plaintiffs will order the

Page 283

1    deposition transcript and we'd like it expedited,

2    please.

3            MR. BEATO:  We would like the transcript,

4    too.  Not expedited.

5            (Deposition adjourned at 5:05 p.m. CST)

6                    * * * * * *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 284

1                    J U R A T   P A G E

2

3            I, G. KEVIN DONOVAN, M.D., M.A., do hereby

4      state under oath that I have read the above and

5      foregoing videotaped deposition in its entirety and

6      that the same is a full, true and correct transcript

7      of my testimony so given at said time and place,

8      except for the corrections noted.

9

10                     _____

11                     G. KEVIN DONOVAN, M.D., M.A.

12

13           Subscribed and sworn to before me, the

14     undersigned Notary Public in and for the State of

15     Oklahoma, by said witness _____, on this

16     the _____ day of _____, 2023.

17

18                     _____

19                     Notary Public

20

21     My Commission Expires: _____

22

23

24     JH

25

Page 285

1                   C E R T I F I C A T E

2

STATE OF OKLAHOMA   )

3                       )  SS:

COUNTY OF OKLAHOMA  )

4

5           I, Jana C. Hazelbaker, Certified Shorthand

6    Reporter within and for the State of Oklahoma, do

7    hereby certify that G. KEVIN DONOVAN, M.D., M.A., was

8    by me first duly sworn to testify the truth, the

9    whole truth, and nothing but the truth, in the case

10   aforesaid; that the above and foregoing

11   videoconference deposition was by me taken in

12   shorthand and thereafter transcribed; that the same

13   was taken on MARCH 22, 2023, located in SAND SPRINGS,

14   Oklahoma; that I am not an attorney for nor relative

15   of any of said parties or otherwise interested in the

16   event of said action.

17           IN WITNESS WHEREOF, I have hereunto set my

18   hand and official seal this 27th day of March, 2023.

19

20

21

                 <%8249,Signature%>

22               Jana C. Hazelbaker, CSR

                 State of Oklahoma CSR No. 1506

23

24

25

Page 286

1   G. Kevin Donovan, M.D. c/o Michael Beato, Esq.

    mbeato@holtzmanvogel.com

2

                                March 28th, 2023

3

4   RE: Dekker, August, Et Al. v. Weida, Jason, Et Al.

5        3/22/2023, G. Kevin Donovan, M.D., M.A. (#5815158)

6        The above-referenced transcript is available for

7   review.

8        Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  transcripts-fl@veritext.com

16

17       Return completed errata within 30 days from

18  receipt of testimony.

19       If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

Page 287

1   Dekker, August, Et Al. v. Weida, Jason, Et Al.

2   G. Kevin Donovan, M.D., M.A. (#5815158)

3                E R R A T A   S H E E T

4   PAGE__32___ LINE__22___ CHANGE__teleological_____

5   _____

6   REASON___NOT ideological_____

7   PAGE___56___ LINE___1___ CHANGE__patients_____

8   _____

9   REASON___NOT patience_____

10  PAGE___104__ LINE___2___ CHANGE___endocrinological_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  ____G Kevin Donovan_____      ___4/07/23_____

24  G. Kevin Donovan, M.D., M.A.            Date

25

1   Dekker, August, Et Al. v. Weida, Jason, Et Al.

2   G. Kevin Donovan, M.D., M.A. (#5815158)

3                 ACKNOWLEDGEMENT OF DEPONENT

4       I, G. Kevin Donovan, M.D., M.A., do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11   _G Kevin Donovan_____        4/7/2023_____

12   G. Kevin Donovan, M.D., M.A.        Date

13   *If notary is required

14                     SUBSCRIBED AND SWORN TO BEFORE ME THIS

15             _____ DAY OF _____, 20___.

16

17

18                   _____

19                   NOTARY PUBLIC

20

21

22

23

24

25

**[& - 23]**

| & |
| --- |
| **&**  2:17 |

**0**

**002078**  110:11
**00325**  1:6

**1**

**1**  2:12 4:3 12:22
13:1 14:10,22
18:14 46:19
64:15 85:18
120:17 138:24
140:2 211:19
**10**  4:15 21:3
89:4,8,21 91:5
123:3 150:17
**100**  4:19
**101**  99:3
**105**  2:12
**10:31**  72:10
**11**  4:16 67:15
89:9,13 91:14
129:5 130:10
**114**  4:21
**115**  4:22
**117**  4:23
**119**  2:18
**11:35**  112:24
**12**  4:3,17 5:19
92:9 93:4,11
130:23 213:23
214:6,8
**1229**  2:5
**125th**  2:5

**12:10**  112:25
**12:44**  138:6
**12th**  276:9
**13**  4:4,19 92:15
100:10,14
150:13
**14**  4:20 81:25
114:18,24
116:25 131:13
**149**  5:4
**15**  4:22 21:3
83:10,11,13
84:13 115:5,9
141:6 208:24
**150**  31:9,11
**1506**  285:22
**157**  5:5
**15th**  12:4
**16**  4:23 83:25
101:22 117:18
117:23
**160**  5:7
**17**  5:4 72:23
73:1 83:12
84:23 122:8
123:1 142:19
149:18,22
150:13
**171**  5:8
**18**  5:5 94:4,4
150:16 157:24
158:3 213:16
214:9
**181**  5:9

**183**  5:10
**186**  5:11
**188**  5:12
**19**  5:6 94:9
151:21 160:5,12
186:2
**1930s**  198:14,17
198:21 199:1
**1970**  27:17
**1974**  27:17,23
**1977**  27:23 28:2
**1979**  28:2,8
**1980**  28:8
**1980s**  68:12
**1982**  68:3
**1991**  70:18
**1993**  70:16
**1994**  28:11
**1997**  70:10
**1:19**  138:6

**2**

**2**  4:4 13:14
14:13 79:5 80:3
85:21 105:25
134:22 138:12
139:2 164:19,21
215:11
**20**  5:8 84:17
95:3 148:18,19
149:7 150:9,19
150:20 159:11
171:1,7 208:24
213:18 214:10
214:18 229:24
263:13 288:15

**2004**  68:4
**2007**  4:11 77:5
**2008**  68:12
**2009**  68:12,22
**2012**  30:1 45:25
52:21 53:15
102:12 122:23
**2015**  241:7
**2017**  105:10
151:4
**2018**  31:2 46:5
160:11
**2019**  212:4
**2020**  30:1 42:10
**2021**  262:12
**2022**  5:19 241:1
241:4,22
**2023**  1:16 6:6
12:5 241:22
284:16 285:13
285:18 286:2
**20s**  236:2
**21**  5:9 95:10
181:13,20
223:13,14
259:13
**210**  5:13
**213**  5:15
**22**  1:16 5:10 6:6
97:17 164:6
183:3,7 285:13
**23**  5:11 98:6
168:8 173:7,10
186:3,7

**[236-244 - 897-1880]**

**236-244** 5:13
**237** 211:21
**238** 215:12
**239** 224:23
235:24
**24** 5:12 98:16
174:21 188:18
188:22
**240** 245:11
**241** 249:15
263:11
**242** 266:3
**243** 262:21
268:21
**245** 5:16
**25** 5:13 45:5
67:21 98:20
181:22 199:7
210:17,21 214:5
**257** 5:17
**26** 5:14 68:10
98:25 99:3
138:11 192:25
213:7,11
**260** 5:18
**27** 4:5 5:16
199:10 245:1,7
**270-5938** 2:19
**271-8890** 2:6
**276** 5:19
**277** 5:20
**27th** 285:18
**28** 5:17 203:14
257:20,24

**281** 3:6
**284** 3:7
**286** 3:8
**28th** 286:2
**29** 5:18 203:15
260:11,15
**2:19** 181:12
**2:27** 181:12

**3**

**3** 4:5 27:9,13
38:23 39:1
46:17,21 73:13
74:22 80:10
85:21 139:4
224:23 235:24
**3/22/2023** 286:5
**30** 5:19 251:5
276:11,15
286:17
**30030** 2:13
**31** 5:20 277:5,9
**32301** 2:19
**32601** 2:6
**34** 4:6
**35** 31:19
**362** 2:6
**38** 4:8
**3:21** 218:19
**3:26** 218:19

**4**

**4** 4:6 34:4,9
38:20 43:11
80:14 85:24
86:4 130:18

139:6 160:18
**4-5** 3:3
**40** 31:19 148:19
149:7 150:9,19
150:20 223:6
251:6
**401** 222:15
223:6 224:17
**401-409** 222:23
**404** 2:13 223:7
**409** 222:15
224:17
**45** 223:21 224:6
224:16
**46** 222:15,23
223:6,16,17,18
223:21 224:6,12
224:13,16
**4:02** 244:25
**4:08** 244:25
**4:22** 1:6

**5**

**5** 4:7 34:25
38:13,18 74:1
80:22 86:19
139:7 143:19
247:6,17 248:5
248:6 249:14
262:11 263:10
280:18,22
**500** 2:18
**50s** 198:18
**538** 36:25
**56** 4:10

**5815158** 286:5
287:2 288:2
**5:02** 282:14
**5:04** 282:14
**5:05** 283:5

**6**

**6** 3:4 4:9 36:25
56:12,16 139:10
261:25 266:2
**60** 72:13
**60s** 198:19

**7**

**7** 3:5 4:11 76:18
76:19 262:20,21
268:21
**76** 4:11,13
**78** 85:8

**8**

**8** 4:12 76:25
77:4 81:7,17,24
90:2 122:6
**8-12** 118:9,11
119:8
**8-13** 119:12
120:12
**80** 151:21 152:3
235:25 236:10
**8249** 285:21
**850** 2:19
**88** 4:14
**89** 4:15,16
**897-1880** 2:13

**9**

**9**  4:14 34:24
35:11 39:2
88:19 89:3
90:12,20,23
**93**  4:18
**9:03**  7:2

**a**

**a.m.**  7:2 72:10
72:11 112:24
**aap**  73:13,15
74:2 81:21
113:20
**abbreviation**
66:18
**abbreviations**
16:17
**abbruzzese**  5:8
169:4 170:2,6,7
170:15,17 171:5
171:9,11,25
280:2
**aberration**
144:2
**abigail**  262:3
**ability**  9:7 110:5
110:25 111:14
112:4 205:9
278:23
**able**  22:23 56:5
75:11 101:9
108:23 110:19
111:23 123:8
132:8 133:1
140:24 142:2

166:6,10 176:3
177:12 179:12
191:7,12,19
195:23 201:2,15
201:25 202:18
203:6 220:13
221:11,20 235:2
236:12 241:20
261:2 272:12
273:11 275:6
**abnorm**  144:6
**abortionists**
83:25
**above**  130:21
190:4,11 284:4
285:10 286:6
288:7
**absence**  105:15
107:5,6 206:5
229:9 230:15,16
271:15
**absent**  206:12
**absolute**  220:25
**absolutely**
126:2 180:11
181:11 216:15
238:17 257:2
282:13
**absolutes**
131:11 218:25
**abstracted**
54:24
**academic**  94:16
255:11

**academy**  74:8
76:4 81:8 82:8
82:19,20,21
**accept**  36:9
119:16 154:8
219:7 261:6
**acceptance**
155:22 256:2,2
256:6,11
**accepted**  16:11
16:19 82:13,14
82:16,16,19
87:24 88:16
118:4 196:6
**accepting**  88:16
88:17 145:12
**access**  200:11
**accompanied**
138:18
**accompanies**
140:12
**accuracy**  269:9
286:9
**accurate**  27:5
46:24 57:18
136:25 137:8
148:3 176:21
214:7 242:11
243:22
**accurately**
195:23 251:6
**acknowledge...**
288:3
**acknowledgm...**
286:12

**acp**  113:15
**acquired**  29:12
31:3
**acronym**  91:16
**acronyms**  17:4
**action**  285:16
**active**  34:21
47:20 48:22
53:5 57:21,24
58:3
**actively**  30:21
48:20
**activities**  29:24
30:6,7,8 40:21
130:12
**actual**  60:4
73:22 107:19
227:2 263:4
**actually**  19:17
20:12 21:20
25:8 55:17
58:18,24 63:20
66:22 70:10
76:14 84:21
90:22 92:22
100:17 101:17
102:9 117:14
148:22 150:20
155:25 158:15
174:8 175:21,25
177:11 178:23
179:22 184:21
187:22 197:4
202:4 205:7,10
213:12 218:2

219:16 227:23
227:23 231:24
235:20 236:5
239:7 243:19
251:16 261:4
264:8 271:5,19
273:7,22 274:2
276:6 277:17
**ad** 279:10
**adaptation**
115:15
**add** 135:17
**added** 133:12
134:2 135:15
**addition** 191:24
**additional** 28:4
110:12 126:11
132:24 135:14
137:4
**additionally**
28:10
**additions** 288:6
**address** 184:25
228:16
**addressed** 63:15
63:23 66:2,7
238:11
**addresses**
238:23
**addressing**
213:19 228:24
**adds** 134:6
**adequate**
217:13

**adhere** 35:14,24
36:2 67:6
**adherence** 35:3
**adjourned**
283:5
**administration**
10:9 16:13,21
16:23 18:17
35:6 106:3,18
108:3 111:3
146:22 147:3
194:19 195:4
197:16 210:13
237:7 238:6,10
276:18
**adolescence**
110:24
**adolescent**
206:19 236:24
237:13,21
**adolescent's**
110:5,13
**adolescents**
101:21 102:17
105:10,14
158:10 199:6
208:23 235:4
264:18
**adopt** 35:2
**adopted** 119:25
120:2
**adult** 68:15
106:2,9 112:2,3
127:19 161:17
264:4

**adults** 107:8
111:20 123:6
129:3 158:10
208:24 229:25
235:21 263:12
264:18
**advance** 10:18
202:10
**advanced** 66:22
**advantageous**
193:16
**adverse** 183:12
184:9 193:2
194:15
**advice** 53:24
**advisements**
34:13
**advisory** 56:19
58:11
**advocacy** 39:19
95:3
**advocating**
203:8
**affect** 9:7,11
68:25 69:7
221:8
**affected** 136:21
**affecting** 131:5
**affiliated** 57:12
113:6,11 172:15
**affiliation** 57:18
57:20 113:3
**affirm** 146:14
**affirmation**
174:9 266:6,9

268:4 269:15
**affirmative**
101:23 213:14
213:21
**affirmatively**
212:8
**affirmed** 247:9
266:19 267:23
**affirming** 5:15
10:4,7 11:3,5,14
16:8 47:14,15
61:4,14 62:8
63:7 64:6 68:7
72:3,6 94:10
99:13,19,23
100:25 101:4
121:6 141:15
142:6 146:6,25
147:6 148:10
180:23 181:4
195:19 196:8,19
196:24 200:17
200:22 202:1
203:16 204:18
205:23 210:15
211:24 212:8,17
213:15,20 214:2
214:6,11,14,19
216:7 218:23
219:2,5,10,14
219:24 220:6
221:11 225:5,19
225:22 226:7,9
226:16,19,20
230:7 231:11

232:3,11,17
235:10,17 240:6
243:7 245:18
254:17 256:6,20
256:20 264:19
270:15,19,22
271:3 274:5,20
275:1 279:21
**affirms** 148:1
**afford** 200:6,23
201:2,15
**aforesaid**
285:10
**afraid** 66:21
127:23 267:10
**age** 101:22
**agency** 16:12,21
16:23,24 17:23
18:17 180:25
194:19 195:4
210:13 211:2,15
241:5 276:18
279:2
**agency's** 195:12
**agents** 105:4,7
107:8 110:13
118:13 222:3
233:9
**ages** 150:13
**ago** 15:8 55:20
63:1 70:18
84:17,17 125:11
199:8
**agree** 37:14
89:20 93:15

113:20 154:15
159:5 163:5
180:12,15
200:21 214:4
241:21
**agreed** 6:2,10
116:21
**agrees** 119:2
**ahca** 16:22 17:8
17:17 110:11
195:20 196:3
279:1 281:13,14
**ahead** 12:16
184:3 186:12
**ajob** 87:19,23
92:24
**akin** 144:8
**al** 1:4,7 7:10
286:4,4 287:1,1
288:1,1
**aliens** 232:8
**aligned** 36:7,11
37:17,22 43:3
119:3 120:11
146:15 147:7
**aligning** 270:7
**alleging** 109:17
**allotted** 286:20
**allow** 109:13
111:17 147:17
**allows** 161:6
**alter** 134:7
145:20
**alternatives**
206:8 208:15

219:17 220:14
221:6
**altogether**
112:1
**ambiguous**
179:2 201:23
**america** 102:22
243:1
**american** 59:9
59:11,14,18
74:8 76:4 81:8
82:8,20 87:11
89:15 92:15
97:2 100:20
112:16 113:6,12
113:25 114:6,11
114:23 115:1,10
116:18 247:17
**amount** 278:18
**analogous**
141:16
**analogues**
103:23 104:5,8
106:19 108:4
240:7 242:1
243:6
**analysis** 4:21
114:2
**andrew** 276:17
**anecdotal**
272:25
**anecdotes**
176:25
**annually** 31:10
31:12

**anorexia** 145:23
146:3,6
**answer** 8:13,22
9:7,18 39:10,13
103:1,2,13
107:3 108:5
109:4 116:22
126:10 137:22
137:24 141:3
161:24 166:17
166:19,21
171:17 178:7
179:15 187:7
195:23 201:23
203:21 207:19
209:10,19,21
218:1 220:9
230:25 231:6,15
231:20,22,22,24
232:7 237:25
242:21 250:15
270:1 271:12
273:21 275:6
**answered**
209:21 219:11
230:2,24
**answering** 8:6,8
8:14,16,19
230:3
**answers** 8:1
9:21 192:4
209:17
**antonnaria** 20:4
**anybody** 103:2
116:22 119:2

132:15 153:12
261:11 279:4
**anymore** 48:12
52:10 81:2
120:18 225:20
**anyway** 204:24
**apa's** 247:22
**apologize** 17:14
71:9 88:6
109:18 129:20
135:20 185:19
250:18,22 263:8
**app** 5:13
**apparently**
54:22 79:20
94:14 106:20
**appealing** 226:2
**appear** 73:6,8
79:1 255:11
277:22
**appeared** 85:13
91:21 97:21
**appearing** 2:2
117:10
**appears** 68:11
90:25 184:21
187:14,15
222:17 223:7
**appended** 288:7
**appendix**
211:21 215:12
224:23 235:24
245:11 249:15
262:21 263:11
266:3 268:21

**applicable**
208:6 286:8
**application**
11:20
**applied** 199:4
218:11
**applies** 252:8
**apply** 43:12
111:15 196:9,21
215:20,24
216:12,20,24
222:6
**applying** 147:11
228:13
**appointed** 56:18
56:24 58:12
**appointment**
58:16,22 59:3
**appointments**
45:12
**appreciate** 7:15
136:10 188:2
**approach** 11:10
11:11,13 32:15
32:18 58:18
69:18 102:1,18
102:20,24 103:3
103:5 145:4,7,8
145:22 146:17
146:18 147:21
147:21,24,25
148:6 164:7
167:6 168:9
173:16,18,25
174:12 217:3

227:16 249:8
254:14,16,19
255:14 270:14
270:15,18
**approached**
58:21 59:5,6
69:6
**approaches**
32:21 69:11
112:11 145:21
270:11
**approaching**
269:13
**appropriate**
35:5 137:16
141:22 199:21
270:3,6 275:6
**appropriately**
163:16
**approval** 168:4
168:6 246:14
247:3
**approximately**
24:9 31:17,19
31:21 77:9
125:13 134:23
**area** 52:12
190:3
**argues** 100:24
**argument**
158:18
**arose** 257:5
**arrange** 45:1
**arrangements**
44:8

**array** 160:20
**arrested** 181:24
**arresting**
105:16
**arrival** 80:9
**arrived** 31:3
**article** 4:19 5:8
5:10,11,12,17
5:18 18:25
21:21 22:5
36:18,24 37:1,2
37:5 38:8 73:17
73:23,23,24
74:5,13,20,22
74:24 76:8,9,12
76:17,22,23
77:3,5,11,18,22
78:18 79:1,5,5,6
79:14,18 80:3
80:14 81:17
83:16,25 84:9
84:11,14 85:16
85:25 86:3,7,12
86:13,14,19
87:7,10,13,18
87:22,24 88:2
88:11,25 89:2,3
89:22 90:1,21
91:3,21 92:3,13
92:15,19,24
93:10,12,16,21
94:2,9 95:2,5,10
95:14,22 97:5
97:10,11 99:23
100:1,2,3,7,15

101:7,11,15,16
102:10,12,15,23
103:10,11,22
104:10,18 107:1
107:7,11,16,21
108:7,18,19,20
108:20,22
109:10,25 110:4
110:7 112:12
113:6,11 116:7
123:9 131:9
132:16 133:11
157:6,8,12,18
159:3,5 160:9
160:16,18
161:10 170:2,5
170:6,15,20,23
171:5,9,11
172:3,15 182:19
182:25 183:8
185:13,24 186:8
186:20 187:5,15
187:16,17 188:5
188:7,7,10,14
188:23 191:3,8
191:13,16
248:14 257:12
257:15,17 258:5
258:9,25 259:2
259:5,16 260:3
260:6,8 261:18
262:3,4,6,10
263:23 280:21
280:21

**articles** 14:25
18:5,20,21,23
19:7,9 73:2,7
75:25 76:5,6
77:14 78:20
83:9 84:21 85:2
85:2,12,14
99:11 107:15
109:14,16
133:10 136:1
153:10 155:8,10
155:12 156:5
166:2 169:12,18
171:14 180:4
191:18,20 192:6
254:23,25
256:15 259:25
279:14,15,15,18
279:19,25,25
**aside** 71:23
137:17
**asked** 10:22,23
10:25 28:15
29:2 38:16
57:14 59:4 70:1
84:13 89:16
112:21 113:3
125:17 135:12
156:3 175:19
178:9 186:17,18
187:25 188:6
210:24 232:12
232:13 265:8,8
265:9 267:14
282:8

**asking** 15:19
27:14 90:16
106:7,11 109:23
109:24 126:6
127:25 143:5
192:9 195:13
197:5 204:13
209:13 226:25
230:12,19,20
231:18 232:1,8
232:23 234:9
235:1,16 241:18
241:19 242:23
243:15,16
244:14,17
258:21 259:14
259:16,18 261:1
261:19 265:20
265:20 271:23
274:18 275:19
**aspect** 221:1
**aspects** 64:9
103:20 220:12
220:12 221:3
282:6
**assault** 257:6
258:3,23 259:13
259:13,20 260:7
**assaults** 258:20
**assembled**
206:23
**assent** 110:20
**assert** 103:23
109:15 174:21
228:19

**asserting** 144:7
144:8,9
**assertion**
103:25 104:23
106:8,12,18
107:1,12,23,25
108:3,6,13
149:7 152:17
154:13,23 155:5
155:13,17,24
159:17 161:2,20
165:15 166:7,12
166:23 174:24
176:12 178:12
182:14 186:18
192:2,10,17
228:22 229:5
233:14 234:22
234:23,25 236:4
236:20 237:3,23
259:17 266:21
271:9,22 272:5
**assertions**
108:25 109:2
191:14
**assess** 33:15
**assessment**
241:5,6
**assign** 179:10
**assigned** 66:12
146:15 147:8
148:2 151:24
270:8
**assignment**
144:1

**assimilation**
95:13
**assist** 211:5
**assistance** 52:6
**assistant** 90:2
91:17
**assisted** 95:3
142:13
**assisting** 33:8
**associate** 57:17
58:1 245:23
**associated**
24:15 110:15,24
138:9 188:24
191:14 227:7
266:4 273:18
**association** 4:10
52:24 55:9,12
55:15 56:9,23
57:3,6 78:4,8,15
79:4 84:7 92:1
93:22 95:19
117:12,22 118:1
118:5,12,16,18
119:14,22 120:2
204:8 205:6
247:18
**association's**
118:25 120:7
**associations**
49:22 133:25
169:16 204:4
205:4
**assume** 51:2,12
51:13 54:17

58:6 70:11
87:24 88:17
90:7 110:5
151:22 171:10
195:24 200:9
252:15
**assumed** 83:24
189:13
**assuming** 91:15
200:1,2 224:25
**attached** 276:22
281:11,17
286:11
**attachment**
16:10
**attempted** 79:14
**attendant** 197:2
197:15
**attention** 127:5
**attorney** 7:9
8:18 21:5 281:1
281:2,2,3
285:14 286:13
**attorney's** 19:20
**attorneys** 6:3,11
13:7,11 21:4
**attraction** 4:22
115:12 116:16
**august** 1:4
286:4 287:1
288:1
**australia** 168:17
**author** 73:2,5,9
73:11,20 74:1,6
74:11,13 75:6,8

75:19 76:3
80:11 81:10,20
82:1 93:1,3
99:22 108:14
113:4 114:15
115:20,25 116:4
116:13,20,21
117:4
**authored** 94:9
99:18
**authority** 256:7
**authors** 73:15
75:1 109:17
170:8 172:14
**autism** 110:22
**automatically**
88:16
**autonomy**
216:22
**available** 65:20
126:20 155:6
198:20,23
206:11,16 219:3
223:25 286:6
**avenue** 2:5
**avoiding** 69:14
**award** 50:13
**awards** 49:22
50:3
**aware** 11:22
15:6 32:15
83:21 87:16
91:24 112:15
114:11,14
115:19 117:2,14

118:15,20,21,23
119:21 120:5
152:22 157:5,7
157:10 158:13
159:25 160:15
160:17 161:1,25
164:11 172:14
180:8 181:3
198:8,10 202:4
203:17 204:3
207:17,20
242:16 255:3
260:20 261:1,7
261:19,22
264:16
**axis** 105:21

