**Donate to the Florida Disaster Fund to Aid Hurricane Ian Relief Effort**



- Home
- Governor DeSantis
- First Lady DeSantis
- Lt. Gov. Nuñez
- Media
- Info Center
- Judicial
- Contact
- Español

Governor DeSantis Receives One Bill from the Florida Legislature  Governor Ron DeSantis Makes Four Judicial Appointments

# Governor Ron DeSantis Signs Sweeping Legislation to Protect the Innocence of Florida's Children

*On May 17, 2023, in News Releases, by Staff*

**TAMPA, Fla. —** Today, Governor Ron DeSantis signed the Let Kids Be Kids bill package to protect Florida's children from permanent mutilating surgical procedures, gender identity politics in schools, and attending sexually explicit adult performances. For more information about the bills signed today, click here.

**Let KIDS Be KIDS.**

Florida's children deserve to have a childhood free from indoctrinating and confusing concepts like gender identity, forced pronouns and males competing in women's sports. Today, Governor Ron DeSantis signed 5 bills to protect the innocence of Florida's kids.

**OUTLAWING PERMANENT MUTILATION OF MINORS (SB 254)**
- Outlaws permanent mutilating surgical procedures and experimental puberty blockers for minors.
- Requires adults receiving these surgeries and hormones to be informed about the irreversible nature and dangers.
- Grants Florida courts temporary emergency jurisdiction to intervene and halt procedures for out-of-state children.
- Creates a pathway to recover damages for injury or death resulting from mutilating surgeries or experimental puberty blockers given to a minor.

**REMOVING PRONOUN POLITICS AND EXPANDING PARENTAL RIGHTS IN EDUCATION (HB 1069)**
- Florida's students and teachers will no longer have to "declare" their pronouns in school or be forced to use pronouns not based on biological sex.
- Expands parents' rights in education by prohibiting classroom instruction on sexual orientation and gender identity in Pre-K through 8th grade, building on last year's bill that prohibited classroom instruction on sexual orientation and gender identity in K-3rd grade.

**PROTECTING CHILDREN'S INNOCENCE (HB 1438)**
- Protects children from sexually explicit adult performances in all venues – including drag shows and strip clubs.
- Imposes fines and license suspension for hotels and restaurants that admit a child into an adult performance.

**ENSURING WOMEN'S SAFETY (HB 1521)**
- Requires educational institutions, detention facilities, correctional institutions, juvenile correctional facilities, and public buildings with a restroom, locker room, or changing facility to have separate facilities for men and women based on biological sex.

**EXPANDING ACCESS TO YOUTH SPORTS (HB 225)**
- Allows private school, virtual school, and homeschool students to participate in sports and extracurricular activities at public or private schools, regardless of their zip code.
- Preserves the first amendment right to speech, including public prayer at the beginning of high school sporting events.
- Imposes state control over the Florida High School Athletic Association (FHSAA) to ensure women's sports are protected.

"Florida is proud to lead the way in standing up for our children," said **Governor Ron DeSantis**. "As the world goes mad, Florida represents a refuge of sanity and a citadel of normalcy."

"Thank you to Governor Ron DeSantis for continuing to implement legislation to keep our students safe and our schools focused on education, not indoctrination," said **Commissioner of Education Manny Diaz, Jr.** "Today's actions make it clear – educators in Florida are expected to teach our standards, and not interject their own opinions or worldview into the classroom. The Department will remain focused on teaching students core subjects, rather than woke gender ideology or inappropriate topics."

"Thank you Governor DeSantis for signing legislation that protects our children," said **Agency for Health Care Administration Secretary Jason Weida**. "Florida is following the science to elevate our standards of care to protect kids from harmful drugs and surgeries."

SB 254 – Treatments for Sex Reassignment:

- Prohibits sex reassignment surgeries and experimental puberty blockers for children.
- Requires adult patients who are receiving these medications or surgeries to be informed about the dangers and irreversible nature of these procedures and to give written, informed consent.
- Provides courts temporary emergency jurisdiction to step in and halt sex reassignment procedures for out-of-state children present in Florida.
- Creates a pathway for individuals to obtain damages when they were injured or killed after receiving sex reassignment surgeries or medications as minors.

HB 1069 protects students from having to declare their pronouns in school. Additionally, this bill expands parental rights in education by prohibiting classroom instruction on sexual orientation and gender identity in Pre-K through 8th grade.

HB 1438 protects children from sexually explicit performances in all venues. This bill prohibits a person from knowingly admitting a minor to an adult performance. Additionally, this legislation authorizes the Department of Business and Professional Regulation to fine, suspend, or revoke the operating or alcohol licenses of hotels or restaurants if they admit a child into an adult performance.

HB 1521 ensures that Florida's bathrooms, changing rooms, and locker rooms are safe places for women. The bill requires educational institutions, detention facilities, correctional institutions, juvenile correctional facilities, and public buildings with a restroom or changing facility to designate

separate facilities based on biological sex or to provide one-person unisex facilities.

The Governor also signed legislation to protect youth sports in Florida and ensure that all students can play sports without interference from extremist bureaucratic boards. HB 225 allows private school, virtual school, and home school students to participate in sports and other extracurricular activities at other public or private schools, regardless of zip code.

HB 225 also reorganizes the FHSAA Board of Directors to 13 members, instead of the current 16 members. Four members will be elected by school representative members while eight members will be appointed by the governor, and the final member will be the Commissioner of Education or his designee. This bill also allows teams to provide brief opening remarks, including prayers, before high school athletic contests.

###



Comments are closed.











**Contact Governor DeSantis**

Executive Office of Governor Ron DeSantis
400 S Monroe St
Tallahassee, FL 32399

(850) 488-7146

[Email Governor DeSantis](#)

[Email First Lady DeSantis](#)

[Email Lt. Governor Nuñez](#)

[Information Center](#)

[Scheduling Requests](#)







Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. [Copyright © 2012 State of Florida](#) | [Privacy Policy](#)

[Go To Top »](#)

| Home | Governor DeSantis | First Lady | Lt. Governor | Media Center | Info Center | Judicial | Contact Governor | Español |