# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

     Plaintiffs,

v.                                                    CASE NO.  4:22cv325-RH-MAF

JASON WEIDA et al.,

     Defendants.

_____/

## ORDER GRANTING LEAVE TO FILE
## THE FIRST AMENDED COMPLAINT

As set out on the record of the trial that is in progress, and without objection, the plaintiff's motion, ECF No. 231, for leave to file the first amended complaint is granted. The first amended complaint, ECF No. 231-1, is deemed properly filed. The defendants may but need not file an answer to the first amended complaint. In the absence of such an answer, the previously filed answer, ECF No. 65, which responded to the original complaint, is deemed applicable to the first amended complaint, and all allegations of the first amended complaint that were not admitted in the answer to the original complaint are deemed denied.

     SO ORDERED on May 20, 2023.

                          s/Robert L. Hinkle
                          United States District Judge