# United States District Court
## CIVIL MINUTES - TRIAL

Case No.: <u>4:22cv325-RH</u>            Dates: <u>May 9-11, 2023</u>
                                                                                     Dates: <u>May 17-19, 2023</u>
                                                                                     Dates: <u>May 22, 2023</u>

### AUGUST DEKKER et al. v. JASON WEIDA et al.

PROCEEDINGS: Bench Trial held. Ruling by Court: The Court's ruling will be made in a separate order to follow.

**PRESENT:** **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

<u>Cindy Markley</u>                  <u>Megan Hague, Judy Gagnon</u>
Deputy Clerk                    Court Reporters

Attorneys for Plaintiffs:                      Attorneys for Defendants:
Omar Gonzalez-Pagan                    Mohammad Jazil
Katherine DeBriere                        Gary Perko
Jennifer Altman                            Michael Beato
Carl Charles
Abigail Coursolle
Catherine McKee
Simone Chriss
Chelsea Dunn
Joseph Little
William Miller
Gary Shaw
Shani Rivaux

☐    Case called and continued to _____.
☒    COURT TRIAL
☐    JURY TRIAL. Jury impaneled and sworn in. See separate minutes for jury selection.
☐    Jury retires to deliberate at _____ on _____.
☐    Jury returns at ____ on _____.
☐    JURY VERDICT. See signed verdict.
        ☐ Jury polled      ☐ Polling waived      ☐ Mistrial declared
☒    FINDINGS BY COURT: Order to follow.
☐    JUDGMENT BY COURT for   ☐ Plaintiff   ☐ Defendant   for $_____
☐    Findings, Conclusion of Law, Judgment to be prepared by   ☐ Plaintiff   ☐ Defendant
☐    Briefs to be filed   ☐ Plaintiff   ☐ Defendant   ☐ Reply
☐    Continued to _____ for ☐ setting trial   ☐ further trial

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL MINUTES

JUDGE ROBERT L. HINKLE
Cindy Markley, Courtroom Deputy
Megan Hague, Official Court Reporter (May 9-11, May 22)
Judy Gagnon, Contract Court Reporter (May 17-19)

Case:      4:22cv325-RH
Legend:    Plaintiff Attys:    Omar Gonzalez-Pagan
                               Katherine DeBriere
                               Jennifer Altman
                               Carl Charles
                               Abigail Coursolle
                               Catherine McKee
                               Simone Chriss
                               Chelsea Dunn
                               Joseph Little
                               William Miller
                               Gary Shaw
                               Shani Rivaux
           Defense Attys:      Mohammad Jazil
                               Gary Perko
                               Michael Beato

**Bench Trial – Day 1**
**DATE:   May 9, 2023**

9:00    Court in session
        Opening statement by Plaintiffs (Gonzalez-Pagan)
9:18    Opening statement by Defense (Jazil)
9:21    Plaintiff moves to admit all joint exhibits (Gonzalez-Pagan)
9:21    Ruling by Court: Exhibits identified in ECF 219 are admitted.
9:23    Plaintiff Witness:
            Dan Karasic – sworn, direct (DeBriere)
                Plaintiff Exhibit 359 – previously admitted
                Defendant Exhibit 16 – previously admitted
10:51   Court in recess

11:05   Court in session
        Continued direct examination (DeBriere)
12:04   Cross examination (Jazil)
            Defendant Exhibit 16 – previously admitted
            Plaintiff Exhibit 45 – shown to witness
            Defendant Exhibit 24 – previously admitted
            Plaintiff Exhibit 140 – shown to witness
1:07    Court in recess

2:11    Court in session
Continued cross examination (Jazil)
- Defendant Exhibit 24 – previously admitted
- Defendant Exhibit 28 – shown to witness

2:42    Redirect (DeBriere)
2:55    Court inquires of witness
3:15    Plaintiff Witness:
Daniel Evan Shumer – sworn, direct (Coursolle)
- Plaintiff Exhibit 360 – previously admitted

