✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

AUGUST DEKKER et al.

v.

JASON WEIDA et al.

**EXHIBIT LIST**

Case Number:  4:22cv325-RH

| PRESIDING JUDGE | PLAINTIFF ATTORNEYS | DEFENSE ATTORNEYS |
|---|---|---|
| Robert L. Hinkle | Omar Gonzalez-Pagan, Katherine DeBriere, et al. | Mohammad Jazil, Gary Perko, Michael Beato |
| HEARING DATE<br>May 9-11, 2023<br>May 17-19, 2023<br>May 22, 2023 | COURT REPORTERS<br>Megan Hague (May 9-11, May 22)<br>Judy Gagnon (May 17-19) | COURTROOM DEPUTY<br>Cindy Markley |

| PLTF. NO. | DFT. NO. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
|  |  |  |  | *All exhibits were pre-filed on the docket* |
|  |  |  |  |  |
| 1 |  | 5/9/23 | 5/9/23 | Defendants' Response to Pls' First Set of Request for Admissions |
| 2 |  | 5/9/23 | 5/9/23 | Defendants' Response to Pls' First Set of Interrogatories |
| 3 |  | 5/9/23 | 5/9/23 | Defendants' Response to Pls' Second Set of Interrogatories |
| 4 |  | 5/9/23 | 5/9/23 | Pls' First Set of Request for Admissions |
| 18 |  | 5/10/23 | 5/10/23 | AHCA GAPMS June 2022 |
| 19 |  | 5/9/23 | 5/9/23 | Marstiller Letter to Wallace re AHCA June 2022 GAPMS |
| 20 |  | 5/9/23 | 5/9/23 | Fla. Admin. Code R. 59G-1.050 |
| 21 |  | 5/17/23 | 5/17/23 | Fla. Admin. Code R. 59G-1.010 |
| 22 |  | 5/17/23 | 5/17/23 | Florida Medicaid Definitions Policy (Aug. 2017) |
| 23 |  | 5/9/23 | 5/9/23 | Fla. Admin. Code R. 59G-1.035 |
|  |  | 5/9/23 | 5/9/23 | AHCA's Preferred Drug List, accessible at: https://ahca.myflorida.com/content/download/8681/file/PDL.pdf (online only); including but not limited to the criteria for testosterone: https://ahca.myflorida.com/content/download/6451/file/Testosterone_Criteria.pdf |
|  |  | 5/9/23 | 5/9/23 | AHCA's Drug Criteria, accessible at: https://ahca.myflorida.com/medicaid/prescribed-drugs/drug-criteria (online only) |
| 24 |  | 5/17/23 | 5/17/23 | AHCA's Automated Prior Authorizations and Bypass Lists 01-2023 |
| 25 |  | 5/9/23 | 5/9/23 | DRUGDEX listing for Testosterone |
| 26 |  | 5/9/23 | 5/9/23 | DRUGDEX listing for Estradiol |
| 27 |  | 5/17/23 | 5/17/23 | Prior Authorization Criteria - Testosterone |
| 28 |  | 5/17/23 | 5/17/23 | Agency Responses to Plaintiffs' Questions: March 1, 2023 |
| 30 |  | 5/10/23 | 5/10/23 | Email communication between Jeffrey English and Devona Pickle – 3/22/22 |

