IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, et al.,

    Plaintiffs,

    v.                                             Case No. 4:22-cv-00325-RH-MAF

JASON WEIDA, et al.,

    Defendants.
_____/

## **NOTICE OF SUPPLEMENTAL AUTHORITY**

In their summary-judgment motion, trial brief, opening statements, and closing statements, Defendants Secretary Weida and the Florida Agency for Healthcare Administration referenced the then-pending U.S. Supreme Court case *Health and Hospital Corporation of Marion County v. Talevski*, 21-806. *See* Doc.120 at 29 n.1; Doc.195; Tr. Trans. 15:21 – 16:3, 1389:20 – 1390:1.

That case has since been decided, and the decision is attached. *See* N.D. Fla. Loc. R. 7.1(J).

| | |
|---|---|
| Dated: June 9, 2023 | Respectfully submitted by, |
| | /s/ Michael Beato<br>Mohammad O. Jazil (FBN 72556)<br>mjazil@holtzmanvogel.com<br>Gary V. Perko (FBN 855898)<br>gperko@holtzmanvogel.com<br>Michael Beato (FBN 1017715)<br>mbeato@holtzmanvogel.com<br>zbennington@holtzmanvogel.com |

1

> Holtzman Vogel Baran
> Torchinsky & Josefiak PLLC
> 119 S. Monroe Street, Suite 500
> Tallahassee, FL 32301
> (850) 270-5938
> *Counsel for Defendants*

## LOCAL RULE CERTIFICATIONS

I certify that this notice complies with the requirements under Local Rule 5.1(C), and I certify under Local Rule 7.1(J), that this notice contains 71 words.

> /s/ Michael Beato
> Michael Beato

## CERTIFICATE OF SERVICE

I certify that on June 9, 2023, the foregoing was filed through the Court's CM/ECF, which will serve a copy to all counsel of record.

> /s/ Michael Beato
> Michael Beato