IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER, legally known as KORI DEKKER; BRIT ROTHSTEIN; SUSAN DOE, a minor by and through her parents and next friends, JANE DOE and JOHN DOE, and K.F., a minor, by and through his parent and next friend, JADE LADUE,

    Plaintiffs,

v.   Case No.: 4:22-cv-00325-RH-MAF

JASON WEIDA, in his official capacity as Secretary of the Florida Agency for Health Care Administration, and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF APPEAL

Defendants, Secretary Weida and the Agency for Health Care Administration, appeal the final order and judgment following the bench trial, Docs. [246] and [247], entered on June 21, 2023, and June 22, 2023, respectively, to the U.S. Court of Appeals for the Eleventh Circuit.

Dated: June 26, 2023

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
mjazil@holtzmanvogel.com

gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil