# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 23-12159

JANE DOE,
Individually and on Behalf of Her Minor Daughter,
SUSAN DOE,
Individually and on Behalf of Her Minor Son,
BRENDA BOE,
Individually and on Behalf of Her Minor Son,
BENNETT BOE,
CARLA COE,
Individually and on Behalf of Her Minor Daughter, et al.,

                                                        Plaintiffs-Appellees,

*versus*

SURGEON GENERAL, STATE OF FLORIDA, FLORIDA
BOARD OF MEDICINE,
In Their Official Capacities as Members of the Florida
Board of Osteopathic Medicine,
SCOT ACKERMAN,

2.  Order of the Court  23-12159

In Their Official Capacity as Members of the Florida
Board of Medicine,
NICHOLAS WILLIAM ROMANELLO,
In Their Official Capacity as Members of the Florida
Board of Medicine,
WAEL BARSOUM,
In Their Official Capacities as Members of the Florida
Board of Medicine,
MATTHEW R. BENSON,
In Their Official Capacities as Members of the Florida
Board of Medicine, et al.,

                                              Defendants-Appellants,

ATTORNEY GENERAL, STATE OF FLORIDA, et al.,

                                              Defendants.

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00114-RH-MAF

ORDER:

23-12159          Order of the Court          3

The motion for an extension of time to and including October 6, 2023 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

_____
UNITED STATES CIRCUIT JUDGE