IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                  CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

**ORDER GRANTING LEAVE TO WITHDRAW—CHARLES**

Attorney Carl S. Charles's unopposed motion for leave to withdraw, ECF No. 256, is granted, effective immediately.

SO ORDERED on October 21, 2023.

                                        s/Robert L. Hinkle
                                        United States District Judge