THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

AUGUST DEKKER, et al.,

    *Plaintiffs*,

v.

JASON WEIDA, et al.,

    *Defendants*.

No. 4:22-cv-00325-RH-MAF

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE IN OPPOSTITION TO PLAINTIFFS' MOTION TO ENFORCE JUDGMENT OR, IN THE ALTERNATIVE, TO CLARIFY THE COURT'S JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1(I), Plaintiffs, by and through their counsel, hereby move for leave to file a short Reply to Defendants' Response in Opposition (Dkt. 259) to Plaintiffs' Motion to Enforce or, in the Alternative, to Clarify the Court's Judgment (Dkt. 258). Plaintiffs request to file their reply within seven days of this filing (i.e., November 1, 2023, or upon grant of this motion, whichever is later). Plaintiffs believe the Court will benefit from a Reply particularly given that Defendants' Opposition sets forth their view as to why this Court's Judgment, according to them, left undisturbed the Rule that Plaintiffs challenged.

Plaintiffs conferred with counsel for Defendants regarding their position on

1

this matter on October 24 and 25, 2023.  Defendants do not oppose the filing of the Reply, assuming it does not "rais[e] new arguments and new exhibits."

Wherefore, Plaintiffs respectfully request that the Court grant their Motion for Leave to File a Reply to Defendants' Response in Opposition to Plaintiffs' Motion to Enforce or, Alternatively, to Clarify the Court's Judgment.

Dated this 26th day of October 2023.

Respectfully submitted,

|  |  |
|---|---|
| **PILLSBURY WINTHROP SHAW PITTMAN, LLP** | */s/ Omar Gonzalez-Pagan* <br> **LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.** |
| **Jennifer Altman** (Fl. Bar No. 881384) <br> **Shani Rivaux** (Fl. Bar No. 42095) <br> 600 Brickell Avenue, Suite 3100 <br> Miami, FL 33131 <br> (786) 913-4900 <br> jennifer.altman@pillsbury.com <br> shani.rivaux@pillsbury.com | **Omar Gonzalez-Pagan**\* <br> 120 Wall Street, 19th Floor <br> New York, NY 10005 <br> (212) 809-8585 <br> ogonzalez-pagan@lambdalegal.org |
| **William C. Miller**\* <br> **Gary J. Shaw**\* <br> 1200 17th Street N.W. <br> Washington, D.C. 20036 <br> (202) 663-8000 <br> william.c.miller@pillsburylaw.com | **SOUTHERN LEGAL COUNSEL, INC.** <br><br> **Simone Chriss** (Fl. Bar No. 124062) <br> **Chelsea Dunn** (Fl. Bar No. 1013541) <br> 1229 NW 12th Avenue <br> Gainesville, FL 32601 <br> (352) 271-8890 <br> Simone.Chriss@southernlegal.org <br> Chelsea.Dunn@southernlegal.org |
| **NATIONAL HEALTH LAW PROGRAM** <br><br> **Abigail Coursolle**\* <br> 3701 Wilshire Boulevard, Suite 315 <br> Los Angeles, CA 90010 <br> (310) 736-1652 <br> coursolle@healthlaw.org | **FLORIDA HEALTH JUSTICE PROJECT** <br><br> **Katy DeBriere** (Fl. Bar No. 58506) <br> 3900 Richmond Street <br> Jacksonville, FL 32205 <br> (352) 278-6059 <br> debriere@floridahealthjustice.org |
| **Catherine McKee**\* <br> 1512 E. Franklin Street, Suite 110 <br> Chapel Hill, NC 27514 <br> (919) 968-6308 <br> mckee@healthlaw.org | \* *Admitted pro hac vice* <br><br> *Counsel for Plaintiffs* |

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(D), Counsel for Plaintiffs certifies they conferred with Defendants' counsel via email, including communications on October 24 and 25, 2023. Defendants provided the following position: "We consent, assuming you're not raising new arguments and new exhibits."

## CERTIFICATE OF WORD COUNT

As required by Local Rules 7.1(F), I certify that this Motion and Memorandum of Law contains 214 words.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2023, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to counsel of record for all parties in this matter registered with the Court for this purpose.

*/s/ Omar Gonzalez-Pagan*
Counsel for Plaintiffs