IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

    Plaintiffs,

v.                                     CASE NO. 4:22cv325-RH-MAF

JASON WEIDA et al.,

    Defendants.

_____/

## ORDER ALLOWING A REPLY MEMORANDUM

The plaintiffs' unopposed motion, ECF No. 261, for leave to file a reply memorandum in support of their motion to enforce the judgment is granted. The plaintiffs may file a reply memorandum by November 7, 2023.

SO ORDERED on October 30, 2023.

                                                           s/Robert L. Hinkle
                                                           United States District Judge