**b**

**b** 138:12
**babies** 52:7
**back** 15:13
20:11 39:24
46:18,19 75:21
75:23 78:25
82:13 86:16
93:3,19 96:5,13
96:14 97:16
103:12 104:19
120:16 126:3
128:15 129:10
130:9 140:15,19
147:20 151:18
151:20 154:10
159:9 162:7
171:8,25 181:21
186:17 187:10

189:3,11,19
190:17 191:22
222:8 233:5
245:8 248:18
263:10 266:14
266:18,24 267:3
267:8,18,21
**background**
21:11 24:14
33:14 123:7
137:18
**balance** 185:22
**ban** 173:22
**banned** 173:24
**bans** 213:24
214:9
**barantorchinsky**
2:17
**base** 206:21,22
207:14 217:14
**based** 102:11
116:21 163:6,10
172:16,19 173:3
192:4 194:22
195:1,15,15
217:20 241:20
252:19 278:8,15
**basic** 229:2
**basically** 30:5
52:13 64:4
66:12 160:25
225:15 252:14
262:16 275:17
280:15

**basing** 178:11
**basis** 117:8
133:5 139:1
144:7 148:7
159:13,24 161:6
161:7 168:12
202:13 251:21
**bates** 110:11
**bathroom**
258:16 261:14
**baylor** 27:20
**beato** 2:16 3:6
13:13 15:24
26:15 36:20
39:9 55:22 56:2
88:5 107:2
109:3,18,21
110:2 112:23
135:20 136:22
137:4,24 138:5
140:17 141:2
154:15 161:23
166:14,17
171:16 178:6
179:14 181:8
187:6 203:20
207:18 209:16
215:6 217:25
218:12 220:8
223:1 230:23
231:5,14 232:14
237:24 244:23
269:25 271:11
273:20 281:4,9
282:9,13,20

283:3 286:1
**began** 28:25
**beginning** 98:8
164:22 207:1
234:16
**begun** 173:11
**behalf** 1:15 6:5
**behavior** 149:4
150:1,2
**behavioral**
115:14 215:17
216:9
**beings** 215:21
216:6
**beliefs** 119:3
120:10
**believe** 11:12
12:6 15:18
16:14 17:9 27:8
36:20 45:6
57:19 58:10
59:4,16 61:2
71:3,8 74:21
78:2 79:9 80:19
81:1,3,4 84:8
86:8 94:20 98:5
99:9 102:10,15
105:3 134:23
137:3 139:15
140:4 141:5
142:23 143:23
149:8 150:7
151:11 155:7
170:3 171:18
173:20 186:1

187:25 197:19
202:13 203:11
203:24 219:22
226:3,11 227:22
231:2,3 248:21
248:23 249:3
269:16,21 276:7
277:13
**believed** 186:20
**believes** 227:14
**belmont** 215:2
215:13,16,24
216:3,20 218:17
**belong** 113:15
**belongs** 134:9
**belt** 200:14,16
201:22
**beneficence**
4:15 87:7 89:7
216:23
**benefit** 76:15
194:6 229:23
**benefits** 206:8
207:21 208:15
218:8 219:17
220:14 221:6
243:8 244:5
275:16
**benign** 238:25
**best** 29:19 59:7
82:9 97:8 121:9
249:3,8 250:23
**betcha** 126:25
**better** 97:12
105:10 137:22

184:3 207:7
**beyond** 215:1
 278:23
**biased** 130:24
**bibliography**
 4:4 13:19 14:5,6
 14:8 15:4
 102:14 131:20
 132:2,22 133:8
 133:11,15,24
 134:3,9,21
 135:1,13,15,18
 135:19,22
 136:25 140:11
 140:14 148:25
 151:4,18 152:21
 153:2 154:17
 155:1,8,11
 156:25 157:19
 165:22,25 166:5
 166:10 168:22
 168:23 169:1,13
 169:22 170:7,16
 170:24 171:8
 174:15 175:2
 179:21,23 182:6
 182:13 183:1
 185:14,25
 187:11 188:11
 191:18 192:19
 192:21 233:2,22
 233:25 234:3
 236:9,13 248:1
 279:11

**bigger** 183:17
**bio** 76:10
**biochemical**
 159:12,19,23
 163:25
**bioethical**
 124:21
**bioethicist** 37:4
 47:9 130:3,4,8
 130:12 211:15
**bioethicists**
 30:16 123:21,25
 124:3,16 125:14
 130:6
**bioethics** 4:16
 28:11,14 29:14
 29:18,20 30:13
 32:4,12 34:14
 41:19,22 43:15
 44:4,10 45:12
 62:16 66:13
 68:10,13,23
 72:24 73:14,16
 73:19 74:2,8,23
 75:3,5,6,10,10
 75:20 76:4
 77:14 80:12
 81:11,21 82:2
 83:14,19 84:21
 85:22 87:11
 89:16 92:16
 97:3 100:21
 104:9 110:6
 121:20 122:2,5

**biography** 58:4
**biologic** 258:20
**biomedical**
 215:16 216:9
**birth** 38:3 92:17
 144:2 146:15
 147:8 148:3
 151:24 270:9
**birthright** 52:4
 52:23
**bishops** 43:10
**bit** 9:25 29:11
 33:5 45:9 49:22
 72:5 84:18
 121:18 149:24
 183:22 184:6
 190:22,23,24,25
 191:1,9 201:23
 247:4 280:6
**bits** 127:16
**bitter** 95:12
**blind** 78:11
**block** 19:6
 164:11,16,24
 189:21
**blocker** 164:14
**blockers** 61:8
 102:2 164:7,11
 164:17,20
 165:12,17 182:2
 186:14,19
 188:24 191:15
 196:15,18,23
 235:8 238:24
 244:8

**blocking** 10:11
 61:18 103:18
 105:4,7 107:8
 110:13 118:13
 119:18 147:4
 191:5 222:3
 233:9 245:21
**blog** 90:4,20,25
**blogs** 126:21
**blood** 69:14
**blow** 262:8
**blue** 277:17
**bmj** 19:4 21:21
**board** 49:2 52:3
 52:8 56:19,25
 122:8,19 243:4
 243:21
**boards** 82:24
**bodies** 168:11
 168:14 169:11
 170:19
**bodily** 146:4
**body** 142:11
 145:18,19,20,20
 146:1 219:1
 228:20 233:24
 249:1,6 253:8
 253:17,23
 256:22 268:25
**bolded** 278:6
**bombing** 255:17
 256:10 266:7
**bone** 184:10
 239:2

**book** 85:19,20
91:5,7,9,10 92:9
97:20 98:4,7,17
98:23 99:5,6,7
**books** 85:17
**bottom** 280:7
**bouillon** 50:15
**bound** 35:19
**boy** 124:10
**boys** 105:20
**brain** 54:7
69:19 141:10,17
142:13 184:10
236:23 237:8,20
**branch** 28:6
**break** 8:13,15
8:17 67:13
70:25 72:9
109:22 110:1
112:21 113:2
138:4 162:6
181:10,11,16
218:13,17
244:22,24
**brief** 108:21
133:24 282:10
**briefly** 20:18
39:24 56:17
**bring** 155:9
178:17 183:21
**brings** 120:24
**britain** 173:14
174:11
**british** 18:23
22:5 51:10

174:14 255:9
**brits** 174:7
**broad** 45:16
**broader** 153:3
**broke** 218:21
**brought** 23:6
137:18 218:4
**buggy** 250:7
**busy** 31:4
**bypass** 101:9

**c**

**c** 1:18 2:1 3:1
6:7 16:22 285:1
285:1,5,22
286:1
**cace** 66:18,20
**call** 32:16
125:21 225:19
254:19
**called** 32:19
54:3,5 68:24
74:2,24 94:10
95:11 102:16
170:20 172:7,8
187:12 235:23
241:25 256:10
278:9
**calling** 225:17
225:19 273:13
**calorie** 146:7
**campus** 42:24
**capacities** 48:18
**capacity** 26:2
47:13 69:24
94:22 111:9,21

112:5 206:4
**cardiovascular**
184:11
**care** 4:7 5:15
10:4,7 11:3,5,14
24:8,11,11,16
32:17 33:2,9
36:7,11 37:10
37:17,20 43:1
43:21 44:2
47:15,15 48:17
50:16 52:15,15
62:8 63:7 64:6
68:7 69:1,7 72:4
72:6 91:10
99:13,20,23
100:25 101:4,22
102:3,8,20,25
103:6,8 111:3
121:6 128:24
141:15,25 142:6
143:20 144:25
148:1,10 174:17
178:23 180:9,13
180:16 181:5
195:19,24 196:4
196:19 197:12
199:24 200:11
201:15,16
203:16 204:11
204:18 205:23
207:3 208:5,6
210:15 211:25
212:9,17 213:15
214:2,7,11

215:25 216:13
216:17,21,25
217:10,11
218:23 219:2,5
219:10,14
221:11 240:6
243:1 245:18
254:17 262:9
264:19 270:22
272:2,6,16
273:16,18,23
274:5 275:1
279:21
**career** 51:1,12
130:25
**careful** 8:7 37:8
131:10 273:8
**carefully** 218:9
275:4
**caring** 91:11
**carl** 2:10
**carried** 271:18
**case** 10:1,14,18
10:22 15:7,20
16:25 20:6
25:18,21,24
73:9 74:10
132:19 134:17
138:21 139:11
139:14,24 140:3
142:17 153:4,9
163:21 199:20
203:24 204:1,9
204:12 205:12
205:21 208:8

216:14 229:14
239:18 241:25
242:23 252:9
279:8 281:13
285:9
**cases** 24:7,9,17
24:24 25:1,3,7
30:22 33:16
49:13 68:18
139:7 240:8
242:24 243:9
244:6,19 270:16
**castrate** 168:7
**casuistry** 32:21
**catalog** 66:15
**categories**
213:13 217:2
**category** 31:25
81:23 84:22
97:14 213:16,23
226:10 228:7
252:17 275:11
**catholic** 4:10
32:6,13 33:18
34:2 35:1,12
36:6 37:7,17
38:9 39:17 43:3
43:10 47:2 53:3
53:18,23 54:15
55:2,5,9,11,14
56:8,22 57:3,6
70:3,9,14 78:4,8
78:15 79:3
83:15 84:6
91:11,19,25

93:22 95:19
117:11,22 118:1
118:4,11,16,18
118:24 119:14
119:22 120:1,7
130:13,20
**catholics** 95:13
**caught** 98:14
**causation**
268:18
**cause** 23:24
103:24 104:5
156:13 193:1,6
193:10,11,14,18
193:22 194:14
203:2 247:7
268:9 269:5,14
**caused** 267:7
268:14
**causes** 108:4
193:7
**cautious** 173:12
174:5,11
**cautiously**
162:25
**ccharles** 2:14
**cdc** 132:14
137:13 148:22
149:4,24 150:5
150:21 151:7
**center** 29:14,17
29:25 30:4,6,21
31:1,7,11,15
32:3 33:3,8,17
34:10,14,22

35:9,18,19,23
35:24 40:3,15
40:25 41:10
42:1,5,22 43:15
43:23 44:4,10
63:3 64:21
68:24 121:20
122:5
**centralized**
174:19
**certain** 38:4
39:3 96:11 97:5
107:24 113:20
146:17 220:11
220:12 243:18
**certainly** 17:6
19:9 39:14
103:3 110:21
121:10 125:20
142:8,17 143:7
148:17 169:4
184:13 193:9,12
209:11 220:11
235:2 275:25
**certainty** 221:9
**certificate** 3:8
**certified** 6:7
285:5
**certify** 285:7
**cfr** 222:15,20
224:12
**chair** 28:15 29:2
122:14,18
**chaired** 122:7

**chairman** 45:4
45:5 52:3,8
**challenge**
206:21
**challenges** 33:2
33:9 182:1
234:14,25
**chance** 242:20
**change** 106:1
116:8,9 225:4
228:3 247:6,14
247:21 248:5,13
248:23 267:13
267:24 280:16
287:4,7,10,13
287:16,19
**changed** 86:22
115:23,24 116:3
116:19 117:3
118:24 240:5
267:18
**changes** 181:25
182:1 240:23
282:22 286:10
288:6
**changing**
248:22
**chap** 98:3
**chapter** 85:18
91:6,7 98:4,7
99:3
**chapters** 85:17
**characterize**
52:25 121:9

characterized
   29:19
charities  48:15
charles  2:10
check  224:19
chelsea  2:4 7:8
   135:20,21 215:6
chelsea.dunn
   2:7
chemical  119:16
chicago  206:20
chicken  144:9
   144:17
chief  45:21
   206:19
child  105:23
   161:17 239:18
   268:25
childhood  45:19
children  21:19
   74:4 87:10
   101:13,21 102:1
   102:17 103:5
   105:14 108:23
   111:18 114:7
   129:2 189:20
   208:23 210:8,11
   222:12,21
   235:21 238:24
   239:5 251:14
   255:18 282:5
children's
   206:19
choice  40:11
   108:9

choose  201:16
choosing  201:2
chose  202:1
chosen  47:17
   108:10
chriss  2:4
christian  70:20
   83:14,19,23
   94:3 95:18
christine  198:15
chronological
   53:10
church  69:21,22
   69:25
circles  256:19
circumstances
   23:14 36:13
   49:8 53:23
   111:10 201:17
   202:25 203:1
   219:8,9 220:19
citation  106:10
   108:7 154:16
   155:16 182:8
   192:16 223:11
   224:8,12 229:11
   230:6,10,12,21
   231:10 232:21
   234:7 236:6,19
   237:2,16 240:4
   254:7 255:19,21
   255:22,24
   258:22 259:25
   260:2 264:11
   265:2,24,25

citations  192:20
   192:23,23 209:9
   237:4
cite  109:1 149:3
   152:16 169:22
   169:24 172:1
   182:4 185:14
   186:15 192:1
   203:25 207:8
   209:6,14 219:22
   228:21 229:5
   232:25 234:22
   235:25 236:3
   237:22 238:7
   239:24 240:1
   248:4 257:11
   262:3 263:23
   266:1 271:21
   280:18
cited  103:7
   104:15,22
   106:25 148:24
   153:20 170:16
   174:15 188:11
   192:10 204:1,9
   205:13,19
   230:10,22
   232:13,23 233:1
   233:20,22,23,23
   234:3,9 238:2,3
   239:8,10 254:2
   254:23 255:23
   258:6,9,13,24
   259:16 261:18
   266:20 267:15

280:19
cites  104:19
   109:6 110:15
   149:24 150:9
   212:3
citing  151:5
   192:5 224:11
   226:18 257:17
   263:15 268:7
civil  135:6
   136:12 138:11
claim  253:16
   254:11 261:3,8
   261:9,10
claimed  229:23
claims  26:11
clarification
   17:5 71:15
   196:13 224:20
clarified  100:22
clarify  18:25
   186:24 231:24
   277:11
clarity  13:8
class  63:24
classes  40:25
   41:3,10,11,12
   41:12,18
clayton  5:10
   169:8 171:14
   182:17,19,25
   184:21 280:1,9
clear  68:19
   124:6 134:10
   156:23 163:9

**[clear - complete]**

168:2 184:14
196:12 204:23
205:12 245:4
246:12,18
**clearly** 108:9
153:15 193:18
193:22 207:22
208:16 229:18
247:2 258:13
**click** 259:12
**clinic** 173:15
174:19
**clinical** 29:14,17
30:24 32:5
34:14 42:4,19
44:13 45:10
59:23 60:23
62:17,24 66:22
81:7 83:1,7
102:16 105:9
165:1,5 168:10
180:17 194:22
194:25 197:12
198:9 206:24
208:5 215:25,25
216:5,6,8,13,17
216:21,24 217:9
223:13,25 224:4
242:18
**clinician** 48:12
48:22 102:4
163:18,22
167:22 168:4,6
227:1 249:25
251:1 253:11,21

**clinicians** 111:7
112:7 158:11
202:14 203:5
226:4 251:19
**clinics** 174:10
174:18 175:3
**close** 22:18 32:1
162:8 194:21
245:14
**closed** 173:15
174:8
**closely** 242:4
**closer** 214:5
269:9
**clothing** 145:9
**cma** 4:23 78:2
**cnn** 5:18 260:6
260:16
**code** 222:14,17
223:5,12 224:13
224:14
**coercion** 206:5
**cohen** 102:12
**colleagues**
40:22 123:19
262:25
**collect** 158:10
**college** 27:21
59:9,11,15,18
112:16 113:7,12
114:1,6,11,23
115:1,10 116:19
**combined** 84:18
**come** 21:21
22:25 54:10

93:3,3 130:21
154:2 168:9
178:21 181:24
202:23 253:1,7
279:4,20
**comes** 152:11
175:7 252:14
**comfortable**
10:5
**coming** 127:5
194:23 273:5
**commentaries**
89:17,19
**commentary**
87:17,19 88:11
88:13,15 89:8
89:21 93:13
95:25 100:4,24
103:18 106:16
106:21,24
**comments** 93:2
96:21,23,25
**commission**
284:21
**commitment**
35:16
**committed**
257:7 258:2,23
259:20
**committee**
28:16 29:3
44:20 58:11
73:13,16,19
74:2,8 75:2,5,6
75:10,10,20

76:4 80:12
81:11,13,15,21
82:2
**common** 35:17
74:12 108:12,15
108:16 144:12
145:22 251:7,11
251:14
**commonly** 10:1
34:2
**community**
54:21 157:9
269:21
**compare** 203:15
**compared** 241:7
249:9 251:14
268:5
**comparing**
146:2 273:25
**comparisons**
141:8
**compatible**
64:10
**compendium**
98:22
**compensation**
139:10
**competing**
261:2
**compiled** 23:4
**complete** 8:23
9:21 27:5
131:25 135:23
136:17 138:24
288:8

**completed**
27:20 28:25
152:5 286:17
**completely**
121:2 127:23
142:1 164:18
261:16 272:3
274:13
**complication**
49:10
**complications**
181:24 186:19
188:24 191:14
191:25 192:11
192:17 197:1,15
197:18,21,23,25
198:3 235:9
**compose** 19:10
**comprehension**
206:7
**comprise** 121:4
150:13
**comprised**
134:15
**comprising**
150:15
**compute** 272:3
**conceivably**
108:11
**conceive** 4:17
92:16
**concentrates**
183:18
**concept** 11:18
11:20 78:11

128:8 227:22
237:15
**conceptually**
145:17
**concern** 54:7
110:22 203:12
272:1 279:2
**concerned**
128:6 173:18
199:18 203:13
278:14 282:5
**concerns** 45:18
107:19 168:11
169:17 174:2
274:17
**conclusion**
203:14,15
268:22
**conclusions**
130:22 281:19
**condition** 35:4
39:4 105:25
106:1 110:10
111:13 119:15
144:19,23
163:11,14
172:13 193:1,13
227:7 229:7
254:4 267:13
269:23
**conditions**
30:11 39:7
110:16,19
111:22 130:6
147:14,18

162:14,17 193:7
249:17 251:22
252:6,19,23
**conducted**
59:24 61:3,7,10
61:13 275:5
**conducting** 83:6
**conference**
43:10 44:20
68:23 94:5
**conferences**
44:23,23 45:1
**confirm** 12:8,19
99:17 130:5
162:13 164:1
165:1 177:24
201:22 214:23
238:18 241:20
252:13 259:1
**confirmation**
163:17 178:24
**confirmatory**
164:4 252:9
**confirmed**
135:2 163:15,23
177:7,9,25
178:4,22 252:23
**confirming**
10:10 159:13
163:22 197:21
198:13 245:20
253:24
**confirms** 161:5
**conform** 146:1

**conformed**
163:15
**confused** 98:3
223:22 232:20
263:7
**confusion** 7:23
263:6
**connected** 116:2
**connections**
278:19
**connotation**
225:23
**consent** 72:3,5
100:25 101:3,6
101:9,12 110:5
111:1,5,8,9,14
111:18,21,24
112:4 141:23
187:23 191:5
197:8 202:11
203:18,24,25
204:10,12,14,20
204:22 205:9,14
205:16,24,25
206:1,3,11
208:17,20 210:9
215:4,14 216:24
217:12,22
218:21,23 219:3
219:6,10,24
220:1,5,11,21
220:22 221:14
221:21,22
222:21

consequences
204:23 205:8
conservative
173:12 174:5
consid  37:18
consider  46:23
83:2 129:8
131:24 132:1
133:16 137:12
194:22 195:3
264:22
considered  14:9
39:15 84:10
132:6,25 135:8
135:16,23 136:1
136:13,15 139:2
140:6,10 141:24
189:21 195:1
204:5 274:22
279:3
considers
132:16
consistent  64:12
130:17 195:19
constant  133:5
constitutes
141:22
constructed
218:9
consult  128:23
211:11,14
consultant
34:21 42:5 53:3
54:12

consultants
33:8 44:1
consultation
29:23 30:8
42:11
consultations
30:15,17 31:6
31:16,19 34:13
42:8 44:13
126:1 128:14,16
226:13
consulted  123:4
126:13,14
128:11
consulting
30:21
consults  31:10
31:11,23 128:19
128:21
contact  17:24
contacted  15:12
15:17 16:2 17:7
210:24
contacts  116:17
contagion
155:22 156:12
156:17
contain  138:24
139:13,23 140:2
140:6 166:12
191:19
contained  196:2
259:23
contains  136:13
166:7 243:23

contention
102:7,19 104:16
148:9 165:11,18
167:3,11,24
186:14 199:16
230:6,13 231:11
232:3,16 234:18
267:20 274:2
contentions
109:16
contentious
167:14
contesting
153:12
context  63:18
123:14,16
126:16 164:14
198:10 206:15
225:8
continue  109:23
135:21 202:14
264:4
continued
105:20 106:2
continuing
29:10
contraceptive
38:3,6
contraceptives
37:25 38:1
contribute  13:2
51:20 73:22
contributed
46:2 73:20
74:12 98:18

contribution
73:17 103:19
160:23
contributions
51:23 83:22
110:6
control  38:3
controlled
105:6 273:8,24
controversial
153:17 171:19
171:23 234:6,12
237:15 251:25
256:23 281:22
282:1
convenient
22:23
conversation
8:4,5 121:15
124:12 139:18
conversations
124:4,8,15,22
125:7,13,17
conveyor
200:14,16
201:21
convincing
265:12
cooperate  26:14
copies  286:14
copy  74:19
277:17
correct  8:25
12:5 14:16
24:19 25:16

27:18,24 28:12
35:25 36:3
38:12 44:15
45:14,15 47:8
47:11,12,19
48:5 52:22
61:15 63:4,8,11
71:3,7 72:1 77:6
85:20 86:15
90:6 91:15,18
91:23 99:21
100:5 101:1,2
103:15,16
112:14 115:18
122:13 129:4
131:3 135:3,25
137:2,9 141:1
141:12 142:14
143:15,20,22
146:8,17 148:16
151:15 154:24
158:15 159:14
159:15 161:22
165:2,8 167:22
168:4 170:22
177:20 182:5,9
183:9 184:16
186:9,15 187:14
187:16 192:22
196:25 197:19
197:22 198:17
199:25 200:11
201:3 202:3
204:21 205:14
208:9 214:11

215:4,5,22
224:18 237:3,4
243:3 247:7
249:21,23,24
251:20 254:23
255:7 259:21
266:7 268:15
269:4 279:8,9
280:22 281:11
281:12 284:6
288:8
**corrected** 235:5
**correction** 5:5
157:6,11,18
158:13
**corrections**
284:8 288:6
**cough** 17:15
**could've** 137:5
**counsel** 2:5 7:12
14:18 109:21
154:15 181:8
218:12 231:14
286:14
**counselor**
236:17 240:2
**count** 179:7
**countries**
169:17 173:11
173:13,22 174:5
**county** 285:3
**couple** 7:21
16:15 31:22
62:15 68:20
69:20 70:24

71:10 113:22
124:22 127:15
149:25 229:21
259:7
**coupled** 254:11
**course** 19:20
33:6 41:5,15,20
41:23 63:12
65:4,9,11,20
66:2,3,6,9,13,19
69:10 71:23
106:4 108:16
109:6 110:2,2
136:19 138:2
164:13 176:24
192:3 193:4
196:17 198:12
204:17 208:12
210:14 216:21
218:5 226:22
249:3 250:6
258:1 264:24
273:13
**courses** 46:12
63:16,19 64:19
66:4
**court** 1:1 2:12
7:24 9:13,15
10:17 26:4,7
76:15 121:13
134:11,17
138:10,14,17
**cover** 117:21
212:12 214:2,10
214:14,18,23

**coverage** 5:14
16:7 200:5,10
212:8,14 213:15
213:19,20,21,24
214:9
**covered** 180:25
181:6 190:16
199:25 213:21
270:24
**coworkers**
160:19
**cpr** 98:16
**creation** 4:18
92:17
**credibility**
179:10
**credible** 275:2
**cretella** 4:19
112:13,15 113:4
114:16 115:21
116:20 117:4
**criteria** 143:8,9
143:10,13
163:18 240:9
241:24 242:2,10
242:25
**criticisms**
265:14,16,17,20
278:8
**criticized** 265:6
**critiquing** 172:4
**cross** 3:6 10:9
50:6 61:11 65:9
65:10 105:25
106:3 119:19

146:23 164:8
165:12,18
196:24 197:2,15
197:16 198:20
198:25 222:4
237:7 238:6,11
281:8
**crusades** 50:15
**csr** 1:18 285:22
285:22
**cst** 7:2 283:5
**cult** 254:19
255:14
**cur** 65:12
**cura** 32:17
**curious** 58:25
**current** 101:22
102:7 160:20
168:12 217:3
**currently** 22:17
40:2,24 42:4
46:8,11 47:20
54:6 108:1
111:2 121:21
122:1,14 150:15
158:20 205:2
211:23 243:7
244:5 249:14
**curriculum** 4:5
26:23 27:1,7
49:23 63:23,25
**cursor** 101:17
101:19
**cut** 129:19
246:16