3:39    Court in recess

3:47    Court in session
Continued direct (Coursolle)
5:05    Parties discuss legislation
5:13    Plaintiff expresses intent to move to amend the complaint (Gonzalez-Pagan)
5:14    Response by Defense (Jazil)
5:18    Court addresses the parties
5:26    Court in recess

**Bench Trial – Day 2**
**DATE:   May 10, 2023**

9:01    Court in session
Parties discuss housekeeping matters
9:04    Cross examination of Dr. Shumer (Jazil)
- Defendant Exhibit 24 – previously admitted
- Plaintiff Exhibit 188 – shown to witness
- Plaintiff Exhibit 235 – previously admitted (not published)
- Plaintiff Exhibit 236B – previously admitted (not published)

9:37    Redirect (Coursolle)
9:52    Court inquires of witness
9:58    Additional cross examination (Jazil)
10:00    Court in recess

10:10    Court in session
Plaintiff Witness:
Loren Sloan Schechter – sworn, direct (McKee)
- Plaintiff Exhibit 362 – previously admitted

10:43    Cross examination (Perko)
- Plaintiff Exhibit 34 – shown to witness
- Defendant Exhibit 24 – previously admitted
- Plaintiff Exhibit 234A – previously admitted (not published)

10:56    Redirect (McKee)
10:56    Court inquires of witness
11:00    Plaintiff Witness:
Armand Herbert Matheny Antommaria – sworn, direct (Charles)
- Plaintiff Exhibit 157 – shown to witness
- Defendant Exhibit 24 – previously admitted

12:14    Court in recess

1:15 Court in session
   Continued direct (Charles)
    Defendant Exhibit 28 – shown to witness
2:18 Cross examination (Perko)
    Plaintiff Exhibit 157 – shown to witness
    Plaintiff Exhibit 5 – shown to witness
    Defendant Exhibit 8 – shown to witness
2:35 Court inquires of witness
2:41 Plaintiff Witness:
   Jeffrey A. English – sworn, direct (Altman)
    Plaintiff Exhibit 18 – marked, ID'd, admitted
    Defendant Exhibit 6 – marked, ID'd, admitted
    Plaintiff Exhibit 30 – marked, ID'd, admitted
    Plaintiff Exhibit 23 – previously admitted
    Plaintiff Exhibit 238 – previously admitted
    Plaintiff Exhibit 302 – shown to witness
3:34 Court in recess

3:50 Court in session
   Continued direct (Altman)
3:54 Cross examination (Perko)
    Plaintiff Exhibit 23 – previously admitted
4:01 Redirect (Altman)
4:04 Court inquires of witness
4:07 Plaintiff Witness:
   Kellan Baker – sworn, direct (Dunn)
    Plaintiff Exhibit 363 – previously admitted
    Plaintiff Exhibit 142 – shown to witness
    Plaintiff Exhibit 71 – marked, ID'd, admitted
5:06 Parties discuss schedule
5:15 Court in recess


**Bench Trial – Day 3**
**DATE:   May 11, 2023**

9:00 Court in session
   Cross examination of Dr. Baker (Beato)
    Plaintiff Exhibit 23 – previously admitted
    Defendant Exhibit 4 – previously admitted
9:06 Redirect (Dunn)
9:09 Statement to the Court by Plaintiffs regarding schedule (Gonzalez-Pagan)
9:11 Plaintiff Witness:
   Johanna Olson-Kennedy – sworn, direct (Gonzalez-Pagan)
    Plaintiff Exhibit 361 – previously admitted
    Plaintiff Exhibit 141 – shown to witness
10:41 Court in recess