| 33 |  | 5/9/23 | 5/9/23 | DSM 5 Gender Dysphoria |
|---|---|---|---|---|
| 36 |  | 5/17/23 | 5/17/23 | AACAP Statement Responding to Efforts to Ban Care (Nov. 8, 2019) |
| 37 |  | 5/17/23 | 5/17/23 | AAFP – Care for Transgender Patients |
| 38 |  | 5/17/23 | 5/17/23 | AAP – Ensuring Comprehensive Care and Support |
| 39 |  | 5/17/23 | 5/17/23 | ACOG Committee Opinion on Health Care for Transgender Individuals (March 2021) |
| 40 |  | 5/17/12 | 5/17/23 | ACP – Attacks on Gender-Affirming and Transgender Health Care (May 3, 2022) |
| 41 |  | 5/17/23 | 5/17/23 | LGBT Health Disparities Policy, ACOP |
| 42 |  | 5/17/23 | 5/17/23 | AMA Letter to Nat'l Gov. Assoc. (April 26, 2021) |
| 43 |  | 5/17/23 | 5/17/23 | AMA/GLMA Issue Brief on health insurance coverage for gender-affirming care |
| 45 |  | 5/17/23 | 5/17/23 | APA, Guidelines for Psychological Practice with Transgender and Gender Non-conforming People |
| 46 |  | 5/17/23 | 5/17/23 | APA Resolution on Gender Identity Change Efforts (Feb. 2021) |
| 47 |  | 5/17/23 | 5/17/23 | APA Position Statement Trans and Gender Diverse Youth (July 2020) |
| 48 |  | 5/17/23 | 5/17/23 | APA Position Statement on Access to Care (July 2018) |
| 49 |  | 5/17/23 | 5/17/23 | Endocrine Society Transgender Health Position Statement |
| 62 |  | 5/17/23 | 5/17/23 | Ctrs. for Medicare & Medicaid Servs., EPSDT – A Guide for States: Coverage in the Medicaid Benefit for Children and Adolescents |
| 63 |  | 5/17/23 | 5/17/23 | Ctrs. for Medicare & Medicaid Servs., CMCS Informational Bulletin (July 21, 2022), https://www.medicaid.gov/federal-policy-guidance/downloads/cib07212022.pdf |
| 64 |  | 5/9/23 | 5/9/23 | Ctrs. for Medicare & Medicaid Servs., Decision Memo for Gender Dysphoria and Surgery (Aug. 20, 2016) |
| 67 |  | 5/17/23 | 5/17/23 | FDA, Understanding Unapproved Use of Approved Drugs "Off Label," (2018), https://www.fda.gov/patients/learn-about-expanded-access-and-other-treatment-options/understanding-unapproved-use-approved-drugs-label |
| 71 |  | 5/10/23 | 5/10/23 | Dep't of Health & Human Servs., Departmental Appeals Bd., Appellate Div., Decision No. 2576 (May 30, 2014), hhs.gov/sites/default/files/static/dab/decisions/boarddecisions/2014/dab2576.pdf |
| 72 |  | 5/9/23 | 5/9/23 | OASH, Gender-Affirming Care and Young People |
| 74 |  | 5/17/23 | 5/17/23 | SAMHSA, Moving Beyond Change Efforts (2023) |
| 229 |  | 5/9/23 | 5/9/23 | Template Notice of Adverse Benefit Determination |
| 230 |  | 5/9/23 | 5/9/23 | Template Notice of Plan Appeal Resolution |
| 231 |  | 5/9/23 | 5/9/23 | Sample AHCA Final Order – 20-FH0855 |
| 232 |  | 5/9/23 | 5/9/23 | Medical records of August Dekker |
| 234 |  | 5/9/23 | 5/9/23 | Medical records of Brit Rothstein |
| 234A |  | 5/9/23 | 5/9/23 | Medical records of Brit Rothstein |
| 235 |  | 5/9/23 | 5/9/23 | Medical records of K.F. |
| 235A |  | 5/9/23 | 5/9/23 | Medical records of K.F. |
| 236 |  | 5/9/23 | 5/9/23 | Medical records of S.D. |