**cutting** 126:6
**cv** 1:6 42:15
44:16 50:3 51:5
53:8 54:23,25
67:3,7,11,22
71:2,9 72:13
75:22 78:25
85:6,9 93:19
97:16 99:10
116:22 123:8

**d**

**d** 7:17,17
**d.c.** 48:3 52:20
213:16
**daily** 254:25
255:3,6,9
**dangers** 182:18
**data** 135:8,11
135:15,23
136:13,15 139:2
140:6,10 148:11
149:6,24 150:3
151:4 152:23
153:2 154:1,12
154:22 155:6,17
156:22 158:10
208:25 209:14
217:20 266:20
267:20 268:6
**database** 148:23
**date** 240:18,19
241:20 287:24
288:12
**dated** 5:19

**day** 66:5 175:6
177:3,22 178:19
207:22 229:9
236:17 281:5
284:16 285:18
288:15
**days** 286:17
**de** 102:11
199:14,19,23
202:17 203:2
266:23
**deadly** 95:3
**deal** 162:2
**dealing** 230:17
**dealt** 131:5
**dean** 44:22
**dean's** 44:20
68:23
**death** 54:7
69:19 70:8,12
141:10,17
142:13 146:11
**decade** 136:6
148:15 229:20
**decades** 198:10
207:24 208:13
229:21
**decatur** 2:13
**decide** 96:6
**decided** 47:17
87:1 171:22
**deciding** 195:25
200:24
**decision** 47:1
98:9 110:13

114:15 115:20
115:24 116:3,19
117:3 118:24
120:6 203:3
206:6
**decisions** 83:15
108:24
**declaration** 4:3
12:4,11 14:10
14:21 15:4
18:14 120:22
140:20 209:23
**declarations**
20:1,2,5,7,14,16
20:19
**declare** 288:4
**decreased** 268:8
**deemed** 288:6
**deems** 244:16
**defendant** 16:25
49:17 281:13
**defendants** 1:8
2:16 10:17
16:25 20:7,14
20:15,19 25:17
25:20 120:23
281:3
**defense** 2:11
10:14 13:7,11
21:4,5 49:11
281:2
**defer** 242:15
**deficiencies**
217:2,9 218:25

**deficient** 230:18
  271:1
**define** 144:11
**definitely**
  276:23
**definition**
  194:17 254:6
  272:8,21,22
  273:7
**definitive**
  274:23
**defy** 144:11
**degree** 28:14
**degrees** 29:12
**dehydration**
  146:8
**dekker** 1:4 7:9
  120:24 286:4
  287:1 288:1
**delayed** 233:9
**delaying** 199:5
**delineated**
  208:16 229:18
**delivered**
  216:25
**delusion** 144:9
**demonstrate**
  140:25 153:10
  160:1 204:11
  268:17 274:5,16
  274:19
**demonstrates**
  232:21
**denies** 155:6

**density** 239:2
**deny** 178:21
**department**
  17:10 65:15,17
  65:19
**depend** 36:13
  37:21 109:11
**depending**
  108:18
**depends** 38:2
  73:24 275:14
**depiction** 27:6
**deponent**
  286:13 288:3
**deposed** 7:19
  23:12,13,15,18
  23:22 24:7
  49:14
**deposes** 7:3
**deposing** 7:10
  286:13
**deposition** 1:12
  6:4,16 8:22 9:25
  17:4 18:3 21:2,9
  22:22 23:1,5,8
  121:13 139:9
  278:13 283:1,5
  284:5 285:11
**depositions**
  121:14
**depression**
  110:23 264:5
**depth** 20:17
**describe** 49:8
  60:7 63:18

65:11 77:17
  226:23 235:8
  238:5 248:25
**described** 72:14
  97:12 144:6
  156:8 176:14
  234:15 235:1,12
  257:7 258:3,22
  258:24 259:3,8
  259:20
**description** 32:8
  57:18 156:14
  235:3
**design** 275:13
**designed** 271:18
**desire** 146:7
**details** 261:6,13
**determine** 90:18
  97:4 104:21
  194:20 195:20
  196:3 204:19
  210:14 218:8
  241:25 253:9
  272:13 273:16
**determined**
  150:18 167:17
  168:1 246:10
  275:21
**determining**
  194:23 195:5
**develop** 28:17
  158:6 159:1
**development**
  172:12 236:23
  237:8,20 239:2

242:9
**devona** 276:16
**diagnose** 147:17
  161:6,17
**diagnosed**
  129:24 144:18
  252:25 253:4
  261:15
**diagnoses**
  147:14 193:17
  193:21 222:6
  250:1,10 251:8
  251:17,17
**diagnosing**
  160:4 249:16
  251:22 252:7
  253:5,15 254:4
**diagnosis** 11:10
  11:13,20 128:8
  131:2 141:9,17
  142:20,21,22,25
  143:1,2,3,4,6,14
  143:18 144:23
  145:1,2,3,12,13
  158:9 159:14
  161:8 162:3,13
  163:6,10,22
  164:1,3 172:5
  172:23 177:24
  194:5 219:14
  221:8 228:24
  248:22 251:2
  252:3,15,16
  253:21 258:17
  261:17 266:9,14

267:3,8,12,21
268:24 269:1,3
269:6,7
**diagnostic**
143:9,10 160:25
163:18
**diapers** 52:14
**dick** 160:19
**dictated** 54:22
**diekema** 74:10
**dietary** 69:16
**difference** 82:12
87:16 96:19
144:16 163:1
278:2
**differences**
201:4,5,5,9
**different** 18:22
31:15 42:21
67:6 69:10,10
69:20 78:13,19
81:11 96:22
112:1 144:1
149:25 151:24
160:4 200:23,25
201:1,14,17
207:15 209:9
213:13 216:9
223:11 232:19
238:19 242:13
242:18 246:4
262:24
**differentiate**
90:14

**differentiating**
225:17
**difficult** 14:23
103:1 177:21
187:23 209:10
222:5 227:22
229:16 233:10
256:23 261:13
266:13,18 267:2
279:19,23
**difficulty**
227:17,20
**digestive** 45:18
**dignity** 35:17
**dilemmas** 97:18
**diocese** 53:3,19
53:24 54:10,15
55:2,5
**direct** 3:5 7:5
33:11 52:15
111:18 238:21
239:14 280:25
**direction**
266:19
**directive** 34:25
35:1,8,11 38:22
39:1
**directives** 4:6
34:2,15 35:2,6
35:15,24 36:2
36:12 43:9 47:2
**directly** 30:16
48:19 116:2
151:7 169:10
228:16 249:12

255:11 261:12
**director** 29:25
30:3,20 31:1,6
35:9,18,22 40:2
41:9 42:22
43:14 44:3,9
53:18 112:16
113:8 121:19
**directors** 52:3
**disabled** 4:12
76:10
**disagree** 112:10
**disagreeing**
252:1
**disagreement**
19:6
**disagreements**
120:14
**discharging**
23:24
**discipline** 49:2
65:9,10 206:22
**disciplines**
65:21
**disclose** 135:7
154:12,21
179:20
**disclosed** 208:7
**disclosure**
138:17
**discontinue**
202:9,15 203:6
203:9
**discontinuing**
201:13

**discrepancy**
224:9
**discrimination**
39:5,8,15 49:18
**discuss** 239:18
257:5
**discussed** 29:9
64:3,7 65:5
70:11 73:21
84:11,24 123:7
123:13,14 154:2
154:4 188:25
228:5 245:19
247:5 268:3
279:10
**discussing**
108:23 123:17
142:1 196:20,22
219:25 220:7
228:23 229:9
275:11
**discussion**
125:22 196:14
247:14,20
**discussions**
73:23 125:11
128:14 262:15
270:17
**disease** 269:13
269:17
**diseases** 251:13
251:15
**disfavor** 270:14
**disorder** 172:9
172:24 219:15

227:10,11,11
249:2 269:9,14
269:17,18
**disorders** 45:19
**displayed** 12:9
13:21 26:16
33:21 36:17
38:25 40:1
42:18 44:18
46:20 50:1 56:6
74:18 75:24
86:18 88:8
89:25 93:20
97:15 100:6
113:24 117:17
120:20 134:25
149:2,12 151:19
157:16 159:10
162:10 170:10
173:9 175:18
182:22 183:14
185:20 188:13
191:23 210:2
213:2 215:10
222:9 223:4
240:14 245:12
248:3 257:16
260:5 262:2
276:4 277:1
279:13
**dispute** 24:2
**disqualified**
26:4
**distinct** 55:3

**distinction**
96:10 97:1
**distinguish**
39:18
**distortions**
146:4
**district** 1:1,1
**disturbed**
254:12
**divided** 71:12
**division** 1:2
45:22 67:7
**dnr** 98:17
**doctor** 36:5 42:1
70:3 95:3
147:15 185:11
217:22
**doctors** 55:25
86:20 262:8
**document** 12:7
12:9,10,20
13:18,18,21,23
13:25 14:14
26:14,16,18,20
26:22 27:5
33:20,21,22,25
34:8,18,20,24
36:15,17 38:25
39:23 40:1
42:18 44:18
46:19,20 50:1
56:3,6,10 74:18
75:7,24 86:9,18
88:8,23 89:25
93:20 97:15,17

100:6 113:24,25
114:3,5 116:12
117:16,17
120:20 134:25
135:23 136:17
149:2,12 150:4
150:5 151:18,19
157:16,20
159:10 162:10
170:10 173:9
175:18 182:22
182:23 183:14
185:20 188:13
191:23 210:2,3
211:20 213:2
215:10 222:9
223:4 240:14,16
240:20 241:1,19
243:16 244:18
245:12 248:3
257:16 259:19
260:5 262:2
273:11 276:2,4
276:5 277:1
279:13
**documentation**
86:21
**documented**
140:23 156:17
208:14 246:10
247:2 273:12
**documents** 9:2
22:16 113:22
137:13

**doing** 25:8 40:8
42:7 44:14 57:8
97:23 141:22
153:13 178:1
207:7 217:18
229:15,16,20
246:8
**don** 97:23
**donovan** 1:13
4:19 6:5 7:1,7
7:16,18 12:11
13:22 15:7,24
23:13 26:18
33:23 36:18,20
37:3 39:10
72:13 76:23
107:3 109:4
136:10,22 138:7
141:2 160:14
161:24 166:15
171:17 178:7
179:15 181:22
187:7 203:21
207:19 209:18
210:4 218:1,15
218:20 220:9
223:1 230:12
231:6 237:25
240:16 241:13
244:17 245:9
259:14 260:9
270:1 271:12
273:21 276:3
281:5,21 282:16
282:21 284:3,11

285:7 286:1,5
287:2,24 288:2
288:4,12
**donovan's**
209:17 231:15
**double** 224:19
**doubt** 187:13
261:17
**doug** 74:10
92:22
**dozen** 18:22
23:20 75:12
124:23 125:1,19
**dr** 7:7,18 13:22
15:7,24 23:13
26:18 33:23
36:18,20 37:3
39:10 69:3
72:13 76:23
102:9 107:3
109:4 136:10,22
138:7 141:2
160:14 161:24
166:15 171:17
178:7 179:15
181:22 187:7
199:11 200:19
202:2,16 203:12
203:21 207:19
209:17,18 210:4
218:1,20 220:9
223:1 230:12
231:6,15 237:25
240:16 241:13
244:17 245:9

259:14 260:9
270:1 271:12
273:21 276:3
281:5,21 282:16
282:21
**draft** 5:20 211:8
276:21,24 277:2
277:13,15
278:11
**drafted** 121:1
**dragons** 51:3
**dress** 145:10
**drugs** 60:10
**ds** 74:2
**dsm** 143:11,19
247:6,17 248:5
248:6 280:3,18
280:22
**due** 70:25
**duly** 7:2 285:8
**dunn** 2:4 3:5 7:6
7:8 12:25 13:17
16:2 26:17
27:12 34:7
36:24 38:16
39:16 56:3,7,15
72:7,12 76:22
77:3 88:6,22
89:7,12 93:7
100:13 107:7
109:14,20,24
110:3 112:20
113:1 114:21
115:8 117:21
135:22 137:17

137:25 138:3,7
140:19 141:6
149:21 154:19
154:21 158:2
160:8 162:5
166:22 171:4,21
178:11 179:17
181:11,16 183:6
183:22 186:6
187:10 188:21
204:1 207:23
209:22 210:20
213:10 215:8,11
218:16,20
220:18 223:2
231:2,9,17
232:1,16 238:4
244:21 245:4
257:23 260:14
270:5 271:21
272:17 274:4
276:14 277:8
280:24 282:10
282:15,18,25
**duration** 275:12
**dutch** 102:17,19
102:24 103:3
170:13 172:5
242:5
**duties** 138:21
**dysmorphia**
145:24
**dysphoria** 10:3
19:5 25:11,15
46:15 63:10,13

63:15,23 64:5
67:24 68:14
71:18,23 102:17
110:18 118:14
119:13,16
120:11 129:25
131:2,15,18
143:14,16
145:16 146:2
156:13,16 157:3
158:8,19 159:14
161:8,18 163:22
172:7,7 180:6
196:10 199:6,13
205:2 217:4
219:15 220:16
221:9,13,23
226:24 228:9
229:7 230:8
231:13 232:4,18
240:13 247:8
248:5,6,22
249:4 253:5,14
254:3,6 267:3
269:14,19 270:6
280:22 281:15
281:22
**dysphoric**
101:21

| e |
|---|

**e** 2:1,1 3:1 7:17
7:17 284:1
285:1,1 287:3,3
287:3

**earlier** 8:22
21:13 49:14
121:15 147:13
247:5 267:19

**early** 68:12
151:22 152:2
176:3 177:13
242:6

**easier** 8:3 54:25
104:25 238:16
261:4 266:12

**easily** 127:14
239:1

**ebola** 4:14 86:5
89:1

**edit** 13:5

**edited** 13:8

**edition** 98:10

**editor** 183:8
184:15,18
280:11

**editorial** 82:24
86:3,10,11,12
86:20,24 87:1
89:24 92:8
96:10,24,24
97:3,6 100:18

**editors** 89:15
94:1 96:20
109:12

**edits** 96:21
277:16,18

**edmund** 28:24
32:18

**education** 2:11
27:15,16 29:9
29:11,20 30:7
32:15 50:16
65:24 118:8
122:3

**educational**
30:7 40:21
44:23 45:1
52:16

**effect** 6:15 69:5
201:6 236:23
237:10 239:2

**effective** 228:23
229:6,10,12
230:8 231:12
232:4,18 233:4
274:1,21

**effects** 183:13
184:9 186:14
187:21 193:2
194:15 237:20
237:20 239:1

**efficacy** 168:12
241:12 275:1

**effort** 117:7

**eight** 30:25
81:25

**either** 61:23
63:20 66:19
68:14 69:4
107:18 124:13
124:23 128:16
132:21 140:11
171:13 206:6

262:19 264:14
265:4

**elaborate**
160:20

**elderly** 98:9

**elements** 206:3
206:4

**eligible** 176:2
177:12,14,17

**eliminated**
39:14

**else's** 116:22
145:19

**elucidated**
193:3 194:15
207:22

**email** 5:19
15:18 89:13,15
97:2 100:21
184:25 276:8,22

**embark** 146:18

**embarked**
219:13

**embraced** 157:9

**emedicine** 79:11

**emergency**
48:14

**emeritus** 48:8

**emmaus** 262:11

**emotional** 114:9

**empathy** 254:12

**emphasis** 158:5

**empirical** 77:14
84:10,14,20
97:12

**employed** 16:20
138:20

**employee** 35:19
35:23 138:22

**employees**
35:12

**employment**
24:2 35:4

**empty** 256:4

**encourages**
255:18

**encyclopedia**
85:22

**ended** 45:25
53:14 57:23

**endo** 147:16

**endocrine** 105:8
180:17 242:14
242:18

**endocrinologist**
97:23

**endocrinology**
103:15 165:2,6

**endorsed** 57:6
145:6

**endorsing** 37:9
37:19 148:10

**endotext** 97:18

**engage** 30:24
112:7

**engaged** 15:21
208:20

**england** 168:16
174:17

enhance 87:9
enlarge 257:25
ensure 37:8
  106:5
entail 30:4
  43:17 48:13
  54:12
entailed 78:18
enter 254:1
enthusiasm
  174:9 267:11
entire 30:25
  41:14 105:24
  151:14 196:21
  230:18 282:4
entirely 131:7,8
  208:10
entirety 130:25
  132:12 242:21
  284:5
entitled 19:4
  23:1 114:1
  132:19,24
  135:10
entry 98:11
enumerated
  216:20
environment
  256:20 266:13
epidemics 4:14
  86:5 89:2
equate 253:25
equestrian 50:7
  50:8

erds 34:3,7
  38:21 130:17
errata 286:11
  286:13,17
error 249:18
  251:23,24 252:4
especially 233:8
esq 286:1
essentially
  270:11
establish 102:23
  187:20
established 32:4
  103:14 129:11
  153:16 154:18
  193:19,23
  281:10
estimate 15:9
  128:10,18
  250:19,25 251:4
estimated
  150:15
et 1:4,7 7:10
  286:4,4 287:1,1
  288:1,1
ethic 70:20
ethical 4:6
  30:19 31:6
  32:19 33:1,9,13
  34:1,13,15,21
  38:20 42:4,7,11
  43:9 44:1,13
  47:2 81:18
  92:17 94:11
  97:17 98:8,20

103:20 128:16
  128:19,23 129:6
  130:10 197:8
  215:3 216:12
  235:9,16,20
  238:5,10 282:6
ethicist 10:24
  34:17 38:9
  140:22 141:18
  281:15,16
ethicist's 21:18
  210:10
ethicists 33:3
ethics 4:14
  28:16 29:3,22
  32:20 41:20,23
  42:20,23 43:2
  44:20,24 45:1
  53:3 54:11 58:2
  66:23 89:2
  91:22,24 92:5
  99:4 122:7,19
european 173:11
  173:11
evaluate 30:10
evaluated 174:3
evaluation
  170:13 180:24
  181:5
evaluations
  47:10 174:22
event 94:25
  285:16
eventual 59:3

eventually
  165:4
everybody
  69:12
evidence 102:6
  103:24 104:4,4
  104:13,15,19,22
  105:12,13
  106:11,17,20,22
  106:25 107:5,6
  107:11,14,19
  108:13 109:1,7
  114:7 115:11
  116:15 134:16
  144:12 152:6
  154:1,6,12,22
  155:17 156:12
  159:16,18
  160:20,23 161:9
  161:11 164:4
  165:10,14,19
  167:2,10 172:16
  172:19 173:3
  174:4,24 176:8
  176:11 179:1
  182:4,13 191:13
  192:1,4,7,10
  194:22 195:1
  199:15 203:4,10
  204:10 206:13
  206:21,22
  207:14 208:19
  209:2,4,5,6,7
  217:8,14,20
  226:10,15,18

227:1,24,25
228:21,25 229:4
229:9,15,16
230:5,10,13,15
230:16,18,21,22
231:8,10 232:2
232:8,8,10,13
232:15,22,23,25
233:2,3,13,17
234:8,10,17,21
236:3 237:2,16
237:18 239:4
241:10 252:9
253:3,13 254:2
260:18 264:5
265:12,13,15
266:15 267:5,14
267:15,16,25
268:17 270:21
272:14
**exactly** 66:24
109:6 117:6
128:6 246:1
274:18
**exam** 178:2
**examination** 3:5
3:6 7:5 281:8
**examinations**
180:5
**examiner** 5:17
257:13
**example** 8:1
10:8 37:24 61:8
65:13 73:12
242:14

**examples** 54:4
273:1
**exams** 177:19
**excellent** 112:23
**except** 6:12
70:11 284:8
**exception** 36:3
**exceptional**
240:7 241:25
242:24 243:9
244:6,19
**exchange** 202:2
**exclude** 214:6
**exclusive**
270:18
**exclusively**
212:13 279:18
**excuse** 43:22
196:13
**executive**
112:16 113:8
151:13 212:22
**exhaustive**
132:23 133:11
239:5
**exhibit** 4:3,4,5,6
4:7,9,11,12,14
4:15,16,17,19
4:20,22,23 5:4,5
5:6,8,9,10,11,12
5:13,14,16,17
5:18,19,20
12:22 13:1,14
14:10,12,13,22
18:14 27:9,13

34:4,9 38:13,17
38:18,20 43:11
46:19 56:12,15
56:16 64:15
76:16,18,19,25
77:4 88:19,25
89:3,4,8,9,13,21
93:4,11 100:10
100:14 114:18
114:22,24 115:5
115:9 116:24,25
117:18,23,23
120:17 130:18
134:22 140:2
149:18,22
157:24 158:3
160:5,12 162:8
171:1,7 181:13
181:18,20 183:3
183:7 186:3,7
188:18,22
210:17,21 213:7
213:11 245:1,7
257:20,24
260:11,15
276:11,15 277:5
277:9
**exhibits** 3:3 4:1
5:1 139:4 245:5
**exist** 121:22
142:25 143:2
178:10 204:15
237:11 271:16
**existent** 174:23
192:7

**exp** 110:11
**expansive**
107:17
**expect** 93:25
**expectations**
7:23 51:18,24
**expected** 9:20
56:4 221:7
**expedited** 283:1
283:4
**experience**
45:10 51:7
93:17 140:21
141:25 233:16
256:9,13
**experienced**
281:15
**experiences**
27:6 256:14
**experiencing**
22:21 46:14
228:9 249:4
253:14 254:3
**experimental**
193:5 194:16,18
194:20,24 195:6
195:9,11,21
196:4,9,17
198:6 210:15
245:16 246:21
246:25 273:24
**experimentation**
210:9 245:24
246:3,5,6

**expert** 4:3 10:13
10:18,21 12:4
12:10,13 14:9
14:21 15:3,21
16:3 18:13
19:10,11,25
20:2,5,7 21:17
22:3 23:16 25:6
25:10 26:5 27:2
64:13 120:21
121:12 131:22
132:6,16,18,20
134:10 135:7,24
137:2,9 138:9
138:13,20,22
139:8 140:1,2,5
169:2,3 179:18
209:23 216:4
234:4 248:16
279:16
**expertise** 14:25
28:17
**experts** 25:18
25:21,23
**expired** 47:25
**expires** 284:21
**explain** 11:12
23:14 32:11
53:7 63:22
217:23 230:14
**explanation**
268:16,20
**explanations**
155:21 156:10
156:21 158:23

**explication**
159:21
**explicitly** 214:6
**exploded**
148:15
**exposed** 114:8
**express** 138:25
213:18,24
**expressed** 174:2
214:8,9 279:2
**expressing**
168:11
**extends** 129:2
**extensive**
108:20 160:19
**extensively**
123:8
**extent** 51:24
82:14 163:20
204:25 217:18
**extremely**
279:19

---
**f**
---

**f** 205:13 285:1
**face** 130:19
144:13
**fact** 101:8 104:8
105:13 108:23
141:8 150:22
153:9,13,15,18
158:17 162:12
163:10 176:19
176:20 187:14
199:22,24
203:24 208:16

208:22 214:18
218:4 227:13
229:2,12 235:19
237:19 243:2
267:7 268:3
270:25 271:25
280:18
**factor** 68:24
148:19 149:7
150:1,9,19
**factors** 160:21
161:12
**facts** 135:8,10
135:15,23
136:13,15,18
139:2 140:6,9
**factual** 201:14
**faculty** 23:24
29:22 31:4
40:14 43:7
**faded** 214:16
**failed** 260:22
**fails** 109:1
286:19
**failure** 202:22
**fair** 8:10 22:7
25:9,12,13
31:18 32:8
51:15 67:12
68:5 131:21,24
144:2,3 200:12
247:10
**fairly** 31:4
223:24

**faith** 68:24 84:1
130:13
**fall** 15:13 16:1
99:2 228:6
252:17
**fallat** 73:18 75:1
**fallen** 270:14
**false** 261:10
**familiar** 55:8
57:2,5,9 59:8,17
83:18 88:12
104:3,12 115:16
160:13 172:18
242:2 262:4
**familiarize**
18:11
**families** 30:18
207:5
**family** 49:11
118:7 237:14
**far** 165:13
277:15
**fashion** 82:7
208:14
**fast** 189:2
190:18
**fat** 145:25
**fault** 126:5
263:6
**favor** 279:20
**favorable**
233:11
**fda** 224:2,3
246:14 247:3

featured   157:11
february   12:4
   240:17
federal   135:6
   136:12 138:10
   138:11 222:14
   223:5,12 224:13
   224:14
feel   17:5 132:4
   135:17 197:6,25
   255:15 258:19
   268:5 278:10
feeling   256:21
fellowship
   27:25 28:4
felt   133:18
   258:16 282:8
female   105:22
   227:14,23 257:8
   258:4,24 259:3
   259:18,21 261:3
females   153:14
   155:4 156:16
   158:20 228:20
fertility   104:8
   181:25 184:10
fetal   56:18
   58:11
fewer   214:4
   267:1 268:4
field   45:17
   103:14
figure   79:17
   88:3 263:9
   273:4

file   19:17 88:7
filed   49:11
files   21:25
   154:10 255:22
fill   32:4
final   278:4
finally   277:12
financial   51:23
   201:5,19
financially
   51:21
find   22:11,18
   39:25 56:5
   66:17 79:14
   80:5 150:11
   151:4 154:10
   155:7,10 156:4
   165:24 166:4
   169:8 176:17
   182:15 189:7
   205:10 222:20
   224:10 235:2
   249:11 252:2
   257:4 259:9
   260:17,22
   262:14 271:20
   273:9,10 275:1
finding   67:2
   227:21
findings   162:3
fine   218:18
   238:17 244:23
   282:24
finish   8:9,14,16
   8:19 109:24

finland   168:16
   173:17
first   7:2 15:6,11
   49:24 59:23
   73:5,6 76:9 79:1
   98:11 101:15
   115:22 124:7
   139:20 149:3
   150:12,12 163:3
   176:3 177:3,13
   178:19 182:8
   198:13,15 199:1
   199:7 207:20
   216:3 219:11
   225:3,9,23
   274:12 278:12
   285:8
fit   71:10 81:23
   145:22 275:10
five   64:20 72:9
   109:22 121:12
   121:16 218:13
   244:24
fl   2:6,19 286:15
flack   157:7
flaked   33:5
flaw   245:10
flip   248:1
flipping   85:8
   238:13
florida   1:1 16:7
   16:21,24 17:10
   65:16 180:20,25
   181:2 200:16
   201:24 202:3