10:55 Court in session
   Cross examination (Jazil)
    Defendant Exhibit 16 – previously admitted
    Plaintiff Exhibit 141 – shown to witness

|       |                                                                      |
|-------|----------------------------------------------------------------------|
|       | Plaintiff Exhibit 164 – shown to witness                             |
|       | Plaintiff Exhibit 176 – shown to witness                             |
| 11:20 | Redirect (Gonzalez-Pagan)                                            |
| 11:23 | Court inquires of witness                                            |
| 11:30 | Additional redirect (Gonzalez-Pagan)                                 |
| 11:34 | Plaintiff Witness:                                                   |
|       | Jane Doe – sworn, direct (Coursolle)                                 |
| 11:57 | Cross examination (Jazil)                                            |
| 12:01 | Court inquires of witness                                            |
| 12:03 | Plaintiff Witness:                                                   |
|       | Brit Rothstein – sworn, direct (Chriss)                              |
| 12:43 | Cross examination (Jazil)                                            |
|       | Plaintiff Exhibit 234 – previously admitted (not published)          |
| 12:48 | Court in recess                                                      |
|       |                                                                      |
| 1:50  | Court in session                                                     |
|       | Plaintiff Witness:                                                   |
|       | August Dekker – sworn, direct (Charles)                              |
| 2:44  | Cross examination (Jazil)                                            |
|       | Plaintiff Exhibit 237A – previously admitted (not published)         |
| 2:47  | Redirect (Charles)                                                   |
|       | Plaintiff Exhibit 237A – previously admitted (not published)         |
| 2:51  | Plaintiff Witness:                                                   |
|       | Jade Ladue – sworn, direct (DeBriere)                                |
| 3:31  | Parties discuss schedule                                             |
| 3:32  | Ruling by Court: Trial will continue Wednesday, May 17, at 9:00 a.m. |
| 3:33  | Court in recess                                                      |

**Bench Trial – Day 4**
**DATE:   May 17, 2023**

|       |                                                                      |
|-------|----------------------------------------------------------------------|
| 9:00  | Court in session                                                     |
|       | Plaintiff Witness:                                                   |
|       | Elliot Kale Edmiston – sworn, direct (Rivaux)                        |
|       |     Plaintiff Exhibit 357 – previously admitted                      |
| 9:35  | Cross examination (Beato)                                            |
|       | Defendant Exhibit 16 – previously admitted                           |
|       | Defendant Exhibit 24 – previously admitted                           |
|       | Plaintiff Exhibit 351 – shown to witness                             |
|       | Plaintiff Exhibit 352 – shown to witness                             |
|       | Plaintiff Exhibit 354 – shown to witness                             |
| 9:57  | Court inquires of witness                                            |
| 10:02 | Additional cross examination (Beato)                                 |
| 10:04 | Plaintiff Witness:                                                   |
|       | Kim Hutton – sworn, direct (Little)                                  |
| 10:30 | Cross examination (Perko)                                            |
| 10:31 | Redirect (Little)                                                    |
| 10:32 | Court in recess                                                      |

10:50    Court in session
10:51    Plaintiff Witness (by Zoom):
         Aron Christopher Janssen – sworn, direct (Gonzalez-Pagan)
            Plaintiff Exhibit 364 – previously admitted
11:45    Cross examination (Perko)
11:50    Redirect (Gonzalez-Pagan)
11:51    Court inquires of witness
11:54    Plaintiff addresses the court to clarify a previously admitted exhibit (Gonzalez-Pagan)
11:56    Response by Defense (Jazil)
11:59    Plaintiff moves to admit Plaintiff Exhibits 24, 21, 22, 74, 27, 28, 67, 62, 63, 295, 296, 330, 331, 332, 333, 291, 292, 292A, 313, 313A, 314, 315, 316, 254, 255, 263, 276, 346 (DeBriere)
         Ruling by Court: Those exhibits are admitted with the exhibit of Plaintiff Exhibit 330.
12:31    Plaintiff moves to admit Plaintiff Exhibit 302 (Dunn)
12:32    Ruling by Court: Plaintiff Exhibit 302 is admitted.
12:32    Plaintiff moves to enter into evidence deposition designations (Dunn)
12:33    Ruling by Court: Those are admitted (Brackett, Dalton, Donovan). (Plaintiff will post them on the docket.)
12:36    Plaintiffs rest
         Parties discuss possibility of amending complaint
12:43    Court in recess