| | | | | |
|---|---|---|---|---|
| 236A | | 5/9/23 | 5/9/23 | Medical records of S.D. |
| 236B | | 5/9/23 | 5/9/23 | Medical records of S.D. |
| 236C | | 5/9/23 | 5/9/23 | Medical records of S.D. |
| 237 | | 5/9/23 | 5/9/23 | Dekker medical records |
| 237A | | 5/9/23 | 5/9/23 | Dekker medical records |
| 238 | | 5/9/23 | 5/9/23 | GAPMS Decision Tree Checklist |
| 239 | | 5/9/23 | 5/9/23 | GAPMS – GnRH for treatment of gender dysphoria |
| 240 | | 5/9/23 | 5/9/23 | GAPMS – GnRH for treatment of gender dysphoria |
| 241 | | 5/9/23 | 5/9/23 | GAPMS – Cross Sex Hormone Therapy – 5/20/2022 |
| 242 | | 5/9/23 | 5/9/23 | GAPMS – Cross Sex Hormone Therapy Report (edited) - 5/20/2022 |
| 243 | | 5/9/23 | 5/9/23 | GAPMS – Cross Sex Hormone Therapy – 11/2/2016 |
| 244 | | 5/9/23 | 5/9/23 | GAPMS – Gender Confirmation Surgery (incomplete) – 7/19/2017 |
| 250 | | 5/9/23 | 5/9/23 | AHCA review of research – 7/25/2016 |
| 254 | | 5/17/23 | 5/17/23 | Arlene Elliot email re GnRH coverage – 8/29/2016 |
| 255 | | 5/17/23 | 5/17/23 | Rebecca Borgert email regarding Endocrine Society guidelines – 8/29/2016 |
| 256 | | 5/9/23 | 5/9/23 | AHCA GAPMS routing and tracking form for puberty suppression therapy – 8/31/2016 |
| 257 | | 5/9/23 | 5/9/23 | Special services criteria re GnRH coverage – 9/20/2016 (updated 11/17/17) |
| 260 | | 5/9/23 | 5/9/23 | AHCA GAPMS routing and tracking form for cross-sex hormone therapy – 11/2/2016 |
| 263 | | 5/17/23 | 5/17/23 | Draft GAPMS re gender-affirming surgery – 7/19/2017 |
| 264 | | 5/9/23 | 5/9/23 | Email exchange re Medicaid coverage of gender affirming surgery – June 2018 |
| 264A | | 5/9/23 | 5/9/23 | Email exchange re Medicaid coverage of gender affirming surgery – June 2018 |
| 265 | | 5/9/23 | 5/9/23 | AHCA routing form tracking response to MCO question about Medicaid coverage of surgery – June 2018 |
| 266 | | 5/9/23 | 5/9/23 | AHCA document closing the project re responding to MCO question about Medicaid coverage of surgery – June 2018 |
| 272 | | 5/9/23 | 5/9/23 | Email from Andy Bardos to Andrew Sheeran re Cantor and legal research – 4/11/2022 |
| 273 | | 5/9/23 | 5/9/23 | Email forwarded by Andrew Sheeran from Ashley Lukis scheduling a call with James Cantor – 4/13/2022 |
| 274 | | 5/9/23 | 5/9/23 | Email from Andrew Sheeran to Miriam Grossman – 4/14/2022 |
| 275 | | 5/9/23 | 5/9/23 | Email exchange between Andrew Sheeran and Romina Brignardello Petersen – 4/18/2022 |
| 276 | | 5/17/23 | 5/17/23 | Email from Susan Williams to Shantrice Green re GAPMS on cross-sex hormone therapy – 4/20/2022 |
| 277 | | 5/9/23 | 5/9/23 | Email from Amy Zitiello to Vern Hamilton regarding FDOH guidance – 4/20/2022 |
| 277A | | 5/9/23 | 5/9/23 | Email from Amy Zitiello to Vern Hamilton regarding FDOH guidance – 4/20/2022 |
| 279 | | 5/9/23 | 5/9/23 | Communication between Jason Weida and Dr. Michelle Cretella – 4/21/2025 |