   210:13
florida's   181:6
   194:19 199:25
   209:25 210:7
fluid   260:19
focus   32:16
   42:25 248:24
focused   45:13
focusing   20:24
   191:4 247:8
follow   35:8
   113:1 177:21
followed   164:8
   164:9 206:2,2
following   118:3
   264:5
follows   7:4
   196:14 267:16
fond   218:24
footnote   155:19
   156:4
footnotes
   182:11 192:24
force   6:14
forced   199:23
   203:2
foregoing   284:5
   285:10 288:5
forget   228:15
forgotten   79:8
form   6:12 37:10
   37:20 38:6 39:9
   107:2 109:3
   127:16 149:16
   161:23 162:3

166:14 171:16
173:11 178:6
179:14 187:6
203:20 207:18
209:16 217:25
220:8 230:23
231:5 232:14
237:24 265:7
269:25 271:11
273:20
**formal** 49:1
128:13 158:8
**formally** 15:21
**format** 71:11
**formed** 142:10
153:3 174:5
256:13
**forming** 135:9
135:11,16,24
136:2,14,16
140:7,10 141:1
152:24
**forms** 19:19
38:4
**formula** 52:14
**formulating**
152:17 196:1
272:15 279:7
**forth** 12:3 96:5
189:19 266:24
**fortunately** 19:2
**forum** 68:19
**found** 40:9
143:11 149:14
171:22 179:16

222:17 236:5,10
263:13 264:16
267:1 275:10
**foundation**
94:13,15,24
**foundation's**
255:4
**founded** 50:14
**founding** 95:12
121:19
**four** 31:17 77:8
77:10 281:6
**framed** 167:25
**framework** 87:8
**framing** 217:21
**france** 173:20
**francis** 29:6
122:11,12,15
**frankly** 19:13
**frantic** 254:13
**fraught** 147:10
249:17 251:23
252:3
**free** 17:5
**frequent** 133:4
**frequently**
16:16 31:5,23
31:24,25 111:12
239:12 251:12
**friend** 55:23
**front** 177:10
**full** 7:16 8:23
9:20 41:5 112:4
119:6,7 256:4
284:6

**fully** 9:8 12:3
90:17 110:25
121:2 193:3
194:15 207:16
216:23 219:2,5
219:9,23 220:5
221:13,21,22
**function** 107:9
184:10
**functioning**
184:11
**fund** 2:11
**fundamental**
245:10 269:12
**funded** 61:17
62:7,19 63:6
173:5
**funding** 202:24
**funds** 50:16
**further** 6:10
76:1 103:21
119:17 159:21
181:23 184:5
189:4,12 269:10
282:9

---

**g**

**g** 1:13 5:13 6:4
7:1,17 16:18
35:19 37:3
284:1,3,11
285:7 286:1,5
287:2,24 288:2
288:4,12
**ga** 2:13

**gainesville** 2:6
**gap** 220:3
**gapms** 5:13
16:18 17:8,18
18:18 22:4
64:17 175:21
209:25 215:6
277:14 278:5,5
281:11,18
**gaps** 219:13
**garofalo** 206:18
**gary** 13:12
15:18 21:6
**gastroenterolo...**
45:11 46:9 47:7
85:3 129:11
250:2
**gastroenterolo...**
24:15,18 28:1
30:25 42:2
45:13,21,22
46:4,12 60:17
61:1 129:14,24
250:12
**geez** 11:15
**gemish** 132:15
**gender** 5:6,15
10:3,4,7,10 11:3
11:5,14 16:8
19:4 25:11,14
46:15 47:14,15
61:4,14 62:8
63:7,10,12,15
63:23 64:5,6
67:24 68:7,14

71:18,23 72:3,6
99:13,19,23
100:25 101:4,21
101:23 102:16
110:18 118:14
119:12,15
120:11 121:6
129:25 131:2,15
131:17 141:15
142:6 143:14,16
143:25 144:8
145:16 146:2,14
146:25 147:7
148:1,10 151:23
156:13,15 157:3
158:8,18 159:14
160:2,9,21
161:8,12,17
163:21 170:21
172:6,7,8,16,19
172:23 173:3
174:9 180:6,23
181:4 195:19
196:8,8,10,19
196:24 197:21
198:13 199:6,13
200:17,22 202:1
203:16 204:18
205:1,23 210:15
211:24 212:8,17
213:15,20 214:2
214:6,11,14,19
216:7 217:4
218:23 219:2,5
219:10,14,14,15

219:24 220:6,15
221:8,11,13,23
225:5,18 226:7
226:9,16,19,20
226:24 227:10
227:23,24 228:9
229:7 230:7,8
231:11,13 232:3
232:4,17,18
235:10,17 240:6
240:13 242:6,7
243:7 245:18,20
247:9 248:4,6
248:22 249:4
253:4,14 254:3
254:6,17 260:19
264:19 267:3,18
269:4,9 270:6,8
270:19,22 271:3
274:5,20 275:1
279:21 280:21
281:14,22
**general**  38:4
  41:22 57:4
  112:9 124:22
  252:5 256:19
  263:14
**generalized**
  196:5
**generally**  16:11
  16:19 22:25
**generating**
  159:6
**genes**  160:1,22
  161:13

**genetic**  81:18
  159:13,20,24
  160:23 161:6,7
  163:25
**genitalia**  105:24
**genome**  87:9
**georgetown**
  26:24 28:24
  32:2,3 33:17
  34:10 35:23
  37:4 42:1 43:4
  43:14 46:2,5
  53:8,15 54:23
  62:16,21 65:6
  65:23 67:10
  71:5,11,17 73:5
  80:9 85:7 87:3
  90:3 122:22
  128:17
**gerard**  7:16
**geriatrics**  85:20
**getting**  21:11
  31:9 185:22
  213:1 250:7
**girl's**  261:14
**girls**  105:19
  258:15
**give**  9:20 15:9
  37:24 45:16
  55:21 58:1
  66:19 88:1
  96:20 140:16
  148:11 162:5
  175:4 205:9
  208:16,18

211:21 217:12
231:23 250:9
251:4
**given**  47:22 67:4
  71:5,21 94:23
  128:23 135:12
  147:13 164:15
  164:19 166:13
  166:24 175:10
  178:18 187:24
  231:19,21
  244:19 284:7
  288:9
**giving**  69:25
  138:22 209:9
  243:17,19 273:7
**glass**  256:4
**glover**  73:18
  75:2
**gnrh**  103:23
  104:5,8 108:3
  240:7 242:1
  243:6
**go**  7:21 12:16
  15:13 20:11
  39:24,25 58:1
  66:17 68:3
  81:25 86:16
  89:23 96:8
  103:12 104:18
  148:13 151:18
  154:10 155:8
  162:24 163:6,12
  163:13 165:4
  180:2 181:21

184:2,3,13
186:12,17
187:10 189:3,4
189:6,11,12
190:8,11,17,19
191:2,9,10,22
222:8,20,24
239:18 240:5
245:8 248:18
261:5 262:20
280:5
**goal** 227:5 270:7
**godfrey** 50:15
**goes** 53:17
  67:18,21 82:7
  165:12 167:4,12
  178:16
**going** 7:21 9:10
  13:17,18 17:6
  26:13 27:14
  29:14 34:11,24
  36:15,25 38:19
  38:22,24 45:7
  49:23 50:7 52:1
  55:16 56:16
  66:21 67:6
  68:17 70:23
  71:1 72:12,13
  75:21 76:17
  78:25 85:5 88:3
  88:22 89:13
  93:19 97:16
  104:17 113:21
  113:22 114:21
  114:25 115:8

117:15,15 118:6
118:8 120:15,18
122:3 124:19
126:3 128:15
129:10 138:11
138:14 147:20
149:21 151:20
156:6 160:8
162:7 164:22
170:4 171:8,25
175:4 181:9
182:19 186:25
189:2,3,5,6,8,9
189:23,25 190:1
190:4,5,6,7
191:22 203:13
206:5 208:22
210:20 211:18
212:18 219:19
221:25 222:8
223:2 225:21,25
240:12 245:8
249:10 257:3,15
257:23 260:3,14
262:14 263:10
265:2 266:2
269:10 273:23
276:2,14,24
277:10,25
279:11 280:7
**gonadal** 105:20
**gonadectomy**
  106:4
**gonads** 105:22
  105:23

**good** 7:7 35:17
  50:20 66:19
  98:17 110:1
  112:21 132:4
  183:17 185:16
  191:3 194:3,6
  223:13 226:15
  229:15,17
  271:17 273:7
**gotten** 178:1
**govern** 133:21
**governs** 138:13
  215:16
**graduate** 28:13
  63:20 64:24,25
  65:2,3,8,17,19
  65:23 66:15
**grand** 50:6
**grant** 61:17
  62:3,7,19 63:6,9
**grants** 61:22
  62:10,15
**great** 28:18
  162:2 173:14
  174:11 219:18
  270:14
**greater** 155:22
  263:13
**green** 277:17,22
**grn** 108:3
**grnh** 106:18
**ground** 7:21
  126:4
**group** 13:13

**grow** 105:23
**guardians** 101:6
  203:19 208:9
**guess** 24:3 51:4
  51:15 58:25
  65:12 69:8,24
  85:9 93:8 96:9
  126:15 127:1
  128:16 147:16
  151:2 162:7
  176:1 179:1
  183:25 219:8
  220:20 224:6
  242:22 251:6,11
  253:3 267:5
  275:19
**guessing** 125:6
**guest** 41:6,8,15
**guide** 224:5
**guided** 34:15,17
  47:1 137:14
  194:18
**guidelines** 5:16
  105:9,13,16
  173:12 174:6
  177:22 180:17
  194:23,25 208:5
  215:20 223:10
  223:13 224:2
  240:6,10,13
  242:14,17,18
  245:6
**guidepost** 92:17
**guides** 224:1
  243:12

**guy** 261:12

**h**

**h** 16:22 143:13
287:3
**half** 23:20 75:12
124:23 125:1,19
211:23 212:6,11
212:12,16 214:2
214:5 256:4,4
**hand** 36:14
116:22 285:18
**handbook** 99:5
**handed** 31:3
**handy** 15:23
**hang** 71:14
**happen** 168:5
203:13 208:23
253:20
**happened**
251:12
**happening**
178:5 180:20
199:16,17 202:5
203:11 206:14
268:1
**happens** 36:21
168:3
**happy** 36:19
151:1 235:5
280:10 282:19
**hard** 112:10
116:8 132:17
141:3 179:10
183:15 189:16
256:17

**harder** 232:10
267:7,12,21
**harm** 114:10
**harmful** 109:1
109:17 115:13
116:16 186:14
237:7 248:23
**harms** 189:7
274:18 275:17
**hazelbaker** 1:18
6:7 285:5,22
**head** 8:2 17:21
264:1
**health** 4:7 17:9
28:5 56:20
91:25 93:22
144:19,23
147:14,18 158:9
200:5 241:5
243:5,21 249:22
250:1,9 251:1,8
251:18 264:17
269:23
**healthcare** 10:1
16:12,21,23
18:17 33:18
34:2 35:1,12
37:8,18 39:18
47:3 53:18,24
91:11,20,21,24
194:19 195:4
199:12 200:7
210:13 276:18
**hear** 226:21
282:19

**heard** 112:18
127:22 157:13
172:20 231:2,4
**hearing** 121:13
127:21
**hears** 225:23
**heavily** 32:23
**held** 159:20
**help** 9:4 15:19
30:18 36:19
58:19 104:21
146:1 210:25
231:24 249:5
273:6
**helped** 30:5
**helpful** 193:10
**helping** 41:4
**helps** 212:22
**hematological**
182:1
**hereto** 6:3,11
288:7
**hereunto**
285:17
**heritage** 94:12
94:15,24 255:4
**hesitant** 133:9
**hhs** 58:24
**hierarchy** 82:24
**high** 241:8
**highlight**
101:17 166:3
184:12
**highlighting**
171:20

**highly** 105:17
229:1
**historic** 268:6
**historical** 185:7
**historically**
152:4
**hli.org** 248:6
**holtzman** 2:16
16:3
**holtzmanvoge...**
2:20 286:1
**holy** 50:7,9,17
51:22
**homosexual**
4:20,22 114:1,8
114:24 115:12
116:15,25
**honestly** 54:20
**honor** 50:18,22
50:23 51:8
**honorary** 55:17
**honors** 50:3
**hope** 57:9
**hopefully** 162:8
207:4
**hoping** 278:12
**hormonal**
159:12,19,23
163:25 177:2
183:19,25
235:23 243:7
245:19
**hormone** 118:13
176:3 177:13
191:6

**hormones** 10:10 61:11 102:2 105:25 106:3 118:13 119:18 119:19 146:23 160:1,22 161:13 164:9 165:12,18 167:4,11 175:23 178:19 196:24 197:2,16 198:20 198:22,25 222:4 236:22 237:7 238:6,11 274:1

**hospital** 28:16 29:6,7,23 30:8 30:10 36:6 41:25 43:12,24 54:14 122:11,12 122:15 128:21 206:20

**hospitals** 29:5 44:5,14 122:10 174:10

**hour** 181:9

**hours** 11:16 40:24 278:12

**http** 90:25

**huge** 133:22

**huh** 31:13 76:13 77:21 80:13,16 95:6 102:13 175:9 188:15 190:13 223:15 254:24 257:14

**human** 35:17 56:18 58:11 60:5 118:14 133:21,21 137:16 215:17 215:21 216:6,10 223:18 224:6 248:13 280:19

**humans** 161:15

**husband** 65:13

**hydration** 98:21

**hypotheses** 156:9,10 158:6 159:2,4 161:15 270:12

**hypothesis** 158:14 159:6,6 270:23

**hypothesize** 268:10

**hypothetis** 268:10

---

**i**

**i.e.** 227:3

**ich** 223:10,13 224:2

**idea** 194:4 200:13 204:23 266:6

**identi** 224:10

**identically** 201:18

**identification** 12:23 13:15 27:10 34:5

38:14 56:13 76:20 77:1 88:20 89:5,10 93:5 100:11 114:19 115:6 117:19 149:19 157:25 160:6 171:2 181:14 183:4 186:4 188:19 210:18 213:8 245:2 257:21 260:12 276:12 277:6

**identified** 11:23 11:25 99:4 120:21 143:17 150:14,16 193:14 235:7,17 260:18

**identify** 15:3 123:8 129:15 148:14 166:6 171:12 179:12 179:17 180:3 191:7,12,20 224:10 236:1,13 258:10 262:25 266:12 268:15 279:24

**identifying** 127:2 170:17 179:9 202:12

**identity** 5:7 144:1,8 146:14 147:7 148:2

151:23 160:2,9 160:21 161:12 172:8,23 219:15 227:10 236:2 267:18 269:4,9 270:8

**ideological** 32:22

**ii** 105:17

**image** 146:1,5

**imagine** 119:1 194:21

**immaturity** 105:21

**immediately** 145:9

**immunizations** 74:3

**impact** 104:8 111:14 247:14

**impacted** 43:8 120:6

**impacts** 109:1 109:17 201:13 201:19 271:3 272:6

**impair** 107:8 110:25

**impaired** 112:3

**impersonation** 119:17

**implications** 197:8

**important** 51:5 104:12 132:1

137:12 153:11
225:6,14 230:2
236:23 237:9,19
**impossible**
209:11
**improve** 207:14
**impulse** 254:11
**inability** 217:11
**inappropriate**
231:23 232:7
**inaudible** 159:4
185:4 192:24
**incidence**
263:13
**incidents**
259:23
**include** 18:13
37:25 38:5 67:7
108:8,10 132:2
133:22 134:3
137:14 199:13
206:4 278:10
**included** 39:6
107:14 108:11
133:19,23 183:1
212:8 217:13
236:9
**includes** 18:16
67:4
**including** 18:23
20:6 29:24
105:7,10 131:17
132:2 160:22
161:13 165:16
196:23 197:5

**income** 130:24
**inconclusive**
241:17
**incongruence**
242:7,7
**inconsistent**
180:9,12,16
236:15
**incorporated**
52:4,23
**increase** 150:9
150:19
**increased** 114:9
148:17 168:9
**index** 3:3 4:1
5:1
**indicate** 261:10
**indicated** 151:9
**indicates** 71:6
184:25
**indication**
246:15
**indications**
222:4,7 247:2
**individual**
17:12 31:20
95:11 129:1
162:3 200:20
226:12 258:10
259:17,19
**individuals** 10:2
11:21 17:17
31:15 39:17
63:3 64:5 78:6
78:12 94:10

148:14 200:6,10
211:2 228:9
235:7 253:4
254:3 272:19,20
273:12 276:17
**infection** 17:14
**infertile** 106:2,9
**infertility**
103:24 104:5
105:4 106:19
108:4
**influence** 160:1
160:21 161:12
**influenced**
136:5
**informal** 124:8
124:12 125:25
**informally**
124:1
**information**
103:17 134:6
135:12 146:17
146:19 148:21
148:22 150:6
151:6,6,11
152:11 166:12
170:18 177:7
186:21 191:19
206:14,16 208:2
208:4,7,18
209:1,14 213:25
214:13,17,23
220:2,3 233:15
239:5,19 258:2
261:13,19 273:3

273:5,17
**informed** 72:3,5
101:6,9,12
110:25 111:8,14
111:24 112:4
130:12 141:23
187:23 191:4
197:8 202:11
203:18,23,25
204:10,12,14,20
204:22 205:9,16
205:24,25 206:1
206:3,11 207:16
208:17,20 210:9
215:4,14 216:24
217:12,22
218:21,22 219:2
219:6,10,23
220:1,2,5,20,22
221:3,13,21,22
222:21
**informing** 139:3
**initial** 7:18
174:21
**innercological**
104:2
**innovative**
204:5 217:19
246:7
**inordinate**
278:17
**insistence**
254:13
**insofar** 163:23

**instance** 133:20 137:15 142:17 206:18 221:25 251:11

**instances** 126:15 180:19 180:22 181:3

**institute** 5:4 42:20,23 43:3 43:19 56:20 57:10,13,21 58:9,15,16,23 62:20 149:5,13 212:3

**institutes** 28:5

**institution** 29:4 33:18 35:3,13 35:14,20 36:8 37:18 39:18 40:12 55:6

**institution's** 35:16

**institutional** 60:10 122:7,19

**institutions** 37:8 207:5

**instructed** 139:12,22 140:5

**instruction** 35:5

**insufficient** 241:16 271:7

**insurance** 200:5

**intake** 146:7

**intend** 139:14 139:17,23 140:3

**intended** 23:6

**intending** 224:15 247:24

**interact** 33:1

**interchangeable** 72:21 246:19,22

**interest** 28:18 269:20

**interested** 58:20 59:5 65:25 285:15

**interesting** 156:19 187:22

**internal** 82:7 279:1

**international** 168:10,14 169:11 170:19 248:14 280:19

**internet** 250:6 250:23

**interrupt** 126:8 126:9,10 248:9

**intervention** 193:3 238:25

**interventions** 168:13 196:22 224:25

**interviewed** 37:14 260:24 261:12

**interviewer** 206:20

**introducing** 7:13

**introductory** 66:13

**invalid** 162:16

**investigation** 19:4

**investigations** 62:17

**investigator** 61:17,23,24 62:6,12,18 223:25 224:5

**invited** 88:14

**involve** 84:21 131:1 138:22 216:6

**involved** 58:16 59:1 60:9,11 61:21 87:25 124:6 153:4 154:17 170:14 210:22 228:1

**involvement** 101:3 110:14 121:25 222:11 222:12

**involves** 60:5 63:10 88:17

**involving** 59:25 215:17 216:10

**ir** 223:24

**irb** 122:7,14 223:25 224:4

**irrelevant** 278:20

**irreversible** 182:3 184:8 191:25 192:11 192:18

**issue** 8:20 24:8 24:13 36:14 44:4 53:25 110:12 114:12 162:11 202:10 202:11 205:5 235:6,20 257:5 260:4,16

**issued** 4:9 43:9 56:8,23 116:12 157:6,11 158:14

**issues** 30:19 42:25 43:1 45:2 53:18,24 54:5,6 62:16 69:19 70:8 81:18 98:21 113:20 123:4,10,18,23 124:17,20,21,25 126:17 127:12 127:18,24 128:2 128:3,11 131:5 141:12 142:12 142:16 191:6 235:9,17 238:5 238:10

**issuing** 137:2

**italian** 85:22

**iterate** 197:25

## j

**j** 284:1
**jacqueline** 75:2
**jana** 1:18 6:7
   285:5,22
**jason** 1:7 276:16
   286:4 287:1
   288:1
**jehovah's** 69:12
**jennifer** 19:6
**jerusalem** 50:12
**jesuit** 32:6,13
   43:3
**jesuits** 32:14
**jewish** 69:16
   130:21
**jh** 284:24
**job** 31:4 252:18
**jobs** 31:23
**john** 205:13
**jorgensen**
   198:16
**josefiak** 2:17
**journal** 18:24
   22:5 76:5,8
   77:25 78:1,7,10
   79:2,2,3,7,13,22
   80:4,15,18,24
   80:25 81:1,2
   83:13,19,22
   84:6,6,24 85:11
   85:14,16,25
   86:2,7 87:11,20
   87:21 88:9
   89:16,22 92:4,5

92:6,16 93:9,24
94:16 96:7,20
97:2 100:20
117:11 118:25
160:11 187:5
279:15,25
**journals** 72:15
72:25 74:24
85:13,15 126:20
127:7
**judge** 134:16
**july** 186:1
**jumbled** 80:8
221:15
**jump** 118:6
126:11
**jurat** 3:7
**jurisdiction**
49:3
**justice** 216:23
**justification**
11:24

## k

**k** 7:17
**kansas** 58:2
**karasic** 20:4
200:19 202:2,16
**karasic's** 199:11
203:12
**keep** 57:8 125:5
125:21 189:3,5
189:6,8,9,17,23
189:25 190:1,3
190:5,6,7 273:3

**kennedy** 42:19
42:23 43:2,19
205:13
**kennedy's** 204:2
**kettenis** 102:12
**kevin** 1:13 6:4
7:1,16 12:11
37:3 284:3,11
285:7 286:1,5
287:2,24 288:2
288:4,12
**kiekema** 74:2
**kind** 19:14 33:4
45:16 67:12
103:4 112:9
125:25 189:18
217:6 220:25
226:17 268:2
270:24 272:4
275:14 279:10
**knew** 198:15
**knight** 50:6
**knighted** 51:11
**knighthood**
50:4,13 51:14
51:19
**know** 8:15 9:1,4
13:6 17:23
25:17,23 26:1
33:12 36:4 38:3
51:10 54:6
55:20 56:22
57:1 58:18
60:12 65:12
67:8 69:13,13

69:15 70:5,11
70:18 71:13,15
76:1 77:25 78:6
78:9,16 79:11
79:23 80:1,2,20
80:24 81:5,14
82:4 84:17
85:12 87:23
88:15 92:25
93:8,23 95:22
96:6,7,23 97:20
97:21 113:16,17
116:7 117:6
119:5,24 121:25
122:2,4 124:1
125:16,17 126:8
131:25 132:4,20
132:21,24
133:24 134:6
135:10 136:7
137:22 139:16
141:21 144:4,16
147:23 150:8
153:7,9 155:9
156:14 172:21
173:5,14 177:14
179:3,24 180:19
180:22 181:1
183:11 185:1
187:8,24,24
188:23 192:5
193:10 195:3,7
199:20 200:3,15
201:24 202:14
203:22,22

Case 4:22-cv-00325-RH-MAF   Document 235-3   Filed 05/21/23   Page 324 of 362

205:18 207:12
209:8 212:15
213:5 216:22
217:5 220:11,13
220:15 222:3,5
224:1 225:16,21
226:8 229:25
230:15 232:9,11
237:6 239:12
240:9 241:24
243:2,4,14,25
247:18 248:16
248:18 250:22
252:15,16
253:19 256:4
258:13 260:22
260:23,24
261:11,15 262:6
262:16 264:8
265:9,10,11
268:3,11 272:6
272:19,22,25
274:13,15,17
275:14,17
277:16 278:24
279:1 281:5
**knowing** 116:10
116:17 202:8
219:16
**knowledge** 26:5
26:8 59:7 64:25
95:25 129:15,17
129:18,22,23
130:1 137:18
173:24 203:4

204:19 219:1,12
241:7 242:15
**known** 59:8
115:23 148:12
193:8 205:8
217:13 234:20
271:6

**l**

**l** 6:1
**lab** 252:10,23
**label** 38:10
245:15,23 246:2
246:5,13,21,24
247:1
**labeled** 12:10
90:1 215:12
**labeling** 245:5
**lack** 84:1 233:7
**lacking** 241:8
**lagging** 206:23
**laidlaw** 4:19
100:2 102:9
112:13
**lambda** 2:11
**lambdalegal.org**
2:14
**land** 50:17
51:22 95:11
96:3 97:11
**language**
120:13
**laptop** 21:12
**large** 67:3 82:20
82:21 142:7,11
142:15 152:19