1:45    Court in session
       Defense Witness:
         Paul William Hruz – sworn, direct (Perko)
            Defendant Exhibit 29 – previously admitted
            Defendant Exhibit 8 – shown to witness
            Defendant Exhibit 9 – shown to witness
            Defendant Exhibit 10 – shown to witness
            Defendant Exhibit 11 – shown to witness
            Defendant Exhibit 12 – shown to witness
            Defendant Exhibit 13 – shown to witness
            Defendant Exhibit 14 – shown to witness
2:55    Court inquires of witness
2:57    Cross examination (Rivaux)
         Plaintiff Exhibit 46 – marked, ID'd, admitted
         Plaintiff Exhibit 37 – marked, ID'd, admitted
         Plaintiff Exhibit 38 – marked, ID'd, admitted
         Plaintiff Exhibit 36 – marked, ID'd, admitted
         Plaintiff Exhibit 39 – marked, ID'd, admitted
         Plaintiff Exhibit 40 – marked, ID'd, admitted
         Plaintiff Exhibit 41 – marked, ID'd, admitted
         Plaintiff Exhibit 42 – marked, ID'd, admitted
         Plaintiff Exhibit 45 – marked, ID'd, admitted
         Plaintiff Exhibit 47 – marked, ID'd, admitted
         Plaintiff Exhibit 48 – marked, ID'd, admitted
         Plaintiff Exhibit 49 – marked, ID'd, admitted
3:40    Court in recess

3:55    Court in session
       Continued cross examination (Rivaux)
         Plaintiff Exhibit 43 – marked, ID'd, admitted

            Defendant Exhibit 10 – shown to witness
            Defendant Exhibit 13 – shown to witness
            Plaintiff Exhibit 170 – shown to witness
4:19    Redirect (Perko)
            Plaintiff Exhibit 38 – previously admitted
4:27    Defense moves to admit Defendant Exhibits 8-14 (Perko)
        Ruling by Court: Those exhibits are admitted.
4:27    Court inquires of witness
4:50    Court in recess

**Bench Trial – Day 5**
**DATE:   May 18, 2023**

9:01    Court in session
        Defense Witness:
            Stephen B. Levine – sworn, direct (Perko)
                Defendant Exhibit 32 – previously admitted
9:50    Cross examination (Charles)
            Defendant Exhibit 16 – previously admitted
10:35  Court in recess

10:50  Court in session
        Continued cross examination (Charles)
11:06  Redirect (Perko)
11:15  Court inquires of witness
12:07  Court in recess

1:10    Court in session
        Defense Witness:
            Patrick Walter Lappert – sworn, direct (Jazil)
                Defendant Exhibit 31 – previously admitted
1:27    Voir dire of witness by Plaintiff (Miller)
1:32    Continued direct (Jazil)
            Defendant Exhibit 16 – previously admitted
1:52    Cross examination (Miller)
            Plaintiff Exhibit 81 – shown to witness
            Plaintiff Exhibit 135 – shown to witness
2:01    Defense Witness:
            Kristopher Edward Kaliebe – sworn, direct (Perko)
                Defendant Exhibit 30 – previously admitted
2:09    Voir dire of witness by Plaintiff (Gonzalez-Pagan)
2:15    Court inquires of witness
2:20    Continued direct (Perko)
2:35    Cross examination (Gonzalez-Pagan)
2:46    Court inquires of witness
2:53    Parties discuss schedule and other housekeeping matters
2:58    Ruling by Court: Motion to amend complaint is granted.
3:01    Parties discuss preliminary injunction in the Doe case
3:09    Ruling by Court: Motion for leave to amend the complaint in the Doe case is granted.
3:10    Court in recess

3:14    Court in session
        Parties discuss preliminary injunction and temporary restraining order in the Doe case
3:26    Court in recess