3

| | | | | |
|---|---|---|---|---|
| 280 | | 5/9/23 | 5/9/23 | Communication between Romina Brignardello-Petersen and Jason Weida regarding types of surgeries on which to focus – 4/25/2022 |
| 281 | | 5/9/23 | 5/9/23 | Communication between Jason Weida and Vern Hamilton regarding planned response to Dr. Zitiello's question about FDOH guidance – 4/29/2022 |
| 282 | | 5/9/23 | 5/9/23 | Draft GAPMS on gender affirming surgery (with handwritten notes) - May 2022 |
| 283 | | 5/9/23 | 5/9/23 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 |
| 283A | | 5/9/23 | 5/9/23 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 |
| 283B | | 5/9/23 | 5/9/23 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 |
| 283C | | 5/9/23 | 5/9/23 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 |
| 283D | | 5/9/23 | 5/9/23 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 |
| 283E | | 5/9/23 | 5/9/23 | Jason Weida communication regarding report from Romina Brignardello-Petersen – 5/5/2022 |
| 284 | | 5/9/23 | 5/9/23 | Jason Weida communication regarding articles provided to him by Dr. Van Mol – 5/6/2022 |
| 285 | | 5/9/23 | 5/9/23 | Dr. Van Mol communication with Jason Weida and Matthew Brackett about gender affirming care – 5/7/022 |
| 286 | | 5/9/23 | 5/9/23 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 |
| 286A | | 5/9/23 | 5/9/23 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 |
| 286B | | 5/9/23 | 5/9/23 | Dr. Van Mol's edits to June 2022 GAPMS memo – 5/13/2022 |
| 287 | | 5/9/23 | 5/9/23 | Text message from Jason Weida regarding Eknes-Tucker and James Cantor – 5/17/2022 |
| 288 | | 5/9/23 | 5/9/23 | Email from Shantrice Green to Susan Williams and Kelly Rubin regarding the GAPMS memo on cross-sex hormone therapy – 5/20/2022 |
| 289 | | 5/9/23 | 5/9/23 | Draft of GAPMS cross-sex hormone therapy memo – 5/20/2022 |
| 291 | | 5/17/23 | 5/17/23 | Email between Dr. Van Mol and Jason Weida regarding reimbursement – 5/21/2022 |
| 292 | | 5/17/23 | 5/17/23 | Invoices from Romina Brignardello-Petersen – 5/24/2022 |
| 292A | | 5/17/23 | 5/17/23 | Invoices from Romina Brignardello-Petersen – 5/24/2022 |
| 294 | | 5/9/23 | 5/9/23 | Projected Rulemaking Timeline – June 2022 |
| 295 | | 5/17/23 | 5/17/23 | Gender Dysphoria/Transgender Health Care Non-Legislative Pathway – June 2022 |
| 296 | | 5/17/23 | 5/17/23 | Gender Dysphoria/Transgender Health Care Policy Pathway – June 2022 |
| 297 | | 5/9/23 | 5/9/23 | AHCA GAPMS routing and tracking form for June 2022 GAPMS – 6/1/2022 |
| 297A | | 5/9/23 | 5/9/23 | AHCA GAPMS routing and tracking form for June 2022 GAPMS – 6/1/2022 |
| 298 | | 5/9/23 | 5/9/23 | Communication between Ashley Peterson and Jason Weida regarding an inventory of gender affirming care – 6/3/2022 |
| 298A | | 5/9/23 | 5/9/23 | Communication between Ashley Peterson and Jason Weida regarding an inventory of gender affirming care – 6/3/2022 |
| 299 | | 5/9/23 | 5/9/23 | Email communication between AHCA and Magellan regarding coverage of GnRH to treat gender dysphoria |