273:8,11 275:4
**largely** 241:7
**larger** 150:13
155:4 229:20
**lasting** 236:23
237:10,20
**late** 20:13
**law** 9:15 134:12
214:12 216:4
**lawsuit** 7:9 49:6
49:9,18 120:24
228:1
**lawyer** 42:15
218:3
**lay** 176:14
**lead** 106:3 146:7
146:10
**leaders** 103:5
**leadership**
116:14
**leading** 155:20
**leads** 106:19
268:22
**learned** 77:15
77:20 84:10,12
84:15 97:12,14
**learning** 68:24
93:17
**leave** 40:5,7,11
**lecture** 71:21
94:5,19,22
**lectured** 72:2
**lecturer** 41:7,8
41:16

**lectures** 67:16
67:21
**led** 247:6 254:13
**left** 42:10 52:11
122:20
**legal** 2:5,11 7:12
101:6 224:12
286:23
**lend** 52:6
**length** 107:16
107:16
**letter** 183:8
184:15 280:10
**letters** 184:18
**level** 60:12
**levels** 164:9
**levine** 5:12
169:7 170:7
171:13 182:15
186:22 187:17
188:10 280:2
**lgbtq** 39:6
**license** 47:20,23
47:24 48:6,7,8
48:20 147:17,19
**licensed** 144:14
144:15 147:15
249:22
**licenses** 48:24
**life** 70:8,12
83:15 119:16
248:14 280:19
282:4
**lifestyle** 114:8

**light** 181:24
207:6
**likely** 105:23
233:12 267:23
**likened** 204:17
**limit** 146:7
188:1
**limitation** 85:9
**limitations**
22:21 133:13
**limited** 26:7
107:15 131:19
160:24
**linacre** 77:24
78:3 84:2,5
95:14,17 117:10
120:6
**line** 53:2 94:3
95:2 149:3
174:25 287:4,7
287:10,13,16,19
**lines** 266:22
**link** 149:5,14
**linked** 149:9
151:8
**links** 150:7
156:12 259:7,12
259:23
**lipidology** 97:18
**list** 39:6,17
44:19 49:23
50:6 51:5,11
52:2 57:25,25
58:5 69:20
74:15 76:7

90:13 96:6
98:12 108:15,16
108:17 132:8,22
133:1 139:7
154:25 156:18
156:24 197:1,3
197:18 198:2
**listed** 15:4 22:16
39:13,16 42:13
45:4 51:9 52:2
53:20 57:16
67:16 68:20
71:2 72:23
73:16 74:13,20
74:21,22 75:1,5
76:7 82:10 85:7
99:10,22 102:9
102:15 106:23
107:20 109:8,8
109:11,15 118:7
133:14 152:20
156:1 157:18
170:6,24 171:9
197:15 223:16
223:23
**listing** 39:21
90:10 191:24
197:4 213:17
**lists** 39:3 50:3
72:14 88:10
90:25
**literature** 12:2
60:4 126:20,23
126:24 131:14
131:15,16,19,21

140:22,25
156:11 161:10
161:11 172:10
174:14 176:15
176:16 199:7
239:25 255:12
280:14
**little** 9:25 20:9
33:5 44:23 45:9
49:21 67:5
77:10 80:8
84:18 108:1
113:19 121:18
125:16 127:16
127:20 149:23
183:22 184:6
189:11,12
190:22,23,24,25
191:1,9 201:23
213:1 218:3
221:15 223:22
247:4 250:7
280:6
**littman** 5:5
156:15,24
157:18
**live** 84:21
256:17
**lives** 4:13 76:10
**living** 51:21
**lobotomies**
203:17,23 205:3
**lobotomy**
203:16 204:3
205:5

**local** 60:12 87:2
174:18
**locally** 123:6,13
124:13 126:18
**located** 1:14 6:6
285:13
**location** 239:24
**locations** 22:24
178:15
**long** 77:8 84:17
108:7 109:10
184:9 194:7
199:2 204:7,23
207:3 219:17
229:17 233:4
236:17 270:25
272:20 275:5
281:5 282:11
**longer** 42:9
47:24 48:22
53:21 107:15
199:24 201:2,15
227:11 268:5
**look** 15:13
20:13,15 21:24
38:22 46:17,19
63:1 66:15
74:14,16 96:6
118:8 132:1,3
133:4 134:5
145:21 149:11
158:4 169:9
183:13 185:15
186:23,25 187:3
209:24 213:5

222:24 228:5
230:11 240:25
253:19 259:10
273:6 282:21
**looked** 76:16
100:21 131:9
191:17 222:16
245:6 260:16
280:9
**looking** 21:20
22:1 39:1 56:3
62:25 73:12
107:13 133:10
151:3 155:12
178:24 179:1
181:17 186:11
207:2 224:4
225:8 236:11
238:14,18,19
241:14 259:18
263:3,4,20
**looks** 12:14,21
13:24 52:13
68:2 71:11
77:10 79:10
80:22 81:22,25
82:3 90:4 93:21
95:6 149:25
182:24 183:2,10
186:1 187:11
259:5 280:1,2
280:23
**loss** 202:24
**lost** 200:10
250:3,17

**lot** 8:3,3 11:15
21:25 54:7,25
109:11 125:16
136:7 157:7
187:17 209:9
220:17 227:17
227:19
**love** 255:17
256:10 266:7
**low** 105:13,14
105:15
**lower** 267:6,19
268:12
**lozier** 57:10,12
57:20 58:9,15
58:16,22
**lunch** 112:24
**lurie** 206:19

**m**

**m** 16:18
**m.a.** 1:13 6:5
7:1 12:11 284:3
284:11 285:7
286:5 287:2,24
288:2,4,12
**m.d.** 1:13 6:5
7:1 12:11 284:3
284:11 285:7
286:1,5 287:2
287:24 288:2,4
288:12
**ma'am** 8:11
18:15 64:18
253:12

**made** 6:14,15
12:23 13:15
27:10 34:5
38:14 40:11
56:13 58:17
69:5 76:20 77:1
88:20 89:5,10
93:5 100:11
106:8 110:7
114:15,19 115:6
115:20 117:19
149:19 155:2
156:1 157:25
160:6 161:2,20
166:18 169:20
171:2 176:21
181:14 183:4
186:4 188:19
191:14 210:18
213:8 219:18
220:25 221:13
245:2 255:15
257:21 260:12
276:12 277:6
281:19 288:5
**maf** 1:6
**mail** 255:6,9
**maintain** 35:15
105:21
**major** 204:4
205:4,6
**make** 19:15
21:16 39:7 67:5
78:22 87:1
108:7,13,24

138:12 141:7,9
147:22 149:6
155:17 159:16
164:3 165:20
171:20 192:14
222:10 224:19
226:17 233:5
271:8 282:23
**makes** 39:5
104:25 233:9
253:11
**making** 37:11
98:9 103:25
154:7,13,22
155:23 158:17
166:23 168:19
206:6 209:7
214:1 245:25
251:18 267:12
269:12 272:5
**male** 105:22
158:20 227:13
227:24 228:20
253:8 258:7
**maleficence**
216:23
**males** 151:22
152:2,3
**malpractice**
23:17,21 24:7
24:24 25:1 49:6
**malpractices**
24:25
**man** 145:18
227:22 253:19

**man's** 145:18
253:23
**manage** 199:21
**manageable**
67:5
**management**
102:16
**manner** 275:6
**march** 1:16 6:6
285:13,18 286:2
**margins** 39:4
**mark** 27:12
34:8 38:17 77:3
88:24 89:1,13
93:10 100:13
114:21 115:8
117:23 149:21
158:2 160:12
171:6 181:18
183:6 186:6
210:20 213:10
257:23 260:14
276:14 277:8
**marked** 12:22
13:1,14 14:10
14:13,22 18:14
27:9 34:4 38:13
38:20 46:18
56:12,15 76:18
76:19,25 88:19
89:4,9,21 93:4
100:10 110:11
114:18 115:5
116:24 117:18
120:16 134:22

149:18 157:24
160:5 171:1
181:13,19 183:3
186:3 188:18,22
210:17 211:20
213:7 224:23
235:24 242:8
245:1,6 249:14
257:20 260:11
266:3 276:11
277:5
**mary** 73:18 75:1
79:8 81:13
**mary's** 69:21
**mason** 170:7
**mastectomy**
220:13 221:5,6
225:20,25
226:12 227:3
**master's** 41:13
65:22
**masters** 28:10
28:25
**match** 147:12
148:2
**materials** 83:5
**math** 31:21
**matter** 15:22
16:4 24:21 47:5
64:14 108:9
150:21 153:8
201:14 281:23
282:1
**maturation**
181:25

**maturity** 233:8
**mbeato** 2:20
286:1
**mcadams** 92:22
**mean** 11:8,9
17:4 21:24
22:10 24:10
25:25 36:4
40:18 50:13
54:13 57:24
63:2 71:2 72:16
82:17,22 83:4
103:10 104:7
107:17 113:16
113:19 116:10
121:8 124:18
125:5,15 126:22
127:23,25
128:13 133:15
134:8 142:7,8
143:4 151:23
153:20 160:24
162:16 163:11
167:18,19 178:8
186:11 194:1
212:12 216:16
220:19 222:20
225:7,13 227:19
229:19 230:11
235:13,14 238:7
246:2,16,24
247:22 248:9
251:5 254:5
260:25 261:9
265:17 268:9,10

275:15
**meaningful**
127:12,15
**means** 10:8
32:11 36:5
40:20 53:12
79:17 96:18
110:19 125:1
177:14 194:3
212:10 224:12
252:14
**mechanism**
82:15 88:18
**mechanisms**
82:23
**medicaid** 5:14
16:7,24 180:25
181:6 199:25
200:5,15 210:7
211:24 212:16
**medical** 4:10
10:8,23 16:8,11
16:19 18:24
22:5 23:21
24:11,12,25
25:1 27:16
28:20 29:8,11
30:11,15 33:17
34:10 35:4,6,19
35:24 36:7
41:11,20,20,22
42:1 44:20 48:6
48:7,24 49:5,18
52:15,15,24
53:1,3 54:11

55:9,11,15 56:8
56:22 57:3,6
61:5 62:8 63:7
63:20 64:23
68:7,25 69:7
70:20 71:22
78:4,8,15 79:3
79:22 80:4,15
80:17,23,25
84:7 90:2 92:3
94:16 95:19
99:13,23 101:1
108:12,24
117:12,22 118:1
118:5,12,16,18
118:25 119:14
119:22 120:2,7
121:6 126:23,24
129:6,9 130:6
133:25 140:21
143:3,6 145:6
146:20 147:8,15
148:1 162:14
169:16 173:23
180:23 181:4
185:11 193:1,7
193:13,17,21
195:19 196:4,9
196:10 199:7,24
200:22 201:15
201:16 202:22
204:4,7 205:4,6
210:8 211:15
213:20 214:15
214:19 215:3

216:8 217:16
219:24 220:6
225:1 228:14,22
229:6 230:7
231:12 232:3,17
256:19 269:21
273:16 274:8,12
274:20
**medication**
130:2 246:23,24
246:25
**medications** 9:6
10:11 46:22
103:18 129:7
130:11 147:4
164:25 199:6
201:7 245:21,24
247:1
**medicine** 26:25
27:21 28:6
29:21 32:5
47:21,25 48:21
49:2 51:1 69:18
99:4 130:25
170:21 172:16
172:19 173:3
206:19 252:4
**medium** 207:3
**meeting** 21:3
124:10
**meetings** 21:1
26:3 40:21
124:1,9
**meixel** 69:3

**melbourne**
184:22 185:9
**member** 23:24
55:11,14 57:7
59:11,14 75:5
75:20 80:12
81:21 82:2
118:17 172:25
**members** 32:24
56:24 74:15
75:9 78:8,14
119:14
**membership**
55:17 76:3
**memo** 17:8,18
64:17 277:14
**memory** 9:3,4
15:25 67:1
**men** 228:19
**menarche**
105:19
**mental** 114:9
144:18,23
147:14,18 158:8
249:22 250:1,9
251:1,8,18
264:17 269:23
**mention** 58:25
184:8 259:8
**mentioned** 7:8
8:12 18:10
21:13 29:13
39:12 42:3 58:7
118:17 122:6
152:21 170:2

234:13 239:3
**mentions**
101:15 169:4
**mere** 163:10
**merely** 22:3
187:15 232:1,13
232:23 268:7
**messages** 96:17
**met** 25:20
**method** 274:8
**michael** 2:16
13:13 112:12,22
154:20 231:17
286:1
**michelle** 112:13
112:15 113:4
114:16 115:21
116:20 117:4
**mid** 236:2
**midway** 269:11
**mightily** 218:7
**millennia** 91:11
**mind** 7:13
109:21 154:20
181:9 218:13
267:24
**minds** 267:13
**minimal** 174:23
**minimize**
217:17 242:3
**ministries**
262:11
**minors** 100:25
101:2 111:4
123:5 208:8

217:3 234:15
236:1
**minute**  21:3
72:9 109:22
218:13 244:24
**mis**  145:12,13
147:8
**mission**  32:8
35:14,20 36:7
57:2 83:18
**mistake**  204:16
269:12
**mistaken**  8:25
**mistreatment**
145:13,14
146:14 147:9
**mistyped**
222:19
**misunderstood**
267:9
**mode**  222:2
**modeled**  193:11
**moment**  38:24
55:21 223:3
262:1
**momentarily**
248:20
**money**  62:21
**monroe**  2:18
**months**  15:8
136:7
**morality**  70:14
**morbid**  110:10
**morning**  7:7
22:1 278:19

**move**  39:22
59:21 71:1
103:21 110:3
119:11 164:22
171:6 209:24
235:22 245:9
266:2
**moved**  52:20
53:15
**moving**  129:5
167:7 262:20
**multi**  60:10
**multiple**  65:21
107:18 226:23
**multiplicity**
165:21
**muslim**  69:15
130:20
**muted**  36:21,22
141:2
**myth**  170:20

| n |
| --- |

**n**  2:1 3:1,1 6:1
7:17,17,17
**n.w.**  2:5
**name**  7:8,11,14
7:16 17:11,23
55:9 66:9,11,14
66:16,19 72:17
73:6,7,16 83:14
83:24 86:20
91:9 107:22,25
108:2 123:20
124:3 127:8,11
152:10,14 226:4

227:2 263:24
275:20,23,24,25
276:7
**named**  248:4
**names**  17:16,20
75:12 211:1
**narrow**  125:16
**national**  28:5
56:19 67:17,19
124:16 243:4,21
**nationally**  123:6
123:13,22,23
126:18
**natural**  8:5
92:17
**nature**  217:11
**nauseam**  279:10
**nbhw**  244:16
**near**  101:19
**nearly**  40:9
203:17
**necessarily**
133:23 134:8
144:13 243:24
246:25 253:25
268:9,13
**necessary**
193:16 197:6
246:15 288:6
**need**  12:15
22:18 32:4 37:8
53:24 76:1,15
132:22 138:3
192:4 197:25
198:4 202:18

230:2 234:7
241:9 244:21
273:8 274:24
278:10
**needed**  17:6
133:18 135:14
135:17 159:21
**needs**  52:10
71:15 133:23
147:12 154:19
282:5
**negative**  206:7
232:10 279:22
**neither**  186:10
207:21
**neonatal**  28:5
92:18 99:4
**neonatology**
99:5
**nervosa**  145:23
146:3
**neurobiology**
5:6 160:9
**neuroendocri...**
160:11
**neurologist**
141:19
**neurosurgeon**
141:19
**never**  25:10,13
46:21 50:24
51:15,16 57:24
58:3 63:5,9
71:21 114:13
119:23 129:6

142:3 217:22,23
247:2
**nevermind**
189:16
**new** 86:9 134:6
168:17 242:17
**news** 255:4
256:15 258:14
260:21 261:2,20
261:23
**newspaper** 87:5
**nih** 224:2
**nod** 270:16
**nodding** 8:2
**noise** 21:12
**non** 171:23
174:23 192:7
216:23
**nonjudgmental**
254:12
**nope** 157:15,23
167:1 193:16
**norm** 144:4
158:21 165:13
**normal** 105:8
105:17 119:16
227:14,15 249:2
**northern** 1:1
**notary** 284:14
284:19 288:13
288:19
**note** 53:2 76:15
240:5 286:10
**noted** 97:2
105:12 278:7

284:8 288:7
**notes** 19:15
85:10 161:10
213:18
**noteworthy**
55:25
**notice** 6:9
**noting** 161:16
**notion** 227:1
**number** 12:22
13:14 27:9 34:4
34:25 35:11
38:13,23 39:1
56:12 64:15
73:7,13 74:1,22
76:19,25 79:5
80:10,14,22
81:7,17 85:18
85:21,24 86:4
86:19 88:19
89:4,9 90:2,12
90:20,23 91:5
91:14 92:9 93:4
94:4 98:6
100:10 110:11
114:18 115:5
117:9,18 148:14
148:18 149:18
152:20 155:4
157:24 160:5
171:1 181:13
183:3 186:3
188:18 210:17
213:7 228:4
229:23 245:1

257:20 260:11
276:11 277:5
**numbered**
83:10,11 263:5
**numbers** 222:23
271:19 273:11
275:12
**nurses** 30:18
**nursing** 35:6
**nutrition** 98:21

**o**

**o** 3:1 6:1 7:17,17
286:1
**oath** 9:13,14,18
284:4
**obfuscate**
231:25
**object** 39:9
107:2 109:3
161:23 166:14
171:16 178:6
179:14 187:6
203:20 207:18
209:16 217:25
220:8 230:23
231:5 232:14
237:24 269:25
271:11 273:20
**objection**
166:18 231:18
**objections** 6:12
278:9,16
**obligated** 282:8
**obligation** 86:21
152:23 153:25

**obligations**
138:8
**observant** 69:17
**observation**
156:19
**observations**
158:6 159:1
278:8
**observer** 141:7
**observers** 141:9
141:10
**obtain** 111:8,23
**obtained** 56:9
220:1
**obtaining** 206:1
**obviously** 22:22
68:18 70:18
71:14
**occasionally**
17:15 126:5
**occasions** 57:15
250:8
**occurred** 94:25
107:20 164:17
202:25
**occurring**
105:18 124:9
125:8
**occurs** 143:16
**october** 262:11
**offense** 218:3
**offer** 88:14
101:8 139:14,17
139:23 140:3
195:18 197:20

221:4 242:4

**offered** 221:5
243:9 244:6

**offering** 37:9,19
216:16

**offers** 83:22

**office** 19:20
65:24 178:9

**official** 78:3
79:3 84:6 95:18
117:11 118:25
120:8 285:18

**oh** 12:2 16:1
18:22 21:16,24
24:14 26:21
36:20 41:11
44:22 52:6 54:2
54:13 75:21
79:8 80:23
86:10,16 90:19
91:10 122:20
123:19 124:10
126:19 127:6
129:19 139:21
150:24 152:8
170:12 183:17
183:25 185:18
189:20 190:8
212:25 225:11
239:23 240:24
250:4 251:9
258:12 262:8
263:18,22
265:17 279:4
280:12,20

**okay** 7:21 12:17
17:7,22 23:9,11
24:17 25:6 29:7
29:7 40:7 43:8
44:7,25 46:3
49:21 51:17
52:21 57:20
59:6,21 60:18
62:6 66:1,9,14
72:19 75:16
77:22 79:9,25
80:6 81:17,24
82:25 84:23
85:21 86:10,12
86:16,23 90:5
90:19 91:1,19
92:9 93:14 94:7
94:18,21 95:2
97:9,25 98:6,16
99:3,9,15
100:20,24
101:25 103:21
104:15 105:5
106:13 113:10
113:14 114:5
115:8 119:11
120:3,15 121:11
122:25 127:20
130:5,9 134:20
137:7 138:5
139:21 140:5,9
140:15,19
143:21 147:20
148:5 149:21
150:8,23 152:2

153:22 155:3
159:9 171:12
175:17 182:21
183:15,18
185:23 186:2
187:19 188:8
189:12,13 190:5
190:17,22 191:1
191:2,11,12,17
192:20 205:23
209:22 211:18
214:20,24
223:16 224:17
224:20 225:11
227:5 234:2
236:14 238:12
241:2,15,23
247:13 250:20
253:23 263:2,4
263:7,22 271:13
276:2 277:8,18
280:9,12,20
281:7,17 282:20

**oklahoma** 1:14
6:7,9 24:6 27:16
28:1,11,21,22
29:1 43:14
44:10 45:23
47:22 48:6,14
53:11 60:19,22
62:13 67:9
121:20 122:15
284:15 285:2,3
285:6,14,22

**old** 19:17
142:18

**once** 49:7 55:18
62:22 66:3,8
71:8 80:7 104:1
104:17 107:13
109:10 117:5
137:12 152:19
156:20 169:24
171:18 179:24
240:2

**one's** 247:9
266:13,18 267:2
267:7,21

**ones** 58:10
133:7 253:9,16
265:3 276:1

**ongoing** 41:20
200:2

**online** 19:16
56:9 79:13 86:7
87:4 127:7
176:17 177:5
178:12 179:5,9
255:6,9 280:21

**onset** 157:3
158:8,18 242:6

**open** 36:16
42:14 65:24
87:17 88:11,13
89:8,16,18,20
93:12 100:3
117:15 155:10

**opened** 161:21

**opening** 88:7
**operations**
  225:5
**operative**
  263:12
**opine** 281:14
**opinion** 19:11
  77:15,20 84:11
  84:12,15 97:13
  97:14 121:10
  125:22 126:1
  132:20 134:8
  136:16 142:2,10
  147:6 153:2,3,7
  153:8,19,21
  168:2 194:24
  195:8,11,13,14
  195:18 196:7,16
  197:20 209:15
  216:4,16 217:1
  219:6 220:4
  256:3,8,25
  266:17 270:5
**opinions** 10:25
  11:2,4 12:3
  103:22 104:9
  121:5,8 127:17
  130:24 134:15
  135:9,11,16,24
  136:14,18
  138:25 139:13
  139:16,23 140:3
  140:7,10 141:1
  141:9,11,15,17
  152:24 154:2

196:1 256:12
264:23 272:15
278:15 279:3,7
**opportunity**
  20:13 124:11
**opposed** 32:20
**opposite** 119:17
  258:20
**options** 94:11
**oral** 70:17
**order** 10:18
  17:24 21:2 23:4
  28:14 44:25
  50:7,8 67:5
  141:11 145:20
  163:3 174:8
  193:8,14 217:19
  272:7 282:25
**ordered** 138:17
**orderly** 208:14
**organization**
  7:11 50:14 52:5
  52:6,9,13,18
  54:21 55:8 59:8
  113:18 116:13
  121:21 255:4
**orientation** 5:7
  160:10 262:17
**oriented** 32:5
**original** 72:15
  72:24 73:1
  74:23 77:12,13
  108:19 170:13
  172:4

**originally** 14:14
**osteoporosis**
  182:1
**outcomes** 194:6
  207:3 208:15
  218:8 219:17
  221:7 229:17
  231:8 233:10
  246:9 264:17
**outweigh** 243:8
  244:5
**overall** 31:25
**overcome**
  274:17
**overenthusiastic**
  256:1,2,6,10
  266:6
**overlap** 20:24
**overruled**
  252:16
**overview** 45:16
**own** 14:24
  22:23 41:5 44:6
  127:17 173:18
  195:16 200:7
  211:9 239:8
  252:15

**p**

**p** 2:1,1 6:1
  16:18 143:13
  284:1
**p.m.** 112:25
  138:6,6 181:12
  218:19,19
  244:25,25

282:14,14 283:5
**page** 3:2,7 4:2
  5:2 7:22 34:24
  36:25 38:23
  39:2 46:17,21
  67:15,21 68:10
  72:13 81:23
  83:10,11 85:8
  93:9 117:21,25
  118:1 119:23
  150:12 160:18
  183:13 184:2
  211:19 215:11
  224:23 235:23
  235:24 249:13
  249:14 254:10
  260:17 261:25
  262:20,21
  263:10 266:2
  268:21 269:10
  287:4,7,10,13
  287:16,19
**pages** 69:20
  77:8 263:5,5
**paid** 139:11
**palestine** 51:22
**palestinians**
  50:17
**palliative** 91:10
**pandemic** 40:6
**paper** 14:7
  39:25 74:14
  117:7,8 127:7
  180:1 225:16
  238:3

**papers**  19:11
  29:24 40:22
  43:25 72:15,23
  72:24 73:1,4
  74:23 179:23
  238:14 239:8,11
**paperwork**  23:1
  23:2,4
**paragraph**
  39:12 95:3
  101:16 122:6
  123:3 129:5
  130:10,23
  131:13 141:6
  142:19 151:21
  159:11 164:6
  168:8 173:7,10
  174:21 181:22
  192:25 196:14
  199:10,10
  203:14,15
  211:22 222:10
  225:9 236:7
  237:1 240:25
  245:14 247:4
  249:11,13,16
  254:10 262:21
  262:22 263:19
  263:20,21 264:3
  267:16 269:11
**paragraphs**
  104:20
**parallel**  20:24
  128:6

**parallels**  205:11
**pardon**  54:3
  277:11
**parent**  101:10
**parental**  74:3
  110:14 111:4,18
  158:5 159:1
**parenthood**  5:9
  175:3,13 176:2
  176:19,20 177:2
  177:9,12 178:1
  178:3,9,15,17
  181:18 186:10
**parenthoods**
  175:11
**parenting**  4:20
  52:17 114:2,24
  117:1
**parents**  101:4,5
  101:12 238:24
  239:6 255:10,15
**part**  12:23
  13:15 14:24
  27:10 30:13
  34:5 38:14
  40:16,18 44:19
  56:13 67:3
  76:20 77:1
  88:20 89:5,10
  93:5 100:11
  114:19 115:6
  117:7,19 149:19
  157:25 160:6
  171:2 181:14
  183:4 186:4