**Bench Trial – Day 6**
**DATE:   May 19, 2023**

10:20    Court in session
        Defense Witness:
            Ann Dalton – sworn, direct (Beato)
                Plaintiff Exhibit 238 – previously admitted
10:35    Cross examination (Dunn)
            Plaintiff Exhibit 29 – shown to witness
            Plaintiff Exhibit 291 – previously admitted
            Plaintiff Exhibit 321 – previously admitted
            Plaintiff Exhibit 320 – previously admitted
            Plaintiff Exhibit 292A – previously admitted
            Plaintiff Exhibit 294 – previously admitted
            Plaintiff Exhibit 295 – previously admitted
            Plaintiff Exhibit 296 – previously admitted
            Plaintiff Exhibit 297A – previously admitted
11:07    Court inquires of witness
11:14    Additional cross examination (Dunn)
11:15    Court in recess

11:20    Court in session
11:21    Defense Witness:
            John Matthew Brackett – sworn, direct (Jazil)
                Plaintiff Exhibit 23 – previously admitted
                Defendant Exhibit 6 – previously admitted
                Plaintiff Exhibit 329 – previously admitted
                Plaintiff Exhibit 297A – previously admitted
                Defendant Exhibits 1, 2, 3 – previously admitted
                Plaintiff Exhibits 240, 242, 244 – previously admitted
                Plaintiff Exhibit 326 – previously admitted
12:08    Cross examination (DeBriere)
            Plaintiff Exhibit 141 – shown to witness
            Plaintiff Exhibit 18 – previously admitted
            Plaintiff Exhibit 166 – shown to witness
            Plaintiff Exhibit 176 – shown to witness
            Plaintiff Exhibit 151 – shown to witness
            Plaintiff Exhibit 154 – shown to witness
            Plaintiff Exhibit 155 – shown to witness
            Plaintiff Exhibit 192 – shown to witness
            Plaintiff Exhibit 23 – previously admitted
            Plaintiff Exhibit 331 – previously admitted
            Plaintiff Exhibit 284 – previously admitted
            Plaintiff Exhibit 285 – previously admitted
            Plaintiff Exhibit 303 – previously admitted
            Plaintiff Exhibit 286A – previously admitted
            Plaintiff Exhibit 291 – previously admitted

|       | Plaintiff Exhibit 365 – marked, ID'd, admitted |
|-------|---|
| 12:57 | Redirect (Jazil) |
|       | Defendant Exhibit 6 – previously admitted |
|       | Plaintiff Exhibit 176 – shown to witness |
| 1:01  | Court inquires of witness |
| 1:09  | Additional redirect (Jazil) |
| 1:10  | Additional cross examination (DeBriere) |
| 1:11  | Court in recess |

**Bench Trial – Day 7**
**DATE:   May 22, 2023**

| 9:00  | Court in session |
|-------|---|
|       | Defense Witness (by Zoom): |
|       |     Sophie Kerttu Scott – sworn, direct (Jazil) |
|       |         Defendant Exhibit 33 – previously admitted |
| 9:13  | Voir dire by Defense (Shaw) |
| 9:18  | Plaintiff moves to exclude witness testimony |
| 9:21  | Ruling by Court: The motion to exclude testimony in its entirety is denied. |
| 9:25  | Continued direct (Jazil) |
| 9:57  | Cross examination (Shaw) |
| 10:15 | Redirect (Jazil) |
| 10:18 | Court inquires of the witness |
| 10:25 | Defense rests |
| 10:25 | Court in recess |
|       |   |
| 10:40 | Court in session |
| 10:43 | Closing argument by Plaintiffs (Gonzalez-Pagan) |
| 11:30 | Closing argument by Defense (Jazil) |
| 12:31 | Rebuttal by Plaintiffs (Gonzalez-Pagan) |
| 12:37 | Ruling by Court: An order will follow. |
| 12:40 | Court adjourned |