| | | | | |
|---|---|---|---|---|
| 300 | | 5/9/23 | 5/9/23 | AHCA communication regarding the Special Services Criteria for puberty blockers – 6/10/2022 |
| 301 | | 5/9/23 | 5/9/23 | Communication between Jason Weida and Dr. Van Mol about a witness for the July 8th hearing – 6/14/2022 |
| 302 | | 5/17/23 | 5/17/23 | Email communication between Dr. Christopher Cogle and Jeffrey English – 6/27/2022 |
| 303 | | 5/9/23 | 5/9/23 | Communication regarding meeting between Miriam Grossman, Dr. Van Mol, Jason Weida, Andrew Sheeran, and Holtzman Vogel regarding July 8th hearing – 6/30/2022 |
| 304 | | 5/9/23 | 5/9/23 | Communication between Dr. Van Mol and AHCA - 7/2/2022 |
| 305 | | 5/9/23 | 5/9/23 | Brief of the July 8th rule hearing – 7/8/2022 |
| 306 | | 5/9/23 | 5/9/23 | Transcript from July 8th rule hearing – 7/8/2022 |
| 307 | | 5/9/23 | 5/9/23 | Email from Miriam Grossman – 7/10/2022 |
| 308 | | 5/9/23 | 5/9/23 | Email communications with Jason Weida and Dr. Van Mol – 7/14/2022 |
| 309 | | 5/9/23 | 5/9/23 | Communications regarding AHCA's development of public comment binder provided to the consultants – 7/19/2022 |
| 310 | | 5/9/23 | 5/9/23 | Invoice from Dr. Van Meter – 8/4/2022 |
| 311 | | 5/9/23 | 5/9/23 | Communication to Jason Weida regarding witnesses for a hearing – 8/10/2022 |
| 312 | | 5/9/23 | 5/9/23 | Invoices from Dr. Van Mol – 8/11/2022 |
| 313 | | 5/17/23 | 5/17/23 | Email communications regarding implementation of 59G-1.050(7) - 8/22/2022 |
| 313A | | 5/17/23 | 5/17/23 | Email communications regarding implementation of 59G-1.050(7) - 8/22/2022 |
| 314 | | 5/17/23 | 5/17/23 | Communication between AHCA and EOG regarding planned communications about June 2022 GAPMS and 59G-1.050(7) - 8/22/2022 |
| 315 | | 5/17/23 | 5/17/23 | SMMC Policy Transmittal draft regarding non-coverage of gender dysphoria treatments – August 22, 2022 |
| 316 | | 5/17/23 | 5/17/23 | AHCA Medicaid Health Care Alert regarding prohibition on coverage for gender affirming care |
| 317 | | 5/9/23 | 5/9/23 | AHCA draft response to media regarding gender affirming care – 9/1/2022 |
| 318 | | 5/9/23 | 5/9/23 | List of appeals for denials of hormone therapy – 12/19/2022 |
| 319 | | 5/9/23 | 5/9/23 | List of requests for surgery to treat gender dysphoria – 12/19/2022 |
| 320 | | 5/9/23 | 5/9/23 | AHCA After the Fact Request form for Quentin Van Meter – 6/13/2022 |
| 321 | | 5/9/23 | 5/9/23 | AHCA After the Fact Request form for Andre Van Mol – 5/26/2022 |
| 322 | | 5/9/23 | 5/9/23 | Draft of welcome/opening remarks for July 8th rule hearing |
| 323 | | 5/9/23 | 5/9/23 | Endocrine Society public comment |
| 324 | | 5/9/23 | 5/9/23 | Yale public comment |
| 325 | | 5/9/23 | 5/9/23 | American Academy of Pediatrics public comment |
| 326 | | 5/9/23 | 5/9/23 | Florida Medicaid, Comment Summary for Rule 59G-1.050 (20 pages) |
| 327 | | 5/9/23 | 5/9/23 | Florida Medicaid, Comment Summary for Rule 59G-1.050 (17 pages) |
| 328 | | 5/9/23 | 5/9/23 | Email communication between Van Mol and Weida and attachment |
| 328A | | 5/9/23 | 5/9/23 | Email communication between Van Mol and Weida and attachment |

| | | | | |
|---|---|---|---|---|
| 329 | | 5/9/23 | 5/9/23 | Florida Medicaid & G/TAT, Andrea Van Mol – May 2022 |
| 331 | | 5/17/23 | 5/17/23 | GAPMS – Scleral Contact Lenses |
| 332 | | 5/17/23 | 5/17/23 | GAPMS – Fractional Exhaled Nitric Oxide |
| 333 | | 5/17/23 | 5/17/23 | GAPMS – Breast Pump |
| 334 | | 5/9/23 | 5/9/23 | Email from Miriam Grossman – July 7, 2022 |
| 335 | | 5/9/23 | 5/9/23 | Proposed media response from Brock Juarez to Taryn Fenske – 8/29/2022 |
| 337 | | 5/9/23 | 5/9/23 | Email communication between Van Meter and AHCA Counsel |
| 338 | | 5/9/23 | 5/9/23 | AHCA Microsoft Teams Meeting Invite |
| 340 | | 5/9/23 | 5/9/23 | AHCA Van Meter Invoice |
| 341 | | 5/9/23 | 5/9/23 | HCA Hearing on General Medicaid Policy |
| 342 | | 5/9/23 | 5/9/23 | Email communication between Devona Pickle and Van Meter |
| 343 | | 5/9/23 | 5/9/23 | Email communication between consultants, counsel, and Van Meter |
| 344 | | 5/9/23 | 5/9/23 | AHCA Teams Meeting Invites |
| 344A | | 5/9/23 | 5/9/23 | AHCA Teams Meeting Invites |
| 345 | | 5/9/23 | 5/9/23 | Email communication between AHCA and consultants |
| 346 | | 5/17/23 | 5/17/23 | Email communication between Sheeran and Brignardello-Petersen |
| 347 | | 5/9/23 | 5/9/23 | Email communication between Van Mol and Weida |
| 348 | | 5/9/23 | 5/9/23 | Van Mol comments to Alstott letter |
| 350 | | 5/9/23 | 5/9/23 | Email communication between Cantor and Weida |
| 355 | | 5/9/23 | 5/9/23 | Spreadsheet summarizing Florida Medicaid coverage |
| 356 | | 5/9/23 | 5/9/23 | DOJ, Dear State Attorneys General Letter re Transgender Youth (March 31, 2022) |
| 357 | | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Kale Edmiston |
| 358 | | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Armand Antommaria |
| 359 | | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Dan H. Karasic |
| 360 | | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Daniel Shumer |
| 361 | | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Johanna Olson-Kennedy |
| 362 | | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Loren S. Schechter |
| 363 | | 5/9/23 | 5/9/23 | Curriculum Vitae of Kellan E. Baker, Ph.D. |
| 364 | | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Aron Janssen |
| 365 | | 5/19/23 | 5/19/23 | Press Release |
| | | | | |
| | 1 | 5/9/23 | 5/9/23 | U.S. Health and Human Services Notice and Guidance on Care |
| | 2 | 5/9/23 | 5/9/23 | U.S. Health and Human Services Fact Sheet on Gender-Affirming Care |