  188:19 189:18
  202:23 210:18
  213:8 220:2
  223:6,17,18,21
  224:6,16 227:24
  235:3,10 245:2
  246:13 257:21
  260:12 276:12
  277:6
**partially**  126:5
  221:24
**participate**
  40:20 94:21
**participated**
  121:15 142:5
**particular**
  32:18 33:2
  39:20 65:3,18
  66:6 77:17
  95:22 96:11
  146:20 153:9
  154:23 183:12
  252:8 259:25
  278:1
**particularly**
  39:5,7 57:24
  141:21 162:1
  172:20
**parties**  2:2 6:3
  6:11 285:15
**parts**  104:2
**party's**  138:22
**pas**  90:23 91:15
  91:15,19

**passed**  189:23
**past**  23:22 64:20
  121:12 125:9
  148:15 153:16
  158:20
**patience**  55:21
  56:1
**patient**  36:6,10
  37:16 38:5 43:1
  43:21 44:2
  48:17 106:1,9
  128:24,24 129:1
  130:3 145:2,23
  146:6 147:12
  163:14 164:15
  164:20 167:17
  167:20 174:22
  175:7 177:15
  178:1,16 179:4
  179:13,18 201:1
  219:9,23 220:4
  220:20,21 221:5
  225:23 227:3
  252:2,14 253:22
  269:20
**patient's**  98:17
  179:6 199:18,18
**patients**  4:8
  30:10,14,17
  33:3,10 46:14
  46:23 47:10,15
  59:25 67:25
  68:15 69:4
  111:8,13 123:5
  123:11,24

124:17 126:17
127:13,19 128:2
128:4,7,12,20
128:22,22 129:8
129:15,24 131:1
143:11 144:20
145:16 162:4
163:21 164:8
165:3 168:6
176:13,22 177:1
180:6 199:12,23
200:15,20
201:24 202:3,8
202:9,12,14
203:1,5,18
207:5 208:7,8
226:5 233:8
248:25 250:10
250:19,25 251:8
253:14,16
254:13 271:19
275:4
**pause** 126:10
**pay** 200:6
**pba** 105:12,21
**pdf** 5:9 181:17
263:5
**pediatric** 24:14
24:18 27:25
28:6 30:25 42:2
45:10,20,22
46:4,8,11 47:7
60:17,25 67:24
68:15 81:14
85:3 97:18

103:15 129:10
129:14,24
147:16 170:21
250:2,12 251:8
**pediatrician**
165:3
**pediatricians**
59:9,12,15,19
113:7,19 114:1
115:2 116:19
**pediatrics** 4:11
27:20 45:13
67:17,19,20,20
73:14 74:9,25
76:5,17 81:8,19
82:8,20 97:19
112:17 113:12
114:6,12,23
115:10
**peer** 72:17,19
73:3 76:5,8 78:7
78:10,14,17,20
78:22,22 79:2,6
79:10,21 80:4
80:17,24 81:3
82:5,6,11,22
83:16 85:11,13
85:15,25 86:2
86:13,14 87:14
87:17,17,20,21
87:22,25 88:11
88:13,13 89:8
89:16,17,18,19
89:20,22 90:14
90:15,21 91:2

92:4,6,12,20
93:2,12,16,24
95:7,8,9,20,21
95:23 96:1,8,11
96:12,15,17,18
96:21 97:3,5
99:12,19 100:3
100:16,19
184:19 186:8
187:5,9,13
262:13,15,19
279:14,18,19,25
280:3,13,14
**peers** 96:23
**pellegrino** 28:24
29:14,17 30:20
31:1,7,15 32:3
32:19 33:3,8
34:14,22 35:9
35:18,22 40:3
40:14,25 41:10
42:22 43:22
63:3 64:21
**pellegrino's**
98:22
**pelvic** 105:24
**penalty** 9:16
**penectomy**
225:20 226:1,11
227:3
**people** 8:6 10:3
19:5 20:1 26:3
31:22 39:3,6,7
39:15 48:15
51:21 58:18

65:25 69:10
71:10,20 84:21
123:13,15
124:11 125:10
125:21 131:6
153:13 159:22
165:17 197:4
204:22 206:17
207:15 221:20
227:17,19,21
228:2,4,6
229:23 234:20
237:12 239:7,10
247:16 253:18
254:20 258:18
267:12 268:4
273:13 282:7
**perceive** 163:3
256:24
**perceived** 37:9
37:19
**percent** 150:16
150:17 151:21
152:3 214:5
235:25 236:10
**perception**
152:4 162:19,23
163:2
**perfectly** 187:2
**perform** 101:8
**performed**
198:14 203:18
203:23
**period** 68:6,11
125:7 128:17

177:23 275:5
**perjury** 9:16
**perko** 13:12
15:18 21:6
**permanent**
106:4
**permission** 98:1
111:19
**permitted** 101:3
**perpetrator**
258:8
**persistence**
242:7
**person** 26:11
32:17 91:12
125:20 143:24
143:25 144:8,16
145:18 167:3,11
249:4,5 258:2
258:11,11,23
259:2 261:3
269:23
**person's** 270:8
**personal** 233:16
256:9
**personalis**
32:17
**personally**
25:19,25 47:17
**personnel** 35:7
**persons** 118:14
119:15 264:4
**perspective** 70:9
134:7 141:18

**perspectives**
64:7 77:16
83:23
**pertaining**
131:15,17
**pertinent** 133:6
133:6,7,16,17
136:8,11
**peruse** 19:14
**ph.ds** 32:25
**phenomena**
266:4 268:11,14
269:13
**phenomenon**
155:21 156:21
158:12
**philosopher**
32:24
**philosophical**
32:23 33:13
42:25 43:20,23
185:8
**philosophy**
32:25
**phone** 37:14
124:13,23
125:14,19
178:20
**phonetic** 104:2
**phrase** 194:8
**phrased** 122:17
**phrases** 246:4
**physical** 114:10
227:13 275:17

**physician** 90:2
91:16 140:21
142:13
**physicians**
29:10 30:18
83:6 111:23
218:5
**physics** 65:14
65:15,17
**physiological**
181:25 189:22
**pi** 61:19
**pickle** 276:16
**piece** 39:24
**pieces** 85:21
**pill** 95:12
**pituitary** 105:20
**place** 49:25
106:14 111:23
191:7 233:6
244:16 284:7
**places** 102:21
126:20 176:1
**plaintiffs** 1:5,15
2:4 4:1 5:1 6:6
7:9 10:19 13:1
14:10,13,18,22
18:14 20:1,3,9
25:23 27:13
34:9 38:18,20
43:11 46:18
56:16 64:14
76:18 93:10
100:14 115:9
117:23 120:16

120:23 130:18
134:22 158:3
160:12 171:7
181:19 183:7
186:7 188:22
210:21 213:10
216:13,17 245:7
257:24 260:15
276:15 277:9
282:16,25
**plan** 44:25
202:19,21
**planned** 5:9
175:3,11,13
176:2,19,20
177:1,9,12,25
178:2,9,15,17
181:17 186:10
**planning** 30:6
**plausible**
178:20
**play** 33:7
202:23
**played** 58:8
**plays** 33:11
116:13
**please** 8:13,19
9:1,4 17:5 18:25
71:15 138:4
163:8 189:2
190:7 209:6
221:18 238:21
283:2
**pleased** 119:2

pllc 2:17
pm 181:12
podcast 206:20
　207:8
point 58:2 71:20
　113:21 120:15
　125:6 154:9
　159:24 161:19
　165:23 166:10
　166:22 171:20
　174:25 179:8
　192:8,21 196:12
　207:24 209:22
　217:18 225:15
　226:17 238:20
　249:12 258:21
　280:25
pointed 100:17
　158:22 184:1
　219:20 229:19
pointing 158:19
　162:4 204:15
　221:2
policies 119:15
　212:13
policy 35:2 83:1
　114:5,14,23
　115:1,3,9,16,19
　116:12,18,25
　117:2 213:19,22
poorly 172:11
popular 126:21
　199:3
population
　150:14,16

263:14
posed 244:20
position 29:15
　43:18 45:20
　52:3 54:16
　58:13 59:18
　81:10 114:12,15
　116:12,18
　121:19 127:9,12
　146:13 218:22
positions 54:19
　118:4 131:5
positive 206:6
　225:23 232:11
　264:17,20
possibility
　206:11 249:18
　251:24 252:3
possible 108:15
　188:10 214:25
　217:18,23 243:8
　244:5
possibly 55:18
　190:15
post 90:21 93:8
　93:9 263:12
potential 156:21
　158:23 239:1
　274:18
potentially
　37:19
practical 133:13
practically
　131:17

practice 30:24
　43:12 45:12,17
　47:21,25 48:21
　49:19 83:7 85:3
　165:2,5 194:23
　194:25 206:24
　223:13 246:8
　249:20 250:12
　251:5
practiced 43:2
　270:20
practicing
　48:12 96:22
practitioner's
　202:23
precision
　195:25
predated
　121:16
predominance
　158:21
predominant
　144:5 270:15
preexisted
　240:23
preferable
　141:8 193:20,24
pregnant 52:7
prenatal 87:8
　99:4 160:21
　161:11
preparation
　18:21 21:9
prepare 18:2
　21:2,14 71:9

132:18
prepared 13:25
　16:6,12 26:24
　138:18
preparing 14:21
　131:22 132:6
　210:22 211:5,11
　264:23 276:22
prepubertal
　164:8,15 189:18
prescribe 30:11
　130:11
prescribed
　46:22 129:7
　130:2 180:9,23
prescribing
　181:1
prescription
　175:5
present 15:5
　62:5 68:6
　122:18 131:1
　151:22,23 153:1
　207:22 253:7
presentation
　68:19,22 69:2
　70:13,15,19,21
　71:22
presentations
　59:22 67:4,8,23
　68:2,10,13,21
　69:21,25 70:4,5
　70:24 71:1,4,16
　72:8 99:16
　123:9 131:4

142:5,12
**presented**  70:17
72:2 94:5
104:10 106:21
134:16 206:9
253:22
**presenting**  70:2
143:24 152:2
209:15 248:25
**presents**  256:21
**president**  204:2
205:13
**press**  4:9 56:7
56:23 94:4
126:21
**presumption**
200:12
**presumptive**
145:3 147:14
250:9
**pretty**  22:7
148:12 185:16
192:7 222:22
**prevailed**  49:12
**prevent**  219:2
**previous**  14:7
48:23 54:25
267:9
**previously**  16:3
25:10,14 84:24
139:18 150:15
150:17 233:8
**primarily**  40:22
41:18 45:13
65:14 128:17

256:15
**primary**  31:4
59:24 60:1 61:4
61:7,10,13 73:2
73:20 74:11
93:1,3 124:24
**principal**  61:16
61:24
**principles**  33:12
33:13,14 95:12
216:12,19,22
**print**  150:25
183:16
**printoff**  117:25
175:13
**printout**  179:2
**printouts**  19:17
**prior**  25:18,21
25:24 43:13
**privately**  62:19
63:6
**privilege**  8:20
**privileges**  35:4
**probability**
251:23
**probably**  15:12
15:13,14 19:16
20:20,20 29:19
32:15 51:11
66:8 76:15 90:9
107:4 112:21
113:13 119:1
121:9 124:24
125:18 133:2
147:11 176:21

182:16,16 190:4
201:6,7,10
213:6 226:1
228:15,15 249:7
257:19 278:12
**problem**  31:21
53:7 55:22
66:10 88:5
140:17,17
145:11 192:3
208:12 222:7
228:13,16,17,18
229:2
**problematic**
11:6,7 220:16
227:8 228:8
257:1
**problems**  11:9
11:12,17,19,22
11:25 147:10
172:22 183:19
183:19 204:6
233:11 250:21
265:5 269:5
**procedure**
49:11 135:6
136:12 138:11
205:8,10 226:4
227:2
**procedures**
204:20 221:19
221:21,23 222:1
225:2
**proceed**  162:25

**proceeded**
204:24
**proceeding**  94:4
**process**  18:18
22:4 73:3 78:18
78:20 88:16
96:21 164:22
206:6 208:20
209:25 210:14
278:5
**proclaimed**
258:16
**products**  69:14
**profession**  90:3
**professional**
16:11,19 19:6
27:6 35:15 47:1
47:13 49:22
51:7,14 86:21
130:24 249:23
**professionalism**
4:11 73:14
74:25 76:17
**professionals**
96:22 211:16
**professor**  41:14
65:13
**profound**
110:23
**program**  32:12
41:13 65:22
181:6 219:13
**programs**
211:24 212:16
271:18

**[progress - psychotherapy]**

**progress** 219:18
**progression**
  234:16
**prohibited**
  37:10,20 38:4,6
**prohibiting**
  16:7
**project** 210:8
**prolonged**
  177:23
**promise** 282:11
**promote** 35:16
**proof** 229:13
**proper** 105:15
  194:4,5,5
  243:19
**properly** 50:8
**proposed** 193:3
  196:17
**proposition**
  154:16 255:19
**propounded** 7:3
**propriety** 11:2,5
**protection**
  223:18 224:6
**protocol** 172:13
  193:19,23
  205:25 242:5
**protocols** 111:7
  111:15,17,22
  112:7 172:6
  199:13,21
  205:24
**prove** 232:12,19
  233:3 268:13

**proven** 161:15
  232:9
**provide** 10:22
  11:1 17:7 31:6
  35:5 36:6 50:16
  58:4 96:23,25
  101:6,12 108:13
  110:25 111:14
  111:24 112:4
  126:16 133:1
  136:12 138:20
  140:9 144:22
  152:23 153:25
  154:6 155:15
  164:7 182:13
  186:21 196:13
  205:16 209:18
  211:24 212:6,13
  212:16 217:22
  218:22 219:9,23
  220:5,20,22
  221:20,22 239:7
  250:1 254:7
  259:24 263:24
  273:23
**provided** 9:14
  13:19 14:17
  25:10 26:10
  27:2 44:1 89:21
  102:4 106:10,17
  107:11 120:22
  120:23 131:20
  131:24 134:21
  135:2 143:2
  166:9 169:2

  174:18 175:12
  175:19,21,23
  177:19 178:23
  180:5 192:13,16
  198:9 204:12
  206:15 207:24
  209:24 210:12
  217:10 219:5
  229:11 230:5
  231:10 232:2
  234:4 239:5
  242:24 251:1
  254:1 255:24
  260:2 264:11
  272:2,7,16
  273:19
**providers**
  199:12
**provides** 29:20
  29:21,22 103:22
  135:7 138:14
  143:4 253:21
**providing** 17:17
  27:3 47:6,14,14
  48:17 53:6 72:3
  72:5 108:6
  128:16 145:1
  148:1,9 206:2
  206:17 207:4
  215:2,25 216:7
  251:7,9,17
  253:25 254:17
  273:16
**proving** 232:10

**provision** 98:21
  121:5 141:15
  142:6 208:1
  242:1
**provisos** 137:10
**psychiatric**
  110:10,18
  111:13,22 204:6
  229:3 247:17
  249:17 251:13
  251:22 252:19
  252:23 254:4
  270:13
**psychiatrist**
  144:14,15
  249:19
**psychiatrists**
  145:5 148:5,9
**psychiatry**
  252:1,4
**psychological**
  110:16 115:14
  174:22 177:19
  178:2,10,18
  180:5,24 181:5
  228:13 229:3
  242:8 270:13,16
  275:16
**psychology**
  236:24 237:21
**psychotherapy**
  4:22 115:11,13
  116:15,17
  269:24 270:7

**pubertal**   105:18
242:9
**puberty**   10:11
61:8 102:2
103:18 105:4,7
105:8,17 107:8
110:13 119:18
147:4 152:5
164:7,11,12,14
164:16,17,18,20
164:23 165:4,11
165:17 182:2
186:14,19
188:24 189:21
191:5,15 196:15
196:18,23 199:5
222:3 233:9
235:8 238:23
242:8 243:6
244:8 245:21
**public**   52:2
142:7 284:14,19
288:19
**publication**
78:4 79:10,12
80:11 81:12
82:5,18 84:2
87:2 88:10 90:4
90:8,9 91:14,25
93:21 94:2,13
95:18 96:12
97:21 98:4,5,12
99:6,6 114:16
115:21,21,25
116:6,20 117:4

120:8 124:2
157:11 186:9
243:20
**publications**
59:22 72:14
75:18 76:2 82:1
82:25 83:2,22
85:6,10 99:10
99:16,18 108:12
117:10 123:10
142:5,12
**publicly**   61:17
62:7 239:25
277:14 278:4
**publish**   118:24
120:6
**published**   36:25
77:5,23 78:1,23
78:24 79:6,18
80:14 83:13
84:23 90:11
94:7,12 97:24
98:13,15 99:1
99:12 102:12
105:9 112:12
127:6 152:8,9
160:10 168:20
169:14,15,17
176:14,16
187:11 241:4,21
257:12 262:7,10
279:23 280:13
**publishing**   81:2
**pull**   12:7 26:13
42:16 75:21

88:2 134:23
149:10 156:6
170:4 175:17
182:19 188:12
210:1 212:18
215:8 218:16
222:25 223:2
240:12 260:3
261:25 276:24
279:11 280:10
**pulled**   262:24
**pulling**   75:22
**purely**   270:13
**purpose**   4:13
27:3 32:9 76:11
124:18,19
**purposes**   12:23
13:15 23:7
27:10 34:5
38:14 56:13
76:20 77:1
88:20 89:5,10
93:5 100:11
114:19 115:6
117:19 149:19
157:25 160:6
171:2 181:14
183:4 186:4
188:19 210:18
213:8 221:12
226:24 242:1
245:2 257:21
260:12 276:12
277:6

**pursuant**   6:9
**pursues**   29:23
**put**   23:7 44:22
109:12 224:1
247:17 257:7
265:4 278:21
**puts**   39:4

**q**

**qualification**
139:6
**qualifications**
141:11,14
**quality**   105:12
241:8
**quantify**   31:5
**quarterly**   77:24
78:3 84:3,5
95:15,17 117:10
120:7
**queen**   51:10
**question**   6:13
7:19 8:6,9,14,17
8:19 26:19
34:12 39:10
65:18 78:13
106:8,14 107:3
109:19 126:6,9
161:1,24 179:15
187:4 188:1
192:15 197:14
207:11 212:10
218:12 225:11
230:4,4,20
231:3,19 232:5
232:6 267:10

271:12 275:7,15
281:25
**questionable**
112:5 258:18
**questioning**
282:17
**questions** 7:3
8:1 9:7 27:15
68:20 72:8
90:17 109:23,25
126:11 188:2
218:14 230:2
265:7 280:24
281:1,6 282:9
**quick** 74:21
162:5 190:18,18
211:21
**quickly** 12:17
42:14 44:17
56:5 93:8 126:6
148:25 149:10
248:2
**quite** 19:13
29:11 54:24
70:18 72:5
121:23 123:16
144:3 212:10
**quotation**
244:10
**quote** 16:10
160:18 181:23
196:16 200:13
200:13 222:14
243:11,13,14,23
243:25 244:2,4

245:10 247:12
257:7,11 258:3
**quoted** 37:2
**quotes** 247:18
**quoting** 247:16
247:16

**r**

**r** 2:1 7:17,17
284:1 285:1
287:3,3
**radiological**
159:13,19,23
163:25
**random** 54:9
**randomized**
105:6
**randomly** 19:14
**rapid** 157:1
158:8,18
**rate** 229:25,25
263:11 267:6,17
**rates** 268:8,13
**rather** 43:1,20
53:9 54:9 82:10
145:13 159:6
162:19 261:5
268:24 270:25
**ratio** 194:6
**rationale**
247:22
**rays** 252:10
**rcts** 241:8
**reach** 236:2
**read** 18:4,7,9
20:3 54:25

90:22 103:12
104:6,18 106:15
116:7,11 127:16
128:6 132:12
133:4 134:2,5
136:4,8 138:15
148:20 150:10
150:20 153:9
156:3 157:14
160:15 161:19
161:22 162:1
166:2 169:21,25
173:21 177:4
179:5,13,18
183:15 185:17
185:21 190:18
212:15 238:16
239:20 241:2,9
241:18 242:20
243:15,24
244:18 259:14
274:19 275:20
275:24 282:20
284:4 286:9
288:5
**reading** 39:11
105:1,5 126:19
126:23,24 142:9
153:3 158:17
233:19 256:13
256:16 263:17
263:23 282:21
**reads** 35:1
118:11 119:13
132:16 210:7

**ready** 142:1
**real** 172:22
**reality** 256:3
270:17
**realize** 8:22,24
89:1
**realizing** 76:14
256:18
**really** 19:15
38:1 41:19
59:20 66:18
70:11 71:19
116:1 133:2
145:22 153:12
159:21 162:4
167:23 183:15
184:1,3 191:3
194:3 197:7
207:1 211:13
226:17 228:15
229:8,22 230:3
256:23 268:2
272:9 277:24
**realm** 60:16
**reason** 48:24
53:9 92:25
110:21 226:3
230:25 242:22
258:15 278:14
286:11 287:6,9
287:12,15,18,21
**reasonable** 15:1
106:13 119:10
**reasons** 129:6,9
130:10 139:1

**reassignment**
119:19
**reassuring**
207:5
**recall**  13:6
15:17 17:4,16
17:22 20:21,23
25:5,8 27:3
37:11,13 46:3
54:4 55:19
60:12,18 62:3
66:23 70:15,21
71:19 78:17
80:21 84:9,16
87:20 90:8,13
91:9 92:19
96:14 157:21,22
172:2 211:1
260:10 276:8,16
276:21 277:2
**recalling**  64:9
**receipt**  286:18
**receive**  29:10
31:11 50:22,23
209:11 233:17
**received**  27:15
27:19 29:8 49:1
50:5 51:13 63:5
63:9 151:6
170:18 177:2
181:4 216:18
233:15
**receives**  165:11
167:3,11

**receiving**  51:18
65:4 164:20
200:17,22
201:25 216:14
264:19
**recent**  125:9
241:1 266:25
**recently**  41:2
113:9 199:3
269:18
**recess**  72:10
112:24 138:6
181:12 218:19
244:25 282:14
**recognize**  13:22
26:17,20 33:22
36:18 76:12
149:15 182:23
210:3 212:20
237:12 240:15
240:20 276:5,6
277:23
**recognizing**
36:23 244:11
**recollection**
46:16 55:1 97:8
233:25 236:12
236:16
**recommend**
78:23 105:16
145:25
**recommended**
242:10
**reconstruction**
164:10

**record**  7:14
12:24 13:16
27:11 34:6
38:15 55:23
56:14 76:21
77:2 88:21 89:6
89:11 93:6
100:12 114:20
115:7 117:20
142:8 149:20
158:1 160:7
171:3 181:15
183:5 186:5
188:20 210:19
213:9 245:3
257:22 260:13
276:13 277:7
**red**  277:21
**redline**  277:16
**redlines**  277:21
**redone**  80:8
**reduced**  206:12
**refer**  10:3,7
16:18,22 22:14
30:11 36:10
38:21 47:10
130:10 141:6
143:24 144:24
259:2
**referee**  82:23
**refereed**  72:15
72:16,24 74:23
78:10 82:10
85:11,13,15

**reference**  14:7
23:6 29:15
108:16 121:20
129:9 131:13
136:24 142:19
150:5 170:16
171:20,22
181:23 182:20
184:14 200:13
212:1 215:2,13
222:10,16 224:1
224:5,15 225:1
225:3 236:6
242:23 245:10
257:4 259:4
264:10,25 266:3
**referenced**  22:6
43:10 49:14
62:11 64:11
106:15 138:1
169:12 185:13
188:16 196:3
199:7 212:19
213:4 273:4
286:6
**references**  93:9
106:23 107:17
108:10,17,18
109:7,8,11
241:1
**referencing**
22:13 37:5
75:14 125:25
131:9 137:20
138:10 140:2

146:21 151:25
156:23,25
175:14,22
185:25 188:14
190:12,14
196:18,19
199:22 201:12
222:12 238:20
245:17,18
249:12 264:7
**referral** 37:25
**referrals** 130:7
251:18
**referred** 34:3
38:8 46:22
129:7 144:21
246:7
**referring** 16:19
37:16 38:5
47:13,15 54:17
145:2,7,15
147:23 168:15
175:16 200:20
201:20 212:7
226:7 246:13
251:10 254:17
265:16 266:5,8
275:9
**refers** 187:17
260:23
**reflect** 195:9,12
240:6
**reflected** 143:19
**reflection**
243:22

**reflections** 94:3
**reflects** 202:10
**refresh** 9:2
**refusals** 74:3
**refused** 265:9
**regard** 59:23
105:14 127:9
128:24 157:6
158:14 204:9
219:19 229:5
265:13
**regarding** 11:10
35:5 53:24
111:3 196:16
215:13 264:14
**regional** 67:20
**regularly**
138:22
**regulated** 224:3
**regulation**
195:5 216:4
**regulations**
133:20 195:7
222:15 223:6,8
223:12 224:13
224:15
**reinforce** 134:7
**reiterate** 197:6
**reject** 119:14
**rejected** 119:20
**related** 24:17
44:2 60:24,25
67:23 85:2 99:6
99:19,23 110:12
128:3,19,21

175:11 197:21
218:14 235:9
238:5,10 268:12
**relates** 220:15
**relationship**
58:3
**relative** 285:14
**relatively** 133:4
142:15
**release** 4:9 56:8
56:23
**released** 277:14
278:4
**relevant** 51:6
104:9 105:3
110:6 150:18
**reliability**
275:11
**reliable** 83:3,4
170:20 247:23
274:23 275:21
275:23,25
**relied** 14:9,20
15:3 102:6
103:24 106:11
132:23,25
134:21 135:11
137:1,9 140:20
140:25 152:17
152:19,24 154:6
154:22 175:20
212:23 232:22
247:20 279:7,15
**relies** 108:14,25