6

| | | | | |
|---|---|---|---|---|
| | 3 | 5/9/23 | 5/9/23 | U.S. Department of Justice Letter to State Attorneys General |
| | 4 | 5/9/23 | 5/9/23 | Centers for Medicare and Medicaid Services Decision Memo for Gender Dysphoria and Gender Reassignment Surgery |
| | 5 | 5/9/23 | 5/9/23 | Florida Department of Health Fact Sheet on Treatments for Gender Dysphoria |
| | 6 | 5/10/23 | 5/10/23 | Florida Medicaid Generally Accepted Professional Medical Standards Determination on the Treatment of Gender Dysphoria (with attachments) |
| | 8 | 5/17/23 | 5/17/23 | Sweden's Care of Children and Adolescents with Gender Dysphoria, Summary of National Guidelines |
| | 9 | 5/17/23 | 5/17/23 | Finland's Recommendation of the Council for Choices in Health Care in Finland |
| | 10 | 5/17/23 | 5/17/23 | The Cass Review, Independent Review of Gender Identity Services for Children and Young People |
| | 11 | 5/17/23 | 5/17/23 | National Institute for Health and Care Excellence, Evidence Review: Gonadotrophin Releasing Hormone Analogues for Children and Adolescents with Gender Dysphoria |
| | 12 | 5/17/23 | 5/17/23 | National Institute for Health and Care Excellence, Evidence Review: Gender-Affirming Hormones for Children and Adolescents with Gender Dysphoria |
| | 13 | 5/17/23 | 5/17/23 | France's Academie Nationale de Medecine Press Release |
| | 14 | 5/17/23 | 5/17/23 | The Royal Australian and New Zealand College of Psychiatrists' Position Statement on Gender-Affirming Care |
| | 16 | 5/9/23 | 5/9/23 | WPATH Standards of Care, Version 8 |
| | 17 | 5/9/23 | 5/9/23 | WPATH Standards-of-Care-Revision Team Criteria |
| | 18 | 5/9/23 | 5/9/23 | WPATH's Press Release Regarding Florida Department of Health |
| | 19 | 5/9/23 | 5/9/23 | WPATH's Statement of Opposition to Florida Draft Rule Banning Gender Affirming Care for Adolescents |
| | 20 | 5/9/23 | 5/9/23 | WPATH's Press Release on National and International Issues |
| | 21 | 5/9/23 | 5/9/23 | WPATH's Letter to Japanese Officials |
| | 22 | 5/9/23 | 5/9/23 | WPATH's Press Release Regarding New York Times Article |
| | 23 | 5/9/23 | 5/9/23 | WPATH Press Release on United Kingdom Matter |
| | 24 | 5/9/23 | 5/9/23 | Endocrine Society Guidelines on Treatments for Gender Dysphoria |
| | 26 | 5/9/23 | 5/9/23 | American Academy of Pediatrics, Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents |
| | 29 | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Paul Hruz |
| | 30 | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Kristopher Kaliebe |
| | 31 | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Patrick Lappert |
| | 32 | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Stephen Levine |
| | 33 | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Sophie Scott |
| | 34 | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Quentin Van Meter |
| | 35 | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Joseph Zanga |
| | 36 | 5/9/23 | 5/9/23 | Curriculum Vitae of Dr. Michael Laidlaw |