**religion** 68:25
69:4,7
**religious** 4:6,7
34:1,15 35:13
35:20 38:21
43:9 47:2 55:6
278:9,16,18
279:3
**reluctant** 282:7
**rely** 14:24 34:20
83:6 137:14
155:23 162:14
162:15,17
166:23 169:19
172:1 207:10
209:7 247:13
248:13 270:21
271:16 275:2,18
279:17
**relying** 154:1,13
165:19 168:18
169:11 188:10
212:21 234:8
271:8 272:15,25
273:17
**remain** 40:14
105:24 214:21
**remained**
206:21
**remains** 241:7
**remember**
17:11 54:20
60:13 61:19
78:19 84:16
166:20 255:20

263:22
**remind** 126:7
**reminding**
107:5
**removed** 278:24
**render** 141:11
141:14 142:2
**rendering**
141:17
**repeat** 33:4
166:15,17,18
250:5
**repeatedly**
152:9 165:16
**rephrase** 196:11
**reply** 7:3
**report** 5:4,20
10:16 12:13
13:3,5,20 14:15
14:21 16:6,10
16:12 17:8,18
17:24 18:16
21:17 22:3,4
25:10 27:2
46:17,18 64:13
64:17 81:8
120:17 121:2,4
131:22 132:6,18
132:25 133:16
134:11,15 135:5
135:7,25 136:2
136:9,12 137:2
137:9,19,19,21
138:1,9,14,18
138:24 139:12

139:22 140:1,6
140:11,13,15,23
140:24 149:9,13
149:15,24 150:8
151:7,8,14,20
152:18,25
153:20 154:14
154:24 155:18
155:19 156:24
158:9 159:9
161:3,20 162:7
162:12,13,15,17
162:20 163:2,4
163:6,11 168:1
169:2,3,7,8,20
169:23 172:2
173:8 174:14,15
175:21 177:19
178:10,18
179:18 181:22
182:5,6 186:15
186:18 191:22
192:16,20,24
196:2 197:1,14
197:17 198:2
199:11 207:8
209:24 210:12
210:23 211:6,8
211:12,19,19
212:4,18,20,23
213:3,12 214:1
215:1,2,6,12,13
215:16,24 216:3
216:11,20 217:1
217:7 218:17

222:8 224:23
230:6,11,22
231:14 232:13
232:24 233:5
234:4 235:11,21
235:24 236:3
237:3 238:4,9
238:14 239:24
240:1 245:8
247:11 248:11
248:17 249:14
254:2 258:10
259:15 260:1,17
260:20 261:25
262:24 264:12
264:23 265:1
271:2 276:21,24
277:3,15 278:1
278:2,3,4,11
279:16 281:11
281:11,17,18,19
**reported** 1:18
162:22 165:16
175:1,4 187:21
218:10 239:23
239:25 252:20
258:13 264:21
265:8,11
**reporter** 6:8
7:24 9:14 285:6
**reporter's** 3:8
76:15
**reporting**
163:14 253:10

**reports** 19:20
25:7 64:11,13
83:1 107:18
175:8 176:25
178:12,14
179:13,18
186:11 209:9
233:19,20
255:10 258:12
265:18
**represent** 89:14
120:4 151:2
**representation**
131:21,23 137:1
137:8
**represents**
268:23
**request** 8:15
14:17
**requested** 95:6
**requesting**
71:20
**require** 35:3
111:4 135:6
208:6 237:15
**required** 53:8
78:7 84:19 96:8
136:11 139:13
180:16 195:5
208:11 288:13
**requirements**
51:17 69:16,18
137:15 215:3
**requires** 96:22
242:6

rescue 92:18
research 56:19
  58:2 59:22,24
  59:24 60:1,4,7,9
  60:23,25 61:4,4
  61:7,10,13,17
  61:21 62:3,7,10
  62:19 63:6
  77:12,14 84:10
  84:15,19,20
  86:13 97:12
  108:1 122:7,19
  133:21 137:16
  141:24 142:9
  170:20 186:9
  197:11 207:2,14
  215:3,14,17,20
  215:22 216:5,9
  217:18 222:12
  222:13 237:22
  244:15
reserved 6:13
residency 27:20
residents 41:12
resist 278:23
resolution 118:9
  118:9,11,15
  119:4,7,8,12,12
  119:21 120:5,12
resolutions 4:23
  57:5 117:22
  118:4,6 120:2
resolved 119:9
  119:13

resources
  152:23 248:6
respect 35:13
  87:9
respectfully
  259:15
respective 6:3
  6:11 22:24
respond 7:25
  30:17 91:20
responding 74:3
  92:24 101:7
  188:2,4 199:11
  203:12
response 48:15
  89:18 108:20
  175:21 207:11
  230:9 242:9
rest 81:22
  225:16
restart 34:11
restate 163:8
restricted 87:8
restrictions 4:8
restrictive
  242:25
result 51:18
  105:22 106:1,9
  106:19 148:14
  182:2 186:19
  194:13 219:21
  256:1
results 128:9
  264:20 271:1

resume 42:13
  42:14 54:23
retained 10:13
  138:13,20
return 28:13
  38:19 72:12
  269:22 286:13
  286:17
reveal 84:1
  272:24
reverse 228:20
  236:1
reversible 239:1
revert 152:4
review 12:15
  20:18 60:4 73:3
  78:12,17,20
  81:4 82:22
  87:25 88:18
  89:17 92:4,10
  96:8,10,11,21
  97:3,3,7 99:12
  99:19 100:16,18
  100:19 104:21
  131:13 140:22
  186:8 241:4
  286:7
reviewed 18:20
  19:8,21 20:6
  72:17,19 76:5,8
  79:2,6,10,21
  80:4,17,24 82:5
  82:6,11,13
  83:16 85:11,13
  85:15,25 86:2

86:13,14 87:14
  87:17,20,21,22
  88:13 89:19,22
  89:23 90:14,15
  90:21 91:2 92:6
  92:8,12,20 93:2
  93:16,24,25
  95:8,9,20,21,23
  96:1,12,15,18
  97:5 131:14,16
  131:19,22
  184:19 187:5,9
  187:13 213:25
  262:13,15,19
  274:4 279:6,14
  279:18,19,25
  280:3,13,14
  281:17
reviewers 78:7
  78:10,14,22,22
  93:2 96:17
reviewing 81:3
  278:3
reviews 160:19
revised 105:9
rh 1:6
rid 21:12
right 14:15 16:8
  16:15 19:7
  21:14,17 22:2
  22:14,21 26:13
  28:2 29:13 36:8
  39:22,25 43:13
  45:3,7 46:6 47:7
  47:18 49:25

**[right - saying]**

52:24 57:10
60:13 66:25
67:3 68:17
70:23 72:7
74:16,19 75:18
78:25 83:9 84:3
85:1,5,19,23,24
86:24 87:5 88:6
90:1 91:12,13
92:4 94:13,14
95:15 98:8
99:13,24 100:4
100:13,16,23
101:19 102:4,5
102:10 105:2
107:5 109:2,6
111:5,10,25
112:8,13,14,20
113:7 117:12
121:17 122:24
123:11 129:12
129:12,12 131:2
131:6,7,7
138:12 148:19
148:20 151:17
152:15 153:19
153:23 154:5
156:25 163:19
166:1,25 174:19
177:10 180:3
181:21 183:20
185:9 186:11,21
197:2,18 198:6
198:14,21 199:8
199:9 200:24

209:10,13
215:14,18 216:1
216:10 221:17
222:20,23 224:8
224:22 228:1
230:17 233:6
235:11 236:21
236:25,25
237:17 238:2
239:16 240:3,3
245:21 249:20
250:13,20 255:1
263:8 264:13
269:1,6 276:20
277:12,20
280:23
**rising** 19:5
**risk** 114:9 149:4
150:1,2 194:6
207:16 208:15
217:24 218:6
242:4 258:19
272:9,21 273:10
273:18
**risks** 189:20,22
206:8 207:21
208:4 217:15
218:8 219:16
220:14 221:6
243:5 244:4
272:1,10,13,14
272:18,23 273:1
273:3,9,15
274:1

**road** 262:11
**robbins** 5:11
182:16 185:13
185:24 186:20
**robert** 206:18
**roberts** 70:17
**role** 30:9 33:7
33:11 41:6,16
43:17 44:9,14
45:4 53:17
54:11 55:2
116:14 128:15
130:3,4,8
**roles** 55:3 58:8
**room** 21:7
207:13 254:1
**rooted** 32:6,12
**rose** 183:11
**rotating** 31:16
**rotation** 31:8,14
**rounds** 41:25
**routine** 47:5,10
235:3
**routinely** 30:9
47:16 83:6
234:15 235:1
**rule** 16:7 138:10
138:11,15,16
**rules** 7:22 126:4
135:6 136:12
222:11,21
**rupture** 233:11
**rush** 256:5

**s**

**s** 2:1,10,18 3:1
6:1,1 16:18
50:10 287:3
**sabbatical**
28:23
**sad** 216:11
**safe** 200:9 274:6
274:7,8,13,20
**safely** 206:25
**safety** 105:8
168:11 241:12
274:17,25
**saint** 29:5
122:11,12,15
**salpingectomies**
54:8
**sand** 1:14 6:6
285:13
**satisfaction**
265:18
**saw** 18:23 98:7
133:9 189:14
213:6
**saying** 57:10
75:4 106:22
112:6 129:21
131:10 145:8,11
146:16 151:5
161:7,9 164:5
175:7 182:7
201:13 202:22
203:10 207:13
207:15 214:22
217:9 220:10,21

221:10,19 236:8
239:13 242:3
244:7,9 249:1
253:19 259:22
265:3 268:5
269:4 271:14
273:17
**says** 7:3 75:2
77:24 79:16
86:10 89:23
90:23 110:11
117:6 119:9
126:12 138:16
150:13 158:4,7
158:25 172:17
176:20 177:11
178:17 185:10
193:9 211:23
214:8,12,20
242:12 244:4,15
258:7 262:11
268:7,16 278:7
**scale** 229:20,22
**schizophrenia**
110:22
**schizophrenic**
253:2
**schizophrenics**
253:1
**scholar** 42:19
57:17 94:3
**scholarly** 29:23
**scholars** 58:1
**scholl** 62:20

**school** 26:24
28:13,20 65:3,8
66:15 185:7
**schools** 256:19
**schrier** 262:3
**schusterman**
68:23
**scientific** 4:21
114:2 156:12
168:10,12,14
169:11 194:8
**scientifically**
271:17
**scope** 26:7
**screen** 38:24
49:24 113:23
120:18 151:1
157:17 185:19
212:24 215:7
238:15
**screenshot** 88:9
**scroll** 12:17
29:15 36:19,25
52:1 75:11 76:1
102:14 105:10
107:9 175:25
184:6 189:1,25
190:22,23
212:21 277:10
**scrolling** 123:3
189:17 224:22
**scrutiny** 168:10
245:15
**seal** 285:18

**searching** 66:25
**second** 74:21
88:1 117:15
140:16 162:6
211:21,22,22
245:13 249:13
249:16 262:21
262:22 263:20
263:21 269:11
282:11
**secretary** 54:23
90:10
**section** 50:2
54:21 67:18
68:9 74:23
83:11 85:1,10
105:4 107:9
110:4,9,10
189:7 222:17
235:22 238:20
238:21,23 245:9
245:13 257:9
**sections** 67:6
224:17
**see** 12:10 20:11
23:2 26:19 29:7
39:20 44:17
50:2 55:1 85:17
86:17 104:19
105:11 109:7
116:23 119:6
128:7 134:2,4,5
150:21,22 178:9
185:6,23 189:6
189:13,17

190:21 195:22
205:20,22 212:1
223:5 238:1,13
240:2,18,19
251:25 252:1
254:20 256:3
257:9 263:16,16
268:4,4 276:25
277:18,21
280:25
**seeing** 30:14
86:9 87:23
155:4 157:21,22
158:19 177:22
191:11 197:7
204:22 205:1
234:12 260:10
265:25 277:2
**seek** 204:7
**seeking** 146:19
226:13 247:7
**seem** 106:23
116:1 145:22
237:14 278:17
**seemed** 20:9
144:11
**seems** 122:17
126:13 178:20
245:23 254:20
**seen** 26:3 56:10
114:3,13 115:3
115:22 117:24
117:25 119:5,23
153:12 157:20
178:12 179:9

193:4 194:16
229:13 240:15
240:22 245:15
260:8
**self**  146:1 152:4
162:12,13,15,15
162:17,19,20,23
163:2,2,6,11
168:1,7 249:16
251:22 252:3,7
252:20,25 253:5
253:15 254:4
257:7 258:3,17
258:24 259:3,20
**semantic**  225:4
**semantics**
225:14 228:3
247:15,21
248:13,21
**semester**  40:17
41:1,4
**send**  78:21
96:13
**sending**  276:8
**senior**  42:19
**sense**  144:12
145:22
**sent**  13:12 14:14
19:19 21:19
82:13 89:15
96:5,14 286:14
**sentence**  103:22
126:12 145:8
211:23 225:10
239:21 241:21

245:14 249:15
263:21 264:3
278:5
**separate**  42:24
44:4 49:16
54:19 233:25
234:7 237:15
255:22
**separated**  53:12
**separately**
81:15
**sepulchre**  50:11
50:12
**sequence**  167:13
167:15 196:22
**sequencing**  87:9
**series**  275:4
**serious**  219:12
**serve**  58:19 78:6
159:1 269:20
**served**  55:1
172:11
**serves**  158:6
**service**  39:19
51:14 52:2,18
53:5
**services**  34:2
35:2 47:3 241:6
**serving**  282:5
**session**  71:24
**set**  12:3 222:14
285:17
**setting**  137:17
216:6,8

**settings**  215:25
**seven**  134:23
**several**  32:24
134:4 160:18
258:12
**severe**  120:14
**sex**  10:9 61:11
105:25 106:3
119:17,19 144:1
146:15,23 147:8
148:2 151:24
164:8 165:12,18
196:24 197:2,16
198:20,25 222:4
225:4,18 236:22
237:7 238:6,11
258:20 270:8
**sexual**  5:7 107:8
118:7 160:10
184:10 233:7
257:6 258:3,19
259:12,13 260:7
**sfh**  122:8,9,12
122:19
**shaking**  8:2
**share**  33:20
38:24 49:24
88:22 113:22
120:19 150:13
151:1 160:8
173:7
**shared**  64:8
185:19
**sharing**  13:17
36:15 45:7 88:3

149:1 151:17
209:23
**shed**  207:6
**sheeran**  276:17
**sheet**  282:23
286:11
**shelf**  222:22
**shift**  225:4,14
227:5,6,15,16
227:18,20 228:3
228:8 247:6
248:21 268:23
**shifted**  248:24
**shipping**  222:18
223:7
**shooting**  83:25
**short**  31:3 70:25
106:15,21 138:3
207:2
**shorthand**  6:8
285:5,12
**show**  13:18 37:1
93:8 114:25
117:15 165:25
166:5 237:6
257:15 276:2
277:20 278:21
**showing**  56:7
89:12 153:14
157:17 244:11
274:25
**shown**  264:4
272:18
**shows**  241:6

**sic**  44:1
**side**  20:1,3,9
  187:20
**sides**  23:17
**sign**  286:12
**signal**  255:1,3
**signature**  12:18
  285:21
**signed**  12:4,19
  138:19 286:20
**significance**
  50:18,25 127:9
  153:18,21
**significant**
  103:4 105:18
**significantly**
  242:13,17
  267:19
**silent**  214:12,21
  214:21
**similar**  43:18
  68:11 82:14
  98:20 204:25
**similarities**
  201:11
**similarly**  98:22
  233:1
**simone**  2:4
  263:4
**simone.chriss**
  2:8
**simply**  117:7
  234:19 282:4
**single**  55:2
  63:24 69:9

109:15,15 175:5
  175:23 177:22
  203:24 204:9
  217:23 254:13
  254:15,16
  255:14 275:20
  275:23
**sinus**  17:14
**sir**  241:11
**sister**  204:2
  205:13
**site**  132:14,14
**sitting**  19:3 23:5
**situation**  112:1
  230:18,19 269:2
  269:7
**situations**
  111:12,16,20
  112:8,10,11
  205:24
**six**  24:9 49:13
  125:2,2,13
**skip**  85:5 278:12
**skirt**  258:8
  259:6 261:14
**slay**  51:3
**slide**  183:20
**slightly**  264:2
**sloppiness**
  245:5
**sloppy**  208:25
  262:9 265:25
**slow**  174:9
  189:10

**slowly**  183:20
  280:6
**small**  62:15,21
  150:25 183:16
**smaller**  60:11
  229:21
**social**  39:3,7
  155:22,22
  156:12,16
  189:20 190:2,3
  241:6
**society**  39:4
  105:9 145:6
  172:15,18 173:2
  180:17 242:14
**sole**  73:9,11
  180:1
**solely**  211:8
**solution**  228:14
**solutions**  286:23
**somebody**  13:13
  252:16 260:24
**someone's**
  146:14 147:7
  148:1
**somewhat**  32:14
  282:8
**sorry**  10:2 14:3
  17:13,20 20:8
  21:11 22:12
  23:12 27:19
  32:2 33:4 34:11
  38:23 42:14,17
  43:22 47:14
  50:8 54:2 57:7

61:18 62:5 65:7
  66:4,24 67:19
  73:10 75:22
  76:10 80:23
  83:10 88:24,25
  89:3 90:23
  91:10 95:19
  98:25 103:13
  105:1 125:20
  127:10 128:15
  129:19 138:3
  139:19 141:4
  143:1 147:16
  150:10,24
  155:16 162:15
  163:8 166:21
  168:25 169:15
  171:5 172:3
  173:7 175:12,15
  179:6 185:5
  186:16 187:1,25
  189:13,15
  190:17,19 191:9
  192:15 196:8
  198:25 201:12
  203:15 208:3
  211:4 212:25
  214:16,17
  223:22 225:11
  234:2 239:21,23
  240:25 241:9,19
  242:21 243:12
  244:2,12,17
  246:16 248:9
  250:3,4,13,17

254:7,15 257:4
257:11 262:23
263:18 267:9
272:3 280:5,8
281:2
**sort** 30:19 52:23
61:3 63:6 71:21
77:11 124:9
144:18 163:17
164:4 167:4
173:22 178:24
179:11 180:23
195:24 232:22
**sorts** 196:19
**sought** 58:13
111:19 247:3
**sound** 114:7
119:10 145:17
226:1
**sounding** 218:3
**sounds** 177:16
199:9 276:20
**source** 133:14
149:10 152:13
154:6 155:5,16
165:22 166:7
170:17 171:13
174:13 175:10
200:2 230:21
231:10 232:2
234:3,9,21
236:8,13 237:2
243:13,18,19
244:9 247:20
248:4 254:22

261:20,23
262:13,19 271:2
**sources** 14:9,20
15:2 103:7
127:3 132:5,8
132:20,23,24
134:20,24
135:14 137:18
137:20 138:1
153:4 155:23
165:21 166:11
166:23 168:18
168:21 169:10
169:19 175:12
175:20 182:12
192:21 209:5
239:14 255:13
256:15 260:21
261:2,7 262:16
279:6
**southern** 2:5
7:11
**southernlegal....**
2:7,8
**space** 107:15
**sparse** 233:9
**speak** 8:8,18
21:8 57:14
209:17 282:7
**speaking** 22:12
28:20 48:3
123:23,25
146:22,25 147:3
170:19

**speaks** 231:15
231:16
**specialized**
142:4
**specially** 138:20
**specialty** 30:15
65:7,8 103:15
129:10
**specific** 54:4
64:9 71:17 90:3
127:11,18
128:11 137:20
137:25 166:11
173:8 202:3
230:5 236:6
238:9 240:3
246:14 247:25
271:2 278:1
**specifically**
10:22 19:18
20:23 30:4
39:13 50:19,24
64:2 68:21
108:25 118:8
124:20 128:3
142:6 148:11
155:15 158:7
196:18 238:12
282:3
**speculative**
117:5
**spelled** 217:6
**spelling** 7:14
**spend** 278:17

**spermarche**
105:19
**sphere** 32:19
**spirituality**
68:25 69:5
**split** 53:9
**splits** 213:12
**spoke** 211:2
**spread** 174:10
**springs** 1:14 6:7
285:13
**square** 2:12
**ss** 285:3
**st** 69:21
**staff** 35:7 176:2
**stage** 105:17,18
164:19,21
275:18
**stand** 66:20
281:18
**standard** 16:20
101:22 102:8,20
102:24 103:2,8
141:24 180:9,13
180:16 223:24
**standards** 16:11
16:20 35:16
111:2 112:7
143:20 194:18
195:4,12,15,16
195:20,22 196:3
196:5 197:11
208:5
**stands** 16:23
122:12 156:11

start   8:6 60:15
  67:15 76:9
  123:22 127:10
  176:3 177:12
started   68:3
  126:4 219:16
  225:19
starting   139:19
starts   50:9 68:9
starvation
  146:10
state   6:8 47:21
  48:3 49:2 80:15
  80:23 84:24
  105:21 121:11
  123:4 145:4
  151:21 180:20
  211:24 212:16
  216:2 231:18
  233:7 238:24
  241:6 259:19
  284:4,14 285:2
  285:6,22
stated   113:5
  121:1 188:9
  234:5 265:23
statement   37:12
  37:15 46:24
  83:19 112:9
  114:6,23 115:1
  115:3,10,17,20
  116:25 117:3
  126:16 138:25
  139:10 152:7
  154:7 155:1

165:20 168:19
169:20 171:19
178:13 179:4,6
179:11 180:4
182:5,9 209:3,5
209:7 214:1
237:5 251:22
254:22 255:25
266:16 278:1,11
statements
  59:18 83:1
  106:24 133:25
states   1:1 35:12
  101:16,20 103:8
  114:7 116:14
  118:3 160:18
  212:7,12,13
  213:12,14,16,17
  213:18,19,23
  214:2,5,5,6,10
  214:14,18 217:1
stating   7:14
  56:23 115:11
  168:3
statistically
  144:5
statistics   268:12
stature   105:23
status   121:23
statute   213:18
stayed   149:1
step   136:23
sterility   106:5
sterilization
  106:4

stigma   227:7
stipulated   6:2
  6:10 138:17
stipulations   3:4
stop   13:17 36:15
  42:7 45:7 88:3
  120:18 122:18
  151:17 200:17
  200:21,24 201:3
  201:16,25
  209:23
stopped   31:2
  42:3 52:11
  53:21 148:25
stopping   105:8
story   183:10
strain   242:8
strange   95:11
  96:3 97:11
strangers   95:11
  96:2 97:11
street   2:18
strict   69:17
strictly   153:7
strike   109:20
  127:10 137:6
strive   218:7
strong   256:18
  266:9 279:21
stronger   268:4
strongest
  205:11
strongly   32:6,12
  195:24 266:19
  267:22

struggling
  60:13 66:11
student   87:4
  184:22 185:1
  260:18
students   29:21
  41:12,19,21
  43:24 63:20,21
  64:23,24 65:1,2
  65:15,16,17,19
  65:19 71:25
studied   123:4
  126:12,17,22
  127:18 128:2,4
studies   60:8,9
  60:11,25 105:6
  105:15 107:24
  127:8,11,15
  136:24 137:1,5
  137:8 152:14,16
  159:25 168:8
  170:13 172:5
  185:8 222:13,14
  237:6,10,23
  264:3,7,14,16
  264:22,25 265:6
  267:19 270:25
  271:8,15,16,24
  272:23 273:8,14
  274:4,16,19,24
  274:25 275:8,22
  275:24
study   21:24
  28:23 54:20
  60:4 62:7 63:6

107:22 108:2
127:14 139:11
149:23 152:10
158:5,25 160:13
161:2,4,20,21
161:25 171:25
172:2 181:23
244:15 263:12
263:15,25 264:9
267:1,17 268:7
271:22,23,25
272:9 275:20
**studying**  126:25
127:3
**stunted**  105:24
**subject**  23:21
49:5 64:2 89:17
92:4 97:6 134:5
281:22 282:1
**subjects**  60:5
133:21 215:17
215:21 216:10
222:13 223:19
224:7
**submission**
132:19
**submit**  13:11
78:21
**submitted**  10:17
13:6,10 18:5,8,8
18:17 22:4 25:6
64:14 133:24
134:11 152:25
154:14,23
277:12 281:10

**submitting**
17:18 135:5
138:9
**subscribed**
284:13 288:14
**subsection**
139:20
**subsequent**
98:10 157:8
266:22
**substance**
211:18
**substantiate**
261:2,8
**substantiated**
260:21
**substantiating**
260:18
**successfully**
202:8
**suddenly**
202:17
**sufficient**
136:25 137:7
208:21 229:13
231:7 271:18
274:16 275:12
275:12,13
**sufficiently**
246:10 275:23
**sugg**  96:24
**suggest**  103:23
104:4,5 199:11
203:5 208:19
242:25

**suggested**  17:25
58:10
**suggesting**
101:5,11 108:8
110:17 156:9
162:14 163:24
266:25
**suggestion**
58:17 219:7
245:25 255:14
**suggestions**
78:22 96:14,25
155:25 161:14
272:17
**suggests**  107:7
219:4
**suicidality**
264:5
**suicide**  90:2
91:17 95:4
142:13 229:24
229:25 263:11
**suing**  228:6
**suit**  49:11
**suite**  2:12,18
**summarize**
77:11 139:5
**summarized**
167:6
**summarizes**
187:16
**summarizing**
188:7
**summary**  22:8
108:21 151:13

212:22
**summation**  15:1
**summer**  15:15
15:16
**supplement**
8:24
**supply**  52:14
**support**  16:6
17:8 18:18
26:10 101:20
102:6 103:7
104:16,22
106:12,18 107:1
107:12,22 108:2
109:2 118:12
139:5 155:13
162:15 165:10
165:14 166:7,12
167:3,10 168:9
180:4 182:4,9
182:13 191:13
192:10 199:15
204:7 209:2,4
209:25 227:1
228:22 229:12
230:6,13 231:11
232:2,16,19
233:13 234:17
236:4,19 237:23
251:21 266:15
266:20 267:11
267:15,20
**supported**  69:6
107:25 155:1
186:13,18 204:4

205:4,7
**supporting**
102:1 232:21
279:22
**supportive**
265:3 266:24
**supports** 102:19
109:16 167:22
192:16 271:3,22
271:23,25
**suppose** 57:4
60:3 116:10
131:20 248:19
**supposed** 51:20
69:13 78:9
143:7 145:19
164:24 165:4
177:23
**suppressing**
243:6
**suppression**
105:20
**sure** 12:15 13:9
18:1 21:16
24:10 54:24
67:14 80:10,20
81:2,5 82:9 83:4
86:2 98:2 99:15
105:6 113:21
121:23 123:16
124:5,5 127:1
131:23 132:7
137:16 138:12
144:20,25
147:22 149:16

152:12 156:5
165:24 166:24
175:15 187:4
189:10,10
193:13 202:25
212:10 213:6
216:7 222:22
224:9,19,21
228:6 233:6
236:18 238:22
241:3 276:9
281:4
**surgeon** 81:14
141:20 221:4
**surgeons** 145:5
233:16,18 234:5
234:13
**surgeries** 10:10
61:14 147:1
196:24 197:22
198:13 225:3,5
226:16,20,23
229:5 231:12
235:10,18
245:20
**surgery** 46:22
118:13 119:19
129:7 167:4,12
167:19,21 204:5
220:16 225:9,19
225:22 226:8,9
226:14,20 234:6
235:4 274:1
**surgical** 119:17
119:19 130:7

164:9 183:19
221:25 228:14
**surprise** 4:8
**surprised** 86:25
**surrounding**
123:5,10,24
126:17 127:13
127:19 128:2
**surveillance**
150:1
**survey** 149:4
150:2,2,21
**surveys** 149:25
265:18
**suspect** 125:19
144:24 166:8
**suspected**
251:17
**suspecting**
251:10
**suspended**
48:24
**swaab** 160:19
**sweden** 168:16
173:19 198:16
239:19 240:5
243:5 263:13
**swedes** 244:8
**swedish** 5:16
240:10,12 241:5
242:17 243:13
245:6
**switched** 225:17
**switching**
189:19 266:24

**sworn** 7:2
284:13 285:8
288:14
**symptom**
253:12
**symptoms**
162:16,22
252:20 253:10
**system** 150:1
199:25
**systemic** 241:4
**systems** 54:14

**t**

**t** 3:1,1 6:1,1
143:13 284:1
285:1,1 287:3,3
**table** 8:15
248:20
**tabloid** 255:9
**take** 4:8 8:13,17
9:15 26:15
31:22 55:22,24
72:9 88:5 108:1
109:22 110:13
127:16 144:13
156:6 162:11
174:11 181:9,11
218:13,17
223:23 227:9
240:24 244:21
244:23
**takeaway** 69:8,9
**taken** 1:15 6:5
9:6,13 72:10
112:24 138:6

145:5 181:12
218:19 244:25
282:14 285:11
285:13
**talk** 8:10 9:24
21:8 45:9 49:21
55:18 58:1,7
124:20 144:4
164:6 183:25
187:22 216:5,21
224:24,24 247:4
**talked** 71:24
74:20 80:10
99:15,16 113:2
114:22 117:9
121:14,18
130:17 172:5
183:11 252:10
**talking** 19:24
20:10 37:22
54:18 62:21
64:4,13 69:3
70:7 96:2 100:7
102:21 106:6,7
112:2,3 124:21
126:14 128:18
138:8 139:16
141:20 147:22
147:25 176:22
182:17 190:8
197:7,13 198:24
201:21 202:16
202:18 218:21
225:2 234:23
235:20 244:3

248:12 253:6
274:11,15
275:16,22
278:18
**tallahassee** 1:2
2:19
**tally** 125:21
**tank** 29:20
42:24
**tanner** 105:17
105:25 164:19
164:21
**taught** 63:12,16
64:1
**tavistock**
173:15 174:8
**teach** 41:5,10,18
66:5
**teaches** 65:14
65:14
**teaching** 28:16
29:5 40:25 41:2
43:24 44:10
46:11 64:19
99:17 122:10
**team** 31:8 89:24
**technology**
55:23 241:5
**tell** 19:2,18 81:6
125:23 136:20
155:12 179:25
189:2 208:22
218:5,6 221:5,7
229:22 258:1
277:16 279:17

**telling** 207:9
**tells** 260:25
**temporarily**
45:8
**tempt** 278:22
**ten** 40:9 55:20
62:25 109:14
125:11,12
208:24 230:1
**tend** 42:25
**tendency** 8:6
**tense** 122:18
**term** 10:5 38:2
42:15 60:2
72:19 101:25
162:18 184:9
194:7 204:23
207:3 219:17
226:11,22
229:17 233:4
270:25
**termed** 219:1,13
**terminally**
94:11
**terminology**
10:6 54:22
128:1 227:5,6
227:16 247:6
248:5
**terms** 11:23
14:25 16:15,16
33:15 54:10
60:23 69:18
128:8 145:16
246:18 247:23

271:17 275:12
**terribly** 251:25
**test** 164:1 270:3
271:19
**tested** 270:18
**testified** 23:25
24:20 25:4,14
121:12 139:8
250:8
**testify** 10:23
285:8
**testifying** 9:16
**testimony** 8:24
9:1,11 10:18,21
26:8,10 138:21
138:23 139:11
281:5 284:7
286:9,18 288:8
**testing** 81:18
159:6 271:1
**tests** 252:11,24
**texas** 5:9 175:13
181:17
**text** 73:22 105:3
108:7 119:6,7
**thank** 7:18 9:23
12:21 17:2
23:11 39:22
66:25 93:18
189:11 212:25
215:8 224:20
261:24 281:4
282:15,18
**thanks** 183:17
184:5

themself  11:24
theological
  33:12
theology  33:1,7
theory  270:3
  271:19
thepublicdisc...
  187:12
therapies
  217:19
therapy  101:23
  176:3 177:13
  193:4 196:17
  270:19 271:1
thin  192:7
thing  50:20
  52:10 62:21,24
  72:17 113:2
  145:25 150:10
  160:4 176:20
  186:10 191:5
  233:24 243:25
  261:12 270:3
things  14:24
  18:4,7,8 19:13
  19:14,23 21:14
  21:15,22,25,25
  22:2,10,13,18
  32:25 51:9
  52:14,16,16
  53:10 54:8
  60:10 80:7 96:7
  107:19 126:1
  128:5 131:25
  132:2,13 133:3

134:1 136:3,4,5
136:7 137:11
142:16 152:20
154:25 177:4
179:5 184:15
195:25 197:5
199:2 206:10
207:6 208:13
217:12 228:5
246:8 262:15
268:19
think  8:5 11:6,9
  11:17,19 13:7
  13:24 14:25
  15:11,23 17:19
  21:6 22:20 23:9
  29:20 31:9
  38:16 42:24
  50:20 55:16
  58:17,24 70:24
  71:6,13 72:1,7,9
  73:4 86:6,7 91:4
  92:7,7,21,21,22
  96:19,20 97:1
  98:7 102:21
  103:1 107:4,13
  109:6,25 112:20
  113:9,16 118:2
  121:23 125:23
  126:3 128:5
  130:14,16,19,20
  132:3,21 133:23
  137:5,7 139:15
  139:17 141:16
  144:3,10 145:17

145:18 147:10
147:11 148:8,11
153:16 154:15
154:18,19
159:21 161:16
162:1 164:2
168:23 169:5,8
170:1 172:9
175:25 176:21
177:9 178:16
179:8,10,22
181:8 182:15,16
183:18,21,24
184:2 189:23
190:4,15,16,21
191:3,4 193:20
195:2 196:21
198:18 199:5
200:19 201:7,20
201:23 205:5,7
207:1,4,12
209:16,21,22
217:6 218:25
219:11,12,18
220:2 222:19
223:8,17 226:1
226:16 227:17
227:21,24 228:4
228:8,12,12,18
228:25 229:1,8
229:14 231:14
231:15 234:6,11
234:19 235:19
236:5 237:10,12
239:22 240:23

241:14,20
243:20,24
244:21 248:24
249:7,8,10
250:6,17,20
253:1,20 256:2
256:17,22 257:3
258:17,18
259:22 262:18
262:23 266:1,5
266:22 267:11
267:22 268:3
269:3,19 270:2
270:24 271:13
274:10,23 275:3
280:1,15 281:21
282:11
thinking  57:1
  136:21 170:23
thinks  206:24
third  20:8
  222:10 249:15
  254:10 264:2
thought  28:17
  82:12 133:5,7
  136:4,8 151:9
  153:11 156:18
  175:1 185:15
  187:22 188:4
  236:10 247:23
  248:10 269:8
  278:20 282:7
thoughtfully
  203:6,8

**[thoughts - transgender]**                                    Page 355

| | | | |
|---|---|---|---|
| **thoughts** 121:8 | 95:5 124:23 | **told** 23:13 50:24 | **trans** 131:5 |
| **three** 21:22 | 128:10 134:4 | 51:16 97:24 | 257:8 258:4,11 |
| 22:15 83:9 | 263:13 | 99:1 161:21 | 258:24 259:3,18 |
| 124:11 173:10 | **tired** 213:1 | 206:20 218:24 | 259:21 261:3 |
| 213:13 | **tissue** 56:19 | 238:25 | 262:8 |
| **time** 6:13,14,15 | 233:10 | **tomes** 133:22 | **transcribe** 8:4 |
| 8:13,19 15:10 | **title** 68:18 70:19 | **took** 28:23 | **transcribed** |
| 26:15 28:24 | 71:6 119:6,8 | 121:24,24 | 285:12 |
| 30:14 35:9 | 210:7 223:6,13 | **top** 262:8 264:1 | **transcript** 94:18 |
| 36:21 40:16,19 | 223:14,16,21 | 268:21 280:7 | 282:22 283:1,3 |
| 53:25,25 55:22 | 224:6,13,14,16 | **topic** 9:25 18:6 | 284:6 286:6,20 |
| 55:24 60:19,21 | **titled** 73:14 | 28:18 66:2,6 | 288:5,8 |
| 68:6,11 70:18 | 81:18 83:14 | 68:6 70:13 | **transcripts** |
| 81:16 84:17 | 87:7 92:16 | 99:12 116:21 | 286:15 |
| 85:7 88:5 | 97:17 160:9 | 118:7 124:24 | **transgender** |
| 104:18 108:17 | **today** 7:10,23 | 141:21 180:1 | 10:3 21:18 |
| 110:1 112:19,21 | 8:4 9:6,11,16,21 | 279:20 | 26:11 46:23 |
| 113:5,10 115:22 | 9:25 18:21 | **topics** 142:1 | 64:5 103:5 |
| 125:7 128:18 | 21:15 72:20 | **total** 31:12 | 110:24 118:9 |
| 152:5 155:14 | 103:14 115:22 | **totality** 121:4,7 | 119:8 123:5,10 |
| 156:6 158:9 | 120:24 121:16 | **totally** 68:19 | 123:24 124:17 |
| 162:2 166:13,24 | 166:6,10 180:7 | 271:6 | 124:20,24 |
| 172:8,9 177:23 | 192:6 196:20 | **touched** 179:22 | 126:17 127:13 |
| 199:3 204:6 | 197:13 209:10 | **toward** 189:4 | 127:19 128:2,3 |
| 205:4 218:18 | 219:25 220:7 | **towards** 32:5 | 128:11,20,22,22 |
| 219:12 236:2 | 225:2 228:23 | 52:15 254:12 | 128:25 129:8,15 |
| 249:25 251:1 | 239:16 263:25 | 268:23 270:16 | 142:23,24 |
| 263:9 269:22 | 279:6 281:18 | 279:22 | 143:11,17 |
| 275:5 278:18 | 282:15 | **town** 44:5 48:16 | 148:15 150:14 |
| 279:12 282:15 | **today's** 18:2 | **track** 125:5 | 150:16 161:18 |
| 284:7 286:19 | 21:2 141:21 | **tradition** 32:7 | 202:12 210:8,10 |
| **timeframe** | 256:17 266:12 | 32:13 43:4 | 236:1 255:18 |
| 286:8 | **together** 23:7 | 83:15 | 258:11,17,19 |
| **times** 23:18 | 81:14 113:11 | **trainees** 29:21 | 259:9 260:19 |
| 58:18 66:1,6 | 149:11 | | 261:16 263:12 |

264:4,18 265:18
266:12 269:13
269:16,22
**transgenderism**
142:20,21 143:9
143:15,18
**transition**
108:24 153:14
199:23 202:17
203:2 267:6,17
268:8,13 269:19
**transitioned**
267:1
**transitioning**
199:14,19
239:11 247:8
266:23,23
**transplant**
141:19
**transplantation**
69:19
**transsexuality**
160:24
**trapped**  249:5
268:24,25
**treat**  10:2,2
30:16 115:13
130:6 193:8
199:6 221:23
230:8 231:13
232:4,18
**treated**  46:14
193:15 201:18
227:15 269:17
269:23

**treating**  30:18
41:25 105:14
159:22 199:12
217:3 226:24
229:6
**treatment**  10:9
11:10,13 21:19
24:12 25:11,14
30:12 47:6,11
63:10 67:24
68:14 71:18,22
71:22 110:20
111:4,24 118:14
120:10 128:9
146:21 147:11
163:15 164:6
167:6,8,16,17
172:6,13,23
173:12,23 174:6
177:2 180:24
181:4 182:2
193:19,23
194:16,17,20,24
195:6,8,21
198:9 199:1
200:3,14,16,18
200:22,23 201:2
201:3,13,22
202:1,7,9,11,15
203:7,9 205:1
205:14,17 210:8
210:10 214:19
216:8 221:12
234:16 235:7,23
240:13 241:10

242:19 243:6,7
243:8 244:6,16
249:4 264:6
266:10 270:6
271:4 274:9,12
281:21
**treatment's**
193:2 194:11
**treatments**
11:23 16:8
24:18 61:5
101:1 118:10
119:9 121:6
184:1,9 193:11
194:1,5,14
196:7,9,10
198:5 200:24
207:15,23
213:20 214:15
217:16 219:25
220:6,22 221:10
221:12 225:1
228:22 229:6
230:7 231:12
232:3,17 245:19
274:20 281:14
282:6
**trial**  6:13 23:23
24:20 25:2,4
121:13 139:8
**trials**  23:17
218:9 241:8
246:9
**trouble**  88:2,7
127:20 184:7

228:3 262:23
**true**  56:2 68:8
124:19 167:9,23
200:8 216:11
221:24,25
248:15 264:15
284:6 288:8
**truism**  274:14
**truly**  194:25
206:23 258:18
**trust**  277:19
**truth**  9:19
231:25 285:8,9
285:9
**truthfully**  9:8
9:19
**try**  8:9 67:12
80:5 88:3 126:7
126:9,9 214:16
221:16 250:23
272:4
**trying**  15:11
21:16 23:3
61:18 71:10
79:17 88:2 97:4
164:2 169:5
185:18,22
204:18 224:9
225:15 226:17
230:14 239:20
255:20 257:4
261:10 262:25
263:9 273:2,4
273:16 275:15

**tulsa** 52:4,12
53:4,11,21,22
54:15 55:2,5
69:21 122:15,20
**turn** 34:24
40:10 120:15
148:25 155:11
266:13,18 267:2
267:7,21 280:25
**turned** 209:8
**turning** 35:11
130:9 140:15
159:9
**turns** 172:10
**twice** 66:8
**two** 17:19 18:10
54:19 55:3
73:15 91:11
104:20 116:1
155:20 179:23
191:17,21
201:17 246:4
254:23 264:14
266:3 268:11
278:12
**twofer** 36:23
**type** 24:12,16
36:11 37:16
48:6 65:14
81:11 82:4 83:5
88:7 102:3
107:14 108:18
110:20 111:3
195:6 199:1
200:10 201:15

207:2 216:13
226:13 273:18
**types** 24:8,10
30:21 82:25
83:2 112:8
146:20 167:7
198:8 251:15
**typically** 38:11
47:9 75:13
77:13 166:3

**u**

**u** 6:1 284:1
**u.s.** 43:9 95:13
150:17 222:17
242:19
**uh** 31:13 76:13
77:21 80:13,16
95:6 102:13
175:9 188:15
223:15 254:24
257:14
**umbrella** 122:4
**unable** 90:17
154:5 162:2
200:11,17 261:8
**unbiased** 141:7
141:9,10
**uncertain** 193:2
194:2,11,14
**unchanged**
241:7
**uncontrollable**
90:24
**under** 9:16
48:20 53:23

72:23 122:4
136:11 153:25
168:9 223:21
224:5 225:9
284:4
**undergo** 100:15
**underlying**
228:16,17,18
229:2 247:7
**undersigned**
284:14
**understand**
9:15,20 10:8,16
17:1 23:3 78:11
93:7 127:22
132:22 134:13
134:18 153:6
154:3 168:25
206:5,8 216:3
249:5 253:6
263:8 271:14
273:2,6
**understanding**
72:20 116:11
137:15 174:20
244:13
**understood**
131:12 153:1
165:5 197:4
**underwent** 73:3
99:12,18 100:18
**undo** 95:12
**undoubtedly**
201:11

**unethical**
130:15,16,19
**unexplained**
155:21 156:20
**unfavorably**
202:10
**unhappy** 227:12
**unique** 32:4,14
**united** 1:1 103:8
**university** 24:1
24:4,6 26:24
27:16 28:1,11
28:19,20,22
29:1 32:2,3
33:17 34:10
35:23 37:4 43:4
45:23 53:11
60:19,22 62:13
65:16 70:17
71:17 122:3
184:22 185:8
**unknown** 193:1
193:6,18,22
194:14 205:9
217:15,23 218:5
218:6 261:16
271:4,6 272:1,9
272:10,14,21,23
273:3,9,10,15
**unknowns**
219:22
**unnecessary**
90:24
**unreliable**
275:9

**unscientific** 194:12
**unsubstantiated** 261:9
**untested** 270:11 270:22
**untreated** 163:7 163:12,13
**unwanted** 4:22 115:12,14 116:15
**unwise** 90:24
**update** 98:11
**updated** 53:13
**updating** 52:11
**uphold** 35:13,19
**urge** 256:18 279:21
**urgency** 254:11
**usa** 91:22,25
**use** 10:5,6 16:16 23:4 48:8,11 72:19 105:7 115:13 116:16 118:12 119:18 162:3 182:10 195:5,24 198:23 199:5 221:23 224:25 226:22 226:22 265:24
**used** 10:2 16:16 19:10 21:14 32:19 111:7 120:13 139:4 161:17 162:19

196:3 199:1,2 226:12,20 240:7 241:24 242:4,19 246:24 247:1 248:10,16 269:8 270:17 286:20
**useful** 246:14
**uses** 194:19 195:20
**using** 8:1 38:2 42:15 60:2,3 79:14 101:25 149:6 159:8 165:17 188:5,5 194:9 196:5 222:3 226:4,15 226:19 227:2 248:7
**usual** 82:7 158:21
**usually** 73:25
**utero** 4:15 87:8 89:7

**v**

**v** 7:17,17 286:4 287:1 288:1
**validate** 158:11
**validating** 159:7
**value** 144:13
**values** 37:22
**variability** 108:21
**variety** 65:25
**various** 19:10 33:16 44:5,14

48:15 54:13 57:15 59:17 82:24 123:19 133:25 137:17 164:9 169:16 224:25 278:18
**vary** 75:13
**vatican** 50:6
**venue** 273:24
**verbal** 8:1
**verify** 286:9
**veritext** 286:14 286:23
**veritext.com** 286:15
**version** 211:20 262:24
**versus** 7:10 84:10 120:24 141:24 197:11 201:2
**vicinity** 42:9
**videoconferen...** 1:12 2:2 6:4 285:11
**videotaped** 284:5
**view** 21:18 210:10
**viewed** 278:15
**views** 34:17 70:2,3
**virginia** 257:6 260:7

**virtual** 22:22
**virtue** 32:20
**visit** 175:5,24 176:4 177:13
**visited** 178:8
**visual** 144:12
**vitae** 4:5 26:23 27:1,7 49:23
**vogel** 2:16 16:3
**voluntarily** 200:24
**volunteer** 48:11 48:13
**vries** 102:11
**vs** 1:6
**vulnerable** 39:5 39:8,15 222:13

**w**

**w** 143:13
**wade** 281:25
**wait** 185:18 244:20
**waiting** 101:20 101:24 102:3,7
**walking** 253:18
**want** 9:24 10:6 33:20 39:24 99:17 124:5,6 126:7 147:22 154:9 168:2 186:24 190:19 201:22 209:18 222:24 233:5 240:24 259:1,10 266:1 273:4

**[want - work]**                                               Page 359

278:22 282:23
**wanted** 21:12
92:22 113:1
130:5 177:16
190:21 200:18
238:17
**warn** 202:9
**washington**
5:17 47:22,25
48:2,3,4 52:20
95:5 257:12
**wasting** 263:8
**watchful** 101:20
101:24 102:3,7
**way** 51:6 57:4
65:11 67:12
71:11 82:9
102:23 113:12
121:9 122:17
127:2 134:1
136:20 141:3
154:12 156:2
162:12,19 172:1
177:8 178:23
183:23,24
189:16 190:8,20
200:25 207:4
213:5 216:2
217:21 219:4
228:25 252:8
268:5
**ways** 52:14
**we've** 19:23
45:11 54:18
60:9,11 63:19

95:17 103:14
105:11 121:18
124:22 129:11
140:1 154:2,4
154:18 181:8
189:23 196:22
219:18 220:6
225:2,18 229:8
229:19 252:10
253:6 270:24
274:10 279:6,10
**wearing** 258:8
259:6 261:14
**web** 79:18
117:25 118:1
**webmd** 79:16
79:19,21
**website** 4:16 5:9
57:16,17 58:5
79:15 118:3
120:1 178:13
179:3 181:17
187:12
**websites** 239:12
**week** 134:4
**weida** 1:7 7:10
120:25 276:17
286:4 287:1
288:1
**welcome** 8:12
8:23 164:3
231:18
**welfare** 51:21
243:5,21

**went** 25:1 28:23
71:5 177:15
**west** 2:12
**whatnot** 274:2
**whatsoever**
140:18
**whereof** 285:17
**whistle** 262:9
**whoa** 189:10
**wide** 65:24
228:4
**widely** 148:12
152:8 196:6
199:4 218:10
223:24 234:20
**widespread**
172:12 204:7
**wife** 21:10
**williams** 5:4
149:5,9,13
212:3,18 213:3
**willing** 15:19
58:19 187:2
209:11 210:25
**wills** 167:20
**wilson** 97:23
**wishful** 57:1
**wit** 7:4
**withdrawal**
201:6
**witness** 10:13
15:22 16:1,3
19:10,25 23:16
26:5 36:22
39:11 55:25

69:12 107:4
109:5 135:8
137:3,10 138:19
138:19,25 139:3
139:8 140:7
141:3 154:19
161:25 166:16
166:20 171:18
178:8 179:16
187:8 203:22
207:20 209:20
218:2 220:10
230:24 231:7,21
232:15 238:1
270:2 271:13
273:22 281:7
282:18,24
284:15 285:17
286:8,10,12,19
**witness's** 139:6
**woman** 145:9
227:23 253:8,20
253:23
**women** 52:7
**wondering** 51:4
96:9 127:1
263:7
**word** 50:9 72:16
225:1 226:11
**words** 38:11
**work** 7:11 30:9
33:15 34:21
43:13 46:1,5
48:11,13 134:10
173:2 211:3

233:10 265:25
**worked** 17:17
48:14 276:18
**working** 24:5
40:16,18 43:24
46:8 67:9
132:17
**workings** 82:8
**workshops**
67:16,21
**world** 103:4
218:10 256:18
**worldwide**
101:23 102:20
102:24 103:2
**worse** 146:9
**worth** 161:16
162:2
**worthwhile**
156:19
**wound** 233:11
**wpath** 132:14
143:11,19
167:14 180:10
**write** 40:22
76:22 103:17
156:2,3
**writing** 7:24
13:3 29:24
43:25 44:11
90:8 104:1
108:19 123:12
132:25 137:19
137:21 138:1
247:11 278:20

**writings** 131:4
**written** 25:6
64:11 120:22
135:7 138:14,18
239:8,11
**wrong** 71:3
75:22 91:16
132:3 146:19
187:15 192:6
216:15 235:4
249:1,6 253:17
256:22 268:24
268:25 269:3
**wrongly** 255:17
**wrote** 92:10
95:10 113:10
134:11 184:22
259:25

| x |
| --- |

**x** 252:10

| y |
| --- |

**yeah** 13:24
20:22 22:7 33:6
50:20 58:6
61:21 75:15
78:11 80:1
81:22 86:25
87:6 98:13
109:5 111:20
123:2 125:3
141:25 142:15
151:16 152:13
153:24 157:8
160:24 172:18

176:1,5,6
183:10,21,24
184:12 185:15
187:2,2,18
198:25 204:5
215:8 221:15
223:18 236:10
241:18 250:15
250:22 263:22
265:21
**year** 15:10
41:21 55:18
136:6 142:18
206:21 240:17
**years** 27:17
30:25 40:9 45:5
55:20 62:25
64:20 84:17
101:22 121:12
121:16 122:8
123:1 124:11
125:11,12
140:21 141:25
142:16 198:10
199:8 208:24,24
208:25 219:20
229:24 230:1
251:6
**yep** 177:6
224:19
**yesterday** 18:24
**young** 19:5
151:21 152:2,3
156:16 158:10
164:8 208:23

264:18
**younger** 128:7
233:8
**youth** 4:22
110:17 149:4
150:1,13 165:11
267:1

| z |
| --- |

**zealand** 168:17
**zoom** 34:25
40:21 56:16
104:24,24
124:13,15,23
125:13,18
149:23 185:18
185:21 223:8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.